**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

Case No. 3:19md2885

This Document Relates to:
*Baker*, 7:20cv39
*McCombs*, 7:20cv94

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

**PRETRIAL ORDER NO. 74
Motions in Limine**

This Order relates to motions in limine in two upcoming bellwether trials in
*McCombs*, Case No. 7:20cv94, and *Baker*, Case No. 7:20cv39. First, general
motions in limine, such as motions in limine related to 3M corporate and military
evidence, have been filed and ruled on in the cases that are part of the first
consolidated bellwether trial in this MDL, *Estes* (7:20cv137), *Hacker* (7:20cv131),
and *Keefer* (7:20cv104). The Court's rulings in *Estes*, *Hacker*, and *Keefer*, to the
extent applicable, also apply in *McCombs* and *Baker*. The parties are permitted to
file a standalone motion identifying the general motions in limine on which the Court
already ruled to preserve the record in *McCombs* and *Baker*, but the Court will not
reconsider its prior rulings.

Regarding new case-specific motions in limine, the parties' opening briefs are
due on April 16, 2021 and limited to 3,000 words total (not 3,000 words per motion).

Responses are due within five (5) calendar days, and are limited to 1,500 words total (not 1,500 words per motion).  The Court will promptly notify the parties should additional briefing be needed.  Additionally, the format for the motions is 14-point, Times New Roman font and single spacing, except the parties must include at least double spacing between each issue.  Lastly, the parties must provide the Court with all documents challenged in a motion.  If the document is already part of the record, the parties must clearly and specifically reference the location of the document in the record.

**SO ORDERED** this 9th day of April, 2021.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**