## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, April 13, 2021 8:03 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Tuesday, April 13, 2021 1:02:26 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 4/13/2021 at 9:01 AM EDT and filed on 4/13/2021

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 1232 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ([1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-*

*cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:         McMillan v. 3M Company et al
Case Number:       MN/0:21-cv-00874
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:         Fisher v. 3M Company et al
Case Number:       MN/0:21-cv-00833
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in*

*MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        McGinnity v. 3M Company et al
**Case Number:**      MN/0:21-cv-00872
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Sheaffer v. 3M Company et al
**Case Number:**      MN/0:21-cv-00895
**Filer:**

**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Emeterio v. 3M Company et al
**Case Number:**     MN/0:21-cv-00846
**Filer:**
**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Valadez v. 3M Company et al
**Case Number:**     MN/0:21-cv-00897
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in*
*MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in*
*MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in*
*MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in*
*MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in*
*MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in*
*MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in*
*MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in*
*MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in*
*MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in*
*MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in*
*MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in*
*MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in*
*MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in*
*MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in*
*MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in*
*MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Delk v. 3M Company et al
**Case Number:**     MN/0:21-cv-00765
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in*
*MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in*
*MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in*
*MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in*
*MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in*
*MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in*
*MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in*
*MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in*
*MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in*
*MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in*
*MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in*

*MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Prus v. 3M Company et al
**Case Number:**      MN/0:21-cv-00803
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Lehman v. 3M Company et al
**Case Number:**      MN/0:21-cv-00859
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in*

*MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Dodds v. 3M Company et al
**Case Number:**      MN/0:21-cv-00843
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Jefferson v. 3M Company et al

**Case Number:** MN/0:21-cv-00855
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in* *MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in* *MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in* *MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in* *MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in* *MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in* *MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in* *MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in* *MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in* *MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in* *MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in* *MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in* *MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in* *MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in* *MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in* *MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in* *MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Miraflor v. 3M Company et al
**Case Number:** MN/0:21-cv-00875
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in* *MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in* *MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in* *MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in* *MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in* *MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in* *MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in* *MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in* *MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in* *MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in* *MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in* *MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in* *MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in* *MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in* *MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in* *MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in*

*MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Wosiak v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00899 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | McGee v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00871 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in*

*MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Thomas v. 3M Company et al
**Case Number:**      MN/0:21-cv-00809
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Rodrigue v. 3M Company et al
**Case Number:**      MN/0:21-cv-00805
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Montfort v. 3M Company et al

**Case Number:**     MN/0:21-cv-00876

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Lockhart v. 3M Company et al

**Case Number:**        MN/0:21-cv-00861

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Alexander v. 3M Company et al

**Case Number:**        MN/0:21-cv-00816

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in*

*MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      McMillan v. 3M Company et al
**Case Number:**      MN/0:21-cv-00873
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Withrow v. 3M Company et al
**Case Number:**      MN/0:21-cv-00813
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in*

MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)
Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/13/2021.

Associated Cases: MDL No. 2885 et al. (JC)

**Case Name:**         Portillo v. 3M Company et al
**Case Number:**       MN/0:21-cv-00888
**Filer:**
**Document Number:** 3

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s) *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)
Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/13/2021.

Associated Cases: MDL No. 2885 et al. (JC)

**Case Name:**         Hoffman v. 3M Company et al
**Case Number:**       MN/0:21-cv-00853
**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Abney v. 3M Company et al
**Case Number:**     MN/0:21-cv-00815
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Nicosia v. 3M Company et al
Case Number:      MN/0:21-cv-00878
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Pestka v. 3M Company et al
Case Number:      MN/0:21-cv-00886
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in*

*MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Marriott v. 3M Company et al
**Case Number:**      MN/0:21-cv-00867
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Goodman v. 3M Company et al
**Case Number:**      MN/0:21-cv-00839
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in*

MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      McDew v. 3M Company et al
**Case Number:**    MN/0:21-cv-00870
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Carlson v. 3M Company et al

**Case Number:** MN/0:21-cv-00826
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Madison v. 3M Company et al
**Case Number:**   MN/0:21-cv-00799
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in*

*MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Fontenot v. 3M Company et al
**Case Number:**    MN/0:21-cv-00835
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in*
*MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in*
*MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in*
*MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in*
*MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in*
*MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in*
*MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in*
*MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in*
*MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in*
*MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in*
*MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in*
*MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in*
*MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in*
*MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in*
*MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in*
*MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in*
*MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Lee v. 3M Company et al
**Case Number:**    MN/0:21-cv-00858
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in*
*MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in*
*MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in*
*MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in*
*MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in*
*MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in*
*MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in*
*MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in*

*MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Deluna v. 3M Company et al
**Case Number:**    MN/0:21-cv-00842
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Hill v. 3M Company et al
**Case Number:**    MN/0:21-cv-00852
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Zaragoza v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00900 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**   Mastrota v. 3M Company et al
**Case Number:**   MN/0:21-cv-00868
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**   Harris v. 3M Company et al
**Case Number:**   MN/0:21-cv-00779
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in*

*MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Douglas v. 3M Company et al
**Case Number:**      MN/0:21-cv-00844
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Rowe v. 3M Company et al
**Case Number:**      MN/0:21-cv-00894
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in*

*MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Dean v. 3M Company et al

**Case Number:**      MN/0:21-cv-00829

**Filer:**

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Reed v. 3M Company et al

**Case Number:**      MN/0:21-cv-00889

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in*
*MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in*
*MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in*
*MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in*
*MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in*
*MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in*
*MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in*
*MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in*
*MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in*
*MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in*
*MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in*
*MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in*
*MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in*
*MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in*
*MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in*
*MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in*
*MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Riley v. 3M Company et al
**Case Number:**      MN/0:21-cv-00804
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in*
*MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in*
*MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in*
*MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in*
*MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in*
*MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in*
*MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in*
*MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in*
*MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in*
*MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in*
*MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in*
*MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in*
*MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in*
*MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in*
*MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in*
*MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in*
*MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Leist v. 3M Company et al
**Case Number:**      MN/0:21-cv-00860
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in*
*MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in*
*MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in*
*MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in*
*MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in*
*MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in*
*MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in*
*MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in*
*MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in*
*MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in*
*MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in*
*MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in*
*MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in*
*MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in*
*MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in*
*MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in*
*MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Serieux v. 3M Company et al
**Case Number:**      MN/0:21-cv-00806
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in*
*MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in*
*MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in*
*MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in*
*MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in*
*MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in*
*MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in*
*MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in*
*MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in*
*MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in*
*MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in*

*MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Pilotin v. 3M Company et al
**Case Number:**     MN/0:21-cv-00887
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Wise v. 3M Company et al
**Case Number:**     MN/0:21-cv-00898
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in*

*MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Nguyen v. 3M Company et al
**Case Number:** MN/0:21-cv-00877
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Rocha v. 3M Company et al

**Case Number:** MN/0:21-cv-00892
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in*
*MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in*
*MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in*
*MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in*
*MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in*
*MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in*
*MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in*
*MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in*
*MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in*
*MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in*
*MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in*
*MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in*
*MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in*
*MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in*
*MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in*
*MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in*
*MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Rose v. 3M Company et al
**Case Number:** MN/0:21-cv-00893
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in*
*MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in*
*MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in*
*MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in*
*MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in*
*MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in*
*MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in*
*MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in*
*MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in*
*MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in*
*MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in*
*MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in*
*MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in*
*MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in*
*MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in*
*MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in*

*MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Kane v. 3M Company et al
**Case Number:**   MN/0:21-cv-00857
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Ford et al v. 3M Company et al
**Case Number:**   MN/0:21-cv-00836
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in*

MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/13/2021.

Associated Cases: MDL No. 2885 et al. (JC)

Case Name:          York v. 3M Company et al
Case Number:        MN/0:21-cv-00814
Filer:
Document Number: 3

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s) *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/13/2021.

Associated Cases: MDL No. 2885 et al. (JC)

Case Name:          Lutz v. 3M Company et al
Case Number:        MN/0:21-cv-00866
Filer:
Document Number: 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s) *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Thompson v. 3M Company et al
**Case Number:** MN/0:21-cv-00896
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s) *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**           Nunez v. 3M Company et al
**Case Number:**      MN/0:21-cv-00880
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in*
*MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in*
*MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in*
*MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in*
*MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in*
*MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in*
*MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in*
*MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in*
*MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in*
*MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in*
*MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in*
*MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in*
*MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in*
*MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in*
*MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in*
*MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in*
*MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**           May v. 3M Company et al
**Case Number:**      MN/0:21-cv-00869
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in*
*MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in*
*MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in*
*MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in*
*MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in*
*MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in*
*MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in*
*MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in*
*MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in*
*MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in*
*MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in*
*MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in*
*MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in*

*MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Johnson v. 3M Company et al
**Case Number:**    MN/0:21-cv-00856
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Durocher v. 3M Company et al
**Case Number:**    MN/0:21-cv-00845
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in*

MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)
Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/13/2021.

Associated Cases: MDL No. 2885 et al. (JC)

**Case Name:**      Robert v. 3M Company et al
**Case Number:**     MN/0:21-cv-00891
**Filer:**
**Document Number:** 3

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s) *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)
Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/13/2021.

