UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br>This Document Relates to:<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br><br>Magistrate Judge Gary R. Jones |

## APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Michael E. Pederson of Weitz & Luxenberg, P.C. hereby enters his appearance on the Master Docket pursuant to Pretrial Order No. 3 (ECF No. 4) on behalf of the following Plaintiffs in the above-captioned matter.

- *Sandra N. McNaughton v. 3M Company* (3:19-cv-01536-MCR-GRJ)
- *Anthony Patrick v. 3M Company* (3:19-cv-02971-MCR-GRJ)
- *David Haight v. 3M Company* (3:19-cv-03050-MCR-GRJ)

Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

Dated:  April 14, 2021

                          Respectfully submitted,

                          /s/ Michael E. Pederson
                          Michael E. Pederson
                          Weitz & Luxenberg, P.C.
                          700 Broadway
                          New York, NY  10003
                          Phone: (212) 558-5591
                          Fax: 646-293-6538
                          mpederson@weitzlux.com

                          Attorney for Plaintiff

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 14, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system thereby sending notification of such filings to all counsel of record in this matter.

      /s/ Michael E. Pederson
      Michael E. Pederson