UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) Case No. 3:19-md-2885 |
| *This document relates to: All actions* | ) Judge M. Casey Rodgers ) Magistrate Judge Gary R. Jones |

**MOTION TO EXTEND DEADLINE TO**
**EXECUTE PARTICIPATION AGREEMENT**

The Plaintiff Leadership Counsel in the Minnesota Consolidated Litigation ("Minnesota PLC") move the Court for an Order extending Common Benefit Order No. 3's 60-day deadline to sign the Participation Agreement, *see* Doc. 1659 at 4. Based on the Court's authority to modify deadlines, and for good cause shown in the accompanying memorandum of law, the Court should extend the deadline to sign the Participation Agreement until 30 days after it resolves the Minnesota PLC's timely Limited Objection and Motion to Modify Common Benefit Order, Doc. 1683.

Date: April 15, 2021                    Respectfully submitted,

**PAUL LLP**
*/s/ Richard M. Paul III*
Richard M. Paul III
Ashlea G. Schwarz
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Rick@PaulLLP.com
Ashlea@PaulLLP.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(F), the undersigned certifies that a true and correct copy of the foregoing was filed via the Court's CM/ECF system on April 15, 2021, which sends notice to all counsel of record.

*/s/ Richard M. Paul III*