UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to: All actions* | ) ) Case No. 3:19-md-2885 ) ) Judge M. Casey Rodgers ) Magistrate Judge Gary R. Jones |

**MEMORANDUM IN SUPPORT OF MOTION TO
EXTEND DEADLINE TO EXECUTE PARTICIPATION AGREEMENT**

Common Benefit Order No. 3 requires counsel "who currently have cases pending in this MDL court or any state court and who want to become Participating Counsel" to execute a Participation Agreement "within 60 days of this Order," or by April 19, 2021.[1] Doc. 1659 at 4. Counsel who timely execute a Participation Agreement are subject to a 9% common benefit assessment. Counsel who do not timely execute a Participation Agreement (or who decline) will be subject to a 15% assessment. *Id.* at 6–7. This higher

---

[1] The Court entered Common Benefit Order No. 3 on February 17, 2021. Sixty days later is Sunday, April 18, 2021. The deadline therefore falls on Monday, April 19, 2021 by operation of Federal Rule of Civil Procedure 6(a)(1)(C).

assessment is based only on when counsel execute the Participation Agreement. *See id.*

Pursuant to the requirements of Common Benefit Order No. 3, the Minnesota PLC timely objected to the procedure and assessments. Doc. 1683 at 7. That objection remains pending.

Timely objection notwithstanding, Common Benefit Order No. 3's 60-day deadline remains in place as to the Minnesota PLC as the Order included no allowance for a stay or extension for counsel who lodged an objection. *See generally* Doc. 1659. Thus, Minnesota PLC respectfully request that this Court extend the 60-day deadline until 30 days after it rules on the Minnesota PLC's objection; allowing Minnesota PLC to make the informed choice of whether to execute a Participation Agreement with full knowledge of this Court's ruling.

The Court may modify scheduled deadlines on a showing that the moving party cannot meet the deadlines despite his diligence in pursuing the action. *See Oravec v. Sunny Isles Luxury Ventures, L.C.*, 527 F.3d 1218, 1232 (11th Cir. 2008). The Minnesota PLC has diligently pursued its objection. It

timely objected to the common benefit order and moved for modification. *See* Doc. 1683. It also promptly replied. *See* Doc. 1734; Doc. 1718 (granting leave to reply). The objection procedure's purpose is to allow counsel to have objections to Common Benefit Order No. 3 resolved prior to participating in this Court's common benefit process. The sixty-day deadline interferes with that goal by forcing counsel to choose whether to sign before learning how this Court will rule on the objection. Given the Minnesota PLC's diligence in pursuing its objection, the Court should extend the deadline.

Moreover, signing the Participation Agreement could moot the Minnesota PLC's jurisdictional objection. Some courts have said that signing a participation agreement supplies a basis for jurisdiction over counsel with related cases pending in state court. *See, e.g.*, *In re Avandia Mktg., Sales Pracs., & Prods. Liab. Litig.*, 617 F. App'x 136, 142 (3d Cir. 2015) (unpublished). The status quo deadline will force the Minnesota PLC to choose between (1) maintaining its objection and risk subjecting its clients to a 15% assessment from this Court on top of the Minnesota court's assessment, or (2) forfeiting its objection and risk subjecting its clients to double holdbacks from two

courts. The Minnesota PLC should not be put to this choice. Enforcing the deadline would undermine the Minnesota PLC's right to a full objection to the Common Benefit Order No. 3. The Court should also extend the deadline for this independent reason.

## CONCLUSION

For these reasons, Minnesota PLC respectfully requests that this Court extend the 60-day deadline to sign the Participation Agreement until 30 days after this Court ruling on the Minnesota PLC's objection.

Date: April 15, 2021

Respectfully submitted,

**PAUL LLP**
*/s/ Richard M. Paul III*
Richard M. Paul III
Ashlea G. Schwarz
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Rick@PaulLLP.com
Ashlea@PaulLLP.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(F), the undersigned certifies that a true and correct copy of the foregoing was filed via the Court's CM/ECF system on April 15, 2021, which sends notice to all counsel of record.

*/s/ Richard M. Paul III*
