UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
|---|---|
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge Rodgers on: April 15, 2021
Motion/Pleading: Motion to Extend Time to Execute Participation Agreement
Filed by: Attorney Richard M. Paul, III    on 4/15/2021    Doc. # 1756
RESPONSES:
_____ on _____ Doc. # _____
_____ on _____ Doc. # _____

___ Stipulated    ___ Joint Pldg.
___ Unopposed    ___ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

# ORDER

On consideration, the motion is **GRANTED as follows**. The deadline is tolled until further order of the Court as to Attorney Richard M. Paul only, who is the only attorney who filed an objection to Common Benefit Order No. 3.

**DONE AND ORDERED**, this 15th of April, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**