# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on: __April 6, 2021__

Motion/Pleadings: __Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records__

Filed by: __Plaintiffs__     on __April 6, 2021__     ECF # __1749__

RESPONSES:

_____ on _____ ECF # _____

___ Stipulated     ___ Joint Pldg.
___ Unopposed   _X_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ *Kathy Rock*
Deputy Clerk: Kathy Rock

---

For good cause shown, the motion is **GRANTED, as requested**.

**DONE and ORDERED** this 20th day of April, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**