UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>*White v. 3M Co., et al.*, 3:21-cv-675 )<br>*Jones v. 3M Co., et al.*, 3:20-cv-683 )<br>_____ ) | Case No: 3:19-md-02885-MCR-GRJ<br><br>Judge Casey Rogers<br>Magistrate Judge: Gary R. Jones |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christopher Shakib of the law firm of Terrell Hogan Yegelwel, P.A. enters his appearance as counsel for plaintiffs in the following actions filed in this Court:

- *White v. 3M Company, et al.* Case No: 3:21-cv-675-MCR-GRJ
- *Jones v. 3M Co., et al.,* Case No: 3:20-cv-683-MCR-GRJ

Christopher Shakib is the attorney of record in the above-referenced actions filed in this Court (MDL Case No: 2885) and has completed the administrative requirements outlined in Pretrial Order No. 3 (ECF No. 4) (Tutorial Confirmation No. FLND15997717813738)

All further paper and pleadings should be served on the undersigned.

Dated: April 21, 2021.

                              Respectfully Submitted,

                              /s/ *Christopher Shakib*
                              **Christopher Shakib, Esquire**
                              **TERRELL HOGAN & YEGELWEL, P.A.**
                              233 East Bay Street, 8th Floor
                              Jacksonville, Florida 32202
                              Telephone:   (904) 632-2424
                              Facsimile:    (904) 632-5049
                              Primary Email: shakib@terrellhogan.com
                              Secondary Email: jfleury@terrellhogan.com
                              Florida Bar No.: 0947865

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2021, a true and correct copy of the foregoing *Notice of Appearance* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

<u>/s/ Christopher Shakib</u>.
Christopher Shakib