UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Baker*, 7:20cv39 *McCombs*, 7:20cv94 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

### ORDER AMENDING ORDER SETTING TRIAL AND PRETRIAL SCHEDULE

This Order amends the Court's prior Order Setting Trial and Pretrial Schedule, Case No. 3:19md2885, ECF No. 1675, in the above-captioned bellwether cases, *McCombs* and *Baker*, as follows. The pretrial conference for both trials will be held on **Monday, May 3, 2021 at 8:30AM** and if necessary, **Tuesday, May 4, 2021 at 1PM**. All other aspects of ECF No. 1675 remain unchanged.

**SO ORDERED**, on this 23rd day of April, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**