UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| | Judge M. Casey Rogers |
| This Document Relates to: *Bond v. 3M Company, et al.*, 3:19-cv-2965 | Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Karen W. Renwick of the law firm Walters Renwick Richards Skeens & Vaughan, P.C., hereby enters her appearance as counsel and attorney of record for Plaintiff Eric R. Bond in the following action transferred to this Court from the Western District of Missouri: Eric R. Bond v. 3M Company, et al., Case No. 3:19-cv-02965. The undersigned has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). Pursuant to Pretrial Order No. 3, Sec. IV.A., the undersigned has completed the online Attorney Admission Tutorial exam, confirmation No. FLND16173071124279, and the CM/ECF online tutorials (and has an upgraded PACER account). All further papers and pleadings in this action should be served on the undersigned.

Dated: April 26, 2021.

                WALTERS RENWICK RICHARDS SKEENS
                 & VAUGHAN, P.C.

                By: */s/ Karen W. Renwick*
                    Karen Wedel Renwick, Mo. Bar #41271
                    R. Keith Johnston, Mo. Bar #37954
                    2500 City Center Square
                    1100 Main Street
                    P.O. Box 26188
                    Kansas City, MO 64196
                    (816) 421-6620
                    (816) 421-4747 (Facsimile)

krenwick@wrrsvlaw.com
kjohnston@wrrsvlaw.com

**ATTORNEYS FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

      In compliance with Rule 5.1(F) of the Local Rules of the United States District Court for the Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of Court on April 26, 2021, using the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

                             */s/ Karen W. Renwick*