**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICCT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE:  3M COMBAT ARMS EARPLUGS | : | Case No.:  3:19-md-2885 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | Judge M. Case Rodgers |
| This Document Relates to All Cases | : | Magistrate Judge Gary R. Jones |

_____

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Martin G. Rubenstein, Esquire, hereby move this Court for an Order for Admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Pennsylvania, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Pennsylvania.  A copy of a Certificate of Good Standing from the State of Pennsylvania dated within 30 days of this motion is attached hereto as **Exhibit "A"** and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16171178644264 and FLND16171178684265** and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant has recently filed prior to this motion to appear *pro hac vice* the following:

    a. Genarro Basso and Ashley Basso, h/w v. 3M Case 3:21-cv-00538-MCR-GRJ

    b. Marc LaFond and Kyi LaFond, h/w v. 3M Case 3:21-cv-00539-MCR-GRJ

WHEREFORE, Martin G. Rubenstein, Esquire respectfully requests that this Court enter an Order granting the motion to appear *pro hac vice*, and directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

Date: April 29, 2021

RESPECTFULLY SUBMITTED,

*/s/ Martin Rubenstein*

LEVY BALDANTE FINNEY
& RUBENSTEIN, P.C.
Martin G. Rubenstein, Esquire
rubenstein@levybaldante.com
1845 Walnut Street, 13th Floor
Philadelphia, PA 19103
Phone: 215.735.1616
Fax: 215.545.2642
Bar No.: 35271

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission **Pro Hac Vice** was filed electronically with the Clerk of the Court using the CM/ECF system on April 29, 2021, served electronically on all counsel of record.

_____
MARTIN G. RUBENSTEIN, ESQUIRE

# EXHIBIT A



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**  
**EASTERN DISTRICT OF PENNSYLVANIA**  }

I, Kate Barkman, Clerk of the United States District Court for the Eastern District of Pennsylvania,

**DO HEREBY CERTIFY** that MARTIN G. RUBENSTEIN   Bar #35271  
was duly admitted to practice in said Court on   12/17/1981, and is in good standing  
as a member of the bar of said Court.

**KATE BARKMAN**  
**Clerk of Court**

CLERK'S OFFICE  
Sworn to and Subscribed  
before me this day  
December 29th, 2020

Deputy Clerk, U.S. District Court  
Eastern District of Pennsylvania

DATED at Philadelphia, Pennsylvania  
on 4/15/2021

BY: _Paige Conti_

Deputy Clerk

Rev. 1/20/17