# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  *This document relates to:* The Master Docket *McNeal v. 3M Company, et al.*, 7:20-cv-66 *Montero v. 3M Company, et al.,* 7:20-cv-67 | MDL Case No. 3:19-MD-2885-MCR-GRJ  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel hereby enters her appearance in this action. The Court granted undersigned counsel admission *pro hac vice* pursuant to paragraph IV of Pretrial Order No. 3 on April 28, 2021. [Dkt. No. 1767]. Counsel respectfully requests that all notices, correspondence, filings, and other papers in the Master Docket of MDL 2885 be served upon her at the address listed below.

Dated: April 30, 2021

                                     Respectfully submitted,

                                     */s/ Alexandra Walsh*
                                     Alexandra Walsh (D.C. Bar #490484)
                                     WALSH LAW PLLC
                                     1050 Connecticut Ave., NW, Suite 500
                                     Washington, D.C. 20036
                                     (202) 780-3014
                                     awalsh@alexwalshlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2021, I caused the foregoing Notice of Appearance to be filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Alexandra Walsh*
Alexandra Walsh