# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO.  3:19md2885 |
| This Document relates to All Cases | Judge M. Casey Rodgers  Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   May 3, 2021

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  Patrick Philip Sandman     on  April 30, 2021     Doc. #  1770

Response _____ on _____ Doc. # _____

_____ Stipulated      _____ Joint Pleading
_____ Unopposed      _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 3rd day of May 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**