# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | *Case Nos. Ex. A* |
| This Document Relates to the Master Docket | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

Lesley Paniszczyn of Thomas J. Henry Law, P.C., hereby enters her appearance as counsel for Plaintiffs in Ex A. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, the undersigned has successfully completed both the Local Rules tutorial exam, confirmation number FLND15545004151907, and the CM/ECF online tutorial, and has upgraded her PACER account. Counsel requests all further papers and pleadings in this matter be served upon the undersigned.

Dated:  May 7, 2021                         Respectfully submitted,

/s/ *Lesley Paniszczyn*
THOMAS J. HENRY LAW, PC
Lesley Paniszczyn
Lpan.3m@thomasjhenrylaw.com
521 Starr Street
Corpus Christi, Texas 78401
Telephone No.: (361) 985-0600
Facsimile No.:  (361) 985-0601
TX Bar: 24079103

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on May 7, 2021 served electronically on all counsel of record.

/s/ *Lesley Paniszczyn*
Lesley Paniszczyn