Exhibit A

| Name | Cause # |
| --- | --- |
| Brogdon, Jonathan | 7:20-cv-31583-MCR-GRJ |
| Brooks, Scot | 8:20-cv-58695-MCR-GRJ |
| Cooper, Gary | 7:20-cv-31776-MCR-GRJ |
| Covarrubias, Victor | 8:20-cv-58795-MCR-GRJ |
| Crean, Philip | 7:20-cv-31199-MCR-GRJ |
| Davis, Robert M. | 7:20-cv-31657-MCR-GRJ |
| Deleon, Rovin | 8:20-cv-46212-MCR-GRJ |
| Gutierrez, Aaron | 8:20-cv-46408-MCR-GRJ |
| Hayes, Raven | 7:20-cv-32154-MCR-GRJ |
| Hofmeister, Benjamin | 8:20-cv-53272-MCR-GRJ |
| Hubbard, Charles | 8:20-cv-59006-MCR-GRJ |
| Johnson, David | 8:20-cv-45225-MCR-GRJ |
| Jones, Carlon | 8:20-cv-98221-MCR-GRJ |
| Longanecker, Charles | 8:20-cv-85173-MCR-GRJ |
| Lopez, Stephano | 8:20-cv-58427-MCR-GRJ |
| MacNealy, Kelly | 8:20-cv-53730-MCR-GRJ |
| Michener, Arthur III | 7:20-cv-33785-MCR-GRJ |
| Milbut, Anthony | 7:20-cv-39812-MCR-GRJ |
| Silbaugh, James | 8:20-cv-15936-MCR-GRJ |
| Stange, Scott | 7:20-cv-35950-MCR-GRJ |
| VanRooyen, Brian | 7:20-cv-34568-MCR-GRJ |
| Wallace, Damon | 8:20-cv-54694-MCR-GRJ |
| Ward, Eddie | 7:20-cv-39810-MCR-GRJ |
| Woods, Ross | 7:20-cv-36601-MCR-GRJ |
| Wray, Michael | 7:20-cv-34376-MCR-GRJ |