UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document relates to:<br>*Stephen Pecorelli v. 3M Company, et al.*<br><br>Case No.: 3:21-CV-00019 | ) ) ) ) ) ) ) | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Notice Requiring Attorney Admission (entered January 5, 2021), and the Northern District of Florida Local Rule 11.1, I, John J. Van Dyken, Esquire, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in New Jersey and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of New Jersey. Copy of Certification of good standing from the State of New Jersey dated within 30 days of this motion is attached hereto as **Exhibit "A"** and made a part hereof.

3. Pursuant to the Notice Requiring Attorney Admission and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16100423454041, and the CM/ECF online tutorial.

4. Movant has paid the required $208.00 *pro hac vice* admission fee via Pacer.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents the Plaintiff in the following action that was directly filed into the MDL:

    a. **PECORELLI v. 3M COMPANY, et al., Case No.: 3:21-CV-00019**

WHEREFORE, John J. Van Dyken, Esquire, respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: May 10, 2021                    Respectfully Submitted,

*J Van Dyken*
_____
John J. Van Dyken, Esquire

John J. Vav Dyken, Esquire
jvd@sicilianolaw.com
**Siciliano & Associates, LLC**
16 S. Haddon Avenue
Haddonfield, NJ 08033
Telephone No.: (856) 795-0500
Facsimile No.: (856) 795-5155
NJ Bar: 027722003

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on May 10, 2021 served electronically on all counsel of record.

*J Van Dyken*
_____
John J. Van Dyken, Esquire