**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, May 10, 2021 7:05 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Monday, May 10, 2021 12:03:07 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 5/10/2021 at 8:03 AM EDT and filed on 5/10/2021
**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:** [MDL No. 2885](#)
**Filer:**
**Document Number:** [1245](#)

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-105) - 10 action(s)** *re: pldg. ([1241] in MDL No. 2885, 1 in MN/0:21-cv-01072, 1 in MN/0:21-cv-01073, 1 in MN/0:21-cv-01078, 1 in MN/0:21-cv-01079, 1 in MN/0:21-cv-01081, 1 in MN/0:21-cv-01082, 1 in MN/0:21-cv-01086, 1 in MN/0:21-cv-01087, 1 in MN/0:21-cv-01088, 1 in MN/0:21-cv-01093)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/10/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-01072, MN/0:21-cv-01073, MN/0:21-cv-01078, MN/0:21-cv-01079, MN/0:21-cv-01081, MN/0:21-cv-01082, MN/0:21-cv-01086, MN/0:21-cv-01087, MN/0:21-cv-01088, MN/0:21-cv-01093 (JC)**

| | |
|---|---|
| **Case Name:** | Giger v. 3M Company et al |

| | |
|---|---|
| **Case Number:** | MN/0:21-cv-01088 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-105) - 10 action(s) *re: pldg. ( [1241] in MDL No. 2885, 1 in MN/0:21-cv-01072, 1 in MN/0:21-cv-01073, 1 in MN/0:21-cv-01078, 1 in MN/0:21-cv-01079, 1 in MN/0:21-cv-01081, 1 in MN/0:21-cv-01082, 1 in MN/0:21-cv-01086, 1 in MN/0:21-cv-01087, 1 in MN/0:21-cv-01088, 1 in MN/0:21-cv-01093)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/10/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-01072, MN/0:21-cv-01073, MN/0:21-cv-01078, MN/0:21-cv-01079, MN/0:21-cv-01081, MN/0:21-cv-01082, MN/0:21-cv-01086, MN/0:21-cv-01087, MN/0:21-cv-01088, MN/0:21-cv-01093 (JC)**

| | |
|---|---|
| **Case Name:** | Cohen v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-01079 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-105) - 10 action(s) *re: pldg. ( [1241] in MDL No. 2885, 1 in MN/0:21-cv-01072, 1 in MN/0:21-cv-01073, 1 in MN/0:21-cv-01078, 1 in MN/0:21-cv-01079, 1 in MN/0:21-cv-01081, 1 in MN/0:21-cv-01082, 1 in MN/0:21-cv-01086, 1 in MN/0:21-cv-01087, 1 in MN/0:21-cv-01088, 1 in MN/0:21-cv-01093)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/10/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-01072, MN/0:21-cv-01073, MN/0:21-cv-01078, MN/0:21-cv-01079, MN/0:21-cv-01081, MN/0:21-cv-01082, MN/0:21-cv-01086, MN/0:21-cv-01087, MN/0:21-cv-01088, MN/0:21-cv-01093 (JC)**

| | |
|---|---|
| **Case Name:** | Buffum v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-01072 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-105) - 10 action(s) *re: pldg. ( [1241] in MDL No. 2885, 1 in MN/0:21-cv-01072, 1 in MN/0:21-cv-01073, 1 in MN/0:21-cv-01078, 1 in MN/0:21-cv-01079, 1 in MN/0:21-cv-01081, 1 in MN/0:21-cv-01082, 1 in MN/0:21-cv-01086, 1 in MN/0:21-cv-01087, 1 in MN/0:21-cv-01088, 1 in MN/0:21-cv-01093)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/10/2021.**

