Exhibit A

| Name | Cause # |
|------|---------|
| Beckwith, Michael | 7:20-cv-39639-MCR-GRJ |
| Begay, Tywannie II | 7:20-cv-30906-MCR-GRJ |
| Brownfield, Matthew | 7:20-cv-31908-MCR-GRJ |
| Bruce, Walter | 7:20-cv-31911-MCR-GRJ |
| Burk, Jesse | 7:20-cv-40760-MCR-GRJ |
| Cassesi, Jack | 8:20-cv-45600-MCR-GRJ |
| Church, Donald | 8:20-cv-44814-MCR-GRJ |
| Colon, Marteino | 7:20-cv-31724-MCR-GRJ |
| Coppernoll, Clayton | 8:20-cv-46327-MCR-GRJ |
| Dowe, Roane | 7:20-cv-31897-MCR-GRJ |
| Elkins, Darin | 7:20-cv-36776-MCR-GRJ |
| Escobedo, Ruben | 7:20-cv-31178-MCR-GRJ |
| Geldner, Nathan | 7:20-cv-36610-MCR-GRJ |
| Hotvedt, Kristofer | 7:20-cv-32613-MCR-GRJ |
| Johnston, William A. | 7:20-cv-40273-MCR-GRJ |
| Kosman, Christopher | 8:20-cv-77666-MCR-GRJ |
| Kresser, Daniel | 8:20-cv-58167-MCR-GRJ |
| Moon, Steven | 7:20-cv-32955-MCR-GRJ |
| O'Keefe, Allen | 8:20-cv-45521-MCR-GRJ |
| Phillips, Donald | 7:20-cv-36221-MCR-GRJ |
| Power, Lee | 7:20-cv-39586-MCR-GRJ |
| Rivera, Victor Mateo | 7:20-cv-34567-MCR-GRJ |
| Roberts, Jack | 8:20-cv-16578-MCR-GRJ |
| Singleton, Tywan | 7:20-cv-35708-MCR-GRJ |
| Wilkerson, Derrick | 8:20-cv-27772-MCR-GRJ |