UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Cases Identified on Exhibit A1 through A4 of Plaintiffs' Motion, ECF No. 1764 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on: April 26, 2021

Motion/Pleadings: Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records

Filed by: Plaintiffs   on April 26, 2021   ECF # 1763

RESPONSES:

\_\_\_ on \_\_\_ ECF # \_\_\_

\_\_\_ Stipulated   \_\_\_ Joint Pldg.
\_\_\_ Unopposed   _X_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ *Kathy Rock*
Deputy Clerk: Kathy Rock

---

For good cause shown, the motion is **GRANTED, as requested**.

**DONE and ORDERED** this 12th day of May, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**