**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | : : : : | Case No. 3:19-md-2885-MCR-GRJ |
| | : | Judge M. Casey Rodgers |
| This Document Relates to All Cases | : | Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rule 11.1, I, W. Christopher B. Hood, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Alabama and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member of good standing of the bar of the State of Alabama. A copy of a Certificate of Good Standing from the State of Alabama dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16203148654373, and will complete the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 pro *hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant is the attorney of record for Plaintiff Dustin McCombs; *McCombs v. 3M Company, et al;* Case No. 7:20-cv-00094.

WHEREFORE, Christopher B. Hood respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:   May 13, 2021                                              Respectfully submitted,

                                                     By:    */s/ Christopher B. Hood*
Christopher B. Hood
Alabama State Bar: 2280 S35H
HENINGER GARRISON DAVIS, LLC
2224 1ST Avenue North
Birmingham, AL  35203
Phone:  205.326.3336
Fax:  205.326.3332
Email: chood@hgdlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on May 13, 2021 and served electronically on all counsel of record.

                                                     */s/ Christopher B. Hood*
Christopher B. Hood

# EXHIBIT A

**Alabama State Bar**

415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101



STATE OF ALABAMA

COUNTY OF MONTGOMERY

I, Justin C. Aday, Acting Secretary of the Alabama State Bar and custodian of its records, hereby certify that Christopher Boyce Hood has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that Christopher Boyce Hood was admitted to the Alabama State Bar December 3, 2008.

I further certify that the said Christopher Boyce Hood is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2021.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 12th day of May, 2021.

Justin C. Aday, Acting Secretary



P: 334-269-1515          F: 334-261-6310          ALABAR.ORG