UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Baker v. 3M*, Case No. 7:20-cv-39 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Megan L. Odom of the law firm of Ciresi Conlin LLP has been admitted to practice *pro hac vice* in this Court and hereby enters her appearance as counsel for Plaintiff in the following action:

- *Lloyd Baker v. 3M Co., et al.*, Case No. 7:20-cv-39

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

DATED: May 18, 2021

*s/ Megan L. Odom*
Michael Sacchet (MN #0395817)
(Admitted *Pro Hac Vice*)
Megan L. Odom (MN #0399112)
(Admitted *Pro Hac Vice*)
CIRESI CONLIN LLP
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
T: 612-361-8220
F: 612-314-4760
mas@ciresiconlin.com
mlo@ciresiconlin.com

***Counsel for Plaintiff***

## **CERTIFICATE OF SERVICE**

I do hereby certify that on May 18, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*s/ Megan L. Odom*
Megan L. Odom