## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, May 19, 2021 7:26 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Wednesday, May 19, 2021 12:24:22 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 5/19/2021 at 8:24 AM EDT and filed on 5/19/2021

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 1254 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-106) - 13 action(s)** *re: pldg. ([1248] in MDL No. 2885, 1 in MN/0:21-cv-01074, 1 in MN/0:21-cv-01084, 1 in MN/0:21-cv-01092, 1 in MN/0:21-cv-01094, 1 in MN/0:21-cv-01095, 1 in MN/0:21-cv-01096, 1 in MN/0:21-cv-01097, 1 in MN/0:21-cv-01116, 1 in MN/0:21-cv-01117, 1 in MN/0:21-cv-01118, 1 in MN/0:21-cv-01119, 1 in MN/0:21-cv-01120, 1 in MN/0:21-cv-01124)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/19/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-01074, MN/0:21-cv-01084, MN/0:21-cv-01092, MN/0:21-cv-01094, MN/0:21-cv-01095, MN/0:21-cv-01096, MN/0:21-cv-01097, MN/0:21-cv-01116, MN/0:21-cv-01117, MN/0:21-cv-01118, MN/0:21-cv-01119, MN/0:21-cv-01120, MN/0:21-cv-01124 (JC)**

| | |
|---|---|
| **Case Name:** | De Leon v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-01084 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-106) - 13 action(s)** *re: pldg. ( [1248] in MDL No. 2885, 1 in MN/0:21-cv-01074, 1 in MN/0:21-cv-01084, 1 in MN/0:21-cv-01092, 1 in MN/0:21-cv-01094, 1 in MN/0:21-cv-01095, 1 in MN/0:21-cv-01096, 1 in MN/0:21-cv-01097, 1 in MN/0:21-cv-01116, 1 in MN/0:21-cv-01117, 1 in MN/0:21-cv-01118, 1 in MN/0:21-cv-01119, 1 in MN/0:21-cv-01120, 1 in MN/0:21-cv-01124)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/19/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-01074, MN/0:21-cv-01084, MN/0:21-cv-01092, MN/0:21-cv-01094, MN/0:21-cv-01095, MN/0:21-cv-01096, MN/0:21-cv-01097, MN/0:21-cv-01116, MN/0:21-cv-01117, MN/0:21-cv-01118, MN/0:21-cv-01119, MN/0:21-cv-01120, MN/0:21-cv-01124 (JC)**

| | |
|---|---|
| **Case Name:** | Williams v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-01120 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-106) - 13 action(s)** *re: pldg. ( [1248] in MDL No. 2885, 1 in MN/0:21-cv-01074, 1 in MN/0:21-cv-01084, 1 in MN/0:21-cv-01092, 1 in MN/0:21-cv-01094, 1 in MN/0:21-cv-01095, 1 in MN/0:21-cv-01096, 1 in MN/0:21-cv-01097, 1 in MN/0:21-cv-01116, 1 in MN/0:21-cv-01117, 1 in MN/0:21-cv-01118, 1 in MN/0:21-cv-01119, 1 in MN/0:21-cv-01120, 1 in MN/0:21-cv-01124)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/19/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-01074, MN/0:21-cv-01084, MN/0:21-cv-01092, MN/0:21-cv-01094, MN/0:21-cv-01095, MN/0:21-cv-01096, MN/0:21-cv-01097, MN/0:21-cv-01116, MN/0:21-cv-01117, MN/0:21-cv-01118, MN/0:21-cv-01119, MN/0:21-cv-01120, MN/0:21-cv-01124 (JC)**

| | |
|---|---|
| **Case Name:** | Clark v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-01074 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-106) - 13 action(s)** *re: pldg. ( [1248] in MDL No. 2885, 1 in MN/0:21-cv-01074, 1 in MN/0:21-cv-01084, 1 in MN/0:21-cv-01092, 1 in MN/0:21-cv-01094, 1 in MN/0:21-cv-01095, 1 in MN/0:21-cv-01096, 1 in MN/0:21-cv-01097, 1 in MN/0:21-cv-01116, 1 in MN/0:21-cv-01117, 1 in MN/0:21-cv-01118, 1 in MN/0:21-cv-01119, 1 in*

