IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

This Document Relates to All Cases
_____/

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## ORDER

Pursuant to Pretrial Order No. 9, ECF No. 442, and the Court's October 24, 2019, Order amending the parties' sealing protocol, ECF No. 788, the parties are advised that on **Tuesday, May 25, 2021**, the undersigned will direct the Clerk of Court to unseal the following sealed motions, as well as any accompanying exhibits, responses, or related memoranda initially filed under seal:

*Master Docket*, Case No. 3:19-md-2885-MCR-GRJ

   ECF No. 1343

   ECF No. 1492

*Dustin McCombs v. 3M, et al.*, Case No. 7:20-cv-94-MCR-GRJ

   ECF No. 37

*Lewis Keefer v. 3M, et al.*, Case No. 7:20-cv-104-MCR-GRJ

   ECF No. 17

    ECF No. 25

    ECF No. 38

*Stephen Hacker v. 3M, et al.*, Case No. 7:20-cv-131-MCR-GRJ

    ECF No. 18

    ECF No. 45

*Luke Estes v. 3M, et al.*, Case No. 7:20-cv-137-MCR-GRJ

    ECF No. 33

**DONE AND ORDERED** this 21st day of May 2021.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge