UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Case No. 3:20-cv-0313<br><br>Lyle Williams and Jessica Williams,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AERO LLC, and AEARO TECHNOLOGIES LLC,<br><br>Defendants. | Case No. 3:19-MD-02885<br>MDL No. 2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Pretrial Order No.3, Christine Baker, Esq., an attorney admitted to federal practice before the Southern District of Ohio hereby enters this notice of appearance in the above-captioned matter as counsel for Plaintiffs, Lyle Williams and Jessica Williams, and requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon and directed to the undersigned counsel.

Plaintiffs' counsel possesses an upgraded Pacer account and has completed the United States District Court for the Northern District of Florida attorney admission tutorial (confirmation number FLND16218949134460).

Dated May 24, 2021.

*This area intentionally left blank.*

Respectfully submitted,

By: /s/ *Christine Baker*

Counsel for Plaintiffs
120 W. Second Street, Ste. 435
Tel. (937) 212-9013
Fax. (937) 314-6093
E-mail: christine@christinebakeresq.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2021, I electronically filed the foregoing document with the United States District Courts for the Northern District of Florida and the Southern District of Ohio using the courts' CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this Multi-District Litigation.

Respectfully submitted,

By: /s/ *Christine Baker*

Counsel for Plaintiffs
120 W. Second Street, Ste. 435
Tel. (937) 212-9013
Fax. (937) 314-6093
E-mail: christine@christinebakeresq.com