UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document Relates to All Cases | Case No. 3:19md2885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**PRETRIAL ORDER NO. 77**
**Plaintiff Leadership Reappointments**

In accordance with Pretrial Order Nos. 38 and 73, and having carefully considered the submissions of plaintiffs' counsel, the Court hereby reappoints the following leadership team to continue fairly, effectively, and efficiently representing the interests of all plaintiffs in this litigation.[1]

**A.     Plaintiff Leadership Team**

    **1.     Lead**

Bryan Aylstock, Lead
Shelley Hutson, Co-Lead
Chris Seeger, Co-Lead

    **2.     Co-Liaison Counsel**

Brian Barr
Mike Burns

---

[1] All attorneys who reapplied were reappointed.

3. **Executive Committee**[2]

Evan Buxner
Thomas Cartmell
Roberto Martinez
Doug Monsour

Paul Pennock
Tom Pirtle
Sean Tracey
Adam Wolfson

4. **Steering Committee**

Dave Buchanan, Co-Chair
Elizabeth Burke, Co-Chair
Karen Beyea-Schroeder
Katherine Cornell
Sindhu Daniel
W. Lewis Garrison, Jr.

Bradley Honnold
Rachel Lanier
Ruth Rizkalla
Michael Sacchet
Mikal Watts

5. **Common Benefit Fund Committee**

Shelley Hutson, Chair
Riley Burnett
Henry Garrard

Chris Hellums
Roberto Martinez

6. **Discovery & ESI Subcommittee**

Dave Buchanan, Chair
Taylor Bartlett
Katherine Charonko

Nix Daniel
Neil Overholtz

---

[2] As set forth in Pretrial Order No. 7, Lead Counsel chairs the Executive Committee, and Co-Lead and Co-Liaison Counsels serve as members of the Executive Committee. *See* ECF No. 376 at 2.

Case No. 3:19md2885/MCR/GRJ

### 7. Early Vetting Subcommittee

| | |
|---|---|
| Rachel Lanier, Chair | Abby McClellan |
| Elizabeth Burke | Erin Rogiers |
| Kenny Byrd | Sara Schram |

### 8. Law & Briefing Subcommittee

| | |
|---|---|
| Michael Sacchet, Chair | Nicole Berg |
| Gabriel Assaad | Andre Mura |

### 9. Science & Experts Subcommittee

| | |
|---|---|
| Doug Monsour, Chair | Tom Pirtle |
| Doug Kreis | Kimberly White |

### 10. Joint Armed Services Committee

| | |
|---|---|
| Karen Beyea-Schroeder | Kristian Rasmussen |

### 11. Joint Statute of Limitations Committee

Palmer Lambert
Troy Bouk

### 12. Joint Settlement Committee

| | |
|---|---|
| Chris Seeger, Chair | Clayton Clark |
| Bryan Aylstock | Ernie Cory |

Case No. 3:19md2885/MCR/GRJ

**B.     Leadership Structure and Responsibilities**

Plaintiffs' leadership will continue to have the responsibilities assigned to their respective positions in Pretrial Order No. 4, ECF No. 76, as well as the general obligations set forth in Pretrial Order No. 7, ECF No. 376.

**C.     Term of Appointments**

All appointments are made for an approximate one-year period and will expire on May 31, 2022.  A schedule for applying for reappointment at the end of this term will be established at an appropriate time in advance of the expiration date.

**SO ORDERED**, on this 26th day of May, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**