# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Baker*, 7:20cv39 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

### PRETRIAL ORDER NO. 78
### Juror Questionnaires

By June 2, 2021, the completed juror questionnaires—minus all personal identifying information—will be e-mailed to counsel of record in this case. Each questionnaire will be sequentially numbered, which will allow counsel to match individual questionnaires to individual prospective jurors by name on the morning of jury selection.

On the morning of jury selection, counsel of record will receive paper copies of the questionnaires showing the names and addresses of the prospective jurors and their spouses. All copies of these questionnaires must be returned to the courtroom deputy immediately following jury selection. No person (lawyer or otherwise) will be permitted to leave the courtroom with any questionnaire and no person(s) will be permitted to have electronic devices in the courtroom during jury selection including cell phones, iPads, laptops, etc. All lawyers and persons in the courtroom are

prohibited from copying, photographing or in any way recording by hand or otherwise information contained on the juror questionnaires.

Counsel of record are permitted to share the redacted questionnaires *only* with their trial teams, a trial consultant, and their client(s).  Counsel of record, members of their trial teams, a trial consultant, and/or client(s) are prohibited from sharing prospective juror information and from conducting *any* investigation, or attempted investigation, of any prospective juror or family member.  Counsel of record are responsible for ensuring compliance with this Order by others.  To this end, all counsel of record who had access to the juror questionnaires must certify compliance with this Order by executing the Certification of Compliance, attached as Exhibit A.[1]  One completed Certification per party must be filed on the MDL docket and in each individual case no later than 8AM on June 8, 2021.  Any counsel who fails to comply with this Order or falsely certifies compliance with the Order will be the subject of a show cause contempt order.

**SO ORDERED** this 28th day of May, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] The parties may request a word document version of the certification form for completion electronically.

CASE NO. 7:20cv39/MCR/GRJ