UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION This Document Relates to All Cases _____ | ) ) ) ) ) ) ) ) ) ) | Case No. 3:19-md-2885 Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

### MOTION OF MICAH BROWN FOR ADMISSION *PRO HAC VICE* AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Micah Brown ("Movant") of the law firm Dechert LLP, 2929 Arch Street, Philadelphia, Pennsylvania 19104-2808, respectfully moves for admission *pro hac vice* to appear as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC, and to receive Notice of Electronic filings in this action. In support of this motion Movant states:

1. Movant resides in Philadelphia, Pennsylvania, and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice and is a member in good standing of the bar for the State of Pennsylvania.

4. A copy of a Certificate of Good Standing from the State Bar of the State of Pennsylvania, dated within 30 days of this motion, is attached as **Exhibit A**.

5. Movant certifies that he has successfully completed both the online Local Rules tutorial exam (confirmation number FLND16224145004494) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

6. Movant has remitted simultaneously with the filing of the motion the Court's $201.00 *pro hac vice* admission fee.

7. Movant has updated his PACER account to "NextGen."

8. Upon admission, Micah Brown respectfully requests that he be provided Notice of Electronic filings to the following email address: micah.brown@dechert.com.

WHEREFORE, Micah Brown respectfully requests that this Court enter an order granting his motion to appear *pro hac vice* on behalf of Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC, and directing the clerk to provide Notice of Electronic Filings to the undersigned.

Dated:  June 4, 2021  /s/ Micah Brown
Micah Brown
Pennsylvania Bar No. 326075

DECHERT LLP
2929 Arch Street
Philadelphia, Pennsylvania
19104-2808
Tel: (215) 994-4000
micah.brown@dechert.com

*Attorney for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of Court via the CM/ECF system on June 4, 2021 and served electronically on all counsel of record.

*/s/ Micah Brown*
Micah Brown

# EXHIBIT A



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Micah David Brown, Esq.*

**DATE OF ADMISSION**

*January 25, 2019*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated:  June 2, 2021

Patricia A. Johnson
Chief Clerk