# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, June 7, 2021 7:17 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Monday, June 7, 2021 12:15:22 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/7/2021 at 8:15 AM EDT and filed on 6/7/2021
**Case Name:**     IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   MDL No. 2885
**Filer:**
**Document Number:** 1268

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-107) - 1 action(s)** *re: pldg. (1 in CO/1:21-cv-01304, [1258] in MDL No. 2885)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/7/2021.**

**Associated Cases: MDL No. 2885, CO/1:21-cv-01304 (JC)**

**Case Name:**     Flores v. 3M Company et al
**Case Number:**   CO/1:21-cv-01304
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-107) - 1 action(s)** *re: pldg. (1 in CO/1:21-cv-01304, [1258] in MDL No. 2885)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/7/2021.**

**Associated Cases: MDL No. 2885, CO/1:21-cv-01304 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**CO/1:21-cv-01304 Notice has been electronically mailed to:**

Richard M. Paul, III     rick@paulllp.com, Ashlea@PaulLLP.com, Rick@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Franklin D. Azar     azarf@fdazar.com

Matthew James Barber     mbarber@schwebel.com

**CO/1:21-cv-01304 Notice will not be electronically mailed to:**

Sean O. McCrary
Franklin D. Azar & Associates P.C.
14426 E. Evans Ave.
Aurora, CO 80014

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/7/2021] [FileNumber=1062204-0]
[680058dec332401f4b43f8fff304656216ec28437e07bdb8fd16244834d2c20bd2d69
11a79629b1f4def6153b5579c31d10d42811822c9e1a478911d64685c05]]