# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO.  3:19md2885 |
|---|---|
|  | Judge M. Casey Rodgers |
| This Document relates to All Cases | Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   June 7, 2021

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  Daniel Harrison          on  June 7, 2021        Doc. #  1806

Response _____ on _____ Doc. # _____

_____ Stipulated         _____ Joint Pleading
_____ Unopposed         _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is DENIED without prejudice for failure to identify any individual case **pending within the MDL** in which counsel appears as attorney of record.  *See* ECF No. 86, ¶ II.

**DONE and ORDERED** this 7th day of June 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**