**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>3:21cv406-MCR/GRJ, McDonough v 3M Company, et al;<br><br>3:21cv374-MCR/GRJ, Sabol v 3M Company et al | Case No.: 3:19-md-02885<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, Mitchell J. Baker hereby moves this Court for an Order for admission *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Mitchell J. Baker resides in the State of New York and is not a resident of the State of Florida.

2. Mitchell J. Baker is admitted to practice and is a member in good standing of the bar of the State of New York. A copy of the Certificate of Good Standing from the State of New York dated within 30 days of this Motion is attached hereto as Exhibit A.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Mitchell J. Baker has successfully completed both the online Local Rules tutorial

exam and the required ECF tutorials and has received a confirmation number: FLND 16146391764195.

4. Mitchell J. Baker has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Mitchell J. Baker possesses an updated PACER account.

WHEREFORE, Mitchell J. Baker respectfully requests the Court enter an Order admitting Mitchell J. Baker of Baker, Leshko, Saline & Drapeau, LLP *pro hac vice* in this MDL.

Date: June 7, 2021

Respectfully submitted,

_____
Mitchell J. Baker  (NY Bar No. 1741818)
Baker, Leshko, Saline & Drapeau, LLP
One North Lexington Avenue, 15th Floor
White Plains, New York 10601
914.681.9500
mbaker@bakerleshko.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of Courts through this CM/ECF system.

Dated this 7th day of June 2021

_____
Mitchell J. Baker