Text Size:     Court Locations



# UNITED STATES DISTRICT COURT
# Northern District of Florida

*Mark Walker, Chief Judge*
*Jessica J. Lyublanovits, Clerk of Court*

Search this site

| Home | Attorneys | E-Filing (CM/ECF) | Jurors | Forms & Publications | Reentry | Court Info |

| Cases of Interest |

**Attorney Information**

- Attorney Admission
- Attorney Forms
- Local Rules
- Criminal Justice Act
  - CJA Plan
  - CJA Questions
- Log in to CM/ECF
- Attorney Frequently Asked Questions
- Pattern Jury Instruction Tool

Home » Attorney Admission Tutorial

## Attorney Admission Tutorial



100%

Congratulations! You have successfully completed the FLND Local Rules Tutorial.

Your Confirmation Number is **FLND16146391784195**.

**You will need your confirmation number when you register for admission to the Northern District of Florida Bar.**

In a few moments, you will receive an email confirming your completion of this exam. If you don't receive a confirmation email, please call Erica Smith, in the Pensacola Office, at (850) 470-8127.

Go back to the form

**Case Management Systems**

Login to CM/ECF

Login to PACER

**Questions?**

If you need additional information, please call the Clerk's office in the division in which your case is, or will be, filed.

Questions about e-file access, PACER access, and attorney admissions (including admission date, bar status, and linking your PACER account), may be submitted online.

---

**Attorney Information**
- Attorney Admission
- Attorney Forms
- Local Rules

**Juror Information**
- Jury Home
- Federal Jury Duty Information

**E-Filing (CM/ECF) Info**
- PACER Info
- CM/ECF User's Guide

## NextGen CM/ECF Registration Status

do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Tue 03/02/2021 1:43 PM

**To:** Mitchell Baker <mbaker@bakerleshko.com>

This email is notification that your NextGen CM/ECF electronic filing registration has been processed. You may check your E-Filing Status by visiting the "Manage My Account" section of the PACER web site and selecting "Check E-File Status" option from the "Maintenance" tab or use this link, https://pacer.psc.uscourts.gov/pscof/manage/efileStatus.jsf.

   Account Number: 3251923
   Court: FLORIDA NORTHERN DISTRICT COURT
   Date/Time Submitted: 03/02/2021 08:47:29 CST
   Transaction ID: 28062
   Request: Registration
   Transaction Status: Processed

NOTE: Please do not reply to this message. This is an automated message sent from an unmonitored mailbox. If you have questions or comments, please email them to attorney_help@flnd.uscourts.gov.

## [Attorney Admission] Mitchell Baker

FLND Admissions <flnd_ecfreg@flnd.uscourts.gov>

Mon 03/01/2021 5:53 PM

**To:** Mitchell Baker <mbaker@bakerleshko.com>

Congratulations on your successful completion of the Local Rules Tutorial for the Northern District of Florida. Please retain your confirmation number, below, for use when you register for admission to the Northern District of Florida Bar.

**Confirmation Number: FLND16146391764195**

To submit your attorney admission or pro hac vice registration request, log in to www.pacer.gov > Manage My Account > Maintenance tab > Attorney Admission/E-file registration.
***You must have your own **individual** PACER account; shared firm accounts cannot be used.

After your registration request is processed by the Court, you will receive an email with instructions to pay the current attorney admission fee electronically. If you are appearing pro hac vice in a District Court case, the fee will be collected when you e-file your motion to appear pro hac vice. If you are appearing pro hac vice in a bankruptcy court case, contact Erica Smith, in the Pensacola division, at (850) 470-8127 for fee payment instructions.

Please verify that the information shown below is correct. If you find any errors, please report them immediately by replying to this email.

- First Name: Mitchell
- Last Name: Baker
- Bar State: NEW YORK
- Bar Number: MB-4339
- Email Address: mbaker@bakerleshko.com
- Phone Number: 914-681-9500

To learn more about CM/ECF, please visit our website at www.flnd.uscourts.gov

*19-MD-02885*

| | | |
|---|---|---|
| Criminal Justice Act | Juror Qualification Info | Log in to CM/ECF |
| CJA Plan | Login to eJuror | CM/ECF Frequently Asked Questions |
| CJA Questions | Juror Frequently Asked Questions | |
| Log in to CM/ECF | Ask a Question About Jury Duty | |
| Attorney Frequently Asked Questions | Courthouse Information | |
| Pattern Jury Instruction Tool | Juror Attire and Conduct | |
| | Courtroom Etiquette | |
| | Role of the Judge | |
| | Jury Selection | |
| | Jury Plan | |
| | Juror Exit Survey | |
| | Jury Scam Warning | |