UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br>3:21cv406-MCR-GRJ.<br>McDonough v. 3M Company, et al.<br><br>3:21cv374,<br>Sabol v. 3M Company, et al. | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   June 7, 2021

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  Mitchell J. Baker      on  June 7, 2021          Doc. # 1808

                         JESSICA J. LYUBLANOVITS
                         CLERK OF COURT
                         */s/ Kathy Rock*
                         Deputy Clerk: Kathy Rock

    On consideration, the motion is DENIED without prejudice for failure to provide a Certificate of Good Standing dated **within 30 days** of the motion.

    **DONE and ORDERED** this 7th day of June 2021.

                         *M. Casey Rodgers*
                         **M. CASEY RODGERS**
                         **UNITED STATES DISTRICT JUDGE**