**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases<br><br>_____ | ) ) ) ) ) ) ) ) ) | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br><br>Magistrate Judge Gary R. Jones |

**MOTION OF KYLE DECAMP FOR ADMISSION *PRO HAC VICE* AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS**

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Kyle DeCamp ("Movant") of the law firm Dechert LLP, 633 West 5th Street, Suite 4900, Los Angeles, California 90071-2032, respectfully moves for admission *pro hac vice* to appear as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC, and to receive Notice of Electronic filings in this action. In support of this motion Movant states:

1. Movant resides in Los Angeles, California, and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice and is a member in good standing of the bar for the State of California.

4. A copy of a Certificate of Good Standing from the State Bar of the State of California, dated within 30 days of this motion, is attached as **Exhibit A**.

5. Movant certifies that he has successfully completed both the online Local Rules tutorial exam (confirmation number FLND16222225964492) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

6. Movant has remitted simultaneously with the filing of the motion the Court's $201.00 *pro hac vice* admission fee.

7. Movant has updated his PACER account to "NextGen."

8. Upon admission, Kyle DeCamp respectfully requests that he be provided Notice of Electronic filings to the following email address: Kyle DeCamp@dechert.com.

WHEREFORE, Kyle DeCamp respectfully requests that this Court enter an order granting his motion to appear *pro hac vice* on behalf of Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC, and directing the clerk to provide Notice of Electronic Filings to the undersigned.

Dated: June 7, 2021 */s/ Kyle DeCamp*
Kyle DeCamp
California Bar No. 328585

DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, California 90071-2032
Tel: (213) 808-5700
Kyle DeCamp@dechert.com

*Attorney for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of Court via the CM/ECF system on June 7, 2021 and served electronically on all counsel of record.

*/s/ Kyle DeCamp*
Kyle DeCamp

# EXHIBIT A



# The State Bar of California

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

## CERTIFICATE OF STANDING

June 1, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KYLE RICHARD DECAMP, #328585 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 2019 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Records