UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Baker*, 7:20cv39 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**VERIFICATION OF COMPLIANCE WITH PRETRIAL ORDER NO. 78 AND DESTRUCTION OF JUROR QUESTIONNAIRES**

I, Kimberly Branscome, Jay Bhimani, Jonathan Tam, and Charles Beall, as Counsel of Record for 3M Defendants accept responsibility for the juror questionnaires received electronically through CM/ECF for the first bellwether trial in the above-captioned cases. As Officers of the Court, we personally verify that no one beyond the individuals listed below reviewed the juror questionnaires, that we and these individuals complied with the terms of Pretrial Order No. 78, and that all hard and electronic copies of the questionnaires were destroyed following completion of jury selection on June 7, 2021.

The individuals who reviewed the juror questionnaires are:

1. Kimberly Branscome, Dechert LLP
2. Jay Bhimani, Dechert LLP
3. Jonathan Tam, Dechert LLP
4. Charles Beall, Moore, Hill and Westmoreland
5. Jill Leibold, Litigation Insights

6. Nick Polavin, Litigation Insights

Dated: June 8, 2021                    Respectfully submitted:

*/s/ Kimberly Branscome*
Kimberly Branscome
Jay Bhimani
Jonathan Tam
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

*/s/ Charles F. Beall, Jr.*
Charles F. Beall, Jr.
Florida Bar No. 66494
cbeall@mhw-law.com
MOORE, HILL & WESTMORELAND, P.A.
350 West Cedar Street
Maritime Place, Suite 100
Pensacola FL 32502
Telephone: (850) 434-3541

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing was filed electronically with the Clerk of Court via the CM/ECF system on June 8, 2021 and served electronically on all counsel of record.

*/s/ Kimberly Branscome*
Kimberly Branscome
