UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>BRANDON ADKINS<br>Civil Action No.: 7:20-cv-00012 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that the mailing and physical address of the law office of Bailey Cowan Heckaman PLLC has changed as follows:

        From:    5555 San Felipe St., Suite 900
                       Houston, Texas 77056

        To:      1360 Post Oak Blvd., Suite 2300
                       Houston, Texas 77056

DATE:   June 8, 2021                    Respectfully submitted,

                                          By:  /s/ *Robert W. Cowan*
                                               Robert W. Cowan
                                               Attorney-in-Charge
                                               TX Bar No. 24031976
                                               Katie R. Caminati
                                               Texas Bar No. 24098079
                                               1360 Post Oak Blvd., Suite 2300
                                               Houston, Texas 77056
                                               Telephone: (713) 425-7100
                                               Facsimile: (713) 425-7101
                                               rcowan@bchlaw.com
                                               kcaminati@bchlaw.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on June 8, 2021, a true and correct copy of the foregoing was filed and served via CM/ECF on all counsel of record.

By: */s/ Robert W. Cowan*
Robert W. Cowan