UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>KIRK ABBOTT.<br><br>v.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC. | MDL No. 2885<br><br>Master Docket Case No.: 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>Case Nos. 7:21-cv-23770<br>7:21-cv-11017<br>7:21-cv-09427<br>3:20-cv-05349 |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Daniel Harrison, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in New Jersey and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of New Jersey. A copy of a Certificate of Good Standing from the State of New Jersey dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

1

3.  Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16160843594235, and the CM/ECF online tutorial.

4.  Movant has submitted to the Clerk the required $208.00 pro hac vice admission fee.

5.  Movant has upgraded his PACER account to "NextGen."

6.  Movant represents the Plantiffs in the following action that was directly filed into the MDL:

> Stover v. 3M Company 7:21-cv-23770
> Coley v. 3M Company 7:21-cv-09427
> Kizziah v. 3M Company 3:20-cv-05349
> Giordano v. 3M Company 7:21-cv-11017

WHEREFORE, Daniel Harrison respectfully requests that this Court enter an order granting this motion to appear pro hac vice, and directly the clerk to provide notice of Electronic Case Fillings to the undersigned.

Respectfully submitted,

By: __/s/ Daniel Harrison__

Daniel Harrison, Esquire
Pogust Millrood, LLC
161 Washington Street, Suite 250
Conshohocken, PA 19428
(610) 941-4204
dharrison@pogustmillrood.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission Pro Hac Vice was filed electronically with the Clerk of the Court using the CM/ECF system on June 9th, 2021 and served electronically on all counsel of record.

/s/ *Daniel Harrison*

Daniel Harrison