# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

IN RE:  3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION

This Document relates to All Cases

CASE NO.  3:19md2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on ___ June 9, 2021 _____

Motion/Pleadings: __MOTION TO APPEAR *PRO HAC VICE*_____

Filed by _Daniel Harrison_____ on _June 9, 2021_____ Doc. # _1815__

Response _____ on _____ Doc. # _____

_____ Stipulated     _____ Joint Pleading
_____ Unopposed     _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ *Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 9th day of June 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**