UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>**3:21-cv-00374-MCR-GRJ**<br>Thomas R. Sabol, Plaintiff, v. 3M COMPANY, *et al*,<br><br>-and-<br><br>**3:21-cv-00406-MCR-GRJ**<br>Phillip McDonough, Plaintiff, v 3M Company, *et al.* | **Master Case No. 3:19-md-2885**<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mitchell J. Baker of the law firm of Baker Leshko Saline & Drapeau, LLP, has been admitted to practice *pro hac vice* by order filed 06/09/21 (document 1819) in this Court and hereby enters his appearance as counsel for Plaintiff in the following actions:

**3:21-cv-00374-MCR-GRJ**
Thomas R. Sabol, Plaintiff, v. 3M COMPANY, *et al*.

and

**3:21-cv-00406-MCR-GRJ**
Phillip McDonough, Plaintiff, v 3M Company, et al.

Counsel hereby requests all further papers and pleadings in these actions and the Master Docket of **3:19-md-2885** be served upon him.

Dated: June 16, 2021

_____
Mitchell J. Baker
Attorney for Plaintiffs
Baker, Leshko, Saline & Drapeau, LLP
One North Lexington Ave., 15th Floor
White Plains, New York 10601-1712
T - 914.681.9527 F - 914.681.9505
mbaker@bakerleshko.com

## CERTIFICATE OF SERVICE

I do hereby certify that on June 16, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

_____
Mitchell J. Baker

Dated: June 17, 2021