# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document Relates to All Cases | Case No. 3:19md2885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## ORDER

The 20th Case Management Conference that was previously scheduled for Friday, July 9, 2021 at 10AM central, *see* ECF No. 1824, is hereby rescheduled to begin at **8:30AM central**. The Court will not hold a pre-conference meeting with lead counsel.

Additionally, the parties' joint proposed conference agenda should be submitted no later than Friday, July 2, 2021.

**SO ORDERED**, on this 28th day of June, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**