# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Cases Identified on Exhibit A1 through A4 of Plaintiffs' Motion, ECF No. 1828 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on: June 25, 2021

Motion/Pleadings: Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records

Filed by: Plaintiffs    on June 25, 2021    ECF # 1827

RESPONSES:

\_\_\_\_\_ on \_\_\_\_\_ ECF # \_\_\_\_\_

\_\_\_\_\_ Stipulated    \_\_\_\_\_ Joint Pldg.
\_\_\_\_\_ Unopposed    __X__ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

---

For good cause shown, the motion is **GRANTED, as requested**.

**DONE and ORDERED** this 2nd day of July, 2021.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**