# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Jacob Chad West. v. 3M Company, et al.*, No. 3:21-cv-00843-MCR-GRJ | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the United States District Court for the Northern District of Florida Local Rule 11.1, James E. Cazalot, Jr. respectfully moves this Court for an order for admission to practice *pro hac vice* in the above-captioned action and in support thereof states as follows:

1. Movant is a member in good standing of the bar of the State of Louisiana where Movant resides and regularly practices law;

2. Movant submits a copy of a Certificate of Good Standing from the Supreme Court of the State of Louisiana dated within 30 days of this motion and is attached hereto;

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the online Attorney Admission Tutorial, Confirmation Number

FLND16251728874645, and the online CM/ECF Tutorial;

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee; and

5. Movant maintains an upgraded PACER account.

Mover is counsel for Jacob Chad West in the matter entitled *Jacob Chad West v. 3M Company, et al.*, No. 3:21-cv-00843-MCR-GRJ that was automatically transferred to this court as part of the captioned MDL.

WHEREFORE, Movant respectfully requests that this Court enter an order granting this Motion to Appear *Pro Hac Vice* and directing the Clerk to provide notice of electronic case filings to the undersigned.

Dated: July 9, 2021                                                  Respectfully submitted,

                                                                   /s/ *James E. Cazalot, Jr.*
James E. Cazalot, Jr., LA Bar No. 17510
JAMES E. CAZALOT, JR., A P.L.C.
550 Old Spanish Trail, Suite H
Slidell, LA 70458
(985) 639-9595 Telephone
(504) 613-6690 Digital Fax
jim@cazalotlaw.com
ATTORNEY FOR PLAINTIFF,
JACOB CHAD WEST

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Appear *Pro Hac Vice* has been served on counsel of record for all parties to these proceedings by ECF transmission this 9th day of July 2019.

/s/ *James E. Cazalot, Jr.*
James E. Cazalot, Jr.