# United States District Court
## CIVIL MINUTES - GENERAL

Case No.: **3:19-md-2885-MCR/GRJ**  Date: **July 9, 2021**
In Re: **3M Combat Arms Earplug Products Liability Litigation**

**DOCKET ENTRY: Twentieth Case Management Conference**

Attendance of counsel in person and by telephone. U.S. Magistrate Judge Gary Jones present in person and Special Master Judge David Herndon present by video. Order to follow memorializing the Case Management Conference.

**PRESENT:**

| Honorable **M. Casey Rodgers** | Hillary Dang | Susan Simms | Donna Boland |
|---|---|---|---|
| **United States District Judge** | Law Clerk | Deputy Clerk | Court Reporter |
| Honorable **Gary R. Jones** | | | |
| **United States Magistrate Judge** | | | |

**APPEARANCES:**

**Lead Counsel for Plaintiffs:**  Bryan Aylstock, Shelley Hutson, Christopher Seeger, Jennifer Hoekstra, Michael Sacchet, and Clayton Clark

**Lead Counsel for Defendants:**  Mark Nomellini, Charles Beall, Barry Fields, Nick Wasdin, Larry Hill, Sierra Elizabeth, Saghar Esfandiarifard, and Ashley Neglia

**PROCEEDINGS:**

8:42 am   Court in Session - Introduction of Counsel
Court and counsel address the following agenda items:
- Early Vetting Subcommittee update (Lanier)
- Judge Herndon addresses producing records
- Group B Trial Schedule
    - Blum motion to dismiss (Burns/Beall); Court defers ruling
    - Pretrial schedule for Taylor – September 2021 trial (Hoekstra)
    - Consolidation of 3 plaintiffs for January 2022 trial
- Status of 8th Circuit Appeals of Remand Orders (Nomellini)
- Interest on Trial Judgments re: Estes, Hacker, Keefer and Baker (Sacchet/Nomellini)
- Group C & D Trial Deadlines and Schedules (Hoekstra/Nomellini)
- Motion to quash deposition of Col. Vietas (Paul/Wasdin)
- Future trials and discovery

10:12 am   Court in Recess