# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

IN RE:   3M COMBAT ARMS )
EARPLUG PRODUCTS LIABILITY )
LITIGATION )   Case No. 3:19-md-2885
   )
   )   Hon. Judge M. Casey Rodgers
This Document Relates To All Actions )   Magistrate Judge Gary R. Jones
   )

## ORDER

After consideration of Plaintiffs' Motion to Authorize Disclosure of Military

Records, Plaintiffs' Motion is hereby GRANTED. Accordingly, pursuant to 5 U.S.C.

§ 552a(b)(11), this Court hereby orders the disclosure of the information contained

in Plaintiffs' July 13, 2021, *Touhy* request as it pertains to the individual service

members identified in Plaintiffs' Exhibit A.


        SO ORDERED on this ___ day of July, 2021.


                        _____
                        **M. CASEY RODGERS**
                        **UNITED STATES DISTRICT JUDGE**