## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Cases Identified on Exhibit A1 through A4 of Plaintiffs' Motion, ECF No. 1845 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on:   July 19, 2021

Motion/Pleadings:    Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records

Filed by:   Plaintiffs          on   July 19, 2021          ECF #   1844

RESPONSES:

_____   on   _____   ECF #   _____

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     X   Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

/s/ *Kathy Rock*
Deputy Clerk: Kathy Rock

For good cause shown, the motion is **GRANTED, as requested**.

**DONE and ORDERED** this 20th day of July, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**