UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**PRETRIAL ORDER NO. 81**

Pretrial Order No. 18, ECF No. 775, set forth initial census requirements for all filed cases. Following entry of that Order, it became apparent that an effective and efficient process for obtaining servicemember records from the Department of Veterans Affairs ("VA") and the Department of Defense (DoD) was necessary for claimants to complete the initial census forms more accurately. *See* Case Management Order No. 6, ECF No. 836; Pretrial Order No. 27, ECF No. 999. Now, over two years into the litigation, that process has been established and records are being produced on a rolling basis.

Accordingly, the Court hereby reinstates the Initial Census Questions requirement set forth in Pretrial Order No. 18 for all claimants who have not yet completed census forms.[1] Counsel for those claimants must complete and serve on Defendants through MDL Centrality answers to Initial Census Questions (ECF No.

---

[1] As of July 14, 2021, there were approximately 154,538 claimants in the MDL who have not completed census forms.

775-1). For those law firms representing over 10,000 claimants who have not yet completed census forms, counsel will have 270 days from the date of this Order to complete and submit the forms on MDL Centrality, with one-third due every 90 days. For those law firms representing between 1,000 and 9,999 claimants without census forms, counsel will have 180 days from the date of this Order to submit those census forms, with one-third due every 60 days. For those law firms representing less than 1,000 claimants without census forms, census forms are due within 60 days of this Order. However, because obtaining records from the VA and/or DoD continues to be a slow process, claimants do not need to verify their answers under penalty of perjury. Instead, counsel of record must certify the responses given, as indicated on the second page of Addendum A to the census form, attached hereto as Exhibit A.

Within seven (7) days of a census form's submission on MDL Centrality, BrownGreer will identify whether there are deficient responses to questions regarding dates of military service and dates of use of the Combat Arms Earplugs version 2 (CAEv2) and notify counsel for those claimants. Deficient responses regarding dates of military service and dates of use include unknown or blank fields for years of service, unknown or blank fields for start or end dates of service, unknown or blank fields for years of CAEv2 use, duration of use, and/or when used. Within 14 days of receiving a deficiency notification from BrownGreer, counsel for claimants must complete and submit to MDL Centrality Addendum A to the census

form containing questions only regarding dates of service and use of the CAEv2.

For those who have already completed census forms on MDL Centrality as of the date of this Order, BrownGreer will identify and notify counsel for all claimants with deficient responses to dates of military service and dates of use questions within 14 days of this Order.  For those law firms representing over 1,000 claimants with deficient responses, counsel will have 90 days from the date of this Order to complete and submit to MDL Centrality Addendum A forms for all claimants.  For those law firms representing less than 1,000 claimants with deficient responses, counsel will have 60 days from the date of this Order to submit Addendum A forms.  If deficiencies are corrected, BrownGreer will serve Addendum A on Defendants.  If the deficiencies are not corrected on Addendum A, BrownGreer will notify the Court.  Failure to comply with these deadlines may result in dismissal.

After the BrownGreer deficiency process is complete, if Defendants believe a claimant's census form and/or Addendum A still contains deficiencies, Defendants must follow the census deficiency process and deadlines set forth in Pretrial Order No. 18 at pages 5-6.  The deadlines run from the date of service of either the census forms or Addendum A, if applicable, through MDL Centrality.

**SO ORDERED**, on this 28th day of July, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**