**Addendum A to**
**Census Form**

1.      Information

      a.      Name: _____

      b.      PID: _____

      c.      Law Firm: _____

2.      Did the claimant serve in the military and/or armed forces?
      Choose Yes/No: _____

3.      If yes, identify each branch the claimant served in, the dates of service in each branch and the use of CAEv2 Combat Arms earplugs.  Answers that you previously provided on a Census Form have been pre-filled in.  If necessary, you can update this information below.  Also make sure to answer questions regarding the use of Combat Arms earplugs for each branch service:

| Branch | Start Date | End Date | Used Combat Arms Earplugs |
|---|---|---|---|
| | | Present | |
| | | Present | |
| | | Present | |
| | | Present | |
| | | Present | |
| | | Present | |
| | | Present | |
| | | Present | |
| | | Present | |
| | | Present | |

**Certification**

The undersigned lawyer certifies to the Court that all of the information provided on this form is accurate based on either client input or military records, or both.

Date: _____

Signature: _____

Name: _____