UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER

Plaintiffs have submitted a letter to the Court requesting guidance regarding the deposition of Col. (Ret.) Jay Vietas.  The Court addressed this issue at the most recent Case Management Conference (CMC) and in the corresponding Case Management Order No. 20, ECF No. 1839.  For Defendants to schedule and cross-notice the deposition of Col. Vietas in the federal MDL, the Court would need to reopen discovery. Therefore, Defendants must file a motion for leave to reopen discovery prior to proceeding with Col. Vietas' deposition.  When the Court stated that "Defendants must file a motion for leave to use the deposition in the MDL," in Case Management Order No. 20, the Court intended for Defendants to file a motion for leave prior to cross-noticing or taking the deposition as discussed at the CMC. Due to the time sensitivity of this issue, the Court will require expedited briefing. Defendants are required to submit their motion for leave to reopen discovery for the purpose of cross-noticing and taking Col. Vietas' deposition by August 10, 2021 at

5PM CT. Plaintiffs' response will be due on August 17, 2021 at 5PM CT. Defendants are on notice that they will not be permitted to use Col. Vietas' deposition in any MDL case for which no cross notice was given to Plaintiffs.

**SO ORDERED** this 3rd day of August, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**