# EXHIBIT A

| Description of Event | Prior Taylor Schedule | 8/2 Parties' Agreement re Adkins Pre-trial Deadlines | Court Ordered Pretrial Deadlines |
|---|---|---|---|
| Plaintiff supplemental VA medical record (MyHealthVet) production | 7/2/2021 | 8/2/2021 | 8/2/2021 |
| Plaintiff Supplemental ESI Production (Note: Dkt. 1588 set the deadline at 90 days before trial, which would have been June 22, 2021) | 6/22/2021 (Per Dkt. 1588) | 8/2/2021 | 8/2/2021 |
| Daubert and summary judgment motions | 8/6/2021 | 8/6/2021 | 8/6/2021 |
| Exchange witness lists | 7/14/2021 | 8/6/2021 | 8/6/2021 |
| Exchange deposition designations | 7/16/2021 | 8/9/2021 | 8/9/2021 |
| Exchange exhibit lists - General | 7/16/2021 | 8/9/2021 | 8/9/2021 |
| Exchange exhibit lists - Case Specific | | 8/13/2021 | 8/11/2021 |
| Exchange objections to exhibits | 8/2/2021 | 8/19/2021 | 8/13/2021 |
| Exchange counter designations and objections to deposition designations (separately setting forth objections to exhibits covered by deposition designations) | 8/2/2021 | 8/19/2021 | 8/13/2021 |
| Exchange of supplemental trial exhibits including any exhibits included in counter designations to deposition designations. | 8/5/2021 | 8/19/2021 | 8/13/2021 |
| Deadline to file opposition to *Daubert* and summary judgment motions. | 8/27/2021 | 8/27/2021 | 8/23/2021 |
| Deadline to conduct attorney conference required by paragraph III of ECF No. 1801 (stipulation of facts, draft pretrial stipulations, examine trial exhibits, witness lists, question of damages, parameters of trial presentations). | 7/30/2021 | 8/19/2021 | 8/16/2021 |

| Description of Event | Prior Taylor Schedule | 8/2 Parties' Agreement re Adkins Pre-trial Deadlines | Court Ordered Pretrial Deadlines |
|---|---|---|---|
| Exchange objections to counter designations | 8/9/2021 | 8/24/2021 | 8/20/2021 |
| Exchange objections to supplemental exhibits | 8/9/2021 | 8/24/2021 | 8/20/2021 |
| Deadline to file motions in limine. | 8/16/2021 | 8/27/2021 | 8/16/2021 |
| Return date of confidential juror questionnaire (same questionnaire used in the first 2 BW trials). | 9/6/2021 | 9/6/2021 | 9/6/2021 |
| Deadline to file pretrial stipulation and other papers required by paragraphs IV and V of ECF No. 1801 (trial brief, proposed jury instructions, proposed verdict forms, provide Court with electronic copy of Pattern Jury Instructions for plaintiff's jurisdiction). | 8/16/2021 | 8/27/2021 | 8/27/2021 |
| Submit priority deposition designations (no more than 10 per side) and priority exhibits (no more than 300 per side) to Court for ruling | 8/30/2021 | 8/31/2021 | 8/24/2021 |
| Deadline to file responses to motions in limine (no reply permitted). | 8/21/2021 | 9/3/2021 | 8/21/2021 |
| Pretrial Conference. | 9/3/2021 @ 8:30 am | 9/10/2021 @ 8:30 am | 9/10/2021 @ 8:30 am |
| Deadline to arrange a tutorial of Courtroom technology. | 9/10/2021 | 9/10/2021 | 9/10/2021 |
| Deadline to make any special requests of court reporter (Donna Boland). | 9/10/2021 | 9/10/2021 | 9/10/2021 |
| Deadline to Submit Additional Voir Dire Questions | 9/15/2021 @ 12PM | 9/15/2021 @ 12PM | 9/15/2021 @ 12PM |
| Trial. | 9/20/2021-10/1/2021 | 9/20/2021-10/1/2021 | 9/20/2021-10/1/2021 |