# EXHIBIT A

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Blum*, 7:20cv122 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## VERIFICATION OF COMPLIANCE WITH PRETRIAL ORDER NO. 85 AND DESTRUCTION OF JUROR QUESTIONNAIRES

I, _____, _____, and _____, as Counsel of

Record for _____(party name) accept responsibility for the _____

juror questionnaires received electronically through CM/ECF for the first bellwether

trial in the above-captioned cases.  As Officers of the Court, we personally verify

that no one beyond the individuals listed below reviewed the juror questionnaires,

that we and these individuals complied with the terms of Pretrial Order No. 85, and

that all hard and electronic copies of the questionnaires were destroyed following

completion of jury selection on October 18, 2021.

The individuals who reviewed the juror questionnaires are (please list full

name and law firm or other employer):

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10._____

Dated: _____

[Attorney signature]

[Attorney signature]

[Attorney signature]