UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Documents Relates To:<br>All Actions | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF WITHDRAWAL OF COUNSEL MICHELLE LUKIC

Plaintiffs hereby gives notice of withdrawal of Counsel Michelle Lukic, pursuant to Loc. R. 11.1(H)(1)(b).

Plaintiffs will continue to be represented by Counsel of record from Wexler Wallace LLP, as well as by additional counsel for Plaintiffs, and all future correspondence and papers in this action should continue to be directed as such.

Dated:  August 9, 2021

Respectfully submitted,

/s/ *Michelle Lukic*
Edward A. Wallace *(pro hac vice)*
Michelle Lukic *(pro hac vice)*
WEXLER WALLACE LLP
55 West Monroe St., Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
eaw@wexlerwallace.com
mpl@wexlerwallace.com

*Attorneys for Plaintiffs*