# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Blum*, 7:20cv122 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## PRETRIAL ORDER NO. 86

This Order governs the parties' witness lists, deposition designations, exhibit lists, and pretrial motions for the Blum trial. In light of the need for an efficient timeline to allow resolution of any disputes before trial, the Court adopts the deadlines and time limitations proposed by the parties in Exhibit A.

**SO ORDERED** this 10th day of August, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**