# EXHIBIT 2



**AFRL-RH-WP-TR-2009-0031**

**Wideband Hearing, Intelligibility, and Sound Protection (WHISPr)**

**Brian Hobbs**
**Dean Hudson**
**Mickra King**
**Richard McKinley**
**Doug Brungart**
**Warfighter Interface Division**
**Battlespace Acoustics Branch**

**October 2008**

**Final Report for October 2006 to October 2008**

**<u>DESTRUCTION NOTICE</u> – Destroy by any method that will prevent disclosure of contents or reconstruction of this document.**

Distribution authorized to U.S. Government agencies only; Administrative or Operational Use; October 2008. Refer other requests for this document to    711 HPW/RHCB, 2610 Seventh St., Wright-Patterson AFB OH 45433-7901

**Air Force Research Laboratory**
**711th Human Performance Wing**
**Warfighter Interface Division**
**Battlespace Acoustics Branch**
**Wright-Patterson AFB OH 45433**

# NOTICE AND SIGNATURE PAGE

Using Government drawings, specifications, or other data included in this document for any purpose other than Government procurement does not in any way obligate the U.S. Government. The fact that the Government formulated or supplied the drawings, specifications, or other data does not license the holder or any other person or corporation; or convey any rights or permission to manufacture, use, or sell any patented invention that may relate to them.

Qualified requestors may obtain copies of this report from the Defense Technical Information Center (DTIC) (http://www.dtic.mil).

AFRL-RH-WP-TR-2009-0031 HAS BEEN REVIEWED AND IS APPROVED FOR PUBLICATION IN ACCORDANCE WITH ASSIGNED DISTRIBUTION STATEMENT.

**FOR THE DIRECTOR**

**//signed//**
BRIAN W. HOBBS, Capt
Program Manager
Battlespace Acoustics Branch

**//signed//**
DANIEL G. GODDARD
Chief, Warfighter Interface Division
Human Effectiveness Directorate
711th Human Performance Wing
Air Force Research Laboratory

This report is published in the interest of scientific and technical information exchange, and its publication does not constitute the Government's approval or disapproval of its ideas or findings.

| REPORT DOCUMENTATION PAGE | | | **Form Approved** **OMB No. 0704-0188** |
|---|---|---|---|

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Washington Headquarters Service, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188) Washington, DC 20503.
**PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ADDRESS.**

| 1. REPORT DATE *(DD-MM-YYYY)* 01-10-2008 | 2. REPORT TYPE Final | 3. DATES COVERED *(From - To)* 12 October 2006 – 12 October 2008 |
|---|---|---|

| 4. TITLE AND SUBTITLE Wideband Hearing, Intelligibility, and Sound Protection (WHISPr) | 5a. CONTRACT NUMBER IN-HOUSE |
|---|---|
| | 5b. GRANT NUMBER |
| | 5c. PROGRAM ELEMENT NUMBER 62202F |
| 6. AUTHOR(S) Brian Hobbs Dean Hudson Mickra King Richard McKinley Doug Brungart | 5d. PROJECT NUMBER 7184 |
| | 5e. TASK NUMBER 16 |
| | 5f. WORK UNIT NUMBER 71841617 |

| 7. PERFORMING ORGANIZATION NAME(S) AND ADDRESS(ES) | 8. PERFORMING ORGANIZATION REPORT NUMBER |
|---|---|

| 9. SPONSORING/MONITORING AGENCY NAME(S) AND ADDRESS(ES) Air Force Materiel Command Air Force Research Laboratory 711th Human Performance Wing Human Effectiveness Directorate Warfighter Interface Division Battlespace Acoustics Branch Wright-Patterson AFB OH 45433-7901 | 10. SPONSOR/MONITOR'S ACRONYM(S) 711 HPW/RHCB |
|---|---|
| | 11. SPONSORING/MONITORING AGENCY REPORT NUMBER AFRL-RH-WP-TR-2009-0031 |

| 12. DISTRIBUTION AVAILABILITY STATEMENT |
|---|
| Distribution authorized to U.S. Government agencies only; Administrative or Operational Use; October 2008. Refer other requests for this document to 711 HPW/RHCB, 2610 Seventh Street, Wright-Patterson AFB OH 45433-7901. |

| 13. SUPPLEMENTARY NOTES |
|---|

**14. ABSTRACT**

Similar to soundscape awareness, communication capability is vital to successful military operations. Absence or loss of communication capability and information can lead to loss of situational awareness as well as degraded command and control of units. Many ground personnel have the opinion that hearing protection impedes voice communication and therefore do not wear hearing protection. The temporary, and sometimes permanent, loss of hearing sensitivity which occurs following unprotected exposures to noises such as weapon firing may cause the same negative impact on communication capability. Several military laboratories in the United States and Europe, working with industry, have endeavored to develop tactical headset (TH) technologies which protect the hearing of mounted and dismounted personnel from weapons and blast noise while promoting ambient soundscape listening and voice communications.

| 15. SUBJECT TERMS |
|---|

| 16. SECURITY CLASSIFICATION OF: Unclassified | | | 17. LIMITATION OF ABSTRACT | 18. NUMBER OF PAGES | 19a. NAME OF RESPONSIBLE PERSON Brian Hobbs |
|---|---|---|---|---|---|
| a. REPORT U | b. ABSTRACT U | c. THIS PAGE U | SAR | 111 | 19b. TELEPONE NUMBER *(Include area code)* |

Standard Form 298 (Rev. 8-98)
Prescribed by ANSI-Std Z39-18

This page intentionally left blank.

# Table of Contents

1.0 INTRODUCTION ................................................................................................................... 1
   1.1 Background ...................................................................................................................... 1
   1.2 Purpose ........................................................................................................................... 2
2.0 METHODS .......................................................................................................................... 3
   2.1 Subjects ........................................................................................................................... 3
   2.2 Facilities .......................................................................................................................... 3
   2.3 Tactical Headsets (TH) .................................................................................................... 3
3.0 Passive Attenuation Performance Measurements ................................................................ 4
   3.1 Methods ........................................................................................................................... 4
   3.2 Results ............................................................................................................................. 4
   3.3 Discussion ..................................................................................................................... 19
      3.3.1 High Level TH ........................................................................................................ 19
         3.3.1.1 ITE TH ........................................................................................................... 19
         3.3.1.2 Circumaural TH .............................................................................................. 20
      3.3.2 Low Level TH .......................................................................................................... 20
         3.3.2.1 Unilateral TH ................................................................................................. 20
4.0 Airblast Overpressure Measurements for Attenuation ...................................................... 21
   4.1 Methods ......................................................................................................................... 21
   4.2 Results ........................................................................................................................... 26
   4.3 Discussion ..................................................................................................................... 55
      4.3.1 High Level Noise TH .............................................................................................. 55
         4.3.1.1 ITE TH ........................................................................................................... 55
         4.3.1.2 Circumaural TH .............................................................................................. 55
      4.3.2 Low Level TH .......................................................................................................... 55
         4.3.2.1 Unilateral TH ................................................................................................. 55
5.0 Speech Intelligibility Performance Measurements: TH with AN/PRC-148 MultiBand Inter/IntraTeam
Radio (MBITR) ....................................................................................................................... 56
   5.1 Methods ......................................................................................................................... 56
   5.2 Results ........................................................................................................................... 58
   5.3 Discussion ..................................................................................................................... 61
      5.3.1 High Level Noise TH .............................................................................................. 61
         5.3.1.1 ITE TH ........................................................................................................... 61
         5.3.1.2 Circumaural TH .............................................................................................. 62
      5.3.2 Low Level Noise TH ............................................................................................... 62
         5.3.2.1 Unilateral TH ................................................................................................. 62
6.0 "Talk-through" Speech Recognition .................................................................................. 63
   6.1 Methods ......................................................................................................................... 63
   6.2 Results ........................................................................................................................... 63
   6.3 Discussion ..................................................................................................................... 65
      6.3.1 High Level Noise TH .............................................................................................. 65
         6.3.1.1 ITE TH ........................................................................................................... 65
         6.3.1.2 Circumaural TH .............................................................................................. 65
      6.3.2 Low Level Noise TH ............................................................................................... 65
         6.3.2.1 Unilateral TH ................................................................................................. 65
7.0 Localization Measurements ............................................................................................... 66
   7.1 Methods ......................................................................................................................... 66
   7.2 Results ........................................................................................................................... 67
   7.3 Discussion ..................................................................................................................... 71
      7.3.1 High Level TH ........................................................................................................ 71
         7.3.1.1 ITE TH ........................................................................................................... 71
         7.3.1.2 Circumaural TH .............................................................................................. 71
      7.3.2 Low Level TH .......................................................................................................... 71
         7.3.2.1 Unilateral TH ................................................................................................. 71

8.0 TH Electroacoustic Characterization ........................................................................................ 72
    8.1 Methods ............................................................................................................................... 72
        8.1.1 Input/Output Linearity Method ................................................................................. 72
        8.1.2 HRTF Measurement Method ..................................................................................... 72
            8.1.2.1 Relating HRTF Results to Localization Results .............................................. 73
        8.1.3 Frequency Response Measurement Method ............................................................. 73
    8.2 Results .................................................................................................................................. 73
        8.2.1 In-the-Ear (ITE) Headsets ......................................................................................... 74
    8.3 Discussion ............................................................................................................................ 79
        8.3.1 High Level TH ........................................................................................................... 94
            8.3.1.1 ITE TH ............................................................................................................ 94
            8.3.1.2 Circumaural TH .............................................................................................. 95
            8.3.1.3 Passive TH ...................................................................................................... 96
        8.3.2 Low Level TH ............................................................................................................ 96
            8.3.2.1Unilateral TH ................................................................................................... 96
9.0 SUMMARY ............................................................................................................................. 97
    9.1 Future Considerations .......................................................................................................... 97
10.0 REFERENCES ......................................................................................................................101
ACRONYMS LIST .......................................................................................................................102

# Figure List

Figure 1: Real Ear Attenuation Test Setup .................................................................................... 4
Figure 2: CEPS Passive Attenuation (ANSI) 12.6-1997, 20 subjects) .......................................... 6
Figure 3: NACRE QuietPro Passive Attenuation (ANSI 12.6-1997, 20 subjects) ........................ 7
Figure 4: Silynx QuietOps (with triple-flange) Passive Attenuation (ANSI 12.6-1997, 20 subjects) ............ 8
Figure 5: Silynx QuietOps (with foam earplug) Passive Attenuation (ANSI 12.6-1997, 20 subjects)........... 9
Figure 6: MSA Sordin Passive Attenuation (ANSI 12.6-1997, 10 subjects)................................. 10
Figure 7: Peltor ComTac Headset with Foam Cups Passive Attenuation (ANSI 12.6-1997, 10 subjects)... 11
Figure 8: Peltor ComTac Headset with Gel Cups Passive Attenuation (ANSI 12.6-1997, 10 subjects) ...... 12
Figure 9: Peltor Comtac Nape Band with Foam Cups Passive Attenuation (ANSI 12.6-1997, 10 subjects) 13
Figure 10: Racal Raptor Passive Attenuation (ANSI 12.6-1997, 10 subjects) ............................. 14
Figure 11: Silynx Infantry Headset (ANSI 12.6-1997, 10 subjects)............................................. 15
Figure 12: CAEP Green (ANSI 12.6-1997, 20 subjects) ............................................................. 16
Figure 13: CAEP Yellow (ANSI 12.6-1997, 20 subjects)............................................................ 17
Figure 14: SLC 110 Closed (ANSI 12.6-1997, 20 subjects) ........................................................ 18
Figure 15: Schematic of the setup of the explosive charge for the creation of a shockwave........................ 21
Figure 16: Impulse noise attenuation measurements setup............................................................ 22
Figure 17: 195 dB Blast................................................................................................................. 23
Figure 18: Time pressure history and 1/3 octave spectra of the generated shock waves.............................. 24
Figure 19: Time pressure history and 1/3 octave spectra of the generated shock waves ............................. 25
Figure 20: Insertion Loss (IL) across frequencies for CEPS Off/On in response to 165 dB blast............... 33
Figure 21: IL across frequencies for Nacre QuietPro Off/On in response to 165 dB blast......................... 34
Figure 22: IL across frequencies for Silynx QuietOps Off/On with foam tips in response to 165 dB blast. 35
Figure 23: IL across frequencies for Silynx QuietOps Off/On with flange tips in response to 165 dB blast 36
Figure 24: IL across frequencies for MSA Sordin Off/On in response to 165 dB blast ............................. 37
Figure 25: IL across frequencies for Peltor Comtac Off/On with headband and foam cups in response to
165 dB blast................................................................................................................................... 38
Figure 26: IL across frequencies for Peltor Comtac Off/On with headband and gel cups in response to 165
dB blast.......................................................................................................................................... 39
Figure 27: IL across frequencies for Peltor Comtac Off/On with neckband and foam cups in response to
165 dB blast................................................................................................................................... 40
Figure 28: IL across frequencies for Racal Raptor Off/On in response to 165 dB blast ............................ 41
Figure 29: IL across frequencies for CAEP green inserted response to 165 dB blast ................................ 42
Figure 30: IL across frequencies for Peltor Flange Insert in response to 165 dB blast .............................. 42
Figure 31: IL across frequencies for CAEP yellow inserted response to 165 dB blast .............................. 43

