# EXHIBIT 5



**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY LEGAL SERVICES AGENCY
LITIGATION DIVISION
9275 GUNSTON ROAD
FORT BELVOIR, VA 22060-5546

February 3, 2020

SUBJECT: Fourth Response to *Touhy* Request Dated July 26, 2019 in the case of *In Re.: 3M Combat Arms Earplug Products Liability Litigation,* Civil Action File No.: 3:19-md-02885, United States District Court for the Northern District of Florida

Mark J. Nomellini
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60054
(Via Email)

Dear Mr. Nomellini,

    This letter is in response to your July 26, 2019 *Touhy* request for multiple items related to the above-captioned case. In accordance with Department of Defense Directive 5405.2, the DOD has conducted searches for information responsive to your request and decided to authorize the production of the responsive information as described herein. While our search for responsive information is ongoing, the information accompanying this letter is being provided to you as part of a rolling disclosure.

    The responsive information has been transferred to your file sharing system per your request. Each file uploaded to your system lists the paragraph it is responsive to at the end of the file name. To avoid confusion, we have attached to this letter as Enclosure 1 a list of the file folders and the named paragraphs each is responsive to. This response contains documents related to the following paragraphs in Part III of your July 26, 2019 request:

1. Paragraphs B(1) and B(2)
2. Paragraph G(1)(d)
3. Paragraph G(3)(c)

    Additionally, while our search for responsive records is ongoing, we have determined that the DOD has provided all of the responsive records it possesses for the following paragraphs of your July 26, 2019 request:

1. Paragraphs A(1) and A(4)-A(7)
2. Paragraphs D(1) and D(2)

3. Paragraph E(1)
4. Paragraph F(1)
5. Paragraph G(1)(d)
6. Paragraph G(1)(f)
7. Paragraph G(2)
8. Paragraph G(3)(b)
9. Paragraph G(3)(c)
10. Paragraph G(4)
11. Paragraphs H(1) through H(3)

Concerning paragraph G(1)(f) of your request, we are unable to determine what information you are requesting as your request only states it is seeking test results from White Sands Missile Range, New Mexico. As we are unaware of any hearing testing facility at White Sands Missile Range we are closing this request. If you wish us to reconsider this decision please provide us more information about what testing results you believe are contained there or the name of the office you believe conducted the testing.

The following paragraphs from your July 26, 2019 request remain open and we are actively searching for responsive documents:

1. A(2)-(3) and (8)-(10)
2. B(1)-(2)
3. C(1)-(3)
4. G1(a)-(c), G(1)(e), and G(1)(g)
5. G3(a)
6. H(4)
7. I(1)-(8)
8. J(1)

Should have any questions, please feel free to contact me at collin.p.evans2.mil@mail.mil or 703-693-0352.

Sincerely,

Collin P. Evans
Major, U.S. Army
Litigation Attorney

SUBJECT:  Fourth Response to *Touhy* Request Dated July 26, 2019 in the case of *In Re.: 3M Combat Arms Earplug Products Liability Litigation,* Civil Action File No.: 3:19-md-02885, United States District Court for the Northern District of Florida

## ENCLOSURE 1

Paragraphs B(1) and (2)

- 3M Hearing Protection Device Letter - Final B(1), (2)
- FW_ ACTION__ROUTINE_ 3M Dual-Ended Combat Earplugs - Ensure removal from inventory (30 Aug 19) (UNCLASSIFIED) B(1), (2)
- RE_ ACTION___ 3M Dual-Ended Combat Earplugs - ensure removed from inventory (30 Aug 19) (UNCLASSIFIED) B(1), (2)
- Tab 1_DMLSS Purchase - B 1, 2

Paragraph G

- AearoEARcombatArms (ArmyDoubleEnded)GreenEndInserted 2007-G(1)(d)
- AearoEARcombatArms (ArmyDoubleEnded)YellowEndInserted 2007-G(1)(d)
- AearoEARcombatArmsDoubleEnded (GreenEndInserted) 2012- G(1)(d)
- AearoEARcombatArmsDoubleEnded (yellowEndInserted) 2012-G(1)(d)
- AFI 48-127 G(1)(d)
- ISL_FV_328_2012 G(3)(c)
- MIL-STD-1474E-Final-15Apr2015 G(1)(d)
- Tab 2_RHCB Hearing Protection Device Data Apr2016 - G(1)(d)
- Wall Quantico Shooting Range JASA2019 G(1)(d)
- WHISPr Tech Report- G(1)(d)

1