# EXHIBIT 7

| STATE OF MINNESOTA<br>COUNTY OF HENNEPIN | DISTRICT COURT<br>FOURTH JUDICIAL DISTRICT |
|---|---|
| In re: 3M COMBAT ARMS EARPLUG LITIGATION<br><br>This Document Relates to:<br>*Guerrero*, 20-cv-2039<br>*Spears*, 20-cv-2219<br>*Roush*, 20-cv-1899<br>*Calvert*, 20-cv-2039 | Case Type: Personal Injury<br>Hon. Laurie J. Miller<br><br>FILE NO. 27-CV-19-19916<br><br>**BELLWETHER SCHEDULING ORDER** |

Based on agreement of Counsel and the Court's consideration, the Court hereby ORDERS the following deadlines apply to these cases:

|  | **Trial A** | **Trial B** |
|---|---|---|
| Fact Discovery Deadline | 9/3/2021 | 10/18/21 |
| Initial Expert Disclosure Deadline (party with burden of proof) | 9/3/2021 | 10/18/21 |
| Punitive Damages Motion to Amend Deadline | 9/3/2021 | 10/18/21 |
| Rebuttal Expert Disclosure Deadline (party without burden of proof) | 9/24/21 | 11/8/22 |
| Expert Discovery Deadline | 10/8/2021 | 11/22/2022 |
| Deadline for Dispositive and Frye-Mack Motions to be heard | 11/1/2021 | 1/3/2022 |
| Exchange Preliminary Witness and Exhibit Lists | 12/30/21 | 3/5/22 |
| Exchange Deposition Designations | 12/30/21 | 3/5/22 |
| Motions in Limine Deadline | 1/7/22 | 3/12/22 |
| Exchange Proposed Jury Instructions / Voir Dire / Verdict Forms | 1/14/22 | 3/19/22 |
| Oppositions to Motions in Limine Due | 1/17/22 | 3/22/22 |
| Objections to Exhibits Deadline | 1/17/22 | 3/22/22 |

| | | |
|---|---|---|
| Objections to Deposition Designations and Counter-Objections Deadline | 1/17/22 | 3/22/22 |
| Joint Witness List Due | 1/17/22 | 3/22/22 |
| Joint Exhibit List Due | 1/17/22 | 3/22/22 |
| Final Deposition Designations / Counter-Designations | 1/21/22 | 3/25/22 |
| File Proposed Joint Jury Instructions / Verdict Forms | 1/24/22 | 3/28/22 |
| Pretrial Conference | TBD | TBD |
| Trial | 1/31/22 | 4/4/22 |

*Guerrero* and *Spears* are eligible to be considered for trial during the trial block beginning January 31, 2022, and are subject to the deadlines set forth above for Trial A. *Roush* and *Calvert* are subject to the deadlines set forth for Trial B. All four of the above-captioned cases are eligible to considered for trial during the trial block beginning April 4, 2022.

In addition, the parties will complete any non-case-specific fact discovery (that is, fact discovery generally applicable to the cases in this coordinated proceeding) by September 10, 2021.

IT IS HEREBY ORDERED.

SIGNED this 18th day of June, 2021.

HONORABLE LAURIE J. MILLER

2

Dated: May 21, 2021

By: s/Benjamin W. Hulse
Jerry W. Blackwell (#186867)
Benjamin W. Hulse (#0390952)
**BLACKWELL BURKE P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
blackwell@blackwellburke.com
bhulse@blackwellburke.com

Robert C. "Mike" Brock (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Phone: (312) 862-3254
Email: mnomellini@kirkland.com

Kimberly Branscome (*pro hac vice*)
**DECHERT LLP**
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Phone: (213) 808-5762
kimberly.branscome@dechert.com

**ATTORNEYS FOR DEFENDANTS**

Respectfully submitted,

By: s/Amanda M. Williams
Daniel E. Gustafson (#202241)
Amanda M. Williams (#341691)
**GUSTAFSON GLUEK PLLC**
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 54402
Phone: 612-333-8844
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com

William R. Sieben (#100808)
Alicia N. Sieben (#389640)
Matthew J. Barber (#397240)
**SCHWEBEL GOETZ & SIEBEN, P.A**
5120 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2246
Phone: 612-377-7777
bsieben@schwebel.com
asieben@schwebel.com
mbarber@schwebel.com

Richard M. Paul III
Ashlea G. Schwarz
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Phone: 816-984-8100
Rick@PaulLLP.com
Ashlea@PaulLLP.com

**ATTORNEYS FOR PLAINTIFF**

3