# EXHIBIT 8



Andrew "Andy" Crowder
Direct Dial: 612-343-3206
E-Mail: acrowder@blackwellburke.com

June 17, 2021

**Via E-Mail**

Maj. Robert E. Wald
robert.e.wald.mil@mail.mil

Maj. Nicole M. Kim
nicole.m.kim2.mil@mail.mil

Re:   *Touhy* Request Relating to *In re: 3M Combat Arms Earplug Litigation*
      State of Minnesota, Fourth Judicial District

Dear Major Wald & Major Kim,

  I write on behalf of Defendants 3M Company ("3M") and Aearo Technologies LLC ("Aearo") in connection with *In re: 3M Combat Arms Earplug Litigation*—a grouping of cases pending before the Hon. Laurie Miller in the Fourth Judicial District of Minnesota. This letter constitutes Defendants' *Touhy*[1] request to the United States Department of Defense ("DoD") to take the deposition of Air Force Colonel Jay A. Vietas, who Defendants understand to be the Associate Chief of Bioenvironmental Engineering for the Air Force Medical Readiness Agency in Falls Church, Virginia. Colonel Vietas authored documents related to the product at issue in these cases, the Combat Arms Earplug, version 2 ("CAEv2"), and thus is someone who may possess knowledge and information pertaining to Plaintiffs' claims and/or Defendants' defenses. And as outlined below, Defendants also seek any documents that relate to Colonel Vietas's assertions about CAEv2.

  Defendants hereby set forth the following bases for their *Touhy* request under 32 C.F.R. §§ 97, 516.40-57; 33 C.F.R. § 1.20-1; 6 C.F.R. § 5.45; DoD Directive 5405.2 § 6.2; Navy Instruction 5820.8A; and Air Force Instruction 51-301:

### I.   Summary of the Litigation

  Plaintiffs in these state court proceedings include civilians, military contractors, and military servicemembers who claim to have obtained CAEv2 either through consumer purchase or in relation to their service as military contractor or servicemember. The CAEv2 was initially designed and distributed by Aearo. In 2008, 3M purchased Aearo and continued to market and sell CAEv2. Plaintiffs in these proceedings allege that Defendants failed to warn that the CAEv2 was defective and thereby caused them to sustain serious injuries, including hearing damage,

---

[1]*See United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951).

Maj. R.E. Wald; Maj. N.M. Kim
June 17, 2021
Page 2

during their military service or otherwise. The information sought by these *Touhy* requests will assist Defendants in establishing that CAEv2 were not defective, did not cause the Plaintiffs' alleged hearing loss and tinnitus, and/or will relate to the alleged seriousness of Plaintiffs' injuries.

This request qualifies as general, non-case-specific discovery, and therefore it is subject to a September 2, 2021 deadline under the parties' agreed proposed scheduling order, which has been submitted for approval to Judge Miller.

    II.    **Summary of the Information Requested**

Defendants request to take the deposition of Colonel Jay A. Vietas. Defendants seek to depose Colonel Vietas regarding a July 30, 2019 letter concerning CAEv2 which he signed (*see attached* **Exhibit A**). Defendants specifically seek to question Colonel Vietas about his statement in that July 2019 letter asserting that CAEv2 "were found to be defective" and the purported bases, if any, for that statement.

Defendants also request any documents related to Colonel Vietas's assertion that the CAEv2 "was found to be defective," including: (i) any studies, testing, or other analyses supporting that assertion, (ii) internal correspondence, or (iii) correspondence from third parties.

    III.    **Relevance of the Information Requested**

Plaintiffs in these related proceedings allege that Defendants failed to warn them about defects with CAEv2 which caused them to sustain serious injuries, including hearing damage. Plaintiffs all specifically allege that they suffer hearing loss and tinnitus from their use of the CAEv2. In a July 30, 2019 letter, without any supporting analysis provided, Colonel Vietas indicates that CAEv2 "were found to be defective." (*See* **Exhibit A**.) Colonel Vietas's letter has been used as an exhibit during the bellwether trials in the related federal MDL proceeding regarding the CAEv2, currently pending before Judge Rodgers in the Northern District of Florida.

The information sought by this *Touhy* request—specifically, Colonel Vietas's deposition and documents related to his assertions about CAEv2—will assist Defendants in understanding the support for Colonel Vietas's statement and otherwise establishing whether the Air Force conducted analysis and concluded CAEv2 were defective. Defendants are not aware of any determination by the U.S. military that CAEv2—the product of close collaboration between Defendants and the military and used successfully by military servicemembers for more than a decade—were defective.

