# EXHIBIT 12

| | |
|---|---|
| STATE OF MINNESOTA<br><br>COUNTY OF HENNEPIN<br><br>In re: 3M Earplug Product Liability Litigation<br><br>This Document Relates to:<br><br>ALL ACTIONS | DISTRICT COURT<br><br>FOURTH JUDICIAL DISTRICT<br><br>Case Type: Personal Injury<br>Hon. Laurie Miller<br><br>FILE NO. 27-CV-19-19916<br><br><br>**ORDER** |

Plaintiffs' motion to quash the deposition notice of Colonel (ret.) Jay Vietas is denied.

Defendants seek Col. Vietas's deposition because he wrote a letter in July 2019 in which he stated that the CAEv2 product was found to be defective. Plaintiffs argue that they only assert failure-to-warn claims, and thus the basis or analysis supporting Col. Vietas's July 2019 statement that the CAEv2 was found to be defective has no probative value because this statement does not bear on whether Defendants failed to warn. However, the allegedly defective design of the CAEv2 is relevant in this case. Defendants will defend against the failure-to-warn claims on the basis that the CAEv2 was not defective. Plaintiffs' motion to quash specifically reserves the right to use Col. Vietas's July 2109 letter at the trial after Defendants defend the failure-to-warn claim by arguing the CAEv2 product was found to be safe and affective without the flanges folded back. Given the parties' claims and defenses asserted here, the deposition of Col. Vietas constitutes "discovery regarding any matter, not privileged, that is relevant to a claim or defense of any party." Minn. R. Civ. P. 26.02(b).

Plaintiffs also argue that Col. Vietas's July 2019 letter to his military colleagues is not relevant to the claims of the civilian plaintiffs in the upcoming bellwether trials in this case. However, this discovery is not case specific and general discovery in the Minnesota litigation is open and ongoing. The allowance

1

of this discovery is without prejudice to whether Col. Vietas's deposition testimony will be admissible for any purpose in either this Minnesota action or the MDL cases.

Dated: July 19, 2020

                                                                               Hon. Jeffrey J. Keyes (ret.)
                                                                                           Special Master