# EXHIBIT 14

| | |
|---|---|
| **From:** | Wald, Robert E MAJ USARMY HQDA OTJAG (USA) <robert.e.wald.mil@mail.mil> |
| **Sent:** | Monday, August 9, 2021 8:40 AM |
| **To:** | Andrew (Andy) Crowder; Sheffield, Roza S Maj USAF AFLOA (USA) |
| **Cc:** | *BHulse@blackwellburke.com1; Sean Cooper; Snead, Jacqueline Coleman (CIV); Wasdin, Nick; Feldon, Gary D. (CIV) |
| **Subject:** | RE: [Non-DoD Source] 3M's Touhy Request for Information Relevant to Combat Arms Litigation |

 > This message is from an EXTERNAL SENDER - be cautious, particularly with links and attachments.

Good morning Mr. Crowder,

The DoD and COL Vietas are unable to accommodate your request - COL Vietas currently works for NIOSH and is part of a CDC deployment from 15 August through 14 September during which time he will not be available. We are willing to schedule his deposition after he returns.

Thank you,
Rob

Rob Wald
MAJ, JA
Litigation Attorney
United States Army Legal Services Agency
9275 Gunston Road
Fort Belvoir, Virginia 22060-5546
Cell: 813-401-0915
robert.e.wald.mil@mail.mil

CONFIDENTIALITY NOTICE

The information contained in this e-mail and any accompanying attachments constitute confidential information which may be legally privileged. This information is the property of the U.S. Government. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this e-mail in error, please notify us immediately by return e-mail.

**From:** Andrew (Andy) Crowder <acrowder@blackwellburke.com>
**Sent:** Wednesday, August 4, 2021 2:55 PM
**To:** Wald, Robert E MAJ USARMY HQDA OTJAG (USA) <robert.e.wald.mil@mail.mil>; Sheffield, Roza S Maj USAF AFLOA (USA) <roza.sheffield.2@us.af.mil>
**Cc:** Ben Hulse <BHulse@blackwellburke.com>; Sean Cooper <sean@paulllp.com>; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov>; Nick Wasdin <nick.wasdin@kirkland.com>; Feldon, Gary D. (CIV) <Gary.D.Feldon@usdoj.gov>
**Subject:** RE: [Non-DoD Source] 3M's Touhy Request for Information Relevant to Combat Arms Litigation

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

Thank you, Major Wald.

I'm sorry to ask given your great efforts thus far, but to allow for the involvement of the MDL plaintiffs—if they choose to join—we now ask for dates in the following week (**Aug. 23 – 27**). Apologies for moving the target at this hour, but our hope is to find a date that will stick even if the MDL plaintiffs intend to join us.

Happy to talk if you have questions.

Thanks much,

Andy

**Andy Crowder**

**Blackwell Burke P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Office (612) 343-3206
Cell (630) 723-9895

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**From:** Wald, Robert E MAJ USARMY HQDA OTJAG (USA) <robert.e.wald.mil@mail.mil>
**Sent:** Wednesday, August 4, 2021 12:08 PM
**To:** Andrew (Andy) Crowder <acrowder@blackwellburke.com>; Sheffield, Roza S Maj USAF AFLOA (USA) <roza.sheffield.2@us.af.mil>
**Cc:** Ben Hulse <BHulse@blackwellburke.com>; Sean Cooper <sean@paulllp.com>; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov>; Nick Wasdin <nick.wasdin@kirkland.com>; Feldon, Gary D. (CIV) <Gary.D.Feldon@usdoj.gov>
**Subject:** RE: [Non-DoD Source] 3M's Touhy Request for Information Relevant to Combat Arms Litigation

Good afternoon Mr. Crowder,

We are still coordinating for a date in the week of 16-20 August that works for a DoD attorney and COL Vietas. I will let you know as soon as I have confirmed a viable date.

Thank you,
Rob

Rob Wald
MAJ, JA
Litigation Attorney
United States Army Legal Services Agency
9275 Gunston Road
Fort Belvoir, Virginia 22060-5546
Cell: 813-401-0915
robert.e.wald.mil@mail.mil < Caution-mailto:robert.e.wald.mil@mail.mil >

CONFIDENTIALITY NOTICE

The information contained in this e-mail and any accompanying attachments constitute confidential information which may be legally privileged. This information is the property of the U.S. Government. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this e-mail in error, please notify us immediately by return e-mail.

**From:** Andrew (Andy) Crowder <acrowder@blackwellburke.com < Caution-mailto:acrowder@blackwellburke.com > >
**Sent:** Wednesday, August 4, 2021 10:24 AM
**To:** Wald, Robert E MAJ USARMY HQDA OTJAG (USA) <robert.e.wald.mil@mail.mil < Caution-mailto:robert.e.wald.mil@mail.mil > >; Sheffield, Roza S Maj USAF AFLOA (USA) <roza.sheffield.2@us.af.mil < Caution-mailto:roza.sheffield.2@us.af.mil > >
**Cc:** Ben Hulse <BHulse@blackwellburke.com < Caution-mailto:BHulse@blackwellburke.com > >; Sean Cooper <sean@paulllp.com < Caution-mailto:sean@paulllp.com > >; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov < Caution-mailto:Jacqueline.Snead@usdoj.gov > >; Nick Wasdin <nick.wasdin@kirkland.com < Caution-mailto:nick.wasdin@kirkland.com > >
**Subject:** RE: [Non-DoD Source] 3M's Touhy Request for Information Relevant to Combat Arms Litigation

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

---

Major Wald & Major Sheffield,

We would like to set up a call between counsel for the military, counsel for Defendants (Ben Hulse & Nick Wasdin), and counsel for Plaintiffs (Sean Cooper) to discuss Col. Vietas's deposition in the hopes of working through any issues that may remain. Our deadline for "non-case-specific" fact discovery in the Minnesota cases is **September 10, 2021**.

Please let us know if you have time to discuss this week.

Thanks much,

Andy

**Andy Crowder**

**Blackwell Burke P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Office (612) 343-3206
Cell (630) 723-9895

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

---

**From:** Andrew (Andy) Crowder
**Sent:** Thursday, July 29, 2021 6:51 PM

**To:** SHEFFIELD, ROZA S Maj USAF AFLOA/JAC Information Litigation Branch <roza.sheffield.2@us.af.mil < Caution-mailto:roza.sheffield.2@us.af.mil > >; Wald, Robert E MAJ USARMY HQDA OTJAG (USA) <robert.e.wald.mil@mail.mil < Caution-mailto:robert.e.wald.mil@mail.mil > >
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com < Caution-mailto:blackwell@blackwellburke.com > >; Ben Hulse <bhulse@blackwellburke.com < Caution-mailto:bhulse@blackwellburke.com > >;bsieben@schwebel.com < Caution-mailto:bsieben@schwebel.com > ; asieben@schwebel.com < Caution-mailto:asieben@schwebel.com > ; mbarber@schwebel.com < Caution-mailto:mbarber@schwebel.com > ;DGustafson@gustafsongluek.com < Caution-mailto:DGustafson@gustafsongluek.com > ; Amanda Williams <awilliams@gustafsongluek.com < Caution-mailto:awilliams@gustafsongluek.com > >; Sean Cooper <sean@paulllp.com < Caution-mailto:sean@paulllp.com > >; Rick Paul <rick@paulllp.com < Caution-mailto:rick@paulllp.com > >; Ashlea Schwarz <ashlea@paulllp.com < Caution-mailto:ashlea@paulllp.com > >; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov < Caution-mailto:Jacqueline.Snead@usdoj.gov > >; Nick Wasdin <nick.wasdin@kirkland.com < Caution-mailto:nick.wasdin@kirkland.com > >
**Subject:** RE: [Non-DoD Source] 3M's Touhy Request for Information Relevant to Combat Arms Litigation

