# EXHIBIT 15

| | |
|---|---|
| **From:** | Wasdin, Nick |
| **Sent:** | Wednesday, July 21, 2021 6:19 PM |
| **To:** | Bryan Aylstock; Shelley Hutson |
| **Cc:** | Salas, Manu A.; roza.sheffield.2@us.af.mi; nicole.m.kim2.mil@mail.mil; Wald, Robert E MAJ USARMY HQDA OTJAG (USA; Jacqueline.Snead@usdoj.gov; Joshua.kolsky@usdoj.gov; Gary.D.Feldon@usdoj.gov; Doug Kreis; Neil Overholtz; Jennifer Hoekstra; Amanda Hunt; Emily Marlowe; cseeger@seegerweiss.com; dbuchanan@seegerweiss.com; MDL2885@seegerweiss.com; mkelly@seegerweiss.com; epefile@mostynlaw.com; maburns@mostynlaw.com; Brian Barr (External); Troy Bouk (External); taylor@hgdlawfirm.com; lewis@hgdlawfirm.com; jsleadd@hgdlawfirm.com; kcharonko@baileyglasser.com; vanello@douglasandlondon.com; jnd@beggslane.com; *BHulse@blackwellburke.com1; Andrew (Andy) Crowder; Mike Burns; Brock, Mike; Nomellini, Mark J.; *Kimberly.branscome@dechert.com; *lhill@mhw-law.com; *hvanfleteren@mhw-law.com; *cbeall@mhw-law.com; Carter, Cole; #3M-EarplugsKEAttys; 3M Earplugs Dechert; Judge David R. Herndon |
| **Subject:** | RE: 3M Combat Arms Earplug Prods. Liab. Litig. (3:19-md-02885) \| Defendants' Cross-Notice of Deposition of Colonel (Ret.) Jay Vietas |

Bryan, the plaintiffs' motion to quash the Vietas dep in MN was denied. I understand that the folks at Blackwell Burke have reached out to the MN plaintiffs re scheduling, and intend to reach out to Major Wald tomorrow for another date. Do you intend to participate in that dep? If so, are there any dates that work (or don't work) the first or third week of August?

Nick

**Nicholas F. Wasdin**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3254   **F** +1 312 862 2000

nick.wasdin@kirkland.com

**From:** Bryan Aylstock <BAylstock@awkolaw.com>
**Sent:** Wednesday, July 7, 2021 10:26 AM
**To:** Wasdin, Nick <nick.wasdin@kirkland.com>; Shelley Hutson <SHutson@triallawfirm.com>
**Cc:** Salas, Manu A. <manu.salas@kirkland.com>; roza.sheffield.2@us.af.mi; nicole.m.kim2.mil@mail.mil; Wald, Robert E MAJ USARMY HQDA OTJAG (USA <robert.e.wald.mil@mail.mil>; Jacqueline.Snead@usdoj.gov; Joshua.kolsky@usdoj.gov; Gary.D.Feldon@usdoj.gov; Doug Kreis <DKreis@awkolaw.com>; Neil Overholtz <NOverholtz@awkolaw.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; Amanda Hunt <AHunt@triallawfirm.com>; Emily Marlowe <emarlowe@triallawfirm.com>; cseeger@seegerweiss.com; dbuchanan@seegerweiss.com; MDL2885@seegerweiss.com; mkelly@seegerweiss.com; epefile@mostynlaw.com; maburns@mostynlaw.com; Brian Barr (External) <bbarr@levinlaw.com>; Troy Bouk (External) <tbouk@levinlaw.com>; taylor@hgdlawfirm.com; lewis@hgdlawfirm.com; jsleadd@hgdlawfirm.com; kcharonko@baileyglasser.com; vanello@douglasandlondon.com; jnd@beggslane.com; *BHulse@blackwellburke.com1 <BHulse@blackwellburke.com>; Andrew (Andy) Crowder <acrowder@blackwellburke.com>; Mike Burns <mike@maburns.com>; Brock, Mike <mike.brock@kirkland.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; *Kimberly.branscome@dechert.com <Kimberly.branscome@dechert.com>; *lhill@mhw-law.com <lhill@mhw-law.com>; *hvanfleteren@mhw-law.com <hvanfleteren@mhw-law.com>; *cbeall@mhw-law.com <cbeall@mhw-law.com>; Carter, Cole <cole.carter@kirkland.com>; #3M-EarplugsKEAttys <3M_earplugslitig@kirkland.com>; 3M Earplugs Dechert

