# EXHIBIT 18

Bryan F. Aylstock (FL, AL, MS)*
Justin G. Witkin (FL, AL)
Douglass A. Kreis (FL)
Neil D. Overholtz (FL)
R. Jason Richards (FL, CO)
Bobby J. "Brad" Bradford (FL, AL)
Stephen H. Echsner (FL)
D. Renée Baggett (FL)
Daniel J. Thornburgh (FL, MN)
Nathan C. Bess (FL)
* States in which attorney is licensed to practice law

E. Samuel "Sam" Geisler (FL, IL)
Jennifer M. Hoekstra (FL, IA)
James D. Barger (PA, NJ)
Chelsie R. Warner (MT, NV, WA)
S. Mary Liu (CA, FL)
Samantha M. Katen (FL, NC, CO)
Caitlyn P. Miller (FL, AL)
D. Nicole Guntner (FL, NY)
Lydia T. Lucius (AL, MO, FL, NJ)
Marybeth Putnick (DE, NJ)[†]
Hannah R. Pfeifler (FL)

[†] Of counsel

AYLSTOCK WITKIN KREIS OVERHOLTZ
www.AWKOLAW.com

17 East Main Street, Suite 200 • Pensacola, Florida 32502
Phone: (850) 202–1010 • Fax: (850) 916–7449

August 3, 2021

**VIA EMAIL**
The Honorable M. Casey Rodgers
United States District Court for the
Northern District of Florida
100 North Palafox Street
Pensacola, Florida 32502

The Honorable Gary R. Jones
United States Magistrate Judge
United States District Court for the
Northern District of Florida
401 SE First Avenue
Gainesville, Florida 32601

   Re: *In re: 3M Combat Arms Earplug Prods. Liab. Litig.*, 3:19-md-2885

Dear Judge Rodgers and Judge Jones:

  Plaintiffs write to inform the Court of an issue relating to the deposition of Col. (Ret.) Jay Vietas, anticipated in certain cases pending in the Fourth Judicial District of Minnesota (the "Minnesota Cases").

  As discussed at the July 9, 2021 Case Management Conference, on July 6, Defendants served an untimely[1] cross-notice on MDL Plaintiffs of a deposition of Col. Vietas to be taken in the Minnesota Cases. Shortly before the Case Management Conference, Defendants withdrew the cross-notice on MDL Plaintiffs. At the Case Management Conference, Defendants indicated that a motion to quash the Vietas deposition had been filed in the Minnesota proceedings, but sought the Court's guidance—in the event that the deposition were permitted to proceed in Minnesota— on "the procedure that the Court would want us to follow in the federal MDL." July 9, 2021 CMC

---

[1] Defendants have known for well over a year that Vietas authored the July 30, 2019 Department of the Air Force Memorandum regarding Removal of 3M's Dual-Ended Combat Earplugs, which was used in depositions as early as February, 2020. Defendants nevertheless elected not to seek testimony from Vietas before the applicable general discovery deadline of September 1, 2020. Now, eleven months after the close of Government discovery, Defendants should not be permitted to back door a second bite at the apple.

The Honorable M. Casey Rodgers
The Honorable Gary R. Jones
August 3, 2021
Page 2

Tr. at 50; *id.* 51 (3M counsel: "The Minnesota defendants in 3M will take the dep in Minnesota. The dep will exist. I assume that we would want to use that in this [MDL] case, if that was possible. We could seek leave for a cross notice or –"). The Court reminded Defendants that general discovery is closed, and clearly laid out the process Defendants would need to take in order to properly use or take the Vietas deposition: "This would have to be the subject of briefing because this would be outside of the Court's scheduling order. . . . I'll hear from you, but it needs to be in briefing form."[2] This guidance was later memorialized in CMO 20. *See* ECF 1839 at 5 ("Should the motion to quash be denied, Defendants must file a motion for leave to use the deposition in the MDL.").

Plaintiffs understand that the motion to quash filed in the Minnesota proceedings was denied by the special master for those proceedings; Plaintiffs are not aware of what further action has been taken to review the special master's determination. Defendants are pressing to schedule the Vietas deposition in the immediate future in order to use it in these proceedings,[3] despite having made no effort to reopen discovery in the MDL, or to establish a briefing schedule for such motion practice. On July 22, 2021, Defendants stated that they believe "the appropriate time to seek leave 'to use the deposition in the MDL' is after it is taken in MN."[4] This, of course, would either prevent MDL Plaintiffs from developing testimony, or would require MDL Plaintiffs to prepare for and take deposition testimony in a different action and jurisdiction, eleven months after the close of discovery.

