UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: *Brandon Adkins*, 7:20-cv-00012; *Michelle Blum*, 7:20-cv-00122; *Marcus Hensley*, 7:20-cv-00093; *Ronald Sloan*, 7:20-cv-00001; *William Wayman*, 7:20-cv-00149. | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones  [FILED UNDER SEAL] |

## PLAINTIFFS' MOTION TO PRESERVE GENERAL *DAUBERT* MOTIONS PREVIOUSLY RULED UPON

In compliance with this Court's directives, Plaintiffs respectfully assert the following general *Daubert* motions for preservation purposes only. Plaintiffs incorporate by reference the arguments made in Plaintiffs' Omnibus Motion and Memorandum of Law to Exclude the Defendants' Expert Opinions and Testimony filed in the Group A bellwether cases on January 8, 2021. Doc. 1595. Defendants filed their response in opposition to Plaintiffs' motion on January 22, 2021. Doc. 1627. Subsequently, this Court entered five orders, *see* Docs. 1651, 1680, 1690, 1708, and 1780, resolving the Parties' *Daubert* motions, including Plaintiffs' motion, Doc. 1595.

### List of General *Daubert* Motions:

- Motion to exclude the opinions of Drs. Gregory A. Flamme and Mark R. Stephenson that rely upon the Auditory Hazard Assessment Algorithm for

FILED USDC FLND PN
AUG 6'21 AM9:27

Humans ("AHAAH") (Doc. 1595 at 5-10);

- Motion to exclude the causation opinions of Drs. Gregory A. Flamme and Mark R. Stephenson that do not apply a differential diagnosis or similar reliable methodology (Doc. 1595 at 10-12);

- Motion to exclude the opinions of Dr. Harri Kytomaa that rebut Dr. Richard McKinley and Dr. Stephen Armstrong's opinions related to Aearo's testing with the Acoustical Resistance Checker and its quality assurance processes, as well as the material composition of the CAEv2 (Doc. 1595 at 12-14);

- Motion to exclude the opinions of Dr. James Crawford that relate to the following: the Hearing Center of Excellence, the regulations governing the Army Hearing Program, and the importance of training and instruction relating to, and fitting of, hearing protection devices; medical readiness and hearing conservation in the Army; and his personal experiences and observations of the "significant gaps in the training and fitting of hearing protection devices" (Doc. 1595 at 15-22);

- Motion to exclude the opinions of Dr. John Casali that relate to military procurement, the MPID, whether the CAEv2 conformed to the performance specifications of the MPID, and AHAAH (Doc. 1595 at 22-26); and

- Motion to exclude the opinions of Lieutenant Colonel (Retired) Vickie Tuten that relate to the DoD's and Army Hearing Program's regulations and requirements regarding hearing protection and the DoD's and Army Hearing Program's implementation of such regulations and requirements (Doc. 1595 at 42-44).

## **CONCLUSION**

Plaintiffs respectfully move this Court to grant each of their general *Daubert* motions listed above in the Group B cases, but Plaintiffs understand this Court will enter orders in the Group B cases consistent with those entered in the Group A

bellwether cases. Docs. 1651, 1680, 1690, 1708, and 1780. Plaintiffs move on each of these *Daubert* motions for preservation purposes only.

|  |  |
|---|---|
| Date: August 6, 2021 | Respectfully submitted, |
|  | */s/ Bryan F. Aylstock* |
|  | Bryan F. Aylstock, Lead Counsel |
|  | Florida State Bar No. 078263 |
|  | AYLSTOCK, WITKIN, KREIS & |
|  | OVERHOLTZ, PLLC |
|  | 17 East Main Street, Suite 200 |
|  | Pensacola, FL 32502 |
|  | Tel.: (850) 202-1010 |
|  | baylstock@awkolaw.com |

Shelley V. Hutson, Co-Lead Counsel
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
CLARK, LOVE & HUTSON, PLLC
440 Louisiana Street
Suite 1700
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com

Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
SEEGER WEISS LLP
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Tel.: (212) 584-0700
cseeger@seegerweiss.com

**Counsel for Plaintiffs**

3

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

I hereby certify that this motion complies with the word limit of Local Rule 7.1(F) and contains 415 words.

*/s/ Bryan F. Aylstock*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2021, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

*/s/ Bryan F. Aylstock*