IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG LITIGATION LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Brandon Adkins*<br>Case No. 7:20-cv-00012<br><br>*Michele Blum*<br>Case No. 7:20-cv-00122<br><br>*Marcus Hensley*<br>Case No. 7:20-cv-00093<br><br>*Ronald E. Sloan*<br>Case No. 7:20-cv-00001<br><br>*William Wayman*<br>Case No. 7:20-cv-00149 | CASE NO.: 3:19-MD-2885-MCR-GRJ<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones<br><br>**CONFIDENTIAL - FILED UNDER SEAL** |

## DEFENDANTS' MOTION TO PRESERVE *DAUBERT* AND RULE 702 MOTIONS AND ARGUMENTS PREVIOUSLY RULED UPON

Defendants 3M Company and Aearo (collectively, "Defendants") pursuant to the Court's instruction provided on July 12, 2021, respectfully assert the following *Daubert* motions and arguments in this case. Defendants incorporate arguments on each Motion by reference to Defendants' Omnibus Motion to Exclude Plaintiffs' Putative Expert Opinions Under *Daubert* and Rule 702 and Incorporated Memorandum in Support Thereof filed under seal on January 8, 2021 (ECF No.

1606). Defendants further identify where these previous motions and arguments are made against new experts that Plaintiffs have designated for the Group B cases.

## List of *Daubert* Motions And Arguments:

- Several Experts Impermissibly Act As Attorney Mouthpieces — Summarizing Evidence Is Not Helpful Or Reliable Opinion. (I.A.)

  - This motion and argument also is asserted against new Plaintiffs' experts Marc Bennett and Stephen Gilder.

- Several Experts Impermissibly Act As Attorney Mouthpieces — Experts Cannot Offer Legal Conclusions. (I.B.)

  - This motion and argument also is asserted against new Plaintiffs' experts Marc Bennett and Stephen Gilder.

- Several Experts Impermissibly Act As Attorney Mouthpieces — State-of-Mind Opinions Are Impermissible. (I.C.)

  - This motion and argument also is asserted against new Plaintiffs' experts Marc Bennett and Stephen Gilder.

- Plaintiffs' Military "Safety Culture" Experts Have No Valid Basis For Their Opinions — Their "Safety Culture" Opinions Lack Any Methodology Or A Sufficient Factual Basis. (II.A.)

- Plaintiffs' Military "Safety Culture" Experts Have No Valid Basis For Their Opinions — Their Opinions Do Not Account For Objective, Empirical Evidence Establishing Many Soldiers Did Not Use Hearing Protection. (II.B.)

- Plaintiffs' Military "Safety Culture" Experts Have No Valid Basis For Their Opinions — Their Opinions Impermissibly Speculate About Soldiers' State of Mind. (II.C.)

- Plaintiffs' Military "Safety Culture" Experts Have No Valid Basis For Their Opinions — Their Opinions Do Not "Fit" With The Facts Of Any Plaintiff. (II.D.)

- Plaintiffs' Hearing Testing Experts' Opinions Use Unreliable Methodologies That Do Not Fit The Facts Of This Case — Plaintiffs' Experts' Evaluations of the

CAEv2 Are Unreliable. (III.A.)

- Plaintiffs' Hearing Testing Experts' Opinions Use Unreliable Methodologies That Do Not Fit The Facts Of This Case — The Opinions of David Eddins And Robert Juneau Should Be Excluded. (III.B.)[1]

- Plaintiffs' Hearing Testing Experts' Opinions Use Unreliable Methodologies That Do Not Fit The Facts Of This Case — Certain of Juneau's Other Opinions Should Be Excluded. (III.C.)

- Plaintiffs' Hearing Testing Experts' Opinions Use Unreliable Methodologies That Do Not Fit The Facts Of This Case — Certain of Franks' Opinions Are Unreliable, Without Foundation, Or Have Been Disavowed. (III.D.)

- Plaintiffs' Hearing Testing Experts' Opinions Use Unreliable Methodologies That Do Not Fit The Facts Of This Case — Eric Rose Lacks Any Methodology Or Basis For Opining Regarding Alleged Product Defects. (III.E.)

- Plaintiffs' Economic Loss Experts Lack Any Reliable Methodology Reasonably Applied To The Facts — Davis And Kucsma's Opinions On Earning Capacity And Worklife Capacity Should Be Excluded. (V.A.)

    - This motion and argument is asserted against new expert Cloie Johnson, as well as Neil Bennett, who relies on Johnson's work.

- Plaintiffs' Economic Loss Experts Lack Any Reliable Methodology Reasonably Applied To The Facts — Johnson Simply Copies Publicly Financial Figures Without Any Analysis Or Expert Opinion. (V.B.)

