UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *Robert Schell,* Case No. 3:21-cv-108 <br><br> *Anthony Commiso*, Case No. 3:21-cv-962 <br><br> *Dylan Sturm*, Case No. 3:20-cv-5092 <br><br> *Michael Chesney*, Case No. 3:20-cv-5644 <br><br> *Tyler Little*, Case No. 3:21-cv-739 <br><br> v. <br><br> 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AERO LLC, and AEARO TECHNOLOGIES LLC, <br><br> Defendants. | Case No. 3:19-MD-02885 <br> MDL No. 2885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that pursuant to Pretrial Order No. 3, Rebecca Fredona, of the firm Moll Law Group, hereby enters her appearance in the above-captioned matters as counsel for plaintiffs, Robert Schell, Anthony Commiso, Dylan Sturm, Michael Chesney, and Tyler Little and respectfully requests all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: August 16, 2021

                                                Respectfully submitted,

                                                By: /s/ *Rebecca Fredona*
                                                Rebecca Fredona
                                                MOLL LAW GROUP
                                                22 W Washington Street, 15th
                                                Floor Chicago, IL 60602
                                                T: (312) 462-1700
                                                F: (312) 756-0045
                                                rfredona@molllawgroup.com
                                                **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<em><u>/s/ Rebecca Fredona</u></em>