IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN THE DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>the Master Docket and<br>*McNeal v. 3M Company, et al.*, 7:20-cv-66<br>*Montero v. 3M Company, et al.*, 7:20-cv-67 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, Kathryn Couey hereby moves the Court for an order for admission to practice *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Movant resides in Illinois and is not a resident of the State of Florida. Movant is admitted to practice and is a member of good standing of the State Bar of Illinois (Bar No. 6308798).

2. A copy of the Certificate of Good Standing from the Illinois State Bar dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number, FLND16291366824771, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has an upgraded, "NextGen" PACER account, and it is an individual account and not a firm account.

6. Movant will file a Notice of Appearance in the master case, *In re: 3M Combat Arms Earplug Products Liability Litigation*, No. 2:19-md-2885 (MCR)(GRJ).

7. Movant will also file a Notice of Appearance in the related cases, *McNeal v. 3M Company, et al.*, 7:20-cv-66 and *Montero v. 3M Company, et al.,* 7:20-cv-67.

Wherefore, Kathryn Couey respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case filings to the undersigned.

Dated: August 17, 2021

Respectfully submitted,

*/s/ Kathryn Couey*
Kathryn Couey (IL Bar 6308798)
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 334-6066
kathryn.couey@kellerlenkner.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2021, I caused the foregoing Motion to Appear *Pro Hac Vice* to be filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Kathryn Couey*
Kathryn Couey