# EXHIBIT C

**From:** Wasdin, Nick [mailto:nick.wasdin@kirkland.com]
**Sent:** Thursday, July 22, 2021 11:51 AM
**To:** Bryan Aylstock <BAylstock@awkolaw.com>; Shelley Hutson <SHutson@triallawfirm.com>
**Cc:** Jennifer Hoekstra <JHoekstra@awkolaw.com>; cseeger@seegerweiss.com; dbuchanan@seegerweiss.com; MDL2885@seegerweiss.com; *BHulse@blackwellburke.com1 <BHulse@blackwellburke.com>; Andrew (Andy) Crowder <acrowder@blackwellburke.com>; Brock, Mike <mike.brock@kirkland.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; *Kimberly.branscome@dechert.com <Kimberly.branscome@dechert.com>; *lhill@mhw-law.com <lhill@mhw-law.com>; *hvanfleteren@mhw-law.com <hvanfleteren@mhw-law.com>; *cbeall@mhw-law.com <cbeall@mhw-law.com>; Carter, Cole <cole.carter@kirkland.com>; #3M-EarplugsKEAttys <3M_earplugslitig@kirkland.com>; 3M Earplugs Dechert <3MEarplugsDechert@dechert.com>; Judge David R. Herndon <dave@herndonresolution.com>
**Subject:** RE: 3M Combat Arms Earplug Prods. Liab. Litig. (3:19-md-02885) | Defendants' Cross-Notice of Deposition of Colonel (Ret.) Jay Vietas

Bryan,

I'm dropping what I think are about a dozen unnecessary folks from the email, but please add back anyone I omitted who should be part of the conversation.

3M intends to take and use the Vietas deposition in the MN action, in which general discovery is ongoing as noted in the special master's order denying plaintiffs' motion to quash.  As I mentioned below, 3M's MN counsel is getting new dates from the government today, and will attempt to accommodate your schedule should you choose to provide it.

With respect to your note about Judge Rodgers' CMO 20, that order does not say defendants need to seek leave to "take" the deposition (which is occurring during general discovery in the MN action); it says "Defendants must file a motion for leave *to use* the deposition in the MDL."  Defendants will of course comply with that order, which I'm attaching here for your reference.  Our view is that the appropriate time to seek leave "to use the deposition in the MDL" is after it is taken in MN, including because it may be helpful to the Court to see what Vietas says in order to rule on that motion.

Thus, 3M intends to proceed as follows: (i) schedule and notice the deposition in MN; (ii) seek leave from Judge Rodgers' to cross notice the deposition in the federal MDL, requesting that the Court reserve on the issue of "use" in the MDL until after the deposition is taken and the Court has the benefit of reviewing Vietas' testimony; and (iii) after the deposition is complete, file a motion for leave to "use" it in the MDL consistent with CMO 20.

Let me know if you'd like to discuss.

**Nicholas F. Wasdin**
_____
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3254  **F** +1 312 862 2000
_____

nick.wasdin@kirkland.com

**From:** Bryan Aylstock <BAylstock@awkolaw.com>
**Sent:** Thursday, July 22, 2021 8:39 AM
**To:** Wasdin, Nick <nick.wasdin@kirkland.com>; Shelley Hutson <SHutson@triallawfirm.com>
**Cc:** Salas, Manu A. <manu.salas@kirkland.com>; roza.sheffield.2@us.af.mi; nicole.m.kim2.mil@mail.mil; Wald, Robert E MAJ USARMY HQDA OTJAG (USA <robert.e.wald.mil@mail.mil>; Jacqueline.Snead@usdoj.gov; Joshua.kolsky@usdoj.gov; Gary.D.Feldon@usdoj.gov; Doug Kreis <DKreis@awkolaw.com>; Neil Overholtz <NOverholtz@awkolaw.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; Amanda Hunt <AHunt@triallawfirm.com>; Emily Marlowe <emarlowe@triallawfirm.com>; cseeger@seegerweiss.com; dbuchanan@seegerweiss.com; MDL2885@seegerweiss.com; mkelly@seegerweiss.com; epefile@mostynlaw.com; maburns@mostynlaw.com; Brian Barr (External) <bbarr@levinlaw.com>; Troy Bouk (External) <tbouk@levinlaw.com>; taylor@hgdlawfirm.com; lewis@hgdlawfirm.com; jsleadd@hgdlawfirm.com; kcharonko@baileyglasser.com; vanello@douglasandlondon.com; jnd@beggslane.com; *BHulse@blackwellburke.com1 <BHulse@blackwellburke.com>; Andrew (Andy) Crowder <acrowder@blackwellburke.com>; Mike Burns <mike@maburns.com>; Brock, Mike <mike.brock@kirkland.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; *Kimberly.branscome@dechert.com <Kimberly.branscome@dechert.com>; *lhill@mhw-law.com <lhill@mhw-law.com>; *hvanfleteren@mhw-law.com <hvanfleteren@mhw-law.com>; *cbeall@mhw-law.com <cbeall@mhw-law.com>; Carter, Cole <cole.carter@kirkland.com>; #3M-EarplugsKEAttys <3M_earplugslitig@kirkland.com>; 3M Earplugs Dechert <3MEarplugsDechert@dechert.com>; Judge David R. Herndon <dave@herndonresolution.com>
**Subject:** RE: 3M Combat Arms Earplug Prods. Liab. Litig. (3:19-md-02885) | Defendants' Cross-Notice of Deposition of Colonel (Ret.) Jay Vietas

