UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| | Judge M. Casey Rodgers |
| This Document Relates to: Jeffrey Burns v. 3M Company, et al Docket No. 9:20-cv-13080-MCR-GRJ | Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the United States District Court for the Northern District of Florida Local Rule 11.1, Eric J. Haag respectfully moves this Court for admission to practice *pro hac vice* in the above-captioned action and in support thereof states as follows:

1. Movant resides in Wisconsin, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Wisconsin (State Bar No. 1026958). A copy of a Certificate of Good Standing from the Wisconsin Supreme Court dated within 30 days of this motion is attached hereto as 'Exhibit A' and made a part hereof.

3. Movant has successfully completed the online Attorney Admission Tutorial, confirmation number: FLND16297372534791, and has reviewed the Local Rules of the Northern District of Florida and the CM/ECF Attorney User's Guide.

4. Movant possesses an upgraded PACER account.

1

WHEREFORE, Eric J. Haag respectfully requests that this Court enter an Order granting the motion to appear *pro hac vice*, and directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated this 24th day of August, 2021.

Respectfully Submitted,

_____
Eric J. Haag
ATTERBURY, KAMMER & HAAG, S.C.
8500 Greenway Blvd., Suite 103
Middleton, WI 53562
(608) 821-4600
Fax: (608) 821-4610
ehaag@wiscinjurylawyers.com
*Attorneys for Jeffrey A. Burns*