

Sheila T. Reiff
Clerk

# WISCONSIN SUPREME COURT
### OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Sheila T. Reiff, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

ERIC J. HAAG

was admitted to practice as an attorney within this state on June 18, 1996 and is presently in good standing in this court.

Dated: August 5, 2021

*SHEILA T. REIFF*
Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing



EXHIBIT A