# United States District Court
## CIVIL MINUTES - GENERAL

Case No.:  **3:19-md-2885-MCR/GRJ**                                              Date:  August 20, 2021
In Re:   **3M Combat Arms Earplug Products Liability Litigation**

**DOCKET ENTRY: 21st Case Management Conference**
Attendance of counsel in person and by telephone.    U.S. Magistrate Judge Gary Jones and Special Master Judge David Herndon present by video.    Order to follow memorializing the Case Management Conference.

**PRESENT:**

| Honorable | **M. Casey Rodgers** | Justin Ferraro | Barbara Rogers | Donna Boland |
|---|---|---|---|---|
| | **United States District Judge** | Law Clerk | Deputy Clerk | Court Reporter |
| Honorable | **Gary R. Jones** | | | |
| | **United States Magistrate Judge** | | | |

**APPEARANCES:**

**Lead Counsel for Plaintiffs:** Bryan Aylstock, Shelley Hutson, Jennifer Hoekstra, and Christopher Seeger

**Lead Counsel for Defendants:** Kimberly Branscome, Larry Hill, Mark Nomellini, Nick Wasdin, Jay Bhimani, Charles Beall, and Saghar Esfandiarifard

**PROCEEDINGS:**

10:08 am    Court in Session - Introduction of Counsel
Court and counsel address the following agenda items:

I. **Deposition of Colonel (ret.) Jay Vietas re: Air Force Memorandum.**
Court entered ruling on 8/19/21.

II. **Future Trials and Discovery Cases**
The court is going to enter a series of orders pertaining to future trials, discovery cases and the movement of cases from the admin docket to the MDL (active) docket. Those orders are to be followed by a series of wave orders to address the transitioned cases.

**Group C Trial update**
The five cases in Group C are to be tried between October and December, Chief Judge Walker and Judge Winsor have agreed to try a case.

**Group D Trial update**
Final bellwether pool trials are ready for trial at the end of February 2022. Court to solicit help from other judges.

III. **Group B Trial Schedule**
  a. Adkins (September Trial) (Hoekstra/Nomellini)
     Plaintiff trial attorney's: Jennifer Hoekstra, Adam Wolfson, Mike Sacchet, Robert Hosen.
     Defense trial attorney's: Mark Nomellini, Kari Karis, Nick Wasdin.
  b. Blum (October Trial), both parties still building teams. (Overholtz/Nomellini)
     Plaintiff trial attorney's: Neil Overholtz, Doug Monsour, Katy Krottinger, atty from Mostyn Law firm.
     Defense trial attorney's: Mark Nomellini, Mike Brock, Barry Fields, Sierra Elizabeth.
  c. Hensley, Sloan, Wayman (January Trial), both parties still building teams. (Aylstock/Branscome)
     Trial to start 1/10/2022, order to follow.

**IV. Motion to Dismiss *Lopez* (Group C)** (Burnett/Nomellini)
Court takes under advisement, order forthcoming.
Alternate Mr. Montero is moved into Mr. Lopez's case.

**V. Update on PTO 81 Implementation (Early Vetting Sub-Committee)**
Transition and wave orders will dispose of this agenda item.

Daubert Hearing – Group B scheduled 8/31/2021 at 8:30 am.

10:44 am       Court in Recess