UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Adkins*, 7:20-cv-0012<br>*Wayman*, 7:20-cv-149<br>*Finley*, 7:20-cv-170<br>*Palanki*, 3:19-cv-02324<br>*Montero*, 7:20-cv-00067<br>*Stelling*, 7:20-cv-00143 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**ORDER**

The Court will hold an evidentiary hearing at 8:00AM CT on Tuesday, August 31, 2021, to hear expert testimony regarding the general scientific reliability of a hidden hearing loss and/or cochlear synaptopathy diagnosis. *See Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993).  Counsel participating in the hearing must attend in person; however, testifying experts may appear by Zoom.  In addition to examination time, each side will be permitted 10 minutes for argument, not including any follow-up questioning from the Court.

Additionally, the Court will hold the Bellwether Group C choice of law evidentiary hearing immediately following the *Daubert* hearing.  Witnesses may appear by Zoom; however, counsel participating in the hearing must attend in

person.  The parties should meet and confer on the order of presentations and provide the Court with a proposed schedule by August 28th at 5PM CT.

**SO ORDERED**, on this 25th day of August 2021.

*M. Casey Rodgers*
‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**