# IN THE UNITED STATES DISTRICT COURT
## FOR NORTHERN THE DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION

*This document relates to:*
the Master Docket and
*Adams v. 3M Company, et al.*, 8: 20-cv-04631
*Aguirre v. 3M Company, et al.,* 8:20-cv-04634
*Bailey v. 3M Company, et al., 8:20-cv-04640*

*Bauernfeind v. 3M Company, et al.,*8:20-cv-04642
*Briggs v. 3M Company, et al.,*8:20-ccv-04645
*Brown v. 3M Company, et al.,* 8:20-04648
*Browning v. 3M Company, et al.,* 8:20-cv-04651
*Caison v. 3M Company, et al.,* 8:20-cv-04653
*Chatman v. 3M Company , et al.,* 8:20-cv-04656
*Dryden v. 3M Company, et al.,* 8:20-cv-04659
*Dunlap v. 3M Company, et al.,* 8:20-cv-04662
*Elliott v. 3M Company, et al.,* 8:20-cv-04664
*Faulk v. 3M Company, et al.,* 8:20-cv-04667
*Flick v. 3M Company, et al.,* 8:20-cv-04671
*Frye v. 3M Company, et al.,*8:20-cv-04674
*Garcia v. 3M Company, et al.,*8:20-cv-04677
*Gilbertsen v. 3M Company, et al.,* 8:20-cv-04679
*Gonzalez v. 3M Company, et al.,* 8:20-cv-04682
*Gray v. 3M Company, et al.,*8:20-cv-04685
*Greaves v. 3M Company, et al.,*8:20-cv-04688
*Grimes v. 3M Company, et al.,* 8:20-cv-04690
*Guerra v. 3M Company, et al.,* 8:20-cv-04693
*Hands v. 3M Company, et al.,*8:20-cv-04696
*Hanf v. 3M Company, et al.,*8:20-cv-04700
*Harper v. 3M Company, et al.,* 8:20-cv-04703
*Harris v. 3M Company, et al.,* 8:20-cv-04707

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

*Hemley v. 3M Company, et al.,* 8:20-cv-04710
*Heustis v. 3M Company, et al.,* 8:20-cv-04714
*High v. 3M Company, et al.,* 8:20-cv-04717
*Hoover v. 3M Company, et al.,* 8:20-cv-04721
*Huyghue v. 3M Company, et al.,* 8:20-cv-04725
*Inama v. 3M Company, et al.,* 8:20-cv-04728
*Infante v. 3M Company, et al.,* 8:20-cv-04732
*Jarman v. 3M Company, et al.,* 8:20-cv-04735
*Jeffries v. 3M Company, et al.,* 8:20-cv-04739
*Johns v. 3M Company, et al.,* 8:20-cv-04742
*Johnson v. 3M Company, et al.,* 8:20-cv-04746
*Johnson v. 3M Company, et al.,* 8:20-cv-04751
*Jordal v. 3M Company, et al.,* 8:20-cv-04755
*Kai v. 3M Company, et al.,* 8:20-cv-04759
*Kirby v. 3M Company, et al.,* 8:20-cv-04762
*Kulp v. 3M Company, et al.,* 8:20-cv-04765
*Lee v. 3M Company, et al.,* 8:20-cv-04769
*Vargas Louis v. 3M Company, et al.,* 8:20-cv-04773
*Maestas v. 3M Company, et al.,* 8:20-cv-04776
*Margist v. 3M Company, et al.,* 8:20-cv-04780
*Martinez v. 3M Company, et al.,* 8:20-cv-04784
*May v. 3M Company, et al.,* 8:20-cv-04787
*McDowell v. 3M Company, et al.,* 8:20-cv-04790
*Mislin v. 3M Company, et al.,:* 8:20-cv-04794
*Moore v. 3M Company, et al.,* 8:20-cv-04798
*Morgan v. 3M Company, et al.,* 8:20-cv-04802
*Muhammad v. 3M Company, et al.,* 8:20-cv-04805
*Narvaez v. 3M Company, et al.,* 8:20-cv-04809
*Noel v. 3M Company, et al.,* 8:20-cv-04812
*Olivera v. 3M Company, et al.,* 8:20-cv-04816
*Osborne v. 3M Company, et al.,* 8:20-cv-04819
*Polzin v. 3M Company, et al.,* 8:20-cv-04823
*Renfroe v. 3M Company, et al.,* 8:20-cv-04827
*Rhodes v. 3M Company, et al.,* 8:20-cv-04831
*Rouse v. 3M Company, et al.,* 8:20-cv-04834
*Runyan v. 3M Company, et al.,* 8:20-cv-04837
*Rusler v. 3M Company, et al.,* 8:20-cv-04841
*Shaw v. 3M Company, et al.,* 8:20-cv-04845
*Shields v. 3M Company, et al.,* 8:20-cv-04848

