**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| | Judge M. Casey Rodgers |
| This Document Relates To: | Magistrate Judge Gary R. Jones |
| *Brandon Adkins* *Civil Case No. 7:20-cv-00012* | |

## <u>MOTION TO APPEAR PRO HAC VICE</u>

Pursuant to Pretrial Order No. 3 and the United States District Court for the

Northern District of Florida Local Rule 11.1, Matthew S. Hosen respectfully

moves this Court for an order for admission to practice *pro hac vice* in the above-

captioned action and in support thereof states as follows:

1.  I am a member in good standing and eligible to practice before the following

courts of the State of Washington (Bar No. 54855) where Movant resides and

regularly practices law and the State of California (Bar No. 291631):

| Title of Court | Date Admitted |
|:---:|:---:|
| California | 12/02/2013 |
| Washington | 04/09/2019 |

2.  Movant submits a copy of a Certificate of Good Standing from the Supreme

Court of the State of Washington and State of California dated within 30 days of this motion and is attached hereto as "Exhibit A" and "Exhibit B";

3.      Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the online Attorney Admission Tutorial, Confirmation Number **FLND16298369494798**, and has reviewed the Local Rules of the Northern District of Florida and the online CM/ECF Tutorial;

4.      Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee; and

5.      Movant maintains an upgraded PACER account.

6.      Mover is counsel for Brandon Adkins in the matter entitled *Brandon Adkins v. 3M Company, et al*., No. 7:20-cv-00012  that was automatically transferred to this court as part of the captioned MDL.

        WHEREFORE, Movant respectfully requests that this Court enter an order granting this Motion to Appear *Pro Hac Vice* and directing the Clerk to provide notice of electronic case filings to the undersigned.

DATED:  August 26, 2021          Respectfully Submitted,

By _____

Matthew S. Hosen
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 1st Avenue, Suite 210
Seattle, WA 98101
Telephone: (703) 674-8231