# IN THE UNITED STATES DISTRICT COURT
## FOR NORTHERN THE DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| | Judge M. Casey Rodgers |
| *This document relates to:* | Magistrate Judge Gary R. Jones |

the Master Docket and
*Adams v. 3M Company, et al.*, 8: 20-cv-04631
*Aguirre v. 3M Company, et al.,* 8:20-cv-04634
*Bailey v. 3M Company, et al., 8:20-cv-04640*

*Bauernfeind v. 3M Company, et al.,*8:20-cv-04642
*Briggs v. 3M Company, et al.,*8:20-ccv-04645
*Brown v. 3M Company, et al.,* 8:20-04648
*Browning v. 3M Company, et al.,* 8:20-cv-04651
*Caison v. 3M Company, et al.,* 8:20-cv-04653
*Chatman v. 3M Company , et al.,* 8:20-cv-04656
*Dryden v. 3M Company, et al.,* 8:20-cv-04659
*Dunlap v. 3M Company, et al.,* 8:20-cv-04662
*Elliott v. 3M Company, et al.,* 8:20-cv-04664
*Faulk v. 3M Company, et al.,* 8:20-cv-04667
*Flick v. 3M Company, et al.,* 8:20-cv-04671
*Frye v. 3M Company, et al.,*8:20-cv-04674
*Garcia v. 3M Company, et al.,*8:20-cv-04677
*Gilbertsen v. 3M Company, et al.,* 8:20-cv-04679
*Gonzalez v. 3M Company, et al.,* 8:20-cv-04682
*Gray v. 3M Company, et al.,*8:20-cv-04685
*Greaves v. 3M Company, et al.,*8:20-cv-04688
*Grimes v. 3M Company, et al.,* 8:20-cv-04690
*Guerra v. 3M Company, et al.,* 8:20-cv-04693
*Hands v. 3M Company, et al.,*8:20-cv-04696
*Hanf v. 3M Company, et al.,*8:20-cv-04700
*Harper v. 3M Company, et al.,* 8:20-cv-04703
*Harris v. 3M Company, et al.,* 8:20-cv-04707

*Hemley v. 3M Company, et al.,* 8:20-cv-04710
*Heustis v. 3M Company, et al.,* 8:20-cv-04714
*High v. 3M Company, et al.,* 8:20-cv-04717
*Hoover v. 3M Company, et al.,* 8:20-cv-04721
*Huyghue v. 3M Company, et al.,* 8:20-cv-04725
*Inama v. 3M Company, et al.,* 8:20-cv-04728
*Infante v. 3M Company, et al.,* 8:20-cv-04732
*Jarman v. 3M Company, et al.,* 8:20-cv-04735
*Jeffries v. 3M Company, et al.,* 8:20-cv-04739
*Johns v. 3M Company, et al.,* 8:20-cv-04742
*Johnson v. 3M Company, et al.,* 8:20-cv-04746
*Johnson v. 3M Company, et al.,* 8:20-cv-04751
*Jordal v. 3M Company, et al.,* 8:20-cv-04755
*Kai v. 3M Company, et al.,* 8:20-cv-04759
*Kirby v. 3M Company, et al.,* 8:20-cv-04762
*Kulp v. 3M Company, et al.,* 8:20-cv-04765
*Lee v. 3M Company, et al.,* 8:20-cv-04769
*Vargas Louis v. 3M Company, et al.,* 8:20-cv-04773
*Maestas v. 3M Company, et al.,* 8:20-cv-04776
*Margist v. 3M Company, et al.,* 8:20-cv-04780
*Martinez v. 3M Company, et al.,* 8:20-cv-04784
*May v. 3M Company, et al.,* 8:20-cv-04787
*McDowell v. 3M Company, et al.,* 8:20-cv-04790
*Mislin v. 3M Company, et al.,:* 8:20-cv-04794
*Moore v. 3M Company, et al.,* 8:20-cv-04798
*Morgan v. 3M Company, et al.,* 8:20-cv-04802
*Muhammad v. 3M Company, et al.,* 8:20-cv-04805
*Narvaez v. 3M Company, et al.,* 8:20-cv-04809
*Noel v. 3M Company, et al.,* 8:20-cv-04812
*Olivera v. 3M Company, et al.,* 8:20-cv-04816
*Osborne v. 3M Company, et al.,* 8:20-cv-04819
*Polzin v. 3M Company, et al.,* 8:20-cv-04823
*Renfroe v. 3M Company, et al.,* 8:20-cv-04827
*Rhodes v. 3M Company, et al.,* 8:20-cv-04831
*Rouse v. 3M Company, et al.,* 8:20-cv-04834
*Runyan v. 3M Company, et al.,* 8:20-cv-04837
*Rusler v. 3M Company, et al.,* 8:20-cv-04841
*Shaw v. 3M Company, et al.,* 8:20-cv-04845
*Shields v. 3M Company, et al.,* 8:20-cv-04848

