UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*ALL CASES* | )<br>) CASE NO. 3:19-MD-2885<br>)<br>) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Matthew Hosen of the law firm of Quinn Emanuel Urquhart & Sullivan LLP has been admitted to practice *pro hac vice* in this Court and hereby enters his appearance as counsel for Plaintiff in the following action:

- *Brandon Adkins v. 3M Co., et al.*, Case No. 7:20-cv-12

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

DATED: August 27, 2021

/s/ *Matthew S. Hosen*
Matthew S. Hosen
WA Bar No. 54855
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 1st Avenue, Suite 210
Seattle, WA 98101
Telephone: (703) 674-8231
matthosen@quinnemanuel.com
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2021, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

*/s/ Matthew S. Hosen*
Matthew S. Hosen