# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS<br>EARPLUG PRODUCTS<br>LIABILITY LITIGATION<br><br>This Document Relates to Cause Nos.:<br>    8:20-cv-11609<br>    8:20-cv-11613<br>    8:20-cv-11628<br>    8:20-cv-11631<br>    8:20-cv-11634<br>    8:20-cv-11656<br>    8:20-cv-11659<br>    8:20-cv-11663<br>    8:20-cv-11675<br>    9:20-cv-01660<br>    9:20-cv-13068<br>    7:21-cv-26883 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No.3, Case Management Order 1, and the United States District Court for the Northern District of Florida Local Rule 11.1, Brandon C. Francis respectfully moves this Court for admission to practice *pro hac vice* in the above-captioned action and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the Bar of the United States District Court Southern District of Texas, Federal ID No 3486302. A copy of a Certificate of Good Standing from the United States District Court Southern District of Texas is attached hereto as 'Exhibit A' and made a part hereof.

3.      Movant has successfully completed the online Attorney Admission Tutorial, Confirmation Number: FLND16300922414814, and has reviewed the Local Rules of the Northern District of Florida and the CM/ECF Attorney User's Guide.

4.      Movant possesses an upgraded PACER account.

WHEREFORE, Brandon C. Francis respectfully requests that this Court enter an Order granting the motion to appear *pro hac vice*, and directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated this 27th day of August, 2021         Respectfully Submitted,

HERD LAW FIRM, PLLC.

By: _____
BRANDON C. FRANCIS
TBA # 24107074
CHARLES F. HERD, JR.
TBA # 09504480
19500 Tomball Parkway,
Suite 250
Houston, Texas 77070
Tel: 713-955-3699
Fax: 281-462-5180
Brandon.Francis@HerdLawFirm.com
*ATTORNEY FOR PLAINTIFFS*