# EXHIBIT A

# United States District Court
# Southern District of Texas

# Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Brandon Caloway Francis, Federal ID No 3486302

Admission date: February, 6, 2020

Dated July 26, 2021, at Houston, Texas.

*Nathan Ochsner*

Nathan Ochsner, Clerk of Court

By: Heather McCalip, Deputy Clerk

