# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG LITIGATION LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Brandon Adkins*<br>Case No. 7:20-cv-00012<br><br>*Michele Blum*<br>Case No. 7:20-cv-00122<br><br>*Marcus Hensley*<br>Case No. 7:20-cv-00093<br><br>*Ronald E. Sloan*<br>Case No. 7:20-cv-00001<br><br>*William Wayman*<br>Case No. 7:20-cv-00149 | CASE NO.: 3:19-MD-2885-MCR-GRJ<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones<br><br>**CONFIDENTIAL - FILED UNDER SEAL** |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO PRESERVE GENERAL *DAUBERT* MOTIONS PREVIOUSLY RULED UPON

Defendants submit this response to Plaintiffs' preservation motion out of an abundance of caution. Defendants incorporate their arguments in Defendants' Response To Plaintiffs Omnibus Motion To Exclude Defendants' [Group A] Expert Opinions And Testimony, ECF 1627, in response to each motion and argument listed in Plaintiffs' preservation motion. Defendants request that the Court adopt its Group

A *Daubert* orders to the extent those orders denied exclusion of Defendants' experts.

ECF 1651, 1680, 1690, 1708, and 1780.

| | |
|---|---|
| August 27, 2021 | Respectfully submitted, |
| /s/ *Charles F. Beall, Jr.* | /s/ *Robert C. "Mike" Brock* |
| Larry Hill | Robert C. "Mike" Brock |
| Florida Bar No. 173908 | KIRKLAND & ELLIS LLP |
| lhill@mhw-law.com | 1301 Pennsylvania Avenue, N.W. |
| Charles F. Beall, Jr. | Washington, D.C. 20004 |
| Florida Bar No. 66494 | Telephone: (202) 389-5991 |
| cbeall@mhw-law.com | mike.brock@kirkland.com |
| Haley J. VanFleteren | |
| Florida Bar No. 1003674 | Mark J. Nomellini |
| hvanfleteren@mhw-law.com | KIRKLAND & ELLIS LLP |
| MOORE, HILL & WESTMORELAND, P.A. | 300 North LaSalle |
| 350 West Cedar Street | Chicago, Illinois 60654 |
| Maritime Place, Suite 100 | Telephone: (312) 862-3254 |
| Pensacola FL 32502 | mnomellini@kirkland.com |
| Telephone: (850) 434-3541 | |
| | Kimberly Branscome |
| | DECHERT LLP |
| | 633 W. 5th St., Suite 4900 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 808-5762 |
| | kimberly.branscome@dechert.com |

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

Pursuant to Local Rule 7.1(F) and this Court's direction, counsel for Defendants certify that this memorandum contains 76 words, excluding the case style, tables of contents and authorities, signature block, and certificates of compliance with the Local Rules.

Dated:  August 27, 2021                                    Respectfully submitted,

/s/ Robert C. Brock
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants
3M Company,
3M Occupational Safety LLC,
Aearo Technologies LLC,
Aearo Holding, LLC,
Aearo Intermediate, LLC and
Aearo LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 27, 2021, a true and correct copy of the foregoing:

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO PRESERVE GENERAL *DAUBERT* MOTIONS PREVIOUSLY RULED UPON**

was served as follows:

☒ **[E-Mail]** By causing the above document to be sent via electronic mail to the parties at the email addresses listed below. I am aware that service is presumed invalid if the email transmission is returned as undeliverable.

| | |
|---|---|
| Bryan F. Aylstock, Lead Counsel<br>Douglass A. Kreis<br>Neil D. Overholtz<br>Jennifer M. Hoekstra<br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>17 East Main Street Suite 200<br>Pensacola, FL 32502<br>Tel.: (850) 202-1010<br>Email: baylstock@awkolaw.com<br>Email: dkreis@awkolaw.com<br>Email: NOverholtz@awkolaw.com<br>Email: jhoekstra@awkolaw.com<br><br>*Counsel for Plaintiff Michelle Blum*<br>Case No. 7:20-cv-00122<br><br>*Counsel for Plaintiff Marcus Hensley*<br>Case No. 7:20-cv-00093<br><br>*Counsel for Plaintiff William Wayman*<br>Case No. 7:20-cv-00149<br><br>*Counsel for Plaintiff Ronald Sloan*<br>Case No. 7:20-cv-00001 | Shelley V. Hutson, Co-Lead Counsel<br>Emily B. Marlow<br>Clark, Love & Hutson, GP<br>440 Louisiana Street<br>Suite 1600<br>Houston, TX 77002<br>Tel.: (713) 757-1400<br>Email: shutson@triallawfirm.com<br>Email: emarlowe@triallawfirm.com<br>Email: bgreif@triallawfirm.com<br><br>*Counsel for Plaintiff Ronald Sloan*<br>Case No. 7:20-cv-00001 |

