UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: *Brandon Adkins*, 7:20-cv-00012 *Michelle Blum*, 7:20-cv-00122 *Marcus Hensley*, 7:20-cv-00093 *Ronald Sloan*, 7:20-cv-00001 *William Wayman*, 7:20-cv-00149 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones  [FILED UNDER SEAL] |

### PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO PRESERVE *DAUBERT* AND RULE 702 MOTIONS AND ARGUMENTS PREVIOUSLY RULED UPON

On August 6, 2021, Defendants 3M Company and Aearo (collectively, "Defendants") filed a Motion to Preserve *Daubert* and Rule 702 Motions and Arguments Previously Ruled Upon ("Preservation Motion"). Doc. 1866. In their Preservation Motion, Defendants list certain *Daubert* motions they made previously with respect to the Group A bellwether cases (upon which this Court has previously ruled) that they wish to preserve with respect to the Group B bellwether cases. *Id.* at 1-4. Defendants do not make any new substantive arguments in their Preservation Motion; rather, Defendants merely incorporate arguments on each identified motion by reference to Defendants' Omnibus Motion to Exclude Plaintiffs' Putative Expert Opinions Under *Daubert* and Rule 702 and Incorporated Memorandum in Support Thereof filed under seal on January 8, 2021 (Doc. 1606). Defendants also identify



FILED USDC FLND PN
AUG 27 '21 AM10:36

which of these previous motions are made against new experts that Plaintiffs have designated for the Group B bellwether cases. *Id.* at 2-4.

Cognizant that the Court does not want additional argument concerning *Daubert* challenges that were already decided in the Group A bellwether cases, Plaintiffs respond to Defendants' Preservation Motion by incorporating by reference Plaintiffs' Omnibus Response in Opposition to Defendants' Omnibus Motion to Exclude Plaintiffs' Putative Expert Opinions Under *Daubert* and Rule 702 and Incorporated Memorandum in Support Thereof dated January 22, 2021 (Doc. Nos. 1630, 1631), which fully responds to each of the arguments Defendants seek to preserve here. This is done to make sure the record is clear for appellate purposes. Further, to the extent Defendants' Preservation Motion references and/or incorporates arguments made in Defendants' Omnibus Motion to Exclude Plaintiffs' Group B Putative Expert Opinions under *Daubert* and Rule 702 and Incorporated Memorandum dated August 6, 2021, Plaintiffs incorporate by reference their omnibus response in opposition to same, which bears today's date and is filed simultaneously herewith.

DATED:    August 27, 2021             Respectfully submitted,

                                                        /s/ Bryan F. Aylstock
Bryan F. Aylstock
Florida State Bar No. 078263
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com
***Plaintiffs' Lead Counsel***

Shelley V. Hutson
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
CLARK, LOVE & HUTSON, PLLC
440 Louisiana Street, Suite 1700
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com
***Plaintiffs' Co-Lead Counsel***

Christopher A. Seeger
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
SEEGER WEISS LLP
77 Water Street, 8th Floor
New York, NY 10005
Tel.: (212) 587-0700
cseeger@seegerweiss.com
***Plaintiffs' Co-Lead Counsel &***
***Counsel for Plaintiff William Wayman***

Case 3:19-md-02885-MCR-HTC   Document 1893   Filed 08/27/21   Page 4 of 6

Kenneth Camp Bailey
Texas Bar No. 24006782
Aaron M. Heckaman
Texas Bar No. 24059920
BAILEY COWAN HECKAMAN PLLC
1360 Post Oak Blvd.
Suite 2300
Houston, TX 77056
713-425-7100
713-425-7101 (fax)
sbuchanan@bchlaw.com
***Counsel for Plaintiff Brandon Adkins***

Michael A. Burns
Florida Bar No. 973130
BURNS LAW LLC
362 Gulf Breeze Parkway #294
Gulf Breeze, FL 32561
850-572-9187
mike@maburns.com

Caroline L. Maida
(Admitted Pro Hac Vice)
Texas State Bar No. 24078906
MOSTYN LAW
3810 West Alabama Street
Houston, TX 77027
713-714-0000
epefile@mostynlaw.com
***Counsel for Plaintiff Michelle Blum***

Taylor Christopher Bartlett
Alabama Bar No. 2365-A51B
HENINGER GARRISON DAVIS LLC
2224 1ST Avenue North
Birmingham, AL 35203
205-326-3336
taylor@hgdlawfirm.com
***Counsel for Plaintiff Marcus Hensley***

4

        Muhammad S. Aziz
        (Admitted Pro Hac Vice)
        Texas Bar No. 24043538
        ABRAHAM WATKINS NICHOLS, AGOSTO,
        AZIZ & STOGNER
        800 Commerce Street
        Houston, TX 77055
        713-222-7211
        713-225-0827 (fax)
        jdean@abrahamwatkins.com
        ***Counsel for Plaintiff Ronald Sloan***

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

I hereby certify that this motion complies with the word limit of Local Rule 7.1(F) and contains 300 words.

/s/ Bryan F. Aylstock

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2021, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

/s/ Bryan F. Aylstock