## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO.  3:19md2885 |
| This Document relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on __August 30, 2021_____

Motion/Pleadings: _MOTION TO APPEAR *PRO HAC VICE*_____

Filed by _Brandon C. Francis_____ on _August 27, 2021___ Doc. # _1890_

Response _____ on _____ Doc. # _____

_____ Stipulated  _____ Joint Pleading
_____ Unopposed  _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*_____
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 30th day of August 2021.

*M. Casey Rodgers*_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**