**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| | |
| This Document Relates to: *Camarillorazo*, 7:20cv98 *Finley*, 7:20cv170 *Hensley*, 7:20cv93 *Montero*, 7:20cv67 *Palanki*, 3:19cv2324 *Sloan*, 7:20cv001, *Stelling*, 7:20cv143 *Wayman*, 7:20cv149 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**ORDER**

On August 27, 2021, the Court entered orders setting trials in the following Bellwether Group C cases:

- *Camarillorazo*, 7:20cv98, which will be tried before Chief Judge Mark Walker (FLND) from November 1, 2021 through November 12, 2021, in Tallahassee, Florida.

- *Palanki*, 3:19cv2324, which will be tried before Judge Liles Burke (ALND) from November 1, 2021 through November 12, 2021, in Pensacola, Florida.

- *Finley*, 7:20cv170, which will be tried before Judge Robert Hinkle (FLND) from November 30, 2021 through December 10, 2021, in Tallahassee, Florida.

- *Stelling*, 7:20cv143, which will be tried before Judge Allen Winsor (FLND) from December 6, 2021 through December 17, 2021, in Tallahassee, Florida.

- *Montero*, 7:20cv67, which will be tried before Judge Kevin Michael Moore (FLSD) from December 6, 2021 through December 17, 2021, in Pensacola, Florida.

Additionally, the Court entered an order setting trial in the following Bellwether Group B cases:

- *Hensley*, 7:20cv093, *Sloan*, 7:20cv001, and *Wayman*, 7:20cv149, which will be a consolidated trial before the undersigned from January 10, 2022 through February 4, 2022, in Pensacola, Florida.

The orders setting trials in the above-mentioned cases will be filed on the main MDL docket; however, all subsequent orders in each of these cases related to the upcoming trials will only be filed on the case-specific dockets.

**SO ORDERED**, on this 30th day of August 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**