# EXHIBITS

# FILED UNDER SEAL

- A1 (Air Force Servicemembers)
- A2 (Army Servicemembers)
- A3 (Navy & Marine Servicemembers)
- A4 (Miscellaneous inc. Coast Guard, Civil Service, Department of Defense and Contractors)