UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Brandon Adkins*, 7:20cv012 *Michele Blum*, 7:20cv122 *Marcus Hensley*, 7:20cv093 *Ronald E. Sloan*, 7:20cv001 *William Wayman*, 7:20cv149 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

# ORDER

At an earlier stage of this litigation, the Court entered five orders resolving the parties' respective *Daubert* motions in the Trial Group A cases. *See* 3:19md2885, ECF Nos. 1651, 1680, 1690, 1708, and 1780. A number of the previous rulings are broadly applicable to issues and experts in other Trial Groups. For preservation purposes only, both sides have now moved to incorporate certain of their respective *Daubert* motions and responses regarding those general issues and experts in the Trial Group B cases. *See* ECF Nos. 1865, 1866.

On consideration, the preservation motions are granted, the parties' respective arguments on the issues and experts identified in the preservation motions are preserved for purposes of the Trial Group B cases, and the Court's

previous rulings on those matters are adopted and incorporated in the Trial Group B cases.

**SO ORDERED**, on this 1st day of September, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**