# United States District Court
## CIVIL MINUTES - GENERAL

Case No.:  **3:19-md-2885-MCR/GRJ**                                                                        Date:  August 31, 2021
In Re:  **3M Combat Arms Earplug Products Liability Litigation**

**DOCKET ENTRY: Daubert Motions Hearing**

Attendance of counsel in person, by Zoom and telephone.  U.S. Magistrate Judge Gary Jones and Special Master Judge David Herndon present by Zoom.  Testimony and argument heard. Order to follow.

**PRESENT:**

| Honorable **M. Casey Rodgers** | Tevenia Jacobs, | Barbara Rogers | Donna Boland |
|---|---|---|---|
| United States District Judge | Justin Ferraro | Deputy Clerk | Court Reporter |
| Honorable **Gary R. Jones** | Law Clerk | | |
| United States Magistrate Judge | | | |

**APPEARANCES:**

**Lead Counsel for Plaintiffs:**  Bryan Aylstock, Neil Overholtz, and Dave Buchanan

**Lead Counsel for Defendants:** Charles Beall in person. Hariklia Karis, Mark Nomellini, and Nick Wasdin appear via
**3M Co. and Aearo**          Zoom

**PROCEEDINGS:**

| | |
|---|---|
| 8:07 am | Court in Session - Introduction of Counsel |
| | Plaintiffs expert witness **Christopher Spankovich, Au.d., Ph.D., M.P.H.** sworn – |
| | 8:10 am Direct (Neil Overholtz) |
| 9:43 am | Court in Recess (10 minutes) |
| 9:55 am | Court in Session |
| | 9:57 am Cross (Hariklia Karis) |
| | 11:13 am Redirect (Neil Overholtz) |
| | 11:39 am/11:47 am Court inquiry (MCR) |
| | 11:45 am Court inquiry (GRJ) |
| 11:48 am | Court in Recess (10 minutes) |
| 12:01 pm | Court in Session |
| | 12:02 pm Plaintiffs expert witness **Lawrence Lustig, MD** sworn – |
| | 12:02 pm Direct (Dave Buchanan) |
| | 12:12 pm Court inquiry (MCR) |
| | 1:20 pm Cross (Mark Nomellini) |
| | 2:07 pm Redirect (Dave Buchanan) |
| | 2:23 pm Court inquiry (MCR) |
| | 2:30 pm Witness Lustig excused |
| | 2:30 pm Defense argument (Nick Wasdin) |
| | 2:43 pm Plaintiff argument (Bryan Aylstock) |
| | 2:53 pm Court inquiry (MCR) |
| 2:54 pm | Court in Recess |