UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, I, Leanna B. Pittard hereby moves this Court for an Order for admission to practice *pro hac* vice in the above- styled case only, and in support thereof states as follows:

1. Movant resides in Alabama and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Alabama. A copy of a Certificate of Good Standing from the State of Alabama dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16305215844824, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen."

6. Movant is the attorney of record in the related cases identified in the exhibit attached hereto as Exhibit "B" and made a part hereof.

WHEREFORE, Leanna B. Pittard requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: September 2, 2021.

BLASINGAME, BURCH, GARRARD & ASHLEY, PC

By: */s/ Leanna B. Pittard*
LEANNA B. PITTARD
ALABAMA BAR #344031
2100 Southbridge Parkway
Suite 650
Birmingham, AL 35209
Phone: (866) 354-3544
lpittard@bbga.com

**Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive servicein this action.

By: */s/ Leanna B. Pittard*
LEANNA B. PITTARD
ALABAMA BAR #344031
2100 Southbridge Parkway
Suite 650
Birmingham, AL 35209
Phone: (866) 354-3544
lpittard@bbga.com

**Attorney for Plaintiffs**