| Exhibit "B" ||
|---|---|
| **Plaintiff** | **Civil Action No.** |
| Acevedo, William v. 3M Company | 3:19-cv-03212-MCR-GRJ |
| Arnette, Julius v. 3M Company | 3:20-cv-03081-MCR-GRJ |
| Booker, Morris v. 3M Company | 3:20-cv-03104-MCR-GRJ |
| Buford, Carnell v. 3M Company | 3:19-cv-03236-MCR-GRJ |
| Carrier, Morris v. 3M Company | 3:20-cv-03093-MCR-GRJ |
| Chapman, Irwin v. 3M Company | 3:20-cv-03162-MCR-GRJ |
| Clark, David v. 3M Company | 3:20-cv-03266-MCR-GRJ |
| Clingman, Dustin v. 3M Company | 3:20-cv-03082-MCR-GRJ |
| Cross, Billy v. 3M Company | 3:20-cv-03114-MCR-GRJ |
| Dahmer, Harold v. 3M Company | 3:20-cv-02103-MCR-GRJ |
| Dice, Jeffrey v. 3M Company | 3:19-cv-00701-MCR-GRJ |
| English, Richard v. 3M Company | 3:19-cv-00700-MCR-GRJ |
| Greenfield, Douglas v. 3M Company | 3:19-cv-00695-MCR-GRJ |
| Guab, Jesus v. 3M Company | 3:20-cv-03089-MCR-GRJ |
| Hartranft, Timothy v. 3M Company | 3:20-cv-03100-MCR-GRJ |
| Jobes, Troy v. 3M Company | 3:20-cv-03048-MCR-GRJ |
| Kathrein, Dale v. 3M Company | 3:20-cv-03146-MCR-GRJ |
| Kelley, Shaun v. 3M Company | 3:20-cv-03097-MCR-GRJ |
| Lawson, Randy v. 3M Company | 3:20-cv-03347-MCR-GRJ |
| Rockriver, Ryan v. 3M Company | 3:20-cv-03297-MCR-GRJ |
| Savannah, Charlie v. 3M Company | 3:20-cv-03076-MCR-GRJ |
| Walton, Juan v. 3M Company | 3:20-cv-03111-MCR-GRJ |
| Weiland, Kenneth v. 3M Company | 3:20-cv-03151-MCR-GRJ |
| Zumbuehl, Gerald v. 3M Company | 3:20-cv-03087-MCR-GRJ |