UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**PRETRIAL ORDER NO. 88**

On August 20, 2021, the Court entered the first in a series of orders requiring that plaintiffs transition cases from the administrative docket to the 3M MDL docket. Because Short Form Complaints are only served on Defendants after a case has been filed on the 3M MDL docket, when plaintiffs first transition their cases from the administrative docket, the Court will permit plaintiffs to file an Amended Short Form Complaint to the extent necessary.  Plaintiffs must then provide BrownGreer, PLC with an electronic copy of the Amended Short Form Complaint downloaded from PACER, showing a PACER timestamp, for service on Defendants.

**DONE** and **ORDERED** on this 2nd day of September, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**