UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases and the below cases:<br><br>ANDREW LANE KING   -  3:19-cv-02663<br>PHILLIP RANDALL COOK  -  3:19-cv-02659<br>BRIAN WEGNER   -  3:19-cv-02671<br>CHRISTOPHER LEE BISSON  -  3:19-cv-02655<br>THOMAS O'BRIEN   -  3:19-cv-02869<br>DEREK MILLER   -  3:19-cv-02867 | Case No. 3:19-md-2885<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Kimball Jones of bighorn Law LLC, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Nevada, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Nevada. A copy of a Certificate of Good Standing from the State of Nevada dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND15608965882330**, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee

5. Movant has upgraded her PACER account to "NextGen."

WHEREFORE, Kimball Jones, respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: September 2, 2021                    Respectfully submitted:

                                            **BIGHORN LAW, LLC**


                                            /s/ Kimball Jones
                                            Ryan Anderson
                                            Kimball Jones
                                            **BIGHORN LAW, LLC**
                                            2225 E. Flamingo
                                            Building 2 Suite 300
                                            Las Vegas, NV 89119
                                            (702) 333-1111
                                            ryan@bighornlaw.com
                                            kimball@bighornlaw.com
                                            evelyn@bighornlaw.com

                                            *Attorneys for Plaintiffs*