# EXHIBIT "A"

# State Bar of Nevada

## Certificate of Good Standing

IT IS HEREBY CERTIFIED that **Kimball Jones**, Bar Number 12982 was admitted by the Supreme Court of the State of Nevada on 05/16/2013 as an Attorney and Counselor at Law duly licensed to practice in all courts of the State of Nevada. It is further certified that **Kimball Jones** is now an Active member of the State Bar of Nevada in good standing.

DATED Wednesday, August 25, 2021.

*Vanessa Dalton*
Vanessa Dalton
Member Services Administrator
State Bar of Nevada



# CERTIFICATE OF GOOD STANDING

I, Debra Kempi, Clerk of the United States District Court for the District of Nevada, do hereby certify that

**Kimball J. Jones**

was duly admitted to practice in said Court on

**Tuesday, June 4, 2013**

and is in good standing as a member of the bar of said Court.

Dated on
Thursday, August 26, 2021

*DEBRA KEMPI, Clerk of Court*

By: _____
Deputy Clerk

# State Bar of Nevada

## Certificate of Good Standing

IT IS HEREBY CERTIFIED that **Kimball Jones**, Bar Number **12982** was admitted by the Supreme Court of the State of Nevada on **05/16/2013** as an Attorney and Counselor at Law duly licensed to practice in all courts of the State of Nevada. It is further certified that **Kimball Jones** is now an Active member of the State Bar of Nevada in good standing.

DATED Wednesday, August 25, 2021.

*Vanessa Dalton*
Vanessa Dalton
Member Services Administrator
State Bar of Nevada