UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to:<br>Degiso, 20-5360 | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management order 1, and the Northern District of Florida Local Rules 11.1, Kelley L. Stonebraker hereby moves this Court for an Order for Admission to Practice *Pro Hac Vice* in the above-styled case, and in support states as follows:

1. I reside in New Hampshire. I am not a resident of the State of Florida.

2. I am admitted to practice and am a member in good standing of the Bar of the State of New Hampshire (N.H. Bar. No. 270156). A copy of a Certificate of Good Standing from the New Hampshire Bar Association dated within 30 days of this motion is attached hereto as *Exhibit A*.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, I have reviewed the local rules for this district, successfully completed the online Attorney Admission Tutorial (Confirmation Number: FLND16298404294800), and reviewed the PACER CM/ECF tutorials.

4. I have submitted to the Clerk the required $201.00 *pro hac vice* admission

1

fee.

5. My PACER account is an individual account and is upgraded to NextGen.

6. I represent the Plaintiff in the following action that was directly filed into the MDL on April 6, 2020:

**STEVEN DEGISO V. 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES, LLC; 3:19-md-2885**

WHEREFORE, Kelley L. Stonebraker respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

|  |  |
|---|---|
|  | Respectfully submitted,<br>Steven DeGiso<br>By His Counsel,<br>Orr & Reno, P.A. |
| Dated: September 3, 2021 | /s/ *Kelley L. Stonebraker*<br>Kelley L. Stonebraker (N.H. Bar No. 270156)<br>45 South Main Street<br>P.O. Box 3550<br>Concord, NH 03302<br>(603) 224-2381<br>kstonebraker@orr-reno.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of Court using the CM/ECF system, and thereby served electronically on all counsel of record.

Dated: September 3, 2021              /s/ *Kelley L. Stonebraker*
                                     Kelley L. Stonebraker (N.H. Bar No. 270156)

3195637_1.docx