

2 Pillsbury Street, Suite 300, Concord, New Hampshire 03301-3502
T 603-224-6942 | F 603-224-2910 | www.nhbar.org

**BOARD OF GOVERNORS**

*Officers*
RICHARD GUERRIERO
*President*
SANDRA L. CABRERA
*President-Elect*
JONATHAN M. ECK
*Vice President*
SUSAN AILEEN LOWRY
*Secretary*
CHRISTOPHER T. REGAN
*Treasurer*

*Governors-at-Large*
CATHERINE E. SHANELARIS
*Nashua*
CHRISTINE M. HANISCO
*Concord*
KATHLEEN M. MAHAN
*Manchester*
KRISTIN G. FIELDS
*Laconia*
JAMES A. SHEPARD
*Concord*

*Public Sector Governor*
LINDSEY B. COURTNEY

*Out of State Governor*
JASON B. DENNIS

*County Governors*
JESSE W. FRIEDMAN
*Belknap County*
LESLIE M. LEONARD
*Carroll County*
MONIQUE M. SCHMIDT
*Cheshire County*
SCOTT J. WHITAKER
*Coos County*
VIKTORIYA A. KOVALENKO
*Grafton County*
LESLIE C. NIXON
*Hillsborough County - North*
DONALD H. SIENKIEWICZ
*Hillsborough County – South*
HEATHER A. CHERNISKE
*Merrimack County*
PAUL B. KLEINMAN
*Rockingham County*
ABBY SYKAS KAROUTAS
*Strafford County*
GEOFFREY M. GALLAGHER
*Sullivan County*

*Executive Staff*
GEORGE R. MOORE, ESQ.
*Executive Director*
PAULA D. LEWIS
*Associate Executive Director for Operations*
JOANNE M. HINNENDAEL
*Director of Professional Development*
LYNNE G. SABEAN, ESQ.
*Director of Marketing, Communications & Member Outreach*

August 10, 2021

TO WHOM IT MAY CONCERN:

This is to certify that:

| | |
|---|---|
| Name: | Kelley L. Stonebraker |
| | Concord, NH |
| Bar ID #: | 270156 |
| Current Status: | ACTIVE |
| Date of Admission: | May 18, 2018 |

is a member in good standing with the New Hampshire Bar Association, meaning the member's Association Dues and Court Fees are current; the member has taken the required Continuing Legal Education courses; and the member has affirmed that his/her Trust Accounts are in good order.

Sincerely,

Michele L. Gilbert
Member Records Coordinator

STATE OF NEW HAMPSHIRE

The foregoing instrument was acknowledged before me this 10th day of August 2021 by Michele L. Gilbert.

Linda Sutton

*Supporting Members of the Legal Profession and Their Service to the Public and Justice System*