UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**CASE MANAGEMENT ORDER NO. 25**

This Order addresses representation issues with regard to certain cases filed on the administrative docket involving individual plaintiffs being separately registered with MDL Centrality by multiple law firms, which has led to mass plaintiff duplication on the administrative docket. There are thousands of instances of this.[1]

Under the current process, once a representation issue is identified and the law firms at issue determine which firm will proceed with the representation, the other firm(s) must submit a Request for Dismissal form to BrownGreer PLC ("BrownGreer"). Correspondingly, the continuing firm must submit a Notice of Representation Issue form to BrownGreer. After all relevant firms submit the

---

[1] Any law firm can access an Overlapping Representation Report and a Potential Duplicates Report from the MDL Centrality portal, which will reflect whether any of the firm's clients have duplicate registrations.

applicable forms, BrownGreer transmits them to the Court to process and close the duplicate cases.

This process is hereby replaced accordingly; however, any claimant whose representation forms have been transmitted to the Court for processing as the date of this Order will continue to be processed as before. These claimants are identified as "Transmitted to the Court" in the Overlapping Representation Report found in MDL Centrality.

From the date of this Order forward, for any duplicate plaintiffs, the law firm that will continue representing the claimant must transition the case from the administrative docket to the active docket as required by any Transition Order identifying the case for transition. The firm(s) no longer representing the plaintiff will be responsible for filing a Request for Dismissal form directly on the individual administrative case docket. No forms will be submitted to BrownGreer. As the Court continues to issue Transition Orders over the coming months requiring law firms to move cases from the administrative docket to the active docket, the Court will not provide firms with additional time to resolve these representation issues.[2] If

---

[2] This issue is a longstanding problem and law firms have been on notice since 2019 of the need to continually review the Overlapping Representation Report and the Potential Duplicates Report from MDL Centrality to rectify these problems. In fact, some representation issues first identified in the October 2019 Overlapping Representation Report continue to be unresolved over 22 months later.

multiple law firms file duplicate cases on the active docket, those cases will be dismissed.

To help facilitate the resolution of these representation issues for the 1,358 cases currently being transition from the administrative docket to the active docket, *see* ECF No. 1876, the Court has attached Exhibit A to this Order listing the 55 cases out of that population that have outstanding representation issues.  Parties are directed  to resolve these issues in accordance with this Order prior to transitioning a case to the active docket.

**DONE** and **ORDERED** on this 3rd day of September, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**