IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY LITIGATION
CASE MANAGEMENT ORDER NO. 25
EXHIBIT A

| Row | PID | Name | Law Firm | Claimant Type |
|---|---|---|---|---|
| 1 | 61344 | Davis, Isiaha | Aylstock, Witkin, Kreis & Overholtz, PLLC | Admin Docket |
| 2 | 196082 | Shy, Albert Joshua | Aylstock, Witkin, Kreis & Overholtz, PLLC | Admin Docket |
| 3 | 227882 | Campbell, Shannon S | Aylstock, Witkin, Kreis & Overholtz, PLLC | Admin Docket |
| 4 | 281357 | SCHWARZ, BRIAN | Aylstock, Witkin, Kreis & Overholtz, PLLC | Admin Docket |
| 5 | 3547 | TWITTY, JAMES AUSTIN | Bailey & Glasser | Admin Docket |
| 6 | 66838 | Kringer, Richard | Bernstein Liebhard LLP | Admin Docket |
| 7 | 67460 | Alexander, Kenya J. | Bernstein Liebhard LLP | Admin Docket |
| 8 | 67524 | Walz, Levi E. | Bernstein Liebhard LLP | Admin Docket |
| 9 | 89528 | West, Eric L | Clark, Love & Hutson PLLC | Admin Docket |
| 10 | 90600 | Medley, Brian | Clark, Love & Hutson PLLC | Admin Docket |
| 11 | 90672 | Smith, MuShawn D | Clark, Love & Hutson PLLC | Admin Docket |
| 12 | 70704 | Cuevas, Sergio | Danziger & De Llano | Admin Docket |
| 13 | 70728 | Cutler, Charles | Danziger & De Llano | Admin Docket |
| 14 | 70906 | Dimich, Robert | Danziger & De Llano | Admin Docket |
| 15 | 71697 | Gutierrez De Pineres, Ricardo | Danziger & De Llano | Admin Docket |
| 16 | 74178 | Powell, Ryan | Danziger & De Llano | Admin Docket |
| 17 | 74263 | Raley, Mason | Danziger & De Llano | Admin Docket |
| 18 | 74494 | Rodriguez, Cruz | Danziger & De Llano | Admin Docket |
| 19 | 108813 | Cullifer, Kevin | Douglas & London | Admin Docket |
| 20 | 109537 | Finch, Stephen | Douglas & London | Admin Docket |
| 21 | 110254 | Handwerker, Henry | Douglas & London | Admin Docket |
| 22 | 111151 | Kellum, Benjamin | Douglas & London | Admin Docket |
| 23 | 111221 | King, Daniel | Douglas & London | Admin Docket |
| 24 | 111738 | Lucero, John | Douglas & London | Admin Docket |
| 25 | 112305 | Messinger, Matthew | Douglas & London | Admin Docket |
| 26 | 112402 | Miron, Joseph | Douglas & London | Admin Docket |
| 27 | 115254 | Waters, Derek | Douglas & London | Admin Docket |
| 28 | 76446 | Ernisse, Malcolm | FLEMING, NOLEN & JEZ, L.L.P | Admin Docket |
| 29 | 138028 | Dixon, Marcell | Jensen & Associates | Admin Docket |
| 30 | 138186 | MACIAS, MONICA | Jensen & Associates | Admin Docket |
| 31 | 138653 | Simmons, Tobias | Jensen & Associates | Admin Docket |
| 32 | 129588 | Abshier, Jonathan | Junell & Associates, PLLC | Admin Docket |
| 33 | 131305 | Fennell, Bryan | Junell & Associates, PLLC | Admin Docket |
| 34 | 46305 | Shaddon, Timothy | Keller Lenkner | Admin Docket |
| 35 | 102433 | Lopez, Pedro | Lockridge Grindal Nauen | Admin Docket |
| 36 | 51798 | Silvabarros, Keli | Mostyn Law | Admin Docket |
| 37 | 51872 | Short, Mark | Mostyn Law | Admin Docket |
| 38 | 105378 | Montoya, Stephen Joshua | Parker Waichman LLP | Admin Docket |
| 39 | 106125 | Talbot, Shawn Wayne | Parker Waichman LLP | Admin Docket |
| 40 | 15673 | BILBO, JIMMY | Pulaski Law Firm, PLLC | Admin Docket |
| 41 | 26305 | WETHERINGTON, GARY | Pulaski Law Firm, PLLC | Admin Docket |
| 42 | 28422 | NAVARRO, RENE | Pulaski Law Firm, PLLC | Admin Docket |
| 43 | 28696 | KIBERT, CHAD | Pulaski Law Firm, PLLC | Admin Docket |
| 44 | 169748 | HALL, JOHN | Pulaski Law Firm, PLLC | Admin Docket |
| 45 | 169846 | Lafayette, Eric | Pulaski Law Firm, PLLC | Admin Docket |
| 46 | 47941 | JAMES, BRADFORD | The Gori Law Firm, P.C. | Admin Docket |
| 47 | 56356 | Washington, Lutfee E. | The Gori Law Firm, P.C. | Admin Docket |
| 48 | 57449 | Brown, John | The Gori Law Firm, P.C. | Admin Docket |
| 49 | 57621 | LEWIS, THOMAS | The Gori Law Firm, P.C. | Admin Docket |
| 50 | 93509 | Brewer, Joshua | The Kuykendall Group LLc | Admin Docket |
| 51 | 19762 | Bolton, Steven | Tracey & Fox Law Firm | Admin Docket |
| 52 | 26186 | Wood, Michael | Tracey & Fox Law Firm | Admin Docket |
| 53 | 96441 | Wathey Colon, Harold A. | Wagstaff & Cartmell, LLP | Admin Docket |
| 54 | 43889 | Curtis, John C | Keller Lenkner | Admin Docket |
| 55 | 252718 | Santiago, Pedro | Clark, Love & Hutson PLLC | Admin Docket |