UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:   3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   September 3, 2021

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  Kelley L. Stonebraker      on  September 3, 2021   Doc. # 1914

Response _____ on _____ Doc. # _____

_____ Stipulated          _____ Joint Pleading
_____ Unopposed        _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 7th day of September 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**