# **EXHIBIT A**


## Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### WILLIAM L. SMITH

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that William L. Smith, **#324235**, was on the **12th** day of **December 2018,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 7th day of September 2021.

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Karissa Castro, Deputy Clerk*