UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rules 11.1, Richard Zgoda, Jr. hereby moves this Court for an Order for Admission to Practice Pro Hac Vice in the above-styled case, and in support states as follows:

1. I reside in New York. I am not a resident of the State of Florida.

2. I am admitted to practice and am a member in good standing of the Bar of the State of New York (NY Bar No. 4781506). A copy of a Certificate of Good Standing from the Appellate Division of the Supreme Court of the State of New dated within 30 days of this motion is attached hereto as Exhibit A.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, I have reviewed the local rules for this district, successfully completed the online Attorney Admission Tutorial (Confirmation Number: FLND16311272564852) and reviewed the PACER CM/ECF tutorials.

4. I have submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. My PACER account is an individual account and is upgraded to NextGen.

6. I am the attorney of record in the following case, among others: *Stanley Aikens v. 3m Company, et al*, 7:21-cv-21044-MCR-GRJ.

WHEREFORE, Richard Zgoda, Jr. respectfully requests that this Courtenter an Order granting this motion to appear pro hac vice and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: 09/10/2021                    Respectfully submitted,

The Law Offices of Steven
Gacovino, PLLC


*/s/ Richard Zgoda, Jr.*

Richard Zgoda Jr.
State Bar No. 4781506
rich@gaclawyer.com
270 West Main Street
Sayville, NY 11782
Telephone: 631-333-0962
Facsimile: 631-543-5450

*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 10th day of September 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

                               */s/ Richard Zgoda, Jr.*
                                   Richard Zgoda, Jr.