# IN THE UNITED STATES DISTRICT COURT
# FOR NORTHERN THE DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, Craig Carlson hereby moves the Court for an order for admission to practice *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is admitted to practice and is a member of good standing of the State Bar of Texas (Bar No.00792039). A copy of the Certificate of Good Standing from the Texas State Bar dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number,

FLND16299914204810, and the CM/ECF online tutorial.

5. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

6. Movant has an upgraded, "NextGen" PACER account.

7. Movant is the attorney of record to the following client among others: *George Zeiler v. 3m Company, et al, 7:20-cv-47532-MCR-GRJ*.

Wherefore, Craig Carlson respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case filings to the undersigned.

Dated: September 10, 2021

                                      Respectfully submitted,

                                      */s/ Craig W. Carlson*
                                      Craig W. Carlson
                                      TX Bar No. 00792039
                                      The Carlson Law Firm, P.C.
                                      100 E. Central Texas Expy
                                      Killeen, Texas 76541
                                      (254) 526-5688
                                      ccarlson@carlsonattorneys.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2021, I caused the foregoing Motion to Appear *Pro Hac Vice* to be filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Craig Carlson*
Craig W. Carlson
