## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILTY LITIGATION<br><br>This Document Relates to All Cases | :<br>:<br>:   Case No. 3:19-md-02885-MCR-GRJ<br>:<br>:<br>:   Judge M. Casey Rodgers<br>:   Magistrate Judge Gary R. Jones<br>: |

## MOTION TO APPEAR *PRO HAC VICE*

     Pursuant to Pretrial Order No. 3 (ECF No. 4 ), Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida, and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Lindsay R. Stevens of Gomez Trial Attorneys, 655 West Broadway, Suite 1700, San Diego, CA 92101, respectfully moves for *admission pro hac vice* to appear as counsel in the above-styled case and to receive Notices of Electronic Filings in this action.

     In support of this motion, attorney Lindsay R. Stevens states and certifies:

     1.     She resides in San Diego, California, and is not a resident of the State of Florida.

     2.     She is not admitted to practice in the Northern District of Florida.

     3.     She is licensed to practice law in California and a member in good standing of the Bar of the State of California.

     4.     A true and correct copy of his Certificate of Standing from the California Bar is attached as Exhibit A to this motion.

5.	She has successfully completed both the online Attorney Admission Tutorial on September 7, 2021 (Confirmation No. FLND 16310406434841) and the CM/ECF Online Tutorial, as required by Local Rule 11.1.

*6.*	She has remitted simultaneously with the filing of this motion the $210 *pro hac vice* admission fee required by the Court.

7.	She has updated her PACER account to "NextGen."

8.	Upon admission, she respectfully requests that she be provided Notice of Electronic Filings to the following email address: lstevens@thegomezfirm.com and lfelix@thegomezfirm.com.

WHEREFORE, Lindsay R. Stevens respectfully requests this Court enter an order granting this motion to appear *pro hac vice* on behalf of this case, and to provide Notice of Electronic Filings to the undersigned, and for any other just relief.

Date: September 10, 2021                              Respectfully Submitted,

/s/ Lindsay R. Stevens
Lindsay R. Stevens (CA Bar #: 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Ste. 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619)237-3496
lstevens@thegomezfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served by e-filing through the Northern District of Florida Electronic Filing System, this 8th day of September 2021.

/s/ Lindsay R. Stevens
Lindsay R. Stevens (CA Bar #: 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Ste. 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619)237-3496
lstevens@thegomezfirm.com

# EXHIBIT A