# EXHIBIT A



## The State Bar
### of California

**OFFICE OF ATTORNEY REGULATION &
CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

## CERTIFICATE OF STANDING

September 9, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LINDSAY RENE'
STEVENS, #256811 was admitted to the practice of law in this state by the Supreme
Court of California on June 5, 2008 and has been since that date, and is at date
hereof, an ACTIVE licensee of the State Bar of California; and that no
recommendation for discipline for professional or other misconduct has ever been
made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the
State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records