IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG LITIGATION LIABILITY LITIGATION<br><br>This Document Relates to All Cases | CASE NO.: 3:19-MD-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

**DEFENDANTS' NOTICE OF FILING**

PLEASE TAKE NOTICE that Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC ("Defendants") hereby respectfully submit to the Court the following documents displayed and introduced during the August 31, 2021 hidden hearing loss hearing:

Exhibit 1: Defendants' PowerPoint slides displayed during closing argument;

Exhibit 2: David Kohrman, Guoqiang Wan, Luis Cassinotti, Gabriel Corfas, *Hidden hearing loss, a disorder with multiple etiologies and mechanisms,* in HHS Public Access, Cold Spring Harb Perspect Med.; 10(1);

Exhibit 3: Bramhall, N., Beach, E. F., Epp, B., Le Prell, C. G., Lopez-Poveda, E. A., Plack, C. J., Schaette, R., Verhulst, S., & Canlon, B. (2019). The search for noise-induced cochlear synaptopathy in humans: Mission impossible? Hearing Research, 377, 88-103. https://doi.org/10.1016/j.heares.2019.02.016;

Exhibit 4: James A. Henry, Susan Griest, Kelly M. Reavis, Leslie Grush, Sarah M. Theodoroff, Sarah Young, Emily Thielman, and Kathleen F. Carlson,

*Noise Outcomes in Servicemembers Epidemiology (NOISE) Study: Design, Methods, and Baseline Results, in* Ear & Hearing (870-885) (Wolters Kluwer Health, Inc., 2020);

Exhibit 5: Pei-Zhe Wu, Jennifer T. O'Malley, Victor de Gruttola, and M. Charles Liberman, *Primary Neural Degeneration in Noise-Exposed Human Cochleas: Correlations with Outer Hair Cell Loss and Word-Discrimination Scores, in* The Journal of Neuroscience (4439-4447) (May 19, 2021);

Exhibit 6: M.D. Valero, J.A. Burton, S.N. Hauser, T.A. Hackett, R. Ramachandran, M.C. Liberman, *Noise-induced cochlear synaptopathy in rhesus monkeys (Macaca Mulatta), in* Hearing Research (213-223) (2017);

Exhibit 7: Lynn Megarbane and Adrian Fuente, *Association between speech perception in noise and electrophysiological measures: an exploratory study of possible techniques to evaluate cochlear synaptopathy in humans, in* International Journal of Audiology (427-433) (2020);

Exhibit 8: Eric C. Bielefeld, *Effects of Early Noise Exposure on Subsequent Age-Related Changed in Hearing, in* Springer Handbook of Auditory Research 40 (Chapter 10) (205-236) (2012);

Exhibit 9: George A. Gates, Peter Schmid, Sharon G. Kujuwa, Byung-ho Nam, Ralph D'Agostino, *Longitudinal threshold changes in older men with audiometric notches, in* Hearing Research (220-228) (2000).

September 12, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Robert C. "Mike" Brock*
　　　　　　　　　　　　　　　　　Robert C. "Mike" Brock
　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　1301 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　Telephone: (202) 389-5991
　　　　　　　　　　　　　　　　　mike.brock@kirkland.com

　　　　　　　　　　　　　　　　　Mark J. Nomellini
　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　300 North LaSalle
　　　　　　　　　　　　　　　　　Chicago, Illinois 60654

Telephone: (312) 862-3254
mnomellini@kirkland.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 12th day of September 2021, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

September 12, 2021

Respectfully submitted,

<u>*/s/ Robert C. "Mike" Brock*</u>
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*