# EXHIBIT 1

# In Re: 3M Combat Arms Earplug Products Liability Litigation

August 31, 2021

## What's In Dispute?

- Whether the following has been shown to occur together in a human being:

    1. Normal pure tone audiogram

    2. Noise-induced cochlear synaptopothy

    3. A functional hearing deficit

- Whether the above condition can be reliably identified in a living human

    - The literature proposes an extensive battery of experimental testing

    - There is no scientific support for a diagnosis based on (1) a normal audiogram, and (2) a subjective complaint of difficulty hearing.  Defendants seek a ruling on this issue.

# Animal Studies Do Not Show "Hidden" Cochlear Synaptopthy In Humans

- Animal studies show "hidden" synapse damage in mice, rodents and monkeys

- Scientists have been unable to reliably replicate the findings from the animal studies on humans



Bramhall et al (2019)

3

## Recent Human Study Undermine Applicability Of Animal Models

- 2021 study of 120 human cases (deceased)

- Findings show that, unlike animal studies, synapse damage in humans is *positively* correlated with hair cell death, and thus unlikely to be "hidden"



Wu et al (2021)

> Our data also show a positive correlation between OHC loss and ANF loss throughout the cochlea (Fig. 3B,D), which is unexpected since 95% of ANFs make synaptic contact only with IHCs (Liberman, 1982). In contrast, animal studies report a negative correlation between OHC and ANF synaptic loss (Fernandez et al., 2020), suggesting that OHC loss reduces neuropathy by reducing the sound-evoked drive to the IHC synapse.

4

## Cochlear Synaptopothy In Humans Is A Developing Science



## Cochlear Synaptopothy Cannot Presently Be Identified In Living Humans



Dr. Spankovich

Taking that to the individual live human is a large area of ongoing research at this point but doesn't include just one measure. ... The ability to measure it is still an ongoing area of research, to be able to provide a clinical approval

(Spankovich 12/10/20 at 117, 153)



Dr. Lustig

"The problem is, we just don't have a good way of diagnosing it. We don't have the appropriate tests. And that's the controversy: Is how do we -- how do we figure out what's going on before the patient dies? That's -- That's where the controversy is these days."

(Lustig 12/20/20 Dep. Tr. at 252)

6

# The Literature Identifies An Extensive Test Battery Associated With Efforts To Identify Cochlear Synaptopothy In Humans



**Bramhall et al (2019)**

- Recommending a battery of over 10 tests "oriented towards a diagnosis of synaptopothy in people with normal audiograms."
- Tests include: audiogram, OAE, ABR, middle ear muscle reflex, speech in noise, EFR, and potentially "novel brain imaging techniques"

> The above list of suggestions for assays to detect synaptopathy is quite lengthy and would not be clinically feasible for diagnostic purposes due to time constraints. However, at this point in time it is not possible to minimize the number of assays because of the many uncertainties within the literature. A more concise battery of assays can only be suggested when the number of studies related to human synaptopathy increase and the combinations of assays become validated.

7

# The Literature Identifies An Extensive Test Battery Associated With Efforts To Identify Cochlear Synaptopothy In Humans



Kohrman et al (2020)

8

# The Literature Identifies An Extensive Test Battery Associated With Efforts To Identify Cochlear Synaptopothy In Humans



**Lokwani et al (2021)**

- Meta-analysis of 14 human studies re cochlear synaptopothy

- Measures used included:
  - High-frequency audiometry
  - Modulation detection thresholds
  - Speech-in-noise "should be a sure test in the battery"
  - Inter-aural phase difference
  - Differential sensitivity tasks

- Identifies no human study that relied on subjective reporting of difficulty hearing as a measure of cochlear synaptopothy

9