# EXHIBIT 3

Downloaded from orbit.dtu.dk on: Nov 30, 2020



**DTU Library**

**The search for noise-induced cochlear synaptopathy in humans**
Mission impossible?

**Bramhall, Naomi; Beach, Elizabeth Francis; Epp, Bastian; Le Prell, Colleen G.; Lopez-Poveda, Enrique A.; Plack, Christopher J.; Schaette, Roland; Verhulst, Sarah; Canlon, Barbara**

*Published in:*
Hearing Research

*Link to article, DOI:*
10.1016/j.heares.2019.02.016

*Publication date:*
2019

*Document Version*
Peer reviewed version

Link back to DTU Orbit

*Citation (APA):*
Bramhall, N., Beach, E. F., Epp, B., Le Prell, C. G., Lopez-Poveda, E. A., Plack, C. J., Schaette, R., Verhulst, S., & Canlon, B. (2019). The search for noise-induced cochlear synaptopathy in humans: Mission impossible?
*Hearing Research*, *377*, 88-103. https://doi.org/10.1016/j.heares.2019.02.016

**General rights**
Copyright and moral rights for the publications made accessible in the public portal are retained by the authors and/or other copyright
owners and it is a condition of accessing publications that users recognise and abide by the legal requirements associated with these rights.

• Users may download and print one copy of any publication from the public portal for the purpose of private study or research.
• You may not further distribute the material or use it for any profit-making activity or commercial gain
• You may freely distribute the URL identifying the publication in the public portal

If you believe that this document breaches copyright please contact us providing details, and we will remove access to the work immediately
and investigate your claim.

# The search for noise-induced cochlear synaptopathy in humans: Mission impossible?

Naomi Bramhall Naomi.Bramhall@va.gov
1. VA RR&D National Center for Rehabilitative Auditory Research (NCRAR), VA Portland Health Care System, Portland, Oregon
2. Department of Otolaryngology/Head and Neck Surgery, Oregon Health & Science University, Portland, Oregon

Elizabeth Beach Elizabeth.Beach@nal.gov.au
1. National Acoustic Laboratories, Macquarie University, Australia
2. The HEARing CRC, Melbourne Australia

Bastian Epp <bepp@elektro.dtu.dk>
Hearing Systems Group, Department of Electrical Engineering, Technical University of Denmark

Colleen G. Le Prell <Colleen.LePrell@utdallas.edu>
School of Behavioral and Brain Sciences, The University of Texas at Dallas

Enrique A. Lopez-Poveda ealopezpoveda@usal.es
Instituto de Neurociencias de Castilla y Leon, Departamento de Cirugía, University of Salamanca, 37007 Salamanca, Spain

Christopher J. Plack Chris.Plack@manchester.ac.uk
1. Manchester Centre for Audiology and Deafness, The University of Manchester, Manchester Academic Health Science Centre, M13 9PL, UK
2. Department of Psychology, Lancaster University, LA1 4YF, UK

Roland Schaette r.schaette@ucl.ac.uk
UCL Ear Institute, 332 Gray's Inn Road, London, WC1X 8EE, UK

Sarah Verhulst s.verhulst@ugent.be
Hearing Technology @ Waves, Dept. of Information Technology, Ghent University, Belgium
Technologiepark 15, 9052 Zwijnaarde, BE

Barbara Canlon Barbara.Canlon@ki.se
Department of Physiology and Pharmacology, Karolinska Institute, Stockholm, 171 77, Sweden

40  **ABSTRACT**

41  Animal studies demonstrate that noise exposure can permanently damage the synapses between

42  inner hair cells and auditory nerve fibers, even when outer hair cells are intact and there is no

43  clinically relevant permanent threshold shift. Synaptopathy disrupts the afferent connection

44  between the cochlea and the central auditory system and is predicted to impair speech

45  understanding in noisy environments and potentially result in tinnitus and/or hyperacusis. While

46  cochlear synaptopathy has been demonstrated in numerous experimental animal models,

47  synaptopathy can only be confirmed through post-mortem temporal bone analysis, making it

48  difficult to study in living humans. A variety of non-invasive measures have been used to

49  determine whether noise-induced synaptopathy occurs in humans, but the results are conflicting.

50  The overall objective of this article is to synthesize the existing data on the functional impact of

51  noise-induced synaptopathy in the human auditory system. The first section of the article

52  summarizes the studies that provide evidence for and against noise-induced synaptopathy in

53  humans. The second section offers potential explanations for the differing results between

54  studies. The final section outlines suggested methodologies for diagnosing synaptopathy in

55  humans with the aim of improving consistency across studies.

56

**Introduction**

Damage to the inner ear, and associated hearing loss, occurs from noise trauma, ototoxic drugs, aging and genetic factors. One form of cochlear pathology involves synaptic damage that perturbs the neurotransmission between the inner hair cell (IHC) and auditory nerve (AN) fibers. This type of pathology has been termed cochlear synaptopathy (Kujawa and Liberman, 2015) and popularly "hidden hearing loss" (Schaette and McAlpine, 2011) because it can occur without affecting hearing thresholds. However, the definition of the latter term has become inconsistent between articles, with some authors using it to refer more generally to hearing dysfunction in the presence of normal hearing thresholds. For this reason, we will avoid use of the term "hidden hearing loss" in the present review. The predicted functional consequences of these synaptic alterations are listening difficulties in noisy backgrounds, tinnitus and hyperacusis (Kujawa & Liberman 2015). Experimental work, primarily on noise-traumatized and ageing rodents, has clearly demonstrated that the afferent synapse is more vulnerable than hair cells. AN fibers with low and medium spontaneous rates (SRs) and higher response thresholds appear to be particularly vulnerable to noise damage (Furman et al. 2013). Since these fibers do not respond at low intensity levels, their loss does not impact measures of auditory threshold, such as the clinical audiogram. Although auditory brainstem response (ABR) thresholds are insensitive to these synaptic changes, and there is some evidence that low SR-fibers do not contribute to the amplitude of ABR wave 1 (Bourien et al., 2014), the amplitude of ABR wave 1 recorded to supra-threshold transients appears to be a sensitive indicator of synaptopathy (Kujawa and Liberman, 2015; Furman et al., 2013). The amplitude of the middle-ear muscle reflex (MEMR) and the envelope following response (EFR) also appear to be sensitive to synaptopathy in animal models (Shaheen et al. 2015; Valero et al. 2016; Valero et al. 2018). An alternative explanation is that the low spontaneous fibers are more involved in efferent regulation than in high-intensity coding (Carney, 2018).

It has recently been questioned whether cochlear synaptopathy occurs in humans and if there is evidence for functional consequences of this phenomenon, as revealed by listening difficulties in noisy backgrounds, tinnitus or hyperacusis. The purpose of this article is to highlight the research that finds evidence supporting noise-induced human synaptopathy, contrast this with studies that have not provided supporting evidence, discuss possible reasons for null results and diverging outcomes, and provide guidance to the field regarding research protocols. To outline these inconsistencies, the existing data that either support or do not support that noise-induced

88    synaptopathy occurs in humans are summarized. Details of the cited studies can be found in Table
89    1. Next, possible explanations for these inconsistencies are provided. Finally, the last part of the
90    article discusses methodological considerations for diagnosing synaptopathy in humans in order to
91    standardize future experimental approaches. This will facilitate the integration of data across
92    studies and improve the overall understanding of cochlear synaptopathy in humans.
93
94

**Data Consistent with Noise-Induced Synaptopathy in Humans**

*Post-mortem temporal bone studies*

97    There is little debate regarding the existence of age-related synaptic loss (or synaptopathy) in the
98    human inner ear. Analysis of temporal bones harvested post-mortem demonstrate that both age-
99    related synaptopathy (Viana et al. 2015) **(Figure 1)** and age-related neural degeneration can occur
100   in humans (Makary et al. 2011). In the study by Makary et al., temporal bones were carefully
101   selected to include only those with no overt loss of either IHCs or outer hair cells (OHCs),
102   demonstrating that spiral ganglion cell numbers can decrease prior to hair cell loss. The results of
103   Viana et al. suggest that synaptopathy can also occur independently of hair cell loss. The same
104   study also included temporal bones with a combination of synaptic loss and hair cell (IHC and
105   OHC) loss, with the most extreme hair cell loss observed in the cochlear base. Interestingly, a
106   temporal bone from a female (age 67) donor had a notched OHC loss centered at 3000 Hz, which
107   is suggestive of previous noise injury. Fewer type I fibers/IHC and fewer synapses/IHC were
108   observed in this donor relative to a 54-year-old male and a 70-year-old female donors, which is
109   consistent with noise-related neuronal/synaptic loss. These findings build on earlier observations
110   of age-related AN fiber loss in temporal bones that also had "expected" age-related loss of OHCs
111   (Felder & Schrott-Fischer 1995). Wu et al. (2018) also demonstrated significant age-related
112   synapse and AN fiber loss in ears with expected age-related loss of hair cells. In addition, although
113   spiral ganglion cell loss can occur independently of hair cell loss, neuronal loss is greater when
114   hair cells are also missing (Otte et al. 1978). Thus, cochlear synaptopathy and neuropathy may be
115   some of the earliest manifestations of future sensorineural hearing loss (SNHL) where
116   synaptic/neuronal loss co-exists with hair cell loss.
117

4

***Human auditory brainstem response studies of noise-induced synaptopathy***

To date, the electrophysiological metric for studying synaptopathy in humans has been the amplitude of wave I of the ABR, a measure of AN function that is associated with synaptopathy in rodent models (Kujawa & Liberman 2009; Sergeyenko et al. 2013). In a sample of young (age 19-35) military Veterans and non-Veterans with normal audiograms and good distortion-product otoacoustic emissions (DPOAEs), Bramhall et al. (2017) found a reduction in ABR wave I amplitude for Veterans with high levels of reported noise exposure during their military service and non-Veterans who reported firearm use compared to non-Veterans with less noise exposure **(Figure 2)**. Liberman et al. (2016) showed a reduction in the amplitude ratio of the ABR summating potential (SP) to the action potential (AP; equivalent to wave I of the ABR) in college music students (age 18-41) with high levels of reported noise exposure versus non-music students with lower reported noise exposure histories **(Figure 3)**. It must be noted that using the Wave 1/SP ratio can be problematic as a normalizing strategy since the ratio is critically dependent on changes in the denominator. Stamper and Johnson (2015a) reported a reduction in ABR wave I amplitude for young people (age 19-28) with higher reported recreational noise exposure compared to individuals with lower exposure, but a reanalysis showed that this relationship held true only for female participants (Stamper & Johnson 2015b). In a group of older adults (aged 29-55) with pure tone thresholds ranging from normal to mild hearing loss, Valderrama et al. (2018) reported a significant relationship between lower ABR wave I amplitude and increasing lifetime noise exposure.

***Human envelope following response studies of noise-induced synaptopathy***

The envelope following response (EFR) is an evoked potential generated in response to amplitude modulated sounds (often a sinusoidally amplitude modulated pure tone) that can be measured from electrodes placed on the scalp. The EFR provides an indication of the fidelity with which the auditory system can follow the envelope of a stimulus (Dolphin & Mountain 1992). Two studies demonstrated that EFR strength was reduced in mice with histologically confirmed synaptopathy that was either induced through ageing (Parthasarathy & Kujawa 2018) or noise exposure (Shaheen et al. 2015). The EFR was most sensitive to synaptopathy for stimulus modulation frequencies between 700 and 1000 Hz, which is consistent with the EFR being generated at the AN. However, it is unclear how these animal results will translate to humans, where the EFR is generally measured at much lower modulation frequencies (80-120

149    Hz), targeting EFR generators from the auditory midbrain. Bharadwaj et al. (2015) detected a

150    marginally significant difference in the EFR slope and envelope interaural time difference (ITD)

151    threshold when participants were grouped as "more" and "less" noise exposed, but argued this

152    result should be interpreted with caution based on the crude characterization of noise-exposure

153    history, small sample size, and cross-correlations among the temporal coding outcomes. While

154    simulation studies based on functional models of the auditory periphery show a role for

155    synaptopathy in reduced EFR strength (Bharadwaj et al. 2014; Paul et al. 2017; Verhulst et al.

