# EXHIBIT 7

P4967.1



 International Journal of Audiology

ISSN: 1499-2027 (Print) 1708-8186 (Online) Journal homepage: https://www.tandfonline.com/loi/iija20

# Association between speech perception in noise and electrophysiological measures: an exploratory study of possible techniques to evaluate cochlear synaptopathy in humans

Lynn Megarbane & Adrian Fuente

To cite this article: Lynn Megarbane & Adrian Fuente (2020) Association between speech perception in noise and electrophysiological measures: an exploratory study of possible techniques to evaluate cochlear synaptopathy in humans, International Journal of Audiology, 59:6, 427-433, DOI: 10.1080/14992027.2020.1718783

To link to this article: https://doi.org/10.1080/14992027.2020.1718783

Published online: 31 Jan 2020.

Submit your article to this journal

Article views: 231

View related articles

View Crossmark data

Full Terms & Conditions of access and use can be found at
https://www.tandfonline.com/action/journalInformation?journalCode=iija20



INTERNATIONAL JOURNAL OF AUDIOLOGY
2020, VOL. 59, NO. 6, 427–433
https://doi.org/10.1080/14992027.2020.1718783

   

ORIGINAL ARTICLE

# Association between speech perception in noise and electrophysiological measures: an exploratory study of possible techniques to evaluate cochlear synaptopathy in humans

Lynn Megarbane[a,b] and Adrian Fuente[b]

[a]Audiology Department, Oxford University Hospitals NHS Trust, John Radcliffe Hospital, Oxford, UK; [b]École d'orthophonie et d'audiologie, Faculté de médecine, Université de Montréal and Centre de recherche de l'Institut universitaire de gériatrie de Montréal, Montreal, QC, Canada

**ABSTRACT**
**Objective:** The primary aim of this study was to investigate whether scores for a speech-in-noise test were associated with the results of two electrophysiological techniques mainly targeting low spontaneous rate, high-threshold auditory fibres.
**Design:** Cross-sectional study. Participants were evaluated with the hearing-in-noise test (HINT), along with the Auditory Brainstem Response (ABR) with and without ipsilateral noise. The wave V/I amplitude ratio for the ABR without ipsilateral noise and ABR wave V latency shift in the presence of ipsilateral noise were obtained.
**Study sample:** Twenty adults aged between 20 and 34 years (10 females) who did not report occupational exposure to noise were selected. All participants presented with normal hearing thresholds (0.250–8 kHz) and the presence of distortion product otoacoustic emissions, bilaterally.
**Results:** A significant association between the wave V/I amplitude ratio for the left ear and the HINT scores for the left ear was found.
**Conclusions:** Based on the results of this study, in normal-hearing listeners, the wave V/I ratio is associated with speech-in-noise performance, specifically in the left ear. This non-invasive procedure has the potential to be used in clinical populations who present with speech-in-noise difficulties despite having normal audiograms.

