# EXHIBIT 8

## Chapter 10
# Effects of Early Noise Exposure on Subsequent Age-Related Changes in Hearing

**Eric C. Bielefeld**

## 1  Introduction

Estimates of the prevalence of hearing loss in the adult population of the United States have suggested that 28 million (NIDCD 1989) to 29 million (Agrawal et al. 2008) Americans had hearing loss in the speech frequency range (defined by the investigators as 0.5, 1, 2, and 4 kHz). The number rises to 55 million Americans when high-frequency hearing loss (defined as 3, 4, and 6 kHz) is also considered (Agrawal et al. 2008). Estimates suggest that as much as 40% of the population has hearing impairment (defined as 25 dB or greater threshold average of 0.5, 1, 2, and 4 kHz in at least one ear) by age 65 (Gates et al. 1990; Cruickshanks et al. 1998). By age 85, the percentage of people living with hearing loss (defined as above) is estimated at 60–80% (Gates et al. 1990; Desai et al. 2001). Thus, within the elderly segment of our society, hearing loss is among the most prevalent handicapping conditions. Age-related hearing loss (ARHL) continues to be an expanding health care problem for the aging U.S. population, one that has a major influence on the fields of medicine, audiology, and hearing science. Although numerous factors can contribute to hearing loss (pathology to the conductive auditory system, ototoxic medications, ear trauma, ear disease, etc.), much of the hearing loss affecting the adult population can be attributed to two factors: noise and aging. Although the exact contribution of each of these to an individual's hearing loss is impossible to determine, in most adults with hearing loss one or both of these factors is present, and their relative contributions have been widely discussed.

E.C. Bielefeld (✉)
Department of Speech and Hearing Science, The Ohio State University,
1070 Carmack Road, Columbus, OH 43220, USA
e-mail: bielefeld.6@osu.edu

C.G. Le Prell et al. (eds.), *Noise-Induced Hearing Loss: Scientific Advances*,
Springer Handbook of Auditory Research 40, DOI 10.1007/978-1-4419-9523-0_10,
© Springer Science+Business Media, LLC 2012

## 2   Involvement of Noise in the Trajectory of ARHL

Rabinowitz (Chap. 2) provides a detailed discussion of current prevalence estimates for hazardous noise exposure and noise-induced hearing loss (NIHL). When assessing NIHL in an adult patient, the challenge for the clinician is to determine the relative contributions of NIHL, ARHL, and any other ototoxic insults to the patient's total hearing loss. The International Organization for Standardization (ISO) created a standard on "Acoustics – Determination of occupational noise exposure and estimation of noise-induced hearing impairment" in 1990 that includes audiometric assessments of a population of listeners with documented noise exposures. The standard is number 1999 (ISO-1999 1990). Data from the ISO-1999 Database A provide an index of the levels of threshold shift in the speech frequencies that can be attributed to the aging process, without contributions from noise or any form of auditory pathology. The population measured in Database A was screened for any history of noise, occupational or recreational, as well as any history of other auditory diseases or pathological insults. Database B from ISO-1999 demonstrates the increased hearing loss that occurs across a population that includes those with lifelong contributions of noise and auditory pathologies to their hearing losses. The population measured in this database was not screened for noise or ototoxic history. Database A provides evidence that screening of the population does not result in a population that is free of hearing loss. Thus, it can be concluded that ARHL does occur independently of noise or any other ototoxic exposures. But Database B demonstrates that a significant component of hearing loss in the adult population can be attributed to factors other than strictly aging, and that those factors result in a greater disparity in hearing loss between men and women ages 30–60 years. Recent evidence also suggests that the data in Database B may not be directly relevant to younger generations of aging people. Zhan et al. (2010) longitudinally examined participants in their previous epidemiology of hearing loss study (Cruickshanks et al. 1998) from Beaver Dam, Wisconsin. They included in their analyses hearing losses in the generation of offspring from their study participants. They found that the younger generation exhibited lower prevalence of hearing loss (average thresholds at 0.5, 1, 2, and 4 kHz) than participants of equivalent age from an earlier generation. For example, participants ages 65–69 years born in 1940–1944 had a lower prevalence of hearing loss than 65–69-year-olds born between 1925 and 1929 (Zhan et al. 2010). The finding suggests several important ideas about NIHL and ARHL. First, ARHL is indeed modifiable based on history of noise and ototoxicity (consistent with the comparison of ISO-1999 Database A and Database B). Second, the younger generation appears to be living a lifestyle that is more conducive to the retention of hearing into old age (though the study was restricted to primarily non-Hispanic Caucasian, Midwestern Americans). This finding suggests that hearing conservation awareness in occupational and nonoccupational settings has been effective for the "baby boomer" generation. Whether the effectiveness of hearing conservation continues into current younger generations will not be clear for decades. Finally, the data from Zhan et al. (2010) suggest that the ISO-1999 databases will need to be updated regularly to reflect generational differences in ARHL, and that Database B at least will possibly change significantly from one generation to the next.

An issue that comparison of ISO-1999 Database A to Database B cannot address is whether the ARHL that is demonstrated in Database A is the result of true age-induced hearing loss (hearing loss caused directly by the aging process) or if it is the product of a lifetime of accumulated subclinical noise or other ototoxic exposures. Studies comparing hearing losses in the aging populations of industrialized societies versus nonindustrialized societies are consistent with the findings of ISO-1999 that ARHL exists even without noise history, but that noise history will exacerbate hearing loss across an aging population. Rosen et al. (1962) studied the Mabaans in the Sudan, a population of people exposed to very low noise doses throughout their lifespans. They demonstrated significantly less hearing loss when compared with age-matched groups from an industrialized society (Rosen et al. 1962). Analysis of the data introduced the possibility that, although a pure ARHL did appear to exist, ARHL measured from populations in industrial societies was heavily influenced by noise and other exogenous factors. A lingering question at the conclusion of the study was whether the key influencing factor in the reduced ARHL was inherent resistance to ARHL in the Mabaan population rather than the reduced exposure to noise (for review of genes that influence hearing loss, see Gong and Lomax, Chap. 9).

To demonstrate that the population differences in ARHL were not the result of inherent characteristics of the population or the culture that resulted in differential susceptibilities to ARHL, Goycoolea et al. (1986) examined the population of Easter Island, dividing the subjects into groups that had never left the nonindustrialized (and non-noisy) island, those who had left for 1–5 years, and those who had left the island for more than 5 years. The group that had spent the most time in industrialized societies had the greatest hearing loss. The group that had left the island for 1–5 years had less hearing loss than the group that was off for more than 5 years, but had more hearing loss than the group that had never left the island. The group that had never left had the lowest amount of hearing loss among those tested (Goycoolea et al. 1986). Because the tested groups were all part of the same population native to the island, genetic sources of variability underlying inherent susceptibility to ARHL were assumed to be consistent across groups. Therefore, the differential degree of hearing loss was attributed to the time spent in the industrialized societies. This study, like that of Rosen et al. (1962) and the comparison of ISO-1999 Database A to Database B, also provides evidence for an inherent hearing loss that results directly from the aging process and that is independent of noise or other ototoxic factors.

## 3   Types of Interactions Between Noise and Aging in Medical–Legal Evaluation of Hearing Loss

Although it seems likely that accumulated noise exposures influence ARHL and contribute to an aged individual's hearing loss, the key question for medical–legal evaluation of hearing loss is whether NIHL during youth or adulthood interacts with ARHL and alters its trajectory. One of the great challenges in medical–legal evaluation of NIHL is the task of evaluating an individual's audiogram and parsing out

the contribution of noise to the patient's hearing loss. This requires determination of the relative contribution of other (non-noise) factors, of which age is the most common and typically most significant (Dobie 1993). In their most basic forms, NIHL and ARHL would be expected to follow one of three interactive relationships: additive, synergistic, or antagonistic. As reviewed in the upcoming sections describing human and animal studies of noise and aging, there is evidence for all three forms of interaction.

1. Additive: The additive interaction simply takes the contribution from one factor and adds it to the contribution from the second factor. An assumption underlying this approach is that the two contributing factors (noise and aging) are operating independently of one another. If a patient presents with a 40-dB threshold shift at 3 kHz, and 20 dB of that hearing loss is estimated to have been the result of noise exposure, the assumption is then that the patient would have had a 20-dB hearing loss at 3 kHz from aging alone had the noise exposure never occurred.

2. Synergistic: The second form of interaction is synergistic, in which two variables combined create a greater effect than the addition of the two variables independently. In this case, if a patient presented with 40 dB of hearing loss at 3 kHz and 20 dB of the loss could be attributed directly to noise-induced permanent threshold shift (PTS), the assumption would be that the 20 dB NIHL led to a greater ARHL than would otherwise have occurred. The 20 dB of ARHL that was calculated using the additive method thus becomes too high of an attribution of hearing loss due to aging. The assumption in this case is that, if the noise exposure had not taken place, the patient's ARHL would be less than 20 dB, and therefore the patient's total hearing loss would be less than 20 dB at 3 kHz. The synergistic interaction means that the 20 dB NIHL caused a portion of the 20-dB ARHL.

