UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3 and the United States District Court for the Northern District of Florida Local Rule 11.1, Peyton P. Murphy respectfully moves this Court for an order for admission to practice *pro hac* vice in the above-captioned action and in support thereof states as follows:

1. Movant resides in Louisiana and is not a resident of the State of Florida;

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Louisiana;

3. Movant submits a copy of a Certificate of Good Standing from the State of Louisiana dated within 30 days of this motion and is attached hereto as "Exhibit A";

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the online Attorney Admission Tutorial, Confirmation Number **FLND16311117614848**, and has reviewed the Local Rules of the Northern District of Florida and the online CM/ECF Tutorial;

5. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee; and

6. Movant maintains an upgraded PACER account.

7. Movant is the attorney of record in the related cases identified in the exhibit attached hereto as "Exhibit B" and made a part hereof.

WHEREFORE, Movant respectfully requests that this Court enter an order granting this Motion to Appear *Pro Hac Vice* and directing the Clerk to provide notice of electronic case filings to the undersigned.

DATED: September 13, 2021　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　By:　/s/*Peyton P. Murphy*
　　　　　　　　　　　　　　　　　　Peyton P. Murphy (LA Bar No. 22125)
　　　　　　　　　　　　　　　　　　MURPHY LAW FIRM, LLC
　　　　　　　　　　　　　　　　　　2354 S. Acadian Thruway
　　　　　　　　　　　　　　　　　　Baton Rouge, LA 70808
　　　　　　　　　　　　　　　　　　Telephone: (225) 928-8800
　　　　　　　　　　　　　　　　　　Facsimile: (225) 246-8780
　　　　　　　　　　　　　　　　　　Email: Peyton@murphylawfirm.com