# EXHIBIT A

## Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

Mr. Peyton Patrick Murphy

whose address is_____ 2354 S Acadian Thrwy

Baton Rouge, LA 70808

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the _____23rd_____ day of _____April_____, 1993.

Given over my hand and the Seal of the Louisiana State Bar Association, this _____9th_____ day of_____ September _____, 2021.

*[signature]*

Executive Director
Louisiana State Bar Association