# EXHIBIT B

| PLAINTIFF | CIVIL ACTION NO. |
|---|---|
| Robert Berckefeldt v. 3M Company | 7:20-cv-82557-MCR-GRJ |
| David Billingsley v. 3M Company | 7:20-cv-82330-MCR-GRJ |
| Jeremy Briggs v. 3M Company | 7:20-cv-82659-MCR-GRJ |
| Jared Brown v. 3M Company | 7:20-cv-82899-MCR-GRJ |
| Gary Butler v. 3M Company | 7:20-cv-83084-MCR-GRJ |
| James Carlisle v. 3M Company | 7:20-cv-82611-MCR-GRJ |
| Timothy Carpenter v. 3M Company | 7:20-cv-82276-MCR-GRJ |
| Jeremy Chapman v. 3M Company | 7:20-cv-82261-MCR-GRJ |
| Bertram Davies v. 3M Company | 7:20-cv-83136-MCR-GRJ |
| David Foley v. 3M Company | 7:20-cv-82572-MCR-GRJ |
| Forrest Gielenz v. 3M Company | 7:20-cv-82960-MCR-GRJ |
| Matthew Hahn v. 3M Company | 8:20-cv-05809-MCR-GRJ |
| Joshua Harmon v. 3M Company | 7:20-cv-95650-MCR-GRJ |
| Daniel Ortiz v. 3M Company | 7:20-cv-99631-MCR-GRJ |
| Ryan Richmond v. 3M Company | 7:20-cv-99381-MCR-GRJ |
| Glenn Wesling v. 3M Company | 7:20-cv-99283-MCR-GRJ |
| Teresa Wilson v. 3M Company | 7:20-cv-99359-MCR-GRJ |
| Jessica Wood v. 3M Company | 8:20-cv-05875-MCR-GRJ |