UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   September 13, 2021

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  Loren M. King, IV         on  September 9, 2021   Doc. #  1924

Response _____   on _____  Doc. # _____

_____  Stipulated         _____  Joint Pleading
_____  Unopposed        _____  Consented

             JESSICA J. LYUBLANOVITS
             CLERK OF COURT
             */s/ Kathy Rock*
             Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 13th day of September 2021.

             *M. Casey Rodgers*
             **M. CASEY RODGERS**
             **UNITED STATES DISTRICT JUDGE**