# State Bar of Michigan

## Certificate of Good Standing

This certifies that Lisa Michelle Esser, P70628 of Southfield, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on May 30, 2007 in Oakland County and became a member of the State Bar of Michigan on June 05, 2007.

Janet K. Welch, Executive Director
August 24, 2021

