**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| James Moore, 7:20-cv-49809 Joseph Washington, 7:20-cv-50199 | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that pursuant to Pretrial Order No. 3, Sarah Shoemake Doles of the law firm of Carey Danis & Lowe has successfully completed the Local Rules Tutorial for the Northern District of Florida, confirmation number FLND16312161814865, and hereby enters her appearance as counsel for Plaintiffs in the following actions:

- *James Moore  v. 3M Company*, Case No. 7:20-cv-49809

- *Joseph Washington v. 3M Company*, Case No. 7:20-cv-50199

Counsel requests all further papers and pleadings in these actions and the Master Docket of MDL 2885 be served on and directed to the undersigned counsel.

Dated: September 13, 2021     Respectfully submitted,

*/s/ Sarah Shoemake Doles*
Sarah Shoemake Doles
CAREY DANIS & LOWE
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905
sdoles@careydanis.com
***Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 13th day of September 2021, a true and correct copy of the

foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Sarah Shoemake Doles*
Sarah Shoemake Doles