UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Actions and<br>*Brandon Adkins, 7:20-cv-00012;*<br>*Michelle Blum, 7:20-cv-00122;*<br>*Marcus Hensley, 7:20-cv-00093;*<br>*Ronald Sloan, 7:20-cv-00001;*<br>*William Wayman, 7:20-cv-00149.* | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br><br>Magistrate Judge Gary R. Jones |

## PLAINTIFFS' NOTICE OF FILING

PLEASE TAKE NOTICE that Plaintiffs, by and through the undersigned, hereby respectfully submit to the Court the following documents displayed and introduced during the August 31, 2021, hidden hearing loss:

Exhibit 1:  Lina Motlagh Zadeh et al., *Extended high-frequency hearing enhances speech perception in noise*, 116(47) PNAS 23753 (2019)

Exhibit 2:  Sharon G. Kujawa & M. Charles Liberman, *Adding Insult to Injury: Cochlear Nerve Damage after "Temporary" Noise-Induced Hearing Loss*, 29(45) J. OF NEUROSCIENCE 14077 (2009)

Exhibit 3:  Penelope W.C. Jeffers et al., *Noise-Induced Hearing Loss in Gerbil: Round Window Assays of Synapse Loss*, FRONTIERS IN CELLULAR NEUROSCIENCE 15, Art. 699978 (2021)

Exhibit 4:   T.T. Hickman et al., *Blast-induced cochlear synaptopathy in chinchillas*, SCI. REP. 8, Art. 10740 (2018)

Exhibit 5:  Harrison W. Lin et al., *Primary Neural Degeneration in the Guinea Pig Cochlea After Reversible Noise-Induced Threshold Shift*, 12 J. OF THE ASS'N FOR RSCH. IN OTOLARYNGOLOGY 605 (2011)

Exhibit 6:   Warren Bakay et al., *Hidden hearing loss selectively impairs neural adaptation to loud sound environments*, 9(1) NATURE COMMC'NS 1-11 (2021)

Exhibit 7:   Chadi A. Makary et al., *Age-Related Primary Cochlear Neuronal Degeneration in Human Temporal Bones*, 12 J. OF THE ASS'N FOR RSCH. IN OTOLARYNGOLOGY 711 (2011)

Exhibit 8:   Christopher Spankovich et al., S*elf reported hearing difficulty, tinnitus, and normal audiometric thresholds, the National Health and Nutrition Examination Survey 1999-2002*, 358 HEARING RSCH. 30 (2018)

Exhibit 9:  Kelly L. Tremblay et al., *Self-Reported Hearing Difficulties Among Adults with Normal Audiograms: The Beaver Dam Offspring Study*, 36(6) EAR & HEARING at 14 (2015)

Exhibit 10:  George A. Gates et al., *Hearing in the Elderly: The Framingham Cohort, 1983-1985*, 11(4) EAR & HEARING 247, 253 (1990)

Exhibit 11:   Mark R. Stephenson, *Occupational Hearing Loss from Non-Gaussian Noise*, 38(3) SEMINARS IN HEARING 223 (2017)

Exhibit 12:   Maryam Emadi, et al., *Comparison of the Transient Evoked Otoacoustic Emissions (TEOAEs) and Distortion Products Otoacoustic Emissions (DPOAEs) in Normal Hearing Subjects With and Without Tinnitus*, 70(1) INDIAN J. OTOLARYNGOLOGY AND HEAD & NECK SURGERY 115-118 (2018)

Exhibit 13:   Naomi F. Bramhall et al., *Envelope following response measurements in young veterans are consistent with noise-induced cochlear synaptopathy*, 408 HEARING RSCH., Art. 108310 (2021)

Exhibit 14:  Mark A. Parker, *Identifying three otopathologies in humans*, 398 HEARING RSCH. 1 (2020)

Exhibit 15:   Richard Hoben et al., *Outer Hair Cell and Auditory Nerve Function in Speech Recognition in Quiet and in Background Noise*, 11 FRONTIERS IN NEUROSCIENCE, Art. 157 (2017)

Dated: September 13, 2021              Respectfully Submitted,

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com
**Plaintiffs' Lead Counsel**

Shelley V. Hutson, Co-Lead Counsel
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
CLARK, LOVE & HUTSON, PLLC
440 Louisiana Street, Suite 1700
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com
*Plaintiffs' Co-Lead Counsel*

Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
SEEGER WEISS LLP
77 Water Street, 8th Floor
New York, NY 10005
Tel.: (212) 587-0700
cseeger@seegerweiss.com
*Plaintiffs' Co-Lead Counsel &*
*Counsel for Plaintiff William Wayman*

Kenneth Camp Bailey
Texas Bar No. 24006782
Aaron M. Heckaman
Texas Bar No. 24059920
BAILEY COWAN HECKAMAN PLLC
1360 Post Oak Blvd.
Suite 2300
Houston, TX 77056
713-425-7100
713-425-7101 (fax)
sbuchanan@bchlaw.com
*Counsel for Plaintiff Brandon Adkins*

Michael A. Burns
Florida Bar No. 973130
BURNS LAW LLC
362 Gulf Breeze Parkway #294
Gulf Breeze, FL 32561
850-572-9187
mike@maburns.com

Caroline L. Maida
(Admitted Pro Hac Vice)
Texas State Bar No. 24078906
MOSTYN LAW
3810 West Alabama Street
Houston, TX 77027
713-714-0000
epefile@mostynlaw.com
***Counsel for Plaintiff Michelle Blum***

Taylor Christopher Bartlett
Alabama Bar No. 2365-A51B
HENINGER GARRISON DAVIS LLC
2224 1ST Avenue North
Birmingham, AL 35203
205-326-3336
taylor@hgdlawfirm.com
***Counsel for Plaintiff Marcus Hensley***

Muhammad S. Aziz
(Admitted Pro Hac Vice)
Texas Bar No. 24043538
ABRAHAM WATKINS NICHOLS, AGOSTO, AZIZ & STOGNER
800 Commerce Street
Houston, TX 77055
713-222-7211
713-225-0827 (fax)
jdean@abrahamwatkins.com
***Counsel for Plaintiff Ronald Sloan***

5

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2021, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

/s/ Bryan F. Aylstock