# EXHIBIT 8

P4730.1

Hearing Research 358 (2018) 30−36



Contents lists available at ScienceDirect

# Hearing Research

journal homepage: www.elsevier.com/locate/heares



Research Paper

# Self reported hearing difficulty, tinnitus, and normal audiometric thresholds, the National Health and Nutrition Examination Survey 1999−2002



Christopher Spankovich [a, *], Victoria B. Gonzalez [a], Dan Su [a, b], Charles E. Bishop [a]

[a] Department of Otolaryngology and Communicative Sciences, University of Mississippi Medical Center, 2500 N. State St., Jackson, MS 39216, USA
[b] Department of Data Science, University of Mississippi Medical Center, 2500 N. State St., Jackson, MS 39216, USA

ARTICLE INFO

Article history:
Received 1 September 2017
Received in revised form
13 November 2017
Accepted 4 December 2017
Available online 7 December 2017

Keywords:
Hidden hearing loss
Hearing difficulty
Epidemiology
Tinnitus
Prevalence
Determinants

ABSTRACT

Perceived hearing difficulty (HD) and/or tinnitus in the presence of normal audiometric thresholds present a clinical challenge. Yet, there is limited data regarding prevalence and determinant factors contributing to HD. Here we present estimates generalized to the non-institutionalized population of the United States based on the cross-sectional population-based study, the National Health and Nutrition Examination Survey (NHANES) in 2176 participants (20−69 years of age). Normal audiometric thresholds were defined by pure-tone average (PTA4) of 0.5, 1.0, 2.0, 4.0 kHz $\leq$ 25 dBHL in each ear. Hearing difficulty (HD) and tinnitus perception was self-reported. Of the 2176 participants with complete data, 2015 had normal audiometric thresholds based on PTA4; the prevalence of individuals with normal PTA4 that self-reported HD was 15%. The percentage of individuals with normal audiometric threshold and persistent tinnitus was 10.6%. Multivariate logistic regression adjusting for age, sex, and hearing thresholds identified the following variables related to increased odds of HD: tinnitus, balance issues, noise exposure, arthritis, vision difficulties, neuropathic symptoms, physical/mental/emotional issues; and for increased odds or reported persistent tinnitus: HD, diabetes, arthritis, vision difficulties, confusion/memory issues, balance issues, noise exposure, high alcohol consumption, neuropathic symptoms and analgesic use. Analyses using an alternative definition of normal hearing, pure-tone thresholds $\leq$ 25 dBHL at 0.5, 1.0, 2.0, 4.0, 6.0, and 8.0 kHz in each ear, revealed lower prevalence of HD and tinnitus, but comparable multivariate relationships. The findings suggest that prevalence of HD is dependent on how normal hearing is defined and the factors that impact odds of reported HD include tinnitus, noise exposure, mental/cognitive status, and other sensory deficits.

© 2017 Elsevier B.V. All rights reserved.

## 1. Introduction

Hearing difficulty (HD) and tinnitus in the presence of normal audiometric thresholds has received significant attention. These will often present with hearing complaints, specifically difficulty understanding speech in noise or bothersome tinnitus (i.e. perceived ringing, buzzing, humming without an external source) reportedly interfering with hearing ability. The most recent term applied to this phenomenon is "hidden hearing loss (HHL)" (Schaette and McAlpine, 2011). However, numerous labels have

been reported in the literature (King-Kopetzky syndrome, obscure auditory dysfunction, idiopathic discriminatory dysfunction, etc). The nomenclature has been associated with different levels of the auditory pathway suspected as the underlying etiology including cochlear synaptopathy (Kujawa and Liberman, 2006, 2009), auditory neural demyelination (Wan and Corfas, 2017), auditory neuropathy (Starr et al., 1996), age-related neural dys-synchrony (Willott, 1996), central presbycusis (Welsh et al., 1985), central auditory processing disorder (Jerger et al., 1990), and more (see Pienkowski (2017) for recent review).

The heterogeneity of plausible etiologies of HD with normal audiometric thresholds represents a complex diagnostic puzzle. Decreased cochlear sensory cell function as evidence by decreased otoacoustic emissions (OAE), compromised neural function as evidence by reduced OAE suppression, diminished auditory evoked

Abbreviations: HD, Hearing Difficulty; HHL, Hidden Hearing Loss
* Corresponding author.
E-mail addresses: cspankovich@umc.edu (C. Spankovich), vgonzalez@umc.edu (V.B. Gonzalez), dsu@umc.edu (D. Su), cebishop@umc.edu (C.E. Bishop).

https://doi.org/10.1016/j.heares.2017.12.001
0378-5955/© 2017 Elsevier B.V. All rights reserved.



PLAINTIFFS'
TRIAL EXHIBIT
P-GEN-05300

C. Spankovich et al. / Hearing Research 358 (2018) 30—36                                                    31

potentials, and central auditory processing outcomes have all been reported as subclinical measures of auditory dysfunction with normal audiometric thresholds (Dhar and Hall, 2012; Froud et al., 2015; Jerger et al., 1990; Kujawa and Liberman, 2009; Liberman et al., 2016; Mehraei et al., 2016; Stamper and Johnson, 2015; Zhao and Stephens, 2006). Furthermore, non-auditory factors may also contribute, including head/neck trauma, personality, attention, and cognitive status (Cox et al., 2007; Fausti et al., 2009; Rogers et al., 2012; Tremblay et al., 2015).

The prevalence of HD and tinnitus in presence of normal audiometric thresholds is unclear (Gates et al., 1990; Higson et al., 1994; Rappaport et al., 1993; Tremblay et al., 2015). Estimates depend on audiometric criteria (e.g. how normal hearing is defined) and sample demographics. Recently, Tremblay et al. (2015) found self-reported HD was present in 12% of the normal hearing (defined as thresholds < 20 dBHL at 0.5, 1.0, 2.0, 3.0, 3.0, 6.0, and 8.0 kHz) Beaver Dam Offspring Study sample. The prevalence of the entire cohort was 2.9%. Significant tinnitus was reported by 11% of the HD group. Adjusting for age and sex, the variables lower income, noise exposure, depression, and report of neuropathy were related to greater odds of reported HD. No differences were reported for otoacoustic emissions or word-recognition performance. The limitation of this study was the lack of generalizability to the larger U.S. population.

