# EXHIBIT 10

Case 3:19-md-02885-MCR-HTC   Document 1950-10   Filed 09/13/21   Page 2 of 11

PLAINTIFFS' TRIAL EXHIBIT
P-GEN-06279

*Behavioral Techniques in Audiology and Otology*

# Hearing in the Elderly: The Framingham Cohort, 1983–1985

## Part I. Basic Audiometric Test Results



**George A. Gates, MD; J. C. Cooper, Jr, PhD; William B. Kannel, MD; Nancy J. Miller, MA**

*Department of Otolaryngology, Washington University School of Medicine, St. Louis, Missouri [G. A. G.], Department of Otolaryngology, The University of Texas Health Science Center, San Antonio, Texas [J. C. C.], Department of Medicine, Boston University School of Medicine, Boston, Massachusetts [W. B. K.], and Sharon, Massachusetts [N. J. M.]*

**ABSTRACT**

**Many studies have documented the decline in auditory function with age. We broaden that data base in this the first of a series of reports emanating from the auditory testing of the Framingham cohort during biennial exam 18. The results of the auditory questionnaire, hearing sensitivity, acoustic compliance measures, and word recognition tests obtained from 1662 men and women in their 60th through 90th decades are presented. Pure-tone thresholds increased with age but the rate of change with age did not differ by gender even though men had poorer threshold sensitivity. Maximum word recognition ability declined with age more rapidly in men than in women and was poorer in men than in women at all ages. Acoustic compliance and middle ear pressure did not vary with gender or age. Acoustic reflex thresholds to a contralateral stimulus at 1 kHz increased slightly with age, more in women than in men; ipsilateral acoustic reflex thresholds did not vary with age or gender. Hearing aids were being used in only 10% of subjects likely to benefit from amplification.**

DECLINING AUDITORY PERFORMANCE with advancing age is a well known (Bunch, 1929; Corso, 1963; Glorig & Nixon, 1962; Goetzinger, Proud, Dirks, & Embrey, 1961; Harbert, Young, & Menduke, 1966; Hinchcliffe, 1959; Kirikae, Soto, & Shitara, 1964; Milne & Lauder, 1975; and Zwarrdemaker, 1891) and common problem that is becoming more prevalent due to the increasing number of elderly people in our society. Three groups of putative etiologic factors are generally recognized: (1) intrinsic, age-related degeneration; (2) noise damage in its two general forms: wear and tear effects from the everyday sounds of our noisy society (sociocusis) and the classic noise-induced hearing loss from recreational and occupational noise over-exposure; and (3) the biologic effects of diseases and ototoxic agents (nosocusis) and diet superimposed upon a genetic substrate. We use the term, presbycusis—literally, old hearing—to encompass all possible etiologies of age-related auditory dysfunction rather than limiting its use to aging, per se. The over-65 age group is the most rapidly growing segment of the population of the United States and hearing loss is its fourth most prevalent major chronic disability (National Center for Health Statistics, 1986). Determination of biologic risk factors that will lead to strategies to prevent or reduce the disability of presbycusis is a major research goal (National Strategic Research Plan, April 1989). Two major, preventable risk factors—sociocusis and nosocusis—appear to be cofactors but the extent to which each contributes to presbycusis has not been clearly established. A useful approach to the study of these risk factors would be to obtain population-based measures of auditory performance to provide a context in which other etiology-specific studies might be evaluated. One such study is the Framingham Heart Study (Dawber, 1980), which began in 1948 with a stratified sample of those 28,000 citizens of Framingham, MA who were between the ages of 30 and 62 years. The initial sample, which numbered 6,015 plus 740 volunteers, underwent a comprehensive health evaluation in 1952. The 5,209 who were found to be free of cardiovascular disease have been examined for cardiovascular and other disorders biennially. The data from these examinations have contributed greatly to the understanding of the pathogenesis of cardiovascular disorders and their attendant risk factors.

0196/0202/90/1104-0247$02.00/0 • Ear and Hearing
Copyright © 1990 by The Williams & Wilkins Co. • *Printed in U.S.A.*

Hearing thresholds of the cohort were obtained during the 15th examination cycle (1977-1979) when the members were 57 to 89 years of age (Moscicki, Elkins, Baum, & McNamara, 1985). Repeat testing was done 6 years later as part of exam cycle 18 (1983-1985). The results of the pure-tone air conduction thresholds, immittance measures, and word recognition tests, plus estimates of the prevalence of hearing handicap and the need for rehabilitation are the focus of this report. The results of central auditory tests, longitudinal changes in hearing, and correlations of hearing with cardiovascular status will be reported later.

## METHODS

### Subjects

At the beginning of exam cycle 18 there were 2717 surviving members of the original Framingham cohort. All ambulatory members of the cohort who returned for biennial exam 18 ($N = 1739$) were encouraged to have the hearing tests. Seventy-seven subjects declined for personal reasons leaving 1662 persons (95.2%) who volunteered for the hearing study. Nonambulatory members of the cohort, who were examined at home ($N = 42$) or in a nursing home ($N = 77$) did not take part in the hearing tests.

### Procedures

The study was done in two parts. Part A procedures were administered to all 1662 subjects and part B to the 1026 of those without evidence of middle ear disease, prior ear surgery, or asymmetrical thresholds (to avoid including those with acquired unilateral auditory pathology that would be unlikely to be due to the risk factors under consideration). Part A consisted of a brief auditory questionnaire and otoscopy, immittance measures, pure-tone thresholds, and word recognition at conversational level in the better ear. The tests were kept as short as possible to accommodate the busy cardiovascular examination schedule. The part B tests were given on a separate day to subjects completing part A who had (1) normal tympanograms and acoustic reflex thresholds, (2) no history of hearing loss existing since childhood, (3) no history of ear surgery, and (4) less than a 21 dB difference between the pure-tone average threshold of the right and left ears. Part B tests included word recognition testing under earphones at several intensities and ipsilateral acoustic reflex thresholds.

**Questionnaire and Otoscopy** The audiologist asked all subjects: (1) do you have a hearing problem now, and, if so, (2) did it begin in childhood, (3) what did you think caused it, (4) do you have ringing or buzzing in your ears now, and, if yes (5) does it cause keep you awake at night, (6) have you had ear surgery, and (7) have you used and are still using a hearing aid? No choices were offered to question 3; only the responses proffered by the subjects were used. Otoscopy was done by the audiologist to determine whether cerumen or debris precluded insertion of the probe tip required for immittance measures. If a tip could be fitted, immittance measures were performed.

