# EXHIBIT 14

Hearing Research 398 (2020) 108079

Contents lists available at ScienceDirect

# Hearing Research

journal homepage: www.elsevier.com/locate/heares




# Identifying three otopathologies in humans

Mark A. Parker, Ph.D. [a][b],*

[a] *Department of Otolaryngology-Head and Neck Surgery, Steward St. Elizabeth's Medical Center, 736 Cambridge St., SMC-8, Brighton, MA 02135, United States*
[b] *Tufts University School of Medicine, Boston MA, United States*



**ARTICLE INFO**

*Article history:*
Received 23 April 2020
Revised 25 August 2020
Accepted 16 September 2020
Available online 24 September 2020

*Keywords:*
Cochlear synaptopathy
Outer hair cell
Auditory nerve
Speech-in-noise
Hearing-in-noise
Quick SIN
CAP
SP/AP ratio
Electrocochleography
Hidden hearing loss

**ABSTRACT**

*Objectives:* Hearing-in-noise (HIN) is a primary complaint of both the hearing impaired and the hearing aid user. Both auditory nerve (AN) function and outer hair cell (OHC) function are thought to contribute to HIN, but their relative contributions are still being elucidated. OHCs play a critical role in HIN by fine tuning the motion of the basilar membrane. Further, animal studies suggest that cochlear (auditory) synaptopathy, which is the loss of synaptic contact between hair cells and the AN, may be another cause of HIN difficulty. While there is evidence that cochlear synaptopathy occurs in animal models, there is debate as to whether cochlear synaptopathy is clinically significant in humans, which may be due to disparate methods of measuring noise exposure in humans and our high variability in susceptibility to noise damage. Rather than use self-reported noise exposure to define synaptopathic groups, this paper assumes that the general population exhibits a range of noise exposures and resulting otopathologies and defines cochlear synaptopathy "operationally" as low CAP amplitude accompanied by normal DPOAE levels in persons with low pure tone averages. The first question is whether the standard audiogram detects AN dysfunction and OHC dysfunction? The second question is whether HIN performance is primarily dependent on AN function, OHC function, or both functions?

*Design:* Adult subjects have been recruited to participate in an ongoing study and variables such as age, self-reported gender, pure tone audiometry (0.25–20 kHz), subjective perception of HIN difficulty, Quick Speech-in Noise (QuickSIN) test, 45% time compressed word recognition (WR) in 10% reverberation and WR in the presence of ipsilateral speech-weighted noise have been collected. These variables were correlated with OHC function measured by distortion-product otoacoustic emission (DPOAE) signal to-noise-ratio (SNR), and AN function measured by compound action potential (CAP) peak amplitude and ratio to summating potential measured using electrocochleography.

*Results:* Synaptopathy, by this operational definition, may be present in as many as 30% of individuals with normal hearing. Persons hearing within normal limits may exhibit HIN difficulties, and persons with hearing within normal limits may exhibit two distinct types of otopathologies undetected by the standard audiogram (a.k.a. hidden hearing loss) namely operational cochlear synaptopathy and OHC dysfunction. AN untuning secondary to OHC dysfunction is a third otopathology that occurs in subjects with a Mild–Moderate sensorineural hearing loss (SNHL). Clinical norms for each of these otopathologies are presented. Finally, the data show that operational cochlear synaptopathy does not correlate with HIN dysfunction. Rather, HIN performance is primarily governed by OHC function, while AN untuning also plays a lesser but statistically significant role.

*Conclusions:* The results of this study suggest the following: (1) persons hearing within normal limits may exhibit HIN difficulties; (2) persons hearing within normal limits may exhibit undetected otopathologies, namely AN dysfunction and OHC dysfunction; (3) AN untuning secondary to OHC dysfunction occurs in subjects with Mild–Moderate SNHL; (4) HIN performance is primarily governed by OHC function rather than AN function.

© 2020 Elsevier B.V. All rights reserved.

* Correspondence to: Department of Otolaryngology-Head and Neck Surgery, Steward St. Elizabeth's Medical Center, 736 Cambridge St., SMC-8, Brighton, MA 02135, United States.
*E-mail address:* Mark_Allen.Parker@Tufts.edu

https://doi.org/10.1016/j.heares.2020.108079
0378-5955/© 2020 Elsevier B.V. All rights reserved.



M.A. Parker                                                                                                              Hearing Research 398 (2020) 108079

## 1. Introduction

It is clear that the audiogram, which is the standard metric of audition in humans, is inadequate in identifying many otopathologies that contribute to hearing impairment (Liberman et al., 2016; Makary et al., 2011; Moore, 2002). Part of this inadequacy is seen in the clinic where people with auditory pure tone averages (PTAs) within normal limits (WNL), which is generally considered to consist of PTAs less than the Mild degree of sensorineural hearing loss (PTA < 25 dB HL), may report difficulty hearing, particularly in noisy environments. It is becoming evident that people with audiometric thresholds WNL may experience "hidden hearing loss", defined as a phenomenon which is an otopathology that is not described by the standard audiogram. For example, difficulty with speech recognition in the presence of background noise is a primary complaint of both the hearing impaired and the hearing aid (HA) user, and may also be reported in persons hearing thresholds WNL because difficulty HIN may be caused by otopathologies not detected by the standard audiogram.

Scientists using animal models have theorized that cochlear (auditory) synaptopathy, which is the loss of the synaptic connection between inner hair cells (IHCs) and AN fibers, may impair the ability to hear in complex listening situations such as speech understanding in the presence of background noise (Furman et al., 2013; Kujawa and Liberman, 2006; Kujawa and Liberman, 2009). This research has shown that a single noise exposure of sufficient intensity to cause a temporary threshold shift (TTS) may result in a permanent damage to the IHC/AN synapse, however whether synaptopathy is associated with the size or duration of the TTS remains an open question. While the seminal work on cochlear synaptopathy was conducted on noise exposed animals, cochlear synaptopathy is thought to also be caused by aging, impulse or blast injury, and gentamicin treatment in mice (reviewed in Liberman and Kujawa, 2017), and it is plausible that mutations of the structural proteins that comprise the IHC ribbon synapse may also cause synaptopathy.

Cochlear synaptopathy is measured histologically by the loss of synaptic contact between the AN and the IHC and measured functionally by both the decrease in wave I amplitude of the auditory brainstem response (ABR) and normal OHC responses after recovery from the TTS. While cochlear synaptopathy may be verified histologically in fixed tissue, this method is impossible to obtain in otherwise healthy human subjects, and so researchers are limited to functional measures of cochlear synaptopathy in human subjects.

A growing concern for clinicians is that cochlear synaptopathy, if it occurs in humans, may result in permanent neural damage to the auditory system that is unlikely to be detected by the standard audiological assessment (Maison, 2017). In theory, this type of neural synaptopathy could manifest in humans as difficulty understanding speech in the presence of background noise, a common complaint of many people in the clinical population, even those with hearing sensitivity within the normal range. However, recent research on the existence of cochlear synaptopathy in humans has been somewhat divided in the current literature, which is likely due to disparate methods of measuring specific types and amounts of noise exposure in humans and individual variability to noise damage. Studies in which researchers have categorized subjects into high and low noise exposure groups using self-report as a means of quantifying noise exposure over a person's lifetime have found no statistically significant correlation of noise exposure with wave I amplitude (Prendergast et al., 2017). However, other studies in which researchers have categorized subjects into high and low noise exposure groups based on their relative risk for noise exposure such as musicians/audiology students (Liberman et al., 2016) or firearm users/no fire arm use (Bramhall et al., 2017) have found a statistically significant decrease in wave I amplitudes in groups of persons at high risk for noise overexposure. The former study also showed an increase in the summating potential, which resulted in a significantly decreased AP/SP ratio in the musician group (largely male) relative to the CSD student group (largely female). In the above studies, researchers assigned subjects to groups based on self-reported noise exposure levels, which can be an unreliable method of measuring noise exposure and can also serve as a source of selection bias. Importantly, it is also known from both animal and human models that a given noise exposure results in highly variable amounts of hearing loss among individuals. The observation that some individuals were more susceptible to hearing loss than others has led to the theories of "tough ears" (Cody and Robertson, 1983; McClellan et al., 2014) or genetic susceptibility for hearing impairment (Yang et al., 2015), which could also influence the effects of noise exposure on synaptopathy since individual responses to a noise overexposure may vary. For these reasons, measuring synaptopathy in humans has been difficult using current methods of investigation.

Another option is to assume that the general population exhibits a range of noise exposures, individual variation of noise damage and resulting otopathologies, and define cochlear synaptopathy "operationally" (a method or manner of functioning Merriam-Webster, 2019) as low CAP amplitudes accompanied by normal DPOAE responses. This definition of operational synaptopathy was applied to a clinical database to answer the following questions; (1) Can AN dysfunction and OHC dysfunction be detected in the standard audiogram? (2) Is HIN performance is primarily dependent on AN function, OHC function, or both functions? Assuming that the general population has a wide range of noise exposure and resulting otopathologies, the aim was to compare HIN performance to AN and OHC functional measurements and determine whether loss of AN or OHC function affects HIN performance.

The results of this study suggest the following: (1) persons hearing within normal limits may exhibit HIN difficulties; (2) persons hearing within normal limits may exhibit undetected otopathologies, namely AN dysfunction and OHC dysfunction; (3) AN untuning secondary to OHC dysfunction occurs in subjects with Mild–Moderate SNHL; (4) HIN performance is primarily governed by OHC function rather than AN function. The results of this study also have clinical implications so clinical norms for each of these otopathologies are also presented.

