UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | : Case No. 3:19-md-2885 :  : : Judge M. Casey Rodgers |
| This Document Relates to All Cases | : Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rule 11.1, I, Erin M. Wood, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member of good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15966593713628, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen".

6. Movant respectfully requests that Notice of Electronic Filing to the following email address: ewood@kirkendalldwyer.con and ksharp@kirkendalldwyer.com.

7. I am the attorney of record in the following cases:

*Crist, William v. 3m Company, et al,* 7:20-cv-65325-MCR-GRJ

*Burton, Joshua v. 3m Company, et al,* 7:20-cv-65393-MCR-GRJ

*Smith, Jason v. 3m Company, et al,* 7:20-cv-65694-MCR-GRJ

*Hall, Erica v. 3m Company, et al,* 7:20-cv-65721-MCR-GRJ

*Guzman, Carlos v. 3m Company, et al,* 7:20-cv-65969-MCR-GRJ

*Abney, Chris v. 3m Company, et al,* 7:20-cv-65972-MCR-GRJ

*Davis, Roy v. 3m Company, et al,* 7:20-cv-65978-MCR-GRJ

*Sauter, Clarissa v. 3m Company, et al,* 7:20-cv-66213-MCR-GRJ

*Simonelli, Brett v. 3m Company, et al,* 7:20-cv-66393-MCR-GRJ

WHEREFORE, Erin M. Wood respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice* and directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: September 13, 2021

Respectfully Submitted

By: */s/ Erin M. Wood*
Erin M. Wood
Texas State Bar No. 24073064
Kirkendall Dwyer LLP
4343 Sigma Rd., Ste 200
Tel: (214) 271-4027
ewood@kirkendalldwyer.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    The undersigned counsel hereby certifies that on September 13, 2021, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants, including all counsel of record.

/s/<i>Erin M., Wood</i>