UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) ) ) Case No. 3:19-md-2885 ) ) Judge M. Casey Rodgers |
| This Document Relates to All Cases | ) ) Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, Evan Pantazis hereby moves this Court for an Order for admission to practice *pro hac vice* in the above styled case, and in support thereof state as follows:

1. He resides in Alabama and is not a resident of the State of Florida.

2. He is admitted to practice and is a member of good standing of the bar of the State of Alabama. A copy of a Certificate of Good Standing from the State of Alabama dated within 30 days of this Motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11. 1, he has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16315546104892**, and the CM/ECF online tutorial.

4. He has submitted simultaneously with the filing of this motion the required $208.00 *pro hac vice* admission fee.

5.   He has upgraded his PACER account to "NextGen."

6.   He respectfully requests that he be provided Notice of Electronic Filings to the following email addresses: edp@wigginschilds.com and kboone@wigginschilds.com.

WHEREFORE, Evan Pantazis requests that this Court enter an order granting this Motion to Appear *Pro Hae Vice* and direct the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully Submitted,

*/s/ Evan Pantazis*
Evan D. Pantazis
*Attorneys for Plaintiffs*

**OF COUNSEL**:
D. G. Pantazis, Jr.
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500
dgpjr@wigginschilds.com
edp@wigginschilds.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

*/s/ Evan Pantazis*
OF COUNSEL

2