**POGUST MILLROOD LLC**
Daniel J. Harrison, Esquire
Attorney I.D. No.: 321468
161 Washington Street, Suite 250
Conshohocken, PA 19428
Tel: (610) 941-4204
*Attorney for Plaintiff*

| | |
|---|---|
| JUSTIN WARREN<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY, LLC, AEARO HOLDING, LLC, AEARO INTERMEDIATE, LLC, AEARO, LLC, AEARO TECHNOLOGIES, LLC<br>　　　　　　　　　　Defendants. | **U.S. District Court**<br>**Northern District of Florida**<br><br>**Lead Case No. 3:19-md-02885-MCR-GRJ**<br><br>No.7:21-cv-42469-MCR-GRJ |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Daniel J. Harrison of law firm, Pogust Millrood, LLC , has been admitted to practice *pro hac vice* per order filed 6/9/2021 in this court. Kindly enter his appearance as counsel for Plaintiff, Justin Warren in the above-captioned action.

Dated: September 13, 2021

　　　　　　　　　　　　　　　　　　　　　　By:　　/s/ Daniel J. Harrison　　

　　　　　　　　　　　　　　　　　　　　　　　　Daniel J. Harrison, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Daniel J. Harrison, hereby certify that a true and correct copy of the Entry of Appearance was served via the Electronic Filing System (EFS) upon all counsel of records.

Dated: September 13, 2021					By:	/s/ Daniel J. Harrison
								Daniel J. Harrison, Esquire
								Attorney for Plaintiff