UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | * | Case No. 3:19-md-2885 |
| EARPLUG PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | |
| | * | Judge M. Casey Rodgers |
| This Document Relates to All Cases | * | Magistrate Judge Gary R. Jones |

_____

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Emily Irvin ("Movant") of the law firm Pittman, Dutton, Hellums, Bradley, & Mann, P.C, 2001 Park Place #1100, Birmingham, Alabama 35203, respectfully moves for admission to practice *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Movant resides in Alabama, and is not a resident of the State of Florida.
2. Movant is admitted to practice and is a member in good standing of the bar of the State of Alabama. A copy of a Certificate of Good Standing from the bar of the State of Alabama dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16315484854887, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen".

6. Movant is the attorney of record in the following case: *Alex Christ v. 3M Company, et al*, 9:20-cv-05643-MCR-GRJ.

7. Upon admission, Emily Irvin respectfully requests that she be provided Notice of Electronic Filings to the following email address: emily@pittmandutton.com.

WHEREFORE, Emily Irvin respectfully requests that this Court enter an order granting this Motion to Appear *Pro Hac Vice* and direct the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: September 13, 2021                    Respectfully Submitted,

/s/ *Emily Irvin*
Emily Irvin
**Pittman, Dutton, Hellums, Bradley & Mann, P.C**.
2001 Park Place #1100
Birmingham, AL 35203
Telephone: (205) 322-8880
emily@pittmandutton.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on September 13, 2021 and served electronically on all counsel of record.

/s/ *Emily Irvin*
Emily Irvin