**Alabama State Bar**

415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101



*STATE OF ALABAMA*

*COUNTY OF MONTGOMERY*

I, Terri B. Lovell, Secretary of the Alabama State Bar and custodian of its records, hereby certify that Emily Catherine Irvin has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that Emily Catherine Irvin was admitted to the Alabama State Bar April 21, 2017.

I further certify that the said Emily Catherine Irvin is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2021.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 13th day of September, 2021.

*Terri B. Lovell, Secretary*

