UNITED STATES DISTRICT COURT
NOTHERN DISTSRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS EARPLUG
PRODUCTS LITBAILITY LITIGATION

Case No.: 3:19-md-2885

Judge M. Casey Rodgers

This Document Relates to All Cases

Magistrate Judge Gary R. Roberts

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern Distrct of Florida Local Rules 11.1, Peter C. Papayanakos, of the law firm Cherundolo Law Firm, PLLC, respectfully moves this Court for an order for Admission to Practice Pro Hac Vice in the above-styled case, and in support thereof states as follows:

1. I reside in New York State and am not a resident of the State of Florida.

2. I am admitted to practice in the State of New York (NY Bar No.: 5396767) and the Northern District of the State of New York. Attached hereto is a copy of a Certificate of Good Standing from the Northern District of New York dated within thirty (30) days of this motion.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, movant has successful completed both the online Local Rules tutorial exam, confirmation number **FLND16315473744886**, and the CM.ECF tutorial.

4. I have simultaneously submitted with the filing of this motion the required $208.00 *pro hac vice* admission fee.

5. My PACER account is an individual account and is upgraded to NextGen.

6. I represent the following individuals in the 3M MDL:

1) Patrick Perfetti v. 3m Company, et al., 7:21-CV-11577-MCR-GRJ
2) Douglas Schmidt v. 3m Company, et al., No.: 8:20-CV-63363-MCR-GRJ
3) Melvin Dejesus v. 3m Company, et al., 8:20-cv-86569--MCR-GRJ
4) Daniel Strumlokv. 3m Company, et al., No.: 8:20-cv-63363-MCR-GRJ

7. Upon admission, I respectfully request that I be provided Notice of Electronic Filings to the following email address: ppapayanakos@cherundololawfirm.com.

WHEREFORE, Peter C. Papayanakos respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and direct the clerk to provide notice of Electronic Court filings to the undersigned.

Dated: September 14, 2021    Respectfully submitted,

**CHERUNDOLO LAW FIRM, PLLC**

By: /s/ Peter C. Papayanakos_____
Peter C. Papayanakos
New York State Bar Roll No.: 5396767
AXA Tower I, 15th Floor
100 Madison Street
Syracuse, New York 13202
Telephone No.: 315-449-9500
ppapayanakos@cherundololawfirm.com