AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
## Northern District of New York

### CERTIFICATE OF GOOD STANDING

I, John M. Domurad, Clerk of this Court, certify that PETER C. PAPAYANOKOS, Bar # 520079, was duly admitted to practice in this Court on June 15, 2016, and is in good standing as a member of the Bar of this Court.

Dated at Syracuse, New York on September 13, 2021
*(Location)* *(Date)*

John M. Domurad
*CLERK*

*Tracey Donovan*
*DEPUTY CLERK*