## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission Pro Hac Vice was filed electronically with the Clerk of the Court using the CM/ECF system on September 14, 2021, and served electronically on all counsel of record.

/s/ Peter C. Papayanakos
Peter C. Papayanakos