UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Pretrial Order No. 3, Mark B. Hutton of the law firm of Hutton & Hutton Law Firm, LLC has successfully completed the Local Rules Tutorial for the Northern District of Florida, confirmation number FLND16312023474860, and hereby enters his appearance as counsel for Plaintiffs in the following case, among others:

*Adam Abusaleh v. 3M Company* Case No. 7:20-cv-40258

*Eric Ahlander v. 3M Company* Case No. 7:20-cv-40261

*Seth Brin v. 3M Company* Case No. 7:20-cv-40265

*Martin Byrne v. 3M Company* Case No. 7:20-cv-40269

*Orville Cupp v. 3M Company* Case No. 7:20-cv-40272

*Warren Dewey v. 3M Company* Case No. 7:20-cv-40276

*Bruce Eldred v. 3M Company* Case No. 7:20-cv-40279

*Michael Garner v. 3M Company* Case No. 7:20-cv-40280

*Richard Hall v. 3M Company* Case No. 7:20-cv-40281

*Steven Hansford v. 3M Company* Case No. 7:20-cv-40282

*Nicholas Peoples v. 3M Company* Case No. 7:20-cv-40284

*Jacob Robison v. 3M Company Case No. 7:20-cv-40291*

*Cole Schainost v. 3M Company Case No. 7:20-cv-40295*

*Antonio Tarkington v. 3M Company Case No. 7:20-cv-40298*

*Derrick Umbarger v. 3M Company Case No. 7:20-cv-40302*

*Paul Zieniuk v. 3M Company Case No. 7:20-cv-40305*

*Linwood Cottner v. 3M Company Case No. 7:20-cv-40248*

*John Buckley v. 3M Company Case No. 7:20-cv-40251*

*Arlington Lindskog v. 3M Company Case No. 7:20-cv-40254*

*Daniel Woods v. 3M Company Case No. 7:20-cv-97790*

Counsel requests all further papers and pleadings in these actions and the Master Docket of the MDL 2885 be served on and directed to the undersigned counsel.

Dates:  September 14, 2021          Respectfully submitted,


/s/Mark B. Hutton
Mark B. Hutton, KS Bar #10112
Hutton & Hutton Law Firm
8100 E. 22nd Street North, Bldg. 1200
Wichita, KS 67226
Telephone:  (316) 688-1166
Facsimile:  (316)686-1077
mark.hutton@huttonlaw.com
**Counsel for the Plaintiffs**

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 14th day of September 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Mark B. Hutton*
Mark B. Hutton