# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE:   3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO.  3:19md2885 |
| This Document relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on __September 14, 2021__

Motion/Pleadings:  __MOTION TO APPEAR *PRO HAC VICE*__

Filed by __Erin M. Wood__ on __September 13, 2021__ Doc. # __1951__

Response _____ on _____ Doc. # _____

| | Stipulated | | Joint Pleading |
|---|---|---|---|
| | Unopposed | | Consented |

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 14th day of September 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**