UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | * * * Case No. 3:19-md-2885 * |
| This Document Relates to All Cases | * Judge M. Casey Rodgers * * Magistrate Judge Gary R. Jones * |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, Scott E. Brady hereby moves this Court for an Order for admission to practice *pro hac vice* in the above styled case, and in support thereof state as follows:

1. He resides in Louisiana and is not a resident of the State of Florida.

2. He is admitted to practice and is a member of good standing of the bar of the State of Louisiana. A copy of a Certificate of Good Standing from the Supreme Court of the State of Louisiana dated within 30 days of this Motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, he has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16315503174889, and the CM/ECF online tutorial.

4. He has submitted simultaneously with the filing of this motion the required $208.00 *pro hac vice* admission fee.

5. He has upgraded his PACER account to "NextGen."

6. He is the attorney of record in the related cases identified in the exhibit attached hereto as Exhibit "B" and made a part hereof.

7. He respectfully requests that he be provided Notice of Electronic Filings to the following email address: scott@bohrerbrady.com and greta@bohrerbrady.com.

WHEREFORE, Scott E. Brady requests that this Court enter an order granting this Motion to Appear *Pro Hac Vice* and direct the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully Submitted,

/s/Scott E. Brady
Scott E. Brady
scott@bohrerbrady.com
**BOHRER BRADY, LLC**
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000

***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

/s/ Scott E. Brady