| Last Name | First Name | Docket Number |
|---|---|---|
| Arthur | Sonya | 8:20-cv-09678-MCR-GRJ |
| Autry | Donald | 8:20-cv-09779-MCR-GRJ |
| Beatty | Daniel | 8:20-cv-09563-MCR-GRJ |
| Belnap | Gary | 8:20-cv-09638-MCR-GRJ |
| Bilyeu | John | 8:20-cv-09591-MCR-GRJ |
| Bush | Joseph | 8:20-cv-09522-MCR-GRJ |
| Cameron | Tony | 8:20-cv-09537-MCR-GRJ |
| Chen | Hui | 8:20-cv-09946-MCR-GRJ |
| Coffey | Jared | 8:20-cv-09716-MCR-GRJ |
| Cordova | Todd | 7:21-cv-09431-MCR-GRJ |
| Cunningham | Forte | 8:20-cv-09606-MCR-GRJ |
| Cureton | Robert | 8:20-cv-09665-MCR-GRJ |
| Davis | William | 8:20-cv-09547-MCR-GRJ |
| Denney | Bobby | 8:20-cv-59317-MCR-GRJ |
| Donovan | Thomas | 8:20-cv-09597-MCR-GRJ |
| Evans | John | 8:20-cv-09758-MCR-GRJ |
| Fisher | Handel | 8:20-cv-09588-MCR-GRJ |
| Ford | Austin | 8:20-cv-09700-MCR-GRJ |
| Gilland | Stephen | 8:20-cv-09675-MCR-GRJ |
| Grays | Matthew | 8:20-cv-09527-MCR-GRJ |
| Head | Daniel | 8:20-cv-59323-MCR-GRJ |
| Holsen | Matthew | 8:20-cv-09736-MCR-GRJ |
| Hunter | Robert | 8:20-cv-09585-MCR-GRJ |
| Hursey | James | 8:20-cv-09745-MCR-GRJ |
| Kaplan | Jacob | 8:20-cv-09951-MCR-GRJ |
| Landen | Bryan | 8:20-cv-09772-MCR-GRJ |
| Lezza | Victor | 8:20-cv-09575-MCR-GRJ |
| Madziarek | Thomas | 8:20-cv-09686-MCR-GRJ |
| Mead | Oren | 8:20-cv-09706-MCR-GRJ |
| Mueller | Keith | 8:20-cv-09771-MCR-GRJ |
| Polansky | Ryan | 7:20-cv-44368-MCR-GRJ |
| Schankin | Drew | 8:20-cv-09777-MCR-GRJ |
| Spiess | Frank | 8:20-cv-59707-MCR-GRJ |
| Teal | Ronald | 8:20-cv-09697-MCR-GRJ |
| Terrell | Kevin | 8:20-cv-09613-MCR-GRJ |
| Thomas | Justin | 8:20-cv-09949-MCR-GRJ |
| To | Khoi | 8:20-cv-09561-MCR-GRJ |
| Travis | Zachary | 8:20-cv-09953-MCR-GRJ |
| Valdes | Michael | 8:20-cv-09801-MCR-GRJ |
| Vickery | Stephanie | 8:20-cv-09569-MCR-GRJ |

EXHIBIT "B"