**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No: 3:19-md-2885 |
| This Documents Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3 and the United States District Court for the Northern District of Florida Local Rule 11.1, D. Blayne Honeycutt respectfully moves this Court for an order for admission to practice *pro hac vice* in the above-captioned action and in support thereof states as follows:

1. Movant resides in Louisiana and is not a resident in the State of Florida;

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Louisiana;

3. Movant submits a copy of a Certificate of Good Standing from the State of Louisiana dated within 30 days of this motion and is attached hereto as Exhibit A;

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the online Attorney Admission Tutorial, Confirmation No. FLND16312200854867, and has reviewed the Local Rules of the Northern District of Florida and the online CM/ECF Tutorial;

5. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee;

6. Movant maintains an upgraded PACER account; and

7.  Movant is the attorney of record in the following related cases:

| | |
|---|---|
| *Jacob Andrew Thomas v. 3M, et al* | 8:20-cv-03771 |
| *John Nathan Christ, II v. 3M, et al* | 8:20-cv-03777 |
| *Christopher Allen Brocato, Jr. v. 3M, et al* | 8:20-cv-03782 |
| *Richard Keith Foster, Jr. v. 3M, et al* | 8:20-cv-04114 |
| *Dustin Ray Savignol v. 3M, et al* | 8:20-cv-04398 |
| *Christopher Wayne Efferson v. 3M, et al* | 8:20-cv-04551 |

**WHEREFORE,** Movant respectfully requests that this Court enter an order granting this Motion to Appear *Pro Hac Vice* and directing the Clerk to provide notice of electronic case filings to the undersigned.

Dated: September 13, 2021            Respectfully submitted,

By: /s/ D. Blayne Honeycutt
D. Blayne Honeycutt (La Bar No. 18264)
**FAYARD & HONEYCUTT, APC**
519 Florida Avenue, SW
Denham Springs, LA 70726
Office Phone: (225) 664-4193
Email: dbhoneycutt@fayardlaw.com
*Counsel for Plaintiff*
*To Be Admitted Pro Hac Vice*

### CERTIFICATE OF SERVICE

I hereby certify that on 14th day of September, 2021 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ D. Blayne Honeycutt
D. BLAYNE HONEYCUTT