# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that

Mr. D Blayne Honeycutt

whose address is  519 Florida Ave SW

Denham Springs, LA 70726-4543

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the 9th day of October, 1987.

Given over my hand and the Seal of the Louisiana State Bar Association, this 10th day of September, 2021.

*Executive Director*
*Louisiana State Bar Association*

**EXHIBIT A**