# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION ) ) ) ) This Document Relates to: ) ) All Cases ) | Case No. 3:19-md-2885<br><br>Judge M. Casey Rogers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3, Case Management Order 1, and Northern District of Florida Local Rule 11.1, I, Tim J. Riemann, move this Court for an Order for Admission to Practice Pro Hac Vice in the above-styled case, and in support state as follows:

1. I reside in Missouri. I am not a resident of the State of Florida.

2. I am admitted to practice and am a member in good standing of the Bar of the State of Missouri (MO Bar No. 61757). A copy of a Certificate of Good Standing from the Supreme Court of Missouri, dated within 30 days of this motion, is attached as Exhibit A.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, I have reviewed the local rules for this district, successfully completed the online Attorney Admission Tutorial (Confirmation Number: **FLND 16316342004905**) and reviewed the PACER CM/ECF tutorials.

4. I have submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. My PACER account is an individual account and is upgraded to NextGen.

6. I am the attorney of record in the following case, among others: *Patrick Kaiser v. 3M, et al.*, 7:20-cv-98679-MCR-GRJ.

-2-

WHEREFORE, Tim J. Riemann respectfully requests that this Court enter an Order granting this motion to appear pro hac vice and directing the clerk to provide notice of electronic case filings to the undersigned at tim@injurylit.com.

Dated:   September 14, 2021

Respectfully submitted,

By: ___s/ Tim J. Riemann_____
     Tim J. Riemann, KS Bar # 21737
     RIEMANN INJURY LITIGATION LLC
     1600 Genessee Street, Suite 860
     Kansas City, Missouri 64102
     Tel:     (816) 348-3003
     Fax:    (816) 895-6351
     Email: tim@injurylit.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that, on September 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to all counsel of record.

    ___s/ Tim J. Riemann_____
    *Attorney for Plaintiff*