UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to<br>*Hensley v. 3M Company, et al*<br>Case No. 7:20-cv-00093-MCR-GRJ<br><br>*Sloan v. 3M Company, et al*<br>Case No. 7:20-cv-001-MCR-GRJ<br><br>*Wayman v. 3M Company, et al*<br>Case No. 7:20-cv-149 | Case No. 3:19-MD-2885-MCR-GRJ<br><br>Judge: M. Casey Rodgers<br>Magistrate Judge: Gary R. Jones |

## NOTICE OF APPEARANCE OF DOUGLAS C. MONSOUR

TO THE CLERK OF THE ABOVE-NAMED COURT:

Douglas C. Monsour hereby enters his appearance as counsel for Plaintiffs in the following individual actions in this MDL: *Hensley v. 3M Company, et al,* Case No. 7:20 cv-00093-MCR-GRJ, *Sloan v. 3M Company, et al,* Case No. 7:20-cv-001-MCR-GRJ, *Wayman v. 3M Company, et al,* Case No. 7:20-cv-149.  Please direct all future correspondence and pleadings in the Master Docket of MDL 2885 and the above named individual actions to the undersigned at the address shown below.  My Motion for Pro Hac Vice was allowed in the main case, *In Re: 3M Combat Arms Earplug Products Liability Litigation;* Case No. 3:19-md-2885 on March 5, 2020.

                                      Respectfully Submitted,

Dated September 14, 2021                  /s/ Douglas C. Monsour
                                            Douglas C. Monsour
                                            Texas Bar Number 00791289
                                            THE MONSOUR LAW FIRM
                                            404 N. Green Street
                                            Longview, Texas 75601
                                            Phone: (903) 758-5757
                                            Fax: (9093) 230-5010
                                            Email: doug@monsourlawfirm.com

**CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that on September 14, 2021, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via email to all registered counsel of record.

                                                        */s/Douglas C. Monsour*
                                                        Douglas C. Monsour