UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Eakes v. 3M Company, et al.*; 8:20-cv-14273<br>*Gonzalez v. 3M Company, et al.*; 8:20-cv-14416<br>*Hill v. 3M Company, et al.*; 8:20-cv-14642<br>*Kilijanczyk v. 3M Company, et al.*; 8:20-cv-14785<br>*Medina v. 3M Company, et al.*; 8:20-cv-10065<br>*Mortimer v. 3M Company, et al.*; 8:20-cv-10108<br>*Scott v. 3M Company, et al.*; 8:20-cv-10321 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and Local Rule 11.1, Gregory D. Brown hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-captioned actions and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the state of Texas. A copy of the Certificate of Good Standing is attached hereto as Exhibit A.

3. Movant has successfully completed both the online Attorney Admission tutorial exam – confirmation no. FLND15548513071928 – and the CM/ECF tutorials.

4. Movant has paid the required *pro hac vice* fee.

5. Movant has an upgraded PACER account.

WHEREFORE, Gregory D. Brown respectfully requests the Court enter an order granting this motion to appear *pro hac vice* and directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:  September 14, 2021

                                                                Respectfully submitted,

                                                                <u>/s/ *Gregory D. Brown*</u>
                                                                Fleming Nolen & Jez, LLP
                                                                Gregory D. Brown
                                                                Texas Bar No. 24078266
                                                                2800 Post Oak Blvd., Suite 4000
                                                                Houston, Texas 77056
                                                                Telephone: (713) 621-7944
                                                                Facsimile: (713) 621-9638
                                                                gregory_brown@fleming-law.com

                                                                *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of Court via the CM/ECF system on September 14, 2021 and served electronically on all counsel of record.

/s/ *Gregory D. Brown*
Gregory D. Brown