UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:  3M COMBAT ARMS　　　　　　　　　　Case No. 3:19-md-2885
EARPLUG PRODUCTS LIABILITY
LITIGATION

　　　　　　　　　　　　　　　　　　　　Judge M. Casey Rodgers
　　　　　　　　　　　　　　　　　　　Magistrate Judge Gary R. Jones

This Document Relates To:
　　CHRISTIAN MICHAEL HADAWAY
　　Docket No. 9:20-cv-20032-MCR-GRJ
_____

## MOTION TO APPEAR PRO HAC VICE

　　Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rules 11.1, D. Adam Harper hereby moves this Court for an order for Admission to Practice *Pro Hac Vice* in the above-styled case, and in support thereof states as follows:

　　1.　　I reside in Georgia.  I am not a resident of the State of Florida.

　　2.　　I am admitted to practice and am a member in good standing of the Bar of The State of Georgia (GA Bar No. 997912).  A copy of a Certificate of Good Standing from the State Bar of Georgia dated within 30 days of this Motion is attached hereto as *Exhibit A*.

　　3.　　Pursuant to Pretrial order No. 3 and Local Rule 11.1, I have reviewed the local rules for this district, successfully completed the online Attorney

1

Admission Tutorial (Confirmation Number **FLND16311331074856**), and reviewed the PACER CM/ECF tutorials.

4. I have submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. My PACER account is an individual account and is upgraded to NextGen.

6. I represent the Plaintiff in the following action that was directly filed into the MDL on September 15, 2021: Christian Michael Hadaway v. 3M Company, et al., No. 9:20-cv-20032-MCR-GRJ.

WHEREFORE, D. Adam Harper respectfully requests that this Court enter an Order granting this Motion to Appear *Pro Hac Vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted this 15th day of September, 2021.

    s/ *D. Adam Harper*
D. Adam Harper
Georgia Bar No. 997912
adam@sutherslaw.com
SUTHERS & HARPER
P.O. Box 8847
Savannah, GA 31412
(912) 232-6767 Telephone
(912) 232-1958 Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Appear *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system and served electronically on al counsel of record this 15th day of September, 2021.

       s/   *D. Adam Harper*