UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:   3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on    September 14, 2021

Motion/Pleadings:    MOTION TO APPEAR *PRO HAC VICE*

Filed by  Scott E. Brady        on  September 14, 2021    Doc. #  1969

Response  _____        on  _____    Doc. #  _____

_____  Stipulated        _____  Joint Pleading
_____  Unopposed        _____  Consented

            JESSICA J. LYUBLANOVITS
            CLERK OF COURT

            */s/ Kathy Rock*
            Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 15th day of September 2021.

            *M. Casey Rodgers*
            **M. CASEY RODGERS**
            **UNITED STATES DISTRICT JUDGE**