

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA          }
                                  } ss.
NORTHERN DISTRICT OF GEORGIA      }

      I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

      **DO HEREBY CERTIFY** that **N. NICKOLAS JACKSON, State Bar No. 841433,** was duly admitted to practice in said Court on 04/27/2021, and is in good standing as a member of the bar of said Court.

      Dated at Atlanta, Georgia, this 16th day of August, 2021.

KEVIN P. WEIMER
CLERK OF COURT

By: _____
Natalie Bowen
Deputy Clerk