**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | : | |
| EARPLUG PRODUCTS | : | Case No. 3:19-md-2885 |
| LIABILITY LITIGATION | : | |
| | : | |
| This Document Relates to | : | Judge M. Casey Rodgers |
| All Cases | : | Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the United States District Court for the Northern District of Florida Local Rule 11.1, Amy C. Daugherty respectfully moves this Court for an order for Admission to Practice *Pro Hac Vice* in the above-captioned action and in support thereof states as follows:

1.   Movant resides in Alabama and is not a resident on the State of Florida;

2.   Movant is admitted to practice and is a member in good standing of the bar of the State of Georgia (Georgia Bar number 429299);

3.   Movant submits a copy of a Certificate of Good Standing from United States District Court for the Southern District of Georgia dated within 30 days of this Motion attached hereto as ***Exhibit A***.

4.   Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has

reviewed the local rules for the Northern District of Florida,

successfully completed the online Attorney Admission Tutorial,

(Confirmation No.**FLND16313095084880**), and reviewed the online

CM/ECF Attorney User's Guide;

5.     Movant has submitted to the Clerk the required $208.00 *pro hac vice*

admission fee;

6.     Movant maintains an upgraded PACER account; and

*7.*     Movant is the attorney of record in the following case: *Mark Andrew*

*Knighton v. 3M, et al.*, No. 8:20-cv-04524-MCXR-GRJ.

WHEREFORE, Movant respectfully request that this Court enter an order

granting this Motion to Appear *Pro Hac Vice* and directing the Clerk to provide

notice of electronic case filings to the undersigned.

Respectfully submitted this 15th day of September, 2021.

THE FINLEY FIRM, PC

By:  */s/ Amy C. Daugherty*
       Amy C. Daugherty
       Georgia Bar No. 429299

200 13th Street
Columbus, GA 31901
Telephone: 706-322-6226
Fax: 706-322-6221
Email: adaugherty@thefinleyfirm.com

2

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on September 15, 2021, which will send notification to all counsel of record.

/s/ *Amy C. Daugherty*
Amy C. Daugherty