AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Southern District of **Georgia**

## CERTIFICATE OF GOOD STANDING

I, _____ John E. Triplett _____ , Clerk of this Court,

certify that _____ Amy C. Daugherty _____ , Bar # _____ 429299 _____ ,

was duly admitted to practice in this Court on _____ February 28, 1995 _____ , and is in good standing as a member of the Bar of this Court.

Dated at _____ Brunswick, Georgia _____ on _____ September 10, 2021 _____
*(Location)*                                                                *(Date)*

John E. Triplett
*CLERK*

*DEPUTY CLERK*