# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## CASE MANAGEMENT ORDER NO. 26

This Order addresses the specific request in Pretrial Order No. 81 that within 14 days of receiving a deficiency notification from BrownGreer, counsel for claimants must complete and submit to MDL Centrality Addendum A of Pretrial Order No. 81, ECF No. 1848-1, containing questions regarding dates of service and use of the CAEv2. To the extent counsel have submitted an Amended Census Form as an alternative to Addendum A, the Court considers these submissions one in the same. Both are acceptable responses to a deficiency notification from BrownGreer.

**DONE AND ORDERED** on this 16th day of September, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**