# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the United States District Court for the Northern District of Florida Local Rule 11.1, Aaron C. Johnson respectfully moves this Court for an order for admission to practice *pro hac vice* in the above-captioned action and in support thereof states as follows:

1. Movant is a member in good standing and eligible to practice before all courts of the states of Missouri (Bar No. 38756) and Kansas (Bar No. 15381). Movant resides in Missouri and regularly practices law in the states of Missouri and Kansas. Movant was admitted to the bar for the State of Missouri on September 27, 1991 and to the bar for the State of Kansas on April 24, 1992.

2. Movant submits copies of Certificates of Good Standing from the Supreme Courts for the States of Missouri and Kansas dated within 30 days of this motion, attached hereto as "Exhibit A" and "Exhibit B".

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the online Attorney Admission Tutorial, Confirmation Number

**FLND16303609624821**, and has reviewed the Local Rules of the Northern District of Florida and the online CM/ECF Tutorial;

4.  Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee; and

5.  Movant maintains an upgraded PACER account.

6.  Movant is counsel of record in the related cases identified in the exhibit attached hereto as "Exhibit C" and made a part hereof.

WHEREFORE, Movant respectfully requests that this Court enter an order granting this Motion to Appear *Pro Hac Vice* and directing the Clerk to provide notice of electronic case filings to the undersigned at aaron@summersandjohnson.com and to his assistant at stephanie@summersandjohnson.com.

Dated: 9/16/2021  Respectfully submitted,

/s/ Aaron C. Johnson
Aaron C. Johnson, MO # 38756
David G. Summers, MO # 42290
717 Thomas Street
Weston, MO 64098
(816) 640-9940
Fax: (816) 386-9927
aaron@summersandjohnson.com
*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I do hereby certify that on this 16th day of September, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ Aaron C. Johnson
Aaron C. Johnson