# EXHIBIT C

| PLAINTIFF | CIVIL ACTION NO. |
|---|---|
| Allen, Terrence v. 3M Company | 7:20-cv-88200-MCR-GRJ |
| Berry, Johanan v. 3M Company | 7:20-cv-88260-MCR-GRJ |
| Bock, Chad v. 3M Company | 7:20-cv-88212-MCR-GRJ |
| Bonar, Gary v. 3M Company | 7:20-cv-88168-MCR-GRJ |
| Burwell, Roger v. 3M Company | 7:20-cv-88245-MCR-GRJ |
| Bush, Bridger v. 3M Company | 7:20-cv-88250-MCR-GRJ |
| Butler, Homer v. 3M Company | 7:20-cv-88180-MCR-GRJ |
| CARSON, THOMAS v. 3M Company | 8:20-cv-15767-MCR-GRJ |
| Cortez, Jesus v. 3M Company | 7:20-cv-88231-MCR-GRJ |
| Cotton, Matthew v. 3M Company | 7:20-cv-88232-MCR-GRJ |
| Cross, Mario v. 3M Company | 7:20-cv-88229-MCR-GRJ |
| Davis, Phillip v. 3M Company | 7:20-cv-88234-MCR-GRJ |
| Dennard, Anthony v. 3M Company | 7:20-cv-88252-MCR-GRJ |
| Dodd, Michael v. 3M Company | 7:20-cv-88238-MCR-GRJ |
| Duncan, Vanessa v. 3M Company | 7:20-cv-88178-MCR-GRJ |
| Gardner, Artineal v. 3M Company | 7:20-cv-88247-MCR-GRJ |
| Green, Christopher v. 3M Company | 7:20-cv-88221-MCR-GRJ |
| Hall, Bobbie v. 3M Company | 7:20-cv-88198-MCR-GRJ |
| Hannah, Darrell v. 3M Company | 7:20-cv-88188-MCR-GRJ |
| Hawkins, Paul v. 3M Company | 7:20-cv-88222-MCR-GRJ |
| Hayden, Arentho v. 3M Company | 7:20-cv-88224-MCR-GRJ |
| Hazelwood, Major v. 3M Company | 7:20-cv-88201-MCR-GRJ |
| HELLEN, DANA v. 3M Company | 7:20-cv-88214-MCR-GRJ |
| Hernandez, Javier v. 3M Company | 7:20-cv-88184-MCR-GRJ |
| Hernandez, Martin v. 3M Company | 7:20-cv-88255-MCR-GRJ |
| Herrera, Gilberto v. 3M Company | 7:20-cv-88216-MCR-GRJ |
| Hicks, Carlester v. 3M Company | 7:20-cv-88192-MCR-GRJ |
| Hopkins, Samuel v. 3M Company | 7:20-cv-88194-MCR-GRJ |
| Husk, Larry v. 3M Company | 7:20-cv-88172-MCR-GRJ |
| Inmon, Darrell v. 3M Company | 7:20-cv-88219-MCR-GRJ |
| Johnson, Rodrick v. 3M Company | 7:20-cv-88223-MCR-GRJ |
| Jones, Earnest v. 3M Company | 7:20-cv-88242-MCR-GRJ |
| JONES, LEON v. 3M Company | 7:20-cv-88228-MCR-GRJ |
| Jordan, James v. 3M Company | 7:20-cv-88235-MCR-GRJ |
| Judie, William v. 3M Company | 7:20-cv-88237-MCR-GRJ |
| Kamps, Travis v. 3M Company | 7:20-cv-88239-MCR-GRJ |
| Keeton, Matthew v. 3M Company | 7:20-cv-88241-MCR-GRJ |
| King, Loretta v. 3M Company | 8:20-cv-32160-MCR-GRJ |
| LeBlanc, Kurtis v. 3M Company | 7:20-cv-88254-MCR-GRJ |
| Linkins, Laura v. 3M Company | 7:20-cv-88211-MCR-GRJ |
| Lloyd, Joshua v. 3M Company | 7:20-cv-88240-MCR-GRJ |

