UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document relates to All Cases | CASE NO.  3:19md2885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on __September 14, 2021__

Motion/Pleadings:  __MOTION TO APPEAR *PRO HAC VICE*__

Filed by __Tim J. Riemann__ on __September 14, 2021__   Doc. # __1973__

Response _____ on _____   Doc. # _____

_____ Stipulated          _____ Joint Pleading
_____ Unopposed       _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 16th day of September 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**