UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3 and the United States District Court for the Northern District of Florida Local Rule 11.1, Calle M. Mendenhall respectfully moves this Court for admission to practice pro hac vice in the above-captioned action and in support thereof states as follows:

1. Movant resides in Alabama and is not a resident of the State of Florida;

2. Movant is admitted to practice and is a member of good standing of the bar of the State of Alabama.  In support of same, movant submits a Certificate of Good Standing from the State of Alabama dated within 30 days of this motion and attached hereto as "Exhibit A";

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the online Attorney Admission Tutorial, Confirmation Number **FLND16312232384868**, and has reviewed the Local Rules of the Northern District of Florida and the online CM/ECF Tutorial;

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice*

admission fee; and

5. Movant maintains an upgraded PACER account.

6. Movant is an attorney of record in the related cases identified here:

| CASE NAME | CIVIL ACTION NUMBER |
|---|---|
| *Bryant Simmons v. 3M Company, et al.* | 8:20-cv-11980-MCR-GRJ |
| *Andrew Puent v. 3M Company, et al.* | 8:20-cv-11982-MCR-GRJ |
| *Samonie Oliver v. 3M Company, et al.* | 8:20-cv-11984-MCR-GRJ |
| *Larry Norred v. 3M Company, et al.* | 8:20-cv-11986-MCR-GRJ |
| *Michael Bellotte v. 3M Company, et al.* | 8:20-cv-14897-MCR-GRJ |
| *Henry Washington v. 3M Company, et al.* | 8:20-cv-14899-MCR-GRJ |
| *Eric Graves v. 3M Company, et al.* | 8:20-cv-15067-MCR-GRJ |
| *Dexter Shell v. 3M Company, et al.* | 8:20-cv-15069-MCR-GRJ |
| *Ralph Tillett v. 3M Company, et al.* | 8:20-cv-15237-MCR-GRJ |
| *John Rawson v. 3M Company, et al.* | 8:20-cv-15241-MCR-GRJ |
| *Sean Brewer v. 3M Company, et al.* | 8:20-cv-15706-MCR-GRJ |
| *Austin Jones v. 3M Company, et al.* | 8:20-cv-15707-MCR-GRJ |
| *James Raygor v. 3M Company, et al.* | 8:20-cv-15708-MCR-GRJ |
| *Lashonda Rodgers v. 3M Company, et al.* | 8:20-cv-15709-MCR-GRJ |
| *Joshua Craig v. 3M Company, et al.* | 8:20-cv-15765-MCR-GRJ |
| *Miriam Lane v. 3M Company, et al.* | 8:20-cv-15791-MCR-GRJ |
| *Ronald Lane v. 3M Company, et al.* | 8:20-cv-15794-MCR-GRJ |
| *Darrell Ford v. 3M Company, et al.* | 8:20-cv-15807-MCR-GRJ |
| *Brad Gannaway v. 3M Company, et al.* | 8:20-cv-15810-MCR-GRJ |
| *Jeremy McDaniel v. 3M Company, et al.* | 8:20-cv-16713-MCR-GRJ |
| *Dorothy Stroud v. 3M Company, et al.* | 8:20-cv-16715-MCR-GRJ |
| *Mikel Stroud v. 3M Company, et al.* | 8:20-cv-16718-MCR-GRJ |
| *Andrew Schmidt v. 3M Company, et al.* | 8:20-cv-32894-MCR-GRJ |
| *Dione Stephens v. 3M Company, et al.* | 8:20-cv-32896-MCR-GRJ |
| *Patrick Farris v. 3M Company, et al.* | 8:20-cv-57873-MCR-GRJ |
| *William Ingram v. 3M Company, et al.* | 8:20-cv-57876-MCR-GRJ |
| *Timothy Jordan v. 3M Company, et al.* | 8:20-cv-57879-MCR-GRJ |
| *James Hegler v. 3M Company, et al.* | 8:20-cv-66323-MCR-GRJ |
| *Colt Hogan v. 3M Company, et al.* | 8:20-cv-99095-MCR-GRJ |
| *Benjamin Kotzian v. 3M Company, et al.* | 9:20-cv-20113-MCR-GRJ |
| *Ryan Wooten v. 3M Company, et al.* | 7:21-cv-03074-MCR-GRJ |

| *Joseph Warren v. 3M Company, et al.* | 7:21-cv-03075-MCR-GRJ |
| --- | --- |
| *Patrick Harris v. 3M Company, et al.* | 7:21-cv-09736-MCR-GRJ |
| *Joseph Fuller v. 3M Company, et al.* | 7:21-cv-10970-MCR-GRJ |
| *Shawn Smith v. 3M Company, et al.* | 7:21-cv-10971-MCR-GRJ |
| *Derek Bradley v. 3M Company, et al.* | 7:21-cv-13156-MCR-GRJ |
| *Keith Garner v. 3M Company, et al.* | 7:21-cv-27528-MCR-GRJ |
| *Gary Williams v. 3M Company, et al.* | 7:21-cv-27529-MCR-GRJ |
| *Peter Drake v. 3M Company, et al.* | 7:21-cv-39910-MCR-GRJ |

**WHEREFORE**, movant respectfully requests this Court enter an order granting this motion to appear pro hac vice and direct the Clerk to provide notice of electronic case filings to the undersigned.

DATED: September 16, 2021          Respectfully Submitted,

*/s/ Calle Marie Mendenhall*
Calle M. Mendenhall
(AL Bar No. 7985-W37E)
FARRIS, RILEY & PITT, LLC
505 20th Street North, Ste 1700
Birmingham, AL 35203
Tel. 205.324.1212
Fax. 205.324.1255
cmendenhall@frplegal.com

**CERTIFICATE OF SERVICE**

 This is to certify that a true and accurate copy of the foregoing Motion for Admission pro hac vice was filed electronically with the Clerk of the Court using the CM/ECF system on September 16, 2021, which will send notification to all counsel of record.

*/s/ Calle Marie Mendenhall*
