**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. |
| This Document Relates to:<br>*Polanco v. 3M Company, et al*<br>Case No. 8:20-cv-05568-MCR-GRJ<br><br>*Johnston v. 3M Company, et al*<br>Case No.: 8:20-cv-05572-MCR-GRJ<br><br>*Medhanie v. 3M Company, et al*<br>Case No.: 8:20-cv-05659-MCR-GRJ | |

## NOTICE OF APPEARANCE OF LISA M. ESSER

TO THE CLERK OF THE ABOVE-NAMED COURT:

Lisa M. Esser hereby enters his appearance as counsel for the Plaintiffs in the following individual actions in this MDL: *Polanco v. 3M Company, et al*, Case No. 8:20-cv-05568- MCR-GRJ, *Johnston v. 3M Company, et al,* Case No.: 8:20-cv-05572-MCR-GRJ, *Medhanie v. 3M Company, et al,* Case No.: 8:20-cv-05659-MCR-GRJ. Please direct all future correspondence and pleadings in the Master Docket of MDL-2885 and the above named individual actions to the undersigned at the address shown below. My Motion for Pro Hac Vice was allowed in the main case, *In Re: 3M Combat Arms Earplug Products Liability Litigation;* Case No. 3:19-md-2885 on September 14, 2021.

Respectfully Submitted,

Dated: September 16, 2021

*/s/ Lisa M. Esser*
Lisa M. Esser
Attorney for Plaintiff
Michigan State Bar No. 70628
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 355-0300
lesser@sommerspc.com

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that on September 16, 2021, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via email to all registered counsel of record.

*/s/ Lisa M. Esser*
Lisa M. Esser