UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>JOSHUA MOSS<br><br>PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC,<br><br>DEFENDANTS. | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF DESIGNATED FORUM

Plaintiff, Joshua Moss, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the United States District Court, Florida Northern, absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: September 16, 2021           Respectfully submitted,

                                    */s/Justin Parafinczuk*

                                    Parafinczuk Wolf Susan

                                    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 16th day of September, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/Justin Parafinczuk*

Parafinczuk Wolf Susan

*Attorneys for Plaintiff*