**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | : | |
| EARPLUGS PRODUCTS | : | Case No. 3:19-md-2885 |
| LIABILITY LITIGATION | : | |
| | : | |
| | : | Judge M. Casey Rodgers |
| This Document Relates to All Cases | : | Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, J. Scott Nabers ("Movant") of Nabers Law Firm, PLLC, 3737 Buffalo Speedway, Suite 1850, Houston, Texas 77098, respectfully moves for admission to practice *pro hac vice* in the above-captioned action and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is admitted to practice and is a member of good standing of the bar of the State of Texas (State Bar No. 14769250). A copy of a Certificate of Good Standing from the State of Texas dates within 30 days of this motion is attached hereto as "Exhibit A" and made a part hereof.

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number: **FLND16312169214866** and the CM/ECF online tutorial.

5. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

6. Movant has upgraded his PACER account to "NextGen."

7. Movant is the attorney of record in the following case: *Terrill Luddley v 3M Company, et al, 7:21-cv-16351-MCR-GRJ.*

8. Upon admission, J. Scott Nabers respectfully requests that he be provided Notice of Electronic Filings to the following email address: snabers@naberslaw.com

WHEREFORE, J. Scott Nabers respectfully requests that this Court enter an Order granting the motion to appear *pro hac vice* and directing the Clerk to provide notice of Electronic Case Filings to the undesigned.

Dated this 16th day of September 2021.

Respectfully submitted,

    */s/ J. Scott Nabers*
J. Scott Nabers
NABERS LAW FIRM, PLLC
3737 Buffalo Speedway, Suite 1850
Houston, TX 77098
Tel: 713-422-1200
Fax: 713-422-1210
snabers@naberslaw.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on September 16, 2021, and served electronically on all counsel of record.

    */s/ J. Scott Nabers*
J. Scott Nabers