**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

This Document Relates To:

TEMA WOODS
Civil Case No. 8:20-cv-14885

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

**MOTION TO APPEAR PRO HAC VICE**

Pursuant to Pretrial Order No. 3 and the United States District Court for the

Northern District of Florida Local Rule 11.1, Jacob M. Tubbs respectfully moves

this Court for an order for admission to practice *pro hac vice* in the above

captioned action and in support thereof states as follows:

1.      I am a member in good standing and eligible to practice before the

following courts of the State of Alabama and United States federal district courts

of the Northern and Middle districts of Alabama (Bar No. 7822J45T) where

Movant resides and regularly practices law.

| Title of Court | Date Admitted |
|:---:|:---:|
| Alabama | 9/27/2002 |

2.      Movant submits a copy of a Certificate of Good Standing from the Northern

District of Alabama dated within 30 days of this motion and is attached hereto as

"Exhibit A";

3.      Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has

successfully completed the online Attorney Admission Tutorial, Confirmation

Number **15338-TJ-76403E63**, and has reviewed the Local Rules of the

Northern District of Florida and the online CM/ECF Tutorial;

4.      Movant has submitted to the Clerk the required $208.00 *pro hac vice*

        admission fee; and

5.      Movant maintains an upgraded PACER account.

6.      Mover is counsel for Tema Woods in the matter entitled *Tema Woods*

*v. 3M Company, et al*., No. 8:20-cv-14885  that was automatically transferred to

this court as part of the captioned MDL.

        WHEREFORE, Movant respectfully requests that this Court enter an order

granting this Motion to Appear *Pro Hac Vice* and directing the Clerk to provide

notice of electronic case filings to the undersigned.

DATED:  September 16, 2021


Respectfully submitted,

> */s/ Jacob Tubbs*
> Jacob Tubbs
> PRICE ARMSTRONG, LLC
> 1919 Cahaba Road
> Birmingham, AL 35223
> Jacob@pricearmstrong.com
> Telephone 205-208-9497
> Facsimile  205-208-9598
> *Attorney for Plaintiff*