# Exhibit A

## UNITED STATES DISTRICT COURT
### Northern District of Alabama

**Sharon N. Harris**
**Clerk of Court**



**Joe Musso**
**Chief Deputy Clerk**

## CERTIFICATE OF GOOD STANDING

I, **Sharon N. Harris**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **Jacob M. Tubbs** duly admitted to practice in said Court on **October 16, 2002** and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on **September 16, 2021.**

SHARON N. HARRIS, CLERK
By: _Pamela Cook_
Pamela R. Cook, Deputy Clerk