UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, <br><br> This Document Relates to All cases <br><br> _____ | ) Case No. 3:19md2885 <br> ) <br> ) <br> ) <br> ) Judge M. Casey Rodgers <br> ) <br> ) <br> ) Magistrate Judge Gary R. Jones <br> ) <br> ) <br> ) |

**MOTION TO APPEAR *PRO HAC VICE*** 

     Pursuant to Pretrial Order No. 3 (ECF No. 4), Case Management order 1, and the Northern District of Florida Local Rules 11.1, Leah McMorris ("Movant") of the law firm Thornton Law Firm LLP, 1 Lincoln Street, Boston MA 02111, respectfully moves for admission *pro hac vice* in the above-styled case, and in support thereof states as follows:

     1.    Movant resides in Boston, Massachusetts and is not a resident of the State of Florida.

     2.    Movant is not admitted to practice in the Northern District of Florida.

     3.    Movant is licensed to practice and is a member in good standing of the bar for the State of Massachusetts.

     4.    A copy of a Certificate of Good Standing from the Clerk of the Supreme Court of the State of Massachusetts, dated within 30 days of this motion, is attached as "Exhibit A."

5.     Movant certifies that she has successfully completed both the online Local Rules tutorial exam (confirmation number FLND16315552394893) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

6.     Movant has remitted simultaneously with the filing of the motion the Court's $208.00 *pro hac vice* admission fee.

7.     Movant has updated his PACER account to "NextGen."

8.     Movant is the attorney of record in the related cases identified in the exhibit attached hereto as "Exhibit B" and made a part hereof.

WHEREFORE, Leah McMorris respectfully requests that this Court enter an Order granting this motion to appear pro hac vice and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

DATED: September 16, 2021               By: */s/ Leah McMorris*
                                        Leah McMorris
                                        THORNTON LAW FIRM LLP
                                        Thornton Law Firm
                                        1 Lincoln Street
                                        Boston, MA 02111
                                        E. lmcmorris@tenlaw.com
                                        T. (617)720-1333
                                        F. (617)720-2445
                                        *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 16th day of September 2021, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

DATED: September 16, 2021        */s/ Leah McMorris*
                                                      Leah McMorris
                                                     Thornton Law Firm
                                                     1 Lincoln Street
                                                     Boston, MA 02111
                                                     E. lmcmorris@tenlaw.com
                                                     T. (617)720-1333
                                                     F. (617)720-2445
                                                     *Attorneys for Plaintiff*