# EXHIBIT B

| PLAINTIFF | CIVIL ACTION # |
|---|---|
| James Rollins | 7:20-cv-00328-MCR-GRJ |
| Brent Rowland | 7:20-cv-00371-MCR-GRJ |
| Larry M. Rankin | 7:20-cv-00324-MCR-GRJ |
| Anthony Tipton | 7:20-cv-00378-MCR-GRJ |
| Timothy Bilbo | 7:20-cv-00222-MCR-GRJ |
| Jamie Dykes | 7:20-cv-00247-MCR-GRJ |
| James Braziel | 7:20-cv-00231-MCR-GRJ |
| Michael King | 7:20-cv-00279-MCR-GRJ |
| Robert Ludwig | 7:20-cv-00303-MCR-GRJ |
| Michael Courtney Bourne | 7:21-cv-37236-MCR-GRJ |
| Daniel Sligar | 7:20-cv-00376-MCR-GRJ |
| Mary Campbell | 7:21-cv-19198-MCR-GRJ |
| Gregory Chabot | 7:20-cv-00241-MCR-GRJ |
| Floyd Robinson | 7:20-cv-00326-MCR-GRJ |
| John Calhoun | 7:20-cv-00240-MCR-GRJ |
| Ray Cordero | 7:20-cv-00242-MCR-GRJ |
| Jimmie Guffey | 7:20-cv-00255-MCR-GRJ |
| Charles Gibbs | 7:20-cv-00250-MCR-GRJ |
| Keith Martin | 7:20-cv-00313-MCR-GRJ |
| James McGowan | 7:20-cv-00315-MCR-GRJ |
| Dontrail James | 7:20-cv-00275-MCR-GRJ |
| Timothy Evans | 7:20-cv-00248-MCR-GRJ |
| Mark Murray | 7:20-cv-00317-MCR-GRJ |
| Edward Meekey | 7:20-cv-00319-MCR-GRJ |
| Marvin Tinsley | 7:20-cv-00377-MCR-GRJ |
| Philip Salas | 7:20-cv-00373-MCR-GRJ |