# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>James Rollins v. 3M Company, et al.<br>Docket No. 7:20-cv-00328-MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF DESIGNATED FORUM

Plaintiff, James Rollins, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the United States District Court, Florida Northern District Court absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: 9/16/2021                                   Respectfully submitted,

*/s/     Leah McMorris*
Leah McMorris, MA Bar No. 681437
Thornton Law Firm
1 Lincoln Street
Boston, MA 02111
Email: lmcmorris@tenlaw.com
Phone number: (617)720-1333
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 16th day of September 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

>/s/    *Leah McMorris*
> Leah McMorris