# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rule 11.1, Timothy W. Porter ("Movant") of the law firm Porter & Malouf, P.A., 825 Ridgewood Road, Ridgeland, MS 39157, respectfully moves for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1. Movant resides in Mississippi and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is admitted to practice and is a member in good standing of the Bar of the State of Mississippi.

4. A copy of a Certificate of Good Standing from the State of Mississippi dated within thirty (30) days of this motion is attached hereto as Exhibit "A".

5. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number, FLND16316565094914, and the CM/ECF online tutorial.

6. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

7. Movant has upgraded his PACER account to "NextGen."

8. Movant is the attorney of record in the following case, among others: *Michael Dustin Ihde v. 3m Company, et al, 8:20-cv-16913-MCR-GRJ*.

9. Upon admission, Timothy W. Porter respectfully requests that he be provided Notice of Electronic Filings to the following email address: tim@portermalouf.com.

WHEREFORE, Timothy W. Porter respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: September 16, 2021           Respectfully submitted,

By:   */s/ Timothy W. Porter*
Timothy W. Porter
Mississippi State Bar No. 9687
Porter & Malouf, P.A.
825 Ridgewood Road
Ridgeland, MS 39157
Tel: 601-957-1173/Fax: 601-957-7366
Email:  tim@portermalouf.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on September 16, 2021 and served electronically on all counsel of record.

By:   */s/ Timothy W. Porter*

Timothy W. Porter
Mississippi State Bar No. 9687
Porter & Malouf, P.A.
825 Ridgewood Road
Ridgeland, MS 39157
Tel: 601-957-1173 / Fax: 601-957-7366
Email:  tim@portermalouf.com