UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | ) <br>) Case No. 3:19-md-2885 <br>) <br>) Judge M. Casey Rodgers <br>) Magistrate Judge Gary R. Jones <br>) <br>) MOTION TO APPEAR *PRO HAC VICE* <br>) |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida, the Northern District of Florida's Memorandum Regarding Procedures for Admission, and for the reasons outlined below, I, William L. Walsh, Esq. hereby move this Court for an Order for admission to practice *Pro Hac Vice* in the above-captioned matter.

1. I am an attorney in good standing with the bar of the Supreme Judicial Court of the Commonwealth of Massachusetts. A copy of a Certificate of Good Standing from the Supreme Judicial Court dated within 30 days of this motion, is attached hereto as Exhibit A.

2. I am a resident of the Commonwealth of Massachusetts. I am not a resident of the State of Florida.

3. Pursuant to Pretrial Order No. 3. And Local Rule 11.1, I have reviewed the local rules for this district, successfully completed the online Attorney Admission Tutorial (Confirmation Number FLND16310216154838) and reviewed the PACER CM/ECF tutorials.

    4.     I have submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

    5.     My PACER account is an individual account and is upgraded to NextGen.

    6.     I represent the plaintiffs in the following actions that were directly filed into the above-captioned MDL:

    a. *Malcolm Leigh v. 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies, LLC*, Civil Action No. 9:20-cv-02004 (filed 08/21/2020);

    b. *Justin Serafin v. 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies, LLC*, Civil Action No. 9:20-cv-02001 (filed 08/21/2020);

    c. *Eric Blair v. 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies, LLC*, Civil Action No.9:20-cv01996 (filed 08/21/2020);

    d. *Donn Stratouly v. 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies, LLC*, Civil Action No. 9:20-cv-02009 (filed 08/21/2020);

    e. *John Wajduly v. 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies, LLC*, Civil Action No. 9:20-cv-02006 (filed 08/21/2020);

    f. *Nicholas Elliott v. 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies, LLC*, Civil Action No. 9:20-cv-02008 (filed 08/21/2020);

    g. *David Watson v. 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies, LLC*, Civil Action No.9:20-cv-01999 (filed 08/21/2020);

    h. *David Starr v. 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies, LLC*, Civil Action No. 7:21-cv-23780 (filed 04/29/2021);

    i. *Patrick Kelley v. 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies, LLC*, Civil Action No. 7:21-cv-23781 (filed 04/29/2021);

j. *Casey Gannon v. 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies, LLC*, Civil Action No. 7:21-cv-23782 (filed 04/29/2021);

k. *Bradley White v. 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies, LLC*, Civil Action No. 7:21-cv-23784 (filed 04/29/2021);

l. *Julien Arbour v. 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies, LLC*, Civil Action No. 7:21-cv-23785 (filed 04/29/2021);

m. *Michal Ziaja v. 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies, LLC*, Civil Action No. 7:21-cv-23786 (filed 04/29/2021);

n. *Joseph Ruggiero, II v. 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies, LLC*, Civil Action No. 7:21-cv-23787 (filed 04/29/2021); and

o. *Justin Martin v. 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies, LLC*, Civil Action No. 7:21-cv-23783 (filed 04/29/2021).

WHEREFORE, William L. Walsh, Esq. respectfully requests that this Court enter an Order granting this motion to appear *Pro Hac Vice* and direct the clerk to provide notice of Electronic Case Filings to the undersigned.

PLAINTIFFS,

By their Attorneys,

SUGARMAN AND SUGARMAN, P.C.

DATED: September 17, 2021

　/s/ William L. Walsh_____
William L. Walsh, Esq. – BBO# 704039
wwalsh@sugarman.com
The Prudential Tower
800 Boylston Street, 30th Floor
Boston, MA  02199
(617) 542-1000

## Certificate of Service

I hereby certify that all parties are being served this 17 day of September 2021, with a copy of this document via ECF filing.

                                                                            /s/ William L. Walsh  
                                                                            William L. Walsh

# EXHIBIT A

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **thirtieth** day of **November** A.D. **2018**, said Court being the highest Court of Record in said Commonwealth:

## William L. Walsh

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fourteenth** day of **September** in the year of our Lord **two thousand and twenty-one.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116