UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:  3M COMBAT ARMS                                  Case No. 3:19-md-2885
EARPLUG PRODUCTS LIABILITY
LITIGATION

                                                                                   Judge M. Casey Rodgers
                                                           Magistrate Judge Gary R. Jones

This Document Relates To:
    GEORGE MANESS
    Docket No. 7:20-cv-43781-MCR-GRJ
_____

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rules 11.1, Stacy K. Hauer hereby moves this Court for an order for Admission to Practice *Pro Hac Vice* in the above-styled case, and in support thereof states as follows:

1. I reside in Minnesota.  I am not a resident of the State of Florida.

2. I am admitted to practice and am a member in good standing of the Bar of The State of Minnesota (MN Bar No. 317093).  A copy of a Certificate of Good Standing from the State Bar of Minnesota dated within 30 days of this Motion is attached hereto as *Exhibit A*.

3. Pursuant to Pretrial order No. 3 and Local Rule 11.1, I have reviewed the local rules for this district, successfully completed the online Attorney

1

Admission Tutorial (Confirmation Number **FLND16312830484871**), and reviewed the PACER CM/ECF tutorials.

4. I have submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. My PACER account is an individual account and is upgraded to NextGen.

6. I represent the Plaintiff in the following action that was transitioned to the active docket in the MDL on September 10, 2021: George Maness v. 3M Company, et al., No. 7:20-cv-43781-MCR-GRJ.

WHEREFORE, Stacy K. Hauer respectfully requests that this Court enter an Order granting this Motion to Appear *Pro Hac Vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted this 17th day of September, 2021.

*s/ Stacy K. Hauer*
Stacy K. Hauer, MN 317093
Johnson Becker, PLLC
444 Cedar Street
Suite 1800
St. Paul, MN  55101
Tel: (612)436-1806
Fax: (612)436-1801
shauer@johnsonbecker.com

*Attorney for Plaintiff George Maness*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Appear *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system and served electronically on al counsel of record this 17th day of September, 2021.

*s/ Stacy K. Hauer*