UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and Northern District of Florida Local Rule 11.1, Daniel C. Burke hereby moves this Court for an Order for admission to practice *pro hac vice* in the above styled case, and in support thereof states as follows:

1. Movant resides in New York, and is not a resident of the State of Florida.

2. Movant is admitted to practice before, and is a member of good standing of, the bar of the State of New York, and the United States District Courts for the Southern, Eastern & Northern Districts of New York. A copy of a Certificate of Good Standing from the United States District Court, Southern District of New York, dated within thirty (30) days of this Motion, is attached hereto as Exhibit "A," and made a part hereof.

00639124;V1

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has reviewed (a) the Local Rules of the Northern District of Florida, (b) the Attorney Admission Memo, and (c) the CM/ECF Attorney User's Guide. Movant successfully completed the online Local Rules tutorial exam (confirmation number FLND16317375624921).

4. Movant has submitted simultaneously with the filing of this motion the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant is the attorney of record in the following cases: *Brian Wesley v. 3M Company, et al.*, 8:20-cv-14083-MCR-GRJ; *Christopher Southern v. 3M Company, et al.*, 8:20-cv-13305-MCR-GRJ; *Jesse Goodman v. 3M Company, et al.*, 8:20-cv-13262-MCR-GRJ; *Lap Chu v. 3M Company, et al.*, 8:20-cv-12973-MCR-GRJ; *Larry Hovanis v. 3M Company, et al.*, 8:20-cv-13263-MCR-GRJ; *Levi Walz v. 3M Company, et al.*, 8:20-cv-13833-MCR-GRJ; *Mitchell Brooks v. 3M Company, et al.*, 8:20-cv-13376-MCR-GRJ; *Reynaldo Crespo v. 3M Company, et al.*, 9:20-cv-12704-MCR-GRJ; *Richard Kringer II v. 3M Company, et al.*, 8:20-cv- 12887-MCR-GRJ; *Robert Weston v. 3M Company, et al.*, 8:20-cv-15345-MCR-GRJ; *Troy Rhodes v. 3M Company, et al.*, 8:20-cv-15381-MCR-GRJ; and *Tyson Gray v. 3M Company, et al.*, 8:20-cv-13252-MCR-GRJ.

7. Upon admission, movant respectfully requests that he be provided Notice of Electronic Filings to the following email addresses: dburke@bernlieb.com; and tdaly@bernlieb.com.

**WHEREFORE**, Daniel C. Burke requests that this Honorable Court enter an Order granting this Motion to Appear *Pro Hac Vice* and direct the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: September 17, 2021               Respectfully submitted,

       /s/ *Daniel C. Burke*_____
Daniel C. Burke
Bernstein Liebhard LLP
10 East 40th Street
New York, New York 10016
Phone: (212) 779-1414
Fax: (212) 779-3218
dburke@bernlieb.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 17th day of September, 2021, a true and correct copy of the foregoing **Motion to Appear *Pro Hac Vice*** was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Daniel C. Burke*