# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

      DANIEL C BURKE    , Bar #    DB9435

was duly admitted to practice in the Court on

      October 7, 2003

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    September 16, 2021
New York, New York

Ruby J. Krajick      By    s/ V. Bart
Clerk of Court                      Deputy Clerk