UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, Michael C. Schafle hereby moves this Honorable Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in the Commonwealth of Pennsylvania and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the Commonwealth of Pennsylvania. A copy of a Certificate of Good Standing from the Pennsylvania Supreme Court dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16309762584836**, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission

5. Movant has upgraded his PACER account to "NextGen."

6. Movant is the attorney of record in the related cases identified in the exhibit attached hereto as Exhibit "B" and made a part hereof.

WHEREFORE, the undersigned attorney, Michael C. Schafle, requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted by,

Date: September 17, 2021

By: _____
MICHAEL C. SCHAFLE, ESQUIRE
**Green & Schafle LLC**
2332 South Broad Street
Philadelphia, PA 19145
Phone: (215) 462-3330
Fax No. (215) 567-1941
Email: mschafle@greenlegalteam.com
*Attorney for Plaintiffs Listed in Exhibit B*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

                                              Respectfully submitted by,

Date: September 17, 2021          By: _____
                                              MICHAEL C. SCHAFLE, ESQUIRE
                                              **Green & Schafle LLC**
                                              2332 South Broad Street
                                              Philadelphia, PA 19145
                                              Phone: (215) 462-3330
                                              Fax No. (215) 567-1941
                                              Email: mschafle@greenlegalteam.com