

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Michael Carroll Schafle, Esq.*

**DATE OF ADMISSION**

**January 12, 2005**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 9, 2021

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk