| MDL 2885 1201 | Plaintiff Submission Status Report<br>3M Combat Arms Earplug Litigation<br>(As of 9/17/21) | | | |
|---|---|---|---|---|
| Row | Plaintiff Name | Law Firm Name | Plaintiff ID | Admin Docket Case Number |
| 1. | Clites, Todd M. | Green & Schafle LLC | 49245 | 8:20-cv-09473-MCR-GRJ |
| 2. | Anderson, Mark Ivan | Green & Schafle LLC | 49246 | 8:20-cv-09476-MCR-GRJ |
| 3. | Garci, Seth Marino | Green & Schafle LLC | 49247 | 8:20-cv-09478-MCR-GRJ |
| 4. | Habecker, Joseph David | Green & Schafle LLC | 49248 | 8:20-cv-09480-MCR-GRJ |
| 5. | Kilrain, William Patrick | Green & Schafle LLC | 49249 | 8:20-cv-09483-MCR-GRJ |
| 6. | Kaplan, Ross L. | Green & Schafle LLC | 49250 | 8:20-cv-09486-MCR-GRJ |
| 7. | Balawejder, Alexander Joseph | Green & Schafle LLC | 49251 | 8:20-cv-09488-MCR-GRJ |
| 8. | Kline, Timothy Allan | Green & Schafle LLC | 49252 | 8:20-cv-09491-MCR-GRJ |
| 9. | Albarracin, Victor E. | Green & Schafle LLC | 49253 | 8:20-cv-09493-MCR-GRJ |
| 10. | Pratt, Stephen R. | Green & Schafle LLC | 49254 | 8:20-cv-09496-MCR-GRJ |
| 11. | Betz, Ryan Joseph | Green & Schafle LLC | 49255 | 8:20-cv-09499-MCR-GRJ |
| 12. | Cush, Morgan S. | Green & Schafle LLC | 49256 | 8:20-cv-09501-MCR-GRJ |
| 13. | Campos, Marc Anthony | Green & Schafle LLC | 49257 | 7:20-cv-04949-MCR-GRJ |
| 14. | McCombes, Jeffrey J. | Green & Schafle LLC | 49258 | 8:20-cv-09504-MCR-GRJ |
| 15. | Riles, Ronald | Green & Schafle LLC | 170030 | 8:20-cv-09851-MCR-GRJ |
| 16. | Wimbush, James | Green & Schafle LLC | 170031 | 8:20-cv-09852-MCR-GRJ |
| 17. | Billings, Shane | Green & Schafle LLC | 176861 | 8:20-cv-09907-MCR-GRJ |
| 18. | Hazzard, Charles | Green & Schafle LLC | 190626 | 8:20-cv-33904-MCR-GRJ |
| 19. | Worthman, John | Green & Schafle LLC | 190627 | 8:20-cv-18782-MCR-GRJ |
| 20. | O'Toole, Timothy | Green & Schafle LLC | 194307 | 8:20-cv-30162-MCR-GRJ |
| 21. | Kim, Ji | Green & Schafle LLC | 202647 | 8:20-cv-31768-MCR-GRJ |
| 22. | Ondishko-Vail, Christian | Green & Schafle LLC | 202648 | 8:20-cv-40103-MCR-GRJ |
| 23. | Loucks, Gordon | Green & Schafle LLC | 233237 | 9:20-cv-08743-MCR-GRJ |
| 24. | Fuller, Daniel | Green & Schafle LLC | 233238 | 9:20-cv-11500-MCR-GRJ |
| 25. | Yurkiewicz, Mark | Green & Schafle LLC | 233239 | 9:20-cv-08744-MCR-GRJ |
| 26. | Patten, Tucker | Green & Schafle LLC | 233240 | 9:20-cv-08745-MCR-GRJ |
| 27. | Davis, Marcus | Green & Schafle LLC | 240628 | 9:20-cv-11503-MCR-GRJ |
| 28. | McFadden, Daniel | Green & Schafle LLC | 244685 | 9:20-cv-11505-MCR-GRJ |
| 29. | Ostroski, Leonard | Green & Schafle LLC | 244686 | 9:20-cv-08755-MCR-GRJ |
| 30. | Toro, Marcus | Green & Schafle LLC | 304094 | 7:21-cv-23616-MCR-GRJ |
| 31. | Figuereo, Jason | Green & Schafle LLC | 307325 | 7:21-cv-24174-MCR-GRJ |
| 32. | Tautua, Elway | Green & Schafle LLC | 317875 | 7:21-cv-29904-MCR-GRJ |
| 33. | JACKSON, GERALD | Green & Schafle LLC | 329705 | 7:21-cv-43336-MCR-GRJ |
| 34. | DEBROW, DONTE | Green & Schafle LLC | 329706 | 7:21-cv-43338-MCR-GRJ |
| 35. | BENT, LENWORTH ANTONIO | Green & Schafle LLC | 329707 | 7:21-cv-43340-MCR-GRJ |

© 2021 BrownGreer PLC

| | | | | |
|---|---|---|---|---|
| **36.** | DEBROW, EBONY | Green & Schafle LLC | 329708 | 7:21-cv-43342-MCR-GRJ |
| **37.** | BASELICE, CHRISTOPHER | Green & Schafle LLC | 329710 | 7:21-cv-43346-MCR-GRJ |
| **38.** | HOLIDAY, ANTHONY D | Green & Schafle LLC | 329711 | 7:21-cv-43348-MCR-GRJ |

© 2021 BrownGreer PLC