| Exhibit "B" ||
|---|---|
| **Plaintiff** | **Civil Action No.** |
| Addison, Tracy v. 3M Company | 7:20-cv-41185-MCR-GRJ |
| Becknell, Treymane v. 3M Company | 7:20-cv-40775-MCR-GRJ |
| Beene, Dustin v. 3M Company | 7:20-cv-41204-MCR-GRJ |
| Biggs, Carl v. 3M Company | 7:20-cv-41212-MCR-GRJ |
| Brannan, Shawn v. 3M Company | 7:20-cv-41221-MCR-GRJ |
| Camacho, Anthony v. 3M Company | 7:20-cv-41230-MCR-GRJ |
| Clark, Brian v. 3M Company | 7:20-cv-41238-MCR-GRJ |
| Crescenzo, Frank v. 3M Company | 7:20-cv-41245-MCR-GRJ |
| Danaher, Tommy v. 3M Company | 7:20-cv-41252-MCR-GRJ |
| Dunn, Stephen v. 3M Company | 7:20-cv-41260-MCR-GRJ |
| Edwards, Christopher v. 3M Company | 7:20-cv-41270-MCR-GRJ |
| Erickson, Frank v. 3M Company | 7:20-cv-41278-MCR-GRJ |
| French, Troy v. 3M Company | 7:20-cv-41285-MCR-GRJ |
| Gunderson, Trent v. 3M Company | 7:20-cv-41289-MCR-GRJ |
| Hairston, David v. 3M Company | 7:20-cv-41292-MCR-GRJ |
| Hatcher, Rudolpho v. 3M Company | 7:20-cv-41295-MCR-GRJ |
| Hawks, Curtis v. 3M Company | 7:20-cv-41299-MCR-GRJ |
| Hobbs, Ryan v. 3M Company | 7:20-cv-40787-MCR-GRJ |
| Hunter, Michael v. 3M Company | 7:20-cv-41307-MGR-GRJ |
| Johnson, Nicolas v. 3M Company | 7:20-cv-41311-MGR-GRJ |
| Jones, Chris v. 3M Company | 7:20-cv-41315-MCR-GRJ |
| Keith, Chad v. 3M Company | 7:20-cv-40791-MCR-GRJ |
| Lewis, Kelvin v. 3M Company | 7:20-cv-41324-MCR-GRJ |
| Love, Brian v. 3M Company | 7:20-cv-41328-MCR-GRJ |
| Luetke, Joe v. 3M Company | 7:20-cv-41332-MCR-GRJ |
| Mazuranic, Joshua v. 3M Company | 7:20-cv-41340-MCR-GRJ |
| McIntyre, Matthew v. 3M Company | 7:20-cv-41344-MCR-GRJ |

| | |
|---|---|
| Miller, Anthony v. 3M Company | 7:20-cv-40802-MCR-GRJ |
| Ordaz, Efren v. 3M Company | 7:20-cv-40809-MCR-GRJ |
| Parades, Luis v. 3M Company | 7:20-cv-41353-MGR-GRJ |
| Powell, Heath v. 3M Company | 7:20-cv-41360-MCR-GRJ |
| Randlett, Seth v. 3M Company | 7:20-cv-41361-MCR-GRJ |
| Ranoa, Randy v. 3M Company | 7:20-cv-41362-MCR-GRJ |
| Reinert, Keith v. 3M Company | 7:20-cv-41363-MGR-GRJ |
| Robbins, Shontaine v. 3M Company | 7:20-cv-41365-MGR-GRJ |
| Ross, Alicia v. 3M Company | 7:20-cv-41371-MCR-GRJ |
| Rossi, Rocco v. 3M Company | 7:20-cv-41378-MCR-GRJ |
| Shire, James v. 3M Company | 7:20-cv-41385-MCR-GRJ |
| Solomon, David v. 3M Company | 7:20-cv-41390-MCR-GRJ |
| Tetrault, Ian v. 3M Company | 7:20-cv-40815-MCR-GRJ |
| Thrailkill, David v. 3M Company | 7:20-cv-41394-MCR-GRJ |
| Tomblin, Dempsey v. 3M Company | 8:20-cv-99261-MCR-GRJ |
| Ulate-Gutierrez, Emmanuel v. 3M Company | 7:20-cv-41291-MGR-GRJ |
| West, Jeremiah v. 3M Company | 7:20-cv-41404-MGR-GRJ |
| Wong-Franklin, Bryan v. 3M Company | 7:20-cv-41404-MGR-GRJ |
| Ybarra, Gerardo v. 3M Company | 7:20-cv-40818-MCR-GRJ |