IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
IN THE PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS ) <br> EARPLUG PRODUCTS ) <br> LIABILITY LITIGATION ) <br>  ) <br> **This Document Relates to:** ) <br>  ) <br> **All Cases** ) <br>  ) <br>  ) <br>  ) <br>  ) | Case No.: 3:19-md-2885 <br><br> Judge M. Casey Rogers <br> Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I Murray B. Wells hereby moves this Honorable Court for Admission to Practice *Pro Hac Vice* in the above styled case, and in support states the following:

1. I reside in Memphis, Tennessee. I am not a resident citizen of Florida.

2. I am admitted to practice and am a member in good standing of the Bar of the State of Tennessee (TN Bar No. 021749). A copy of a certificate of Good Standing from the state Bar of Tennessee dated within 30 days of this Motion is attached hereto as **EXHIBIT A**.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, I have reviewed the local rules for the Northern District of Florida, successfully completed the online attorney admission tutorial (Confirmation **FLND16317171174916**), and reviewed the PACER CM/ECF tutorials.

4. I have submitted to the Clerk the required $208.00 *Pro Hac Vice* admission fee.

5. My Pacer account is and individual account and upgraded to NextGen.

6. I am an attorney of record in the related cases identified here among others:

Erwin Rendon v. 3M Company et al. - Docket No. 8:20-cv-09824-MCR-GRJ

Clinton Hulslander v. 3M Company et al. – Docket No. 8:20-cv-14909-MCR-GRJ

Jude Floyd v. 3M Company et al. – Docket No. 8:20-cv-14917-MCR-GRJ

Jamie Taschetti v. 3M Company et al. – Docket No. 8:20-cv-09815-MCR-GRJ

Wherefore, the movant respectfully requests this Honorable Court enter an Order Granting this Motion to Appear *Pro Hac Vice* and directs the clerk to provide notice of electronic case filings to the undersigned as well as too neglia@thewellsfirm.com; daly@thewellsfirm.com; and cic@thewellsfirm.com.

Respectfully Submitted,

**WELLS & ASSOCIATES, PLLC**

/s/ Murray B. Wells
MURRAY B. WELLS (TN BPR# 021749)
Attorney for Plaintiffs
81 Monroe Avenue – Suite 400
Memphis, TN 38103
(901) 507-2521 – Phone
(901) 507-1791 – Facsimile
wells@thewellsfirm.com – Email

### CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing Motion for Admission pro hac vice was filed electronically with the Clerk of the Court using the CM/ECF system on September 17, 2021, which will send notification to all counsel of record.

/s/ Murray B. Wells
MURRAY B. WELLS (TN BPR# 021749)