# EXHIBIT A

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Terry L. Cochran, P35890 of Livonia, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on November 15, 1983 in Oakland County and became a member of the State Bar of Michigan on November 15, 1983.

Janet K. Welch, Executive Director
September 09, 2021