UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Cases | MDL No. 3:19-md-2885<br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR PRO HAC VICE**

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, Steven Lee Lauer hereby moves this Court for an Order for admission to practice pro hac vice in the above styled case, and in support thereof state as follows:

1. He resides in Virginia and is not a resident of the State of Florida.

2. He is admitted to practice and is a member of good standing of the bar of the Commonwealth of Virginia. A copy of a Certificate of Good Standing from the Supreme Court of the Commonwealth of Virginia and dated within the past 30 days is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, he has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16299131464806, and the CM/ECF online tutorial.

4. He has submitted simultaneously with the filing of this motion the required $208.00 pro hac vice admission fee.

5. He has an upgraded individual "NextGen" PACER account.

6. He is attorney of record in the related case of *Chadwick Crowder v. 3M Company*, 7:20-cv-46088-MCR-GRJ.

7. He respectfully requests that he be provided Notice of Electronic Filings to the following email addresses: slauer@joelbieber.com and awilkens@joelbieber.com.

WHEREFORE, Steven Lee Lauer requests that this Court enter an order granting this Motion to Appear Pro Hae Vice and direct the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: 9/17/21                    Respectfully submitted,

/s/ Steven L. Lauer
Steven L. Lauer
The Joel Bieber Firm
6806 Paragon Place
Richmond, VA 23230
(Office) (804) 358-2200
(Fax) (804) 358-2262
slauer@joelbieber.com

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 17th day of September, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ Steven L. Lauer
Steven L. Lauer