IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | § § § § | Case No. 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| NIKOLAUS VECCHIO and MARANDA VECCHIO | § § § | |
| Plaintiffs, | § § | |
| V. | § § § | CIVIL ACTION NO. 3:21-cv-00646-MCR-GRJ |
| 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, And AERO TECHNOLOGIES LLC, | § § § § § § § | |
| Defendants. | § | |

## MOTION TO APPEAR PRO HAC VICE

I, Laura Vecchio McCaskill, file this Motion to appear pro hac vice before the Court.

### A. MOTION

1. My full name is Laura Vecchio McCaskill.

2. I am an attorney and a member of the law firm of Vecchio & Vecchio, Attorneys at Law in Grand Prairie, Texas. My Attorney Admission Tutorial Confirmation for the Northern District of Florida Pensacola Division is FLND1612294424113. I am familiar with the CM/ECF e-filing system.

3. My office address, telephone number, fax number, and email address are as follows:  901 Avenue K, Grand Prairie, Texas 75050, Phone (972) 647-1607, Fax (972) 647-4044, and email address is vecchiolaw@verizon.net.

**4. I have been retained personally by Plaintiffs Nikolaus Vecchio and Maranda Vecchio to provide legal representation in case number 3:21-cv-00646-MCR-GRJ.**

5. I have been and presently am a member in good standing of the bar of the highest Court of the State of Texas since 1999.

6. I have been admitted to practice in the following courts:  State of Texas, Northern District of Texas, State of Florida, Northern District of Florida.

7. I have not been the subject of a grievance proceeding or an involuntary removal proceeding while a member of the bar of any state or federal court.

8. I have not been charged with, arrested for, or convicted of a criminal offense or offenses.

9. In the past three years, I have not applied to appear pro hac vice before other courts.

10. I certify that have read and am familiar with the local civil rules of this Court and that I will abide by and comply with these rules.

## B. CONCLUSION

11. For these reasons, I, Laura Vecchio McCaskill, ask the Court to grant this Motion and allow me to appear pro hac vice before this Court until the conclusion of this case.

        Respectfully submitted,

        **VECCHIO & VECCHIO**

**Attorneys at Law**

By: /s/ Laura Vecchio McCaskill
**Laura Vecchio McCaskill**
Texas Bar No. 24013123
Email:  vecchiolaw@verizon.net
901 Avenue K
Grand Prairie, Texas 75050
Tel. (972) 647-1607
Fax. (972) 647-4044
**Attorneys for Plaintiffs**
**Nikolaus Vecchio and**
**Maranda Vecchio**