UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, L. Paul Mankin hereby moves this Court for an Order for admission to practice *pro hac* vice in the above- styled case only, and in support thereof states as follows:

1. Movant resides in California and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of California (CA Bar No. 264038). A copy of a Certificate of Good Standing from the Stateof California dated within 30 days of this motion is attached hereto as Exhibit "A" andmade a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16317484624927, and the CM/ECF online tutorial.

1

      4.      Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

      5.      Movant has upgraded her PACER account to "NextGen."

      6.      Movant is the attorney of record in the following case: *Dennis Latowski v. 3M Company, et al, 8:20-cv-33526-MCR-GRJ.*

WHEREFORE, L. Paul Mankin requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: 9/17/2021

Respectfully submitted,

The Law Office of L. Paul Mankin

/s/ L. Paul Mankin
CA Bar No. 264038
pmankin@paulmankin.com
4655 Cass St., Suite 410
San Diego, CA 92109
Telephone: 800-219-3577
Facsimile: 323-207-3885

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

/s/ L. Paul Mankin
L. Paul Mankin

*Attorney for Plaintiff*