UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, Carmelo D. Morabito hereby moves this Honorable Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in the State of Maryland and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Maryland. A copy of a Certificate of Good Standing from the Court of Appeals of Maryland dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam,

confirmation number FLND15629432802429, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant is the attorney of record in the related cases identified in the exhibit attached hereto as Exhibit "B" and made a part hereof.

**WHEREFORE**, the undersigned attorney, Carmelo D. Morabito, requests that this Court enter an order granting this motion to appear pro hac vice and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted by,

Dated: September 17, 2021      /s/
                                         Carmelo D. Morabito, Esq.
                                         Maryland Attorney # 1712140062
                                         Pending Pro Hac Vice Admission
                                         Smith, Gildea & Schmidt, LLC
                                         600 Washington Ave, Suite 200
                                         Towson, MD 21204
                                         cmorabito@sgs-law.com
                                         Tel: 410-821-0070
                                         Fax: 410-821-0071

## CERTIFICATE OF SERVICE

I do hereby certify that on this 17th day of September, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action..

                                                     /s/
                                     Carmelo D. Morabito, Esq.
                                     Maryland Attorney # 1712140062
                                     Pending *Pro Hac Vice* Admission
                                     Smith, Gildea & Schmidt, LLC
                                     600 Washington Ave, Suite 200
                                     Towson, MD 21204
                                     cmorabito@sgs-law.com
                                     Tel: 410-821-0070
                                     Fax: 410-821-0071