**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**EXHIBIT B TO MOTION TO APPEAR *PRO HAC VICE*** 
**RELATED CASES**

| Case No. | Name |
|---|---|
| 8:20-cv-18380-MCR-GRJ | LLOYD v. 3M COMPANY et al |
| 8:20-cv-18068-MCR-GRJ | DUPREE v. 3M COMPANY et al |

# U.S. District Court
## Northern District of Florida (Pensacola Overflow Two)
### CIVIL DOCKET FOR CASE #: 8:20-cv-18380-MCR-GRJ

LLOYD v. 3M COMPANY et al  
Assigned to: JUDGE M CASEY RODGERS  
Referred to: MAGISTRATE JUDGE GARY R JONES  
Lead case: 3:19-mc-00087-MCR-GRJ  
Member case: (View Member Case)  
Cause: 28:1332 Diversity-Product Liability  

Date Filed: 06/08/2020  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity  

**Plaintiff**

**LASHANA SHERRE LLOYD**  
*127787*

represented by **CARMELO DOMENICO MORABITO**  
SMITH GILDEA & SCHMIDT LLC - TOWSON MD  
600 WASHINGTON AVENUE  
SUITE 200  
TOWSON, MD 21204  
410-821-0070  
Fax: 410-821-0071  
Email: cmorabito@sgs-law.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**3M COMPANY**

**Defendant**

**3M OCCUPATIONAL SAFETY LLC**

**Defendant**

**AEARO HOLDING LLC**

**Defendant**

**AEARO INTERMEDIATE LLC**

**Defendant**

**AEARO LLC**

**Defendant**

**AEARO TECHNOLOGIES LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2020 | 1 | MASTER SHORT FORM COMPLAINT. (erl) (Entered: 06/08/2020) |
| 10/27/2020 | 2 | DOCKET ANNOTATION BY COURT:In the future, all pleadings and papers must be filed |

| | | |
|---|---|---|
| | | on this docket for this Plaintiff. See ECF 4 in case 3:19mc87. (erl) (Entered: 10/27/2020) |
| 09/17/2021 | 3 | NOTICE OF TRANSITION *to 3M MDL DOCKET* by LASHANA SHERRE LLOYD (MORABITO, CARMELO) (Entered: 09/17/2021) |
| 09/17/2021 | 4 | REFILED SHORT FORM COMPLAINT *(FIRST AMENDED)* against All Defendants, filed by LASHANA SHERRE LLOYD. (MORABITO, CARMELO) (Entered: 09/17/2021) |
| 09/17/2021 | 5 | NOTICE *of* DESIGNATED FORUM - FLORIDA MIDDLE by LASHANA SHERRE LLOYD (MORABITO, CARMELO) (Entered: 09/17/2021) |
| 09/17/2021 | | Payment of Filing Fee ( Filing fee $ 402 receipt number AFLNDC-6326344), filed by LASHANA SHERRE LLOYD. (MORABITO, CARMELO) (Entered: 09/17/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/17/2021 16:39:41 | | | |
| **PACER Login:** | cmorabito | **Client Code:** | 3312-203 |
| **Description:** | Docket Report | **Search Criteria:** | 8:20-cv-18380-MCR-GRJ |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# U.S. District Court
## Northern District of Florida (Pensacola Overflow Two)
## CIVIL DOCKET FOR CASE #: 8:20-cv-18068-MCR-GRJ

DUPREE v. 3M COMPANY et al  
Assigned to: JUDGE M CASEY RODGERS  
Referred to: MAGISTRATE JUDGE GARY R JONES  
Lead case: 3:19-mc-00087-MCR-GRJ  
Member case: (View Member Case)  
Cause: 28:1332 Diversity-Product Liability

Date Filed: 06/08/2020  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

**VINCENT EDWARD DUPREE**  
*127700*

represented by **CARMELO DOMENICO MORABITO**  
SMITH GILDEA & SCHMIDT LLC - TOWSON MD  
600 WASHINGTON AVENUE  
SUITE 200  
TOWSON, MD 21204  
410-821-0070  
Fax: 410-821-0071  
Email: cmorabito@sgs-law.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**3M COMPANY**

**Defendant**

**3M OCCUPATIONAL SAFETY LLC**

**Defendant**

**AEARO HOLDING LLC**

**Defendant**

**AEARO INTERMEDIATE LLC**

**Defendant**

**AEARO LLC**

**Defendant**

**AEARO TECHNOLOGIES LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2020 | 1 | MASTER SHORT FORM COMPLAINT. (erl) (Entered: 06/08/2020) |
| 10/27/2020 | 2 | DOCKET ANNOTATION BY COURT:In the future, all pleadings and papers must be filed |

| | | |
|---|---|---|
| | | on this docket for this Plaintiff. See ECF 4 in case 3:19mc87. (erl) (Entered: 10/27/2020) |
| 09/17/2021 | 3 | NOTICE OF TRANSITION *to 3M MDL DOCKET* by VINCENT EDWARD DUPREE (MORABITO, CARMELO) (Entered: 09/17/2021) |
| 09/17/2021 | 4 | REFILED SHORT FORM COMPLAINT *(FIRST AMENDED)* against All Defendants, filed by VINCENT EDWARD DUPREE. (MORABITO, CARMELO) (Entered: 09/17/2021) |
| 09/17/2021 | 5 | NOTICE *of DESIGNATED FORUM - SOUTH CAROLINA* by VINCENT EDWARD DUPREE (MORABITO, CARMELO) (Entered: 09/17/2021) |
| 09/17/2021 | | Payment of Filing Fee ( Filing fee $ 402 receipt number AFLNDC-6327108), filed by VINCENT EDWARD DUPREE. (MORABITO, CARMELO) (Entered: 09/17/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/17/2021 16:38:45 | | | |
| **PACER Login:** | cmorabito | **Client Code:** | 3312-203 |
| **Description:** | Docket Report | **Search Criteria:** | 8:20-cv-18068-MCR-GRJ |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |