## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document Relates to All Cases | Case No. 3:19md2885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

### ORDER ON MOTION TO APPEAR *PRO HAC VICE*

Movant, Carmelo D. Morabito, having filed his Motion to Appear *Pro Hac Vice*, and the Court, having reviewed and examined said Motion, and being duly advised, hereby **GRANTS** the motion and admits Carmelo D. Morabito *pro hac vice*, in this litigation.

So ordered this _____ day of _____, 2021.

_____

_____
UNITED STATES DISTRICT COURT JUDGE