# Exhibit "B"

| Plaintiff | Civil Action No. |
|---|---|
| KENNETH BARNES V. 3M COMPANY | 8:20-cv-29175-MCR-GRJ |
| MICHAEL DOUGLAS V. 3M COMPANY | 7:20 -cv-71875-MCR-GRJ |
| MARK MCKENNEY V. 3M COMPANY | 7:20-cv-71861-MCR-GRJ |
| DAVID WAACK V. 3M COMPANY | 7:20-cv-71479-MCR-GRJ |
| VERA BROOKER V. 3M COMPANY | 3:19-cv-00686-MCR-GRJ |