UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Kimberly Wilson White ("Movant") of the law firm Wilson Law, P.A., 434 Fayetteville St., Suite 2060, Raleigh, NC 27601, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1. Movant is admitted to practice and is a member in good standing of the bar of the State of North Carolina. A copy of a Certificate of Good Standing from the State of North Carolina dated within 30 days of this motion is attached hereto as **Exhibit "A"** and made a part hereof.

2. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, Confirmation Number **FLND15579556202207**, and the CM/ECF online tutorial.

3. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

4. Movant has upgraded her PACER account to "NextGen."

5. Movant is the attorney of record in the related case: *Timothy Dougherty and Martha Dougherty, et. al. v. 3M Company, et. al.*, 7:20-cv-43042-MCR-GRJ.

6. Upon admission, Kimberly Wilson White respectfully requests that she be provided Notice of Electronic Filings to the following email address: kim@wilsonlawpa.com.

WHEREFORE, Kimberly Wilson White respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: 09/20/2021          Respectfully submitted

<u>/s/Kimberly Wilson White</u>
NC State Bar No. 30044
Wilson Law, P.A.
434 Fayetteville St., Suite 2060
Raleigh, NC 27601
Tel:  919-890-0180/ Fax:  919-882-1758
Email:  kim@wilsonlawpa.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 20th day of September, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/*Kimberly Wilson White*
NC State Bar No. 30044
Wilson Law, P.A.
434 Fayetteville St., Suite 2060
Raleigh, NC 27601
Tel: 919-890-0180/ Fax: 919-882-1758
Email: kim@wilsonlawpa.com
*Attorney for Plaintiffs*