UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Cases Listed | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rule 11.1, Amy Collignon Gunn hereby moves this Court for an order for Admission to Practice *Pro Hac Vice* in the above-styled multi-district litigation, and in support thereof states as follows:

1. I reside in Missouri. I am not a resident of the State of Florida.

2. I am admitted to practice in and am a member in good standing of the Bar of the State of Missouri (MO Bar No. 45016). A copy of a Certificate of Good Standing from The Supreme Court of Missouri dated September 3, 2021 is attached hereto as *Exhibit A*.

3. Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and Local Rule 11.1, I have reviewed the local rules for this district, successfully completed the online Attorney Admission Tutorial (Confirmation Number FLND16320674934963) and reviewed the PACER CM/ECF tutorials.

4. I have submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. My PACER account is an individual account and is upgraded to NextGen.

6. I represent the plaintiffs in the following actions that were transitioned to the active docket in the MDL on September 19, 2021:

    a. *Jeffery Kinley v. 3M Company, et al.*, 8:20-cv-18527;

    b. *Lorenzo Young v. 3M Company, et al.*, 8:20-cv-18558;

    c. *Faron Johnson v. 3M Company, et al.*, 8:20-cv-18624;

    d. *Jacob Rebo v. 3M Company, et al.*, 8:20-cv-19126; and

    e. *Rosina Thomas v. 3M Company, et al.*, 8:20-cv-19222

WHEREFORE, Amy Collignon Gunn respectfully requests that this Court enter an Order granting this Motion to Appear *Pro Hac Vice* and directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: September 20, 2021        Respectfully submitted,

>  */s/ Amy Collignon Gunn*
>  Amy Collignon Gunn
>  The Simon Law Firm, P.C.
>  800 Market Street, Ste. 1700
>  St. Louis, MO  63101
>  Phone: (314) 241-2929
>  Fax: (314) 241-2029
>  agunn@simonlawpc.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 20th day of September, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Amy Collignon Gunn*