# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG LITIGATION
LIABILITY LITIGATION

This Document Relates to:
*Guillermo Camarillorazo*
Case No. 7:20-cv-00098

*Theodore Finley*
Case No. 7:20-cv-00170

*Carlos Montero*
Case No. 7:20-cv-00067

*Joseph Palanki*
Case No. 7:20-cv-02324

*Carter Stelling*
Case No. 7:20-cv-00143

CASE NO.: 3:19-MD-2885-MCR-GRJ

Chief Judge M. Casey Rodgers
Magistrate Judge Gary Jones

**CONFIDENTIAL - FILED
UNDER SEAL**

## DEFENDANTS' MOTION TO PRESERVE *DAUBERT* AND RULE 702 MOTIONS AND ARGUMENTS PREVIOUSLY RULED UPON

Defendants 3M Company and Aearo (collectively, "Defendants") pursuant to the Court's instruction provided on July 12, 2021, respectfully file this motion to (1) preserve all listed motions and arguments to the extent that the Court has previously denied them, and (2) re-assert the listed motions and arguments to the extent they have been a basis for the Court to grant Defendants' prior *Daubert* motions and/or exclude Plaintiffs' experts. Defendants incorporate arguments on each Motion by

FILED USDC FLND PN
SEP 17 '21 AM 7:49

reference to sections of Defendants' Omnibus Motion to Exclude Plaintiffs' [Group A] Putative Expert Opinions Under *Daubert* and Rule 702 and Incorporated Memorandum in Support Thereof (ECF 1606) ("Group A"), and Defendants' Omnibus Motion To Exclude Plaintiffs' Group B Putative Expert Opinions Under *Daubert* and Rule 702 And Incorporated Memorandum (ECF 1864) ("Group B"). Defendants further identify where these previous motions and arguments are made against new experts, or existing experts making new arguments, that Plaintiffs have designated for the Group C cases.

## List of *Daubert* Motions And Arguments:

- Several Experts Impermissibly Act As Attorney Mouthpieces — Summarizing Evidence Is Not Helpful Or Reliable Opinion. (Group A § I.A.)

- Several Experts Impermissibly Act As Attorney Mouthpieces — Experts Cannot Offer Legal Conclusions. (Group A § I.B.; Group B § IV.B.)

  - This motion and argument also is asserted against new Plaintiffs' expert Benjamin Crane and Hamid Djalilian.

- Several Experts Impermissibly Act As Attorney Mouthpieces — State-of-Mind Opinions Are Impermissible. (Group A § I.C.; Group B § IV.B.)

  - This motion and argument also is asserted against new Plaintiffs' expert Benjamin Crane and Hamid Djalilian.

- Plaintiffs' Military "Safety Culture" Experts Have No Valid Basis For Their Opinions — Their "Safety Culture" Opinions Lack Any Methodology Or A Sufficient Factual Basis. (Group A § II.A.)

- Plaintiffs' Military "Safety Culture" Experts Have No Valid Basis For Their Opinions — Their Opinions Do Not Account For Objective, Empirical Evidence Establishing Many Soldiers Did Not Use Hearing Protection. (Group A § II.B.)

- Plaintiffs' Military "Safety Culture" Experts Have No Valid Basis For Their Opinions — Their Opinions Impermissibly Speculate About Soldiers' State of Mind. (Group A § II.C.)

- Plaintiffs' Military "Safety Culture" Experts Have No Valid Basis For Their Opinions — Their Opinions Do Not "Fit" With The Facts Of Any Plaintiff. (Group A § II.D.)

- Plaintiffs' Hearing Testing Experts' Opinions Use Unreliable Methodologies That Do Not Fit The Facts Of This Case — Plaintiffs' Experts' Evaluations of the CAEv2 Are Unreliable. (Group A § III.A.)

- Plaintiffs' Hearing Testing Experts' Opinions Use Unreliable Methodologies That Do Not Fit The Facts Of This Case — The Opinions of David Eddins And Robert Juneau Should Be Excluded. (Group A § III.B.)

- Plaintiffs' Hearing Testing Experts' Opinions Use Unreliable Methodologies That Do Not Fit The Facts Of This Case — Certain of Juneau's Other Opinions Should Be Excluded. (Group A § III.C.)

