UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> This Document Relates To: ) <br> ) <br> Camarillorazo, 7:20-cv-98 ) | Case No. 3:19-md-2885 <br><br> Judge M. Casey Rogers <br> Magistrate Judge Gary R. Jones |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and Local Rule 11.1, Josh Autry, moves this Court for an Order granting him admission to practice pro hac vice in the above action and in support of his Motion states as follows:

1. Movant resides in Lexington, Kentucky. Movant is not a resident of the State of Florida.

2. Movant is an attorney and a member of the law firm of Morgan & Morgan, P.A. with offices at 333 W. Vine Street, Suite 1200, Lexington, Kentucky 40507; Phone: (859) 899-8785.

3. Movant is an active member in good standing and currently eligible to practice law in the following jurisdiction(s):

- Commonwealth of Kentucky – 2019 to present, Bar No. 98149
- Commonwealth of Pennsylvania – 2008 to present, Bar No. 208459
- U.S. District Court, Eastern District of Kentucky – 2019 to present
- U.S. District Court, Western District of Kentucky – 2019 to present
- U.S. District Court, Middle District of Pennsylvania – 2009 to present
- U.S. District Court, Eastern District of Pennsylvania – 2010 to present
- U.S. District Court, Western District of Pennsylvania – 2011 to present
- U.S. Court of Appeals, Sixth Circuit – 2020 to present
- U.S. Court of Appeals, Second Circuit – 2012 to present
- U.S. Court of Appeals, Third Circuit – 2010 to present
- U.S. District Court, Middle District of Florida at Orlando – PHV Admission May 18, 2021 (Maher Batayeh v. Eisai, Inc., et al.; 6:21-cv-00406)
- U.S. District Court, Northern District California – PHV Admission September 13, 2021

4.   A copy of a Certificate of Good Standing from the Kentucky Bar Association dated within 30 days of this Motion is attached hereto as Exhibit A.

5.   There have been no disciplinary, suspension, disbarment, or contempt proceedings initiated against Movant in the preceding five years.

6. Movant, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate Movant's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

7. Movant is not an inactive member of The Florida Bar.

8. Movant is not now a member of The Florida Bar.

9. Movant is not a suspended member of The Florida Bar.

10. Movant is not a disbarred member of The Florida Bar nor has Movant received a disciplinary resignation or disciplinary revocation from The Florida Bar.

11. Movant has not previously been disciplined or held in contempt by reason of misconduct committed while engaged in representation.

12. Movant has read the applicable Attorney Admission Memo, Local Rules of the Northern District of Florida, and CM/ECF Attorney User's Guide.

13. Movant has completed the Attorney Admission Tutorial (Confirmation Number: FLND16321385234967).

14. Movant has paid the required *pro hac vice* fee.

15. Movant has an upgraded PACER account.

16. Movant agrees to comply with the provisions of the Florida Rules of Professional Conduct and consents to the jurisdiction of the courts and the Bar of the State of Florida.

WHEREFORE, Movant respectfully requests permission to appear in this court for this cause only.

DATED this 20th day of September, 2021.

                                            */s/ Josh Autry*
                                            Josh Autry (KY Bar No. 98149)
                                            Morgan & Morgan, P.A.
                                            333 W. Vine Street, Suite 1200
                                            Lexington, KY 40507
                                            Phone: (859) 899-8785
                                            Email: jautry@forthepeople.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing has been served via the Court's Electronic Service System on this the 20th day of September, 2021 to all counsel of record.

                                            */s/ Josh Autry*
                                            Josh Autry