# KENTUCKY BAR ASSOCIATION

**514 WEST MAIN STREET**
**FRANKFORT, KENTUCKY 40601-1812**
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
J.D. Meyer
President

Amy D. Cubbage
President-Elect

W. Fletcher Schrock
Vice President

Thomas N. Kerrick
Immediate Past President

Megan P. Keane
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Rhonda Jennings Blackburn
Allison I. Connelly
Matthew P. Cook
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
Todd V. McMurtry
Susan Montalvo-Gesser
Susan D. Phillips
James M. Ridings
James A. Sigler
Van F. Sims
J. Tanner Watkins



## THIS IS TO CERTIFY THAT

### JOSHUA MICHAEL AUTRY
*Morgan & Morgan*
*333 West Vine Street, Suite 1200*
*Lexington, Kentucky 40507*

### Membership No. 98149

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 3rd day of September, 2021.

**JOHN D. MEYERS**
**REGISTRAR**

By: *Michele M. Pogrotsky*
Michele M. Pogrotsky, Deputy Registrar