## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and Northern District of Florida Local Rule 11.1, Lindsey N. Scarcello hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1.      Movant resides in Missouri and is not a resident of the State of Florida.

2.      Movant is admitted to practice and is a member in good standing of the bar of the State of Missouri. A copy of Movant's Letter of Good Standing from the State of Missouri dated within 30 days of this Motion is attached hereto as **Exhibit A**.

3.      Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16320956354966, and the CM/ECF online tutorial.

4.      Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5.      Movant has upgraded her PACER account to "NextGen".

6.      Movant is the attorney of record in the related cases identified in

**<u>Exhibit B</u>**.

WHEREFORE, Lindsey N. Scarcello requests that this Court enter an Order

granting this Motion to Appear *Pro Hac Vice* and directing the clerk to provide

notice of Electronic Case Filings to the undersigned.

Dated: September 20, 2021.                    WAGSTAFF & CARTMELL LLP

                                              By: <u>*/s/ Lindsey N. Scarcello*</u>
                                              Lindsey N. Scarcello
                                              Missouri Bar # 66199
                                              4740 Grand Avenue, Suite 300
                                              Kansas City, Missouri 64112
                                              Telephone: 816-701-1100
                                              Facsimile: 816-531-2372
                                              lscarcello@wcllp.com

# EXHIBIT A

*The Supreme Court of Missouri*



*Certificate of Admission as an
Attorney at Law*

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/18/2013,

*Lindsey Nicole Scarcello*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 26th day of August, 2021.

Clerk of the Supreme Court of Missouri

**EXHIBIT B**

| Parties | Case No. |
|---|---|
| Dempsey, Patrick Christopher v. 3M Company, *et al.* | 8:20-cv-12587-MCR-GRJ |
| Isom, Tabatha Beth v. 3M Company, *et al.* | 7:20-cv-21696-MCR-GRJ |
| East, Christopher Charles v. 3M Company, *et al.* | 7:20-cv-21686-MCR-GRJ |
| Galimore, Steven Louis v. 3M Company, *et al.* | 7:20-cv-21684-MCR-GRJ |
| Wright, Jerome Steven v. 3M Company, *et al.* | 7:20-cv-22408-MCR-GRJ |
| Murphy, Gregory B. v. 3M Company, *et al.* | 7:20-cv-22497-MCR-GRJ |
| Kruse, Christopher L. v. 3M Company, *et al.* | 7:20-cv-22780-MCR-GRJ |
| Wilson, Frank H. v. 3M Company, *et al.* | 7:20-cv-22793-MCR-GRJ |
| Musselman, Barry James v. 3M Company, *et al.* | 7:20-cv-22842-MCR-GRJ |
| Johnson, Brett Andrew v. 3M Company, *et al.* | 7:20-cv-26118-MCR-GRJ |
| Trombley, Christopher v. 3M Company, *et al.* | 7:20-cv-33113-MCR-GRJ |
| Sipple, Robert Brandon v. 3M Company, *et al.* | 7:20-cv-36007-MCR-GRJ |
| Frydrych, Thomas Joseph v. 3M Company, *et al.* | 7:20-cv-36391-MCR-GRJ |
| Soto, Angel L. v. 3M Company, *et al.* | 7:20-cv-36424-MCR-GRJ |
| Schultz, Nicholas Mark v. 3M Company, *et al.* | 7:20-cv-36454-MCR-GRJ |
| Wathey Colon, Harold A. v. 3M Company, *et al.* | 7:20-cv-28637-MCR-GRJ |