**UNITED STATES DISTRICT COURT**
**NORTHNERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, <br><br> This Document Relates to: <br><br> Roman Phillips <br><br> PLAINTIFF(S), <br><br> v. <br><br> 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC, <br><br> DEFENDANTS. | Case No. 3:19-md-2885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones <br><br><br> MOTION TO APPEAR PRO HAC VICE |

In accordance with the Court's Pretrial Order No. 3 and Northern District of Florida Local Rule 11.1, Courtney T. Wilson of Hopkins & Huebner, P.C., and respectfully move for admission to practice pro hac vice in the above referenced case. Mover certifies as follows:

1. Movant is the attorney of record in case 3:21-cv-00997 Roman Phillips v. 3M Company, et al.

2. Movant resides in Iowa and is not a resident of Florida.

3. Movant is not admitted to practice in the Northern District of Florida and is a member of good standing of the bar of the State of Iowa. Mover attaches a copy of a certificate of good standing from the Supreme Court of Iowa dated within 20 days.

4. Movant has reviewed the Attorney admission Memo, reviewed the Local Rules of this District, completed the Attorney Admission Tutorial (Confirmation Number: FLND16312910464873), and reviewed the online CM/ECF Attorney User's Guide.

5. Movant has paid the required $208.00 pro hac vice admission fee.

6. Movant has an upgraded PACER account.

7. Mover represents Roman Phillips, a plaintiff who by transfer from the United States District Court Southern District of Iowa.

WHEREFORE, Courtney T. Wilson respectfully requests the Court enter an order granting his motion to appear pro hac vice on behalf of Roman Phillips, and direct the Clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted,

HOPKINS & HUEBNER, P.C.

By__/s/ Courtney T. Wilson_____
   Courtney T. Wilson, AT0011260
   2700 Grand Avenue, Suite 111
   Des Moines, IA 50312
   Telephone:  515-244-0111
   Facsimile:   515-244-8935
   ATTORNEYS FOR PLAINTIFF
   ROMAN PHILLIPS

**CERTIFICATE OF SERVICE**

In compliance with Local Rule 5.1(f), I certify that I filed a true and correct copy of the foregoing with the Clerk of Court using ECF/CM system, which will provided electronic notice of same to be sent to all counsel.

September 20, 2021

__/s/ Courtney T. Wilson_____
Courtney T. Wilson