# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the United States District Court for the Northern District of Florida Local Rule 11.1, Shannon M. Pennock respectfully moves this Court for an order for admission to practice *pro hac vice* in the above-captioned action and in support thereof states as follows:

1. Movant resides in New Jersey and is not a resident of the State of Florida;

2. Movant is admitted to practice and is a member in good standing of the bars of the State of New Jersey and the State of New York;

3. Movant submits copies of Certificates of Good Standing from the Southern District of New York and Supreme Court of New Jersey dated within 30 days of this motion and is attached hereto as "Exhibit A";

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the online Attorney Admission Tutorial, Confirmation Number **FLND16319182584957**, and has reviewed the Local Rules of the Northern District of Florida and the online CM/ECF Tutorial;

5. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee; and

6. Movant maintains an upgraded PACER account.

7. Movant is the attorney of record in the related cases identified in the exhibit attached hereto as "Exhibit B" and made a part hereof.

WHEREFORE, Movant respectfully requests that this Court enter an order granting this Motion to Appear *Pro Hac Vice* and directing the Clerk to provide notice of electronic case filings to the undersigned.

Dated: September 20, 2021                             Respectfully Submitted,

By:   /s/ *Shannon M. Pennock*
    Shannon M. Pennock (NY State Bar No. SP1984)
    PENNOCK LAW FIRM LLC
    75 Montgomery Street, Suite 203
    Jersey City, NJ 07302
    Telephone: (551) 200-6352
    Facsimile: (929) 235-7273
    Email: shannonpennock@pennocklawfirm.com

    *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Appear *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system and served electronically on all counsel of record this 20th day of September 2021.

*/s/ Shannon M. Pennock*
Shannon M. Pennock