# EXHIBIT A

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__SHANNON   MICHELLE   PENNOCK__ , Bar # __SP1984__

was duly admitted to practice in the Court on

__April 25, 2017__

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.            On        __September 17, 2021__
            New York, New York

                                     By        s/ V. Bart
__Ruby J. Krajick__                             _____
Clerk of Court                                   Deputy Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Shannon M Pennock** (No. **044342010**) was constituted and appointed an Attorney at Law of New Jersey on **February 16, 2011** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 14th day of September, 2021.

*Heather J. Baker*
Clerk of the Supreme Court

-453a-

3