# EXHIBIT B

| Plaintiff | Civil Action Number |
|---|---|
| James Shockley | 8:20-cv-34326-MCR-GRJ |
| Ryan Chavez | 8:20-cv-34479-MCR-GRJ |

1