# EXHIBIT 4

| | |
|---|---|
| **From:** | Bryan Aylstock |
| **To:** | Elizabeth, Sierra; Katherine Cornell; Neil Overholtz; tomp@lpm-triallaw.com |
| **Cc:** | alexander blumrosen; Jennifer Hoekstra; De Paulo, Tabitha J.; aurelien.chardeau@dentons.com; christophe.fafet@dentons.com; camille.benoist@dentons.com; Judge David R. Herndon; David Buchanan |
| **Subject:** | RE: French Depositions |
| **Date:** | Friday, September 3, 2021 5:36:58 PM |



Hi Sierra,

Before we finalize anything, I think we should mutually take a look at this in light of the current trials and broader context, as well as the Court's order on Vietas, and have a meet and confer re the parties' positions. When would work for your side?

Thanks!
Bryan

**From:** Elizabeth, Sierra [mailto:sierra.elizabeth@kirkland.com]
**Sent:** Friday, September 3, 2021 4:00 PM
**To:** Katherine Cornell <kcornell@pulaskilawfirm.com>; Neil Overholtz <NOverholtz@awkolaw.com>; tomp@lpm-triallaw.com; Bryan Aylstock <BAylstock@awkolaw.com>
**Cc:** alexander blumrosen <ablumrosen@polarislaw.eu>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; De Paulo, Tabitha J. <tabitha.depaulo@kirkland.com>; aurelien.chardeau@dentons.com; christophe.fafet@dentons.com; camille.benoist@dentons.com
**Subject:** RE: French Depositions

I actually think we will need 3 people as well so we can have French counsel present.

Let's please propose the following with a preference for the first available.

September 28 - October 1,
November 10 - 12, or
December 16 - 23.

Thanks all!

**Sierra Elizabeth**
------------------------------------------------
**KIRKLAND & ELLIS LLP**
2049 Century Park East, 37th Floor
Los Angeles, CA  90067
**General:** 310-552-4200
**Fax:** 310-552-5900
**Direct:** 213-680-8543
------------------------------------------------

sierra.elizabeth@kirkland.com


**From:** Katherine Cornell <kcornell@pulaskilawfirm.com>
**Sent:** Friday, September 3, 2021 12:26 PM

**To:** Elizabeth, Sierra <sierra.elizabeth@kirkland.com>; Neil Overholtz <NOverholtz@awkolaw.com>; tomp@lpm-triallaw.com; Bryan Aylstock <BAylstock@awkolaw.com>
**Cc:** alexander blumrosen <ablumrosen@polarislaw.eu>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; De Paulo, Tabitha J. <tabitha.depaulo@kirkland.com>; aurelien.chardeau@dentons.com; christophe.fafet@dentons.com; camille.benoist@dentons.com
**Subject:** Re: French Depositions

Alex & Sierra,

We would like to have at least three people in the courtroom for the depositions but of course we will defer to the court's preference.

Our schedules are a bit tight at the moment so it's been difficult to secure dates where we can be available for an extended time. So far, we are available September 28 - October 1, November 8 - 12, or December 13 - 23.

Sierra - I know the first dates will work but can you confirm if any of the other dates will work?

Sent from my iPhone

> On Sep 2, 2021, at 5:32 PM, Elizabeth, Sierra <sierra.elizabeth@kirkland.com> wrote:
>
> Alex,
> Thank you for your response.  For 3M we can limit our participants in the room to 2.
>
> As for the deposition dates, it is very important for us to get this testimony as soon as possible. We have 2 Fall trials that have been scheduled for a while, one starting on Sept. 20 and the other starting on October 18, and we expected to use this testimony for those trials. It seems a bit unlikely for us to get this testimony *before* the start of the September trial, but during, and/or before the October trial seems very doable from the lawyer's perspective since both sides currently have all the documents produced and translated.
>
> Can we agree to request a deposition date between Sept. 20 and October 11? If the Court and the deponents cannot make this work, we can adjust accordingly and propose more dates at that time. But if they are available, we feel strongly about advocating for a deposition within this time frame.
>
> Please let us know by end of day tomorrow so that we can make our request with the Court by or before next Tuesday, Sept. 7.
>
> Best,
>
> **Sierra Elizabeth**
> ------------------------------------------------------------
> **KIRKLAND & ELLIS LLP**
> 2049 Century Park East, 37th Floor

