UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, ) ) ) ) | Case No. 3:19-md-2885 Judge M. Casey Rodgers |
| This Document Relates to All Cases _____ ) ) ) | Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR PRO HAC VICE**

Pursuant to Pretrial Order No. 3, Case Management Order 1, and Northern District of Florida Local Rule 11.1, Ashley G. Beener, moves this Court for an Order for Admission to practice *pro hac vice* in the above-styled case, and in support states as follows:

1. Movant resides in Pennsylvania and is not a resident of the State of Florida

2. Movant is admitted to practice and is a member in good standing of the Bar of the State of Pennsylvania (PA Bar No. 329794). Attached hereto as Exhibit A is a copy of a Certificate of Good Standing from the Supreme Court of Pennsylvania, dated within 30 days of this motion.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, movant has reviewed the local rules for this district, successfully completed the online Attorney Admission Tutorial (Confirmation Number: **FLND 16316484514911**) and reviewed the PACER CM/ECF tutorials.

4. Movant submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant's PACER account is an individual account and is upgraded to NextGen.

6. Movant is the attorney of record in the related cases identified in Exhibit B attached hereto.

7. Movant respectfully requests that she be provided Notice of Electronic Filings to the following email addresses: beener@hhrlaw.com and abrinck@hhrlaw.com

**WHEREFORE**, Ashley G. Beener respectfully requests that this Court enter an Order granting this Motion to Appear *pro hac vice* and directing the Clerk to provide notice of electronic case filings to the undersigned.

Dated: September 21, 2021           Respectfully submitted,

*/s/ Ashley G. Beener*
Ashley G. Beener
beener@hhrlaw.com
PA Bar No. 329794
Handler, Henning and Rosenberg, LLC
4400 Deer Path Rd. Suite 205
Harrisburg, PA 17102
Telephone: (717) 914-6149
Facsimile: (717) 914-6549

***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Ashley G. Beener*
Ashley G. Beener
beener@hhrlaw.com
PA Bar No. 329794
Handler, Henning and Rosenberg, LLC
4400 Deer Path Rd. Suite 205
Harrisburg, PA 17102
Telephone: (717) 914-6149
Facsimile: (717) 914-6549
