

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Ashley Gail Beener, Esq.*

**DATE OF ADMISSION**

*July 23, 2021*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 14, 2021

_Elizabeth Zisk_

Elizabeth E. Zisk
Chief Clerk



PLAINTIFF'S EXHIBIT A

| [Name_Claimant] | [MDLCaseNo] |
| --- | --- |
| Estay, Byron | 8:20-cv-16080-MCR-GRJ |
| Ferrell, Robert | 8:20-cv-16090-MCR-GRJ |
| Weeks, Larry | 8:20-cv-16268-MCR-GRJ |
| Blondheim, Eric | 8:20-cv-16024-MCR-GRJ |
| Harding, Sandra | 8:20-cv-16137-MCR-GRJ |
| Fordham, James | 8:20-cv-16098-MCR-GRJ |
| Beazley, Shawn | 8:20-cv-16017-MCR-GRJ |
| Ward, Jason | 8:20-cv-16264-MCR-GRJ |
| Holland, Jeffrey | 8:20-cv-16150-MCR-GRJ |
| Cummings, James | 8:20-cv-16058-MCR-GRJ |
| Bircher, Jacob | 8:20-cv-16021-MCR-GRJ |
| Fernandez, Adalberto | 8:20-cv-16084-MCR-GRJ |
| Jackson, Mike | 8:20-cv-16156-MCR-GRJ |
| Sanders, Rathele | 8:20-cv-16229-MCR-GRJ |
| Outlaw, Ronagal | 8:20-cv-16207-MCR-GRJ |
| Licata, Nicholas John | 8:20-cv-16173-MCR-GRJ |
| Woerner, Kyle M. | 8:20-cv-16273-MCR-GRJ |
| Salinas, Rudy | 8:20-cv-16225-MCR-GRJ |
| Robertson, Ronald | 8:20-cv-16223-MCR-GRJ |
| Folker, Andrew | 8:20-cv-16094-MCR-GRJ |
| Dickerson, Joseph | 8:20-cv-16076-MCR-GRJ |
| McPeek, Cullen D. | 8:20-cv-16191-MCR-GRJ |
| Daniel, Justin | 8:20-cv-16062-MCR-GRJ |
| Haggard, Ray | 8:20-cv-16129-MCR-GRJ |
| Williams, Zachary P. | 8:20-cv-16270-MCR-GRJ |
| Gay, Scott | 8:20-cv-16116-MCR-GRJ |
| Stachler, Kevin | 8:20-cv-16244-MCR-GRJ |
| Agredano, Carlos | 8:20-cv-16007-MCR-GRJ |
| Barnett, John Wayne | 8:20-cv-16012-MCR-GRJ |
| Blume, Robert | 8:20-cv-16028-MCR-GRJ |
| Bradley, Ronal L. | 8:20-cv-16032-MCR-GRJ |
| Brooks, Dennis E. | 8:20-cv-16038-MCR-GRJ |
| Cassanova, Edson | 8:20-cv-16042-MCR-GRJ |
| Cassort, Anthony | 8:20-cv-16046-MCR-GRJ |
| Castor, Alan | 8:20-cv-16050-MCR-GRJ |
| Castro, Jimmy Lee | 8:20-cv-16054-MCR-GRJ |
| Dean, Paul | 8:20-cv-16068-MCR-GRJ |
| Del Angel, Alex | 8:20-cv-16072-MCR-GRJ |
| Furin, John | 8:20-cv-16102-MCR-GRJ |
| Garcia, Jose | 8:20-cv-16107-MCR-GRJ |
| Garcia, Richard | 8:20-cv-16111-MCR-GRJ |
| Gregorin, Francis | 8:20-cv-16120-MCR-GRJ |
| Grimm, Michael | 8:20-cv-16124-MCR-GRJ |



PLAINTIFF'S EXHIBIT B

| | |
|---|---|
| Hanninen, John William | 8:20-cv-16133-MCR-GRJ |
| Higgins, Irvan | 8:20-cv-16141-MCR-GRJ |
| Hineman, Jim | 8:20-cv-16146-MCR-GRJ |
| Horkey, Richard G. | 8:20-cv-16153-MCR-GRJ |
| Johnson, Shane | 8:20-cv-16158-MCR-GRJ |
| Jones, Gerald | 8:20-cv-16161-MCR-GRJ |
| Kempton, Cory | 8:20-cv-16164-MCR-GRJ |
| Lampkin, Cory | 8:20-cv-16167-MCR-GRJ |
| Langston, Charles | 8:20-cv-16170-MCR-GRJ |
| Lindell, Jeffrey Arthur | 8:20-cv-16177-MCR-GRJ |
| Marshall, Ezekial | 8:20-cv-16180-MCR-GRJ |
| Martinez, Joshua | 8:20-cv-16183-MCR-GRJ |
| Mays, Derrick | 8:20-cv-31881-MCR-GRJ |
| McGowan, Christoper | 8:20-cv-16186-MCR-GRJ |
| McGraw, Chad Lorian | 8:20-cv-16189-MCR-GRJ |
| Miller, Michael | 8:20-cv-16194-MCR-GRJ |
| Millsaps, Carrie | 8:20-cv-16197-MCR-GRJ |
| Monk, Henry | 8:20-cv-16201-MCR-GRJ |
| Norals, Willie | 8:20-cv-16204-MCR-GRJ |
| Pettaway, Allen | 8:20-cv-16210-MCR-GRJ |
| Piehota, Phelan | 8:20-cv-16213-MCR-GRJ |
| Quintanilla, Nestor | 8:20-cv-16216-MCR-GRJ |
| Rios, Subrina | 8:20-cv-16219-MCR-GRJ |
| Scheck, Lawrence Franklin | 8:20-cv-16231-MCR-GRJ |
| Seratt, Beverly | 8:20-cv-16234-MCR-GRJ |
| Sill, Wes | 8:20-cv-16237-MCR-GRJ |
| Sleeper, Norman | 8:20-cv-16240-MCR-GRJ |
| Stringer, Sherita | 8:20-cv-16247-MCR-GRJ |
| Tomasello, Robert | 8:20-cv-16250-MCR-GRJ |
| Torres, Mario | 8:20-cv-16253-MCR-GRJ |
| Vann, Timothy | 8:20-cv-16256-MCR-GRJ |
| Wallace, Jerry | 8:20-cv-16258-MCR-GRJ |
| Wallett, Ronnie | 8:20-cv-16260-MCR-GRJ |
| Walther, Michael | 8:20-cv-16262-MCR-GRJ |
| Watson, Roger | 8:20-cv-16266-MCR-GRJ |
| Rogers, Seth | 8:20-cv-15178-MCR-GRJ |
| Nelson, Mitchell | 8:20-cv-15179-MCR-GRJ |
| Trout, John Leroy | 8:20-cv-15834-MCR-GRJ |