IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO. 3:19-MD-2885 |
| | Judge M. Casey Rogers |
| This Document Relates To All Cases Listed | Magistrate Judge Gary R. Jones |

## AMENDED MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Douglas D. Small ("Movant") of the law firm of Foley & Small, LLP, 1002 E. Jefferson Blvd., South Bend, IN 46617, respectfully moves for admission to practice *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Movant resides in Indiana and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is admitted to practice and is a member in good standing of the bar of the State of Indiana. A copy of a Certificate of Good Standing from the State of Indiana dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16315428794884, and the CM/ECF online tutorial.

5. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

6. Movant has upgraded his PACER account to the "NexGen."

7. Movant is the attorney of record in the following cases that were transitioned to the active docket in the MDL on September 15, 2021:

    a. *Teresa J. Cosgrove*, 8:20-cv-09928-MCR-GRJ;

    b. *Adam Wojciechowski*, 8:20-cv-09929-MCR-GRJ.

8. Upon admission, Douglas D. Small respectfully requests that he be provided Notice of Electronic Filings to the following email address: dsmall@foleyandsmall.com.

WHEREFORE, Douglas D. Small respectfully requests this Court enter an order granting this amended motion to appear *pro hace vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated this 21st day of September, 2021.

Respectfully submitted,

FOLEY & SMALL, LLP

    /s/ Douglas D. Small
1002 E. Jefferson Blvd.
South Bend, IN 46617
Telephone: (574) 288-7676
Facsimile: (574) 288-4939
dsmall@foleyandsmall.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Amended Motion to Appear Pro Hac Vice was filed electronically with the Clerk of the Court using the CM/ECF system on September 21, 2021 and served electronically on all counsel of record.

    /s/ Douglas D. Small