# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

I, Gregory R. Pachmayr, Clerk of the Supreme Court of Indiana, do hereby certify that

**DOUGLAS DEWITT SMALL**

is a member of the bar of said Court since admission on October 7, 1983, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 8th day of September, 2021.

GREGORY R. PACHMAYR
CLERK, SUPREME COURT OF INDIANA

