UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE 3M COMBAT ARMS ) <br> EARPLUG PRODUCTS ) <br> LIABILITY LITIGATION ) <br>   ) <br> This Document Relates to All Cases ) | Case No. 3:19-md-2885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the United States District Court for the Northern District of Florida Local Rule 11.1, Judith A. Susskind respectfully moves this Court for admission to practice *pro hac v*ice in the above styles case only, and in support thereof, states as follows:

1. Movant resides in Michigan, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Michigan (State Bar No. P40700). A copy of a Certificate of Good Standing from the State Bar of Michigan dated within 30 days of this motion is attached hereto as "Exhibit A" and made apart hereof.

3. Movant has successfully completed the online Attorney Admission Tutorial, confirmation number FLND15671266062597, and has reviewed the Local Rules of the Northern District of Florida and the CM/ECF Attorney User's Guide.

4. Movant possesses an upgraded PACER account.

1

fee.

6. Movant is the attorney of record in the following related cases, amongst others: *Sara T. Polanco v. 3M Company, et al,* 8:20-cv-5568; *Michael J. Johnston v. 3M Company, et al*, 8:20-cv-5572; and *Fabion C. Medhanie v. 3M Company, et al,* 8:20-cv-5659.

WHEREFORE, Judith A. Susskind respectfully requests that this Court enter an Order granting the motion to appear pro hac vice and directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated this 21st day of September, 2021.

                                            Respectfully submitted,

                                            /s/ Judith A. Susskind_____
                                            Sommers Schwartz, PC
                                            One Towne Square, Suite 1700
                                            Southfield, MI 48076
                                            (248) 355-0300
                                            jsusskind@sommerspc.com