# State Bar of Michigan

## Certificate of Good Standing

This certifies that Judith A. Susskind, P40700 of Southfield, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on November 19, 1987 in Oakland County and became a member of the State Bar of Michigan on November 19, 1987.

Janet K. Welch, Executive Director

August 30, 2021