UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION ) ) ) This document Relates to: ) ) All Cases ) ) ) | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and Local Rule 11.1, James L. Ward, Jr. hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-captioned actions and in support thereof states as follows:

1. Movant resides in South Carolina and is not a resident of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of South Carolina. A copy of the Certificate of Good Standing is attached hereto as Exhibit A.

3. Movant has successfully completed both the online Attorney Admission tutorial exam – confirmation number FLND1556716627208 – and the CM/ECF tutorials.

4. Movant has paid the required *pro hac vice* fee.

5. Movant has an upgraded PACER account.

6. Movant is the attorney of record in the following case: *Gregory Adams v. 3M Company, et al* Docket No. 7:20-cv-57477-MCR-GRJ

WHEREFORE, James L. Ward, Jr. respectfully requests the Court enter an order granting this motion to appear *pro hac vice* and directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted,

/s/ *James L. Ward, Jr.*
James L. Ward, Jr.
SC Bar No. 6956
jward@mcgowanhood.com
**MCGOWAN, HOOD & FELDER, LLC**
10 Shem Drive, Suite 300
Mt. Pleasant, SC 29464
Phone: (843) 388-7202

*Counsel for Plaintiffs*

Dated: September 21, 2021

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of Court via the CM/ECF system on September 21, 2021 and served electronically on all counsel of record.

<u>/s/ <i>James L. Ward, Jr.</i></u><br>
James L. Ward, Jr.