# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on     September 20, 2021

Motion/Pleadings: DEFENDANTS' MOTION TO EXTEND TIME TO COMPLETE THE DEPOSITIONS OF MR. HAMERY AND MR. DANCER AND REQUEST FOR EXPEDITED CONSIDERATION.

Filed by  Defendants       on  September 20, 2021  Doc. #'s 2050

RESPONSE:

_____ on _____ Doc. #'s

_____ Stipulated       _____ Joint Pleading
_____ Unopposed        _____ Consented

                                            JESSICA J. LYUBLANOVITS
                                            CLERK OF COURT

                                            /s/ *Kathy Rock*
                                            Deputy Clerk:     Kathy Rock

Due to time sensitivity, the Court will require an expedited response from Plaintiffs.  The response is due by September 27, 2021 at 12PM CT.

**DONE** and **ORDERED** this 21st day of September, 2021.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**
