## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

Case No. 3:19-md-2885

This Document Relates to:
Larry Barry
Case No. 7:20-cv-65821-MCR-GRJ

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the

Northern District of Florida Local Rule 11.1, Samuel M. Wendt hereby moves this

Court for an Order for admission to practice *pro hac* vice in the above- styled case

only, and in support thereof states as follows:

1. Movant resides in Kansas and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the

Bar in the State of Kansas. A copy of a Certificate of Good Standing from the State

of Kansas dated within 30 days of this motion is attached hereto as Exhibit "A".

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has

successfully completed both the online Local Rules tutorial exam, confirmation

number **FLND15705565822729**, and the CM/ECF online tutorial.

1

4.     Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5.     Movant has upgraded his PACER account to "NextGen."

6.     Movant is the attorney of record in the matter, Larry Barry v. 3M Company, et al. (Administrative Docket No. 7:20-cv-65821-MCR-GRJ).

WHEREFORE, Samuel M. Wendt requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

 Dated: September 21, 2021.

Respectfully Submitted,

*/s/Samuel M. Wendt*
Samuel M. Wendt – Appearing Pro Hac Vice
(MO No.53573/KS No.20401)
WENDT LAW FIRM, P.C.
4717 Grand Avenue, Suite 130
Kansas City, MO 64112
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

**ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

By: *<u>/s/Samuel M. Wendt</u>*
   **Attorney for Plaintiff**