# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

|  |  |  |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | |
| EARPLUG PRODUCTS LIABILTY | ) | Case No. 3:19-md-02885-MCR-GRJ |
| LITIGATION | ) | Civil Case No. 3:19-cv-00684 |
| | ) | |
| This Document Relates to the Master | ) | |
| Docket | ) | Judge M. Casey Rodgers |
| _____ | ) | Magistrate Judge Gary R. Jones |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that pursuant to Pretrial Order No. 3, Lindsay R. Stevens of

the law firm of Gomez Trial Attorneys has successfully completed the Local Rules Tutorial for

the Northern District of Florida, confirmation number FLND16310406434841, and hereby enters

her appearance as counsel for Plaintiff. Counsel requests all further papers and pleadings in the

Master Docket of MDL 2885 be served upon her.

<div style="margin-left:40%">

Respectfully Submitted,

</div>

Date: September 21st, 2021           /s/ Lindsay R. Stevens
                                                 Lindsay R. Stevens (CA Bar #: 256811)
                                                 GOMEZ TRIAL ATTORNEYS
                                                 655 West Broadway, Ste. 1700
                                                 San Diego, CA 92101
                                                 Tel: (619) 237-3490
                                                 Fax: (619)237-3496
                                                 lstevens@thegomezfirm.com

<div style="margin-left:40%">

*Attorney for Plaintiff*

</div>

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served by e-filing through the

Northern District of Florida Electronic Filing System, this 21st day of September 2021.

/s/ Lindsay R. Stevens
Lindsay R. Stevens (CA Bar #: 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Ste. 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619)237-3496
lstevens@thegomezfirm.com

*Attorney for Plaintiff*