UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILTY LITIGATION )<br>)<br>)<br>)<br>This Document Relates to: )<br>All Cases )<br>_____ ) | Case No. 3:19-md-02885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Pretrial Order No. 3, Lindsay R. Stevens of the law firm of Gomez Trial Attorneys has successfully completed the Local Rules Tutorial for the Northern District of Florida, confirmation number FLND16310406434841, and hereby enters her appearance as counsel for Plaintiffs in the following case, among others:

- Harris, Kyle Lee           9:20-cv-11331-MCR-GRJ
- Diaz, Rolando              8:20-cv-15163-MCR-GRJ
- Benzon, Kurt               9:20-cv-11313-MCR-GRJ
- Banuelos, Juan             7:21-cv-00028-MCR-GRJ
- Simco, Kelly               7:21-cv-00034-MCR-GRJ
- Martinez, Francisco        8:20-cv-15162-MCR-GRJ
- Mulhern, Thomas            7:21-cv-00032-MCR-GRJ
- Chunn, Tyler Charles       9:20-cv-11335-MCR-GRJ
- Miramontes, Francisco      7:21-cv-39528-MCR-GRJ
- Baker, Timothy             8:20-cv-15153-MCR-GRJ

1

- Hasan, Adris                8:20-cv-15172-MCR-GRJ
- Morgan, Joel                8:20-cv-15136-MCR-GRJ
- Ali, Mikal                  8:20-cv-15159-MCR-GRJ
- Thatcher, Ethan             7:21-cv-00035-MCR-GRJ
- Jepson, Matthew             7:21-cv-37806-MCR-GRJ
- Erwin, Lidia                8:20-cv-15167-MCR-GRJ
- Currier, Jesse              8:20-cv-15135-MCR-GRJ
- Green, Antonio              9:20-cv-11326-MCR-GRJ
- McDaniels, Bryan            9:20-cv-11315-MCR-GRJ
- Calabrese, Dario            8:20-cv-15214-MCR-GRJ
- Horpayak, Kitja             9:20-cv-11322-MCR-GRJ
- Chavez, Oswaldo             9:20-cv-11321-MCR-GRJ

Counsel requests all further papers and pleadings in these actions and the Master Docket of the MDL 2885 be served on and directed to the undersigned counsel.

Respectfully Submitted,

Date: September 21st, 2020

/s/ Lindsay R. Stevens
Lindsay R. Stevens (CA Bar #:)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Ste. 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619)237-3496
lstevens@thegomezfirm.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served by e-filing through the Northern District of Florida Electronic Filing System, this 21st day of September 2020.

    /s/ Melissa Borja
    Melissa Borja (CA Bar #:320486)
    GOMEZ TRIAL ATTORNEYS
    655 West Broadway, Ste. 1700
    San Diego, CA 92101
    Tel: (619) 237-3490
    Fax: (619)237-3496
    mborja@thegomezfirm.com

    *Attorney for Plaintiff*