**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*The actions listed in the attached Exhibit A.* | Case No. 3:19-md-2885<br><br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and Local Rule 11.1, Gregory D. Brown hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-captioned actions and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the state of Texas.  A copy of the Certificate of Good Standing is attached hereto as Exhibit B.

3. Movant has successfully completed both the online Attorney Admission tutorial exam – confirmation no. FLND15548513071928 – and the CM/ECF tutorials.

4. Movant has paid the required *pro hac vice* fee.

5. Movant has an upgraded PACER account.

WHEREFORE, Gregory D. Brown respectfully requests the Court enter an order granting this motion to appear *pro hac vice* and directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:  September 23, 2021

Respectfully submitted,

/s/ *Gregory D. Brown*

2

FLEMING NOLEN & JEZ, LLP
Gregory D. Brown
Texas Bar No. 24078266
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056
Telephone: (713) 621-7944
Facsimile: (713) 621-9638
gregory_brown@fleming-law.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of Court via the CM/ECF system on September 23, 2021 and served electronically on all counsel of record.

/s/ *Gregory D. Brown*
Gregory D. Brown