# EXHIBIT A

| | | |
|---|---|---|
| 1 | Danner, Randell *v. 3M Company, et al.* | 8:20-cv-14199-MCR-GRJ |
| 2 | Lopez, Angelia *v. 3M Company, et al.* | 7:21-cv-02292-MCR-GRJ |
| 3 | Lide, Robert G. *v. 3M Company, et al.* | 7:21-cv-21807-MCR-GRJ |
| 4 | Derringer, Cole *v. 3M Company, et al.* | 8:20-cv-14224-MCR-GRJ |
| 5 | Mauller, David James *v. 3M Company, et al.* | 7:21-cv-02321-MCR-GRJ |
| 6 | Stranathan, Donald *v. 3M Company, et al.* | 8:20-cv-10420-MCR-GRJ |
| 7 | Downing, James *v. 3M Company, et al.* | 8:20-cv-15960-MCR-GRJ |
| 8 | Navarro, Michael *v. 3M Company, et al.* | 7:21-cv-02376-MCR-GRJ |
| 9 | Friday, Vernon *v. 3M Company, et al.* | 8:20-cv-14358-MCR-GRJ |
| 10 | Carpenter, Donald Joseph *v. 3M Company, et al.* | 7:21-cv-02002-MCR-GRJ |
| 11 | Hannan, Joseph *v. 3M Company, et al.* | 8:20-cv-09960-MCR-GRJ |
| 12 | Rose, Martin *v. 3M Company, et al.* | 8:20-cv-10276-MCR-GRJ |
| 13 | Wilson, Eric LaBlain *v. 3M Company, et al.* | 7:21-cv-02482-MCR-GRJ |
| 14 | Hsieh, Calvin *v. 3M Company, et al.* | 8:20-cv-14689-MCR-GRJ |
| 15 | Brown, Bryan Patrick *v. 3M Company, et al.* | 7:21-cv-01987-MCR-GRJ |
| 16 | Faucette, John Andrew *v. 3M Company, et al.* | 7:21-cv-21773-MCR-GRJ |
| 17 | Gooding, Yolanda *v. 3M Company, et al.* | 8:20-cv-14431-MCR-GRJ |
| 18 | Vizgaudis, Phillip *v. 3M Company, et al.* | 7:21-cv-02477-MCR-GRJ |
| 19 | Smith, Justin *v. 3M Company, et al.* | 8:20-cv-10385-MCR-GRJ |
| 20 | Lucas, Tashya *v. 3M Company, et al.* | 8:20-cv-14874-MCR-GRJ |
| 21 | De La Cruz, Jimmy C. *v. 3M Company, et al.* | 7:21-cv-02037-MCR-GRJ |
| 22 | Miller, Brian Edward *v. 3M Company, et al.* | 7:21-cv-02339-MCR-GRJ |
| 23 | Hernandez, Carlos *v. 3M Company, et al.* | 8:20-cv-14592-MCR-GRJ |
| 24 | Maple, Larry *v. 3M Company, et al.* | 8:20-cv-10040-MCR-GRJ |
| 25 | Shawlinski, Robert *v. 3M Company, et al.* | 8:20-cv-10338-MCR-GRJ |
| 26 | Wayne, Dwayne *v. 3M Company, et al.* | 8:20-cv-10534-MCR-GRJ |
| 27 | McDonald, Patrick *v. 3M Company, et al.* | 8:20-cv-10054-MCR-GRJ |
| 28 | Hardy, Letisha L. *v. 3M Company, et al.* | 7:21-cv-21789-MCR-GRJ |
| 29 | Henderson, Ruth Michelle *v. 3M Company, et al.* | 7:21-cv-21792-MCR-GRJ |
| 30 | Whitfield, William *v. 3M Company, et al.* | 7:21-cv-02480-MCR-GRJ |
| 31 | Helms, Carl Richard *v. 3M Company, et al.* | 7:21-cv-02235-MCR-GRJ |
| 32 | De La Cruz, Peter Techairia *v. 3M Company, et al.* | 7:21-cv-02039-MCR-GRJ |
| 33 | Romero, Zebadiah *v. 3M Company, et al.* | 8:20-cv-10596-MCR-GRJ |
| 34 | Husk, Shane Douglas *v. 3M Company, et al.* | 7:21-cv-31129-MCR-GRJ |
| 35 | Williams, Thomas V. *v. 3M Company, et al.* | 7:21-cv-02481-MCR-GRJ |
| 36 | Roberts, Bruce *v. 3M Company, et al.* | 7:21-cv-02430-MCR-GRJ |
| 37 | Wemhoff, Adam *v. 3M Company, et al.* | 8:20-cv-10539-MCR-GRJ |
| 38 | De Luna, Chris *v. 3M Company, et al.* | 7:21-cv-02041-MCR-GRJ |
| 39 | Byrne, James *v. 3M Company, et al.* | 8:20-cv-13986-MCR-GRJ |
| 40 | Costick, John J. *v. 3M Company, et al.* | 7:21-cv-02014-MCR-GRJ |
