# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Richard R. Dufresne<br><br>Admin Docket No:<br>8:20-cv-68751-MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, Caragh Fay Owens hereby moves this Court for an Order for admission to practice *pro hac* vice in the above- styled case only, and in support thereof states as follows:

1. Movant resides in Maryland and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the Bar in the State of Maryland. A copy of a Certificate of Good Standing from the State of Maryland dated within 30 days of this motion is attached hereto as Exhibit "A".

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16323405874994**.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice*

admission fee.

5. Movant has upgraded her PACER account to "NextGen."

6. Movant is the attorney of record in the matter, Dufresne v. 3M Company, et al. (Administrative Docket No. 8:20-cv-68751-MCR-GRJ).

WHEREFORE, Caragh Fay requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully Submitted,

Dated: September 23, 2021.

By: /s/ Caragh Fay Owens
Caragh Fay Owens (Pro Hac Vice
Fay Law Group
6205 Executive Blvd.
North Bethesda, MD
Telephone: 202-589-1300
caragh.fay@faylawgroup.com

Dated: September 21, 2021.