# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUGS PRODUCTS LIABILTY LITIGATION<br><br>This Document Relates to:<br>*Blann v. 3M Company, 7:20-cv-57007*<br>*Harwood v. 3M Company, 7:20-cv-54497*<br>*Brew v. 3M Company, 7:20-cv-58064*<br>*Bair v. 3M Company, 7:20-cv-63597*<br>*Deluca v. 3M Company, 7:20-cv-62086*<br>*Cannon v. 3M Company, 7:20-cv-65744* | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Pretrial Order No.3, Jonathan R. Mencel of the law firm of McSweeney Langevin has successfully completed the Local Rules Tutorial for the Northern District of Florida, and hereby enters his appearance as counsel for the Plaintiffs in the following actions:

- *Blann V. 3M Company, Case No. 7:20-cv-57007*

- *Harwood v. 3M Company, Case No. 7:20-cv-54497*

- *Brew v. 3M Company, Case No. 7:20-cv-58064*

- *Bair v. 3M Company, Case No. 7:20-cv-63597*

- *Deluca v. 3M Company, Case No. 7:20-cv-62086*

- *Cannon v. 3M Company, Case No. 7:20-cv-65744*

Counsel requests all further papers and pleadings in these actions and the Master Docket of MDL 2885 be served on and directed to the undersigned counsel.

Dated: 9/24/2021

Respectfully submitted,

/s/ Jonathan R. Mencel
McSweeney Langevin
2116 Second Avenue South
Mineapolis, MN 55404
Telephone: (612) 238-0583
Email: jon@westrikeback.com
       filing@westrikeback.com

## Certificate of Service

I do hereby certify that on this 24th day of September 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using CM/ECF system.

/s/ Jonathan R. Mencel
Jonathan R. Mencel