UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to Case No.: ALL CASES | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida, the Northern District of Florida's Memorandum Regarding Procedures for Admission, and the reasons outlined below, I, Kelly E. Reardon, Esq., hereby move this Court for an Order for admission to practice *Pro Hac Vice* in the above captioned matter.

In support of the following, I attest:

1. I am an attorney in good standing with the Bar of the State of Connecticut. A copy of a Certificate of Good Standing from the State of Connecticut Supreme Court dated within 30 days of this Motion is attached hereto as Exhibit A.

2. I am a resident of the State of Connecticut. I am not a resident of the State of Florida.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, I have reviewed the local rules for this District, successfully completed the online Attorney Admission Tutorial (Confirmation Number FLND16311239494850) and reviewed the PACER CM/ECF tutorials.

4. I have submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. My PACER account is an individual account upgraded to NextGen.

6. I represent Plaintiffs in the following actions that were either directly filed into the above captioned MDL or transferred into the MDL:

a. Demars, Richard John v. 3M Company, et al., Civil Action No. 8:20-cv-09934-MCR-GRJ.

b. Smith, Raven Opal v. 3M Company, et al., Civil Action No. 7:20-cv-87982-MCR-GRJ.

c. Zayas-Bazan, Christopher v. 3M Company, et al., Civil Action No. 7:20-cv-87973-MCR-GRJ.

2

d. Frew, Jonathan Lachland v. 3M Company, et al., Civil Action No. 7:20-cv-87971-MCR-GRJ.

e. Rosen, Sean Matthew v. 3M Company, et al., Civil Action No. 7:20-cv-87979-MCR-GRJ.

f. Minas, Ronald v. 3M Company, et al., Civil Action No. 8:20-cv-09933-MCR-GRJ and

g. Jones, Carol v. 3M Company, et al., Civil Action No. 7:20-cv-87976-MCR-GRJ.

WHEREFORE, Kelly E. Reardon, Esq. respectfully requests that this Court enter an Order granting this Motion to Appear *Pro Hac Vice* and direct the Clerk to provide notice of Electronic Case Filings to the undersigned.

Submitted on September 24, 2021

By:   */s/ Kelly E. Reardon, Esq.*
Kelly E. Reardon, Esq., Federal Bar Number #28441
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, Connecticut
Telephone: (860) 442-0444
Facsimile: (860) 444-6445
Email: kreardon@reardonlaw.com

3

**CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via email to all registered counsel of record.

By: */s/ Kelly E. Reardon, Esq.*
      Kelly E. Reardon, Esq., Federal Bar Number #28441
      The Reardon Law Firm, P.C.
      160 Hempstead Street
      New London, Connecticut
      Telephone: (860) 442-0444
      Facsimile: (860) 444-6445
      Email: kreardon@reardonlaw.com

# EXHIBIT A

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515

# State of Connecticut
# Supreme Court

I, **Carl D. Cicchetti**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify, that, in the Supreme Court at **Hartford** on the **6th** day of **November, 2009**

**Kelly E. Reardon**

of

**New London, Connecticut**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.

In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day **September 21, 2021**



*Carl D. Cicchetti*
Chief Clerk