# **EXHIBIT A**



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Judson D Brown*

was duly qualified and admitted on March 6, 2006 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 16, 2021.**

*Julio A. Castillo*

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.