# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| This Document Relates to All Cases | MDL Case No. 3:19-md-2885 |
| In Re: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE* AND CONSENT TO DESIGNATION

In accordance with Local Rules 11.1(c) of the United States District Court for the Northern District of Florida, and pursuant to Pretrial Order No. 3 (ECF No. 4), the undersigned respectfully moves for the admission *pro hac vice* of Gerardo L. Guerra of the law firm of Onder Law, LLC, 110 East Lockwood Avenue, St. Louis, Missouri 63119, 314.963.9000, for purposes of appearance as counsel on behalf of Plaintiffs listed in Exhibit "A" hereto, as well as in any future individual cases filed by Gerardo L. Guerra in this MDL, and pursuant to Section 9 of the Electronic Case Filing (CM/ECF) Administrative Procedures, to permit Movant to receive electronic filings in this case, and in support thereof states as follows:

1.  Movant, Gerardo L. Guerra, is not admitted to practice in the Northern District of Florida.

2.  Movant is a member in good standing of The Missouri Bar and is authorized to file through the Court's electronic filing system. A copy of a Certificate of Good Standing from the Supreme Court of Missouri dated within 30 days of the filing of this motion is attached hereto as Exhibit "B" and made a part hereof.

3. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 9 of the Electronic Case Filing (CM/ECF) Administrative Procedures.

3. In accordance with the local rules of this Court, Movant has made payment of this Court's $208.00 admission fee, and has successfully completed the Attorney Admission Tutorial, confirmation number FLND16316470604910, and the CM/ECF tutorials.

4. Movant certifies that he is familiar with the CM/ECF e-filing system.

WHEREFORE, Movant moves this Court to enter an Order granting his motion to appear *pro hac vice* before this Court on behalf of Plaintiff(s), for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to the undersigned.

Dated: September 24, 2021,   By: */s/ Gerardo L. Guerra*
Gerardo L. Guerra, #42703-MO
**ONDER LAW, LLC**
110 E. Lockwood Ave.,
St. Louis, MO 63119
T: (314) 963-9000
F: (314) 963-1700
guerra@onderlaw.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of September 2021, a copy of the foregoing was e-filed with the Court, which sent notice to all parties entitled to receive pleadings through the Court's CM/ECF system.

By: */s/ Gerardo L. Guerra*
Gerardo L. Guerra, #42703-MO