# EXHIBIT "A"

| Plaintiff Last Name | Plaintiff First Name | Case Number |
|---|---|---|
| Hosni | Abdelkader | 3:19-cv-01601-MCR-GRJ |
| Alexander | Timothy | 3:19-cv-02245-MCR-GRJ |
| Alford | Billy | 3:19-cv-02246-MCR-GRJ |
| Avery | Richard | 3:19-cv-02266-MCR-GRJ |
| Barnes | Christopher | 3:19-cv-02272-MCR-GRJ |
| Baughman | David | 3:19-cv-02275-MCR-GRJ |
| Bertrand | Joshua | 3:19-cv-02282-MCR-GRJ |
| Boiko | Shawn | 3:19-cv-02283-MCR-GRJ |
| Smith | Michael | 3:19-cv-01685-MCR-GRJ |
| Tucker | Robert | 3:19-cv-02277-MCR-GRJ |
| Valentine | Joshua | 3:19-cv-02273-MCR-GRJ |
| Venetis | Kurt | 3:19-cv-02270-MCR-GRJ |
| Wade | Robert | 3:19-cv-02269-MCR-GRJ |
| Williams | Vernon | 3:19-cv-02274-MCR-GRJ |
| Wilson | Jeffery | 3:19-cv-02268-MCR-GRJ |
| Wright aka Ellison | Kai | 3:19-cv-02267-MCR-GRJ |
| Wyland | Robert | 3:19-cv-02265-MCR-GRJ |
| Cookson | Damien | 7:20-cv-42312-MCR-GRJ |
| Miggins | Donald | 8:20-cv-33436-MCR-GRJ |
| Mora | Frank | 7:20-cv-92872-MCR-GRJ |
| Otero | Juan | 8:20-cv-33529-MCR-GRJ |
| Peckham | Stacey | 8:20-cv-33563-MCR-GRJ |
| Rodriguez | Jose | 8:20-cv-33158-MCR-GRJ |
| Rodriguez | Joseph | 7:20-cv-92955-MCR-GRJ |
| Salamanca | Daniel | 8:20-cv-33191-MCR-GRJ |
| Slagel | Christopher | 8:20-cv-33227-MCR-GRJ |
| Stegall | Daryl | 7:20-cv-93097-MCR-GRJ |