UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS               Case No. 3:19-md-2885
EARPLUG PRODUCTS LIABILITY
LITIGATION

                                                           Judge M. Casey Rodgers
                                           Magistrate Judge Gary R. Jones

**This Document Relates To All Cases**
_____

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rules 11.1, John E. Suthers hereby moves this Court for an order for Admission to Practice *Pro Hac Vice* in the above-captioned action, and in support thereof states as follows:

1. I reside in Georgia. I am not a resident of the State of Florida.

2. I am admitted to practice and am a member in good standing of the Bar of The State of Georgia (GA Bar No. 693210). A copy of a Certificate of good Standing from the State Bar of Georgia dated within 30 days of this Motion is attached hereto as *Exhibit A*.

3. Pursuant to Pretrial order No. 3 and Local Rule 11.1, I have reviewed the local rules for this district, successfully completed the online Attorney Admission Tutorial (Confirmation Number **FLND16323409584996**), and reviewed the PACER CM/ECF tutorials.

1

4. I have submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. My PACER account is an individual account and is upgraded to NextGen.

6. I represent the Plaintiffs in the following actions that have been directly filed into the MDL:

| | |
|---|---|
| Christian Hadaway v. 3M Company, et al. | 9:20-cv-20032-MCR-GRJ |
| Milton Mitchell v. 3M Company, et al. | 7:20-cv-95203-MCR-GRJ |
| Gentry Walker v. 3M Company, et al. | 8:20-cv-93912-MCR-GRJ |
| Mary Brooks v. 3M Company, et al. | 8:20-cv-11298-MCR-GRJ |
| Brooklyn Marshall v. 3M Company, et al. | 7:20-cv-83074-MCR-GRJ |
| Christopher Byrd v. 3M Company, et al. | 7:20-cv-96553-MCR-GRJ |
| Cuthbert George v. 3M Company, et al. | 7:20-cv-95090-MCR-GRJ |
| Charlie Turner v. 3M Company, et al. | 7:20-cv-95285-MCR-GRJ |
| Maurice Calhoun v. 3M Company, et al. | 7:20-cv-83287-MCR-GRJ |
| Jody Scott v. 3M Company, et al. | 7:20-cv-95235-MCR-GRJ |
| Kai Rouiller v. 3M Company, et al. | 7:20-cv-83083-MCR-GRJ |
| Philip Miley v. 3M Company, et al. | 7:20-cv-95193-MCR-GRJ |
| John McDonough v. 3M Company, et al. | 7:20-cv-96564-MCR-GRJ |
| Shaun Miller v. 3M Company, et al. | 8:20-cv-11574-MCR-GRJ |
| Robert Stebbins v. 3M Company, et al. | 7:20-cv-95266-MCR-GRJ |
| Melvin Herring v. 3M Company, et al. | 7:20-cv-95121-MCR-GRJ |
| Marco De La Rosa v. 3M Company, et al. | 7:20-cv-95067-MCR-GRJ |
| Don Addington v. 3M Company, et al. | 7:20-cv-83059-MCR-GRJ |
| Carter Duckett v. 3M Company, et al. | 8:20-cv-11301-MCR-GRJ |
| Emanuel Salazar v. 3M Company, et al. | 7:20-cv-95229-MCR-GRJ |
| Eric Chandler v. 3M Company, et al. | 8:20-cv-15080-MCR-GRJ |
| Michael Smith v. 3M Company, et al. | 7:20-cv-95261-MCR-GRJ |
| Jonah Hills v. 3M Company, et al. | 8:20-cv-11303-MCR-GRJ |
| Thomas Hitchens v. 3M Company, et al. | 8:20-cv-93910-MCR-GRJ |
| James Henderson-Coffey v. 3M Company, et al. | 7:20-cv-95116-MCR-GRJ |
| Michael Thompson v. 3M Company, et al. | 7:20-cv-83089-MCR-GRJ |
| Gregory Lasko v. 3M Company, et al. | 7:21-cv-25245-MCR-GRJ |

| | |
|---|---|
| Samuel Marquez v. 3M Company, et al. | 8:20-cv-11307-MCR-GRJ |
| Laverdis Ramsey v. 3M Company, et al. | 7:20-cv-96694-MCR-GRJ |
| David Lowary v. 3M Company, et al. | 7:20-cv-96562-MCR-GRJ |
| Steven Bourns v. 3M Company, et al. | 7:20-cv-83068-MCR-GRJ |
| Walton Zimmerman v. 3M Company, et al. | 7:20-cv-95327-MCR-GRJ |
| Jay Sharpe v. 3M Company, et al. | 7:20-cv-95240-MCR-GRJ |
| John Slavens v. 3M Company, et al. | 7:20-cv-95332-MCR-GRJ |
| Sharon Carballo v. 3M Company, et al. | 7:20-cv-95063-MCR-GRJ |
| Jesse Goldman v. 3M Company, et al. | 7:20-cv-96556-MCR-GRJ |
| Joseph Patterson v. 3M Company, et al. | 7:20-cv-83281-MCR-GRJ |
| Andrews Rosier v. 3M Company, et al. | 7:20-cv-83080-MCR-GRJ |
| Stephen Kunst v. 3M Company, et al. | 7:20-cv-96559-MCR-GRJ |
| Curtis Berry v. 3M Company, et al. | 7:20-cv-96550-MCR-GRJ |

WHEREFORE, John E. Suthers respectfully requests that this Court enter an Order granting this Motion to Appear *Pro Hac Vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted this 27th day of September, 2021.

    s/   *John E. Suthers*
John E. Suthers
Georgia Bar No. 693210
jes@sutherslaw.com
SUTHERS & HARPER
P.O. Box 8847
Savannah, GA 31412
(912) 232-6767 Telephone
(912) 232-1958 Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Appear *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system and served electronically on al counsel of record this 27th day of September, 2021.

                                                                    s/ *John E. Suthers*