

# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Mr. John E. Suthers  
Suthers & Harper  
PO Box 8847  
Savannah, GA  31412

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 06/18/1984 |
| **BAR NUMBER:** | 693210 |
| **TODAY'S DATE:** | 09/23/2021 |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brinda Lovvorn*

Official Representative of the State Bar of Georgia

---

**HEADQUARTERS**  
104 Marietta St. NW, Suite 100  
Atlanta, GA 30303-2743  
404-527-8700 · 800-334-6865  
Fax 404-527-8717  
www.gabar.org

**COASTAL GEORGIA OFFICE**  
18 E. Bay St.  
Savannah, GA 31401-9910  
912-239-9910 · 877-239-9910  
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**  
244 E. 2nd St. (31794)  
P.O. Box 1390  
Tifton, GA 31793-1390  
229-387-0446 · 800-330-0446  
Fax 229-382-7435