# EXHIBIT A

**From:** Judge David R. Herndon <dave@herndonresolution.com>
**Sent:** Thursday, September 9, 2021 4:08 PM
**To:** Elizabeth, Sierra <sierra.elizabeth@kirkland.com>
**Cc:** BAylstock@awkolaw.com <BAylstock@awkolaw.com>; De Paulo, Tabitha J. <tabitha.depaulo@kirkland.com>; Katherine Cornell <kcornell@pulaskilawfirm.com>; Neil D. Overholtz <noverholtz@awkolaw.com>; tomp@lpm-triallaw.com <tomp@lpm-triallaw.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; Wasdin, Nick <nick.wasdin@kirkland.com>; alexander blumrosen <ablumrosen@polarislaw.eu>; jhoekstra@awkolaw.com <jhoekstra@awkolaw.com>; aurelien.chardeau@dentons.com <aurelien.chardeau@dentons.com>; christophe.fafet@dentons.com <christophe.fafet@dentons.com>; camille.benoist@dentons.com <camille.benoist@dentons.com>; David Buchanan <DBuchanan@seegerweiss.com>
**Subject:** RE: French Depositions

Since there is no agreement as to day and time, let me tell you what the judge said and then you can decide how urgent this is and whether you need a call today or early next week.

Judge Rodgers thinks it is unfortunate the French government didn't respond more quickly but since they didn't the depositions are now untimely. She sees the potential relevancy for future use. However, she will adhere to the discovery deadlines. If the deps were to go forward at some point in time in order for them to be included in the trial docs that will be remanded to appropriate district courts, she said she would not allow them or that process to interfere in any way with the bellwether schedule and trials.

Sorry, I see I missed the time for a call today trying to put this together.

Hon. David R. Herndon (ret.)
Herndon Resolution LLC
P.O. Box 897
Edwardsville, IL 62025
618-973-0778

This email (including any attachments) may contain private, confidential, or privileged information. If you received this email in error, please delete it from your system without copying it and notify the sender by reply email, so that the sender's records can be corrected.