EXHIBIT B

**De :** Chardeau, Aurélien aurelien.chardeau@dentons.com
**Envoyé :** Thursday, September 23, 2021 12:04 PM
**À :** TJ-LONS-LE-SAUNIER/CIVIL1 civil1.tj-lons-le-saunier@justice.fr; PALLIERES Edgard Edgard.Pallieres@justice.fr
**Cc :** alexander blumrosen ablumrosen@polarislaw.eu; ARTHEMIS CONSEIL - Me LETONDOR jeanmarie.letondor@arthemis-conseil.fr; Alexis GUILLEMIN ag@guilleminflichy.com; Fafet, Christophe Christophe.Fafet@dentons.com
**Objet :** URGENT SVP : commission rogatoire internationale en provenance des Etats-Unis 3M COMPANY - AEARO...

Monsieur le Président, Madame la Greffière,

Je suis le conseil de 3M dans cette procédure, qui a pris connaissance hier des échanges ci-dessous. Ma cliente s'oppose fermement à l'abandon des mesures d'entraide sollicitées par les juridictions américaines.

Le juge américain n'a rendu aucune décision concernant la pertinence de l'audition des témoins. 3M a été autorisée à solliciter ces auditions par le juge américain le 29 juillet 2020, pendant la période de « *discovery* » aux États-Unis. Jusqu'à présent, 3M n'a pas été en mesure de réaliser ces auditions en raison du retard de la communication des documents pertinents par ISL, alors qu'elle espérait être en possession de ces éléments (documents et auditions) avant le premier procès en mars 2021.

3M demeure intéressée par la réalisation des auditions de MM. Dancer et Hamery, qui ont joué un rôle central dans le développement du CAEv2, le produit en cause dans les affaires pendantes aux Etats-Unis. Ces auditions sont d'une importance critique dans ces affaires.

Contrairement à ce que prétend le conseil américain du plaignant (notre confrère Alexander Blumrosen étant son correspondant en France, ce dernier nous lisant en copie), le juge américain n'a pris aucune décision tendant à l'abandon des auditions. Il semble simplement que le conseil américain des plaignants ne soit plus intéressé par ces auditions et a demandé au juge de décider s'il est approprié de réaliser ces auditions alors que la période de « *discovery* » est terminée. 3M a soumis un mémoire le 20 septembre 2021 au juge américain, expliquant que le retard dans la communication des documents par ISL est indépendant de sa volonté et que 3M doit être en mesure de procéder aux auditions et utiliser les témoignages de MM. Dancer et Hamery, en dépit du changement d'avis des plaignants.

En effet, même si le juge américain décide que 3M ne peut pas utiliser leurs témoignages dans les procès pendant devant le Tribunal de Pensacola (Floride), 3M pourrait être en mesure de les utiliser dans les procès pendant devant le Tribunal du Minnesota. Ce sont deux procédures complètement distinctes. En outre, dans l'hypothèse où 3M ne pourrait pas les utiliser dans l'un ou l'autre de ces procès, 3M pense sincèrement que MM. Hamery et Dancer ont des informations pertinentes pour ces affaires qui pourraient conduire à des preuves et arguments supplémentaires utiles à sa défense globale. Compte tenu de leur âge avancé, 3M est également consciente qu'il est essentiel de préserver ces preuves.

Dans ces circonstances, il est important que votre juridiction ne mette pas fin à l'exécution des mesures d'entraide. 3M s'oppose fermement à tout arrêt d'exécution et entend poursuivre cette procédure de « *discovery* », même si les plaignants décident de ne pas le faire également.

En ce qui concerne les dates des auditions, il est probablement préférable d'attendre la réponse du juge américain concernant la manière dont ces auditions peuvent être utilisées. Cette décision est attendue prochainement. 3M propose donc de vous tenir informé dès que cette décision sera disponible pour mettre à jour les dates des auditions.

Pour information, avant que les plaignants ne changent d'avis, les parties avaient indiqué qu'elles étaient disponibles pour réaliser les auditions aux dates suivantes :
- du 28 septembre au 1er octobre ;
- du 8 au 12 novembre ;
- du 13 au 23 décembre.

Je me tiens à votre disposition pour en discuter de vive voix si nécessaire.

Croyez, Monsieur le Président, Madame la Greffière, à l'expression de ma parfaite considération.



**Aurélien Chardeau**
Avocat à la Cour - Associé

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +33 1 42 68 45 14   |   M +33 6 73 59 63 18
aurelien.chardeau@dentons.com
Bio   |   LinkedIn   |   Website
Assistant: Michelle Vasiljkovic +33 1 42 68 49 52

Dentons Europe, AARPI
5 boulevard Malesherbes, 75008 Paris, France

UNOFFICIAL TRANSLATION

Mr. President, Madam Registrar,

I am counsel for 3M in these proceedings, who yesterday became aware of the following exchanges. My client is strongly opposed to the abandonment of the mutual assistance measures requested by the American courts.

The U.S. judge has made no ruling on the propriety of hearing witnesses. 3M was permitted to seek these hearings by the U.S. judge on July 29, 2020, during the discovery period in the United States. To date, 3M has not been able to conduct these depositions due to the delay in the disclosure of relevant documents by ISL, although it had hoped to be in possession of these items (documents and depositions) before the first trial in March 2021.

3M remains interested in conducting depositions of Mr. Dancer and Mr. Hamery, who played a central role in the development of CAEv2, the product at issue in the pending U.S. cases. These hearings are of critical importance in these cases.

Contrary to what the plaintiff's American counsel claims (our colleague Alexander Blumrosen being his correspondent in France, the latter reading us a copy), the American judge has not taken any decision to abandon the hearings. It seems that the plaintiffs' American counsel is no longer interested in these hearings and has asked the judge to decide whether it is appropriate to hold these hearings now that the discovery period is over. 3M submitted a brief on September 20, 2021 to the U.S. District Judge, explaining that the delay in ISL's discovery was beyond its control and that 3M should be able to conduct the depositions and use the testimony of Mr. Dancer and Mr. Hamery, despite the change of heart of the plaintiffs.

Indeed, even if the U.S. judge rules that 3M cannot use their testimony in the Pensacola (Florida) court proceedings, 3M may be able to use it in the Minnesota court proceedings. These are two completely separate proceedings. Furthermore, in the event that 3M is unable to use them in either of these cases, 3M believes that Mr. Hamery and Mr. Dancer have information relevant to these cases that could lead to additional evidence and arguments useful to its overall defense. Given their advanced age, 3M is also aware that it is essential to preserve this evidence.

In these circumstances, it is important that your jurisdiction does not terminate the execution of the mutual assistance measures. 3M strongly opposes any stay of the discovery and intends to continue this discovery process, even if the plaintiffs decide not to do so as well.

As for the dates of the hearings, it is probably best to wait for the answer of the US judge as to how these hearings can be used. This decision is expected soon. 3M therefore proposes to keep you informed as soon as this decision is available to update the hearing dates.

For your information, prior to the plaintiffs' change of heart, the parties had indicated that they were available to conduct hearings on the following dates:
- September 28 to October 1;
- November 8 to 12; and
- December 13 to 23.

I would be pleased to discuss this in person if necessary.

Please accept, Mr. President, Madam Registrar, the assurances of my highest consideration.