EXHIBIT C

**De :** PALLIERES Edgard Edgard.Pallieres@justice.fr
**Envoyé :** Thursday, September 23, 2021 2:13 PM
**À :** Chardeau, Aurélien aurelien.chardeau@dentons.com; TJ-LONS-LE-SAUNIER/CIVIL1 civil1.tj-lons-le-saunier@justice.fr
**Cc :** alexander blumrosen ablumrosen@polarislaw.eu; ARTHEMIS CONSEIL - Me LETONDOR jeanmarie.letondor@arthemis-conseil.fr; Alexis GUILLEMIN ag@guilleminflichy.com; Fafet, Christophe Christophe.Fafet@dentons.com
**Objet :** RE: URGENT SVP : commission rogatoire internationale en provenance des Etats-Unis 3M COMPANY - AEARO...

Bonjour Maîtres,

je vous rappelle que les auditions au TJ de MULHOUSE de M. HAMERY ont été fixées les 18 octobre (T PENSACOLA) et 19 octobre (Cour Minnesota), conformément à mon avis d'il y a quelques jours.

L'audition du 19 octobre est maintenue, la décision du tribunal de PENSACOLA étant sans incidence sur la CRI de la Cour précitée.

L'audition du 18 octobre est supprimée, dans l'attente de la décision du tribunal de PENSACOLA sur le recours de
la société 3M.

Je rappelle, à toutes fins, que nous ne sommes pas saisis par les parties, mais par une juridiction étrangère, de telle sorte que si le tribunal de PENSACOLA estimait que l'audition de témoins était devenue sans intérêt, l'audition ne pourrait pas être effectuée.

Je remercie les conseils des parties de ne pas oublier le tribunal judiciaire de MULHOUSE, qui, sauf erreur de la part, n'a pas été avisé, par Me BLUMROSEN, de son message du 22 septembre adressé au TJ de LONS LE SAUNIER.

Cordialement,

Edgard PALLIERES
président de la 1ère chambre civile
Tribunal judiciaire
MULHOUSE

UNOFFICIAL TRANSLATION

Counsel,

I would like to remind you that the deposition at the MULHOUSE Court of Mr. HAMERY have been set for October 18 (PENSACOLA Court) and October 19 (Minnesota Court), in accordance with my email of a few days ago.

The October 19 hearing is maintained, as the PENSACOLA court's decision does not affect the above-mentioned court's [Minnesota] Letter of Request.

The hearing of October 18 is cancelled, pending the decision of the court of PENSACOLA on 3M's motion.

I would like to remind you, for all intents and purposes, that this matter has not been referred to us by the parties, but by a foreign court, so that if the court in Penascola were to consider that the deposition of witnesses has become irrelevant, the deposition would be cancelled.

I would like to thank the counsels of the parties for not forgetting the judicial court of MULHOUSE, which, unless I am mistaken, was not notified by Me BLUMROSEN of his message of 22 September addressed to the TJ of LONS LE SAUNIER.

Sincerely,

Edgard PALLIERES
president of the 1st civil chamber
Judicial Court
MULHOUSE