UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL No. 2885 <br><br> Master Docket Case No. 3:19-md-2885 |
| **THIS DOCUMENT RELATES TO:** <br><br> Donn B. Coltrin <br><br> 7:21-cv-35840-MCR-GRJ | Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

## NOTICE OF DESIGNATED FORUM

Plaintiff, Donn B. Coltrin, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the United Stated District Court of Arizona, Tucson Division absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: September 27, 2021         Respectfully submitted,

*/s/ David J. Diamond*
DIAMOND LAW
1700 E. River Road, #65237
Tucson, AZ 85718
Tel:  (800) 966-5535
Fax:  (520) 448-4466
ddiamond@diamondlawusa.com

*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

    I, David J. Diamond, hereby certify that on September 27, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                              */s/ David J. Diamond*
                                              David J. Diamond