UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Cases Listed in Exhibit "B" | *Case Nos.* Exhibit B<br><br>Related to Master Docket Case No.: 3:19-md2885/MCR/GRJ<br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Sheila M. Bossier, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-captioned case, and in support thereof state as follows:

1. I am a resident of the State of Mississippi and am not a resident of the State of Florida.

2. I am the owner of BOSSIER & ASSOCIATES, PLLC, with the main place of business located at 1520 North State Street, Jackson, Mississippi 39202.

3. I am admitted to practice and am a member of good standing with the following jurisdictions (*see* copies of Certificates of Good Standing attached hereto as Exhibit "A"):

    - Mississippi Supreme Court (admitted March 29, 1999)

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.2, I have

1

successfully completed both the online Local Rules tutorial exam (confirmation #FLND16307861294834) and the CM/ECF online tutorial.

5. I have submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

6. I have upgraded my PACER account to "NextGen."

7. I am the attorney of records in the related cases attached hereto as Exhibit "B."

WHEREFORE, I, Sheila M. Bossier respectfully request that this Court enter an Order granting this motion to appear *pro hac vice* and direct the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: September 27, 2021         Respectfully Submitted,

/s/ Sheila M. Bossier
Sheila M. Bossier (pending *pro hac vice*)
**BOSSIER & ASSOCIATES, PLLC**
1520 North State Street
Jackson, MS 39202
T: 601.352.5450
F: 601.352.5452
E: sbossier@bossier-law.com
***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Motion for Admission *Pro Hac Vice* was served electronically on all counsel of record on September 27, 2021.

/s/ Sheila M. Bossier
Sheila M. Bossier