# EXHIBIT B

| Name | Case Admin. No. |
| --- | --- |
| Achaval, Pedro | 8:20-cv-97285-MCR-GRJ |
| Aicher, Charles | 8:20-cv-97275-MCR-GRJ |
| Aldrich, Rebecca | 8:20-cv-18500-MCR-GRJ |
| Baity, Howard | 8:20-cv-70043-MCR-GRJ |
| Bialczak, Luke Edward | 8:20-cv-70090-MCR-GRJ |
| Blake, Jamie | 8:20-cv-02267-MCR-GRJ |
| Bowen, Ronondo J. | 8:20-cv-69823-MCR-GRJ |
| Campbell, Joseph T. | 8:20-cv-18491-MCR-GRJ |
| Carbajal, Jose | 7:21-cv-30419-MCR-GRJ |
| Carter, Ben | 8:20-cv-97311-MCR-GRJ |
| Chambers, Cinnamon | 8:20-cv-97312-MCR-GRJ |
| Cicero, Mark Raymond | 8:20-cv-70037-MCR-GRJ |
| Clark, Evan | 8:20-cv-97284-MCR-GRJ |
| Conley, Betty | 9:20-cv-31572-MCR-GRJ |
| Culp, James Matthew | 8:20-cv-69829-MCR-GRJ |
| Dillon, Cheryl | 8:20-cv-69880-MCR-GRJ |
| Franklin, Billy Joe | 8:20-cv-69356-MCR-GRJ |
| Garland, Steven Wayne | 8:20-cv-70065-MCR-GRJ |
| Gomez, Julio | 8:20-cv-69351-MCR-GRJ |
| Gonedes, James | 8:20-cv-70009-MCR-GRJ |
| Hair, William Cleveland | 8:20-cv-70051-MCR-GRJ |
| Hall, Eugene Clyde | 8:20-cv-69338-MCR-GRJ |
| Harris, Catherine M. | 8:20-cv-18323-MCR-GRJ |
| Hayes, Stephen | 7:21-cv-31078-MCR-GRJ |
| Howell, Josh | 7:21-cv-31083-MCR-GRJ |
| Humpherys, Daniel Charles | 8:20-cv-69291-MCR-GRJ |
| Jackson, Garnett | 8:20-cv-18341-MCR-GRJ |
| Johnson, Billy | 8:20-cv-69998-MCR-GRJ |
| Jones, Darren Robert | 8:20-cv-97273-MCR-GRJ |
| Lawson, Joel C. | 8:20-cv-59972-MCR-GRJ |
| Lim, Lawrence | 8:20-cv-97267-MCR-GRJ |
| Livesay, Robert Aaron | 8:20-cv-69250-MCR-GRJ |
| Millard, Mark | 8:20-cv-69310-MCR-GRJ |
| Morales, Gilbert Ray | 8:20-cv-69255-MCR-GRJ |
| Norton, Shawn | 7:21-cv-31080-MCR-GRJ |

| | |
|---|---|
| Ordner, Shannon | 8:20-cv-02283-MCR-GRJ |
| Patrick, Mark | 8:20-cv-97292-MCR-GRJ |
| Peach, Scott Jackson | 7:21-cv-31070-MCR-GRJ |
| Reichle, Rachel | 8:20-cv-70046-MCR-GRJ |
| Romero, Roger | 8:20-cv-97304-MCR-GRJ |
| Ross, John | 8:20-cv-02270-MCR-GRJ |
| Rusness, Mariko | 8:20-cv-70085-MCR-GRJ |
| Sauls, Karessa | 8:20-cv-97289-MCR-GRJ |
| Segarel, Dominique | 8:20-cv-70087-MCR-GRJ |
| Sheldon, Scott | 8:20-cv-69286-MCR-GRJ |
| Stewart, Alan | 8:20-cv-70116-MCR-GRJ |
| Thomas, Bernice | 8:20-cv-70123-MCR-GRJ |
| Trader, Thurman | 8:20-cv-69984-MCR-GRJ |
| Wallace, Clinton | 8:20-cv-69317-MCR-GRJ |
| Welsheimer, Douglas | 7:21-cv-30412-MCR-GRJ |
| Williams, Raymond Jamal | 8:20-cv-18367-MCR-GRJ |