UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Cases Listed in Exhibit "A" | *Case Nos. Exhibit A*<br><br>Related to Master Docket Case No.: 3:19-md2885/MCR/GRJ<br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

Sheila M. Bossier, Esq. of Bossier & Associates, PLLC, hereby enters her appearance as counsel for Plaintiffs listed in Exhibit A. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, the undersigned has successfully completed both the Local Rules tutorial exam, confirmation number FLND16307861294834, and the CM/ECF online tutorial, and has upgraded her PACER account. Counsel requests all further papers and pleadings in this matter be served upon the undersigned.

Dated: September 27, 2021         Respectfully Submitted,

*/s/ Sheila M. Bossier*
Sheila M. Bossier (admitted *pro hac vice*)
**BOSSIER & ASSOCIATES, PLLC**
1520 North State Street
Jackson, MS 39202
T: 601.352.5450
F: 601.352.5452
E: sbossier@bossier-law.com
***Attorney for Plaintiffs***

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on September 27, 2021, serving all counsel of record electronically.

*/s/ Sheila M. Bossier*
Sheila M. Bossier