UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABLITY LITIGATION** § § § § **This Document Relates To:** § § **All Cases** § § § | **Case No. 3:19-md-2885** **Judge M. Casey Rodgers** **Magistrate Judge Gary R. Jones** |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Pretrial Order No. 3, Case Management Order 1, and Local Rule 11.1, Karen Lawrence Puccio hereby moves this Court for an Order for admission to practice pro hac vice in the above-captioned action and in support thereof states as follows:

1. I reside in Alabama and am not a resident of Florida.

2. I am admitted to practice and a member in good standing of the bar of the state of Alabama.  A copy of the Certificate of Good Standing is attached hereto.

3. I have successfully completed both the online Attorney Admission tutorial exam-confirmation no. FLND16320134354960 and the CM/ECF tutorials.

4. I have paid the required pro hac vice fee.

5. My Pacer account is an individual account and is upgraded to NextGen.

6. I am the attorney of record for the following cases which are transitioning from the administrative docket to the 3M MDL docket, among others:

    a. Christopher Glavach, Administrative Docket No. 8:20-cv-34077-MCR-GRJ

    b. Cassandra Jackson, Administrative Docket No. 8:20-cv-34040-MCR-GRJ

**WHEREFORE**, based on the foregoing, I respectfully request this court enter an order

granting this Motion for Admission Pro Hac Vice and directs the Clerk to provide notice of electronic case filing to the undersigned. .

Dated: September 27, 2021

> Respectfully Submitted,
>
> /s/ Karen Lawrence Puccio
> Karen Lawrence Puccio
> Degaris Wright McCall
> kpuccio@dwmlawyers.com
> 2 North 20th Street, Ste. 1030
> Birmingham, Alabama 35203
> Direct: (205) 994-7401
> Fax: (205) 307-5361

## CERTIFICATE OF SERVICE

I certify that on September 27, 2021 a true and correct copy of my Motion for Admission Pro Hac Vice was filed electronically with the Clerk of Court via the CM/ECF system on September 27, 2021 and served electronically on all counsel of record.

> /s/ Karen Lawrence Puccio
> Karen Lawrence Puccio