IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This document relates to;<br>    SPENCER GALVAN<br>    Docket Number 8:20-CV-11545-MCR-GRJ[1] | Judge M. Case Rodgers<br>Magistrate Judge Gary R. Jones |

## Motion to Appear Pro Hac Vice –Patrick M. Dennis

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Patrick M. Dennis ("Movant") of the law firm Doyle LLP, 3401 Allen Parkway, Suite 100, Houston, Texas 77019, respectfully moves for admission to practice pro hac vice in the above-styled case, and in support thereof states as follows:

1.  Movant resides in Texas, and is not a resident of the State of Florida.

2.  Movant is not admitted to practice in the Northern District of Florida.

3.  Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the

---

[1] This Motion also applies to all claimants represented by Patrick M. Dennis within the MDL, Case No. 3:19-md-2885.

State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16318068534933** and the CM/ECF online tutorial.

5. Movant has submitted to the Clerk the required $208.00 pro hac vice admission fee.

6. Movant has upgraded her PACER account to "NextGen."

7. Movant is the attorney of record in the following case: Spencer Galvan v. 3M Company, et al, 8:20-cv-11545-MCR-GRJ and various others within this MDL.

8. Upon admission, Patrick M. Dennis respectfully requests that he be provided Notice of Electronic Filings to the following email address:

service@doylelawfirm.com

WHEREFORE, Patrick M. Dennis respectfully requests that this Court enter an order granting this motion to appear pro hac vice, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:  9/17/2021

Respectfully submitted,

/s/Patrick M. Dennis
MICHAEL PATRICK DOYLE
State Bar No. 06095650
PATRICK M. DENNIS
State Bar No. 24045777
DOYLE LLP
3401 Allen Parkway, Suite 100
Houston, Texas 77019
Phone: (713) 571-1146
Fax:   (713) 571-1148

2

service@doylelawfirm.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission Pro Hac Vice was filed electronically with the Clerk of the Court using the CM/ECF system on September 17, 2021 and served electronically on all counsel of record.

/s/Patrick M. Dennis
Patrick M. Dennis