| Plaintiff Name | Plaintiff ID | Admin Docket Case Number |
|---|---|---|
| ADAMS, EUNICIA | 136674 | 8:20-cv-37211-MCR-GRJ |
| BARNARD, PETER | 27281 | 8:20-cv-21463-MCR-GRJ |
| BERG, JASMINE | 194314 | 8:20-cv-24705-MCR-GRJ |
| BRYANT, JOSHUA | 77858 | 8:20-cv-34895-MCR-GRJ |
| BURNS, MICHAEL | 29291 | 8:20-cv-21551-MCR-GRJ |
| CANDLER, DAMEAN A | 29293 | 8:20-cv-21553-MCR-GRJ |
| CHIRSTIAN, DAVID | 77868 | 8:20-cv-34903-MCR-GRJ |
| CIMPERMAN, NICHOLAS | 77869 | 8:20-cv-34907-MCR-GRJ |
| CUILLIER, EMMANUEL | 29295 | 8:20-cv-21557-MCR-GRJ |
| CURRIN, JOSEPH | 77877 | 8:20-cv-34913-MCR-GRJ |
| FINCHER, JOHN W | 29296 | 8:20-cv-21559-MCR-GRJ |
| GARCIA, CESAR R | 286918 | 7:21-cv-07094-MCR-GRJ |
| GARCIA, RUBEN | 155973 | 8:20-cv-43372-MCR-GRJ |
| HARSIN, COREY J | 77904 | 8:20-cv-34966-MCR-GRJ |
| HYDE, BILL | 77918 | 8:20-cv-34987-MCR-GRJ |
| JEPSON, BENJAMIN C | 77923 | 8:20-cv-34998-MCR-GRJ |
| KNOWLES, JOSHUA V | 77935 | 8:20-cv-35016-MCR-GRJ |
| LEWIS, MARCUS | 77937 | 8:20-cv-35021-MCR-GRJ |
| LOBO, TERRY | 320978 | 7:21-cv-36811-MCR-GRJ |
| MCGILL, GORDON ANDREW | 59854 | 8:20-cv-21826-MCR-GRJ |
| MILLS,DAVID | 77955 | 8:20-cv-35066-MCR-GRJ |
| MORRIS, DANIEL BOY | 59853 | 8:20-cv-21822-MCR-GRJ |
| MUMPOWER, CHADWICK | 77959 | 8:20-cv-35076-MCR-GRJ |
| MUNOZORNELAS, JOSE LUIS | 59844 | 8:20-cv-21791-MCR-GRJ |
| OVERSTREET, DARNELL M | 77965 | 8:20-cv-35088-MCR-GRJ |
| RASHAD, OMAR ISAAC | 280829 | 7:21-cv-03072-MCR-GRJ |
| RUIZ, ENRIQUE | 77983 | 8:20-cv-35119-MCR-GRJ |
| SAWYER, BLAKE MADISON | 43062 | 8:20-cv-21645-MCR-GRJ |
| SMITH, JAMES | 77992 | 8:20-cv-35134-MCR-GRJ |
| STEERE, ROBERT WILLIAM | 211469 | 8:20-cv-57346-MCR-GRJ |
| STEWART, MICHAEL SHAWN | 43056 | 8:20-cv-21637-MCR-GRJ |

| | | |
|---|---|---|
| THRASH, TYLER | 260286 | 9:20-cv-04355-MCR-GRJ |
| TUURA, CHAD M | 78004 | 8:20-cv-35159-MCR-GRJ |
| WALSER, STEVEN | 78009 | 8:20-cv-35164-MCR-GRJ |
| WARREN, REECE | 78011 | 8:20-cv-35174-MCR-GRJ |
| WHIPPLE, STEPHEN JAMES | 59999 | 8:20-cv-21884-MCR-GRJ |