UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS Case No. 3:19-md-2885
EARPLUG PRODUCTS
LIABILITY LITIGATION

 Judge M. Casey Rodgers
This Document Relates to All Cases Magistrate Judge Gary R. Jones

MOTION TO APPEAR PRO HAC VICE
JOSEPH (Job) Tennant

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Joseph (Job) Tennant ("Movant") of the law firm VB Attorneys, 6363 Woodway Drive, Suite 400, Houston, Texas 77057, respectfully moves for admission to practice *pro hac vice* in the above-styled case, and in support thereof states as follows:

- Movant resides in Texas and is not a resident of the State of Florida.
- Movant is not admitted to practice in the Northern District of Florida.
- Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.
- Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number 16321672664976, and the CM/ECF online tutorial.
- Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.
- Movant has an upgraded "NextGen" Pacer Account.
- Movant is one of the attorneys of record for the cases attached on Exhibit B.
- Upon admission, Job Tennant respectfully requests that he be provided Notice of Electronic Filings to the following email address: Job@vbattorneys.com

WHEREFORE, Joseph Tennant respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Filed on 9.28.21

Respectfully submitted,

**VB Attorneys**

/s/ Joseph Tennant
_____

Job Tennant
Job@vbattorneys.com
6363 Woodway, Suite 400
Houston, Texas 77057
713-224-7800
713-224-7801 Facsimile

## Certificate of Service

A true and correct copy of the foregoing was served on all counsel of record on this 27 day of September 2021.

*/s/ Job Tennant*
_____

Job Tennant