# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUGS PRODUCTS LIABILITY LITIGATION | Case No.: 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, I, Jonathan M. Ashton here moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Ohio and is not a resident of the State of Florida

2. Movant is admitted to practice and is a member in good standing of the United States District Court Northern District of Ohio. A copy of a Certificate of Good Standing from the District Court of Ohio and The Supreme Court of Ohio dated within 30 days of this motion are attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16317392734922** and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $210.00 *pro hac vice* admission fee.

5. Movant is the attorney of record in the related cases identified in the exhibit attached hereto as Exhibit "B" and made a part thereof.

WHEREFORE, Jonathan M. Ashton requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: 9/27/2021

GALLON, TAKACS
& BOISSONEAULT, CO., LPA

By: /s/ Jonathan M. Ashton
GALLON, TAKACS
& BOISSONEAULT, CO., LPA
OHIO BAR #0083588
1450 Arrowhead Drive
Maumee, OH 43537
Phone: (419) 843-2001
jashton@gallonlaw.com

**Attorney for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that on 27th day of September 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

By: /s/ Jonathan M. Ashton
GALLON, TAKACS
& BOISSONEAULT, CO., LPA
