# **EXHIBIT "B"**

| Plaintiff | Civil Case No. |
|---|---|
| Jerry Anderson v. 3M Company | 8:20-cv-57348 |
| Joseph Golden v. 3M Company | 3:21-cv-1067 |
| Cory Johnson v. 3M Company | 8:20-cv-57349 |
| David Matteo v. 3M Company | 8:20-cv-57350 |
| Marvin Parsons v. 3M Company | 8:20-cv-57351 |
| Brandon Presley v. 3M Company | 8:20-cv-89891 |
| John Rawlings v. 3M Company | 8:20-cv-57352 |
| Freddy Silva v. 3M Company | 8:20-cv-57255 |
| Seth Vaughn v. 3M Company | 8:20-cv-57353 |
| Emanuel Watson v. 3M Company | 8:20-cv-57354 |