**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | Case No. 3:19-md-2885-MCR-GRJ |
| This Document Relates to All Cases | ) | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order 3, Case Management Order No. 1, and Northern District of Florida Local Rule 11.1, Martin A. Ramey hereby moves this Court for an Order for admission to practice *pro hac vice* in the above styled case, and in support thereof states as follows:

1. Movant resides in North Carolina, and is not a resident of the State of Florida.

2. Movant is admitted to practice before, and is a member of good standing of, the bar of North Carolina and the United States District Courts for Eastern, Middle & Western Districts of North Carolina. A copy of a Certificate of Good Standing from the Supreme Court of the State of North Carolina, dated within thirty (30) days of this Motion, is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has reviewed (a) the Local Rules of the Northern District of Florida, (b) the Attorney Admission Memo, and (c) the CM/ECF Attorney User's Guide. Movant successfully completed the online Local Rules tutorial exam (confirmation number FLND16328385765036).

4. Movant has submitted simultaneously with the filing of this motion the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen".

6. Movant is the attorney of record in the following cases: *Alec Brooks v. 3M Company, et al.*, 3:19-cv-3120; *Arteze Burgess v. 3M Company, et al.*, 3:19-cv-3121; *James Burney, Jr. v. 3M Company, et al.*, 3:19-cv-3122; *Brent Chavis v. 3M Company, et al.*, 5:19-cv-00424; *David Jurado v. 3M Company, et al.,* 8:20-cv-34615; *Labrae Sahran Knipp v. 3M Company, et al.*, 5:19-cv-00376; *Matthew J. Madden v. 3M Company, et al.,* 3:19-md- 02885; *Justin Miller v. 3M Company, et al.*, 3:19-cv-3123; *John Resar v. 3M Company, et al.,* 5:19-cv-00375; *William Stakeley v. 3M Company, et al.*, 3:19-cv-3124; *Angelo Young and Cynthia Young v. 3M Company, et al.,* 8:20-cv-36889.

7. Upon admission, movant respectfully requests that he be provided Notice of Electronic Filings to the following email addresses: MJR@rhinelawfirm.com and SLC@rhinelawfirm.com.

WHEREFORE, Martin A. Ramey requests that this Honorable Court enter an Order granting this Motion to Appear *Pro Hac Vice* and direct the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: September 28, 2021                                      Respectfully submitted,

    *s/ Martin A. Ramey*
Martin A. Ramey
Rhine Law Firm, PC
1612 Military Cutoff Rd, Suite 300
Wilmington, NC 28403
Tel: (910) 772-9960
Fax: (910) 772-9062
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on this 28th day of September, 2021, a true and correct copy of the foregoing **Motion to Appear** *Pro Hac Vice* was electronically filed with the Clerk of Court and served using the CM/ECF system.

      */s/ Martin A. Ramey*
Martin A. Ramey