UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

**This Document Relates To:**
*Travis Bowling and Lisa Bowling v. 3M Company, et. al,*
**Docket No. 9:20-cv-06158-MCR-GRJ**

_____

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rules 11.1, Paul Scott hereby moves this Court for an order for Admission to Practice Pro Hac Vice in the above-styled case, and in support thereof states as follows:

1. I reside in Georgia. I am not a resident of the State of Florida.

2. I am admitted to practice and am a member in good standing of the Bar of The State of Georgia (Georgia Bar No. 140960). A copy of a Certificate of Good Standing from the State Bar of Georgia dated within 30 days of this Motion is attached hereto as Exhibit "A."

1

3. Pursuant to Pretrial order No. 3 and Local Rule 11.1, I have reviewed the local rules for this district, successfully completed the online Attorney Admission Tutorial (Confirmation Number FLND16318202454942), and reviewed the PACER CM/ECF tutorials.

4. I have submitted to the Clerk the required $208.00 pro hac vice admission fee.

5. My PACER account is an individual account and is upgraded to NextGen.

6. I represent the Plaintiffs in the following action that was transitioned from the administrative docket to the 3M MDL docket on September 28, 2021: *Travis Bowling and Lisa Bowling v. 3M Company, et al.,* Docket No. 9:20-cv-06158-MCR-GRJ.

WHEREFORE, Paul Scott respectfully requests that this Court enter an Order granting this Motion to Appear Pro Hac Vice and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted this 28th day of September, 2021.

**BROWN, READDICK, BUMGARTNER, CARTER, STRICKLAND & WATKINS, LLP**

By: /s/ Paul Scott, Esq.
Paul Scott, Esq.
Georgia Bar No. 140960
**Attorney for Plaintiffs**

5 Glynn Ave.
Brunswick, Georgia 31520
Phone: 912.264.8544
Telefax: 912.264.9667
pscott@brbcsw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Appear Pro Hac Vice was filed electronically with the Clerk of the Court using the CM/ECF system and served electronically on all counsel of record this this 28th day of September, 2021.

**BROWN, READDICK, BUMGARTNER, CARTER, STRICKLAND & WATKINS, LLP**

By: /s/ Paul Scott, Esq.
Paul Scott, Esq.
Georgia Bar No. 140960
5 Glynn Ave.
Brunswick, Georgia 31520
Telephone: 912.264.8544
Telefax: 912.264.9667
pscott@brbcsw.com

**Attorney for Plaintiffs**