# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

MDL No. 3:19-md-2885

This Document Relates To:
Nathan Arterberry
Docket No. 8:20-cv-40391

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## NOTICE OF DESIGNATED FORUM

COMES NOW Plaintiff, Nathan Arterberry, by and through counsel of record, files this Notice of Designated Forum and would show the Court that venue would be proper in the United States District Court, Southern District of California, San Diego Division, absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum once case specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: September 28, 2021

Respectfully submitted,

*/s/ William T. Rieder, Jr.*
William T. Rieder, Jr.
Florida Bar No. 44834
The Downs Law Group
3250 Mary Street, Ste 307
Coconut Grove, Florida 33133
Tel. (305) 444-8226
Facsimile (305) 444-6773
wrieder@downslawgroup.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 28, 2021, a true and correct copy of the foregoing Notice of Designated Forum was filed with the Clerk of the Court and served using the CM/ECF system.

            */s/ William T. Rieder, Jr.*
            William T. Rieder, Jr.