# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to all Cases: | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on September 17, 2021

Motion/Pleadings: MOTION TO APPEAR *PRO HAC VICE*.
Filed by Murray B. Wells on September 17, 2021 Doc. #'s 2027
RESPONSE:
 on Doc. #'s

___ Stipulated ___ Joint Pleading
___ Unopposed ___ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ *Kathy Rock*
Deputy Clerk:    Kathy Rock

---

On consideration, the motion is DENIED without prejudice, for failure to provide the required Certificate of Good Standing.

**DONE** and **ORDERED** this 28th day of September, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**