UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCT LIABILITY LITIGATION | ) MDL No. 2885 ) ) Master Docket case No. 3:19-md-2885 ) ) Judge M. Casey Rodgers |
| **THIS DOCUMENT RELATES TO:** | ) Magistrate judge Gary R. Jones ) |
| *Joseph C. Arsenault v. 3M Company, et al.* **Civil Case No. 21-cv-35871** | ) ) ) |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Kevin M. Fitzgerald ("Movant") of the law firm Fitzgerald Law Group, LLC, 120 Exchange Street, Suite 200, Portland, Maine 04101, respectfully moves for admission to practice pro hac vice in the above-styled case, and in support thereof states as follows:

1. Movant resides in Maine and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is admitted to practice and is a member of good standing of the bar of the State of Maine. A copy of the Certificate of Good Standing from the State of Maine dated September 16, 2021, within 30 days of this motion is attached hereto as Exhibit A and made a part hereof.

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16325057285017, and the CM/ECF online tutorial.

5. Movant has submitted to the Clerk the required $208.00 pro hac vice admission fee.

6. Movant has an upgraded NextGen PACER account.

7. Movant is the attorney of records in the following case, Joseph C. Arsenault v. 3M Company, et al, 21-cv-35871.

8. Upon admission, Kevin M. Fitzgerald, respectfully requests that he be provided Notice of Electronic Filings to the following email address: kfitzgerald@fitz-lawgroup.com.

WHEREFORE, Kevin M. Fitzgerald respectfully request that this Court enter an order granting this motion to appear pro hac vice, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: September 28, 2021                                      Respectfully submitted,


/s/ Kevin M. Fitzgerald
Kevin M. Fitzgerald, Maine Bar No. 9373
FITZGERALD LAW GROUP, LLC
120 Exchange Street, Suite 200
Portland, ME 04101
Telephone: (207) 874-7407
Facsimile: (207) 850-2120
Email: kfitzgerald@fitz-lawgroup.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Kevin M. Fitzgerald, hereby certify that a true copy of the above document was electronically filed on September 28, 2021 in this action via the Court's ECF/CM system, which will send notification of such filing to all registered users.

*/s/ Kevin M. Fitzgerald*
Kevin M. Fitzgerald
