# Exhibit A

# UNITED STATES DISTRICT COURT
for the
District of Maine

## CERTIFICATE OF GOOD STANDING

I, Christa K. Berry, Clerk of this Court,

certify that Kevin M. Fitzgerald was duly admitted to practice in this Court on March 12, 2004, and is in good standing as a member of the Bar of this Court.

Dated at Portland, Maine on September 16, 2021
*(Location)* *(Date)*

CHRISTA K. BERRY
*CLERK*

*DEPUTY CLERK*