UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Master Docket Case No. 3:19-md-2885<br><br>Chief Judge: M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to | ) ) | |
| ZACHARY FLICK<br>3:19-cv-03482 | ) ) | |

## NOTICE OF DESIGNATED FORUM

Plaintiff, Zachary Flick, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the United States District Court for the Southern District of Iowa, Central Division, absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: September 28, 2021

          Respectfully Submitted,
          DUTTON, DANIELS, HINES, KALKHOFF,
          COOK & SWANSON, P.L.C.
          Attorneys for Plaintiff

    BY: /s/ *James H. Cook*
        James H. Cook, Iowa Bar #AT0001622
        3151 Brockway Road
        P.O. Box 810
        Waterloo, IA 50704
        (319) 234-4471
        (319) 234-8029 FAX
        Email: jcook@duttonfirm.com

2

## CERTIFICATE OF SERVICE

I James H. Cook, hereby certify that on September 28, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ *James H. Cook*