# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## ORDER

Pending before the Court are the following Motions for Admission *Pro Hac Vice* seeking leave to appear as counsel for parties in matters pending before this Court associated with In Re: 3M Combat Arms Earplug Products Liability Litigation, Case No. 3:19-md-2885:

- ECF No. 2007, filed by attorney Leah M. McMorris with the Thornton Law Firm LLP;

- ECF No. 2010, filed by attorney Timothy W. Porter with the firm Porter & Malouf, P.A.;

- ECF Nos. 2011, 2012, filed by attorneys William L. Walsh and David P. McCormack with the firm Sugarman and Sugarman, P.C.;

- ECF No. 2015, filed by attorney Stacy K. Hauer with the law firm Johnson Becker, PLLC;

- ECF No. 2022, filed by attorney Daniel C. Burke with the law firm Bernstein Liebhard LLP;

- ECF No. 2023, filed by attorney Michael C. Schafle with the law firm Green & Schafle LLC;

- ECF No. 2025, filed by attorney Basil E. Adham with the law firm Johnson Law Group;

- ECF No. 2026, filed by attorney Margaret M. Branch with the Branch Law Firm;

- ECF No. 2028, filed by attorney Terry L. Cochran with the law firm Cochran, Kroll & Associates, P.C.;

- ECF NO. 2029, filed by attorney Steven Lee Lauer with The Joel Bieber Firm;

- ECF No. 2030, filed by attorney Laura Vecchio McCaskill with the law firm Vecchio & Vecchio;

- ECF No. 2031, filed by attorney L. Paul Mankin with The Law Office of L. Paul Mankin;

- ECF No. 2032, filed by attorney Carmelo D. Morabito with the law firm Smith, Gildea & Schmidt, LLC;

- ECF No. 2033, filed by attorney Eric W. Newell with the law firm Brent Coon & Associates;

- ECF Nos. 2035, 2037, 2046, 2047, filed by attorneys R. Ronald Pogge and Courtney T. Wilson with the law firm Hopkins & Huebner, P.C.;

- ECF No. 2038, filed by attorney Kimberly Wilson White with the law firm Wilson Law, P.A.;

- ECF No. 2039, filed by attorney Amy Collignon Gunn with The Simon Law Firm, P.C.;

- ECF Nos. 2040, 2065, 2069, 2070, 2072, 2074, 2075, 2076, 2079, filed by attorneys Leslie Smith, Gavin R. Tisdale, Renee D. Smith, Judson Brown, David I. Horowitz, Mark W. Premo-Hopkins, Brian D. Sieve, Brenton A. Rogers, and Vanessa A. Barsanti with the law firm Kirkland & Ellis LLP;

- ECF No. 2043, filed by attorney Josh Autry with the law firm Morgan & Morgan, P.A.;

- ECF No. 2044, filed by attorney Lindsey N. Scarcello with the law firm Wagstaff & Cartmell LLP;

- ECF No. 2048, filed by attorney Shannon M. Pennock with the Pennock Law Firm LLC;

- ECF No. 2052, filed by attorney Ashley G. Beener with the law firm Handler, Henning and Rosenberg, LLC;

- ECF No. 2053, filed by attorney Douglas D. Small with the law firm Foley & Small, LLP;

- ECF No. 2054, filed by attorney Judith A. Susskind with the law firm Sommers Schwartz, PC;

- ECF No. 2055, filed by attorney James L. Ward, Jr. with the law firm McGowan, Hood & Felder, LLC;

- ECF No. 2057, filed by attorney Samuel M. Wendt with Wendt Law Firm, P.C.;

- ECF No. 2060, filed by attorney Richard N. Laminack with the law firm Laminack, Pirtle & Martines, LLP;

- ECF No. 2062, filed by attorney Gregory D. Brown with the law firm Fleming Nolen & Jez, LLP;

- ECF No. 2063, filed by attorney Caragh Fay Owens with the Fay Law Group;

- ECF No. 2068, filed by attorney Kelly E. Reardon with The Reardon Law Firm, P.C.;

- ECF No. 2071, filed by attorney Randy A. Canche with the law firm Clark, Love & Hutson, PLLC;

- ECF No. 2073, filed by attorney Gerardo L. Guerra with the law firm Onder Law, LLC; and

- ECF No. 2080, filed by attorney John E. Suthers with the law firm Suthers & Harper.

The motions demonstrate that these attorneys are members of good standing of the bar associations of their respective states, as stated on the certificates of good

standing dated within 30 days of filing the motions; have successfully completed the computer-based tutorials for the local rules of this Court and CM/ECF; and have also paid the required admission fee.  Having fully reviewed the matter the Court finds that the requirements of the Court's local rules have been satisfied, *see* N.D. Fla. Loc. R. 11.1 and the following motions are due to be granted.

Accordingly:

1. The Motions for *Pro Hac Vice*, ECF Nos. 2007, 2010, 2011, 2012, 2015, 2022, 2023, 2025, 2026, 2028, 2029, 2030, 2031, 2032, 2033, 2035, 37, 2038, 2039, 2040, 2046, 2047, 2043, 2044, 2048, 2052, 2053, 2054, 2055, 2057, 2060, 2062, 2063, 2065, 2068, 2069, 2070, 2071, 2072, 2073, 2074, 2076, 2079, and 2080, are **GRANTED**.

**DONE** and **ORDERED** on this 28th day of September, 2021.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**