UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS § | | Case No. 3:19md2885 |
| EARPLUG PRODUCTS § | | |
| LIABILITY LITIGATION § | | |
| § | | Judge M. Casey Rogers |
| § | | Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases § | | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and Local Rule 11.1 of the Northern District of Florida, Theresa A. Lynn hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this Motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the online Local Rules tutorial exam, Confirmation Number: **FLND16327974645035** and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the requested $208.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen".

6. Movant is the attorney of record in the related cases identified in the exhibit attached hereto as Exhibit "B" and made a part hereof.

WHEREFORE, Theresa A. Lynn respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and direct the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: September 28, 2021

Respectfully submitted,

By: */s/ Theresa A. Lynn*
Texas State Bar No. 00787935
Theresa A. Lynn
State Bar No.: 00787935
BURWELL NEBOUT
Trial Lawyers
565 N. Egret Bay Blvd.
League City, Texas 77573
Telephone: 281-645-5000
Facsimile:  281-724-0682
Email: theresa@burwellnebout.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing Notice of Designated Forum was filed electronically with the Clerk of the Court using the CM/ECF system on September 28, 2021, which will automatically serve notice of this filing to all counsel of record.

By: */s/ Theresa A. Lynn*
Theresa A. Lynn