# **EXHIBIT B**

- Emory Lamont Gadson v. 3M Company, Case No. 7:20-cv-99090-MCR-GRJ

- Walter Steven Weedman v. 3M Company, Case No. 7:20-cv-99119-MCR-GRJ

- Gary Dean Davis v. 3M Company, Case No. 8:20-cv-31510-MCR-GRJ

- Joe Bill Kobs v. 3M Company, Case No. 7:20-cv-99675-MCR-GRJ

- Raul Lopez Bermudez v. 3M Company, Case No. 9:20-cv-03955-MCR-GRJ

- Rolando Reyes v. 3M Company, Case No. 7:20-cv-99113-MCR-GRJ

- Felix Alfredo Oquendo v. 3M Company, Case No. 7:20-cv-99107-MCR-GRJ

- Alejandro Hernandez v. 3M Company, Case No. 7:20-cv-99096-MCR-GRJ

- Anthony Wayne Heltsley v. 3M Company, Case No. 7:20-cv-99093-MCR-GRJ

- Nicolas Antonio Magallanes v. 3M Company, Case No. 7:20-cv-99101-MCR-GRJ

- Richard Rousseau v. 3M Company, Case No. 7:20-cv-90936-MCR-GRJ

- Elbert Charles Walker v. 3M Company, Case No. 7:20-cv-98684-MCR-GRJ

- Terry William Ross v. 3M Company, Case No. 7:20-cv-99116-MCR-GRJ

- Matthew Sean Kinney v. 3M Company, Case No. 7:20-cv-99098-MCR-GRJ