# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, September 28, 2021 7:13 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Tuesday, September 28, 2021 12:12:00 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 9/28/2021 at 8:11 AM EDT and filed on 9/28/2021
**Case Name:**  IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**  MDL No. 2885
**Filer:**
**Document Number:** 1398

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-118) - 2 action(s)** *re: pldg. ([1380] in MDL No. 2885, 1 in MN/0:21-cv-02051, 1 in MN/0:21-cv-02053)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/28/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02051, MN/0:21-cv-02053 (JC)**

**Case Name:**  Baxter v. 3M Company et al
**Case Number:**  MN/0:21-cv-02051
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-118) - 2 action(s)** *re: pldg. ( [1380] in MDL No. 2885, 1 in MN/0:21-cv-02051, 1 in MN/0:21-cv-02053)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/28/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02051, MN/0:21-cv-02053 (JC)**

| | |
|---|---|
| **Case Name:** | Battles v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02053 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-118) - 2 action(s)** *re: pldg. ( [1380] in MDL No. 2885, 1 in MN/0:21-cv-02051, 1 in MN/0:21-cv-02053)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/28/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02051, MN/0:21-cv-02053 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-02051 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-02051 Notice will not be electronically mailed to:**

**MN/0:21-cv-02053 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-02053 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=9/28/2021] [FileNumber=1082624-0]
[39181c2cc75fd5f093901ca524e66b7b783f1a01c9a49a603091847e44a3ca30d9f1
fc716f7bc11a5edf3a43f677636cac89cead1e80951b961e61dc744ee59c]]