# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: 3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION
SEASON 4, LLC v. 3M Company, et al.,
D. New Jersey, C.A. No. 3:21-16546 )   MDL No. 2885

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*SEASON 4*) on September 16, 2021. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *SEASON 4* filed a notice of opposition to the proposed transfer. Plaintiff has withdrawn its opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-117" filed on September 16, 2021, is LIFTED. The action is transferred to the Northern District of Florida for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable M. Casey Rodgers.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits, Clerk of Court

By  Donna Bazile
Deputy Clerk

FILED USDC FLND PN
SEP 28 '21 PM4:01