## Donna Bajzik

**From:** FLNDdb_efile MDL
**Sent:** Tuesday, September 28, 2021 3:04 PM
**To:** Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore
**Subject:** FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Order Lifting Stay of CTO

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Tuesday, September 28, 2021 8:02:01 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Order Lifting Stay of CTO

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 9/28/2021 at 4:01 PM EDT and filed on 9/28/2021
**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:** MDL No. 2885
**Filer:**
**Document Number:** 1399

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-117) (([1376] in MDL No. 2885, 1 in NJ/3:21-cv-16546), ([1390] in MDL No. 2885, 3 in NJ/3:21-cv-16546) )**

**IT IS THEREFORE ORDERED that the stay of CTO-117 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 9/28/2021.**

**Associated Cases: MDL No. 2885, NJ/3:21-cv-16546 (JC)**

**Case Name:** SEASON 4, LLC v. 3M COMPANY et al
**Case Number:** NJ/3:21-cv-16546

**Filer:**

**Document Number:** 6

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-117) (( [1376] in MDL No. 2885, 1 in NJ/3:21-cv-16546), ( [1390] in MDL No. 2885, 3 in NJ/3:21-cv-16546) )**

**IT IS THEREFORE ORDERED that the stay of CTO-117 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 9/28/2021.**

**Associated Cases: MDL No. 2885, NJ/3:21-cv-16546 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**NJ/3:21-cv-16546 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

JEFFREY MORROW POLLOCK     jmpollock@foxrothschild.com

Dominique J. Carroll     djcarroll@foxrothschild.com

MICHAEL J. QUINN     mquinn@lavin-law.com

**NJ/3:21-cv-16546 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=9/28/2021] [FileNumber=1082740-0]
[4fa3601133441fcb44919aef154b544a7655767843e3191a06c559eeac1c148c03b7
11b9101aa5b7e3ed4110544c85b8c271c2dd6f4e3cc1ce5ce1a88384bf33]]