UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>Jacob Penny v. 3M Company, et al.<br>Case No. 7:20-cv-92143-MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Basil E. Adham of the Johnson Law Group, hereby enters his appearance as counsel for Plaintiff Jacob Penny; *Penny v. 3M Company, et al*, Case No. 7:20-cv-92143-MCR-GRJ.

Mr. Adham has fulfilled the administrative requirements outlined in Pretrial Order No. 3 (ECF No. 4) and his Motion to Appear *Pro Hac Vice* in this MDL has been granted. Counsel requests that all further papers and pleadings in this action be served upon him.

Dated: September 28, 2021                Respectfully submitted,

                    By:   /s/ *Basil E. Adham*
                          Basil E. Adham
                          Texas State Bar No. 24081742
                          JOHNSON LAW GROUP
                          2925 Richmond Avenue, Suite 1700
                          Houston, Texas 77098
                          (713) 626-9336
                          (713) 583-9460 (facsimile)
                          Earplugs@johnsonlawgroup.com
                          Badham@johnsonlawgroup.com

1

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on September 28, 2021 and served electronically on all counsel of record.

/s/ *Basil E. Adham*
Basil E. Adham