UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, D. Michael Noonan, of the law firm Shaheen & Gordon, P.A., hereby moves this Court for an Order for admission to practice *pro hac* vice in the above- styled case only, and in support thereof states as follows:

1. Movant resides in Maine and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of New Hampshire. A copy of a Certificate of Good Standing from the State of New Hampshire dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16323241184989, and the CM/ECF online tutorial.

1

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen."

6. Movant is the attorney of record and represents the following individual in the 3M MDL:

    1. Harry Teeter v. 3m Company, et al., 8:20-cv-09381-MCR-GRJ

WHEREFORE, D. Michael Noonan requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: September 28, 2021　　　　　　　Respectfully Submitted,

                                             */s/ D. Michael Noonan*
                                             D. Michael Noonan, NH Bar No. #8214
                                             mnoonan@shaheengordon.com
                                             Attorney for the Plaintiff
                                             SHAHEEN & GORDON, P.A.
                                             353 Central Ave., 2nd Floor
                                             Dover, NH 03821-0977
                                             (603) 749-5000

                                             **Attorney for Plaintiffs**

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive servicein this action.

By: */s/ D. Michael Noonan*
D. Michael Noonan

**Attorney for Plaintiffs**

3