# The State of New Hampshire Supreme Court

## Certificate of Good Standing

This is to certify that

### D. Michael Noonan

having been found qualified for admission to the bar, in accordance with the Rules of Court, and having subscribed and taken the oaths required by law on,

November 7, 1990

was admitted to practice as an Attorney in the Courts of this State, and, on this date, is on active status and in good standing according to the records of this Court.

*In Testimony Whereof,* I have hereunto set my hand, and affixed the seal of said Court, this 17th day of September, 2021.

_____, Clerk