UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF FLORIDA PENSACOLA
DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS ) | Case No. 3:19-md-2885 |
| EARPLUG PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) | Judge M. Casey Rogers |
| This Document Relates to: ) | Magistrate Judge Gary R. Jones |
| ) | |
| All Cases ) | |

**MOTION TO APPEAR PRO HAC VICE**

Pursuant to Pretrial Order No. 3, Case Management Order 1, and Northern District of Florida Local Rule 11.1, I, Joseph J. Fantini, Esq, move this Court for an Order for Admission to Practice Pro Hac Vice in the above-styled case, and in support states as follows:

1. I reside in the Commonwealth of Pennsylvania. I am not a resident of the State of Florida.

2. I am admitted to practice and am a member in good standing of the Bar of the Commonwealth of Pennsylvania (PA Bar No. 307833). A copy of a Certificate of Good Standing from the Supreme Court of Pennsylvania, dated within 30 days of this motion, is attached as Exhibit A.

3. I am admitted to practice and am a member in good standing of the Bar of the State of New Jersey (NJ Bar No. 036302009). A copy of a Certificate of Good Standing from the Supreme Court of New Jersey, dated within 30 days of this motion, is attached as Exhibit B.

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, I have reviewed the local rules for this district, successfully completed the online Attorney Admission Tutorial (Confirmation Number: FLND16327758845032) and reviewed the PACER CM/ECF tutorials.

5. I have submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

6. My PACER account is an individual account and is upgraded to NextGen.

7. I am the attorney of record in the following case, among others: Justin Altemose v. 3M Company, et al., 9:20-cv-20275.

WHEREFORE, Joseph J. Fantini, Esq. respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of electronic case filings to the undersigned at jfantini@roseninjurylawyers.com.

Dated: September 29, 2021

Respectfully submitted,

By:   /s/ Joseph J. Fantini
Joseph J. Fantini, Esq. (PA Bar # 307833
& NJ Bar No. 036302009)
Rosen Injury Lawyers
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Tel: (215) 310-9649
Fax: (215) 989-4424
Email: jfantini@roseninjurylawyers.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that, on September 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to all counsel of record.

>     ___/s/ Joseph J. Fantini_____
>     *Attorney for Plaintiff*