

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Joseph John Fantini, Esq.*

### DATE OF ADMISSION

**October 22, 2009**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  September 9, 2021

*Phoenicia D. W. Wallace*

Phoenicia D. W. Wallace, Esq.
Deputy Prothonotary