# EXHIBIT A

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

## CERTIFICATE OF GOOD STANDING

I, _____Carol L Michel_____, Clerk of this Court,

certify that _____Claire Elizabeth Berg_____, Bar # _____37029_____,

was duly admitted to practice in this Court on _____08/16/2017_____, and is in good standing as a member

of the Bar of this Court.

Dated at _____New Orleans, LA_____ on _____09/21/2021_____
                               (Location)                                                          (Date)

Carol L Michel
*CLERK*

*Ginny Olivo*
*Deputy Clerk*

