# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## <u>MOTION TO APPEAR PRO HAC VICE</u>

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, Robert T. Naumes, Jr. respectfully moves this Court for admission to practice pro hac vice in the above-captioned action and in support thereof states as follows:

1. Movant resides in the Commonwealth of Massachusetts and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member of good standing of the bar of the Commonwealth of Massachusetts. A copy of a Certificate of Good Standing from the Commonwealth of Massachusetts dated within 30 days of this motion is attached hereto as "Exhibit A" and is made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the online Attorney Admission Tutorial, Confirmation Number FLND16328428705038, and has reviewed the Local Rules of the Northern District of Florida and the online CM/ECF Tutorial.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant maintains an upgraded PACER account.

6.  Movant is an attorney of record in the related case identified in the exhibit attached hereto as "Exhibit B" and made a part hereof.

WHEREFORE, Movant respectfully requests this Court enter an Order granting this motion to appear pro hac vice and direct the Clerk to provide notice of electronic case filings to the undersigned.

DATED: September 29, 2021                    Respectfully Submitted,


                                             /s/ Robert T. Naumes, Jr.
                                             Robert T. Naumes, Jr.
                                             MA Bar No. 664828
                                             Law Offices of Jeffrey S. Glassman, LLC
                                             One International Place, Suite 1810
                                             Boston, MA 02110
                                             (617) 367-2900
                                             bnaumes@jeffreysglassman.com

                                             **Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

*/s/ Robert T. Naumes, Jr.*
Robert T. Naumes, Jr.
MA Bar No. 664828
Law Offices of Jeffrey S. Glassman, LLC
One International Place, Suite 1810
Boston, MA 02110
(617) 367-2900
bnaumes@jeffreysglassman.com

**Attorney for Plaintiffs**

# EXHIBIT A

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **first** day of **December** A.D. **2005** , said Court being the highest Court of Record in said Commonwealth:

### Robert T. Naumes, Jr.

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fourteenth** day of **September** in the year of our Lord **two thousand and twenty-one.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.   X3116.

# EXHIBIT B

| Plaintiff | Civil Action No. |
|---|---|
| Goren, Brendan v. 3M Company | 7:21-cv-28162-MCR-GRJ |