# Exhibit "A"



## 𝔖𝔲𝔭𝔯𝔢𝔪𝔢 𝔊𝔬𝔲𝔯𝔱 𝔬𝔣 𝔓𝔢𝔫𝔫𝔰𝔶𝔩𝔳𝔞𝔫𝔦𝔞

## CERTIFICATE OF GOOD STANDING

### *Emily Beth Ashe, Esq.*

### DATE OF ADMISSION

### *October 21, 2019*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  September 24, 2021**

Patricia A. Nicola
Chief Clerk