UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1 of the Local Rules, I, **Matthew Palmer Lambert**, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Louisiana and is not a full-time resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the United States District Court for the Eastern District of Louisiana. Movant has attached a true and correct copy of a Certificate of Good Standing from the United States District Court for the Eastern District of Louisiana dated within 30 days of this motion as **Exhibit A**.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Attorney Admission Tutorial and Exam, confirmation number FLND15608019652326, and the online CM/ECF Tutorial.

4. Movant has paid to the Clerk the requisite *pro hac vice* admission fee of $208.00.

5. Movant maintains an updated PACER account.

6. Movant has upgraded her PACER account to "NextGen."

7. Movant is the attorney of record in the following case that was directly filed into the above-captioned MDL:

      a.  *Michael A. Donnelly, IV v. 3M Company, et al*, Case No. 3:21-cv-00881

8.    Movant is the attorney of record in the following cases that were transitioned to the active docket in the MDL on September 27, 2021 and September 28, 2021:

      a.  *Derek Torres v. 3M Company, et al*, Case No.: 7:20-cv-47536

      b.  *Scott LaRousse v. 3M Company, et al*, Case No.: 7:20-cv-47539

      c.  *Vanessa Jackson, individually and on behalf of Brandon Jackson v. 3M Company, et al*, Case No.: 7:20-cv-48281

WHEREFORE, Movant, Matthew Palmer Lambert, respectfully requests that this Court enter an Order granting this Motion to Appear *Pro Hac Vice* and directing the clerk to provide Notice of Electronic Case Filings to the undersigned.

Dated:    September 29, 2021        Respectfully Submitted,

                                            */s/M. Palmer Lambert*
                                            M. Palmer Lambert (#33228)
                                            GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC
                                            2800 Energy Centre, 1100 Poydras Street
                                            New Orleans, LA 70163-2800
                                            Phone: 504-522-2304
                                            Fax: 504-528-9973
                                            plambert@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                            */s/M. Palmer Lambert*
                                            M. Palmer Lambert