# EXHIBIT A

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

## CERTIFICATE OF GOOD STANDING

I, _____ Carol L Michel _____, Clerk of this Court,

certify that _____ Matthew Palmer Lambert _____ , Bar # _____ 33228 _____,

was duly admitted to practice in this Court on _____ 11/18/2010 _____, and is in good standing as a member

of the Bar of this Court.

Dated at _____ New Orleans, LA _____ on _____ 09/21/2021 _____
  *(Location)*                                        *(Date)*

_____
Carol L Michel
*CLERK*

_____
*Deputy Clerk*

