# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No.: 3:19-md-02885 |
| THIS DOCUMENT RELATES TO: | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| *Michael Glen Anslinger*, 8:20-cv-32121<br>*Bob Watson Clements*, 8:20-cv-32125<br>*Brook Alexander Colbert*, 9:20-cv-08786<br>*Terrence Derell Finney*, 8:20-cv-32130<br>*Jeff Ivy,* 8:20-cv-32136<br>*Nolan Robert Froese*, 8:20-cv-32134<br>*Christopher Scott Jones*, 8:20-cv-32477<br>*Brent Ronald Jurgersen*, 8:20-cv-32138<br>*Chase Everett Jurgersen*, 8:20-cv-68121<br>*David Matthew Knope*, 8:20-cv-32140<br>*Kyle Wilson Lewis*, 8:20-cv-32141<br>*Joseph Michael Markell*, 8:20-cv-68119<br>*Daniel Thomas Mayer*, 8:20-cv-32126<br>*James Dillion McNeeley*, 8:20-cv-32143<br>*Francisco Eusebio Miguel*, 8:20-cv-32132<br>*Ghaleb Fouad Mikel*, 9:20-cv-03316<br>*Dalton Dakota Naylor*, 8:20-cv-32145<br>*Steven Jacob Pociluyko*, 8:20-cv-32149<br>*Christopher Smith,* 8:20-cv-32151<br>*Jarrett Hutson Taylor*, 8:20-cv-32152<br>*Brant Michael Thomas*, 8:20-cv-32123<br>*Luis Antonio Valenzuela*, 8:20-cv-32154<br>*Johnathan Whitler*, 8:20-cv-32156<br>*Daryl W. Zanet*, 8:20-cv-32128<br><br>v.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AERO LLC, and AEARO TECHNOLOGIES LLC. | |

## NOTICE OF APPEARANCE

Please take notice that pursuant to Pretrial Order No. 3, Bradley M. Lakin, of the firm SL Chapman LLC, hereby enters his appearance in the above-captioned matters as counsel for the above-mentioned Plaintiffs and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this and

aforementioned related actions be served on and directed to the undersigned counsel.

DATED: September 29, 2021        Respectfully submitted,

                                                                */s/ Bradley M. Lakin*
                                                                Bradley M. Lakin (MO 66488)
                                                                **SLCHAPMAN LLC**
                                                                10805 Sunset Office Dr.
                                                                Ste. 300
                                                                St. Louis, MO 63127
                                                                Telephone:  314.588.9300
                                                                Facsimile:  314-588-9302
                                                                bradl@championsfortheinjured.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                                  */s/ Bradley M. Lakin*
                                                                   Bradley M. Lakin (MO 66488)