UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Kyle C. Usner ("Movant") of the law firm Hair Shunnarah Trial Attorneys, respectfully moves for admission to practice pro hac vice in the above-styled case, and in support thereof states as follows:

1. Movant resides in Louisiana and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is admitted to practice and is a member of good standing of the bar of the State of Louisiana. A copy of a Certificate of Good Standing from the State of Louisiana dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16329330755049**, and the CM/ECF online tutorial.

5. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

6. Movant has upgraded his PACER account to "NextGen."

7. Movant is the attorney of record in the following case: Fullard v. 3M Company et al, 9:20-cv-11046-MCR-GRJ.

8. Upon admission, Kyle C. Usner respectfully requests that he be provided Notice of Electronic Filings to the following email address: usner@hairshunnarah.com.

WHEREFORE, Kyle C. Usner respectfully requests that this Court enter an order granting this motion to appear pro hac vice and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: September 29, 2021            Respectfully submitted,

/s/ Kyle C. Usner
Kyle C. Usner (La. Bar #38923)
Hair Shunnarah Trial Attorneys
3540 S. I-10 Service Rd. W., Ste 300
Phone: 504-684-5200
Fax: 504-613-6351
usner@hairshunnarah.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission Pro Hac Vice was filed electronically with the Clerk of the Court using the CM/ECF system on September 29, 2021 and served electronically on all counsel of record.

/s/ Kyle C. Usner
Kyle C. Usner