## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | ) Case No. 3:19-md-2885<br>) Judge M. Casey Rodgers Magistrate<br>) Judge Gary R. Jones<br>)<br>)<br>)<br>) |

### MOTION OF JASON L. NABORS TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, Jason L. Nabors hereby moves this Court for an Order for admission to practice *pro hac* vice in the above- styled case, and in support thereof states as follows:

1. Movant resides in Mississippi and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Mississippi. A copy of a Certificate of Good Standing from the State of Mississippi dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16329330805050, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant is the attorney of record and represents the following individual in the 3M MDL:  Randy Williams v. 3m Company, et al., 7:20-cv-42183-MCR-GRJ.

WHEREFORE, Jason L. Nabors requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

DATED:  September 29, 2021.

Respectfully Submitted

 /s/ Jason L. Nabors
Jason L. Nabors, MSB #101630

Jason L. Nabors, Miss. Bar No. 101630
NABORS LAW FIRM
P. O. Box 1334
Ridgeland, MS 39158
(662) 710-4979 (Telephone)
(601) 300-2975 (Fax)
jason@naborslawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

/s/ Jason L. Nabors
Jason L. Nabors