**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | ) ) | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Stephen J. Randall ("Movant") of the law firm of Randall & Schumacher, P.A., 310 Fourth Avenue South, Suite 5010, Minneapolis, Minnesota 55415, respectfully moves for admission to practice *pro hac vice* in the above-entitled case, and in support thereof states as follows:

1. Movant resides in Minnesota and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is admitted to practice and is a member in good standing from the State of Minnesota. A copy of a Certificate of Good Standing from the State of Minnesota dated within thirty (30) days of this motion is attached hereto as an Exhibit and made a part hereof.

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online local Rules tutorial exam, confirmation number FLND16328404115037 and the CM/ECF online tutorial.

5. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

6. Movant has upgraded his PACER account to "NextGen."

7. Movant is the attorney of record in the following case: *Sean Peine v. 3M Company, et al.* 8:20-cv-12490.

8. Upon admission, Stephen J. Randall respectfully requests that he be provided Notice of Electronic Filings to the following email address: srandall@prslegal.com.

WHEREFORE, Stephen J. Randall respectfully requests this Court enter an order granting this Motion to appear *pro hac vice* and directing the Clerk to provide notice of Electronic Case Filing to the undersigned.

Dated: September 30, 2021

s/Stephen Randall
_____
Stephen J. Randall, MN #221910
Randall & Schumacher, P.A.
310 4th Avenue S, Suite 5010
Minneapolis, MN 55415
Telephone: 612-767-7500
Facsimile: 612-767-7501
Email: srandall@prslegal.com

### CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on September 30, 2021 and served electronically on all counsel of record.

s/Stephen Randall
_____
Stephen J. Randall