UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, Randi Kassan hereby moves this Court for an Order for admission to practice pro hac vice in the above- styled case, and in support thereof states as follows:

1. Movant resides in New York and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the Bar in the State of New York. A copy of a Certificate of Good Standing from the State of New York dated within 30 days of this motion is attached hereto as Exhibit "A".

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16330024955060 and the CM/ECF online

tutorial.

4. Movant has submitted to the Clerk the required $201.00 pro hac vice admission fee.

5. Movant has upgraded her PACER account to "NextGen".

6. Movant is the attorney of record in the matter, Edward Piedra v. 3M Company, et al., 7:21-cv-43184-MCR-GRJ.

WHEREFORE, Randi Kassan requests that this Court enter an order granting this motion to appear pro hac vice and directing the clerk to provide notice of Electronic Case Filings to the undersigned.


Dated: September 30, 2021

                                            Respectfully Submitted,

                                            **Milberg Coleman Bryson Phillips Grossman, PLLC**

By:   */s/ Randi Kassan*
        Randi Kassan, Esq.
        100 Garden City Plaza, Suite 500
        Garden City, NY 11530
        Ph: (516) 741-5600
        Fax: (516) 741-0128
        Email: rkassan@milberg.com

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing Motion for Admission Pro Hac Vice was electronically filed with the Clerk of the Court using the CM/ECF system on September 30, 2021, and served electronically on all counsel of record.

/s/ Randi Kassan
Randi Kassan