UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

_____

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to Jordan Drew McElroy,<br>    8:20-cv-00004-MCR-GRJ | |

_____

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 (ECF No. 4), Case Management Order 1 (ECF No. 86) and Northern District of Florida Local Rule 11.1, Laura B. Danielson ("Movant") of the law firm Gruel Mills Nims & Pylman PLLC, respectfully moves for admission to practice pro hac vice in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Michigan and is not resident of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is admitted to practice and is a member in good standing of the bar of the State of Michigan and the Federal District Court for the Western District of Michigan. A copy of a Certificate of Good Standing from the State of Michigan dated within 30 days of this motion is attached hereto as Exhibit A.

1

4. Movant has successfully completed the Attorney Admission Tutorial, confirmation number #FLND15831860433126, and the CM/ECF Online Tutorial.

5. Movant has submitted to the Clerk the required $201.00 *Pro Hac Vice* admission fee.

6. Movant has upgraded her PACER account to "NextGen."

7. Movant has filed a Master Short Form Complaint and Jury Trial Demand in this district's MDL In Re: 3M Combat Arms Earplug Products Liability Litigation, Case No. 3:19-md-02885-MCR-GRJ.

8. Movant represents Jordan McElroy in *McElroy v 3M Company, et al*, 8:20-cv-00004-MCR-GRJ.

WHEREFORE, Laura B. Danielson respectfully requests the Court enter an Order granting this motion to appear *pro hac vice* in this case and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:    September 30, 2021        /s/ Laura B. Danielson
                                    Gruel Mills Nims & Pylman, PLLC
                                    99 Monroe Ave NW, Suite 800
                                    Grand Rapids, MI 49503
                                    P: 616-235-5500
                                    E: lbdanielson@gmnp.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing Notice of Designated Forum was filed electrically with the Clerk of Court using the CM/ECF system on September 30, 2021, and thereby served electronically on all counsel of record.

                                      <u>/s/ Laura B. Danielson</u>