# State Bar of Michigan

## Certificate of Good Standing

This certifies that Laura B. Danielson, P77789 of Grand Rapids, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on November 15, 2013 in Kalamazoo County and became a member of the State Bar of Michigan on November 20, 2013.

Janet K. Welch, Executive Director
September 08, 2021