# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No.: 3:19md2885 |
| This Document Relates to: All Cases | Judge M. Casey Rogers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Brian D. Schall, hereby move this Court for an Order for Admission to Practice *Pro Hac Vice* in the above-styled case, and in support thereof states as follows:

1. I reside in the State of Ohio. I am not a resident of the State of Florida.

2. I am admitted to practice and am a member in good standing of the Bar of the State of Ohio (OH Bar No.: 87359). A copy of a Certificate of Good Standing from the Supreme Court of Ohio, dated within 30 days of this motion, is attached as Exhibit A.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, I have reviewed the local rules for this district, successfully completed the online Attorney Admission Tutorial (Confirmation Number: FLND16318197574941) and reviewed the PACER CM/ECF tutorials.

4. I have submitted to the Clerk, the required $208.00 *pro hac vice* admission fee.

5. My PACER account is an individual account and is upgraded to NextGen.

6. I am the attorney of record in the following case, among others: Jason Bonetto v. 3M Company, et al., 7:21-cv-23479-MCR-GRJ

WHEREFORE, Brian D. Schall respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of electronic case filings to the undersigned at bschall@kelley-ferraro.com.

Dated: September 30, 2021

        Respectfully submitted,

        By:   /s/ *Brian D. Schall*

        Brian D. Schall, Esq (OH Bar #87359)
        Kelley & Ferraro, LLP
        950 Main Avenue, Suite 1300
        Cleveland, OH 44113
        Tel: (216) 575-0777
        Fax: (216) 575-0799
        Email: bschall@kelley-ferraro.com

        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that, on September 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to all counsel of record.

/s/ *Brian D. Schall*

*Attorney for Plaintiff*