UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases<br><br>_____ | ) Case No. 3:19-md-2885<br>)<br>)<br>) Judge M. Casey Rodgers<br>)<br>) Magistrate Judge Gary R. Jones<br>)<br>) |

## MOTION OF SARA ROITMAN FOR ADMISSION *PRO HAC VICE* AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Sara Roitman ("Movant") of the law firm Dechert LLP, 35 West Wacker Drive, Suite 3400, Chicago, Illinois 60601-1608, respectfully moves for admission *pro hac vice* to appear as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC, and to receive Notice of Electronic filings in this action. In support of this motion Movant states:

1. Movant resides in Winnetka, Illinois, and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice and is a member in good standing of the bar for the State of Illinois.

4. A copy of a Certificate of Good Standing from the State Bar of the State of Illinois, dated within 30 days of this motion, is attached as **Exhibit A**.

5. Movant certifies that she has successfully completed both the online Local Rules tutorial exam (confirmation number **FLND16329500495055**) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

6. Movant has remitted simultaneously with the filing of the motion the Court's $208.00 *pro hac vice* admission fee.

7. Movant has updated her PACER account to "NextGen."

8. Upon admission, Sara Roitman respectfully requests that she be provided Notice of Electronic filings to the following email address: sara.roitman@dechert.com.

WHEREFORE, Sara Roitman respectfully requests that this Court enter an order granting his motion to appear *pro hac vice* on behalf of Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC, and directing the clerk to provide Notice of Electronic Filings to the undersigned.

Dated:  September 29, 2021

*/s/ Sara Roitman*
Sara Roitman
Illinois Bar No. 4942025

DECHERT LLP
35 West Wacker Drive, Suite 3400
Chicago, Illinois
60601-1608
Tel: (312) 646-5857
sara.roitman@dechert.com

*Attorney for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of Court via the CM/ECF system on September 29, 2021 and served electronically on all counsel of record.

*/s/ Sara Roitman*
Sara Roitman

# EXHIBIT A

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Sara Barnes Roitman

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 06/18/2013 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 24th day of September, 2021.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois