UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rule 11.1, I, Mark Murphy, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member of good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16328728585043, and will complete the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 pro *hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant is the attorney of record for Plaintiff Patrick Hughes; *Hughes v. 3M Company, et al;* Case No. 8:20-cv- 12176-MCR-GRJ.

1

WHEREFORE, Mark Murphy respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: September 30, 2021

                                            Respectfully submitted,

                                            */s/ Mark Murphy*
                                            Mark Murphy
                                            MURPHY LAW GROUP, P.C.
                                            719 S. Flores St.
                                            San Antonio, Texas 78204
                                            Phone: (210) 853-5882
                                            Fax: (210) 200-8395
                                            Mark@murphylawtexas.com

                                            ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 30th day of September, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Mark Murphy*
Mark Murphy
