UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Levi M. Plesset of the law firm Milstein, Jackson, Fairchild & Wade LLP., 10990 Wilshire Blvd, Eighth Floor, Los Angeles, California 90024, respectfully moves for admission to practice pro hac vice in the above-styled case, and in support thereof states as follows:

1. Levi Plesset resides in California and is not a resident of the State of Florida.

2. Levi Plesset is not admitted to practice in the Northern District of Florida.

3. Levi Plesset is admitted to practice and is a member of good standing of the bar of the State of California.

4. A copy of a Certificate of Good Standing from the State of California dated within thirty (30) days of this motion is attached hereto as Exhibit "A".

5. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Levi Plesset has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16316653704915, and the CM/ECF online tutorial.

6. Levi Plesset has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

7. Levi Plesset has upgraded his PACER account to "NextGen."

8. Levi Plesset is the attorney of record in the following case, among others:

    Abinoam Herrera, 7:21-cv-28181.

9. Upon admission, Levi Plesset, respectfully requests that he be provided Electronic Filings to the following email address: lplesset@mjfwlaw.com.

WHEREFORE, Levi M. Plesset respectfully requests that this Court enter an order granting this motion to appear pro hac vice and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: September 28, 2021                               Respectfully submitted,

                                                        /s/ Levi Plesset
                                                        Levi M. Plesset
                                                        Milstein, Jackson, Fairchild & Wade LLP
                                                        10990 Wilshire Blvd
                                                        Eighth Floor
                                                        Los Angeles , LA 90024
                                                        Phone: (310) 396-9600
                                                        Fax: (310) 396-9635
                                                        Email: lplesset@mjfwlawcom

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission Pro Hac Vice was filed electronically with the Clerk of the Court using the CM/ECF system on September 28, 2021, and served electronically on all counsel of record.

/s/ Levi Plesset
Levi M. Plesset