# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUGS PRODUCTS LIABILTY LITIGATION<br><br>This Document Relates to:<br>Wayne Duncan vs. 3M 3:19-cv-01809<br>John Caldwell vs. 3M 3:19-cv-01817<br>Anthony Venson vs. 3M 3:19-cv-01814<br>Timothy Canton vs. 3M 3:19-cv-01855<br>Johnny Riera vs. 3M 3:19-cv-01859<br>Carlos Angulo vs. 3M 3:19-cv-01815<br>Cathy Daudette vs. 3M 3:19-cv-01828<br>Nathan Fortie vs. 3M 3:19-cv-00595<br>Raul Saucedo vs. 3M 7:20-cv-63035<br>Jesse Trevino vs. 3M 7:20-cv-63063 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that pursuant to Order No.3, Danae N. Benton of Fears Nachawati Law Firm, PLLC has successfully completed the Local Rules Tutorial for the Northern District of Florida, and hereby enters her appearance as counsel for the Plaintiffs in the following actions:

| |
|---|
| Wayne Duncan vs. 3M 3:19-cv-01809 |
| John Caldwell vs. 3M 3:19-cv-01817 |
| Anthony Venson vs. 3M 3:19-cv-01814 |
| Timothy Canton vs. 3M 3:19-cv-01855 |
| Johnny Riera vs. 3M 3:19-cv-01859 |
| Carlos Angulo vs. 3M 3:19-cv-01815 |
| Cathy Daudette vs. 3M 3:19-cv-01828 |
| Nathan Fortie vs. 3M 3:19-cv-00595 |
| Raul Saucedo vs. 3M 7:20-cv-63035 |
| Jesse Trevino vs. 3M 7:20-cv-63063 |

Counsel requests all further papers and pleadings in these actions and the Master Docket of MDL 2885 be served on and directed to the undersigned counsel.

Dated: 10/01/2021   Respectfully submitted,

/s/Danae N. Benton
_____
Danae N. Benton
Florida Bar No.: 1002916
Fears Nachawati Law Firm, PLLC
5743 Blair Rd.
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712
dbenton@fnlawfirm.com
3m@fnlawfirm.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this 1st day of October 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using CM/ECF system.

/s/Danae N. Benton
_____
Danae N. Benton