IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885-MCR-GRJ<br>Civil Case No. 7:20-cv-86879-MCR-GRJ<br>Civil Case No. 7:20-cv-86899-MCR-GRJ<br>Civil Case No. 7:20-cv-87802-MCR-GRJ<br>Civil Case No. 7:20-cv-96853-MCR-GRJ<br>Civil Case No. 7:20-cv-98040-MCR-GRJ<br>Civil Case No. 8:20-cv-00231-MCR-GRJ<br>Civil Case No. 8:20-cv-00446-MCR-GRJ<br>Civil Case No. 8:20-cv-00544-MCR-GRJ<br>Civil Case No. 8:20-cv-00561-MCR-GRJ<br>Civil Case No. 8:20-cv-00691-MCR-GRJ<br>Civil Case No. 8:20-cv-00741-MCR-GRJ<br>Civil Case No. 8:20-cv-00560-MCR-GRJ<br>Civil Case No. 8:20-cv-00815-MCR-GRJ<br>Civil Case No. 8:20-cv-01136-MCR-GRJ |
| This Document Relates to the Master Docket | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## **NOTICE TO APPEARANCE**

PLEASE TAKE NOTICE that Holly Werkema of the law firm of Baron & Budd, P.C. is admitted to practice in this Court and hereby enters her appearance as counsel for the Plaintiffs in the Master Docket of MDL 2885.

Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon her.

Dated: October 1, 2021	Respectfully submitted:

**BARON & BUDD, P.C.**

/s/ Holly Werkema
Holly Werkema, FL Bar No. 71133
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
hwerkema@baronbudd.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Holly Werkema
Holly Werkema