UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS<br>EARPLUG PRODUCTS<br>LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, David L. Friend hereby moves this Court for an Order for admission to practice *pro hac vice* in the above styled case, and in support thereof state as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member of good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this Motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11. 1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16315715124899**, and the CM/ECF online tutorial.

4. Movant has submitted simultaneously with the filing of this motion the required $208.00 *pro hac vice* admission fee.

5.  Movant has upgraded his PACER account to "NextGen.

6.  Movant is the attorney of record in the related cases identified in the exhibit attached hereto as "Exhibit B" and made a part hereof.

WHEREFORE, David L. Friend requests that this Court enter an order granting this Motion to Appear *Pro Hac Vice* and direct the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: October 1, 2021                                      Respectfully Submitted,

*/s/ David L. Friend*
David L. Friend
Texas State Bar No. 00796583
HISSEY, MULDERIG & FRIEND PLLC
1504 West Avenue
Austin, Texas 78701
Phone: (512) 320-9100
Fax: (512) 320-9101
dfriend@hmf-law.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on October 1, 2021, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants, including all counsel of record.

/s/ David L. Friend
David L. Friend
Texas State Bar No. 00796583
HISSEY, MULDERIG & FRIEND PLLC
1504 West Avenue
Austin, Texas 78701
Phone: (512) 320-9100
Fax: (512) 320-9101
dfriend@hmf-law.com
*Attorneys for Plaintiff*