# EXHIBIT B

| Plaintiff | Civil Case No. |
|---|---|
| Caleb Arthur v 3M Company et al. | 7:21-cv-24347-MCR-GRJ |
| Wendel Brueckner v 3M Company et al. | 8:20-cv-03904-MCR-GRJ |
| Kyle Chamberlin v 3M Company et al. | 8:20-cv-04187-MCR-GRJ |
| Percy Clements v 3M Company et al. | 8:20-cv-04047-MCR-GRJ |
| Chad Colbert v 3M Company et al. | 8:20-cv-04292-MCR-GRJ |
| Nicholas Crain v 3M Company et al. | 7:21-cv-24352-MCR-GRJ |
| Michael Davies v 3M Company et al. | 8:20-cv-04329-MCR-GRJ |
| Eric Dombroski v 3M Company et al. | 8:20-cv-04332-MCR-GRJ |
| Timnesha Fowler v 3M Company et al. | 7:21-cv-24356-MCR-GRJ |
| Justin Gerleve v 3M Company et al. | 8:20-cv-03821-MCR-GRJ |
| Alexis Gomez v 3M Company et al. | 8:20-cv-04258-MCR-GRJ |
| Richard Harris v 3M Company et al. | 8:20-cv-03850-MCR-GRJ |
| Russell Jensen v 3M Company et al. | 8:20-cv-04203-MCR-GRJ |
| Timothy Johnson v 3M Company et al. | 8:20-cv-03813-MCR-GRJ |
| Francisco Kinchen v 3M Company et al. | 8:20-cv-04141-MCR-GRJ |
| Delvon Mack v 3M Company et al. | 7:21-cv-24373-MCR-GRJ |
| Matthew Morris v 3M Company et al. | 8:20-cv-03960-MCR-GRJ |
| Trevor Paar v 3M Company et al. | 8:20-cv-04307-MCR-GRJ |
| Shane Paulison v 3M Company et al. | 8:20-cv-03980-MCR-GRJ |
| John Perkins v 3M Company et al. | 8:20-cv-04310-MCR-GRJ |
| Dan Riemann v 3M Company et al. | 7:21-cv-24380-MCR-GRJ |
| Jay Rodne v 3M Company et al. | 7:21-cv-24383-MCR-GRJ |
| Beckon Roeckel v 3M Company et al. | 7:21-cv-24384-MCR-GRJ |
| Johnathan Rosado v 3M Company et al. | 8:20-cv-04062-MCR-GRJ |
| Ibiba Slink v 3M Company et al. | 7:21-cv-24388-MCR-GRJ |
| Michael Stevenson v 3M Company et al. | 8:20-cv-04366-MCR-GRJ |
| Jeremy Titus v 3M Company et al. | 8:20-cv-04181-MCR-GRJ |
| Michael Tortorete v 3M Company et al. | 8:20-cv-03808-MCR-GRJ |
| Harley Volksen v 3M Company et al. | 8:20-cv-04372-MCR-GRJ |
| Tommy Waddell v 3M Company et al. | 8:20-cv-03963-MCR-GRJ |
| Marke Walker v 3M Company et al. | 7:21-cv-24392-MCR-GRJ |