IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS § | | |
| EARPLUG PRODUCTS § | | Case No. 3:19md2885 |
| LIABILITY LITIGATION § | | |
| § | | Judge M. Casey Rodgers |
| THIS DOCUMENT RELATES § | | Magistrate Judge Gary R. Jones |
| TO ALL CASES § | | |

## MOTION OF LEWIS JAMES WOOD FOR ADMISSION PRO HAC VICE AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now LEWIS JAMES WOOD, Applicant herein, and moves this Court to grant admission to the United States District Court for the Northern District of Florida *pro hac vice* to appear in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm THE JAMES WOOD LAW FIRM PLLC with offices at:

   **Mailing Address:** **THE JAMES WOOD LAW FIRM, PLLC**
   **508 Powell Street**
   **Austin, TX 78703**
   **Telephone:** **(512 692-9266**
   **Facsimile:** **(512) 686-3152**
   **Email:** **james@lineofdutylaw.com**
   **Admin CC:** contact@lineofdutylaw.com

2. Applicant has completed the Attorney Admission Tutorial and received confirmation number **FLND16331076885074**.

3. Since May 6, 2011, Applicant has been and presently is a member of and in good standing with the Bar of the State of Texas. Applicant's bar license number is Texas Bar No. 24076785.

4. Applicant has been admitted to practice before the following courts: **State Bar of Texas / State Courts**

   **May 6, 2011**

   **Western District of Texas / Federal Court**

   **April 9, 2021**

5. Applicant is presently a member in good standing of the bars of the courts listed above.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant has reemitted simultaneously with the filing of this motion the Court's $208.00 *pro hac vice* admission fee.

10. Applicant's PACER account is "NextGen."

11. A Certificate of Good Standing from the State Bar of Texas dated September 15, 2021 is attached hereto as **Exhibit A.**

12. Upon Admission, Applicant Lewis James Wood respectfully requests that he be provided Notice of Electronic Filings to the following e-mail address: contact@lineofdutylaw.com.

WHEREFORE, Applicant prays that this Court enter an order permitting the admission of LEWIS J. WOOD to the Northern District of Florida *pro hac vice* for this case only.

        Respectfully submitted,

        */James Wood/*

By: _____

L. JAMES WOOD
Texas Bar No. 24076785
james@lineofdutylaw.com

**THE JAMES WOOD LAW FIRM, PLLC**
508 Powell Street
Austin, Texas 78703
P:    512.692.9266
F:    512.686.3152
W:   lineofdutylaw.com
CC:  contact@lineofdutylaw.com
       natalie@lineofdutylaw.com


E-File Service Address:
eservice@lineofdutylaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify this 1st day of October 2021, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filling via e-mail to all registered counsel of record.

By: *James Wood* _____
**LEWIS JAMES WOOD**

**OCTOBER 1, 2021**

# EXHIBIT A

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

September 15, 2021

Re: Mr. Lewis James Wood, State Bar Number 24076785

To Whom It May Concern:

This is to certify that Mr. Lewis James Wood was licensed to practice law in Texas on May 06, 2011, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167