UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to the Master Docket | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

Leanna B. Pittard of Blasingame, Burch, Garrard & Ashley, P.C. hereby enters her appearance in this case in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Ms. Pittard is counsel of record in individual cases in this MDL. Ms. Pittard has completed the administrative requirements outlined in Pretrial Order No. 3 [ECF No. 4] (tutorial confirmation number FLND16305215844824 and has sought admission pro hac vice pursuant to paragraph IV.A of Pretrial Order No. 3. Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon her.

Respectfully submitted this 1st day of October 2021.

BLASINGAME, BURCH, GARRARD & ASHLEY, PC

By: /s/ Leanna B. Pittard
LEANNA B. PITTARD
ALABAMA BAR #344031
2100 Southbridge Parkway

Suite 650
Birmingham, AL 35209
Phone: (866) 354-3544
lpittard@bbga.com

**Counsel for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

> By: */s/ Leanna B. Pittard*
> LEANNA B. PITTARD
> ALABAMA BAR #344031
> 2100 Southbridge Parkway
> Suite 650
> Birmingham, AL 35209
> Phone: (866) 354-3544
> lpittard@bbga.com
>
> **Counsel for Plaintiffs**