UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Joel A. Nash, hereby move this Court for an Order for Admission to Practice *Pro Hac Vice* in the above-styled case, and in support thereof states the follows:

1. I reside in the State of Ohio and am not a resident of the State of Florida.

2. I am admitted to practice and am a member in good standing of the Bar of the State of Ohio (OH Bar No.: 0061081). A copy of a Certificate of Good Standing from the Supreme Court of Ohio, dated within 30 days of this motion, is attached as Exhibit A.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, I have reviewed the local rules for this district, successfully completed the online Attorney

Admission Tutorial (Confirmation Number: **FLND16330240495066**) and reviewed the PACER CM/ECF tutorials.

4. I have submitted to the Clerk, the required $208.00 *pro hac vice* admission fee.

5. My PACER account is an individual account and is upgraded to NextGen.

6. I am the attorney of record in the following case, among others: Lajuan Bailey v. 3M Company, et al., 7:20-cv-94410-MCR-GRJ.

WHEREFORE, Joel A. Nash respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice* and directing the Clerk to provide notice of electronic case filings to the undersigned at jnash25@aol.com.

Dated: October 1, 2021

Respectfully submitted,

By: */s/Joel A. Nash*

Joel A. Nash (OH Bar #0061081)
Joel A. Nash Co., L.P.A.
4325 Mayfield Road
Cleveland, Ohio 44121
Phone: (216) 691-3000
Email: jnash25@aol.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 1st day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to all counsel of record.

/s/Joel A. Nash
*Attorney for Plaintiffs*

**EXHIBIT A**

STATE OF OHIO        )
                     ) SS.   **AFFIDAVIT**
CUYAHOGA COUNTY      )

JOEL A. NASH, being first duly sworn according to law, deposes and says that he was Admitted to the Ohio Supreme Court on May 17, 1993 and the United States District Court for The Northern District of Ohio on March 3, 1996 where he remains in Active Status with Good Standing.

Further affiant sayeth naught.

_____
JOEL A. NASH, ESQ.

SWORN TO AND SUBSCRIBED before me, a Notary Public, this 30TH day of September, 2021.

_____
NOTARY PUBLIC

JEAN K. NASH, Attorney
NOTARY PUBLIC – STATE OF OHIO
My commission has no expiration date.
Section 147.03 R.C.



# Joel Alan Nash

Register | Edit Info | Change Password | Update IOLTA/IOTA Information | Magistrate/Acting Judge Registration | Receipts

**Registration Number:** 61081   **Status:** Active   **Last Registration:** 09/01/2021

**Residence:** 1097 Winston Road, South Euclid, OH 44121-2537

**Email:** jnash25@aol.com

**Electronic Service Email:** jnash25@aol.com

**Employer:** Joel A. Nash Co., L.P.A.

**Office Phone:** 216-691-3000

**Office Address:** 4325 Mayfield Rd., Cleveland, OH 44121

**Gender:** M

**Date of Admission:** 05/17/1993

**Date of Birth:** 4/8/1961

**Race:** White

**Hispanic/Latino:** No

Do you currently or have you ever served in the U.S. Armed Forces, any reserve component, or the National Guard?
No

CLE Requirement as an Attorney    For Compliance Period:
01/01/2021 - 12/31/2022

You have not met the requirement for compliance period 01/01/2021 - 12/31/2022.

See all Activities for this Biennium

### Attorney Conduct
**2.50 hour(s) required**
**2.00 hour(s) completed**

Percent completed

80%

**Total**

**24.00 hour(s) required**

**15.50 hour(s) completed**

Percent completed

64%

You have a Total adjusted requirement of 24.00 hours and have completed 15.50 hours. You have 8.50 hours left to complete.
You have an Attorney Professional Conduct adjusted requirement of 2.50 hours and have completed 2.00 hours. You have 0.50 hours left to complete.

|  | Previous | Taken | Total | Required Amount | Carry Forward |
|---|---|---|---|---|---|
| Attorney Conduct | 0.00 | 2.00 | 2.00 | 2.50 | -0.50 |
| Total | 12.00 | 3.50 | 15.50 | 24.00 | -8.50 |

**The Supreme Court of Ohio**
Commission on Continuing Legal Education
65 South Front Street, 5th Floor, Columbus, Ohio, 43215-3431   (614) 387-9320

Gina White Palmer
Secretary

Joel Alan Nash
Attorney Registration Number: 61081

For Compliance Period: January 1, 2021 - December 31, 20

| Activity | | Type | In House | Total | Gen. | Atty Prof.Cond. |
|---|---|---|---|---|---|---|
| 3/11/2021 | 460835 Texas Power Outage Litigation | Live Interactive Webinar CLE | | 1.50 | 1.50 | 0.00 |
| 5/5/2021 | 447477 Safe Harbors & Calm Seas | Self Study CLE | | 2.00 | 0.00 | 2.00 |
| | | Totals: | | 3.50 | 1.50 | 2.00 |

For Compliance Period: January 1, 2021 - December 31, 2022

| Requirement | Beginning Amount | + | Taken This Period | = | Total Hours Taken | - | Required Hours | = | Carry Forward |
|---|---|---|---|---|---|---|---|---|---|
| Attorney Professional Conduct | 0.00 | | 2.00 | | 2.00 | | 2.50 | | -0.50 |
| Total | 12.00 | | 3.50 | | 15.50 | | 24.00 | | -8.50 |

**Capping Summary**

| Cap Name | Total Hours | Cap | Excess Hours | Available Hours |
|---|---|---|---|---|
| In House | 0.00 | 12.00 | 0.00 | 12.00 |
| Pro Bono | 0.00 | 6.00 | 0.00 | 6.00 |
| Publication | 0.00 | 12.00 | 0.00 | 12.00 |
| Skills Based | 0.00 | 24.00 | 0.00 | 24.00 |
| Teaching | 0.00 | 12.00 | 0.00 | 12.00 |

9/30/2021

1 of 1