STATE OF OHIO )
) SS.  **AFFIDAVIT**
CUYAHOGA COUNTY )

JOEL A. NASH, being first duly sworn according to law, deposes and says that he was Admitted to the Ohio Supreme Court on May 17, 1993 and the United States District Court for The Northern District of Ohio on March 3, 1996 where he remains in Active Status with Good Standing.

Further affiant sayeth naught.

_____
JOEL A. NASH, ESQ.

SWORN TO AND SUBSCRIBED before me, a Notary Public, this 30TH day of September, 2021.

_____
NOTARY PUBLIC

SEAN K. NASH, Attorney
NOTARY PUBLIC – STATE OF OHIO
My commission has no expiration date.
Section 147.03 R.C.



# Joel Alan Nash

Register | Edit Info | Change Password | Update IOLTA/IOTA Information | Magistrate/Acting Judge Registration | Receipts

**Registration Number:** 61081   **Status:** Active   **Last Registration:** 09/01/2021

| | | | |
|---|---|---|---|
| **Residence:** | 1097 Winston Road, South Euclid, OH 44121-2537 | **Email:** | jnash25@aol.com |
| | | **Electronic Service Email:** | jnash25@aol.com |
| **Employer:** | Joel A. Nash Co., L.P.A. | **Office Phone:** | 216-691-3000 |
| **Office Address:** | 4325 Mayfield Rd., Cleveland, OH 44121 | **Gender:** | M |
| **Date of Admission:** | 05/17/1993 | **Date of Birth:** | 4/8/1961 |
| **Race:** | White | **Hispanic/Latino:** | No |

Do you currently or have you ever served in the U.S. Armed Forces, any reserve component, or the National Guard?
No

**CLE Requirement as an Attorney   For Compliance Period:**
01/01/2021 - 12/31/2022

You have not met the requirement for compliance period 01/01/2021 - 12/31/2022.

See all Activities for this Biennium

**Attorney Conduct**
**2.50 hour(s) required**
**2.00 hour(s) completed**

Percent completed

80%

**Total**
**24.00 hour(s) required**
**15.50 hour(s) completed**

Percent completed

64%

You have a Total adjusted requirement of 24.00 hours and have completed 15.50 hours. You have 8.50 hours left to complete.
You have an Attorney Professional Conduct adjusted requirement of 2.50 hours and have completed 2.00 hours. You have 0.50 hours left to complete.

|  | Previous | Taken | Total | Required Amount | Carry Forward |
|---|---|---|---|---|---|
| Attorney Conduct | 0.00 | 2.00 | 2.00 | 2.50 | -0.50 |
| Total | 12.00 | 3.50 | 15.50 | 24.00 | -8.50 |

**The Supreme Court of Ohio**
Commission on Continuing Legal Education
65 South Front Street, 5th Floor, Columbus, Ohio, 43215-3431  (614) 387-9320

Gina White Palmer
Secretary

**Joel Alan Nash**
Attorney Registration Number: 61081

For Compliance Period: January 1, 2021 - December 31, 20

| Activity | | Type | In House | Total | Gen. | Atty Prof.Cond. |
|---|---|---|---|---|---|---|
| 3/11/2021 | 460835 Texas Power Outage Litigation | Live Interactive Webinar CLE | | 1.50 | 1.50 | 0.00 |
| 5/5/2021 | 447477 Safe Harbors & Calm Seas | Self Study CLE | | 2.00 | 0.00 | 2.00 |
| | | Totals: | | 3.50 | 1.50 | 2.00 |

For Compliance Period: January 1, 2021 - December 31, 2022

| Requirement | Beginning Amount | + | Taken This Period | = | Total Hours Taken | - | Required Hours | = | Carry Forward |
|---|---|---|---|---|---|---|---|---|---|
| Attorney Professional Conduct | 0.00 | | 2.00 | | 2.00 | | 2.50 | | -0.50 |
| Total | 12.00 | | 3.50 | | 15.50 | | 24.00 | | -8.50 |

**Capping Summary**

| Cap Name | Total Hours | Cap | Excess Hours | Available Hours |
|---|---|---|---|---|
| In House | 0.00 | 12.00 | 0.00 | 12.00 |
| Pro Bono | 0.00 | 6.00 | 0.00 | 6.00 |
| Publication | 0.00 | 12.00 | 0.00 | 12.00 |
| Skills Based | 0.00 | 24.00 | 0.00 | 24.00 |
| Teaching | 0.00 | 12.00 | 0.00 | 12.00 |