**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-MD-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR PRO HAC VICE**

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Gary A. Anderson ("Movant") of the law firm Environmental Litigation Group, P.C., 2160 Highland Avenue South, Birmingham, Alabama 35205, respectfully moves for admission to practice pro hac vice in the above-styled case, and in support thereof states as follows:

1. Movant resides in Alabama and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is admitted to practice and is a member in good standing of the bar of the State of Alabama. A copy of a Certificate of Good Standing from the State of Alabama dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16324067825002**, and the CM/ECF online tutorial.

5. Movant has submitted to the Clerk the required $208.00 pro hac vice admission fee.

6. Movant has upgraded his PACER account to "NextGen."

7. Movant is the attorney of record in the cases listed on Exhibit B and Exhibit C.

8. Upon admission, Gary A. Anderson respectfully requests that he be provided Notice of Electronic Filing to the following email addresses.

Gary@elglaw.com

WHEREFORE, Gary A. Anderson respectfully requests that this Court enter an order granting this motion to appear pro hac vice and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: October 1, 2021

>
> Respectfully Submitted,
>
> **ENVIRONMENTAL LITIGATION GROUP, P.C.**
> */s/ Gary A. Anderson*
> Gary A. Anderson, Esq.
> ENVIRONMENTAL LITIGATION GROUP, P.C.
> 2160 Highland Avenue South
> Birmingham, AL 35205
> Telephone: 205-328-9200
> Facsimile: 205-328-9456
> Email: Gary@elglaw.com
>
> *Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that, on this October 1, 2021, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's Electronic Case Filing System in accordance with the Court's rules on electronic service.

> */s/ Gary A. Anderson*
> Gary A. Anderson