UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) ) ) Case No. 3:19-md-2885 ) ) Judge M. Casey Rodgers |
| This Document Relates to All Cases Listed | ) ) Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, Terence J. Sweeney hereby moves this Court for an Order for admission to practice *pro hac vice* in the above styled case, and in support thereof states as follows:

1. He resides in New Jersey and is not a resident of the State of Florida.

2. He is admitted to practice and is a member of good standing of the bar of the State of New Jersey. A copy of a Certificate of Good Standing from the State of New Jersey dated within 30 days of this Motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11. 1, he has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16317483734926**, and the CM/ECF online tutorial.

4. He has submitted simultaneously with the filing of this motion the required $208.00 *pro hac vice* admission fee.

5. He has upgraded his PACER account to "NextGen."

6. I represent the following plaintiffs that were transitioned to the active docket in the MDL on October 1, 2021:

- *Jerry Winfrey v. 3M Company, et al.*, 8:20-cv-30170

7. I respectfully requests to be provided Notice of Electronic Filings to the following email addresses: Sweeneylawfirm@optonline.net.

WHEREFORE, Terence J. Sweeney requests that this Court enter an order granting this Motion to Appear *Pro Hac Vice* and direct the clerk to provide notice of Electronic Case Filings to the undersigned.

                                Respectfully Submitted,

                                */s/ Terence Sweeney*
                                Terence J. Sweeney
                                LAW OFFICES OF TERENCE SWEENEY
                                44 Fairmount Avenue – Suite 1
                                Chatham, New Jersey 07928
                                Telephone: (973) 664-0400
                                Fax: (973) 665-0401
                                Sweeneylawfirm@optonline.net
                                *Attorneys for Plaintiffs*

Dated: October 1, 2021
Chatham, New Jersey

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 1, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

                                             */s/ Terence Sweeney*
                                             Terence J. Sweeney
                                             *Attorneys for Plaintiff Jerry Winfrey*