**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>BRIAN ST. JAMES REDMOND<br>8:20-cv-63369-MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## Motion to Appear *Pro Hac Vice* – John R. Mayer

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, John R. Mayer ("Movant") of the law firm John R. Mayer, APLC, 3033 5th Ave., Suite 227, San Diego, CA 92103, respectfully moves for admission to practice *pro hac vice* in the above-captioned case[1], and in support thereof states:

1. Movant resides in California, and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is admitted to practice and is a member in good standing of the bar of the State of California. A copy of a Certificate of Good Standing from the State of California dated within 30 days of this motion is attached hereto as Exhibit "A" and incorporated by this reference.

---

[1] This motion also applies to all claimants represented by John R. Mayer within the MDL, Case No. 3:19-md-2885.

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16318983904952**, and the CM/ECF online tutorial.

5. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

6. Movant has upgraded his PACER account to "NextGen."

7. Movant is the attorney of record in the following case: Brian St. James Redmond v. 3M Company, *et al.*, 8:20-cv-63369-MCR-GRJ, and various others within this MDL.

8. Upon admission, John R. Mayer requests that he be provided Notice of Electronic Filings to the following email address: John@JohnRMayer.com.

WHEREFORE, John R. Mayer respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: October 1, 2021  Respectfully submitted,

/s/     John R. Mayer
John R. Mayer, CA Bar No. 197765
John R. Mayer, APLC
3033 5th Ave., Suite 227
San Diego, CA 92103
Email: John@JohnRMayer.com
Phone: (619) 255-1357
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 1st day of October, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/     *John R. Mayer*