# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Pretrial Order No. 3, Case Management Order 1, and Local Rule 11.1, Steven D. Cohn hereby moves this Court for an Order for admission to practice pro hac vice in the above-captioned action and in support thereof states as follows:

1. I reside in New Jersey and am not a resident of Florida.

2. I am not admitted to practice in the Northern District of Florida.

3. I am admitted to practice and a member in good standing of the bar of the state of New York. A copy of the Certificate of Good Standing is attached hereto.

4. I have successfully completed both the online Attorney Admission tutorial exam- confirmation no. FLND16317239084917 and the CM/ECF tutorials.

5. I have paid the required pro hac vice fee.

6. My Pacer account is an individual account and is upgraded to NextGen.

7. I am the attorney of record for the following case which has transitioned from the administrative docket to the 3M MDL docket, among others:

    a. Orozco v. 3M Company, et al.; Case No.: 8:20-cv-30330

**WHEREFORE**, based on the foregoing, I respectfully request this court enter an order granting this Motion for Admission Pro Hac Vice and directs the Clerk to provide notice of electronic case filing to the undersigned.

Dated: October 4, 2021                                  Respectfully Submitted,

/s/ Steven D. Cohn
Steven D. Cohn
CHAFFIN LUHANA LLP
600 Third Avenue
12th Floor
New York, NY 10016
Phone: (800) 480-1123
Fax: (888) 499-1123

## CERTIFICATE OF SERVICE

I certify that on October 4, 2021 a true and correct copy of my Motion for Admission Pro Hac Vice was filed electronically with the Clerk of Court via the CM/ECF system and served electronically on all counsel of record.

/s/ Steven D. Cohn
Steven D. Cohn

# Exhibit A



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Maria T. Fasulo, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Steven Daniel Cohn

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 28, 2005**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on September 15, 2021.

*Maria T. Fasulo*

Acting Clerk of the Court

CertID-00032025