# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) Case No. 3:19md2885 ) ) ) ) Judge M. Casey Rodgers |
| This Document Relates to All Cases | ) ) Magistrate Judge Gary R. Jones ) ) ) |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 (ECF No. 4), and Local Rule 11.1 of the United States District Court for the Northern District of Florida, Fatima Abuzerr ("Movant") of Moll Law Group, 22 West Washington St., Chicago, Illinois 60602, respectfully moves for admission *pro hac vice* to appear as counsel. In support of this motion Movant states:

1

1. Movant resides in the state of Illinois and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice and is a member in good standing of the Illinois state Bar.

4. A copy of a Letter of Good Standing from the Supreme Court of Illinois, dated within 30 days of this motion, is attached as **Exhibit A**.

5. Movant certifies that she has successfully completed both the online Local Rules tutorial exam (confirmation number FLND16331112545076) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

6. Movant has remitted simultaneously with the filing of the motion the Court's $208.00 *pro hac vice* admission fee.

7. Movant has updated her PACER account to "NextGen."

8. Movant will be representing Plaintiff, Tyler Little, in Case No. 3:21-cv-00739. This case will be transferred from the administrative docket

9. Upon admission, Fatima Abuzerr respectfully requests that she be provided Notice of Electronic Filings to the following email address: fabuzerr@molllawgroup.com

WHEREFORE, Fatima Abuzerr respectfully requests that this Court enter an order granting her motion to appear *pro hac vice* and directing the clerk to provide Notice of Electronic Filings to the undersigned.

DATED: October 4, 2021  By: */s/ Fatima Abuzerr*
Fatima Abuzerr
MOLL LAW GROUP
22 W. Washington St.,
Chicago, IL
60601
Tel.: (312)462-1700
Email: fabuzerr@molllawgroup.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 4th day of October 2021, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

DATED:  October 4, 2021            */s/ Fatima Abuzerr*
                                                         Fatima Abuzerr