

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

| One Prudential Plaza | 3161 West White Oaks Drive, Suite 301 |
| --- | --- |
| 130 East Randolph Drive, Suite 1500 | Springfield, IL 62704 |
| Chicago, Illinois 60601-6219 | (217) 546-3523  (800) 252-8048 |
| (312) 565-2600  (800) 826-8625 | Fax (217) 546-3785 |
| Fax (312) 565-2320 | |

Fatima Abuzerr
MOLL LAW GROUP LTD.
**22 W. Washington St., Floor 15**
Chicago, IL 60604

Chicago
Monday, October 04, 2021

In re:   Fatima Abuzerr
Admitted: 01/14/2021
Attorney No. 6335475

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing

Very truly yours,
Jerome Larkin
Administrator

*Lisa Medina*

Lisa Medina
Deputy Registrar

lm



# ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
### of the
### SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785