UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS                                    Case No. 3:19-md-2885
EARPLUG PRODUCTS
LIABILITY LITIGATION                                     Judge M. Casey Rodgers

This Document Relates to All Cases                       Magistrate Judge Gary R. Jones

------

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3 and the United States District Court for the Northern District of Florida Local Rule 11.1, Michael T. Gallagher respectfully moves this Court for an order for admission to practice pro hac vice in the above-captioned action and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida;

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas;

3. Movant submits a copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion and is attached hereto as Exhibit A;

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the online Attorney Admission Tutorial, Confirmation Number FLND1632772794503, and has reviewed the Local Rules of the Northern District of Florida and the online CM/ECF Tutorial;

5. Movant has submitted to the Clerk the required $208.00 pro hove vice admission fee;

6. Movant maintains an upgraded PACER account; and

7. Movant is the attorney of record in the related cases identified in the Exhibit attached here to as Exhibit B and made a part hereof.

WHEREFORE, Movant respectfully requests that this Court enter an Order granting this Motion to Appear Pro Hac Vice and directing the Clerk to provide notice of electronic case filings to the undersigned.

Dated:  October 4, 2021

Respectfully submitted,

*/s/ Michael T. Gallagher*
The Gallagher Law Firm
Michael T. Gallagher
State Bar No. 07586000
2905 Sackett Street
Houston, Texas 77098
P: (713) 222-8080 | F: (713) 222-0066
Email: mike@gld-law.com