## Exhibit B

| Plaintiff Name | Civil Action No. |
|---|---|
| Tipton, Jarrod W. v. 3M Company | 7:21-cv-12393-MCR-GRJ |
| Crawford, Philip E. v. 3M Company | 7:21-cv-12395-MCR-GRJ |
| Miranda-Diaz, Edgardo J. v. 3M Company | 7:21-cv-12398-MCR-GRJ |
| London, Thomas D. v. 3M Company | 7:21-cv-12401-MCR-GRJ |
| Dodson, Amber L. v. 3M Company | 7:21-cv-19864-MCR-GRJ |
| Keirsey, Homer S. v. 3M Company | 7:21-cv-18338-MCR-GRJ |
| Stuart, Leamond C v. 3M Company | 7:21-cv-18339-MCR-GRJ |
| Edwards, Duane v. 3M Company | 7:21-cv-19868-MCR-GRJ |
| Waggoner, Tillman E. v. 3M Company | 7:21-cv-19870-MCR-GRJ |
| Roche, Jason T. v. 3M Company v. 3M Company | 7:21-cv-19871-MCR-GRJ |
| Biggs, Bradley S. | 7:21-cv-19876-MCR-GRJ |
| Dellande, Ashton J. v. 3M Company | 7:21-cv-19881-MCR-GRJ |
| Shope, Donald I v. 3M Company | 7:21-cv-19883-MCR-GRJ |
| Gentry, Ben M. v. 3M Company | 7:21-cv-19641-MCR-GRJ |
| Ives, Andrew M. v. 3M Company | 7:21-cv-19642-MCR-GRJ |
| Underwood, Terry W. v. 3M Company | 7:21-cv-19646-MCR-GRJ |
| Johnson, Marquet L. v. 3M Company | 7:21-cv-19648-MCR-GRJ |
| Emert, Robert D. v. 3M Company | 7:21-cv-19653-MCR-GRJ |
| Garza, Juan J. v. 3M Company | 7:21-cv-23400-MCR-GRJ |
| Lewis, Courtney D. v. 3M Company | 7:21-cv-23403-MCR-GRJ |
| Milam, Christopher M. v. 3M Company | 7:21-cv-23404-MCR-GRJ |
| Thompson, Lambert O. | 7:21-cv-23406-MCR-GRJ |
| Winter, Christopher W. v. 3M Company | 7:21-cv-23410-MCR-GRJ |
| De Leon, Juan A. | 7:21-cv-23411-MCR-GRJ |
| Picacio, Santos G. v. 3M Company | 7:21-cv-23413-MCR-GRJ |
| Giunta, Timothy J. v. 3M Company | 7:21-cv-23418-MCR-GRJ |
| Collett, Jonathan W. v. 3M Company | 7:21-cv-23420-MCR-GRJ |
| Wood, John H. v. 3M Company | 7:21-cv-23423-MCR-GRJ |
| Riddle, Justin L. v. 3M Company | 7:21-cv-23424-MCR-GRJ |
| Daniel, Anthony H. v. 3M Company | 7:21-cv-23425-MCR-GRJ |
| Davis, Aaron N. v. 3M Company | 7:21-cv-23427-MCR-GRJ |
| Crase, Kyle M. v. 3M Company | 7:21-cv-23429-MCR-GRJ |
| New, William S. v. 3M Company | 7:21-cv-23720-MCR-GRJ |
| Adkins, Donnie v. 3M Company | 7:21-cv-23731-MCR-GRJ |
| Dawson, Letha L. v. 3M Company | 7:21-cv-23738-MCR-GRJ |
| Mugrage, Harry E. v. 3M Company | 7:21-cv-23741-MCR-GRJ |

## **Exhibit B**

| | |
|---|---|
| Roberts, Brooks A. v. 3M Company | 7:21-cv-23743-MCR-GRJ |
| Clark, Rodney E. v. 3M Company | 7:21-cv-23745-MCR-GRJ |
| Lopez-Silva, Luis A. v. 3M Company | 7:21-cv-23746-MCR-GRJ |
| Ernst, Ashley N. v. 3M Company | 7:21-cv-34930-MCR-GRJ |
| Maples, Matthew C. v. 3M Company | 7:21-cv-34931-MCR-GRJ |
| New, Rodney E. v. 3M Company | 7:21-cv-34932-MCR-GRJ |