**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE : 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to :<br>All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 (Dkt. 4), Case Management Order No. 1, Northern District of Florida Local Rule 11.1, and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Jennifer A. Moore ("Movant") of the law firm Moore Law Group, PLLC, 1473 South 4th Street, Louisville, Kentucky 40208, hereby moves this Court for an order for Admission to practice *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Movant resides in Kentucky and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the Bar in the Commonwealth of Kentucky and the State of California. A copy of a Certificate of Good Standing from the Commonwealth of Kentucky dated within 30 days of this motion is attached hereto as Exhibit A.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16330137645062 and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen".

6. Movant is the attorney of record in the following matter:

    a. John Allen v. 3M Company, *et al*, 9:20-cv-12781-MCR-GRJ.

7. Movant respectfully request that upon admission she be provided electronic filings to the following email address: jennifer@moorelawgroup.com.

WHEREFORE, Jennifer A. Moore requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: October 4, 2021                             Respectfully Submitted,

                                                   */s/ Jennifer A. Moore*
                                                   Jennifer A. Moore
                                                   MOORE LAW GROUP, PLLC
                                                   1473 South 4th Street
                                                   Louisville, KY  40208
                                                   T:  (502) 717-4080
                                                   F:  (502) 717-4086
                                                   jennifer@moorelawgroup.com

                                                   *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify today I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                            */s/ Jennifer A. Moore*
                                            Jennifer A. Moore
                                            MOORE LAW GROUP, PLLC
                                            1473 South 4th Street
                                            Louisville, KY  40208
                                            T:  (502) 717-4080
                                            F:  (502) 717-4086
                                            jennifer@moorelawgroup.com

                                            *Counsel for Plaintiffs*