UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILTY LITIGAITON | Master Docket Case No. 3:19-md-2885 |
| This Document Relates to | Chief Judge: M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| Benjamin Buelow<br>8:20-cv-20061 | |

## MOTION APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida, and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Heath P. Straka ("Movant") of the law firm Axley Brynelson, LLP, 2 East Mifflin Street, Suite 200, Madison, Wisconsin, 53703, respectfully moves for admission to appear pro hac vice in the above-captioned case, and in support therefore states as follows:

1. Movant resides in Wisconsin and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is admitted to practice and is a member of good standing of the bar of the State of Wisconsin. A copy of the Certificate of Good Standing from the State of Wisconsin dated September 20, 2021, within 30 days of the date of this motion, is attached as Exhibit A.

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial examine, confirmation FLND16318158064939, and the CM/ECF online tutorial.

5. Movant has submitted to the Clerk the required $208.00 pro hac vice admission fee.

6. Movant has an upgraded NextGen PACER account.

7. Movant is an attorney of record in the following case: Benjamin Buelow v. 3M Company, et al., Case No. 20-cv-20061.

8. Upon admission, Heath P. Straka, respectfully requests that he be provided Notice of Electronic Filings to the following email address: hstraka@axley.com.

WHEREFORE, Heath P. Straka respectfully requests that this Court enter an order granting this motion to appear pro hac vice, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: October 4, 2021                Respectfully submitted,

AXLEY BRYNELSON, LLP

s/ *Heath P. Straka*
Heath P. Straka, SBN 1031351
Attorneys for Plaintiff
2 E. Mifflin Street, Suite 200
Madison, WI 53703
Telephone: (608) 257-5661
Facsimile: (608) 257-5444
E-mail: hstraka@axley.com

## CERTIFICATE OF SERVICE

      I, Heath P. Straka, hereby certify that a true and correct copy of the above document was electronically filed on October 4, 2021 in this action via the Court's ECF/CM system, which will send notification of such filing to all registered users.

                                          s/ *Heath P. Straka*
                                          Heath P. Straka, SBN 1031351