UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | CASE NO. 3:19-md-2885 |
| EAR PLUGS PRODUCT | | |
| LIABILTY LITIGATION | ) | |
| | | |
| THIS DOCUMENT RELATES TO: | ) | Judge M. Casey Rogers |
| | | Magistrate Gary R. Jones |
| Roy Dixon vs 3M, et al. | ) | |
| 7:20-cv-84150-MCR-GR | ) | |
| John Gibson vs 3M, et al. | ) | |
| 7:20-cv-84346-MCR-GRJ | ) | |
| Johnny Mcallister vs 3M, et al. | ) | |
| 7:20-cv-84873-MCR-GRJ | ) | |
| Michael McRoberts vs 3M, et al. | ) | |
| 7:20-cv-84454-MCR-GRJ | ) | |
| Joseph Powell vs 3M, et al. | ) | |
| 7:20-cv-84674-MCR-GRJ | ) | |

_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Pretrial Order No. 3, attorney R. Seth Crompton of Holland Law Firm, hereby enters his appearance as counsel of record on behalf of the Plaintiffs listed in the following actions:

    Roy Dixon vs 3M, et al. 7:20-cv-84150-MCR-GR
    John Gibson vs 3M, et al. 7:20-cv-84346-MCR-GRJ
    Johnny Mcallister vs 3M, et al. 7:20-cv-84873-MCR-GRJ
    Michael McRoberts vs 3M, et al. 7:20-cv-84454-MCR-GRJ
    Joseph Powell vs 3M, et al. 7:20-cv-84674-MCR-GRJ

    Respectfully Submitted,

    */s/R. Seth Crompton*
    R. Seth Crompton - MO Bar #57448
    HOLLAND LAW FIRM
    300 N. Tucker Blvd., Suite 801
    St. Louis, MO 63101
    (314)241-8111 – Office
    (314)241-5554 - Facsimile
    scrompton@hollandtriallawyers.com

    *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed this 4th day of October 2021, using the Court's electronic filing system for service by the Court.

>*/s/R. Seth Crompton*
>R. Seth Crompton - MO Bar #57448
>HOLLAND LAW FIRM
>300 N. Tucker Blvd., Suite 801
>St. Louis, MO 63101
>(314)241-8111 – Office
>(314)241-5554 - Facsimile
>scrompton@hollandtriallawyers.com
>
>*Attorney for Plaintiffs*