**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rules 11.1, Carasusana B. Wall, of the law firm Zoll & Kranz, LLC, respectfully moves this Court for an order for Admission to Practice *Pro Hac Vice* in the above-styled case, and in support thereof states as follows:

1. I reside in the State of Ohio and am not a resident of the State of Florida.

2. I am not admitted to practice in the Northern District of Florida.

3. I am admitted to practice in the State of Ohio (OH Bar No.: 0090234). Attached hereto is a copy of a Certificate of Good  Standing from the Ohio Supreme Court dated within thirty (30) days of this motion.

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, movant has successful completed both the online Local Rules tutorial exam, confirmation number **FLND16331050675073**, and the CM.ECF tutorial.

5. I have simultaneously submitted with the filing of this motion the required $208.00 *pro hac vice* admission fee.

6. My PACER account is an individual account and is upgraded to NextGen.

7.  I represent the following individuals in the 3M MDL:

1.  Martin Aguilar, Jr. v. 3M Company, et al.; Case No.: 8:20-cv-92427-MCR-GRJ
2.  Christopher M. Bellotti, et al v. 3M Company, et al.; Case No.: 8:20-cv-92428-MCR-GRJ
3.  John C. Crary v. 3M Company, et al.; Case No.: 8:20-cv-92429-MCR-GRJ
4.  Michael D. Crome v. 3M Company, et al.; Case No.: 8:20-cv-92430-MCR-GRJ
5.  James D. Dominick, Jr., et al v. 3M Company, et al.; Case No.: 8:20-cv-92432-MCR-GRJ
6.  Rafael G. Espinoza, et al v. 3M Company, et al.;  Case No.: 8:20-cv-92434-MCR-GRJ
7.  Ryan M. Falcone v. 3M Company, et al.; Case No.: 8:20-cv-92436-MCR-GRJ
8.  Buddy T. Graebert, et al v. 3M Company, et al.; Case No.: 8:20-cv-92438-MCR-GRJ
9.  Robert A. Leu, Jr., et al v. 3M Company, et al.; Case No.: 8:20-cv-92440-MCR-GRJ
10. Thomas J. Murphy, et al v. 3M Company, et al.; Case No.: 8:20-cv-92442-MCR-GRJ
11. John A. Newton v. 3M Company, et al.; Case No.: 8:20-cv-19901-MCR-GRJ
12. Shawn M. Potts v. 3M Company, et al.; Case No.: 8:20-cv-92446-MCR-GRJ
13. George E. Serr, III, et al v. 3M Company, et al.; Case No.: 8:20-cv-92448-MCR-GRJ
14. Alfred R. Smith v. 3M Company, et al.; Case No.: 8:20-cv-92450-MCR-GRJ
15. Curtis C. Stanford v. 3M Company, et al.; Case No.: 8:20-cv-92452-MCR-GRJ
16. Jasan L. Thomason, et al v. 3M Company, et al.; Case No.: 8:20-cv-92454-MCR-GRJ
17. Orren A. Tidwell, et al. v. 3M Company, et al.; Case No.: 8:20-cv-92456-MCR-GRJ
18. Zackery B. Willard v. 3M Company, et al.; Case No.: 8:20-cv-92458-MCR-GRJ

8.  Upon admission, I respectfully request that I be provided Notice of Electronic

Filings to the following email address: cara@toledolaw.com.


WHEREFORE, Carasusana B. Wall respectfully requests that this Court enter an order

granting this motion to appear *pro hac vice* and direct the clerk to provide notice of Electronic

Court filings to the undersigned.


Dated:  October 4, 2021                              Respectfully submitted,

                                                     */s/ Carasusana B. Wall*
                                                     Carasusana B. Wall (OH: 0090234)
                                                     ZOLL & KRANZ, LLC
                                                     6620 W. Central Ave., Ste. 100
                                                     Toledo, OH 43617
                                                     Tel: (419) 841-9623
                                                     Fax: (419) 841-9719
                                                     Email: cara@toledolaw.com