UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## CASE MANAGEMENT ORDER NO. 27

Pursuant to the Order amending parties' sealing protocol, ECF No. 788, the parties are advised that in ninety (90) days the undersigned will direct the Clerk of Court to unseal all sealed motions, as well as any accompanying exhibits, responses, or related memorandum initially filed under seal where no motion has been filed requesting that the documents remain under seal. This Order includes documents filed on the main 3M MDL docket, 3:19md2885, as well as any document filed in any individual bellwether plaintiff's case.

Parties are directed to notify the Court within ninety (90) days of all exhibits that contain Privacy Act information, such as social security numbers and/or medical records.

**DONE** and **ORDERED** on this 4th day of October, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**