**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRIC OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COPMBAT ARMS EARPLUG ) <br> PRODUCTS LIABILITY LITIGATION  ) <br> ) <br> ) <br> ) | Case No. 3:19md2885 <br><br> Judge M. Casey Rodgers |

## MOTION OF MARK SAMSON FOR ADMISSION PRO HAC VICE AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Mark Samson ("Movant") of the law firm Keller Rohrback LLP, 3101 North Central Avenue, Suite 1400, Phoenix, AZ 85012, respectfully moves for admission pro hac vice in the above caption, and to receive Notice of Electronic Filings in this action. In support of this motion Movant states:

1. Movant resides in Phoenix, Arizona and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice and is a member in good standing of the bar for the State of Arizona.

4. A copy of a Certificate of Good Standing for the State of Arizona, dated within 30 days of this motion, is attached as Exhibit A.

5. Movant certifies that he has successfully completed both the online Local Rules tutorial exam (confirmation number FLND16309891394837) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

6. I represent the plaintiffs in the following actions that were directly filed into the above captioned MDL matter:

1

A. *Thomas Jarrard v. 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies, LLC*, Civil Action No. 7:20-cv-41797-MCR-GRJ

B. *Emmanuel Villas Baluyot v. 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies, LLC*, Civil Action No. 7:20-cv-66429-MCR-GRJ

C. *Kevin Morgan v. 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies, LLC*, Civil Action No. 7:21-cv-08653-MCR-GRJ

7. Movant has remitted simultaneously with the filing of the motion the Court's $208.00 pro hac vice admission fee.

8. Movant has updated his PACER account to "NextGen."

9. Upon admission, Mark Samson respectfully requests that he be provided Notice of Electronic Filings to the following email address: msamson@kellerrohrback.com and darla-marshall-7766@ecf.pacerpro.com.

RESPECTFULLY SUBMITTED this 4th day of October, 2021.

                **KELLER ROHRBACK L.L.P.**

                By: */s/ Mark D. Samson*
                    Mark D. Samson
                    KELLER ROHRBACK L.L.P.
                    3101 North Central Avenue, Suite 1400
                    Phoenix, AZ  85012
                    Tel: (602) 248-0088
                    msamson@kellerrohrback.com
                    AZ Bar No. 011076

                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 4th day of October, 2021, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

RESPECTFULLY SUBMITTED this 4th day of October, 2021.


                                                  */s/ Mark D. Samson*
                                                  Mark D.Samson

# EXHIBIT A

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, MARK D. SAMSON was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 25, 1986 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this September 24, 2021.

Michelle R. Martinez
Disciplinary Clerk