**IN THE UNITED STATES DISTRICT COURT**
**NOTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | § | Case No. 3:19-md-2885 |
| EARPLUG PRODUCTS | § | |
| LIABILITY LITIGATION | § | |
| | § | Judge M. Casey Rodgers |
| This Document Relates to: | § | |
| *Joseph Peter Sneed v. 3M Company, et al.* | § | Magistrate Judge Gary R. Jones |
| *8:20-cv-21678-MCG-GRJ* | § | |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the United States District Court for the Northern District of Florida Local Rule 11.1, Martin J. Phipps respectfully moves this Court for an order for admission to practice *pro hac vice* in the above-captioned action and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida;

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas (Texas Bar No. 00791444). A copy of a Certificate of Good Standing from the State Bar of Texas dated within 30 days of this Motion is attached as ***Exhibit A***;

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has reviewed the local rules for this district, successfully completed the online Attorney Admission Tutorial (Confirmation Number **FLND163336781995085**) and reviewed the PACER CM/ECF tutorials;

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee;

5. Movant maintains an upgraded individual PACER account; and

6. Movant is the attorney of record in the following case, among others: *Joseph Peter Sneed v. 3M Company, et al.*, No. 8:20-cv-21678-MCG-GRJ.

For these reasons, Martin J. Phipps respectfully requests that this Court enter an Order granting this Motion to Appear *Pro Hac Vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted this 4th day of October, 2021.

PHIPPS ORTIZ TALAFUSE PLLC

*/s/ Martin J. Phipps*
Martin J. Phipps
Texas Bar No. 00791444
102 9th Street
San Antonio, Texas 78215
T: (210) 340-9877
F: (210) 340-9899
mphipps@phippsortiztalafuse.com

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system and served electronically on all counsel of record on October 4, 2021.

*/s/ Martin J. Phipps*
Martin J. Phipps