**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRIC OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COPMBAT ARMS EARPLUG ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) | Case No. 3:19md2885/MCR/GRJ <br><br> Judge M. Casey Rodgers |

## MOTION OF MAXWELL GOINS FOR ADMISSION PRO HAC VICE AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Maxwell Goins ("Movant") 1201 Third Avenue, Suite 3200, Seattle, WA 98101, respectfully moves for admission pro hac vice in the above caption, and to receive Notice of Electronic Filings in this action. In support of this motion Movant states:

1. Movant resides in Seattle, Washington and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice and is a member in good standing of the bar for the State of Washington and the bar for the State of Oregon.

4. A copy of the Certificates of Good Standing for the State of Washington and the State of Oregon, dated within 30 days of this motion, are attached as Exhibit A.

5. Movant certifies that he has successfully completed both the online Local Rules tutorial exam (confirmation number FLND16309891394837) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

6. I represent the plaintiffs in the following actions that were directly filed into the above captioned MDL matter:

1

A. *Thomas Jarrard v. 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies, LLC*, Civil Action No. 7:20-cv-41797-MCR-GRJ

B. *Emmanuel Villas Baluyot v. 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies, LLC*, Civil Action No. 7:20-cv-66429-MCR-GRJ

C. *Kevin Morgan v. 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies, LLC*, Civil Action No. 7:21-cv-08653-MCR-GRJ

7. Movant has remitted simultaneously with the filing of the motion the Court's $208.00 pro hac vice admission fee.

8. Movant has updated his PACER account to "NextGen."

Upon admission, Mark Samson respectfully requests that he be provided Notice of Electronic Filings to the following email address: mgoing@kellerrohrback.com and darla-marshall-7766@ecf.pacerpro.com.

RESPECTFULLY SUBMITTED this 4th day of October, 2021.

        **KELLER ROHRBACK L.L.P.**

        By: */s/ Maxwell Goins*
           Maxwell Goins
           KELLER ROHRBACK L.L.P.
           1201 Third Avenue, Suite 3200
           Seattle, WA  98101
           Phone: (206) 623-1900
           mgoins@kellerrohrback.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 4th day of October, 2021, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

RESPECTFULLY SUBMITTED this 4th day of October, 2021.

<i>/s/ Maxwell Goins</i><br>Maxwell Goins

# EXHIBIT A

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 54130 |
| OF | ) | **CERTIFICATE** |
| MAXWELL HOLT GOINS | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**MAXWELL HOLT GOINS**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on October 15, 2018, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 9th day of September, 2021.

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court



## STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

MAXWELL H. GOINS

as an Attorney of this Court.

I, as State Court Administrator of the State of Oregon, certify that on the 26th day of February, 2021,

MAXWELL H. GOINS

was admitted to the practice of law in the Supreme Court and all other courts in the State of Oregon, and is now an attorney in good standing.

September 9, 2021.

NANCY COZINE
State Court Administrator



Authorized Representative