# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION          Case No. 3:19-md-2885

*This Document Relates To:*                      Judge M. Casey Rodgers
Donald Grant v. 3M Company, et al.            Magistrate Judge Gary R. Jones
Civil Docket No. 7:21-cv-11499-MCR-GRJ    MDL No. 2885

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joseph Daniel ("Dan") Talmadge, Jr. of the law firm of Morris, Cary, Andrews, Talmadge & Driggers, LLC, hereby enters his appearance in the Master Docket, pursuant to Pretrial Order No. 3. Mr. Talmadge is counsel of record for Donald Grant whose case, styled *Donald Grant v. 3M Company, et al.*, Case No. 7:21-cv-11499-MCR-GRJ, was re-filed in this Court (MDL Case No. 2885) on September 30, 2021. Counsel is admitted in the Northern District of Florida and has complied with all requirements for appearing and filing in this District. Counsel accordingly requests that all further papers and pleadings in this action be served upon him.

/s/ Joseph Daniel ("Dan") Talmadge, Jr.
Joseph Daniel ("Dan") Talmadge, Jr.
Attorney for Plaintiff Donald Grant
MORRIS, CARY, ANDREWS,
TALMADGE & DRIGGERS, LLC
3334 Ross Clark Circle
Dothan, Alabama 36303
Email: dtalmadge@mcatlaw.com
Telephone: 334-702-0000
Facsimile: 334-673-0077

## CERTIFICATE OF SERVICE

I, Joseph Daniel ("Dan") Talmadge, Jr., hereby certify that on October 4, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and email notification of such filing to all registered attorneys of record.

/s/ Joseph Daniel ("Dan") Talmadge, Jr.
Joseph Daniel ("Dan") Talmadge, Jr.