**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDAPENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, <u>Shawn Foster</u> hereby moves this Court for an Order for admission to practice *pro hac* vice in the above- styled case only, and in support thereof states as follows:

1. Movant resides in <u>MO</u> and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of thebar of the State of <u>MO</u>. A copy of a Certificate of Good Standing from the State of <u>MO</u> dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation

number <u>FLND16333751785086</u>, and the CM/ECF online tutorial.

4.      Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5.      Movant has upgraded her PACER account to "NextGen."

6.      Movant is the attorney of record in the related cases identified in the exhibit attached hereto as Exhibit "B" and made a part hereof.

WHEREFORE, <u>Shawn Foster</u> requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: October 4, 2021.

Respectfully Submitted By:

**PREUSS | FOSTER**
*/s/ Shawn G. Foster*
Shawn G. Foster, MO #47663
10601 Mission Rd., Suite 250
Leawood, KS 66206
Ph. 816-307-2788
Fax:816-336-9705
Email: sfoster@pflaw.com

**Attorney for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive servicein this action.

By: Shawn Foster

_____

**Attorney for Plaintiffs**