# EXHIBIT B

| Plaintiff Name | Plaintiff ID | Admin Docket Case Number | Law Firm Name |
|---|---|---|---|
| BAILEY, WILLIAM | 6281 | 8:20-cv-04899-MCR-GRJ | Preuss \| Foster |
| BROWN, SARAH | 6285 | 8:20-cv-04903-MCR-GRJ | Preuss \| Foster |
| BUCHANAN, GREGORY | 6286 | 8:20-cv-04905-MCR-GRJ | Preuss \| Foster |
| BURNLEY, TERRY | 6287 | 8:20-cv-04909-MCR-GRJ | Preuss \| Foster |
| CARROLL, WENDELL | 6288 | 8:20-cv-04913-MCR-GRJ | Preuss \| Foster |
| CARTER, LAVASTA | 6289 | 8:20-cv-04917-MCR-GRJ | Preuss \| Foster |
| CAUGHEY, JACOB | 6290 | 8:20-cv-04920-MCR-GRJ | Preuss \| Foster |
| CHILDERS, WILLIAM | 6291 | 8:20-cv-04924-MCR-GRJ | Preuss \| Foster |
| CLARKE, KRYSTAL | 6292 | 8:20-cv-04928-MCR-GRJ | Preuss \| Foster |
| CLARKSON, SHAWN | 6293 | 8:20-cv-04931-MCR-GRJ | Preuss \| Foster |
| CORRALES, ROGELIO | 6294 | 8:20-cv-04934-MCR-GRJ | Preuss \| Foster |
| GARCIA, CHRISTIAN | 6295 | 8:20-cv-04938-MCR-GRJ | Preuss \| Foster |
| HEIL, RAY | 6296 | 8:20-cv-04942-MCR-GRJ | Preuss \| Foster |
| HILL, GLENN | 6297 | 8:20-cv-04946-MCR-GRJ | Preuss \| Foster |
| HILL, JOSHUA | 6298 | 8:20-cv-04949-MCR-GRJ | Preuss \| Foster |
| HOELZER, AARON | 6299 | 8:20-cv-04952-MCR-GRJ | Preuss \| Foster |
| HOFFER, SETH | 6300 | 8:20-cv-04956-MCR-GRJ | Preuss \| Foster |
| JACKSON, DARRELL | 6301 | 8:20-cv-04960-MCR-GRJ | Preuss \| Foster |
| Johnson, Anthony J. | 6302 | 8:20-cv-04963-MCR-GRJ | Preuss \| Foster |
| JOHNSON, DARREN | 6303 | 8:20-cv-04967-MCR-GRJ | Preuss \| Foster |
| JOHNSON, JEFFREY | 6304 | 8:20-cv-04970-MCR-GRJ | Preuss \| Foster |
| JOHNSON, KEITH | 6305 | 8:20-cv-04973-MCR-GRJ | Preuss \| Foster |
| KEEFER, KYLE | 6306 | 8:20-cv-04975-MCR-GRJ | Preuss \| Foster |
| KELLER, JOHN | 6307 | 8:20-cv-04978-MCR-GRJ | Preuss \| Foster |
| KELLY, WILLIAM | 6308 | 8:20-cv-04981-MCR-GRJ | Preuss \| Foster |
| KINNEY, ROGER | 6309 | 8:20-cv-04985-MCR-GRJ | Preuss \| Foster |
| KLEWE, JOSHUA | 6310 | 8:20-cv-04988-MCR-GRJ | Preuss \| Foster |
| KOVACH, DANIEL | 6311 | 8:20-cv-04991-MCR-GRJ | Preuss \| Foster |
| LIBRERA, FREDERICK | 6312 | 8:20-cv-04993-MCR-GRJ | Preuss \| Foster |
| LOUVIERE, MATTHEW | 6313 | 8:20-cv-04996-MCR-GRJ | Preuss \| Foster |
| MAK, STEVEN | 6314 | 8:20-cv-04998-MCR-GRJ | Preuss \| Foster |
