UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, Leila E. Mustafa hereby moves this Court for an Order for admission to practice *pro hac* vice in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas (TX Bar No. 24099007). A copy of a Certificate of Good Standing from the State of Texas dated within thirty (30) days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16303538624820, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen."

6. Movant is the attorney of record in the following case: *Denis J. Reynolds v. 3M Company, et al, 7:20-cv-88121-MCR-GRJ.*

WHEREFORE, Leila E. Mustafa requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: October 5, 2021               Respectfully submitted,

                                     WATERS & KRAUS, LLP

                                     /s/ *Leila E. Mustafa*
                                     LEILA E. MUSTAFA
                                     TX Bar No. 24099007
                                     lmustafa@waterskraus.com
                                     3141 Hood Street, Suite 700
                                     Dallas, Texas 75219
                                     Telephone: (214) 357-6244
                                     Facsimile: (214) 357-7252


                                     ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

*/s/ Leila E. Mustafa*
LEILA E. MUSTAFA


**Attorney for Plaintiff**