UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER ON MOTION TO APPEAR PRO HAC VICE

Movant, Leila E. Mustafa, having filed her Motion to Appear Pro Hac Vice, and the Court, having reviewed and examined said Motion, and being duly advised, hereby GRANTS the motion and admits Leila E. Mustafa pro hac vice, in this litigation.

So ordered this the day of _____ , 2021.

_____
UNITED STATES DISTRICT COURT JUDGE