UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## CASE MANAGEMENT ORDER NO. 28

In consideration of the substantial increase in workload due to the Court's recent orders, the following additional attorneys are appointed to the plaintiff leadership team.

**Steering Committee**

| | | |
|---|---|---|
| Renee Finch<br>Messner Reeves LLP | Robert Cowan<br>Bailey Cowan Heckman | Shannon Lukei<br>Robison Calcagnie, Inc. |
| Justin Parafinczuk<br>Parfinczuk Wolf | David Bryant<br>Bryant Law Center | |

**Law & Briefing Subcommittee**

Lauren Calvert
Messner Reeves LLP

All appointments are subject to the prior plaintiff leadership orders, including the reappointment schedule.

**SO ORDERED**, on this 6th day of October, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**