**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 (Dkt. 4), Case Management Order No. 1, Northern District of Florida Local Rule 11.1, and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Jonathan E. Schulman ("Movant") of the law firm Slater Slater Schulman LLP, 445 Broad Hollow Rd, Suite 419, Melville, New York 11747, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Movant resides in New York and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the Bar in the State of New York, and the United States District Courts for the Southern & Eastern Districts of New York. A copy of a Certificate of Good Standing from the State of New York dated within thirty (30) days of this motion is attached hereto as Exhibit A and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has reviewed (a) the Local Rules of the Northern District of Florida, (b) the Attorney Admission Memo, and (c) the CM/ECF Attorney User's Guide. Movant successfully completed the online Local Rules tutorial exam (confirmation number FLND 16329459245053).

4. Movant has submitted simultaneously with the filing of this motion the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant is the attorney of record in the following cases: *Michael Benningfield v. 3M Company, et al.,* 7:21-cv-37254-MCR-GRJ; *William Negahnquet v. 3M Company, et al.,* 7:21-cv-40624-MCR-GRJ; *Andrew T. Bailey v. 3M Company, et al.,* 7:21-cv-37266-MCR-GRJ; *Ronnie J. Johnson v. 3M Company, et al.,* 7:21-cv-37253-MCR-GRJ; *Latosha Simmons v. 3M Company, et al.,* 7:21-cv-37256-MCR-GRJ; *Jeremiah Miller v. 3M Company, et al.,* 7:21-cv-37215-MCR-GRJ.

7. Movant respectfully request that upon admission he be provided Notice of Electronic filings to the following email addresses: jschulman@sssfirm.com, mhowansky@sssfirm.com, and sumaiya@sssfirm.com.

**WHEREFORE**, Jonathan E. Schulman requests that this Honorable Court enter an Order granting this Motion to Appear *Pro Hac Vice* and direct the clerk to provide notice of Electronic Case Filingsto the undersigned.

Dated: October 7, 2021                                                Respectfully Submitted,

*/s/ Jonathan E. Schulman*
Jonathan E. Schulman
SLATER SLATER SCHULMAN LLP
445 Broad Hollow Rd, Suite 419
Melville, NY  11747
Phone:  (631) 420-9300
Fax: (212) 922-0907
jschulman@sssfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 7th day of October, 2021, a true and correct copy of the foregoing **Motion to Appear** *Pro Hac Vice* was electronically filed with the Clerk of Court and served using the CM/ECF system.

>	*/s/ Jonathan E. Schulman*
>	Jonathan E. Schulman
>	SLATER SLATER SCHULMAN LLP
>	445 Broad Hollow
>	Rd, Suite 419
>	Melville, NY  11747
>	Phone:  (631) 420-9300
>	Fax: (212) 922-0907
>	jschulman@sssfirm.com
>
>	*Attorneys for Plaintiff*