**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to Cases Listed In Exhibit "A" | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. |

## NOTICE OF APPEARANCE OF JUDITH A. SUSSKIND

Judith A. Susskind, Esq. of Sommers Schwartz, P.C., hereby enters her appearance as counsel for the Plaintiffs listed in Exhibit A. Please direct all future correspondence and pleadings in the Master Docket of MDL-2885 and the named individual actions in the attached Exhibit A to the undersigned at the address shown below. My Motion for Pro Hac Vice was allowed in the main case, *In Re: 3M Combat Arms Earplug Products Liability Litigation;* Case No. 3:19-md-2885 on September 28, 2021.

Respectfully Submitted,

Dated: October 8, 2021

*/s/ Judith A. Susskind*
Judith A. Susskind
Attorney for Plaintiffs
Michigan State Bar No. 40700
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 355-0300
jsusskind@sommerspc.com

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that on October 8, 2021, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via email to all registered counsel of record.

                                      */s/ Judith A. Susskind*
                                       Judith A. Susskind