# EXHIBIT A

| NAME | CASE ADMIN. NO. | |
|---|---|---|
| Medhanie, Fabion | 8:20-cv-05659-MCR-GRJ | |
| Johnston, Michael | 8:20-cv-05572-MCR-GRJ | |
| Polanco, Sara | 8:20-cv-05568-MCR-GRJ | |
| Palmore, Gregory | 8:20-cv-05968-MCR-GRJ | |
| Piazza, Cecil | 8:20-cv-05631-MCR-GRJ | |
| WILLIAMS, JEREMY | 8:20-cv-05978-MCR-GRJ | |
| Miles, Zachary Scott | 8:20-cv-05537-MCR-GRJ | |
| Molina, Telesforo | 7:21-cv-09737-MCR-GRJ | |
| Martin, Jason | 7:21-cv-23705-MCR-GRJ | |
| Matsumiya, Jay | 9:20-cv-04349-MCR-GRJ | |
| Meginnis, Nicholas | 8:20-cv-47434-MCR-GRJ | |
| Smith, David | 8:20-cv-05626-MCR-GRJ | |
| Presley, Steven | 7:21-cv-26103-MCR-GRJ | |
| Tucker, Brian | 8:20-cv-05655-MCR-GRJ | |
| Corcoran, Brian | 9:20-cv-04341-MCR-GRJ | |
| Kuhn, John Sheahan | 8:20-cv-05710-MCR-GRJ | |
| Davis, Geoff | 8:20-cv-05749-MCR-GRJ | |
| Shade, Robert | 8:20-cv-47457-MCR-GRJ | |
| Mendoza, Josetadeo | 7:21-cv-34925-MCR-GRJ | |
| Gulbronson, Nathan | 8:20-cv-05503-MCR-GRJ | |
| Blodgett, Jenny L | 8:20-cv-05681-MCR-GRJ | |
| Bourassa, Anthony | 8:20-cv-05540-MCR-GRJ | |
| Mountney, Robert | 7:21-cv-23712-MCR-GRJ | |
| Cruz, Rene | 7:21-cv-00141-MCR-GRJ | |
| Mcgovern, James | 7:21-cv-23704-MCR-GRJ | |
| Johnson, Dustin | 7:21-cv-37202-MCR-GRJ | |
| Crawford, Robert J. | 8:20-cv-05763-MCR-GRJ | |
| Ternay, Mitchell | 7:21-cv-09738-MCR-GRJ | |

# EXHIBIT A

| Name | Case Number |
|---|---|
| Garceau, Chris | 7:21-cv-34927-MCR-GRJ |
| Ferguson, Kelly | 7:21-cv-09739-MCR-GRJ |
| Boykin, Christopher | 7:21-cv-09741-MCR-GRJ |
| Fleming, Erika | 7:21-cv-10973-MCR-GRJ |
| Madden, Scott Allan | 8:20-cv-05686-MCR-GRJ |
| Houtkooper, Steven | 8:20-cv-05548-MCR-GRJ |
| Ortiz, Hector | 8:20-cv-47443-MCR-GRJ |
| Cole, Jaye | 8:20-cv-66863-MCR-GRJ |
| Dyer, Bryan | 7:21-cv-09740-MCR-GRJ |
| Chandler, William H. | 8:20-cv-05693-MCR-GRJ |