# EXHIBIT B

P0899.1

| | |
|---|---|
| From: | Brian Myers |
| Sent: | Tuesday, November 3, 2015 4:39 PM |
| To: | Divinder Bains; Luis Almeida Maio |
| Cc: | Kay Mckenzie Chaussee; Liz Chandler; Dagmar Wogatzke |
| Subject: | RE: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug |

Sadly it won't be a phase out but an abrupt stop and start. We cannot ship any further products with current labeling.
Brian



**Brian C. Myers** | Business Director - Hearing Protection
3M Personal Safety Division
3M Center, Bldg 235-2E-85 | St. Paul, MN 55144-1000 USA
Office: US 651 733 9770 | Mobile: US 317 796 1344
brian.myers@mmm.com | www.3M.com

---

**From:** Divinder Bains
**Sent:** Monday, November 02, 2015 12:20 PM
**To:** Luis Almeida Maio
**Cc:** Kay Mckenzie Chaussee ; Liz Chandler ; Brian Myers ; Dagmar Wogatzke
**Subject:** RE: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug

Luis,
Can we do a 'phase out' of (370-1011 Combat Arms Earplug) nd use 3M Combat Arms 4.1 as new solution. Thank you.



**Divinder Bains** West Europe Business Manager Hearing, Head, Eye & Face Protection Solutions
Personal Safety Division
3M United Kingdom PLC, 3M Centre, Cain Road, Bracknell | RG12 8HT
Office: +44 1344 857 964 Mobile: +44 7880 786869
dbains1@mmm.com www.3M.eu/ppeSafety
Registered address: 3M Centre, Cain Road, Bracknell, Berkshire, RG12 8HT. Registered in England and Wales No. 1123045. This communication may contain confidential information. If you are not the intended recipient please return this email to the sender and delete it from your records.

**From:** Brian Myers
**Sent:** 02 November 2015 09:29
**To:** Dagmar Wogatzke <dwogatzke@mmm.com>; Divinder Bains <dbains1@mmm.com>
**Cc:** Kay Mckenzie Chaussee <klmckenzie-chaussee@mmm.com>; Liz Chandler <liz.chandler@mmm.com>; Luis Almeida Maio <lalmeidamaio@mmm.com>
**Subject:** RE: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug

We should cancel the order.



**Brian C. Myers** | Business Director - Hearing Protection
3M Personal Safety Division
3M Center, Bldg 235-2E-85 | St. Paul, MN 55144-1000 USA

Confidential - Subject to Protective Order       3M_MDL000332061


PLAINTIFFS' TRIAL EXHIBIT
P-GEN-00128

Office: US 651 733 9770 | Mobile: US 317 796 1344
brian.myers@mmm.com | www.3M.com

**From:** Dagmar Wogatzke
**Sent:** Monday, November 02, 2015 2:38 AM
**To:** Divinder Bains <dbains1@mmm.com>; Brian Myers <brian.myers@mmm.com>
**Cc:** Kay Mckenzie Chaussee <klmckenzie-chaussee@mmm.com>; Liz Chandler <liz.chandler@mmm.com>; Luis Almeida Maio <lalmeidamaio@mmm.com>
**Subject:** AW: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug

Hello Brian,
Hello Divinder,
Thank you for your emails.
We received the order from NSPA (NATO ) for a small quantity of 500 PK . End user Military U.K.
200 PK on stock and we want to replenish the remaining quantity of 300 PK .
The product listed under a National stock number and we are not able to change it into a other product.
(UM-02-001) Interim NSN 6515-99-867-8722
- NSN: 6515 01 466 2710

Please let us know if we can still order the 300 PK or if NSPA have to cancel the order.
**Is it correct that Military customer (U.K) cannot order any longer these version of combat arms and have now to switch it to CA 4.1 versions?**
Thank you.
Mit freundlichen Grüßen / Best regards
Dagmar

**3M** Science.
Applied to Life.™
**Dagmar Wogatzke** | Quotation & Order Prep. Specialist
**Business Service Group - Government Markets**
U.S. Government Services, Europe NATO / Bundeswehr-Behörden
3M Deutschland GmbH, Carl-Schurz Str.1 | 41453 Neuss -Germany
Office: 49 2131 142142 | Fax: 49 2131 14122142
dwogatzke@mmm.com | www.3M.com
www.3M-Behoerden.de

   3M.de

**Von:** Divinder Bains
**Gesendet:** Sonntag, 1. November 2015 17:38
**An:** Brian Myers <brian.myers@mmm.com>; Liz Chandler <liz.chandler@mmm.com>; Dagmar Wogatzke <dwogatzke@mmm.com>; Luis Almeida Maio <lalmeidamaio@mmm.com>
**Cc:** Kay Mckenzie Chaussee <klmckenzie-chaussee@mmm.com>
**Betreff:** Re: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug

Brain that's very clear. I just want to ensure we propose an alternative.


