# EXHIBIT C

Confidential - Pursuant to Protective Order

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF FLORIDA
 2                   PENSACOLA DIVISION
 3
      IN RE: 3M COMBAT ARMS   )   Case No.
 4    EARPLUG PRODUCTS        )   3:19md2885
      LIABILITY LITIGATION    )
 5    _____  )   Judge M. Casey
                              )   Rodgers
 6    THIS DOCUMENT RELATES   )   Magistrate Judge
      TO ALL CASES            )   Gary R. Jones
 7
 8            TUESDAY, DECEMBER 10, 2019
 9      CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
10                       - - -
11           Videotaped deposition of Elliott H.
12   Berger, M.S., held at the offices of KIRKLAND
13   & ELLIS LLP, 300 North LaSalle, Chicago,
14   Illinois, commencing at 10:38 a.m., on the
15   above date, before Carrie A. Campbell,
16   Registered Diplomate Reporter, Certified
17   Realtime Reporter, Illinois, California &
18   Texas Certified Shorthand Reporter, Missouri
19   & Kansas Certified Court Reporter.
20                       - - -
21
              GOLKOW LITIGATION SERVICES
22        877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
23
24
25
```

1 anything.
2     MR. WASDIN: Objection to form.
3     Move to strike Mr. Tracey's statement.
4     THE WITNESS: You end up
5     mischaracterizing what I said.
6     There was a third option, which
7     is it was on temporary hold. It was
8     assessed. The decision was made,
9     let's continue and complete the test.
10    We need to look through here and see
11    how those numbers appear later.
12 QUESTIONS BY MR. TRACEY:
13    Q.   Okay. Okay. So I missed that
14 one. You're right.
15        So the third option, you called
16 it, would be maybe they backed off, maybe
17 they reflected, maybe they get some advice
18 from somebody and then went ahead and
19 completed it?
20        MR. WASDIN: Objection to form.
21        THE WITNESS: The policy during
22    a period of time was simply that you
23    conduct a test. When you get to nine
24    subjects, it needs to be reviewed by
25    the laboratory director before it's

1     completed.
2 QUESTIONS BY MR. TRACEY:
3     Q.   Oh. That's why we see so many
4 stopped at nine?
5         MR. WASDIN: Objection to form.
6         THE WITNESS: I believe that's
7     the reason.
8 QUESTIONS BY MR. TRACEY:
9     Q.   I see.
10         And who was the laboratory
11 director at the time?
12    A.   In 2015, it would have been
13 Jeff Hamer.
14    Q.   Okay. Was it ever you?
15    A.   No.
16    Q.   Was Dick Knauer a laboratory
17 director?
18    A.   Yes.
19    Q.   Okay. So there was a
20 laboratory director who's directing what
21 happens when you get to nine, whether it's
22 completed or not?
23    A.   Yes.
24    Q.   Okay. You never made that
25 call?

1     A.   No.
2     Q.   No. Okay.
3         So are you aware of the federal
4 government's investigation into your
5 company's testing and selling of the Combat
6 Arms to the American military?
7         MR. WASDIN: Objection to form.
8         THE WITNESS: I'm aware that
9     the DOJ looked into the Combat Arms
10    sales.
11 QUESTIONS BY MR. TRACEY:
12    Q.   Okay. And you yourself did not
13 give a statement to the Department of
14 Justice?
15    A.   Correct.
16    Q.   Were you ever asked to give a
17 statement?
18    A.   No.
19    Q.   Okay. Do you remember from
20 your time at 3M a man with the US military
21 called John Komada?
22    A.   Not ringing a bell.
23    Q.   Pardon me?
24    A.   It's not ringing a bell.
25    Q.   Okay. The next exhibit I'm

1 going to show you is his statement taken by
2 the Inspector General of the Department of
3 Defense from the Criminal Investigation
4 Division.
5         (Berger Exhibit 11 marked for
6     identification.)
7 QUESTIONS BY MR. TRACEY:
8     Q.   You got it?
9         This statement is dated
10 September 28, 2016. You'll see "This
11 information contained herein was partially
12 derived from the Qui Tam complaint that
13 remains under seal by order of the US
14 District Court. Dissemination is
15 restricted."
16        It says, "This is the interview
17 of John Komada, Junior, on September 13,
18 2016, the reporting agent, and Special Agent
19 Jennifer Coleman, US Army Criminal
20 Investigation Command, interviewed John
21 Komada, Junior, Defense Logistics Agency,
22 troop support, at the DLA office at 700
23 Robbins Avenue, Philadelphia, Pennsylvania.
24 Also present during the interview were:
25 Assistants United States Attorney Fran Trapp