# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

```
IN RE: 3M COMBAT ARMS EARPLUG      )    Case No. 3:19md2885
PRODUCTS LIABILITY LITIGATION,     )
                                   )    Pensacola, Florida
                                   )    April 19, 2021
                                   )    7:47 a.m.
_____)
```

VOLUME XV
(Pages 1 to 320)

TRANSCRIPT OF FIFTEENTH DAY OF JURY TRIAL
BEFORE THE HONORABLE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE, and a jury

**A P P E A R A N C E S**

**FOR THE PLAINTIFFS:**   Aylstock, Witkin, Kreis & Overholtz, PLLC
By:  **BRYAN F. AYLSTOCK**
     *baylstock@awkolaw.com*

     **NEIL D. OVERHOLTZ**
     *noverholtz@awkolaw.com*

     **JENNIFER HOEKSTRA**
     *jhoekstra@awkolaw.com*

     17 E Main Street, Suite 200
     Pensacola, Florida  32502

1    And, Mr. Overholtz, you may proceed.
2    **MR. OVERHOLTZ:** Thank you, Your Honor.
3    **BY MR. OVERHOLTZ:**
4    **Q.** Mr. Berger -- if I could get the ELMO.
5    Before the break, we were talking a little bit about an
6    Aearo/3M -- A-E-A-R-O 3-M -- policy, okay, in which you stop
7    test at eight or nine and then you check with marketing.
8    Do you recall that discussion?
9    **A.** Yes.
10   **Q.** And I think you told me that that wasn't your policy,
11   right?
12   **A.** Correct.
13   **Q.** It was marketing's policy?
14   **A.** I told you that I was given the direction by the technical
15   manager.
16   **Q.** Did you have an understanding that it was the -- the
17   request came from marketing?
18   **A.** I'm not sure exactly where the request came from.
19   **Q.** Okay. The -- and I think you said this policy started
20   sometime later in the mid-2000s; is that right?
21   **A.** My recollection is that the policy was really firmed up
22   more sometime after 2004 or later. I don't recall exactly
23   when.
24   **Q.** Okay. And so you'd start a labeling test, you get to eight
25   or nine -- and these tests were usually being conducted by Mr.

```
03:35:26   1    Kieper?
03:35:26   2    A.   Yes.
03:35:26   3    Q.   And Mr. Kieper would let you know what the NRR was at that
03:35:36   4    point in time?
03:35:36   5    A.   Or sometimes he would directly interface with the technical
03:35:39   6    director.
03:35:40   7    Q.   So he might tell you, he might tell the technical director,
03:35:43   8    and then you or the technical director would talk to the
03:35:48   9    marketing folks?
03:35:49  10    A.   I don't recall if I talked to the marketing folks or I
03:35:51  11    would talk to the technical director, and we'd make a decision.
03:35:56  12    Q.   Okay.
03:36:03  13              MR. OVERHOLTZ:   Let's, if we can, pull up P-GEN-00547.
03:36:04  14    It's already admitted.
03:36:07  15    BY MR. OVERHOLTZ:
03:36:08  16    Q.   This is an email chain from the 2004 time frame we're
03:36:12  17    talking about.  And it's between you -- you see your name there
03:36:17  18    at the top, Elliott Berger?
03:36:18  19    A.   Yes.
03:36:18  20    Q.   -- your technical director, Dick Knauer, right?
03:36:22  21    A.   Yes.
03:36:22  22    Q.   And Mike Cimino, right?
03:36:26  23    A.   Yes.
03:36:26  24    Q.   And Mike Cimino was in marketing, correct?
03:36:31  25    A.   Marketing or sales.
```

| | | |
|---|---|---|
| 03:36:33 | 1 | **Q.** Okay. And if we go down to the bottom of the first email |
| 03:36:36 | 2 | from Mike, on January 7, 2004, he says, "Morning, Elliott. |
| 03:36:43 | 3 | Just to confirm, the current PowerCom Plus products were tested |
| 03:36:48 | 4 | there, all three models." Do you see that? |
| 03:36:50 | 5 | **A.** Yes. |
| 03:36:50 | 6 | **Q.** "My request is that worst-case scenario, the new ones you |
| 03:36:56 | 7 | have there come out with an equivalent NRR value as the current |
| 03:37:00 | 8 | version." Do you see that? |
| 03:37:06 | 9 | **A.** Yes. |
| 03:37:06 | 10 | **Q.** So what's happening here is you're doing some new testing |
| 03:37:10 | 11 | on some new products -- new versions of hearing protector |
| 03:37:14 | 12 | products, right? |
| 03:37:15 | 13 | **A.** Yes. |
| 03:37:15 | 14 | **Q.** And Mike Cimino from sales or marketing says, "Can't accept |
| 03:37:20 | 15 | a lower NRR," right? |
| 03:37:23 | 16 | **A.** Yes. |
| 03:37:23 | 17 | **Q.** Maybe "accept" was misspelled, but can't accept a lower |
| 03:37:28 | 18 | NRR, is what he wrote, right? |
| 03:37:31 | 19 | **A.** Yes. |
| 03:37:31 | 20 | **Q.** And you respond to him and say, "Mike, the results will be |
| 03:37:36 | 21 | the results." And then you say, "The best we can do is stop |
| 03:37:43 | 22 | after eight or nine people and see if it looks like the numbers |
| 03:37:47 | 23 | will be the same," right? |
| 03:37:50 | 24 | **A.** Yes. |
| 03:37:50 | 25 | **Q.** So you're suggesting to him that what you can do for |

