# EXHIBIT E

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG ) | Case No. 3:19md2885 |
| PRODUCTS LIABILITY LITIGATION, ) | |
| ) | Pensacola, Florida |
| ) | September 29, 2021 |
| *Re: Brandon Adkins* ) | 7:31 a.m. |
| *7:20cv00012* ) | |
| ) | |
| _____) | |

<u>VOLUME VIII</u>
(Pages 1 to 425)

TRANSCRIPT OF EIGHTH DAY OF JURY TRIAL
BEFORE THE HONORABLE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE, and a jury.

**A P P E A R A N C E S**

FOR THE PLAINTIFFS:   Quinn Emanuel Urquhart
  By: **ADAM B. WOLFSON**
    *adamwolfson@quinnemanuel.com*
  865 South Figuero St., 10th Floor
  Los Angeles, California  90017

  By: **MATTHEW S. HOSEN**
    *matthosen@quinnemanuel.com*
  1109 1st Avenue
  Seattle, Washington  9810

*Donna L. Boland, RPR, FCRR
United States Court Reporter
1 N Palafox Street * Pensacola, Florida  32502*
**Donna_Boland@flnd.uscourts.gov**

09:45   1    instructions are revised."
09:45   2         So I want to start with that last sentence. What
09:45   3    does that last sentence mean, that the "product has
09:45   4    problems unless the instructions are revised"?
09:45   5    **A.**   If we want to meet the design goal of the project,
09:45   6    an NRR in the low 20s, we need to provide that product
09:45   7    with the appropriate instructions that were used for
09:45   8    the test, and those were the flange fold instructions.
09:45   9    **Q.**   So the instructions were revised?
09:45   10   **A.**   Yes.
09:45   11   **Q.**   You asked the question: "Should I share this with
09:45   12   Ohlin?"
09:45   13        Why are you asking that question to your boss?
09:45   14   **A.**   I think there's two reasons: Number one, I'm not
09:46   15   authorized to share internal technical reports on
09:46   16   products that have not yet come to market -- really,
09:46   17   in general, internal technical reports -- without the
09:46   18   approval of either the technical manager to whom I had
09:46   19   a dotted-line reporting or the product manager, in
09:46   20   this case Brian Myers.
09:46   21        But I think the bigger issue here is that both
09:46   22   Brian and I had been in communication with Doug during
09:46   23   this entire period of time. And the question is:
09:46   24   Should I be the one sharing it; should you be the one
09:46   25   sharing it?

| | | |
|---|---|---|
| 01:03 | 1 | tests -- initially you had to submit all the tests to |
| 01:03 | 2 | the EPA, but one year later EPA lost their funding, so |
| 01:03 | 3 | that was taken out of the law. |
| 01:03 | 4 | So there's no requirement to submit your results. |
| 01:03 | 5 | There's no specification about how many.  There's the |
| 01:04 | 6 | guidance that you'll take this into account, and the |
| 01:04 | 7 | knowledge that if EPA believes there's an issue, they |
| 01:04 | 8 | can conduct a compliance audit test. |
| 01:04 | 9 | **Q.**  Sure.  No requirement to submit all those tests, |
| 01:04 | 10 | but the reason Cabot got fined is because they |
| 01:04 | 11 | cherry-picked the best results as opposed to listing |
| 01:04 | 12 | the worst results, right? |
| 01:04 | 13 | **A.**  The reason that they were audited and compliance |
| 01:04 | 14 | audit tested is because there had been a complaint |
| 01:04 | 15 | brought to EPA.  They felt there was reason to look |
| 01:04 | 16 | into it.  They conducted the compliance audit test. |
| 01:04 | 17 | **Q.**  So what experience taught you from your time at |
| 01:04 | 18 | Cabot when this fine came down is that if you have |
| 01:04 | 19 | completed ANSI S3.19 tests with an NRR lower than you |
| 01:04 | 20 | want, you could face a very large fine from the EPA? |
| 01:04 | 21 | **A.**  We learned, in this instance, that the NRR that |
| 01:05 | 22 | was selected and put on the product was something that |
| 01:05 | 23 | ended up being audited.  We certainly were -- the |
| 01:05 | 24 | company was aware of that, yes. |
| 01:05 | 25 | **Q.**  And was that the genesis of the unwritten policy |

| | | |
|---|---|---|
| 01:05 | 1 | of stopping labeling tests at eight or nine subjects |
| 01:05 | 2 | if you weren't getting an NRR that would achieve |
| 01:05 | 3 | marketing's goals? |
| 01:05 | 4 | **A.**  I was not involved in the development of that |
| 01:05 | 5 | policy. |
| 01:05 | 6 | What I can tell you about stopping the test is |
| 01:05 | 7 | that there's no reason that you can't stop a test. |
| 01:05 | 8 | And, yes, you could do a ten-subject test and then say |
| 01:05 | 9 | we're going to make a change in the product, or you |
| 01:05 | 10 | could stop it at eight subjects and -- knowing that |
| 01:05 | 11 | you're not going to achieve your goal and make a |
| 01:05 | 12 | change in the product. |
| 01:05 | 13 | I do not know why the policy stop at eight or nine |
| 01:05 | 14 | was implemented.  I wasn't involved in that decision. |
| 01:06 | 15 | But I implemented the policy. |
| 01:06 | 16 | **Q.**  But you -- you did implement it many times over |
| 01:06 | 17 | the years, didn't you? |
| 01:06 | 18 | **A.**  It was implemented a number of times, yes. |
| 01:06 | 19 | **Q.**  Okay.  And you had an unwritten policy that you |
| 01:06 | 20 | could stop a labeling test to change the fitting |
| 01:06 | 21 | instructions, right? |
| 01:06 | 22 | **A.**  Correct. |
| 01:06 | 23 | **Q.**  Okay.  Now, your written policies that we looked |
| 01:06 | 24 | at today -- the written policies, they don't mention |
| 01:06 | 25 | anything about fitting instructions, right? |