# EXHIBIT F

P1141.1

| | |
|---|---|
| **From:** | "Ohlin Douglas W CHPPM" <Douglas.Ohlin@APG.AMEDD.ARMY.MIL> |
| **Sent:** | Monday, November 8, 1999 7:33 PM |
| **To:** | brian_myers |
| **Subject:** | RE: No subject given |

Brain:

I'm at something of a loss to know what studies I have done or am capable of doing in this pay-shuffling operation at CHPPM. I'm trying to get through to Rich McKinley to find out if he has done anything with the samples of the Sound Guard foam plug we forwarded to him. His Lab appears to be the only one capable in DoD at this time. My colleagues in Army R&D have chosen not to staff this capability, but they don't seem to want to relinquish the responsibility to the Air Force either.

       Doug

-----Original Message-----
From: Brian Myers [mailto:brian_myers@aearo.com]
Sent: Thursday, November 04, 1999 1:36 PM
To: Douglas.Ohlin@APG.AMEDD.ARMY.MIL
Cc: Robert.Bosanko@cen.amedd.army.mil; timothy_mcnamara@aearo.com Subject: No subject given

Doug,
What follows is correspondence I received from Robert Bosanko. He has requested specs/data on the new earplug. Could you possibly send him some of the test results from your studies? I know that I have seen some of these but perhaps not all. Thanks.

================================================================
Subject: RE: Combat Arms Earplug email request
Author: "Bosanko Robert W" <Robert.Bosanko@CEN.AMEDD.ARMY.MIL> Date: 11/3/99 9:50 AM

Brian I need to get all the specs/data on the combat arms earplug. I am going to use one of our artillery units on post to test/use the new earplug and get feed back from them. If you could help me with this I will keep you informed on how it is going. Could send us some of the earplugs, the unit will be approximately 100 soldiers. My phone number is 580-458-2235/2237. I will be on leave from 7-15 November. My Emai address is Robert.Bosanko@cen.amedd.army.mil

Thanks
Robert Bosanko
Hearing Conservation Program Coordinator



PLAINTIFFS' TRIAL EXHIBIT
P-GEN-00353