# EXHIBIT G

P0925a.1

| From: | Elliott Berger |
|---|---|
| Sent: | Wednesday, May 7, 2003 6:57 PM |
| To: | Brian Myers |
| Subject: | REAT on the combat arms |
| Attachments: | SSUFit#1.doc; ssufit#1.xls |

Here are data on the ultrafit end of the combat arms.  Note the original study was stopped with 8 subjects.  The second study was with the folded back flanges on the end sticking out of the ear.

Should I share this with Ohlin?  It looks like the existing product has problems unless the user instructions are revised.



PLAINTIFFS'
TRIAL EXHIBIT
P-GEN-00058



**E•A•R**
***Research & Development***

To:          Elliott Berger

From:        Ron Kieper

Date:        May 11, 2000

Subject:     Results of Short-stemmed UltraFit Plug tests


The short-stemmed UltraFit Plug evaluated in tests 213015 and 213017 is the opposite end of the Combat Arms Plug (see attached drawing).  The attached graph is a comparison of the means and standard deviations obtained in these two tests.  The initial test 213015 was stopped after eight subjects because the results were variable and the NRR was quite low (11).  At all tested frequencies, test 213017's means are higher and SDs are lower than those of test 213015 and the NRR is 22.

Because the UltraFit plug's stem is so short, it was difficult to fit the plug deeply into some subjects' earcanals, especially those subjects with medium and larger earcanals.  Additionally, the geometry of the earcanal opening sometimes inhibited the deep plug insertion required for maximum attenuation values.  When this plug was fitted, the third flange of the Combat Arms plug could press against the subject's earcanal opening and fold up.  When the inward pressure on the UltraFit plug was released, the Combat Arms' flanges tended to return to their original shape and this could loosen the plug, sometimes imperceptibly to the subject.  For test 213017, the yellow flanges of the Combat Arms end of the plug were folded back prior to the plug being fit.  The folded-back flanges provided a longer 'stem' for the experimenter to grasp and allowed for a deeper and more-consistent fit of the plugs for test 213017.


c:\_myfiles\_wrdfles\memos\ssufit#1.doc

# Short-stemmed UltraFit Plug

P0925a.5



**Frequency (Hz)**

→ 213017 * Short-stemmed UltraFit Plug, part of the Combat Arms Plug * NRR - 21.7   ■ 213015 * UltraFit part of Combat Arms Plug * NRR - 10.8   ◆   ■

P0925a.6

MeanGraphSource

| | 125 | 250 |
|---|---|---|
| 213017 * Short-stemmed UltraFit Plug, part of the Combat Arms Plug * NRR - 21.7 | 32.7 | 31.8 |
| 213015 * UltraFit part of Combat Arms Plug * NRR - 10.8 | 30.5 | 29.3 |
| | 5.9 | 6.1 |
| | 9.9 | 9.8 |

MeanGraphSource

| 500 | 1000 | 2000 | | 4000 | | 8000 |
|---|---|---|---|---|---|---|
| 33.0 | 32.0 | 34.5 | 37.3 | 38.9 | 43.8 | 43.3 |
| 30.3 | 27.5 | 30.6 | 36.7 | 36.7 | 42.4 | 41.2 |
| 6.5 | 5.5 | 4.1 | 5.3 | 6.1 | 6.7 | 6.9 |
| 11.4 | 8.9 | 6.3 | 9.0 | 10.1 | 10.5 | 9.5 |

P0925a.2

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

# THIS DOCUMENT WAS PROVIDED IN NATIVE FORMAT UPON REQUEST.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Confidential - Subject to Protective Order

3M_MDL000570612



**E•A•R**
**Research & Development**

To:          Elliott Berger

From:        Ron Kieper

Date:        February 16, 2021

Subject:     Results of Short-stemmed UltraFit Plug tests


The short-stemmed UltraFit Plug evaluated in tests 213015 and 213017 is the opposite end of the Combat Arms Plug (see attached drawing).  The attached graph is a comparison of the means and standard deviations obtained in these two tests.  The initial test 213015 was stopped after eight subjects because the results were variable and the NRR was quite low (11).  At all tested frequencies, test 213017's means are higher and SDs are lower than those of test 213015 and the NRR is 22.

Because the UltraFit plug's stem is so short, it was difficult to fit the plug deeply into some subjects' earcanals, especially those subjects with medium and larger earcanals.  Additionally, the geometry of the earcanal opening sometimes inhibited the deep plug insertion required for maximum attenuation values. When this plug was fitted, the third flange of the Combat Arms plug could press against the subject's earcanal opening and fold up.  When the inward pressure on the UltraFit plug was released, the Combat Arms' flanges tended to return to their original shape and this could loosen the plug, sometimes imperceptibly to the subject.  For test 213017, the yellow flanges of the Combat Arms end of the plug were folded back prior to the plug being fit.  The folded-back flanges provided a longer 'stem' for the experimenter to grasp and allowed for a deeper and more-consistent fit of the plugs for test 213017.


c:\_myfiles\_wrdfles\memos\ssufit#1.doc

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

# THIS DOCUMENT WAS PROVIDED IN
# NATIVE FORMAT UPON REQUEST.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Confidential - Subject to Protective Order

# Short-stemmed UltraFit Plug



213017 * Short-stemmed UltraFit Plug, part of the Combat Arms Plug * NRR - 21.7

213015 * UltraFit part of Combat Arms Plug * NRR - 10.8

2/16/2021

MeanGraphSource

|  | 125 |
|---|---|
| 213017 * Short-stemmed UltraFit Plug, part of the Combat Arms Plug * NRR - 21.7 | 32.7 |
| 213015 * UltraFit part of Combat Arms Plug * NRR - 10.8 | 30.5 |
|  | 5.9 |
|  | 9.9 |

MeanGraphSource

| 250 | 500 | 1000 | 2000 | | 4000 | |
|---|---|---|---|---|---|---|
| 31.8 | 33.0 | 32.0 | 34.5 | 37.3 | 38.9 | 43.8 |
| 29.3 | 30.3 | 27.5 | 30.6 | 36.7 | 36.7 | 42.4 |
| 6.1 | 6.5 | 5.5 | 4.1 | 5.3 | 6.1 | 6.7 |
| 9.8 | 11.4 | 8.9 | 6.3 | 9.0 | 10.1 | 10.5 |

MeanGraphSource

| 8000 |
| --- |
| 43.3 |
| 41.2 |
| 6.9 |
| 9.5 |