# EXHIBIT I

P0364.1

**From:** "Sidor, Thomas (DSCP)" <Thomas.Sidor@dla.mil>
**To:** BRIAN MYERS
**Sent:** 7/7/2006 1:12:19 PM
**Subject:** RE: Information Pertaining to Combat Arms Earplugs

Hi Brian:

Thanks for this. Another question I would like to ask concerns the triple flanges. Do they contribute to noise reduction or are they primarily designed for proper fit? If they contribute to noise reduction, to what extent do they contribute?

Thomas Sidor
Contracting Officer
DSCP-MSBAB-PQE
700 Robbins Avenue
Philadelphia, PA 19111
Thomas.Sidor@dla.mil
phone: 215-737-2490 DSN 444-2490
fax: 215-737-8150

---

From: BRIAN MYERS [mailto:brian_myers@aearo.com]
Sent: Thursday, July 06, 2006 5:40 PM
To: Sidor, Thomas (DSCP)
Subject: Information Pertaining to Combat Arms Earplugs

Tom,

It was good to speak with you today. We have three US patent numbers which apply to the Combat Arms earplug:

4,867,149, expires in September of 2006 and covers (functionally) the noise excluding sealing tips of the hearing protector;

6,068,079, expires in 2017 and covers the sound filtering mechanism which allows low level noises to pass through the earplug but increases attenuation when very loud sounds are present;

6,070,693, expires in 2017 and covers the concept of a dual-ended (dual purpose) earplug.

Remember that I have simplified my understanding of what the patent covers. Since I am not an attorney, don't take my coverage statement as definitive.

As far as testing goes, the Combat Arms earplug has been evaluated in three ways:

1. As proscribed by ANSI S3.19-1974, attenuation testing is performed in a lab (NVLAP accredited) on 10 human subjects. This is required to establish the Noise Reduction Rating (NRR) for each end of the hearing protector. This testing was conducted only once in our EARCal Lab. This lab is accredited under the National Voluntary Lab Accreditation Program (NVLAP) which is administered under the US Dept of Commerce. It is one of only three such (commercially available) labs in the US.

2. In order to measure the ability of the protector to provide



DEPOSITION EXHIBIT
5013

3M Confidential                                                          3M00126131

3M Confidential                                                          3M00020837

Confidential - Subject To Protective Order                               3M_MDL000018856



PLAINTIFFS' TRIAL EXHIBIT
P-GEN-00094

increasing protection with higher level noises, we had to submit the design to a test evaluation which would not include human subjects as we don't want to expose them to exceedingly high noise levels. For this evaluation, we use a specialized facility which literally creates an explosion near a headform. The headform is equipped with microphones inside the head and outside. These microphones can be used to measure the blast intensity at the head and inside the head (under the protector). These measurements can be used to assure that the product design performs as needed against high level impulsive noises. This evaluation is not performed on a periodic basis.

3. We have developed a special test fixture we use to test every Combat Arms earplug which we make. This test assures that the filter is properly made and assembled into the earplug so that when a very loud noise occurs, the earplug will function properly.

4. Last but not least, our Combat Arms earplug has been evaluated by the US military in numerous field tests. Of course, I do not know the specifics of these tests but I understand the Combat Arms earplug performed very well which has led to its broad acceptance in the military.

I hope this helps. Please let me know if you have any further questions.

Brian

3M Confidential

3M00126132

3M Confidential

3M00020838

Confidential - Subject To Protective Order

3M_MDL000018857