# EXHIBIT J

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

```
IN RE: 3M COMBAT ARMS EARPLUG      )   Case No. 3:19md2885
PRODUCTS LIABILITY LITIGATION,     )
                                   )   Pensacola, Florida
     Baker v. 3M Company           )   June 9, 2021
     Case No. 7:20cv0039           )   8:38 a.m.
                                   )
_____)
```

VOLUME III
(Pages 1 to 344)

TRANSCRIPT OF THIRD DAY OF JURY TRIAL
BEFORE THE HONORABLE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE, and a jury

**A P P E A R A N C E S**

**FOR THE PLAINTIFF:**     Tracey & Fox Law Firm
                           By: **SEAN P. TRACEY**
                               *stracey@traceylawfirm.com*

                           **SHAWN FOX**
                           *sfox@traceylawfirm.com*
                           440 Louisiana Street, Suite 1901
                           Houston, Texas  77002

                           Clark Love & Hutson, GP
                           By:  **SHELLEY HUTSON**
                               *bgreif@triallawfirm.com*

                           **EMILY B. MARLOWE**
                           *emarlowe@triallawfirm.com*
                           440 Louisiana Street, Suite 1600
                           Houston, Texas  77002

*Donna L. Boland, RPR, FCRR*
*United States Court Reporter*
*1 N Palafox Street * Pensacola, Florida  32502*
**Donna_Boland@flnd.uscourts.gov**

```
08:52:28   1    little difficult in this setting to try and indicate if you're
08:52:32   2    veering off course.
08:52:33   3         That plug, sir, that was -- and you'd agree, sir, that
08:52:39   4    shortly after his deposition and yours in 2015, the company
08:52:42   5    made the determination that it could no longer market this
08:52:45   6    product -- excuse me -- no longer distribute this product with
08:52:49   7    the NRR of 22 that was determined by that testing, correct,
08:52:53   8    sir?
08:52:53   9    A.   You add the last part of the phrase that it couldn't
08:53:00  10    distribute it with the NRR of 22.  What I can tell you from my
08:53:03  11    knowledge is I was not involved in the decision.  I know that
08:53:08  12    the product was removed from the market.  I don't know the
08:53:11  13    reasons behind it, what went into that.  That's what I know.
08:53:16  14    Q.   Okay, sir.  Let's see if we can clarify this at the outset.
08:53:23  15              MR. BUCHANAN:  This is in evidence already.
08:53:25  16              Zach, could you please pull up P-GEN-128, in evidence.
08:53:45  17    We may just need to reorient this.  It's the very top, Zach.
08:53:51  18    BY MR. BUCHANAN:
08:53:51  19    Q.   This is an email from Mr. Myers to some colleagues in
08:53:56  20    November of 2015.  Do you see that on your screen, sir?
08:54:00  21    A.   Yes.
08:54:00  22    Q.   Mr. Myers was indeed your lab boss in 2000 when you
08:54:04  23    conducted that study, 213015 and 213017, true, sir?
08:54:10  24    A.   He was my supervisor.  He was not the laboratory manager,
08:54:15  25    but he was my supervisor at that time.
```

| | | |
|---|---|---|
| 11:01:28 | 1 | what I've learned 15 years hence that, yes, there were products |
| 11:01:33 | 2 | that were being sold in that time frame. |
| 11:01:35 | 3 | **Q.** Right. And you had sales reps out marketing in that time |
| 11:01:38 | 4 | frame, indeed, when you wrote to Mr. Myers in May of 2000 and |
| 11:01:44 | 5 | said, "It looks like we have a problem," you knew you had been |
| 11:01:49 | 6 | selling it already, right? |
| 11:01:51 | 7 | **A.** Personally I was not aware. I don't recall what was going |
| 11:01:57 | 8 | on in sales at that time. I knew that we were testing in the |
| 11:01:59 | 9 | laboratory and trying to understand the initial variable |
| 11:02:04 | 10 | results and come up with an instruction set that was suitable |
| 11:02:07 | 11 | for the product. |
| 11:02:08 | 12 | **Q.** And, sir, I mean, you don't doubt that the businessperson |
| 11:02:11 | 13 | who was your boss, the person you sent that email to, Mr. |
| 11:02:15 | 14 | Myers, you don't doubt that he had knowledge of the context |
| 11:02:19 | 15 | that sales were happening for the product, do you? He was the |
| 11:02:23 | 16 | business guy. |
| 11:02:24 | 17 | **A.** No, I don't doubt that. |
| 11:02:25 | 18 | **Q.** Right. |
| 11:02:26 | 19 | **A.** You asked me personally. |
| 11:02:31 | 20 | **Q.** Right. So you don't doubt that Mr. Myers had this context, |
| 11:02:34 | 21 | and we could agree you sent the email to Mr. Myers saying, |
| 11:02:37 | 22 | "Should I tell Ohlin?" and as best, given all your searching in |
| 11:02:42 | 23 | this litigation on this important issue, you have been unable |
| 11:02:44 | 24 | to find any reply of Mr. Myers saying, yes, get it over to Doug |
| 11:02:50 | 25 | now, we just shipped 7500 plugs, they need to know this? |

| | | |
|---|---|---|
| 11:02:55 | 1 | You have not seen any email, any document, any memo, a |
| 11:03:00 | 2 | formal letter, anything like that, correct, sir? |
| 11:03:03 | 3 | **A.** No document, no. |
| 11:03:04 | 4 | **Q.** Okay. In fact, sir, you have seen no document |
| 11:03:10 | 5 | communicating to the military that the plug was -- the current |
| 11:03:16 | 6 | length of the plug was too short for proper insertion, correct? |
| 11:03:22 | 7 | **A.** I don't have a document on that, no. |
| 11:03:24 | 8 | **Q.** You've seen no document to the military saying that, |
| 11:03:27 | 9 | because the stem is so short, it's difficult to insert deeply |
| 11:03:31 | 10 | in medium and larger ear canals, correct? |
| 11:03:35 | 11 | **A.** I have recollections of discussions with Doug Ohlin in that |
| 11:03:39 | 12 | time frame on the issues we were observing, but I do not have a |
| 11:03:44 | 13 | document I can produce on that. |
| 11:03:45 | 14 | **Q.** Yeah. Let's sharpen that up. Because, I guess when you |
| 11:03:49 | 15 | look at a picture like this, sir, about information like |
| 11:03:53 | 16 | this -- studies being stopped with NRRs you knew the military |
| 11:03:58 | 17 | would find unacceptable, results that were documented that the |
| 11:04:06 | 18 | current length of a plug is too short while you're selling it |
| 11:04:10 | 19 | to the military -- you would like to make sure there's some |
| 11:04:12 | 20 | documentation, right, sir? |
| 11:04:14 | 21 | **A.** We had the documents that we felt were appropriate at that |
| 11:04:20 | 22 | time. |
| 11:04:20 | 23 | **Q.** Okay. The documents you felt were appropriate -- and |
| 11:04:24 | 24 | that's a very interesting statement, sir -- because there are |
| 11:04:28 | 25 | no documents that reflect this information being communicated |