# EXHIBIT K

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS EARPLUG   )   Case No. 3:19md2885
PRODUCTS LIABILITY LITIGATION,  )
                                )   Pensacola, Florida
                                )   April 27, 2021
                                )   7:46 A.M.
_____)

<u>VOLUME XXI</u>
(Pages 1 to 398)

TRANSCRIPT OF TWENTY-FIRST DAY OF JURY TRIAL
BEFORE THE HONORABLE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE, and a jury

<u>**A P P E A R A N C E S**</u>

**FOR THE PLAINTIFFS:**   Aylstock, Witkin, Kreis & Overholtz, PLLC
By:   **BRYAN F. AYLSTOCK**
      *baylstock@awkolaw.com*

      **NEIL D. OVERHOLTZ**
      *noverholtz@awkolaw.com*

      **JENNIFER HOEKSTRA**
      *jhoekstra@awkolaw.com*

   17 E Main Street, Suite 200
   Pensacola, Florida  32502

*Donna L. Boland, RPR, FCRR*
*United States Court Reporter*
*1 N Palafox Street * Pensacola, Florida  32502*
***Donna_Boland@flnd.uscourts.gov***

02:18:54   1   assumption that they are fitting the product consistently with
02:18:58   2   how it was fit in the lab when it was tested.
02:19:00   3   **Q.**   I want to ask a couple of questions about the big poster
02:19:04   4   that says discontinued on it.
02:19:07   5            **MR. WASDIN:**   Donnie, can we pull up D-GEN-107?
02:19:11   6   **BY MR. WASDIN:**
02:19:11   7   **Q.**   Dr. Casali, you've seen sales data for the Combat Arms
02:19:14   8   Version 2 as part of your work in this case, right?
02:19:16   9   **A.**   Some.
02:19:17  10   **Q.**   If we look over --
02:19:19  11            **MR. WASDIN:**   Your Honor, D-GEN-107 was previously
02:19:22  12   admitted.
02:19:22  13            **THE COURT:**   I'm not seeing it.
02:19:25  14            **MR. WASDIN:**   I used it today with --
02:19:27  15            **THE COURT:**   Oh, earlier today.   I just didn't have it
02:19:30  16   noted.   Okay.
02:19:30  17            **MR. WASDIN:**   And, Donnie, I want to go way over to the
02:19:34  18   2016 column on the right.
02:19:36  19   **BY MR. WASDIN:**
02:19:37  20   **Q.**   Dr. Casali, can you see the total dollar sales of Combat
02:19:41  21   Arms Version 2 in 2016?   Is it $75.53?
02:19:46  22   **A.**   Yes.
02:19:46  23   **Q.**   Are you aware that after Version 2 was discontinued by the
02:19:51  24   company subsequent versions of the product were released and
02:19:54  25   marketed, Version 3, Version 4, Version 4.1, et cetera?

```
02:19:59   1   A.  Yes, I'm very familiar with those products and have used
02:20:02   2   them in my research.
02:20:03   3   Q.  Is that a normal evolutionary lifecycle of a product to
02:20:07   4   make something, use it, make something better, introduce new
02:20:11   5   products and new versions down the line?  Is that normal?
02:20:14   6           MR. CARTMELL:  Objection.  Leading.
02:20:16   7           THE COURT:  Overruled.  You can answer.
02:20:18   8           THE WITNESS:  That's -- it's a classic example of
02:20:23   9   continuous improvement process with a product -- when a product
02:20:29  10   matures, and you know what we call the iterative design
02:20:34  11   process.  You know, in human factors engineering, as you're
02:20:37  12   learning about a product particularly something that has to
02:20:40  13   interface with a human, you're improving upon it, you make
02:20:43  14   changes, you introduce new versions of it.
02:20:47  15   BY MR. WASDIN:
02:20:47  16   Q.  And do you think it's important to the companies who make
02:20:50  17   products like earplugs to evaluate their products and from time
02:20:55  18   to time endeavor to make them better?
02:20:57  19   A.  Certainly.
02:20:59  20   Q.  I want to ask a few questions about the flange memo.
02:21:04  21           MR. WASDIN:  Donnie, if we can pull up S-GEN-006 and
02:21:16  22   go one page down into the body of the memo and call out the
02:21:21  23   213015 paragraph.
02:21:23  24   BY MR. WASDIN:
02:21:24  25   Q.  While he's doing that, Dr. Casali, is it your understanding
```