# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, Graham L. Newman hereby moves for admission *pro hac vice* in the above-styled case and in support thereof states the following:

1. I reside in the State of South Carolina. I am not a resident of the State of Florida.

2. I am admitted to practice and am a member in good standing of the Bar of the State of South Carolina (SC Bar #72845). A copy of my certificate of good standing issued by the Supreme Court of South Carolina is attached to this motion as **Exhibit A**.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, I have reviewed the local rules for this district, successfully completed the online Attorney Admission Tutorial (confirmation no.: FLND16321636984975), and reviewed the PACER CM/ECF tutorials.

4. I am submitted to the Clerk the required $208.00 *pro hac vice* admission fee along with this motion.

5. My PACER account is an individual account and is upgraded to NextGen.

6. I am the attorney of record in the following case, among others: <u>Jesse Adams v. 3M Company, et al.</u> (8:20-cv-09101-MCR-GRJ).

WHEREFORE, Graham L. Newman respectfully requests that this Court enter an Order granting this motion to appear pro hac vice and directing the clerk to provide notice of electronic case filings to the undersigned at gnewman@csa-law.com.

                                                Respectfully submitted,

/s/ Graham L. Newman
Graham L. Newman
CHAPPELL, SMITH & ARDEN, P.A.
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
(803) 929-3600
(803) 929-3604 (facsimile)
gnewman@csa-law.com

ATTORNEY FOR PLAINTIFF