# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Camarillorazo*, 7:20cv98 *Finley*, 7:20cv170 *Hensley*, 7:20cv93 *Montero*, 7:20cv67 *Palanki*, 3:19cv2324 *Stelling*, 7:20cv143 *Sloan*, 7:20cv1 *Wayman*, 7:20cv149 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## ORDER

Before the Court is Plaintiffs' Expedited Motion to Authorize Remote Testimony Pursuant to Rule 43(a) From 3M Fact Witnesses Elliot Berger and Brian Myers. Given the pretrial filings and upcoming trial in the Blum case, the Court finds it appropriate to refer the instant motion to United States Magistrate Judge Gary Jones for resolution. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); N.D. Fla. Loc. R. 72.3. Accordingly, this action is hereby referred to Magistrate Judge Gary R. Jones for further proceedings, if necessary, and resolution of the pending motion.

**DONE AND ORDERED** this 10th day of October, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**