# EXHIBIT A

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

_____ Mr. Todd Charles Comeaux _____

whose address is _____ 2354 S Acadian Thrwy Ste C _____

_____ Baton Rouge, LA 70808-2366 _____

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the ____28th____ day of ____April____, ____1995____.

Given over my hand and the Seal of the Louisiana State Bar Association, this ____6th____ day of ____October____, ____2021____.

_____
Executive Director
Louisiana State Bar Association