# State Bar of Michigan

## Certificate of Good Standing

This certifies that Dina M. Zalewski, P77009 of Southfield, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on May 21, 2013 in Macomb County and became a member of the State Bar of Michigan on June 03, 2013.

Janet K. Welch, Executive Director
October 04, 2021