## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG LITIGATION
LIABILITY LITIGATION

This Document Relates to:
*Guillermo Camarillorazo*
Case No. 7:20-cv-00098

*Theodore Finley*
Case No. 7:20-cv-00170

*Carlos Montero*
Case No. 7:20-cv-00067

*Joseph Palanki*
Case No. 3:19-cv-02324

*Carter Stelling*
Case No. 7:20-cv-00143

CASE NO.: 3:19-MD-2885-MCR-GRJ


Chief Judge M. Casey Rodgers
Magistrate Judge Gary Jones

**CONFIDENTIAL - FILED
UNDER SEAL**

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION
## TO PRESERVE *DAUBERT* AND RULE 702 MOTIONS
## AND ARGUMENTS PREVIOUSLY RULED UPON

Defendants submit this response to Plaintiffs' preservation motion out of an abundance of caution. Defendants incorporate their arguments in Defendants' Response To Plaintiffs Omnibus Motion To Exclude Defendants' [Group A] Expert Opinions And Testimony, ECF 1627, and Defendants' Response To Plaintiffs' Omnibus Motion And Memorandum Of Law To Exclude Defendants' Group B

FILED USDC FLND PN
OCT 28 21 PM1:15

1

Expert Opinions And Testimony, ECF 1902, in response to each motion and argument listed in Plaintiffs' preservation motion.  Defendants request that the Court adopt its Group A and Group B *Daubert* orders to the extent those orders denied exclusion of Defendants' experts.  *E.g.*, ECF 1651, 1680, 1690, 1701, 1780, 1910, 1933.

DATED:  October 8, 2021

Respectfully submitted:

*/s/ Charles F. Beall, Jr.*
Larry Hill
Florida Bar No. 173908
lhill@mhw-law.com
Charles F. Beall, Jr.
Florida Bar No. 66494
cbeall@mhw-law.com
Haley J. VanFleteren
Florida Bar No. 1003674
hvanfleteren@mhw-law.com
MOORE, HILL & WESTMORELAND, P.A.
350 West Cedar Street
Maritime Place, Suite 100
Pensacola FL 32502
Telephone: (850) 434-3541

*/s/ Robert C. "Mike" Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mnomellini@kirkland.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding,*

*LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

Pursuant to Local Rule 7.1(F) and this Court's direction, counsel for Defendants certify that this memorandum contains 103 words, excluding the case style, tables of contents and authorities, signature block, and certificates of compliance with the Local Rules.

Dated:  October 8, 2021                    Respectfully submitted,


*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants*
*3M Company,*
*3M Occupational Safety LLC,*
*Aearo Technologies LLC,*
*Aearo Holding, LLC,*
*Aearo Intermediate, LLC and*
*Aearo LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 8, 2021, a true and correct copy of the foregoing:

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO PRESERVE GENERAL *DAUBERT* MOTIONS PREVIOUSLY RULED UPON

was served as follows:

☒      **[E-Mail]** By causing the above document to be sent via electronic mail to the parties at the email addresses listed below. I am aware that service is presumed invalid if the email transmission is returned as undeliverable.

| | |
|---|---|
| Bryan F. Aylstock, Lead Counsel<br>Douglass A. Kreis<br>Neil D. Overholtz<br>Jennifer M. Hoekstra<br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>17 East Main Street Suite 200<br>Pensacola, FL 32502<br>Tel.: (850) 202-1010<br>Email: baylstock@awkolaw.com<br>Email: dkreis@awkolaw.com<br>Email: noverholtz@awkolaw.com<br>Email: jhoekstra@awkolaw.com<br><br>*Counsel for Plaintiff Guillermo Camarillorazo*<br>Case No. 7:20-cv-00098<br><br>*Counsel for Plaintiff Theodore Finley*<br>Case No. 7:20-cv-00170<br><br>*Counsel for Plaintiff Carlos Montero*<br>Case No. 7:20-cv-00067<br><br>*Counsel for Plaintiff Joseph Palanki*<br>Case No. 3:19-cv-02324 | Shelley V. Hutson, Co-Lead Counsel<br>Emily B. Marlow<br>Marcela J. Arevalo<br>Clark, Love & Hutson, GP<br>440 Louisiana Street<br>Suite 1600<br>Houston, TX 77002<br>Tel.: (713) 757-1400<br>Email: shutson@triallawfirm.com<br>Email: emarlowe@triallawfirm.com<br>Email: bgreif@triallawfirm.com<br>Email: marevalo@triallawfirm.com<br><br>*Counsel for Plaintiff Guillermo Camarillorazo*<br>Case No. 7:20-cv-00098<br><br>*Counsel for Plaintiff Joseph Palanki*<br>Case No. 3:19-cv-02324 |

