UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| | Judge M. Casey Rodgers |
| This Document Relates to: *Camarillorazo, 7:20-cv-00098* *Finley, 7:20-cv-00170* *Montero, 7:20-cv-00067* *Palanki, 3:19-cv-02324* *Stelling, 7:20-cv-00143* | Magistrate Judge Gary R. Jones |
| | [FILED UNDER SEAL] |

### PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO PRESERVE *DAUBERT* AND RULE 702 MOTIONS AND ARGUMENTS PREVIOUSLY RULED UPON

On September 17, 2021, Defendants 3M Company and Aearo (collectively, "Defendants") filed a Motion to Preserve *Daubert* and Rule 702 Motions and Arguments Previously Ruled Upon ("Preservation Motion"). Doc. 2041. In their Preservation Motion, Defendants list certain *Daubert* motions they made previously with respect to the Group A and B bellwether cases (upon which this Court has previously ruled) they wish to preserve with respect to the Group C bellwether cases.[1] *Id.* at 1-5. Defendants incorporate arguments on each listed motion by reference to Defendants' Omnibus Motion to Exclude Plaintiffs' [Group A] Putative

---

[1] Defendants seek to preserve certain listed motions the Court previously denied, as well as certain motions the Court previously granted in whole or in part. Doc. 2041 at 1.


FILED USDC FLND PN
OCT 8 '21 PM1:15

Expert Opinions Under *Daubert* and Rule 702 and Incorporated Memorandum in Support Thereof filed under seal on January 8, 2021 (Doc. 1606) and Defendants' Omnibus Motion to Exclude Plaintiffs' [Group B] Putative Expert Opinions Under *Daubert* and Rule 702 and Incorporated Memorandum filed under seal on August 6, 2021 (Doc. 1864). Defendants also identify which of these previous motions are made against new experts, or existing experts making new arguments, that Plaintiffs have designated for the Group C bellwether cases. Doc. 2041, at 2-5.

Cognizant that the Court does not want additional argument concerning *Daubert* challenges that were already decided in the Group A and B bellwether cases, Plaintiffs respond to Defendants' Preservation Motion by incorporating by reference Plaintiffs' [Group A] Omnibus Response in Opposition to Defendants' Omnibus Motion to Exclude Plaintiffs' Putative Expert Opinions Under *Daubert* and Rule 702 and Incorporated Memorandum in Support Thereof dated January 22, 2021 (Docs. 1630, 1631) and Plaintiffs' [Group B] Omnibus Response in Opposition to Defendants' Omnibus Motion to Exclude Plaintiffs' Putative Expert Opinions Under *Daubert* and Rule 702 and Incorporated Memorandum dated August 27, 2021 (Doc. 1902), which fully respond to each of the arguments Defendants seek to preserve here. This is done to make sure the record is clear for appellate purposes. Further, to the extent Defendants' Preservation Motion references, relates to, and/or incorporates arguments made in Defendants' Omnibus Motion to Exclude Plaintiffs'

Group C Putative Expert Opinions under *Daubert* and Rule 702 and Incorporated Memorandum dated September 17, 2021 (Doc. 2042), Plaintiffs incorporate by reference their omnibus response in opposition to same, which bears today's date and is filed simultaneously herewith.

Finally, to the extent Defendants argue for preservation purposes that the specific causation opinions of Dr. Spankovich regarding each of Camarillorazo, Finley, and Stelling, as well as Dr. Lustig regarding Palanki, are somehow flawed because these experts "did not fit the Plaintiff with the CAEv2 or measure the Plaintiff's ear canals," Doc. 2041 at 5, Plaintiffs respond for preservation purposes that Defendants' argument is one the Court has rejected multiple times and should reject again. As the Court previously held, "[t]he absence of formal measurements of [a plaintiff's] ear canal or evaluations of [the plaintiff's] ear anatomy with the CAEv2 inserted may bear on the weight of the doctors' opinions, but not admissibility." Doc. 1910 at 43-44; *see, e.g.*, *McCombs v. 3M*, 7:20cv094, Doc. 64 at 6 (stating that an "evaluat[ion] [of a plaintiff's] ear anatomy both with and without the CAEv2 inserted" is "not a necessary component of" a reliable differential etiology.). Further, to the extent Defendants attempt to assert any new arguments via their Preservation Motion, any such arguments are improper and should be rejected by the Court.

DATED:     October 8, 2021            Respectfully submitted,

/s/ *Bryan F. Aylstock*
Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com
***Plaintiffs' Lead Counsel***

Shelley V. Hutson, Co-Lead Counsel
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
CLARK, LOVE & HUTSON, PLLC
440 Louisiana Street, Suite 1700
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com
***Plaintiffs' Co-Lead Counsel***

Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
SEEGER WEISS LLP
77 Water Street, 8th Floor
New York, NY 10005
Tel.: (212) 587-0700
cseeger@seegerweiss.com
***Plaintiffs' Co-Lead Counsel &***
***Counsel for Plaintiff Carter Stelling***

Keith M. Jensen
Texas Bar No. 10646600
JENSEN & ASSOCIATES
1024 N. Main Street
Fort Worth, TX 76164
817-334-0762
kj@jensen-law.com
***Counsel for Plaintiff Guillermo Camarillorazo***

Russell W. Endsley
Texas State Bar No. 24026824
Roger L. Turk
Texas State Bar No. 00788561
THOMAS J. HENRY LAW, PLLC
521 Starr Street
Corpus Christi, TX 78401
361-985-0600
361-985-0601 (fax)
Rwe.3m@thomasjhenry.com
Rlt.3m@thomasjhenry.com
***Counsel for Plaintiff Theodore Finley***

Muhammad S. Aziz
(Admitted Pro Hac Vice)
Texas Bar No. 24043538
ABRAHAM WATKINS NICHOLS, AGOSTO, AZIZ & STOGNER
800 Commerce Street
Houston, TX 77055
713-222-7211
713-225-0827 (fax)
maziz@awtxlaw.com
***Counsel for Plaintiff Joseph Palanki***

5

        Nicole Berg
        Illinois State Bar No. 6305464
        (Admitted Pro Hac Vice)
        KELLER LENKNER, LLC
        150 N. Riverside Plaza, Suite 4270
        Chicago, IL 60606
        312-741-5220
        ncb@kellerlenkner.com
        ***Counsel for Plaintiff Carlos Montero***

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

I hereby certify that this motion complies with the word limit of Local Rule 7.1(F) and contains 590 words.

                                                    */s/ Bryan F. Aylstock*

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2021, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

                                                    */s/ Bryan F. Aylstock*