**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No.: 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No.3, and the Northern District of Florida Local Rule 11.1, I, J. Ryan Kral, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Alabama and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Alabama. A copy of a Certificate of Good Standing from the State of Alabama dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16339875525121 and completed the CM/ECF Online Tutorials.

4. J. Ryan Kral has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. J. Ryan Kral has upgraded his PACER account to "NextGen."

6. Movant represents Plaintiffs in the following action(s): Wright, Antonio J. v. 3M Earplugs, 3:19-cv-01481-MCR-GRJ and Germain, Bryant D. v. 3M Earplugs; 3:19-cv-01524-MCR-GRJ.

WHEREFORE, J. Ryan Kral respectfully request that this Court enter an Order granting J. Ryan Kral of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., *pro hac vice* in this case.

Respectfully submitted this the 12th day of October 2021.

/s/J. Ryan Kral
J. RYAN KRAL
ASB-9669-N70K

Attorney for Plaintiff

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
ASB-9669-N70K
Post Office Box 4160
Montgomery, Alabama 36103-4160
(800) 898-2034 telephone
(334) 954-7555 facsimile
Ryan.Kral@BeasleyAllen.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 12th day of October 2021.

s/J. Ryan Kral_____<br>J. Ryan Kral