**Alabama State Bar**

415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101



STATE OF ALABAMA

COUNTY OF MONTGOMERY

I, Terri B. Lovell, Secretary of the Alabama State Bar and custodian of its records, hereby certify Jon Ryan Kral has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that Jon Ryan Kral was admitted to the Alabama State Bar on September 30, 2011. I further certify that said attorney is presently a member in good standing of the Alabama State Bar, having met all licensing/dues requirements for the year ending September 30, 2021. (License Fees and special membership dues are payable between October 1 and October 31, 2021.)

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 1st day of October 2021.

Terri B. Lovell, Secretary



P: 334-269-1515     F: 334-261-6310     ALABAR.ORG