**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No.: 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No.3, and the Northern District of Florida Local Rule 11.1, I, Trisha M. Green, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Alabama and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the States of Alabama, Missouri and Kentucky. A copy of a Certificate of Good Standing from the State of Alabama dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16339840755120 and completed the CM/ECF Online Tutorials.

4. Trisha M. Green has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Trisha M. Green has upgraded her PACER account to "NextGen."

6. Movant represents Plaintiffs in the following action(s): Wright, Antonio J. v. 3M Earplugs, 3:19-cv-01481-MCR-GRJ and Germain, Bryant D. v. 3M Earplugs; 3:19-cv-01524-MCR-GRJ.

WHEREFORE, Trisha M. Green respectfully request that this Court enter an Order granting Trisha M. Green of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., *pro hac vice* in this case.

Respectfully submitted this the 12th day of October 2021.

/s/Trisha M. Green
TRISHA M. GREEN
ASB-7386J631

Attorney for Plaintiff

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
ASB-7386J631
Post Office Box 4160
Montgomery, Alabama 36103-4160
(800) 898-2034 telephone
(334) 954-7555 facsimile
Trisha.Green@beasleyallen.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 12th day of October 2021.

/s/Trisha M. Green_____
TRISHA M. GREEN