## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Carter Stelling v. 3M Company*<br>Civil Docket No. 7:20-cv-00143 | Case No. 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### NOTICE OF APPEARANCE
### ON BEHALF OF PLAINTIFF CARTER STELLING

**PLEASE TAKE NOTICE** that BRANDON L. BOGLE of the law firm of Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A., hereby enters his appearance in the Master Docket, pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Bogle is counsel for Plaintiff in this action, *Stelling v. 3M Company*, Case No. 7:20-cv-00143.

Counsel is admitted in the Northern District of Florida and has complied with all requirements for appearing and filing in this District. Counsel has fulfilled the administrative requirements outlined in Pretrial Order No. 3. Counsel accordingly requests that all further papers and pleadings in this action be served upon him at the address listed below.

1

Respectfully submitted this 13th day of October, 2021.

/s/ Brandon L. Bogle
Brandon L. Bogle, Esquire
Florida Bar Number: 52624
Levin, Papantonio, Rafferty, Proctor,
  Buchanan, O'Brien, Barr & Mougey, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL  32502
(850) 435-7043 Telephone
(850) 436-6080 Facsimile
bbogle@levinlaw.com

## Certificate of Service

I HEREBY CERTIFY this 13th day October, 2021, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

/s/ Brandon L. Bogle
Brandon L. Bogle