# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*All Cases* | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the mailing and physical address of the law office of Bighorn Law, LLC has changed as follows:

Kimball Jones, Esq.
**BIGHORN LAW, LLC**
3675 West Cheyenne Avenue
Suite 100
North Las Vegas, NV 89032
(702) 333-1111
kimball@bighornlaw.com
evelyn@bighornlaw.com

For purposes of service of notices, correspondence, and documents in the above-captioned case, please amend your service list accordingly. Counsel's email addresses remain unchanged.

1

DATE:   October 13, 2021                    Respectfully submitted,

                                                                                BIGHORN LAW, LLC

*/s/ Kimball Jones*
Kimball Jones, Esq.
3675 West Cheyenne Avenue
Suite 100
North Las Vegas, NV 89032
(702) 333-1111
kimball@bighornlaw.com
evelyn@bighornlaw.com

*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on October 13, 2021, a true and correct copy of the foregoing was filed and served via CM/ECF on all counsel of record.

                By:    */s/ Kimball Jones*
                           Kimball Jones, Esq.