**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR PRO HAC VICE**

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, Eric R. Nowak hereby moves this Court for an Order for admission to practice *pro hac vice* in the above styled case, and in support thereof state as follows:

1.     Movant resides in Louisiana and is not a resident of the State of Florida.

2.     Movant is admitted to practice and is a member of good standing of the bar of the State of Louisiana. A copy of a Certificate of Good Standing from the State of Louisiana dated within 30 days of this Motion is attached hereto as Exhibit "A" and made a part hereof.

3.     Pursuant to Pretrial Order No. 3 and Local Rule 11. 1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16330457125071**, and the CM/ECF online tutorial.

4.     Movant has submitted simultaneously with the filing of this motion the required $208.00 *pro hac vice* admission fee.

1

5.      Movant has upgraded his PACER account to "NextGen.

6.      At this time, Movant is the attorney of record for the plaintiffs in the related

cases MDL cases identified below:

| Plaintiff | Civil Case No. |
|---|---|
| *Lisa Banks v 3M Company et al.* | 8:20-cv-33450-MCR-GRJ |
| *Andrew Degrand v 3M Company et al.* | 8:20-cv-33464-MCR-GRJ |
| *Isaac Gentry v 3M Company et al.* | 8:20-cv-33480-MCR-GRJ |
| *Jefffrey Hall v 3M Company et al.* | 8:20-cv-33488-MCR-GRJ |
| *David Masterson v 3M Company et al.* | 8:20-cv-33503-MCR-GRJ |
| *Kyle McWethy v 3M Company et al.* | 8:20-cv-33507-MCR-GRJ |
| *Joshua Mitchell v 3M Company et al.* | 8:20-cv-33511-MCR-GRJ |
| *Daniel Schaub v 3M Company et al.* | 8:20-cv-33534-MCR-GRJ |
| *Alexander Silveira v 3M Company et al.* | 8:20-cv-33543-MCR-GRJ |
| *Luther Young v 3M Company et al.* | 8:20-cv-33555-MCR-GRJ |

WHEREFORE, Eric R. Nowak requests that this Court enter an order granting this

Motion to Appear *Pro Hac Vice* and direct the clerk to provide notice of Electronic Case

Filings to the undersigned.

Dated: October 13, 2021              Respectfully Submitted,

                                          */s/ Eric R. Nowak*
                                          Eric R. Nowak (#27025)
                                          HARRELL & NOWAK, LLC
                                          909 Poydras Street, Suite 1600
                                          New Orleans, Louisiana 70112
                                          Telephone: (504) 522-7885
                                            Facsimile: (504) 528-3131
                                          enowak@hnjutice.com
                                          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on October 13, 2021, the foregoing

was electronically filed with the Clerk of Court using the CM/ECF system, which will send

notification of such filing to all CM/ECF participants, including all counsel of record.

/s/ Eric R. Nowak
Eric R. Nowak (#27025)
HARRELL & NOWAK, LLC
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 522-7885
Facsimile: (504) 528-3131
enowak@hnjutice.com
Attorney for Plaintiff