# EXHIBIT A

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

Mr. Eric Reed Nowak

whose address is  909 Poydras St Ste 1600

New Orleans, LA 70112

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the ___6th___ day of ___October___, ___2000___.

Given over my hand and the Seal of the Louisiana State Bar Association, this ___4th___ day of ___October___, ___2021___.

*Executive Director*
*Louisiana State Bar Association*