# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to all Cases: | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## **REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on ___September 29, 2021___

Motion/Pleadings: MOTION TO APPEAR *PRO HAC VICE*.
Filed by  Emily B. Ashe         on  September 29, 2021  Doc. #'s 2124
RESPONSE:

_____on _____ Doc. #'s
_____ Stipulated    _____ Joint Pleading
_____ Unopposed    _____ Consented

                                        JESSICA J. LYUBLANOVITS
                                        CLERK OF COURT
                                        /s/ *Donna Bajzik*
                                        Deputy Clerk:     Donna Bajzik

---

      On consideration, the motion is DENIED without prejudice for failure to identify any individual case in which counsel appears as attorney of record. *See* ECF No. 86, ¶ II.

      **DONE** and **ORDERED** this 15th day of October, 2021.

                                              *M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **UNITED STATES DISTRICT JUDGE**