# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to all Cases: | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on __October 1, 2021__

Motion/Pleadings: **MOTION TO APPEAR *PRO HAC VICE*.**
Filed by  Joel A. Nash   on  October 1, 2021   Doc. #'s 2151
RESPONSE:
_____ on _____  Doc. #'s
_____ Stipulated      _____ Joint Pleading
_____ Unopposed    _____ Consented

       JESSICA J. LYUBLANOVITS
       CLERK OF COURT
       */s/ Donna Bajzik*
       Deputy Clerk:     Donna Bajzik

On consideration, the motion is DENIED without prejudice for failure to provide the required Certificate of Good Standing.

**DONE** and **ORDERED** this 15th day of October, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**