UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document Relates to all Cases: | Case No. 3:19md2885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   September 30, 2021

Motion/Pleadings: MOTION TO APPEAR *PRO HAC VICE*.
Filed by  Ashlee Edwards Winkler   on  September 30, 2021  Doc. #'s 2134
RESPONSE:
                                              on                          Doc. #'s

____ Stipulated       ____ Joint Pleading
____ Unopposed        ____ Consented

                    JESSICA J. LYUBLANOVITS
                    CLERK OF COURT
                    /s/ *Donna Bajzik*
                    Deputy Clerk:    Donna Bajzik

On consideration, the motion is DENIED without prejudice for failure to provide the required Certificate of Good Standing dated within 30 days of filing the motion.

**DONE** and **ORDERED** this 15th day of October, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**