UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to all Cases: | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   October 1, 2021

Motion/Pleadings: MOTION TO APPEAR *PRO HAC VICE*.
Filed by  Lewis James Wood     on  October 1, 2021   Doc. #'s 2148
RESPONSE:
                                            on                          Doc. #'s

☐ Stipulated   ☐ Joint Pleading
☐ Unopposed   ☐ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Donna Bajzik*
Deputy Clerk:     Donna Bajzik

On consideration, the motion is DENIED without prejudice for failure to identify any individual case in which counsel appears as attorney of record. *See* ECF No. 86, ¶ II.

**DONE** and **ORDERED** this 15th day of October, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**