UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER

Pending before the Court are the following Motions for Admission *Pro Hac Vice* seeking leave to appear as counsel for parties in matters pending before this Court associated with In Re: 3M Combat Arms Earplug Products Liability Litigation, Case No. 3:19-md-2885:

- ECF No. 2094, filed by attorney Sheila M. Bossier with the law firm Bossier & Associates, PLLC;

- ECF No. 2096, filed by attorney Karen Lawrence Puccio with the law firm Degaris Wright McCall;

- ECF Nos. 2097, 2098, filed by attorneys Patrick M. Dennis and Michael Patrick Doyle with the law firm Doyle LLP;

- ECF Nos. 2099, 2100, filed by attorneys Brian Beckcom and Joseph Tennant with the law firm VB Attorneys;

- ECF No. 2102, filed by attorney Jonathan M. Ashton with the law firm Gallon, Takacs & Boissoneault, Co., LPA;

- ECF No. 2103, filed by attorney Martin A. Ramey with the law firm Rhine Law Firm, PC;

- ECF No. 2105, filed by attorney Paul Scott with the law firm Brown, Readdick, Bumgartner, Carter, Strickland & Watkins, LLP;

- ECF No. 2110, filed by attorney Kevin M. Fitzgerald with the law firm Fitzgerald Law Group, LLC;

- ECF No. 2112, filed by attorney Anne McClain Sidrys with the law firm Kirkland & Ellis LLP;

- ECF No. 2114, filed by attorney Theresa A. Lynn with the law firm Burwell Nebout Trial Lawyers;

- ECF No. 2115, filed by attorney Hunter J. Norton with the law firm Kirkland & Ellis LLP;

- ECF No. 2119, filed by attorney Michael Noonan with the law firm Shaheen & Gordon, P.A.;

- ECF No. 2120, filed by attorney Joseph J. Fantini with the law firm Rosen Injury Lawyers;

- ECF No. 2121, filed by attorney Claire E. Berg with the law firm Gainsburgh Benjamin David Meunier & Warshauer, LLC;

- ECF No. 2122, filed by attorney Robert T. Naumes, Jr. with the law firm Law Offices of Jeffrey S. Glassman, LLC;

- ECF No. 2123, filed by attorney Julie E. Lamkin with the law firm Law Offices of Jeffrey S. Glassman, LLC;

- ECF No. 2125, filed by attorney Matthew Palmer Lambert with the law firm Gainsburgh Benjamin David Meunier & Warshauer, LLC;

- ECF No. 2127, filed by attorney Colleen A. Cavanagh with the law firm Kirkland & Ellis LLP;

- ECF No. 2128, filed by attorney Kyle C. Usner with the law firm Hair Shunnarah Trial Attorneys;

- ECF No. 2129, filed by attorney Jason L. Nabors with the law firm Nabors Law Firm;

- ECF No. 2130, filed by attorney Stephen J. Randall with the law firm Randall & Schumacher, P.A.;

- ECF No. 2131, filed by attorney Randi Kassan with the law firm Milberg Coleman Bryson Phillips Grossman, PLLC;

- ECF No. 2132, filed by attorney Laura B. Danielson with the law firm Gruel Mills Nims & Plyman PLLC;

- ECF No. 2133, filed by attorney Brian D. Schall with the law firm Kelley & Ferraro, LLP;

- ECF No. 2135, filed by attorney Sara Roitman with the law firm Dechert LLP;

- ECF No. 2136, filed by attorney Mark Murphy with the law firm Murphy Law Group, P.C.;

- ECF No. 2137, filed by attorney Kasdin M. Mitchell with the law firm Kirkland & Ellis LLP;

- ECF No. 2138, filed by attorney Erin C. Johnston with the law firm Kirkland & Ellis LLP;

- ECF No. 2139, filed by attorney Matthew Steinberg with the law firm Dechert LLP;

- ECF No. 2140, filed by attorney Stacey G. Pagonis with the law firm Kirkland & Ellis LLP;

- ECF No. 2141, filed by attorney Aleschia D. Hyde with the law firm Kirkland & Ellis LLP;

- ECF No. 2142, filed by attorney Levi M. Plesset with the law firm Milstein, Jackson, Fairchild & Wade LLP;

- ECF NO. 2145, filed by attorney David L. Friend with the law firm Hissey, Mulderig & Friend PLLC;

- ECF No. 2146, filed by attorney Gregory D. Brown with the law firm Fleming Nolen & Jez, LLP;

- ECF No. 2147, filed by attorney Christopher A. Moore with the law firm Clark, Love & Hutson, PLLC;

- ECF No. 2152, filed by attorney Gary A. Anderson with the law firm Environmental Litigation Group, P.C.;

- ECF No. 2153, filed by attorney Terence J. Sweeney with the Law Offices of Terence Sweeney;

- ECF No. 2154, filed by attorney Bradley L. Leger with the law firm Leger Ketchum & Cohoon, PLLC;

- ECF No. 2155, filed by attorney Rodney K. Castille with the law firm Leger Ketchum & Cohoon, PLLC;

- ECF No. 2156, filed by attorney John R. Mayer with the law firm John R. Mayer, APLC;

- ECF No. 2157, filed by attorney Steven D. Cohn with the law firm Chaffin Luhana LLP;

- ECF No. 2158, filed by the attorney Fatima Abuzerr with Moll Law Group;

- ECF No. 2159, filed by the attorney Michael T. Gallagher with The Gallagher Law Firm;

The motions demonstrate that these attorneys are members of good standing of the bar associations of their respective states, as stated on the certificates of good standing dated within 30 days of filing the motions; have successfully completed the computer-based tutorials for the local rules of this Court and CM/ECF; and have also paid the required admission fee.  Having fully reviewed the matter the Court finds

Case 3:19-md-02885-MCR-HTC   Document 2214   Filed 10/15/21   Page 6 of 6

Page 6 of 6

that the requirements of the Court's local rules have been satisfied, *see* N.D. Fla. Loc. R. 11.1 and the following motions are due to be granted.

Accordingly:

1. The Motions for *Pro Hac Vice*, ECF Nos. 2094, 2096, 2097, 2098, 2099, 2100, 2102, 2103, 2105, 2110, 2112, 2114, 2115, 2119, 2120, 2121, 2122, 2123, 2125, 2127, 2128, 2129, 2130, 2131, 2132, 2133, 2135, 2136, 2137, 2138, 2139, 2140, 2141, 2142, 2145, 2146, 2147, 2152, 2153, 2154, 2155, 2156, 2157, 2158, and 2159 are **GRANTED**.

**DONE** and **ORDERED** on this 15th day of October 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**