**UNITED STATES DISTICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Cases | Case No. 3:19-md-2885 |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rules 11.1, Kenneth J. Wink, Jr. hereby moves this Court for an Order for Admission Pro Hac vice in the above-styled case, and in support states as follows:

1. Movant resides in Louisiana and is not a resident of the State of Florida;

2. Movant is admitted to practice and is a member in good standing of the Bar of the State of Louisiana (LA Bar No. 37921);

3. Movant submits a copy of a Certificate of Good Standing from Louisiana Supreme Court dated within 30 days of this motion and is attached hereto as Exhibit A;

4. Movant successfully completed the online Local Rules tutorial exam and the CM/ECF Online tutorial, Confirmation Number FLND16312921884875, as required by Local Rule 11.1;

5. Movant has submitted to the Clerk the required $208.00 pro hac vice admission fee;

6. Movant maintains an upgraded PACER account;

7. Movant is the attorney of record in 3:19-cv-01523 Daniel Woods

WHEREFORE, Movant respectfully request this Court to enter an Order granting this Motion to Appear Pro Hac Vice and directing the clerk to provide notice of electronic case filings to the undersigned.

Dated: October 15, 2021

    Respectfully Submitted,

    /s/ Kenneth J. Wink, Jr.\_\_\_\_
    MURRAY LAW FIRM
    LA Bar No. 27921
    701 Poydras Street, Suite 4250
    New Orleans, Louisiana 70139
    P: (504) 525-8100
    F: (504) 584-5249
    kwink@murrray-lawfirm.com