# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | Case No. 3:19md2885 |
| | Judge M. Casey Rodgers |
| This Document Relates to All cases | |
| | Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 (ECF No. 4), Case Management Order 1, and the Northern District of Florida Local Rules 11.1, Triel D. Culver ( "Movant") of the law firm of Edwards & Culver, 1648 Poly Drive, Ste. 206, Billings, MT 59102, respectfully moves for admission *pro hac vice* in the above styled case, and in support thereof states as follows:

1. Movant resides in Bozeman, Montana and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice and is a member in good standing of the bar for the State of Montana.

4. A copy of a Certificate of Good Standing from the State of Bar of Montana, dated within 30 days of this motion, is attached as "Exhibit A."

5. Movant certifies that he has successfully completed both the online Local Rules tutorial exam (confirmation number FLND **16343287215138**) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

1

6. Movant has remitted simultaneously with the filing of the motion the Court's $208.00 *pro hac vice* admission fee.

7. Movant has updated his PACER account to "NextGen."

8. Movant is the attorney of record in the related case identified Joshua C. George; Cause No: 9:20-cv-04395-MRC-GRJ.

WHEREFORE, Triel D. Culver respectfully requests that this Court enter an Order granting this motion to appear pro hac vice and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

DATED this 15th day of October, 2021.

By: */s/ Triel D. Culver*
Triel D. Culver
EDWARDS & CULVER
1648 Poly Drive, Suite 206
Billings, MT 59102
Triel@edwardslawfirm.org
Phone: 406-256-8155
Fax:  406-256-8155
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 15th day of October, 2021, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

By: */s/ Triel D. Culver*
Triel D. Culver
EDWARDS & CULVER
1648 Poly Drive, Suite 206
Billings, MT 59102
Triel@edwardslawfirm.org
Phone: 406-256-8155
Fax:  406-256-8155
Attorney for Plaintiff
