# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, October 18, 2021 7:09 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Monday, October 18, 2021 12:08:01 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 10/18/2021 at 8:07 AM EDT and filed on 10/18/2021
**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:** [MDL No. 2885](MDL No. 2885)
**Filer:**
**Document Number:** [1438](1438)

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-122) - 8 action(s)** *re: pldg. ([1420] in MDL No. 2885, 1 in MN/0:21-cv-02190, 1 in MN/0:21-cv-02191, 1 in MN/0:21-cv-02192, 1 in MN/0:21-cv-02193, 1 in MN/0:21-cv-02195, 1 in MN/0:21-cv-02196, 1 in MN/0:21-cv-02197, 1 in MN/0:21-cv-02199)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/18/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02190, MN/0:21-cv-02191, MN/0:21-cv-02192, MN/0:21-cv-02193, MN/0:21-cv-02195, MN/0:21-cv-02196, MN/0:21-cv-02197, MN/0:21-cv-02199 (JC)**

**Case Name:** Nasal v. 3M Company et al

| | |
|---|---|
| **Case Number:** | MN/0:21-cv-02192 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-122) - 8 action(s)** *re: pldg. ( [1420] in MDL No. 2885, 1 in MN/0:21-cv-02190, 1 in MN/0:21-cv-02191, 1 in MN/0:21-cv-02192, 1 in MN/0:21-cv-02193, 1 in MN/0:21-cv-02195, 1 in MN/0:21-cv-02196, 1 in MN/0:21-cv-02197, 1 in MN/0:21-cv-02199)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/18/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02190, MN/0:21-cv-02191, MN/0:21-cv-02192, MN/0:21-cv-02193, MN/0:21-cv-02195, MN/0:21-cv-02196, MN/0:21-cv-02197, MN/0:21-cv-02199 (JC)**

| | |
|---|---|
| **Case Name:** | Moua v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02193 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-122) - 8 action(s)** *re: pldg. ( [1420] in MDL No. 2885, 1 in MN/0:21-cv-02190, 1 in MN/0:21-cv-02191, 1 in MN/0:21-cv-02192, 1 in MN/0:21-cv-02193, 1 in MN/0:21-cv-02195, 1 in MN/0:21-cv-02196, 1 in MN/0:21-cv-02197, 1 in MN/0:21-cv-02199)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/18/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02190, MN/0:21-cv-02191, MN/0:21-cv-02192, MN/0:21-cv-02193, MN/0:21-cv-02195, MN/0:21-cv-02196, MN/0:21-cv-02197, MN/0:21-cv-02199 (JC)**

| | |
|---|---|
| **Case Name:** | Gilbert v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02199 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-122) - 8 action(s)** *re: pldg. ( [1420] in MDL No. 2885, 1 in MN/0:21-cv-02190, 1 in MN/0:21-cv-02191, 1 in MN/0:21-cv-02192, 1 in MN/0:21-cv-02193, 1 in MN/0:21-cv-02195, 1 in MN/0:21-cv-02196, 1 in MN/0:21-cv-02197, 1 in MN/0:21-cv-02199)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/18/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02190, MN/0:21-cv-02191, MN/0:21-cv-02192, MN/0:21-cv-02193, MN/0:21-cv-02195, MN/0:21-cv-02196, MN/0:21-cv-02197, MN/0:21-cv-02199 (JC)**

| | |
|---|---|
| **Case Name:** | Folstad v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02190 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-122) - 8 action(s)** *re: pldg. ( [1420] in MDL No. 2885, 1 in MN/0:21-cv-02190, 1 in MN/0:21-cv-02191, 1 in MN/0:21-cv-02192, 1 in MN/0:21-cv-02193, 1 in MN/0:21-cv-02195, 1 in MN/0:21-cv-02196, 1 in MN/0:21-cv-02197, 1 in MN/0:21-cv-02199)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/18/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02190, MN/0:21-cv-02191, MN/0:21-cv-02192, MN/0:21-cv-02193, MN/0:21-cv-02195, MN/0:21-cv-02196, MN/0:21-cv-02197, MN/0:21-cv-02199 (JC)**

