IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to:<br>Season 4, LLC v. 3M Company, et al.<br>Case No. 3:21-mc-00055-MCR-GRJ | Lead Case No.: 3:19-md-02885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Dominique J. Carroll, of the law firm Fox Rothschild LLP, hereby enters his appearance in the Master Docket, under Pretrial Order No. 3 (ECF No. 4), as counsel for non-party Season 4, LLC in the following action:

- *Season 4, LLC v. 3M Company, et al.*, Case No. 3:21-mc-00055

Counsel is admitted in the Northern District of Florida, *pro hac vice*, and has complied with all requirements for appearing and filing in this District. Counsel has fulfilled the administrative requirements stated in Pretrial Order No. 3. Counsel requests that all further papers and pleadings in this action be served upon him.

1

Dated: October 18, 2021

Respectfully submitted,

**FOX ROTHSCHILD LLP**

*/s/ Dominique J. Carroll*
Dominique J. Carroll (*pro hac vice*)
997 Lenox Drive
Lawrenceville, New Jersey 08648
Tel.: (609) 896-3600
Fax: (609) 896-1469
djcarroll@foxrothschild.com
*Counsel for Non-Party Season 4, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 18, 2021, a true and correct copy of the foregoing was filed through the Court's CM/ECF system, which will serve all counsel of record.

*/s/ Dominique J. Carroll*
Dominique J. Carroll