UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAR ARMS EARPLUGS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | ) CASE No. 3:19-md-2885<br>)<br>)<br>) Judge M. Casey Rodgers<br>) Magistrate Judge Gary R. Jones<br>) |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Emily B. Ashe ("Movant") of the law firm Anapol Weiss, 130 N. 18th Street, Suite 1600, Philadelphia, Pennsylvania 19103, respectfully moves for admission to practice pro hac vice in the above-styled case, and in support thereof states as follows:

1. Movant resides in Pennsylvania and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is admitted to practice and is a member of good standing of the bars of the States of New York, New Jersey and Pennsylvania.

4. A copy of a Certificate of Good Standing from the Commonwealth Pennsylvania dated within thirty (30) days of this motion are attached hereto as Exhibit "A".

5. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16305271064825, and the CM/ECF online tutorial.

6. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

7. Movant has upgraded her PACER account to "NextGen".

8. Movant is the attorney of record in the following case, among others: *Chantilla Pichon*, 7:20-cv-48740-MCR-GRJ.

9. Upon admission, Movant, Emily B. Ashe, respectfully requests that she be provided Electronic Filings to the following email address: eashe@anapolweiss.com.

WHEREFORE, Emily B. Ashe respectfully requests that this Court enter an order granting this motion to appear pro hac vice and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: October 19, 2021                                    Respectfully submitted,

 

_____
Emily B. Ashe (Pa. Bar No. 328017)
eashe@anapolweiss.com
ANAPOL WEISS
One Logan Square
130 N. 18th St., Suite 1600
Philadelphia PA 19103
215-735-1130

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on October 19, 2021, and served electronically on all counsel of record.

/s/ Emily B. Ashe
Emily B. Ashe
