# Exhibit "A"



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Emily Beth Ashe, Esq.*

DATE OF ADMISSION

*October 21, 2019*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 24, 2021

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk