IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Lead Case No: 3:19-MD-2885-MCR-GRJ |
| This Document Related to: *Ian C. Yee v. 3M Company, et. al.* Case No. 3:21-CV-999-MCR-GRJ | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**NOTICE OF APPEARANCE**
**ON BEHALF OF PLAINTIFF IAN C. YEE**

PLEASE TAKE NOTICE, that W. HAMPTON JOHNSON IV of the law firm of JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A., hereby enters his appearance in the Master Docket, pursuant to Pretrial Order No. 3 [DE 4]. Mr. Johnson, along with Ms. Selena A. Gibson are counsel for Plaintiff in this action, *Yee v. 3M Company, et. al*, Case No. 3:21-CV-999-MCR-GRJ.

Counsel is admitted in the Northern District of Florida and has complied with all requirements for appearing and filing in this District. Counsel has fulfilled the administrative requirements outlined in Pretrial Order No. 3. Counsel accordingly requests that all further papers and pleadings in this action be served upon him at the address listed below.

Respectfully submitted this 20th day of October, 2021.

*/s/ W. Hampton Johnson IV*
W. HAMPTON JOHNSON IV
Florida Bar Number: 98607
JOHNSON, ANSELMO, MURDOCH, BURKE,
PIPER & HOCHMAN, P.A.
**Attorney for Plaintiff Ian C. Yee**
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone: (954) 463-0100
Facsimile: (954) 463-2444
whjohnson@jambg.com / young@jambg.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of October 2021, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

BY: */s/ W. Hampton Johnson IV*
W. HAMPTON JOHNSON IV
Florida Bar Number: 98607

*/s/ Selena A. Gibson*
SELENA A. GIBSON
Florida Bar Number: 299325

JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
**Attorneys for Plaintiff Ian C. Yee**
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone: (954) 463-0100
Facsimile: (954) 463-2444
whjohnson@jambg.com / young@jambg.com
gibson@jambg.com / cardona@jambg.com