UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Carter Stelling v. 3M Company*<br>Civil Docket No. 7:20-cv-00143 | Case No. 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

NOTICE OF APPEARANCE
ON BEHALF OF PLAINTIFF CARTER STELLING

**PLEASE TAKE NOTICE** that CHRISTOPHER G. PAULOS of the law firm of Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A., hereby enters his appearance in the Master Docket, pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Paulos is counsel for Plaintiff in this action, *Stelling v. 3M Company*, Case No. 7:20-cv-00143.

Counsel is licensed to practice law in Florida and is admitted in the Northern District of Florida. Counsel has complied with all requirements for appearing and filing in this District. Counsel has reviewed and fulfilled the administrative requirements outlined in Pretrial Order No. 3. Counsel accordingly requests that all further papers and pleadings in this action be served upon him at the address listed below.

1

Respectfully submitted this 21st day of October, 2021.

/s/ Christopher G. Paulos
Christopher G. Paulos, Esquire
Florida Bar Number: 91579
Levin, Papantonio, Rafferty, Proctor,
Buchanan, O'Brien, Barr & Mougey, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL  32502
(850) 435-7000 Telephone
(850) 435-7020 Facsimile
cpaulos@levinlaw.com

## Certificate of Service

I HEREBY CERTIFY this 21st day October, 2021, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

/s/ Christopher G. Paulos
Christopher G. Paulos