# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rules 11.1 of the Local Rules, I, Rodrigo de Llano ("Movant"), respectfully moves this Court for an Order for admission to practice *pro hac vice* in the above styled case, and in support thereof states as follows:

1. Movant resides in Houston and is a full-time resident of the State of Texas.

2. Movant is not admitted to practice in the Northern District of Florida.

2. Movant is licensed to practice and is a member in good standing of the bar for the State of Texas.

3. A copy of a Certificate of Good Standing from the State of Bar of Texas, dated within 30 days of this motion, is attached as "Exhibit A."

2

4. Movant certifies that he has successfully completed both the online Local Rules tutorial exam (confirmation number FLND **16346719625154**) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

5. Movant has remitted simultaneously with the filing of the motion the Court's $208.00 *pro hac vice* admission fee.

6. Movant has updated his PACER account to "NextGen."

WHEREFORE, Movant, Rodrigo de Llano, respectfully requests that this Court enter an Order granting this Motion to Appear *Pro Hac Vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

DATED this 22nd day of October 2021.

                                      Respectfully submitted,

                                      */s/ Rodrigo de Llano*
Rodrigo de Llano
TX Bar No. 00786666
Danziger & De Llano, LLP
440 Louisiana Street, Suite 1212
Houston, TX 77002
rod@dandandell.com
Phone: (713) 222-9998
Fax: (713) 222-8866

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 21, 2021, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

*/s/ Rodrigo de Llano*
Rodrigo de Llano
