3:19md2885-MCR/GRJ

| Docket No.: | Client First Name | Client Last Name | Date Contract Signed | Trial Firm Full Name | MDL Plaintiff ID | Short Form Complaint Submission Date | Touhy Submission Date | Project Number | Dismissal Date Produced |
|---|---|---|---|---|---|---|---|---|---|
| 8:20-cv-22153 | Aaron | Alford | 1/5/2019 | Danziger & De Llano, LLP | 69471 | 3/13/2020 | 10/4/2019 | 4118819 | |
| 8:20-cv-21507 | Aaron | Cardwell | 12/20/2018 | Danziger & De Llano, LLP | 70292 | 3/13/2020 | 10/4/2019 | 4092095 | |
| 8:20-cv-23164 | Aaron | Dalbey | 1/11/2019 | Danziger & De Llano, LLP | 70741 | 3/13/2020 | 10/4/2019 | 4227946 | |
| 8:20-cv-25024 | Aaron | Nash | 1/2/2019 | Danziger & De Llano, LLP | 73697 | 3/13/2020 | 10/4/2019 | 4107451 | |
| 8:20-cv-25179 | Aaron | Poe | 12/27/2018 | Danziger & De Llano, LLP | 74123 | 3/13/2020 | 10/4/2019 | 4100863 | |
| 8:20-cv-27338 | Adam | Haines | 1/6/2019 | Danziger & De Llano, LLP | 71721 | 3/13/2020 | 10/4/2019 | 4119083 | |
| 8:20-cv-23575 | Adam | Magoon | 12/25/2018 | Danziger & De Llano, LLP | 73057 | 3/13/2020 | 10/4/2019 | 4096997 | |
| 8:20-cv-25675 | Adam | Rather | 12/29/2018 | Danziger & De Llano, LLP | 74286 | 3/13/2020 | 10/4/2019 | 4103819 | |
| 8:20-cv-25879 | Adam | Ridgway | 12/26/2018 | Danziger & De Llano, LLP | 74399 | 3/13/2020 | 10/4/2019 | 4098655 | |
| 8:20-cv-27015 | Adam | Stearns | 1/18/2019 | Danziger & De Llano, LLP | 75160 | 3/13/2020 | 10/4/2019 | 4435893 | |
| 8:20-cv-22772 | Alan | Johnson | 1/16/2019 | Danziger & De Llano, LLP | 72346 | 3/13/2020 | 10/4/2019 | 4347192 | |
| 8:20-cv-24853 | Alex | Mitchell | 1/20/2019 | Danziger & De Llano, LLP | 73487 | 3/13/2020 | 10/4/2019 | 4452570 | |
| 8:20-cv-22542 | Alexander | Arruda | 12/12/2018 | Danziger & De Llano, LLP | 69588 | 3/13/2020 | 10/4/2019 | 4045806 | |
| 8:20-cv-24906 | Alexander | Murphy | 12/22/2018 | Danziger & De Llano, LLP | 73658 | 3/13/2020 | 10/4/2019 | 4094232 | |
| 8:20-cv-25514 | Alfred | Girardot | 12/16/2018 | Danziger & De Llano, LLP | 71511 | 3/13/2020 | 10/4/2019 | 4055582 | |
| 8:20-cv-21570 | Allen | Carter | 12/26/2018 | Danziger & De Llano, LLP | 70328 | 3/13/2020 | 10/4/2019 | 4097297 | |
| 8:20-cv-22491 | Andres | Isidro | 12/21/2018 | Danziger & De Llano, LLP | 72251 | 3/13/2020 | 10/4/2019 | 4093883 | |
| 8:20-cv-23507 | Andrew | Lawson | 12/29/2018 | Danziger & De Llano, LLP | 72797 | 3/13/2020 | 10/4/2019 | 4104194 | |
| 8:20-cv-24120 | Andrew | Ludwick | 12/16/2018 | Danziger & De Llano, LLP | 73009 | 3/13/2020 | 10/4/2019 | 4051825 | |
| 8:20-cv-25830 | Andrew | Richards | 12/24/2018 | Danziger & De Llano, LLP | 74372 | 3/13/2020 | 10/4/2019 | 4096200 | |