UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1 of the Local Rules, I, Thomas W. Shlosman, respectfully moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Louisiana and is not a full-time resident of the State of Florida.

2. Movant is admitted to practice and is a member of good standing of the bar of the State of Louisiana. Movant has attached a Certificate of Good Standing from the State of Louisiana dated within 30 days of this motion as **Exhibit A**.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Attorney Admission Tutorial and Exam, confirmation number FLND16348374455166, reviewed the Local Rules of the Northern District of Florida and the online CM/ECF Tutorial.

4. Movant has paid to the Clerk the required *pro hac vice* admission fee of $208.00

5. Movant maintains an updated PACER account.

6. Movant has upgraded his PACER account to "NextGen."

7. Movant is the attorney of record in the following case: *Dustin Bagwell, 8:20-cv-34036*.

WHEREFORE, Movant, Thomas W. Shlosman, respectfully requests that this Court enter an Order granting this Motion to Appear *Pro Hac Vice* and directing the Clerk to provide notice of electronic case filings to the undersigned.

Dated:       October 21, 2021

                                          Respectfully submitted,

                                          */s/Thomas W. Shlosman*
                                          Thomas W. Shlosman (LA Bar No. 34086)
                                          Shlosman Law Firm
                                          4907 Magazine Street
                                          New Orleans, LA 70115
                                          Telephone:  (504) 826-9427
                                          Facsimile:  (504) 324-0431
                                          tom@shlosmanlaw.com

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/Thomas W. Shlosman*
Thomas W. Shlosman
