# EXHIBIT A

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that

Mr. Thomas Wendell Shlosman

whose address is 4907 Magazine St

New Orleans, LA 70115

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the 20th day of October, 2011.

Given over my hand and the Seal of the Louisiana State Bar Association, this 15th day of October, 2021.

*[signature]*

Executive Director
Louisiana State Bar Association