UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Neal G. Galloway ("Movant") of the law firm Clark, Love & Hutson, PLLC, 440 Louisiana Street, Suite 1700, Houston, Texas 77002, respectfully moves for admission to practice *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16344310875139**, and the CM/ECF online tutorial.

5. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

6. Movant has upgraded his PACER account to "NextGen."

7. Movant is the attorney of record in the following case: *Derrick Anderson, 7:21-cv-08836*.

8. Upon admission, Neal G. Galloway respectfully requests that he be provided Notice of Electronic Filings to the following email address: ngalloway@triallawfirm.com.

WHEREFORE, Neal G. Galloway respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: October 22, 2021 Respectfully submitted,

By: */s/ Neal G. Galloway*
Neal G. Galloway
Texas State Bar No. 24096864
CLARK, LOVE & HUTSON, PLLC
440 Louisiana St., Ste. 1700
Houston, TX 77002
Phone: (713) 757-1400
Facsimile: (713) 759-1217
ngalloway@triallawfirm.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on October 22, 2021 and served electronically on all counsel of record.

/s/ *Neal G. Galloway*
Neal G. Galloway