# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, October 25, 2021 7:20 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Monday, October 25, 2021 12:18:54 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 10/25/2021 at 8:18 AM EDT and filed on 10/25/2021
**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:** [MDL No. 2885](#)
**Filer:**
**Document Number:** [1450](#)

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-123) - 2 action(s)** *re: pldg. ([1434] in MDL No. 2885, 1 in MN/0:21-cv-02231, 1 in MN/0:21-cv-02232)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/25/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02231, MN/0:21-cv-02232 (JC)**

**Case Name:** Mills v. 3M Company et al
**Case Number:** [MN/0:21-cv-02232](#)
**Filer:**
**Document Number:** [3](#)

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-123) - 2 action(s)** *re: pldg. ( [1434] in MDL No. 2885, 1 in MN/0:21-cv-02231, 1 in MN/0:21-cv-02232)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/25/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02231, MN/0:21-cv-02232 (JC)**

| | |
|---|---|
| **Case Name:** | Massina v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02231 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-123) - 2 action(s)** *re: pldg. ( [1434] in MDL No. 2885, 1 in MN/0:21-cv-02231, 1 in MN/0:21-cv-02232)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/25/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02231, MN/0:21-cv-02232 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-02232 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer    shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02232 Notice will not be electronically mailed to:**

**MN/0:21-cv-02231 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02231 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=10/25/2021] [FileNumber=1086964-0
] [8ede4e763a6dd9848301f85353099b7099970cf05078a26d7734f638bd7e7992c46
fa3e52d915a954ba33e1c6d5c9243dedc3e7665a45271d7d89d262c2f4665]]