IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br><u>ACHIQUE COYASO</u>., | CIVIL NO.: 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF BRANDEE J.K. FARIA and REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS** |

## <u>MOTION TO APPEAR PRO HAC VICE</u>

Pursuant to Pretrial Order No. 3, Local Rule 11.1 of the Local Rules of the USDC for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Brandee J.K. Faria, Esq., of The Law Offices of Brandee J.K. Faria, LLC, respectfully moves for admission *pro hac vice* to appear as counsel of record for Plaintiff Achique Coyaso.

In support of this Motion, I, Brandee J.K. Faria, certify and/or state as follows:

1. Movant resides in the State of Hawai'i and is not a resident of the State of Florida.

2. Movant is admitted to practice law in the State of Hawai'i and a member in good standing of the bar for the State of Hawai'i, see the Certificate of Good Standing from the Supreme Court of Hawai'i, which is attached hereto as **Exhibit "A"**.

3. Pursuant to Pretrial Order No.3 and Local Rule 11.1, and the attorney admission memorandum of this Court, the Movant has reviewed the local rules of this district, completed

the online Attorney Admission Tutorial (confirmation number: FLND16142074254182) and completed the CM/ECF Online Tutorials.

    4.     Movant has paid herewith the required $201 *pro hac vice* admission fee.

    5.     Movant has an upgraded "NextGen" PACER account.

    6.     Movant represents the Plaintiff, Achique Coyaso, in the following related, direct filed, action, under Docket No. 7:21-cv-43308-MCR-GRJ.

**WHEREFORE,** Movant, Brandee J.K. Faria, Esq., respectfully requests that the Court enter an Order granting her Motion to Appear *pro hac vice* on behalf of Plaintiff, Achique Coyaso, and direct the Clerk of this Court to provide Notice of Electronic Case Filings to the undersigned.

Dated: October 25, 2021

/s/ *Brandee J.K. Faria*
BRANDEE J.K. FARIA, #6970
1164 Bishop Street, #933
Honolulu, Hawai'i, 96813
(808) 218-3554
brandee@farialawfirm.com

Attorney for Plaintiff
ACHIQUE COYASO

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing Motion to Appear Pro Hac Vice was filed electronically with the Clerk of the Court using the CM/ECF system and served electronically on all counsel of record this 25th day of October, 2021.

    /s/ *Brandee J.K. Faria*
BRANDEE J.K. FARIA, #6970
1164 Bishop Street, #933
Honolulu, Hawai'i, 96813
(808) 218-3554
brandee@farialawfirm.com

Attorney for Plaintiff
ACHIQUE COYASO

EXHIBIT "A"

# IN THE SUPREME COURT OF HAWAI'I

In the Matter of

**BRANDEE J. K. FARIA**
..................................................................
Attorney at Law.

## CERTIFICATE OF STANDING

I, Ana Kippen, clerk of the Supreme Court of the State of Hawai'i, do hereby certify that **BRANDEE J. K. FARIA** is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawai'i on **October 31, 1997**. This attorney's current status is **active** and is presently in good standing.

DATED:   Honolulu, Hawai'i, October 15, 2021.

..................................................................
Clerk, Supreme Court of Hawai'i