# EXHIBIT "A"

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

September 30, 2021

Re: Ms. Leslie Carol Maclean, State Bar Number 00794209

To Whom It May Concern:

This is to certify that Ms. Leslie Carol Maclean was licensed to practice law in Texas on November 03, 1995, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Leslie MacLean, Esq.

**DATE OF ADMISSION**

*June 13, 2011*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 12, 2021

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk