# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER ON MOTION TO APPEAR *PRO HAC VICE*

Movant, Leslie MacLean, having filed her Motion to Appear Pro Hac Vice, and the Court, having reviewed and examined said Motion, and being duly advised, hereby GRANTS the motion and admits Leslie MacLean pro hac vice, in this litigation.

So ordered this the day of _____ , 2021.

_____
UNITED STATES DISTRICT COURT JUDGE