UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILIT LITIGATION, ) ) ) ) | Case No.: 3:19-md-2885 |
| This Document Relates to All Cases ) ) ) ) ) | Judge M. Casey Rodgers<br><br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3 and the United States District Court for the Northern District of Florida Local Rule 11.1, Joseph H. Mattingly III ("Movant") of the law firm of Joseph H. Mattingly III, PLLC, 104 West Main Street – P.O. Box 678, Lebanon, Kentucky 40033, hereby moves this Court for an order for Admission to practice *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Movant resides in Kentucky and is not a resident of the State of Florida;

2. Movant is admitted to practice and is a member in good standing of the Bar in the Commonwealth of Kentucky. A copy of a Certificate of Good Standing from the Commonwealth of Kentucky dated within 30 days of this motion is attached hereto as Exhibit A;

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the Attorney Admission Tutorial, Confirmation Number FLND16334614345096, and has reviewed the Local Rules of the Northern District of Florida and the online CM/ECF Tutorial;

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee;

5. Movant has upgraded his PACER account to "NextGen"; and

6. Movant is the attorney of record in the following matters:

    a. Craig R. Herald v. 3M Company, *et al*, 8:20-cv-12000-MCR-GRJ;

    b. Alex K. Hull v. 3M Company, *et al*, 8:20-cv-12002-MCR-GRJ;

    c. Chad G. Ubbelohde v. 3M Company, *et al*, 8:20-cv-12004-MCR-GRJ.

7. Movant respectfully requests that upon admission he be provided electronic filings to the following email address: joe@mattinglylawoffices.com.

WHEREFORE, Joseph H. Mattingly III, requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

                                          Respectfully Submitted,

                                          /s/ *Joseph H. Mattingly III*
                                        **JOSEPH H. MATTINGLY III**
                                        **JOSEPH H. MATTINGLY III, PLLC**
                                        104 W. Main Street - P.O. Box 678
                                        Lebanon, Kentucky 40033
                                        (270) 692 – 1718
                                        *joe@mattinglylawoffices.com*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed using the ECF filing system for the United States District Court for the Northern District of Florida on this 25th day of October, 2021, using the CM/ECF system which will send notification of such filing to all parties of record.

                                          By /s/ *Joseph H. Mattingly III*
                                                  JOSEPH H. MATTINGLY III