# KENTUCKY BAR ASSOCIATION

**514 WEST MAIN STREET**
**FRANKFORT, KENTUCKY 40601-1812**
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
J.D. Meyer
President

Amy D. Cubbage
President-Elect

W. Fletcher Schrock
Vice President

Thomas N. Kerrick
Immediate Past President

Megan P. Keane
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Rhonda Jennings Blackburn
Allison I. Connelly
Matthew P. Cook
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
Todd V. McMurtry
Susan Montalvo-Gesser
Susan D. Phillips
James M. Ridings
James A. Sigler
Van F. Sims
J. Tanner Watkins



## THIS IS TO CERTIFY THAT

### JOSEPH HUBERT MATTINGLY III

*Joseph H. Mattingly III PLLC*
*104 West Main Street*
*P.O. Box 678*
*Lebanon, Kentucky 40033*

*Membership No. 81648*

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 7th day of October, 2021.

**JOHN D. MEYERS**
**REGISTRAR**

By: _____
Michele M. Pogrotsky, Deputy Registrar