UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Guillermo Camarillorazo*, 7:20cv098<br>*Joseph Palanki*, 3:19cv2324<br>*Theodore Finley*, 7:20cv170<br>*Carlos Montero*, 7:20cv067<br>*Carter Stelling*, 7:20cv143 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**ORDER**

At earlier stages of this litigation, the Court entered a series of orders resolving the parties' respective *Daubert* motions in the Trial Group A and B cases.[1] A number of the previous rulings are broadly applicable to issues and experts in other Trial Groups. For preservation purposes only, both sides have now moved to incorporate certain of their respective *Daubert* motions and responses regarding those general issues and experts in the Trial Group C cases. *See* ECF Nos. 2041, 2045.

On consideration, the preservation motions are granted, the parties' respective arguments on the issues and experts identified in the preservation

---

[1] *See In re 3M Combat Arms Earplug Prod. Liab. Litig.*, No. 3:19md2885, ECF Nos. 1651, 1680, 1690, 1701, 1780, 1910, 1933, and 2202.

motions are preserved for purposes of the Trial Group C cases, and the Court's previous rulings on those matters are adopted and incorporated in the Trial Group C cases, with the exception of the Court's previous rulings as to Dr. David Eddins' *h*MIRE opinions, which have been deemed admissible in the Group C cases based on the additional scientific analysis and reference materials provided in his supplemental report dated July 6, 2021, *see* ECF No. 2232.

**SO ORDERED**, on this 26th day of October, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**