IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **IN R: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Cases** | Case No.  3:19-md-2885<br><br>Judge: M. Casey Rodgers<br><br>Magistrate Judge Gary R. Jones |

## MOTION OF STEVEN D. DAVIS FOR ADMISSION *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and Local Rule 11.1, Steven D. Davis of the law firm TorHoerman Law LLC, 210 South Main Street, Edwardsville, Illinois 62025, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above styled matter, and in support thereof, states as follows:

1. Steven D. Davis is a lawyer licensed to practice law in Illinois and is not a resident of the State of Florida.

2. He is a member of the Illinois Bar in good standing. His Certificate of Good Standing for the Illinois Bar is attached as **Exhibit A**.

3. Mr. Davis completed the online Local Rules tutorial exam and the confirmation number is FLND16037244443867.

4. Mr. Davis studied and is familiar with Local Rules of this District.

5. Mr. Davis has an active upgraded PACER account. He has completed the electronic filing registration to receive notices of filing.

6. Mr. Davis is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

7. Steven D. Davis is the attorney of record in the following case: *Michael Brown v. 3M*

*Company, et al.,* 20-cv-60411.

For these good reasons, Plaintiffs ask this court to permit Steven Davis to appear pro hac vice in this matter and direct the clerk to provide notice of Electronic Case Filings to the undersigned.

DATED:  October 26, 2021     /s/ *Steven D. Davis*

Steven D. Davis
Illinois Bar Number: 6281263
TORHOERMAN LAW LLC
210 S. Main Street
Edwardsville, IL 62025
Tel: 618/656-4400
Fax: 618/656-4401
Email: sdavis@thlawyer.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this Court.

/s/ *Steven D. Davis*
Steven D. Davis
*Attorney for Plaintiff*