## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) Case No. 3:19-md-2885 ) ) ) ) Judge M. Casey Rodgers ) ) Magistrate Judge Gary R. Jones ) ) ) |
| This Document Relates to James Rollins 7:20-cv-00328-MCR-GRJ _____ | |

## **MOTION TO APPEAR *PRO HAC VICE***

      Pursuant to Pretrial Order No. 3 (ECF No. 4), Case Management order 1, and the Northern District of Florida Local Rules 11.1, **Ginger Gibbs** ("Movant") of the law firm Thornton Law Firm LLP, 1 Lincoln Street, 13th Floor, Boston, Massachusetts 02111, respectfully moves for admission *pro hac vice* in the above-styled case, and in support thereof states as follows:

      1.    Movant resides in Boston, Massachusetts and is not a resident of the State of Florida.

      2.    Movant is not admitted to practice in the Northern District of Florida.

      3.    Movant is licensed to practice and is a member in good standing of the bar for the State of Massachusetts.

      4.    A copy of a Certificate of Good Standing from the Clerk of the Supreme Court of the State of Massachusetts, dated within 30 days of this motion, is attached as "Exhibit A."

5. Movant certifies that she has successfully completed both the online Local Rules tutorial exam (confirmation number FLND16340167935123) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

6. Movant has remitted simultaneously with the filing of the motion the Court's $208.00 *pro hac vice* admission fee.

7. Movant has updated her PACER account to "NextGen."

8. Movant is the attorney of record in the following case, among others: <u>James Rollins v. 3M Company et al</u>. (7:20-cv-00328-MCR-GRJ).

9. Movant certifies that she is familiar with the CM/ECF e-filing system.

10. Movant is the attorney of record in the related cases identified in the attached "Exhibit B" and made a part hereof.

WHEREFORE, Ginger Gibbs respectfully requests that this Court enter an Order granting this motion to appear pro hac vice and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

DATED: October 26, 2021

By: */s/ Ginger Ann Gibbs*_____
Ginger Ann Gibbs
MA BBO #697325
Thornton Law Firm LLP
1 Lincoln Street, 13th Floor
Boston, Massachusetts 02111
E. ggibbs@tenlaw.com
T. (617)720-1333
F. (617)720-2445
*Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 26th day of October 2021, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

*/s/ Ginger Gibbs*
Ginger A. Gibbs