UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION ) ) ) ) This Document Relates to All Cases ) | Case No: 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, EricaRae Garcia, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and, in support thereof, state as follows:

1. Movant resides in New York and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Ohio. A copy of a Certificate of Good Standing from the State of Ohio dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16342497575136, and the CM/ECF online tutorials.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen."

WHEREFORE, EricaRae Garcia, respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*.

Dated:  October 27, 2021

By:	/s/ EricaRae Garcia
	EricaRae Garcia

	Weitz & Luxenberg, P.C.
	700 Broadway
	New York, NY  10003
	Tel: (212) 558-5825
	Fax: (212) 344-5461
	Email:  egarcia@weitzlux.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on October 27, 2021 and served electronically on all counsel of record.

/s/ EricaRae Garcia
EricaRae Garcia