## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION . | Case No. 3:19-md-2885 |
| This Document Relates to: All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## AMENDED MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Joel A. Nash, hereby move this Court for an Order for Admission to Practice *Pro Hac Vice* in the above-styled case, and in support thereof states the follows:

1.      I reside in the State of Ohio and am not a resident of the State of Florida.

2.      I am admitted to practice and am a member in good standing of the Bar of the State of Ohio (OH Bar No.: 0061081). A copy of a Certificate of Good Standing from the Supreme Court of Ohio, dated within 30 days of this motion, is attached as Exhibit A.

3.      Pursuant to Pretrial Order No. 3 and Local Rule 11.1, I have reviewed the local rules for this district, successfully completed the online Attorney

Admission Tutorial (Confirmation Number: **FLND16330240495066**) and reviewed the PACER CM/ECF tutorials.

4.    I have submitted to the Clerk, the required $208.00 *pro hac vice* admission fee.

5.    My PACER account is an individual account and is upgraded to NextGen.

6.    I am the attorney of record in the following case, among others: Lajuan Bailey v. 3M Company, et al., 7:20-cv-94410-MCR-GRJ.

WHEREFORE, Joel A. Nash respectfully requests that this Court enter an Order granting this amended motion to appear *pro hac vice* and directing the Clerk to provide notice of electronic case filings to the undersigned at jnash25@aol.com.

Dated: October 27, 2021                  Respectfully submitted,

                                         By:   */s/Joel A. Nash*

                                         Joel A. Nash (OH Bar #0061081)
                                         Joel A. Nash Co., L.P.A.
                                         4325 Mayfield Road
                                         Cleveland, Ohio 44121
                                         Phone: (216) 691-3000
                                         Email: jnash25@aol.com
                                         *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 27th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to all counsel of record.

/s/Joel A. Nash
*Attorney for Plaintiffs*

# EXHIBIT A

 # THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Joel Alan Nash**
Attorney Registration No. **61081**

was admitted to the practice of law in Ohio on May 17, 1993; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 25th day of October, 2021.

**GINA WHITE PALMER**
*Director, Attorney Services Division*

Bradley J. Martinez
*Attorney Services Counsel*



No. 2021-10-25-1
Verify by email at GoodStandingRequests@sc.ohio.gov