IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-MD-2885 ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Judge M. Casey Rodgers ) |
| This Document Relates to: | ) Magistrate Judge Gary R. Jones ) |
| All Cases | ) |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the United States District Court for the Northern District of Florida Local Rule 11.1, Dale Christopher Russell respectfully moves this Court for an order for admission to practice *pro hac vice* in the above captioned action and in support thereof states as follows:

1. Movant resides in Arizona and is not a resident of the State of Florida;

2. Movant is admitted to practice and is a member of good standing of the bar of the State of Arizona;

3. Movant submits a copy of a Certificate of Good Standing from the State of Arizona dated within 30 days of this motion and is attached hereto as **"Exhibit A"**;

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the online Attorney Admission Tutorial, Confirmation Number: **FLND16339969475122**, and has reviewed the Local Rules of the Northern District of Florida and the online CM/ECF Tutorial;

5. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee; and

6. Movant maintains and upgraded PACER Account.

7. Movant is the attorney of record in the following case: *Carlton Buscemi v. 3M Company, et al*, (Civil Action No.7:21-cv-02834-MCR-GRJ).

WHEREFORE, Movant respectfully requests that this Court enter an order granting this Motion to Appear *Pro Hac Vice* and directing the Clerk to provide notice of electronic case filings to the undersigned.

DATED: This 27th day of October, 2021.

/s/ D. Christopher Russell
Attorney for Plaintiff

The Russell's Law Firm, PLC
202 E. Wilcox Dr.
Sierra Vista, AZ 85635
520-458-7246

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-MD-2885 ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Judge M. Casey Rodgers ) |
| This Document Relates to: | ) Magistrate Judge Gary R. Jones ) |
| All Cases | ) |

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United State District Court Northern District of Florida, I hereby certify that on October 25th, 2021, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via email to all registered counsel of record.

This 27th day of October, 2021.

/s/ D. Christopher Russell
Attorney for Plaintiff

The Russell's Law Firm, PLC
202 E. Wilcox Dr.
Sierra Vista, AZ 85635
520-458-7246

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **DALE CHRIS RUSSELL** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 24, 2003 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this October 20, 2021.

Michelle R. Martinez
Disciplinary Clerk

Exhibit A