## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, October 29, 2021 7:37 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Friday, October 29, 2021 12:35:41 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 10/29/2021 at 8:35 AM EDT and filed on 10/29/2021
**Case Name:**   IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   [MDL No. 2885](MDL No. 2885)
**Filer:**
**Document Number:** [1472](1472)

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-124) - 12 action(s)** *re: pldg. ([1445] in MDL No. 2885, 1 in MN/0:21-cv-02274, 1 in MN/0:21-cv-02288, 1 in MN/0:21-cv-02290, 1 in MN/0:21-cv-02304, 1 in MN/0:21-cv-02306, 1 in MN/0:21-cv-02309, 1 in MN/0:21-cv-02310, 1 in MN/0:21-cv-02311, 1 in MN/0:21-cv-02318, 1 in MN/0:21-cv-02320, 1 in MN/0:21-cv-02335, 1 in MN/0:21-cv-02337)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02274, MN/0:21-cv-02288, MN/0:21-cv-02290, MN/0:21-cv-02304, MN/0:21-cv-02306, MN/0:21-cv-02309, MN/0:21-cv-02310, MN/0:21-cv-02311, MN/0:21-cv-02318, MN/0:21-cv-02320, MN/0:21-cv-02335, MN/0:21-cv-02337 (JC)**

| | |
|---|---|
| **Case Name:** | Bolduc v. 3M Company et al |

| | |
|---|---|
| **Case Number:** | MN/0:21-cv-02318 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-124) - 12 action(s)** *re: pldg. ( [1445] in MDL No. 2885, 1 in MN/0:21-cv-02274, 1 in MN/0:21-cv-02288, 1 in MN/0:21-cv-02290, 1 in MN/0:21-cv-02304, 1 in MN/0:21-cv-02306, 1 in MN/0:21-cv-02309, 1 in MN/0:21-cv-02310, 1 in MN/0:21-cv-02311, 1 in MN/0:21-cv-02318, 1 in MN/0:21-cv-02320, 1 in MN/0:21-cv-02335, 1 in MN/0:21-cv-02337)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02274, MN/0:21-cv-02288, MN/0:21-cv-02290, MN/0:21-cv-02304, MN/0:21-cv-02306, MN/0:21-cv-02309, MN/0:21-cv-02310, MN/0:21-cv-02311, MN/0:21-cv-02318, MN/0:21-cv-02320, MN/0:21-cv-02335, MN/0:21-cv-02337 (JC)**

| | |
|---|---|
| **Case Name:** | Muth v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02337 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-124) - 12 action(s)** *re: pldg. ( [1445] in MDL No. 2885, 1 in MN/0:21-cv-02274, 1 in MN/0:21-cv-02288, 1 in MN/0:21-cv-02290, 1 in MN/0:21-cv-02304, 1 in MN/0:21-cv-02306, 1 in MN/0:21-cv-02309, 1 in MN/0:21-cv-02310, 1 in MN/0:21-cv-02311, 1 in MN/0:21-cv-02318, 1 in MN/0:21-cv-02320, 1 in MN/0:21-cv-02335, 1 in MN/0:21-cv-02337)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02274, MN/0:21-cv-02288, MN/0:21-cv-02290, MN/0:21-cv-02304, MN/0:21-cv-02306, MN/0:21-cv-02309, MN/0:21-cv-02310, MN/0:21-cv-02311, MN/0:21-cv-02318, MN/0:21-cv-02320, MN/0:21-cv-02335, MN/0:21-cv-02337 (JC)**

| | |
|---|---|
| **Case Name:** | Bunde v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02304 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-124) - 12 action(s)** *re: pldg. ( [1445] in MDL No. 2885, 1 in MN/0:21-cv-02274, 1 in MN/0:21-cv-02288, 1 in MN/0:21-cv-02290, 1 in MN/0:21-cv-02304, 1 in MN/0:21-cv-02306, 1 in MN/0:21-cv-02309, 1 in MN/0:21-cv-02310, 1 in MN/0:21-cv-02311, 1 in MN/0:21-cv-02318, 1 in MN/0:21-cv-02320, 1 in MN/0:21-cv-02335, 1 in MN/0:21-cv-02337)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2021.**

