# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## CASE MANAGEMENT ORDER NO. 30

Case Management Order No. 29 amended the parties sealing protocols. However, due to the impending deadlines in the upcoming bellwether Group C cases only, parties will be permitted to continue to file exhibits under seal pursuant to the process outlined in ECF No. 788. Parties cannot file any motions or joint pretrial stipulations under seal without first seeking leave of Court. This Order applies to documents filed on the main 3M MDL docket, 3:19md2885, as well as any document filed in any Group C individual case.

Accordingly, Case Management Order 29 is hereby amended for Group C cases as outlined above.

**SO ORDERED** this 29th day of October, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**