# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| *This document relates to:* the Master Docket and *McNeal v. 3M Company, et al.*, 7:20-cv-66 *Montero v. 3M Company, et al.*, 7:20-cv-67 | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, John James Snidow hereby moves the Court for an order for admission to practice *pro hac vice* in the above-styled cases, and in support thereof states as follows:

1.      Movant resides in Virginia and is not a resident of the State of Florida.  Movant is admitted to practice and is a member of good standing of the Bar of Washington, District of Columbia (Bar No. 1531799).

2.      A copy of the Certificate of Good Standing from the Bar of Washington, District of Columbia dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3.      Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has

successfully completed both the online Local Rules tutorial exam, confirmation number, FLND16357756525211, and the CM/ECF online tutorial.

4.      Movant has submitted to the Clerk the required $201.00 pro hac vice admission fee.

5.      Movant has an upgraded, "NextGen" PACER account, and it is an individual account and not a firm account.

6.      Movant will file a Notice of Appearance in the master case, *In re: 3M Combat Arms Earplug Products Liability Litigation*, No. 2:19-md-2885 (MCR)(GRJ).

7.      Movant will also file a Notice of Appearance in the related case, *Montero v. 3M Company, et al.,* 7:20-cv-67.

Wherefore, John James Snidow respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case filings to the undersigned.

Dated: November 1, 2021              /s/ *John James Snidow*
                                     John James Snidow (D.C. Bar #1531799)
                                     WALSH LAW PLLC
                                     1350 Connecticut Avenue NW
                                     Suite 500
                                     Washington, DC 20036
                                     Telephone: (606) 923-4728
                                     jjsnidow@alexwalshlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 1, 2021, I caused the foregoing Motion to Appear *Pro Hac Vice* to be filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

<u>/s/ *John James Snidow*</u>
John James Snidow