UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Carter Stelling v. 3M Company*<br>Civil Docket No. 7:20-cv-00143 | Case No. 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**NOTICE OF APPEARANCE**
**ON BEHALF OF PLAINTIFF CARTER STELLING**

**PLEASE TAKE NOTICE** that TROY A. RAFFERTY of the law firm of Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A., hereby enters his appearance in the Master Docket, pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Rafferty is counsel for Plaintiff in this action, *Stelling v. 3M Company*, Case No. 7:20-cv-00143.

Counsel is admitted in the Northern District of Florida and has complied with all requirements for appearing and filing in this District. Counsel has fulfilled the administrative requirements outlined in Pretrial Order No. 3. Counsel accordingly requests that all further papers and pleadings in this action be served upon him at the address listed below.

1

Respectfully submitted this 1st day of November, 2021.

>/s/ Troy A. Rafferty
>Troy A. Rafferty, Esquire
>Florida Bar Number: 24120
>Levin, Papantonio, Rafferty, Proctor,
>  Buchanan, O'Brien, Barr & Mougey, P.A.
>316 South Baylen Street, Suite 600
>Pensacola, FL  32502
>(850) 435-7163 Telephone
>(850) 436-6123 Facsimile
>trafferty@levinlaw.com

## Certificate of Service

I HEREBY CERTIFY this 1st day November, 2021, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

>/s/ Troy A. Rafferty
>Troy A. Rafferty