IN THE UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
FLORIDA PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Jeremy Aumiller<br>Civil Action No. 3:21-cv-01829 | 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jennifer Nolte of the law firm of Allen & Nolte, PLLC has been admitted to this Court *pro hac vice* and hereby enters her appearance as counsel for Plaintiff, Jeremy Aumiller. Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

Dated: November 1, 2021            Respectfully submitted,

**ALLEN & NOLTE, PLLC**

/s/ Jennifer Nolte
Jennifer Nolte
TX Bar No. 24007755
jnolte@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637

1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on November 1, 2021 and served electronically on all counsel of record.

/s/ Jennifer Nolte
Jennifer Nolte