UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No.: 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**MOTION OF PAUL J. SAMPSON FOR ADMISSION *PRO HAC VICE* AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS**

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court of the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Paul J. Sampson ("Movant") of the law firm Kirkland & Ellis LLP, 60 East South Temple, Salt Lake City, UT 84111, respectfully moved for admission *pro hac vice* to appear as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC and to receive Notice of Electronic Filings in this action. In support of this motion Movant states:

1. Movant resides in Alpine, UT and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice and is a member in good standing of the

1

bar for the State of Utah.

4. A copy of a Certificate of Good Standing from the State of Utah, dated within 30 days of this motion, is attaches as **Exhibit A**.

5. Movant certifies that he has successfully completed both the online Local Rules tutorial exam (confirmation number FLND16357993525217) and the CM/ECF Online Tutorials, as required by Local Rule 11.1

6. Movant has remitted simultaneously with the filing of the motion the Court's $208.00 *pro hac vice* admission fee.

7. Movant has updated his PACER account to "NextGen."

8. Upon admission, Paul J. Sampson respectfully requests that he be provided Notice of Electronic filings to the following email address: paul.sampson@kirkland.com

WHEREFORE, Paul J. Sampson respectfully requests that this Court enter an order granting his admission to appear *pro hac vice* on behalf of Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC and directing the clerk to provide Notice of Electronic Filings to the undersigned.

Dated:  November 2, 2021

Respectfully submitted,

*/s/ Paul Sampson*

Paul J. Sampson
KIRKLAND & ELLIS LLP
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 877-8140
paul.sampson@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 2nd day of November 2021, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

Dated: November 2, 2021

Respectfully submitted,

*/s/ Paul Sampson*

Paul J. Sampson
KIRKLAND & ELLIS LLP
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 877-8140
paul.sampson@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo LLC*