## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, November 3, 2021 7:24 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Wednesday, November 3, 2021 12:22:55 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 11/3/2021 at 8:22 AM EDT and filed on 11/3/2021

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 1476 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-126) - 3 action(s)** *re: pldg. ([1455] in MDL No. 2885, 1 in MN/0:21-cv-02366, 1 in MN/0:21-cv-02368, 1 in MN/0:21-cv-02369)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/3/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02366, MN/0:21-cv-02368, MN/0:21-cv-02369 (JC)**

| | |
|---|---|
| **Case Name:** | Hermann et al v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02369 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-126) - 3 action(s)** *re: pldg. ( [1455] in MDL No. 2885, 1 in MN/0:21-cv-02366, 1 in MN/0:21-cv-02368, 1 in MN/0:21-cv-02369)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/3/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02366, MN/0:21-cv-02368, MN/0:21-cv-02369 (JC)**

| | |
|---|---|
| **Case Name:** | Thomsen v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02366 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-126) - 3 action(s)** *re: pldg. ( [1455] in MDL No. 2885, 1 in MN/0:21-cv-02366, 1 in MN/0:21-cv-02368, 1 in MN/0:21-cv-02369)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/3/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02366, MN/0:21-cv-02368, MN/0:21-cv-02369 (JC)**

| | |
|---|---|
| **Case Name:** | Pishney v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02368 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-126) - 3 action(s)** *re: pldg. ( [1455] in MDL No. 2885, 1 in MN/0:21-cv-02366, 1 in MN/0:21-cv-02368, 1 in MN/0:21-cv-02369)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/3/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02366, MN/0:21-cv-02368, MN/0:21-cv-02369 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-02369 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02369 Notice will not be electronically mailed to:**

**MN/0:21-cv-02366 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02366 Notice will not be electronically mailed to:**

**MN/0:21-cv-02368 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02368 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=11/3/2021] [FileNumber=1088463-0]
[2bbb9a6cfcdbc47dc46207b8d95f968aec8e860cd6425e153c7ed5722adf9dfa686c
b7a731207431edbae8576c956f57a8f88a9b2cc5cb0e0cc3930dd9a56df9]]