# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to all Cases: | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on ___October 27, 2021___

Motion/Pleadings: **MOTION TO APPEAR *PRO HAC VICE*.**
Filed by __EricaRae Garcia__ on __October 27, 2021__ Doc. #'s __2242__
RESPONSE:
_____ on _____ Doc. #'s
_____ Stipulated  _____ Joint Pleading
_____ Unopposed  _____ Consented

                                          JESSICA J. LYUBLANOVITS
                                          CLERK OF COURT
                                          */s/ Donna Bajzik*
                                          Deputy Clerk:   Donna Bajzik

On consideration, the motion is DENIED without prejudice for failure to identify any individual case **pending within the MDL** in which counsel appears as attorney of record. *See* ECF No. 86, ¶ II.

**DONE** and **ORDERED** this 3rd day of November 2021.

                                                *M. Casey Rodgers*
                                                **M. CASEY RODGERS**
                                                **UNITED STATES DISTRICT JUDGE**