UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

Case No. 3:19md2885

This Document Relates to All Cases

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

# ORDER

Pending before the Court are the following Motions for Admission *Pro Hac Vice* seeking leave to appear as counsel for parties in matters pending before this Court associated with In Re: 3M Combat Arms Earplug Products Liability Litigation, Case No. 3:19-md-2885:

- ECF No. 2160, filed by attorney Jennifer A. Moore with the law firm Moore Law Group, PLLC;

- ECF No. 2161, filed by attorney Heath P. Straka with the law firm Axley Brynelson, LLP;

- ECF No. 2163, filed by attorney Carasusana B. Wall with the law firm Zoll & Kranz, LLC;

- ECF Nos. 2165, 2173, 2175, 2204, 2205, 2207, 2209, 2221, 2237, filed by attorneys Yates M. French, Jamie Alan Aycock, Rex W. Manning, Shayne H. Henry, Austin J. Del Priore, Nickolas Barber, Austin L. Klar, Anna

Terteryan and Elizabeth C. DeGori with the law firm Kirkland & Ellis LLP;

- ECF Nos. 2166, 2168, filed by attorneys Mark Samson and Maxwell Goins with the law firm Keller Rohrback LLP;

- ECF No. 2167, filed by attorney Martin J. Phipps with the law firm Phipps Ortiz Talafuse PLLC;

- ECF No. 2170, filed by attorney Shawn Foster with the law firm Preuss Foster Law;

- ECF Nos. 2176, 2234, filed by attorneys Leila E. Mustafa and Leslie MacLean with the law firm Waters & Kraus, LLP;

- ECF No. 2185, filed by attorney Jonathan E. Schulman with the law firm Slater Slater Schulman LLP;

- ECF Nos. 2186, 2229, filed by attorneys Anna D. Kamins and Neal G. Galloway with the law firm Clark, Love & Hutson, PLLC;

- ECF No. 2191, filed by attorney Graham L. Newman with the law firm Chappell, Smith & Arden, P.A.;

- ECF No. 2193, filed by attorney Todd C. Comeaux with the law firm Comeaux Law Firm;

- ECF No. 2194, filed by attorney Dina M. Zalewski with the law firm Sommers Schwartz, PC;

- ECF Nos. 2198, 2200, filed by attorneys Jon Ryan Kral and Trisha M. Green with the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.;

- ECF No. 2208, filed by attorney Eric R. Nowak with the law firm Harrell & Nowack, LLC;

- ECF No. 2215, filed by attorney Kenneth J. Wink, Jr. with the law firm Murray Law Firm;

- ECF No. 2216, filed by attorney Triel D. Culver with the law firm Edwards & Culver.

- ECF No. 2220, filed by attorney Emily B. Ashe with the law firm Anapol Weiss;

- ECF No. 2227, filed by attorney Rodrigo de Llano with the law firm Danziger & De Llano, LLP;

- ECF No. 2228, filed by attorney Thomas W. Shlosman with the law firm Shlosman Law Firm;

- ECF No. 2231, filed by attorney Brandee J.K. Faria with the law firm The Law Offices of Brandee J.K. Faria;

- ECF No. 2235, filed by attorney Joseph H. Mattingly III with the law firm Joseph H. Mattingly III, PLLC;

- ECF No. 2239, filed by attorney Steven D. Davis with the law firm TorHoerman Law LLC;

- ECF No. 2240, filed by attorney Ginger Gibbs with the law firm Thornton Law Firm LLP;

- ECF No. 2245, filed by attorney Joel A. Nash with the law firm Joel A. Nash Co., L.P.A.;

- ECF No. 2246, filed by attorney Dale Christopher Russell with the law firm The Russell's Law Firm, PLC; and

- ECF No. 2249, filed by attorney Kimberly Channick with the law firm Walsh Law PLLC.

The motions demonstrate that these attorneys are members of good standing of the bar associations of their respective states, as stated on the certificates of good standing dated within 30 days of filing the motions; have successfully completed the computer-based tutorials for the local rules of this Court and CM/ECF; and have also paid the required admission fee. Having fully reviewed the matter the Court finds that the requirements of the Court's local rules have been satisfied, *see* N.D. Fla. Loc. R. 11.1 and the following motions are due to be granted.

Accordingly:

1. The Motions for *Pro Hac Vice*, ECF Nos. 2160, 2161, 2163, 2165, 2166, 2167, 2168, 2170, 2173, 2175, 2176, 2185, 2186, 2191, 2193, 2194,

2198, 2200, 2204, 2205, 2207, 2208, 2209, 2215, 2216, 2220, 2221, 2227, 2228, 2229, 2231, 2234, 2235, 2237, 2239, 2240, 2245, 2246, and 2249 are **GRANTED**.

**DONE** and **ORDERED** on this 3rd day of November 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**