UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to all Cases: | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on     October 6, 2021

Motion/Pleadings: MOTION TO APPEAR *PRO HAC VICE*.
Filed by  Kate T. Walling      on  October 7, 2021    Doc. #'s 2182
RESPONSE:
                                              on                          Doc. #'s

_____ Stipulated      _____ Joint Pleading
_____ Unopposed    _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ *Donna Bajzik*
Deputy Clerk:     Donna Bajzik

On consideration, the motion is DENIED without prejudice for failure to provide a Certificate of Good Standing dated **within 30 days** of the motion.

**DONE** and **ORDERED** this 3rd day of November 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**