# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to all Cases: | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on __October 26, 2021__

Motion/Pleadings: <u>MOTION TO APPEAR *PRO HAC VICE*.</u>
Filed by __Jeffrey J. Zeiger__ on __October 25, 2021__ Doc. #'s <u>2233</u>
RESPONSE:
_____ on _____ Doc. #'s

|       | Stipulated |       | Joint Pleading |
|-------|------------|-------|----------------|
|       | Unopposed  |       | Consented      |

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/ Donna Bajzik*
Deputy Clerk:     Donna Bajzik

---

On consideration, the motion is DENIED without prejudice for failure to provide a Certificate of Good Standing dated **within 30 days** of the motion.

**DONE** and **ORDERED** this 3rd day of November 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**