UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) ) ) ) ) ) | Case No. 3:19md2885 |
| | ) | Judge M. Casey Rodgers |
| This Document Relates to Joshua C. George 9:20-cv-04395-MCR-GRJ | ) ) ) ) ) ) | Magistrate Judge Gary R. Jones |
| _____ | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Triel D. Culver of the law firm of Edwards & Culver has been admitted to this Court *pro hac vice* [Doc. 2261] and hereby enters his appearance as counsel for Plaintiff, Joshua C. George. Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

DATED this 3rd day of November, 2021.

By: */s/ Triel D. Culver*
Triel D. Culver
EDWARDS & CULVER
1648 Poly Drive, Suite 206
Billings, MT 59102
Triel@edwardslawfirm.org
Phone: 406-256-8155
Fax:  406-256-8155
Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 3rd day of November, 2021, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

> By: */s/ Triel D. Culver*
> Triel D. Culver
> EDWARDS & CULVER
> 1648 Poly Drive, Suite 206
> Billings, MT 59102
> Triel@edwardslawfirm.org
> Phone: 406-256-8155
> Fax:  406-256-8155
> Attorney for Plaintiff