UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG ) | Case No: 3:19-md-02885 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | Judge M. Casey Rodgers |
| ) | Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases ) | |

## AMENDED MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, EricaRae Garcia, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and, in support thereof, state as follows:

1. Movant resides in New York and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Ohio. A copy of a Certificate of Good Standing from the State of Ohio dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16342497575136, and the CM/ECF online tutorials.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen."

6. I represent the following individuals in the 3M Combat Arms Earplug Products Liability Litigation:

1. Douglas Blackall v. 3M Company, et al.;  Case No.: 7:20-cv-19116-MCR-GRJ
2. David Cooke v. 3M Company, et al., Case No.:  7:20-cv-30309-MCR-GRJ
3. Robert Dimich v. 3M Company, et al., Case No.:  7:20-cv-33672-MCR-GRJ
4. Michael Floyd v. 3M Company, et al., Case No.:  7:20-cv-28108-MCR-GRJ
5. Justin Hanley v. 3M Company, et al., Case No.:   7:20-cv-27658-MCR-GRJ
6. Jarrod Harrison v. 3M Company, et al., Case No.:   7:20-cv-27060-MCR-GRJ
7. Joseph McBride v. 3M Company, et al., Case No.:  7:20-cv-26522-MCR-GRJ
8. John Pettit v. 3M Company, et al., Case No.:  7:20-cv-29480-MCR-GRJ
9. Ryan Powell v. 3M Company, et al., Case No.:  7:20-cv-24192-MCR-GRJ

WHEREFORE, EricaRae Garcia, respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*.

Dated:  November 3, 2021

By:   /s/ EricaRae Garcia
EricaRae Garcia

Weitz & Luxenberg, P.C.
700 Broadway
New York, NY  10003
Tel: (212) 558-5825
Fax: (212) 344-5461
Email:  egarcia@weitzlux.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Amended Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on November 3, 2021 and served electronically on all counsel of record.

/s/ EricaRae Garcia
EricaRae Garcia