# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Cases Identified on Exhibit A1 through A4 of Plaintiffs' Motion, ECF No. 2184 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on: October 7, 2021

Motion/Pleadings: Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records

Filed by: Plaintiffs     on October 7, 2021     ECF # 2183

RESPONSES:

_____ on _____ ECF # _____

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     __X__ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

/s/ *Donna Bajzik*
Deputy Clerk: Donna Bajzik

---

For good cause shown, the motion is **GRANTED, as requested**.

**DONE and ORDERED** this 3rd day of November, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**