# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG LITIGATION LIABILITY LITIGATION | Case No.: 3:19-MD-2885-MCR-GRJ<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

## NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO LOCAL RULE 11.1(H)(1)(B) AND REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that Blake W. Gibney from the law firm Kirkland & Ellis LLP, hereby withdraws as attorney of record for Defendant 3M Company, Aearo Technologies, LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo LLC ("Defendants") in the above referenced multi-district litigation, and should be removed from the docket and electronic service list accordingly. As required by Local Rule 11.1(H)(1)(b), Defendants consent to this withdrawal, and the withdrawal will leave Defendants with counsel of record who will continue in the case.

Dated: November 5, 2021                                 Respectfully submitted,


                                                        By: */s/ Robert C. Brock*
                                                        Robert C. "Mike" Brock
                                                        KIRKLAND & ELLIS LLP
                                                        1301 Pennsylvania Avenue, N.W.
                                                        Washington, D.C. 20004
                                                        Telephone: (202) 389-5991
                                                        Facsimile: (202) 389-5200
                                                        Email: mike.brock@kirkland.com

                                                        *Attorney for Defendants 3M Company, 3M Occupational Safety, LLC, Aearo Technologies LLC, Aearo LLC, Aearo Holding LLC, and Aearo Intermediate, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2021, a true copy of the foregoing was filed on the CM/ECF system, which will send notification of such filing to all parties and counsel in this case.

>                 */s/ Robert C. Brock*
>                 Robert C. "Mike" Brock