# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISON

| | |
|---|---|
| IN RE: 3M COMBAT ARM EARPLUGS PRODUCTS LIABILITY LITIGATION | Case No: 3:19-md-2885<br><br>Judge M. Case Rodgers<br>Magistrate Judge Gary R. Jones |
| *This Document Relates to:*<br>*Lloyd Richardson,* 3:21-cv-1827<br>*Adrian Ramos,* 3:21-cv-1828 | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, Gerard K. Schrom hereby moves the Court for an Order for admission to practice *pro hac vice* in the above-captioned matters, and in support thereof states as follows:

1. Movant resides in the Commonwealth of Pennsylvania and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member of good standing of the Bar of the Commonwealth of Pennsylvania, Bar I.D. No: 39282.

3. A copy of the Certificate of Good Standing from the Bar of the Commonwealth of Pennsylvania dated within 30 days of this motion is attached hereto as Exhibit "A."

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number, FLND16357222425208, and the CM/ECF online tutorial.

5. Movant has submitted to the Clerk the required $208.00 *pro hac* admission fee simultaneously with the filing of this motion.

6. Movants has an upgraded "NextGen" PACER account, and it is an individual account, not a firm account.

7. Movant is attorney of record in the following cases:

*Lloyd Richardson v. 3M Company, et al;* No: 3:21-cv-1827

*Adrian M. Ramos v. 3M Company, et al;* No: 3:21-cv-1828

8. Movant will file a Notice of Appearance in the Master Case, *In re: 3m Combat Arms Earplugs Products Liability Litigation,* No: 3:19-md-02885 (MCR-GRJ).

9. Movant will also file a Notice of Appearance in the related cases:

*Lloyd* Richardson v. 3M Company, et al; No: 3:21-cv-1827

*Adrian M.* Ramos v. 3M Company, et al; No: 3:21-cv-1828

**WHEREFORE**, Movant therefore requests that this Court enter an Order granting this Motion to Appear *Pro Hac Vice* and directing the Clerk to provide notice of Electronic Filing to the undersigned.

Dated:  November 8, 2021

Respectfully submitted,

*/s/ Gerard K. Schrom*
Gerard K. Schrom, Esquire
**Schrom, Shaffer & Botel, P.C.**
4 West Front Street
Media, PA 19063
Phone: (610) 565-5050
Fax: (484) 443-0882
Email: gschrom@schromandshaffer.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 8th day of November 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the Court's CM/ECF system.

                                               */s/ Gerard K. Schrom*
                                               Gerard K. Schrom, Esquire