# EXHIBIT A



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Gerard Killard Schrom, Esq.*

**DATE OF ADMISSION**

*October 28, 1983*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated:  November 3, 2021**

*Phoenicia D. W. Wallace*

Phoenicia D. W. Wallace, Esq.
Deputy Prothonotary