## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL Case No. 3:19-MD-2885-MCR-GRJ |
| *This document relates to:*<br>The Master Docket<br><u>*Montero v. 3M Company, et al.,* 7:20-cv-67</u> | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

PLEASE TAKE NOTICE that the undersigned counsel hereby enters her appearance in this action. The Court granted undersigned counsel admission *pro hac vice* pursuant to paragraph IV of Pretrial Order No. 3 on January 19, 2021. [Dkt. No. 1618]. Counsel respectfully requests that all notices, correspondence, filings, and other papers in the Master Docket of MDL 2885 and *Montero v. 3M Company, et al.,* 7:20-cv-67 be served upon her at the address listed below.

Dated: November 8, 2021

Respectfully submitted,

*/s/ Amanda Hunt*
Louisiana State Bar No. 35499
KELLER LENKNER LLC
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (512) 690-0990
amanda.hunt@kellerlenkner.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2021, I caused the foregoing Notice of Appearance to be filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.


*/s/ Amanda Hunt*
Amanda Hunt