**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT EARPLUGS<br>PRODUCTS LIABILITY LITIGATION | Case No: 3:19-md-2885 |
| This Document Relates to:<br><br>Nicholas Guillen | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Pre-trial Order No. 3 and Case Management Order No. 1 previously filed in this matter, and the Northern District of Florida Local Rules 11.1, I, Attorney J. Zachary Zatezalo, hereby move this Court for an Order of admission to practice *pro hac vice* in the above styled cases currently pending, and all futures cases transferred, moved to, or filed directly into this MLD, and in support thereof state as follows:

1. Movant is a resident of the State of West Virginia and is not a resident of the state of Florida.

2. Movant is admitted to practice law and is a member in good standing with the West Virginia State Bar Association. A copy of a Certificate of Good Standing from the West Virginia State Bar Association for the Court's review is attached hereto as **Exhibit A** and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has reviewed the local rules of this district, successfully completed the online Attorney Admission Tutorial (Confirmation Number: FLND15895696483347) and completed the CM/ECF online tutorials.

4. Movant has paid the required $201.00 *pro hac vice* admission fee to the Clerk.

5. Movant has an upgraded PACER "NextGen" account.

6. Movant represents the Plaintiffs in the following actions that were filed into the administrative docket, In Re: 3M Administrative Docket, 3:19mc87, on 3/11/2020 and transitioned to the active docket, In Re: 3M Combat Arms Earplug Products Liability Litigation, 3:19md2885, on September 30, 2021: *Nicolas Guillen v. 3M Company, and Aero Technologies, LLC* in 8:20-cv-05373.

7. Wherefore, J. Zachary Zatezalo, respectfully requests that the Court enter an Order granting his motion to appear *pro hac vice* on behalf of the above-referenced Plaintiffs and on behalf of any and all futures plaintiffs represented by J. Zachary Zatezalo in cases transferred, moved to, or filed directly into this MLD; and direct the Clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted: November 9, 2021.

**J. ZACHARY ZATEZALO, ESQ.**
**BORDAS & BORDAS, PLLC**,


By: /s/ J. Zachary Zatezalo  _

J. ZACHARY ZATEZALO (WV Bar #9215)
BORDAS & BORDAS, PLLC
1358 National Road
Wheeling, WV  26003
Telephone:  (304) 242-8410
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on November 9, 2021 and served electronically on all counsel of record.

/s/ J. Zachary Zatezalo
J. ZACHARY ZATEZALO (WV Bar #9215)