# WEST VIRGINIA STATE BAR

## Certificate of Good Standing

**J. Zachary Zatezalo - WVSB ID# 9215**

This is to certify that, according to the records of the West Virginia State Bar, J. Zachary Zatezalo, of Wheeling, WV, was admitted to practice law by the Supreme Court of Appeals of WV on January 15, 2003.

According to the records of the West Virginia State Bar, as of September 10, 2021, J. Zachary Zatezalo is currently an Active Member in good standing with the West Virginia State Bar.

Anita R. Casey, Esquire
Executive Director
The West Virginia State Bar