**THE RUSSELL'S LAW FIRM, P.L.C.**
202 E Wilcox Dr
Sierra Vista, Arizona 85635
(520) 458-7246
Fax: (855) 778-5559
By: D. Christopher Russell, Esquire
State Bar No. 022674
courtdocs@russellslawfirm.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M ADMINISTRATIVE DOCKET | Case No.: 3:19-MD-2885 |
| This Document Relates To: | |
| Buscemi, Carlton M.<br>Admin Docket No.<br>7:21-cv-02834-MCR-GRJ | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Dale Christopher Russell of The Russell's Law Firm, PLC has been admitted to this Court *pro hac vice* and hereby enters his appearance as counsel for Plaintiff, Carlton M. Buscemi.

DATED: November 1, 2021.

Respectfully submitted.

**THE RUSSELL'S LAW FIRM, PLC**

/s/ Dale Christopher Russell
AZ Bar No.: 022674
courtdocs@russellslawfirm.com
202 E/ Wilcox Drive
Sierra Vista, Arizona 85635
520-458-7246
Fax: 855-778-5559

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was file electronically with the Clark of the Court using the CM/ECF system on November 9, 2021 and served electronically on all counsel of record.

<u>/s/ Dale Christopher Russell</u>
Dale Christopher Russell