UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL Case No. 3:19-MD-2885-MCR-GRJ |
| *This document relates to:* <br> The Master Docket <br> *Montero v. 3M Company, et al.,* 7:20-cv-67 | Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel hereby enters her appearance in this action. The Court granted undersigned counsel admission *pro hac vice* pursuant to paragraph IV of Pretrial Order No. 3 on November 3, 2021. [Dkt.No. 2261]. Counsel respectfully requests that all notices, correspondence, filings, and other papers in the Master Docket of MDL 2885 be served upon her at the address listed below.

Dated: November 10, 2021

                                                  Respectfully submitted,

                                                  */s/ Kimberly Channick*
                                                  Kimberly Channick (Cal. Bar #325089)
                                                  WALSH LAW PLLC
                                                  13428 Maxella Avenue, #203
                                                  Marina del Rey, CA 90292
                                                  Telephone: (202) 780-3014
                                                  kchannick@alexwalshlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2021, I caused the foregoing Notice of Appearance to be filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

                                                 */s/ Kimberly Channick*
                                                 Kimberly Channick