UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION

This Document Relates to All Cases

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones


## MOTION FOR WITHDRAWAL OF NATHANIEL B. MORSE AS COUNSEL FOR PLAINTIFF STEVEN R. DEGISO

Attorney Robert S. Carey moves under Local Rule 11.1 H(1)(b) for the withdrawal of Nathaniel B. Morse as counsel for Plaintiff Steven D. DeGiso for the following reasons:

1.      On April 10, 2020, Attorney Morse was admitted pro hac vice in this matter. [Dkt. 1084]. At the time, Attorney Morse was employed by the law firm Orr & Reno, P.A.

2.      Attorney Morse has since resigned from Orr & Reno, P.A. and will no longer be involved in this matter.

3.      Attorney Robert S. Carey of Orr & Reno, P.A. has been admitted pro hac vice in this action and will continue to represent Mr. DeGiso in this matter. [Dkt. 1636]. Mr. DeGiso consents to Attorney Morse's withdrawal and Attorney Carey's continued representation.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order permitting the withdrawal of Attorney Nathaniel B. Morse and removing Attorney

Morse from the ECF electronic service list for this action.

Respectfully submitted,

Steven DeGiso
By His Counsel,
Orr & Reno, P.A.

Date: November 11, 2021          By */s/Robert S. Carey*
                                 Robert S. Carey (NH Bar #11815)

                                 ORR & RENO, P.A.
                                 45 South Main Street
                                 P.O. Box 3550
                                 Concord, NH  03302-3550
                                 Telephone (603) 223-9110
                                 Facsimile (603) 223-9010
                                 rcarey@orr-reno.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and thereby served electronically on all counsel of record.

Date: November 11, 2021          By */s/Robert S. Carey*
                                 Robert S. Carey (NH Bar #11815)

3292646_1.DOCX