UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | |

### MOTION TO WITHDRAW KELLEY L. STONEBRAKER AS COUNSEL FOR PLAINTIFF STEVEN R. DEGISO

Attorney Robert S. Carey moves under Local Rule 11.1H91)(b) for the withdrawal of Kelley L. Stonebraker as counsel for Plaintiff Steven D. DeGiso for the following reasons:

1. On September 7, 2021, Attorney Stonebraker was admitted pro hac vice in this matter. [Dkt. 1919]. At the time, Attorney Stonebraker was employed by the lawfirm of Orr & Reno, P.A.

2. Attorney Stonebraker has ceased to be employed at Orr & Reno, P.A. and will no longer be involved in the handling of this action.

3. Attorney Robert S. Carey of Orr & Reno, P.A., has been admitted pro hac vice in this action and will continue to represent Mr. DeGiso in this matter. [Dkt. 1636]. Mr. DeGiso consents to Attorney Stonebraker's withdrawal and Attorney Carey's continue representation.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order permitting the withdrawal of Attorney Kelley L. Stonebraker and removing

1

Attorney Stonebraker from the ECF electronic service list for this action.

                                                Respectfully submitted,

                                                Steven DeGiso
                                                By His Counsel,
                                                Orr & Reno, P.A.

Date: November 11, 2021         By */s/Robert S. Carey*
                                                Robert S. Carey (NH Bar #11815)

                                                ORR & RENO, P.A.
                                                45 South Main Street
                                                P.O. Box 3550
                                                Concord, NH  03302-3550
                                                Telephone (603) 223-9110
                                                Facsimile (603) 223-9010
                                                rcarey@orr-reno.com


## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and thereby served electronically on all counsel of record.

Date: November 11, 2021         By */s/Robert S. Carey*
                                                Robert S. Carey (NH Bar #11815)

3292839_1.DOCX