UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: | Judge M. Casey Rodgers<br>Mag. Judge Gary R. Jones |
| **REGAN M. BENSYL** and **AMANDA L. BENSYL,** | **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** |
| Plaintiffs, | |
| v. | Civil Action No. 3:19-cv-04929 |
| **3M COMPANY**, **3M OCCUPATIONAL SAFETY LLC**, **AEARO HOLDING LLC**, **AEARO INTERMEDIATE LLC**, **AEARO LLC**, and **AEARO TECHNOLOGIES LLC,** | |
| Defendants. | |

## MOTION TO WITHDRAW
## AS COUNSEL FOR PLAINTIFFS

**COME NOW** Karsman, McKenzie & Hart and Hafemann, Magee & Thomas, counsel for Plaintiffs in the above-styled action, and, pursuant to Local Rule 11.1 (H), respectfully request permission to withdraw as counsel for Plaintiffs, showing the Court the following:

1. The law firms of Karsman, McKenzie & Hart, LLC and Hafemann, Magee & Thomas (hereafter "Movants") were retained as counsel for Plaintiffs in 2019 to pursue claims in the above-referenced multi-district litigation.

2. Movants filed a Master Short Form Complaint on behalf of Plaintiffs on or about December 12, 2019.  [Dkt. 1].

3. Thereafter in 2020, Movants made several unsuccessful attempts to contact Plaintiffs by telephone, e-mail and letter.

4. Movants continued further attempts in 2021, also without success.

5. On October 12, 2021, Movants sent a letter to Plaintiffs via UPS 2-day delivery advising Plaintiffs of their intent to withdraw as their counsel due to Movants' inability to communicate with them.  (See Exhibit *"A"*).  In this letter, Movants also requested that Plaintiffs contact them immediately about their pending case.

6. Movants' October 12, 2021 letter was delivered to Plaintiffs' address on October 14, 2021.  (See Exhibit *"B"*).

7. To date, Movants have not received any response to their letter or any other communication from Plaintiffs.

8. In light of the foregoing, Movants respectfully request that they be permitted to withdraw as counsel for Plaintiffs in this case.

9. A proposed Order for the Court's consideration is attached hereto.

This 15th day of November, 2021.

| | |
|---|---|
| */s/ C. Dorian Britt* | */s/ John Hafemann* |
| | John Hafemann, Esq. |
| C. Dorian Britt, Esq. | Georgia Bar No. 327982 |
| Georgia Bar No. 083259 | HAFEMANN, MAGEE & THOMAS |
| KARSMAN, MCKENZIE & HART | 340 Eisenhower Drive, Ste. 1313 |
| 21 West Park Avenue | Savannah, Georgia  31406 |
| Savannah, Georgia  31401 | (912) 221-4441 |
| (912) 335-4977 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: | Judge M. Casey Rodgers<br>Mag. Judge Gary R. Jones |
| **REGAN M. BENSYL** and **AMANDA L. BENSYL,** | **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** |
| Plaintiffs, | |
| v. | Civil Action No. 3:19-cv-04929 |
| **3M COMPANY**, **3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC,** and **AEARO TECHNOLOGIES LLC,** | |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS was filed electronically with the Clerk of the Court using the CM/ECF system on November 4, 2021 and served electronically on all counsel of record. In addition, this motion has also been served upon Plaintiffs, via UPS 2-day delivery, addressed to the following:

Mr. Regan Bensyl<br>
Mrs. Amanda Bensyl<br>
2235 Jeffrey Drive<br>
St. Joseph, Illinois  61873

This 15th day of November, 2021.

| | |
|---|---|
| */s/ C. Dorian Britt* | */s/ John Hafemann* |
| C. Dorian Britt, Esq. | John Hafemann, Esq. |
| Georgia Bar No. 083259 | Georgia Bar No. 327982 |
| KARSMAN, MCKENZIE & HART | HAFEMANN, MAGEE & THOMAS |
| 21 West Park Avenue | 340 Eisenhower Drive, Ste. 1313 |
| Savannah, Georgia  31401 | Savannah, Georgia  31406 |
| (912) 335-4977 | (912) 221-4441 |

# EXHIBIT "A"

# KARSMAN, McKENZIE & HART

*An Association of Professional Entities*

TELEPHONE: (912) 335-4977
FACSIMILE: (912) 388-2503
WWW.KMTRIAL.COM

STANLEY M. KARSMAN (1938-2018)
JEREMY S. McKENZIE
R. PAUL HART
C. DORIAN BRITT
NICK S. EVANS

21 WEST PARK AVENUE
SAVANNAH, GA 31401

October 12, 2021

**VIA UPS 2-DAY DELIVERY**

Mr. Regan Bensyl
2235 Jeffrey Drive
St. Joseph, Illinois 61873

  Re: *3M Combat Arms Earplug Litigation*
    MDL 2885
    Northern District of Florida

  **\*\* NOTICE OF INTENT TO WITHDRAW AS YOUR ATTORNEYS \*\***

Dear Mr. Bensyl:

  This letter is to notify you that this firm, along with our co-counsel, Hafemann, McGee & Thomas, intend to withdraw as your attorneys in the above-referenced litigation. For the past eighteen months, we have been trying to reach you about important matters involving your case. These efforts have included multiple phone calls, numerous e-mails (April 17, 2020; April 29, 2020; May 11, 2020), and at least one letter. We have not received a response to any of these communication attempts.

  Accordingly please be advised of the following:

1) We will file a motion to withdraw from your case after the expiration of 14 days after the delivery of this notice;

2) Upon our withdrawal, it will be your personal responsibility to comply with all court deadlines and other obligations related to your case;

3) Should you wish to be represented by legal counsel, it will be your responsibility to hire another firm;

4) Failure to comply with the court's deadlines could result in negative consequences for your case, including dismissal and your inability to seek compensation for your claims.

Mr. Regan Bensyl
October 12, 2021
Page 2

---

Please contact us immediately upon receipt of this letter. We look forward to hearing from you soon.

Sincerely,

C. Dorian Britt

CDB/st

Cc:   Christina Ouellette

# EXHIBIT "B"

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z217AT00298248383

**Service**

UPS 2nd Day Air®

**Shipped / Billed On**

10/12/2021

**Delivered On**

10/14/2021 2:23 P.M.

**Delivered To**

2235 JEFFERY DR
SAINT JOSEPH, IL, 61873, US

**Received By**

DRIVER RELEASE

**Left At**

Front Door

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 10/18/2021 3:07 P.M. EST