UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: | Judge M. Casey Rodgers<br>Mag. Judge Gary R. Jones |
| **REGAN M. BENSYL** and **AMANDA L. BENSYL,** | **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** |
| Plaintiffs, | |
| v. | Civil Action No. 3:19-cv-04929 |
| **3M COMPANY**, **3M OCCUPATIONAL SAFETY LLC**, **AEARO HOLDING LLC**, **AEARO INTERMEDIATE LLC**, **AEARO LLC**, and **AEARO TECHNOLOGIES LLC,** | |
| Defendants. | |

### ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Having read and considered Movants' Motion to Withdraw as Counsel for Plaintiffs, and it appearing that good cause exists to grant the relief requested, it is hereby Ordered that the law firms of Karsman, McKenzie & Hart and Hafemann, Magee & Thomas are permitted to withdraw as counsel for Plaintiffs in this case. Movants shall provide Plaintiffs with a copy of this Order within ten (10) days.

*Bensyl v. 3M Company, et al.*
Case No. 3:19-cv-4929
Order on Motion to Withdraw as Counsel

      So Ordered, this \_\_\_\_\_ day of _____, 2021.

_____
Magistrate Judge Gary R. Jones
Northern District of Florida
Pensacola Division