# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, November 15, 2021 7:50 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Monday, November 15, 2021 1:49:01 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 11/15/2021 at 8:48 AM EST and filed on 11/15/2021
**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:** [MDL No. 2885](MDL No. 2885)
**Filer:**
**Document Number:** [1496](1496)

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-128) - 4 action(s)** *re: pldg. ([1481] in MDL No. 2885, 1 in MN/0:21-cv-02426, 1 in MN/0:21-cv-02427, 1 in MN/0:21-cv-02428, 1 in MN/0:21-cv-02429)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02426, MN/0:21-cv-02427, MN/0:21-cv-02428, MN/0:21-cv-02429 (JC)**

| | |
|---|---|
| **Case Name:** | Moe v. 3M Company et al |
| **Case Number:** | [MN/0:21-cv-02428](MN/0:21-cv-02428) |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-128) - 4 action(s)** *re: pldg. ( [1481] in MDL No. 2885, 1 in MN/0:21-cv-02426, 1 in MN/0:21-cv-02427, 1 in MN/0:21-cv-02428, 1 in MN/0:21-cv-02429)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02426, MN/0:21-cv-02427, MN/0:21-cv-02428, MN/0:21-cv-02429 (JC)**

| | |
|---|---|
| **Case Name:** | Kaping v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02429 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-128) - 4 action(s)** *re: pldg. ( [1481] in MDL No. 2885, 1 in MN/0:21-cv-02426, 1 in MN/0:21-cv-02427, 1 in MN/0:21-cv-02428, 1 in MN/0:21-cv-02429)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02426, MN/0:21-cv-02427, MN/0:21-cv-02428, MN/0:21-cv-02429 (JC)**

| | |
|---|---|
| **Case Name:** | Clark v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02427 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-128) - 4 action(s)** *re: pldg. ( [1481] in MDL No. 2885, 1 in MN/0:21-cv-02426, 1 in MN/0:21-cv-02427, 1 in MN/0:21-cv-02428, 1 in MN/0:21-cv-02429)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02426, MN/0:21-cv-02427, MN/0:21-cv-02428, MN/0:21-cv-02429 (JC)**

| | |
|---|---|
| **Case Name:** | Bullock-Hines v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02426 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-128) - 4 action(s)** *re: pldg. ( [1481] in MDL*

**No. 2885, 1 in MN/0:21-cv-02426, 1 in MN/0:21-cv-02427, 1 in MN/0:21-cv-02428, 1 in MN/0:21-cv-02429)** Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 11/15/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02426, MN/0:21-cv-02427, MN/0:21-cv-02428, MN/0:21-cv-02429 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-02428 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02428 Notice will not be electronically mailed to:**

**MN/0:21-cv-02429 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02429 Notice will not be electronically mailed to:**

**MN/0:21-cv-02427 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02427 Notice will not be electronically mailed to:**

**MN/0:21-cv-02426 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02426 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=11/15/2021] [FileNumber=1090311-0
] [0e1163b4242d56cb674e58ef4cf5568d00a6003fec68ea221ba12618b2070376ca2
56e5f048739faec5fae9c1cfd6f6e53b3c27a8c03337d7c680a500745bd5c]]