# EXHIBIT A



# Supreme Court of California

JORGE E. NAVARRETE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *OLIVIA JORDAN POSS*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that OLIVIA JORDAN POSS, #335439, was on the 10th day of February 2021, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 18th day of November, 2021.*

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
I. H. Calanoc, Sr. Deputy Clerk