## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) Case No. 3:19md2885 <br> ) <br> ) <br> ) <br> ) Judge M. Casey Rodgers |
| This Document Relates to All Cases | ) <br> ) Magistrate Judge Gary R. Jones <br> ) <br> ) <br> ) |

### MOTION OF PAUL QUINCY  FOR ADMISSION *PRO HAC VICE* AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Paul Quincy  ("Movant") of the law firm Kirkland & Ellis LLP, 1301 Pennsylvania Avenue, N.W. Washington, D.C. 20004, respectfully moves for admission *pro hac vice* to appear as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC and to receive Notice of Electronic Filings in this action. In support of this motion Movant states:

1.      Movant resides in Washington, D.C. and is not a resident of the State of Florida.

2.      Movant is not admitted to practice in the Northern District of Florida.

3.      Movant is licensed to practice and is a member in good standing of the bar for the District of Columbia.

4.      A copy of a Certificate of Good Standing from the District of Columbia, dated within 30 days of this motion, is attached as **Exhibit A**.

5.      Movant certifies that he has successfully completed both the online Local Rules tutorial exam (confirmation number **FLND16354584295200**) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

6.      Movant has remitted simultaneously with the filing of the motion the Court's $208.00 *pro hac vice* admission fee.

7.      Movant has updated his PACER account to "NextGen."

8.      Upon admission, Paul Quincy  respectfully requests that he be provided Notice of Electronic Filings to the following email address: paul.quincy@kirkland.com

WHEREFORE, Paul Quincy respectfully requests that this Court enter an order granting his motion to appear *pro hac vice* on behalf of Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC and directing the clerk to provide Notice of Electronic Filings to the undersigned.

DATED: November 18th, 2021        By: */s/ Paul Quincy*
                                  Paul Quincy
                                  KIRKLAND & ELLIS LLP
                                  1301 Pennsylvania
                                  Avenue, N.W.
                                  Washington, D.C.
                                  20004
                                  Tel: (202) 389-3256
                                  Email: paul.quincy@kirkland.com

                                  *Attorney for Defendants 3M Company,*
                                  *3M Occupational Safety LLC,  Aearo*
                                  *Technologies LLC, Aearo Holdings,*
                                  *LLC, Aearo Intermediate, LLC, and*
                                  *Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 18th day of November 2021, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

DATED:  November 18, 2021          */s/ Paul Quincy*
                                                        Paul Quincy