# Exhibit B

# **EXHIBIT B**

| Parties | Case No. |
|---|---|
| Dempsey, Patrick Christopher v. 3M Company, *et al.* | 8:20-cv-12587-MCR-GRJ |
| Isom, Tabatha Beth v. 3M Company, *et al.* | 7:20-cv-21696-MCR-GRJ |
| East, Christopher Charles v. 3M Company, *et al.* | 7:20-cv-21686-MCR-GRJ |
| Galimore, Steven Louis v. 3M Company, *et al.* | 7:20-cv-21684-MCR-GRJ |
| Wright, Jerome Steven v. 3M Company, *et al.* | 7:20-cv-22408-MCR-GRJ |
| Murphy, Gregory B. v. 3M Company, *et al.* | 7:20-cv-22497-MCR-GRJ |
| Kruse, Christopher L. v. 3M Company, *et al.* | 7:20-cv-22780-MCR-GRJ |
| Wilson, Frank H. v. 3M Company, *et al.* | 7:20-cv-22793-MCR-GRJ |
| Musselman, Barry James v. 3M Company, *et al.* | 7:20-cv-22842-MCR-GRJ |
| Johnson, Brett Andrew v. 3M Company, *et al.* | 7:20-cv-26118-MCR-GRJ |
| Trombley, Christopher v. 3M Company, *et al.* | 7:20-cv-33113-MCR-GRJ |
| Sipple, Robert Brandon v. 3M Company, *et al.* | 7:20-cv-36007-MCR-GRJ |
| Frydrych, Thomas Joseph v. 3M Company, *et al.* | 7:20-cv-36391-MCR-GRJ |
| Soto, Angel L. v. 3M Company, *et al.* | 7:20-cv-36424-MCR-GRJ |
| Schultz, Nicholas Mark v. 3M Company, *et al.* | 7:20-cv-36454-MCR-GRJ |
| Wathey Colon, Harold A. v. 3M Company, *et al.* | 7:20-cv-28637-MCR-GRJ |