## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Stelling*, 7:20cv143 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

### ORDER

This Order resolves Plaintiff Carter Stelling's motion in limine to exclude untimely affirmative designations of trial testimony of Elliott Berger by Defendants (Stelling MIL No. 14).  In light of the Magistrate Judge's order authorizing remote trial testimony from Elliott Berger in the Group C and Sloan/Wayman cases, no party can demonstrate that Berger is unavailable for trial.  Neither side has cited any authority that allows a party to introduce a fact witness's prior trial testimony in a subsequent trial where that witness is available.  Therefore, prior sworn testimony from Berger in his individual capacity—whether deposition or trial testimony—may not be used at trial by either side except for impeachment purposes.  The only limitation to this ruling is that Plaintiffs may use Berger's 30(b)(6) testimony for any purpose at trial.  *See* Fed. R. Civ. P. 32(a)(3).  This ruling applies to all bellwether

trials for which the Magistrate Judge authorized remote trial testimony from Elliott

Berger.[1]

**SO ORDERED**, on this 21st day of November, 2021.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] *See Finley*, 7:20cv170; *Hensley*, 7:20cv93; *Montero*, 7:20cv067; *Sloan*, 7:20cv001; *Stelling*, 7:20cv143; *Wayman*, 7:20cv149.