Associated Cases: MDL No. 2885 et al. (JC)

**Case Name:**      Norwood v. 3M Company et al
**Case Number:**     MN/0:21-cv-00879
**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Richars v. 3M Company et al
**Case Number:**      MN/0:21-cv-00890
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Follansbee v. 3M Company et al
**Case Number:** MN/0:21-cv-00834
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-104) - 63 action(s)** *re: pldg. ( [1221] in MDL No. 2885, 1 in MN/0:21-cv-00765, 1 in MN/0:21-cv-00779, 1 in MN/0:21-cv-00799, 1 in MN/0:21-cv-00803, 1 in MN/0:21-cv-00804, 1 in MN/0:21-cv-00805, 1 in MN/0:21-cv-00806, 1 in MN/0:21-cv-00809, 1 in MN/0:21-cv-00813, 1 in MN/0:21-cv-00814, 1 in MN/0:21-cv-00815, 1 in MN/0:21-cv-00816, 1 in MN/0:21-cv-00826, 1 in MN/0:21-cv-00829, 1 in MN/0:21-cv-00833, 1 in MN/0:21-cv-00834, 1 in MN/0:21-cv-00835, 1 in MN/0:21-cv-00836, 1 in MN/0:21-cv-00839, 1 in MN/0:21-cv-00842, 1 in MN/0:21-cv-00843, 1 in MN/0:21-cv-00844, 1 in MN/0:21-cv-00845, 1 in MN/0:21-cv-00846, 1 in MN/0:21-cv-00852, 1 in MN/0:21-cv-00853, 1 in MN/0:21-cv-00855, 1 in MN/0:21-cv-00856, 1 in MN/0:21-cv-00857, 1 in MN/0:21-cv-00858, 1 in MN/0:21-cv-00859, 1 in MN/0:21-cv-00860, 1 in MN/0:21-cv-00861, 1 in MN/0:21-cv-00866, 1 in MN/0:21-cv-00867, 1 in MN/0:21-cv-00868, 1 in MN/0:21-cv-00869, 1 in MN/0:21-cv-00870, 1 in MN/0:21-cv-00871, 1 in MN/0:21-cv-00872, 1 in MN/0:21-cv-00873, 1 in MN/0:21-cv-00874, 1 in MN/0:21-cv-00875, 1 in MN/0:21-cv-00876, 1 in MN/0:21-cv-00877, 1 in MN/0:21-cv-00878, 1 in MN/0:21-cv-00879, 1 in MN/0:21-cv-00880, 1 in MN/0:21-cv-00886, 1 in MN/0:21-cv-00887, 1 in MN/0:21-cv-00888, 1 in MN/0:21-cv-00889, 1 in MN/0:21-cv-00890, 1 in MN/0:21-cv-00891, 1 in MN/0:21-cv-00892, 1 in MN/0:21-cv-00893, 1 in MN/0:21-cv-00894, 1 in MN/0:21-cv-00895, 1 in MN/0:21-cv-00896, 1 in MN/0:21-cv-00897, 1 in MN/0:21-cv-00898, 1 in MN/0:21-cv-00899, 1 in MN/0:21-cv-00900)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-00874 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00874 Notice will not be electronically mailed to:**

**MN/0:21-cv-00833 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00833 Notice will not be electronically mailed to:**

**MN/0:21-cv-00872 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00872 Notice will not be electronically mailed to:**

**MN/0:21-cv-00895 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00895 Notice will not be electronically mailed to:**

**MN/0:21-cv-00846 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00846 Notice will not be electronically mailed to:**

**MN/0:21-cv-00897 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00897 Notice will not be electronically mailed to:**

**MN/0:21-cv-00765 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00765 Notice will not be electronically mailed to:**

**MN/0:21-cv-00803 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00803 Notice will not be electronically mailed to:**

**MN/0:21-cv-00859 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00859 Notice will not be electronically mailed to:**

**MN/0:21-cv-00843 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00843 Notice will not be electronically mailed to:**

**MN/0:21-cv-00855 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00855 Notice will not be electronically mailed to:**

**MN/0:21-cv-00875 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00875 Notice will not be electronically mailed to:**

**MN/0:21-cv-00899 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00899 Notice will not be electronically mailed to:**

**MN/0:21-cv-00871 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00871 Notice will not be electronically mailed to:**

**MN/0:21-cv-00809 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00809 Notice will not be electronically mailed to:**

**MN/0:21-cv-00805 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00805 Notice will not be electronically mailed to:**

**MN/0:21-cv-00876 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00876 Notice will not be electronically mailed to:**

**MN/0:21-cv-00861 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00861 Notice will not be electronically mailed to:**