Associated Cases: MDL No. 2885, MN/0:21-cv-01072, MN/0:21-cv-01073, MN/0:21-cv-01078, MN/0:21-cv-01079, MN/0:21-cv-01081, MN/0:21-cv-01082, MN/0:21-cv-01086, MN/0:21-cv-01087, MN/0:21-cv-01088, MN/0:21-cv-01093 (JC)

| | |
|---|---|
| **Case Name:** | Dotson v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-01086 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-105) - 10 action(s)** *re: pldg. ( [1241] in MDL No. 2885, 1 in MN/0:21-cv-01072, 1 in MN/0:21-cv-01073, 1 in MN/0:21-cv-01078, 1 in MN/0:21-cv-01079, 1 in MN/0:21-cv-01081, 1 in MN/0:21-cv-01082, 1 in MN/0:21-cv-01086, 1 in MN/0:21-cv-01087, 1 in MN/0:21-cv-01088, 1 in MN/0:21-cv-01093)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/10/2021.**

Associated Cases: MDL No. 2885, MN/0:21-cv-01072, MN/0:21-cv-01073, MN/0:21-cv-01078, MN/0:21-cv-01079, MN/0:21-cv-01081, MN/0:21-cv-01082, MN/0:21-cv-01086, MN/0:21-cv-01087, MN/0:21-cv-01088, MN/0:21-cv-01093 (JC)

| | |
|---|---|
| **Case Name:** | Coopwood v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-01081 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-105) - 10 action(s)** *re: pldg. ( [1241] in MDL No. 2885, 1 in MN/0:21-cv-01072, 1 in MN/0:21-cv-01073, 1 in MN/0:21-cv-01078, 1 in MN/0:21-cv-01079, 1 in MN/0:21-cv-01081, 1 in MN/0:21-cv-01082, 1 in MN/0:21-cv-01086, 1 in MN/0:21-cv-01087, 1 in MN/0:21-cv-01088, 1 in MN/0:21-cv-01093)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/10/2021.**

Associated Cases: MDL No. 2885, MN/0:21-cv-01072, MN/0:21-cv-01073, MN/0:21-cv-01078, MN/0:21-cv-01079, MN/0:21-cv-01081, MN/0:21-cv-01082, MN/0:21-cv-01086, MN/0:21-cv-01087, MN/0:21-cv-01088, MN/0:21-cv-01093 (JC)

| | |
|---|---|
| **Case Name:** | Dotson v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-01087 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-105) - 10 action(s)** *re: pldg. ( [1241] in MDL No. 2885, 1 in MN/0:21-cv-01072, 1 in MN/0:21-cv-01073, 1 in MN/0:21-cv-01078, 1 in MN/0:21-cv-01079, 1 in MN/0:21-cv-01081, 1 in MN/0:21-cv-01082, 1 in MN/0:21-cv-01086, 1 in*

*MN/0:21-cv-01087, 1 in MN/0:21-cv-01088, 1 in MN/0:21-cv-01093)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/10/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-01072, MN/0:21-cv-01073, MN/0:21-cv-01078, MN/0:21-cv-01079, MN/0:21-cv-01081, MN/0:21-cv-01082, MN/0:21-cv-01086, MN/0:21-cv-01087, MN/0:21-cv-01088, MN/0:21-cv-01093 (JC)**

| | |
|---|---|
| Case Name: | Campbell v. 3M Company et al |
| Case Number: | MN/0:21-cv-01073 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-105) - 10 action(s)** *re: pldg. ( [1241] in MDL No. 2885, 1 in MN/0:21-cv-01072, 1 in MN/0:21-cv-01073, 1 in MN/0:21-cv-01078, 1 in MN/0:21-cv-01079, 1 in MN/0:21-cv-01081, 1 in MN/0:21-cv-01082, 1 in MN/0:21-cv-01086, 1 in MN/0:21-cv-01087, 1 in MN/0:21-cv-01088, 1 in MN/0:21-cv-01093)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/10/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-01072, MN/0:21-cv-01073, MN/0:21-cv-01078, MN/0:21-cv-01079, MN/0:21-cv-01081, MN/0:21-cv-01082, MN/0:21-cv-01086, MN/0:21-cv-01087, MN/0:21-cv-01088, MN/0:21-cv-01093 (JC)**