*MN/0:21-cv-01120, 1 in MN/0:21-cv-01124)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/19/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-01074, MN/0:21-cv-01084, MN/0:21-cv-01092, MN/0:21-cv-01094, MN/0:21-cv-01095, MN/0:21-cv-01096, MN/0:21-cv-01097, MN/0:21-cv-01116, MN/0:21-cv-01117, MN/0:21-cv-01118, MN/0:21-cv-01119, MN/0:21-cv-01120, MN/0:21-cv-01124 (JC)**

| | |
|---|---|
| **Case Name:** | McKenzie v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-01095 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-106) - 13 action(s)** *re: pldg. ( [1248] in MDL No. 2885, 1 in MN/0:21-cv-01074, 1 in MN/0:21-cv-01084, 1 in MN/0:21-cv-01092, 1 in MN/0:21-cv-01094, 1 in MN/0:21-cv-01095, 1 in MN/0:21-cv-01096, 1 in MN/0:21-cv-01097, 1 in MN/0:21-cv-01116, 1 in MN/0:21-cv-01117, 1 in MN/0:21-cv-01118, 1 in MN/0:21-cv-01119, 1 in MN/0:21-cv-01120, 1 in MN/0:21-cv-01124)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/19/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-01074, MN/0:21-cv-01084, MN/0:21-cv-01092, MN/0:21-cv-01094, MN/0:21-cv-01095, MN/0:21-cv-01096, MN/0:21-cv-01097, MN/0:21-cv-01116, MN/0:21-cv-01117, MN/0:21-cv-01118, MN/0:21-cv-01119, MN/0:21-cv-01120, MN/0:21-cv-01124 (JC)**

| | |
|---|---|
| **Case Name:** | Walter v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-01124 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-106) - 13 action(s)** *re: pldg. ( [1248] in MDL No. 2885, 1 in MN/0:21-cv-01074, 1 in MN/0:21-cv-01084, 1 in MN/0:21-cv-01092, 1 in MN/0:21-cv-01094, 1 in MN/0:21-cv-01095, 1 in MN/0:21-cv-01096, 1 in MN/0:21-cv-01097, 1 in MN/0:21-cv-01116, 1 in MN/0:21-cv-01117, 1 in MN/0:21-cv-01118, 1 in MN/0:21-cv-01119, 1 in MN/0:21-cv-01120, 1 in MN/0:21-cv-01124)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/19/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-01074, MN/0:21-cv-01084, MN/0:21-cv-01092, MN/0:21-cv-01094, MN/0:21-cv-01095, MN/0:21-cv-01096, MN/0:21-cv-01097, MN/0:21-cv-01116, MN/0:21-cv-01117, MN/0:21-cv-01118, MN/0:21-cv-01119, MN/0:21-cv-01120, MN/0:21-cv-01124 (JC)**

| | |
|---|---|
| **Case Name:** | Holler v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-01092 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
***CONDITIONAL TRANSFER ORDER FINALIZED (CTO-106) - 13 action(s)** re: pldg. ( [1248] in MDL No. 2885, 1 in MN/0:21-cv-01074, 1 in MN/0:21-cv-01084, 1 in MN/0:21-cv-01092, 1 in MN/0:21-cv-01094, 1 in MN/0:21-cv-01095, 1 in MN/0:21-cv-01096, 1 in MN/0:21-cv-01097, 1 in MN/0:21-cv-01116, 1 in MN/0:21-cv-01117, 1 in MN/0:21-cv-01118, 1 in MN/0:21-cv-01119, 1 in MN/0:21-cv-01120, 1 in MN/0:21-cv-01124)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/19/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-01074, MN/0:21-cv-01084, MN/0:21-cv-01092, MN/0:21-cv-01094, MN/0:21-cv-01095, MN/0:21-cv-01096, MN/0:21-cv-01097, MN/0:21-cv-01116, MN/0:21-cv-01117, MN/0:21-cv-01118, MN/0:21-cv-01119, MN/0:21-cv-01120, MN/0:21-cv-01124 (JC)**

| | |
|---|---|
| **Case Name:** | White v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-01119 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
***CONDITIONAL TRANSFER ORDER FINALIZED (CTO-106) - 13 action(s)** re: pldg. ( [1248] in MDL No. 2885, 1 in MN/0:21-cv-01074, 1 in MN/0:21-cv-01084, 1 in MN/0:21-cv-01092, 1 in MN/0:21-cv-01094, 1 in MN/0:21-cv-01095, 1 in MN/0:21-cv-01096, 1 in MN/0:21-cv-01097, 1 in MN/0:21-cv-01116, 1 in MN/0:21-cv-01117, 1 in MN/0:21-cv-01118, 1 in MN/0:21-cv-01119, 1 in MN/0:21-cv-01120, 1 in MN/0:21-cv-01124)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/19/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-01074, MN/0:21-cv-01084, MN/0:21-cv-01092, MN/0:21-cv-01094, MN/0:21-cv-01095, MN/0:21-cv-01096, MN/0:21-cv-01097, MN/0:21-cv-01116, MN/0:21-cv-01117, MN/0:21-cv-01118, MN/0:21-cv-01119, MN/0:21-cv-01120, MN/0:21-cv-01124 (JC)**