Figure 32: IL across frequencies for Peltor Bead Insert in response to 165 dB blast .................................... 43
Figure 33: IL across frequencies for CEPS Off/On in response to 195 dB blast............................................ 44
Figure 34. IL across frequencies for Nacre QuietPro Off/On in response to 195 dB blast......................... 45
Figure 35. IL across frequencies for Silynx QuietOpsOff/On with foam plugs in response to 195 dB blast 46
Figure 36. IL across frequencies for Silynx QuietOps Off/On with flange tips in response to 195 dB blast 47
Figure 37. IL across frequencies for MSA Sordin Off/On in response to 195 dB blast .............................. 48
Figure 38. IL across frequencies for Peltor Comtac Off/On with headband and foam cups in response to
195 dB blast................................................................................................................................................ 49
Figure 39. IL across frequencies for Peltor Comtac Off/On with headband and gel cups in response to 195
dB blast....................................................................................................................................................... 50
Figure 40. IL across frequencies for Peltor Comtac Off/On with neckband and foam cups in response to
165 dB blast................................................................................................................................................ 51
Figure 41. IL across frequencies for Racal Raptor Off/On in response to 195 dB blast............................ 52
Figure 42. IL across frequencies for CAEP green inserted in response to 195 dB blast ............................ 53
Figure 43. IL across frequencies for Peltor Insert with flange tips in response to 195 dB blast................. 53
Figure 44. IL across frequencies for CAEP yellow inserted in response to 195 dB blast .......................... 54
Figure 45. IL across frequencies for Peltor Insert with bead tip in response to 195 dB blast..................... 54
Figure 46. Voice Communication Research Evaluation System (VOCRES) setup. ..................................... 57
Figure 47. Speech intelligibility performance (percent correct) with talker and listener in quiet using high
level TH....................................................................................................................................................... 59
Figure 48. Speech intelligibility performance (percent correct) with talker and listener in noise using high
level TH....................................................................................................................................................... 59
Figure 49. Speech intelligibility performance (percent correct) with talker and listener in quiet using low
level TH....................................................................................................................................................... 60
Figure 50. Speech intelligibility performance (percent correct) with talker and listener in noise using low
level TH....................................................................................................................................................... 60
Figure 51. Auditory Localization Facility (ALF) setup............................................................................... 67
Figure 52. Overall Angular Error (degrees). ............................................................................................... 68
Figure 53. Front-Back Error (degrees). ....................................................................................................... 69
Figure 54. Left-Right Error (degrees).......................................................................................................... 69
Figure 55. Up-Down Error (degrees)........................................................................................................... 70
Figure 56. Large Magnitude Error (percentage of trials having error exceeding 45 degrees)..................... 70
Figure 57.  Interaural polar coordinate system for the 45 degree "cone of confusion" used to plot the
HRTFs......................................................................................................................................................... 73
Figure 58. Frequency response at 65............................................................................................................ 74
Figure 59. Frequency response at 90 dB ...................................................................................................... 74
Figure 60.  HRTF Plots ............................................................................................................................... 75
Figure 61.  Input/Output curves for the CEPS. ........................................................................................... 75
Figure 62. Frequency response at 65............................................................................................................ 76
Figure 63.  Frequency response at 90 dB ..................................................................................................... 76
Figure 64.  HRTF Plots ............................................................................................................................... 77
Figure 65.  Input/Output curves for the Nacre QuietPro. ........................................................................... 77
Figure 66. Frequency response at 65 dB....................................................................................................... 78
Figure 67. Frequency response at 90 dB ...................................................................................................... 78
Figure 68.  HRTF Plots ............................................................................................................................... 80
Figure 69.  Input/Output curves for the Silynx QuietOps............................................................................ 80
Figure 70. Frequency response at 65dB........................................................................................................ 81
Figure 71. Frequency response at 90dB........................................................................................................ 81
Figure 72.  HRTF Plots ............................................................................................................................... 82
Figure 73.  Input/Output curves for the MSA Sordin. ................................................................................ 82
Figure 74. Frequency response at 65 dB....................................................................................................... 83
Figure 75.  Frequency response at 90dB....................................................................................................... 83
Figure 76.  HRTF Plots ............................................................................................................................... 84
Figure 77.  Input/Output curves for the Peltor Comtac II with Headband and gel cups............................. 84
Figure 78. Frequency response at 65 dB....................................................................................................... 85
Figure 79.  Frequency response at 90dB. ..................................................................................................... 85

Figure 80.  HRTF Plots ............................................................................................................... 86
Figure 81.  Input/Output curves for the Peltor Comtac II with Neckband and foam cups. ........... 86
Figure 82.  Frequency response at 65 dB. .................................................................................... 87
Figure 83.  Frequency response at 90dB. ..................................................................................... 87
Figure 84.  HRTF Plots ............................................................................................................... 88
Figure 85Input/Output curves for the Racal Raptor. .................................................................... 88
Figure 86.  Frequency response at 65dB. ..................................................................................... 89
Figure 87.  Frequency response at 90dB. ..................................................................................... 89
Figure 88.  HRTF Plots ............................................................................................................... 90
Figure 89.  Input/Output curves for the Sennheiser SLC-110 (port closed). .................................. 90
Figure 90.  Frequency response at 65 dB. ..................................................................................... 91
Figure 91.  Frequency response at 90dB. ...................................................................................... 91
Figure 92.  HRTF Plots ............................................................................................................... 92
Figure 93.  Input/Output curves for the Sennheiser SLC-110 (port open) ..................................... 92
Figure 94.  Frequency response at 65 dB. ..................................................................................... 93
Figure 95.  HRTF Plots ............................................................................................................... 93
Figure 96.  Input/Output curves for the CAEP (yellow end inserted). .......................................... 94

## Table List

Table 1: Real Ear Attenuation Test Data (ANSI S12.6-1997, Method A) for TH ............................. 5
Table 2: CEPS Passive Attenuation (ANSI 12.6-1997, 20 subjects) ............................................... 6
Table 3: NACRE QuietPro Passive Attenuation (ANSI 12.6-1997, 20 subjects) ............................ 7
Table 4: Silynx QuietOps (with triple flange plug) Passive Attenuation (ANSI 12.6-1997, 20 subjects)...... 8
Table 5: Silynx QuietOps (with foam earplug) Passive Attenuation (ANSI 12.6-1997, 20 subjects) ............ 9
Table 6: MSA Sordin Passive Attenuation (ANSI 12.6-1997, 10 subjects) ................................... 10
Table 7: Peltor ComTac Headset with Foam Cups Passive Attenuation (ANSI 12.6-1997, 10 subjects) .... 11
Table 8: Peltor ComTac Headset with Gel Cups Passive Attenuation (ANSI 12.6-1997, 10 subjects) ....... 12
Table 9: Peltor Comtac Nape Band with Foam Cups Passive Attenuation (ANSI 12.6-1997, 10 subjects). 13
Table 10: Racal Raptor Passive Attenuation (ANSI 12.6-1997, 10 subjects) ................................ 14
Table 11: Silynx Infantry Headset (ANSI 12.6-1997, 10 subjects) ............................................... 15
Table 12: CAEP Green (ANSI 12.6-1997, 20 subjects) ................................................................ 16
Table 13: CAEP Yellow (ANSI 12.6-1997, 20 subjects) ............................................................... 17
Table 14: SLC 110 Closed (ANSI 12.6-1997, 20 subjects) ........................................................... 18
Table 15: Required type and mass of explosive and distance between artificial head and explosive for
different peak pressure levels and A-durations at the place of the ATF. .......................................... 23
Table 16: Insertion Loss (dB) in response to 165 and 195 dB blasts ............................................. 27
Table 17:Estimated peak pressure level at operator's ear using various TH (165 dB blasts, device "on" as
appropriate) .............................................................................................................................. 29
Table 18: Estimated peak pressure level at operator's ear using various TH (165 dB blasts, device "off" as
appropriate) .............................................................................................................................. 30
Table 19: Estimated peak pressure level at operator's ear using various TH (195 dB blasts, device "on" as
appropriate). ............................................................................................................................. 31
Table 20: Estimated peak pressure level at operator's ear using various TH (195 dB blasts, device "off" as
appropriate). ............................................................................................................................. 32
Table 21. Speech Intelligibility Performance (percent correct), ANSI S.32-1989 (R1999); rank-ordered
performance within sub-category denoted in parentheses. ............................................................ 58
Table 22. QuickSIN SNR Loss (dB); rank-ordered performance within sub-category denoted in
parentheses. .............................................................................................................................. 64
Table 23.  Results Summary with subjective/objective rankings; rank-ordered performance within sub-
category denoted in parentheses. ............................................................................................... 100

Special thanks and acknowledgements to the AFRL team:

Maryann Barbato, Subject Administration

Katherine Bennington, ALF Localization Measurements

Kevin Cherko, "Talk-through" Word Recognition Measurements

James Hamil, ALF and VOCRES Technical Support

Linda Hillard, "Talk-through" Word Recognition Measurements

Frank Mobley, Platform Noise Measurements

Rihana Newton, ALF Localization Measurements

TSgt Terry Owens, Passive Attenuation Measurements

Julie Parisi, VOCRES Speech Intelligibility Measurements

Griffin Romigh, ALF Localization Measurements

Paul Schley, Passive Attenuation Measurements

Billy Swayne, VOCRES Measurements and ALF Localization Measurements

This page intentionally left blank.

# 1.0 INTRODUCTION

## 1.1 Background

Military ground operations provide an environment with significant challenges, necessitating a balance between operational effectiveness and personnel safety. The goal of effectively protecting the hearing of personnel employing small arms in tactical environments has been viewed as a very difficult, if not impossible, task. This goal has been complicated by the need for Marines and soldiers to monitor the ambient soundscape for acoustic cues and to communicate with other personnel either face-to-face or over radios.

The legacy solution has been for ground operators to sacrifice their hearing by not wearing hearing protection in an attempt to better monitor the soundscape and communication systems. In both training and combat environments this has had a predictable effect on the hearing sensitivity of the exposed personnel. Just a small number of rounds fired can produce a temporary decrease in hearing level equivalent to wearing an earmuff, thereby producing the undesired result of no longer being able to satisfactorily monitor the soundscape. Temporary hearing loss such as this can significantly reduce one's ability to detect ambient sounds such as cracking twigs or rounds being chambered. Repeated exposures to small arms fire that generates temporary changes in hearing can also generate permanent hearing loss. Additionally, single exposures to large caliber weapons fire and/or blast noise can also cause permanent hearing loss. Many US Marines, Soldiers, and Airmen returning from operations in Iraq and Afghanistan have permanent hearing loss from some type of weapons fire, whether self-initiated or from enemy action.

Similar to soundscape awareness, communication capability is vital to successful military operations. Absence or loss of communication capability and information can lead to loss of situational awareness as well as degraded command and control of units. Many ground personnel have the opinion that hearing protection impedes voice communication and therefore do not wear hearing protection. The temporary, and sometimes permanent, loss of hearing sensitivity which occurs following unprotected exposures to noises such as weapon firing may cause the same negative impact on communication capability.

Several military laboratories in the United States and Europe, working with industry, have endeavored to develop tactical headset (TH) technologies which protect the hearing of mounted and dismounted personnel from weapons and blast noise while promoting ambient soundscape listening and voice communications. The first devices were simple passive non-linear earplugs, such as the combat arms earplug which provided some attenuation from high level blast noise (>130 dB) via a venturi while allowing lower level sounds to be passed relatively unattenuated. Some of these earplugs were also double ended, providing the non-linear impulse protection when one end was inserted and continuous noise protection when the opposite end was inserted. In addition, active "pass-through" circumaural headsets have been used.  These headsets allow for attenuation of loud sounds through compression schemes, while maintaining a pass-through for sounds at lower/safe levels. This was followed by the advent of in-the-ear (ITE) options for

1

operators. Building on this concept, the Foundation for Scientific and Industrial Research at the Norwegian Institute of Technology (SINTEF) sponsored the development of the NACRE QuietPro earplug system. This system included an electronic signal processing system to provide impulse and continuous noise protection, active noise cancellation, electronically aided ambient soundscape listening, and communications interfaces to one or two simultaneous radios. More recently the Communication Enhancement and Protection System (CEPS) and Silynx QuietOps have become alternative TH systems offering very similar features.

Early versions of the NACRE QuietPro earplug system had been successfully used in field trials by Norwegian and Swedish military in 2005. The United States Marine Corps (USMC) became interested in investigating this new technology as a potential solution in protecting the hearing of combat troops while allowing satisfactory monitoring of the ambient soundscape and satisfactory voice communications capability. The USMC Marine Expeditionary Rifle Squad, Marine Corps Systems Command requested in January 2006 that the Air Force Research Laboratory (AFRL) conduct a performance safety assessment of the NACRE QuietPro system. The objective of the assessment was to investigate the performance of the NACRE QuietPro system and to determine if the system had any major flaws which would significantly negatively impact the safety of the user. Since then, there has been interest, most notably from the United States Air Force (USAF) Force Protection BattleLab (FPBL) and the United States Special Operations Command (USSOCOM), in TH systems from other vendors that include the traditional passive earplug and circumaural TH and the more recent ITE TH.

## 1.2 Purpose

The primary purpose of this contract is to have the contractor furnish Technical Data in support of the FPBL Broad Agency Announcement (BAA) initiative demonstrating the military worth of Wideband Hearing, Intelligibility, and Sound Protection (WHISPr). Specifically, this project was to evaluate the characteristics of TH. The objective of the WHISPr initiative is to improve communications for 2 main groups. The first group includes Terminal Attack Control Party (TACP), Pararescue Jumpers (PJs), Combat Search and Rescue (CSAR) and Air Force Special Operations Command (AFSOC) forward deployed personnel and other similar career fields. The second group consists of personnel wearing personal protective equipment (PPE). This study included Explosive Ordinance Disposal (EOD) bomb suits, firefighter suits, and Hazardous Material Level A, Level B, and Level C suits. Additionally, operational noise characterizations of specific mobility platforms will be obtained over the course of this project. These data will collectively provide a baseline for the current state-of-the-art tactical hearing and communication devices, provide an analysis of operational noise exposures for personnel conducting missions with specified mobility platforms, and aid the USSOCOM Modular Integrated Communications Helmet (MICH) Next Generation Communication Headset Program with baseline requirements for solicitation. Operational noise characterization data and data specific to TH with PPE will be presented in a separate report as data continues to be gathered and analyzed.

Per standardized testing and/or best practices approach, data collection was accomplished for the following areas: attenuation (in response to continuous and impulse noise) performance measurements, speech intelligibility performance measurements (both when transmitted over radio and presented in "talk-through" mode), localization performance measurements, TH characterization, and in-flight or on-the-move noise assessments of mobility platforms.

# 2.0 METHODS

## 2.1 Subjects

A subject panel of 20 was trained in localization measurements, attenuation measurements, and speech intelligibility measurements. All subjects had normal hearing and speech. From the 20 subject panel, six subjects were identified to participate in a study conducted in the Voice Communication Research and Evaluation System (VOCRES) sound chamber. Due to time and task constraints these six subjects were dedicated exclusively to the speech intelligibility over radio study. Nine subjects were used for localization performance measures, 10 subjects for ambient speech intelligibility measures, 20 subjects for passive attenuation measurements for earplugs, and 10 subjects for passive attenuation for headsets.