The requested information is also relevant to directly rebutting Plaintiffs' allegations that their hearing was injured due to the use of CAEv2.



Maj. R.E. Wald; Maj. N.M. Kim
June 17, 2021
Page 3

### IV. Additional Considerations

This request complies with the policies of the DoD, DLA, Army, Navy, Marine Corps, Air Force, and Coast Guard regarding the provision of information by its employees in connection with litigation in Minnesota state court:

1. Disclosure of the requested information is not unduly burdensome or otherwise inappropriate under Minnesota's discovery rules.

2. Disclosure of the requested information would be appropriate under the Minnesota Rules of Evidence and appropriate under the rules of the Minnesota State Court for the Fourth Judicial District.

3. Disclosure of the requested information would be appropriate under the Minnesota Rules of Civil Procedure and would not impact any concerns regarding privileged information pursuant to the rules of procedure governing this litigation.

4. Disclosure of the requested information would not violate any statute, executive order, regulation, or directive.

5. Disclosure of the requested information would not reveal any classified information, data restricted pursuant to AR 380-5, unclassified technical data withheld from public release pursuant to 32 C.F.R. § 250 or DoD Directive 5230.25, privileged safety information restricted from public release by DoD Directive 6055.7, AFI 31-401, or other matters exempt from unrestricted disclosure.

6. Disclosure of the requested information would not interfere with ongoing enforcement proceedings, compromise any constitutional rights, reveal the identity of an intelligence source or confidential informant, disclose trade secrets or similarly confidential commercial or financial information, or otherwise be inappropriate under the circumstances.

7. Disclosure would not violate any person's expectation of confidentiality or privacy.

8. The United States is not, and is not reasonably anticipated to be, a party in this litigation.

*See* 32 C.F.R. §§ 97.6(b)(1)-(6); 32 C.F.R. §§ 516.41(d), 516.44; Navy Instruction 5280.8A(1)-(10); DoD Directive 5405.2 § 6.2; 33 C.F.R. § 1.20-1; 6 C.F.R. § 5.45; Air Force Instruction 51-301, 9.5.1-9.5.6.

### V. Administrative Matters

If you anticipate that a response will require more than ten (10) days from the date of service, we request that you notify the parties and/or the Court. Should you have any questions or



Maj. R.E. Wald; Maj. N.M. Kim
June 17, 2021
Page 4

require additional information about this *Touhy* request, please do not hesitate to contact Andy Crowder, counsel for Defendants, at (612) 343-3206 or acrowder@blackwellburke.com.

Thank you for your assistance.


Sincerely,

*/s/ Andrew J. Crowder*

Andrew "Andy" Crowder
*Counsel for Defendants*

AC:sjl

cc:    William R. Sieben
        Alicia N. Sieben
        Matthew J. Barber
        Daniel Gustafson
        Amanda M. Williams
        Richard M. Paul III
        Sean Cooper
        Ashlea G. Schwarz



# EXHIBIT A

P1521.1



**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS UNITED STATES AIR FORCE**
**WASHINGTON DC**

30 Jul 19

MEMORANDUM FOR 43EX/4B0X/CIVILIAN PERSONNEL

FROM: HQ USAF/SG3PB
7700 Arlington Blvd
Falls Church, VA 22042

SUBJECT: Removal of 3M Dual-Ended Combat Earplugs from Inventory; National Item Identification Number (NIIN): 6515-01-466-2710

Please verify with all shops on the Hearing Conservation Program and all shops that use hearing protection that any 3M Dual-Ended Combat Earplugs are not being used for hearing protection purposes. These earplugs were found to be defective. The Air Force stopped purchasing these items from 3M in 2016, however inventory may remain.

While it is highly unlikely that these earplugs remain in the inventory, we need each base to verify that this is indeed the case. Please respond back through your MAJCOM SGPB by 30 Aug 19 when you have completed this task. My point of contact for this tasker is Major Kevin Whitney, Chief of Occupational Health Operations and he can be reached at kevin.n.whitney.mil@mail.mil or (703) 681-7626 with any questions or concerns.

VIETAS.JAY.A.1005440382
Digitally signed by VIETAS.JAY.A.1005440382
Date: 2019.08.01 07:56:57 -04'00'

JAY A. VIETAS, Col, USAF, BSC
Associate Chief, Bioenvironmental Engineering
Air Force Medical Readiness Agency