Major Sheffield & Major Wald,

Defendants have no objection to the government producing any communications between Col. Vietas and Defendants prior to this deposition (although Defendants are not aware of any). But Defendants do not believe this deposition should be further delayed while the government responds to the remainder of plaintiffs' requests, the majority of which do not involve Col. Vietas.

The general discovery cutoff in the Minnesota state court cases is**September 10, 2021**, and so we again request workable dates before that time to proceed with Col. Vietas's testimony. At this point, the third full week of August (Aug. 16 – 20) would work best for Defendants.

Please let us know if you have any questions.

Thanks much,

Andy

## Andy Crowder

**Blackwell Burke P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Office (612) 343-3206
Cell (630) 723-9895

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**From:** Sean Cooper <sean@paulllp.com < Caution-Caution-mailto:sean@paulllp.com < Caution-mailto:sean@paulllp.com %3c Caution-Caution-mailto:sean@paulllp.com > > >
**Sent:** Wednesday, July 28, 2021 9:53 AM
**To:** Andrew (Andy) Crowder <acrowder@blackwellburke.com < Caution-Caution-mailto:acrowder@blackwellburke.com < Caution-mailto:acrowder@blackwellburke.com %3c Caution-Caution-mailto:acrowder@blackwellburke.com > > >; SHEFFIELD, ROZA S Maj USAF AFLOA/JAC Information Litigation Branch <roza.sheffield.2@us.af.mil < Caution-Caution-mailto:roza.sheffield.2@us.af.mil < Caution-mailto:roza.sheffield.2@us.af.mil %3c Caution-Caution-mailto:roza.sheffield.2@us.af.mil > > >; Wald, Robert E MAJ

USARMY HQDA OTJAG (USA) <robert.e.wald.mil@mail.mil < Caution-Caution-mailto:robert.e.wald.mil@mail.mil_ < Caution-mailto:robert.e.wald.mil@mail.mil %3c Caution-Caution-mailto:robert.e.wald.mil@mail.mil_ > > >
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com < Caution-Caution-mailto:blackwell@blackwellburke.com_ < Caution-mailto:blackwell@blackwellburke.com %3c Caution-Caution-mailto:blackwell@blackwellburke.com_ > > >; Ben Hulse <BHulse@blackwellburke.com < Caution-Caution-mailto:BHulse@blackwellburke.com_ < Caution-mailto:BHulse@blackwellburke.com %3c Caution-Caution-mailto:BHulse@blackwellburke.com_ > > >;bsieben@schwebel.com < Caution-Caution-mailto:bsieben@schwebel.com > ;asieben@schwebel.com < Caution-mailto:asieben@schwebel.com > < Caution-Caution-mailto:asieben@schwebel.com > ;mbarber@schwebel.com < Caution-Caution-mailto:mbarber@schwebel.com > < Caution-Caution-mailto:mbarber@schwebel.com > ;DGustafson@gustafsongluek.com < Caution-Caution-mailto:DGustafson@gustafsongluek.com > ; Amanda Williams <awilliams@gustafsongluek.com < Caution-Caution-mailto:awilliams@gustafsongluek.com_ < Caution-mailto:awilliams@gustafsongluek.com %3c Caution-Caution-mailto:awilliams@gustafsongluek.com_ > > >; Rick Paul <rick@paulllp.com < Caution-Caution-mailto:rick@paulllp.com_ < Caution-mailto:rick@paulllp.com %3c Caution-Caution-mailto:rick@paulllp.com_ > > >; Ashlea Schwarz <ashlea@paulllp.com < Caution-Caution-mailto:ashlea@paulllp.com_ < Caution-mailto:ashlea@paulllp.com %3c Caution-Caution-mailto:ashlea@paulllp.com_ > > >; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov < Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov_ < Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov_ > > >; Nick Wasdin <nick.wasdin@kirkland.com < Caution-Caution-mailto:nick.wasdin@kirkland.com_ < Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-mailto:nick.wasdin@kirkland.com_ > > >
**Subject:** RE: [Non-DoD Source] 3M's Touhy Request for Information Relevant to Combat Arms Litigation

Good morning:

As indicated in Plaintiffs' July 21 *Touhy* request, Plaintiffs object to proceeding with or setting the deposition of Colonel Vietas before the DOD responds to our July 21 request.

Please do not hesitate to contact me with any questions.

Thanks, Sean

**Sean Cooper**
Partner



601 Walnut Street, Suite 300
Kansas City, Missouri 64106
(816) 984-8100 (P)
Sean@PaulLLP.com < Caution-mailto:Sean@PaulLLP.com > < Caution-Caution-mailto:Sean@PaulLLP.com >

---

**From:** Andrew (Andy) Crowder <acrowder@blackwellburke.com < Caution-Caution-mailto:acrowder@blackwellburke.com_ < Caution-mailto:acrowder@blackwellburke.com %3c Caution-Caution-mailto:acrowder@blackwellburke.com_ > > >
**Sent:** Tuesday, July 27, 2021 11:54 AM
**To:** SHEFFIELD, ROZA S Maj USAF AFLOA/JAC Information Litigation Branch <roza.sheffield.2@us.af.mil < Caution-Caution-mailto:roza.sheffield.2@us.af.mil_ < Caution-mailto:roza.sheffield.2@us.af.mil %3c Caution-Caution-