1

<3MEarplugsDechert@dechert.com>; Judge David R. Herndon <dave@herndonresolution.com>
**Subject:** RE: 3M Combat Arms Earplug Prods. Liab. Litig. (3:19-md-02885) | Defendants' Cross-Notice of Deposition of Colonel (Ret.) Jay Vietas

> This message is from an EXTERNAL SENDER - be cautious, particularly with links and attachments.

Judge Herndon does that work for you?

Shelley, can you circulate a call in if it works for the Judge?

---

**From:** Wasdin, Nick [mailto:nick.wasdin@kirkland.com]
**Sent:** Wednesday, July 7, 2021 10:24 AM
**To:** Shelley Hutson <SHutson@triallawfirm.com>; Bryan Aylstock <BAylstock@awkolaw.com>
**Cc:** Salas, Manu A. <manu.salas@kirkland.com>; roza.sheffield.2@us.af.mi; nicole.m.kim2.mil@mail.mil; Wald, Robert E MAJ USARMY HQDA OTJAG (USA <robert.e.wald.mil@mail.mil>; Jacqueline.Snead@usdoj.gov; Joshua.kolsky@usdoj.gov; Gary.D.Feldon@usdoj.gov; Doug Kreis <DKreis@awkolaw.com>; Neil Overholtz <NOverholtz@awkolaw.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; Amanda Hunt <AHunt@triallawfirm.com>; Emily Marlowe <emarlowe@triallawfirm.com>; cseeger@seegerweiss.com; dbuchanan@seegerweiss.com; MDL2885@seegerweiss.com; mkelly@seegerweiss.com; epefile@mostynlaw.com; maburns@mostynlaw.com; Brian Barr (External) <bbarr@levinlaw.com>; Troy Bouk (External) <tbouk@levinlaw.com>; taylor@hgdlawfirm.com; lewis@hgdlawfirm.com; jsleadd@hgdlawfirm.com; kcharonko@baileyglasser.com; vanello@douglasandlondon.com; jnd@beggslane.com; *BHulse@blackwellburke.com1 <BHulse@blackwellburke.com>; Andrew (Andy) Crowder <acrowder@blackwellburke.com>; Mike Burns <mike@maburns.com>; Brock, Mike <mike.brock@kirkland.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; *Kimberly.branscome@dechert.com <Kimberly.branscome@dechert.com>; *lhill@mhw-law.com <lhill@mhw-law.com>; *hvanfleteren@mhw-law.com <hvanfleteren@mhw-law.com>; *cbeall@mhw-law.com <cbeall@mhw-law.com>; Carter, Cole <cole.carter@kirkland.com>; #3M-EarplugsKEAttys <3M_earplugslitig@kirkland.com>; 3M Earplugs Dechert <3MEarplugsDechert@dechert.com>; Judge David R. Herndon <dave@herndonresolution.com>
**Subject:** RE: 3M Combat Arms Earplug Prods. Liab. Litig. (3:19-md-02885) | Defendants' Cross-Notice of Deposition of Colonel (Ret.) Jay Vietas

That works.

**Nicholas F. Wasdin**

---
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3254  **F** +1 312 862 2000