In short, disregarding this Court's specific guidance, Defendants are proceeding to set this untimely deposition in that separate action, without MDL Plaintiffs present, while seeking to use the testimony in these proceedings. If Defendants intend to directly or indirectly[5] proffer Vietas's testimony in this MDL, they need to abide by the Court's guidance concerning that deposition.

\*   \*   \*

---

[2] July 9, 2021 CMC Tr. at 51; *see also id.* ("I know you have known about Colonel Vietas because that letter has been a part of discovery.... It was produced by the military as part of the *Touhy* process. You could have taken his deposition as part of that the government discovery. There was no limit on the depositions that you could have taken or sought to take during that phase of discovery. It ended September 30th.").
[3] Indeed, Vietas was listed as a witness on Defendants' July 14, 2021 witness list for *Taylor*. Witness lists for Blum and Adkins have not yet been exchanged.
[4] *See* Exhibit A, July 22, 2021 Wasdin Email, citing CMO 20 ("that order does not say defendants need to seek leave to 'take' the deposition.").
[5] Plaintiffs herein would be prejudiced not only if the time-barred testimony *itself* were later admitted, but also if the testimony was provided as supplemental "materials considered" for any of Defendants' experts or used in examination of Plaintiffs' experts.

The Honorable M. Casey Rodgers
The Honorable Gary R. Jones
August 3, 2021
Page 3

  Defendants should not be permitted to take an out-of-time deposition to be used, directly or indirectly, in these proceedings. Plaintiffs respectfully request that the Court set a deadline for Defendants to brief the issue in advance of the anticipated deposition, and Plaintiffs reserve all rights to oppose any motion Defendants later bring arguing for the reopening of discovery or the use of the Vietas deposition in these proceedings.

                Respectfully submitted,
                /s/ Bryan F. Aylstock
                Bryan F. Aylstock, Lead Counsel
                Florida State Bar No. 078263
                Aylstock, Witkin, Kreis & Overholtz, PLLC
                17 East Main Street, Suite 200
                Pensacola, FL 32502
                Tel.: (850) 202-1010
                baylstock@awkolaw.com

                David R. Buchanan, Co-Chair PSC
                (Admitted Pro Hac Vice)
                New Jersey State Bar No. 042741993
                Christopher A. Seeger, Co-Lead Counsel
                (Admitted Pro Hac Vice)
                New Jersey State Bar No. 042631990
                Seeger Weiss LLP
                55 Challenger Road, 6th Floor
                Ridgefield Park, NJ 07660
                Tel.: (212) 587-0700
                dbuchanan@seegerweiss.com
                cseeger@seegerweiss.com

The Honorable M. Casey Rodgers
The Honorable Gary R. Jones
August 3, 2021
Page 4

                                            Shelley V. Hutson, Co-Lead Counsel
                                            (Admitted Pro Hac Vice)
                                            Texas State Bar No. 00788878
                                            Clark, Love & Hutson, GP
                                            440 Louisiana Street, Suite 1600
                                            Houston, TX 77002
                                            Tel.: (713) 757-1400
                                            shutson@triallawfirm.com

                                            *Counsel for Plaintiffs*

cc:   Judge David Herndon (via email)
        Kimberly Branscome (via email)
        Mark Nomellini (via email)
        Nick Wasdin (via email)

P.O. Box 12630
Pensacola, Florida 32591

433 Plaza Real Blvd Ste. 271
Boca Raton, Florida 33432

# EXHIBIT A

**From:** Wasdin, Nick [mailto:nick.wasdin@kirkland.com]
**Sent:** Thursday, July 22, 2021 11:51 AM
**To:** Bryan Aylstock <BAylstock@awkolaw.com>; Shelley Hutson <SHutson@triallawfirm.com>
**Cc:** Jennifer Hoekstra <JHoekstra@awkolaw.com>; cseeger@seegerweiss.com; dbuchanan@seegerweiss.com; MDL2885@seegerweiss.com; *BHulse@blackwellburke.com1 <BHulse@blackwellburke.com>; Andrew (Andy) Crowder <acrowder@blackwellburke.com>; Brock, Mike <mike.brock@kirkland.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; *Kimberly.branscome@dechert.com <Kimberly.branscome@dechert.com>; *lhill@mhw-law.com <lhill@mhw-law.com>; *hvanfleteren@mhw-law.com <hvanfleteren@mhw-law.com>; *cbeall@mhw-law.com <cbeall@mhw-law.com>; Carter, Cole <cole.carter@kirkland.com>; #3M-EarplugsKEAttys <3M_earplugslitig@kirkland.com>; 3M Earplugs Dechert <3MEarplugsDechert@dechert.com>; Judge David R. Herndon <dave@herndonresolution.com>
**Subject:** RE: 3M Combat Arms Earplug Prods. Liab. Litig. (3:19-md-02885) | Defendants' Cross-Notice of Deposition of Colonel (Ret.) Jay Vietas

Bryan,

I'm dropping what I think are about a dozen unnecessary folks from the email, but please add back anyone I omitted who should be part of the conversation.