- Hidden Hearing Loss Opinions Do Not Fit Plaintiffs' Facts. (VI.A.-VI.C.)

---

[1] Eddins' Group B report is materially similar to his Group A report, and so, pursuant to this motion, his opinions should be excluded in Group B for the reasons stated in the Court's Group A *Daubert* order. On July 9, 2021—over seven months after the deadline to submit Group B expert reports—Eddins disclosed a "revised" Group B report that adds a number of new and previously undisclosed opinions, and seeks to cure certain of the deficiencies identified in the Court's Group A *Daubert* order. Defendants' motion to strike Eddins "revised" report is presently pending. *E.g.*, Case No. 7:20-cv-00012-MCR-GRJ (*Adkins*) Dkt. No. 21. Should the Court deny Defendants' motion, Defendants reserve the right to seek discovery into Eddins' new Group B opinions and file a supplemental motion under *Daubert* to exclude them.

- This motion and argument are preserved out of an abundance of caution, and Defendants make further arguments against Plaintiffs' experts' hidden hearing loss opinions in their Omnibus Motion to Exclude Plaintiffs' Group B Putative Experts.

- Plaintiffs' Experts' Opinions Regarding PTSD Are Speculative And Inadmissible — Fagelson, An Audiologist, Lacks the Qualifications To Opine About Medical Conditions Such as PTSD Or Sleep Disorders. (VII.A.)

- Other Experts Offer Opinions Beyond The Scope Of Any Expertise — Arriaga Is Not Qualified To Offer Opinions Regarding Product Testing, Labelling, Or Design Features. (VIII.A.)

  - This motion and argument also is asserted against new Plaintiffs' experts Marc Bennett and Stephen Gilder.

- Other Experts Offer Opinions Beyond The Scope Of Any Expertise — Bielefeld's Opinions About Employment Rates, Earning Capacity, Mental Health Issues And Dementia Are Improper And Inadmissible. (VIII.B.)

- Other Experts Offer Opinions Beyond The Scope Of Any Expertise — McKinley Has No Expertise In ISO 9001. (VIII.C.)

- Other Opinions Should Be Excluded — McKinley's Opinions About Defendants' Quality Testing Program Should Be Excluded. (IX.B.)

- Other Opinions Should Be Excluded — Madigan Should Not Be Allowed To Testify Regarding Causation. (IX.C.)

Respectfully submitted:

/s/ Charles F. Beall, Jr.
Larry Hill
Florida Bar No. 173908
lhill@mhw-law.com
Charles F. Beall, Jr.
Florida Bar No. 66494
cbeall@mhw-law.com
Haley J. VanFleteren
Florida Bar No. 1003674
hvanfleteren@mhw-law.com
MOORE, HILL & WESTMORELAND, P.A.
350 West Cedar Street
Maritime Place, Suite 100
Pensacola FL 32502
Telephone: (850) 434-3541

/s/ Robert C. "Mike" Brock
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mnomellini@kirkland.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

Pursuant to Local Rule 7.1(F), counsel for Defendants certify that this motion contains 838 words, excluding the case style, signature block, and certificates of compliance with the Local Rules.

Dated:  August 6, 2021

Respectfully submitted,

/s/ Robert C. Brock
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants
3M Company,
3M Occupational Safety LLC,
Aearo Technologies LLC,
Aearo Holding, LLC,
Aearo Intermediate, LLC and
Aearo LLC*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

Pursuant to Local Rule 7.1(B), counsel for Defendants certify that they held a conference to discuss the relief sought in this motion with Plaintiffs' counsel during a conference with Judge Herndon on July 12, 2021. Plaintiffs' counsel represented that they would not agree on July 12, 2021.

Dated: August 6, 2021	Respectfully submitted,

*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants*
*3M Company,*
*3M Occupational Safety LLC,*
*Aearo Technologies LLC,*
*Aearo Holding, LLC,*
*Aearo Intermediate, LLC and*
*Aearo LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 6, 2021, a true and correct copy of the foregoing:

**DEFENDANTS' MOTION TO PRESERVE *DAUBERT* AND RULE 702 MOTIONS AND ARGUMENTS PREVIOUSLY RULED UPON**

was served as follows:

☒ **[E-Mail]** By causing the above document to be sent via electronic mail to the parties at the email addresses listed below. I am aware that service is presumed invalid if the email transmission is returned as undeliverable.