Nick,
On July 9, 2021, Judge Rodgers ordered that because Vietas's deposition is anticipated in a separate action after the close of discovery in this action, MDL Defendants need to establish good cause in briefing in advance of the deposition if they seek to take or use it.
Have Defendants sought a briefing schedule to reopen discovery?
Best
Bryan



Sent from my Verizon, Samsung Galaxy smartphone



-------- Original message --------
From: "Wasdin, Nick" <nick.wasdin@kirkland.com>
Date: 7/21/21 8:19 PM (GMT-05:00)
To: Bryan Aylstock <BAylstock@awkolaw.com>, Shelley Hutson <SHutson@triallawfirm.com>
Cc: "Salas, Manu A." <manu.salas@kirkland.com>, roza.sheffield.2@us.af.mi, nicole.m.kim2.mil@mail.mil, "Wald, Robert E MAJ USARMY HQDA OTJAG (USA" <robert.e.wald.mil@mail.mil>, Jacqueline.Snead@usdoj.gov, Joshua.kolsky@usdoj.gov, Gary.D.Feldon@usdoj.gov, Doug Kreis <DKreis@awkolaw.com>, Neil Overholtz <NOverholtz@awkolaw.com>, Jennifer Hoekstra <JHoekstra@awkolaw.com>, Amanda Hunt

<AHunt@triallawfirm.com>, Emily Marlowe <emarlowe@triallawfirm.com>, cseeger@seegerweiss.com, dbuchanan@seegerweiss.com, MDL2885@seegerweiss.com, mkelly@seegerweiss.com, epefile@mostynlaw.com, maburns@mostynlaw.com, "Brian Barr (External)" <bbarr@levinlaw.com>, "Troy Bouk (External)" <tbouk@levinlaw.com>, taylor@hgdlawfirm.com, lewis@hgdlawfirm.com, jsleadd@hgdlawfirm.com, kcharonko@baileyglasser.com, vanello@douglasandlondon.com, jnd@beggslane.com, "*BHulse@blackwellburke.com1" <BHulse@blackwellburke.com>, "Andrew (Andy) Crowder" <acrowder@blackwellburke.com>, Mike Burns <mike@maburns.com>, "Brock, Mike" <mike.brock@kirkland.com>, "Nomellini, Mark J." <mnomellini@kirkland.com>, "*Kimberly.branscome@dechert.com" <Kimberly.branscome@dechert.com>, "*lhill@mhw-law.com" <lhill@mhw-law.com>, "*hvanfleteren@mhw-law.com" <hvanfleteren@mhw-law.com>, "*cbeall@mhw-law.com" <cbeall@mhw-law.com>, "Carter, Cole" <cole.carter@kirkland.com>, #3M-EarplugsKEAttys <3M_earplugslitig@kirkland.com>, 3M Earplugs Dechert <3MEarplugsDechert@dechert.com>, "Judge David R. Herndon" <dave@herndonresolution.com>
Subject: RE: 3M Combat Arms Earplug Prods. Liab. Litig. (3:19-md-02885) | Defendants' Cross-Notice of Deposition of Colonel (Ret.) Jay Vietas

Bryan, the plaintiffs' motion to quash the Vietas dep in MN was denied. I understand that the folks at Blackwell Burke have reached out to the MN plaintiffs re scheduling, and intend to reach out to Major Wald tomorrow for another date. Do you intend to participate in that dep? If so, are there any dates that work (or don't work) the first or third week of August?

Nick

**Nicholas F. Wasdin**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 3254   F +1 312 862 2000

nick.wasdin@kirkland.com

**From:** Bryan Aylstock <BAylstock@awkolaw.com>
**Sent:** Wednesday, July 7, 2021 10:26 AM
**To:** Wasdin, Nick <nick.wasdin@kirkland.com>; Shelley Hutson <SHutson@triallawfirm.com>
**Cc:** Salas, Manu A. <manu.salas@kirkland.com>; roza.sheffield.2@us.af.mi; nicole.m.kim2.mil@mail.mil; Wald, Robert E MAJ USARMY HQDA OTJAG (USA <robert.e.wald.mil@mail.mil>; Jacqueline.Snead@usdoj.gov; Joshua.kolsky@usdoj.gov; Gary.D.Feldon@usdoj.gov; Doug Kreis <DKreis@awkolaw.com>; Neil Overholtz <NOverholtz@awkolaw.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; Amanda Hunt <AHunt@triallawfirm.com>; Emily Marlowe <emarlowe@triallawfirm.com>; cseeger@seegerweiss.com; dbuchanan@seegerweiss.com; MDL2885@seegerweiss.com; mkelly@seegerweiss.com; epefile@mostynlaw.com; maburns@mostynlaw.com; Brian Barr (External) <bbarr@levinlaw.com>; Troy Bouk (External) <tbouk@levinlaw.com>; taylor@hgdlawfirm.com; lewis@hgdlawfirm.com; jsleadd@hgdlawfirm.com; kcharonko@baileyglasser.com; vanello@douglasandlondon.com; jnd@beggslane.com; *BHulse@blackwellburke.com1 <BHulse@blackwellburke.com>; Andrew (Andy) Crowder <acrowder@blackwellburke.com>; Mike Burns <mike@maburns.com>; Brock, Mike <mike.brock@kirkland.com>; Nomellini, Mark J. <mnomellini@kirkland.com>;