*Smith v. 3M Company, et al.,* 8:20-cv-04852
*Souder v. 3M Company, et al.,* 8:20-cv-04856
*Spears v. 3M Company, et al.,* 8:20-cv-04859
*Taylor v. 3M Company, et al.,* 8:20-cv-04862
*Taylor v. 3M Company, et al.,* 8:20-cv-04866
*Teafoe v. 3M Company, et al.,* 8:20-cv-04870
*Thorp v. 3M Company, et al.,* 8:20-cv-04873
*VanCamp v. 3M Company, et al.,* 8:20-cv-04876
*Wasser v. 3M Company, et al.,* 8:20-cv-04880
*Wheeler v. 3M Company, et al.,* 8:20-cv-04884
*White v. 3M Company, et al.,* 8:20-cv-04887
*Williams v. 3M Company, et al.,* 8:20-cv-04891
*Young v. 3M Company, et al.,* 8:20-cv-04895
*Loop v. 3M Company, et al.,* 8:20-cv-05650
*Tripp v. 3M Company, et al.,* 8:20-cv-05762
*Sury v. 3M Company, et al.,* 8:20-cv-97115

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, Thomas Lech hereby moves the Court for an order for admission to practice *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Movant resides in Illinois and is not a resident of the State of Florida. Movant is admitted to practice and is a member of good standing of the State Bar of Illinois (Bar No. 6256261).

2. A copy of the Certificate of Good Standing from the Illinois State Bar dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number, FLND16297485704793, and the CM/ECF online tutorial

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

4. Movant has an upgraded, "NextGen" PACER account, and it is an individual account and not a firm account.

5. Movant will file a Notice of Appearance in the master case, *In re: 3M Combat Arms Earplug Products Liability Litigation*, No. 2:19-md-2885 (MCR)(GRJ).

6. Movant will also file a Notice of Appearance in the related cases, *Adams v. 3M Company, et al., 8: 20-cv-04631, Aguirre v. 3M Company, et al., 8:20-cv-04634, Bailey v. 3M Company, et al., 8:20-cv-04640, Bauernfeind v. 3M Company, et al.,8:20-cv-04642, Briggs v. 3M Company, et al.,8:20-ccv-04645, Brown v. 3M Company, et al., 8:20-04648, Browning v. 3M Company, et al., 8:20-cv-04651, Caison v. 3M Company, et al., 8:20-cv-04653, Chatman v. 3M Company , et al., 8:20-cv-04656, Dryden v. 3M Company, et al., 8:20-cv-04659, Dunlap v. 3M Company, et al., 8:20-cv-0466, Elliott v. 3M Company, et al., 8:20-cv-04664, Faulk v. 3M Company, et al., 8:20-cv-04667, Flick v. 3M Company, et al., 8:20-cv-04671, Frye v. 3M Company, et al.,8:20-cv-04674, Garcia v. 3M Company, et al.,8:20-cv-04677, Gilbertsen v. 3M Company, et al., 8:20-cv-04679, Gonzalez v. 3M Company, et al., 8:20-cv-0468, Gray v. 3M Company, et al.,8:20-cv-04685, Greaves v. 3M Company, et al.,8:20-cv-04688, Grimes v. 3M Company, et al., 8:20-cv-04690, Guerra v. 3M Company, et al., 8:20-cv-04693, Hands v. 3M Company, et al.,8:20-cv-04696, Hanf v. 3M Company, et al.,8:20-cv-04700, Harper v. 3M Company, et al., 8:20-cv-04703, Harris v. 3M Company, et al., 8:20-cv-04707, Hemley v. 3M*