*Smith v. 3M Company, et al.,* 8:20-cv-04852
*Souder v. 3M Company, et al.,* 8:20-cv-04856
*Spears v. 3M Company, et al.,* 8:20-cv-04859
*Taylor v. 3M Company, et al.,* 8:20-cv-04862
*Taylor v. 3M Company, et al.,* 8:20-cv-04866
*Teafoe v. 3M Company, et al.,* 8:20-cv-04870
*Thorp v. 3M Company, et al.,* 8:20-cv-04873
*VanCamp v. 3M Company, et al.,* 8:20-cv-04876
*Wasser v. 3M Company, et al.,* 8:20-cv-04880
*Wheeler v. 3M Company, et al.,* 8:20-cv-04884
*White v. 3M Company, et al.,* 8:20-cv-04887
*Williams v. 3M Company, et al.,* 8:20-cv-04891
*Young v. 3M Company, et al.,* 8:20-cv-04895
*Loop v. 3M Company, et al.,* 8:20-cv-05650
*Tripp v. 3M Company, et al.,* 8:20-cv-05762
*Sury v. 3M Company, et al.,* 8:20-cv-97115

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Thomas J. Lech of the law firm of Goldenberg Heller & Antognoli, P.C., has been admitted to practice in this Court and hereby enters his appearance as counsel for Plaintiffs in the following actions:

- *Adams v. 3M Company, et al.,* 8: 20-cv-04631

- *Aguirre v. 3M Company, et al.,* 8:20-cv-04634

- *Bailey v. 3M Company, et al.,* 8:20-cv-04640

- *Bauernfeind v. 3M Company, et al.,* 8:20-cv-04642

- *Briggs v. 3M Company, et al.,* 8:20-ccv-04645

- *Brown v. 3M Company, et al.,* 8:20-04648

- *Browning v. 3M Company, et al.,* 8:20-cv-04651

- *Caison v. 3M Company, et al.,* 8:20-cv-04653

- *Chatman v. 3M Company , et al., 8:20-cv-04656*

- *Dryden v. 3M Company, et al., 8:20-cv-04659*

- *Dunlap v. 3M Company, et al., 8:20-cv-0466*

- *Elliott v. 3M Company, et al., 8:20-cv-04664*

- *Faulk v. 3M Company, et al., 8:20-cv-04667*

- *Flick v. 3M Company, et al., 8:20-cv-0467*

- *Frye v. 3M Company, et al.,8:20-cv-04674*

- *Garcia v. 3M Company, et al.,8:20-cv-04677*

- *Gilbertsen v. 3M Company, et al., 8:20-cv-04679*

- *Gonzalez v. 3M Company, et al., 8:20-cv-0468*

- *Gray v. 3M Company, et al.,8:20-cv-04685*

- *Greaves v. 3M Company, et al.,8:20-cv-04688*

- *Grimes v. 3M Company, et al., 8:20-cv-04690*

- *Guerra v. 3M Company, et al., 8:20-cv-04693*

- *Hands v. 3M Company, et al.,8:20-cv-04696*

- *Hanf v. 3M Company, et al.,8:20-cv-04700*

- *Harper v. 3M Company, et al., 8:20-cv-04703*

- *Harris v. 3M Company, et al., 8:20-cv-04707*

- *Hemley v. 3M Company, et al.,8:20-cv-04710*

- *Heustis v. 3M Company, et al., 8:20-cv-04714*

- *High v. 3M Company, et al.,8:20-cv-04717*

- *Hoover v. 3M Company, et al., 8:20-cv-0472*

- *Huyghue v. 3M Company, et al.,8:20-cv-04725*

- *Inama v. 3M Company, et al., 8:20-cv-0472*

- *Infante v. 3M Company, et al., 8:20-cv-04732*

- *Jarman v. 3M Company, et al., 8:20-cv-0473*

- *Jeffries v. 3M Company, et al., 8:20-cv-04739*

- *Johns v. 3M Company, et al., 8:20-cv-04742*

- *Johnson v. 3M Company, et al., 8:20-cv-04746*

- *Johnson v. 3M Company, et al., 8:20-cv-04751*

- *Jordal v. 3M Company, et al., 8:20-cv-0475*

- *Kai v. 3M Company, et al., 8:20-cv-04759*

- *Kirby v. 3M Company, et al., 8:20-cv-0476*

- *Kulp v. 3M Company, et al., 8:20-cv-0476*

- *Lee v. 3M Company, et al.,8:20-cv-04769*

- *Vargas Louis v. 3M Company, et al.,8:20-cv-0477*

- *Maestas v. 3M Company, et al., 8:20-cv-0477*

- *Margist v. 3M Company, et al., 8:20-cv-04780*

- *Martinez v. 3M Company, et al., 8:20-cv-04784*

- *May v. 3M Company, et al.,8:20-cv-04787*

- *McDowell v. 3M Company, et al., 8:20-cv-04790*

- *Mislin v. 3M Company, et al.,: 8:20-cv-04794*

- *Moore v. 3M Company, et al., 8:20-cv-04798*

- *Morgan v. 3M Company, et al., 8:20-cv-04802*

- *Muhammad v. 3M Company, et al.,8:20-cv-04805*

- *Narvaez v. 3M Company, et al.,8:20-cv-04809*

- *Noel v. 3M Company, et al., 8:20-cv-04812*

- *Olivera v. 3M Company, et al., 8:20-cv-04816*

- *Osborne v. 3M Company, et al., 8:20-cv-04819*

- *Polzin v. 3M Company, et al., 8:20-cv-04823*

- *Renfroe v. 3M Company, et al., 8:20-cv-04827*

- *Rhodes v. 3M Company, et al.,8:20-cv-04831*

- *Rouse v. 3M Company, et al., 8:20-cv-04834*

- *Runyan v. 3M Company, et al.,8:20-cv-04837*

- *Rusler v. 3M Company, et al., 8:20-cv-04841*

- *Shaw v. 3M Company, et al.,8:20-cv-04845*

- *Shields v. 3M Company, et al., 8:20-cv-04848*

- *Smith v. 3M Company, et al.,8:20-cv-04852*

- *Souder v. 3M Company, et al., 8:20-cv-04856*

- *Spears v. 3M Company, et al.,8:20-cv-04859*

- *Taylor v. 3M Company, et al., 8:20-cv-04862*

- *Taylor v. 3M Company, et al., 8:20-cv-04866*

- *Teafoe v. 3M Company, et al., 8:20-cv-04870*

- *Thorp v. 3M Company, et al., 8:20-cv-04873*

- *VanCamp v. 3M Company, et al., 8:20-cv-0487*

- *Wasser v. 3M Company, et al., 8:20-cv-04880*

- *Wheeler v. 3M Company, et al.,8:20-cv-04884*

- *White v. 3M Company, et al., 8:20-cv-04887*

- *Williams v. 3M Company, et al.,8:20-cv-04891*

- *Young v. 3M Company, et al.,8:20-cv-04895*

- *Loop v. 3M Company, et al., 8:20-cv-05650*

- *Tripp v. 3M Company, et al., 8:20-cv-05762*

- *Sury v. 3M Company, et al., 8:20-cv-97115.*

Counsel requests all further papers and pleadings in these actions and the Master Docket of MDL 2885 be served upon him.

Dated: August 27, 2021

Respectfully submitted,

*/s/ Thomas J. Lech*
Thomas J. Lech (IL Bar 6256261)
Goldenberg Heller & Antognoli, P.C.
2227 S. State Route 157
Edwardsville, IL 62025
(618) 656-5150
tlech@ghalaw.com

*Attorneys for Plaintiffs*

7

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this 27th day of August 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ *Thomas J. Lech*