| | |
|---|---|
| *Counsel for Plaintiff Brandon Adkins*<br>Case No. 7:20-cv-00012 | |
| Christopher A. Seeger, Co-Lead Counsel<br>David R. Buchanan<br>Caleb A. Seeley<br>Maxwell H. Kelly<br>Seeger Weiss LLP<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660<br>Tel.: (212) 584-0700<br>Email: cseeger@seegerweiss.com<br>Email: dbuchanan@seegerweiss.com<br>Email: cseeley@seegerweiss.com<br>Email: mkelly@seegerweiss.com<br>Email: MDL2885@seegerweiss.com<br><br>*Counsel for Plaintiff William Wayman*<br>Case No. 7:20-cv-00149 | Michael A. Burns, Co-Liaison Counsel<br>Caroline L. Maide<br>Mostyn Law Firm<br>3810 W. Alabama Street<br>Houston, TX  77027<br>Tel.: (713) 714-0000<br>Email: epefile@mostynlaw.com<br>Email: maburns@mostynlaw.com<br><br>*Counsel for Plaintiff Michelle Blum*<br>Case No. 7:20-cv-00122 |
| Evan D. Buxner,<br>Plaintiffs' Executive Committee<br>Gori Julian & Associates<br>156 North Main Street<br>Edwardsville, IL 62025<br>Tel.: (618) 659-9833<br>Email: evan@gorijulianlaw.com | Brian H. Barr, Co-Liaison Counsel<br>Winston Troy Bouk<br>Troy A. Refferty<br>Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A.<br>316 S Baylen St. Ste 600<br>Pensacola, FL 32502<br>Tel.: (850) 435-7045<br>Email: bbarr@levinlaw.com<br>Email: tbouk@levinlaw.com<br>Email: trafferty@levinlaw.com |
| Taylor Bartlett<br>Jeanie Sleadd<br>William L. Garrison, Jr.<br>Heninger Garrison Davis LLC<br>2224 1st Avenue North<br>Birmingham, AL 35203<br>Tel.: (205)326-3336 | Muhammad S. Aziz<br>Abraham Watkins Nichols<br>800 Commerce Street<br>Houston, TX 77055<br>Tel.: (713) 222-7211<br>Email: jdean@abrahamwatkins.com |

| | |
|---|---|
| Email: taylor@hgdlawfirm.com<br>Email: jsleadd@hgdlawfirm.com<br>Email: lewis@hgdlawfirm.com<br><br>*Counsel for Plaintiff Marcus Hensley*<br>Case No. 7:20-cv-00093 | *Counsel for Plaintiff Ronald Sloan*<br>Case No. 7:20-cv-00001 |
| Kenneth C. Bailey<br>Robert W. Cowan<br>Aaron M. Heckaman<br>Andrea M. McGinnis<br>Katie R. Caminati<br>Bailey Cowan Heckaman PLLC<br>1360 Post Oak Blvd.<br>Suite 2300<br>Houston, TX 77056<br>Tel.: (713) 425-7100<br>Email: bailey-svc@bpblaw.com<br>Email: sbuchanan@bchlaw.com<br>Email: amcginnis@bchlaw.com<br>Email: kmcgregor@bchlaw.com<br>Email: rcowan@bchlaw.com<br><br>*Counsel for Plaintiff Brandon Adkins*<br>Case No. 7:20-cv-00012 | Michael A. Sacchet<br>Megan L. Odom<br>Ciresi Conlin LLP<br>225 S. 6th Street<br>Suite 4600<br>Minneapolis, MN 55402<br>Tel.: 612-361-8227<br>Email: mas@ciresiconlin.com<br>Email: mlo@ciresiconlin.com<br><br>*Counsel for Plaintiff Brandon Adkins*<br>Case No. 7:20-cv-00012 |
| Matthew S. Hosen<br>Quinn Emanuel Urqhart & Sullivan, LLP<br>1109 1st Avenue, Suite 210<br>Seattle, WA 98101<br>Tel.: (703) 674-8231<br>Email: matthosen@quinnemanuel.com<br><br>*Counsel for Plaintiff Brandon Adkins*<br>Case No. 7:20-cv-00012 | |

6

DATED:  August 27, 2021 	*/s/ Robert C. Brock*
	Robert C. "Mike" Brock