156    2018a; Verhulst et al. 2018b), it remains unclear whether the EFR is a robust marker for noise-

157    induced synaptopathy in humans. One potential confound is that animal experiments have shown

158    that EFR remains normal as long as there is the capacity to maintain neural gain suggesting that

159    top-down activity, including cognition and memory capabilities, can influence neural responses

160    in the brainstem (Möhrle et al. 2016). These findings suggest that future studies should consider

161    how top-down mechanisms influence the periphery, especially for aged populations.

162    Furthermore, with better detection tools, other factors that may contribute to impaired neural

163    processing may become feasible to assess, such as potentially detrimental effects of

164    corticosterones and/or potentially beneficial effects of systemic corticosteroids on auditory

165    processing (Singer et al., 2018).

166

167    ***Data consistent with an impact of synaptopathy on auditory perception***

168    One advantage of looking at perceptual consequences of synaptic/neural dysfunction is that

169    uncertainties about the reliability of noise exposure questionnaires and their comparability across

170    studies can be taken out of the equation. Instead, a physiological measure (e.g. ABR wave I

171    amplitude, ABR wave I/V amplitude ratio, EFR strength, middle-ear-muscle reflex (MEMR)

172    strength) can be directly compared to, or correlated with, the perceptual measure.

173

174    **Tinnitus.** Consistent with animal models of cochlear synaptopathy, where ABR wave I amplitude

175    is reduced (Kujawa & Liberman 2009; Furman et al. 2013; Sergeyenko et al. 2013), several studies

176    have shown a relationship between reduced wave I amplitude (or reduced wave I/V ratio) and

177    tinnitus (Schaette & McAlpine 2011; Gu et al. 2012; Bramhall et al. 2018; Valderrama et al. 2018).

178    It is not completely clear why the amplitude of wave V remains close to normal despite the inferred

179    synaptopathy in tinnitus patients, although enhanced central gain after IHC loss can be a possible

6

180    explanation for this phenomenon (for review see Salvi et al. 2016). Decreased responses for two
181    other physiological measures that are sensitive to synaptopathy in mouse models, the MEMR and
182    the EFR (Shaheen et al. 2015; Valero et al. 2016; Valero et al. 2018), have been associated with
183    tinnitus in humans as well. In individuals with tinnitus who have normal or near-normal
184    audiograms, Wojtczak et al. (2017) observed a weakened MEMR relative to age- and sex-matched
185    controls. Paul et al. (2017) showed EFR reductions for individuals with normal audiograms and
186    tinnitus compared to those without tinnitus. However, reanalysis after identification of a statistical
187    error revealed that this was not a significant effect (Roberts et al. 2018).

189    **Hyperacusis.** The lack of a uniform measure of hyperacusis makes this perceptual deficit difficult
190    to assess. Bramhall et al. (2018) did not observe a relationship between loudness discomfort level
191    (LDL) and ABR wave I amplitude, but this may be because LDL alone is not a good indicator of
192    hyperacusis (Sheldrake et al. 2015; Zaugg et al. 2016). Liberman et al. (2016) showed that their
193    high noise exposure group was more likely to report annoyance of everyday sounds and avoidance
194    of noisy environments than their low noise exposure group. However, neither their noise exposure
195    nor their hyperacusis questionnaire was validated. In addition, although they showed a reduction
196    in SP/AP ratio in their high noise exposure group, they did not specifically analyze the relationship
197    between responses on the hyperacusis questionnaire and ABR measures. Given that the high noise
198    exposure group had significantly poorer extended high frequency (EHF) thresholds than the low
199    noise exposure group, this may account for the increased reporting of sound tolerance problems in
200    the high noise exposure group.

202    **Speech-in-noise performance**. Theoretical reasoning predicts that synaptopathy should degrade
203    the neural coding of speech, particularly in noise, and thus hinder the intelligibility of speech in
204    noise (Lopez-Poveda & Barrios 2013; Lopez-Poveda 2014). Liberman et al. (2016) found a
205    relationship between SP/AP ratio and speech-in-noise performance in young males, the significant
206    differences in the EHF thresholds of the two groups could have impacted speech-in-noise
207    performance (Badri et al. 2011; Yeend et al. 2017). Prendergast et al. (2018) reported the SP/AP
208    ratio had considerably less test-retest reliability than wave I amplitude within their normal hearing
209    cohort. In a sample that included participants up to age 55 with pure tone thresholds ranging from
210    normal to mild high frequency hearing loss, Valderrama et al. (2018) observed an interaction effect

7

211    of the ABR wave I/V amplitude ratio and wave V-I interpeak latency on speech-in-noise
212    performance, suggesting that slower neural conduction is associated with poorer performance.
213    While average high-frequency and EHF auditory thresholds did not appear to be predictive of
214    speech perception performance in this sample, this does not rule out the possibility that subclinical
215    OHC dysfunction may have contributed to the relationship between the ABR metrics and speech
216    perception performance. Although the impact of synaptopathy on speech perception in people with
217    normal audiograms may be limited, it is important to remember that synaptopathy likely co-exists
218    with audiometric loss in many cases of SNHL, and that in the context of OHC dysfunction,
219    synaptic/neuronal loss may have a greater impact on speech perception. This is supported by the
220    findings of Bramhall et al. (2015) showing an interaction effect of average pure tone thresholds (at
221    0.5, 1, 2, and 4 kHz) and ABR wave I amplitude on performance on the QuickSIN intelligibility
222    test, with a stronger relationship between ABR wave I amplitude and QuickSIN performance
223    (poorer performance for lower wave I amplitudes) in individuals with elevated pure tone
224    thresholds. In addition to these peripheral effects, central factors such as attention, working
225    memory and language, are also important factors that affect speech-in-noise performance (Yeend
226    et al. 2017) and likely interact with any peripheral encoding deficits, thus contributing to the wide
227    variation observed in speech-in-noise performance across individuals with similar audiograms
228    (Johannesen et al. 2016; Lopez-Poveda et al. 2017).

229

230    **Performance on suprathreshold psychoacoustic tasks.** Synaptopathy likely degrades the neural
231    coding of acoustic information, particularly in noise (e.g., Lopez-Poveda 2014). The relationship
232    between auditory encoding of complex stimuli and performance on basic psychoacoustic tasks such
233    as amplitude modulation detection, temporal fine-structure sensitivity, tone-in-noise detection,
234    frequency and intensity discrimination, and binaural interaural time difference (ITD) or interaural
235    level difference (ILD) sensitivity are not well understood. Numerous studies have investigated the
236    relationship between these metrics over the years with mixed outcomes, even for listeners with
237    clinically normal hearing (Strelcyk & Dau 2009; Hopkins & Moore 2011; Fullgrabe et al. 2014;
238    Stone & Moore 2014; Prendergast et al. 2017a; Yeend et al. 2017; Valderrama et al. 2018). Without
239    a better understanding of the relationship between physiological metrics (often representing a
240    population response to a click or AM stimulus) and performance on a psychoacoustic task, we run
241    the risk of comparing apples to oranges, as a single synaptopathy profile may have differing effects

242    on physiological measures versus psychoacoustic tasks. Numerical modelling approaches can
243    improve our ability to compare potential metrics of synaptopathy by predicting the expected impact
244    of synaptopathy and/or OHC/IHC deficits on each measure (Verhulst et al. 2016; Encina-Llamas
245    et al. 2017; Paul et al. 2017; Carney 2018; Verhulst et al. 2018b).

246

247    Biophysical models of the human auditory periphery have suggested an impact of synaptopathy on
248    the encoding of suprathreshold sounds. Bharadwaj et al. (2014) modelled the effect of a complete
249    loss of low-SR AN fibers on the population response of the inferior colliculus (IC) (a proxy for the
250    dominant source generators of the EFR) (Melcher & Kiang 1996) for an 80 dB SPL 100%
251    sinusoidally AM pure tone embedded in notched noise and found a 7 dB reduction in the magnitude
252    of the response. This study did not consider the impact of this reduction on a specific
253    psychoacoustic task, but degraded coding of AM information at the level of the IC is expected to
254    impair performance on a psychoacoustic AM detection task. Verhulst et al. (2018b) expanded on
255    these findings by using a numerical model of the human auditory periphery  to compute the impact
256    of synaptopathy and OHC loss on the EFR, AM and tone-in-noise detection threshold. Complete
257    low-SR fiber loss was predicted to elevate the 4-kHz AM detection threshold by 2 dB, and an
258    additional loss of 50% or 75% of the high-SR fiber population resulted in an AM detection
259    threshold shift of 8 dB and 15 dB, respectively. The simulations also showed that individual
260    differences in AM detection were well correlated to the EFR (in response to a 100% amplitude-
261    modulated tone) and that synaptopathy, rather than OHC deficits, was the main factor driving
262    individual differences in AM detection performance for listeners with normal audiograms and those
263    with sloping high frequency hearing loss. The simulations furthermore predicted the need for a 4-
264    dB stimulus signal increase for a synaptopathy model (100% low-SR loss and 50% high-SR fiber
265    loss) to reach the same performance on a 4-kHz tone-in-noise detection task as a normal-hearing
266    model. The simulated tone-in-noise detection differences on the basis of different degrees of
267    synaptopathy were consistent with behavioural chinchilla tone-in-noise detection threshold shifts
268    in the range of 5-10 dB when more than 60% of the IHC population was lost (Lobarinas et al.
269    2016). Paul et al. (2017) showed that a simulated loss of low and medium SR fibers (based on the
270    Zilany et al. (2014) model) was sufficient to account for individual differences in AM detection
271    thresholds for a 5 kHz pure tone among individuals with normal hearing. In another simulation
272    model, Carney (2018) suggested that synaptopathy may alter spectral contrasts across the cochlear

9

273   partition, which could impair encoding of speech. These studies suggest that model simulations are
274   a promising method for disentangling the role of different AN fiber populations on suprathreshold
275   auditory perception as well as the interaction between synaptopathy and OHC/IHC dysfunction.

276

277

278   **Data Inconsistent with Noise-Induced Synaptopathy in Humans**

279   As outlined earlier, there are two basic approaches to the search for noise-induced cochlear
280   synaptopathy in humans. The first is to determine if noise exposure is associated with neural
281   deficits (wave I amplitude changes) consistent with those observed in animals with histologically
282   confirmed synaptopathy. The second is to determine whether or not noise exposure (with or without
283   changes in evoked potential measurements) is associated with a measurable change in auditory
284   function (difficulties understanding speech in complex listening situations).

285

286   A number of studies have used the first approach, specifically, seeking evidence of neural deficits
287   that parallel those observed in rodent models. To reduce the probability of inclusion of participants
288   with significant OHC loss, human studies have largely recruited listeners with hearing thresholds
289   within the clinically normal range ($\leq 20$ dB HL) and measured the amplitude of wave I of the ABR,
290   the measure of AN function that is associated with synaptopathy in the rodent models (Kujawa &
291   Liberman 2009; Sergeyenko et al. 2013). It needs to be mentioned that there are several
292   morphological differences between rodent and human auditory neurons that could explain the
293   difficulty in detecting synaptopathy in humans. For example, the total number of spiral ganglion
294   cells and AN fibers differ and in contrast to rodents, nerve fibers in humans are rarely myelinated
295   (Kimura et al. 1979; Nadol Jr 1988).

296

297   The majority of studies have failed to find a significant relation between questionnaire- or
298   interview-based estimates of noise exposure and wave I amplitude, for participants with normal
299   audiometric hearing (Fulbright et al. 2017; Grinn et al. 2017; Guest et al. 2017b; Prendergast et al.
300   2017a; Spankovich et al. 2017; Prendergast et al. 2018; Johannesen et al. 2019) **(Figures 4 and 5)**.
301   The largest study to date (126 participants) used a comprehensive lifetime noise interview to
302   estimate noise exposure history but failed to detect significant decreases in wave I amplitude with
303   increasing noise exposure, despite the presence of EHF hearing loss (Prendergast et al. 2017a),

10

304   raising questions about the prevalence of this pathology in humans with "typical" noise histories.
305   Also of interest is the study of Fulbright et al. (2017), who collected data using the same
306   methodology and stimulus conditions as the earlier study by Stamper and Johnson (2015a). A
307   reanalysis of this earlier study by sex reported a significant correlation between noise exposure and
308   wave I for female participants, but not males (Stamper & Johnson 2015b). However, when
309   Fulbright et al. added their data to those of Stamper and Johnson, the effect was no longer
310   significant for females either, suggesting that this original result may have been a statistical fluke.
311   Several other groups have used the noise exposure questionnaire (NEQ) as used by Stamper and
312   Johnson, without finding statistically significant relationships between NEQ scores and wave I
313   amplitude (Grinn et al. 2017; Spankovich et al. 2017; Ridley et al. 2018). Skoe and Tufts (2018)
314   did not detect differences in wave I amplitude, although they did report delayed latencies of waves
315   I through V, with increasing delays for later waves. In this study, the participants were divided into
316   low- and high-exposure groups based on noise dosimetry over a one-week period.