**ARTICLE HISTORY**
Received 10 May 2019
Revised 11 January 2020
Accepted 13 January 2020

**KEYWORDS**
Assessment; cochlear synaptopathy; electrophysiology; noise; speech perception

## Introduction

Several researchers have shown that listeners with normal hearing thresholds may still complain of difficulties understanding speech in challenging acoustical environments (e.g. Schuknecht and Gacek 1993; Bharadwaj et al. 2015; Hind et al. 2011). This is because speech perception in noise (SIN) is a complex phenomenon that relies on several auditory and non-auditory factors that go beyond sound detection abilities. Auditory factors other than audibility include outer hair cell function (e.g. Hoben et al. 2017) and psychoacoustic aspects such as temporal processing (e.g. Zeng et al. 2005; Bharadwaj et al. 2014, 2015; Plack et al. 2014). Recent studies in animals suggest that cochlear synaptopathy may be an auditory factor associated with SIN performance. In the animal model, cochlear synaptopathy is characterised by the loss or damage of the synapses between the inner hair cells (IHC) and auditory nerve fibres associated with noise exposure and ageing (Kujawa and Liberman 2009, 2015). The loss of synapses is then followed by the degeneration of spiral ganglion fibres, which can occur months to years after damage to the synapses (Liberman and Kujawa 2017). Note that cochlear synaptopathy in humans is still speculative as no procedures are available to test inner hair cells and their ribbon synapses in humans in vivo. In humans, cochlear synaptopathy has been observed post-mortem in the temporal bones of four adults (five ears) aged between 54 and 89 years without a history of ear disease (Viana et al. 2015). Histological findings revealed a loss of spiral ganglion fibres in the presence of a quasi-normal hair cell population (Viana et al. 2015). In the animal model, it has been shown that cochlear synaptopathy mainly affects the integrity of low spontaneous rate and high-threshold (low-SP rate, high-threshold) auditory fibres (Furman, Kujawa, and Liberman 2013). These neurons are mainly responsible for the processing of complex sounds (i.e. due to the encoding of temporal information), especially in the presence of challenging acoustical environments (Kujawa and Liberman 2015). Thus, it may be hypothesised that electrophysiological responses that depend on the firing of low-SP rate, high-threshold auditory fibres may be associated, at least in part, with variability in SIN performance among normal-hearing listeners. Providing evidence for such an association would allow future clinical and research applications to use specific electrophysiological techniques on listeners who complain of SIN difficulties. Ultimately, if cochlear synaptopathy is demonstrated in the human model, then techniques that evaluate the electrophysiological activity generated by low-SP rate, high-threshold auditory fibres may be used to explore this condition. Thus, the aim of this study was to investigate whether scores for a SIN test (i.e. hearing-in-noise test) were associated with the results of two electrophysiological techniques (i.e. ABR wave V/I amplitude ratio and ABR wave V latency shift in noise) that may reflect auditory nerve loss (Furman et al. 2013; Mehraei et al. 2016). A secondary aim was to investigate the presence of

CONTACT Adrian Fuente ✉ adrian.fuente@umontreal.ca ✉ École d'orthophonie et d'audiologie, Faculté de médecine, Université de Montréal, C.P. 6128, succ. Centre-ville, Montreal, QC, H3C 3J7, Canada

© 2020 British Society of Audiology, International Society of Audiology, and Nordic Audiological Society



Figure 1. Grand mean ($n=20$) auditory brainstem response (ABR) waveforms for the right and left ears in response to 80 dB nHL click stimuli. I, III and V denote wave I, wave III and wave V, respectively.

differences in the aforementioned techniques between normal-hearing young adults who self-report excellent listening performance for daily-life situations involving challenging acoustical environments and those who self-report average or below average listening performance for such tasks.

### Materials and methods

The Ethics committee of the Faculty of Medicine of the University of Montreal approved the study protocol and all participants signed a consent form prior to being included in the study.

### Participants

The study sample comprised 20 adults aged between 20 and 34 years (10 females) who did not report occupational exposure to noise. In addition, participants responded to four questions about their listening performance in noise. These questions were taken from the Amsterdam Inventory for Auditory Disability and Handicap (Kramer et al. 1995). The maximum score for each question is 4, which indicated that they can almost always perform the listening task in noisy environments (e.g. can you understand the salesperson in a crowded shop?). Thus, the maximum overall score for the four questions was 16. Selected participants should have obtained at least half of the maximum score (i.e. 8 points). Then, participants were divided into two groups based on the same questions. Participants with an overall score of 15 or above were considered listeners with excellent self-reported listening performance in noise ($n=14$) and participants scoring between 8 and 14 were considered listeners with average listening performance in noise ($n=6$). All participants presented with an absence of a history of middle-ear infections, a family history of hearing loss, a traumatic head injury and all were native French speakers. In addition, participants presented with an absence of visible abnormalities of the ear canal during otoscopy examination in both ears, type A results for tympanometry (tympanic peak pressure between $-100$ and $+50$ daPa and static compliance $\geq 0.3$ mL, Jerger 1970), normal hearing thresholds (equal to or better than 20 dB HL) across frequencies (0.250–8 kHz) and the presence of distortion product otoacoustic emissions (DPOAEs). The latter was defined as a response equal to or higher than 6 dB SNR from 1.5 to 6 kHz (Abdala and Visser-Dumont 2001). Participants were evaluated in one 2-h session. Details about the techniques used are described below.