3. Antagonistic: Finally, the last general category of interaction for consideration is antagonistic. In an antagonistic interaction, the two variables combine for less of an effect than would be predicted by adding the two variables' independent contributions. In this case, if a patient presented with 40 dB of hearing loss at 3 kHz and 20 dB of the loss could be attributed directly to noise-induced PTS, the assumption would be that the 20 dB NIHL led to a reduced ARHL compared to that which would have occurred without the noise. The 20 dB of ARHL that is calculated in an additive method thus becomes too low of an attribution to aging. The assumption in this case is that, if the noise exposure had not taken place, the patient's ARHL would be greater than 20 dB, and therefore the patient's total hearing loss would be more than 20 dB at the 3-kHz frequency in the absence of any noise insult.

The challenge with determining the nature of the noise–age interaction in the human is that so few patients had controlled noise conditions, and had noise exposures that were confined to early in their lives, before the potential onset of any ARHL. Thus, for most patients, NIHL and ARHL happened concurrently, and there is no way to accurately attribute part of the hearing loss to noise and part of the hearing loss to aging. This issue is the key concern with allocation of hearing loss in medical–legal environments. Experiments using controlled noise exposure at

specific times during the lifespan can be performed in animal models, and those experiments are discussed in the text that follows.

ISO-1999 advocates an additive formula of summing a noise contribution to an ARHL for use in medical–legal evaluation of hearing loss. The formula includes a correction factor for high-level thresholds shifts. The ARHL is a fixed amount, based on Database A or B, and depends on the individual patient's age and gender. The potential weakness with this approach lies in the required assumption that the noise exposure does not alter the trajectory of the ARHL. If there is a synergistic interaction between noise and aging, then an additive approach is underestimating the contribution of NIHL to any individual patient's hearing loss. If there is an antagonistic interaction between noise and aging, then the additive approach is overestimating the contribution of NIHL.

## 4   Age-Related Hearing Loss in Humans

The complexity of human ARHL is a significant part of what makes the interaction of NIHL and ARHL challenging to define. Human ARHL can be classified into different categories based on the underlying cochlear pathology in a system developed by Harold F. Schuknecht, MD. The system was based on audiograms and postmortem temporal bone examinations of patients with suspected ARHL. The system, first developed in the 1960s (Schuknecht 1964) and refined in multiple publications as late as the early 1990s (Schuknecht and Gacek 1993), still works as an effective classification system for ARHL. What is most interesting about the classification system is that, while most patients have some degree of overlap in their underlying pathologies, each of the categories is capable of generating a sloping, high-frequency audiogram consistent with ISO-1999 Database A or B. Thus, it is not possible to look at an audiogram and conclude into which category of pathology an individual patient is best classified. Currently, there are six pathological categories for peripheral ARHL: Sensory, Neural, Metabolic, Cochlear Conductive, Indeterminate, and Mixed. Sensory ARHL is caused primarily by missing outer hair cells (OHCs). Functionally, OHC loss results in decreased otoacoustic emissions amplitudes (Ohlms et al. 1991) that frequently accompany a sharply sloping hearing loss on the audiogram (Schuknecht 1964). Neural ARHL is associated with degeneration of the afferent auditory nerve fibers, often leading to impaired word discrimination ability (Schuknecht 1964; Schuknecht and Gacek 1993). Metabolic ARHL has an underlying pathology of degeneration of the stria vascularis, leading to loss of the endocochlear potential (EP) (Schulte and Schmiedt 1992). Originally thought to be associated with a flat hearing loss, newer evidence has shown that loss of the EP has more profound effects on the base of the cochlea and can indeed produce a hearing loss that is more severe in the high frequencies (Schmiedt et al. 2002; Mills and Schmiedt 2004). Cochlear Conductive ARHL is an evenly sloping hearing loss that Schuknecht (1964) hypothesized was the result of changes in the stiffness properties of the basilar membrane. The cochleae of those patients with the

evenly sloping hearing loss did not show damage to OHCs, spiral ganglion cells (SGCs), or stria vascularis. Although the underlying pathology of altered cochlear mechanics has not yet been proven with postmortem temporal bone examinations, the hypothesis is logical, and the category remains a part of the classification scheme for ARHL. Indeterminate ARHL is a category that included several temporal bone cases that showed hearing loss consistent with Sensory or Metabolic ARHL, but that showed no underlying pathology consistent with Sensory, Neural, or Metabolic ARHL. Schuknecht and Gacek (1993) speculated that the underlying pathology might be dysfunction of the cochlear cells, a pathology that could yield audiometry consistent with Sensory ARHL, but would not be detectable with light microscopic examination of the temporal bones. Schuknecht and Gacek (1993) found this "Indeterminate" pathology pattern in 5 of 21 temporal bones they examined, suggesting that Indeterminate ARHL could affect nearly 25% of ARHL patients. The sixth ARHL category is Mixed, and is characterized by cochleae with any combination of the above five categories. Finally, in addition to the variety of cochlear pathologies that can result in ARHL, there is Central ARHL, in which changes occur in the central auditory system. Typically assessed and diagnosed in humans using central auditory behavioral and physiologic tests, functional deficits independent of cochlear hearing loss have been detected in numerous aging populations (Otto and McCandless 1982; Welsh et al. 1985; Stach et al. 1985), leading to the development of Central ARHL as a unique category of ARHL. The extent to which Central ARHL can occur as the primary pathology underlying ARHL, or if it is likely to occur as a secondary degeneration following peripheral damage, is currently unclear and likely to vary between individuals (Stach et al. 1990).

## 5  Human Studies of Noise and Aging Interactions

Although ISO has advocated for an additive relationship between noise and aging, it appears that this is because there is not definitive evidence to the contrary. Without definitive evidence of a synergistic or antagonistic interaction, an additive interaction is the most fair to the two parties (plaintiff and defendant) in a medical–legal case involving NIHL. However, the human studies to be reviewed in this section, and the animal studies to be reviewed in the next section, indicate that there are complex interactions between noise exposure and later ARHL.

Gates et al. (2000) examined the progression of ARHL in human subjects from the Framingham Heart Study that displayed audiometric notches (encompassing the 3–6 kHz frequency range) that were attributed to history of noise exposure. The investigators classified their subjects into three groups: those with no significant noise notch (less than 15 dB threshold shift in the 3–6-kHz range), those with a small noise notch (15–34 dB threshold shift in the 3–6-kHz range), and those with large noise notches (35 dB or greater threshold shift in the 3–6-kHz range). As the subjects aged over a 15-year period, the data indicated two key findings.



**Fig. 10.1** Age-related threshold shift in patients with noise notches (3–6 kHz) on the audiogram. N0 group showed no noise notch (<15 dB notch depth). N1 group had shallow notch (15–35 dB notch depth). N2 had large notch (<35 dB notch depth). Notch depth was measured at study onset, and the data presented here are the changes in thresholds across the audiometric test range. In the notch frequencies of 4–6 kHz (in the shaded region), the subjects with the large noise notches (N2) showed less age-related threshold shift than the groups with little (N1) or no noise notch (N0). But the group with large notches (N2) did show greater age-related threshold shift at the adjacent frequency of 2 kHz (Reprinted from Gates et al. (2000), with permission from Elsevier)

First, in the frequencies within the noise notch (4–6 kHz), ARHL was smaller in the group with the large noise notch than in the group with no notch. At 2 kHz, the opposite was true; ARHL was worse in the subjects with the large audiometric notches compared with subjects without noise notches (Fig. 10.1) (Gates et al. 2000). Thus, within the noise notch, there was an antagonistic interaction between noise and aging. Having the NIHL led to a reduction in the amount of threshold shift from aging. At the frequency adjacent to the noise notch, 2 kHz, the interaction between noise and aging was synergistic. Having the noise notch at 3–6 kHz exacerbated the ARHL at 2 kHz. Thus, the general conclusion from the study is that the interaction between noise and aging is not only complex, but also frequency dependent. Although study of a population of recruited subjects in South Carolina found no relationship between history of NIHL and the trajectory of ARHL (Lee et al. 2005), the findings of the Gates et al. (2000) study were replicated in a subject population in Gothenburg, Sweden. Subjects with a history of noise exposure had more ARHL in the frequencies adjacent to the noise notch as they aged from age 70 to 75 years (Rosenhall 2003).

## 6  ARHL in Animal Models

Studying ARHL in the human is an inherently complex process, due to the long lifespan, inherent genetic and phenotypic differences between populations, and the long list of exogenous factors that influence the aging process and could influence the aging process for the auditory system. For those reasons, numerous animal models have been used in the study of ARHL. The advantages to these models are the shorter lifespans, control over many of the exogenous influences that could alter the aging trajectory, and the ability to perform anatomical and histological evaluations at any point during the course of the aging process.