The prevalence of tinnitus is highly correlated with concomitant hearing loss; tinnitus prevalence increases to 70—85% of hearing-impaired populations (Axelsson and Ringdahl, 1989; Henry et al., 2005; Martines et al., 2010a,b). However, estimates of tinnitus in large-population based studies are unclear and dependent on how hearing loss/tinnitus is measured and defined (Hoffman and Reed, 2004; McCormack et al., 2016). The prevalence of tinnitus among individuals with normal audiometric thresholds is not well studied. Quaranta et al. (1996) found a tinnitus prevalence of 8% among normal hearing subjects in an Italian sample. Yet, the sample size was limited (~200). Sanchez et al. (2005) reported 7.4% of tinnitus patients had normal hearing sensitivity (normal hearing = 0.25—8.0 kHz ≤ 25 dBHL) in a Brazilian cohort of 744 tinnitus patients.

The purpose of this study was to report on prevalence of self-reported HD and tinnitus in participants of the National Health and Nutrition Examination Survey (NHANES) with normal hearing sensitivity (pure tone audiometric thresholds). Second, we sought to identify variables related to HD and tinnitus in participants with normal hearing sensitivity (per pure tone audiometric thresholds).

## 2. Material and methods

### 2.1. Study design

The NHANES is an ongoing "rolling" cross-sectional survey of the civilian non-institutionalized population of the United States. Every two years, approximately 10,000 individuals are selected at random based on demographic distributions, yielding a population that is representative of the US population for detailed discussion of the historic and current sampling procedures, see Johnson et al. (2014). Between 1999 and 2002, NHANES collected data on 21,004 individuals of all ages (9965 in 1999—2000 and 11,039 in 2001—2002) for further detail on NHANES sampling, data collection, and analysis methods, see Curtin et al. (2012).

### 2.2. Participants

As per previous report Spankovich and Le Prell (2013), from the total pool of 21,004 NHANES participants from the 1999—2000 and 2000—2002 cycles, there were 8143 participants ages 20—69 years.

Audiometric data were collected in a sub-sample of 3853 participants from the two NHANES cycles (1999—2000: 1807 participants; 2000—2002: 2046 participants). The NHANES protocol excludes audiograms with inconsistent audiometry at 1000 Hz of more than 10 dB differences at re-test.

#### 2.2.1. Inclusion/exclusion

As in Spankovich and Le Prell (2013) there were 1677 participants excluded. The primary exclusion criteria included incomplete auditory data and/or other missing data (n = 540 excluded) and evidence of conductive pathology as measured by presence of ear tubes, abnormal otoscopy, impacted cerumen, or abnormal tympanometry (peak pressure ≤ −150 daPa; compliance ≤ 0.3 ml) (n = 635 excluded). Also, NHANES does not survey for congenital/genetic or otologic disorders (e.g. sudden hearing loss); therefore, participants with PTAs >3 standard deviations (SD) above the mean for their age group (n = 186 excluded); or asymmetry defined as > 15 dB difference between ears on high and low frequency pure-tone average (n = 126 excluded) were excluded. Participants that reported noise exposure within the past 24 h were excluded (n = 190 excluded) to control for temporary threshold shift (TTS). Finally, the sample was limited to participants with normal hearing defined as a four frequency PTA (PTA4: 0.5, 1.0, 2.0, and 4.0 kHz) ≤ 25 dBHL for the worse ear (n = 2015) and defined as thresholds ≤ 25 dBHL at each frequency tested at 0.5, 1.0, 2.0, 4.0, 6.0 and 8.0 kHz in both ears (n = 1177). These two criteria are common epidemiological and clinical cutoffs for "normal hearing." Here we focus on data from the PTA4 definition, but provide details on the frequency specific definition in the results and discussion section with tables in supplement.

### 2.3. Variables

The primary variables of interest included HD and tinnitus. Self-reported hearing difficulty was based on a question of general condition of hearing, which read, "Which statement best describes your hearing (without a hearing aid)? Would you say your hearing is good, that you have a little trouble, a lot of trouble, or are you deaf?" A response of "good" was defined as no perceived hearing difficulty (no HD) and "little trouble," "lot of trouble," and "deaf" as HD. Any tinnitus in the past year was defined as answering "yes" to the question, "In the past 12 months, have you ever had ringing, roaring, or buzzing in your ears?" This was followed by the question "How often did this happen?" Persistent tinnitus was defined as answering "almost always," "at least once a day," "at least once a week," or "at least once per month;" less frequent tinnitus was defined as non-persistent/no tinnitus.

The audiological examination was performed in a mobile examination center (MEC) equipped with sound-isolated rooms by health technicians trained under a certified audiologist from the National Institute for Occupational Safety and Health (NIOSH). The examination consisted of an audiometric questionnaire, an otoscopic examination, tympanometry and pure-tone air-conduction threshold measures at 0.5, 1.0, 2.0, 3.0, 4.0, 6.0, and 8.0 kHz (National Health Examination Survey, 2001). Detailed descriptions of the audiometric testing procedures are available online (http://www.cdc.gov/nchs/nhanes/au.pdf). In addition to PTA4 (0.5, 1.0, 2.0, 4.0 kHz), low and high frequency pure-tone averages were calculated (LFPTA: 0.5, 1.0, 2.0 kHz; HFPTA: 3.0, 4.0, 6.0, 8.0 kHz).

The Healthy Eating Index (HEI) provides an overall assessment of type, quantity, and variety of foods, as well as compliance with U.S. dietary recommendations for additional detail, see United States Department of Agriculture (1995). An automated data collection system was used to obtain a 24-h dietary recall for use in HEI calculation. The HEI data were obtained by downloading

the data file for the HEI 1999—2002 from the USDA Center for Nutrition Policy and Promotion website (www.cnpp.usda.gov/ HealthyEatingIndex-Archive.htm). As per previous reports (Spankovich and Le Prell, 2013, 2014; Spankovich et al., 2017), the overall HEI score is the sum of 10 equally weighted components with a maximum HEI score of 100.