**Immittance Measures** Baseline tympanograms were obtained with a Grason-Stadler 1723 Middle Ear Analyzer using a 2.5 ml sensitivity setting over a range from −300 to +200 mm $H_2O$ with a 220 Hz probe tone. Middle ear pressure was taken to be the pressure noted at the peak of the tympanogram. Compliance change from compliance at −300 mm $H_2O$ to peak middle ear pressure was recorded as ml of equivalent volume. Acoustic reflexes elicited by a 1000 Hz stimulus were measured at the presence at which the tympanogram peaked using a 0.5 ml sensitivity setting and recorded in dB HL up through a maximum of 110 dB HL. If the tympanogram was peaked in shape and the peak was at a pressure less negative than −150 mm $H_2O$ and an acoustic reflex was present, reflex decay was examined for a 10 sec continuous 1000 Hz stimulus at 10 dB above the reflex threshold value. The degree of decay was recorded as the percent change in compliance over the 10 sec period.

**Pure-Tone Thresholds** Air conduction pure-tone thresholds (250 Hz–8 kHz) were obtained with a Grason-Stadler 1715 audiometer using pulsed stimuli. Thresholds were measured under earphones and reported in dB HL re ANSI S3.6-1969 [R-1973] as the intensity level at which the tone was heard in 50% of trials using an ascending technique (Manual Pure-tone Audiometry, 1978). If the subject reported asymmetric hearing, the better ear was tested first or the right ear if no significant difference was reported. Narrow band masking was used as appropriate. A conventional patient response button was used by nearly all subjects.

**Word Recognition** Word recognition (speech discrimination) ability was measured in the better ear using Auditec recordings of List 1A (50 items) of the Central Institute for the Deaf (CID) Auditory Test W-22. The better ear was based on the pure-tone threshold average (PTA) of 0.5, 1.0, and 2.0 kHz. If the PTAs were equal, the ear with the better threshold at 3000 Hz was used. If both were still equal, the right ear was designated the better ear. Presentation level was 50 dB HL for subjects with acoustic reflexes and normal tympanograms, and at 90 dB HL if the tympanogram was abnormal, an acoustic reflex to contralateral stimulation could not be obtained, or there was a history of ear surgery. If the better PTA was 50 dB HL or poorer, word recognition tests were not done. Contralateral masking with speech noise was used as needed. An oral response was required of all subjects. Speech testing in part B consisted of presentations at 40 dB SL re the PTA, at 70 dB HL, and at 90 dB HL to determine the relationship of word recognition ability to presentation level. Subject's maximum scores from these presentations were compared to their scores at conversational levels to calculate the improvement in word recognition from amplification with the audiometer.

To allay anxiety, subjects who experienced difficulty with the word recognition task were advised that subsequent word lists would be presented at higher levels so that they might be more easily understood. Occasionally conversational speech or sentences were presented at the subject's most comfortable loudness level in an attempt to reduce the subject's frustration about poor performance.

### Statistical Methods

**Definitions** Pure-tone thresholds for subjects with no response at a given frequency were scored at the next higher 5 dB step or 95 dB HL for 250 and 8 kHz and 115 dB HL for 0.5K to 6K Hz. A pure-tone average threshold (PTA) was calculated for each ear by averaging the responses at 0.5, 1.0, and 2.0 kHz. $PTA_3$ was calculated by adding the threshold at 3.0 kHz to give a four frequency average. The slope of the pure-tone threshold pattern was calculated according to the method of Lloyd and Kaplan (1978) by averaging the differences between thresholds at octaves from 0.5 to 4.0 kHz and

grouping the result into four categories: rising loss, <0 dB; flat loss, 0 to 4 dB; gradually falling loss, 5 to 12 dB; and sharply falling high frequency loss, >12 dB. An audiometric notch was deemed to be present if the maximum of the 4K or 6K Hz thresholds was 15 dB or more greater than the 2 kHz threshold and was greater or equal to the 8 kHz threshold and the 8 kHz threshold was greater than the 2 kHz threshold (Cooper & Owen, 1976). A modified (9 frequency) articulation index (AI) was calculated for the better ear of each subject for whom word recognition was tested at 50 dB HL in part A; we used the method of Popelka and Mason (1987) corrected for speech testing at 50 dB HL under earphones to calculate the AI. Middle ear compliance was averaged for right and left ears after comparisons showed no difference between right and left ears; acoustic reflex threshold and decay were reported separately for right and left ears. If an acoustic reflex was not detected at 110 dB HL, the reflex threshold was recorded as 115 dB HL.

Hearing impairment was defined in three ways: (1) as a categorical variable with normal equated to a PTA <26 dB HL (Lloyd & Kaplan, 1978); (2) as a continuous variable using the AMA guideline (1979) for hearing handicap derived as a percentage score from the formula $1.5 \times (PTA_3 - 25)$ with the additional computation, for subjects with asymmetric hearing, of $\frac{1}{6}$ of the sum of 5 times the score in the better ear plus the score in the poorer ear, which provides a binaural hearing handicap score; and (3) as a categorical variable using an AMA handicap score of >15% as a criterion to separate the subjects into hearing-impaired and nonimpaired groups. The rationale for this definition is as follows: Because the handicap score is used in several analyses we sought to find the lowest practical handicap cutoff level above which most workers in this field would agree that hearing is dysfunctional. Given that a normal word recognition score is 90% or more correct and that the 95% confidence interval calculated for hearing-impaired subjects scoring 90% correct on speech testing using the 50 item W-22 word list is from 76 to 98% correct (Thornton & Raffin, 1978), we used a word recognition score of >76% to divide the subjects into subgroups. The linear regression of hearing handicap on word recognition at conversational levels in this cohort showed correspondence between the >76% correct word recognition score and <15% handicap score.

The potential benefit of amplification was defined as a >12 percentage point improvement in the word recognition score obtained at conversational level and the maximum score at any of the presentation levels in the part B tests. This criterion was chosen based on the work of Thronton and Raffin (1978) in which a standard deviation of 6% was found in subjects with discrimination scores of 78% correct using the 50 item W-22 lists. Thus, a difference of 12%, which approximates 2 standard deviations, is used herein as a rule of thumb to indicate a gain in word recognition score that is unlikely to be due to chance.

**Techniques** Data reduction and analysis were done with the statistical programs from the SAS Institute using chi square analysis for categorical data and $t$-tests, linear regression, and analysis of variance and covariance for continuous data. Multivariate analysis of covariance was used when data from both ears were used at multiple frequencies with ear and frequency as repeated measures effects. Otherwise tests use only one ear (usually the better ear) to avoid statistical bias stemming from interaural correlation (Le, 1988). Unless otherwise stated we give mean ± standard error of the mean (SEM). All tests were two-tailed. The term significant is used throughout to indicate statistical significance at the level of $p < 0.05$.

## RESULTS

The results reported below are from the part A tests and include all 1662 subjects unless otherwise noted.