## 2. Materials and methods

This paper provides cumulative data from a continuing clinical study that consist of 218 adults to date (Parker, 2013). There have been two previous publications from this data set (Table 1). An initial paper described the effects of CAP amplitude on HIN performance using the Quick Speech-in-noise test (QuickSIN) (Bramhall et al., 2015). This data set was expanded to include additional CAP metrics (stimulus levels, latencies), hearing-in-quiet assessments, and OHC function measured by DPOAE SNRs and thresholds (Hoben et al., 2017). Since then, the data set has been further expanded to include subjective rating of HIN difficulty and additional HIN tests (Table 1). This current paper consists of aggregate data from these 3 studies to increase the statistical power. Therefore, the sample size is larger for CAP amplitude and QuickSIN scores than DPOAE data set. Similarly, self-reported HIN difficulty has a smaller sample size. Also, the smaller data set (Cohort 3 from Table 1) only compared the QuickSIN data from the same subjects who were also subject to the objective HIN tests. Regardless, all of the data presented here were collected from the same subject pool and were subjected to the same protocols using the same equipment.

**Table 1**
Study cohorts and associated testing.

| Cohort | AN tests | OHC tests | HIN tests | HIQ tests | Data set |
|---|---|---|---|---|---|
| 1 | CAP amplitude | –– | QuickSIN | PTA, hfPTA | Bramhall et al. (2015) |
| 2 | CAP amplitude, latency* | DPOAE SNR and threshold | QuickSIN | PTA, hfPTA, Word recognition* | Hoben et al. (2017) |
| 3 | CAP amplitude | DPOAE SNR | QuickSIN, subjective HIN difficulty, WRS + SWN, TC | PTA, hfPTA, uhfPTA | Current publication |

*=level dependent measurements. HIQ = Hearing in quiet.

### 2.1. Subjects

English speaking adults (45% males and 55% females) age range 19–71 (mean of 49.6 years old +/− 17.7 s.d.) from the clinic at St. Elizabeth's Medical Center in Boston, MA have been recruited to participate in this study (Parker 2013-currently enrolling). All study procedures approved by the St. Elizabeth's Institutional Review Board and all participants in the study provided informed consent. Recruitment advertisements for this study were shown on all digital billboards throughout the Medical Center, cafeteria, and waiting rooms. Additionally, all subjects seen for routine audiometry in the Otolaryngology department were offered the chance to participate in this study. An audiological evaluation including tympanometry, air and bone conduction thresholds, speech reception threshold (SRT), and Word Recognition in Quiet using NU-6 word lists was completed for each subject. The inclusion criteria consisted of a high frequency pure tone average (hfPTA =mean of thresholds at 1, 2, 4 and 6 kHz) of 50 dB HL or less (the highest thresholds where reliable electrocochleography could be obtained), normal (Type A) tympanometry using a 226 Hz probe tone (Jerger et al., 1972), no conductive pathology, no pure tone asymmetry >10 dB HL between ears, no documented otological disease, and a native speaker of English.

In addition to the tests collected on this large cohort, a smaller pilot study (Table 1) has been added to the existing protocol which included self-reported difficulty HIN (not taken into consideration during subject recruitment), ultra-high frequency audiometry (9–20 kHz), Word Recognition Score (WRS) in the presence of 0 SNR ipsilateral speech-weighted masking noise (SWN), and 45% Time compressed WRS in 10% reverberation (Liberman et al., 2016). All the measurements were recorded from the best ear based on their pure tone average (PTA). The entire procedure took approximately 2 h to complete and most subjects broke these into two 1 h sessions.

### 2.2. Audiometry

A Madsen Astera audiometer was used to generate the pure tone and speech stimuli and responses were recorded on GN Otometrics Otosuite V 4.70.00 software. Behavioral thresholds were obtained at 0.25, 0.5, 1, 2, 3, 4, 6, and 8 kHz using a modified Hughson-Westlake procedure (Carhart and Jerger, 1959) in 5 dB HL steps under a calibrated insert earphone in an audiometric sound booth. Speech reception threshold (SRT) using recorded materials were obtained with this same procedure using spondee words rather than pure tone stimuli. Four-frequency PTA was calculated as the threshold values between 0.5, 1, 2, and 4 kHz as described in Bramhall et al. (2015). High frequency pure tone average (hfPTA) was calculated as the threshold values between 1, 2, 4, and 6 kHz as described in Hoben et al. (2017). Ultra-high frequency (a.k.a. extended high frequency) pure tone average (uhfPTA) was calculated as the threshold values between 9 and 16 kHz using HAD-200 earphones.

### 2.3. Hearing-in-noise assessment

The QuickSIN test (Killion et al., 2004) was used to measure speech recognition in the presence of background noise. Sentences were presented at 0, 10, 20, and 40 dB sensation level (SL; relative to SRT) in the presence of multi-talker babble varying in signal-to noise (SNR) ratio from 0 to 25 dB HL. Subjects were familiarized with the task using one practice list and then presented with 2 scored lists for each ear. Scores were averaged and reported as mean SNR Loss, with larger positive numbers indicating poorer performance. Word Recognition Score (WRS) presented at 40 dB SL in the presence of ipsilateral speech weighted noise presented at 0 SNR, and 45% time-compressed WRS in 10% reverberation (TC) presented at 40 dB SL were also included, since these tests have been described as identifying cochlear synaptopathy in humans (Liberman et al., 2016).

### 2.4. Outer hair cell function

OHC function was measured using Distortion Product Otoacoustic Emission (DPOAE) SNRs evoked from a Madsen Capella II Otoacoustic system and recorded using Otosuite software (version 4.70.00) as previously reported (Hoben et al., 2017). DPOAE amplitudes were measured using an 8 to 1 kHz f2 frequency sweep, where L1 was set to 65 dB SPL and L2 was set to 55 dB SPL (f2/f1 ratio = 1.22). The amplitude of the 2f1–f2 distortion product (dB SPL) was subtracted from the amplitude noise floor (dB SPL) measured at an adjacent frequency bin and the resulting product is presented as dB SNR in the data below. These recordings were repeated three times, and DPOAE dB SNRs were averaged to obtain the mean dB SNR per f2.

### 2.5. Auditory nerve function

Electrocochleography (ECochG) was used to measure AN function in human subjects. ECochG waveforms were obtained using the Bio-logic Navigator Pro auditory evoked potentials system and incorporating gold foil wrapped triptrode electrodes (Intelligent Hearing Systems) coupled with Bio-logic insert earphones. The subjects' external auditory meati were sterilized using an ethanol-soaked Q-tip, and abraded using NU–prep. Gold-foil triptrode electrodes were coated with electrolytic gel, and then inserted into the external auditory meatus. The contralateral triptrode served as the reference electrode and the ground electrode was placed on the high forehead (horizontal montage). An alternating polarity 4000 Hz tone burst stimulus (Blackman ramp with a four cycle rise and fall) was presented at a repetition rate of 13.3/s with a 10–1500 Hz filter and an amplifier gain of 50,000 and digitized in a 10.66 ms time window. The average waveform was generated from 1000 sweeps. Acoustic stimuli were presented at 80 dB peSPL. Average ECochG waveforms were analyzed by an experienced audiologist. The CAP was identified as the largest peak occurring 1.0–2.5 ms after stimulus onset and the amplitude was measured with

M.A. Parker                                                                                                         Hearing Research 398 (2020) 108079

Table 2

Self-reported HIN difficulty is not correlated with age or hearing thresholds. A heat map illustrates the correlation (r) and regression ($r^2$) strength between subjective HIN difficulty, age, and audiometric thresholds for all subjects in the Pilot study and objective speech in noise measures for subjects with thresholds less than 25 dB HL. The greater the QuickSIN score the greater difficulty HIN. The deeper the red color the stronger the $r$ or $r^2$. Statistically significant Pearson correlations ($p<0.05$) if any, are highlighted in yellow. SRT = Speech Recognition Threshold, PTS =Pure Tone Average, hfPTA = high frequency Pure Tone Average, uhfPTA = ultra-high frequency Pure Tone Average, WRS =Word Recognition Score, SWN = Speech Weighted Noise, TC = 10% Time Compressed Speech in 45% Reverberation, WNL = Within Normal Limits.

|  |  | All Subjects |  |  |  |  | Subjects WNL |  |  |
|---|---|---|---|---|---|---|---|---|---|
|  |  | Age | Threshold |  |  |  | Speech in Noise |  |  |
|  |  |  | SRT | PTA | hfPTA | uhfPTA | WRS + SWN | TC | QuickSIN |
| Subjective HIN Difficulty | r = | -0.150 | 0.029 | 0.130 | 0.133 | 0.037 | -0.249 | -0.447 | 0.327 |
|  | $r^2$ = | 0.022 | 0.001 | 0.017 | 0.018 | 0.001 | 0.062 | 0.200 | 0.107 |
|  | p = | 0.413 | 0.875 | 0.477 | 0.469 | 0.841 | 0.185 | **0.012** | **0.002** |

Heat Map

| 0.0 | 0.1 | 0.2 | 0.3 | 0.4 | 0.5 | 0.6 | 0.7 | 0.8 | 0.9 | 1.0 |

the Bio-logic Auditory Evoked Potential software (version 6.2.0) as the difference in voltage between the peak of the CAP and the following trough (CAP p-t; (Bramhall et al., 2015; Hoben et al., 2017; Lasky, 1984). CAP latency was measured as the time (ms) between the onset of the stimuli and the CAP peak (Hoben et al., 2017). In addition, base to CAP peak (AP) and base to summating potential (SP) amplitudes were also recorded (Liberman et al., 2016). At least two waveforms were generated for each ear and the average amplitudes for each presentation level were obtained and used for further analysis.

2.6. Analysis

After data collection, the patient responses were rank ordered and divided into groups as described below. Power analyses using an alpha of 0.05 determined the power to be >0.8 for analyses between the groups as described below. An analysis of variance (ANOVA) was used to determine statistically significant differences between these groups as discussed below. Tukey's honest significance test (HSD) was used to identify which mean group differences were statistically significant.