# EXHIBIT C

| | |
|---|---|
| Lohr, Jeremy v. 3M Company | 7:20-cv-88259-MCR-GRJ |
| Machado, Rafael v. 3M Company | 7:20-cv-88207-MCR-GRJ |
| Manasco, Bradley v. 3M Company | 7:20-cv-88215-MCR-GRJ |
| Mangus, Agustin v. 3M Company | 7:20-cv-88258-MCR-GRJ |
| Mascolo, Justin v. 3M Company | 7:20-cv-88251-MCR-GRJ |
| Mayes, Thomas v. 3M Company | 7:20-cv-88190-MCR-GRJ |
| Mehrmann, Lynn v. 3M Company | 7:20-cv-88196-MCR-GRJ |
| Mills, Sandra v. 3M Company | 7:20-cv-88186-MCR-GRJ |
| Nichols, Gregory v. 3M Company | 7:20-cv-88246-MCR-GRJ |
| Pape, Daniel v. 3M Company | 7:20-cv-88209-MCR-GRJ |
| Pate, Richard v. 3M Company | 7:20-cv-88217-MCR-GRJ |
| Peters, Brad v. 3M Company | 7:20-cv-88226-MCR-GRJ |
| Sanchez, Jose v. 3M Company | 7:20-cv-88197-MCR-GRJ |
| Schneidermann, Jeffrey v. 3M Company | 7:20-cv-88249-MCR-GRJ |
| Schwertfeger, Charles v. 3M Company | 7:20-cv-88218-MCR-GRJ |
| Scott, Michael v. 3M Company | 7:20-cv-88206-MCR-GRJ |
| Scott, Mickey v. 3M Company | 7:20-cv-88202-MCR-GRJ |
| Simon, Warnell v. 3M Company | 7:20-cv-88189-MCR-GRJ |
| Smith, Darin v. 3M Company | 7:20-cv-88195-MCR-GRJ |
| Smith, David v. 3M Company | 7:20-cv-88191-MCR-GRJ |
| St Clair, Brian v. 3M Company | 7:20-cv-88176-MCR-GRJ |
| Starrett, Martin v. 3M Company | 7:20-cv-88203-MCR-GRJ |
| Sterwerf, Daniel v. 3M Company | 7:20-cv-88233-MCR-GRJ |
| Stewart, Jeffrey v. 3M Company | 7:20-cv-88225-MCR-GRJ |
| Sturgis, Antonio v. 3M Company | 7:20-cv-88227-MCR-GRJ |
| Tajan, Juanito v. 3M Company | 7:20-cv-88213-MCR-GRJ |
| Takai, Aaron v. 3M Company | 7:20-cv-88230-MCR-GRJ |
| Taylor, Richard v. 3M Company | 7:20-cv-88204-MCR-GRJ |
| Thompson, Richard v. 3M Company | 7:20-cv-88210-MCR-GRJ |
| Toombs, Virgil v. 3M Company | 7:20-cv-88193-MCR-GRJ |
| Tucci, Thomas v. 3M Company | 7:20-cv-88182-MCR-GRJ |
| Vega, Luis v. 3M Company | 7:20-cv-88208-MCR-GRJ |
| VELASCO, JOSE v. 3M Company | 7:20-cv-88243-MCR-GRJ |
| Walden, William v. 3M Company | 7:20-cv-88236-MCR-GRJ |
| Walls, Kenneth v. 3M Company | 7:20-cv-05297-MCR-GRJ |
| Watson, Raymond v. 3M Company | 7:20-cv-88174-MCR-GRJ |
| Weber, Jeffrey v. 3M Company | 7:20-cv-88253-MCR-GRJ |
| Welsh, Jeffrey v. 3M Company | 7:20-cv-88244-MCR-GRJ |
| White, Christopher v. 3M Company | 7:20-cv-88256-MCR-GRJ |
| White, Jarmain v. 3M Company | 7:20-cv-88257-MCR-GRJ |
| Williams, Leroy v. 3M Company | 7:20-cv-88170-MCR-GRJ |