- Plaintiffs' Hearing Testing Experts' Opinions Use Unreliable Methodologies That Do Not Fit The Facts Of This Case — Certain of Franks' Opinions Are Unreliable, Without Foundation, Or Have Been Disavowed. (Group A § III.D.)

- Plaintiffs' Hearing Testing Experts' Opinions Use Unreliable Methodologies That Do Not Fit The Facts Of This Case — Eric Rose Lacks Any Methodology Or Basis For Opining Regarding Alleged Product Defects. (Group A § III.E.)

- Plaintiffs' Experts' Differential Diagnoses Are Unreliable — Other Hearing Protection.  (Group A § IV.A.).

  - Defendants assert the arguments in this section regarding experts not properly ruling out user error or use of other HPDs against Group C experts who opine regarding specific causation.

- Plaintiffs' Economic Loss Experts Lack Any Reliable Methodology Reasonably Applied To The Facts — Davis And Kucsma's Opinions On Earning Capacity And Worklife Capacity Should Be Excluded.  (Group A § V.A.)

  - Defendants also direct the Court to additional recent authority supporting Defendants' arguments. *See Sturgis v. R & L Carriers, Inc.*, 2021 WL 3578746, at *6 (N.D. Ind. Aug. 13, 2021) (excluding opinions from Gibson using ACS

3

data because the method must be reliable even if the underlying "data resists error").

- Plaintiffs' Economic Loss Experts Lack Any Reliable Methodology Reasonably Applied To The Facts — Johnson Simply Copies Publicly Financial Figures Without Any Analysis Or Expert Opinion. (Group A § V.B.)

- Hidden Hearing Loss Opinions Do Not Fit Plaintiffs' Facts.  (Group A § VI.A.-VI.C)

  - This motion and argument also is asserted against new Plaintiffs' expert Hamid Djalilian and James Hall.

- Plaintiffs' Experts' Opinions Regarding PTSD Are Speculative And Inadmissible — Fagelson, An Audiologist, Lacks the Qualifications To Opine About Medical Conditions Such as PTSD, Mental Health, Or Sleep Disorders. (Group A § VII.A.)

  - This motion and argument also is asserted against Plaintiffs' experts Moises Arriaga, Benjamin Crane, and Christopher Spankovich.

- Other Experts Offer Opinions Beyond The Scope Of Any Expertise — Arriaga Is Not Qualified To Offer Opinions Regarding Product Testing, Labelling, Or Design Features. (Group A § VIII.A.)

  - This motion and argument also is asserted against new Plaintiffs' experts Benjamin Crane and James Hall.

- Other Experts Offer Opinions Beyond The Scope Of Any Expertise — Bielefeld's Opinions About Employment Rates, Earning Capacity, Mental Health Issues And Dementia Are Improper And Inadmissible. (Group A §VIII.B.)

- Other Experts Offer Opinions Beyond The Scope Of Any Expertise — McKinley Has No Expertise In ISO 9001. (Group A § VIII.C.)

- Other Opinions Should Be Excluded — Packer's Opinions Regarding Estes's Or Baker's Comorbidities Are Speculative And Unreliable.  (Group A § IX.A.)

- Other Opinions Should Be Excluded — McKinley's Opinions About Defendants' Quality Testing Program Should Be Excluded. (Group A § IX.B.)

- Other Opinions Should Be Excluded — Madigan Should Not Be Allowed To Testify Regarding Causation. (Group A § IX.C.)

- Plaintiffs' Hidden Hearing Loss Opinions Are Unreliable, Speculative, And Not Based On Any Methodology.  (Group B § I.A-B.)

  - This motion and argument also is asserted against new Plaintiffs' experts Hamid Djalilian and James Hall.

- Plaintiffs' Experts Have No Basis For Opinions That Any CAEv2 Defect Caused Plaintiffs' Alleged Injuries.  (Group B § II.C.)