Los Angeles, CA  90067
**General:** 310-552-4200
**Fax:** 310-552-5900
**Direct:** 213-680-8543
------------------------------------------------
sierra.elizabeth@kirkland.com

**From:** alexander blumrosen <ablumrosen@polarislaw.eu>
**Sent:** Wednesday, September 1, 2021 8:34 AM
**To:** Katherine Cornell <kcornell@pulaskilawfirm.com>; Elizabeth, Sierra <sierra.elizabeth@kirkland.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>
**Cc:** De Paulo, Tabitha J. <tabitha.depaulo@kirkland.com>; aurelien.chardeau@dentons.com; christophe.fafet@dentons.com; camille.benoist@dentons.com
**Subject:** RE: French Depositions


Hi Katherine,

Please see my answers in the text, below, in red.   I'm glad to discuss with you and 3M local counsel here to move forward, and to contact the judge about timing.

Regards,

Alex
Alexander Blumrosen
Member of the Paris and New York Bars
Polaris Law
4 Avenue Hoche
75008 Paris
ablumrosen@polarislaw.eu
+33680011413

**De :** Katherine Cornell <kcornell@pulaskilawfirm.com>
**Envoyé :** Wednesday, August 25, 2021 12:09 AM
**À :** alexander blumrosen <ablumrosen@polarislaw.eu>; sierra.elizabeth@kirkland.com; Jennifer Hoekstra <JHoekstra@awkolaw.com>
**Cc :** De Paulo, Tabitha J. <tabitha.depaulo@kirkland.com>; aurelien.chardeau@dentons.com; christophe.fafet@dentons.com; camille.benoist@dentons.com
**Objet :** French Depositions

Alex,

We have had the opportunity to meet and confer with defense counsel on the French

depositions.  We have several questions regarding the procedural process of these depositions and we thought it best to put everyone on one email chain so we all have the same information regarding these depositions.

Assuming the depositions go forward, both plaintiff and defense are interested in taking these depositions in person if possible.  As such, can you let us know whether these depositions will take place at a location close to the witnesses or if they will be required to be taken at the courthouse.

As we are under Chapter I, the depositions must take place at the courthouse.

Further, are you aware of any Covid restrictions in the French Courts that would prevent us from having several people in person for each side?

All courts I know of here continue to have in-person hearings right now.  We should inform the judge how many people we plan on having in the room, and the judge will coordinate with the court clerk to find an appropriate room.  Some courts have limited access to courtrooms by the general public (allowing only those invited by the judge, which we all will be in this case), and every week there are new rules about how many people can be in a room, whether a "sanitary pass" is needed, etc.  We'll need to ask the judges in their two jurisdictions what the local rules for access will be.

Also, note more generally that hotels, restaurants, cultural sites, etc., in France all require the "sanitary pass", which non-EU nationals can now request online before their trip.  Information about how to get this pass, which is a QR code that you include in a French covid phone app and which is verified upon entry to any restaurant, hotel, etc., can be found here; https://www.service-public.fr/particuliers/actualites/A15093?lang=en

Considering these depositions are for trial purposes, can you also confirm that we will have no restrictions on having a videographer present to record the depositions?

The US court specifically asked for video in the Letter of request; this is almost always granted, and we'll certainly ask the judge to confirm when we go back to him with possible deposition dates.

Finally, what process do we take to schedule a date and time for the depositions?  Does the court compel the witnesses or should we anticipate working around their schedules as well as the court's?

Typically, we will contact the court about planning and date; we can inform the court of any agreement among the parties on dates; the court will then check its own schedule, and if there are matching dates the court will go ahead and notice the deposition by sending a formal letter ("convocation").  We can ask the court to check with us if the court's schedule, or the witness' schedule, do not accommodate the specific dates that

<span style="color:red">we would have identified; so we should provide as many dates as possible, and several weeks/months going forward to make it easier on the judge (so his clerk does not have to keep coming back to multiple parties about other availability).

What do you think the time frame will be for the deposition date????</span>

A little guidance on the next steps would be greatly appreciated so we are prepared to move forward once we have translations and review complete.

Sierra and Tabitha – if I have missed any topics from our discussion, please feel free to add to the above.

Thank you!

Katherine Cornell

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.


This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.