| 41 | Smith, Jeremiah *v. 3M Company, et al.* | 8:20-cv-10381-MCR-GRJ |
| 42 | Caraveo, Jose *v. 3M Company, et al.* | 8:20-cv-14027-MCR-GRJ |
| 43 | Kibler, Shawn Michael *v. 3M Company, et al.* | 7:21-cv-02266-MCR-GRJ |
| 44 | Ward, Shannon Lee *v. 3M Company, et al.* | 7:21-cv-21853-MCR-GRJ |
| 45 | Cole, Nathanial *v. 3M Company, et al.* | 8:20-cv-14117-MCR-GRJ |

| | | |
|---|---|---|
| 46 | Hottell, David James *v. 3M Company, et al.* | 7:21-cv-02250-MCR-GRJ |
| 47 | DeBos, Chad *v. 3M Company, et al.* | 8:20-cv-14213-MCR-GRJ |
| 48 | Purser, Sandra *v. 3M Company, et al.* | 8:20-cv-10210-MCR-GRJ |
| 49 | Lavender, Jeffrey Aran *v. 3M Company, et al.* | 7:21-cv-02274-MCR-GRJ |
| 50 | Bouslaugh, Robert *v. 3M Company, et al.* | 8:20-cv-13915-MCR-GRJ |
| 51 | Rivera, Roberto *v. 3M Company, et al.* | 8:20-cv-10249-MCR-GRJ |
| 52 | Yarsabal, Christian *v. 3M Company, et al.* | 8:20-cv-10585-MCR-GRJ |
| 53 | Fares, Robert *v. 3M Company, et al.* | 8:20-cv-14316-MCR-GRJ |
| 54 | Claypool, Patrick *v. 3M Company, et al.* | 8:20-cv-14112-MCR-GRJ |
| 55 | Kurth, Jeremy *v. 3M Company, et al.* | 7:21-cv-21802-MCR-GRJ |
| 56 | Blume, Zachary M. *v. 3M Company, et al.* | 7:21-cv-01984-MCR-GRJ |
| 57 | Felipe, Daniel James *v. 3M Company, et al.* | 7:21-cv-21774-MCR-GRJ |
| 58 | Echard, Brian *v. 3M Company, et al.* | 8:20-cv-14282-MCR-GRJ |
| 59 | Christensen, Troy *v. 3M Company, et al.* | 8:20-cv-14082-MCR-GRJ |
| 60 | Hunter, Don Golden *v. 3M Company, et al.* | 7:21-cv-02252-MCR-GRJ |
| 61 | Blair, Dakota *v. 3M Company, et al.* | 8:20-cv-13755-MCR-GRJ |
| 62 | Lasquade, David *v. 3M Company, et al.* | 8:20-cv-14831-MCR-GRJ |
| 63 | Osuna, James *v. 3M Company, et al.* | 7:21-cv-21827-MCR-GRJ |
| 64 | Lisowski, Joshua Steven *v. 3M Company, et al.* | 7:21-cv-02288-MCR-GRJ |
| 65 | Zentkovich, Samuel Lee *v. 3M Company, et al.* | 7:21-cv-02488-MCR-GRJ |
| 66 | Dyer, Tracy Michael *v. 3M Company, et al.* | 7:21-cv-31127-MCR-GRJ |
| 67 | Camacho, David *v. 3M Company, et al.* | 8:20-cv-14003-MCR-GRJ |
| 68 | Pomares Poventud, William J. *v. 3M Company, et al.* | 7:21-cv-02398-MCR-GRJ |
| 69 | Chavez, Victor Garcia *v. 3M Company, et al.* | 7:21-cv-31124-MCR-GRJ |
| 70 | Carson, Christopher *v. 3M Company, et al.* | 8:20-cv-14062-MCR-GRJ |
| 71 | Dozier, Adam Matthew *v. 3M Company, et al.* | 7:21-cv-21765-MCR-GRJ |
| 72 | Madison, Andrew *v. 3M Company, et al.* | 8:20-cv-10034-MCR-GRJ |
| 73 | Zahn, Andrew *v. 3M Company, et al.* | 7:21-cv-21866-MCR-GRJ |
| 74 | Holladay, Eddie *v. 3M Company, et al.* | 8:20-cv-14664-MCR-GRJ |
| 75 | Waseilewski, Matthew *v. 3M Company, et al.* | 7:21-cv-21868-MCR-GRJ |
| 76 | Boehm, Christopher *v. 3M Company, et al.* | 7:21-cv-21753-MCR-GRJ |
| 77 | Dodson, John L. *v. 3M Company, et al.* | 7:21-cv-02050-MCR-GRJ |
| 78 | Hernandez, Jose *v. 3M Company, et al.* | 7:21-cv-02239-MCR-GRJ |
| 79 | Lugo, Rodolfo Juan *v. 3M Company, et al.* | 7:21-cv-21810-MCR-GRJ |
| 80 | Morey, Levi Sean *v. 3M Company, et al.* | 7:21-cv-02368-MCR-GRJ |