| MARKS, SHANE | 6315 | 8:20-cv-05001-MCR-GRJ | Preuss \| Foster |
| MARVIN, MICHAEL | 6316 | 8:20-cv-05004-MCR-GRJ | Preuss \| Foster |
| MCCROSKY, SCOTT | 6317 | 8:20-cv-05007-MCR-GRJ | Preuss \| Foster |
| MCCULLOUGH, TIMOTHY | 6318 | 8:20-cv-05010-MCR-GRJ | Preuss \| Foster |

| Name | Number | Case | Firm |
|---|---|---|---|
| MOUNTS, BRIAN | 6319 | 8:20-cv-05012-MCR-GRJ | Preuss \| Foster |
| Nelson, Thomas Benjamin | 6320 | 8:20-cv-05015-MCR-GRJ | Preuss \| Foster |
| NESSIM, FADY | 6321 | 8:20-cv-05018-MCR-GRJ | Preuss \| Foster |
| PERCHES, JUAN | 6322 | 8:20-cv-05022-MCR-GRJ | Preuss \| Foster |
| PHAM, DAVID | 6323 | 8:20-cv-05025-MCR-GRJ | Preuss \| Foster |
| PRICE, ALLEN | 6324 | 8:20-cv-05028-MCR-GRJ | Preuss \| Foster |
| RAMOS, JEFFREY | 6325 | 8:20-cv-05031-MCR-GRJ | Preuss \| Foster |
| RIVERA, EUGENIO | 6326 | 8:20-cv-05033-MCR-GRJ | Preuss \| Foster |
| RIVERS, CHARLES | 6327 | 8:20-cv-05036-MCR-GRJ | Preuss \| Foster |
| ROMPREY, DAVID | 6328 | 8:20-cv-05039-MCR-GRJ | Preuss \| Foster |
| ROSE, FRANKLIN | 6329 | 8:20-cv-05042-MCR-GRJ | Preuss \| Foster |
| Scott, KENNEDY | 6330 | 8:20-cv-05045-MCR-GRJ | Preuss \| Foster |
| SNYDER, ANTHONY | 6331 | 8:20-cv-05048-MCR-GRJ | Preuss \| Foster |
| STANICH, MARK | 6332 | 8:20-cv-05050-MCR-GRJ | Preuss \| Foster |
| SUTHERLAND, ALLAN | 6334 | 8:20-cv-05053-MCR-GRJ | Preuss \| Foster |
| Wagenbach, PATRICK | 6335 | 8:20-cv-05056-MCR-GRJ | Preuss \| Foster |
| WALKER, IAN | 6336 | 8:20-cv-05059-MCR-GRJ | Preuss \| Foster |
| WELLMAN, DAVID | 6337 | 8:20-cv-05062-MCR-GRJ | Preuss \| Foster |
| WEST, KENNY | 6338 | 8:20-cv-05065-MCR-GRJ | Preuss \| Foster |
| WILSON, CURTIS | 6339 | 8:20-cv-05068-MCR-GRJ | Preuss \| Foster |
| YELVERTON, MICHAEL | 6340 | 8:20-cv-05070-MCR-GRJ | Preuss \| Foster |
| YOUNG, WILLIAM | 6341 | 8:20-cv-05073-MCR-GRJ | Preuss \| Foster |
| Durant, Calesi | 164838 | 8:20-cv-05815-MCR-GRJ | Preuss \| Foster |
| Rueff, Joshua | 164839 | 8:20-cv-05819-MCR-GRJ | Preuss \| Foster |
| Clark, Samuel | 258849 | 9:20-cv-19903-MCR-GRJ | Preuss \| Foster |
| Willis, Charles | 267954 | 9:20-cv-19934-MCR-GRJ | Preuss \| Foster |
| Europe, Italy | 282587 | 7:21-cv-04921-MCR-GRJ | Preuss \| Foster |
| Woods, Floyd | 304180 | 7:21-cv-26947-MCR-GRJ | Preuss \| Foster |