Sent from OWA on Android

**From:** Brian Myers
**Sent:** 31 October 2015 20:49:52
**To:** Divinder Bains; Liz Chandler; Dagmar Wogatzke; Luis Almeida Maio
**Cc:** Kay Mckenzie Chaussee
**Subject:** RE: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug

Confidential - Subject to Protective Order                                      3M_MDL000332062

Divinder – either way as I explained to you, we cannot distribute this with the current NRR on the package.

Brian



**Brian C. Myers** | Business Director - Hearing Protection
3M Personal Safety Division
3M Center, Bldg 235-2E-85 | St. Paul, MN 55144-1000 USA
Office: US 651 733 9770 | Mobile: US 317 796 1344
brian.myers@mmm.com | www.3M.com

---

**From:** Divinder Bains
**Sent:** Saturday, October 31, 2015 7:50 AM
**To:** Brian Myers <brian.myers@mmm.com>; Liz Chandler <liz.chandler@mmm.com>; Dagmar Wogatzke <dwogatzke@mmm.com>; Luis Almeida Maio <lalmeidamaio@mmm.com>
**Cc:** Kay Mckenzie Chaussee <klmckenzie-chaussee@mmm.com>
**Subject:** Re: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug

I am only aware of UK previously ordering but military have switched to CA 4.1 version. This is likely to be for a hunting / shooting distributor but looking at the packing the certification are valid for European sale to such channels.

By copy Luis can you confirm ordering country please. Thanks.

Sent from OWA on Android

---

**From:** Brian Myers
**Sent:** 31 October 2015 09:51:38
**To:** Liz Chandler; Dagmar Wogatzke; Luis Almeida Maio
**Cc:** Kay Mckenzie Chaussee; Divinder Bains
**Subject:** RE: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug

I thought they were out of product in Europe since we just stopped an order from shipping to Europe.

Brian



**Brian C. Myers** | Business Director - Hearing Protection
3M Personal Safety Division
3M Center, Bldg 235-2E-85 | St. Paul, MN 55144-1000 USA
Office: US 651 733 9770 | Mobile: US 317 796 1344
brian.myers@mmm.com | www.3M.com

---

**From:** Liz Chandler
**Sent:** Friday, October 30, 2015 2:02 PM
**To:** Dagmar Wogatzke <dwogatzke@mmm.com>; Luis Almeida Maio <lalmeidamaio@mmm.com>
**Cc:** Kay Mckenzie Chaussee <klmckenzie-chaussee@mmm.com>; Brian Myers <brian.myers@mmm.com>; Divinder Bains <dbains1@mmm.com>
**Subject:** RE: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug

I thought Brian and Divinder had confirmed this wasn't to be sold?
Have products been put on hold in Europe?

Confidential - Subject to Protective Order

3M_MDL000332063

**Liz Chandler** | Supply Chain Analyst
*3M Personal Safety Division, Hearing Protection Solutions*
3M Indianapolis, 5457 W 79th St | Indianapolis, IN 46268
Office: 317 692 6750 | Fax: 866 800 7036
liz.chandler@mmm.com



**From:** Dagmar Wogatzke
**Sent:** Friday, October 30, 2015 4:27 AM
**To:** Luis Almeida Maio <lalmeidamaio@mmm.com>
**Cc:** Kay Mckenzie Chaussee <klmckenzie-chaussee@mmm.com>; Liz Chandler <liz.chandler@mmm.com>
**Subject:** WG: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug

Hello Luis,

Order is now in the system and quantity has been split into two single order lines.
Please be so kind and release line item 1 as material on stock and please let me know the estimate delivery time for line item 2.