| | | |
|---|---|---|
| 03:37:54 | 1 | marketing is just stop the test after eight or nine and see if |
| 03:37:57 | 2 | you're going to be able to meet that target that he wants? |
| 03:38:00 | 3 | **A.**   That's correct.  And if we can't, then there will need to |
| 03:38:05 | 4 | be some changes made at -- I think the key sentence is the |
| 03:38:08 | 5 | first one, "The results will be the results." |
| 03:38:10 | 6 | **Q.**   He says -- you say, "If not, I will contact you and Lars to |
| 03:38:17 | 7 | discuss how the cups might be modified for another test on a |
| 03:38:21 | 8 | slightly different product," right? |
| 03:38:22 | 9 | **A.**   Yes. |
| 03:38:22 | 10 | **Q.**   So you stop after eight or nine, and then if you're going |
| 03:38:26 | 11 | to do a retest, you've got to make some kind of change, right? |
| 03:38:29 | 12 | **A.**   We need to make a change that would be a material change, |
| 03:38:33 | 13 | and previously we discussed the technical document that says |
| 03:38:40 | 14 | what would be a substantive change to allow a retest on that |
| 03:38:46 | 15 | product. |
| 03:38:47 | 16 | **Q.**   And in fact, you tell Mike -- you asked Mike, "Please |
| 03:38:53 | 17 | verify the NRRs that you are looking for," right?  At the |
| 03:39:02 | 18 | bottom, do you see that? |
| 03:39:04 | 19 | **A.**   Yes. |
| 03:39:04 | 20 | **Q.**   You're asking Mike from sales and marketing to tell you |
| 03:39:08 | 21 | what do you need on the product, right? |
| 03:39:10 | 22 | **A.**   I am. |
| 03:39:12 | 23 | **Q.**   And so then Mike Cimino responds to you at the top and |
| 03:39:18 | 24 | says, "Understood.  Please advise by the eighth or ninth person |
| 03:39:22 | 25 | what it looks like it will come out to."  Do you see that? |

```
03:39:30   1    A.   Yes.
03:39:30   2    Q.   So this is part of this policy that we talked about of
03:39:33   3    stopping the test after eight or nine, checking with marketing
03:39:37   4    that you said went in place around 2004, right?
03:39:41   5    A.   I said my recollection was around that time.  This memo was
03:39:45   6    around that time.
03:39:45   7    Q.   Okay.
03:39:47   8             MR. OVERHOLTZ:  Let's pull up P-GEN-00551.  It's
03:39:52   9    another admitted document.
03:39:52  10    BY MR. OVERHOLTZ:
03:39:57  11    Q.   This is another email a little bit later that month between
03:40:01  12    you and Mike Cimino and Dick Knauer again and this Lars fellow.
03:40:06  13    Do you see that?
03:40:13  14    A.   Yes.
03:40:13  15    Q.   And if you look down at the bottom of the page, you're
03:40:17  16    emailing Mike Cimino, and you're letting him know where you are
03:40:21  17    after nine subjects, right?
03:40:27  18    A.   Yes.
03:40:27  19    Q.   You say, "We have nine subjects completed on the PowerCom
03:40:30  20    and PowerCom Plus with the A bands.  Right now the NRRs are 25
03:40:36  21    and 25.2.  It's very unlikely that the tenth subject will get
03:40:42  22    the 26 you wanted."
03:40:45  23         That's what you said, right?
03:40:47  24    A.   Yes.
03:40:47  25    Q.   So, even one decibel in the NRR was going to make a
```