| | |
|---|---|
| *Counsel for Plaintiff Carter Stelling*<br>Case No. 7:20-cv-00143 | |
| Christopher A. Seeger, Co-Lead Counsel<br>David R. Buchanan<br>Caleb A. Seeley<br>Maxwell H. Kelly<br>Parvin K. Aminolroaya<br>Seeger Weiss LLP<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660<br>Tel.: (212) 584-0700<br>Email: cseeger@seegerweiss.com<br>Email: dbuchanan@seegerweiss.com<br>Email: cseeley@seegerweiss.com<br>Email: mkelly@seegerweiss.com<br>Email: paminolroaya@seegerweiss.com<br>Email: MDL2885@seegerweiss.com<br><br>*Counsel for Plaintiff Carter Stelling*<br>Case No. 7:20-cv-00143 | Michael A. Burns, Co-Liaison Counsel<br>Caroline L. Maide<br>Mostyn Law Firm<br>3810 W. Alabama Street<br>Houston, TX  77027<br>Tel.: (713) 714-0000<br>Email: epefile@mostynlaw.com<br>Email: maburns@mostynlaw.com |
| Evan D. Buxner,<br>Plaintiffs' Executive Committee<br>Gori Julian & Associates<br>156 North Main Street<br>Edwardsville, IL 62025<br>Tel.: (618) 659-9833<br>Email: evan@gorijulianlaw.com | Brian H. Barr, Co-Liaison Counsel<br>Winston Troy Bouk<br>Troy A. Refferty<br>Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A.<br>316 S Baylen St. Ste 600<br>Pensacola, FL 32502<br>Tel.: (850) 435-7045<br>Email: bbarr@levinlaw.com<br>Email: tbouk@levinlaw.com<br>Email: trafferty@levinlaw.com |
| Keith M. Jensen<br>Keith M. Jensen PC<br>1024 N. Main Street | Thomas W. Pirtle<br>Buffy K. Martines<br>Laminack Pirtle & Martines |

| | |
|---|---|
| Fort Worth, TX 76105<br>Tel.: (817) 334-0762<br>Email: kj@jensen-law.com<br><br>*Counsel for Plaintiff Guillermo Camarillorazo*<br>Case No. 7:20-cv-00098 | 5020 Montrose Blvd, 9th Fl.<br>Houston, TX 77006<br>Tel.: (713) 292-2750<br>Email: tomp@lpm-triallaw.com<br>Email: buffym@lpm-triallaw.com<br><br>*Counsel for Plaintiff Guillermo Camarillorazo*<br>Case No. 7:20-cv-00098 |
| Jonathan M. Sedgh<br>Panagiotis V. Albanis<br>Paul J. Pennock<br>Morgan & Morgan<br>850 3rd Avenue, Suite 402<br>Brooklyn, NY 11232<br>Tel.: (212) 738-6839<br>Email: jsedgh@forthepeople.com<br>Email: palbanis@forthepeople.com<br>Email: ppennock@forthepeople.com<br><br>*Counsel for Plaintiff Guillermo Camarillorazo*<br>Case No. 7:20-cv-00098 | Katherine L. Cornell<br>Pulasaki Law Firm<br>2925 Richmond Avenue, Suite 1725<br>Houston, TX 77098<br>Tel.: (713) 664-4555<br>Email: kcornell@pulaskilawfirm.com<br><br>*Counsel for Plaintiff Guillermo Camarillorazo*<br>Case No. 7:20-cv-00098 |
| Thomas J. Henry<br>Roger L. Turk<br>Thomas J. Henry Law PLLC<br>521 Starr Street<br>Corpus Christi, TX 78401<br>Tel.: (361) 985-0600<br>Email: tjh.3m@thomasjhenrylaw.com<br>Email: rlt.3m@thomasjhenrylaw.com<br><br>*Counsel for Plaintiff Theodore Finley*<br>Case No. 7:20-cv-00170 | Nicole Corinne Berg<br>Ashley Barriere<br>Kathryn Lee Couey<br>Keller Lenkner LLC<br>150 N. Riverside Plaza<br>Suite 4270<br>Chicago, IL 60606<br>Tel.: (312) 741-5220<br>Email: ncb@kellerlenkner.com<br>Email: ashley.barriere@kellerlenkner.com<br>Email: kathryn.couey@kellerlenkner.com<br><br>*Counsel for Plaintiff Carlos Montero* |

|  | Case No. 7:20-cv-00067 |
|---|---|
| Alexandra M. Walsh<br>1050 Connecticut Avenue<br>Suite 500<br>Washington, DC 20036<br>Tel.: (202) 780-4127<br>Email: awalsh@alexwalshlaw.com<br><br>*Counsel for Plaintiff Carlos Montero*<br>Case No. 7:20-cv-00067 | Jason M. Milne<br>Clark Love & Hutson<br>757 W. Meadow Side Drive<br>Saratoga Springs, UT 84045<br>Tel.: (385) 447-1041<br>Email: jmilne@triallawfirm.com<br><br>Counsel for Plaintiff Joseph Palanki<br>Case No. 3:19-cv-02324 |
| Matthew S. Hosen<br>Quinn Emanuel Urquhart<br>1109 1st Avenue, Suite 210<br>Seattle, WA 98101<br>Tel.: (206) 905-7000<br>Email: matthosen@quinnemanuel.com<br><br>*Counsel for Plaintiff Joseph Palanki*<br>Case No. 3:19-cv-02324 | Muhammad S. Aziz<br>Abraham Watkins Nichols<br>800 Commerce Steet<br>Houston, TX 77055<br>Tel.: (713) 222-7211<br>Email: jdean@abrahamwatkins.com<br><br>*Counsel for Plaintiff Joseph Palanki*<br>Case No. 3:19-cv-02324 |

DATED:  October 8, 2021                    */s/ Robert C. Brock*
                                           Robert C. "Mike" Brock