| | |
|---|---|
| **Case Name:** | Van Erdewyk v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02196 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-122) - 8 action(s)** *re: pldg. ( [1420] in MDL No. 2885, 1 in MN/0:21-cv-02190, 1 in MN/0:21-cv-02191, 1 in MN/0:21-cv-02192, 1 in MN/0:21-cv-02193, 1 in MN/0:21-cv-02195, 1 in MN/0:21-cv-02196, 1 in MN/0:21-cv-02197, 1 in MN/0:21-cv-02199)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/18/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02190, MN/0:21-cv-02191, MN/0:21-cv-02192, MN/0:21-cv-02193, MN/0:21-cv-02195, MN/0:21-cv-02196, MN/0:21-cv-02197, MN/0:21-cv-02199 (JC)**

| | |
|---|---|
| **Case Name:** | Monson v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02195 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-122) - 8 action(s)** *re: pldg. ( [1420] in MDL No. 2885, 1 in MN/0:21-cv-02190, 1 in MN/0:21-cv-02191, 1 in MN/0:21-cv-02192, 1 in MN/0:21-cv-02193, 1 in MN/0:21-cv-02195, 1 in MN/0:21-cv-02196, 1 in MN/0:21-cv-02197, 1 in MN/0:21-cv-02199)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/18/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02190, MN/0:21-cv-02191, MN/0:21-cv-02192, MN/0:21-cv-02193, MN/0:21-cv-02195, MN/0:21-cv-02196, MN/0:21-cv-02197, MN/0:21-cv-02199 (JC)**

| | |
|---|---|
| **Case Name:** | Winges v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02191 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-122) - 8 action(s)** *re: pldg. ( [1420] in MDL No. 2885, 1 in MN/0:21-cv-02190, 1 in MN/0:21-cv-02191, 1 in MN/0:21-cv-02192, 1 in MN/0:21-cv-02193, 1 in MN/0:21-cv-02195, 1 in MN/0:21-cv-02196, 1 in MN/0:21-cv-02197, 1 in MN/0:21-cv-02199)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/18/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02190, MN/0:21-cv-02191, MN/0:21-cv-02192, MN/0:21-cv-02193, MN/0:21-cv-02195, MN/0:21-cv-02196, MN/0:21-cv-02197, MN/0:21-cv-02199 (JC)**

| | |
|---|---|
| **Case Name:** | Kabachenko v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02197 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-122) - 8 action(s)** *re: pldg. ( [1420] in MDL No. 2885, 1 in MN/0:21-cv-02190, 1 in MN/0:21-cv-02191, 1 in MN/0:21-cv-02192, 1 in MN/0:21-cv-02193, 1 in MN/0:21-cv-02195, 1 in MN/0:21-cv-02196, 1 in MN/0:21-cv-02197, 1 in MN/0:21-cv-02199)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/18/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02190, MN/0:21-cv-02191, MN/0:21-cv-02192, MN/0:21-cv-02193, MN/0:21-cv-02195, MN/0:21-cv-02196, MN/0:21-cv-02197, MN/0:21-cv-02199 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-02192 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:21-cv-02192 Notice will not be electronically mailed to:**

**MN/0:21-cv-02193 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:21-cv-02193 Notice will not be electronically mailed to:**

**MN/0:21-cv-02199 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:21-cv-02199 Notice will not be electronically mailed to:**

**MN/0:21-cv-02190 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:21-cv-02190 Notice will not be electronically mailed to:**

**MN/0:21-cv-02196 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:21-cv-02196 Notice will not be electronically mailed to:**

**MN/0:21-cv-02195 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02195 Notice will not be electronically mailed to:**

**MN/0:21-cv-02191 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:21-cv-02191 Notice will not be electronically mailed to:**

**MN/0:21-cv-02197 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02197 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=10/18/2021] [FileNumber=1085643-0
] [b108a2ac23433f00f2b86ff723d00d06145f860dd67be463999f789b6074f7f0925
c058a9648a6148b49359190a1d70075140c01ea43e55d349ac69d755bd826]]