Associated Cases: MDL No. 2885, MN/0:21-cv-02274, MN/0:21-cv-02288, MN/0:21-cv-02290, MN/0:21-cv-02304, MN/0:21-cv-02306, MN/0:21-cv-02309, MN/0:21-cv-02310, MN/0:21-cv-02311, MN/0:21-cv-02318, MN/0:21-cv-02320, MN/0:21-cv-02335, MN/0:21-cv-02337 (JC)

| | |
|---|---|
| **Case Name:** | Klein v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02311 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-124) - 12 action(s)** *re: pldg. ( [1445] in MDL No. 2885, 1 in MN/0:21-cv-02274, 1 in MN/0:21-cv-02288, 1 in MN/0:21-cv-02290, 1 in MN/0:21-cv-02304, 1 in MN/0:21-cv-02306, 1 in MN/0:21-cv-02309, 1 in MN/0:21-cv-02310, 1 in MN/0:21-cv-02311, 1 in MN/0:21-cv-02318, 1 in MN/0:21-cv-02320, 1 in MN/0:21-cv-02335, 1 in MN/0:21-cv-02337)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2021.**

Associated Cases: MDL No. 2885, MN/0:21-cv-02274, MN/0:21-cv-02288, MN/0:21-cv-02290, MN/0:21-cv-02304, MN/0:21-cv-02306, MN/0:21-cv-02309, MN/0:21-cv-02310, MN/0:21-cv-02311, MN/0:21-cv-02318, MN/0:21-cv-02320, MN/0:21-cv-02335, MN/0:21-cv-02337 (JC)

| | |
|---|---|
| **Case Name:** | Stopke v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02309 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-124) - 12 action(s)** *re: pldg. ( [1445] in MDL No. 2885, 1 in MN/0:21-cv-02274, 1 in MN/0:21-cv-02288, 1 in MN/0:21-cv-02290, 1 in MN/0:21-cv-02304, 1 in MN/0:21-cv-02306, 1 in MN/0:21-cv-02309, 1 in MN/0:21-cv-02310, 1 in MN/0:21-cv-02311, 1 in MN/0:21-cv-02318, 1 in MN/0:21-cv-02320, 1 in MN/0:21-cv-02335, 1 in MN/0:21-cv-02337)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2021.**

Associated Cases: MDL No. 2885, MN/0:21-cv-02274, MN/0:21-cv-02288, MN/0:21-cv-02290, MN/0:21-cv-02304, MN/0:21-cv-02306, MN/0:21-cv-02309, MN/0:21-cv-02310, MN/0:21-cv-02311, MN/0:21-cv-02318, MN/0:21-cv-02320, MN/0:21-cv-02335, MN/0:21-cv-02337 (JC)

| | |
|---|---|
| **Case Name:** | Cruys v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02335 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-124) - 12 action(s)** *re: pldg. ( [1445] in MDL No. 2885, 1 in MN/0:21-cv-02274, 1 in MN/0:21-cv-02288, 1 in MN/0:21-cv-02290, 1 in MN/0:21-cv-02304, 1 in MN/0:21-cv-02306, 1 in MN/0:21-cv-02309, 1 in MN/0:21-cv-02310, 1 in*

MN/0:21-cv-02311, 1 in MN/0:21-cv-02318, 1 in MN/0:21-cv-02320, 1 in MN/0:21-cv-02335, 1 in MN/0:21-cv-02337) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 10/29/2021.