**MN/0:21-cv-00816 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00816 Notice will not be electronically mailed to:**

**MN/0:21-cv-00873 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00873 Notice will not be electronically mailed to:**

**MN/0:21-cv-00813 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00813 Notice will not be electronically mailed to:**

**MN/0:21-cv-00888 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00888 Notice will not be electronically mailed to:**

**MN/0:21-cv-00853 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00853 Notice will not be electronically mailed to:**

**MN/0:21-cv-00815 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00815 Notice will not be electronically mailed to:**

**MN/0:21-cv-00878 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00878 Notice will not be electronically mailed to:**

**MN/0:21-cv-00886 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00886 Notice will not be electronically mailed to:**

**MN/0:21-cv-00867 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00867 Notice will not be electronically mailed to:**

**MN/0:21-cv-00839 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00839 Notice will not be electronically mailed to:**

**MN/0:21-cv-00870 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00870 Notice will not be electronically mailed to:**

**MN/0:21-cv-00826 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00826 Notice will not be electronically mailed to:**

**MN/0:21-cv-00799 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00799 Notice will not be electronically mailed to:**

**MN/0:21-cv-00835 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00835 Notice will not be electronically mailed to:**

**MN/0:21-cv-00858 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00858 Notice will not be electronically mailed to:**

**MN/0:21-cv-00842 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00842 Notice will not be electronically mailed to:**

**MN/0:21-cv-00852 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00852 Notice will not be electronically mailed to:**

**MN/0:21-cv-00900 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00900 Notice will not be electronically mailed to:**

**MN/0:21-cv-00868 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00868 Notice will not be electronically mailed to:**

**MN/0:21-cv-00779 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00779 Notice will not be electronically mailed to:**

**MN/0:21-cv-00844 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00844 Notice will not be electronically mailed to:**

**MN/0:21-cv-00894 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00894 Notice will not be electronically mailed to:**

**MN/0:21-cv-00829 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00829 Notice will not be electronically mailed to:**

**MN/0:21-cv-00889 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00889 Notice will not be electronically mailed to:**

**MN/0:21-cv-00804 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00804 Notice will not be electronically mailed to:**

**MN/0:21-cv-00860 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00860 Notice will not be electronically mailed to:**

**MN/0:21-cv-00806 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00806 Notice will not be electronically mailed to:**

**MN/0:21-cv-00887 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00887 Notice will not be electronically mailed to:**

**MN/0:21-cv-00898 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00898 Notice will not be electronically mailed to:**

**MN/0:21-cv-00877 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00877 Notice will not be electronically mailed to:**

**MN/0:21-cv-00892 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00892 Notice will not be electronically mailed to:**

**MN/0:21-cv-00893 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00893 Notice will not be electronically mailed to:**

**MN/0:21-cv-00857 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00857 Notice will not be electronically mailed to:**

**MN/0:21-cv-00836 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00836 Notice will not be electronically mailed to:**

**MN/0:21-cv-00814 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00814 Notice will not be electronically mailed to:**

**MN/0:21-cv-00866 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00866 Notice will not be electronically mailed to:**

**MN/0:21-cv-00896 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

Jeff H Eckland jeckland@ecklandblando.com

Vince C Reuter vreuter@ecklandblando.com

Jared M Reams jreams@ecklandblando.com

**MN/0:21-cv-00896 Notice will not be electronically mailed to:**

**MN/0:21-cv-00880 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland jeckland@ecklandblando.com

Vince C Reuter vreuter@ecklandblando.com

Jared M Reams jreams@ecklandblando.com

**MN/0:21-cv-00880 Notice will not be electronically mailed to:**

**MN/0:21-cv-00869 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland jeckland@ecklandblando.com

Vince C Reuter vreuter@ecklandblando.com

Jared M Reams jreams@ecklandblando.com

**MN/0:21-cv-00869 Notice will not be electronically mailed to:**

**MN/0:21-cv-00856 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00856 Notice will not be electronically mailed to:**

**MN/0:21-cv-00845 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00845 Notice will not be electronically mailed to:**

**MN/0:21-cv-00891 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00891 Notice will not be electronically mailed to:**

**MN/0:21-cv-00879 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00879 Notice will not be electronically mailed to:**

**MN/0:21-cv-00890 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00890 Notice will not be electronically mailed to:**

**MN/0:21-cv-00834 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00834 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/13/2021] [FileNumber=1052152-0]
[6e8fd1f4e7e532b0ea74c49ceacb336330d06550318d094b830dcc8fadaa181cf959
d1a6457e83078a85b0f448dacf8dbfa34474ba03119fc1fcf3ffef96b977]]