| | |
|---|---|
| Case Name: | Lombardo v. 3M Company et al |
| Case Number: | MN/0:21-cv-01093 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-105) - 10 action(s)** *re: pldg. ( [1241] in MDL No. 2885, 1 in MN/0:21-cv-01072, 1 in MN/0:21-cv-01073, 1 in MN/0:21-cv-01078, 1 in MN/0:21-cv-01079, 1 in MN/0:21-cv-01081, 1 in MN/0:21-cv-01082, 1 in MN/0:21-cv-01086, 1 in MN/0:21-cv-01087, 1 in MN/0:21-cv-01088, 1 in MN/0:21-cv-01093)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/10/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-01072, MN/0:21-cv-01073, MN/0:21-cv-01078, MN/0:21-cv-01079, MN/0:21-cv-01081, MN/0:21-cv-01082, MN/0:21-cv-01086, MN/0:21-cv-01087, MN/0:21-cv-01088, MN/0:21-cv-01093 (JC)**

| | |
|---|---|
| Case Name: | Clarke v. 3M Company et al |
| Case Number: | MN/0:21-cv-01078 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-105) - 10 action(s)** *re: pldg. ( [1241] in MDL No. 2885, 1 in MN/0:21-cv-01072, 1 in MN/0:21-cv-01073, 1 in MN/0:21-cv-01078, 1 in MN/0:21-cv-01079, 1 in MN/0:21-cv-01081, 1 in MN/0:21-cv-01082, 1 in MN/0:21-cv-01086, 1 in MN/0:21-cv-01087, 1 in MN/0:21-cv-01088, 1 in MN/0:21-cv-01093)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/10/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-01072, MN/0:21-cv-01073, MN/0:21-cv-01078, MN/0:21-cv-01079, MN/0:21-cv-01081, MN/0:21-cv-01082, MN/0:21-cv-01086, MN/0:21-cv-01087, MN/0:21-cv-01088, MN/0:21-cv-01093 (JC)**

**Case Name:** Davis v. 3M Company et al
**Case Number:** MN/0:21-cv-01082
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-105) - 10 action(s)** *re: pldg. ( [1241] in MDL No. 2885, 1 in MN/0:21-cv-01072, 1 in MN/0:21-cv-01073, 1 in MN/0:21-cv-01078, 1 in MN/0:21-cv-01079, 1 in MN/0:21-cv-01081, 1 in MN/0:21-cv-01082, 1 in MN/0:21-cv-01086, 1 in MN/0:21-cv-01087, 1 in MN/0:21-cv-01088, 1 in MN/0:21-cv-01093)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/10/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-01072, MN/0:21-cv-01073, MN/0:21-cv-01078, MN/0:21-cv-01079, MN/0:21-cv-01081, MN/0:21-cv-01082, MN/0:21-cv-01086, MN/0:21-cv-01087, MN/0:21-cv-01088, MN/0:21-cv-01093 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-01088 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-01088 Notice will not be electronically mailed to:**

**MN/0:21-cv-01079 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-01079 Notice will not be electronically mailed to:**

**MN/0:21-cv-01072 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-01072 Notice will not be electronically mailed to:**

**MN/0:21-cv-01086 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-01086 Notice will not be electronically mailed to:**

**MN/0:21-cv-01081 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-01081 Notice will not be electronically mailed to:**

**MN/0:21-cv-01087 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-01087 Notice will not be electronically mailed to:**

**MN/0:21-cv-01073 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-01073 Notice will not be electronically mailed to:**

**MN/0:21-cv-01093 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-01093 Notice will not be electronically mailed to:**

**MN/0:21-cv-01078 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-01078 Notice will not be electronically mailed to:**

**MN/0:21-cv-01082 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-01082 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/10/2021] [FileNumber=1057670-0]
[18331bd794bcc6929dbf2d154c2fff456223834d0bc04dfe02b67ff3c4bd040d8812
f30cdd59f6aad17a0ab7804952f701183696e6e34904e44128fefa0f0c28]]