| | |
|---|---|
| **Case Name:** | Prescott v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-01116 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
***CONDITIONAL TRANSFER ORDER FINALIZED (CTO-106) - 13 action(s)** re: pldg. ( [1248] in MDL No. 2885, 1 in MN/0:21-cv-01074, 1 in MN/0:21-cv-01084, 1 in MN/0:21-cv-01092, 1 in MN/0:21-cv-01094, 1 in MN/0:21-cv-01095, 1 in MN/0:21-cv-01096, 1 in MN/0:21-cv-01097, 1 in MN/0:21-cv-01116, 1 in MN/0:21-cv-01117, 1 in MN/0:21-cv-01118, 1 in MN/0:21-cv-01119, 1 in*

*MN/0:21-cv-01120, 1 in MN/0:21-cv-01124)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/19/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-01074, MN/0:21-cv-01084, MN/0:21-cv-01092, MN/0:21-cv-01094, MN/0:21-cv-01095, MN/0:21-cv-01096, MN/0:21-cv-01097, MN/0:21-cv-01116, MN/0:21-cv-01117, MN/0:21-cv-01118, MN/0:21-cv-01119, MN/0:21-cv-01120, MN/0:21-cv-01124 (JC)**

| | |
|---|---|
| **Case Name:** | Monasterio v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-01097 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-106) - 13 action(s)** *re: pldg. ( [1248] in MDL No. 2885, 1 in MN/0:21-cv-01074, 1 in MN/0:21-cv-01084, 1 in MN/0:21-cv-01092, 1 in MN/0:21-cv-01094, 1 in MN/0:21-cv-01095, 1 in MN/0:21-cv-01096, 1 in MN/0:21-cv-01097, 1 in MN/0:21-cv-01116, 1 in MN/0:21-cv-01117, 1 in MN/0:21-cv-01118, 1 in MN/0:21-cv-01119, 1 in MN/0:21-cv-01120, 1 in MN/0:21-cv-01124)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/19/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-01074, MN/0:21-cv-01084, MN/0:21-cv-01092, MN/0:21-cv-01094, MN/0:21-cv-01095, MN/0:21-cv-01096, MN/0:21-cv-01097, MN/0:21-cv-01116, MN/0:21-cv-01117, MN/0:21-cv-01118, MN/0:21-cv-01119, MN/0:21-cv-01120, MN/0:21-cv-01124 (JC)**

| | |
|---|---|
| **Case Name:** | Miranda v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-01096 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-106) - 13 action(s)** *re: pldg. ( [1248] in MDL No. 2885, 1 in MN/0:21-cv-01074, 1 in MN/0:21-cv-01084, 1 in MN/0:21-cv-01092, 1 in MN/0:21-cv-01094, 1 in MN/0:21-cv-01095, 1 in MN/0:21-cv-01096, 1 in MN/0:21-cv-01097, 1 in MN/0:21-cv-01116, 1 in MN/0:21-cv-01117, 1 in MN/0:21-cv-01118, 1 in MN/0:21-cv-01119, 1 in MN/0:21-cv-01120, 1 in MN/0:21-cv-01124)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/19/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-01074, MN/0:21-cv-01084, MN/0:21-cv-01092, MN/0:21-cv-01094, MN/0:21-cv-01095, MN/0:21-cv-01096, MN/0:21-cv-01097, MN/0:21-cv-01116, MN/0:21-cv-01117, MN/0:21-cv-01118, MN/0:21-cv-01119, MN/0:21-cv-01120, MN/0:21-cv-01124 (JC)**