## 2.2 Facilities

Data collection relevant to the characterization and performance measurements of the TH was conducted primarily in 711 HPW/RHCB facilities located at Wright-Patterson AFB, OH (WPAFB). Airblast overpressure measures were completed at facilities associated with the French-German Research Institute, St. Louis, France (ISL). Noise characterizations of mobility platforms have been and will be conducted at locations to be determined in conjunction with USSOCOM MICH representatives. Analyses of these noise data will be completed at 711 HPW/RHCB facilities at WPAFB and presented in a separate report. Data collection involving human subjects was completed under the protocol "Evaluation of Communication Enhancement and Hearing Protection Systems" (F-WR-2007-0008-H), as approved by the Wright Site Institutional Review Board at USAF AFRL. Procedures associated with each of these tests are detailed in the following sections.

## 2.3 Tactical Headsets (TH)

Tactical Headsets were purchased and provided by USSOCOM. Active ITE THs includes the Communication Enhancement and Protective System (CEPS), the Nacre QuietPro, and the Silynx QuietOps. Active circumaural TH include the MSA Sordin, Peltor Comtac with headband, Peltor Comtac with neckband, Racal Raptor, and Silynx Infantry Headset. Passive ITE TH includes the Peltor Sidewinder and Sennheiser SLC-110. Unilateral TH includes the Nexlink Invisio, Racal Cobra, and Silynx Eagle.

## 3.0 Passive Attenuation Performance Measurements

### 3.1 Methods

Attenuation measurements were conducted in the Real Ear Attenuation Test (REAT) facility (Figure 1). Subjects were placed in a low-noise room and took a special hearing test in which the sounds were delivered through calibrated speakers in the room. The test was administered with and without the TH to determine the relative noise attenuation values of the device. The REAT facility was in compliance with the American National Standards Institute (ANSI) Standard S12.6-1997 Methods for Measuring the Real Attenuation of Hearing Protectors.



**Figure 1: Real Ear Attenuation Test Setup**

### 3.2 Results

Attenuation measurements were completed on 13 devices and Noise Reduction Rating (NRR) data is reported in Table 1. NRR is the measure, in decibels, of how well a hearing protector reduces noise. The higher the number, the greater the potential noise reduction. Complete octave-band attenuation data for each TH are provided in the Figures 2 through 14 and the corresponding Tables 2 through 14.

**Table 1: Real Ear Attenuation Test Data (ANSI S12.6-1997, Method A) for TH**

| TH | NRR (dB) Mean - 1 SD | NRR (dB) Mean – 2 SD | Rank |
|---|---|---|---|
| **In-the-Ear** | | | |
| CEPS | 31 | 26 | 1 |
| Nacre QuietPro | 29 | 23 | 2 |
| Silynx QuietOps w/ Comply Tips | 27 | 22 | 3 |
| Silynx QuietOps w/ Triple Flange | 15 | 8 | 4 |
| | | | |
| **Circumaural** | | | |
| MSA Sordin | 17 | 13 | 2 |
| Peltor Comtac II (foam ear pads with headband) | 20 | 17 | 1 |
| Peltor Comtac II (gel ear pads with headband) | 16 | 12 | 2 |
| Peltor Comtac II (foam ear pads with neckband) | 18 | 14 | 2 |
| RACAL Raptor | 7 | 1 | 4 |
| Silynx Infantry | 12 | 10 | 3 |
| | | | |
| **Passive** | | | |
| CAEP Green Tip | 21 | 15 | 1 |
| Sennheiser SLC 110-Closed (w/ EAR plugs) | 11 | 2 | 2 |
| | | | |
| CAEP Yellow Tip | 6 | 3 | |
| Sennheiser SLC 110-Open (no EAR plugs) | DNT | DNT | |
| | | | |
| **Unilateral** | | | |
| Nextlink | DNT | | |
| Racal Cobra | DNT | | |
| Silynx Eagle | DNT | | |



**Figure 2: CEPS Passive Attenuation (ANSI 12.6-1997, 20 subjects)**

**Table 2: CEPS Passive Attenuation (ANSI 12.6-1997, 20 subjects)**

| Freq (Hz) | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Mean** | 28 | 30 | 33 | 40 | 37 | 41 | 44 | | | |
| **Std dev** | 6 | 6 | 5 | 5 | 3 | 4 | 4 | | | |
| **Mean - Std dev** | 23 | 25 | 27 | 35 | 33 | 37 | 41 | | | |
| **Mean - 2*SD** | 17 | 19 | 22 | 30 | 30 | 33 | 37 | | | |
| | | | | | | | | | | |
| **NRR (1 Std dev)** | 31 | | | | | | | | | |
| **NRR (2*SD)** | 26 | | | | | | | | | |
| | | | | | | | | | | |
| **C - A (USAF)** | **-2 to 0** | | **1 to 3** | | **4 to 7** | | **8 to 10** | | **11 & Up** | |
| **1 Std Dev** | 35 | | 31 | | 28 | | 27 | | 24 | |
| **2 Std Dev** | 30 | | 26 | | 23 | | 21 | | 19 | |



**Figure 3: NACRE QuietPro Passive Attenuation (ANSI 12.6-1997, 20 subjects)**

**Table 3: NACRE QuietPro Passive Attenuation (ANSI 12.6-1997, 20 subjects)**

| Freq (Hz) | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Mean** | 24 | 30 | 34 | 42 | 37 | 33 | 42 | | | |
| **Std dev** | 8 | 7 | 7 | 4 | 3 | 3 | 4 | | | |
| **Mean – Std dev** | 16 | 23 | 27 | 38 | 34 | 30 | 38 | | | |
| **Mean – 2*SD** | 9 | 16 | 20 | 34 | 31 | 27 | 34 | | | |
| | | | | | | | | | | |
| **NRR (1 Std dev)** | 29 | | | | | | | | | |
| **NRR (2*SD)** | 23 | | | | | | | | | |
| | | | | | | | | | | |
| **C – A (USAF)** | **-2 to 0** | | **1 to 3** | | **4 to 7** | | **8 to 10** | | **11 & Up** | |
| **1 Std Dev** | 32 | | 30 | | 26 | | 23 | | 19 | |
| **2 Std Dev** | 28 | | 23 | | 19 | | 16 | | 12 | |



**Figure 4: Silynx QuietOps (with triple-flange) Passive Attenuation (ANSI 12.6-1997, 20 subjects)**

**Table 4: Silynx QuietOps (with triple-flange plug) Passive Attenuation (ANSI 12.6-1997, 20 subjects)**

| Freq (Hz) | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Mean** | 16 | 16 | 18 | 25 | 28 | 29 | 37 | | | |
| **Std dev** | 7 | 8 | 8 | 5 | 5 | 5 | 4 | | | |
| **Mean - Std dev** | 9 | 8 | 10 | 20 | 22 | 23 | 33 | | | |
| **Mean - 2*SD** | 2 | 0 | 2 | 15 | 17 | 18 | 29 | | | |
| | | | | | | | | | | |
| **NRR (1 Std dev)** | 15 | | | | | | | | | |
| **NRR (2*SD)** | 8 | | | | | | | | | |
| | | | | | | | | | | |
| **C - A (USAF)** | -2 to 0 | | 1 to 3 | | 4 to 7 | | 8 to 10 | | 11 & Up | |
| **1 Std Dev** | 20 | | 15 | | 12 | | 11 | | 8 | |
| **2 Std Dev** | 13 | | 8 | | 4 | | 3 | | 2 | |



**Figure 5: Silynx QuietOps (with foam earplug) Passive Attenuation (ANSI 12.6-1997, 20 subjects)**

**Table 5: Silynx QuietOps (with foam earplug) Passive Attenuation (ANSI 12.6-1997, 20 subjects)**

|  |  |  |  | **Octave Band Data** |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |
| **Freq (Hz)** | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 |  |  |  |
| **Mean** | 25 | 26 | 29 | 35 | 35 | 38 | 44 |  |  |  |
| **Std dev** | 4 | 4 | 6 | 6 | 3 | 3 | 3 |  |  |  |
| **Mean - Std dev** | 21 | 22 | 23 | 30 | 32 | 35 | 41 |  |  |  |
| **Mean - 2*SD** | 17 | 18 | 17 | 24 | 29 | 31 | 38 |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
| **NRR (1 Std dev)** | 27 |  |  |  |  |  |  |  |  |  |
| **NRR (2*SD)** | 22 |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
| **C - A (USAF)** | **-2 to 0** |  | **1 to 3** |  | **4 to 7** |  | **8 to 10** |  | **11 & Up** |  |
| **1 Std Dev** | 32 |  | 28 |  | 25 |  | 24 |  | 21 |  |
| **2 Std Dev** | 27 |  | 22 |  | 19 |  | 19 |  | 18 |  |



**Figure 6: MSA Sordin Passive Attenuation (ANSI 12.6-1997, 10 subjects)**

**Table 6: MSA Sordin Passive Attenuation (ANSI 12.6-1997, 10 subjects)**

| Freq (Hz) | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Mean** | 9 | 13 | 18 | 23 | 25 | 34 | 41 | | | |
| **Std dev** | 4 | 4 | 3 | 4 | 4 | 6 | 2 | | | |
| **Mean - Std dev** | 5 | 9 | 15 | 19 | 20 | 28 | 39 | | | |
| **Mean - 2*SD** | 1 | 6 | 13 | 16 | 16 | 22 | 36 | | | |
| | | | | | | | | | | |
| **NRR (1 Std dev)** | 17 | | | | | | | | | |
| **NRR (2*SD)** | 13 | | | | | | | | | |
| | | | | | | | | | | |
| **C - A (USAF)** | **-2 to 0** | | **1 to 3** | | **4 to 7** | | **8 to 10** | | **11 & Up** | |
| **1 Std Dev** | 22 | | 17 | | 14 | | 11 | | 7 | |
| **2 Std Dev** | 18 | | 14 | | 10 | | 7 | | 5 | |



**Figure 7: Peltor ComTac Headset with Foam Cups Passive Attenuation (ANSI 12.6-1997, 10 subjects)**

**Table 7: Peltor ComTac Headset with Foam Cups Passive Attenuation (ANSI 12.6-1997, 10 subjects)**

| Freq (Hz) | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Mean | 10 | 16 | 21 | 28 | 25 | 40 | 41 | | | |
| Std dev | 4 | 3 | 3 | 3 | 3 | 3 | 2 | | | |
| Mean - Std dev | 7 | 13 | 18 | 25 | 22 | 37 | 38 | | | |
| Mean - 2*SD | 3 | 10 | 15 | 22 | 20 | 34 | 36 | | | |
| | | | | | | | | | | |
| NRR (1 Std dev) | 20 | | | | | | | | | |
| NRR (2*SD) | 17 | | | | | | | | | |
| | | | | | | | | | | |
| C - A (USAF) | -2 to 0 | | 1 to 3 | | 4 to 7 | | 8 to 10 | | 11 & Up | |
| 1 Std Dev | 25 | | 20 | | 16 | | 13 | | 9 | |
| 2 Std Dev | 22 | | 17 | | 13 | | 10 | | 7 | |

11



**Figure 8: Peltor ComTac Headset with Gel Cups Passive Attenuation (ANSI 12.6-1997, 10 subjects)**

**Table 8: Peltor ComTac Headset with Gel Cups Passive Attenuation (ANSI 12.6-1997, 10 subjects)**

| Freq (Hz) | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Mean** | 6 | 11 | 16 | 27 | 28 | 30 | 35 | | | |
| **Std dev** | 4 | 3 | 4 | 3 | 5 | 5 | 5 | | | |
| **Mean - Std dev** | 2 | 8 | 13 | 25 | 23 | 25 | 30 | | | |
| **Mean - 2*SD** | -2 | 6 | 9 | 22 | 19 | 20 | 25 | | | |
| | | | | | | | | | | |
| **NRR (1 Std dev)** | 16 | | | | | | | | | |
| **NRR (2*SD)** | 12 | | | | | | | | | |
| | | | | | | | | | | |
| **C - A (USAF)** | -2 to 0 | | 1 to 3 | | 4 to 7 | | 8 to 10 | | 11 & Up | |
| **1 Std Dev** | 22 | | 16 | | 12 | | 9 | | 5 | |
| **2 Std Dev** | 18 | | 13 | | 8 | | 5 | | 2 | |



**Figure 9: Peltor Comtac Nape Band with Foam Cups Passive Attenuation (ANSI 12.6-1997, 10 subjects)**

**Table 9: Peltor Comtac Nape Band with Foam Cups Passive Attenuation (ANSI 12.6-1997, 10 subjects)**

| Freq (Hz) | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Mean** | 9 | 13 | 20 | 27 | 30 | 32 | 36 | | | |
| **Std dev** | 6 | 3 | 4 | 3 | 2 | 3 | 3 | | | |
| **Mean - Std dev** | 3 | 10 | 17 | 24 | 28 | 29 | 33 | | | |
| **Mean - 2*SD** | -3 | 6 | 13 | 21 | 25 | 27 | 30 | | | |
| | | | | | | | | | | |
| **NRR (1 Std dev)** | 18 | | | | | | | | | |
| **NRR (2*SD)** | 14 | | | | | | | | | |
| | | | | | | | | | | |
| **C - A (USAF)** | -2 to 0 | | 1 to 3 | | 4 to 7 | | 8 to 10 | | 11 & Up | |
| **1 Std Dev** | 24 | | 19 | | 14 | | 10 | | 6 | |
| **2 Std Dev** | 21 | | 15 | | 9 | | 5 | | 2 | |

13



**Figure 10: Racal Raptor Passive Attenuation (ANSI 12.6-1997, 10 subjects)**

**Table 10: Racal Raptor Passive Attenuation (ANSI 12.6-1997, 10 subjects)**

| Freq (Hz) | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Mean** | 9 | 6 | 7 | 24 | 28 | 35 | 35 | | | |
| **Std dev** | 6 | 4 | 7 | 7 | 6 | 6 | 7 | | | |
| **Mean - Std dev** | 3 | 2 | 0 | 18 | 22 | 30 | 28 | | | |
| **Mean - 2*SD** | -3 | -3 | -7 | 11 | 16 | 24 | 22 | | | |
| | | | | | | | | | | |
| **NRR (1 Std dev)** | 7 | | | | | | | | | |
| **NRR (2*SD)** | 1 | | | | | | | | | |
| | | | | | | | | | | |
| **C - A (USAF)** | **-2 to 0** | | **1 to 3** | | **4 to 7** | | **8 to 10** | | **11 & Up** | |
| **1 Std Dev** | 13 | | 7 | | 4 | | 3 | | 1 | |
| **2 Std Dev** | 6 | | 1 | | -3 | | -3 | | -3 | |