mailto:roza.sheffield.2@us.af.mil > >; Wald, Robert E MAJ USARMY HQDA OTJAG (USA)
<robert.e.wald.mil@mail.mil < Caution-Caution-mailto:robert.e.wald.mil@mail.mil < Caution-
mailto:robert.e.wald.mil@mail.mil %3c Caution-Caution-mailto:robert.e.wald.mil@mail.mil > > >
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com < Caution-Caution-
mailto:blackwell@blackwellburke.com < Caution-Caution:blackwell@blackwellburke.com %3c Caution-Caution-
mailto:blackwell@blackwellburke.com > > >; Ben Hulse <BHulse@blackwellburke.com < Caution-Caution-
mailto:BHulse@blackwellburke.com < Caution-mailto:BHulse@blackwellburke.com %3c Caution-Caution-
mailto:BHulse@blackwellburke.com > > >;bsieben@schwebel.com < Caution-Caution-
mailto:bsieben@schwebel.com > ;asieben@schwebel.com < Caution-mailto:asieben@schwebel.com > < Caution-
Caution-mailto:asieben@schwebel.com > ;mbarber@schwebel.com < Caution-
mailto:mbarber@schwebel.com > < Caution-Caution-
mailto:mbarber@schwebel.com > ;DGustafson@gustafsonluek.com < Caution-Caution-
mailto:DGustafson@gustafsonluek.com > ; Amanda Williams <awilliams@gustafsongluek.com < Caution-Caution-
mailto:awilliams@gustafsongluek.com < Caution-mailto:awilliams@gustafsongluek.com %3c Caution-Caution-
mailto:awilliams@gustafsongluek.com > > >; Rick Paul <rick@paulllp.com < Caution-Caution-
mailto:rick@paulllp.com < Caution-mailto:rick@paulllp.com %3c Caution-Caution-mailto:rick@paulllp.com > > >; Sean
Cooper <sean@paulllp.com < Caution-Caution-mailto:sean@paulllp.com < Caution-
mailto:sean@paulllp.com %3c Caution-Caution-mailto:sean@paulllp.com > > >; Ashlea Schwarz
<ashlea@paulllp.com < Caution-Caution-mailto:ashlea@paulllp.com < Caution-mailto:ashlea@paulllp.com %3c Caution-
Caution-mailto:ashlea@paulllp.com > > >; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov < Caution-
Caution-mailto:Jacqueline.Snead@usdoj.gov < Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-
mailto:Jacqueline.Snead@usdoj.gov > > >; Nick Wasdin <nick.wasdin@kirkland.com < Caution-Caution-
mailto:nick.wasdin@kirkland.com < Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-
mailto:nick.wasdin@kirkland.com > > >
**Subject:** RE: [Non-DoD Source] 3M's Touhy Request for Information Relevant to Combat Arms Litigation

Major Sheffield & Major Wald,

I'm following up simply to ensure that you have received our request for new dates on which we
may depose Col. Vietas.

Do not hesitate to contact me with any questions or concerns.

Thanks much,

Andy

**Andy Crowder**

**Blackwell Burke P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Office (612) 343-3206
Cell (630) 723-9895

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient
or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If
you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**From:** Andrew (Andy) Crowder
**Sent:** Thursday, July 22, 2021 11:35 AM
**To:** 'SHEFFIELD, ROZA S Maj USAF AFLOA/JAC Information Litigation Branch' <roza.sheffield.2@us.af.mil < Caution-
Caution-mailto:roza.sheffield.2@us.af.mil < Caution-mailto:roza.sheffield.2@us.af.mil %3c Caution-Caution-

mailto:roza.sheffield.2@us.af.mil > >; 'Wald, Robert E MAJ USARMY HQDA OTJAG (USA)'
<robert.e.wald.mil@mail.mil < Caution-Caution-mailto:robert.e.wald.mil@mail.mil < Caution-
mailto:robert.e.wald.mil@mail.mil %3c Caution-Caution-mailto:robert.e.wald.mil@mail.mil > > >
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com < Caution-Caution-
mailto:blackwell@blackwellburke.com < Caution-mailto:blackwell@blackwellburke.com %3c Caution-Caution-
mailto:blackwell@blackwellburke.com > > >; Ben Hulse <bhulse@blackwellburke.com < Caution-Caution-
mailto:bhulse@blackwellburke.com < Caution-mailto:bhulse@blackwellburke.com %3c Caution-Caution-
mailto:bhulse@blackwellburke.com > > >; 'bsieben@schwebel.com' <bsieben@schwebel.com < Caution-Caution-
mailto:bsieben@schwebel.com < Caution-mailto:bsieben@schwebel.com %3c Caution-Caution-
mailto:bsieben@schwebel.com > > >; 'asieben@schwebel.com' <asieben@schwebel.com < Caution-Caution-
mailto:asieben@schwebel.com < Caution-mailto:asieben@schwebel.com %3c Caution-Caution-
mailto:asieben@schwebel.com > > >; 'mbarber@schwebel.com' <mbarber@schwebel.com < Caution-Caution-
mailto:mbarber@schwebel.com < Caution-mailto:mbarber@schwebel.com %3c Caution-Caution-
mailto:mbarber@schwebel.com > > >; 'DGustafson@gustafsongluek.com' <DGustafson@gustafsongluek.com < Caution-
Caution-mailto:DGustafson@gustafsongluek.com < Caution-mailto:DGustafson@gustafsongluek.com %3c Caution-
Caution-mailto:DGustafson@gustafsongluek.com > > >; 'Amanda Williams' <awilliams@gustafsongluek.com < Caution-
Caution-mailto:awilliams@gustafsongluek.com < Caution-mailto:awilliams@gustafsongluek.com %3c Caution-Caution-
mailto:awilliams@gustafsongluek.com > > >; 'rick@paulllp.com' <rick@paulllp.com < Caution-Caution-
mailto:rick@paulllp.com < Caution-mailto:rick@paulllp.com %3c Caution-Caution-mailto:rick@paulllp.com > > >;
'sean@paulllp.com' <sean@paulllp.com < Caution-Caution-mailto:sean@paulllp.com < Caution-
mailto:sean@paulllp.com %3c Caution-Caution-mailto:sean@paulllp.com > > >; 'ashlea@paulllp.com'
<ashlea@paulllp.com < Caution-Caution-mailto:ashlea@paulllp.com < Caution-mailto:ashlea@paulllp.com %3c Caution-
Caution-mailto:ashlea@paulllp.com > > >; 'Snead, Jacqueline Coleman (CIV)' <Jacqueline.Snead@usdoj.gov < Caution-
Caution-mailto:Jacqueline.Snead@usdoj.gov < Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-
mailto:Jacqueline.Snead@usdoj.gov > > >
**Subject:** RE: [Non-DoD Source] 3M's Touhy Request for Information Relevant to Combat Arms Litigation

Major Sheffield & Major Wald,

Plaintiffs' motion to quash Col. Vietas's deposition has been denied, and so we return looking for
available dates to conduct his deposition (under the guidelines prescribed by your July 1 Witness
Approval letter, *attached*).

Counsel for defendants is available the first and third full weeks of August (Aug. 2 – 6 and Aug.
16 – 20). Do any days in those windows work for Col. Vietas and counsel from the military?

Happy to discuss if you have any questions.