---
nick.wasdin@kirkland.com

**From:** Shelley Hutson <SHutson@triallawfirm.com>
**Sent:** Wednesday, July 7, 2021 10:15 AM
**To:** Bryan Aylstock <BAylstock@awkolaw.com>
**Cc:** Wasdin, Nick <nick.wasdin@kirkland.com>; Salas, Manu A. <manu.salas@kirkland.com>; roza.sheffield.2@us.af.mi; nicole.m.kim2.mil@mail.mil; Wald, Robert E MAJ USARMY HQDA OTJAG (USA <robert.e.wald.mil@mail.mil>; Jacqueline.Snead@usdoj.gov; Joshua.kolsky@usdoj.gov; Gary.D.Feldon@usdoj.gov; Doug Kreis <DKreis@awkolaw.com>; Noverholtz@awkolaw.com; Jhoekstra@awkolaw.com; Amanda Hunt <AHunt@triallawfirm.com>; Emily Marlowe <emarlowe@triallawfirm.com>; cseeger@seegerweiss.com; dbuchanan@seegerweiss.com; MDL2885@seegerweiss.com; mkelly@seegerweiss.com; epefile@mostynlaw.com; maburns@mostynlaw.com; Brian Barr (External) <bbarr@levinlaw.com>; Troy Bouk (External) <tbouk@levinlaw.com>; taylor@hgdlawfirm.com; lewis@hgdlawfirm.com; jsleadd@hgdlawfirm.com; kcharonko@baileyglasser.com; vanello@douglasandlondon.com; jnd@beggslane.com; *BHulse@blackwellburke.com1 <BHulse@blackwellburke.com>; Andrew (Andy) Crowder <acrowder@blackwellburke.com>; Mike Burns <mike@maburns.com>; Brock, Mike

2

<[mike.brock@kirkland.com](mike.brock@kirkland.com)>; Nomellini, Mark J. <[mnomellini@kirkland.com](mnomellini@kirkland.com)>; [*Kimberly.branscome@dechert.com](*Kimberly.branscome@dechert.com) <[Kimberly.branscome@dechert.com](Kimberly.branscome@dechert.com)>; [*lhill@mhw-law.com](*lhill@mhw-law.com) <[lhill@mhw-law.com](lhill@mhw-law.com)>; [*hvanfleteren@mhw-law.com](*hvanfleteren@mhw-law.com) <[hvanfleteren@mhw-law.com](hvanfleteren@mhw-law.com)>; [*cbeall@mhw-law.com](*cbeall@mhw-law.com) <[cbeall@mhw-law.com](cbeall@mhw-law.com)>; Carter, Cole <[cole.carter@kirkland.com](cole.carter@kirkland.com)>; #3M-EarplugsKEAttys <[3M_earplugslitig@kirkland.com](3M_earplugslitig@kirkland.com)>; 3M Earplugs Dechert <[3MEarplugsDechert@dechert.com](3MEarplugsDechert@dechert.com)>; Judge David R. Herndon <[dave@herndonresolution.com](dave@herndonresolution.com)>
**Subject:** Re: 3M Combat Arms Earplug Prods. Liab. Litig. (3:19-md-02885) | Defendants' Cross-Notice of Deposition of Colonel (Ret.) Jay Vietas

That works here



**Shelley Hutson**
**Clark, Love & Hutson, PLLC**
440 Louisiana Street, Suite 1700 | Houston, Texas 77002
713-757-1400 (Telephone) | 713-759-1217 (Fax)
[SHutson@triallawfirm.com](SHutson@triallawfirm.com) | [www.TrialLawFirm.com](www.TrialLawFirm.com)

Confidentiality Notice: This email and any files transmitted with it are confidential and may be protected by legal privilege. It is intended solely for the use of the individual or entity to whom it is addressed. Please notify the sender immediately by e-mail if you have received this message in error and delete all copies. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the firm.

> On Jul 7, 2021, at 10:12 AM, Bryan Aylstock <[BAylstock@awkolaw.com](BAylstock@awkolaw.com)> wrote:
>
> EXTERNAL
>
> Nick,
>
> Happy to have whoever you want on the call, but to be clear: Not only does this date not work for us, nor was it cleared by us, but we object to any cross notice in a blatant violation of the Court's order closing general discovery in the MDL – a discovery cutoff that 3M itself proposed.
>
> How about 10:30 central?
>
> Best,
> bryan
>
> **From:** Wasdin, Nick [[mailto:nick.wasdin@kirkland.com](mailto:nick.wasdin@kirkland.com)]
> **Sent:** Wednesday, July 7, 2021 10:07 AM
> **To:** Bryan Aylstock <[BAylstock@awkolaw.com](BAylstock@awkolaw.com)>; Salas, Manu A. <[manu.salas@kirkland.com](manu.salas@kirkland.com)>; [roza.sheffield.2@us.af.mi](roza.sheffield.2@us.af.mi); [nicole.m.kim2.mil@mail.mil](nicole.m.kim2.mil@mail.mil); Wald, Robert E MAJ USARMY HQDA OTJAG (USA