3M intends to take and use the Vietas deposition in the MN action, in which general discovery is ongoing as noted in the special master's order denying plaintiffs' motion to quash. As I mentioned below, 3M's MN counsel is getting new dates from the government today, and will attempt to accommodate your schedule should you choose to provide it.

With respect to your note about Judge Rodgers' CMO 20, that order does not say defendants need to seek leave to "take" the deposition (which is occurring during general discovery in the MN action); it says "Defendants must file a motion for leave *to use* the deposition in the MDL." Defendants will of course comply with that order, which I'm attaching here for your reference. Our view is that the appropriate time to seek leave "to use the deposition in the MDL" is after it is taken in MN, including because it may be helpful to the Court to see what Vietas says in order to rule on that motion.

Thus, 3M intends to proceed as follows: (i) schedule and notice the deposition in MN; (ii) seek leave from Judge Rodgers' to cross notice the deposition in the federal MDL, requesting that the Court reserve on the issue of "use" in the MDL until after the deposition is taken and the Court has the benefit of reviewing Vietas' testimony; and (iii) after the deposition is complete, file a motion for leave to "use" it in the MDL consistent with CMO 20.

Let me know if you'd like to discuss.

**Nicholas F. Wasdin**

————————————————
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3254  **F** +1 312 862 2000
————————————————

nick.wasdin@kirkland.com

**From:** Bryan Aylstock <BAylstock@awkolaw.com>
**Sent:** Thursday, July 22, 2021 8:39 AM
**To:** Wasdin, Nick <nick.wasdin@kirkland.com>; Shelley Hutson <SHutson@triallawfirm.com>
**Cc:** Salas, Manu A. <manu.salas@kirkland.com>; roza.sheffield.2@us.af.mi; nicole.m.kim2.mil@mail.mil; Wald, Robert E MAJ USARMY HQDA OTJAG (USA <robert.e.wald.mil@mail.mil>; Jacqueline.Snead@usdoj.gov; Joshua.kolsky@usdoj.gov; Gary.D.Feldon@usdoj.gov; Doug Kreis <DKreis@awkolaw.com>; Neil Overholtz <NOverholtz@awkolaw.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; Amanda Hunt <AHunt@triallawfirm.com>; Emily Marlowe <emarlowe@triallawfirm.com>; cseeger@seegerweiss.com; dbuchanan@seegerweiss.com; MDL2885@seegerweiss.com; mkelly@seegerweiss.com; epefile@mostynlaw.com; maburns@mostynlaw.com; Brian Barr (External) <bbarr@levinlaw.com>; Troy Bouk (External) <tbouk@levinlaw.com>; taylor@hgdlawfirm.com; lewis@hgdlawfirm.com; jsleadd@hgdlawfirm.com; kcharonko@baileyglasser.com; vanello@douglasandlondon.com; jnd@beggslane.com; *BHulse@blackwellburke.com1 <BHulse@blackwellburke.com>; Andrew (Andy) Crowder <acrowder@blackwellburke.com>; Mike Burns <mike@maburns.com>; Brock, Mike <mike.brock@kirkland.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; *Kimberly.branscome@dechert.com <Kimberly.branscome@dechert.com>; *lhill@mhw-law.com <lhill@mhw-law.com>; *hvanfleteren@mhw-law.com <hvanfleteren@mhw-law.com>; *cbeall@mhw-law.com <cbeall@mhw-law.com>; Carter, Cole <cole.carter@kirkland.com>; #3M-EarplugsKEAttys <3M_earplugslitig@kirkland.com>; 3M Earplugs Dechert <3MEarplugsDechert@dechert.com>; Judge David R. Herndon <dave@herndonresolution.com>
**Subject:** RE: 3M Combat Arms Earplug Prods. Liab. Litig. (3:19-md-02885) | Defendants' Cross-Notice of Deposition of Colonel (Ret.) Jay Vietas

Nick,
On July 9, 2021, Judge Rodgers ordered that because Vietas's deposition is anticipated in a separate action after the close of discovery in this action, MDL Defendants need to establish good cause in briefing in advance of the deposition if they seek to take or use it.
Have Defendants sought a briefing schedule to reopen discovery?
Best
Bryan