| | |
|---|---|
| Bryan F. Aylstock, Lead Counsel<br>Douglass A. Kreis<br>Neil D. Overholtz<br>Jennifer M. Hoekstra<br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>17 East Main Street Suite 200<br>Pensacola, FL 32502<br>Tel.: (850) 202-1010<br>Email: baylstock@awkolaw.com<br>Email: dkreis@awkolaw.com<br>Email: NOverholtz@awkolaw.com<br>Email: jhoekstra@awkolaw.com<br><br>*Counsel for Plaintiff Michelle Blum*<br>Case No. 7:20-cv-00122<br><br>*Counsel for Plaintiff Marcus Hensley*<br>Case No. 7:20-cv-00093<br><br>*Counsel for Plaintiff William Wayman*<br>Case No. 7:20-cv-00149 | Shelley V. Hutson, Co-Lead Counsel<br>Emily B. Marlow<br>Clark, Love & Hutson, GP<br>440 Louisiana Street<br>Suite 1600<br>Houston, TX 77002<br>Tel.: (713) 757-1400<br>Email: shutson@triallawfirm.com<br>Email: emarlowe@triallawfirm.com<br>Email: bgreif@triallawfirm.com<br><br>*Counsel for Plaintiff Ronald Sloan*<br>Case No. 7:20-cv-00001 |

| | |
|---|---|
| *Counsel for Plaintiff Ronald Sloan*<br>Case No. 7:20-cv-00001<br><br>*Counsel for Plaintiff Brandon Adkins*<br>Case No. 7:20-cv-00012 | |
| Christopher A. Seeger, Co-Lead Counsel<br>David R. Buchanan<br>Caleb A. Seeley<br>Maxwell H. Kelly<br>Seeger Weiss LLP<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660<br>Tel.: (212) 584-0700<br>Email: cseeger@seegerweiss.com<br>Email: dbuchanan@seegerweiss.com<br>Email: cseeley@seegerweiss.com<br>Email: mkelly@seegerweiss.com<br>Email: MDL2885@seegerweiss.com<br><br>*Counsel for Plaintiff William Wayman*<br>Case No. 7:20-cv-00149 | Michael A. Burns, Co-Liaison Counsel<br>Caroline L. Maide<br>Mostyn Law Firm<br>3810 W. Alabama Street<br>Houston, TX  77027<br>Tel.: (713) 714-0000<br>Email: epefile@mostynlaw.com<br>Email: maburns@mostynlaw.com<br><br>*Counsel for Plaintiff Michelle Blum*<br>Case No. 7:20-cv-00122 |
| Evan D. Buxner,<br>Plaintiffs' Executive Committee<br>Gori Julian & Associates<br>156 North Main Street<br>Edwardsville, IL 62025<br>Tel.: (618) 659-9833<br>Email: evan@gorijulianlaw.com | Brian H. Barr, Co-Liaison Counsel<br>Winston Troy Bouk<br>Troy A. Refferty<br>Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A.<br>316 S Baylen St. Ste 600<br>Pensacola, FL 32502<br>Tel.: (850) 435-7045<br>Email: bbarr@levinlaw.com<br>Email: tbouk@levinlaw.com<br>Email: trafferty@levinlaw.com |
| Taylor Bartlett<br>Jeanie Sleadd | Muhammad S. Aziz<br>Abraham Watkins Nichols |

| | |
|---|---|
| William L. Garrison, Jr.<br>Heninger Garrison Davis LLC<br>2224 1st Avenue North<br>Birmingham, AL 35203<br>Tel.: (205)326-3336<br>Email: taylor@hgdlawfirm.com<br>Email: jsleadd@hgdlawfirm.com<br>Email: lewis@hgdlawfirm.com<br><br>*Counsel for Plaintiff Marcus Hensley*<br>Case No. 7:20-cv-00093 | 800 Commerce Street<br>Houston, TX 77055<br>Tel.: (713) 222-7211<br>Email: jdean@abrahamwatkins.com<br><br>*Counsel for Plaintiff Ronald Sloan*<br>Case No. 7:20-cv-00001 |
| Kenneth C. Bailey<br>Robert W. Cowan<br>Aaron M. Heckaman<br>Andrea M. McGinnis<br>Katie R. Caminati<br>Bailey Cowan Heckaman PLLC<br>1360 Post Oak Blvd.<br>Suite 2300<br>Houston, TX 77056<br>Tel.: (713) 425-7100<br>Email: bailey-svc@bpblaw.com<br>Email: sbuchanan@bchlaw.com<br>Email: amcginnis@bchlaw.com<br>Email: kmcgregor@bchlaw.com<br>Email: rcowan@bchlaw.com<br><br>*Counsel for Plaintiff Brandon Adkins*<br>Case No. 7:20-cv-00012 | |

DATED: August 6, 2021

    */s/ Robert C. Brock*
    Robert C. "Mike" Brock