*Company, et al.,8:20-cv-04710, Heustis v. 3M Company, et al., 8:20-cv-04714, High v. 3M Company, et al.,8:20-cv-04717, Hoover v. 3M Company, et al., 8:20-cv-04721, Huyghue v. 3M Company, et al.,8:20-cv-04725, Inama v. 3M Company, et al., 8:20-cv-0472, Infante v. 3M Company, et al., 8:20-cv-04732, Jarman v. 3M Company, et al., 8:20-cv-04735, Jeffries v. 3M Company, et al., 8:20-cv-04739, Johns v. 3M Company, et al., 8:20-cv-04742, Johnson v. 3M Company, et al., 8:20-cv-04746, Johnson v. 3M Company, et al., 8:20-cv-04751, Jordal v. 3M Company, et al., 8:20-cv-04755, Kai v. 3M Company, et al., 8:20-cv-04759, Kirby v. 3M Company, et al., 8:20-cv-0476, Kulp v. 3M Company, et al., 8:20-cv-04765, Lee v. 3M Company, et al.,8:20-cv-04769 , Vargas Louis v. 3M Company, et al.,8:20-cv-0477, Maestas v. 3M Company, et al., 8:20-cv-04776, Margist v. 3M Company, et al., 8:20-cv-04780, Martinez v. 3M Company, et al., 8:20-cv-04784, May v. 3M Company, et al.,8:20-cv-04787, McDowell v. 3M Company, et al., 8:20-cv-04790, Mislin v. 3M Company, et al.,: 8:20-cv-04794, Moore v. 3M Company, et al., 8:20-cv-04798, Morgan v. 3M Company, et al., 8:20-cv-04802, Muhammad v. 3M Company, et al.,8:20-cv-04805 , Narvaez v. 3M Company, et al.,8:20-cv-04809, Noel v. 3M Company, et al., 8:20-cv-04812, Olivera v. 3M Company, et al., 8:20-cv-04816, Osborne v. 3M Company, et al., 8:20-cv-04819, Polzin v. 3M Company, et al., 8:20-cv-04823, Renfroe v. 3M Company, et al., 8:20-cv-04827, Rhodes v. 3M Company, et al.,8:20-cv-04831, Rouse v. 3M Company, et al., 8:20-cv-04834, Runyan v. 3M Company, et al.,8:20-cv-04837, Rusler v. 3M Company, et al., 8:20-cv-04841, Shaw v. 3M Company, et al.,8:20-cv-04845, Shields v. 3M Company, et al., 8:20-cv-04848, Smith v. 3M Company, et al.,8:20-cv-04852, Souder v. 3M Company, et al., 8:20-cv-04856, Spears v. 3M Company, et al.,8:20-cv-04859, Taylor v. 3M Company, et al., 8:20-*

*cv-04862, Taylor v. 3M Company, et al., 8:20-cv-04866, Teafoe v. 3M Company, et al.,*

*8:20-cv-04870, Thorp v. 3M Company, et al., 8:20-cv-04873, VanCamp v. 3M Company,*

*et al., 8:20-cv-0487, Wasser v. 3M Company, et al., 8:20-cv-04880, Wheeler v. 3M*

*Company, et al.,8:20-cv-04884, White v. 3M Company, et al., 8:20-cv-04887, Williams v.*

*3M Company, et al.,8:20-cv-04891,Young v. 3M Company, et al.,8:20-cv-04895, Loop v.*

*3M Company, et al., 8:20-cv-05650, Tripp v. 3M Company, et al., 8:20-cv-05762, and*

*Sury v. 3M Company, et al., 8:20-cv-97115.*

*7.*   Wherefore, Thomas Lech respectfully requests that this Court enter an Order granting

this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic

Case filings to the undersigned.

Dated: August 26, 2021

Respectfully submitted,

*/s/ Thomas J. Lech*
Thomas J. Lech (IL Bar 6256261)
Goldenberg Heller & Antognoli, P.C.
2227 S. State Route 157
Edwardsville, IL 62025
(618) 656-5150
tlech@ghalaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2021, I caused the foregoing Motion to Appear *Pro Hac Vice* to be filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Thomas J. Lech*