318   As indicated earlier, another potential electrophysiological measure of synaptopathy that has
319   received attention is the EFR, which has been suggested as a sensitive measure of low-SR fiber
320   loss, especially at high stimulus levels and shallow modulation depths (Bharadwaj et al. 2014;
321   Bharadwaj et al. 2015). Again, however, the evidence for an association with noise exposure is
322   weak. Prendergast et al. (2017a), Guest et al. (2017b), and Grose et al. (2017) have all reported no
323   significant relation between lifetime noise exposure and EFR amplitude.

### *Studies failing to find evidence that noise-induced cochlear synaptopathy is functionally significant in humans*

327   The second basic approach taken in studies of noise-induced cochlear synaptopathy in humans is
328   to determine whether or not noise exposure (with or without changes in evoked potential
329   measurements) is associated with a measurable change in auditory function. Recent studies that
330   have taken this approach have provided little evidence that noise exposure is related to perceptual
331   deficits for listeners with normal audiometric hearing. In a study of 138 participants aged 18-36
332   with clinically normal hearing, Prendergast et al. (2017b) reported little relation between lifetime
333   noise exposure and a range of perceptual measures, including frequency discrimination, intensity
334   discrimination, interaural phase discrimination, amplitude modulation detection, auditory

11

335    localization, musical consonance perception, and speech perception in noise (SPiN). Similarly, in
336    an older cohort of 122 participants aged 30-57, Yeend et al. (2017) reported no relation between
337    lifetime noise exposure and a range of auditory processing and SPiN tasks. Le Prell et al. (2018)
338    similarly failed to detect any statistically significant relations between common sources of noise
339    exposure and performance on a word-in-noise test. These null results are consistent with several
340    other studies (Fulbright et al. 2017; Grinn et al. 2017; Grose et al. 2017; Guest et al. 2018).

341

342    Another approach that avoids issues with the unreliability of self-reported noise exposure is to
343    determine whether or not perceptual deficits are associated with physiological measures assumed
344    to reflect cochlear synaptopathy. Several recent studies have reported no relation between ABR
345    wave I amplitude and SPiN (Fulbright et al. 2017; Grinn et al. 2017; Prendergast et al. 2017b;
346    Bramhall et al. 2018; Guest et al. 2018), nor between EFR amplitude and SPiN (Prendergast et al.
347    2017b; Guest et al. 2018) **(Figure 6)**. With regard to tinnitus, Gilles et al. (2016), Guest et al.
348    (2017a; 2017b), and Shim et al. (2017), have each reported no relation between presence of tinnitus
349    and wave I amplitude for participants with normal audiometric hearing. Guest et al. (2017a; 2017b)
350    also reported no significant reduction in EFR amplitude in their tinnitus participants compared to
351    controls.

352

353    **Possible explanations for null results and differences between studies.**
354    It is invalid to assume that a non-significant result implies that the null hypothesis has been proven.
355    The following comments offer potential reasons for null results and differences in outcomes across
356    studies. Many of the issues noted below have the net effect of reducing statistical power, as they
357    introduce variability into the data.

358

359    **Humans may be less vulnerable to noise-induced synaptopathy than rodents.**
360    Cochlear synaptopathy is observed with ~100 dB SPL two-hour octave band exposures in the
361    mouse (Kujawa & Liberman 2009), ~106 dB SPL two-hour octave band exposures in the guinea
362    pig (Lin et al. 2011), and ~109 dB SPL two-hour octave band exposures in the rat (Lobarinas et al.
363    2017). Decreasing sound levels by 3 dB can eliminate synaptopathic injury (see Fernandez et al.
364    2015), whereas increasing sound levels by 3 dB can intensify the injury to include permanent
365    threshold shift (Lin et al. 2011). Macaque monkeys are more resistant to cochlear synaptopathy

366   than rodents (Valero et al. 2017), resulting in predictions that humans are less susceptible to noise-
367   induced synaptopathy than rodents (Dobie & Humes 2017). Given the high intensity levels needed
368   to produce acoustic trauma resulting in significant temporary threshold shift and bordering on a
369   permanent threshold shift, there may be few human exposures that will result in the large reductions
370   in ABR wave I seen in the original mouse study (Kujawa & Liberman 2009). If so, this would
371   make selective noise-induced cochlear synaptopathy harder to detect in humans. Indeed, when
372   Dobie and Humes adjusted for inter-species differences in susceptibility to noise-induced
373   temporary threshold shift, they found that the noise exposures that cause neuropathy in rodents,
374   when translated to the equivalent levels predicted to be needed to induce cochlear synaptopathy in
375   humans, exceed the OSHA permissible exposure limits. This suggests that the noise exposure
376   levels that are synaptopathic for humans may already be addressed by current noise exposure
377   guidelines.

378

379   **The range of exposures inducing selective cochlear synaptopathy may be narrow.**
380   In a recent macaque study, noise exposures producing a temporary threshold shift were
381   associated with only a 12-27% loss of synapses (Valero et al. 2017) versus 40-55% loss in rodent
382   models (Kujawa & Liberman 2009; Lin et al. 2011; Hickox et al. 2017). Given that primates
383   appear more resistant to noise-induced synaptopathy than mice (Kujawa & Liberman 2009;
384   Valero et al. 2017), there may only be a narrow "sweet spot" where noise-induced cochlear
385   synaptopathy can occur while hearing thresholds are still clinically normal. This sweet spot
386   would be characterized by sufficient synaptopathy to be detectable via ABR amplitude
387   measurements (or another less variable, more reliable metric), but with overall cochlear damage
388   low enough that OHCs are intact and hearing thresholds are normal. It is possible that this "sweet
389   spot" is often the result of a combination of noise- and age-related synaptopathy. Support for this
390   suggestion comes from the observation that several studies investigating young people with
391   recreational noise exposure or tinnitus have failed to find evidence for synaptopathy in ABR
392   wave I amplitude measurements (Fulbright et al. 2017; Grinn et al. 2017; Guest et al. 2017b;
393   Prendergast et al. 2017a; Guest et al. 2018), whereas studies in slightly older cohorts (Schaette &
394   McAlpine 2011; Gu et al. 2012; Valderrama et al. 2018) did find reductions in ABR wave I
395   amplitude in the experimental group. There is also the possibility that partial synaptic repair may
396   occur in humans following noise exposure. This phenomenon has been observed in noise-

13

397   exposed guinea pigs (Liu et al. 2012; Shi et al. 2016) and if also prevalent in humans, it would be
398   yet another source of variation impacting our ability to find evidence for synaptopathy.
399
400   **Sound evoked potentials are more variable in humans than in rodents.** In the study of
401   Prendergast et al. (2018), the coefficient of variation in wave I amplitude was 25% in the low noise
402   exposure group, which may indicate a large degree of variability compared to the effect being
403   measured. One of the factors that may contribute to the between-subject variability and reduced
404   statistical power for detection of differences in human electrophysiological measures is head size
405   and geometry (Mitchell et al. 1989; Don et al. 1994); this may contribute to differences in the average
406   ABR wave I amplitude for males and females, with smaller average wave I amplitudes in males than
407   in females. Cochlear duct length also varies with sex, with longer duct length in males than in females
408   (Sato et al. 1991; Thong et al. 2017). The higher noise floor of human ABR wave I amplitude
409   measurements is another potential source of variability. Humans are tested while unanesthetized
410   (with a variable sleep state) and with dermal or ear canal electrodes, while rodents are tested while
411   anesthetized using subcutaneous needle electrodes. An additional aspect that needs further
412   investigation is the possibility that top-down regulation might be playing a role.
413
414   **The sensitivity of the auditory brainstem response to human synaptopathy might be**
415   **inadequate.**
416   Most human studies have employed ABR amplitude measurements to assess cochlear synaptopathy
417   (Schaette & McAlpine 2011; Gu et al. 2012; Stamper & Johnson 2015a; Liberman et al. 2016;
418   Bramhall et al. 2017; Fulbright et al. 2017; Grinn et al. 2017; Grose et al. 2017; Guest et al. 2017b;
419   Prendergast et al. 2017a; Shim et al. 2017; Bramhall et al. 2018; Guest et al. 2018; Valderrama et
420   al. 2018). In these studies, a decrease in the amplitude of ABR wave I relative to wave V has been
421   interpreted as evidence for cochlear synaptopathy and  based on speculation that wave V amplitude
422   is "normal" as a consequence of the compensatory central gain observed in animal models (see
423   Salvi et al. 2017).  The interpretation of wave I/V ratios must be considered hypothetical at this
424   time, as central gain as a compensatory mechanism subsequent to the loss of synapses in the cochlea
425   is highly speculative and not well understood. It is possible that not all cases of synaptopathy lead
426   to increased central gain. Using ABR wave I amplitude as an indicator of synaptopathy is further
427   complicated by the fact that high frequency OHC loss also reduces the wave I ABR amplitude by

14

428  decreasing the contribution of high frequency AN fibers to the ABR generation (e.g., Lewis et al.
429  2015; Verhulst et al. 2016). In addition, it must be remembered that the OHCs provide significant
430  level-dependent amplification of the cochlear response, and loss of the OHCs decreases the input
431  to the IHCs (Dallos et al. 2006; for recent review see Le Prell 2019). This makes it difficult to use
432  ABR wave I amplitude to diagnose  synaptopathy when OHC dysfunction is also present. Thus,
433  synaptopathy might remain "hidden" even if ABR amplitude measurements are added to the
434  audiometric test battery.

435  In addition, the results of Bourien et al. (2014) suggest that ABR wave I amplitudes might not be
436  a particularly sensitive measure of low-SR synaptopathy. In a series of measurements in gerbils,
437  Bourien et al. showed that low-SR AN fibers have a minimal contribution to the amplitude of ABR
438  wave I. This suggests that the sensitivity of wave I amplitude to low-SR synaptopathy is limited.
439  There are, however, indications, that low-SR fibers might be more important in controlling the
440  efferent system than in encoding of high-intensity sound levels (Carney 2018). This is also
441  consistent with the modeling work in Encina-Llamas et al. (2017) where the EFR is dominated by
442  off-frequency high-SR fibers. Removing all low-SR fibers shows hardly any contribution in a
443  model based on AN responses. Interestingly, when Furman et al. (2013) demonstrated particular
444  vulnerability of low-SR fibers to synaptopathy, they binned the low- and medium-SR fibers
445  together in their analysis. Therefore, the possibility for a significant contribution of medium and
446  high-SR fiber loss to synaptopathy (and ABR wave I amplitude) should also be considered.