### Measurements

All hearing tests were conducted in a double-walled sound treated room meeting ANSI S3.1-1999 for ambient sound pressure levels. Pure-tone air-conduction thresholds (0.250–8 kHz) were obtained using an Interacoustics AC40-2003 clinical audiometer with ER-3A earphones (calibrated according to the ANSI S3.6-1996 series). DPOAEs were obtained, measured and analysed for both ears using an Otodynamics ILO-292 USB with ILO v.6 software connected to an HP Compaq 6730b laptop computer. The primary frequencies selected for evaluation were the geometric means of f1 and f2 at 1.5, 2, 4 and 6 kHz using primary levels (L1/L2) of 65/55 dB SPL and a primary ratio (f2/f1) of 1.22. The levels of the 2f1–f2 DPOAEs and the corresponding noise floor were registered as a function of f2. Values for DPOAEs were obtained by subtracting the noise floor from the DPOAE's amplitudes.

The auditory brainstem response (ABR) was recorded using an Intelligent Hearing System (IHS, Smart EP model) connected to an HP ProDesk 600 G2 Mini Desktop computer. AgCl–AgCl electrodes were placed at the scalp, at the vertex (Cz), the ipsilateral mastoid (A1/A2) and the forehead (Fpz, ground), in accordance with the International 10-20 system of EEG recordings. The amplifier bandpass was set between 0.030 and 3 kHz. Two trials, each averaging 2000 responses, were obtained for each ear using rarefaction click stimuli at 80 dB nHL presented monaurally at a rate of 21.1/s. The recordings were visually inspected to identify waves I, III and V. Figure 1 displays the grand mean ($n=20$) for the ABR waveforms for the right and left ears.

For analysis, the peak-to-peak amplitudes for I and V waves were obtained. The wave V/I amplitude ratio was then obtained for each ear. In addition, ABRs for rarefaction click stimuli at 80 dB nHL and ipsilateral white noise at 45, 55, 65, 75 and 85 dB SPL were obtained. For this procedure, due to time limitations, only the right ear was tested. Latencies for wave V with

Case 3:19-md-02885-MCR-HTC Document 1932-7 Filed 09/12/21 Page 4 of 9 P-GEN-05509.3
P4967.3

INTERNATIONAL JOURNAL OF AUDIOLOGY  429



**Figure 2.** Grand mean ($n = 20$) auditory brainstem response (ABR) waveforms for the right ear in response to 80 dB nHL click stimuli in the presence of ipsilateral white noise at 45, 55, 65, 75 and 85 dB SPL. V denotes wave V.

**Table 1.** Correlation coefficients (Spearman's Rho) between HINT and electrophysiological responses.

|         | HINT RE | HINT LE | V/I RE | V/I LE | Slope RE |
|---------|---------|---------|--------|--------|----------|
| HINT RE | •       |         |        |        |          |
| HINT LE | 0.51*   | •       |        |        |          |
| V/I RE  | 0.23    | 0.52*   | •      |        |          |
| V/I LE  | 0.42    | 0.64**  | 0.82***| •      |          |
| Slope RE| −0.23   | −0.05   | −0.09  | −0.16  | •        |

HINT RE, hearing-in-noise test right ear (i.e. noise delivered to the left ear); HINT LE, hearing-in-noise test left ear (i.e. noise delivered to the right ear); V/I RE, wave V/I amplitude ratio for the right ear; V/I LE, wave V/I amplitude ratio for the left ear; Slope RE, slope of the curve (ms/dB) obtained between wave V latency and the intensity of the ipsilateral white noise in the right ear.
*$p < 0.05$.
**$p < 0.01$.
***$p < 0.0001$.

ipsilateral masking noise at each intensity mentioned above were obtained. The latency shift was calculated as the slope (ms/dB) of the curve originating from wave V latency values at each level of ipsilateral masking noise. Figure 2 displays the grand mean ($n = 20$) for the ABR waveforms in the right ear obtained with the presence of ipsilateral white noise at different intensity levels.

Finally, the Hearing-in-Noise Test (HINT, Nilsson, Soli, and Sullivan 1994) with the Canadian French sentence module (Vaillancourt et al. 2005) was used to evaluate speech perception in noise. All stimuli were delivered via ER-3A earphones. Signal-to-noise ratios (SNRs) for 50% speech discrimination were calculated. For each condition, a set of 20 sentences was presented in the presence of noise, spectrally matched to the average long-term spectrum of the sentences. Two simulated noise conditions were delivered using the earphones mentioned above. Noise was delivered to the right ear with sentences perceived in the front (HINT left ear) and noise was delivered to the left ear with sentences perceived in the front (HINT right ear). Under this paradigm, it was expected that the ear contralateral to the ear that receives the masking noise processes the speech stimuli. Scores were obtained through an adaptive procedure in which the sentence sound pressure levels were varied according to the accuracy of the listener responses.