### 6.1  Sensory ARHL

Mouse models of ARHL have been used frequently and have provided unique insights into the aging trajectory of the cochlea, as well as considerable insight into the genetics underlying ARHL (see reviews by Ohlemiller 2006, 2008). The CBA/Ca mouse strain and C57BL/6 mouse strain have been employed frequently as models of ARHL due to OHC loss (Schuknecht's Sensory ARHL). The CBA/Ca mouse has an approximately 30-month average lifespan, and is fairly resistant to ARHL up to 18 months of age (Hunter and Willott 1987). After 18 months, hearing declines progressively beginning in the high frequencies and moving to the low frequencies (Li and Borg 1991). The cochlear pathology underlying the ARHL in the CBA/Ca mouse is progressive loss of OHCs and inner hair cells (IHCs) (Li and Hultcrantz 1994; Spongr et al. 1997). The C57BL/6 mouse is a model of accelerated ARHL. The C57BL/6 mouse demonstrates a much more rapid onset of hearing loss and more rapid decline than the CBA/Ca mouse (Li and Borg 1991), as well as an increased susceptibility to NIHL (Li et al. 1993; Ohlemiller et al. 2000). Like the CBA/Ca mouse, the underlying pathology of the ARHL in the C57BL/6 is early stereocilia damage and OHC degeneration, which is rapidly followed by massive OHC and IHC loss. By 1 year of age, OHCs and IHCs can be completely absent (Li and Hultcrantz 1994; Spongr et al. 1997).

As is the case with NIHL (reviews by Henderson et al. 2006; Le Prell et al. 2007) and hearing loss from ototoxic drug exposure (reviews by Rybak et al. 2007; Rizzo and Hirose 2007), age-related OHC loss in animal models of aging appears to mediated by oxidative stress (Someya et al. 2009, 2010) and caspase-mediated apoptosis (Hu et al. 2008). Unlike noise and drug ototoxicity, there is no specific triggering event (noise exposure, drug administration, etc.) that allows for analysis of the cell death pathways in a discrete interval following the insult to the cochlea. Thus, it is difficult to take a specific snapshot of the cochlea during the age-related cochlear degeneration phase(s) to obtain a clear indication of the dominant mechanisms in age-related cochlear damage and loss of OHCs and IHCs. The mechanisms are likely to be very complex, and will be the subject of ongoing investigations in the future.

## 6.2   Metabolic ARHL

The Mongolian gerbil (*Meriones unguiculatus*) develops ARHL that is consistent with a pattern of Metabolic ARHL. By 36 months of age, the Mongolian gerbil shows a 15–35 dB threshold shift (Mills et al. 1990), with large variability in individual animals' age-related threshold shifts (Mills et al. 1990). The hearing loss is associated with underlying damage to the stria vascularis (Gratton and Schulte 1995; Thomopoulos et al. 1997) and spiral ligament fibrocytes (Spicer and Schulte 2002). The damage to stria vascularis is associated with a reduction in mitochondrial ATP production in the strial marginal cells (Spicer and Schulte 2005), leading to a loss of $Na^+$ $K^+$-ATPase activity and a decrease in the EP (Schulte and Schmiedt 1992; Gratton et al. 1997). The loss of EPs is thought to be the causative factor in the Mongolian gerbil's loss of hearing sensitivity with age. Thus, the Mongolian gerbil is used as a model of Metabolic ARHL. Numerous mouse models are also being employed as models of Metabolic ARHL, including $Tyrp1B^{-lt}$, BALB/cJ, CBA/CaJ, $NOD.NON-H2^{nb1}/LtJ$, and $C57BL/6-Tyr^{c-2J}$ (see review by Ohlemiller 2009). Each has shown depressed EP in a portion of their populations as they age.

## 6.3   Central ARHL

Animal models have also been used to observe age-related central auditory nervous system changes. One of the hallmarks of the damaged auditory system is the appearance of plastic changes in the organization of the central auditory structures after peripheral deafferentation, whether the peripheral deafferentation comes from noise or from aging (for detailed review of noise-induced neural plasticity, see Kaltenbach, Chap. 8). It is unknown in many of the animal models studied how much (if any) of the central changes that have been observed occur as primary age-related degeneration, and how much is secondary to peripheral damage. For the purposes of this discussion, rat models of ARHL are briefly reviewed as examples of aging of the central auditory nervous system. Changes in γ-aminobutyric acid (GABA) distribution in the inferior colliculus and auditory cortex have been identified and implicated in potential Central ARHL. GABA is a major inhibitory neurotransmitter involved in maintaining frequency processing in the auditory cortex (Chang et al. 2005) and has a major role in the plastic changes in the auditory cortex that occur from aging or peripheral deafferentation (see review by Caspary et al. 2008). Overall GABA levels and GABA release were decreased in aged Fischer 344 rats' inferior colliculi (Caspary et al. 1990). In the auditory cortex, glutamic acid decarboxylase, a GABA synthetic enzyme, was found to be lower in older Brown/Norway rats, suggesting an overall reduction in GABA in the auditory cortex with advancing age. Similar reductions were not found in nearby, nonauditory cortices (Ling et al. 2005). The findings of age-related GABA loss indicate possible changes in cortical auditory physiology and processing in aging animals.

## 7   Animal Studies of Interactions of Noise and Aging

In an attempt to assess the validity of the additive rule recommended by ISO for attributing hearing loss to noise or aging, Mills et al. (1996, 1997) conducted a series of studies of Mongolian gerbils that were exposed to noise and then allowed to age. The first such study utilized a long-term exposure to 85 dBA noise that lasted from age 8 months to age 34 months. Because the exposure extended so deep in the animals' lifespans, there was no effective way to determine what portion of the threshold was age related and what portion was noise induced. The two damage processes overlapped, obscuring what the PTS induced by the long-term noise exposure would have been if it had been independent of the aging process (Mills et al. 1997). The investigators therefore undertook a second study in which the noise exposure was a short-duration (1 h), monaural, tonal exposure (113 dB SPL) delivered to the animals at age 18 months. The animals were assessed for PTS 6 weeks after the exposure and then allowed to age in quiet until age 36 months. Preexposure thresholds were generally equivalent in the exposed and unexposed ears (Fig. 10.2a), and the ears that were exposed to the noise demonstrated significantly worse thresholds (PTS) at 6 weeks postexposure (Fig. 10.2b). At 36 months of age, the noise + aging ears had significantly less hearing loss than predicted by an ISO additive method (see Fig. 10.2c) (Mills et al. 1997). The results showed that the quiet aged ears' hearing losses "caught up" to the noise + aging ears' thresholds (although they did not catch up completely; the noise + aging animals had higher thresholds at some frequencies at 36 months compared to the quiet aged animals). Thus, for the Mongolian gerbil, the noise–aging interaction appears to be antagonistic, that is, NIHL at a younger age led to a reduction in the hearing loss that was attributed to aging. The findings suggest that, from a cochlear pathology perspective, as the noise damage and aging damage produced a largely antagonistic interaction (with the exception being at 4 kHz, where the age–noise interaction was closer to additive; see Fig. 10.2b, c), some of the damage created by the noise would have been created by the aging process. Because the cochlear structures were already damaged/disordered by the noise, any additional effects of aging on those structures had limited additional impact on hearing.

In addition to the findings in the Mongolian gerbil, the mouse model has been tested to assess the interactive effect of noise and aging. Kujawa and Liberman (2006) assessed the effects of noise exposure on the aging trajectory of the CBA/CaJ mouse. The mice were exposed to a short-duration (2-h) noise at various ages from 4 to 124 weeks of age. The animals were then allowed to age into a time span when ARHL was predicted to occur. Based on ABR threshold shifts, the investigators found a synergistic interaction in which the early noise exposure exacerbated the severity of the subsequent ARHL. The effect was greatest for those animals exposed to the noise at a younger age, but it was still present in those exposed as late as 32 weeks of age. Although the synergistic interaction is an intriguing finding on its own, the findings were complicated further by the fact that the noise + aging group did not demonstrate an increased degree of threshold shift in distortion product otoacoustic emissions (DPOAEs), even though they demonstrated exacerbated ARHL as measured by the ABR. This divergence with respect to measurement



**Fig. 10.2** Auditory thresholds in Mongolian gerbils. (**a**) Thresholds at 18 months of age, before any noise exposure. (**b**) Thresholds 6 weeks after a hazardous noise exposure of a 3.5 kHz pure tone at 113 dB SPL for 1 h. Note the higher thresholds in the ears exposed to the noise (*dark triangles*), suggesting significant threshold shift. (**c**) Thresholds for the noise-exposed and unexposed ears at 36 months of age. Note that the unexposed ears' thresholds (*open triangles*) are much closer to the noise-exposed ears' thresholds (*dark triangles*) than they are in (**b**) (Reprinted from Mills et al. (1997), with permission from the Acoustical Society of America)

technique implied that the cochlear pathology shifted from primarily OHC loss in the quiet-aged mice (Li and Hultcrantz 1994; Spongr et al. 1997) to a different pathology in the noise + aging mice. Anatomical evaluations showed an increased age-related loss of SGCs in the cochleae with noise exposure history. The selective SGC loss did not occur in the aging cochleae without noise exposure history, nor did

it occur in animals with noise exposure but no ARHL. The finding of primary SGC loss prompted the investigators to propose that the noise + aging mice are models of Neural ARHL (Kujawa and Liberman 2006). This hypothesis has since been modified (Kujawa and Liberman 2009) to reflect that the SGC loss may be the direct result of noise exposure. The synapses are lost in the acute phase shortly after the noise, but the cell bodies of the SGCs degenerate over a longer period of weeks or months. This degenerative process occurs even without PTS or hair cell loss. Thus, the possibility exists that much Neural ARHL may in fact be cumulative noise-induced SGC damage. For patients who report no noise exposure history, the Neural ARHL with which they present clinically may actually be evidence of accumulated subclinical noise exposures.