As part of the NHANES data collection, trained interviewers administer detailed questionnaires assessing various factors that may influence health outcomes. Covariates included in our analyses were based on the previous literature, preliminary Spearman's rho correlation analyses, and preliminary logistic regression models. Covariates considered included age, sex, race/ethnicity, education level, PTAs, noise exposure, diabetes, hypertension, cancer, arthritis, vision difficulties, neuropathy symptoms, alcohol use, smoking status, confusion/memory issues, physical/mental/emotional issues, drug use, and BMI (kg/m$^2$).

Race/ethnicity was grouped as non-Hispanic White (hereafter, white), non-Hispanic Black (hereafter, black), Mexican American, or Other. Education was coded as Less than High School, High School Diploma (including general equivalency diploma), or More than High School. Participants were asked if they were "Ever told by a doctor that you have diabetes?" (Yes or No), "Ever told by a doctor that they have high blood pressure?" (Yes or No), "Ever told by a doctor you have cancer?" (Yes or No), "Ever told by a doctor you have arthritis?" (Yes or No), "Do you have trouble seeing, even when wearing glasses or contact lenses?" (Yes or No), "During the past 3 months, have you had numbness or loss of feeling in your hands or feet, other than from hands or feet falling asleep?" (Yes or No), "During the past 3 months, have you had a painful sensation or tingling in your hands or feet? Do not include normal foot aches from standing or walking for long periods." (Yes or No), "Was there a time or times in your life when you drank 5 or more drinks of any kind of alcoholic beverages almost every day?" (Yes or No), "Are you limited in any way in activity because of a physical, mental or emotional problem?" (Yes or No), "Are you limited in any way because of difficulty remembering or because you experience periods of confusion? (Yes or No)", "Have you ever taken any prescription or over-the-counter pain relievers nearly every day for as long as a month (aspirin, acetaminophen, ibuprofen, etc.?)" (Yes or No), "In the past month have you used or taken a medication for which a prescription is needed, do not include vitamins or minerals?" (Yes or No) and smoking history was self-reported as having smoked at least 100 cigarettes in entire life or current smoker (Yes or No). Ototoxic drug use was indicated if aminoglycoside, diuretics, and/or neoplastic drugs were reported in the past month.

There were five topics about noise exposure sources included in the NHANES from 1999 to 2002, with loud noise defined in the NHANES as "so loud that you had to speak in a raised voice to be heard." The five areas included work related noise, military service, recreational firearm use, non-occupational exposure, and exposure in past 24 h as Yes or No questions. As in Spankovich and Le Prell (2014), all participants that reported loud noise/music within the past 24 h (Yes or No) were excluded as there was no opportunity to resolve the extent to which temporary noise-induced changes in hearing might mask true hearing status.

### 2.4. Statistical analysis

Data were entered into the Complex Samples Analysis incorporating 4-year sample weights according to National Center for Health Statistic (NCHS) guidelines, which allows for data to be generalized to the U.S. population. Independent group t-tests and Chi-squared tests were used to determine significance differences between excluded and included participants regarding

demographic variables (age, sex, race/ethnicity). At the descriptive level, differences across HD status (yes/no) and persistent tinnitus (yes/no) were tested using the Chi-square test or the independent group t-test. Variables that made the cutoff of ≤0.05 were considered for multivariate models. Multivariate logistic regressions were used to estimate odds ratios to identify potential variables that were related to HD and persistent tinnitus, adjusted for age, sex, and hearing thresholds; $\alpha \leq 0.05$ was defined as statistically significant. Race/ethnicity did not contribute significantly to the multivariate model and was excluded from final analysis. All analyses were performed in SPSS version 24 (SPSS, Inc., Chicago, IL). Depending on the definition of normal audiometric thresholds included and excluded participants varied in respect to age and sex, but not race/ethnicity. There were no statistically significant differences between included and excluded participants with normal audiometric thresholds defined by PTA4 ≤ 25 dBHL. When applying criterion of ≤25 dBHL for all test frequencies excluded participants were on average slightly older (40.70 compared to 35.05 years of age) and had a higher male composition (40.9% compared to 35%).

### 3. Results

2015 participants met criteria for normal PTA4, of those and applying sample weights 15% reported HD. Tinnitus in the past year was reported in 20% and persistent tinnitus in 10.6% of the sample. Of those reporting HD, 41.7% reported tinnitus in the past year and 27.1% reported persistent tinnitus. Of those not reporting HD, 16.4% reported tinnitus in the past year and 7.7% reported persistent tinnitus. In addition, 40.1% of participants that reported persistent tinnitus, also reported HD, while only 12.5% of participants that did not report persistent tinnitus, reported HD. Table 1 shows the demographic and descriptive data for the sample and unadjusted relationships to reported HD based on normal audiometric thresholds defined by PTA4 ≤ 25 dBHL; p-value for independent t-test and Chi-square are provided and bold denotes significance (p < 0.05). High and low frequency pure tone averages were significantly different based on HD when normal hearing was defined by PTA4. Significant findings (bolded in table) were next analyzed in multivariate logistic regression models adjusted for age, sex, high frequency PTA and low frequency PTA.

Table 2 provides the multivariate adjusted logistic regression findings for predictors of HD with normal audiometric thresholds defined as PTA4 ≤ 25 dBHL. Several variables including diabetes, history of smoking, use of analgesics and use of prescription drugs demonstrated significant unadjusted relationships, but did not remain significant in adjusted models. Persistent tinnitus demonstrated the largest OR with participants reporting persistent tinnitus having nearly a 4 times greater odds of reporting HD (OR: 3.96; 95% CI: 2.53—6.19).

Table 3 shows the demographic and descriptive data for the sample and unadjusted relationships to reported persistent tinnitus based on normal audiometric thresholds defined by PTA4 ≤ 25 dBHL; p-value for independent t-test and Chi-square are provided and bold denotes significance (p < 0.05). Again, high and low frequency PTAs were significantly different based on HD when normal hearing was defined by PTA4. Significant findings (bolded in table) were next analyzed in multivariate logistic regression models adjusted for age, sex, high frequency PTA and low frequency PTA.

Multivariate adjusted logistic regression (Table 4) with normal audiometric thresholds, defined as PTA4 ≤ 25 dBHL, revealed significant increase in odds of reported persistent tinnitus with reported confusion or memory issues (OR 4.63; 95% CI: 2.85—7.52).