The age and gender of the participants are displayed in Table 1; 41% were men. The average age of the cohort was 73 years and the age range was 63 to 95 years for women and 64 to 93 for men. The mean age of the men (72.7 years) and women (73.0 years) were virtually identical.

### Questionnaire

Of the 1662 subjects, 979 (59%) reported no hearing difficulty. Of the 683 who did, 128 (18.7%) ascribed their hearing loss to noise exposure, 230 (33.7%) to aging, 89 (13.0%) to infection, 13 (1.9%) to injury, and 223 (32.7%) to unknown causes. Hearing loss from childhood was noted by 4.2% of the subjects. The proportion reporting a hearing problem and the causes attributed by the subjects are virtually unchanged from the previous report (Moscicki et al, 1985). Multivariate analysis of variance of hearing handicap by gender and self-reported cause of hearing loss with age as a covariate showed that hearing handicap varied significantly with age ($F = 222.34$, $p < 0.0001$), cause ($F = 209.71$, $p < 0.0001$) and gender ($F = 13.6$, $p = 0.0003$).

The proportion of men noting a hearing problem (50%) was greater than the proportion of women (35%), (chi$^2$ = 38.58, df = 1, $p < 0.0001$). The number and proportion of subjects noting a hearing problem is displayed in Figure 1 by gender and 5 year age group. It can be seen that for both men and women over the age of 60 the prevalence of self-reported hearing dysfunction increased with age group (women: chi$^2$ = 57.2, df = 7, $p < 0.001$; men: chi$^2$ = 18.1, df = 6, $p = 0.02$). The PTA, PTA$_3$, AMA handicap score, and word recognition scores in the better ear of those 683 reporting a hearing problem were significantly poorer than those 979 denying a hearing problem.

Tinnitus was noted by 279 of the 1662 subjects (16.8%) and 28 of these (10%) experienced insomnia

**Table 1.** Age and gender of subjects.

| Age (years) | Women N | (%) | Men N | (%) | Total N | (%) |
|---|---|---|---|---|---|---|
| 60–64 | 16 | 1.62 | 11 | 1.62 | 27 | 1.62 |
| 65–69 | 326 | 33.06 | 250 | 36.98 | 576 | 34.66 |
| 70–74 | 293 | 29.72 | 191 | 28.25 | 484 | 29.12 |
| 75–79 | 206 | 20.89 | 114 | 16.86 | 320 | 19.25 |
| 80–84 | 85 | 8.62 | 68 | 10.06 | 153 | 9.21 |
| 85–89 | 50 | 5.07 | 32 | 4.73 | 82 | 4.93 |
| 90–94 | 9 | 0.91 | 10 | 1.48 | 19 | 1.14 |
| ≥95 | 1 | 0.10 | 0 | 0.00 | 1 | 0.06 |
| Totals | 986 | 100.00 | 676 | 100.00 | 1662 | 100.00 |



Figure 1. The Proportion of women and men by 5 year age group reporting a hearing problem. The proportion of subjects noting a hearing loss increased significantly with age (women—$chi^2$, 3 df, 52.63 $p$ < 0.0001; men—$chi^2$, 3 df, 9.81 $p$ = 0.020). The bars indicate the 95 percent confidence interval.

as a result. A larger proportion of men (21%) than women (14%) reported tinnitus ($chi^2$ = 15.5, df = 1, $p$ < 0.0001). Tinnitus was more common in subjects reporting a hearing problem (26%) than in those who denied difficulty with their hearing (10%) and in those who attributed their problem to noise or trauma (31% each) or infection (30%) than in those with hearing problems related to age (20%) or other disorders.

### Pure-Tone Thresholds

Pure-tone thresholds were obtained from all subjects and are tabulated by ear, test frequency, and gender in 5 year age groups in Table 2. A generalized worsening of thresholds with increasing age is apparent at all frequencies but particularly in the high frequencies.

The mean pure-tone thresholds in the better ear differed between the men (PTA, 22.0 ± 0.52; $PTA_3$, 27.9 ± 0.53) and the women (PTA, 20.4 ± 0.42; $PTA_3$, 22.7 ± 0.43). (Men versus women—PTA: $t$ = 2.42, df = 1660, $p$ = 0.0156; $PTA_3$: $t$ = 7.58, df = 1660, $p$ = 0.001). The mean pure-tone average thresholds for all right ears did not differ from those of all left ears across gender but within gender the PTA of men's left ears was 0.96 + 0.406 dB greater ($t$ = 2.37, 675 df, $p$ = 0.018) than that of the right ears. The left ear PTA of women was 0.64 ± 0.44 dB less than the right ear PTA but this difference was not significant. Multivariate analysis with age as the covariate demonstrated the expected age and frequency effects upon thresholds with interactions among age, gender, and Hz; that is, older men have poorer high frequency hearing.

An audiometric notch was present in either ear of 50.1% of the 1662 subjects, 40% of the women, and 66% of the men. Ninety-one percent of the 128 subjects who listed noise exposure as the "cause" of their hearing loss did have a hearing handicap and 75% had a threshold "notch" at 4 or 6 kHz in contrast to 25% of the other 1534 ($chi^2$ = 30.7, df = 1, $p$ < 0.001).

The mean articulation index (AI) for the women (0.861 ± 0.0062) was greater than that for the men (0.747 ± 0.0079), $t$ = 11.47, df = 1660, $p$ = 0.0001. The AI declined significantly with age at the rate of 0.14 per decade but the rate of decline in AI with age did not differ with gender.

The proportions of subjects with the audiograms categorized by the criteria of Lloyd and Kaplan (1978) as rising, flat, gradually sloping high-frequency loss and sharply sloping high-frequency loss differed between men and women (Table 3).

The pure-tone thresholds in the better ear for men and women are displayed by 5 year age groups in Figure 2. The rate of change with age in the PTA and $PTA_3$ did not differ by gender or ear.

### Word Recognition

Word recognition tests at 50 dB in the better ear were obtained from 1294 subjects in part A who had a PTA in the better ear of 50 dB HL or less and no evidence of middle ear abnormality. The mean percent correct was: 85.0 ± 0.59 for 771 women and 77.8 ± 0.77 for 523 men ($t$ = 7.24, df = 1292, $p$ = 0.0001). Maximum word recognition, which was done for all 1026 subjects in part B, was also higher in the 595 women (95.1 ± 0.33) than in the 431 men (90.8 ± 0.61), ($t$ = 6.82, df = 1024, $p$ = 0.0001). However, when the word recognition scores at both presentation levels are compared between gender across the 5 year age groups (Fig. 3) in relation to the configuration of the audiometric threshold, it can be seen that the differences between the word recognition scores of men and women (noted above) largely disappear. It would appear that the poorer word recognition scores of men reflects the higher prevalence of men with sharply falling high-frequency loss audiograms rather than any gender difference in word recognition ability, per se.