A linear regression model was created to determine the relative contributions of the predictors (OHC and AN function) on HIN performance. First, a linear regression was run using QuickSIN scores as the dependent variable and DPOAE SNR and CAP amplitude as independent (continuous) variables. Next, a new variable was defined as the product of DPOAE SNR (f2= 3 kHz) multiplied by CAP amplitude (DPOAE amp * CAP amp), and this was added to the model as another independent variable to analyze the combination of OHC and AN function on HIN performance respectively. In order to determine the change in HIN performance corresponding to one standard deviation change of the OHC and/or AN function, the DPOAE SNR values (f2=3 kHz) and CAP amplitude values were standardized using the formula; standardized X = (X-mean)/standard deviation. This calculation allows for comparison of the coefficients of these two predictors directly using the Standardized Coefficient (Beta) instead of p-values. Finally, an interaction term using these two standardized prediction values was generated as described above and used in the Linear Regression model as described above.

Three graphical methods were used to visualize the data. Data were plotted either as scatter plots of individual data points for correlational analysis; box and whisker plots using upper and lower quartiles (upper and lower ends of the box), median (line within the box), range of scores (error bars), and suspected outliers (either less than the lower quartile or higher than the upper quartile by 1.5 times the interquartile range, open circles accompanied by subject identification number) in order to better visualize the variance within each group; or mean values with error bars representing the standard error of the mean to visualize the statistically significant differences between groups. For all figures, asterisks represent a $p < 0.05$ and error bars = +/− 1 s.e.m., solid line represents best fit (linear), r= correlation coefficient (Pearson), $r^2$= coefficient of determination (Pearson correlation coefficient squared), unless otherwise noted.

3. Results

3.1. Persons with normal auditory thresholds may report difficulty HIN

The pilot study ($n=32$) suggested that self-rated difficulty HIN is independent of both age and the degree of SNHL (Table 2) and may be common in persons with hearing within the normal range. Subjects were asked, "Please rate your difficulty hearing in background noise on a scale of 0–100, with 0 representing no difficulty hearing in background noise and 100 representing severe difficulty in all situations with background noise". The results showed no statistically significant correlation between a person's subjective ratings of HIN difficulty, their age, degree of hearing loss measured by speech reception threshold (SRT), PTA, hfPTA, or uhfPTA. Interestingly, of the 15 persons who rated HIN difficulty 50% or greater, 10 subjects had PTAs WNL (less than 25 dB HL) on the standard audiogram (Fig. 1 box). Four persons in this group had PTAs between 15 and 24 dB HL, which corresponds to a range of Minimal (a.k.a. Slight) SNHL that is typically used solely in pediatrics, and 6 subjects had PTAs less than 14 dB HL. Persons with PTA less than 25 dB HL exhibited statistically significant inverse correlations between self-reported HIN performance and 45%-time compressed speech in 10% reverberation and the QuickSIN (Table 2). These data suggested that persons who have hearing sensitivity within the accepted normal range of hearing may report difficulty HIN. Given the evidence of cochlear synaptopathy in animal studies and other types of otopathologies not recorded in the standard audiogram,

M.A. Parker  Hearing Research 398 (2020) 108079



**Fig. 1.** Persons hearing within normal limits may exhibit difficulty HIN. Persons hearing WNL (PTA<25 dB HL) may report difficulty HIN 50% of the time or greater (box). Dashed line separates persons with Minimal SNHL (PTA<15 dB HL).

it is logical to assume that some undetected otopathology may be hindering HIN performance in some persons hearing WNL.

*3.2. OHC dysfunction occurs in persons with hearing thresholds WNLs*

A larger study from the data set ($n$=84) indicated that OHC function was normally distributed and a coefficient of correlation (Pearson) demonstrated that DPOAE SNRs were strongly ($r$=−0.721, $r^2$=0.521) and statistically significantly ($p$<0.001) correlated with pure tone thresholds (Fig. 2A). These subjects were divided into Normal (PTA < 15 dB HL; $n$=45), Minimal (15<PTA>24 dB HL; $n$=20), and Mild–Moderate (PTA>25 dB HL; $n$=20) SNHL groups (Fig. 2B) and an ANOVA determined that a statistically significant difference in PTA ($p$<0.001) was present between these groups (Supplemental Table 1). The Mild–Moderate group was included in this analysis as a positive control for otopathological damage. DPOAE SNRs were greatest in persons exhibiting PTA s less than 15 dB HL, while persons with PTAs within the Minimal SNHL range exhibited a statistically significant reduction in DPOAE SNRs and elevated DPOAE thresholds (data not shown but is similarly reported in Hoben et al., 2017), which is a trend that progressed with increasing degree of SNHL. An ANOVA demonstrated a statistically significant difference in DPOAE SNR existed between the Normal and Minimal groups ($p$<0.001) and between the Normal and Mild–Moderate groups ($p$<0.001; Supplemental Table 2). Notably, there was no statistically significant difference in DPOAE SNR between the Minimal and Mild–Moderate Groups ($p$=0.262; Supplemental Table 2). This suggested that OHC dysfunction occurs even in persons with Minimal SNHL and is similar to what has been reported by Gorga et al. (1997) in a larger data set of 1267 ears.

*3.3. OHC function correlates with HIN performance*

HIN performance was also statistically significantly correlated with OHC function. Table 3 showed that DOPAE SNRs, particularly from 1 to 6 kHz, were strongly and statistically significantly correlated with all three HIN assessments. The strongest correlation between DPOAE SNR and HIN performance occurred with DPOAEs elicited from a f2 of 3 kHz and showed the strongest correlation with 45% Time Compressed WR in the presence of 10% reverberation ($r$=0.809; $r^2$=0.654, $p$<0.001), followed by 3 kHz DPOAE SNR and the QuickSIN ($r$=0.675; $r^2$=0.456, $p$ <0.001), and then WRS in the presence of 0 dB SWN ($r$=0.458; $r^2$=0.210, $p$=0.011; Fig. 2C). Because of this, and because the largest difference in emission SNR was observed between the Normal and Minimal groups at f2 = 3 k Hz in this paradigm (Fig. 2B), the dB SNR at frequency (f2 = 3 kHz) will be presented in the ensuing figures for simplification. An ANOVA comparing Quick SIN scores among groups of persons with Normal, Minimal, and Mild–Moderate SNHL (Supplemental Table 3) showed that HIN performance statistically significantly ($p$<0.001) decreases in persons with Minimal SNHL (mean QuickSIN score=3.807, s.d.=2.537, Tukey HSD $p$<0.001) compared to person with normal OHC function (Normal Group; mean QSIN score=1.028, s.d.=2.063), and progressed with Mild–Moderate SNHL (mean QSIN score=5.311 dB SNR Loss, s.d.=3.505, Tukey HSD $p$<0.001; Fig. 3A). A deeper analysis of these groups demonstrated that persons in both the Normal (Fig. 3B) and Minimal (Fig. 3C) SNHL groups exhibited a statistically significant correlation between OHC function and HIN performance ($p$<0.001 and $p$=0.007 respectively), however persons with Mild and greater losses (Fig. 3D) failed to exhibit a statistically significant correlation between DPOAE SNR and QuickSIN performance ($r$=0.035, $r^2$=0.001, $p$=0.889) even though the mean HIN performance was poorest in this group. These data show that HIN performance correlated with OHC function in persons with Normal or Minimal damage to OHC function, but as OHC damage progressed the effect of OHC function on HIN diminishes.

*3.4. Operationally-defined cochlear synaptopathy is relatively common*

Another study from the larger data set ($N$=131 ears) demonstrated that AN function negatively correlated with hearing thresholds (Fig. 4A) albeit not as strongly as OHC function ($r$=0.577; $r^2$=0.333, $p$<0.001). Overall, CAP amplitudes decreased as hearing thresholds increased. However, there were some interesting findings within these data. In particular, CAP amplitudes were more variable in persons with hearing thresholds less than 15 dB HL ($n$= 63; mean=0.343 μV, s.d.=0.180, variance= 0.033), and became both lower in amplitude and less variable as hearing acuity decreased in persons with Minimal ($n$=31; mean=0.197 μV, s.d.=0.108, variance= 0.012, 95% CI= 0.158–0.237 μV) and Mild–Moderate SNHL ($n$=37; mean=0.169 μV, s.d.=0.072, variance= 0.005, 95% CI= 0.145–0.193 μV). An ANOVA determined that there

M.A. Parker                                                                                                                                                                     Hearing Research 398 (2020) 108079



Fig. 2. Persons hearing within normal limits may exhibit OHC dysfunction. (A) DPOAE SNRs at 3 kHz (f2) were negatively correlated with pure tone thresholds. Degrees of sensorineural hearing loss are indicated as Mild–Moderate (triangles), Minimal SNHL (squares) compared to the Normal group (circles). (B) Mean group values provide evidence for OHC dysfunction in persons hearing WNL seen by the reduced DPOAE SNR in persons with Minimal SNHL compared to the Normal group. Diminished DPOAE SNRs progressed for the Mild–Moderate SNHL groups. * = statistically significant difference from the Normal group, ** = statistically significant difference from the Mild–Moderate group. (C) The strongest correlations between HIN performance and DPOAE SNR occurred at 3 kHz (f2) for each of the three HIN tests and are illustrated (Table 3). HIN performance for each test was directly correlated with DPOAE SNR. Please note that negative QuickSIN values corresponded to better HIN performance. Some data points may be superimposed. (For interpretation of the references to color in this figure, the reader is referred to the web version of this article.)

was a statistically significant difference in CAP amplitudes between these groups ($p<0.001$; Supplemental Table 4). A Tukey HSD determined that there was a statistically significant decrease in amplitudes between the Normal group and both the Minimal ($p<0.001$) and Mild–Moderate ($p<0.001$) SNHL groups, however there was no statistically significant difference between the Minimal and Mild–Moderate SNHL groups ($p=0.695$).