  - Defendants assert this argument against each of Plaintiffs' Group C experts that opines regarding specific causation and did not fit the Plaintiff with the CAEv2 or measure the Plaintiff's ear canals.  These include (1) Spankovich's opinion regarding Camarillo, Ex1, Spankovich Dep. 250:11-16, 253:7-17, 261:16, 21; (2) Spankovich's opinion regarding Finley, Ex1, Spankovich Dep. 19:14-20:5; (3) Spankovich's opinion regarding Stelling, Ex2, Spankovich Dep. 623:8-16, 623:4-627:22; and (4) Lustig's opinion regarding Palanki, Ex3, Lustig Dep. 198:3-199:12; Ex4, Lustig Palanki Report 16.

- Plaintiffs' Experts Cannot Offer Other Unreliable Or Impermissible Opinions — Gilder Cannot Offer Any Opinions About Hearing Loss and Tinnitus. (Group B § IV.C.)

- Plaintiffs' Experts Cannot Offer Other Unreliable Or Impermissible Opinions — Gilder Cannot Opine About Method B Approximating The CAEv2's Performance For Soldiers. (Group B § I.D.)

- Plaintiffs' Experts Cannot Offer Other Unreliable Or Impermissible Opinions — Gilder Cannot Opine About What Information 3M Should Have Provided To The Military. (Group B § I.E.)

September 17, 2021

*/s/ Charles F. Beall, Jr.*
Larry Hill
Florida Bar No. 173908
lhill@mhw-law.com
Charles F. Beall, Jr.
Florida Bar No. 66494
cbeall@mhw-law.com
Haley J. VanFleteren
Florida Bar No. 1003674
hvanfleteren@mhw-law.com
MOORE, HILL & WESTMORELAND, P.A.
350 West Cedar Street
Maritime Place, Suite 100
Pensacola FL 32502
Telephone: (850) 434-3541

Respectfully submitted:

*/s/ Robert C. "Mike" Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mnomellini@kirkland.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding,*
*LLC, Aearo Intermediate, LLC and*
*Aearo, LLC*

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)</u>

Pursuant to Local Rule 7.1(F), counsel for Defendants certify that this motion contains 1,110 words, excluding the case style, signature block, and certificates of compliance with the Local Rules.

Dated:  September 17, 2021                    Respectfully submitted,


*/s/ Robert C. Brock*_____
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants*
*3M Company,*
*3M Occupational Safety LLC,*
*Aearo Technologies LLC,*
*Aearo Holding, LLC,*
*Aearo Intermediate, LLC and*
*Aearo LLC*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)**

Pursuant to Local Rule 7.1(B), counsel for Defendants certify that they held a conference to discuss the relief sought in this motion with Plaintiffs' counsel on September 16, 2021.  Plaintiffs' counsel represented that they would not agree on September 16, 2021.

Dated:  September 17, 2021                  Respectfully submitted,


*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants*
*3M Company,*
*3M Occupational Safety LLC,*
*Aearo Technologies LLC,*
*Aearo Holding, LLC,*
*Aearo Intermediate, LLC and*
*Aearo LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 17, 2021, a true and correct copy of the foregoing:

### DEFENDANTS' MOTION TO PRESERVE *DAUBERT* AND RULE 702 MOTIONS AND ARGUMENTS PREVIOUSLY RULED UPON

was served as follows:

☒     **[E-Mail]** By causing the above document to be sent via electronic mail to the parties at the email addresses listed below. I am aware that service is presumed invalid if the email transmission is returned as undeliverable.

| | |
|---|---|
| Bryan F. Aylstock, Lead Counsel<br>Douglass A. Kreis<br>Neil D. Overholtz<br>Jennifer M. Hoekstra<br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>17 East Main Street Suite 200<br>Pensacola, FL 32502<br>Tel.: (850) 202-1010<br>Email: baylstock@awkolaw.com<br>Email: dkreis@awkolaw.com<br>Email: noverholtz@awkolaw.com<br>Email: jhoekstra@awkolaw.com<br><br>*Counsel for Plaintiff Guillermo Camarillorazo*<br>Case No. 7:20-cv-00098<br><br>*Counsel for Plaintiff Theodore Finley*<br>Case No. 7:20-cv-00170<br><br>*Counsel for Plaintiff Carlos Montero*<br>Case No. 7:20-cv-00067 | Shelley V. Hutson, Co-Lead Counsel<br>Emily B. Marlow<br>Marcela J. Arevalo<br>Clark, Love & Hutson, GP<br>440 Louisiana Street<br>Suite 1600<br>Houston, TX 77002<br>Tel.: (713) 757-1400<br>Email: shutson@triallawfirm.com<br>Email: emarlowe@triallawfirm.com<br>Email: bgreif@triallawfirm.com<br>Email: marevalo@triallawfirm.com<br><br>*Counsel for Plaintiff Guillermo Camarillorazo*<br>Case No. 7:20-cv-00098<br><br>*Counsel for Plaintiff Joseph Palanki*<br>Case No. 3:19-cv-02324 |