| 81 | Reed, Chauncey DeAndre *v. 3M Company, et al.* | 7:21-cv-02424-MCR-GRJ |
| 82 | Cuffie, Frederick Antonio *v. 3M Company, et al.* | 7:21-cv-02029-MCR-GRJ |
| 83 | Roderick, Ryan *v. 3M Company, et al.* | 7:21-cv-21841-MCR-GRJ |
| 84 | Cadena, Abraham *v. 3M Company, et al.* | 8:20-cv-13992-MCR-GRJ |
| 85 | Jackson, Alvin *v. 3M Company, et al.* | 8:20-cv-14712-MCR-GRJ |
| 86 | Passage, Mark *v. 3M Company, et al.* | 8:20-cv-10162-MCR-GRJ |
| 87 | Nevarez, Benjamin *v. 3M Company, et al.* | 8:20-cv-10122-MCR-GRJ |
| 88 | Avila, Tomas *v. 3M Company, et al.* | 7:21-cv-01957-MCR-GRJ |
| 89 | Navarro, Francisco *v. 3M Company, et al.* | 8:20-cv-10119-MCR-GRJ |
| 90 | Wheeler, Joseph *v. 3M Company, et al.* | 8:20-cv-10550-MCR-GRJ |

| | | |
|---|---|---|
| 91 | Minjarez, Ryan A. *v. 3M Company, et al.* | 7:21-cv-02344-MCR-GRJ |
| 92 | Lewis, Carlos *v. 3M Company, et al.* | 8:20-cv-14852-MCR-GRJ |
| 93 | Cruz, Brandon *v. 3M Company, et al.* | 8:20-cv-14173-MCR-GRJ |
| 94 | Torres, Armando *v. 3M Company, et al.* | 8:20-cv-10456-MCR-GRJ |
| 95 | Morales, Pedro *v. 3M Company, et al.* | 8:20-cv-10098-MCR-GRJ |
| 96 | Ramirez, Omar *v. 3M Company, et al.* | 7:21-cv-02419-MCR-GRJ |
| 97 | Kasel, Alexander *v. 3M Company, et al.* | 7:21-cv-21801-MCR-GRJ |
| 98 | Selon, Robenson *v. 3M Company, et al.* | 8:20-cv-10324-MCR-GRJ |
| 99 | Wirick, James *v. 3M Company, et al.* | 8:20-cv-10579-MCR-GRJ |
| 100 | Jauregui, Rafael *v. 3M Company, et al.* | 7:21-cv-02254-MCR-GRJ |
| 101 | Phillips, Terrance *v. 3M Company, et al.* | 8:20-cv-10182-MCR-GRJ |
| 102 | Reidy, Elizabeth *v. 3M Company, et al.* | 8:20-cv-10230-MCR-GRJ |
| 103 | Pidazo, Anthony *v. 3M Company, et al.* | 8:20-cv-10185-MCR-GRJ |
| 104 | Balsamo, James Joseph *v. 3M Company, et al.* | 7:21-cv-01965-MCR-GRJ |
| 105 | Cardoza, Marcelino *v. 3M Company, et al.* | 7:21-cv-01998-MCR-GRJ |
| 106 | Birchfield, David *v. 3M Company, et al.* | 8:20-cv-13747-MCR-GRJ |
| 107 | Pursley, Thomas *v. 3M Company, et al.* | 8:20-cv-10213-MCR-GRJ |
| 108 | Cormican, Christopher *v. 3M Company, et al.* | 8:20-cv-14163-MCR-GRJ |
| 109 | Kueny, Charles *v. 3M Company, et al.* | 7:21-cv-02271-MCR-GRJ |
| 110 | Creager, Dustin James *v. 3M Company, et al.* | 7:21-cv-21763-MCR-GRJ |
| 111 | Longoria, Arthur Louis *v. 3M Company, et al.* | 7:21-cv-21809-MCR-GRJ |
| 112 | Gaines, Cameron *v. 3M Company, et al.* | 8:20-cv-14369-MCR-GRJ |
| 113 | Jefferson, Dwayne Carlton *v. 3M Company, et al.* | 7:21-cv-02255-MCR-GRJ |
| 114 | San Roman, Diane *v. 3M Company, et al.* | 8:20-cv-10304-MCR-GRJ |
| 115 | Hennie, Richard *v. 3M Company, et al.* | 8:20-cv-14575-MCR-GRJ |
| 116 | Perdomo, David *v. 3M Company, et al.* | 8:20-cv-10168-MCR-GRJ |
| 117 | Conley, Floyd *v. 3M Company, et al.* | 8:20-cv-14142-MCR-GRJ |
| 118 | Baringer, Ernest *v. 3M Company, et al.* | 8:20-cv-13709-MCR-GRJ |
| 119 | Hartman, Ryan Ross *v. 3M Company, et al.* | 7:21-cv-02232-MCR-GRJ |
| 120 | Gutierrez, Joe *v. 3M Company, et al.* | 8:20-cv-14498-MCR-GRJ |