Thank you in advance.
Have a nice weekend.
Mit freundlichen Grüßen / Best regards
Dagmar

**Dagmar Wogatzke** | Quotation & Order Prep. Specialist
**Business Service Group - Government Markets**
U.S. Government Services, Europe NATO / Bundeswehr-Behörden
3M Deutschland GmbH, Carl-Schurz Str.1 | 41453 Neuss -Germany

Office: 49 2131 142142 | Fax: 49 2131 14122142
dwogatzke@mmm.com | www.3M.com
www.3M-Behoerden.de

  

**Von:** Liz Chandler
**Gesendet:** Dienstag, 27. Oktober 2015 12:47
**An:** Dagmar Wogatzke <dwogatzke@mmm.com>; Kay Mckenzie Chaussee <klmckenzie-chaussee@mmm.com>
**Cc:** Luis Almeida Maio <lalmeidamaio@mmm.com>
**Betreff:** RE: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug

Kay – Can you provide assistance?

**Liz Chandler** | Supply Chain Analyst
*3M Personal Safety Division, Hearing Protection Solutions*
3M Indianapolis, 5457 W 79th St | Indianapolis, IN 46268
Office: 317 692 6750 | Fax: 866 800 7036
liz.chandler@mmm.com

     

 Science. Applied to Life.™

**From:** Dagmar Wogatzke
**Sent:** Tuesday, October 27, 2015 4:13 AM
**To:** Liz Chandler <liz.chandler@mmm.com>
**Cc:** Luis Almeida Maio <lalmeidamaio@mmm.com>
**Subject:** AW: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug

Hello Liz,

Many thanks for your prompt reply.

Please let me know who is responsible for the product as we need an estimate Delivery schedule for the customer.

Thank you.

Have a nice day.

Mit freundlichen Grüßen / Best regards
Dagmar

 Science. Applied to Life.™

**Dagmar Wogatzke** | Quotation & Order Prep. Specialist
**Business Service Group - Government Markets**
U.S. Government Services, Europe NATO / Bundeswehr-Behörden
3M Deutschland GmbH, Carl-Schurz Str.1 | 41453 Neuss -Germany
Office: 49 2131 142142 | Fax: 49 2131 14122142
dwogatzke@mmm.com | www.3M.com
www.3M-Behoerden.de

  3M.de

**Von:** Liz Chandler
**Gesendet:** Montag, 26. Oktober 2015 20:03
**An:** Dagmar Wogatzke <dwogatzke@mmm.com>
**Cc:** Luis Almeida Maio <lalmeidamaio@mmm.com>
**Betreff:** RE: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug

The business team has put this product on hold. I am not currently able to release inventory.

Confidential - Subject to Protective Order

3M_MDL000332065

**Liz Chandler** | Supply Chain Analyst
*3M Personal Safety Division, Hearing Protection Solutions*
3M Indianapolis, 5457 W 79th St | Indianapolis, IN 46268
Office: 317 692 6750 | Fax: 866 800 7036
liz.chandler@mmm.com

 3M.com

**3M Science. Applied to Life.™**

**From:** Dagmar Wogatzke
**Sent:** Monday, October 26, 2015 11:24 AM
**To:** Liz Chandler <liz.chandler@mmm.com>
**Cc:** Luis Almeida Maio <lalmeidamaio@mmm.com>
**Subject:** 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug

Hello Liz,

We have a customer emergency for 500 PK :



Material  7000052748   3701011 COMB ARMS EPLUG BLISTR PK 10PR/C
MRP area  4006         3M JUECHEN EDC (COE)

70-0715-2122-6 Desc : 370-1011 COMBAT ARMS EARPLUG BLISTER PACK 10 PR/CASE (1PR=1EA)

Could you please let me know the estimate lead time for the item.

Thank you!

Mit freundlichen Grüßen / Best regards
Dagmar

**3M Science. Applied to Life.™**

**Dagmar Wogatzke** | Quotation & Order Prep. Specialist
**Business Service Group - Government Markets**
U.S. Government Services, Europe NATO / Bundeswehr-Behörden
3M Deutschland GmbH, Carl-Schurz Str.1 | 41453 Neuss -Germany
Office: 49 2131 142142 | Fax: 49 2131 14122142
dwogatzke@mmm.com | www.3M.com
www.3M-Behoerden.de

   3M.de

Confidential - Subject to Protective Order

3M_MDL000332066