03:40:53  1   difference to the marketing folks at the company for this
03:41:00  2   COMTAC product they're trying to sell, this PowerCom product?
03:41:07  3   **A.**   That was my understanding.  And one of the reasons in this
03:41:09  4   case is they wanted to match the existing products with this
03:41:13  5   different version of the product.
03:41:16  6              **THE COURT:**  Mr. Berger, it's hard to hear you.
03:41:18  7              **THE WITNESS:**  Okay.  I'm sorry.  But this is working,
03:41:23  8   this lapel mic?
03:41:26  9              **THE COURT:**  I think so.
03:41:26  10             **MR. OVERHOLTZ:**  It is when you speak forward.
03:41:29  11  **BY MR. OVERHOLTZ:**
03:41:30  12  **Q.**   And so Mr. Cimino responds on the 19th just above that, do
03:41:36  13  you see, "Okay, keep going."  Do you see that?
03:41:40  14  **A.**   Yes.
03:41:40  15  **Q.**   He says, "Okay, keep going if you can get me a 25 NRR.  It
03:41:45  16  is the bare minimum I can accept."  Do you see that?
03:41:50  17  **A.**   I do.
03:41:50  18  **Q.**   And then you respond and say, "Sorry, Mike, can't guarantee
03:41:56  19  that either.  Past tests were right on the border."  Do you see
03:42:00  20  that?
03:42:01  21  **A.**   Yes.
03:42:01  22  **Q.**   So you're letting him know, if we test this tenth person,
03:42:05  23  that 25 NRR might even fall one more decibel to a 24, right?
03:42:12  24  **A.**   Yes.
03:42:12  25  **Q.**   And that would be unacceptable to marketing to have an NRR

| | | |
|---|---|---|
| 03:42:21 | 1 | of 2 less than what they were expecting? |
| 03:42:24 | 2 | **A.** For the product you described here in this communication, |
| 03:42:29 | 3 | it is apparent that Mike Cimino already said what he needed for |
| 03:42:34 | 4 | an NRR. |
| 03:42:35 | 5 | **Q.** Okay. |
| 03:42:37 | 6 | **MR. OVERHOLTZ:** Let's pull up P-GEN-01140. It's |
| 03:42:43 | 7 | already admitted. |
| 03:42:44 | 8 | **BY MR. OVERHOLTZ:** |
| 03:42:48 | 9 | **Q.** This is three years later, May of 2007, and this is an |
| 03:42:52 | 10 | email that you received from Ron Kieper to yourself and Jeff |
| 03:42:58 | 11 | Hamer. Do you see that? |
| 03:43:00 | 12 | **A.** Yes. |
| 03:43:00 | 13 | **Q.** And at this time had Jeff Hamer become your technical |
| 03:43:04 | 14 | director of your lab? |
| 03:43:06 | 15 | **A.** I think he had just -- yeah, in that -- in 2007. |
| 03:43:11 | 16 | **Q.** Okay. And he says, "I have tested --" Ron Kieper tells |
| 03:43:17 | 17 | you, "I tested nine subjects in the test. The NRR is 20. The |
| 03:43:21 | 18 | NRR for the previous version was 21." Do you see that? |
| 03:43:26 | 19 | **A.** Yes. |
| 03:43:26 | 20 | **Q.** So, when he gets to his nine people in the test, he's got |
| 03:43:32 | 21 | an NRR that's one less than the previous version, which is what |
| 03:43:37 | 22 | his -- his target, right? |
| 03:43:38 | 23 | **A.** It doesn't say what he was targeting, but he says, yes, |
| 03:43:44 | 24 | it's one less than the previous version. |
| 03:43:46 | 25 | **Q.** And he says, "I assume I should stop this test, yes?" |

| | | |
|---|---|---|
| 03:43:52 | 1 | Right? |
| 03:43:53 | 2 | **A.** That's what he writes. |
| 03:43:54 | 3 | **Q.** Because even being one lower isn't going to be acceptable |
| 03:43:58 | 4 | to marketing, right? |
| 03:44:00 | 5 | **A.** For this product, that appears to be the case. |
| 03:44:03 | 6 | **Q.** So, when it came to the Combat Arms Earplug, there was a |
| 03:44:16 | 7 | target NRR that you were shooting for, right? |
| 03:44:18 | 8 | **A.** My recollection is that we were anticipating an NRR that |
| 03:44:25 | 9 | would be similar to that of the UltraFit earplug. |
| 03:44:28 | 10 | **Q.** Okay. That would mean the UltraFit earplug being the |
| 03:44:33 | 11 | normal rubber UltraFit plug, right? |
| 03:44:36 | 12 | **A.** The plug that was the body into which we built the |
| 03:44:42 | 13 | nonlinear earplug. There was not a -- to my recollection, |
| 03:44:43 | 14 | there was not a specific NRR goal on that, there was no |
| 03:44:48 | 15 | direction from the military, it shall have X. This was the |
| 03:44:55 | 16 | understanding that it would be similar to what we've seen with |
| 03:44:59 | 17 | UltraFit-style products. |
| 03:45:00 | 18 | **Q.** And so I think I asked you about this at your deposition, |
| 03:45:04 | 19 | and you said you were looking for something that was around |
| 03:45:07 | 20 | what you'd expect from an UltraFit, right? |
| 03:45:10 | 21 | **A.** Yes. |
| 03:45:10 | 22 | **Q.** And was it also your belief that that's what Doug Ohlin and |
| 03:45:14 | 23 | the military were looking for and expecting, something close to |
| 03:45:17 | 24 | an UltraFit? |
| 03:45:18 | 25 | **A.** I think that's what they were expecting. |