Associated Cases: MDL No. 2885, MN/0:21-cv-02274, MN/0:21-cv-02288, MN/0:21-cv-02290, MN/0:21-cv-02304, MN/0:21-cv-02306, MN/0:21-cv-02309, MN/0:21-cv-02310, MN/0:21-cv-02311, MN/0:21-cv-02318, MN/0:21-cv-02320, MN/0:21-cv-02335, MN/0:21-cv-02337 (JC)

| | |
|---|---|
| Case Name: | Watson v. 3M Company et al |
| Case Number: | MN/0:21-cv-02290 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-124) - 12 action(s)** *re: pldg. ( [1445] in MDL No. 2885, 1 in MN/0:21-cv-02274, 1 in MN/0:21-cv-02288, 1 in MN/0:21-cv-02290, 1 in MN/0:21-cv-02304, 1 in MN/0:21-cv-02306, 1 in MN/0:21-cv-02309, 1 in MN/0:21-cv-02310, 1 in MN/0:21-cv-02311, 1 in MN/0:21-cv-02318, 1 in MN/0:21-cv-02320, 1 in MN/0:21-cv-02335, 1 in MN/0:21-cv-02337)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 10/29/2021.

Associated Cases: MDL No. 2885, MN/0:21-cv-02274, MN/0:21-cv-02288, MN/0:21-cv-02290, MN/0:21-cv-02304, MN/0:21-cv-02306, MN/0:21-cv-02309, MN/0:21-cv-02310, MN/0:21-cv-02311, MN/0:21-cv-02318, MN/0:21-cv-02320, MN/0:21-cv-02335, MN/0:21-cv-02337 (JC)

| | |
|---|---|
| Case Name: | Riehm v. 3M Company et al |
| Case Number: | MN/0:21-cv-02288 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-124) - 12 action(s)** *re: pldg. ( [1445] in MDL No. 2885, 1 in MN/0:21-cv-02274, 1 in MN/0:21-cv-02288, 1 in MN/0:21-cv-02290, 1 in MN/0:21-cv-02304, 1 in MN/0:21-cv-02306, 1 in MN/0:21-cv-02309, 1 in MN/0:21-cv-02310, 1 in MN/0:21-cv-02311, 1 in MN/0:21-cv-02318, 1 in MN/0:21-cv-02320, 1 in MN/0:21-cv-02335, 1 in MN/0:21-cv-02337)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 10/29/2021.

Associated Cases: MDL No. 2885, MN/0:21-cv-02274, MN/0:21-cv-02288, MN/0:21-cv-02290, MN/0:21-cv-02304, MN/0:21-cv-02306, MN/0:21-cv-02309, MN/0:21-cv-02310, MN/0:21-cv-02311, MN/0:21-cv-02318, MN/0:21-cv-02320, MN/0:21-cv-02335, MN/0:21-cv-02337 (JC)

| | |
|---|---|
| Case Name: | Thomas v. 3M Company et al |
| Case Number: | MN/0:21-cv-02306 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-124) - 12 action(s)** *re: pldg. ( [1445] in MDL No. 2885, 1 in MN/0:21-cv-02274, 1 in MN/0:21-cv-02288, 1 in MN/0:21-cv-02290, 1 in MN/0:21-cv-02304, 1 in MN/0:21-cv-02306, 1 in MN/0:21-cv-02309, 1 in MN/0:21-cv-02310, 1 in MN/0:21-cv-02311, 1 in MN/0:21-cv-02318, 1 in MN/0:21-cv-02320, 1 in MN/0:21-cv-02335, 1 in MN/0:21-cv-02337)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02274, MN/0:21-cv-02288, MN/0:21-cv-02290, MN/0:21-cv-02304, MN/0:21-cv-02306, MN/0:21-cv-02309, MN/0:21-cv-02310, MN/0:21-cv-02311, MN/0:21-cv-02318, MN/0:21-cv-02320, MN/0:21-cv-02335, MN/0:21-cv-02337 (JC)**