| | |
|---|---|
| **Case Name:** | McGraw v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-01094 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-106) - 13 action(s) re: pldg. ( [1248] in MDL No. 2885, 1 in MN/0:21-cv-01074, 1 in MN/0:21-cv-01084, 1 in MN/0:21-cv-01092, 1 in MN/0:21-cv-01094, 1 in MN/0:21-cv-01095, 1 in MN/0:21-cv-01096, 1 in MN/0:21-cv-01097, 1 in MN/0:21-cv-01116, 1 in MN/0:21-cv-01117, 1 in MN/0:21-cv-01118, 1 in MN/0:21-cv-01119, 1 in MN/0:21-cv-01120, 1 in MN/0:21-cv-01124)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/19/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-01074, MN/0:21-cv-01084, MN/0:21-cv-01092, MN/0:21-cv-01094, MN/0:21-cv-01095, MN/0:21-cv-01096, MN/0:21-cv-01097, MN/0:21-cv-01116, MN/0:21-cv-01117, MN/0:21-cv-01118, MN/0:21-cv-01119, MN/0:21-cv-01120, MN/0:21-cv-01124 (JC)**

| | |
|---|---|
| **Case Name:** | Stubblefield v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-01118 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-106) - 13 action(s) re: pldg. ( [1248] in MDL No. 2885, 1 in MN/0:21-cv-01074, 1 in MN/0:21-cv-01084, 1 in MN/0:21-cv-01092, 1 in MN/0:21-cv-01094, 1 in MN/0:21-cv-01095, 1 in MN/0:21-cv-01096, 1 in MN/0:21-cv-01097, 1 in MN/0:21-cv-01116, 1 in MN/0:21-cv-01117, 1 in MN/0:21-cv-01118, 1 in MN/0:21-cv-01119, 1 in MN/0:21-cv-01120, 1 in MN/0:21-cv-01124)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/19/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-01074, MN/0:21-cv-01084, MN/0:21-cv-01092, MN/0:21-cv-01094, MN/0:21-cv-01095, MN/0:21-cv-01096, MN/0:21-cv-01097, MN/0:21-cv-01116, MN/0:21-cv-01117, MN/0:21-cv-01118, MN/0:21-cv-01119, MN/0:21-cv-01120, MN/0:21-cv-01124 (JC)**

| | |
|---|---|
| **Case Name:** | Rodriguez v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-01117 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-106) - 13 action(s) re: pldg. ( [1248] in MDL No. 2885, 1 in MN/0:21-cv-01074, 1 in MN/0:21-cv-01084, 1 in MN/0:21-cv-01092, 1 in MN/0:21-cv-01094, 1 in MN/0:21-cv-01095, 1 in MN/0:21-cv-01096, 1 in MN/0:21-cv-01097, 1 in MN/0:21-cv-01116, 1 in MN/0:21-cv-01117, 1 in MN/0:21-cv-01118, 1 in MN/0:21-cv-01119, 1 in*

*MN/0:21-cv-01120, 1 in MN/0:21-cv-01124)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/19/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-01074, MN/0:21-cv-01084, MN/0:21-cv-01092, MN/0:21-cv-01094, MN/0:21-cv-01095, MN/0:21-cv-01096, MN/0:21-cv-01097, MN/0:21-cv-01116, MN/0:21-cv-01117, MN/0:21-cv-01118, MN/0:21-cv-01119, MN/0:21-cv-01120, MN/0:21-cv-01124 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-01084 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-01084 Notice will not be electronically mailed to:**

**MN/0:21-cv-01120 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-01120 Notice will not be electronically mailed to:**

**MN/0:21-cv-01074 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-01074 Notice will not be electronically mailed to:**

**MN/0:21-cv-01095 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-01095 Notice will not be electronically mailed to:**

**MN/0:21-cv-01124 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-01124 Notice will not be electronically mailed to:**

**MN/0:21-cv-01092 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-01092 Notice will not be electronically mailed to:**

**MN/0:21-cv-01119 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-01119 Notice will not be electronically mailed to:**

**MN/0:21-cv-01116 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-01116 Notice will not be electronically mailed to:**

**MN/0:21-cv-01097 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-01097 Notice will not be electronically mailed to:**

**MN/0:21-cv-01096 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-01096 Notice will not be electronically mailed to:**

**MN/0:21-cv-01094 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-01094 Notice will not be electronically mailed to:**

**MN/0:21-cv-01118 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-01118 Notice will not be electronically mailed to:**

**MN/0:21-cv-01117 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-01117 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/19/2021] [FileNumber=1059125-0]
[18d7c12e5f9a05510d6a45ff29fd45643c890b9a00a3ff57c5a5224a05dde769964b
843a8e756ddd1212eff4acc4cc9602edce38d68e20c25374384fddc89604]]