14



**Figure 11: Silynx Infantry Headset (ANSI 12.6-1997, 10 subjects)**

**Table 11: Silynx Infantry Headset (ANSI 12.6-1997, 10 subjects)**

| | | | | Octave Band Data | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| **Freq (Hz)** | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 | | | |
| **Mean** | 9 | 10 | 10 | 17 | 24 | 37 | 40 | | | |
| **Std dev** | 4 | 2 | 3 | 3 | 3 | 4 | 5 | | | |
| **Mean - Std dev** | 5 | 8 | 7 | 14 | 21 | 33 | 35 | | | |
| **Mean - 2*SD** | 1 | 6 | 4 | 11 | 18 | 29 | 30 | | | |
| | | | | | | | | | | |
| **NRR (1 Std dev)** | 12 | | | | | | | | | |
| **NRR (2*SD)** | 10 | | | | | | | | | |
| | | | | | | | | | | |
| **C - A (USAF)** | -2 to 0 | | 1 to 3 | | 4 to 7 | | 8 to 10 | | 11 & Up | |
| **1 Std Dev** | 18 | | 13 | | 10 | | 9 | | 6 | |
| **2 Std Dev** | 15 | | 10 | | 7 | | 6 | | 4 | |



**Figure 12: CAEP Green (ANSI 12.6-1997, 20 subjects)**

**Table 12: CAEP Green (ANSI 12.6-1997, 20 subjects)**

| | | | | Octave Band Data | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| Freq (Hz) | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 | | |
| Mean | 24 | 24 | 25 | 28 | 30 | 32 | 43 | | |
| Std dev | 4 | 5 | 7 | 6 | 5 | 6 | 5 | | |
| Mean - Std dev | 19 | 19 | 18 | 22 | 25 | 26 | 37 | | |
| Mean - 2*SD | 15 | 14 | 12 | 15 | 20 | 20 | 32 | | |
| | | | | | | | | | |
| NRR (1 Std dev) | 21 | | | | | | | | |
| NRR (2*SD) | 15 | | | | | | | | |
| | | | | | | | | | |
| C - A (USAF) | -2 to 0 | | 1 to 3 | | 4 to 7 | | 8 to 10 | | 11 & Up |
| 1 Std Dev | 25 | | 22 | | 20 | | 20 | | 18 |
| 2 Std Dev | 19 | | 16 | | 14 | | 14 | | 14 |
| | | | | | | | | | |



**Figure 13: CAEP Yellow (ANSI 12.6-1997, 20 subjects)**

**Table 13**: CAEP Yellow (ANSI 12.6-1997, 20 subjects)

| | | | | Octave Band Data | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| Freq (Hz) | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 | | | |
| Mean | 0 | 1 | 5 | 17 | 23 | 21 | 21 | | | |
| Std dev | 3 | 3 | 3 | 4 | 4 | 4 | 6 | | | |
| Mean - Std dev | -3 | -2 | 2 | 13 | 19 | 18 | 15 | | | |
| Mean - 2*SD | -7 | -5 | -2 | 9 | 15 | 14 | 9 | | | |
| | | | | | | | | | | |
| NRR (1 Std dev) | 6 | | | | | | | | | |
| NRR (2*SD) | 3 | | | | | | | | | |
| | | | | | | | | | | |
| C - A (USAF) | -2 to 0 | | 1 to 3 | | 4 to 7 | | 8 to 10 | | 11 & Up | |
| 1 Std Dev | 12 | | 7 | | 3 | | 1 | | -3 | |
| 2 Std Dev | 8 | | 3 | | 0 | | -3 | | -5 | |



**Figure 14: SLC 110 Closed (ANSI 12.6-1997, 20 subjects)**

**Table 14: SLC 110 Closed (ANSI 12.6-1997, 20 subjects)**

| | | | | Octave Band Data | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Freq (Hz)** | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 | | | |
| **Mean** | 13 | 14 | 15 | 23 | 28 | 25 | 33 | | | |
| **Std dev** | 11 | 11 | 9 | 7 | 5 | 6 | 6 | | | |
| **Mean - Std dev** | 2 | 4 | 6 | 16 | 23 | 20 | 27 | | | |
| **Mean - 2*SD** | -9 | -7 | -3 | 8 | 18 | 14 | 21 | | | |
| | | | | | | | | | | |
| **NRR (1 Std dev)** | 11 | | | | | | | | | |
| **NRR (2*SD)** | 2 | | | | | | | | | |
| | | | | | | | | | | |
| **C - A (USAF)** | **-2 to 0** | | **1 to 3** | | **4 to 7** | | **8 to 10** | | **11 & Up** | |
| **1 Std Dev** | 16 | | 11 | | 8 | | 6 | | 3 | |
| **2 Std Dev** | 8 | | 2 | | -2 | | -5 | | -7 | |

## 3.3 Discussion

The continuous noise protection of all devices tested was reasonable and should provide for a safe exposure level for the average user in many noise environments up to 105 dB. Further analysis will be needed to determine safe exposure times for specific mobility platforms. In general, when ITE TH are compared to circumaural TH the ITE TH provide more attenuation. This is probably due to the form-fit factor of the circumaural TH in that there may be a leak in the seal between the circumaural TH and head. With that being said there is tremendous variability in the passive attenuation performance among the circumaural TH.

### 3.3.1 High Level TH

#### 3.3.1.1 ITE TH

As indicated in Table 1, the ITE THs (the CEPS, NACRE QuietPro, and Silynx QuietOps) are comparable at 26, 23, and 22 dB (at mean-2 standard deviations) respectively when foam earplugs are used. It should be noted that the CEPS and Silynx QuietOps were tested with the same foam tips (Comply) and there was a 4 dB difference. This may be due to the increased mass of the Silynx QuietOps earpiece that may break the seal more than the lighter CEPS earpiece. Also, it needs to be noted that the Silynx QuietOps is often fielded with a triple flange earplug. The passive attenuation of this triple flange earplug is 8 dB (at mean-2 standard deviations), significantly poorer than the foam plug option and yielding roughly a five-fold reduction in permissible continuous noise exposure times relative to the foam Comply earpiece.

It should be noted that from previous studies of field attenuation of foam earplugs that approximately one-third of the lab attenuation is achieved in the field (Ericson, et al, 2005).   For the CEPS, Nacre QuietPro, and Silynx QuietOps the expected field attenuation values without the fit-check would be 8-9 dB, 7-8 dB, and 7-8 dB respectively. One advantage to the Nacre QuietPro and Silynx QuietOps systems is a fit-check function. Once the user has inserted the earplugs and turns the device on, the systems perform a fit-check to ensure that there is an adequate seal and earplugs have been inserted correctly. It is expected that this fit-check function improves the field attenuation of Nacre QuietPro and Silynx QuietOps by a factor of two giving 14-16 dB and 14-16 dB attenuation respectively.

There is an override function for the fit-check. This is problematic in that if a fit-check is not performed or a fit results in a leak, the active noise reduction (ANR) capability is not engaged. Users should not be trained to override the fit-check function. The expectation is that continuous noise protection associated with ANR functionality would be compromised. It must be noted that the ANSI S12.6-1997 attenuation testing does not assess the contribution of ANR in generating NRR values because there is no approved procedure for putting ANR performance into NRR calculations.  Field experience by the Marines suggest that 1-2 hours of training was required to adequately operate the Nacre QuietPro system and consistently pass the fit check.

The passive ITE TH work as they should in that the continuous noise settings provide more continuous noise attenuation than the impulse noise settings. Table 1 illustrates that the Combat Arms Earplug (CAEP) green (intended for continuous noise protection) provides very good attenuation and is readily distinguished from the CAEP yellow (intended for impulse noise protection) setting. This allows for the desirable difference in performance characteristics provided by this CAEP earplug, in that the green side provides continuous noise protection. While in a tactical situation the user inserts the yellow side and is better able to maintain situational awareness but still realize protection from impulse noise (see below). Testing is not complete on the passive attenuation for continuous noise of the Sennheiser SLC-110 open setting and cannot be compared to the Sennheiser SLC-110 closed setting. However, when comparing the Sennheiser SLC-110 closed setting to the CAEP green side in (both meant for a continuous noise environment), the Sennheiser SLC-110 provides minimal attenuation of 2 dB versus the CAEP green side that provides 15 dB of attenuation (both at mean-2 standard deviations).

### 3.3.1.2 Circumaural TH

The Noise Reduction Rating (NRR) at mean-2 standard deviations for the circumaural headsets range from 17 dB to 1 dB (refer to Table 1). This is consistent with a very broad range of attenuation performance across this category. The Peltor Comtac II with headband and foam cups performed best with a NRR (mean -2SD) of 17 dB. This is better than the other two Peltor headset conditions. When using the same headset and changing to the gel cup the NRR dropped to 12 dB; when using the Peltor Comtac II neckband headset with the foam cups the NRR (mean -2SD) dropped to 14 dB. The neckband variant of the Comtac system therefore would be expected to provide only half the safe exposure time in hazardous, continuous noise as compared to the traditional headband configuration. Using gel cups on the Peltor Comtac II headset would reduce permissible exposure times to hazardous noise to just over 25 percent of the time realized using the same TH with foam cups. The MSA was comparable to these last two Peltor conditions with an NRR (mean -2SD) of 13 dB. The Silynx Infantry headset provided less passive attenuation with an NRR (mean -2SD) of 10 dB. The least attenuation was demonstrated by the RACAL Raptor headset which provided minimal attenuation with an NRR (mean -2SD) of 1, which equates to essentially no protective value in continuous noise when trying to account for the majority of users. As mentioned above, several factors may influence the dramatic difference in results across devices, but poor attenuation of circumaural headsets is usually attributed to form-fit characteristics.

### 3.3.2 Low Level TH

### 3.3.2.1 Unilateral TH

The Nextlink Invisio Pro, RACAL Cobra, and Silynx Eagle headsets were not tested.

# 4.0 Airblast Overpressure Measurements for Attenuation

## 4.1 Methods

The measurements were conducted on the test range of the French-German Research Institute of St. Louis (ISL) situated at Baldersheim, France. The test area being used for the measurements is equipped in a way to allow the detonation of an equivalent of 300g of Plastit$^{TM}$ explosive. Using this mass of explosive it was possible to initiate a shockwave with a peak pressure level of up to 195 dB (16.1 psi) and an A-duration of about 1.5 ms. [Note: An A-duration of an impulse signal is the time interval between impulse onset and the first crossing with the baseline.]

The measurements were set up as shown in Figure 15, 16, and 17. Three artificial test fixtures (ATF), or manikin heads, were used simultaneously. This allowed for the simultaneous evaluation of three TH. A slender probe (pencil gauge) was used to measure the free field pressure wave according to the International Test Operations Procedures (ITOP) 4-2-822, Electronic Measurement of Airblast Overpressure and Impulse Noise. For each explosion, the pressure at 7 transducers was recorded. This includes 6 signals from the ATF, each equipped with two microphones (one for each "ear drum" of the ear simulator) and 1 signal from the free field pressure transducer (slender probe).

Each condition was an average of five individual blasts. Initially, an open ear condition was conducted to measure the free-field (pencil probe) to manikin ear canal transfer function. This measurement was conducted five times and the average free-field to ear canal transfer function was then used in the calculation of the insertion loss of the following tactical headset tests. In order to calculate the insertion loss of the TH when undergoing impulse noise with different peak pressure levels the following measurements were made. Each of the three ATF was equipped with a different TH. Between each shot, the protectors were removed and then re-fitted. If the TH had a passive and an active mode, the series using the active mode was recorded first.



**Figure 15: Schematic of the setup of the explosive charge for the creation of a shockwave**



**Figure 16: Impulse noise attenuation measurements setup**



**Figure 17: 195 dB Blast**

The shock waves were generated by explosives. The type and the mass of explosive as well as the distance between the explosive and the artificial head determined the peak pressure level and the A-duration of the generated signal. In Table 15, the different explosive charges (type and mass) and distances for the generation of the different shock waves that were used during the measurements are shown.

**Table 15: Required type and mass of explosive and distance between artificial head and explosive for different peak pressure levels and A-durations at the place of the ATF.**

| Peak pressure Level | Explosive | | | Measured A-Duration | Measured Mean Peak Pressure Level |
| | Mass | Type | Distance | | |
|---|---|---|---|---|---|
| **165 dB** | 17 g | Primer (RDX 95/5) | 7.36 m | 1.52 | 167.8 |
| **195 dB** | 300 g | C4 | 2.2 m | 1.54 | 195.8 |

23

Figures 18 (165 dB) and 19 (195 dB) are examples of the pressure time histories of the generated shock waves and their associated 1/3-octave spectra. 1/3-octave spectra provides a more detailed description of frequency content of noise which is useful when comparing noise control devices. Each color represents the pressure and spectra measurements at a transducer. Measurements are similar for each transducer because they were placed at a similar distance from the explosive.





**Figure 18: Time pressure history and 1/3 octave spectra of the generated shock waves**

**Pressure Time Histories of all Free Sound Field Signals**
**nominal: 195 dB (16.3 PSI); A-Duration 1.5 ms**

Average:
$P_{max}$ = 17.9 PSI
$T_A$ = 1.54 ms

**Third Octave Anlayses of all Free Sound Field Signals**
**nominal: 195 dB (16.3 PSI); A-Duration 1.5 ms**

**Figure 19: Time pressure history and 1/3 octave spectra of the generated shock waves**

Pressure measurements were recorded using 16-bit digital recorders at a sampling rate of 100 kHz. The manikin heads were each outfitted with two Bruel & Kjar ear microphones and pre-amplifiers. To supplement the pressure measurements and gain further insights into TH performance factors, high-speed photographs (20,000 frames per second) were obtained for the 195 dB peak pressure conditions.

25

## 4.2 Results

Over 100 individual blasts were completed on 13 devices over a four-day period. Impulse noise attenuation measurements, as estimated by insertion loss, were recorded at two levels of peak pressure, 165 dB and 195 dB. Mean insertion loss is presented in Table 16. Detailed insertion loss data for each TH is included in Figures 20 through 45. It should be noted that these insertion loss data reflect performance on a test manikin. Insertion loss for human subjects would likely be lower than the values reported in this paper. Nevertheless, the manikin data provide a basis for estimating absolute levels of impulse/blast noise protection and for making comparative judgments between devices.