Thanks,

Andy

**Andy Crowder**

**Blackwell Burke P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Office (612) 343-3206
Cell (630) 723-9895

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient
or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If
you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**From:** Andrew (Andy) Crowder
**Sent:** Wednesday, July 7, 2021 11:20 AM
**To:** 'SHEFFIELD, ROZA S Maj USAF AFLOA/JAC Information Litigation Branch' <roza.sheffield.2@us.af.mil < Caution-Caution-mailto:roza.sheffield.2@us.af.mil_ < Caution-mailto:roza.sheffield.2@us.af.mil %3c Caution-Caution-mailto:roza.sheffield.2@us.af.mil_ > >; 'Wald, Robert E MAJ USARMY HQDA OTJAG (USA)' <robert.e.wald.mil@mail.mil < Caution-Caution-mailto:robert.e.wald.mil@mail.mil_ < Caution-mailto:robert.e.wald.mil@mail.mil %3c Caution-Caution-mailto:robert.e.wald.mil@mail.mil_ > >
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com < Caution-Caution-mailto:blackwell@blackwellburke.com_ < Caution-mailto:blackwell@blackwellburke.com %3c Caution-Caution-mailto:blackwell@blackwellburke.com_ > >; Ben Hulse <bhulse@blackwellburke.com < Caution-Caution-mailto:bhulse@blackwellburke.com_ < Caution-mailto:bhulse@blackwellburke.com %3c Caution-Caution-mailto:bhulse@blackwellburke.com_ > >; 'bsieben@schwebel.com' <bsieben@schwebel.com < Caution-Caution-mailto:bsieben@schwebel.com_ < Caution-mailto:bsieben@schwebel.com %3c Caution-Caution-mailto:bsieben@schwebel.com_ > >; 'asieben@schwebel.com' <asieben@schwebel.com < Caution-Caution-mailto:asieben@schwebel.com_ < Caution-mailto:asieben@schwebel.com %3c Caution-Caution-mailto:asieben@schwebel.com_ > >; 'mbarber@schwebel.com' <mbarber@schwebel.com < Caution-Caution-mailto:mbarber@schwebel.com_ < Caution-mailto:mbarber@schwebel.com %3c Caution-Caution-mailto:mbarber@schwebel.com_ > >; 'DGustafson@gustafsongluek.com' <DGustafson@gustafsongluek.com < Caution-Caution-mailto:DGustafson@gustafsongluek.com_ < Caution-mailto:DGustafson@gustafsongluek.com %3c Caution-Caution-mailto:DGustafson@gustafsongluek.com_ > >; 'Amanda Williams' <awilliams@gustafsongluek.com < Caution-Caution-mailto:awilliams@gustafsongluek.com_ < Caution-mailto:awilliams@gustafsongluek.com %3c Caution-Caution-mailto:awilliams@gustafsongluek.com_ > >; 'rick@paulllp.com' <rick@paulllp.com < Caution-Caution-mailto:rick@paulllp.com_ < Caution-mailto:rick@paulllp.com %3c Caution-Caution-mailto:rick@paulllp.com_ > >; 'sean@paulllp.com' <sean@paulllp.com < Caution-Caution-mailto:sean@paulllp.com_ < Caution-mailto:sean@paulllp.com %3c Caution-Caution-mailto:sean@paulllp.com_ > >; 'ashlea@paulllp.com' <ashlea@paulllp.com < Caution-Caution-mailto:ashlea@paulllp.com_ < Caution-mailto:ashlea@paulllp.com %3c Caution-Caution-mailto:ashlea@paulllp.com_ > >; 'Snead, Jacqueline Coleman (CIV)' <Jacqueline.Snead@usdoj.gov < Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov_ < Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov_ > >
**Subject:** RE: [Non-DoD Source] 3M's Touhy Request for Information Relevant to Combat Arms Litigation

Major Sheffield & Major Wald,

I write to inform you that Col. Vietas's deposition is now subject to motion practice and we will not be able to proceed with the July 15 date. We will circle back to reschedule if the deposition is to go forward at a later time. Thank you for your cooperation and assistance, and apologies for any inconvenience. Happy to discuss if you have any questions.

Andy Crowder

**Andy Crowder**

**Blackwell Burke P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Office (612) 343-3206
Cell (630) 723-9895

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**From:** Andrew (Andy) Crowder
**Sent:** Tuesday, July 6, 2021 11:58 AM
**To:** SHEFFIELD, ROZA S Maj USAF AFLOA/JAC Information Litigation Branch <roza.sheffield.2@us.af.mil < Caution-Caution-mailto:roza.sheffield.2@us.af.mil < Caution-mailto:roza.sheffield.2@us.af.mil %3c Caution-Caution-mailto:roza.sheffield.2@us.af.mil > > >; Wald, Robert E MAJ USARMY HQDA OTJAG (USA) <robert.e.wald.mil@mail.mil < Caution-Caution-mailto:robert.e.wald.mil@mail.mil < Caution-mailto:robert.e.wald.mil@mail.mil %3c Caution-Caution-mailto:robert.e.wald.mil@mail.mil > > >
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com < Caution-Caution-mailto:blackwell@blackwellburke.com < Caution-mailto:blackwell@blackwellburke.com %3c Caution-Caution-mailto:blackwell@blackwellburke.com > > >; Ben Hulse <bhulse@blackwellburke.com < Caution-Caution-mailto:bhulse@blackwellburke.com < Caution-mailto:bhulse@blackwellburke.com %3c Caution-Caution-mailto:bhulse@blackwellburke.com > > >;bsieben@schwebel.com < Caution-Caution-mailto:bsieben@schwebel.com > ;asieben@schwebel.com < Caution-mailto:asieben@schwebel.com > < Caution-Caution-mailto:asieben@schwebel.com > ;mbarber@schwebel.com < Caution-Caution-mailto:mbarber@schwebel.com > < Caution-Caution-mailto:mbarber@schwebel.com > ;DGustafson@gustafsongluek.com < Caution-Caution-mailto:DGustafson@gustafsongluek.com > ; Amanda Williams <awilliams@gustafsongluek.com < Caution-Caution-mailto:awilliams@gustafsongluek.com < Caution-mailto:awilliams@gustafsongluek.com %3c Caution-Caution-mailto:awilliams@gustafsongluek.com > > >;rick@paulllp.com < Caution-Caution-mailto:rick@paulllp.com > ;sean@paulllp.com < Caution-mailto:sean@paulllp.com > < Caution-Caution-mailto:sean@paulllp.com > ;ashlea@paulllp.com < Caution-mailto:ashlea@paulllp.com > < Caution-Caution-mailto:ashlea@paulllp.com > ; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov < Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov < Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov > > >
**Subject:** RE: [Non-DoD Source] 3M's Touhy Request for Information Relevant to Combat Arms Litigation

Excellent, thanks much for the update, Major Sheffield.