<robert.e.wald.mil@mail.mil>; Jacqueline.Snead@usdoj.gov; Joshua.kolsky@usdoj.gov; Gary.D.Feldon@usdoj.gov; Doug Kreis <DKreis@awkolaw.com>; Neil Overholtz <NOverholtz@awkolaw.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; SHutson@triallawfirm.com; ahunt@triallawfirm.com; emarlowe@triallawfirm.com; cseeger@seegerweiss.com; dbuchanan@seegerweiss.com; MDL2885@seegerweiss.com; mkelly@seegerweiss.com; epefile@mostynlaw.com; maburns@mostynlaw.com; Brian Barr (External) <bbarr@levinlaw.com>; Troy Bouk (External) <tbouk@levinlaw.com>; taylor@hgdlawfirm.com; lewis@hgdlawfirm.com; jsleadd@hgdlawfirm.com; kcharonko@baileyglasser.com; vanello@douglasandlondon.com; jnd@beggslane.com; *BHulse@blackwellburke.com1 <BHulse@blackwellburke.com>; Andrew (Andy) Crowder <acrowder@blackwellburke.com>
**Cc:** Brock, Mike <mike.brock@kirkland.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; *Kimberly.branscome@dechert.com <Kimberly.branscome@dechert.com>; *lhill@mhw-law.com <lhill@mhw-law.com>; *hvanfleteren@mhw-law.com <hvanfleteren@mhw-law.com>; *cbeall@mhw-law.com <cbeall@mhw-law.com>; Carter, Cole <cole.carter@kirkland.com>; #3M-EarplugsKEAttys <3M_earplugslitig@kirkland.com>; 3M Earplugs Dechert <3MEarplugsDechert@dechert.com>; Judge David R. Herndon <dave@herndonresolution.com>
**Subject:** RE: 3M Combat Arms Earplug Prods. Liab. Litig. (3:19-md-02885) | Defendants' Cross-Notice of Deposition of Colonel (Ret.) Jay Vietas

Bryan,

I'm available to discuss before 3pm today, but any call should include 3M's MN counsel, who I'm copying here. I understand from MN counsel that the July 15 date was proposed by the government, but the government indicated the date is flexible. So if there are dates that work better for you and for the MN plaintiffs lawyers, please pass those along.

Nick

**Nicholas F. Wasdin**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3254  **F** +1 312 862 2000

nick.wasdin@kirkland.com

**From:** Bryan Aylstock <BAylstock@awkolaw.com>
**Sent:** Wednesday, July 7, 2021 8:32 AM
**To:** Salas, Manu A. <manu.salas@kirkland.com>; roza.sheffield.2@us.af.mi; nicole.m.kim2.mil@mail.mil; Wald, Robert E MAJ USARMY HQDA OTJAG (USA <robert.e.wald.mil@mail.mil>; Jacqueline.Snead@usdoj.gov; Joshua.kolsky@usdoj.gov; Gary.D.Feldon@usdoj.gov; Doug Kreis <DKreis@awkolaw.com>; Neil Overholtz <NOverholtz@awkolaw.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; SHutson@triallawfirm.com; ahunt@triallawfirm.com; emarlowe@triallawfirm.com; cseeger@seegerweiss.com; dbuchanan@seegerweiss.com; MDL2885@seegerweiss.com; mkelly@seegerweiss.com; epefile@mostynlaw.com; maburns@mostynlaw.com; Brian Barr (External) <bbarr@levinlaw.com>; Troy Bouk (External) <tbouk@levinlaw.com>; taylor@hgdlawfirm.com; lewis@hgdlawfirm.com; jsleadd@hgdlawfirm.com; kcharonko@baileyglasser.com; vanello@douglasandlondon.com; jnd@beggslane.com
**Cc:** Brock, Mike <mike.brock@kirkland.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; *Kimberly.branscome@dechert.com <Kimberly.branscome@dechert.com>; *lhill@mhw-law.com <lhill@mhw-law.com>; *hvanfleteren@mhw-law.com <hvanfleteren@mhw-law.com>; *cbeall@mhw-law.com <cbeall@mhw-law.com>; Carter, Cole <cole.carter@kirkland.com>; Wasdin, Nick <nick.wasdin@kirkland.com>; #3M-EarplugsKEAttys <3M_earplugslitig@kirkland.com>; 3M Earplugs Dechert <3MEarplugsDechert@dechert.com>; Judge David R. Herndon <dave@herndonresolution.com>