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Wasdin, Nick" <nick.wasdin@kirkland.com>
Date: 7/21/21 8:19 PM (GMT-05:00)
To: Bryan Aylstock <BAylstock@awkolaw.com>, Shelley Hutson <SHutson@triallawfirm.com>
Cc: "Salas, Manu A." <manu.salas@kirkland.com>, roza.sheffield.2@us.af.mi, nicole.m.kim2.mil@mail.mil, "Wald, Robert E MAJ USARMY HQDA OTJAG (USA" <robert.e.wald.mil@mail.mil>, Jacqueline.Snead@usdoj.gov, Joshua.kolsky@usdoj.gov, Gary.D.Feldon@usdoj.gov, Doug Kreis <DKreis@awkolaw.com>, Neil Overholtz <NOverholtz@awkolaw.com>, Jennifer Hoekstra <JHoekstra@awkolaw.com>, Amanda Hunt

<AHunt@triallawfirm.com>, Emily Marlowe <emarlowe@triallawfirm.com>, cseeger@seegerweiss.com, dbuchanan@seegerweiss.com, MDL2885@seegerweiss.com, mkelly@seegerweiss.com, epefile@mostynlaw.com, maburns@mostynlaw.com, "Brian Barr (External)" <bbarr@levinlaw.com>, "Troy Bouk (External)" <tbouk@levinlaw.com>, taylor@hgdlawfirm.com, lewis@hgdlawfirm.com, jsleadd@hgdlawfirm.com, kcharonko@baileyglasser.com, vanello@douglasandlondon.com, jnd@beggslane.com, "*BHulse@blackwellburke.com1" <BHulse@blackwellburke.com>, "Andrew (Andy) Crowder" <acrowder@blackwellburke.com>, Mike Burns <mike@maburns.com>, "Brock, Mike" <mike.brock@kirkland.com>, "Nomellini, Mark J." <mnomellini@kirkland.com>, "*Kimberly.branscome@dechert.com" <Kimberly.branscome@dechert.com>, "*lhill@mhw-law.com" <lhill@mhw-law.com>, "*hvanfleteren@mhw-law.com" <hvanfleteren@mhw-law.com>, "*cbeall@mhw-law.com" <cbeall@mhw-law.com>, "Carter, Cole" <cole.carter@kirkland.com>, #3M-EarplugsKEAttys <3M_earplugslitig@kirkland.com>, 3M Earplugs Dechert <3MEarplugsDechert@dechert.com>, "Judge David R. Herndon" <dave@herndonresolution.com>
Subject: RE: 3M Combat Arms Earplug Prods. Liab. Litig. (3:19-md-02885) | Defendants' Cross-Notice of Deposition of Colonel (Ret.) Jay Vietas

Bryan, the plaintiffs' motion to quash the Vietas dep in MN was denied. I understand that the folks at Blackwell Burke have reached out to the MN plaintiffs re scheduling, and intend to reach out to Major Wald tomorrow for another date. Do you intend to participate in that dep? If so, are there any dates that work (or don't work) the first or third week of August?

Nick

**Nicholas F. Wasdin**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 3254  F +1 312 862 2000

nick.wasdin@kirkland.com

**From:** Bryan Aylstock <BAylstock@awkolaw.com>
**Sent:** Wednesday, July 7, 2021 10:26 AM
**To:** Wasdin, Nick <nick.wasdin@kirkland.com>; Shelley Hutson <SHutson@triallawfirm.com>
**Cc:** Salas, Manu A. <manu.salas@kirkland.com>; roza.sheffield.2@us.af.mi; nicole.m.kim2.mil@mail.mil; Wald, Robert E MAJ USARMY HQDA OTJAG (USA <robert.e.wald.mil@mail.mil>; Jacqueline.Snead@usdoj.gov; Joshua.kolsky@usdoj.gov; Gary.D.Feldon@usdoj.gov; Doug Kreis <DKreis@awkolaw.com>; Neil Overholtz <NOverholtz@awkolaw.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; Amanda Hunt <AHunt@triallawfirm.com>; Emily Marlowe <emarlowe@triallawfirm.com>; cseeger@seegerweiss.com; dbuchanan@seegerweiss.com; MDL2885@seegerweiss.com; mkelly@seegerweiss.com; epefile@mostynlaw.com; maburns@mostynlaw.com; Brian Barr (External) <bbarr@levinlaw.com>; Troy Bouk (External) <tbouk@levinlaw.com>; taylor@hgdlawfirm.com; lewis@hgdlawfirm.com; jsleadd@hgdlawfirm.com; kcharonko@baileyglasser.com; vanello@douglasandlondon.com; jnd@beggslane.com; *BHulse@blackwellburke.com1 <BHulse@blackwellburke.com>; Andrew (Andy) Crowder <acrowder@blackwellburke.com>; Mike Burns <mike@maburns.com>; Brock, Mike <mike.brock@kirkland.com>; Nomellini, Mark J. <mnomellini@kirkland.com>;