447

448  **The sensitivity of the envelope following response to human synaptopathy might be**
449  **inadequate.** In addition to the concerns noted above, there are other factors that suggest the second
450  main electrophysiological measure of synaptopathy in rodents, EFR amplitude, may also be
451  insensitive to synaptopathy in humans, consistent with the lack of a clear reduction in EFR strength
452  in individuals with a history of noise exposure. Modelling of AN activity suggests that low-SR
453  fibers have limited contribution to the EFR at high stimulus levels and that amplitude fluctuations
454  in the stimulus are coded by the activity of high-SR fibers at frequencies basal to the frequency of
455  the stimulus (Encina-Llamas et al. 2017). Accordingly, low-SR fiber loss will not impact the EFR
456  due to the large population of high-SR fibers contributing to the response. Empirical data will be
457  necessary to resolve these questions, given discrepancies in predictions across the various modeling
458  efforts. Furthermore, as noted earlier, in the mouse model, the EFR is sensitive to synaptopathy at

15

459    high modulation rates (around 1 kHz and above) but does not seem to be sensitive to synaptopathy
460    at the lower rates (typically 100 Hz) used in the human studies (Shaheen et al. 2015).
461

462    **Variability in the noise-exposed populations studied could underlie observed differences in**
463    **results and conclusions**. Most studies of noise-induced synaptopathy have investigated young
464    people with clinically normal hearing and high versus low recreational noise exposure (e.g.
465    concerts, personal music player use, etc.). Many of these studies have not found an effect of noise
466    exposure on suprathreshold ABR wave I amplitude, either using the noise exposure survey scores
467    as a continuous variable or when participants are sorted into high and low exposure groups using
468    survey data (Fulbright et al. 2017; Grinn et al. 2017; Prendergast et al. 2017a). Similarly,
469    Holtegaard & Epp (2018) found no difference in ABR wave I amplitude for individuals with a
470    history of occupational noise exposure (musicians and flight attendants) compared to controls with
471    less reported noise exposure. In contrast, studies of young music students (Liberman et al. (2016)
472    and  young female adults (Stamper & Johnson 2015a, 2015b) have found electrophysiological
473    differences as a function of noise exposure history, consistent with synaptopathy. The few studies
474    that have included older participants or individuals with higher levels of noise exposure have found
475    noise exposure-related reductions in ABR wave I amplitude (Bramhall et al. 2017; Valderrama et
476    al. 2018). Common recreational exposures and many occupational exposures are very different
477    from the high-intensity military noise and firearms to which Bramhall et al.'s participants were
478    exposed. If it is the case that humans are not as susceptible as rodents to noise-induced
479    synaptopathy (Dobie & Humes 2017; Valero et al. 2017), then it is likely that the intensity levels
480    of many common sources of recreational noise exposure are simply not high enough to cause
481    synaptopathy.
482

483    **Differences in OHC function between control and experimental groups could confound**
484    **results and interpretation**. Even among young people with normal audiograms, subclinical OHC
485    dysfunction is more likely in those with noise exposure than those without. This could affect
486    electrophysiological and perceptual measures, leading to between-group differences that are not
487    solely related to synaptopathy.
488

16

489   **Variability in the tinnitus populations used across studies could underlie observed differences**
490   **in results and conclusions.** Recruitment strategies across studies investigating ABR wave I
491   amplitude and tinnitus have varied (Schaette & McAlpine 2011; Gu et al. 2012; Guest et al. 2017b;
492   Shim et al. 2017; Bramhall et al. 2018), which may contribute to the differing results. Tinnitus is a
493   heterogeneous disorder with noise exposure as one possible cause. Other etiologies of tinnitus
494   include head/neck trauma, medications, thyroid problems, cardiovascular disease, acoustic
495   neuroma, Meniere's disease, etc. (Henry et al. 2014). When subjects are recruited specifically based
496   on their report of tinnitus, it is expected that there will be a mix of underlying etiologies for the
497   tinnitus. However, if a study recruits for noise exposure and then looks at the subgroup of noise-
498   exposed participants that have tinnitus, that tinnitus group is more likely to have predominantly
499   noise-induced tinnitus.

500

501   **Functional metrics are variable; some tests may not have adequate sensitivity or specificity.**
502   It is also perhaps unsurprising that it has proven difficult to find evidence that synaptopathy leads
503   to deficits in behavioral performance. Oxenham (2016) has argued, from a signal detection theory
504   perspective, that the effects of even 50% deafferentation may be insignificant perceptually. Other
505   perceptual (Lopez-Poveda & Barrios 2013; Marmel et al. 2015) and computational models,
506   however, suggest larger effects (4-7 dB) (Paul et al. 2017; Verhulst et al. 2018b) depending on the
507   stimulus characteristics and the amount of deafferentation. Empirical data are needed to assess
508   these varied model predictions. However, the models recently described by Carney (2018) suggest
509   an even more fundamental paradigm change may be necessary, arguing against a direct role of low-
510   and medium-SR fibers in coding sounds at moderate to high sound levels.

511

512   Many auditory and non-auditory factors, such as memory and attention, are known to contribute to
513   behavioral tasks such as SPiN (Yeend et al. 2017), and the contribution of synaptopathy may be
514   relatively small, at least for listeners with clinically normal audiograms. Additional research is
515   needed to determine the relative contributions of OHC function, cochlear synaptopathy, memory,
516   attention, and other factors on auditory perception. If associations between cochlear synaptopathy
517   and perceptual issues cannot ultimately be reliably measured, even in individuals with significant
518   synaptic loss, such results would raise questions as to whether noise-induced cochlear synaptopathy
519   should be regarded as a major hearing health issue. While cross-sectional retrospective study

520  designs are useful and powerful, longitudinal studies allowing the trajectory of change to be
521  established in parallel across a detailed test battery would be helpful in more completely answering
522  these questions.

523

524  **Noise exposure history metrics are variable and imprecise exposure measurements introduce**
525  **variability.** Different groups have used a variety of measures of self-reported noise exposure
526  history in their studies of noise-induced synaptopathy (Bharadwaj et al. 2015; Stamper & Johnson
527  2015a; Liberman et al. 2016; Bramhall et al. 2017; Grinn et al. 2017; Grose et al. 2017; Paul et al.
528  2017; Prendergast et al. 2017a; Yeend et al. 2017; Holtegaard & Epp 2018). Although synaptopathy
529  can theoretically be induced by noise exposure experienced at any point in an individual's lifetime,
530  some of these metrics assess noise exposure only during the previous year or two rather than over
531  their lifetime. Although participants were excluded if they reported that the previous year was not
532  representative of historic exposure, surveys based on the previous year have not been validated
533  against lifetime surveys. Except for Bramhall et al. and Yeend et al., these noise exposure measures
534  either do not specifically ask about firearm use or they do not incorporate firearm exposure into
535  the overall noise exposure score because they use a scoring system that does not allow for both
536  continuous and impulse/impact noise exposures. However, this is probably not a significant
537  confound for the European studies, where firearm use is minimal. In addition, all self-report
538  measures are dependent on the recall ability of the participants. This makes noise exposure history
539  questionnaires a relatively crude metric that is prone to measurement error. There is no consensus
540  on which noise exposure questionnaire should be used for studying synaptopathy or how to score
541  it, making comparisons across studies difficult.

542

543  It has been argued that the imprecision of the self-report noise exposure metrics is small compared
544  to the range of noise exposures in the sample of participants used in some studies. For example, in
545  one study reporting a null result for ABR wave I, the low- and high-exposure groups differed by
546  an *average* of a factor of 340 in terms of estimated lifetime energy of exposure (Prendergast et al.
547  2018). The mean exposure for the low-noise group in this study was equivalent, in terms of total
548  energy, to that for an individual who goes to a nightclub or live music event for 1.5 hours, once per
549  year, for 5 years. The mean high-noise exposure was equivalent to going to the same event for 3
550  hours, three times per week, every week of the year, for 5 years. It seems unlikely that participants'

18

551  recollection of exposures would be so poor as to be unable to distinguish between these.
552  Furthermore, the lifetime noise-exposure measure used by Prendergast, Guest, and colleagues, was
553  significantly correlated with 16-kHz thresholds (Prendergast et al. 2017a) and with the presence of
554  tinnitus (Guest et al. 2017b), suggesting that this measure is reliable.  However, measurement error
555  in estimates of noise exposure remains a significant concern. The potential for errors associated
556  with the assignment of sound intensity levels to recreational exposures is highlighted by Le Prell
557  et al. (2018), who measured preferred music player listening levels across multiple songs per
558  subject. Even within a quiet lab setting, individual subjects had significant variability in their level
559  selections on a song-to-song basis. These data raise questions about the validity of assigning a
560  relatively arbitrary intensity level for calculating accumulated noise exposure over the past year or
561  longer periods of time. Differences in accumulated noise dose are highly variable across events
562  and individuals, as a function of differences in event intensity level, distance from the sound source,
563  and duration of event attendance (see for example, the event specific exposure data in Grinn et al.,
564  (2017)).

565

566  **Control groups may differ across studies.** In group comparisons, it is vital that the control
567  population has limited noise exposure, otherwise the presence of people with synaptopathy in the
568  control group will make it difficult to detect differences between the control and experimental
569  groups. Ensuring a control group with limited noise exposure is difficult due to the inherent
570  limitations of using noise exposure questionnaires. An in-depth noise exposure questionnaire with
571  specific questions about a variety of potentially noisy activities rather than a questionnaire that uses
572  more general questions to assess noise exposure history may be necessary to aid recall of noise
573  exposures in potential study participants, particularly for infrequent exposures. Given the results
574  from Bramhall et al. (2017) suggesting that firearm users have reduced ABR wave I amplitudes,
575  even individuals with a single episode of firearm exposure should not be included in a control
576  group. Confirming good OHC function by screening for otoacoustic emissions (OAEs) and/or EHF
577  thresholds will also help ensure this population does not have noise exposure history that they have
578  forgotten to report. It is also possible that most adult humans have some degree of age-related
579  and/or noise-induced synaptopathy, making it difficult to identify a true control population, and
580  obscuring variation between groups.

581

582 **Positive results may be due to audiometric confounds unrelated to synaptopathy.** Several
583 studies have provided intriguing evidence that could support an interpretation of an underlying
584 synaptopathic injury. However, there are potential confounds in some of these studies that should
585 be considered. Some studies that have reported a relation between ABR measures of synaptopathy
586 and noise exposure have either reported high-frequency audiometric differences between low-noise
587 and high-noise groups (Liberman et al. 2016; Bramhall et al. 2017), or have not measured
588 audiometric thresholds at extended high frequencies above 8 kHz (Stamper & Johnson 2015a,
589 2015b). Bramhall et al. (2017) reported a 2-6 kHz threshold elevation compared to controls for one
590 of their high-noise groups ("veteran high noise"), but not the other ("non-veteran firearms").
591 However, they controlled for variability in OHC function in their analysis by statistically adjusting
592 for DPOAE differences between the groups. It is unclear the extent to which small audiometric
593 differences might influence the electrophysiological measures of synaptopathy, although it is
594 known that ABR wave I amplitude is dependent on basal cochlear generators (Don & Eggermont
595 1978). Valderrama et al. (2018) reported a weak but significant relation between lifetime noise
596 exposure and ABR wave I amplitude, even after controlling for audiometric thresholds. Although
597 this was a relatively large sample with careful documentation of lifetime exposure to noise, the
598 authors note that if a single outlier with extremely low noise and an extremely robust ABR wave I
599 amplitude was excluded from the analysis, the observed association between lifetime noise
600 exposure and ABR wave I amplitude was no longer statistically significant.

601

602 Some of the positive findings with respect to tinnitus and synaptopathy may also have been affected
603 by audiometric differences. In the Gu et al. (2012) study the groups were not audiometrically
604 matched for the click level (120 dB peSPL) at which a significant effect on wave I amplitude was
605 observed, with higher thresholds in the tinnitus group at frequencies of 8 kHz and above. In the
606 Bramhall et al. (2018) study there were also audiometric differences between the groups, although
607 the authors controlled for DPOAE differences in the analyses. In the Schaette and McAlpine (2011)
608 study there was a small audiometric threshold elevation (3.5 dB) in the tinnitus group at 12 kHz,
609 and thresholds at higher frequencies were not reported. Wojtczak et al. (2017), who reported a large
610 reduction in the acoustic MEMR amplitude in their tinnitus participants compared to controls, also
611 observed substantial audiometric differences between groups. Although the effect of group was
612 still highly significant after controlling for audiometric threshold, the pure tone threshold

613    measurements were limited to a minimum of 0 dB HL, which may have biased thresholds for the
614    controls upwards. It is unclear, however, if this could account for the large group differences in
615    MEMR amplitude they observed.
616
617    **Reproducibility is a major concern.** Finally, we should be aware of the crisis in the wider
618    neuroscience community regarding reproducibility (Colquhoun 2017). Many of the human
619    studies of synaptopathy have used a large number of outcome measures. Studies have often
620    reported positive effects for one measure but not others, and the statistical significance of the
621    positive effects has often been marginal (and usually uncorrected for multiple comparisons). In
622    these circumstances, the rate of statistical Type I errors is very high.