### Data analysis

First, Spearman correlations among the electrophysiological measures and HINT test results were computed. Then, simple linear regression models between V/I amplitude ratio and HINT scores for each ear were constructed. Also, Mann–Whitney tests were used to determine possible group differences (participants with excellent self-reported listening performance and participants with average self-reported listening performance) for age, average hearing thresholds across frequencies (0.250–8 kHz), HINT scores, average DPOAE responses across frequencies (1.500–6 kHz), ABR wave I amplitude, ABR wave V amplitude, ABR wave V/I amplitude ratio and latency shift for the ABR in noise. Finally, Wilcoxon signed-rank tests were computed to explore possible significant differences between the right and the left ears for the ABR wave V/I ratio for each group of participants.

## Results

### Association between electrophysiological measures and speech perception in noise

A Spearman correlation matrix between the HINT (right ear and left ear) and both the wave V/I amplitude ratio (right and left ear) and wave V latency shift (i.e. slope of the curve) in the right ear was obtained for the entire group of participants ($n = 20$; Table 1). As Table 1 shows, a significant correlation between HINT left ear and the wave V/I amplitude ratios for both the right and left ears was obtained. These results suggest that the better the performance on the HINT (lower SNR), the lower the V/I amplitude ratio. Lower V/I ratios imply bigger ABR wave I amplitude in reference to wave V. In addition, significant correlations between HINT right ear and HINT left ear, as well as wave V/I amplitude ratio right ear and wave V/I amplitude ratio left ear, were found.

A simple regression model was constructed between HINT left ear (dependent variable) and the wave V/I amplitude ratio in the left ear and between HINT right ear (dependent variable) and wave V/I amplitude ratio in the right ear. The results showed that 24% of the variability for the HINT left ear is explained by the wave V/I amplitude ratio in the left ear. Such an association was significant (Figure 3, left panel). No significant association between HINT right ear and wave V/I amplitude ratio in the right ear was observed (Figure 3, right panel).

### Group comparisons

As mentioned above, participants ($n = 20$) were divided into two groups according to their self-reported listening performance in noise. Fourteen participants (group 1) reported excellent performance (Amsterdam score 15 or above out of 16) and six participants (group 2) reported average listening performance (Amsterdam score between 8 and 14 out of 16). No significant differences between both groups were observed for age, average hearing thresholds across frequencies (0.250–8 kHz) for both the right and left ears, HINT in both ears, and for the average of DPOAE responses across frequencies (1.500–6 kHz) in the left ear (Table 2). Group comparisons for amplitudes of wave I and



**Figure 3.** Simple linear regression between HINT right ear (dependent variable) and the wave V/I amplitude ratio in the right ear (panel A) and between HINT left ear (dependent variable) and wave V/I amplitude ratio in the left ear (panel B).

**Table 2.** Mean, standard deviation and group comparisons for age and auditory outcomes.

| Variable | Group 1 ($n=14$) Mean | SD | Group 2 ($n=6$) Mean | SD | Mann–Whitney $p$ Value |
|---|---|---|---|---|---|
| Age, years | 24.29 | 2.26 | 26.83 | 4.30 | 0.19 |
| Audibility RE, dB HL | 4.86 | 3.01 | 4.79 | 1.83 | 0.93 |
| Audibility LE, dB HL | 4.55 | 2.70 | 4.37 | 2.09 | 0.93 |
| DPOAE RE, dB SNR | 16.90 | 3.54 | 14.86 | 0.90 | 0.04 |
| DPOAE LE, dB SNR | 15.40 | 3.33 | 9.83 | 7.51 | 0.09 |
| HINT RE, dB SNR | −10.80 | 1.10 | −10.11 | 1.21 | 0.24 |
| HINT LE, dB SNR | −11.30 | 1.10 | −10.26 | 2.13 | 0.30 |
| Wave I amplitude RE, μV | 0.29 | 0.12 | 0.37 | 0.18 | 0.35 |
| Wave V amplitude RE, μV | 0.61 | 0.18 | 0.76 | 0.20 | 0.13 |
| Wave I amplitude LE, μV | 0.37 | 0.10 | 0.41 | 0.16 | 0.90 |
| Wave V amplitude LE, μV | 0.58 | 0.18 | 0.65 | 0.15 | 0.49 |
| V/I ratio RE | 2.45 | 1.21 | 2.26 | 0.69 | 0.93 |
| V/I ratio LE | 1.63 | 0.66 | 1.73 | 0.57 | 0.56 |
| LS wave V RE, ms/dB | 0.013 | 0.009 | 0.009 | 0.002 | 0.17 |