The findings in the CBA/CaJ mouse studies introduce the intriguing possibility that the relationship between NIHL and ARHL is more complex than that which can be assessed using the pure tone audiogram, and that the notion of additive, synergistic, or antagonistic interactions between noise and aging as assessed on the pure tone audiogram may not be the extent of the complexity of the issue. Neural ARHL often includes substantial difficulties with word discrimination (Schuknecht 1964). If indeed there is a population of patients with Neural ARHL from the combined insults of noise and aging, then that is a patient population that would be expected to struggle to derive the required rehabilitative benefit from amplification or cochlear implants.

To summarize the Mongolian gerbil and CBA/CaJ mouse studies, the Mongolian gerbil appears to display an antagonistic interaction. The history of NIHL leads to a reduction in the hearing loss at 36 months that can be attributed to aging, which could reflect the notion that noise and aging lead to disability/death of the same sets of structures. If noise has already disabled a set of cochlear structures, then aging has less impact on total auditory function because the structures it would target have already ceased to contribute to auditory sensitivity. The CBA/CaJ mouse, conversely, shows a synergistic interaction between noise and aging, in which a prior NIHL leads to more severe ARHL later in the lifespan. Further complicating the interaction is the finding that NIHL at a younger age may not only exacerbate the ARHL, but either change the pathology underlying it from OHC pathology to SGC pathology, or add SGC pathology to the age-related OHC pathology. Either of these patterns of cochlear damage could manifest in a decreased ability to perceive and interpret complex sounds.

## 8 Possible Mechanisms of NIHL and ARHL Interactions

A factor that remains unclear in both animal and human studies of noise–age interactions is the interaction(s) of pathologies underlying the NIHL and ARHL. With NIHL, the dominant underlying pathology is damage/death of the OHCs (Henderson et al. 2006; also see Hu, Chap. 5). In addition to the effects on the OHCs, noise exposure causes transient glutamate excitotoxicity at the junctions between the IHCs and the type I afferent auditory nerve fibers of the spiral ganglion (Puel et al. 1998). This glutamate excitotoxicity has been proposed as a possible cause of

long-term, age-related degeneration of the SGCs (Kujawa and Liberman 2006). The Mongolian gerbil (Mills et al. 1996, 1997) and CBA/CaJ mouse (Kujawa and Liberman 2006) displayed very different interactions of noise and aging. It is possible that the nature of the differing interactions was due to the differing nature of pathologies underlying the ARHL. In the Mongolian gerbil, the primary degeneration occurs in stria vascularis, leading to a loss of the EP and loss of cochlear amplification. It is possible that damaging/killing OHCs with noise, robbing the ear of cochlear amplification, is a pathology that overlaps with the aging process. Because the cochlear amplification is already lost due to OHC death, loss of the EP with aging has little effect on hearing. Thus, there is an antagonistic interaction in which NIHL leads to reduced ARHL. The situation in the CBA/CaJ mouse is very different in that noise exposure induces significant SGC pathology in addition to OHC death, or in the absence of OHC death. The SGC pathology may be a direct consequence of the noise, a consequence of the interaction of noise and age, or a combination of both direct and interactive pathologies (Kujawa and Liberman 2006, 2009). Thus, the data from studies of animal models of the noise-age interaction suggest that multiple variables could be considered when hypothesizing about the nature and mechanisms of noise–age interactions in the human.

In addition to noise-aging interactions in the cochlea, it seems possible that interactions would take place in the central auditory system as well. Noise exposure at a relatively young age could alter the trajectory of the aging of the central auditory system. Just as there are age-related changes to the central system (see earlier), cochlear damage from noise is causes plastic changes in the central auditory system (for detailed review, see Kaltenbach, Chap. 8), including in the cochlear nucleus (Kaltenbach et al. 1992), inferior colliculus (Wang et al. 1996), and the auditory cortex (Salvi et al. 2000). Combined peripheral deafferentation from noise and aging could remove inputs to the central auditory system, leading to an altered pattern of plastic reorganization that is unique to the noise–aging interaction. Coupled with direct effects of aging on the central auditory system, these plastic changes could manifest in changes in processing of auditory stimuli, including complex stimuli such as speech.

## 9   Summary

There is growing evidence that the interaction between noise exposure before onset of ARHL and the subsequent ARHL is a complex one that may vary across individuals or populations. Of particular consideration with the human aging population is how the interactions of noise and aging may differ across subsets of the ARHL population. Patients with NIHL comprise a heterogeneous population with respect to the timing and magnitude of the noise exposures. As can be seen from ISO-1999, as well as numerous investigations on the topic (Rosen et al. 1962; Hinchcliffe 1964; Goycoolea et al. 1986), a cumulative history of occupational and recreational noise is a risk factor for more severe ARHL, even if the noise exposures do not

induce discrete NIHLs as individual events. In addition to this population of cumulative noise exposure history, a segment of the population is exposed to occupational noise regularly over a period of decades. Another segment gets high-level impulse or impact noise (130–170 dB pSPL) capable of inducing acoustic trauma. It seems likely that the different patterns of NIHL across the aging patient population are likely to interact with ARHL in different ways. Further complicating the relationship between noise and aging is the heterogeneity of the ARHL population. As described in Sect. 4, at least five different discrete pathologies are believed to affect the aging cochlea alone or in combination (Schuknecht 1964; Schuknect and Gacek 1993). In addition, the human population, with its wide variety of noise and ototoxicity histories, may be dominated by the patients who demonstrate Mixed ARHL, in which they demonstrate a blend of multiple pathologies with a broad spectrum of resulting hearing losses (Allen and Eddins 2010). With the disparate findings about the noise–age interaction in humans with ARHL and in animal models of ARHL, it is reasonable to suggest that the interactions of noise and aging in the human population may vary with the severity of the NIHL, the age at which the NIHL is acquired, the presence or absence of a mechanical trauma as part of the NIHL, and the particular cochlear pathology (or pathologies) underlying the ARHL. Further study on these variables in a wide variety of animal models of ARHL seems necessary before more comprehensive conclusions can be drawn about the nature of the noise–age interaction in any particular clinical patient's hearing loss profile.

## References

Agrawal, Y., Platz, E. A., & Niparko, J. K. (2008). Prevalence of hearing loss and differences by demographic characteristics among US adults: Data from the National Health and Nutrition Examination Survey, 1999–2004. *Archives of Internal Medicine*, 168(14), 1522–1530.

Allen, P. D, & Eddins, D. A. (2010) Presbycusis phenotypes form a heterogeneous continuum when ordered by degree and configuration of hearing loss. *Hearing Research*, 264(1–2), 10–20.

Caspary, D. M., Raza, A., Lawhorn Armour, B. A., Pippin, J., & Arneric, S. P. (1990). Immunocytochemical and neurochemical evidence for age-related loss of GABA in the inferior colliculus: Implications for neural presbycusis. *Journal of Neuroscience*, 10(7), 2363–2372.

Caspary, D. M., Ling, L. L., Turner, J. G., & Hughes, L. F. (2008). Inhibitory neurotransmission, plasticity and aging in the mammalian central auditory system. *The Journal of Experimental Biology*, 211(11), 1781–1791.

Chang, E. F., Bao, S., Imaizumi, K., Schreiner, C. E., & Merzenich, M. M. (2005). Development of spectral and temporal response selectivity in the auditory cortex. *Proceedings of the National Academy of Sciences of the USA*, 102(45), 16460–16465.

Cruickshanks, K. J., Wiley, T. L., Tweed, T. S., Klein, B. E., Klein, R., Mares-Perlman, J. A., & Nondahl, D. M. (1998). Prevalence of hearing loss in older adults in Beaver Dam, Wisconsin. The Epidemiology of Hearing Loss Study. *American Journal of Epidemiology*, 148(9), 879–886.

Desai, M., Pratt, L. A., Lentzner, H., & Robinson, K. N. (2001). Trends in vision and hearing among older Americans. *Aging Trends*, Mar(2), 1–8.

Dobie, R. (1993). Medical-legal evaluation of hearing loss (2nd edition). San Diego: Singular.

Gates, G. A., Cooper, J. C., Jr, Kannel, W. B., & Miller, N. J. (1990). Hearing in the elderly: The Framingham cohort, 1983–1985. Part I. Basic audiometric test results. *Ear and Hearing*, 11(4), 247–256.

Gates, G. A., Schmid, P., Kujawa, S. G., Nam, B., & D'Agostino, R. (2000). Longitudinal threshold changes in older men with audiometric notches. *Hearing Research*, 141(1–2), 220–228.