C. Spankovich et al. / Hearing Research 358 (2018) 30–36

33

**Table 1**
Reported hearing difficulty (HD) descriptive statistics.[a]

| Normal Audiometric Thresholds (Pure Tone Average (PTA) 0.5, 1.0, 2.0, 4.0 ≤ 25 dBHL) | | | |
|---|---|---|---|
| Total | | HD | No HD | p |
| **N** | 2015 | 265 | 1750 | |
| **Continuous Variable, mean (SEM)** | | | | |
| Age, years | 39.6 (0.35) | 42.4 (1.12) | 39.1 (0.40) | **0.017** |
| Low Frequency PTA | 8.4 (0.17) | 10.0 (0.41) | 8.1 (0.18) | **<0.001** |
| High Frequency PTA | 14.3 (0.33) | 18.7 (0.88) | 13.5 (0.35) | **<0.001** |
| Body Mass Index | 28.0 (0.22) | 28.9 (0.64) | 27.9 (0.21) | 0.097 |
| Healthy Eating Index | 63.3 (0.37) | 61.9 (0.85) | 63.5 (0.45) | 0.144 |
| **Categorical Variable, % (SEM)** | | | | |
| Sex (Female) | 60.4 (1.50) | 56.5 (4.60) | 36.1 (1.50) | 0.329 |
| *Race/Ethnicity* | | | | |
| Black | 11.5 (1.30) | 8.4 (1.70) | 12.0 (1.40) | 0.054 |
| White | 68.5 (2.10) | 79.7 (2.90) | 66.5 (2.20) | **<0.001** |
| Mexican | 7.8 (0.90) | 4.9 (0.60) | 8.3 (1.00) | **<0.001** |
| Other | 12.3 (2.20) | 7.0 (2.00) | 13.2 (2.40) | **0.032** |
| *Education* | | | | |
| Less than High School | 16.3 (1.10) | 16.0 (1.30) | 16.4 (1.30) | 0.890 |
| High School | 24.1 (1.10) | 27.0 (1.90) | 23.6 (1.30) | 0.890 |
| More than High School | 59.6 (1.70) | 57.0 (4.30) | 60.0 (1.60) | 0.464 |
| Hearing Tested | 82.8 (1.20) | 83.8 (2.20) | 82.6 (1.30) | 0.660 |
| Tinnitus | 20.1 (1.20) | 41.7 (4.30) | 16.4 (1.00) | **<0.001** |
| Persistent Tinnitus | 10.6 (0.90) | 27.1 (3.30) | 7.7 (0.80) | **<0.001** |
| Balance Issues | 18.4 (1.40) | 32.2 (4.60) | 15.3 (1.50) | **0.001** |
| *Noise Exposure* | | | | |
| Loud Job | 21.3 (1.10) | 30.3 (4.30) | 19.7 (1.10) | **0.014** |
| Loud Noise non-Work | 21.9 (1.10) | 37.8 (4.40) | 19.0 (0.80) | **<0.001** |
| Firearm Use non-Work | 5.6 (0.70) | 8 8 (2.30) | 5.0 (0.60) | 0.062 |
| Veteran/Military | 8.7 (0.80) | 9.6 (2.00) | 8.5 (0.90) | 0.620 |
| Hypertension | 18.8 (0.80) | 21.6 (3.10) | 18.3 (0.80) | 0.285 |
| Diabetes | 5.0 (0.50) | 9.3 (2.10) | 4.3 (0.50) | **0.010** |
| Cancer | 5.8 (0.80) | 8.4 (2.00) | 5.4 (0.90) | 0.159 |
| Arthritis | 14.6 (0.90) | 27.4 (2.90) | 12.4 (0.90) | **<0.001** |
| Vision Difficulties | 14.8 (1.00) | 29.1 (4.50) | 12.3 (1.10) | **<0.001** |
| Pain/tingling in hands/feet | 21.9 (1.80) | 36.8 (6.00) | 18.6 (1.90) | **0.004** |
| Numbness in hands/feet | 19.5 (1.60) | 31.1 (4.80) | 17.0 (1.60) | **0.003** |
| History of Smoking | 45.8 (1.60) | 55.3 (4.40) | 44.2 (1.50) | **0.013** |
| Alcohol Use, 5 + per day | 12.8 (1.30) | 15.0 (2.40) | 12.4 (1.40) | 0.327 |
| Confusion/Memory | 3.9 (0.60) | 8.2 (2.50) | 3.2 (0.50) | **0.009** |
| Physical/Mental/Emotion | 6.6 (0.70) | 15.0 (2.10) | 5.2 (0.80) | **<0.001** |
| *Drugs* | | | | |
| Ototoxic Drugs | 9.1 (0.70) | 10.4 (2.50) | 8.8 (0.80) | 0.553 |
| Analgesics Use | 17.3 (0.80) | 24.2 (2.40) | 16.1 (1.00) | **0.005** |
| Prescription Past Month | 50.1 (1.40) | 59.4 (4.20) | 48.4 (1.60) | **0.024** |

Bold = significance p ≤ 0.05.
SEM = standard error of mean.
[a] Differences across HD status were tested using independent group *t*-test and Chi-square.

**Table 2**
Multivariate[a] adjusted odds ratios for hearing difficulty.

| Normal Audiometric Threshold (Pure Tone Average (PTA) 0.5, 1.0, 2.0, 4.0 kHz ≤ 25 dBHL) | |
|---|---|
| Variables Related to Hearing Difficulty | Odds Ratio (95% Confidence Interval) |
| **Tinnitus in Past year** | **3.45 (2.45–4.86)** |
| **Persistent Tinnitus** | **3.96 (2.53–6.19)** |
| **Balance Issues** | **3.13 (1.83–5.37)** |
| **Loud Noise non-Work** | **2.91 (2.12–3.99)** |
| **Arthritis** | **2.26 (1.50–3.38)** |
| **Vision** | **3.20 (1.89–5.42)** |
| **Pain/Tingling in hands/feet** | **2.34 (1.23–4.31)** |
| **Physical/Mental/Emotion** | **2.79 (1.71–4.55)** |
| **Loud Job** | **1.78 (1.14–2.76)** |
| **Numbness in hands/feet** | **2.11 (1.30–3.41)** |
| **Confusion/Memory** | **3.12 (1.45–6.67)** |
| Diabetes | 1.82 (0.98–3.35) |
| History of Smoking | 1.35 (0.94–1.93) |
| Analgesic Use | 1.38 (0.95–1.99) |
| Prescription in past month | 1.26 (0.86–1.84) |

Bold = significant p ≤ 0.05.
[a] Adjusted for age, sex, and high and low frequency pure tone averages.