As expected from the progressive elevation of thresholds with age, word recognition at 50 dB HL also declined linearly with age. The rates of decline were 13.2 ± 1.21% per decade for the men and 11.6 ± 0.95 for the women; the difference in mean rates between genders was not significant. However, the decline in maximum word recognition scores with age (8.6 ± 0.09% per decade for men and 5.6 ± 0.05% per decade for women) was significantly different between genders (ANOVA, $F$ = 5.52, $p$ = 0.018).

In 988 subjects in part B we were able to compare their word recognition score presented at conversational level (50 dB HL) with the maximum score obtained at one of three higher presentation levels. Of these, 540 (55.0%) had an improvement of >12 percentage points in the either ear. Only 5.4% of these had ever worn a hearing aid. The mean maximum improvement for 577 women was 10.3 ± 0.53% in the better ear and 14.0 ± 0.61% in either ear and for 411 men it was 14.6 ± 0.64 in the better ear and 19.8 ± 0.72% in either ear. These gender differences were not statistically significant. With increasing age there was an increase in both the

Table 2. Mean pure-tone air conduction thresholds (dB HL ± SEM) for men and women (N = 1662) in 5-year age groups.

| Age Group | N | Frequency (Hz) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 250 | 500 | 1000 | 2000 | 4000 | 6000 | 8000 Hz |
| **Right ear, women** | | | | | | | | |
| 60–64 | 16 | 14.1 ± 2.00 | 14.7 ± 2.11 | 16.6 ± 2.03 | 17.8 ± 2.37 | 25.0 ± 3.16 | 31.9 ± 4.00 | 43.1 ± 4.28 |
| 65–69 | 326 | 16.2 ± 0.70 | 16.5 ± 0.77 | 19.2 ± 0.80 | 20.2 ± 0.86 | 30.5 ± 1.05 | 38.8 ± 1.12 | 47.0 ± 1.18 |
| 70–74 | 293 | 21.4 ± 0.96 | 22.1 ± 1.05 | 24.8 ± 1.12 | 27.0 ± 1.20 | 38.3 ± 1.21 | 46.6 ± 1.26 | 55.9 ± 1.21 |
| 75–79 | 206 | 24.2 ± 1.09 | 24.4 ± 1.14 | 27.0 ± 1.15 | 29.5 ± 1.21 | 41.1 ± 1.38 | 50.6 ± 1.45 | 61.9 ± 1.30 |
| 80–84 | 85 | 27.5 ± 1.90 | 28.9 ± 1.87 | 32.5 ± 1.87 | 38.6 ± 1.91 | 51.9 ± 2.04 | 60.4 ± 1.95 | 73.0 ± 1.67 |
| 85–89 | 50 | 30.2 ± 2.71 | 32.5 ± 2.93 | 38.3 ± 2.79 | 41.7 ± 2.48 | 59.0 ± 2.74 | 69.7 ± 2.48 | 76.9 ± 1.98 |
| ≥90 | 9 | 36.7 ± 6.56 | 36.7 ± 6.29 | 42.2 ± 6.19 | 48.3 ± 5.46 | 55.6 ± 4.82 | 66.1 ± 5.70 | 72.2 ± 7.17 |
| Right ear, men | | | | | | | | |
| 60–64 | 11 | 15.9 ± 2.60 | 9.5 ± 2.38 | 12.7 ± 2.56 | 22.7 ± 5.70 | 52.3 ± 6.85 | 57.3 ± 6.51 | 63.2 ± 6.48 |
| 65–69 | 250 | 17.7 ± 0.96 | 16.1 ± 0.92 | 21.0 ± 1.00 | 28.4 ± 1.20 | 54.9 ± 1.41 | 59.6 ± 1.37 | 63.0 ± 1.30 |
| 70–74 | 191 | 17.8 ± 0.84 | 16.9 ± 0.90 | 20.9 ± 1.03 | 28.6 ± 1.27 | 55.1 ± 1.41 | 59.6 ± 1.46 | 65.6 ± 1.34 |
| 75–79 | 114 | 20.6 ± 1.25 | 21.8 ± 1.39 | 27.8 ± 1.69 | 38.3 ± 1.89 | 61.2 ± 1.65 | 66.6 ± 1.65 | 72.6 ± 1.21 |
| 80–84 | 68 | 24.9 ± 1.55 | 24.2 ± 1.74 | 29.9 ± 1.94 | 40.9 ± 2.21 | 62.9 ± 2.16 | 68.3 ± 2.16 | 76.1 ± 1.70 |
| 85–89 | 32 | 28.8 ± 2.67 | 28.3 ± 2.69 | 38.0 ± 3.28 | 49.7 ± 2.61 | 68.9 ± 2.62 | 74.3 ± 2.27 | 81.6 ± 1.88 |
| ≥90 | 10 | 29.0 ± 6.62 | 27.5 ± 6.20 | 39.0 ± 6.98 | 52.5 ± 4.90 | 75.0 ± 5.48 | 79.5 ± 3.76 | 87.0 ± 3.00 |
| **Left ear, women** | | | | | | | | |
| 60–64 | 16 | 14.7 ± 2.52 | 15.9 ± 2.63 | 19.1 ± 3.57 | 16.9 ± 2.99 | 25.6 ± 3.76 | 31.6 ± 4.32 | 41.9 ± 3.62 |
| 65–69 | 326 | 16.8 ± 0.78 | 16.2 ± 0.78 | 18.3 ± 0.78 | 19.6 ± 0.87 | 32.7 ± 1.07 | 41.3 ± 1.11 | 47.7 ± 1.18 |
| 70–74 | 293 | 21.4 ± 0.97 | 21.7 ± 1.01 | 24.4 ± 1.08 | 27.0 ± 1.13 | 40.4 ± 1.19 | 49.3 ± 1.22 | 57.7 ± 1.20 |
| 75–79 | 206 | 23.2 ± 1.06 | 22.4 ± 1.10 | 25.8 ± 1.15 | 29.2 ± 1.24 | 42.7 ± 1.27 | 52.5 ± 1.32 | 62.9 ± 1.28 |
| 80–84 | 85 | 25.4 ± 1.69 | 25.4 ± 1.79 | 30.8 ± 1.92 | 37.6 ± 2.03 | 52.3 ± 2.20 | 61.6 ± 2.11 | 71.4 ± 1.71 |
| 85–89 | 50 | 28.9 ± 2.31 | 30.8 ± 2.42 | 36.2 ± 2.69 | 43.6 ± 2.98 | 60.3 ± 2.42 | 71.0 ± 2.16 | 76.6 ± 1.63 |
| ≥90 | 9 | 43.9 ± 6.86 | 47.2 ± 6.24 | 51.1 ± 6.17 | 53.3 ± 5.89 | 61.7 ± 5.00 | 67.2 ± 7.41 | 76.1 ± 5.12 |
| Left ear, men | | | | | | | | |
| 60–64 | 11 | 16.8 ± 2.72 | 11.8 ± 2.05 | 15.0 ± 2.43 | 25.0 ± 4.86 | 59.1 ± 5.34 | 65.9 ± 7.01 | 69.1 ± 7.26 |
| 65–69 | 250 | 18.0 ± 0.81 | 15.4 ± 0.84 | 19.8 ± 0.95 | 29.6 ± 1.25 | 56.6 ± 1.34 | 60.6 ± 1.33 | 63.6 ± 1.23 |
| 70–74 | 191 | 19.0 ± 0.89 | 17.2 ± 0.89 | 21.5 ± 0.98 | 31.5 ± 1.32 | 57.6 ± 1.30 | 61.4 ± 1.35 | 65.4 ± 1.21 |
| 75–79 | 114 | 21.3 ± 1.17 | 21.1 ± 1.32 | 29.8 ± 1.60 | 39.3 ± 1.91 | 63.1 ± 1.67 | 67.7 ± 1.62 | 72.3 ± 1.26 |
| 80–84 | 68 | 28.4 ± 2.55 | 26.7 ± 2.67 | 33.6 ± 2.69 | 44.7 ± 2.76 | 66.0 ± 2.27 | 71.3 ± 2.32 | 76.9 ± 1.69 |
| 85–89 | 32 | 31.1 ± 2.56 | 30.2 ± 2.42 | 38.3 ± 3.35 | 53.1 ± 2.65 | 74.5 ± 2.73 | 78.8 ± 2.73 | 81.3 ± 2.30 |
| ≥90 | 10 | 36.5 ± 7.71 | 33.0 ± 6.20 | 47.0 ± 7.46 | 59.5 ± 6.43 | 82.0 ± 5.28 | 87.5 ± 4.74 | 88.5 ± 3.73 |