The variability of CAP amplitudes within the Normal group is noteworthy. It could be assumed that subjects exhibiting lower CAP amplitudes may exhibit some form of AN dysfunction when defined by the CAP amplitudes observed in those with known impairment. The upper bound 95% CI of the Minimal group, where OHC dysfunction becomes statistically significant, is 0.237 μV (Fig. 4A dashed line). As can be seen from Fig. 4A, virtually every subject in the positive control group for impairment (Mild–Moderate group) exhibited CAP amplitudes below this threshold (dashed line), and there are relatively few persons in this positive control group that exhibited high amplitude CAP thresholds (above the dashed line) as compared to individuals in the Normal group. Furthermore, no subjects in the Mild–Moderate group exhibited CAP amplitudes above the Normal Group mean amplitude (thick horizontal line). This data defines the CAP amplitude expected from the damaged ear.

If this threshold of damage is used to define AN dysfunction, then applying this value as the cutoff between normal and abnormal AN function demonstrated that the "Normal" group consisted of two sub-populations, one exhibiting higher amplitudes as expected from normal ears ($n=44$; mean=0.435 μV) and the other 30% of this group (Fig. 4B) exhibiting lower CAP amplitudes similar to amplitudes observed in damaged ears ($n=19$; mean=0.132 μV; Fig. 4C). Both of these sub-populations exhibited relatively equivalent variances (s.d.=0.013 and 0.020 respectively). As illustrated with the dashed line in Fig. 4A, the CAP amplitudes of this lower subpopulation were equivalent (no statistically significant differences) to the amplitudes measured in persons with Minimal and Moderate-Severe SNHL, yet they exhibit an equivalent PTA (mean=7.6 dB HL, s.d.=3.9, $p=0.490$) as their higher amplitude counterpart (mean=4.7 dB HL, s.d.=4.5; Fig. 4D). Finally, there is no statistically significant difference ($p=0.563$) in DPOAE SNR between the high and low CAP amplitude sub-populations (Fig. 4E; mean=18.865 dB SNR, s.d.=7.559 and 16.458 dB SNR, s.d.=9.690 respectively), and both subgroups exhibited DPOAE SNRs within the range of the Normal group (Figs. 4F and 2B). Therefore, this subpopulation of the Normal group that exhibits lower CAP amplitudes in ears with normal OHC function meets the operational definition of cochlear synaptopathy (here forth referred to as the Synaptopathy group), and comprises 30% the Normal group (Fig. 4B).

CAP amplitudes have been shown to be greater in females compared to males (Stamper and Johnson, 2015). While the Nor-

Table 3
DPOAE SNR is correlated with and HIN performance. A heat map illustrates the correlation ($r$) and regression strength ($r^2$) between DPOAE SNR (F2 frequency) and individual HIN tests. Word recognition presented at 40 dB SL in the presence of 0 dB SNR ipsilateral speech weighted noise (WRS + SWN), 45% Time compressed WR in the presence of 10% reverberation (TC), Quick speech in noise test (QuickSIN). The deeper the red color the stronger the $r$ or $r^2$. Statistically significant Pearson correlations ($p<0.05$) are highlighted in yellow.

| DPOAE SNR | | Hearing-in-Noise | | |
|---|---|---|---|---|
| | | WRS + SWN | TC | QuickSIN |
| 1000 Hz | $r =$ | 0.374 | 0.454 | 0.448 |
| | $r^2 =$ | 0.140 | 0.206 | 0.201 |
| | $p =$ | **0.042** | **0.010** | **0.000** |
| 1500 Hz | $r =$ | 0.263 | 0.476 | 0.453 |
| | $r^2 =$ | 0.069 | 0.227 | 0.205 |
| | $p =$ | 0.159 | **0.007** | **0.000** |
| 2000 Hz | $r =$ | 0.418 | 0.706 | 0.513 |
| | $r^2 =$ | 0.175 | 0.498 | 0.263 |
| | $p =$ | **0.021** | **0.000** | **0.000** |
| 3000 Hz | $r =$ | 0.458 | 0.809 | 0.675 |
| | $r^2 =$ | 0.210 | 0.654 | 0.456 |
| | $p =$ | **0.011** | **0.000** | **0.000** |
| 4000 Hz | $r =$ | 0.490 | 0.650 | 0.645 |
| | $r^2 =$ | 0.240 | 0.423 | 0.416 |
| | $p =$ | **0.006** | **0.000** | **0.000** |
| 6000 Hz | $r =$ | 0.388 | 0.502 | 0.448 |
| | $r^2 =$ | 0.151 | 0.252 | 0.201 |
| | $p =$ | **0.034** | **0.004** | **0.000** |
| 8000 Hz | $r =$ | 0.074 | 0.093 | 0.091 |
| | $r^2 =$ | 0.005 | 0.009 | 0.000 |
| | $p =$ | 0.696 | 0.620 | 0.409 |

Heat Map
0.0   0.1   0.2   0.3   0.4   0.5   0.6   0.7   0.8   0.9   1.0

mal category consisted of more self-reported females ($n=37$) than males ($n=26$), and the self-reported females in this data set exhibited greater mean CAP amplitudes (mean = 0.364 μV, s.e.m.=0.03) than self-reported males (mean = 0.315 μV, s.e.m.=0.034), these differences were not statistically significant from each other (ANOVA $p=0.294$, data not shown), however the low subject number is this group ($n=63$) yielded a power analysis of this sample of 0.4 ($\alpha=0.05$, $\beta=0.6$), which suggested that a larger sample size would be required to investigate self-reported gender effects in greater detail. The Synaptopathy subgroup ($n=18$) consisted of 11 self-reported males and 8 self-reported females, while the Normal AN function group ($n=45$) consisted of 29 self-reported females and 15 self-reported males.

Finally, there were statistically significant age effects in persons with PTAs less than 15 dB HL as well. As expected, an ANOVA indicated that Age was a statistically significant factor ($p<0.001$) between SNHL groups (Fig. 5A, Supplemental Table 5). A deeper analysis of the Normal group showed that the Synaptopathy group (mean =43.0 yr, s.e.m.=2.10) was statistically significantly older than the Normal AN function group (mean =33.2 yr, s.e.m.=1.48, $p<0.001$; Fig. 5B). Age was negatively correlated with DPOAE SNRs ($r=-0.373$, $r^2=0.139$, $p=0.012$) even though these responses were within the Normal range (Fig. 5C). In contrast, age was more strongly correlated with CAP amplitudes ($r=-0.642$, $r^2=0.412$, $p<0.001$; Fig. 5C). This suggested that the incidence of operational synaptopathy increases with age.

3.5. HIN performance is correlated with AN function, but not with operational cochlear synaptopathy

The next question was whether operational synaptopathy correlated with HIN performance as some animal models suggested (Furman et al., 2013). Fig. 4F showed that there was no statistically significant difference ($p=0.689$) in Quick SIN scores between the Synaptopathy group (mean=1.667 dB SNR Loss, s.d.=2.094) and the Normal AN function group (mean=0.597 dB SNR Loss, s.d.=1.966). The pilot study examining different HIN assessments yielded similar non-statistically significant correlations between CAP ampli-

M.A. Parker                                                                                                                        Hearing Research 398 (2020) 108079



Fig. 3. HIN performance is correlated with OHC function. (A) Persons in the Normal hearing group exhibited statistically significantly lower (better) Quick SIN scores than person in the Minimal and Mild–Moderate SNHL groups and Quick SIN scores increased as the degree of SNHL increased. * = statistically significant difference from the Normal group, ** = statistically significant difference from the Mild–Moderate group. (B) Analysis of the Normal group showed a statistically significant direct correlation between Quick SIN performance and DPOAE SNR elicited with a 3 kHz (f2) tone. (C) The Minimal SNHL group also exhibited a statistically significant direct correlation between Quick SIN performance and DPOAE SNR, however, both the mean DPOAE SNRs and the mean QuickSIN performance were diminished compared to the Normal group. (D) Subjects in the Mild–Moderate group did not exhibit a statistically significant correlation between DPOAE SNR and QuickSIN performance. Solid diagonal lines represent best fit (linear). The horizontal dashed line marks the mean SNR for a 3 kHz tone in the Normal group and corresponds to Fig. 2B. The vertical dashed line represents the mean QuickSIN value of the Normal group obtained from panel A. Some data points may be superimposed.

tudes and WRS presented in the presence of 0 dB SNR noise or 45% time compressed WRS (Table 4). In order to determine whether other published methods of measuring cochlear synaptopathy in humans changed these results (Liberman et al., 2016), AN function was also analyzed using base-to-peak AP amplitudes, SP amplitudes, and SP/AP ratio. As shown in Table 4, none of these metrics exhibited a statistically significant correlation with any HIN measure. These findings suggested that operationally-defined cochlear synaptopathy occurs in humans; however, there is not a statistically significant correlation with HIN performance.

This finding is different from a previous study published in our laboratory which found that QuickSIN performance correlated with CAP (a.k.a. wave I) amplitude as a function of PTA (Bramhall et al., 2015). In order to explore this discrepancy, CAP amplitude was correlated with Quick SIN function for all participants (not just the Synaptopathy and Normal groups in Fig. 4) and confirmed the previous finding of a statistically significant correlation between CAP amplitude and QuickSIN performance ($r=0.378$, $r^2=0.143$, $p<0.001$) in those subjects with both greater CAP amplitudes and better (lower) PTAs performing better on the Quick SIN (Fig. 6A). An ANOVA of CAP amplitude and QuickSIN performance between groups demonstrated that the Normal group exhibited statistically significant increases in both CAP amplitude and Quick SIN performance compared to the Minimal and Mild–Moderate SNHL groups (Tukey HSD $p<0.001$ for each of these metrics; Supplementary Tables 2 and 3). Similarly, there was a statistically significant decrease in Quick SIN performance in the Mild–Moderate SNHL group compared to the Minimal SNHL group (Tukey HSD $p<0.001$). However, there was no statistically significant difference in CAP amplitude between the Minimal and Mild groups (Tukey HSD $p=0.695$; Table 3). A deeper analysis of this effect in the hearing impaired groups showed no statistically significant correlations of CAP amplitude and HIN performance within the Normal ($r=-0.158$, $r^2=0.025$, $p=0.219$; Fig. 6B), Minimal ($r=-0.342$, $r^2=0.117$, $p=0.069$; Fig. 6C), and the Mild–Moderate SNHL group ($r=-0.221$, $r^2=0.049$, $p=0.188$; Fig. 6D). These results demonstrated that while there is an overall decrease in both mean CAP amplitude and HIN performance as SNHL progressed from Normal through Mild–Moderate SNHL groups, HIN performance did not correlate with CAP amplitudes within Normal and Minimal SNHL groups as seen with DPOAE function (Fig. 3).