| | |
|---|---|
| *Counsel for Plaintiff Joseph Palanki*<br>Case No. 3:19-cv-02324<br><br>*Counsel for Plaintiff Carter Stelling*<br>Case No. 7:20-cv-00143 | |
| Christopher A. Seeger, Co-Lead Counsel<br>David R. Buchanan<br>Caleb A. Seeley<br>Maxwell H. Kelly<br>Parvin K. Aminolroaya<br>Seeger Weiss LLP<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660<br>Tel.: (212) 584-0700<br>Email: cseeger@seegerweiss.com<br>Email: dbuchanan@seegerweiss.com<br>Email: cseeley@seegerweiss.com<br>Email: mkelly@seegerweiss.com<br>Email: paminolroaya@seegerweiss.com<br>Email: MDL2885@seegerweiss.com<br><br>*Counsel for Plaintiff Carter Stelling*<br>Case No. 7:20-cv-00143 | Michael A. Burns, Co-Liaison Counsel<br>Caroline L. Maide<br>Mostyn Law Firm<br>3810 W. Alabama Street<br>Houston, TX  77027<br>Tel.: (713) 714-0000<br>Email: epefile@mostynlaw.com<br>Email: maburns@mostynlaw.com |
| Evan D. Buxner,<br>Plaintiffs' Executive Committee<br>Gori Julian & Associates<br>156 North Main Street<br>Edwardsville, IL 62025<br>Tel.: (618) 659-9833<br>Email: evan@gorijulianlaw.com | Brian H. Barr, Co-Liaison Counsel<br>Winston Troy Bouk<br>Troy A. Refferty<br>Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A.<br>316 S Baylen St. Ste 600<br>Pensacola, FL 32502<br>Tel.: (850) 435-7045<br>Email: bbarr@levinlaw.com<br>Email: tbouk@levinlaw.com |

| | Email: trafferty@levinlaw.com |
|---|---|
| Keith M. Jensen<br>Keith M. Jensen PC<br>1024 N. Main Street<br>Fort Worth, TX 76105<br>Tel.: (817) 334-0762<br>Email: kj@jensen-law.com<br><br>*Counsel for Plaintiff Guillermo Camarillorazo*<br>Case No. 7:20-cv-00098 | Thomas W. Pirtle<br>Buffy K. Martines<br>Laminack Pirtle & Martines<br>5020 Montrose Blvd, 9th Fl.<br>Houston, TX 77006<br>Tel.: (713) 292-2750<br>Email: tomp@lpm-triallaw.com<br>Email: buffym@lpm-triallaw.com<br><br>*Counsel for Plaintiff Guillermo Camarillorazo*<br>Case No. 7:20-cv-00098 |
| Jonathan M. Sedgh<br>Panagiotis V. Albanis<br>Paul J. Pennock<br>Morgan & Morgan<br>850 3rd Avenue, Suite 402<br>Brooklyn, NY 11232<br>Tel.: (212) 738-6839<br>Email: jsedgh@forthepeople.com<br>Email: palbanis@forthepeople.com<br>Email: ppennock@forthepeople.com<br><br>*Counsel for Plaintiff Guillermo Camarillorazo*<br>Case No. 7:20-cv-00098 | Katherine L. Cornell<br>Pulasaki Law Firm<br>2925 Richmond Avenue, Suite 1725<br>Houston, TX 77098<br>Tel.: (713) 664-4555<br>Email: kcornell@pulaskilawfirm.com<br><br>*Counsel for Plaintiff Guillermo Camarillorazo*<br>Case No. 7:20-cv-00098 |
| Thomas J. Henry<br>Roger L. Turk<br>Thomas J. Henry Law PLLC<br>521 Starr Street<br>Corpus Christi, TX 78401<br>Tel.: (361) 985-0600<br>Email: tjh.3m@thomasjhenrylaw.com<br>Email: rlt.3m@thomasjhenrylaw.com | Nicole Corinne Berg<br>Ashley Barriere<br>Kathryn Lee Couey<br>Keller Lenkner LLC<br>150 N. Riverside Plaza<br>Suite 4270<br>Chicago, IL 60606<br>Tel.: (312) 741-5220 |