| | |
|---|---|
| **Case Name:** | Gordon v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02274 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-124) - 12 action(s)** *re: pldg. ( [1445] in MDL No. 2885, 1 in MN/0:21-cv-02274, 1 in MN/0:21-cv-02288, 1 in MN/0:21-cv-02290, 1 in MN/0:21-cv-02304, 1 in MN/0:21-cv-02306, 1 in MN/0:21-cv-02309, 1 in MN/0:21-cv-02310, 1 in MN/0:21-cv-02311, 1 in MN/0:21-cv-02318, 1 in MN/0:21-cv-02320, 1 in MN/0:21-cv-02335, 1 in MN/0:21-cv-02337)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02274, MN/0:21-cv-02288, MN/0:21-cv-02290, MN/0:21-cv-02304, MN/0:21-cv-02306, MN/0:21-cv-02309, MN/0:21-cv-02310, MN/0:21-cv-02311, MN/0:21-cv-02318, MN/0:21-cv-02320, MN/0:21-cv-02335, MN/0:21-cv-02337 (JC)**

| | |
|---|---|
| **Case Name:** | Zanus v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02320 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-124) - 12 action(s)** *re: pldg. ( [1445] in MDL No. 2885, 1 in MN/0:21-cv-02274, 1 in MN/0:21-cv-02288, 1 in MN/0:21-cv-02290, 1 in MN/0:21-cv-02304, 1 in MN/0:21-cv-02306, 1 in MN/0:21-cv-02309, 1 in MN/0:21-cv-02310, 1 in MN/0:21-cv-02311, 1 in MN/0:21-cv-02318, 1 in MN/0:21-cv-02320, 1 in MN/0:21-cv-02335, 1 in MN/0:21-cv-02337)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02274, MN/0:21-cv-02288, MN/0:21-cv-02290, MN/0:21-cv-02304, MN/0:21-cv-02306, MN/0:21-cv-02309, MN/0:21-cv-02310, MN/0:21-cv-02311, MN/0:21-cv-02318, MN/0:21-cv-02320, MN/0:21-cv-02335, MN/0:21-cv-02337 (JC)**

| | |
|---|---|
| **Case Name:** | Kuschke v. 3M Company et al |

**Case Number:** MN/0:21-cv-02310
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-124) - 12 action(s)** *re: pldg. ( [1445] in MDL No. 2885, 1 in MN/0:21-cv-02274, 1 in MN/0:21-cv-02288, 1 in MN/0:21-cv-02290, 1 in MN/0:21-cv-02304, 1 in MN/0:21-cv-02306, 1 in MN/0:21-cv-02309, 1 in MN/0:21-cv-02310, 1 in MN/0:21-cv-02311, 1 in MN/0:21-cv-02318, 1 in MN/0:21-cv-02320, 1 in MN/0:21-cv-02335, 1 in MN/0:21-cv-02337)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02274, MN/0:21-cv-02288, MN/0:21-cv-02290, MN/0:21-cv-02304, MN/0:21-cv-02306, MN/0:21-cv-02309, MN/0:21-cv-02310, MN/0:21-cv-02311, MN/0:21-cv-02318, MN/0:21-cv-02320, MN/0:21-cv-02335, MN/0:21-cv-02337 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-02318 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer    shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02318 Notice will not be electronically mailed to:**

**MN/0:21-cv-02337 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer    shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02337 Notice will not be electronically mailed to:**

**MN/0:21-cv-02304 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02304 Notice will not be electronically mailed to:**

**MN/0:21-cv-02311 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02311 Notice will not be electronically mailed to:**

**MN/0:21-cv-02309 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02309 Notice will not be electronically mailed to:**

**MN/0:21-cv-02335 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02335 Notice will not be electronically mailed to:**

**MN/0:21-cv-02290 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02290 Notice will not be electronically mailed to:**

**MN/0:21-cv-02288 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02288 Notice will not be electronically mailed to:**

**MN/0:21-cv-02306 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02306 Notice will not be electronically mailed to:**

**MN/0:21-cv-02274 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02274 Notice will not be electronically mailed to:**

**MN/0:21-cv-02320 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02320 Notice will not be electronically mailed to:**

**MN/0:21-cv-02310 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02310 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=10/29/2021] [FileNumber=1087893-0
] [c3a71c40f92a0abbfc89252b58b179b217191344e9f2d1fd85c5886bd2b9f0b367b
e6f6b3cecf95fa1baf46c9e05c7c3887b236ce83f0859a5ef0a2f932a256c]]