Table 16: Insertion Loss (dB) in response to 165 and 195 dB blasts

| TH | Mean Insertion Loss (dB) | | | | |
|---|---|---|---|---|---|
| | 165 dB (ON) | 165 dB (OFF) | 195 dB (ON) | 195 dB (OFF) | Rank |
| **In-the-Ear** | | | | | |
| CEPS | 44.0 | 32.8 | 40.6 | 37.5 | 3 |
| Nacre QuietPro | 49.5 | 48.9 | 43.2 | 43.7 | 2 |
| Silynx QuietOps w/ Comply Foam | 47.6 | 46.5 | 43.0 | 46.6 | 1 |
| Silynx QuietOps w/ Triple Flange | 40.3 | 40.1 | 39.0 | 38.7 | 4 |
| | | | | | |
| **Circumaural** | | | | | |
| MSA Sordin | 25.5 | 25.9 | 12.6 | 13.0 | 2 |
| Peltor Comtac II (foam) | 19.4 | 19.8 | 9.5 | 11.5 | 3 |
| Peltor Comtac II (gel) | 24.7 | 24.9 | 17.1 | 17.5 | 1 |
| Peltor Comtac II (neckband) | 25.5 | 25.0 | 11.9 | 12.1 | 2 |
| RACAL Raptor | 11.7 | 19.5 | 8.4 | 8.9 | 4 |
| Silynx Infantry | DNT | | DNT | | |
| | | | | | |
| **Passive** | | | | | |
| CAEP Green Tip | N/A | 37.1 | N/A | 36.3 | 1 |
| Sennheiser SLC 110-Closed | N/A | 26.9 | N/A | 35.1 | 1 |
| | | | | | |
| CAEP Yellow Tip | N/A | 23.4 | N/A | 32.4 | 1 |
| Sennheiser SLC 110-Open | N/A | 26.9 | N/A | 32.4 | 1 |

survivable IED detonations. In general, there are significant performance differences between TH types. Tables 17 through 20 (below) summarize the estimated insertion loss (i.e., reduction in peak pressure of the impulse noise) at the operator's ear for a given combination of airblast peak pressure, TH, and TH condition (device turned on versus device turned off). The estimates in Tables 17 through 20, as noted earlier in the Results section, are based on manikin data and likely overestimate to some degree the true protective value of these TH for human operators exposed to impulse noise. The estimates do provide an excellent basis for comparing performance within and between classes of tactical headsets, however. The ITE TH (active and passive) performed much better in response to blast exposures than the circumaural headsets. The explanation of this performance difference can be seen in the high-speed videos recorded during the measurements at ISL. In response to the blast, circumaural headsets were observed to separate from the head of the test manikin and create a significant leak that allowed blast pressure to enter the ear canal. To the contrary, properly inserted ITE TH (active and passive) always stayed in the ear canal and thus provided consistent protection in response to the blast stimuli. IL data for individual devices in the on and off position and at both 165 dB (Figures 20 through 32) and 195 dB (Figures 33 through 45) are included following the IL estimates tables.

**Table 17: Estimated peak pressure level at operator's ear using various TH (165 dB blasts, device "on" as appropriate)**

| TH | Mean Insertion Loss (dB) | Estimated level at ear (dB) |
|---|---|---|
| | 165 dB ( Device ON) | 165 dB - IL |
| **In-the-Ear** | | |
| CEPS | 44.0 | 121 |
| Nacre QuietPro | 49.5 | 115.5 |
| Silynx QuietOps w/ Comply Foam | 47.6 | 117.4 |
| Silynx QuietOps w/ Triple Flange | 40.3 | 124.7 |
| | | |
| **Circumaural** | | |
| MSA Sordin | 25.5 | 139.5 |
| Peltor Comtac II (foam) | 19.4 | 145.6 |
| Peltor Comtac II (gel) | 24.7 | 140.3 |
| Peltor Comtac II (neckband) (foam) | 25.5 | 139.5 |
| RACAL Raptor | 11.7 | 153.3 |
| | | |
| **Passive** | | |
| CAEP Green Tip | N/A | N/A |
| Sennheiser SLC 110-Closed | N/A | N/A |
| | | |
| CAEP Yellow Tip | N/A | N/A |
| Sennheiser SLC 110-Open | N/A | N/A |

N/A = Not Applicable.  These devices are passive (unpowered) headsets and cannot be turned "ON" for testing.

**Table 18: Estimated peak pressure level at operator's ear using various TH (165 dB blasts, device "off" as appropriate)**

| TH | Mean Insertion Loss (dB) | Estimated level at ear (dB) |
|---|---|---|
| | 165 dB ( Device OFF) | 165 dB - IL |
| **In-the-Ear** | | |
| CEPS | 32.8 | 132.2 |
| Nacre QuietPro | 48.9 | 116.1 |
| Silynx QuietOps w/ Comply Foam | 46.5 | 118.5 |
| Silynx QuietOps w/ Triple Flange | 40.1 | 124.9 |
| | | |
| **Circumaural** | | |
| MSA Sordin | 25.9 | 139.1 |
| Peltor Comtac II (foam) | 19.8 | 145.2 |
| Peltor Comtac II (gel) | 24.9 | 140.1 |
| Peltor Comtac II (neckband) (foam) | 25.0 | 140 |
| RACAL Raptor | 19.5 | 145.5 |
| | | |
| **Passive** | | |
| CAEP Green Tip | 37.1 | 127.9 |
| Sennheiser SLC 110-Closed | 26.9 | 138.1 |
| | | |
| CAEP Yellow Tip | 23.4 | 141.6 |
| Sennheiser SLC 110-Open | 26.9 | 138.1 |

**Table 19: Estimated peak pressure level at operator's ear using various TH (195 dB blasts, device "on" as appropriate)**

| TH | Mean Insertion Loss (dB) | Estimated level at ear (dB) |
|---|---|---|
| | 195 dB ( Device ON ) | 195 dB - IL |
| **In-the-Ear** | | |
| CEPS | 40.6 | 154.4 |
| Nacre QuietPro | 43.2 | 151.8 |
| Silynx QuietOps w/ Comply Foam | 43.0 | 152 |
| Silynx QuietOps w/ Triple Flange | 39.0 | 156 |
| | | |
| **Circumaural** | | |
| MSA Sordin | 12.6 | 182.4 |
| Peltor Comtac II (foam) | 9.5 | 185.5 |
| Peltor Comtac II (gel) | 17.1 | 177.9 |
| Peltor Comtac II (neckband) (foam) | 11.9 | 183.1 |
| RACAL Raptor | 8.4 | 186.6 |
| | | |
| **Passive** | | |
| CAEP Green Tip | N/A | N/A |
| Sennheiser SLC 110-Closed | N/A | N/A |
| | | |
| CAEP Yellow Tip | N/A | N/A |
| Sennheiser SLC 110-Open | N/A | N/A |

N/A = Not Applicable.  These devices are passive (unpowered) headsets and cannot be turned "ON" for testing.

**Table 20: Estimated peak pressure level at operator's ear using various TH (195 dB blasts, device "off" as appropriate)**

| TH | Mean Insertion Loss (dB) | Estimated level at ear (dB) |
|---|---|---|
| | 195 dB ( Device OFF) | 195 dB - IL |
| **In-the-Ear** | | |
| CEPS | 37.5 | 157.5 |
| Nacre QuietPro | 43.7 | 151.3 |
| Silynx QuietOps w/ Comply Foam | 46.6 | 148.4 |
| Silynx QuietOps w/ Triple Flange | 38.7 | 156.3 |
| | | |
| **Circumaural** | | |
| MSA Sordin | 13.0 | 182 |
| Peltor Comtac II (foam) | 11.5 | 183.5 |
| Peltor Comtac II (gel) | 17.5 | 177.5 |
| Peltor Comtac II (neckband) (foam) | 12.1 | 182.9 |
| RACAL Raptor | 8.9 | 186.1 |
| | | |
| **Passive** | | |
| CAEP Green Tip | 36.3 | 158.7 |
| Sennheiser SLC 110- Closed | 35.1 | 159.9 |
| | | |
| CAEP Yellow Tip | 32.4 | 162.6 |
| Sennheiser SLC 110- Open | 32.4 | 162.6 |





**Figure 20: Insertion Loss (IL) across frequencies for CEPS Off/On in response to 165 dB blast**





**Figure 21: IL across frequencies for Nacre QuietPro Off/On in response to 165 dB blast**





**Figure 22: IL across frequencies for Silynx QuietOps Off/On with foam tips in response to 165 dB blast**





**Figure 23: IL across frequencies for Silynx QuietOps Off/On with flange tips in response to 165 dB blast**





**Figure 24: IL across frequencies for MSA Sordin Off/On in response to 165 dB blast**





**Figure 25: IL across frequencies for Peltor Comtac Off/On with headband and foam cups in response to 165 dB blast**





**Figure 26: IL across frequencies for Peltor Comtac Off/On with headband and gel cups in response to 165 dB blast**





**Figure 27: IL across frequencies for Peltor Comtac Off/On with neckband and foam cups in response to 165 dB blast**





**Figure 28: IL across frequencies for Racal Raptor Off/On in response to 165 dB blast**



**Figure 29: IL across frequencies for CAEP green inserted response to 165 dB blast**



**Figure 30: IL across frequencies for Peltor Flange Insert in response to 165 dB blast**



**Figure 31: IL across frequencies for CAEP yellow inserted response to 165 dB blast**



**Figure 32: IL across frequencies for Peltor Bead Insert in response to 165 dB blast**

43





**Figure 33: IL across frequencies for CEPS Off/On in response to 195 dB blast**





**Figure 34. IL across frequencies for Nacre QuietPro Off/On in response to 195 dB blast**





**Figure 35. IL across frequencies for Silynx QuietOpsOff/On with foam plugs in response to 195 dB blast**





**Figure 36. IL across frequencies for Silynx QuietOps Off/On with flange tips in response to 195 dB blast**





**Figure 37. IL across frequencies for MSA Sordin Off/On in response to 195 dB blast**





**Figure 38. IL across frequencies for Peltor Comtac Off/On with headband and foam cups in response to 195 dB blast**





**Figure 39. IL across frequencies for Peltor Comtac Off/On with headband and gel cups in response to 195 dB blast**





**Figure 40. IL across frequencies for Peltor Comtac Off/On with neckband and foam cups in response to 165 dB blast**





**Figure 41. IL across frequencies for Racal Raptor Off/On in response to 195 dB blast**



**Figure 42. IL across frequencies for CAEP green inserted in response to 195 dB blast**



**Figure 43. IL across frequencies for Peltor Insert with flange tips in response to 195 dB blast**



**Figure 44. IL across frequencies for CAEP yellow inserted in response to 195 dB blast**



**Figure 45. IL across frequencies for Peltor Insert with bead tip in response to 195 dB blast**

## 4.3 Discussion

In general, all TH reduce the peak levels and increase the A-duration of the blast noise. This increase in A-duration has the effect of moving energy to lower frequencies where it is thought to be less hazardous.

### 4.3.1 High Level Noise TH

#### 4.3.1.1 ITE TH

The blast noise insertion loss was relatively consistent among ITE TH and should provide adequate safety in most weapons firing situations. In general, the NACRE QuietPro and the Silynx QuietOps (with Comply foam tips) provided similar attenuation to blast exposures. The CEPS attenuation was slightly less than the NACRE QuietPro and the Silynx QuietOps.

There is little evidence that there was any active component to the attenuation. Although attenuation was better for some of the active devices, performance was very similar in the device "on" and device "off" conditions. This may suggest that the added mass of the circuitry of the active ITE devices improved their passive attenuation.

#### 4.3.1.2 Circumaural TH

Attenuation of the circumaural headsets in response to blast impulse does not necessarily match passive attenuation results. There are also considerable differences in response to 165 dB and 195 dB conditions. In response to the 165 dB conditions the MSA Sordin, Peltor Comtac Headband with gel cups, and the Peltor Neckband with foam cups have more insertion loss than the Peltor Headband with foam cups. However, in response to the 195 dB conditions all attenuation drops, most likely due to the fact that the overpressure causes the headsets to separate from the head and create a significant leak. It should also be noted that there are no differences between device on and device off conditions suggesting the active processing within the headsets adds little to the attenuation of high-intensity impulse noise for these headsets. All headsets in both impulse conditions perform much better than the RACAL Raptor, which provides minimal attenuation in response to the blast exposures.

### 4.3.2 Low Level TH

#### 4.3.2.1 Unilateral TH

The Nextlink Invisio Pro, RACAL Cobra, and Silynx Eagle headsets were not tested because unilateral headsets are designed for communication and not for attenuation.

# 5.0 Speech Intelligibility Performance Measurements: TH with AN/PRC-148 MultiBand Inter/IntraTeam Radio (MBITR)

## 5.1 Methods

Speech intelligibility was assessed using the Modified Rhyme Test (MRT) in accordance with ANSI S3.2-1989 (R1999), American National Standard Method for Measuring the Intelligibility of Speech over Communication Systems. The goal was to quantify the ability of trained listeners to correctly identify target words transmitted by a trained talker using each combination of Multi-Band Intra/Inter Team Radio (MBITR) and TH under investigation. The purpose was to identify the percent correct of intelligible speech transmitted in both quiet and one of two specified noise conditions.

In order to evaluate speech intelligibility, the measurement paradigm was established in a controlled environment to allow for careful management of environmental sounds and noise levels. Intelligibility measurements consisted of a combination of 3 TH designated for "low-noise" (based on attenuation design) and 9 TH designated for "high-noise" in combination with the MBITR. Measurements were conducted both in quiet and in pink noise (noise that has an equal amount of energy per octave). Testing in pink noise was conducted at 88 dB for "low-noise" devices and 105 dB for "high-noise" devices. The talker transmitted speech to the listeners via the MBITR radio, all of whom were wearing the TH/MBITR combination currently under evaluation.

Intelligibility of a speech communication system was evaluated by comparing monosyllabic words transmitted across a communication system from a trained talker to a group of trained listeners. Six talkers/listeners (4 male and 2 female) were selected from the general civilian population. Participants were representative of the user population with regards to age and sex, and all were native speakers of American English with no reported or identifiable speech, language, or hearing disorders. Additionally, participants were required to pass a hearing screening with sensitivity no worse than 15 dB hearing thresholds from 250-8000 Hz. Prior to data collection, all subjects were trained as talkers and listeners to plateau performance levels, and had significant experience with speech intelligibility testing in various signal-to-noise ratio conditions.