## Andy Crowder

**Blackwell Burke P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Office (612) 343-3206
Cell (630) 723-9895

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**From:** SHEFFIELD, ROZA S Maj USAF AFLOA/JAC Information Litigation Branch <roza.sheffield.2@us.af.mil < Caution-Caution-mailto:roza.sheffield.2@us.af.mil < Caution-mailto:roza.sheffield.2@us.af.mil %3c Caution-Caution-mailto:roza.sheffield.2@us.af.mil > > >
**Sent:** Tuesday, July 6, 2021 11:57 AM
**To:** Andrew (Andy) Crowder <acrowder@blackwellburke.com < Caution-Caution-mailto:acrowder@blackwellburke.com < Caution-mailto:acrowder@blackwellburke.com %3c Caution-Caution-mailto:acrowder@blackwellburke.com > > >; Wald, Robert E MAJ USARMY HQDA OTJAG (USA) <robert.e.wald.mil@mail.mil < Caution-Caution-mailto:robert.e.wald.mil@mail.mil < Caution-mailto:robert.e.wald.mil@mail.mil %3c Caution-Caution-mailto:robert.e.wald.mil@mail.mil > > >
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com < Caution-Caution-mailto:blackwell@blackwellburke.com < Caution-mailto:blackwell@blackwellburke.com %3c Caution-Caution-mailto:blackwell@blackwellburke.com > > >; Ben Hulse <BHulse@blackwellburke.com < Caution-Caution-mailto:BHulse@blackwellburke.com < Caution-mailto:BHulse@blackwellburke.com %3c Caution-Caution-

mailto:BHulse@blackwellburke.com > >;bsieben@schwebel.com < Caution-Caution-mailto:bsieben@schwebel.com > ;asieben@schwebel.com < Caution-mailto:asieben@schwebel.com > < Caution-Caution-mailto:asieben@schwebel.com >;mbarber@schwebel.com < Caution-mailto:mbarber@schwebel.com > < Caution-Caution-mailto:mbarber@schwebel.com > ;DGustafson@gustafsongluek.com < Caution-mailto:DGustafson@gustafsongluek.com > ; Amanda Williams <awilliams@gustafsongluek.com < Caution-Caution-mailto:awilliams@gustafsongluek.com < Caution-mailto:awilliams@gustafsongluek.com %3c Caution-Caution-mailto:awilliams@gustafsongluek.com > >;rick@paulllp.com < Caution-Caution-mailto:rick@paulllp.com > ;sean@paulllp.com < Caution-mailto:sean@paulllp.com > < Caution-Caution-mailto:sean@paulllp.com > ;ashlea@paulllp.com < Caution-mailto:ashlea@paulllp.com > < Caution-Caution-mailto:ashlea@paulllp.com > ; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov < Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov < Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov > >

**Subject:** RE: [Non-DoD Source] 3M's Touhy Request for Information Relevant to Combat Arms Litigation

He will be attending virtually from West Chester, Ohio.

Roza

---

**From:** Andrew (Andy) Crowder <acrowder@blackwellburke.com < Caution-Caution-mailto:acrowder@blackwellburke.com < Caution-mailto:acrowder@blackwellburke.com %3c Caution-Caution-mailto:acrowder@blackwellburke.com > > >
**Sent:** Tuesday, July 6, 2021 11:44 AM
**To:** SHEFFIELD, ROZA S Maj USAF AFLOA/JAC Information Litigation Branch <roza.sheffield.2@us.af.mil < Caution-Caution-mailto:roza.sheffield.2@us.af.mil < Caution-mailto:roza.sheffield.2@us.af.mil %3c Caution-Caution-mailto:roza.sheffield.2@us.af.mil > >; Wald, Robert E MAJ USARMY HQDA OTJAG (USA) <robert.e.wald.mil@mail.mil < Caution-Caution-mailto:robert.e.wald.mil@mail.mil < Caution-mailto:robert.e.wald.mil@mail.mil %3c Caution-Caution-mailto:robert.e.wald.mil@mail.mil > >
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com < Caution-Caution-mailto:blackwell@blackwellburke.com < Caution-mailto:blackwell@blackwellburke.com %3c Caution-Caution-mailto:blackwell@blackwellburke.com > >; Ben Hulse <BHulse@blackwellburke.com < Caution-Caution-mailto:BHulse@blackwellburke.com < Caution-mailto:BHulse@blackwellburke.com %3c Caution-Caution-mailto:BHulse@blackwellburke.com > >;bsieben@schwebel.com < Caution-Caution-mailto:bsieben@schwebel.com > ;asieben@schwebel.com < Caution-mailto:asieben@schwebel.com > < Caution-Caution-mailto:asieben@schwebel.com >;mbarber@schwebel.com < Caution-mailto:mbarber@schwebel.com > < Caution-Caution-mailto:mbarber@schwebel.com > ;DGustafson@gustafsongluek.com < Caution-mailto:DGustafson@gustafsongluek.com > ; Amanda Williams <awilliams@gustafsongluek.com < Caution-Caution-mailto:awilliams@gustafsongluek.com < Caution-mailto:awilliams@gustafsongluek.com %3c Caution-Caution-mailto:awilliams@gustafsongluek.com > >;rick@paulllp.com < Caution-Caution-mailto:rick@paulllp.com > ;sean@paulllp.com < Caution-mailto:sean@paulllp.com > < Caution-Caution-mailto:sean@paulllp.com > ;ashlea@paulllp.com < Caution-mailto:ashlea@paulllp.com > < Caution-Caution-mailto:ashlea@paulllp.com > ; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov < Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov < Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov > >
**Subject:** RE: [Non-DoD Source] 3M's Touhy Request for Information Relevant to Combat Arms Litigation

Thank you, Major Sheffield.

## Andy Crowder

**Blackwell Burke P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Office (612) 343-3206
Cell (630) 723-9895

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**From:** SHEFFIELD, ROZA S Maj USAF AFLOA/JAC Information Litigation Branch <roza.sheffield.2@us.af.mil < Caution-Caution-mailto:roza.sheffield.2@us.af.mil_ < Caution-mailto:roza.sheffield.2@us.af.mil %3c Caution-Caution-mailto:roza.sheffield.2@us.af.mil_ > > >
**Sent:** Tuesday, July 6, 2021 10:38 AM
**To:** Andrew (Andy) Crowder <acrowder@blackwellburke.com < Caution-Caution-mailto:acrowder@blackwellburke.com_ < Caution-mailto:acrowder@blackwellburke.com %3c Caution-Caution-mailto:acrowder@blackwellburke.com_ > > >; Wald, Robert E MAJ USARMY HQDA OTJAG (USA) <robert.e.wald.mil@mail.mil < Caution-Caution-mailto:robert.e.wald.mil@mail.mil_ < Caution-mailto:robert.e.wald.mil@mail.mil %3c Caution-Caution-mailto:robert.e.wald.mil@mail.mil_ > > >
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com < Caution-Caution-mailto:blackwell@blackwellburke.com_ < Caution-mailto:blackwell@blackwellburke.com %3c Caution-Caution-mailto:blackwell@blackwellburke.com_ > > >; Ben Hulse <BHulse@blackwellburke.com < Caution-Caution-mailto:BHulse@blackwellburke.com_ < Caution-mailto:BHulse@blackwellburke.com %3c Caution-Caution-mailto:BHulse@blackwellburke.com_ > > >;bsieben@schwebel.com < Caution-Caution-mailto:bsieben@schwebel.com > ;asieben@schwebel.com < Caution-mailto:asieben@schwebel.com > < Caution-Caution-mailto:asieben@schwebel.com > ;mbarber@schwebel.com < Caution-mailto:mbarber@schwebel.com > < Caution-Caution-mailto:mbarber@schwebel.com > ;DGustafson@gustafsongluek.com < Caution-Caution-mailto:DGustafson@gustafsongluek.com > ; Amanda Williams <awilliams@gustafsongluek.com < Caution-Caution-mailto:awilliams@gustafsongluek.com_ < Caution-mailto:awilliams@gustafsongluek.com %3c Caution-Caution-mailto:awilliams@gustafsongluek.com_ > > >;rick@paulllp.com < Caution-Caution-mailto:rick@paulllp.com > ;sean@paulllp.com < Caution-mailto:sean@paulllp.com > < Caution-Caution-mailto:sean@paulllp.com > ;ashlea@paulllp.com < Caution-mailto:ashlea@paulllp.com > < Caution-Caution-mailto:ashlea@paulllp.com > ; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov < Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov < Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov_ > > >
**Subject:** RE: [Non-DoD Source] 3M's Touhy Request for Information Relevant to Combat Arms Litigation

Mr. Crowder,

I emailed Mr. Vietas (he is currently retired), hopefully, he'll respond to us shortly.