4

**Subject:** RE: 3M Combat Arms Earplug Prods. Liab. Litig. (3:19-md-02885) | Defendants' Cross-Notice of Deposition of Colonel (Ret.) Jay Vietas
**Importance:** High

Manu,

Please be advised that this date was never cleared with the MDL leadership and that we further object to this deposition as outside the discovery cutoff for general discovery.  Moreover, I understand that none of the MN bellwether cases involves a military user of the CAEv2.  Accordingly, this deposition is clearly an attempt to circumvent Judge Rodgers' order closing general discovery in the MDL   In short, we will be moving to quash this cross notice and including it on the agenda for the CMC on Friday.  Further, we would request a meet and confer on this issue today.  Please let us know of your availability.

Best,
Bryan

---

**From:** Salas, Manu A. [mailto:manu.salas@kirkland.com]
**Sent:** Tuesday, July 6, 2021 6:52 PM
**To:** roza.sheffield.2@us.af.mi; nicole.m.kim2.mil@mail.mil; Wald, Robert E MAJ USARMY HQDA OTJAG (USA <robert.e.wald.mil@mail.mil>; Jacqueline.Snead@usdoj.gov; Joshua.kolsky@usdoj.gov; Gary.D.Feldon@usdoj.gov; Bryan Aylstock <BAylstock@awkolaw.com>; Doug Kreis <DKreis@awkolaw.com>; Neil Overholtz <NOverholtz@awkolaw.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; SHutson@triallawfirm.com; ahunt@triallawfirm.com; emarlowe@triallawfirm.com; cseeger@seegerweiss.com; dbuchanan@seegerweiss.com; MDL2885@seegerweiss.com; mkelly@seegerweiss.com; epefile@mostynlaw.com; maburns@mostynlaw.com; Brian Barr (External) <bbarr@levinlaw.com>; Troy Bouk (External) <tbouk@levinlaw.com>; taylor@hgdlawfirm.com; lewis@hgdlawfirm.com; jsleadd@hgdlawfirm.com; kcharonko@baileyglasser.com; vanello@douglasandlondon.com; jnd@beggslane.com
**Cc:** Brock, Mike <mike.brock@kirkland.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; *Kimberly.branscome@dechert.com <Kimberly.branscome@dechert.com>; *lhill@mhw-law.com <lhill@mhw-law.com>; *hvanfleteren@mhw-law.com <hvanfleteren@mhw-law.com>; *cbeall@mhw-law.com <cbeall@mhw-law.com>; Carter, Cole <cole.carter@kirkland.com>; Wasdin, Nick <nick.wasdin@kirkland.com>; #3M-EarplugsKEAttys <3M_earplugslitig@kirkland.com>; 3M Earplugs Dechert <3MEarplugsDechert@dechert.com>
**Subject:** 3M Combat Arms Earplug Prods. Liab. Litig. (3:19-md-02885) | Defendants' Cross-Notice of Deposition of Colonel (Ret.) Jay Vietas

Counsel,

Attached please see Defendants' Cross-Notice of Remote Oral and Videotaped Deposition of Colonel (Ret.) Jay Vietas. Please note that the attached notice of deposition relates to all matters in the *3M Combat Arms Earplug Prods. Liability Litigation*, Case No. 3:19-md-02885.

Colonel Jay Vietas is author of a July 30, 2019 letter concerning the removal of the CAEv2 from Air Force inventories.

The attached cross-notice of deposition will also be posted to MDL Centrality.

Regards,
Manu

**Manu Salas**
Paralegal II

**KIRKLAND & ELLIS LLP**
2049 Century Park East, Suite 3700, Los Angeles, CA 90067
T +1 310 552 4338   M +1 718 552 6591
F +1 310 552 5900

manu.salas@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.


This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.