623    **Suggestions for Methodological Approaches to Investigate Synaptopathy in Humans**
624    With the current state of technology, synaptopathy is a pathology that can only reliably be revealed
625    using histological techniques post-mortem. Because across-study differences in results may be due
626    to methodological differences, researchers around the world are working to identify the "best"
627    (most sensitive) non-invasive measures for detecting synaptopathy in humans.  Ultimately, a test
628    battery should be sensitive to synaptopathy both when auditory thresholds are normal, as well as
629    when other auditory deficits are present. However, given that most studies of synaptopathy in
630    humans have used samples with clinically normal or near normal hearing thresholds, it is difficult
631    to recommend the best test measures for diagnosing synaptopathy in individuals with abnormal
632    auditory thresholds. Therefore, the following recommendations are oriented towards diagnosis of
633    synaptopathy in people with normal audiograms. Many of the essential components of the test
634    battery may be necessary in order to have confidence in inferences regarding synaptopathy. The
635    recommendations are as follows:
636
637    o    Noise exposure measurement tools: At this time, a variety of retrospective self-report tools are
638         being used to investigate noise-induced synaptopathy. Some are survey based and emphasize
639         the past year; others are interview based and emphasize lifetime noise exposure history. The
640         strongest approach would include prospective monitoring of changes in the auditory measures
641         described below as a function of noise exposure documented via dosimetry, but such data will
642         be difficult to collect over an individual's lifetime. The more practical goal should be the

21

643    development of standardized survey tools that can be used across laboratories, although these
644    are inevitably subject to recall bias. An alternative approach is the recruitment of subjects with
645    specific risk factors (e.g. frequent exposure to very high-intensity amplified music, exposure to
646    firearm discharge, work in a high-level noise environment) with planned comparisons with
647    lower-exposure control subjects matched for age and sex.

648   o   Otoscopy: inspection of the ear canals is necessary to exclude participants with potential
649       obstruction of the ear canal or other pathology that may confound the results.

650   o   Tympanometry: measurement of ear drum mobility while the pressure in the sealed ear canal is
651       systematically changed; this is necessary to document a correctly functioning middle ear system.

652   o   Distortion product otoacoustic emissions (DPOAEs): a measure of OHC function, necessary for
653       differential allocation of deficits to OHC or AN damage. Note that if sound conduction through
654       the middle ear is compromised, DPOAEs will be reduced or absent even if the OHC population
655       and function are intact.

656          o   During screening tests, DPOAEs are often scored as pass/fail based on whether their
657              levels are at least 6 dB above the noise floor. This is inadequate and more stringent
658              criteria should be used to guarantee normal OHC function.

659          o   When DPOAEs are used diagnostically, they are more commonly defined as present
660              and normal, present but abnormal, or absent, with present but abnormal used to
661              identify DPOAE responses that are present but at a reduced amplitude.  Empirical
662              research is necessary to identify whether use of these three categories has adequate
663              specificity and sensitivity for sorting participants in these studies.

664          o   DPOAE testing with $f_1$ and $f_2$ primary tone levels of 65 dB SPL and 55 dB SPL are
665              common. A DP-gram obtained at these stimulus levels can be compared to
666              normative values (Gorga et al. 1997, Table A1). Restricting study participation to
667              individuals with DPOAE levels above the 95th percentile for Gorga et al.'s impaired
668              sample will greatly limit OHC dysfunction. However, in noise-exposed samples,
669              this may make it difficult to meet recruitment targets.

670          o   Testing at lower SPLs should also be considered; noise-induced deficits may
671              emerge at lower SPLs prior to higher SPLs and thus subtle changes in OHC function
672              can be missed.

673           o   As the availability of clinical equipment capable of measuring high-frequency
674               DPOAEs continues to improve, the ability to adjust for OAE amplitude may
675               continue to improve, and it may be advisable to require "normal" OAEs of all study
676               participants at all tested frequencies (Bramhall et al. 2017). Although inclusion of
677               OAEs might improve the ability to interpret study outcomes, it must also be
678               remembered that normal DPOAEs can be recorded even in the presence of OHC
679               damage and thus normal DPOAEs do not necessarily imply the OHC population is
680               not damaged (Subramaniam et al. 1994a; Subramaniam et al. 1994b; Chen &
681               Fechter 2003). In addition, OAEs are not sensitive to IHC function, and therefore
682               controlling for OAEs will not guarantee perfect matching between groups.

683

684   o   Pure-tone air conduction thresholds, including EHF assessment: Conventional threshold
685       assessment is necessary, including 3 and 6 kHz, and it is essential that EHF assessment be
686       completed up to 12-16 kHz. Multiple studies have provided evidence of deficits in the high
687       frequency range related to noise exposure history, with or without corresponding changes in
688       ABR wave I amplitude. As described earlier, ABR wave I is sensitive to basal cochlear function,
689       so it may be important to control for EHF thresholds when making comparisons between
690       participants using this metric.

691   o   ABR: a measure of the sound evoked neural response, evoked by tones or clicks. Protocols vary
692       significantly across laboratories; in the absence of more sensitive metrics, this is the current gold
693       standard in animal models and should be included in human studies.

694           o   Clicks will activate larger regions of the cochlea than tones; some laboratories
695               record responses to both clicks and tones while others only report responses to
696               clicks. In order to reduce the potential impact of OHC loss in subjects with EHF
697               hearing loss, low-pass filtered clicks could be used. At high intensities, ANFs at
698               high CFs will only contribute through their tails, which are not affected by OHC
699               loss. To facilitate comparisons across studies, clicks should be included in all
700               investigations, and tones, chirps, and other shaped signals should be considered as
701               optional additions.  Because the original data from Kujawa and Liberman (2009)
702               reveal frequency specific effects with both more cochlear synaptopathy in basal
703               regions and greater wave I deficits at higher frequencies, it is reasonable to predict

23

704　　　　　　　that non-click signals may provide insight into patterns of damage within the human
705　　　　　　　cochlea but we do not yet have sufficient evidence to recommend specific protocols.
706　　　　　　　If data emerge documenting increased sensitivity with non-click signals, these
707　　　　　　　recommendations should be re-evaluated.

708　　　o　In general, click levels vary from as low as 70 dB nHL to as high as 100 dB nHL.
709　　　　　　　Some groups report these stimulus levels in dB nHL, while others report them in
710　　　　　　　dB peSPL.  To facilitate comparisons across studies, both dB nHL and dB peSPL
711　　　　　　　should be included in all reports.  Based on both animal data and the studies
712　　　　　　　reporting ABR wave I deficits consistent with synaptopathy, 90 and 100 dB peSPL
713　　　　　　　stimuli are likely to be the most sensitive in revealing wave I deficits; at least one
714　　　　　　　of these higher-level conditions should be included.

715　　　o　Most human studies consider click durations of 80-100 μs (see Table I) to
716　　　　　　　characterize the onset response of the population of AN fibers. It should be noted
717　　　　　　　that adopting longer duration click or tone-burst stimuli with different windowing
718　　　　　　　properties are known to alter the frequency-dependent sources which contribute to
719　　　　　　　the ABR amplitude (Rasetshwane et al. 2013). The exact stimulus specifics for the
720　　　　　　　ABR might thus also have an impact on their sensitivity to synaptopathy and/or on
721　　　　　　　the AN fibers types which contribute to the population response.

722　　　o　Responses may be measured using dermal electrodes or ear canal electrodes; ear
723　　　　　　　canal electrodes are increasingly used in more recent studies to improve resolution
724　　　　　　　of wave I.

725　　　o　Overall configuration for recordings may be one-channel or two-channel
726　　　　　　　configurations. In a one-channel configuration, the active electrode is placed at the
727　　　　　　　high forehead (Cz or Fpz), the reference electrode is placed at the ipsilateral earlobe
728　　　　　　　or the mastoid, and the ground is placed at the contralateral earlobe or mastoid. In a
729　　　　　　　two-channel configuration, the active electrodes for both channels are placed on the
730　　　　　　　high forehead (Cz or Fpz), reference electrodes are placed on both earlobes or both
731　　　　　　　mastoids, and the ground is placed at the center of the forehead.

732　　　o　The number of samples averaged has ranged from 500 (Grinn et al. 2017) to 12,500
733　　　　　　　(Valderrama et al. 2018). Increasing the number of samples averaged will reduce
734　　　　　　　noise in the ABR waveform, making it easier to resolve wave I, but data collection

24

735    time is increased. It has been indicated that there is little improvement between 1000
736    and 2000 averages, except near threshold where as many as 4000 averages may be
737    needed (Hall 1992). It appears that 1000 averages is probably adequate when
738    measuring responses to high level (90-100 dB SPL) click signals in a normal-
739    hearing population, but increased averaging may be required when including
740    participants with abnormal pure tone thresholds. A conservative approach would be
741    to average a minimum of 4000 responses; additional data would be helpful in
742    guiding the minimum protocol requirements.

743    o    Increasing the stimulus rate reduces neural recovery time between stimuli, reduces
744    the ability to resolve wave I, and increases wave V latency. Stimulus presentation
745    rates vary widely across studies. Hall (1992) shows that wave I amplitude is constant
746    up to 21/sec rates and the amplitude decreases at 31/sec and at higher rates. Thus, a
747    21/sec rate would be recommended for a standard test rate; additional stimulus rates
748    can be included to probe the rate of wave I amplitude decrease as stimulus rate
749    increases.

750    o    Although ABR measurements are a necessary element of the test battery, it must be
751    noted that the field is not yet at a point where it is feasible to agree on whether wave
752    I amplitude is the best metric or not, with some data suggesting that wave I is
753    insensitive to low-SR fiber loss (Bourien et al. 2014).

754    Wave I has good test-retest reliability (low measurement error) but large between-subject
755    variance (Mitchell et al. 1989; Don et al. 1994; Prendergast et al. 2018). A differential measure
756    that reduces between-subject variance due to factors unrelated to synaptopathy is recommended
757    for improved sensitivity. As discussed above, the use of a ratio derived from wave I (i.e., wave
758    V/I, or SP/AP amplitude) or other metrics such as wave V latency may be problematic because
759    (1) the value of the ratio critically depends on changes in the denominator and (2) wave V
760    features reflect response characteristics from central auditory nuclei, which may or may not
761    correlate with synaptopathy. The growth of ABR wave I with increasing stimulus intensity may
762    be a useful differential wave I measure with reasonable test-retest reliability (Johannesen et al.
763    2019), but the data do not allow recommendation for a single best differential measure at this
764    moment.

765     o   In the absence of OHC deficits, it is not clear whether ABR latencies are impacted
766         by synaptopathy. Delayed and temporally-smeared first-spike latencies of LSR
767         fibers compared to HSR fibers, make that the ABR wave-I is mostly dominated by
768         the temporally precise HSR fibers (Bourien et al., 2014). A selective loss of LSR
769         fibers or different degrees of HSR fiber loss is thus not expected to impact the ABR
770         wave-I latency much (see also simulations in Verhulst et al., 2018a). However, there
771         is a suggestion that the degree to which the ABR wave-V latency shifts when
772         background noise is added can be a marker of selective low/medium-SR fiber loss
773         (Mehraei et al. 2016). In contrast to suggestions that ABR latencies reflect cochlear
774         synaptopathy, it must also be noted that ABR latencies are very sensitive to OHC
775         deficits and the shape of the audiogram (Gorga et al. 1985; Lewis et al. 2015). This
776         means that ABR latencies for constant SPL stimulation can be used as a control
777         measure to verify whether EHF loss contributed to the degraded ABR wave I
778         amplitude. Specifically, the ABR waves would be delayed in listeners with OHC
779         loss, when compared to listeners without OHC loss but with or without
780         synaptopathy.

781     o   It is important to control for any potential confounds due to high-frequency hair cell
782         damage, which may impact wave I in particular (and more so than wave V given
783         that wave-V generators are more low-frequent than the wave-I generators (Don and
784         Eggermont, 1978)).  EHF testing and/or high-frequency DPOAE measurements
785         provide critical insight into peripheral damage and one or both of these measures
786         should be included. Even in a sample with normal audiograms, it is advisable that
787         ABR measures are statistically adjusted for between-subject differences in OAEs.
788         OAEs are more sensitive to noise exposure than pure tone thresholds (Engdahl &
789         Kemp 1996; Seixas et al. 2005; Marshall et al. 2009) and OAEs measured in the
790         high frequencies (4-8 kHz) are correlated with pure tone thresholds in the extended
791         high frequencies (11-20 kHz, Arnold et al. 1999). Given that OAEs are reflective of
792         peripheral auditory function, adjusting ABR wave I amplitudes for OAEs may be
793         preferable to adjusting for pure tone thresholds, which theoretically could be
794         impacted by high levels of neuronal loss. Another potential method of limiting the
795         impact of high frequency hair cell damage is to add notched noise to the ABR

26

796       stimulus. It should also be noted that wave I can be impacted by sub-clinical IHC
797       dysfunction, and distinguishing synaptopathy from IHC dysfunction is problematic
798       using wave I amplitude in isolation. It will also be problematic to distinguish
799       synaptopathy (loss of synapses) from deafferentation (loss of nerve fibers) using
800       wave I.  In the absence of histopathology, which cannot be collected from live
801       participants, we recommend that authors reporting results remain cognizant of these
802       limitations and specifically acknowledge the imprecision of wave I results.