Group 1: Participants who reported excellent listening performance (Amsterdam score 15 or above out of 16).
Group 2: Participants who reported average listening performance (Amsterdam score between 8 and 14 out of 16).
Audibility: Average hearing thresholds across frequencies (0.250–8 kHz).
DPOAE: Average distortion product otoacoustic emissions across frequencies (1.500–6 kHz).
V/I, wave V/I amplitude ratio; LS wave V, Wave V latency shift in noise (slope of the curve); RE, right ear; LE, left ear.

V, V/I amplitude ratio and wave V latency shift (slope of the curve) in the right ear were then carried out. As Table 2 shows, no significant differences ($p > 0.05$) between groups were observed for the aforementioned variables in either ear. Figure 4 displays the latency shift for the ABR at different noise levels for both groups.

Finally, within-group comparisons between right and left ear results for the wave V/I amplitude ratio were carried out. As Figure 5 shows, significant differences for wave V/I amplitude ratio between the right and left ears were found for both groups of participants. Wave V/I amplitude ratio was significantly bigger in the right ear.

## Discussion

We hypothesised that the results of two electrophysiological responses that may reflect auditory nerve loss (i.e. wave V/I amplitude ratio and ABR wave V latency shift) accounted at least in part for variability in SIN performance in normal-hearing listeners. The results showed a significant correlation between the wave V/I amplitude ratio for the left ear and the SIN scores for both the left and right ears. We believe that the correlation between the left wave V/I amplitude ratio and the HINT right ear was due to collinearity. This is because HINT left ear and HINT right ear were significantly correlated. Indeed, in the correlation matrix (Table 1), the strongest correlation was between wave V/I amplitude ratio in the left ear and HINT left ear. No significant correlation between HINT right ear and the V/I amplitude ratio for the right ear was found. Liberman et al. (2016) found a significant correlation between the summating potential (SP)/action potential (AP) ratio (electrocochleography) and individuals' performance for monosyllables in noise at 2 SNRs (5 and 0 dB). The variability in the speech-in-noise task explained by the SP/AP ratio was 25%, which is very similar to the 24% of variability for the HINT left ear explained by the V/I amplitude ratio in the same ear found in the present study. Liberman et al. (2016) did not report the ear that was tested and thus it is not possible to determine whether differences between the right and left ear were observed in their study. In addition, Bramhall et al. (2015) found a significant association between the ABR wave I amplitude and the results of a SIN task (i.e. QuickSIN) in a group of adults with a pure-tone average (0.500–4 kHz) ranging from −1.25 to 38.75 dB HL. The authors reported that larger wave I amplitudes were associated with better QuickSIN scores, especially in ears with poorer pure-tone average. Bramhall et al. (2015) did not report individual results for the right and left ears. Thus, it cannot be concluded whether differences between the right and left ears in terms of the strength of the association between the ABR wave I amplitude and the QuickSIN scores were observed. In the current study, all participants were right-handed. Thus, it may be suggested that language processing



**Figure 4.** Latency values (mean and standard deviation) for the auditory brainstem response wave V (*y*-axis) at different noise levels (*x*-axis) for both groups of participants. Group 1: Participants who reported excellent listening performance (Amsterdam score 15 or above out of 16). Group 2: Participants who reported average listening performance (Amsterdam score between 8 and 14 out of 16).

occurred in the left hemisphere and that the right ear was dominant. We hypothesise that these results (i.e. significant association between left ear HINT score and left ear V/I amplitude ratio) may be explained due to differences between the right and left auditory pathways. A left ear pathway that is less dominant than the right ear pathway may require a more robust neural representation of acoustic features. This may explain why in this sample of young adults with normal hearing thresholds and robust DPOAEs, the results for electrophysiological responses in the left ear significantly accounted for their scores in the HINT left ear. Further research is needed to test this hypothesis.