Goycoolea, M. V., Goycoolea, H. G., Farfan, C. R., Rodriguez, L. G., Martinez, G. C., & Vidal, R. (1986). Effect of life in industrialized societies on hearing in natives of Easter Island. *Laryngoscope*, 96, 1391–1396.

Gratton, M. A., & Schulte, B. A. (1995). Alterations in microvasculature are associated with atrophy of the stria vascularis in quiet-aged gerbils. *Hearing Research*, 82, 44–52.

Gratton, M. A., Smyth, B. J., Lam, C. F., Boettcher, F. A., & Schmiedt, R. A. (1997). Decline in the endocochlear potential corresponds to decreased Na,K-ATPase activity in the lateral wall of quiet-aged gerbils. *Hearing Research*, 108(1–2), 9–16.

Henderson, D., Bielefeld, E. C., Harris, K. C., & Hu, B. H. (2006). The role of oxidative stress in noise-induced hearing loss. *Ear and Hearing*, 27, 1–19.

Hinchcliffe, R. (1964). Hearing levels of elderly in Jamaica. *Annals of Otology*, *Rhinology*, *and Laryngology*, 73, 1012–1019.

Hu, B. H., Yang, W. P., Bielefeld, E. C., Li, M., Chen, G. D., & Henderson, D. (2008). Apoptotic outer hair cell death in the cochleae of aging Fischer 344/NHsd rats. *Hearing Research*, 241, 26–33.

Hunter, K. P., & Willott, J. F. (1987). Aging and the auditory brainstem response in mice with severe or minimal presbycusis. *Hearing Research*, 30(2–3), 207–218.

ISO1999. (1990). Acoustics—Determination of occupational noise exposure and estimation of noise-induced hearing impairment. International Organization for Standardization. http://www.iso.org/iso/catalogue_detail.htm?csnumber=6759.

Kaltenbach, J. A., Czaja, J. M., & Kaplan, C. R. (1992). Changes in the tonotopic map of the dorsal cochlear nucleus following induction of cochlear lesions by exposure to intense sound. *Hearing Research*, 59(2), 213–223.

Kujawa, S. G., & Liberman, M. C. (2006). Acceleration of age-related hearing loss by early noise exposure: Evidence of a misspent youth. *Journal of Neuroscience*, 26(7), 2115–2123.

Kujawa, S. G., & Liberman, M. C. (2009). Adding insult to injury: Cochlear nerve degeneration after "temporary" noise-induced hearing loss. *Journal of Neuroscience*, 29(45), 14077–14085.

Le Prell, C. G., Yamashita, D., Minami, S. B., Yamasoba, T., & Miller, J. M. (2007). Mechanisms of noise-induced hearing loss indicate multiple methods of prevention. *Hearing Research*, 226(1–2), 22–43.

Lee, F. S., Matthews, L. J., Dubno, J. R., & Mills, J. H. (2005). Longitudinal study of pure-tone thresholds in older persons. *Ear and Hearing*, 26, 1–11.

Li, H. S., & Borg, E. (1991). Age-related loss of auditory sensitivity in two mouse genotypes. *Acta Oto-Laryngologica*, 111(5), 827–834.

Li, H. S., & Hultcrantz, M. (1994). Age-related degeneration of the organ of Corti in two genotypes of mice. *Journal for Oto-rhino-laryngology and Its Related Species*, 56(2), 61–67.

Li, H. S., Hultcrantz, M, & Borg, E. (1993). Influence of age on noise-induced permanent threshold shifts in CBA/Ca and C57BL/6J mice. *Audiology*, 32(3), 195–204.

Ling, L. L., Hughes, L. F., & Caspary, D. M. (2005). Age-related loss of the GABA synthetic enzyme glutamic acid decarboxylase in rat primary auditory cortex. *Neuroscience*, 132(4), 1103–1113.

Mills, D. M., & Schmiedt, R. A. (2004). Metabolic presbycusis: Differential changes in auditory brainstem and otoacoustic emission responses with chronic furosemide application in the gerbil. *Journal of the Association for Research in Otolaryngology*, 2004, 5(1), 1–10.

Mills, J. H., Schmiedt, R. A., & Kulish, L. F. (1990). Age-related changes in auditory potentials of Mongolian gerbil. *Hearing Research*, 46(3), 201–210.

Mills, J. H., Lee, F. S., Dubno, J. R., & Boettcher, F. A. (1996). Interactions between age-related and noise-induced hearing loss. In A. Axelsson, H. Borchgrevink, R. P. Hamernik, P. A. Hellstron, D. Henderson, & R. J. Salvi (Eds.), *Scientific basis of noise-induced hearing loss.* New York: Thieme.

Mills, J. H., Boettcher, F. A., & Dubno, J. R. (1997). Interaction of noise-induced permanent threshold shift and age-related threshold shift. *Journal of the Acoustical Society of America*, 101(3), 1681–1686.

National Institute on Deafness and Other Communication Disorders. (1989). Research Plan. Bethesda, MD: National Institutes of Health.

Ohlemiller, K. K. (2006). Contributions of mouse models to understanding of age- and noise-related hearing loss. *Brain Research*, 1091(1), 89–102.

Ohlemiller, K. K. (2008). Recent findings and emerging questions in cochlear noise injury. *Hearing Research*, 245(1–2), 5–17.

Ohlemiller, K. K. (2009). Mechanisms and genes in human strial presbycusis from animal models. *Brain Research*, 1277, 70–83.

Ohlemiller, K. K., Wright, J. S., & Heidbreder A. F. (2000). Vulnerability to noise-induced hearing loss in 'middle-aged' and young adult mice: A dose-response approach in CBA, C57BL, and BALB inbred strains. *Hearing Research*, 147, 239–247.

Ohlms, L. A., Lonsbury-Martin, B. L., & Martin, G. K. (1991). Acoustic-distortion products: Separation of sensory from neural dysfunction in sensorineural hearing loss in human beings and rabbits. *Otolaryngology Head and Neck Surgery*, 104(2), 159–174.

Otto, W. C., & McCandless, G. A. (1982). Aging and auditory site of lesion. *Ear and Hearing*, 3(3), 110–117.

Puel, J. L., Ruel, J., Gervais d'Aldin, C., & Pujol, R. (1998) Excitotoxicity and repair of cochlear synapses after noise-trauma induced hearing loss. *NeuroReport*, 9, 2109–2114.

Rizzo, M. D., & Hirose, K. (2007). Aminoglycoside ototoxicity. *Current Opinions in Otolaryngology Head and Neck Surgery*, 15(5), 352–357.

Rosen, S., Bergman, M., Plester, D., El-Mofty, A., & Hamad Satti, M. (1962). Presbycusis study of a relatively noise-free population in the Sudan. *Transactions of the American Otological Society*, 50, 135–152.

Rosenhall U. (2003). The influence of ageing on noise-induced hearing loss. *Noise and Health*, 5(20), 47–53.

Rybak, L. P., Whitworth, C. A., Mukherjea, D., & Ramkumar, V. (2007). Mechanisms of cisplatin-induced ototoxicity and prevention. *Hearing Research*, 226(1–2), 157–167.

Salvi, R. J., Wang, J., & Ding, D. (2000). Auditory plasticity and hyperactivity following cochlear damage. *Hearing Research*, 147(1–2), 261–274.

Schmiedt, R. A., Lang, H., Okamura, H. O., & Schulte, B. A. (2002). Effects of furosemide applied chronically to the round window: A model of metabolic presbyacusis. *Journal of Neuroscience*, 22(21), 9643–9650.

Schuknecht, H. F. (1964). Further observations on the pathology of presbycusis. *Archives of Otolaryngology*, 80, 369–382.

Schuknecht, H. F., & Gacek, M. R. (1993). Cochlear pathology in presbycusis. *Annals of Otology, Rhinology, and Laryngology*, 102(1 Pt 2), 1–16.

Schulte, B. A., & Schmiedt, R. A. (1992). Lateral wall Na,K-ATPase and endocochlear potentials decline with age in quiet-reared gerbils. *Hearing Research*, 61(1–2), 35–46.

Someya, S., Xu, J., Kondo, K., Ding, D., Salvi, R. J., Yamasoba, T., Rabinovitch, P. S., Weindruch, R., Leeuwenburgh, C., Tanokura, M., & Prolla, T. A. (2009). Age-related hearing loss in C57BL/6J mice is mediated by Bak-dependent mitochondrial apoptosis. *Proceedings of the National Academy of Sciences of the USA*, 106(46), 19432–19437.

Someya, S., Tanokura, M., Weindruch, R., Prolla, T. A., & Yamasoba, T. (2010). Effects of caloric restriction on age-related hearing loss in rodents and rhesus monkeys. *Current Aging Science*, 3(1), 20–25.

Spicer, S. S., & Schulte, B. A. (2002) Spiral ligament pathology in quiet-aged gerbils. *Hearing Research*, 172, 172–185.