Other significantly related variables included reported HD, previous hearing test, balance issues, noise exposure, diabetes, arthritis, neuropathy symptoms, vision difficulties, use of alcohol, and use of analgesics. For each 1-unit increase of HEI, there was a 2% lower odds of persistent tinnitus (OR: 0.98; 95% CI: 0.97–0.99).

We additionally performed our analyses with a more stringent definition of normal audiometric thresholds; all tested frequencies 0.5–8.0 kHz ≤ 25 dBHL in both ears. 1177 participants had normal audiometric thresholds, of those and applying sample weights, 10.4% reported HD. Tinnitus and persistent tinnitus was reported in 17.4% and 7.9% of the sample, respectively. No demographics were significantly related to HD applying the all frequency criteria for normal audiometric thresholds. Further low and high frequency pure-tone average were not significantly different. Indicating, that variation in hearing thresholds was minimized by the more stringent definition. Supplementary tables are provided. Table 1S provides demographic and descriptive data for the sample and unadjusted relationships to reported hearing difficulty based on normal audiometric thresholds defined as all tested frequencies ≤25 dBHL. Table 2S shows the multivariate logistic regression

*C. Spankovich et al. / Hearing Research 358 (2018) 30–36*

**Table 3**
Reported persistent tinnitus descriptive statistics.[a]

| | Total | Persistent Tinnitus | No Persistent Tinnitus | p |
|---|---|---|---|---|
| N | 2015 | 204 | 1811 | |
| **Continuous Variable, mean (SEM)** | | | | |
| Age, years | 39.6 (0.35) | 42.4 (0.83) | 39.3 (0.37) | **0.001** |
| Low Frequency PTA | 8.4 (0.17) | 9.5 (0.47) | 8.2 (0.18) | **0.013** |
| High Frequency PTA | 14.3 (0.33) | 17.7 (0.90) | 13.9 (0.33) | **<0.001** |
| Body Mass Index | 28.0 (0.22) | 29.0 (0.57) | 27.9 (0.24) | 0.088 |
| Healthy Eating Index | 63.3 (0.37) | 61.0 (1.17) | 63.6 (0.40) | **0.050** |
| **Categorical Variable, % (SEM)** | | | | |
| Sex (Female) | 60.4 (1.50) | 62.4 (3.80) | 60.2 (1.60) | 0.589 |
| *Race/Ethnicity* | | | | |
| Black | 11.5 (1.30) | 6.9 (1.30) | 12.0 (1.40) | **0.002** |
| White | 68.5 (2.10) | 73.1 (3.50) | 67.9 (2.30) | 0.203 |
| Mexican | 7.8 (0.90) | 7.8 (1.20) | 7.8 (1.00) | 0.997 |
| Other | 12.3 (2.20) | 12.2 (3.40) | 12.3 (2.30) | 0.981 |
| *Education* | | | | |
| Less than High School | 16.3 (1.10) | 18.7 (2.40) | 16.0 (1.20) | 0.287 |
| High School | 24.1 (1.10) | 26.2 (4.80) | 23.8 (1.40) | 0.287 |
| More than High School | 59.6 (1.70) | 55.1 (5.20) | 60.1 (1.70) | 0.353 |
| Hearing Tested | 82.8 (1.20) | 89.6 (2.50) | 82.0 (1.30) | **0.032** |
| Hearing Difficulty | 15.0 (1.00) | 38.4 (4.40) | 12.2 (0.90) | **<0.001** |
| Balance Issues | 18.4 (1.40) | 33.9 (4.30) | 16.0 (1.30) | **<0.001** |
| *Noise Exposure* | | | | |
| Loud Job | 21.3 (1.10) | 24.8 (3.40) | 20.9 (1.40) | 0.242 |
| Loud Noise No Work | 21.9 (1.10) | 30.8 (3.80) | 20.8 (1.10) | **0.005** |
| Firearm No Work | 5.6 (0.70) | 7.1 (2.00) | 5.4 (0.70) | 0.390 |
| Veteran/Military | 8.7 (0.80) | 7.7 (2.10) | 8.8 (0.90) | 0.683 |
| Hypertension | 18.8 (0.80) | 22.0 (2.50) | 18.4 (0.80) | 0.154 |
| Diabetes | 5.0 (0.50) | 13.8 (3.30) | 4.0 (0.40) | **<0.001** |
| Cancer | 5.8 (0.80) | 9.5 (2.70) | 5.4 (0.70) | **0.050** |
| Arthritis | 14.6 (0.90) | 30.4 (2.60) | 12.8 (0.90) | **<0.001** |
| Vision Difficulties | 14.8 (1.00) | 26.4 (3.20) | 13.4 (1.00) | **<0.001** |
| Pain/tingling in hands/feet | 21.9 (1.80) | 44.0 (5.90) | 18.5 (1.60) | **<0.001** |
| Numbness in hands/feet | 19.5 (1.60) | 34.1 (5.30) | 17.3 (1.50) | **0.001** |
| History of Smoking | 45.8 (1.60) | 53.3 (4.50) | 45.0 (1.50) | 0.053 |
| Alcohol Use, 5 + per day | 12.8 (1.30) | 21.0 (4.00) | 11.8 (1.30) | **0.006** |
| Confusion/Memory | 3.9 (0.60) | 12.0 (2.00) | 3.0 (0.50) | **<0.001** |
| Physical/Mental/Emotion | 6.6 (0.70) | 10.7 (2.70) | 6.1 (0.80) | 0.079 |
| *Drugs* | | | | |
| Ototoxic Drugs | 9.1 (0.70) | 11.4 (3.70) | 8.8 (0.60) | 0.446 |
| Analgesics Use | 17.3 (0.80) | 29.3 (3.50) | 15.9 (0.80) | **<0.001** |
| Prescription Past Month | 50.1 (1.40) | 59.9 (2.90) | 48.9 (1.60) | **0.004** |

Bold = significance p ≤ 0.05.
SEM = standard error of mean.
[a] Differences across HD status were tested using independent group *t-test* and Chi-square.