Table 3. Number and percent of men and women by audiogram pattern in the better ear.[a]

| Pattern | Women N | (%) | Men N | (%) | Total N | (%) |
|---|---|---|---|---|---|---|
| Rising | 91 | (9.2) | 8 | (1.2) | 99 | (6.0) |
| Flat | 381 | (38.6) | 103 | (15.2) | 484 | (29.1) |
| Gradual | 388 | (39.3) | 205 | (30.3) | 593 | (35.7) |
| Sharp | 126 | (12.8) | 360 | (53.2) | 486 | (29.2) |
| Total | 986 | (100) | 676 | (100) | 1662 | (100) |

[a] Difference in proportions varied significantly; $chi^2 = 382.85$, df = 7, $P < 0.0001$.

proportion of subjects showing >12% improvement in word recognition in the better ear at higher levels (23% per decade) and in the rate of increase in word recognition at higher levels (7.5% per decade). One hundred and forty-three subjects had no increase and 22 had lower word recognition scores (range −2 to −8%) at the higher levels in the better ear. These 165 subjects had better hearing thresholds (PTA 9.96 ± 0.51 dB HL) in the better ear than the other 823 (PTA 18.9 ± 0.34 dB HL) and better word recognition scores at 50 dB HL (92 ± 0.27 % versus 68 ± 0.90%) and, thus, would not be expected to increase with presentations at higher levels.

**Immittance Tests**

Tympanometric abnormalities were uncommon in either ear of the 1656 subjects in whom tympanometry was performed. Middle ear pressures ranged from −300 to 160 mm $H_2O$ with a mean in the right ears of −4.94 ± 1.05 mm $H_2O$ and −6.69 ± 1.04 mm $H_2O$ in the left ears. Ninety-five percent of ears had pressures between ± 100 mm $H_2O$ and in only 37 ears (34 subjects) was the pressure less negative than −150 mm $H_2O$. Middle ear pressure was not different for men and women nor did it vary with age.

Middle ear compliance was determined in both ears in 1551 (93.3%) of the subjects. The mean compliance averaged across ears was 0.77 ± 0.010 ml, equivalent volume. There was no significant gender difference. The mean compliance decreased significantly with age ($t = -2.066$, df = 1585, $p = 0.039$). However, the









**Figure 2.** Mean pure-tone thresholds in the better ear for men (A) and women (B) by 5 year age groups.

**Figure 3.** The mean word recognition scores for understanding of speech presented at conversational level (50 dB HL) and at a higher level (PB$_{max}$) by age group by audiometric configuration: A, flat; B, gradual loss; C, sharply falling high-frequency loss using the criteria of Lloyd and Kaplan (1978). The bars indicate the 95% confidence intervals. Note that when the pattern of pure-tone threshold sensitivity is taken into account, the difference in word recognition scores between men and women largely disappears.

magnitude of the effect was very small: $-0.0035 \pm 0.0017$ ml per year.

Contralateral acoustic reflex determinations were done in 1589 (96.2%) of the subjects in part A (641 men, 948 women). Ipsilateral acoustic reflex testing was attempted only in part B; of the 1026 subjects, reflex testing was able to be done in 973 (94.8%), 402 men, 571 women. The median contralateral acoustic reflex threshold was 85.5 dB HL with an interquartile range of 80 to 90 dB and a mean of $83.3 \pm 0.21$. For ipsilateral stimulation the median threshold was 80.0 dB, interquartile range 75 to 85 dB, mean $79.0 \pm 2.60$. The thresholds did not differ between the right and left ears with either the ipsi- or contralateral stimulation. The mean acoustic reflex thresholds for men and women were not different.

Acoustic reflex responses to contralateral stimulation were absent in 195 (12.3%) subjects, 113 unilaterally and 82 bilaterally. By combining all 1567 ears in which contralateral reflex tests could be obtained, it was seen that the pure-tone thresholds at 1 kHz in the stimulated ear with a contralaterally absent acoustic reflex differed ($t$ $-30.44$, df = 3152, $p = 0.0001$) from those with a contralaterally intact reflex, and the magnitude was large: the mean threshold at 1 kHz in the stimulated ears with a contralateral reflex was $20.9 \pm 0.252$ dB HL versus $45.8 \pm 1.237$ dB IL in those without. The regression of mean contralateral acoustic reflex thresholds (right and left ears pooled) on age increased $2.17 \pm .034$ dB HL per decade for both genders ($t = 6.46$, $p = 0.0001$), from 85 dB HL in the sixth decade to 91 dB HL in the ninth decade.