Next, a simple binary logistic regression was performed to examine which factors are predictive of operational synaptopathy (age, self-reported gender, DPOAE SNR, PTA, hfPTA, uhfPTA, subjective hearing difficulty). The results indicated that Age ($p<0.001$) and PTA ($p=0.001$) were the only statistically significant predic-

M.A. Parker    Hearing Research 398 (2020) 108079



**Fig. 4.** Operationally-defined cochlear synaptopathy in persons hearing within normal limits. (A) Evidence for cochlear synaptopathy in "Normal" ears is seen by the variability in CAP amplitude (gray and green boxes), where a subpopulation of lower amplitude responses characteristic of synaptopathy (green box) were similar to reduced amplitudes expected from the hearing impaired that comprise the Mild-Moderate group (below dashed line). Solid sloping line represents best fit (3 order polynomial). Dashed line = upper-bound 95% CI for the Mild–Moderate group. Thick horizontal lines represent mean values for each group. Some data points may be superimposed. (B) Comparison between these 2 groups showed that operationally-defined synaptopathy was relatively common as it accounted for 30% of the subjects with hearing thresholds less than 15 dB HL. Further analysis showed that the operationally-defined synaptopathy group exhibited a statistically significant decrease in CAP amplitude (C), but neither a statistically significant difference in hearing thresholds (D) nor DPOAE SNRs (E). However, the operationally-defined synaptopathy group failed to exhibit a statistically significant decrease in QuickSIN scores as predicted in animal models (F). Error bars = s.d. (For interpretation of the references to color in this figure legend, the reader is referred to the web version of this article.)

tors of synaptopathy (as operationally defined used normal DPOAE amplitude in combination with decreased CAP amplitude). Finally, a linear regression model was derived to investigate the relative contributions of OHC and AN function on HIN performance (Table 5). The results indicated that the main effects of both DPOAE SNR and CAP amplitudes were negatively correlated with QuickSIN performance, with larger amplitudes were correlated with lower (improved) QuickSIN scores. Of these factors, both DPOAE SNR ($t=-5.083$, $p<0.001$) and CAP amplitude ($t=-2.741$, $p=0.013$) showed a statistically significant effect on QuickSIN performance. However, the interaction between DPOAE SNR and CAP amplitude (DPOAE × CAP) failed to show a statistically significant effect on QuickSIN scores. The Standardized Coefficients (Beta), which measures the amount of QuickSIN change corresponding to one standard deviation change for each predictor variable, allows for the direct comparison of OHC function and AN function on HIN performance rather than $p$ values. These data demonstrated that DPOAE SNRs (Beta=$-0.730$) are a stronger predictor of QuickSIN performance than CAP amplitudes (Beta=$-0.313$). Similarly, the effect size (Cohen's $d$) yielded a stronger effect size of DPOAE SNRs ($d=-2.20$) on QuickSIN performance than CAP amplitudes ($d=-0.67$).

## 4. Discussion

Taken as a whole, this preliminary data suggests the following: (1) persons hearing within normal limits may exhibit HIN difficulties; (2) persons hearing within normal limits may exhibit undetected otopathologies, namely AN dysfunction and OHC dysfunction; (3) AN untuning secondary to OHC dysfunction occurs in subjects with Mild–Moderate SNHL; (4) HIN performance is primarily governed by OHC function rather than AN function.

The World Health Organization standard for hearing impairment is defined as audiometric thresholds greater than 25 dB in the better ear and debilitating hearing loss is defined as thresholds greater than 30 dB in children and 40 dB in adults (WHO, 2019). As noted previously, the Minimal (a.k.a. Slight) HL category has been traditionally used in pediatric populations in the United States to highlight the need for speech, language, and amplification intervention in persons exhibiting thresholds in this vulnerable population (Northern and Downs, 1978). However, based on evidence that adults with thresholds within this range may also report difficulty hearing, it has been proposed to include Th the Minimal category in adult populations as well (Martin and Champlin, 2000). This, and other research has led the American National Standards Institute on Acoustics (ANSI, 2005), the American Speech-Language and Hearing Association (ASHA) and the American Academy of Audiology (AAA) to recommend 16 dB HL and higher as the beginning of hearing impairment (Clark, 1981). The data presented in this study support these recommendations. The data presented here shows that persons with hearing thresholds less than 25 dB HL may not only express difficulty HIN (Fig. 1), but also may exhibit one of two otopathologies undetected by standard audiogram interpretation, namely operational cochlear synaptopathy and outer hair

M.A. Parker                                                                                                                  Hearing Research 398 (2020) 108079



**Fig. 5.** Operational synaptopathy increases with age. (A) Mean group age increased as thresholds increased. (B) Persons exhibiting operational synaptopathy in the Normal group were statistically significantly older than those exhibiting Normal AN function. Both DPOAE (C) and CAP amplitudes (D) were also statistically significantly correlated with age. Horizontal dashed line = Synaptopathy upper bound 95% CI. *= statistically significant from Normal group, **= statistically significant from Minimal group, #= statistically significant from Synaptopathy group.

cell dysfunction. AN untuning secondary to OHC dysfunction is a third otopathology undetected in the standard audiogram and appears in persons with thresholds of 25 dB and greater.

### 4.1. Operationally-defined cochlear synaptopathy

Since the synaptic connection between the AN and IHC cannot be measured in living animals, this paper defines cochlear synaptopathy in humans operationally as decreased AN function accompanied by robust OHC responses. Fig. 4A shows that virtually the entire positive control group for impairment (Mild–Moderate group) exhibited diminished CAP amplitudes, while persons with thresholds less than 15 dB HL exhibited a range of CAP amplitudes. If the threshold for AN dysfunction is set at the upper-bound 95% CI for the Minimal group, where OHC damage is first measured (Fig. 4A; red dashed line), it can be seen that persons with hearing below 15 dB HL may exhibit either robust AN function as expected in healthy cochleae, or diminished AN function as seen in damaged ears. OHC dysfunction must be controlled to isolate any effects attributed to AN function. Normal OHC function is illustrated in Figs. 2A and 3B, where it can be seen that persons with thresholds below 15 dB HL exhibit variable yet robust OHC responses. Therefore, the subjects in the green box in Fig. 4A exhibit diminished AN function and Normal OHC function, which meets the operational definition of cochlear synaptopathy and comprises 30% of the subjects in the Normal group of this study. These data suggest that not only does cochlear synaptopathy occur, but it is relatively common in the clinical population.

However, this methodology is not without its criticism. Foremost, the threshold for AN damage can be defined in different ways. For instance, an initial iteration of this manuscript defined CAP amplitude threshold as the highest threshold observed in the positive control group for damage (Mild–Moderate group). This criterion resulted in an increase in the incidence of operational synaptopathy (37%) of the Normal group, but otherwise all the other conclusions remained unchanged. Conversely, qualitative analyses could be performed defining operational synaptopathy at the lowest possible CAP amplitude that also yields no significant difference in DPOAE amplitudes, but this would lead away from the statistical basis of this scientific study. Further studies with a larger cohort of persons with audiometric thresholds less than 15 dB HL should be conducted to investigate this in greater detail.

Additionally, it is possible that there are different otopathologies that correspond to depressed CAP amplitudes. In the case of cochlear synaptopathy, the pathology is the loss of ribbon synaptic connections between the inner hair cell and AN fibers as described in animal models (Furman et al., 2013). However, older persons within the Normal group were more likely to exhibit operational synaptopathy. Given that AN fibers also degenerate with age (Johannesen et al., 2019; Makary et al., 2011), then it could be that operational synaptopathy may also include auditory neuropathy. Additionally other pathologies, such as inner hair cell loss and AN demyelination can also account for reduced CAP amplitudes. While other otopathologies may result in diminished CAP amplitudes, synaptopathy is a plausible explanation for reduced CAP amplitudes for the following reasons: (1) genetic mutations that may selectively impair IHCs are so rare in the general population that they would not explain the high rate (30%) of operational synaptopathy seen in this data, (2) selective IHC lesions in some animal models such as SLC19A2 knock out mice (Liberman et al., 2006) and carboplatin administered to chinchillas (Salvi et al., 2000), have not correlated to human disease on a large scale, (3) an overwhelming preponderance of the data suggests that OHCs are more susceptible to damage than IHCs (Wang et al., 2002; Nicotera et al.,

M.A. Parker                                                                                                        Hearing Research 398 (2020) 108079

**Table 4**
CAP function is not correlated with HIN performance. In contrast to Table 3, none of the CAP measurements statistically significantly correlated ($r$) with any HIN test regardless of the method of measuring CAP function. CAP peak to following trough (CAP p-t), latency (lat), Summating potential (SP) measured base to peak, CAP amplitude measured base to peak (AP amp), ratio of SP amp to CAP amp (SP/AP ratio). The deeper the red color the stronger the $r$ or $r^2$. Statistically significant Pearson correlations ($p<0.05$) if any, are highlighted in yellow.