| | |
|---|---|
| *Counsel for Plaintiff Theodore Finley*<br>Case No. 7:20-cv-00170 | Email: ncb@kellerlenkner.com<br>Email:<br>ashley.barriere@kellerlenkner.com<br>Email:<br>kathryn.couey@kellerlenkner.com<br><br>*Counsel for Plaintiff Carlos Montero*<br>Case No. 7:20-cv-00067 |
| Alexandra M. Walsh<br>1050 Connecticut Avenue<br>Suite 500<br>Washington, DC 20036<br>Tel.: (202) 780-4127<br>Email: awalsh@alexwalshlaw.com<br><br>*Counsel for Plaintiff Carlos Montero*<br>Case No. 7:20-cv-00067 | Jason M. Milne<br>Clark Love & Hutson<br>757 W. Meadow Side Drive<br>Saratoga Springs, UT 84045<br>Tel.: (385) 447-1041<br>Email: jmilne@triallawfirm.com<br><br>Counsel for Plaintiff Joseph Palanki<br>Case No. 3:19-cv-02324 |
| Matthew S. Hosen<br>Quinn Emanuel Urquhart<br>1109 1st Avenue, Suite 210<br>Seattle, WA 98101<br>Tel.: (206) 905-7000<br>Email: matthosen@quinnemanuel.com<br><br>*Counsel for Plaintiff Joseph Palanki*<br>Case No. 3:19-cv-02324 | Muhammad S. Aziz<br>Abraham Watkins Nichols<br>800 Commerce Steet<br>Houston, TX 77055<br>Tel.: (713) 222-7211<br>Email: jdean@abrahamwatkins.com<br><br>*Counsel for Plaintiff Joseph Palanki*<br>Case No. 3:19-cv-02324 |

DATED:  September 17, 2021        */s/ Robert C. Brock*
                                          Robert C. "Mike" Brock

**LAWRENCE R. LUSTIG, MD**
**TESTIMONIAL HISTORY**

Kenji Mercadeo (as parent of Nya Acevedo) plaintiffs vs New YorkCity Health and Hospitals Corporation. Expert review for the defense.

Garces v Walmart. Expert review for the plaintiff

Sophia Levasseur (as the mother of LL) vs Jose Temitope and other defendants. Expert review for the Defense, Office of the New York Attorney General

Dabniel Luciuk (plaintiff) v. The United States of America (US District Court, District of Connecticut). Expert review for plaintiff

Jeanine Tansey (plaintiff) v. Andrea Vakbutas MD and Long Island Jewish Medical Center. Expert review for Defense.

In re: 3M Combat Arms Earplug Products Liability Litigation, USDC NDFL Case No. 3:19-md-2885
Deposition – General and re Lewis Keefer, 7:20-cv-00104 - December 20, 2020;
Deposition – re William Wayman, 7:20-cv-00149 - January 26, 2021
Trial – April 15, 2021 (Estes, 7:20cv137; Keefer, 7:20cv104; Hacker, 7:20cv131); June 10, 2021 (Baker, 7:20-cv-39)

# EXHIBIT C

**JOSEPH PALANKI – CASE-SPECIFIC MATERIALS CONSIDERED MATERIALS REVIEWED**

***Depositions and Transcripts of the Parties/Physicians/Witnesses and Exhibits***

Deposition of Plaintiff Palanki, Joseph: 11/24/2020

Deposition of Collins, Sherry: 01/31/2021

Deposition of Gurley, Mark: 01/28/2021

Deposition of Palanki, Charles: 01/20/2021

Deposition of Palanki, Kathy: 01/19/2021

Deposition of Tripp, Rebekah: 02/05/2021

***Medical and Billing Records***

VA *Touhy* Responses

DOD *Touhy* Responses

NCOER

Forms DD2215

Forms DD2216

Forms DD214

Dr. Timothy Collins

Dr. Mark T. Gurley, M.D.