As mentioned previously, stimuli consisted of the Modified Rhyme Test (MRT), which includes 300 monosyllabic words arranged into six 50-word lists. Word forms in the MRT consist of consonant-vowel-consonant (CVC), consonant-vowel (CV), or vowel-consonant (VC) combinations. Within each 50-word list, words vary only by the initial or final consonants; phonemic balance is attempted to include representations from all of the American English major speech sound categories. The independent variables were TH and noise condition (quiet or noise). The dependent variable was percent correct on the intelligibility test with 80% or better being acceptable, 70-79% being marginal, and below 70% being unacceptable. This categorization is based on previous studies (Ericson, et al., 2005).

Measurements were completed in the VOCRES facility (depicted in Figure 46) at AFRL. This facility allows the ambient noise level to be varied by presenting pink noise via a large amplified sound system. Participants were seated at a desk with a computer tablet inside VOCRES. Participants were monitored by the experimenter using a closed-circuit camera and monitor system. Verbal instructions regarding experimental procedures were provided to participants. Stimuli were presented by live talker. Cueing of target words for the talker and recording of listener responses were both accomplished via a custom MatLab 7.0 modified rhyme task (MRT). A lap top computer with interface is utilized for subject response. The talker and listeners have individual computers at their respective work stations. The talker is presented with a carrier phrase such as, "You will mark toil please." The listeners are then presented with a matrix of six words that sound similar to "toil," such as boil, soil, oil, etc. Listeners then identify the word they perceive.



**Figure 46. Voice Communication Research Evaluation System (VOCRES) setup**

Prior to the start of each experimental run, radio settings and function were verified. The experimenter ensured TH placement was correct for each participant. Additionally, participants were instructed to position the microphone no further than one quarter inch from his or her mouth. For data collection, each presentation of a MRT list consisted of one talker position and five listener positions. The talker position rotated throughout the measurement conditions until a full set of data comprising five talkers and five listeners was collected for each TH. The talkers rotated after reading aloud three MRT lists (total of 150 words), and each talker completed three MRT lists in each noise condition. During the experimental task, the talker was presented with the stimulus on the computer screen ("You will mark <u>MRT word</u>, please"). The talker then communicated the phrase to the five listeners via the MBITR radio. Listeners selected the word heard by using a pen to click on the correct word from a list of six words on the tablet screen. Responses were measured by percent correct scores on the intelligibility test. All conditions were completed with one TH before measurements began with a new device. This pattern was repeated, with participants listening for a maximum of two and one-half hours per day

with short breaks between each session. All listeners completed three MRT lists (150 words) in each condition (talker x noise x TH). Data analysis involved determining the percent correct score on the intelligibility test for each device in both the quiet and the noise condition.

## 5.2 Results

Subjects were trained on the talking and listening tasks per ANSI S3.2-1989 (R1999) in both quiet and noise conditions; training to asymptotic performance on both tasks required approximately three weeks. Two TH were used for training purposes and a 90 percent criterion was required in the quiet condition. After subject training was accomplished data was recorded using 11 device conditions. Results are provided in Table 21 and Figures 47 through 50. The NextLink Invisio Pro, RACAL Cobra, and Silynx Eagle were tested in the 88 dB noise condition, as these devices were designated as "low-noise" TH by SOF Survival Systems. The remaining TH were designated as "high-noise" devices and were tested in the 105 dB noise condition for this sub-task.

**Table 21. Speech Intelligibility Performance (percent correct), ANSI S.32-1989 (R1999); rank-ordered performance within sub-category denoted in parentheses**

| Speech Intelligibility using AN/PRC-148 (MBITR) | | | |
|---|---|---|---|
| TH | Talker/Listener in Quiet | Talker/Listener in Noise | |
| | | 88 dB | 105 dB |
| **In-the Ear** | | | |
| CEPS | 90.5 (1) | | 70.8 (1) |
| Nacre QuietPro | 80.3 (2) | | 52.2 (3) |
| Silynx QuietOps | 83.5 (2) | | 60.5 (2) |
| | | | |
| **Circumaural** | | | |
| MSA Sordin | 89.5 (1) | | 70.2 (2) |
| Peltor Comtac II (foam) | 87.2 (1) | | 80.8 (1) |
| Peltor Comtac II (neckband) (foam) | DNT | | DNT |
| RACAL Raptor | 89.0 (1) | | 64.3 (3) |
| Silynx Infantry | DNT | | DNT |
| | | | |
| **Passive** | | | |
| Sidewinder w/ CAEP | 89.5 (1) | | 68.7 (2) |
| Sennheiser SLC 110-Closed | 91.9 (1) | | 77.5 (1) |
| | | | |
| **Unilateral** | | | |
| Nextlink Invisio Pro | 82.7 (2) | 75.7 (1) | |
| RACAL Cobra | 87.9 (1) | 74.1 (1) | |
| Silynx Eagle | 86.9 (1) | 59.8 (2) | |



**Figure 47. Speech intelligibility performance (percent correct) with talker and listener in quiet using high level TH**



**Figure 48. Speech intelligibility performance (percent correct) with talker and listener in noise using high level TH**



**Figure 49. Speech intelligibility performance (percent correct) with talker and listener in quiet using low level TH**



**Figure 50. Speech intelligibility performance (percent correct) with talker and listener in noise using low level TH**

### 5.3 Discussion

### 5.3.1 High Level Noise TH

## 5.3.1.1 ITE TH

Speech Intelligibility performance was determined using TH interfaced with the AN/PRC-148 radios. When transmitting and receiving over the CEPS, Nacre QuietPro, and Silynx QuietOps in quiet subjects scored 90.5, 80.3, and 83.5 respectively. The significantly better performance of the CEPS is probably due to the transmitting microphone. The CEPS device uses an external boom microphone, whereas the Nacre QuietPro and Silynx QuietOps use an internal ear canal microphone to pick up speech intended for transmission. In regards to the noise condition the same pattern exists with the CEPS (70.2) performing best followed by the Silynx QuietOps (60.5) and Nacre QuietPro (52.2). These results, especially those of the Nacre QuietPro and Silynx QuietOps, are concerning. It is not unreasonable to expect end users to operate in continuous noise environments, although levels may vary. However, one supposed advantage to having the internal ear canal microphone is that speech intended for transmission is shielded from the external noise environment. It is unclear whether the poorer results relate to the masking of speech by environmental noise, characteristics of the microphones used by the TH's evaluated, TH processing strategies, or loss of speech information related to the conduction pathways delivering speech from the source to the microphone located in the ear canal. This is an area for further investigation and potential technical development.

The passive headsets tested were the Peltor Sidewinder Bone Conduction Headset that uses a boom microphone for speech transmission, a bone conduction headset for speech reception, and CAEP (green end for continuous noise environment) for hearing protection. The Sidewinder/CAEP combination performed at 89.5 in quiet and in noise at 68.7. In this same category of headsets the Sennheiser SLC-110 uses a boom microphone for transmission and ITE triple flange plugs for reception and protection. In quiet the Sennheiser SLC-110 performed at 91.9 and in noise at 77.5. The results of these two headsets are comparable in quiet. However, in noise the Sidewinder/CAEP combination does not perform as well as the SLC 110 headset. In this case, because the results are similar in quiet but separate in noise, it should be suspected that noise had more of an effect on the Sidewinder/CAEP earplug. However, hardware of the device is a potential factor because of the bone conduction mechanism used to receive the incoming signal. It is very possible that this mechanism is negatively influenced by high noise masking.

When accomplishing speech intelligibility measurements with the AN/PRC-148 radios it should be noted that quality control issues presented themselves concerning the Silynx QuietOps and the Sennheiser SLC-110 devices. Six devices were allocated for speech intelligibility measurements. However, a total of ten devices (four additional) were substituted in for each device due to malfunctioning units. Additionally, it was observed that cycling the Silynx QuietOps between ANR "on" and ANR "off" yielded no perceptible change in the perceived quality during exposure to the 105 dB ambient noise during this measurements. This is a subjective finding that warrants further investigation.

### 5.3.1.2 Circumaural TH

In quiet circumaural headsets performed equivalent at 89.5, 87.2, and 89.0 for the MSA Sordin, Peltor Comtac II with headband, and the RACAL Raptor respectively. However, in noise the Peltor Comtac II with headband performed better at 80.8 correct. When using the MSA Sordin subject intelligibility scores averaged 70.2. Of concern is the performance (64.3) of the subjects when using the RACAL Raptor. Due to the similar performance in quiet of the headsets, it suggests that challenging listening environments does adversely affect the performance when using the MSA Sordin and especially the RACAL Raptor. In regards to the RACAL Raptor this may be correlated to poor passive attenuation results of the RACAL Raptor. The Peltor Comtac II with neckband and Silynx Infantry headsets were not tested because six units were not provided.

### 5.3.2 Low Level Noise TH

### 5.3.2.1 Unilateral TH

In regards to the unilateral devices, the RACAL Cobra (87.9) and Silynx Eagle (86.9) headsets performed slightly better than the Nextlink Invisio Pro (82.7). However, in the noise condition the Nextlink Invisio Pro and RACAL Cobra performed similarly at 75.7 and 74.1 respectively while the Silynx Eagle dropped off to 59.8.

# 6.0 "Talk-through" Speech Recognition

## 6.1 Methods

An important aspect of command and control in ground-based tactical operations is the ability to communicate within or between small units operating in close proximity. It is desirable that any TH provide a means to maintain or enhance the ability to communicate verbally at short distances without benefit of a radio. Traditional pre-formed hearing protection devices have been perceived as detrimental to this type of task. Newer TH (both in-the-ear and circumaural headset-style devices) sometimes incorporate external or ambient microphones to aid in face-to-face or short-range verbal communication, as well as to assist in detecting other environmental sounds. We have chosen to evaluate the "talk-through" capability (speech through an ambient microphone) of the TH under consideration in the speech task versus the environmental sound detection task.

"Talk-through" performance was assessed for subjects using the TH. This portion of the measurements was conducted by placing subjects individually in a reverberant room and scoring their responses to recorded, standardized speech material presented at a variety of signal-to-noise ratios (SNR). A total of ten subjects participated in this portion of the measurements. Each subject was seated approximately 1 meter from a loudspeaker positioned directly to his or her front. Subjects were then presented two standard equivalent lists from the QuickSIN test at 70 dB HL. Each QuickSIN list consists of recordings of six sentences containing five target words each. Each list therefore represents 30 target responses. As the list progresses, the SNR of the target words are decremented in 5 dB steps until the root mean square (RMS) amplitude of the target words is equal to the RMS amplitude of recorded multi-talker babble noise. The QuickSIN test therefore assesses speech recognition performance in noise, with and without devices such as the TH. After completing two lists, subjects were fit with the TH, gain of the external microphone (if available) was set to approximate unity, and the subject completed two more lists. Each subject's responses were scored to generate an SNR Loss. This score was averaged for each TH to facilitate comparison of performance across devices. Subject responses without TH were compared to responses with TH to identify possible trends for devices that improve or degrade speech recognition performance on this task.

## 6.2 Results

"Talk-through" speech intelligibility was assessed using the QuickSIN test. Table 22 shows the results of this measurement for 11 devices. A lower score is better on the QuickSIN test and a score of 0-3 dB SNR Loss is consistent with normal hearing in noise.

**Table 22. QuickSIN SNR Loss (dB); rank-ordered performance within sub-category denoted in parentheses**

| TH | SNR Loss | | | |
|---|---|---|---|---|
| | Open | Unity | Difference | 95% CI for Unity SNR |
| **In-the-Ear** | | | | |
| CEPS | 2.2 | 3.2 (2) | 1.0 | 1.3, 5.1 |
| Nacre QuietPro | 1.8 | 1.5 (1) | -0.3 | -0.4, 3.4 |
| Silynx QuietOps | 2.2 | 3.6 (2) | 1.4 | 1.7, 5.5 |
| | | | | |
| **Circumaural** | | | | |
| MSA Sordin | 2.4 | 2.9 (3) | 0.5 | 1.0, 4.8 |
| Peltor Comtac, Headband | 1.3 | 1.0 (1) | -0.3 | 0.9, 2.9 |
| Peltor Comtac, Neckband | 1.7 | 1.4 (2) | 0.3 | -0.5, 3.6 |
| Racal Raptor | 1.9 | 1.5 (2) | -0.4 | 0.0, 3.8 |
| Silynx Infantry | DNT | DNT | | |
| | | | | |
| **Passive** | | | | |
| SLC 110, Closed | 1.3 | 2.4 (1) | 1.1 | 0.5, 4.3 |
| Sidewinder w/ CAEP – Green | 1.1 | 3.4 (2) | 2.3 | 1.5, 5.3 |
| | | | | |
| SLC 110, Open | 1.1 | 2.4 (1) | 1.3 | 0.5, 4.3 |
| Sidewinder w/ CAEP – Yellow | 1.5 | 2.2 (1) | 0.7 | 0.3, 4.1 |
| | | | | |
| **Unilateral** | | | | |
| Nextlink Invisio | DNT | DNT | | |
| Racal Cobra | DNT | DNT | | |
| Silynx Eagle | DNT | DNT | | |

## 6.3 Discussion

### 6.3.1 High Level Noise TH

#### 6.3.1.1 ITE TH

When using the environmental microphone pick-up, average word recognition was within normal limits for the NACRE QuietPro (1.5 SNR Loss). However, the average performance of the CEPS (3.2 SNR Loss) and Silynx QuietOps (3.6 SNR Loss) were consistent with a mild SNR loss (i.e., slightly degraded ability to understand speech in noise). This suggests a trend for the NACRE QuietPro to perform somewhat better in challenging ambient listening conditions, such as understanding speech in noisy, reverberant conditions.

With regards to passive headsets, results are comparable at 2.4 for both the SLC 110 Open and Closed and 2.2 with the CAEP yellow end inserted. With the CAEP green end inserted subjects perform with a mild SNR loss of 3.4. A couple of things should be considered when interpreting these results. When using the CAEP green end it not a surprise that performance is slightly worse and may be a positive indication of passive attenuation. The fact that there is some performance differences between the CAEP green and yellow ends is an indication of the functionality of the earplug. The Sennheiser SLC-110 attempts to implement similar functionality; it needs to be noted that the Sennheiser SLC-110 performance is essentially identical between continuous noise and impulse noise settings.

#### 6.3.1.2 Circumaural TH

Results indicate that circumaural headsets perform within normal limits referencing SNR Loss. However the MSA Sordin is borderline with an average SNR Loss of 2.9 versus 1.0, 1.4, and 1.5 for the Peltor Comtac II Headband, Peltor Comtac II Neckband, and RACAL Raptor headsets respectively. Caution should be used in interpreting these differences because there is also a difference with the open ear SNR Loss during the MSA Sordin test conditions.