V/r,

Roza

**From:** Andrew (Andy) Crowder <acrowder@blackwellburke.com < Caution-Caution-mailto:acrowder@blackwellburke.com_ < Caution-mailto:acrowder@blackwellburke.com %3c Caution-Caution-mailto:acrowder@blackwellburke.com_ > > >
**Sent:** Tuesday, July 6, 2021 10:38 AM
**To:** Wald, Robert E MAJ USARMY HQDA OTJAG (USA) <robert.e.wald.mil@mail.mil < Caution-Caution-mailto:robert.e.wald.mil@mail.mil_ < Caution-mailto:robert.e.wald.mil@mail.mil %3c Caution-Caution-mailto:robert.e.wald.mil@mail.mil_ > > >; SHEFFIELD, ROZA S Maj USAF AFLOA/JAC Information Litigation Branch

<roza.sheffield.2@us.af.mil < Caution-Caution-mailto:roza.sheffield.2@us.af.mil  < Caution-mailto:roza.sheffield.2@us.af.mil %3c Caution-Caution-mailto:roza.sheffield.2@us.af.mil  > > >
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com < Caution-Caution-mailto:blackwell@blackwellburke.com  < Caution-mailto:blackwell@blackwellburke.com %3c Caution-Caution-mailto:blackwell@blackwellburke.com  > > >; Ben Hulse <BHulse@blackwellburke.com < Caution-Caution-mailto:BHulse@blackwellburke.com  < Caution-mailto:BHulse@blackwellburke.com %3c Caution-Caution-mailto:BHulse@blackwellburke.com  > > >;bsieben@schwebel.com < Caution-Caution-mailto:bsieben@schwebel.com > ;asieben@schwebel.com < Caution-mailto:asieben@schwebel.com > < Caution-Caution-mailto:asieben@schwebel.com > ;mbarber@schwebel.com < Caution-mailto:mbarber@schwebel.com > < Caution-Caution-mailto:mbarber@schwebel.com > ;DGustafson@gustafsongluek.com < Caution-Caution-mailto:DGustafson@gustafsongluek.com > ; Amanda Williams <awilliams@gustafsongluek.com < Caution-Caution-mailto:awilliams@gustafsongluek.com  < Caution-mailto:awilliams@gustafsongluek.com %3c Caution-Caution-mailto:awilliams@gustafsongluek.com  > > >;rick@paulllp.com < Caution-Caution-mailto:rick@paulllp.com > ;sean@paulllp.com < Caution-mailto:sean@paulllp.com > < Caution-Caution-mailto:sean@paulllp.com > ;ashlea@paulllp.com < Caution-mailto:ashlea@paulllp.com > < Caution-Caution-mailto:ashlea@paulllp.com > ; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov < Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov  < Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov  > > >
**Subject:** RE: [Non-DoD Source] 3M's Touhy Request for Information Relevant to Combat Arms Litigation

Major Wald & Major Sheffield,

Thank you for your cooperation and assistance in scheduling Col. Vietas's deposition. We plan to proceed on July 15 and will let you know as soon as possible if a different date and time are requested.

We will schedule the court reporter and send out official notices for a remote deposition today. The deposition order entered in our litigation requires us to indicate the location from where Col. Vietas will attend the deposition, even though the deposition is remote. Would you let us know the town or city where he will be located?

Thank you.

Andy Crowder

**Andy Crowder**

**Blackwell Burke P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Office (612) 343-3206
Cell (630) 723-9895

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**From:** Wald, Robert E MAJ USARMY HQDA OTJAG (USA) <robert.e.wald.mil@mail.mil < Caution-Caution-mailto:robert.e.wald.mil@mail.mil  < Caution-mailto:robert.e.wald.mil@mail.mil %3c Caution-Caution-mailto:robert.e.wald.mil@mail.mil  > > >
**Sent:** Thursday, July 1, 2021 10:30 AM

**To:** Andrew (Andy) Crowder <acrowder@blackwellburke.com < Caution-Caution-mailto:acrowder@blackwellburke.com < Caution-mailto:acrowder@blackwellburke.com %3c Caution-Caution-mailto:acrowder@blackwellburke.com > > >

**Cc:** Jerry Blackwell <blackwell@blackwellburke.com < Caution-Caution-mailto:blackwell@blackwellburke.com < Caution-mailto:blackwell@blackwellburke.com %3c Caution-Caution-mailto:blackwell@blackwellburke.com > > >; Ben Hulse <BHulse@blackwellburke.com < Caution-Caution-mailto:BHulse@blackwellburke.com < Caution-mailto:BHulse@blackwellburke.com %3c Caution-Caution-mailto:BHulse@blackwellburke.com > > >;bsieben@schwebel.com < Caution-Caution-mailto:bsieben@schwebel.com > ;asieben@schwebel.com < Caution-mailto:asieben@schwebel.com > < Caution-Caution-mailto:asieben@schwebel.com > ;mbarber@schwebel.com < Caution-Caution-mailto:mbarber@schwebel.com > < Caution-Caution-mailto:mbarber@schwebel.com > ;DGustafson@gustafsonlueck.com < Caution-Caution-mailto:DGustafson@gustafsonlueck.com > ; Amanda Williams <awilliams@gustafsonlueck.com < Caution-Caution-mailto:awilliams@gustafsonlueck.com < Caution-mailto:awilliams@gustafsonlueck.com %3c Caution-Caution-mailto:awilliams@gustafsonlueck.com > > >;rick@paulllp.com < Caution-Caution-mailto:rick@paulllp.com > ;sean@paulllp.com < Caution-mailto:sean@paulllp.com > < Caution-Caution-mailto:sean@paulllp.com > ;ashlea@paulllp.com < Caution-mailto:ashlea@paulllp.com > < Caution-Caution-mailto:ashlea@paulllp.com > ; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov < Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov < Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov > > >; Sheffield, Roza S Maj USAF AFLOA (USA) <roza.sheffield.2@us.af.mil < Caution-Caution-mailto:roza.sheffield.2@us.af.mil < Caution-mailto:roza.sheffield.2@us.af.mil %3c Caution-Caution-mailto:roza.sheffield.2@us.af.mil > > >

**Subject:** RE: [Non-DoD Source] 3M's Touhy Request for Information Relevant to Combat Arms Litigation

+Major Roza Sheffield, Air Force Litigation Attorney

Good morning Mr. Crowder,

The approval memo for COL (Ret.) Vietas is attached.