803

804 In summary, it is reasonable to infer there is a pathology of the IHCs, the synapses, or the ascending
805 neural pathway, if middle ear conduction, OHC function, and threshold sensitivity (including EHF
806 thresholds) are all normal, but there is decreased amplitude of the AP or wave I of the ABR. If
807 middle ear conduction, OHC function, or threshold sensitivity is suspected to be compromised, the
808 inference of selective synaptopathy is drawn into question. This does not mean synaptopathy has
809 not occurred, but that functional deficits and/or supra-threshold complaints cannot be attributed to
810 a selective neural pathology as there are other potentially contributing pathologies present.

811

812 There are a number of optional (experimental) elements of the test battery that labs may consider
813 adding; it is possible that one or more of these elements will ultimately be identified as essential
814 components to include in future investigations. These are described below.

815

816   •   Middle ear muscle reflex (MEMR): also termed the acoustic reflex, stapedius reflex, or auditory
817      reflex; this is an involuntary muscle contraction which can be triggered by either ipsilateral or
818      contralateral sound. The AN must be intact to initiate the acoustic reflex; the strength of the
819      acoustic reflex is reduced in mice with synaptopathy (Valero et al. 2016; Valero et al. 2018)
820      and this may prove to be a useful metric in humans as well. MEMRs are known to be weak, or
821      absent, in a subset of the population (Flamme et al. 2017; McGregor et al. 2018), and it has
822      been suggested that synaptopathic injury could underlie this observed individual variability
823      (Wojtczak et al. 2017). Use of a wideband probe and a broadband activator stimulus has been
824      shown to lower MEMR thresholds compared to the standard 226 Hz probe tone used clinically,
825      which could perhaps improve the ability to reliably detect MEMR responses in future studies
826      (Feeney et al. 2017).

827   •    Signal-in-Noise/Speech-in-Noise testing: Various labs are using different clinical tests,
828        including the QuickSin, WIN, Matrix test, and others. The custom manipulation of the NU-6
829        words by Liberman et al. (2016) revealed significant differences in performance for high risk
830        and low risk participants. However, this test is not readily available to others, complicating
831        replication of the testing and reproduction of the results by other laboratories. Furthermore,
832        task difficulty can be defined simply in terms of percent correct performance, which is easily
833        manipulated in any speech-in-noise test by changing the signal-to-noise ratio. Making a test
834        more "complex" with respect to the cues available would be expected to make the test more
835        cognitively demanding (for example, requiring increased attention and listening effort). This is
836        likely to make performance more reliant on central rather than peripheral factors, reducing
837        sensitivity to synaptopathy.

838   •    Testing audiometric thresholds for brief tones (<20ms) has been suggested as a possible method
839        for detecting synaptopathy. Theoretical reasoning by Lopez-Poveda and Barrios (2013) and
840        perceptual model simulations by Marmel et al. (2015) suggest that synaptopathy involves a
841        substantial loss of low-threshold AN fibers in addition to the larger loss of high-threshold
842        fibers, which is predicted to elevate the detection threshold for brief tones, without significantly
843        elevating the thresholds for longer sounds. The results of Wong et al. (2019) in the budgerigar
844        undermine this approach and the experimental data currently available are not adequate to allow
845        a recommended protocol for this test.

846   •    Supra-threshold temporal tasks: Basic psychoacoustic tasks such as amplitude-modulation
847        detection, temporal fine-structure sensitivity tasks, tone-in-noise detection, frequency and
848        intensity discrimination as well as basic binaural ITD or ILD sensitivity tasks have been
849        completed by some laboratories, but there is only limited theoretical development relating
850        synaptopathy to specific deficits of interest. In those cases where deficits are present on only a
851        subset of temporal processing tasks, interpretation is challenging. Some of these tests will be
852        compromised by OHC pathology, highlighting the need for careful DPOAE assessment, if
853        deficits are to be attributed to selective neural injury.

854    Hyperacusis tools: There are no uniform measures of hyperacusis; loudness discomfort levels
855    could be considered for inclusion (following Bramhall et al. 2018), although this measure may
856    not be a good predictor of hyperacusis. Alternatively, a measure of loudness growth, such as the
857    Contour Test of Loudness Perception (Cox et al. 1997), or categorical loudness scaling (Brand &

858   Hohmann 2002), might be a better metric. Annoyance related to everyday sounds and avoidance
859   of noisy environments (following Liberman et al 2016) could be considered for inclusion as well.

860   •   ABR amplitude versus latency plots can be derived from the raw data and may be considered
861       as per Verhulst et al. (2016) to further disentangle the contribution of OHC and synaptopathy
862       aspects to SNHL.

863   •   Envelope following response (EFR): The EFR is a steady-state sound evoked response which
864       follows the envelope of an AM stimulus. The carrier and modulation frequency can be
865       manipulated, as well as the depth of amplitude modulation. Some studies have also included
866       masking noise (e.g., Bharadwaj et al. 2015; Paul et al. 2017). However, as described above, the
867       EFR cannot be measured in humans easily at the high modulations rates (~1 kHz) that are
868       associated with synaptopathy in animal models. Even though model simulations suggest that
869       EFRs to lower modulation rates may also be sensitive to synaptopathy, the interpretation of the
870       EFR metric in terms of synaptopathy might depend critically on the stimulus characteristics
871       and masking noise applied.

872   Ultimately, to reach a definitive differential diagnosis of synaptopathy, we may need to turn to
873   novel brain imaging techniques, perhaps variations of magnetic resonance imaging (MRI), positron
874   emission tomography (PET) or magnetoencephalography (MEG), or some future technique not yet
875   developed. For example, a new molecular imaging technique to detect changes in the
876   neurotransmitter dopamine in the human brain has been described by Badgaiyan (2014). It may be
877   that research efforts into other neurological conditions, such as Alzheimer's disease, may yield
878   viable techniques which hearing scientists can adopt for the detection of abnormal synaptic
879   transmission at the AN.

880

881   The above list of suggestions for assays to detect synaptopathy is quite lengthy and would not be
882   clinically feasible for diagnostic purposes due to time constraints. However, at this point in time it
883   is not possible to minimize the number of assays because of the many uncertainties within the
884   literature. A more concise battery of assays can only be suggested when the number of studies
885   related to human synaptopathy increase and the combinations of assays become validated.

886

887 **Conclusions**

888 Despite a concerted international research effort over the past several years, conclusive evidence
889 for noise-induced cochlear synaptopathy in humans remains elusive. In this commentary, we have
890 discussed some of the possible reasons behind this. We have described how each of the various
891 experimental approaches, including electrophysiological, questionnaire and behavioural measures
892 have proved to be imperfect metrics. Although there may be techniques we can use to control
893 variability, improve robustness, and increase statistical power, we seem far from reaching a
894 satisfactory diagnostic approach. There are also important questions to be answered about the
895 extent to which human synaptopathy mirrors the animal models, particularly in relation to the
896 intensity of noise that is needed to induce synaptic damage in humans, the relative susceptibility of
897 low-, medium- and high-SR fibers, and the possibility that structural repair at the synapse may
898 occur following early auditory insults. Given that aging and cumulative noise exposure are
899 necessarily correlated and associated with peripheral and central damage in addition to
900 synaptopathy, disentangling noise-induced synaptopathy from deterioration of other auditory
901 structures may prove to be an insurmountable challenge. Nevertheless, it is important to continue
902 our efforts to determine whether synaptopathy occurs in humans, and to better understand its
903 potential perceptual effects. As one of several peripheral and central factors that may contribute to
904 suprathreshold hearing deficits in humans, we need to be able to characterize its relative influence
905 on an individual's overall auditory function. Understanding these relationships is essential if we
906 are to move beyond the audiogram towards a holistic model of person-specific hearing care that
907 diagnoses and treats both the "hidden" and "unhidden" components that underlie human hearing
908 impairment.

909

910

911 **Figure Legends**

912 **Figure 1.**

913 **Histological evidence of synaptopathy in human temporal bones.** Figure shows analysis of
914 orphan ribbons in the IHC area. **A:** Thumbnail re-projections of the voxel space immediately
915 surrounding 12 selected synaptic ribbons from z-stacks. Some ribbons are clearly juxtaposed to
916 nerve terminals (left two columns) while others are not (right column). Only the red (anti-CtBP2)
917 and green (anti-neurofilament) channels are shown for clarity. **B:** Percentage of orphan ribbons,

918    i.e. those not closely juxtaposed to post-synaptic terminals, as assessed by evaluating thumbnail

919    arrays such as those illustrated in **A**, for each of the five completely reconstructed ears in the

920    present study. Reprinted with permission from Viana et al., 2015, Hearing Research.

921

922    **Figure 2. Evidence of noise exposure-related ABR wave I amplitude reduction in humans.**

923    Mean ABR waveforms and peak amplitudes are plotted by noise exposure group. ABR wave I

924    amplitude was reduced in the Veteran High Noise and non-Veteran Firearms groups compared

925    with the non-Veteran control and Veteran Low Noise groups, while waves III and V were similar

926    across groups. A: Waveforms were generated in response to a 110 dB p-pe SPL 4 kHz toneburst

927    and averaged across all participants in each group. The peaks of waves I, III, and V are labeled.

928    The inset shows the average wave V peak after correcting for variability in peak latency across

929    participants. B: Wave amplitudes were measured from responses to a 110 dB p-pe SPL 4 kHz

930    toneburst and then averaged across groups. Wave I and III amplitudes were measured as the

931    difference in voltage between the wave peak and the following trough. Due to difficulty

932    identifying the wave V trough in some participants, wave V amplitude was measured as the

933    voltage difference between the wave V peak and the prestimulus baseline (average voltage

934    measured for the 1-msec period of time before the stimulus presentation). Error bars indicate the

935    standard error of the mean. ABR indicates auditory brainstem response. Reprinted with

936    permission from Bramhall NF, Konrad-Martin D, McMillan GP, Griest SE. Auditory Brainstem

937    Response Altered in Humans With Noise Exposure Despite Normal Outer Hair Cell Function.

938    Ear Hear. 2017 Jan/Feb;38(1):e1-e12. https://insights.ovid.com/pubmed?pmid=27992391

939

940    **Figure 3. Evidence of noise-exposure related increase in SP/AP ratio in humans.**

941    Electrocochleography shows evidence for cochlear synaptopathy in the high-risk group. A:

942    Averaged waveforms (±SEMs) from each group in response to clicks delivered at 9.1 Hz in

943    alternating polarity at 94.5 dB nHL. SP and AP are measured from baseline to peak, as

944    illustrated. B: Increasing click rate from 9.1 Hz to 40.1 Hz decreases AP without affecting SP:

945    mean waveforms from 6 subjects are shown. C: Mean SP/AP ratio is nearly twice as high in the

946    high-risk vs. the low-risk group. This difference remains when subjects are separated by sex. D:

947    The difference in SP/AP ratios arises from both an increase in the SP and a decrease in the mean

948    AP, although only the SP differences are statistically significant. All data are means (±SEM).

949    ***p<0.001; **p<0.01. From Liberman et al., 2016.

950

951    **Figure 4. Evidence that self-reported noise exposure is not correlated with ABR wave I**

952    **amplitude in humans.**The relationship between self-reported noise exposure (calculated as

953    $L_{Aeq8760}$) and action potential (AP) amplitude is shown for male and female participants for

954    stimuli including A: clicks, B: 2 kHz tone bursts, C: 3 kHz tone bursts, and D: 4 kHz tone bursts.

955    All AP amplitude data were normally distributed. Pearson correlation analysis revealed no

956    statistically significant relationships between self-reported noise history and AP amplitude within

957    males or females. Lines of best fit are shown (Males: black symbols and regression lines;

958    Females: red symbols and regression lines). From Grinn et al., 2017.

959

960    **Figure 5. Evidence that ABR wave I amplitude is not decreased by noise exposure in**

961    **humans.**

962    Grand average ABR waveforms. Average waveforms are shown in microvolts for males and

963    females separately and for the 15 lowest and 15 highest noise exposed individuals for each sex.