Regarding the latency shift for ABR wave V (slope of the curve, ms/dB), no significant correlations between the results for this procedure and speech perception in noise performance were found. Mehraei et al. (2016) found in young listeners with normal audiograms that the effect of ipsilateral noise on ABR wave V latency predicted their perceptual temporal sensitivity (i.e. the detection of an ongoing envelope interaural time difference). Note that in the current study, the ABR with ipsilateral white noise was conducted only in the right ear. As discussed above, the wave V/I amplitude ratio in the left ear was significantly associated with the HINT left ear. No significant association between the wave V/I amplitude ratio in the right ear and the HINT right ear was found. Thus, it is possible that the same phenomenon occurred for the wave V latency shift in noise. No previous studies were found to have investigated the association between SIN scores and ABR wave V latency shift in noise. Therefore, further research on this procedure is needed, especially that which would investigate possible differences between the right and left ears.

No significant differences for wave V/I amplitude ratio in either ear were found between participants who self-reported excellent performance for understanding speech in noise and participants who self-reported average performance. The same was true for the wave V latency shift in noise in the right ear. Therefore, we may conclude that both subgroups of participants did not present significant differences regarding the integrity of auditory fibres. However, it is interesting to note that both groups also did not differ in HINT scores, despite differences in self-reported SIN performance. Two hypotheses may explain these results. People reporting an excellent performance for SIN may have been better at some non-auditory factors associated with SIN, such as working memory and attention, which are associated with speech perception in noise performance (Michalek et al. 2018). However, because no differences between groups existed for the HINT, we believe that the way the questions were asked may have not been sensitive enough to differentiate between people with excellent performance and those with average performance. For some people, it may be completely normal to miss parts of a conversation while in a busy restaurant; however, for others, the opposite may be true. With the aim of determining the contribution of the integrity of low-SR fibres to SIN and ultimately the possible association between cochlear synaptopathy and SIN difficulties, future studies should use different methods. We suggest comparing between listeners with difficulties in SIN and listeners without such difficulties. Group divisions can be done with the use of laboratory tasks for SIN. Another division could be between people with above-average performance and people with below-average performance. Both groups should present with normal hearing thresholds and the presence of DPOAEs.

Finally, it should be noted that an association between SIN performance and measures investigating low-SP rate, high-threshold auditory fibres does not directly represent an association between cochlear synaptopathy and SIN performance. First, as discussed in the "Introduction" section, cochlear synaptopathy



**Figure 5.** Within- and between-group comparisons between right and left ear results for the wave V/I amplitude ratio. Group 1: Participants who reported excellent listening performance (Amsterdam score 15 or above out of 16). Group 2: Participants who reported average listening performance (Amsterdam score between 8 and 14 out of 16).

has not been systematically demonstrated in humans. Second, it is described as a reduction of auditory nerve fibres in spite of intact preneural auditory functioning (e.g. Sergeyenko et al. 2013) associated with ageing (Sergeyenko et al. 2013) and noise exposure (e.g. Kujawa and Liberman 2009). As we did not measure preneural auditory functioning (there is no test available to measure it in humans in vivo) or levels of recreational noise exposure (none of the participants had a history of occupational noise exposure), we cannot conclude that the results for the ABR wave I amplitude and subsequently for the V/I amplitude ratio in this study provided a quantification of cochlear synaptopathy. We can suspect that the preneural function was not affected in this group of participants as none of them presented with hearing loss, poor DPOAE amplitudes or frank difficulties in understanding speech in difficult listening situations. However, this is just a hypothesis, and thus, we cannot conclude on normal preneural functioning. In addition, other factors should also be considered when interpreting the results. For example, electrode placement (e.g. King and Sininger 1992) and head size (e.g. Trune et al. 1988) both affect the amplitude of wave I and thus could have influenced the results of this study. In conclusion, the results of this exploratory study provide only some evidence of the association between the robustness of the ABR wave I amplitude in reference to the ABR wave V amplitude (i.e. V/I amplitude ratio) and speech perception in noise, specifically for the left ear. Further research is necessary to better understand the association between electrophysiological measures that rely on spiral ganglion cell density and performance for speech perception in challenging acoustical conditions. Such electrophysiological measures could potentially be used to quantify cochlear synaptopathy in humans.