Spicer, S. S., & Schulte, B. A. (2005) Pathologic changes of presbycusis begin in secondary processes and spread to primary processes of strial marginal cells. *Hearing Research*, 205, 225–240.

Spongr, V. P., Flood, D. G., Frisina, R. D., & Salvi, R. J. (1997) Quantitative measures of hair cell loss in CBA and C57BL/6 mice throughout their life spans. *Journal of the Acoustical Society of America*, 101, 3546–3553.

Stach, B. A., Jerger, J., & Fleming, K. A. (1985).Central presbyacusis: A longitudinal study. *Ear and Hearing*, 6(6), 304–306.

Stach, B. A., Spretnjak, M. L., & Jerger, J. (1990). The prevalence of central presbyacusis in a clinical population. *Journal of the American Academy of Audiology*, 1(2), 109–115.

Thomopoulos, G. N., Spicer, S. S., Gratton, M. A., & Schulte, B. A. (1997) Age-related thickening of basement membrane in stria vascularis capillaries. *Hearing Research*, 111, 31–41.

Wang, J., Salvi, R. J., & Powers, N. (1996). Plasticity of response properties of inferior colliculus neurons following acute cochlear damage. *Journal of Neurophysiology*, 75(1), 171–183.

Welsh, L. W., Welsh, J. J., & Healy, M. P. (1985). Central presbyacusis. *Laryngoscope*, 95(2), 128–136.

Zhan, W., Cruickshanks, K. J., Klein, B. E., Klein, R., Huang, G. H., Pankow, J. S., Gangnon, R. E., & Tweed, T. S. (2010). Generational differences in the prevalence of hearing impairment in older adults. *American Journal of Epidemiology*, 171(2), 260–266.

# Chapter 11
# Effects of Exposure to Chemicals on Noise-Induced Hearing Loss

**Thais C. Morata and Ann-Christin Johnson**

## 1   Introduction

Several factors have been studied in an effort to explain why the prevalence and degree of noise-induced hearing loss (NIHL) can vary so much within a group and among groups. Some of the factors studied to date include variations in exposure (see Henderson and Hamernik, Chap. 4), age (see Rabinowitz, Chap. 2; Bielefeld, Chap. 10), gender, genetics (see Gong and Lomax, Chap. 9), race, and general health indicators, such as blood pressure and use of certain medications (Toppila et al. 2000). The focus of the present chapter is the interaction of ototoxic industrial chemicals with noise, which results in increased hearing loss.

Hearing loss can occur after ingestion of certain drugs due to their effects on the peripheral auditory system or central nervous system. The mechanisms of action of ototoxic substances may involve the entire organ, specific cells within the organ, components of specific cells, or individual biochemical pathways. Drugs and other substances that alter hearing or equilibrium by acting primarily at the level of the brain stem or the central auditory pathways are considered to be neurotoxic and not strictly ototoxic (Hawkins 1976).

The ototoxicity of therapeutic drugs has been recognized since the nineteenth century. Schacht and Hawkins (2006) reviewed initial reports that associated the intake of certain drugs such as quinine and acetylsalicylic acid with temporary hearing loss as well as dizziness and tinnitus. In the 1940s, permanent damage to the cochlea was reported in several patients treated with the newly discovered drug

---

Disclaimer: The findings and conclusions in this chapter are those of the authors and do not necessarily represent the views of the National Institute for Occupational Safety and Health.

T.C. Morata (✉)
National Institute for Occupational Safety and Health,
4676 Columbia Parkway, Cincinnati, OH 45226-1998, USA
e-mail: tmorata@cdc.gov

C.G. Le Prell et al. (eds.), *Noise-Induced Hearing Loss: Scientific Advances*,
Springer Handbook of Auditory Research 40, DOI 10.1007/978-1-4419-9523-0_11,
© Springer Science+Business Media, LLC 2012

for treatment of tuberculosis, the aminoglycoside antibiotic streptomycin (Hinshaw and Feldman 1945). Today there are many well known ototoxic drugs used in clinical situations. Most of them (antibiotics, chemotherapeutics, diuretics, and antimalaria drugs) are used despite these negative side effects to treat other serious, sometimes life-threatening conditions. In the developed nations, and in some developing ones, the prescription of these drugs will trigger "ototoxicity monitoring" of patients to allow early detection of auditory effects and, when necessary, audiologic interventions to address the hearing impairment (AAA 2009).

In contrast, only in the past 20 years has the ototoxicity of chemicals found in the environment from contaminants in air, food or water, and in the workplace become a concern for researchers, toxicologists, audiologists, and other healthcare professionals. Initial reports described the ototoxicity of environmental chemicals after acute intoxications or poisonings, and these reports included observations that hearing loss was more common and sometimes more severe in work settings where chemical exposures occurred (Barregård and Axelsson 1984). Since then, considerable progress toward understanding the effects of certain environmental and occupational chemicals on the auditory system and their interactions with noise has been made (Fechter et al. 1987; Morata 1989; Lataye et al. 2000). Today, ototoxic properties have been identified for multiple classes of industrial chemicals, including solvents, metals, asphyxiants, pesticides, and polychlorinated biphenyls (PCBs). The rest of this chapter reviews the ototoxicity of these compounds and their interactions with noise.

Ototoxicants are of interest in the work environment, not only because of their actions on the hearing system of humans, but also because they may interact with each other and with noise when exposure is combined (simultaneously or sequentially). It is well known that the effects of many drugs or agents, when given concurrently, cannot necessarily be predicted on the basis of their individual effects. In such instances, the damage incurred by agents acting together may exceed the simple summation of the damage each agent produces alone (Prosen and Stebbins 1980; Humes 1984). This synergistic effect is separate from, and perhaps more dangerous than, simple additive effects, as these synergistic effects are difficult to predict. Because noise is the most common exposure that causes hearing loss in humans, special attention has been given to the combined exposure to noise and agents with ototoxic effects on the auditory system.

Solvents and carbon monoxide are the environmental/occupational chemicals most extensively studied to date because of their ubiquitous industrial use. These are chemicals that are widely used in several industrial sectors. Studies conducted with animal subjects have shown that some solvents can reach the inner ear through the blood stream even before they are metabolized. Solvents were found in the endolymph and perilymph, and these solvents not only caused damage to some inner ear structures, but also impaired auditory function (Campo et al. 1999). The onset, site, mechanism, and extent of ototoxic damage of these toxicants vary according to risk factors that include type of chemical, level and duration of chemical exposure, interactions between chemicals or noise, noise exposure level, and duration. Dose–response properties have not been precisely identified, but it appears that risk increases with increasing exposure, as is the case with ototoxic drugs such

as cisplatin (used in chemotherapy) and aminoglycoside antibiotics (Laurell and Jungelius 1990; Halsey et al. 2005).

Ototoxic drugs often cause a high-frequency hearing loss whereas the hearing loss caused by occupational exposure to chemicals can be very similar to a hearing loss caused by excessive noise. Because noise exposure is so common in modern societies, this might explain the delay in recognizing the risk to hearing that these chemicals can pose.

Pure-tone audiometry, the standard clinical test used to determine a person's hearing sensitivity at specific frequencies, offers little information as to the relative health of inner (IHCs) and outer hair cells (OHCs), and the neural population. In other words, pure-tone audiometry does not provide information on the cause of the hearing loss. Other hearing tests such as word recognition, auditory reflex, and otoacoustic emission tests can help identify the site of damage. This information may help to differentiate the effects of chemicals from the effects of noise, as chemicals can affect more central portions of the auditory system (Ödkvist et al. 1987; Möller et al. 1989). In the presence of central deficits not only will sounds be perceived as less loud, but they may also be perceived as distorted.

## 2   Auditory Effects of Chemicals in the Work Environment

During the past two decades, scientific investigations have yielded new insights into the ototoxicity properties of a growing number of environmental and occupational chemicals (for detailed reviews, see Campo et al. 2009; Johnson and Morata 2010). This chapter summarizes the three classes of chemicals – solvents, asphyxiants, and metals – in which studies have included noise exposure as a cofactor. In addition, key details of the critical studies in animals and humans of auditory effects of chemicals for their corresponding No Observed Adverse Effect Level (NOAELs) and Lowest Observed Adverse Effect Level (LOAELs) are presented in Tables 11.1 and 11.2.

### 2.1   Solvents

There is robust evidence that exposure to solvents such as toluene, styrene, and xylene produces cochlear lesions (for details see Table 11.1) (Sullivan et al. 1988; Johnson and Canlon 1994; Campo et al. 2001). Clinical and occupational studies have also linked exposures to a variety of solvents (e.g., styrene, solvent mixtures, and jet fuels) with disorders in the central auditory pathway (Laukli and Hansen 1995; Fuente et al. 2006; Johnson et al. 2006).