**Table 4**
Multivariate[a] adjusted odds ratios for persistent tinnitus by definition of normal audiometric threshold.

| Normal Audiometric Threshold (Pure Tone Average (PTA) 0.5, 1.0, 2.0, 4.0 kHz ≤ 25 dBHL) | |
|---|---|
| Variables Related to Persistent Tinnitus | Odds Ratio (95% Confidence Interval) |
| **Hearing Difficulty** | **3.96 (1.54–6.18)** |
| **Diabetes** | **3.23 (1.64–6.36)** |
| Cancer | 1.43 (0.71–2.87) |
| **Arthritis** | **2.62 (1.81–3.79)** |
| **Vision Difficulties** | **2.23 (1.54–3.21)** |
| **Confusion/Memory** | **4.63 (2.85–7.52)** |
| **Analgesics Use** | **1.90 (1.30–2.77)** |
| **Healthy Eating Index** | **0.98 (0.97–0.99)** |
| **Hearing Tested** | **2.26 (1.21–4.21)** |
| **Balance** | **3.08 (1.96–4.83)** |
| **Loud Noise non-Work** | **1.97 (1.27–3.05)** |
| **Pain/Tingling in hands/feet** | **3.44 (2.19–5.40)** |
| **Numbness in hands/feet** | **2.49 (1.57–3.93)** |
| **Alcohol Use, 5 + per day** | **2.05 (1.21–3.47)** |
| Prescription Past Month | 1.31 (0.91–1.88) |

Bold = significant p ≤ 0.05.
[a] Adjusted for age, sex, and high and low frequency pure tone averages.

findings for predictors of HD with normal audiometric thresholds defined as all tested frequencies ≤25 dBHL. Participants that reported tinnitus (OR: 2.57; 95% CI: 1.39–4.76) and persistent tinnitus (OR: 2.33; 95% CI: 1.20–4.51) had higher odds of HD. Higher odds of HD were also related to reported noise exposure, report of vision deficits, report of arthritis, physical/mental/emotional issues, and peripheral neural symptom complaints. Table 3S provides demographic and descriptive data for the sample and unadjusted relationships to reported persistent tinnitus based on normal audiometric thresholds defined as all tested frequencies ≤25 dBHL. Multivariate adjusted logistic regression models for predictors of persistent tinnitus with normal audiometric thresholds defined as all tested frequencies ≤25 dBHL are provided in Table 4S. Reported persistent tinnitus was related to increased odds of reported HD (OR: 2.33; 95% CI: 1.20–4.50), diabetes (OR: 5.62; 95% CI: 2.01–15.70), and analgesic use (OR: 1.72; 95% CI: 1.04–2.85).

Post-hoc analysis revealed that approximately 1–2% of the 9–15% of the HD prevalence or approximately 10% of HD may be explained by tinnitus percept alone (prevalence reduced 1–2.2% when participants with persistent tinnitus were excluded from the sample).

## 4. Discussion

It is estimated that approximately 10–15% of individuals with normal audiometric thresholds will self-report HD depending on how normal audiometric threshold is defined. The prevalence is comparable to that reported in Tremblay et al. (2015). Participants reporting either tinnitus in the past year or persistent tinnitus had a nearly 4 times greater odds of reporting HD. This is not unexpected, as persons with tinnitus may often contribute their HD to their tinnitus percept (Henry et al., 2015). Prevalence of HD and tinnitus increased as criterion for normal audiometric findings became less restrictive. Nonetheless, further restriction in definition of normal audiometric thresholds did not notably alter prevalence. For example, normal thresholds defined as ≤ 15 dBHL at each tested frequency reduced the sample size to 412, but 9.9% reported HD and 18.4% tinnitus and 6.8% persistent tinnitus. Only 19 participants from the dataset had thresholds at all tested frequencies ≤ 5 dBHL; 1 of the 19 reported HD, the same participant reported persistent tinnitus. With inclusion of all participants including those with hearing loss (n = 2176), 16.9% reported HD and 11.7% reported persistent tinnitus. Yet, 65.7% of those with HD had thresholds greater than 25 dBHL at any frequency in either ear. Also, 62.2% of participants reporting persistent tinnitus had hearing thresholds greater than 25 dBHL at any frequency in either ear. This is lower than clinical estimates of 70–85% of patients with tinnitus having hearing loss; however this study excluded participants with conductive pathologies and asymmetrical audiometric configurations. Of the total sample (n = 2176), 12.2% reported HD and 9.4% reported persistent tinnitus despite normal PTA4; while 5.8% reported HD and 4.4% reported persistent tinnitus despite normal (≤25 dBHL) audiometric thresholds at all frequencies.

HD was not related to age, sex, race/ethnicity or level of education when the more stringent criteria of normal audiometric threshold were applied. Conversely, there was a relationship with reported balance issues, noise exposure, report of vision deficits, report of arthritis, peripheral neural symptom complaints, and physical/mental/emotional issues. No cardiometabolic variable examined (e.g. diabetes or hypertension) or lifestyle factors examined (e.g. smoking, diet quality) were significantly related to reported HD in persons with "normal" audiometric thresholds.

Tremblay et al. (2015) described analogous relationships to balance issues, noise history, neuropathy symptoms, and mental health. Our significant finding for arthritis is supported by other studies. Jeong et al. (2016), using the Korean NHANES reported higher odds of low/mid frequency hearing impairment in participants with arthritis; inflammation and erosion of cartilage and bone have been suggested as etiologies in arthritis related hearing loss (Dikici et al., 2009). The less restrictive definition of normal audiometry PTA4 ≤ 25 dBHL revealed additional relationships, such as diabetes and history of smoking, though these variables were not significant in multivariate adjusted models. Also, variables such as age, race/ethnicity, and hearing thresholds were related to report of HD. In other words, the hearing thresholds continued to contribute to the variance of the model when the less restrictive definition of normal audiometric thresholds was applied. Still, multivariate adjusted logistic regression revealed comparable relationships.