Responses to ipsilateral stimulation were absent in only 3 of 973 subjects; in each case the absence was

unilateral and the PTA in the affected ear was <28 dB HL.

The mean contralateral reflex decay (1177 ears) was 3.36 ± 1.29% and the mean ipsilateral reflex decay (810 ears) was 1.71 ± 0.16%. Only 1 subject had an abnormal result (>50% decay). There were no gender or age differences in reflex decay values from either ipsi- or contralateral stimulation.

**Hearing Loss**

By the Lloyd and Kaplan (1978) criterion of a PTA of >26 dB HL (in the better ear), 29% of the cohort, 32.5% of the men, and 26.7% of the women could be classified as having a hearing problem. The difference between the proportions of men and women was significant (chi$^2$ = 6.23, df = 1, $p$ = 0.013). Notably, among the 683 subjects reporting a hearing loss there were 138 (20.2%) whose PTA in the better ear was <26 dB HL and whose conversational level word recognition in the better ear was >90% correct. These subjects, whose complaint of hearing difficulty was not verified by hearing tests, did not differ in age or gender from the rest of the cohort; only 1 had worn a hearing aid. Conversely, 61 of the 979 (6.2%) of subjects reporting no hearing problem had PTA of >26 dB HL and word recognition scores of <76% correct in at least one ear.

The distribution of AMA hearing handicap scores across the age groups and gender of the cohort is displayed in Table 4. Although 45% of the cohort had a hearing handicap of zero or less, more men had a handicap (66%) than did women (48%), chi$^2$ = 52.6, df = 1, $p$ < 0.0001. The mean handicap of the entire cohort was 9.2 ± 0.64% with a median of 4%. Mean handicap scores for men were significantly higher than for women (men, 13.7 ± 0.92%; women 6.2 ± 0.86%; $t$ = 5.86, 1660 df, $p$ = 0.0001). Of the 927 subjects with a handicap score greater than zero, the mean score was 26.4 ± 1.12% for women and 25.8 ± 1.94% for men, a statistically insignificant difference. Analysis of variance of handicap score by gender with age as a covariate showed that both age ($F$ = 44.02) and gender ($F$ = 236.34) were significant, $p$ = 0.0001 for each.

By our criterion of a handicap score of 15% or greater, 35% of subjects (women, 29%; men, 42%) had hearing impairment. They were significantly older (75.6 versus 71.4 years), had higher pure-tone averages (52.3 versus 21.8 dB), poorer word recognition ability at conversational level (68.0 versus 89.1%) and lower maximum word recognition scores (83.3 versus 96.6%) than those in the lower handicap subgroup. The differences in age, PTA, and word recognition test scores between the impaired-hearing and nonimpaired hearing groups were significant for the entire cohort as well as within each of the male and female groups.

A comparison of the patients self-reported cause of hearing loss with the hearing handicap score is shown in Table 5.

**Hearing Aids**

One-hundred and seventy-one subjects (10.3%) had worn a hearing aid but 37 (22% of the aided group) no longer did so. The hearing aid users (past and present) were significantly older than those who had never used an aid (76 versus 71 years) but there were no differences in the age and gender of the users and ex-users. The average AMA handicap score of the hearing aid users was 52%, that of the ex-users was 48% and nonusers was 4%. The difference in mean word recognition scores at conversational level between users and ex-users was 4% (65 versus 61%) and the pure-tone average was 3 to 5 dB better in the ex-user group. However, none of the differences in the hearing tests of the current

Table 5. Prevalence of Hearing handicap[a] versus self-reported cause of hearing loss.[b]

| | Hearing Handicap | | | | |
| | <0 | | >1 | | Total |
| Cause | N | (%)[c] | N | (%)[c] | N |
|---|---|---|---|---|---|
| Noise | 12 | (9) | 116 | (91) | 128 |
| Aging | 44 | (19) | 186 | (81) | 230 |
| Infection | 9 | (10) | 80 | (90) | 89 |
| Trauma | 2 | (15) | 11 | (85) | 13 |
| Other | 33 | (15) | 190 | (85) | 223 |
| NA | 648 | (66) | 331 | (34) | 979 |
| Total | 748 | (45) | 914 | (55) | 1662 |

[a] AMA Guide for Evaluation of Hearing Handicap.
[b] Chi$^2$ = 436.0, df = 5, $P$ < 0.0001.
[c] Row percentages.

Table 4. Distribution of handicap[a] scores (in percent) for men and women by 5 year age groups.

| | Women | | | | Men | | | |
| Age | N | Mean | (SEM) | Range | | N | Mean | (SEM) | Range | |
|---|---|---|---|---|---|---|---|---|---|---|
| 60–64 | 16 | −7.3 | (3.58) | −31 | 13 | 11 | −0.1 | (4.89) | −28 | 26 |
| 65–69 | 326 | −3.9 | (1.24) | −38 | 124 | 250 | 7.7 | (1.43) | −30 | 98 |
| 70–74 | 293 | 7.1 | (1.66) | −32 | 123 | 191 | 9.4 | (1.47) | −27 | 85 |
| 75–79 | 206 | 9.2 | (1.71) | −25 | 96 | 114 | 19.4 | (2.19) | −23 | 94 |
| 80–84 | 85 | 19.6 | (2.71) | −24 | 90 | 68 | 26.4 | (3.29) | −18 | 100 |
| 85–89 | 50 | 28.7 | (3.87) | −22 | 112 | 32 | 34.7 | (3.79) | −4 | 7 |
| ≥90 | 9 | 39.3 | (7.80) | −7 | 61 | 10 | 42.2 | (7.65) | 5 | 8 |

[a] AMA Guide for Evaluation of Hearing Handicap, 1979.

hearing aid users and the ex-users were statistically significant.

To determine the potential benefit of amplification in only those subjects with a substantial hearing loss we divided the part B subjects in whom word recognition tests at two levels were obtainable ($N = 989$) into two subgroups on the basis of a handicap score of 15% or greater. Of the 207 subjects in the higher handicap subgroup, 205 (99%) had an improvement of 12 percentage points or more in their word recognition score in either ear, in contrast to 335 of 782 (43%) of the lower handicap subgroup who had a similar increase ($chi^2 = 208.5$, df = 1, $p < 0.0001$). Only 10% of the 207 were using a hearing aid.

Hearing aids had been worn by 25% of those complaining of a hearing problem and all but one showed an improvement of >12 percentage points comparing scores at conversational level with those at higher presentation levels. Of the 540 subjects whose word recognition scores improved >12 points at the higher presentation levels, only 5.4% had worn an aid.

## DISCUSSION

Documentation of the age-related changes in auditory function in a population selected on an epidemiologic basis provides further evidence of the ubiquitousness of this common and well-known problem, as well as accurate estimates of its prevalence. This study also quantifies the decreasing ability to understand speech and provides new data about immittance measures in the elderly.