| ECochG (99 pe dB SPL click) | | Hearing-in-Noise | | |
|---|---|---|---|---|
| | | WRS + SWN | TC | QuickSIN |
| AP p-t | $r =$ | 0.148 | 0.118 | 0.084 |
| | $r^2 =$ | 0.022 | 0.014 | 0.007 |
| | $p =$ | 0.481 | 0.567 | 0.689 |
| AP lat | $r =$ | 0.176 | 0.286 | 0.265 |
| | $r^2 =$ | 0.031 | 0.082 | 0.070 |
| | $p =$ | 0.400 | 0.157 | 0.182 |
| SP amp | $r =$ | 0.176 | 0.288 | 0.197 |
| | $r^2 =$ | 0.031 | 0.083 | 0.039 |
| | $p =$ | 0.399 | 0.154 | 0.326 |
| AP amp | $r =$ | 0.032 | 0.141 | 0.077 |
| | $r^2 =$ | 0.001 | 0.020 | 0.006 |
| | $p =$ | 0.869 | 0.493 | 0.690 |
| SP/AP ratio | $r =$ | 0.084 | 0.095 | 0.077 |
| | $r^2 =$ | 0.007 | 0.009 | 0.006 |
| | $p =$ | 0.698 | 0.638 | 0.709 |

Heat Map: 0.0  0.1  0.2  0.3  0.4  0.5  0.6  0.7  0.8  0.9  1.0

2003; van Ruijven et al., 2004; Li et al., 2011). Therefore, it stands to reason that the operational synaptopathy group, which exhibits robust DPOAE SNRs, also exhibits a normal population of IHCs, and (4) while AN demyelination also occurs in the general population, but not at the rate observed in this study. Further studies should be incorporated to control for myelopathy (Wan and Corfas, 2017) and loss of osteoprotegerin expression (Kao et al., 2013), which may mimic the symptoms of AN dysfunction. The fact that cochlear synaptopathy cannot be validated histopathologically in living humans is a valid concern and is one of the reasons the description of this event is operationally-defined synaptopathy, rather than cochlear synaptopathy.

Regardless of the etiology, reduced CAP amplitudes by themselves did not statistically significantly correlate with any HIN metric (Fig. 4F, Table 4). This suggests that HIN performance is primarily governed by other functions. Specifically, HIN performance is strongly correlated with OHC function.

### 4.2. OHC dysfunction

The data clearly shows that DPOAE SNR is highly correlated with both threshold (Fig. 2A, B) and HIN performance (Figs. 2C, 3 and Table 3). It is clear that persons with Minimal SNHL exhibit statistically significantly diminished OHC function compared to persons with thresholds below 15 dB HL (Fig. 2B), which also results in diminished HIN performance (Fig. 3A). This demonstrates that persons hearing WNL may exhibit OHC dysfunction. Interestingly, there is a statistically significant correlation between OHC function and HIN performance even within the Normal group consisting of audiometric thresholds below 15 dB HL (Fig. 3B). The question could be raised; where is the cut off between normal and an abnormal effect on HIN? Rather than create a novel criteria for normal, the choice was made to use the ANSI, ASHA, and AAA standards of Normal, Minimal (Slight), Mild–Moderate degrees of hearing loss. It is clear from Fig. 2B that there is a statistically significant difference in DPOAE SNR between the Normal and Minimal SNHL groups, and so this is the criteria adopted in this paper. Further studies should be performed to examine whether the decreased HIN performance in the Normal group is clinically significant.

A critique of the methodology of this paper is that relying on DPOAEs as the sole measure of OHC dysfunction may be problematic because "normal" ears may not exhibit measurable DPOAEs. However, the data presented here demonstrates that persons with thresholds below 25 dB HL may actually exhibit OHC dysfunction and argues for a redefinition of "normal" which is a threshold less than 15 dB HL. Additionally, the acceptance criteria for DPOAE amplitude can be arbitrary since this may be defined by each clinic differently, either as the 90% percentile, 2 standard deviations of the noise bin levels, or as an amplitude 6 dB SPL or greater above the noise floor (dB SNR). This paper uses DPOAE dB SNR independently of an arbitrary present/absent criterion. Should the reader desire another criterion for the presence of a DPOAE, this information can be estimated from Figs. 2 and 3 as a SNR of 6 dB SPL or greater. Regardless, redundant measurement of OHC function is warranted to increase confidence in these findings. Further studies

M.A. Parker                                                                                                      Hearing Research 398 (2020) 108079



**Fig. 6.** HIN performance is correlated with AN function. (A) CAP amplitude was correlated with QuickSIN performance as a function of PTA where subjects with both better (lower) PTAs and higher CAP amplitudes performed better (lower dB SNR Loss) on the QuickSIN. (B) Persons with PTAs below 15 dB HL (Normal group) failed to exhibit a statistically significant correlation between CAP amplitude and QuickSIN score within this group as seen in Fig. 3B. Similarly, there were no within group correlations for the Minimal (C) and Mild–Moderate SNHL groups (D). However, an ANOVA demonstrated statistically significant differences between these groups. * = statistically significant different from Normal Group. ** = statistically significant different from Minimal group. Vertical dashed line = QuickSIN mean for the Normal group. Horizontal dashed line = Synaptopathy upper bound 95% CI.

should be employed to investigate other measures of OHC function such as SFOAEs or correlating spectral ripple modulation detection (Davies-Venn et al., 2015) with OHC function.

*4.3. An untuning*

In addition to the aforementioned otopathologies present in persons with thresholds below 25 dB HL, the data also show that both OHC and AN dysfunction continue to progress as thresholds increase to Mild–Moderate degrees of severity. The data obtained from the Mild–Moderate group are best explained by untuning secondary to OHC dysfunction. It has been elegantly shown in a series of publications that selective OHC damage in the cat results in the subsequent loss of the normal cytoarchitecture of the organ of Corti, that in turn results in decreased tuning (untuning) of the corresponding AN fibers (Liberman, 1984; Liberman and Dodds, 1984; Liberman and Dodds, 1984; Liberman and Kiang, 1984).

The data presented in this paper presents clinical evidence that those persons in the Mild–Moderate group exhibit an otopathology supported by this theoretical sequela. First, there is a corresponding loss of high amplitude CAPs in persons exhibiting Minimal SNHL with damaged OHCs, which suggests that subjects in this group exhibit a clear AN dysfunction (Fig. 4A). Second, the decrease in CAP amplitude as a function of threshold (Fig. 4A) is best fit with a spline rather than a linear function, which suggests a secondary process occurs in subjects exhibiting higher audiometric thresholds and lower CAP amplitudes. Since audiometric thresholds are highly correlated to OHC function, it can be assumed that the secondary process may be related to OHC dysfunction. Third, the DPOAE SNR correlation with QuickSIN scores seen in the Normal (Fig. 3B) and Minimal (Fig. 3C) groups becomes eliminated in the Mild–Moderate group (Fig. 3D). This can be also be seen by the progressing decreases in slope of from the Normal to the Mild–Moderate SNHL groups. This suggests that OHC dysfunction reaches a critical point where it no longer affects HIN performance. Finally, the slope of CAP amplitude similarly flattens out in the Mild–Moderate SNHL group (Fig. 6B–D), which was also described previously (Bramhall et al., 2015). Taken together, these data show that subjects within the Normal and Minimal SNHL groups exhibit a progressive loss of function that plateaus in the Mild–Moderate SNHL group. The hypothesis is that progressive OHC dysfunction results in a progressive reduction in HIN performance, but the Mild–Moderate groups exhibit a secondary pathology, AN fiber untuning, which fails to elect a further decine in HIN performance. Therefore, it is likely that the decreases in CAP amplitudes of the Minimal and greater SNHL groups are caused by AN fiber untuning secondary to OHC dysfunction while the reduced CAP amplitudes in the Synaptopathy group are independent of OHC dysfunction. This means that reduced CAP amplitudes can be caused by either

M.A. Parker                                                                                                      Hearing Research 398 (2020) 108079

**Table 5**
Linear regression.

| Model[a] | Unstandardized coefficients | | Standardized coefficients | t | p |
|---|---|---|---|---|---|
| | B | Std. error | Beta | | |
| (Constant) | 6.609 | 0.812 | | 8.142 | 0.000 |
| **DPOAE SNR** | **−0.255** | **0.050** | **−0.730** | **−5.083** | **<0.001** |
| **CAP amp** | **−12.676** | **4.625** | **−0.313** | **−2.741** | **0.013** |
| DPOAE × CAP | 0.313 | 0.232 | 0.180 | 1.351 | 0.193 |

[a] Dependent variable: QuickSIN. Statistically significant predictors in **bold**.

synaptopathy, which does not affect HIN performance (Fig. 4), or by the OHC dysfunction/AN untuning mechanism that diminishes HIN performance (Figs. 3 and 5).

*4.4. OHC function is a stonger predictor of HIN performance than operationally-defined cochlear synaptopathy*

Another finding from these data is that reduced CAP amplitudes by themselves (Synaptopathy group) do not correlate with HIN performance (Table 4). This same null conclusion is reached regardless of the method of measuring CAP amplitudes (i.e. peak-trough amplitude, base-peak amplitude, SP/AP ratio) or the specific HIN assessment used in this study (QuickSIN, WRS + 0 dB SNR SWN, 45% time compressed WR in 10% reverberation). Therefore, it does not appear that the loss of low SR fibers hypothesized to be damaged during cochlear synaptopathy that causes HIN difficulty (Furman et al., 2013). Rather, HIN performance becomes adversely affected once OHC dysfunction progresses in the Minimal and greater SNHL groups (Figs. 3 and 5). Liberman et al. (2016) suggested that ultra-high frequency audiometry may be correlated with synaptopathy. However, our results did not show statistically significant correlations between uhfPTA and any HIN metric nor were there statistically significant correlations between operational synaptopathy and uhfPTA. The PTA data was reported in the paper for simplicity because there were no statistically significant differences between PTA and hfPTA groups, and the hfPTA data produced the same conclusions as the PTA data.