Skin Cancer and Cosmetic Dermatology

Warde Medical Laboratory

Sweetwater Hospital Association

Paris Henry County Clinic

Starr Regional Medical Center – Athens

Starr Regional Family Practice – Etowah

Garcia Laboratory

Center for Lung and Sleep Disorders – Certification of No Records

Henry County Orthopedic Surgery – Certification of No Records

Price Chiropractic Office

Walgreens Pharmacy

DME: 01/28/2021

Tinnitus Functional Index: 06/22/2021

***Other***

Discovery Responses

- 04/11/2020: Objections & Responses to First Set of Requests for Production
- 04/11/2020: Objections & Answers to First set of Interrogatories
- 04/11/2020: Objections & Answers to Second Set of Interrogatories
- 05/15/2020: Objections & Response to First Set of Requests for Production
- 05/15/2020: Supplemental Objections & Answers to Second Set of Interrogatories
- 05/18/2020: Supplemental Objections & Answers to First Set of Interrogatories
- 05/18/2020: Supplemental Objections & Answers to Second Set of Interrogatories
- 06/04/2020: Second Supplemental Objections & Answers to First Set of Interrogatories
- 10/01/2020: Third Supplemental Objections & Answers to First Set of Interrogatories
- 10/28/2020: Fourth Supplemental Objections & Answers to First Set of Interrogatories
- 10/29/2020: Rule 26(a) Initial Disclosures
- 11/06/2020: Supplemental Objections & Answers to Second Set of Interrogatories

Census Form

Bellwether Selection Sheet

Academic Records:

- Tennessee Technical Center at Paris
- University of Tennessee
- Excelsior of New York

Employment Records:

- Norandal – Certification of No Records

Client Produced Photos

Insertion Photos

Insertion Videos

Other Case-Specific Reports:

- Dr. James W. Hall

- Dr. Lawrence Lustig

***Incorporated Materials***

My General MDL Report and all materials cited in and reviewed for the general causation report.

# EXHIBIT D

## TINNITUS FUNCTIONAL INDEX

Today's Date  06/22/2021
*Month / Day / Year*

Your Name  Joseph Palenki
*Please Print*

**Please read each question below carefully. To answer a question, select *ONE* of the numbers that is listed for that question, and draw a *CIRCLE* around it like this: ⑩% or ①.**

| **I** | **Over the PAST WEEK...** |

**1.** What percentage of your time awake were you consciously **AWARE OF** your tinnitus?

*Never aware* ► 0%  10%  ⑳%  30%  40%  50%  60%  70%  80%  90%  100% ◄ *Always aware*

**2.** How **STRONG** or **LOUD** was your tinnitus?

*Not at all strong or loud* ►0   1   2   3   4   5   6   ⑦   8   9   10 ◄ *Extremely strong or loud*

**3.** What percentage of your time awake were you **ANNOYED** by your tinnitus?

*None of the time* ►  0%  10%  ⑳%  30%  40%  50%  60%  70%  80%  90%  100% ◄ *All of the time*

| **SC** | **Over the PAST WEEK...** |

**4.** Did you feel **IN CONTROL** in regard to your tinnitus?

*Very much in control* ►0   1   2   3   4   5   6   7   8   9   ⑩ ◄ *Never in control*

**5.** How easy was it for you to **COPE** with your tinnitus?

*Very easy to cope* ► 0   1   2   3   4   ⑤   6   7   8   9   10 ◄ *Impossible to cope*