### 6.3.2 Low Level Noise TH

#### 6.3.2.1 Unilateral TH

The Nextlink Invisio Pro, Racal Cobra, and Silynx Eagle headsets were not included in this measure, as they are intended for use with either the right or left ear only and do not incorporate external or ambient microphones. Results for these TH would have reflected "open ear" performance for the subjects.

# 7.0 Localization Measurements

## 7.1 Methods

The localization experiments were conducted by listeners standing in the center of the Auditory Localization Facility (ALF) (refer to Figure 51) at AFRL while fitted with the appropriate TH. The ALF consists of a large geodesic sphere (4.3m in diameter) suspended in an anechoic or non-reverberant chamber to reduce reverberation and ambient noise levels. There are 277 Bose 11-cm full-range loudspeakers mounted at each of the structural vertices of the sphere, with an angular spacing of approximately 15 degrees between each two speaker locations. Nine experienced paid volunteer subjects with normal hearing (gender balanced, age range 18-27 years) participated in the study. The listeners wore an orientation tracking device on a headband and utilized a hand-held tracking device (Intersense MiniTrax) that allowed them to move an LED cursor to the perceived location of the sound source and press a button to indicate a localization response. The experiment used pink noise stimuli presented in two durations, a 250 ms 'burst' and a 'continuous' noise that remained on until the listener made the localization response. Before each presentation, the signal was equalized with the inverse transfer function of the presentation loudspeaker to eliminate spectral differences across loudspeakers. All the stimuli were presented at an RMS level of 65 dB SPL at the location of the listener's head.



**Figure 51. Auditory Localization Facility (ALF) setup**

At the start of each trial, the orientation of the listener's head was measured with the head tracking device followed by a series of pink noise stimuli generated from a random speaker location in the sphere with an elevation value greater than -45 degrees. The listener was then asked to identify the location with the moveable Light Emitting Diode (LED) cursor. Correct answer feedback was provided by turning on an LED cluster at the actual source location. The localization responses were collected in two blocks of 180 trials for each device, with a short break after 90 trials within each block. A total of 320 burst and 40 continuous trials were collected for each listener in each TH condition.

## 7.2 Results

Each subject went through four training blocks in the open ear condition with a target average angular error of below 20 degrees. Complete data was collected for 9 subjects. Data for overall angular error, front/back, left/right, up/down, and big error (percentage of trials having error exceeding 45 degrees) are displayed in Figures 52 through 56.



**Figure 52. Overall Angular Error (degrees)**



**Figure 53. Front-Back Error (degrees)**



**Figure 54. Left-Right Error (degrees)**



**Figure 55. Up-Down Error (degrees)**



**Figure 56. Large Magnitude Error (percentage of trials having error exceeding 45 degrees)**

## 7.3 Discussion

### 7.3.1 High Level TH

As evident in Figures 52 through 56 there is a general trend that ITE devices (whether active or passive) perform better than circumaural headsets on the localization task. This is possibly related to the fact that the ITE TH do not completely occlude the pinna in the manner of circumaural headsets. Circumaural headset localization performance data indicates relatively uniform performance across devices.

### 7.3.1.1 ITE TH

The localization data indicated distinct performance differences and trends. In regards to the ITE TH the Nacre QuietPro performs the best followed by the Silynx QuietOps and CEPS. This both supports and contradicts results from the electroacoustic characterization of devices. It would be suspected the Nacre QuietPro performs better than the Silynx QuietOps because of the additional high frequency cues provided. However, the CEPS had a similar frequency response to the Nacre QuietPro and performed worse than both the Nacre QuietPro and Silynx QuietOps. One possibility for these results may be the processing strategies used by the different manufacturers.

Passive plug performance showed considerable differences between the impulse and continuous noise options, especially in regards to the CAEP green (continuous noise) and CAEP yellow (impulse noise). The Sennheiser SLC-110 exhibited less differentiation between closed and open conditions, which may be related to the minimal attenuation differences noted between the two settings. In other words, the CAEP seems to work as advertised, in that there are significant differences between the continuous and impulse settings, whereas the Sennheiser SLC-110 showed minimal differences.

### 7.3.1.2 Circumaural TH

When considering the interface of the circumaural headsets to the ears (and subsequent coverage of the pinna) and the similar characterization data it is not surprising that the localization performance is nearly identical for all circumaural headsets. The angular error ranges from 45 to 48 degrees. Thus, trained subjects using the circumaural headsets such as the Peltor ComTac II, MSA Sordin, and RACAL Raptor exhibit very similar, and uniformly poor, ability to localize toward the source of a sound as compared to subjects wearing no TH or those using passive Combat Arms Earplugs.

### 7.3.2 Low Level TH

### 7.3.2.1 Unilateral TH

The Nextlink Invisio Pro, RACAL Cobra, and Silynx Eagle were not tested.

# 8.0 TH Electroacoustic Characterization

On all the TH three electroacoustic parameters were measured. These were the input/output linearity, the head-related transfer function (HRTF), and the frequency response of the pass-through system. The input/output linearity was measured to access the ambient listening capability and the safety of the ambient listening capability for all acoustic inputs from very quiet to very loud. This measurement also had the potential to show any amplitude compression or limiting being accomplished by the TH system. The HRTF were measured to identify TH system characteristics which may have affected localization performance. The frequency response of the listen-through capability was measured to identify TH system characteristics which may have affected word recognition in the QuickSIN test.

## 8.1 Methods

The acoustic measurements were made with a Knowles Electronics Manikin for Acoustic Research (KEMAR) equipped with GRAS IEC 711 Ear Simulators had an input impedance closely resembling the average human ear and included a calibrated pressure microphone. The manikin was positioned with its head directly in the center of the ALF.

The acoustic transfer-function measurements were made using a series of five 2048-point periodic-chirp signals covering the frequency range from 100 Hz to 15 kHz (Brungart, 2007). The signals were generated in MatLab 7.0, and the resulting left- and right-ear microphone signals were divided by the test signals in the frequency domain to provide an estimate of the total system response (i.e. speaker, microphone, propagation path, and HRTF from the active loudspeaker location to each of the manikin's ears).

### 8.1.1 Input/Output Linearity Method

One TH was randomly chosen from each lot of TH devices available for measurement. Two sets of measurements were made on each TH selected for electroacoustic characterization. The first was an input-output gain-curve measurement. For the purposes of this measurement, the test signal was played simultaneously through the 15 speakers closest to the front of the sphere in order to generate a combined signal at the center of the sphere ranging from 42 dB to 114 dB SPL in 6 dB steps. The average RMS levels generated at the left and right ears with the TH were then compared to those measured without the TH in order to construct an overall input/output gain curve for the device.

### 8.1.2 HRTF Measurement Method

The second measurement made on each TH was an HRTF measurement during which a test signal with a root mean square (RMS) level of 65 dB SPL was used to measure the left- and right-ear transfer functions for sounds originating from each of the 277 speakers in the ALF. These measurements were then corrected for the individual responses of each loudspeaker to produce an overall estimate of the HRTF for each location. Also plotted with the HRTF measurements is the frequency response of the TH.

### 8.1.2.1 Relating HRTF Results to Localization Results

The HRTF images in the Columns below show how the magnitude spectrum of the right ear HRTF changed as a function of vertical angle within the 45 "cone of confusion" illustrated in Figure 57. Thus, a vertical angle of 0 indicates the point in the horizontal plane 45 to the right of the listener's midline. Localization in elevation is believed to be mediated by the complex patterns of elevation dependent peaks and notches that are clearly visible in the open ear HRTF plot shown in the top-right panel of Figure 60. Subjectively, it does not appear that any of the devices did a very good job of preserving this pattern. Indeed, most of the devices produced HRTF patterns resembling "vertical stripes," suggesting that elevation had little or no impact on the frequency responses of these systems (and thus indicating that elevation localization performance is likely to be poor with these devices).



**Figure 57.  Interaural polar coordinate system for the 45 degree "cone of confusion" used to plot the HRTFs**

### 8.1.3 Frequency Response Measurement Method

The third measurement made on each TH was an average of the magnitude HRTFs across the 277 speaker locations. This can be viewed as a crude estimate of the frequency response of the pass-through system.

### 8.2 Results

Overall thirteen TH were measured for HRTF, frequency response, and linearity. These three data sets are presented for each TH and shown in Figures 57 through 67. The top two figure depict the frequency response of the TH with 65 dB and 90 dB stimulus level. The bottom left figure presented for each TH depicts the HRTF response of the device. The bottom right figure associated with each TH depicts the input/output gain curve for the device.

### 8.2.1 In-the-Ear (ITE) Headsets

**Communication Enhancement and Protection System (CEPS)**



**Figure 58. Frequency response at 65**



**Figure 59. Frequency response at 90 dB**

74



**Figure 60.  HRTF Plots**



**Figure 61.  Input/Output curves for the CEPS**

**Nacre QuietPro**



**Figure 62. Frequency response at 65**



**Figure 63.  Frequency response at 90 dB**



**Figure 64.  HRTF Plots**



**Figure 65.  Input/Output curves for the Nacre QuietPro.**

**Silynx QuietOps**



**Figure 66.  Frequency response at 65 dB**



**Figure 67. Frequency response at 90 dB**

## 8.3 Discussion

Figures 57 through 78 detail the electroacoustic characterization of the various TH. The performance of the TH systems was measured using several measurements of merit which included: input/output curves, frequency response graphs, head-related transfer functions, and interaural time and level differences. Input/output curves illustrate the characteristics of the pass-through microphone at varying levels. These curves provide data that allow us to draw conclusions regarding the dynamic range, minimum and maximum settings, compression, and unity gain for additional measurements. Frequency response graphs provide us with the frequency spectrum of the system. Different frequency response patterns may result in the varying auditory task performance. Broader bandwidth frequency responses provide the listener with more acoustic cues to aid in localization. An adequate mid- to high-frequency response is desirable from the standpoint of speech intelligibility. In regards to HRTF plots, this provides additional information about the frequency spectrum output of the devices. In regards to frequency spectrum output, differences are desired in response to acoustic stimuli from the front/back, and up/down planes. These spectrum differences therefore aid in localization.



**Figure 68.  HRTF Plots**



**Figure 69.  Input/Output curves for the Silynx QuietOps**

**Circumaural TH**

## MSA Sordin (Figures 70-73)



**Figure 70.  Frequency response at 65dB**



**Figure 71.  Frequency response at 90dB**



**Figure 72.  HRTF Plots**



**Figure 73.  Input/Output curves for the MSA Sordin**

**Peltor Comtac II Headset (Gel Cups) Figures 74-77**



**Figure 74.  Frequency response at 65 dB**



**Figure 75.  Frequency response at 90dB**



**Figure 76.  HRTF Plots**



**Figure 77.  Input/Output curves for the Peltor Comtac II with Headband and gel cups**

## Peltor Comtac II Neckband (Foam Cups) Figures 78-81



**Figure 78.  Frequency response at 65 dB**



**Figure 79.  Frequency response at 90dB**



**Figure 80.  HRTF Plots**



**Figure 81.  Input/Output curves for the Peltor Comtac II with Neckband and foam cups**

**RACAL Raptor (Figures 82-85)**



**Figure 82.  Frequency response at 65 dB**



**Figure 83.  Frequency response at 90dB**



**Figure 84.  HRTF Plots**



**Figure 85. Input/Output curves for the Racal Raptor**

**Passive (unpowered) TH**

### Sennheiser SLC-110 (Port Closed) (Figures 86-89)



**Figure 86.  Frequency response at 65 dB**



**Figure 87.  Frequency response at 90dB**

89



**Figure 88. HRTF Plots**



**Figure 89. Input/Output curves for the Sennheiser SLC-110 (port closed)**

**Sennheiser SLC-110 (Port Open) (Figures 90-93)**



**Figure 90.  Frequency response at 65 dB**



**Figure 91. Frequency response at 90dB**



**Figure 92.  HRTF Plots**



**Figure 93.  Input/Output curves for the Sennheiser SLC-110 (port open)**

**Combat Arms Earplug (CAEP) (Yellow end inserted) (Figures 94-96)**



**Figure 94.  Frequency response at 65 dB**



**Figure 95.  HRTF Plots**



**Figure 96.  Input/Output curves for the CAEP (yellow end inserted)**

### 8.3.1 High Level TH

#### 8.3.1.1 ITE TH

With regards to characterization results there are notable differences. When comparing ITE TH (CEPS, Nacre QuietPro, and Silynx QuietOps) the differences include the following:

Input/Output curves indicate a similar dynamic range between the Nacre QuietPro and Silynx QuietOps. These systems also implement compression schemes ensuring that all communication and audible cues are delivered to the wearer at safe audio levels. The compression systems (Nacre QuietPro and Silynx QuietOps) provide automatic reduction of pass-through noise, protecting the operator without the need to adjust gain settings. The compression of the Nacre QuietPro and Silynx QuietOps begins at about 90 dB SPL. An area of future investigation should be the feasibility of increasing the compression kneepoint of these systems to a higher level to provide enhancement of environmental sounds. Although the dynamic range of the CEPS appears to be significantly better, this device does not offer an automatic compression or ANR capability. This can create higher output capabilities that may result in a dangerous listening environment if not controlled for by the operator. The CEPS does have more volume settings (1-11) so the output capability can be manually reduced in response to loud noise.

I/O curves suggest different strategies in pass-through hearing function

94

Nacre and Silynx have similar compression characteristics amplifying low level sounds and attenuating high level sounds with a maximum output level of 100dB and 90dB respectively; this adequately protects hearing but may be too conservative;
CEPS has a fixed gain approach that amplifies the ambient sounds according to the user settings (as much as 20 dB); therefore high level sounds are amplified by as much as 20 dB with a maximum output level of 118dB. This level of 118dB at the ear is potentially very hazardous to hearing.

Frequency response characteristics of the devices also provide notable differences which may impact speech intelligibility. The CEPS and Nacre QuietPro have similar frequency response characteristics with adequate energy exceeding 4000 Hz. The Silynx QuietOps has a restricted frequency response that provides little energy beyond 1000 Hz which is less than ideal. For optimal speech intelligibility the frequency response of a TH should ideally extend to the 3000-4000 Hz range, at a minimum.