Please let us know if you have any questions or need to adjust the date.

Thanks,
Rob

Rob Wald
MAJ, JA
Litigation Attorney
United States Army Legal Services Agency
9275 Gunston Road
Fort Belvoir, Virginia 22060-5546
Cell: 813-401-0915
robert.e.wald.mil@mail.mil < Caution-mailto:robert.e.wald.mil@mail.mil > < Caution-Caution-mailto:robert.e.wald.mil@mail.mil >

CONFIDENTIALITY NOTICE

The information contained in this e-mail and any accompanying attachments constitute confidential information which may be legally privileged. This information is the property of the U.S. Government. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this e-mail in error, please notify us immediately by return e-mail.

**From:** Andrew (Andy) Crowder <acrowder@blackwellburke.com < Caution-Caution-mailto:acrowder@blackwellburke.com  < Caution-Caution-mailto:acrowder@blackwellburke.com %3c Caution-Caution-mailto:acrowder@blackwellburke.com  > > >
**Sent:** Friday, June 25, 2021 9:40 AM
**To:** Wald, Robert E MAJ USARMY HQDA OTJAG (USA) <robert.e.wald.mil@mail.mil < Caution-Caution-mailto:robert.e.wald.mil@mail.mil  < Caution-Caution-mailto:robert.e.wald.mil@mail.mil %3c Caution-Caution-mailto:robert.e.wald.mil@mail.mil  > > >
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com < Caution-Caution-mailto:blackwell@blackwellburke.com  < Caution-Caution-mailto:blackwell@blackwellburke.com %3c Caution-Caution-mailto:blackwell@blackwellburke.com  > > >; Ben Hulse <BHulse@blackwellburke.com < Caution-Caution-mailto:BHulse@blackwellburke.com  < Caution-mailto:BHulse@blackwellburke.com %3c Caution-Caution-mailto:BHulse@blackwellburke.com  > > >;bsieben@schwebel.com < Caution-Caution-mailto:bsieben@schwebel.com > ;asieben@schwebel.com < Caution-mailto:asieben@schwebel.com > < Caution-Caution-mailto:asieben@schwebel.com > ;mbarber@schwebel.com < Caution-Caution-mailto:mbarber@schwebel.com > < Caution-Caution-mailto:mbarber@schwebel.com > ;DGustafson@gustafsonqluek.com < Caution-Caution-mailto:DGustafson@gustafsonqluek.com > ; Amanda Williams <awilliams@gustafsongluek.com < Caution-Caution-mailto:awilliams@gustafsongluek.com  < Caution-mailto:awilliams@gustafsongluek.com %3c Caution-Caution-mailto:awilliams@gustafsongluek.com  > > >;rick@paulllp.com < Caution-Caution-mailto:rick@paulllp.com > ;sean@paulllp.com < Caution-mailto:sean@paulllp.com > < Caution-Caution-mailto:sean@paulllp.com > ;ashlea@paulllp.com < Caution-mailto:ashlea@paulllp.com > < Caution-Caution-mailto:ashlea@paulllp.com > ; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov < Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov  < Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov  > > >
**Subject:** RE: [Non-DoD Source] 3M's Touhy Request for Information Relevant to Combat Arms Litigation

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

---

Appreciate the update, Major Wald.

**Andy Crowder**

**Blackwell Burke P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Office (612) 343-3206
Cell (630) 723-9895

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**From:** Wald, Robert E MAJ USARMY HQDA OTJAG (USA) <robert.e.wald.mil@mail.mil < Caution-Caution-mailto:robert.e.wald.mil@mail.mil  < Caution-mailto:robert.e.wald.mil@mail.mil %3c Caution-Caution-mailto:robert.e.wald.mil@mail.mil  > > >
**Sent:** Friday, June 25, 2021 8:22 AM
**To:** Andrew (Andy) Crowder <acrowder@blackwellburke.com < Caution-Caution-mailto:acrowder@blackwellburke.com  < Caution-mailto:acrowder@blackwellburke.com %3c Caution-Caution-

mailto:acrowder@blackwellburke.com > > >

**Cc:** Jerry Blackwell <blackwell@blackwellburke.com < Caution-Caution-mailto:blackwell@blackwellburke.com  < Caution-mailto:blackwell@blackwellburke.com %3c Caution-Caution-mailto:blackwell@blackwellburke.com  > > >; Ben Hulse <BHulse@blackwellburke.com < Caution-Caution-mailto:BHulse@blackwellburke.com  < Caution-mailto:BHulse@blackwellburke.com %3c Caution-Caution-mailto:BHulse@blackwellburke.com  > > >;bsieben@schwebel.com < Caution-Caution-mailto:bsieben@schwebel.com > ;asieben@schwebel.com < Caution-mailto:asieben@schwebel.com > < Caution-Caution-mailto:asieben@schwebel.com > ;mbarber@schwebel.com < Caution-mailto:mbarber@schwebel.com > < Caution-Caution-mailto:mbarber@schwebel.com > ;DGustafson@gustafsongluek.com < Caution-Caution-mailto:DGustafson@gustafsongluek.com > ; Amanda Williams <awilliams@gustafsongluek.com < Caution-Caution-mailto:awilliams@gustafsongluek.com  < Caution-mailto:awilliams@gustafsongluek.com %3c Caution-Caution-mailto:awilliams@gustafsongluek.com  > > >;rick@paulllp.com < Caution-Caution-mailto:rick@paulllp.com > ;sean@paulllp.com < Caution-mailto:sean@paulllp.com > < Caution-Caution-mailto:sean@paulllp.com > ;ashlea@paulllp.com < Caution-mailto:ashlea@paulllp.com > < Caution-Caution-mailto:ashlea@paulllp.com > ; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov < Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov  < Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov  > > >

**Subject:** RE: [Non-DoD Source] 3M's Touhy Request for Information Relevant to Combat Arms Litigation

-MAJ Kim
+Ms. Jacqueline Snead, DoJ

Mr. Crowder,

Thank you for your *Touhy* request.  The DoD is in the process of discussing your request with COL Vietas and will provide you with an update on our status by 1 July 2021.

Respectfully,

Rob Wald
MAJ, JA
Litigation Attorney
United States Army Legal Services Agency
9275 Gunston Road
Fort Belvoir, Virginia 22060-5546
Cell: 813-401-0915
robert.e.wald.mil@mail.mil < Caution-mailto:robert.e.wald.mil@mail.mil > < Caution-Caution-mailto:robert.e.wald.mil@mail.mil > < Caution-Caution-Caution-mailto:robert.e.wald.mil@mail.mil >

CONFIDENTIALITY NOTICE

The information contained in this e-mail and any accompanying attachments constitute confidential information which may be legally privileged. This information is the property of the U.S. Government. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this e-mail in error, please notify us immediately by return e-mail.