964    Waves I, III and V can be seen at around 2, 4 and 6 ms respectively. Waveforms are plotted

965    broadband in order to show the full morphology of the response. Reprinted with permission from

966    Prendergast et al., 2017. Hearing Research.

967

968    **Figure 6. Evidence that ABR wave I amplitude is not decreased among individuals with**

969    **problems understanding speech in noise.**

970    ABRs elicited by 102 dB peSPL clicks for verified-SPiN-impairment and control groups. A:

971    Grand average waveforms (averaged across ears and across participants). Shaded areas represent

972    the SEM. B: Wave I and wave V amplitudes, presented as mean ± SEM. Reprinted with

973    permission from Guest et al., 2018. Hearing Research.

974

975

976    **References**

977

978   Arnold, D. J., Lonsbury-Martin, B. L., Martin, G. K. (1999). High-frequency hearing influences lower-
979         frequency distortion-product otoacoustic emissions. *Arch Otolaryngol Head Neck Surg, 125*, 215-
980         222.

981   Badgaiyan, R. D. (2014). Imaging dopamine neurotransmission in live human brain. *Prog Brain Res, 211*,
982         165-182.

983   Badri, R., Siegel, J. H., Wright, B. A. (2011). Auditory filter shapes and high-frequency hearing in adults
984         who have impaired speech in noise performance despite clinically normal audiograms. *J Acoust
985         Soc Am, 129*, 852-863.

986   Bharadwaj, H. M., Masud, S., Mehraei, G., et al. (2015). Individual differences reveal correlates of hidden
987         hearing deficits. *J Neurosci, 35*, 2161-2172.

988   Bharadwaj, H. M., Verhulst, S., Shaheen, L., et al. (2014). Cochlear neuropathy and the coding of supra-
989         threshold sound. *Front Syst Neurosci, 8*, 26.

990   Bourien, J., Tang, Y., Batrel, C., et al. (2014). Contribution of auditory nerve fibers to compound action
991         potential of the auditory nerve. *J Neurophysiol, 112*, 1025-1039.

992   Bramhall, N., Ong, B., Ko, J., et al. (2015). Speech Perception Ability in Noise is Correlated with Auditory
993         Brainstem Response Wave I Amplitude. *J Am Acad Audiol, 26*, 509-517.

994   Bramhall, N. F., Konrad-Martin, D., McMillan, G. P. (2018). Tinnitus and Auditory Perception After a
995         History of Noise Exposure: Relationship to Auditory Brainstem Response Measures. *Ear Hear, 39*,
996         881-894.

997   Bramhall, N. F., Konrad-Martin, D., McMillan, G. P., et al. (2017). Auditory Brainstem Response Altered in
998         Humans With Noise Exposure Despite Normal Outer Hair Cell Function. *Ear Hear, 38*, e1-e12.

999   Brand, T., Hohmann, V. (2002). An adaptive procedure for categorical loudness scaling. *The Journal of the
1000        Acoustical Society of America, 112*, 1597-1604.

1001  Carney, L. H. (2018). Supra-Threshold Hearing and Fluctuation Profiles: Implications for Sensorineural
1002        and Hidden Hearing Loss. *J Assoc Res Otolaryngol*.

1003  Chen, G. D., Fechter, L. D. (2003). The relationship between noise-induced hearing loss and hair cell loss
1004        in rats. *Hear Res, 177*, 81-90.

1005  Colquhoun, D. (2017). The reproducibility of research and the misinterpretation of p-values. *Royal
1006        Society open science, 4*, 171085.

1007  Cox, R. M., Alexander, G. C., Taylor, I. M., et al. (1997). The contour test of loudness perception. *Ear Hear,
1008        18*, 388-400.

1009   Dallos, P., Zheng, J., Cheatham, M. A. (2006). Prestin and the cochlear amplifier. *The Journal of*
1010          *physiology, 576*, 37-42.

1011   Dobie, R. A., Humes, L. E. (2017). Commentary on the regulatory implications of noise-induced cochlear
1012          neuropathy. *Int J Audiol, 56*, 74-78.

1013   Dolphin, W. F., Mountain, D. C. (1992). The envelope following response: scalp potentials elicited in the
1014          Mongolian gerbil using sinusoidally AM acoustic signals. *Hear Res, 58*, 70-78.

1015   Don, M., Eggermont, J. J. (1978). Analysis of the click-evoked brainstem potentials in man unsing high-
1016          pass noise masking. *J Acoust Soc Am, 63*, 1084-1092.

1017   Don, M., Ponton, C. W., Eggermont, J. J., et al. (1994). Auditory brainstem response (ABR) peak
1018          amplitude variability reflects individual differences in cochlear response times. *J Acoust Soc Am,*
1019          *96*, 3476-3491.

1020   Encina-Llamas, G., Parthasarathy, A., Harte, J., et al. (2017). Synaptopathy with envelope following
1021          responses (EFRs): The off-frequency problem. In *International Symposium on Auditory and*
1022          *Audiological Research (ISAAR)*. Nyborg, Denmark.

1023   Engdahl, B., Kemp, D. T. (1996). The effect of noise exposure on the details of distortion product
1024          otoacoustic emissions in humans. *The Journal of the Acoustical Society of America, 99*, 1573-
1025          1587.

1026   Feeney, M. P., Keefe, D. H., Hunter, L. L., et al. (2017). Normative Wideband Reflectance, Equivalent
1027          Admittance at the Tympanic Membrane, and Acoustic Stapedius Reflex Threshold in Adults. *Ear*
1028          *Hear, 38*, e142-e160.

1029   Felder, E., Schrott-Fischer, A. (1995). Quantitative evaluation of myelinated nerve fibres and hair cells in
1030          cochleae of humans with age-related high-tone hearing loss. *Hear Res, 91*, 19-32.

1031   Fernandez, K. A., Jeffers, P. W., Lall, K., et al. (2015). Aging after noise exposure: acceleration of cochlear
1032          synaptopathy in "recovered" ears. *J Neurosci, 35*, 7509-7520.

1033   Flamme, G. A., Deiters, K. K., Tasko, S. M., et al. (2017). Acoustic reflexes are common but not pervasive:
1034          evidence from the National Health and Nutrition Examination Survey, 1999-2012. *Int J Audiol, 56*,
1035          52-62.

1036   Fulbright, A. N. C., Le Prell, C. G., Griffiths, S. K., et al. (2017). Effects of Recreational Noise on Threshold
1037          and Suprathreshold Measures of Auditory Function. *Semin Hear, 38*, 298-318.

1038   Fullgrabe, C., Moore, B. C., Stone, M. A. (2014). Age-group differences in speech identification despite
1039          matched audiometrically normal hearing: contributions from auditory temporal processing and
1040          cognition. *Front Aging Neurosci, 6*, 347.

Furman, A. C., Kujawa, S. G., Liberman, M. C. (2013). Noise-induced cochlear neuropathy is selective for fibers with low spontaneous rates. *J Neurophysiol, 110*, 577-586.

Gilles, A., Schlee, W., Rabau, S., et al. (2016). Decreased Speech-In-Noise Understanding in Young Adults with Tinnitus. *Front Neurosci, 10*, 288.

Gorga, M. P., Neely, S. T., Ohlrich, B., et al. (1997). From laboratory to clinic: a large scale study of distortion product otoacoustic emissions in ears with normal hearing and ears with hearing loss. *Ear Hear, 18*, 440-455.

Gorga, M. P., Worthington, D. W., Reiland, J. K., et al. (1985). Some comparisons between auditory brain stem response thresholds, latencies, and the pure-tone audiogram. *Ear and Hearing, 6*, 105-112.

Grinn, S. K., Wiseman, K. B., Baker, J. A., et al. (2017). Hidden Hearing Loss? No Effect of Common Recreational Noise Exposure on Cochlear Nerve Response Amplitude in Humans. *Frontiers in neuroscience, 11*, 465.

Grose, J. H., Buss, E., Hall, J. W., 3rd. (2017). Loud Music Exposure and Cochlear Synaptopathy in Young Adults: Isolated Auditory Brainstem Response Effects but No Perceptual Consequences. *Trends Hear, 21*, 2331216517737417.

Gu, J. W., Herrmann, B. S., Levine, R. A., et al. (2012). Brainstem auditory evoked potentials suggest a role for the ventral cochlear nucleus in tinnitus. *J Assoc Res Otolaryngol, 13*, 819-833.

Guest, H., Munro, K. J., Plack, C. J. (2017a). Tinnitus with a normal audiogram: Role of high-frequency sensitivity and reanalysis of brainstem-response measures to avoid audiometric over-matching. *Hear Res, 356*, 116-117.

Guest, H., Munro, K. J., Prendergast, G., et al. (2017b). Tinnitus with a normal audiogram: Relation to noise exposure but no evidence for cochlear synaptopathy. *Hear Res, 344*, 265-274.

Guest, H., Munro, K. J., Prendergast, G., et al. (2018). Impaired speech perception in noise with a normal audiogram: No evidence for cochlear synaptopathy and no relation to lifetime noise exposure. *Hear Res*.

Hall, J. W. I. (1992). *Handbook of Auditory Evoked Responses*. Boston: Allyn and Bacon.

Henry, J. A., Roberts, L. E., Caspary, D. M., et al. (2014). Underlying mechanisms of tinnitus: review and clinical implications. *J Am Acad Audiol, 25*, 5-22; quiz 126.

Hickox, A. E., Larsen, E., Heinz, M. G., et al. (2017). Translational issues in cochlear synaptopathy. *Hear Res, 349*, 164-171.

1071   Holtegaard, P., Epp, B. (2018). Correlation of ABR wave I level-growth and amplitude modulation
1072          discrimination in listeners with poor word recognition in noise. In *ARO MidWinter Meeting*. San
1073          Diego, CA.

1074   Hopkins, K., Moore, B. C. (2011). The effects of age and cochlear hearing loss on temporal fine structure
1075          sensitivity, frequency selectivity, and speech reception in noise. *J Acoust Soc Am, 130*, 334-349.

1076   Johannesen, P. T., Buzo, B. C., Lopez-Poveda, E. A. (2019). Evidence for age-related cochlear
1077          synaptopathy in humans unconnected to speech-in-noise intelligibility deficits. *Hearing*
1078          *Research*.

1079   Johannesen, P. T., Perez-Gonzalez, P., Kalluri, S., et al. (2016). The Influence of Cochlear Mechanical
1080          Dysfunction, Temporal Processing Deficits, and Age on the Intelligibility of Audible Speech in
1081          Noise for Hearing-Impaired Listeners. *Trends Hear, 20*.

1082   Kimura, R. S., Ota, C. Y., Takahashi, T. (1979). Nerve fiber synapses on spiral ganglion cells in the human
1083          cochlea. *Annals of Otology, Rhinology & Laryngology, 88*, 1-17.

1084   Kujawa, S. G., Liberman, M. C. (2009). Adding insult to injury: cochlear nerve degeneration after
1085          "temporary" noise-induced hearing loss. *J Neurosci, 29*, 14077-14085.

1086   Kujawa, S. G., Liberman, M. C. (2015). Synaptopathy in the noise-exposed and aging cochlea: Primary
1087          neural degeneration in acquired sensorineural hearing loss. *Hear Res, 330*, 191-199.

1088   Le Prell, C. G. (2019). Effects of noise exposure on auditory brainstem response and speech-in-noise
1089          tasks: a review of the literature. *Int J Audiol, 58*, S3-S32.

1090   Lewis, J. D., Kopun, J., Neely, S. T., et al. (2015). Tone-burst auditory brainstem response wave V latencies
1091          in normal-hearing and hearing-impaired ears. *J Acoust Soc Am, 138*, 3210-3219.

1092   Liberman, M. C., Epstein, M. J., Cleveland, S. S., et al. (2016). Toward a Differential Diagnosis of Hidden
1093          Hearing Loss in Humans. *PLoS One, 11*, e0162726.

1094   Lin, H. W., Furman, A. C., Kujawa, S. G., et al. (2011). Primary neural degeneration in the Guinea pig
1095          cochlea after reversible noise-induced threshold shift. *J Assoc Res Otolaryngol, 12*, 605-616.

1096   Liu, C., Bu, X., Wu, F., et al. (2012). Unilateral auditory neuropathy caused by cochlear nerve deficiency.
1097          *Int J Otolaryngol, 2012*, 914986.

1098   Lobarinas, E., Salvi, R., Ding, D. (2016). Selective Inner Hair Cell Dysfunction in Chinchillas Impairs
1099          Hearing-in-Noise in the Absence of Outer Hair Cell Loss. *J Assoc Res Otolaryngol, 17*, 89-101.