### Limitations

Two main limitations are identified in the present study. First, the number of participants was rather small and this may have affected some of the results. For example, no association between HINT right ear and ABR wave V/I amplitude ratio in the right ear was found. Similarly, no association between ABR wave V latency shift in noise and HINT scores was observed. The small number of participants may have not been sufficient enough to identify such associations. The other main limitation relates to recreational noise exposure. We did not comprehensively evaluate recreational noise exposure in this group of participants. Therefore, a possible association between the electrophysiological test results and levels of recreational noise exposure could not be investigated.

### Conclusions

Based on the results found in this study, we conclude that in normal-hearing listeners, the wave V/I amplitude ratio is associated with SIN performance, specifically in the left ear. This non-


invasive procedure has the potential to be clinically used in populations who present with SIN difficulties, despite having normal audiograms. Further research investigating possible differences in the association between wave V/I amplitude ratio and SIN performance between the right and left ears should be conducted.

## Disclosure statement

No potential conflict of interest was reported by the authors.

## References

Abdala, C., and L. Visser-Dumont. 2001. "Distortion Product Otoacoustic Emissions: A Tool for Hearing Assessment and Scientific Study." *The Volta Review* 103 (4): 281–302.

Bharadwaj, H. M., S. Masud, G. Mehraei, S. Verhulst, and B. G. Shinn-Cunningham. 2015. "Individual Differences Reveal Correlates of Hidden Hearing Deficits." *Journal of Neuroscience* 35 (5): 2161–2172. doi:10.1523/JNEUROSCI.3915-14.2015.

Bharadwaj, H. M., S. Verhulst, L. Shaheen, M. C. Liberman, and B. G. Shinn-Cunningham. 2014. "Cochlear Neuropathy and the Coding of Supra-Threshold Sound." *Frontiers in Systems Neuroscience* 8: 26. doi:10.3389/fnsys.2014.00026.

Bramhall, N., B. Ong, J. Ko, and M. Parker. 2015. "Speech Perception Ability in Noise Is Correlated with Auditory Brainstem Response Wave I Amplitude." *Journal of the American Academy of Audiology* 26 (5): 509–507. doi:10.3766/jaaa.14100.

Furman, A. C., S. G. Kujawa, and M. C. Liberman. 2013. "Noise-Induced Cochlear Neuropathy Is Selective for Fibers with Low Spontaneous Rates." *Journal of Neurophysiology* 110 (3): 577–586. doi:10.1152/jn.00164.20.

Hind, S. E., R. Haines-Bazrafshan, C. L. Benton, W. Brassington, B. Towle, and D. R. Moore. 2011. "Prevalence of Clinical Referrals Having Hearing Thresholds within Normal Limits." *International Journal of Audiology* 50 (10): 708–716. doi:10.3109/14992027.2011.582049.

Hoben, R., G. Easow, S. Pevzner, and M. A. Parker. 2017. "Outer Hair Cell and Auditory Nerve Function in Speech Recognition in Quiet and in Background Noise." *Frontiers in Neuroscience* 11: 157. doi:10.3389/fnins.2017.00157.

Jerger, J. 1970. "Clinical Experience with Impedance Audiometry." *Archives of Otolaryngology - Head and Neck Surgery* 92 (4): 311–324. doi:10.1001/archotol.1970.04310040005002.

King, A. J., and Y. S. Sininger. 1992. "Electrode Configuration for Auditory Brainstem Response Audiometry." *American Journal of Audiology* 1 (2): 63–67. doi:10.1044/1059-0889.0102.63.

Kramer, S. E., T. S. Kapteyn, J. M. Festen, and H. Tobi. 1995. "Factors in Subjective Hearing Disability." *International Journal of Audiology* 34 (6): 311–320. doi:10.3109/00206099509071921.