Organic solvent ototoxicity was suggested in the 1960s (Lehnhardt 1965), but was not clearly demonstrated until the 1980s (for a review of the body of evidence, see Johnson and Morata 2010). Barregård and Axelsson (1984) reviewed five early occupational studies and four case reports that showed that the incidence of sensorineural hearing loss was higher than expected in noise-exposed workers who

**Table 11.1** Critical studies in animals of auditory effects of chemicals with corresponding No Observed Adverse Effect Level (NOAELs) and Lowest Observed Adverse Effect Level LOAELs for selected substances (in ppm if not otherwise stated). Studies with combined noise exposure are also included

| NOAEL | LOAEL | Noise level (N) | Exposure regimen | Species | Method | Endpoint(s), auditory effects only | Reference |
|---|---|---|---|---|---|---|---|
| *Styrene (STY)* | | | | | | | |
| STY alone | | | | | | | |
| – | 200 mg/kg bw ~250 ppm | – | Gavage: 5 day/week, 3 weeks | Rats | ABR, ME | OHC loss at 200 mg/kg bw (lowest dose tested) Hearing loss at 300 mg/kg bw | Chen et al. (2007) |
| – | 300 | – | Inhalation: 6 h/day, 5 day/week, 4 weeks | Young rats, forced to be active | ABR, ME | OHC loss at 300 ppm (lowest dose tested) Hearing loss at 500 ppm | Lataye et al. (2005) |
| 300 | 600 | – | Inhalation: 12 h/day, 5 day/week, 4 weeks | Rats | ABR, ME | Hearing loss and OHC loss | Mäkitie et al. (2002) |
| STY combined with noise (N) | | | | | | | |
| – | 400 | 85 dB Leq8h, OBN at 8 Hz, (86.2 dB SPL) | Inhalation and N: 6 h/day, 5 day/week, 4 weeks | Young rats, active | ABR, ME | OHC loss (synergism, only dose tested) Hearing loss not different from N | Lataye et al. (2005) |
| 300 | 600 | 100–105 dB SPL | Inhalation and N: 12 h/day, 5 day/week, 4 weeks | Rats | ABR, ME | Hearing loss and OHC loss at 600 ppm (synergism) Hearing loss not different from N at 300 ppm | Mäkitie et al. (2003) |

*Toluene (TOL)*

TOL alone

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| – | 1,000 | – | Inhalation: 6 h/day, 5 day/week, 4 weeks | Rats | ABR, ME | OHC loss (lowest dose tested) No hearing loss | Campo et al. (1997), Loquet et al. (1999) |
| 700 | 1,000 | – | Inhalation: 14 h/day, 7 day/week, 16 weeks | Young rats | ABR, BA, CAR | Hearing loss | Pryor et al. (1984) |

TOL combined with noise (N)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 500 | – | 90 dB SPL, steady WBN 4-20 kHz (~87 dB Leq8h) | Inhalation: 6 h/day, 5 day/week, 90 days, N: 4 h/day, 5 day/week, 90 days | Rats | ABR DPOAE | Hearing loss not different from N (highest dose tested) | Lund and Kristiansen (2008) |
| 500 | 1,000 | 96 dB SPL (~90 dB Leq8h) | Inhalation: 6 h/day, 10 days N: 2 h/day, 10 days (after TOL exposure) | Young rats | ABR | Hearing loss at 1,000 ppm (synergism) Hearing loss not different from N at 500 ppm | Brandt-Lassen et al. (2000) |

(continued)

**Table 11.1** (continued)

| NOAEL | LOAEL | Noise level (N) | Species | Exposure regimen | Method | Endpoint(s), auditory effects only | Reference |
|---|---|---|---|---|---|---|---|
| *Xylene (XYL)* | | | | | | | |
| *p*-XYL alone, mixed XYL (10% *o*-, 80% *m*-, and 10% *p*-XYL, EBZ content not given) and mixture (*o*-, *m*-, and *p*-XYL and EBZ) | | | | | | | |
| 450 *p*-XYL | 900 *p*-XYL | – | Rats | Inhalation: 6 h/day, 6 day/week, 13 weeks | ABR, ME | OHC loss (*o*- and *m*-xylene not ototoxic) | Gagnaire et al. (2001) |
| | 250 Mixture (~50 *p*-XYL +50 EBZ) | – | Rats | Inhalation: 6 h/day, 5 day/week, 13 weeks | ABR, ME | OHC loss at 250 ppm mixture (synergism, lowest dose tested) Hearing loss at 1,000 ppm mixture (synergism) | Gagnaire et al. (2007a) |
| XYL combined with noise (N) | | | | | | | |
| No data | | | | | | | |
| *Ethylbenzene (EBZ)* | | | | | | | |
| EBZ alone and in mixture (EBZ and *o*-, *m*-, and *p*-XYL) | | | | | | | |
| – | 200 | – | Rats | Inhalation: 6 h/day, 5 day/week, 13 weeks | ABR, ME | OHC loss (lowest dose tested) Hearing loss at 400 ppm | Gagnaire et al. (2007b) |
| 300 | 400 | – | Rats | Inhalation: 6 h/day, 5 days | CAP, ME | Hearing loss and OHC loss | Cappaert et al. (2000) |

| | | | | | | |
|---|---|---|---|---|---|---|
| EBZ combined with noise (N) | | | | | | |
| – | 300 | 95 or 105 dB SPL broadband 1.5–12.5 kHz | Rats | Inhalation: 6 h/day, 5 days N: 8 h/day, 5 days | CAP, DPOAE, ME, | OHC loss (when combined with 105 dB), (synergism, lowest dose tested) Hearing loss not different from N at 400 ppm | Cappaert et al. (2001) |
| Trichloroethylene (TCE) TCE alone | | | | | | |
| – | 2,000 | – | Rats | Inhalation: 12 h/day, 7 day/week, 3 weeks | ABR | Hearing loss (mid-frequency, lowest dose tested) | Rebert et al. (1991) |
| 1,600 | 2,400 1,707 (BMC) | – | Rats | Inhalation: 6 h/day, 5 day/week, 13 weeks | RMA at 16 kHz only | Hearing loss (mid-frequency) BMC: 15-dB increase in hearing threshold | Crofton and Zhao (1997) |
| 2,400 | 3,200 1,418 (BMC) | – | Rats | Inhalation: 6 h/ day, 5 day/ week, 4 weeks | RMA at 16 kHz only | Hearing loss (mid-frequency) BMC: 15-dB increase in hearing threshold | Crofton and Zhao (1997) |

(continued)

**Table 11.1** (continued)

| NOAEL | LOAEL | Noise level (N) | Species | Exposure regimen | Method | Endpoint(s), auditory effects only | Reference |
|-------|-------|-----------------|---------|------------------|--------|-----------------------------------|-----------|
| *TCE combined with noise (N)* | | | | | | | |
| – | 3,000 | 95 dB SPL | Rats | Inhalation: 18 h/day, 5 day/week, 3 weeks | RMA | Hearing loss (mid-frequency, only dose tested). Generally additive effect. Synergism at 4 kHz | Muijser et al. (2000) |
| *Solvent mixtures* | | | | | | | |
| *Jet fuel (JP-8) alone* | | | | | | | |
| – | 1,000 mg/m³ | – | Rats | Inhalation: 4 h/day, 1 or 5 days | CAP, DPOAE, ME | Hearing loss (decrease in DPOAE amplitude) after repeated exposure. No OHC loss. Only dose tested | Fechter et al. (2007) |
| *Jet fuel (JP-8) combined with noise (N)* | | | | | | | |
| – | 1,000 mg/m³ | 97, 102 or 105 dB OBN 8 kHz | Rats | Inhalation: 4 h/day, 1 or 5 days N: 4 h (105 dB); 1 h/day, 5 day (102 dB) or 4 h/ day, 5 days (97 dB) | CAP, DPOAE, ME | Hearing loss (decrease in DPOAE amplitude) and OHC loss greater than by N; OHC loss only after repeated exposure. Only dose tested | Fechter et al. (2007) |

| | | | | | | Auditory effects | |
|---|---|---|---|---|---|---|---|
| *Lead (Pb) (blood level)* | | | | | | | |
| Pb alone | | | | | | | |
| 35 µg/dl | 55 µg/dl | – | In diet: prenatal to ~10 years of age | Monkeys | ABR | Auditory effects (prolongations of ABR latencies) | Lilienthal and Winneke (1996) |
| 35–40 µg/dl | – | – | In milk: birth to 1 or 2 years of age | Monkeys | ABR, DPOAE, Tympanometry | No auditory effects | Lasky et al. (2001) |
| Pb combined with noise (N) | | | | | | | |
| No data | | | | | | | |
| *Carbon monoxide (CO)* | | | | | | | |
| CO alone | | | | | | | |
| 1,500 | – | | 3.5–9.5 h | Rats | CAP, CM | No auditory effects | Chen and Fechter (1999) |
| CO combined with noise (N) | | | | | | | |
| 300 | 500 | 110 dB Lin, or 115 dB Lin, 4 kHz OBN | Inhalation: 9.5 h N: 8 h | Rats | CAP, CM | Potentiation of NIHL (synergism) | Chen et al. (1999) |
| 300 | 500 | 100 dB Lin, 13.6 kHz OBN | Inhalation: 9.5 h | Rats | CAP | Potentiation of NIHL increased linearly as CO increased between 500 and 1,500 ppm (synergism) | Fechter et al. (2000) |
| BMCs: 194, 320 | | | N: 8 h | | | BMCs: Increase in auditory threshold equivalent to 10% of the effect by N at 194 ppm and 5-dB potentiation of NIHL at 320 ppm | |