The prevalence of any tinnitus was 17–20% and persistent tinnitus 8–10%, which was similar to other estimates in normal hearing populations (Quaranta et al., 1996; Sanchez et al., 2005). Higher odds of persistent tinnitus were observed with HD, diabetes, previous hearing test, balance issues, noise exposure, diabetes, arthritis, neuropathy symptoms, vision difficulties, use of alcohol, and use of analgesics. A lower odd was associated with higher HEI. Significant variables were restricted to HD, diabetes, and use of analgesic drugs applying the more stringent definition of normal

hearing thresholds. As described previously, perceived HD may be a manifestation of experiencing tinnitus as a symptom.

Numerous population-based studies have indicated diabetes as an independent variable in hearing loss (Akinpelu et al., 2014; Austin et al., 2009; Bainbridge et al., 2008, 2011; Cruickshanks et al., 2015a,b). Spankovich et al. (2017) found diabetes was significantly related to the report of persistent tinnitus. Analgesic drugs, including salicylate and acetaminophen-based drugs often have tinnitus as a reported adverse event (DiSogra, 2001). The relationship between HEI and persistent tinnitus is consistent with recent findings in the same sample, but without limiting to normal audiometric thresholds (Spankovich et al., 2017).

The study is not without limitations. Though NHANES data are comprehensive and nationally representative, a major strength in epidemiological study design, cause and effect cannot be established from cross-sectional retrospective datasets. In addition, we cannot exclude the possibility that missing and/or excluded data may introduce bias, or that other undetermined confounding variable(s) may exist. Also, we did not adjust for the multiple comparisons elevating risk for type-1 errors. Further, the tinnitus variables were limited to report of tinnitus presence, no variables were available regarding severity of tinnitus or impact on quality of life. Finally, the analysis is based on data from an earlier version of the NHANES (1999–2002), which may not be as generalizable to todays population if there have been systematic changes in demographics or other risk factors.

## 5. Conclusions

Both peripheral and central changes to the auditory pathway and non-auditory factors may underlie perceived HD despite having normal audiometric thresholds. A critical factor is how we define hearing loss with less stringent criteria showing higher prevalence. Report of tinnitus with normal audiometric thresholds may explain a significant portion of this complaint. Clinicians should consider tinnitus, noise history, cardiometabolic health, mental/cognitive health, medications (prescription and OTC), and peripheral sensory symptoms when managing patients with perceived hearing loss and normal audiometric thresholds.

### Funding

This research did not receive any specific grant from funding agencies in the public, commercial, or not-for-profit sectors.

### Appendix A. Supplementary data

Supplementary data related to this article can be found at https://doi.org/10.1016/j.heares.2017.12.001.

### References

Akinpelu, O.V., Mujica-Mota, M., Daniel, S.J., 2014. Is type 2 diabetes mellitus associated with alterations in hearing? A systematic review and meta-analysis. Laryngoscope 124, 767–776.
Austin, D.F., Konrad-Martin, D., Griest, S., et al., 2009. Diabetes-related changes in hearing. Laryngoscope 119, 1788–1796.
Axelsson, A., Ringdahl, A., 1989. Tinnitus—a study of its prevalence and characteristics. Br. J. Audiol. 23, 53–62.
Bainbridge, K.E., Hoffman, H.J., Cowie, C.C., 2008. Diabetes and hearing impairment in the United States: audiometric evidence from the national health and nutrition examination survey, 1999 to 2004. Ann. Intern. Med. 149, 1–10.
Bainbridge, K.E., Hoffman, H.J., Cowie, C.C., 2011. Risk factors for hearing impairment among U.S. adults with diabetes: national Health and Nutrition Examination Survey 1999-2004. Diabetes Care 34, 1540–1545.
Cox, R.M., Alexander, G.C., Gray, S., 2007. Personality, hearing problems, and amplification characteristics: contributions to self-report hearing aid outcomes. Ear Hear. 28, 141–162.
Cruickshanks, K.J., Dhar, S., Dinces, E., et al., 2015a. Hearing impairment prevalence

and associated risk factors in the hispanic community health study/study of Latinos. JAMA Otolaryngol Head Neck Surg 141, 641—648.

Cruickshanks, K.J., Nondahl, D.M., Dalton, D.S., et al., 2015b. Smoking, central adiposity, and poor glycemic control increase risk of hearing impairment. J. Am. Geriatr. Soc. 63, 918—924.

Curtin, L.R., Mohadjer, L.K., Dohrmann, S.M., et al., 2012. The national health and nutrition examination survey: sample design, 1999-2006. Vital and Health Statistics. Series 2: Data Evaluat Methods Res 1—39.

Dhar, S., Hall, J.W.I., 2012. Otoacoustic Emissions: Principles, Procedures, and Protocols. Plural Publishing, San Diego, CA.

Dikici, O., Muluk, N.B., Tosun, A.K., et al., 2009. Subjective audiological tests and transient evoked otoacoustic emissions in patients with rheumatoid arthritis: analysis of the factors affecting hearing levels. Eur. Arch. Oto-Rhino-Laryngol. 266, 1719—1726.

DiSogra, R.M., 2001. Adverse drug reactions and audiology practice. Audiol Today 13, 2—7.

Fausti, S.A., Wilmington, D.J., Gallun, F.J., et al., 2009. Auditory and vestibular dysfunction associated with blast-related traumatic brain injury. J. Rehabil. Res. Dev. 46, 797—810.

Froud, K.E., Wong, A.C., Cederholm, J.M., et al., 2015. Type II spiral ganglion afferent neurons drive medial olivocochlear reflex suppression of the cochlear amplifier. Nat. Commun. 6, 7115.

Gates, G.A., Cooper Jr, J.C., Kannel, W.B., et al., 1990. Hearing in the elderly: the Framingham cohort, 1983-1985. Part I. Basic audiometric test results. Ear Hear. 11, 247—256.

Henry, J.A., Dennis, K.C., Schechter, M.A., 2005. General review of tinnitus: prevalence, mechanisms, effects, and management. J. Speech Lang. Hear. Res. 48, 1204—1235.