### Hearing Sensitivity

A number of definitions of hearing impairment have been proposed (Clark, 1981) but none has received universal acceptance. A PTA of <26 dB HL is generally accepted as the upper limit of normal (Lloyd & Kaplan, 1978). The prior report of the hearing of the Framingham cohort (Moscicki et al, 1985) defined hearing loss as an elevation of threshold above 20 dB HL in the better ear at any frequency from 250 to 4 kHz. This stringent definition resulted in a high prevalence (83%) of "hearing loss" when, in fact, only 41% of the group of both examinations reported having a hearing problem.

We believe the complex sense of hearing is poorly described using a single parameter. Therefore, we used multiple measures in this report to assess hearing status: patients' self-report, pure-tone thresholds, word recognition at conversational level, and the AMA hearing handicap formula (1979) plus the interrelations among these measures to provide a fuller picture of the cohort's hearing ability. By history, 41% of the cohort claimed to have a hearing problem. In the better ear 29% had a PTA of 26 dB HL or greater, 42% had a $PTA_3$ of 26 dB HL or greater, 46% had a word recognition score below 88% at conversational levels. Forty-one percent had an AMA hearing handicap score of over 10%, and 35% had a handicap score of 15% or more. Thus, by any measure auditory dysfunction is highly prevalent in the elderly and increases in older age groups.

A greater proportion of men had hearing loss compared to the women, and women had better hearing sensitivity and word recognition in all age groups than men. The poorer hearing of men has been attributed generally to exposure to occupational and recreational noise. In societies free of hazardous noise, the hearing thresholds of elderly men and women are equivalent (Goycoolea et al, 1986; Rosen et al, 1962). Because noise exposure histories in this cohort were not sought nor documented it is not possible to verify the role of noise exposure as an etiology. We found "notched" audiograms in half the cohort, far more in those with a history of noise as an etiology of their hearing loss than those without such a history. We also noted that the prevalence of notched audiograms decreased with age, presumably due to elevation of the 8 kHz threshold which would eliminate the notch. Thus, some subjects with a classic audiogram for noise-induced hearing loss in their earlier years may lose that diagnosis as age-related degeneration proceeds. Indeed, fully one-fourth of the subjects who claimed that their hearing loss was due to noise did not have audiometric profiles that would support such a diagnosis. Therefore we believe it is not prudent to ascribe causation solely on the basis of history or audiometric profile. Nonetheless, it is likely that noise exposure played an important role in the development of hearing loss because one half of the cohort had a notched audiogram and because the majority of men worked in occupations usually associated with hazardous noise exposure.

### Speech Discrimination Function

Normal results from word recognition tests administered at a conversational level reflect the adequacy of both audibility and discrimination ability. If test performance is poor, increasing the intensity of the presentation level well above threshold should result in normal test scores if discrimination function is intact. Discrimination function poorer than would be expected from the hearing sensitivity is characteristic of neural lesions of the auditory system (Gaeth, 1948). Shucknecht (1964) described several cases of "neural" presbycusis. However, the prevalence of this subtype of presbycusis has not been reported. In this cohort, screening signs of neural deficits (poor discrimination, absent stapedius reflexes, abnormal acoustic reflex decay) were uncommon. Yellin, Jerger, and Fifer (1989) examined in detail the relationship between thresholds and maximum word recognition score ($PB_{max}$) in a carefully studied group of 324 adult subjects with cochlear hearing loss and established an arithmetic norm that encompassed 98% of their observations. Applying their norms to our 1026 subjects in part B who had $PB_{max}$ testing shows that only 3 subjects (0.3%) had "disproportionately" poor word recognition scores. All three had contralateral acoustic reflex thresholds of 90

dB HL or less at 1 kHz. Although different word lists (PAL-PB 50) were used by Yellin et al (1989), this comparison provides a conservative contrast, given the greater difficulty (Bess, 1983) of the Auditec recordings of the CID W-22 lists that we used. Thus, the present data do not support the concept of neural presbycusis and additional explanation should be sought to explain the discrepancy between the clinical and the histologic evidence for this phenomenon.

In persons with decreased sensitivity to high frequency sounds, audiometers, (which do not have a flat high-frequency gain) may not provide sufficient high-frequency amplification to overcome the audibility problem. They may, in fact, distort the speech signal by relative overamplification of low-frequency sounds. Consequently, a substantial part of the high-frequency speech spectrum may still be inaudible with audiometer amplification. Thus, comparisons of speech tests among groups for the purpose of estimating a possible neural element in the hearing loss must take into account the issue of audibility. Because the articulation index is weighted by the contribution of each test frequency to the speech spectrum it provides an independent measure of audibility in relation to pure-tone threshold sensitivity.

Word recognition ability at the conversational level declined with age at a rate that did not differ between men and women. The general worsening of hearing sensitivity with age, which is confirmed herein by the significant elevation of thresholds and fall in articulation index with increasing age, is undoubtedly the major factor in this decline. The difference between men and women in the decrease in the maximum word recognition score with age raises the possibility of a neural component of this phenomenon. However, after adjustment for the significantly lower articulation index and the greater proportion of sharply sloping audiometric configurations in men, it would appear that the differences in word recognition performance between men and women in this population are due more to audibility than to discrimination capability. Nonetheless, these data do not exclude the possibility that central processing of speech may differ between men and women.

### Immittance

The acoustic compliance did not change to any clinically significant degree with age. Thus, in this population, there is no demonstrable stiffening of the middle ear mechanism, a postulated cofactor in the pathogenesis of presbycusis. Abnormal middle ear function, in terms of negative middle ear pressure and low immittance was uncommon.

The mean contralateral and ipsilateral acoustic reflex thresholds remained within normal limits across the age groups. Normal acoustic reflex thresholds associated with elevated pure-tone thresholds are generally recognized as evidence for a cochlear site of hearing loss (Jerger, Jerger, & Mauldin, 1972). The lower mean thresholds associated with ipsilateral stimulation may be due to the difference in calibration of earphones (used for contralateral stimulation) and probe tubes (used for ipsilateral stimuli) but selection bias may be a factor because only those subjects with contralateral reflexes were tested for ipsilateral reflexes. The proportion of subjects without a contralateral acoustic reflex (12.3%) was lower than that reported by Gelfand and Piper (1984) who found absence of the reflex in 43 of 166 (25.9%) normal subjects over the age of 60.

Reflex decay was minimal and abnormal decay (>50%) was observed in only one subject, using contralateral stimulation. Oviatt and Kileny (1984) noted 50% or greater reflex decay in 5% of normal subjects with contralateral reflex testing and in none with ipsilateral testing. Because reflex decay is generally associated with retrocochlear lesions, the acoustic reflex results support a cochlear site of lesion in these subjects.