The Linear Regression model indicated that OHC dysfunction was a stronger predictor of HIN difficulties than AN function, although both predictors were statistically significant (Table 5). The observation that the interaction between these predictors (a.k.a. the modification effect) was not statistically significant means that CAP amplitudes do not modify the effects of OHC function on HIN performance, and vice versa. The best explanation of these results from an etiological point of view is that the combined damage derived from OHC dysfunction/AN dysfunction are separate and do not exert two independent effects on HIN performance.

This observation that CAP amplitudes were statistically significant predictors of QuickSIN performance are contrary to the previous finding using a linear mixed effects model that showed no statistically significant main effect of CAP amplitude on QuickSIN performance (Bramhall et al., 2015). This difference is best explained by the larger number of subjects in this current study (N=133) compared to the previous study (N=53). As discussed previously (Hoben et al., 2017), CAP amplitudes are notoriously variable in humans and a larger subject pool presented here is expected to result in a more powerful study.

*4.5. Clinical predictors of otopathologies*

The sequence of these otopathologies can be derived by comparing these results with those published by others. When considering the 95% confidence intervals (Table 6), persons with undamaged inner ear structures could be characterized as having audiometric thresholds below 15 dB HL, DPOAE SNRs greater than 16 dB SNR, CAP amplitudes greater than 0.446 μV, and QuickSIN scores of 1 dB SNR Loss or less. Similarly, someone exhibiting operational cochlear synaptopathy would exhibit these same characteristics, with the exception that CAP amplitudes would be lower than expected from the non-pathological ear (less than 0.230 μV). By the time a person's PTA reaches the Minimal SNHL range, they are expected to exhibit a decrease in both DPOAE SNRs (less than 11 dB SNR responses at 3 kHz) and CAP amplitudes (less than 0.237 μV). As seen in Table 6, the mean CAP amplitude value in the Synaptopathy group is statistically equivalent to the mean CAP amplitude for the Minimal SNHL group and decreases slightly for the Mild–Moderate SNHL groups. These data show that the Synaptopathy group exhibits normal function in all measurements except CAP amplitudes, which are statistically equivalent to the depressed CAP amplitudes elicited from damaged ears.

Fortunately, there are different ways of measuring these otopathologies in the clinic (Table 6). Foremost, is understanding that a patient who reports difficulty hearing in the presence of background noise may have OHC dysfunction even when thresholds are "within normal limits" (< 25 dB HL). Additionally, these data provide evidence that the standard audiogram may be a tool to infer the underlying otopathologies that result in SNHL if the Minimal SNHL is defined as the lower limit of hearing impairment. Historically, if this person's thresholds were below 25 dB HL, the clinician would have little empirical data to describe this as a clinically significant hearing loss. This paper suggests that synaptopathy causes no measurable threshold shift or HIN performance issues; therefore, it is hard to argue that there is a disability at all on this range. However, these data show that OHC damage in the Minimal range is correlated with decreased HIN performance and thresholds. These data argue that the range of normal should be defined as thresholds less than 15 dB HL and the threshold for pathology should be threshold of 15 dB HL and greater. This is important clinically because comprehensive audiological evaluations do not typically include DPOAE testing; so the standard audiogram can also be a tool to infer OHC dysfunction if a person's thresholds are within the Minimal range. Regardless, if the person reports difficulty HIN and their thresholds are within the Minimal SNHL range, then the patient should be counseled on possible OHC dysfunction as an etiology and DPOAE testing may be warranted. Ours (Salinger et al., 2018) and at least one other laboratory (Roup et al., 2018), are investigating whether hearing aids increase HIN performance in persons with Minimal SNHL who also exhibit diminished DOPAE amplitudes. These preliminary results suggest that persons with Minimal hearing loss may also benefit from amplification, which, if fully vetted, would lead to a major change in treatment guidelines for persons with SNHL. Additionally, future medicinal, gene, or cell-based therapies could be employed at an earlier stage of SNHL where the otopathologies are less severe.

In addition, the QuickSIN can also be an effective measure of diminished OHC function. This test is easy to administer, is incorporated on the NOAH software that is common across many clinics, so it is widely available, and takes less than 5 min to ad-

M.A. Parker                                                                                                                                           Hearing Research 398 (2020) 108079

Table 6
Otopathologies undetected by the standard audiogram Mean values (+/− 95% CI)

|  | Normal OHC and AN function | Operational synaptopathy | OHC Dysfunction | AN untuning |
| --- | --- | --- | --- | --- |
| Audiometric thresholds | PTA < 10 dB HL 5.91 dB HL PTA (5.06–6.77) | Same as normal | Minimal SNHL 19.17 dB HL PTA (18.40–19.94) | Mild–Mod. SNHL PTA > 25 dB HL PTA |
| 3 kHz DPAOE SNR | 18.44 dB SNR (16.06–20.82) | Same as normal | 7.35 dB SNR (3.61–11.09) | 3.60 dB SNR (1.05–6.15) |
| CAP amplitudes | 0.487 μV (0.446–0.528) | Same as Minimal | 0.197 μV (0.158–0.237) | 0.169 μV (0.145–0.193) |
| Quick SIN score | 1.03 dB SNR Loss (0.63–1.43) | Same as normal | 3.09 dB SNR Loss (2.33–3.84) | 5.31 dB SNR Loss (4.41–6.21) |

minister. Most importantly, it has a high face validity for measuring HIN compared to the other metrics included in this report because, unlike these other assessments, the QuickSIN actually measures speech recognition in increasing levels of background speech babble. This current data indicates that a person with a QuickSIN score of 1 or less would be expected to have normal OHC function and therefore represent a normal QuickSIN score. While roughly 1/3 of this group would be expected to exhibit operational cochlear synaptopathy, this current data demonstrates synaptopathy would have no effect on QuickSIN scores. Conversely, a QuickSIN score of 2–4 (rounded from the lower and upper bound 95% CI of 2.33–3.84 respectively) corresponds to Minimal SNHL, OHC dysfunction, AN dysfunction and represents a statistically significant elevation above the normal score of 1 dB SNR Loss. Similarly, QuickSIN scores of 5 or more are expected in persons with Mild–Moderate SNHL. These data are different from the manufacturer's definition of 2 dB SNR Loss and less as "normal", and a score of 3–7 dB SNR Loss as "near normal" that represents someone who "may hear almost as well as normal in noise". The difference between the manufacturer (Killion et al., 2004) and the current criterion is likely due to the fact that this new data incorporates OHC dysfunction into this new criterion (Hoben et al., 2017). The data presented here argues for a larger independent examination of QuickSIN scores, self-reported HIN difficulty, and correlations with OHC/AN dysfunction.

DPOAEs are also a relatively ubiquitous clinical metric that may be utilized to differentially diagnose operational synaptopathy from OHC dysfunction. As recommended in the consensus paper from (Bramhall et al., 2019) and also demonstrated here, it is the absence of DPOAE deficits that identifies selective cochlear synaptopathy, while the presented data demonstrate that a person with a DPOAE SNR at 3k Hz of less than 16 dB SNR represents someone with depressed OHC function. This highlights an important extension of diagnostic criteria as the current paper can be used to draw inferences about mixed otopathologies. Therefore, if a person complains of HIN difficulty, and exhibits DPOAE SNRs less than 16 dB SNR, it may be that that person has an anatomical basis for their problem and should be counseled accordingly.

Finally, although not as easily or rapidly measured as the methods described above, ECochG can be used to identify otopathologies in persons hearing within normal limits as well. The presented data indicates that persons with CAP amplitudes of less than 0.446 μV (lower bound 95% CI) represent diminished AN function when using this protocol (Table 6). It should be remembered that the hypothesis is that two distinct otopathologies are associated with depressed CAP amplitudes: operationally-defined cochlear synaptopathy and changes in AN tuning secondary to OHC dysfunction. Operational synaptopathy can be differentiated clinically by PTA (< 10 dB HL) and DPOAE SNRs (< 16 dB SNR), otherwise, reduced CAP amplitudes are likely caused by ANF fiber tuning secondary to OHC damage.

### Author statement

The sole author conceived of these experiments, designed the clinical protocols, conducted the data analysis, and wrote the manuscript. This work was initiated in collaboration with Naomi Bramhall PhD, AuD and many professional and student audiologists have been involved in the data collection since its inception. Specifically, Richard Hoben AuD and Sofia Pevzner HIS have contributed significantly to this work. Additionally, student clinicians including Maeve Salinger AuD, Bonnie Ong, Efoe Nyatepee-Coo AuD, Gifty Easow AuD, and Josephine Ko, have collected the lion's share of the data. Sarah Schwartzer and Anna Demko have served as diligent editors for this manuscript. Collaboration on statistical analysis was provided by the Tufts Clinical and Translational Science Institute and by Dr. Hong Chang in particular.

### Data sharing

The raw data that support the findings of this study are available upon request.

### Declaration of Competing Interest

No conflicts of interest to disclose. This work was supported by departmental funding.

### Supplementary materials

Supplementary material associated with this article can be found, in the online version, at doi:10.1016/j.heares.2020.108079.