**6.** How easy was it for you to **IGNORE** your tinnitus?

*Very easy to ignore* ► 0   1   2   3   4   5   6   7   ⑧   9   10 ◄ *Impossible to ignore*

| **C** | **Over the PAST WEEK...** |

**7.** Your ability to **CONCENTRATE**?

*Did not interfere* ► 0   1   2   3   ④   5   6   7   8   9   10 ◄ *Completely interfered*

**8.** Your ability to **THINK CLEARLY?**

*Did not interfere* ► 0   1   2   ③   4   5   6   7   8   9   10 ◄ *Completely interfered*

**9.** Your ability to **FOCUS ATTENTION** on other things besides your tinnitus?

*Did not interfere* ► 0   1   2   ③   4   5   6   7   8   9   10 ◄ *Completely interfered*

| **SL** | **Over the PAST WEEK...** |

**10.** How often did your tinnitus make it difficult to **FALL ASLEEP or STAY ASLEEP**?

*Never had difficulty* ► 0   1   2   ③   4   5   6   7   8   9   10 ◄ *Always had difficulty*

**11.** How often did your tinnitus cause you difficulty in getting **AS MUCH SLEEP** as you needed?

*Never had difficulty* ► 0   1   2   ③   4   5   6   7   8   9   10 ◄ *Always had difficulty*

**12.** How much of the time did your tinnitus keep you from **SLEEPING** as **DEEPLY** or as **PEACEFULLY** as you would have liked?

*None of the time* ► 0   1   2   ③   4   5   6   7   8   9   10 ◄ *All of the time*

Copyright Oregon Health & Science University 2008

08.15.08

**Please read each question below carefully. To answer a question, select *ONE* of the numbers that is listed for that question, and draw a *CIRCLE* around it like this:** (10%) **or** (1).

| A | Over the PAST WEEK, how much has your tinnitus interfered with... | Did not interfere | | | | | | | | | | Completely interfered |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

13. Your ability to **HEAR CLEARLY**?   0   1   2   ③   4   5   6   7   8   9   10

14. Your ability to **UNDERSTAND PEOPLE** who are talking?   0   1   2   ③   4   5   6   7   8   9   10

15. Your ability to **FOLLOW CONVERSATIONS** in a group or at meetings?   0   1   2   ③   4   5   6   7   8   9   10

| R | Over the PAST WEEK, how much has your tinnitus interfered with... | Did not interfere | | | | | | | | | | Completely interfered |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

16. Your **QUIET RESTING ACTIVITIES**?   0   1   2   ③   4   5   6   7   8   9   10

17. Your ability to **RELAX**?   0   1   2   ③   4   5   6   7   8   9   10

18. Your ability to enjoy "**PEACE AND QUIET**"?   0   1   2   ③   4   5   6   7   8   9   10

| Q | Over the PAST WEEK, how much has your tinnitus interfered with... | Did not interfere | | | | | | | | | | Completely interfered |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

19. Your enjoyment of **SOCIAL ACTIVITIES**?   0   1   2   ③   4   5   6   7   8   9   10

20. Your **ENJOYMENT OF LIFE**?   0   1   2   ③   4   5   6   7   8   9   10

21. Your **RELATIONSHIPS** with family, friends and other people?   0   1   2   ③   4   5   6   7   8   9   10

22. How often did your tinnitus cause you to have difficulty performing your **WORK OR OTHER TASKS**, such as home maintenance, school work, or caring for children or others?

*Never had difficulty* ► 0   1   2   ③   4   5   6   7   8   9   10 ◄ *Always had difficulty*

| E | Over the PAST WEEK... |
|---|---|

23. How **ANXIOUS** or **WORRIED** has your tinnitus made you feel?

*Not at all anxious or worried* ► 0   1   2   ③   4   5   6   7   8   9   10 ◄ *Extremely anxious or worried*

24. How **BOTHERED** or **UPSET** have you been because of your tinnitus?

*Not at all bothered or upset* ► 0   1   2   ③   4   5   6   7   8   9   10 ◄ *Extremely bothered or upset*

25. How **DEPRESSED** were you because of your tinnitus?

*Not at all depressed* ► 0   1   ②   3   4   5   6   7   8   9   10 ◄ *Extremely depressed*

Copyright Oregon Health & Science University                                                    08.15.08

# EXHIBIT E