An additional concern relating to the frequency response of the ITE TH relates to localization performance. Portions of the spectrum that provide localization cues are not adequately processed due to transducer-related restrictions in frequency response as well as sub-optimal positioning of the ambient microphones within the external ear. The ITE TH ambient microphone locations fail to capitalize on ear-related changes of the spectra of environmental sounds. Overcoming this loss of information pertaining to elevation and direction of environmental sounds should be a focus of future development. The localization portion of this study illustrates the impact of negating pinna effects; when comparing the open ear to any TH condition, it shows a significant decrease in localization abilities.

### 8.3.1.2 Circumaural TH

General impressions of the characterization of circumaural headsets include the following.

In regards to input/output curves the headsets perform very similarly with adequate dynamic ranges and safe listening levels. The compression kneepoint (level that compression is initiated) of the headsets are uniformly low and may be overly restrictive for maintaining environmental awareness. All provide safe listening, but restrict ambient cues unnecessarily. Another problem with low compression kneepoints and aggressive compression ratios is a resulting "pumping" sensation as the headset readily cycles in and out of compression, creating an undesirable listening environment for the user. Another trend that has been seen throughout the measurements of the circumaural headsets is variability within products. This can be seen by comparing the Peltor products, which have variable frequency outputs and compression characteristics. The Peltor Comtac II Headband TH and the Peltor Comtac II Neckband TH has compression that kicks in at about 70 dB, which is lower than necessary. It is concerning that the Peltor Headset has a higher compression ratio that allows the system to output only 75 dB to the ear while the Peltor Neckband has a less aggressive compression algorithm that allows for 80 dB to the ear. It is unclear whether these results reflect design differences between the two Peltor

devices or a quality control-related concern. An emphasis on replicated measurements of electroacoustic characteristics for multiple samples of TH in future efforts should clarify this issue somewhat. In any event, experience with electronic communications devices from other industries highlights the need for quality control of tactical headsets as well. Manufacturers should be encouraged to include verification of electroacoustic performance data with each headset to document stable and desired function of the TH for the operator.

All TH demonstrate an adequate frequency response. The MSA Sordin has the best frequency response but probably not significantly better than the Peltor products. In regards to the RACAL Raptor, the frequency response is most limited with little energy provided past 2000 Hz.

### 8.3.1.3 Passive TH

As expected, the results of the characterization of passive earplugs were limited in regards to both frequency and intensity. In fact, when the CAEP-Green end was inserted a response could not be recorded due to the limitations of the recording setup. This indirectly supports the amount of attenuation provided by this earplug. A response was recorded for the Sennheiser SLC-110 port closed but at a much diminished intensity. Again as expected, the Sennheiser SLC-110 open port earplug was consistent with the results of the CAEP-Yellow end inserted. There are also differences in recorded intensities between the continuous (CAEP-G and SLC-110 closed) and impulse (CAEP-Y and SLC-110 closed) settings. The continuous noise settings provide more attenuation than the impulse noise settings because no stimulus intensity was presented that triggered venturi vent.

## 8.3.2 Low Level TH

### 8.3.2.1 Unilateral TH

The Nextlink Invisio Pro, RACAL Cobra, and Silynx Eagle were not tested.

## 9.0 SUMMARY

A summary of the results with the performance measurements and subjective and objective rankings of TH according to TH type (ITE, Circumaural, Passive, and Unilateral) is provided in Table 23. With the exception of speech intelligibility performance, the ITE Nacre QuietPro had uniformly good electroacoustic characteristics, localization scores, "talk-through" or ambient speech recognition performance, and continuous/impulse noise attenuation. The Nacre QuietPro was rated "acceptable" in quiet and "unacceptable" in 105 dB pink noise for the speech intelligibility task. The ITE demonstrating the best speech intelligibility in conjunction with the MultiBand Inter/IntraTeam Radio was the CEPS (acceptable in quiet; marginal in 105 dB pink noise), which also exhibited good continuous and impulse noise attenuation but poor localization performance and marginal "talk-through" performance. Localization performance for the CEPS was noteworthy for its relatively poor localization performance, comparable to circumaural headsets such as the Peltor ComTac II, an unexpected result for an ITE device. Among circumaural TH, the Peltor ComTac II with foam seals demonstrated the best performance across categories. It must be noted that the ComTac II was subjected to speech intelligibility testing using only the gel seals, not the foam. It is reasonable to expect speech intelligibility both in quiet and 105 dB pink noise to be in the acceptable range (results for ComTac II with gel seals) for this TH as the foam seals demonstrated a 5 dB improvement in NRR versus the gel seals, and nothing else differs in terms of configuration. As a whole however, the circumaural TH demonstrated relatively poor performance with respect to localization and continuous/impulse noise protection.

As noted previously in the discussion of speech intelligibility results, quality control issues were evident for both the Silynx QuietOps and the Sennheiser SLC-110 devices. Six devices were allocated for these speech intelligibility measurements. However, a total of ten devices (four additional) were substituted in for each device due to malfunctioning units. Additionally, it was observed that cycling the Silynx QuietOps between ANR "on" and ANR "off" yielded no perceptible change in the perceived quality or level of noise during exposure to the 105 dB ambient noise used for testing. This is a subjective finding only; there is no empirical data to support the effectiveness of ANR for any of the TH evaluated, but this warrants further investigation.

## 9.1 Future Considerations

Hearing is an operational necessity and force multiplier. It is the belief of these authors that we should not describe ear gear as personal protective equipment (PPE) because it includes other critical capabilities that are the basis for command, control, and communication at all operational levels. That is the reason for the reference to tactical headsets (TH) as opposed to the more traditional verbiage of hearing protection and communication devices (HPCD). Here are some thoughts on future development and evaluation of the tactical headset devices.

Field trials of candidate TH should be conducted which replicate as closely as feasible the operational environment and demands of the end users. Laboratory measurements should be viewed as a highly controlled baseline evaluation of TH performance characteristics and capabilities.

Consideration should be given to evaluating detection of operationally-relevant environmental sounds using TH. While the localization task addressed the subjects' ability to determine the source of a noise while wearing the TH, to our knowledge the detectability of environmental sounds while using these devices has not been examined.

Full acceptance of these TH may be hindered unless situational awareness can be maintained and enhanced. There is still a significant decrement in performance when using the TH as opposed to the open ear when it comes to localization. However, the use of active devices at least maintains the detection ability of operators.

There needs to be continued improvement of the pick-up microphones for speech transmission. Noise cancelling boom-microphones should be considered and in-the-ear pickup microphones must be improved and/or another transmission mechanism (tissue or boom-microphone) should be considered.

Also along the lines of speech intelligibility, each TH should be tested with each tactical radio the operators use. It is an incorrect assumption that plugging a TH into one radio is the same as plugging a TH into any radio. The contrary is also true, in that it should not be assumed that operators who use the same radio but different TH will not encounter transmission error.

The active noise reduction (ANR) of the ITE TH needs to be evaluated. Currently, the only confirmation of ANR are reports from the vendor with little scientific evaluation and data. This is a challenge because of the ITE interface with the ear canal. Traditionally, ANR has only been evaluated with circumaural headsets because the measuring microphones are required to be placed in the concha portion (i.e., "bowl") of the outer ear.

Several future "smart" applications should be considered for implementation as the technologies become available or mature. Some of these include: 3-dimensional audio cueing/symbology to enhance radio communications or as an interface to additional functions such as sniper detection; ability to interface with battlefield personal computers (e.g., speech inputs to activate voice recognition software for computer-based tasks); integrated personal dosimetry to monitor each operator's noise exposure; hearing screening software; and "hearing aid-like" programming software for operators with hearing loss.

Because operators using these TH are transported in different vehicle platforms, integration with these platforms must be considered, especially with flight platforms.

Electromagnetic Interference (EMI) testing and Intercom System (ICS) compatibility must be considered.

Finally, the TH may be advantageous for applications such as emergency first responders (e.g., police, fire, explosive ordnance disposal personnel). Field evaluations need to be accomplished in order to determine the integration of these TH with other occupational needs and equipment, such as personal protective equipment ensembles.

**Table 23.  Results Summary with subjective/objective rankings; rank-ordered performance within sub-category denoted in parentheses**

| TH | CHAR | LOC (AngErr) | Pass Atten (dB) | Blast Atten (InsLoss) | SI Ambient (SNRLoss) | SI Radio (%Corr) Quiet/Noise | Rank Order |
|---|---|---|---|---|---|---|---|
| CEPS | 2 | 47 (3) | 26 (1) | 40.6/37.5 (2) | 3.2 (2) | 90.5/70.8 (1) | * |
| Nacre | 1 | 37 (1) | 23 (2) | 43.2/43.7 (1) | 1.5 (1) | 80.3/52.2 (3) | 1 |
| Silynx | 3 | 40 (2) | 22/8 (3) | 43.0/46.6 (1) | 3.6 (2) | 83.5/60.5 (2) | 2 |
| | | | | | | | |
| MSA | 1 | 46 (1) | 13 (2) | 12.6/13.0 (2) | 2.9 (3) | 89.5/70.2 (2) | 4 |
| Peltor Comtac II Headband (foam cups) | 1 | 47 (1) | 17 (1) | 9.5/11.5 (3) | DNT | DNT | 1 |
| Peltor Comtac II Headband (gel cups) | 1 | DNT | 12 (2) | 17.1/17.5 (1) | 1.0 (1) | 87.2/80.8 (1) | 2 |
| Peltor Comtac II Neckband (foam cups) | 1 | 46 (1) | 14 (2) | 11.9/12.1 (3) | 1.4 (2) | DNT | 3 |
| RACAL Raptor | 2 | 48 (1) | 1 (4) | 8.4/8.9 (4) | 1.5 (2) | 89.0/64.3 (3) | 5 |
| Silynx Infantry | DNT | DNT | 10 (3) | DNT | DNT | DNT | Data incomeplete |
| | | | | | | | |
| Peltor Sidewinder w/ CAEPG | 1 | 52 (2) | 15 (1) | 36.3 (1) | 2.3 (1) | 89.5/68.7 (2) | 1 |
| Sennheiser SLC-110 (port closed) | 1 | 41 (1) | | 35.1 (1) | 1.1 (1) | 91.9/77.5 (1) | 2 |
| | | | | | | | |
| Peltor Sidewinder w/ CAEPY | 1 | 30 (1) | 3 | 32.4 (1) | 0.7 (1) | DNT | 1 |

**Table 23.  Results Summary with subjective/objective rankings; rank-ordered performance within sub-category denoted in parentheses, continued**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sennheiser SLC-110 (port open) | 2 | 39 (2) | | 32.4 (1) | 1.3 (2) | DNT | 2 |
| | | | | | | | |
| Nextlink Invisio Pro | N/A | DNT | DNT | DNT | DNT | 82.7/75.7 (2) | 2 |
| RACAL Cobra | N/A | DNT | DNT | DNT | DNT | 87.9/74.1 (1) | 1 |
| Silynx Eagle | N/A | DNT | DNT | DNT | DNT | 86.9/59.8 (3) | 3 |

* Note: CEPS is capable of generated levels at the ear considered hazardous to hearing (see page 113)

# 10.0 REFERENCES

American National Standards Institute (1997). *Methods for Measuring the Real Attenuation of Hearing Protectors*. ANSI S12.6-1997. American National Standards Institute, New York.

American National Standards Institute (1989). *Method for measuring the intelligibility of speech over communication systems.* ANSI S3.2-1989 (R1999). American National Standards Institute, New York.

Brungart, Douglas. S., Hobbs, Brian, W. (2007). *A Comparison of Acoustic and Psychoacoustic measurements of Pass- Through Hearing Protection Devices,* 2007 IEEE Workshop on Applications of Signal Processing to Audio and Acoustics October 21-24, 2007, New Paltz, NY

Ericson, Mark A., Simpson, Brian D., and McKinley, Richard L. (2005) *Military Speech Communications over Vocoders in Tandem, NATO-AGARD*, Human Factors in Medicine, RTO-MP-IST-123, 11-1 through 11-8.

US Army Developmental Test Command (2000). *Electronic Measurement of Airblast Overpressure and Impulse Noise*, International Test Operations Procedures (ITOP) 4-2-822 (FR/GE/US). ITOP Weapons/Ammo Small Arms Working Group.

# ACRONYMS LIST

|  | Definition |
|---|---|
| AFRL | Air Force Research Laboratory |
| AFSOC | Air Force Special Operations Command |
| ALF | Auditory Localization Facility |
| ANR | Active Noise Reduction |
| ANSI | American National Standards Institute |
| ATF | Artificial Test Fixtures |
| BAA | Broad Agency Announcement |
| CAEP | Combat Arms Earplug |
| CEPS | Communication Enhancement and Protection System |
| CSAR | Combat Search and Rescue |
| CV | Consonant Vowel |
| CVC | Consonant Vowel Consonant |
| EMI | Electromagnetic Interference |
| EOD | Explosive Ordinance Disposal |
| FPBL | Force Protection Battle Lab |
| HPCD | Hearing Protection and Communication Devices |
| HRTF | Head Related Transfer Function |
| ICS | Intercom System |
| ISL | French - German Research Institute, St Louis, France |
| ITE | In The Ear |
| ITOP | International Test Operations Procedure |
| KEMAR | Knowles Electronics Manikin for Acoustic Research |
| LED | Light Emitting Diode |
| MBITR | Multiband Inter/Intra Team Radio |
| MICH | Modular Integrated Communication Helmet |
| MRT | Modified Rhyme Test |
| MSA | Mine Safety Appliances Company |
| NRR | Noise Reduction Rating |
| PCHG | Peltor Comtac Headband Gel Ear Cup |
| PCNF | Peltor Comtac Neckband Foam Ear Cup |
| PJ | Pararescue Jumper |
| PPE | Personal Protective Equipment |
| QuickSIN | Quick Signal in Noise |
| REAT | Real Ear Attenuation Test |
| RMS | Root Mean Square |
| SINTEF | Scientific and Industrial Research at the Norwegian Institute of Technology |
| SNR | Signal to Noise Ratio |

| | |
|---|---|
| TACP | Terminal Attack Control Party |
| TH | Tactical Headset |
| USAF | United States Air Force |
| USMC | United States Marine Corps |
| USSOCOM | United States Special Operations Command |
| VC | Vowel Consonant |
| VOCRES | Voice Communication Research and Evaluation System |
| WHISPr | Wideband Hearing Intelligibility and Sound Protection |
| WPAFB | Wright Patterson Air Force Base |