**From:** Andrew (Andy) Crowder <acrowder@blackwellburke.com < Caution-Caution-Caution-mailto:acrowder@blackwellburke.com  < Caution-Caution-mailto:acrowder@blackwellburke.com %3c Caution-Caution-Caution-mailto:acrowder@blackwellburke.com  < Caution-mailto:acrowder@blackwellburke.com %3c Caution-Caution-Caution-mailto:acrowder@blackwellburke.com  %3c Caution-Caution-mailto:acrowder@blackwellburke.com %3c Caution-Caution-Caution-mailto:acrowder@blackwellburke.com  > > > >

**Sent:** Thursday, June 17, 2021 3:27 PM
**To:** Wald, Robert E MAJ USARMY HQDA OTJAG (USA) <robert.e.wald.mil@mail.mil < Caution-Caution-Caution-mailto:robert.e.wald.mil@mail.mil < Caution-Caution-mailto:robert.e.wald.mil@mail.mil %3c Caution-Caution-Caution-mailto:robert.e.wald.mil@mail.mil  < Caution-mailto:robert.e.wald.mil@mail.mil %3c Caution-Caution-Caution-mailto:robert.e.wald.mil@mail.mil %3c Caution-Caution-mailto:robert.e.wald.mil@mail.mil %3c Caution-Caution-Caution-Caution-mailto:robert.e.wald.mil@mail.mil  > > > >; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil < Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil < Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil  < Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil  > > > >
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com < Caution-Caution-Caution-mailto:blackwell@blackwellburke.com < Caution-Caution-mailto:blackwell@blackwellburke.com %3c Caution-Caution-Caution-mailto:blackwell@blackwellburke.com  < Caution-mailto:blackwell@blackwellburke.com %3c Caution-Caution-Caution-mailto:blackwell@blackwellburke.com  %3c Caution-Caution-mailto:blackwell@blackwellburke.com %3c Caution-Caution-Caution-mailto:blackwell@blackwellburke.com  > > > >; Ben Hulse <BHulse@blackwellburke.com < Caution-Caution-Caution-mailto:BHulse@blackwellburke.com < Caution-Caution-Caution-mailto:BHulse@blackwellburke.com %3c Caution-Caution-Caution-mailto:BHulse@blackwellburke.com  < Caution-mailto:BHulse@blackwellburke.com %3c Caution-Caution-Caution-mailto:BHulse@blackwellburke.com  %3c Caution-Caution-mailto:BHulse@blackwellburke.com %3c Caution-Caution-Caution-mailto:BHulse@blackwellburke.com  > > > >;bsieben@schwebel.com < Caution-Caution-Caution-mailto:bsieben@schwebel.com > ;asieben@schwebel.com < Caution-Caution-mailto:asieben@schwebel.com > < Caution-Caution-Caution-mailto:asieben@schwebel.com > ;mbarber@schwebel.com < Caution-Caution-mailto:mbarber@schwebel.com > < Caution-Caution-Caution-mailto:mbarber@schwebel.com %3c Caution-Caution-Caution-mailto:DGustafson@gustafsongluek.com < Caution-Caution-Caution-mailto:DGustafson@gustafsongluek.com > ; Amanda Williams <awilliams@gustafsongluek.com < Caution-Caution-Caution-mailto:awilliams@gustafsongluek.com  < Caution-Caution-mailto:awilliams@gustafsongluek.com %3c Caution-Caution-Caution-mailto:awilliams@gustafsongluek.com  < Caution-mailto:awilliams@gustafsongluek.com %3c Caution-Caution-Caution-mailto:awilliams@gustafsongluek.com  %3c Caution-Caution-Caution-mailto:awilliams@gustafsongluek.com %3c Caution-Caution-Caution-mailto:awilliams@gustafsongluek.com  > > >;rick@paulllp.com < Caution-Caution-Caution-mailto:rick@paulllp.com > ;sean@paulllp.com < Caution-Caution-mailto:sean@paulllp.com > < Caution-Caution-Caution-mailto:sean@paulllp.com > ;ashlea@paulllp.com < Caution-Caution-mailto:ashlea@paulllp.com > < Caution-Caution-Caution-mailto:ashlea@paulllp.com >
**Subject:** [Non-DoD Source] 3M's Touhy Request for Information Relevant to Combat Arms Litigation

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

---

Major Wald & Major Kim,

Attached is 3M's *Touhy* Request for Information relevant to litigation in Minnesota state court arising from the use of the combat arms earplugs.

Do not hesitate to contact me if you have any questions or concerns.

Thanks,

Andy Crowder



**Andy Crowder**

Office: 612.343.3206 | Cell: 630.723.9895
**Caution-Caution-Caution-Caution-www.blackwellburke.com < Caution-Caution-ht
www.blackwellburke.com&c=E,1,MjSOwW0P_q2rQYV2kcDQTPXCTcjGn3w3Uocq**
Caution-Caution-Caution-http://www.blackwellburke.com/ > < Caution-Cautio
www.blackwellburke.com%2f%26nbsp%3b%26gt%3b%26nbsp%3b&c=E,1,3rk
xso2rEEsg8q17MlPH8gNH4VQCCtuKWvTtjj1stdNXYu7NXWIkPZhvHAVGCahKu2

  

< caution-caution-%3ca%20href= > Caution-Caution-http://www.blackwellburke.com/ < Caution-Caution-http://www.blackwellb
index:251659264;visibility:visible;mso-wrap-style:square;mso-width-percent:0;mso-height-percent:0;mso-wrap-distance-left:9pt;mso-wrap-d
relative:text;mso-position-vertical:top;mso-position-vertical-relative:margin;mso-width-percent:0;mso-height-percent:0;mso-width-relative:p
Caution-Caution-Caution-http://www.blackwellburke.com/ > < Caution-Caution-https://linkprotect.cudasvc.com/url?a=http%3a
d7eunnFu3lK-58vVGQ-BrOs8y_4MR3jCEKQ1Jwj-lvAgbkOt601vaJ6nfQPL8nsNLcEpoPD8ALNzwkPzIiuuEJIM2Lpghc,&typo=1&ancr_
https://www.facebook.com/BlackwellBurkePA > < caution-Caution-Caution-https://www.facebook.com/BlackwellBurkePA > < Cau
https://www.linkedin.com/company/blackwell-burke-p-a-/ > < caution-caution-Caution-Caution-https://www.linkedin.com/company/blackw
Caution-Caution-Caution-https://www.linkedin.com/company/blackwell-burke-p-a-/ > < caution-caution-caution-Caution-https://tw
Caution-Caution-Caution-Caution-https://twitter.com/BlackwellBurke?lang=en > < Caution-Caution-Caution-Caution-https://twitter.com/Blackw



**431 South 7th Street, Suite 2500 • Minneapolis • MN • 55415**

**This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under
applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that
dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in
error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.**