1100   Lobarinas, E., Spankovich, C., Le Prell, C. G. (2017). Evidence of "hidden hearing loss" following noise
1101          exposures that produce robust TTS and ABR wave-I amplitude reductions. *Hearing research, 349*,
1102          155-163.

36

Lopez-Poveda, E. A. (2014). Why do I hear but not understand? Stochastic undersampling as a model of degraded neural encoding of speech. *Frontiers in neuroscience, 8*, 348.

Lopez-Poveda, E. A., Barrios, P. (2013). Perception of stochastically undersampled sound waveforms: a model of auditory deafferentation. *Front Neurosci, 7*, 124.

Lopez-Poveda, E. A., Johannesen, P. T., Perez-Gonzalez, P., et al. (2017). Predictors of Hearing-Aid Outcomes. *Trends Hear, 21*, 2331216517730526.

Makary, C. A., Shin, J., Kujawa, S. G., et al. (2011). Age-related primary cochlear neuronal degeneration in human temporal bones. *J Assoc Res Otolaryngol, 12*, 711-717.

Marmel, F., Rodríguez-Mendoza, M. A., Lopez-Poveda, E. A. (2015). Stochastic undersampling steepens auditory threshold/duration functions: implications for understanding auditory deafferentation and aging. *Frontiers in aging neuroscience, 7*, 63.

Marshall, L., Lapsley Miller, J. A., Heller, L. M., et al. (2009). Detecting incipient inner-ear damage from impulse noise with otoacoustic emissions. *The Journal of the Acoustical Society of America, 125*, 995-1013.

McGregor, K. D., Flamme, G. A., Tasko, S. M., et al. (2018). Acoustic reflexes are common but not pervasive: evidence using a diagnostic middle ear analyser. *Int J Audiol, 57*, S42-S50.

Mehraei, G., Hickox, A. E., Bharadwaj, H. M., et al. (2016). Auditory brainstem response latency in noise as a marker of cochlear synaptopathy. *Journal of Neuroscience, 36*, 3755-3764.

Melcher, J. R., Kiang, N. Y. (1996). Generators of the brainstem auditory evoked potential in cat. III: Identified cell populations. *Hear Res, 93*, 52-71.

Mitchell, C., Phillips, D. S., Trune, D. R. (1989). Variables affecting the auditory brainstem response: audiogram, age, gender and head size. *Hear Res, 40*, 75-85.

Möhrle, D., Ni, K., Varakina, K., et al. (2016). Loss of auditory sensitivity from inner hair cell synaptopathy can be centrally compensated in the young but not old brain. *Neurobiology of aging, 44*, 173-184.

Nadol Jr, J. B. (1988). Comparative anatomy of the cochlea and auditory nerve in mammals. *Hearing research, 34*, 253-266.

Otte, J., Schunknecht, H. F., Kerr, A. G. (1978). Ganglion cell populations in normal and pathological human cochleae. Implications for cochlear implantation. *Laryngoscope, 88*, 1231-1246.

Oxenham, A. J. (2016). Predicting the Perceptual Consequences of Hidden Hearing Loss. *Trends Hear, 20*, 2331216516686768.

1134   Parthasarathy, A., Kujawa, S. G. (2018). Synaptopathy in the Aging Cochlea: Characterizing Early-Neural
1135       Deficits in Auditory Temporal Envelope Processing. *J Neurosci, 38*, 7108-7119.

1136   Paul, B. T., Bruce, I. C., Roberts, L. E. (2017). Evidence that hidden hearing loss underlies amplitude
1137       modulation encoding deficits in individuals with and without tinnitus. *Hearing research, 344*,
1138       170-182.

1139   Prendergast, G., Guest, H., Munro, K. J., et al. (2017a). Effects of noise exposure on young adults with
1140       normal audiograms I: Electrophysiology. *Hear Res, 344*, 68-81.

1141   Prendergast, G., Millman, R. E., Guest, H., et al. (2017b). Effects of noise exposure on young adults with
1142       normal audiograms II: Behavioral measures. *Hear Res, 356*, 74-86.

1143   Prendergast, G., Tu, W., Guest, H., et al. (2018). Supra-threshold auditory brainstem response amplitudes
1144       in humans: Test-retest reliability, electrode montage and noise exposure. *Hear Res*.

1145   Rasetshwane, D. M., Argenyi, M., Neely, S. T., et al. (2013). Latency of tone-burst-evoked auditory brain
1146       stem responses and otoacoustic emissions: level, frequency, and rise-time effects. *The Journal of
1147       the Acoustical Society of America, 133*, 2803-2817.

1148   Ridley, C. L., Kopun, J. G., Neely, S. T., et al. (2018). Using Thresholds in Noise to Identify Hidden Hearing
1149       Loss in Humans. *Ear Hear, 39*, 829-844.

1150   Roberts, L. E., Paul, B. T., Bruce, I. C. (2018). Erratum and comment: Envelope following responses in
1151       normal hearing and in tinnitus. *Hear Res, 361*, 157-158.

1152   Salvi, R., Sun, W., Ding, D., et al. (2017). Inner hair cell loss disrupts hearing and cochlear function leading
1153       to sensory deprivation and enhanced central auditory gain. *Frontiers in neuroscience, 10*, 621.

1154   Salvi, R., Sun, W., Ding, D., et al. (2016). Inner Hair Cell Loss Disrupts Hearing and Cochlear Function
1155       Leading to Sensory Deprivation and Enhanced Central Auditory Gain. *Front Neurosci, 10*, 621.

1156   Sato, H., Sando, I., Takahashi, H. (1991). Sexual dimorphism and development of the human cochlea.
1157       Computer 3-D measurement. *Acta Otolaryngol, 111*, 1037-1040.

1158   Schaette, R., McAlpine, D. (2011). Tinnitus with a normal audiogram: physiological evidence for hidden
1159       hearing loss and computational model. *J Neurosci, 31*, 13452-13457.

1160   Seixas, N., Goldman, B., Sheppard, L., et al. (2005). Prospective noise induced changes to hearing among
1161       construction industry apprentices. *Occupational and environmental medicine, 62*, 309-317.

1162   Sergeyenko, Y., Lall, K., Liberman, M. C., et al. (2013). Age-related cochlear synaptopathy: an early-onset
1163       contributor to auditory functional decline. *J Neurosci, 33*, 13686-13694.

1164   Shaheen, L. A., Valero, M. D., Liberman, M. C. (2015). Towards a Diagnosis of Cochlear Neuropathy with
1165       Envelope Following Responses. *J Assoc Res Otolaryngol, 16*, 727-745.

1166   Sheldrake, J., Diehl, P. U., Schaette, R. (2015). Audiometric characteristics of hyperacusis patients. *Front*
1167          *Neurol, 6*, 105.

1168   Shi, L., Chang, Y., Li, X., et al. (2016). Coding Deficits in Noise-Induced Hidden Hearing Loss May Stem
1169          from Incomplete Repair of Ribbon Synapses in the Cochlea. *Front Neurosci, 10*, 231.

1170   Shim, H. J., An, Y. H., Kim, D. H., et al. (2017). Comparisons of auditory brainstem response and sound
1171          level tolerance in tinnitus ears and non-tinnitus ears in unilateral tinnitus patients with normal
1172          audiograms. *PLoS One, 12*, e0189157.

1173   Spankovich, C., Le Prell, C. G., Lobarinas, E., et al. (2017). Noise History and Auditory Function in Young
1174          Adults With and Without Type 1 Diabetes Mellitus. *Ear Hear, 38*, 724-735.

1175   Stamper, G. C., Johnson, T. A. (2015a). Auditory function in normal-hearing, noise-exposed human ears.
1176          *Ear Hear, 36*, 172-184.

1177   Stamper, G. C., Johnson, T. A. (2015b). Letter to the Editor: Examination of Potential Sex Influences in
1178          Stamper, G. C., & Johnson, T.A. (2015).  Auditory Function in Normal-Hearing, Noise-Exposed
1179          Human Ears, Ear Hear, 36, 172-184. *Ear Hear, 36*, 738-740.

1180   Stone, M. A., Moore, B. C. (2014). Amplitude-modulation detection by recreational-noise-exposed
1181          humans with near-normal hearing thresholds and its medium-term progression. *Hear Res, 317*,
1182          50-62.

1183   Strelcyk, O., Dau, T. (2009). Relations between frequency selectivity, temporal fine-structure processing,
1184          and speech reception in impaired hearing. *J Acoust Soc Am, 125*, 3328-3345.

1185   Subramaniam, M., Henderson, D., Spongr, V. (1994a). The relationship among distortion-product
1186          otoacoustic emissions, evoked potential thresholds, and outer hair cells following interrupted
1187          noise exposures. *Ear Hear, 15*, 299-309.

1188   Subramaniam, M., Salvi, R. J., Spongr, V. P., et al. (1994b). Changes in distortion product otoacoustic
1189          emissions and outer hair cells following interrupted noise exposures. *Hear Res, 74*, 204-216.

1190   Thong, J. F., Low, D., Tham, A., et al. (2017). Cochlear duct length-one size fits all? *Am J Otolaryngol, 38*,
1191          218-221.

1192   Valderrama, J. T., Beach, E. F., Yeend, I., et al. (2018). Effects of lifetime noise exposure on the middle-
1193          age human auditory brainstem response, tinnitus and speech-in-noise intelligibility. *Hear Res,*
1194          *365*, 36-48.

1195   Valero, M. D., Burton, J. A., Hauser, S. N., et al. (2017). Noise-induced cochlear synaptopathy in rhesus
1196          monkeys (Macaca mulatta). *Hear Res, 353*, 213-223.

1197   Valero, M. D., Hancock, K. E., Liberman, M. C. (2016). The middle ear muscle reflex in the diagnosis of
1198          cochlear neuropathy. *Hear Res, 332*, 29-38.

1199   Valero, M. D., Hancock, K. E., Maison, S. F., et al. (2018). Effects of cochlear synaptopathy on middle-ear
1200          muscle reflexes in unanesthetized mice. *Hear Res, 363*, 109-118.

1201   Verhulst, S., Altoe, A., Vasilkov, V. (2018a). Computational modeling of the human auditory periphery:
1202          Auditory-nerve responses, evoked potentials and hearing loss. *Hear Res, 360*, 55-75.

1203   Verhulst, S., Ernst, F., Garrett, M., et al. (2018b). Supra-threshold psychoacoustics and envelope-
1204          following response relations: normal-hearing, synaptopathy and cochlear gain loss. *Acta Acustica*
1205          *united with Acustica, 104*, 800-804.

1206   Verhulst, S., Jagadeesh, A., Mauermann, M., et al. (2016). Individual Differences in Auditory Brainstem
1207          Response Wave Characteristics: Relations to Different Aspects of Peripheral Hearing Loss. *Trends*
1208          *Hear, 20*.

1209   Viana, L. M., O'Malley, J. T., Burgess, B. J., et al. (2015). Cochlear neuropathy in human presbycusis:
1210          Confocal analysis of hidden hearing loss in post-mortem tissue. *Hear Res, 327*, 78-88.

1211   Wojtczak, M., Beim, J. A., Oxenham, A. J. (2017). Weak Middle-Ear-Muscle Reflex in Humans with Noise-
1212          Induced Tinnitus and Normal Hearing May Reflect Cochlear Synaptopathy. *eNeuro, 4*.

1213   Wong, S. J., Abrams, K. S., Amburgey, K. N., et al. (2019). Effects of selective auditory-nerve damage on
1214          the behavioral audiogram and temporal integration in the budgerigar. *Hearing research*.

1215   Wu, P. Z., Liberman, L. D., Bennett, K., et al. (2018). Primary Neural Degeneration in the Human Cochlea:
1216          Evidence for Hidden Hearing Loss in the Aging Ear. *Neuroscience*.

1217   Yeend, I., Beach, E. F., Sharma, M., et al. (2017). The effects of noise exposure and musical training on
1218          suprathreshold auditory processing and speech perception in noise. *Hearing research, 353*, 224-
1219          236.

1220   Zaugg, T. L., Thielman, E. J., Griest, S., et al. (2016). Subjective Reports of Trouble Tolerating Sound in
1221          Daily Life versus Loudness Discomfort Levels. *Am J Audiol, 25*, 359-363.

1222   Zilany, M. S., Bruce, I. C., Carney, L. H. (2014). Updated parameters and expanded simulation options for
1223          a model of the auditory periphery. *J Acoust Soc Am, 135*, 283-286.

1224

1225

1226





1228





1230



1231



1232