Kujawa, S. G., and M. C. Liberman. 2009. "Adding Insult to Insult: Cochlear Nerve Degeneration after "Temporary" Noise-Induced Hearing Loss." *Journal of Neuroscience* 29 (45): 14077–14085. doi:10.1523/JNEUROSCI.2845-09.2009.

Kujawa, S. G., and M. C. Liberman. 2015. "Synaptopathy in the Noise-Exposed and Aging Cochlea: Primary Neural Degeneration in Acquired Sensorineural Hearing Loss." *Hearing Research* 330 (Pt B): 191–199. doi:10.1016/j.heares.2015.02.009.

Liberman, M. C., M. J. Epstein, S. S. Cleveland, H. Wang, and S. F. Maison. 2016. "Toward a Differential Diagnosis of Hidden Hearing Loss in Humans." *PLoS One* 11 (9): e0162726. doi:10.1371/journal.pone.0162726.

Liberman, M. C., and S. G. Kujawa. 2017. "Cochlear Synaptopathy in Acquired Sensorineural Hearing Loss: Manifestations and Mechanisms." *Hearing Research* 349: 138–147. doi:10.1016/j.heares.2017.01.003.

Mehraei, G., A. E. Hickox, H. M. Bharadwaj, H. Goldberg, S. Verhulst, M. C. Liberman, and B. G. Shinn-Cunningham. 2016. "Auditory Brainstem Response Latency in Noise as a Marker of Cochlear Synaptopathy." *The Journal of Neuroscience* 36 (13): 3755–3764. doi:10.1523/JNEUROSCI.4460-15.2016.

Michalek, A. M. P., I. Ash, and K. Schwartz. 2018. "The Independence of Working Memory Capacity and Audiovisual Cues When Listening in Noise." *Scandinavian Journal of Psychology* 59 (6): 578–585. doi:10.1111/sjop.12480.

Nilsson, M., S. D. Soli, and J. A. Sullivan. 1994. "Development of the Hearing in Noise Test for the Measurement of Speech Reception Thresholds in Quiet and in Noise." *The Journal of the Acoustical Society of America* 95 (2): 1085–1099. doi:10.1121/1.408469.

Plack, C. J., D. Barker, and G. Prendergast. 2014. "Perceptual Consequences of "Hidden" Hearing Loss." *Trends in Hearing* 18. doi:10.1177/2331216514550621.

Schuknecht, H. F., and M. R. Gacek. 1993. "Cochlear Pathology in Presbycusis." *Annals of Otology, Rhinology & Laryngology* 102 (Supp 1): 1–16. doi:10.1177/00034894931020S101.

Sergeyenko, Y., K. Lall, M. C. Liberman, and S. G. Kujawa. 2013. "Age-Related Cochlear Synaptopathy: An Early-Onset Contributor to Auditory Functional Decline." *Journal of Neuroscience* 33 (34): 13686–13694. doi:10.1523/JNEUROSCI.1783-13.2013.

Trune, D. R., C. Mitchell, and D. S. Phillips. 1988. "The Relative Importance of Head Size, Gender and Age on Auditory Brainstem Response." *Hearing Research* 32 (2–3): 165–174. doi:10.1016/0378-5955(88)90088-3.

Vaillancourt, V.,. C. Laroche, C. Mayer, C. Basque, M. Nali, A. Eriks-Brophy, S. D. Soli, and C. Giguère. 2005. "Adaptation of the HINT (Hearing in Noise Test) for Adult Canadian Francophone Populations." *International Journal of Audiology* 44 (6): 358–369. doi:10.1080/14992020500060875.

Viana, L. M., J. T. O'Malley, B. J. Burgess, D. D. Jones, C. A. Oliveira, F. Santos, S. N. Merchant, L. D. Liberman, and M. C. Liberman. 2015. "Cochlear Neuropathy in Human Presbycusis: Confocal Analysis of Hidden Hearing Loss in Post-Mortem Tissue." *Hearing Research* 32: 78–88. doi:10.1016/j.heares.2015.04.014.

Zeng, F. G., K. Nie, G. S. Stickney, Y. Y. Kong, M. Vongphoe, A. Bhargave, C. Wei, and K. Cao. 2005. "Speech Recognition with Amplitude and Frequency Modulations." *Proceedings of the National Academy of Sciences of the United States of America* 102 (7): 2293–2298. doi:10.1073/pnas.0406460102.