(continued)

**Table 11.1** (continued)

| NOAEL | LOAEL | Noise level (N) | Exposure regimen | Species | Method | Endpoint(s), auditory effects only | Reference |
|---|---|---|---|---|---|---|---|
| 300 | 500 | 84 dB SPL Leq8h, impulsive | Inhalation: 8 h/day, 10 days N: 6 h/day, 10 days | Rats | ABR, DPOAE | Potentiation of NIHL (synergism) | Lund and Kristiansen (2008) |
| *Hydrogen cyanide (HCN)* | | | | | | | |
| HCN alone | | | | | | | |
| 50 | – | – | Inhalation: 3.5 h | Rats | CAP, ME | No hearing loss or OHC loss | Fechter et al. (2002) |
| HCN combined with noise (N) | | | | | | | |
| 10 ppm | 30 ppm | 100 dB Lin, OBN  BMCs: 2–16 ppm | Inhalation: 3.5 h N: 2 h | Rats | CAP, ME | Potentiation of NIHL and OHC loss  BMCs (lower bounds): Impaired auditory threshold 10% above the effect by N at 2 ppm, 5-dB potentiation of NIHL at 9 ppm | Fechter et al. (2002) |
| *Acrylonitrile (ACN)* | | | | | | | |
| ACN alone | | | | | | | |
| 50 mg/kg | – | – | s.c. injection: 1, 2 or 5 days | Rats | CAP | No hearing loss (transient loss of auditory threshold sensitivity immediately after exposure). Only dose tested | Fechter et al. (2003, 2004) |

**ACN combined with noise (N)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| — | 50 mg/kg | 108 dB OBN | Rats | s.c. injection: 1 or 2 days N: 8 h/day, 1 days | CAP | Potentiation of NIHL (permanent loss of auditory threshold sensitivity). Only dose tested | Fechter et al. (2003) |
| — | 50 mg/kg | 105 dB Lin OBN | Rats | s.c. injection: 1 or 5 days N: 4 h/day, 1 or 5 days | CAP | Potentiation of NIHL (permanent loss of auditory threshold sensitivity). Only dose tested | Fechter et al. (2004) |
| — | 50 mg/kg | 95 or 97 dB OBN | Rats | s.c. injection: 5 days N: 4 h/day, 5 days | CAP, DPOAE, ME | Hearing loss (permanent threshold shifts, decrease in DPOAE amplitudes) and OHC loss. No effect of ACN or N alone. Only dose tested | Pouyatos et al. (2005b) |

*ABR* auditory brain stem response, *BA* behavioral audiometry, *CAP* compound action potential, *CAR* conditioned avoidance response, *CM* cochlear microphonics, *DPOAE* distortion product otoacoustic emissions, *i.p.* intraperitoneal, *LOAEL* lowest observed adverse effect level, *MAEP* middle latency auditory evoked potentials, *ME* morphological examination, *NIHL* noise-induced hearing loss, *NOAEL* no observed adverse effect level, *N* noise, *OBN* octave band noise, *OHC* outer hair cell, *PTA* pure-tone audiometry, *RMA* reflex modification audiometry, *s.c.* subcutaneous, *SPL* sound pressure level, *SP* summating potential, *ppm* parts per million

234                                                                                                     T.C. Morata and A.-C. Johnson

**Table 11.2** Critical studies on auditory effects in humans (exposure levels in ppm if not stated otherwise). Hearing loss means changes measured with pure-tone audiometry. Auditory dysfunction means changes measured in the central auditory system with evoked potential testing or other central tests

| Current exposure level, mean ± SD, (range) | Exposure duration | Noise (N) | Size of study group | Results and comments | Reference |
|---|---|---|---|---|---|
| *Styrene (STY)* | | | | | |
| 3.5 (0.05–22) (STY) | 17 (1–39) years (STY) | ≤84 dBA (STY) | 65 STY | Hearing loss and auditory dysfunction (speech) in STY and STY+N compared to N and controls. Biological marker for STY (urinary mandelic acid) associated with hearing loss | Morata et al. (2002), Johnson et al. (2006) |
| 2.8 (0.007–12) (STY+N) Average work-life exposure: 18 (STY) 14 (STY+N) | 15 (2–37)years (STY+N) | 89 dB (STY+N) 86 dBA (N) | 89 STY + N 78 N 81 controls | | |
| ~5 (0.7–14) (estimated from urinary mandelic acid+phenylglyoxylic acid) | 7±6.2 years | 73 dBA | 32 STY 60 controls | Hearing loss in STY compared to the age-matched controls | Mascagni et al. (2007) |
| 8 (0.1–93) <50 for 87/93 workers | 9.4±8.9 years | ≤85 dB | 44 STY 49 STY in mixture including TOL 33 controls | Hearing loss in high-frequency range in STY subgroup ($n$=54) exposed >16 ppm for ≥5 years. The effect correlated to STY in air and to biological marker of STY (urinary mandelic acid) | Morioka et al. (1999) |
| Average work-life exposure: 14±9.3 (STY) 8±6 (STY+N) | | 80 dBA (STY) 89 dBA (STY+N) 89 dBA (N) | 194 STY 56 STY + N 66 N 157 controls | Hearing loss in STY and in STY+N compared to N and controls. Average work-life exposure to STY correlated to hearing loss | Śliwińska-Kowalska et al. (2003) |

| | | | | | |
|---|---|---|---|---|---|
| 22 (3.7–46) | 5.4 years | 69–76 dBA (STY) 82–86 dBA (N) | 19 STY 18 N 11 controls | Hearing loss in high-frequency range in STY exposed compared to N and controls | Morioka et al. (2000) |
| *Toluene (TOL)* 26±20 Life-time weighted exposure: 45±17 | | 81–82 dBA | 192 TOL No controls | No hearing loss. TOL levels or duration not associated with hearing loss. NOAEL estimated to 50 ppm by authors | Schäper et al. (2003) |
| (9–37) | 12 (2–24 years) (TOL+N) 6 (3–15 years) (N) | 88–98 dBA TOL+N and N | 50 TOL+N 50 N 40 controls Workers with nl hearing. | >60% of TOL+N or N had no response in TEOAE vs. 27% of controls. 49% of TOL+N had no contralateral inhibition in TEOAE vs. 17% of N and 7% of controls | Bernardi (2000) |
| 34 (2–89) (estimated from TOL in blood) | 21.4 (4–30) years | Not given | 49 TOL 59 controls | Auditory dysfunction of ABR | Vrca et al. (1996) |
| (0.04–244) in mixture+N ≤50 for 109/124 workers (mixture incl. ethyl acetate and ethanol) | Duration: 7.7 (1–25) years | 71–93 dBA | 124 TOL (in mix)+N No controls | Hearing loss in 49%. Biological marker (urinary hippuric acid) for TOL correlated with hearing loss | Morata et al. (1997) |
| 97 | 12–14 years | Not given | 40 TOL 40 controls | Auditory dysfunction of ABR shown in TOL exposed (only workers with normal PTA included) | Abbate et al. (1993) |
| *Carbon disulfide (CS$_2$)* 3–8 (ventilation improved 14 years ago) | 2–7 years up to >20 years | Not given | 25 CS$_2$ (2–7 years) 34 CS$_2$ (>20 years) 40 controls | Auditory dysfunction of ABR shown in CS$_2$ exposed >20 years | Hirata et al. (1992) |

(continued)

236                                                                                                     T.C. Morata and A.-C. Johnson

**Table 11.2** (continued)

| Current exposure level, mean ± SD, (range) | Exposure duration | Noise (N) | Size of study group | Results and comments | Reference |
|---|---|---|---|---|---|
| 1.6–20.1 | | 80–91 dBA ($CS_2$ + N), 83–90 dBA (N) | 131 $CS_2$ + N, 105 N, 110 controls | Higher prevalence (68%) of hearing loss in exposed than in N and controls. Greatly increased risk for exposures >14.6 ppm | Chang et al. (2003) |
| Lead (blood levels, µg/dl) Median: 30 (12–59) | | Not given | 22 Pb, 14 controls | Auditory dysfunction (P300) in Pb. Blood Pb level correlated with auditory dysfunction. | Araki et al. (1992) |
| 28 ± 8 (4–62), Lifetime weighted average: 39 ± 12 (4–66), Lifetime integrated blood Pb index: 719 µg-year/dl | 17 (0.2–26) years | Not given | 359 Pb, No controls | Pb exposure interfered with ABRs in a dose-dependent manner. Current and lifetime weighted average blood Pb level associated with the ABR wave I latency while the lifetime index was associated with wave III latency | Bleecker et al. (2003) |
| 57 | | 86 dBA Leq | 220 Pb, 119 controls | Hearing loss correlated to high and long-term Pb exposure index (duration of employment and ambient Pb concentration). No correlation to N alone or to the interaction between N and short- or long-term Pb exposure | Wu et al. (2000) |