Henry, J.A., Griest, S., Zaugg, T.L., et al., 2015. Tinnitus and hearing survey: a screening tool to differentiate bothersome tinnitus from hearing difficulties. Am. J. Audiol. 24, 66—77.

Higson, J.M., Haggard, M.P., Field, D.L., 1994. Validation of parameters for assessing Obscure Auditory Dysfunction—robustness of determinants of OAD status across samples and test methods. Br. J. Audiol. 28, 27—39.

Hoffman, H.J., Reed, G.W., 2004. Epidemiology of tinnitus. In: Snow, J.B. (Ed.), Tinnitus: Theory and Management. BC Decker, London, pp. 16—41.

Jeong, H., Chang, Y.S., Baek, S.Y., et al., 2016. Evaluation of audiometric test results to determine hearing impairment in patients with rheumatoid arthritis: analysis of data from the Korean national health and nutrition examination survey. Plos One 11, e0164591.

Jerger, J., Oliver, T.A., Pirozzolo, F., 1990. Impact of central auditory processing disorder and cognitive deficit on the self-assessment of hearing handicap in the elderly. J. Am. Acad. Audiol. I, 75—80.

Johnson, C.L., Dohrmann, S.M., Burt, V.L., et al., 2014. No. 162. National Health and Nutrition Examination Survey: Sample Design, 2011—2014. National Center for Health Statistics [Vital and Health Statistics series; Series 2. Data Evaluation and Methods Research]. from. http://www.cdc.gov/nchs/products/series/series02.htm.

Kujawa, S.G., Liberman, M.C., 2006. Acceleration of age-related hearing loss by early noise exposure: evidence of a misspent youth. J. Neurosci. 26, 2115—2123.

Kujawa, S.G., Liberman, M.C., 2009. Adding insult to injury: cochlear nerve degeneration after "temporary" noise-induced hearing loss. J. Neurosci. 29, 14077—14085.

Liberman, M.C., Epstein, M.J., Cleveland, S.S., et al., 2016. Toward a differential diagnosis of hidden hearing loss in humans. PLos One 11, e0162726.

Martines, F., Bentivegna, D., Di Piazza, F., et al., 2010a. Investigation of tinnitus patients in Italy: clinical and audiological characteristics. Int. J. Otorhinolaryngol. 2010, 265861.

Martines, F., Bentivegna, D., Martines, E., et al., 2010b. Assessing audiological, pathophysiological and psychological variables in tinnitus patients with or without hearing loss. Eur. Arch. Oto-Rhino-Laryngol. 267, 1685—1693.

McCormack, A., Edmondson-Jones, M., Somerset, S., et al., 2016. A systematic review of the reporting of tinnitus prevalence and severity. Hear. Res. 337, 70—79.

Mehraei, G., Hickox, A.E., Bharadwaj, H.M., et al., 2016. Auditory brainstem response Latency in noise as a marker of cochlear synaptopathy. J. Neurosci. 36, 3755—3764.

National Health Examination Survey, 2001. Audiometry/tympanometry manual. http://www.cdc.gov/nchs/data/nhanes/nhanes_07_08/manual_au.pdf.

Pienkowski, M., 2017. On the etiology of Listening difficulties in noise despite clinically normal audiograms. Ear Hear. 38, 135—148.

Quaranta, A., Assennato, G., Sallustio, V., 1996. Epidemiology of hearing problems among adults in Italy. Scand. Audiol. Suppl. 42, 9—13.

Rappaport, J.M., Phillips, D.P., Gulliver, J.M., 1993. Disturbed speech intelligibility in noise despite a normal audiogram: a defect in temporal resolution? J. Otolaryngol. 22, 447—453.

Rogers, C.S., Jacoby, L.L., Sommers, M.S., 2012. Frequent false hearing by older adults: the role of age differences in metacognition. Psychol. Aging 27, 33—45.

Sanchez, T.G., Medeiros, I.R., Levy, C.P., et al., 2005. Tinnitus in normally hearing patients: clinical aspects and repercussions. Braz J Otorhinolaryngol 71, 427—431.

Schaette, R., McAlpine, D., 2011. Tinnitus with a normal audiogram: physiological evidence for hidden hearing loss and computational model. J. Neurosci. 31, 13452—13457.

Spankovich, C., Bishop, C., Johnson, M.F., et al., 2017. Relationship between dietary quality, tinnitus and hearing level: data from the national health and nutrition examination survey, 1999—2002. Int. J. Audiol. 1—7.

Spankovich, C., Le Prell, C.G., 2013. Healthy diets, healthy hearing: national health and nutrition examination survey, 1999-2002. Int. J. Audiol. 52, 369—376.

Spankovich, C., Le Prell, C.G., 2014. Associations between dietary quality, noise, and hearing: data from the national health and nutrition examination survey, 1999-2002. Int. J. Audiol. 53, 796—809.

Stamper, G.C., Johnson, T.A., 2015. Auditory function in normal-hearing, noise-exposed human ears. Ear Hear. 36, 172—184.

Starr, A., Picton, T.W., Sininger, Y., et al., 1996. Auditory neuropathy. Brain 119 (Pt 3), 741—753.

Tremblay, K.L., Pinto, A., Fischer, M.E., et al., 2015. Self-reported hearing difficulties among adults with normal audiograms: the beaver Dam offspring study. Ear Hear. 36, e290—299.

United States Department of Agriculture, 1995. Center for Nutrition Policy and Promotion: the Healthy Eating Index.

Wan, G., Corfas, G., 2017. Transient auditory nerve demyelination as a new mechanism for hidden hearing loss. Nat. Commun. 8, 14487.

Welsh, L.W., Welsh, J.J., Healy, M.P., 1985. Central presbycusis. Laryngoscope 95, 128—136.

Willott, J.F., 1996. Physiological plasticity in the auditory system and its possible relevance to hearing aid use, deprivation effects, and acclimatization. Ear Hear. 17, 66S—77S.

Zhao, F., Stephens, D., 2006. Distortion product otoacoustic emissions in patients with King-Kopetzky syndrome. Int. J. Audiol. 45, 34—39.