### Hearing Aid Use

These results indicate a potential need for hearing aids in excess of their actual use. Forty-one percent of the cohort had a hearing handicap of 10% or greater and 41% complained of a hearing problem. By either criterion, these people would warrant a hearing aid evaluation. While only 10% of the cohort had used a hearing aid and only 8% continued to do so, 75% of those noting a hearing problem had never used an aid. Of those with a hearing handicap of >15% and an improvement of 12 percentage points or greater in speech testing with audiometer amplification, 90% were not using a hearing aid. We find no reason to suspect that this cohort differs from the general population in this regard.

As with any prosthetic device, hearing aid use is likely to be a function of the benefits of the device, the user's deficits, and, though often ignored, the user's needs. Many factors are likely to influence the decision for or against the purchase of an aid: finances, personal competency, dislike of devices, lack of awareness regarding the potential benefit, a lowered dependency upon interpersonal communication, and, perhaps, a lesser need for the same degree of communication efficiency once needed to maintain their position with their peers as members of a social group. We are unable to assess the role of these factors in this study.

### Bias

We report the subjects' history of hearing loss and their attribution of causality without validation. Because of the lack of prospective assessment of hearing in this group it is not possible to confirm the subjects' recollection of the events leading to their awareness of their hearing dysfunction or the accuracy of the presumed etiology.

Although this cohort was selected by population sampling, the generalizability of the hearing results to other populations may be limited to an unknown degree by the fact that a large proportion of the men worked in

industries often associated with hazardous noise exposure. Because retrospective documentation of the degree and extent of noise exposure can not be accomplished, the significance of this factor can not be estimated except to note that it is a likely source of bias and that comparison of these data to other populations without such exposure may not be valid.

Although most, but not all, surviving members of the cohort were able to participate in these hearing tests, it is not possible to test whether the results of the testing were biased in this regard.

## REFERENCES

AMA Guide for the Evaluation of Hearing Handicap, American Academy of Otolaryngology Committee on Hearing and Equilibrium and American Council of Otolaryngology Committee on the Medical Aspects of Noise. JAMA 1979;241:2055-2059.

American National Standards Institute. Specifications for Audiometers. ANSI S3.6-1969, R-1973, New York. American National Standards Institute, 1970.

Bess FH: Clinical assessment of speech recognition. In Konkle DF and Rintelmann WF, Eds. Principles of Speech Audiometry. Baltimore: University Park Press, 1983.

Bunch C: Age variations in auditory acuity. Arch Otolaryngol 1929;9:625-636.

Clark JG: Uses and abuses of hearing loss classifications. ASHA 1982;23:493-500

Corso J: Aging and auditory thresholds in men and women. Arch Environ Health 1963;77:385-405.

Cooper JC Jr, Owen JH: Audiologic profile of noise-induced hearing loss. Arch Otolaryngol 1976;102:148-150.

Dawber TR: The Framingham Study. Cambridge, MA: Harvard University Press, 1980.

Gaeth JH: Study of phonemic regression in relation to hearing loss [Thesis]. Northwestern University, 1948.

Gelfand AS, Piper N: Acoustic reflex thresholds: variability and distribution effects. Ear Hear 1984;5:228-234.

Glorig A, Nixon J: Hearing loss as a function of age. Laryngoscope 1962;72:1596-1610.

Goetzinger CP, Proud GO, Dirks D, Embrey J: A study of hearing in advanced age. Arch Otolaryngol 1961;73:662-673.

Goycoolea MV, Goycoolea HG, Farfan CR, et al: Effect of life in industrialized societies on hearing in natives of Easter Island. Laryngoscope 1986;96:1391-1936.

Harbert F, Young IM, Menduke H: Audiological findings in presbycusis. J Aud Res 1966;6:297-312.

Hinchcliffe R: The threshold of hearing as a function of age. Acoustica 1959;3:303-308.

Kirikae I, Sato T, Shitara T: A study of hearing in advanced age. Laryngoscope 1964;74:205-220.

Jerger J, Jerger S, Mauldin L: Studies in impedance audiometry: I. Normal and sensorineural ears. Arch Otolaryngol 1972;96:513-523.

Le CT: Testing for linear trends in proportions using correlated otolaryngology or ophthalmology data. Biometrics 1988;44:299-303.

Lloyd LL, Kaplan H: Audiometric Interpretation: A Manual of Basic Audiometry. Baltimore: University Park Press, 1978.

Manual Pure-Tone Audiometry. ASHA 1987;20:297-301.

Milne J, Lauder I: Pure tone audiometry in older people. Br J Audiol 1975;9:50-58.

Moscicki EK, Elkins EF, Baum HM, McNamara PM: Hearing loss in the elderly: An epidemiologic study of the Framingham heart study cohort. Ear Hear 1985;6:184-190.

National Center for Health Statistics. Collins JG. Prevalence of selected chronic conditions, United States, 1979-1981. Vital and Health Statstics. Series 10, No. 155. OHHS Pub. No. (PHS) 86-1583. Public Health Service. Washington, DC: U.S. Government Printing Office. July 1986.

National Strategic Research Plan. National Institute on Deafness and Other Communication Disorders, National Institutes of Health. Bethesda, MD, April 1989.

Oviatt DL, Kileny P: Normative characteristics of ipsilateral acoustic reflex adaptation. Ear Hear 1954;5:145-152.

Popelka GR, Mason DI: Factors which affect measures of speech audibility with hearing aids. Ear Hear 1987;8:109s-118s.

Rosen S, Bergman M, Plester D, El-Mofty A, Satti M: Presbycusis: Study of a relatively noise free population in the Sudan. Ann Otol Rhinol Laryngol 1962;71:727-743

Shucknecht H: Further observations on the pathology of presbycusis. Arch Otolaryngol 1964;80:369-382

Thornton AR, Raffin MJ: Speech-discrimination scores modeled as a binomial variable. J Speech Hear Res 1978;21:507-518.

Yellin HW, Jerger J, Fifer RC: Norms for disproportionate loss in speech intelligibility. Ear Hear 1989;10:231-234

Zwarrdemaker H: Der verlust an hohne tonen mit Zunchmenden Alter. Arch Ohrenheilkunde 1891;32:53-56.

Acknowledgements: We appreciate the careful review of this work and thoughtful suggestions by Gerald R. Popelka, PhD and Margaret W. Skinner, PhD.

Address reprint requests to: George A. Gates, M.D., Professor and Vice-Chairman, Department of Otolaryngology (Box 8115), Washington University Medical School, 517 S. Euclid, St. Louis, MO 63110.

Received May 1, 1989; accepted February 11, 1990.