### References

ANSI, 2005. Hearing Loss: Determining Eligibility for Social Security Benefits. National Academy of Sciences, Washington, DC doi:10.17226/11099.
Bramhall, N.F., McMillan, G.P., Gallun, F.J., et al., 2019. Auditory brainstem response demonstrates that reduced peripheral auditory input is associated with self-report of tinnitus. J. Acoust. Soc. Am. 146 (5), 3849. doi:10.1121/1.5132708.
Bramhall, N., Ong, B., Ko, J., et al., 2015. Speech perception ability in noise is correlated with auditory brainstem response wave I amplitude. J. Am. Acad. Audiol. 26 (5), 509–517. doi:10.3766/jaaa.14100.
Bramhall, N.F., Konrad-Martin, D., McMillan, G.P., et al., 2017. Auditory brainstem response altered in humans with noise exposure despite normal outer hair cell function. Ear Hear. 38 (1), e1–e12. doi:10.1097/AUD.0000000000000370.
Carhart, R., Jerger, J., 1959. Preferred methods for clinical determination of pure-tone thresholds. J. Speech Hear. Disord. 24, 330–345.
Clark, J.G., 1981. Uses and abuses of hearing loss classification. ASHA 23 (7), 493–500.
Cody, A.R., Robertson, D., 1983. Variability of noise-induced damage in the guinea pig cochlea: electrophysiological and morphological correlates after strictly controlled exposures. Hear. Res. 9 (1), 55–70. doi:10.1016/0378-5955(83)90134-X.
Davies-Venn, E., Nelson, P., Souza, P., 2015. Comparing auditory filter bandwidths, spectral ripple modulation detection, spectral ripple discrimination, and speech recognition: normal and impaired hearing. J. Acoust. Soc. Am. 138 (1), 492–503. doi:10.1121/1.4922700.
Furman, A.C., Kujawa, S.G., Liberman, M.C., 2013. Noise-induced cochlear neuropathy is selective for fibers with low spontaneous rates. J. Neurophysiol. 110 (3), 577–586. doi:10.1152/jn.00164.2013.

M.A. Parker    Hearing Research 398 (2020) 108079

Gorga, M.P., Neely, S.T., Ohlrich, B, et al., 1997. From laboratory to clinic: a large scale study of distortion product otoacoustic emissions in ears with normal hearing and ears with hearing loss.. Ear and Hearing 18 (6), 440–445. doi:10.1097/00003446-199712000-00003.

Hoben, R., Easow, G., Pevzner, S., et al., 2017. Outer hair cell and auditory nerve function in speech recognition in quiet and in background noise. Front. Neurosci. 11 (157). doi:10.3389/fnins.2017.00157.

Johannesen, P.T., Buzo, B.C., Lopez-Poveda, E.A., 2019. Evidence for age-related cochlear synaptopathy in humans unconnected to speech-in-noise intelligibility deficits. Hear. Res. 374, 35–48. doi:10.1016/j.heares.2019.01.017.

Jerger, J., Jerger, S., Mauldin, L., 1972. Studies in impedance audiometry. I. Normal and sensorineural ears. Arch. Otolaryngol. 96 (6), 513–523. doi:10.1001/archotol.1972.00770090791004.

Kao, S., Kempfle, J.S., Jensen, J.B., et al., 2013. Loss of osteoprotegerin expression in the inner ear causes degeneration of the cochlear nerve and sensorineural hearing loss. Neurobiology of disease 56, 25–33. doi:10.1016/j.nbd.2013.04.008.

Killion, M.C., Niquette, P.A., Gudmundsen, G.I., et al., 2004. Development of a quick speech-in-noise test for measuring signal-to-noise ratio loss in normal-hearing and hearing-impaired listeners. J. Acoust. Soc. Am. 116 (4 Pt 1), 2395–2405. doi:10.1121/1.1784440.

Kujawa, S.G., Liberman, M.C., 2006. Acceleration of age-related hearing loss by early noise exposure: evidence of a misspent youth. J. Neurosci. 26 (7), 2115–2123. doi:10.1523/JNEUROSCI.4985-05.2006.

Kujawa, S.G., Liberman, M.C., 2009. Adding insult to injury: cochlear nerve degeneration after "temporary" noise-induced hearing loss. J. Neurosci. 29 (45), 14077–14085. doi:10.1523/JNEUROSCI.2845-09.2009.

Lasky, R.E., 1984. A developmental study on the effect of stimulus rate on the auditory evoked brain-stem response. Electroencephalogr. Clin. Neurophysiol. 59 (5), 411–419. doi:10.1016/0168-5597(84)90042-x.

Li, Y., Ding, D., Jiang, H., et al., 2011. Co-administration of cisplatin and furosemide causes rapid and massive loss of cochlear hair cells in mice. Neurotox Res. 20 (4), 307–319. doi:10.1007/s12640-011-9244-0.

Liberman, M.C., 1984. Single-neuron labeling and chronic cochlear pathology. I. Threshold shift and characteristic-frequency shift.. Hear. Res. 16 (1), 33–41. doi:10.1016/0378-5955(84)90023-6.

Liberman, M.C., Dodds, L.W., 1984. Single-neuron labeling and chronic cochlear pathology. II. Stereocilia damage and alterations of spontaneous discharge rates. Hear. Res. 6 (1), 43–53. doi:10.1016/0378-5955(84)90024-8.

Liberman, M.C., Dodds, L.W., 1984. Single-neuron labeling and chronic cochlear pathology. III. Stereocilia damage and alterations of threshold tuning curves. Hear. Res. 16 (1), 55–74. doi:10.1016/0378-5955(84)90025-x.

Liberman, M.C., Epstein, M.J., Cleveland, S.S., et al., 2016. Toward a differential diagnosis of hidden hearing loss in humans. PLoS One 11 (9), e0162726. doi:10.1371/journal.pone.0162726.

Liberman, M.C., Kiang, N.Y., 1984. Single-neuron labeling and chronic cochlear pathology. IV. Stereocilia damage and alterations in rate- and phase-level functions. Hear. Res. 16 (1), 75–90. doi:10.1016/0378-5955(84)90026-1.

Liberman, M.C., Kujawa, S.G., 2017. Cochlear synaptopathy in acquired sensorineural hearing loss: manifestations and mechanisms. Hear. Res. 349, 138–147. doi:10.1016/j.heares.2017.01.003.

Liberman, M.C., Tartaglini, E., Fleming, J.C., et al., 2006. Deletion of SLC19A2, the high affinity thiamine transporter, causes selective inner hair cell loss and an auditory neuropathy phenotype. J. Assoc. Res. Otolaryngol. 7 (3), 211–217. doi:10.1007/s10162-006-0035-x.

Maison, S., 2017. Revisiting the routine audiological test battery. Hear. J. 70 (6), 8–10

Makary, C.A., Shin, J., Kujawa, S.G., et al., 2011. Age-related primary cochlear neuronal degeneration in human temporal bones. J. Assoc. Res. Otolaryngol. 12 (6), 711–717. doi:10.1007/s10162-011-0283-2.

Martin, F.N., Champlin, C.A., 2000. Reconsidering the limits of normal hearing. J. Am. Acad. Audiol. 11 (2), 64–66.

McClellan, J.H., Formeister, E.J., Merwin, W.H.I., et al., 2014. Round window electrocochleography and speech perception outcomes in adult cochlear implant subjects: comparison with audiometric and biographical information. Otol. Neurotol. 35 (9), e245–e252. doi:10.1097/MAO.0000000000000557.

Merriam-Webster. (2019). Merriam Webster Online. Retrieved October 29, 2019 from https://www.merriam-webster.com/.

Moore, B.C., 2002. Psychoacoustics of normal and impaired hearing. Br. Med. Bull. 63, 121–134. doi:10.1093/bmb/63.1.121.

Nicotera, T.M., Hu, B.H., Henderson, D., 2003. The caspase pathway in noise-induced apoptosis of the chinchilla cochlea. J. Assoc. Res. Otolaryngol. 4 (4), 466–477. doi:10.1007/s10162-002-3038-2.

Northern, J.L., Downs, M.P., 1978. Hearing in Children. Williams and Wilkins, Baltimore.

Parker, M., 2013. Investigation of Anatomical Correlates of Speech Discrimination currently enrolling. N. I. O. Health. ClinicalTrials.gov Identifier: NCT01781039, US National Library of Medicine.

Prendergast, G., Guest, H., Munro, K.J., et al., 2017. Effects of noise exposure on young adults with normal audiograms I: Electrophysiology. Hear. Res. 344, 68–81. doi:10.1016/j.heares.2016.10.028.

Roup, C.M., Post, E., Lewis, J., 2018. Mild-gain hearing aids as a treatment for adults with self-reported hearing difficulties. J. Am. Acad. Audiol. 29 (6), 477–494. doi:10.3766/jaaa.16111.

Salinger, M., Pevzner, S., Hoben, R., et al. 2018. Does synaptopathy correlate with hearing aid performance? In: Barbara, P., Shinn-Cunningham, G. (Eds.) Association for Research in Otolaryngology 41st Annual MidWinter Meeting, 41. ARO Abstracts, p. 710.

Salvi, R.J., Ding, D., Wang, J. et al. 2000. A review of the effects of selective inner hair cell lesions on distortion product otoacoustic emissions, cochlear function and auditory evoked potentials. Noise Health 2 (6), 9–26.

Stamper, G.C., Johnson, T.A., 2015. Auditory function in normal-hearing, noise-exposed human ears. Ear Hear. 36 (2), 172–184. doi:10.1097/AUD.0000000000000107.

van Ruijven, M.W., de Groot, J.C., Smoorenburg, G.F., 2004. Time sequence of degeneration pattern in the guinea pig cochlea during cisplatin administration. A quantitative histological study. Hear. Res. 197 (1–2), 44–54. doi:10.1016/j.heares.2004.07.014.

Wan, G., Corfas, G., 2017. Transient auditory nerve demyelination as a new mechanism for hidden hearing loss. Nature Communications 8 (1), 14487. doi:10.1038/ncomms14487.

Wang, Y., Hirose, K., Liberman, M.C., 2002. Dynamics of noise-induced cellular injury and repair in the mouse cochlea. J. Assoc. Res. Otolaryngol. 3 (3), 248–268. doi:10.1007/s101620020028.

WHO. (2019). Deafness and Hearing Loss. Fact Sheets Retrieved April 23, 2019, from https://www.who.int/news-room/fact-sheets/detail/deafness-and-hearing-loss.

Yang, S., Cai, Q., Bard, J., et al., 2015. Variation analysis of transcriptome changes reveals cochlear genes and their associated functions in cochlear susceptibility to acoustic overstimulation. Hear. Res. 330, 78–89. doi:10.1016/j.heares.2015.04.010.