# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, November 22, 2021 7:02 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Monday, November 22, 2021 1:01:07 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 11/22/2021 at 8:00 AM EST and filed on 11/22/2021
**Case Name:**   IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   MDL No. 2885
**Filer:**
**Document Number:** 1508

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-129) - 7 action(s)** *re: pldg. ([1490] in MDL No. 2885, 1 in MN/0:21-cv-02435, 1 in MN/0:21-cv-02442, 1 in MN/0:21-cv-02444, 1 in MN/0:21-cv-02445, 1 in MN/0:21-cv-02446, 1 in MN/0:21-cv-02447, 1 in MN/0:21-cv-02448)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02435, MN/0:21-cv-02442, MN/0:21-cv-02444, MN/0:21-cv-02445, MN/0:21-cv-02446, MN/0:21-cv-02447, MN/0:21-cv-02448 (JC)**

| | |
|---|---|
| **Case Name:** | Hetland v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02445 |

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-129) - 7 action(s)** *re: pldg. ( [1490] in MDL No. 2885, 1 in MN/0:21-cv-02435, 1 in MN/0:21-cv-02442, 1 in MN/0:21-cv-02444, 1 in MN/0:21-cv-02445, 1 in MN/0:21-cv-02446, 1 in MN/0:21-cv-02447, 1 in MN/0:21-cv-02448)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02435, MN/0:21-cv-02442, MN/0:21-cv-02444, MN/0:21-cv-02445, MN/0:21-cv-02446, MN/0:21-cv-02447, MN/0:21-cv-02448 (JC)**

| | |
|---|---|
| **Case Name:** | Bohenick v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02435 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-129) - 7 action(s)** *re: pldg. ( [1490] in MDL No. 2885, 1 in MN/0:21-cv-02435, 1 in MN/0:21-cv-02442, 1 in MN/0:21-cv-02444, 1 in MN/0:21-cv-02445, 1 in MN/0:21-cv-02446, 1 in MN/0:21-cv-02447, 1 in MN/0:21-cv-02448)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02435, MN/0:21-cv-02442, MN/0:21-cv-02444, MN/0:21-cv-02445, MN/0:21-cv-02446, MN/0:21-cv-02447, MN/0:21-cv-02448 (JC)**

| | |
|---|---|
| **Case Name:** | Porter v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02447 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-129) - 7 action(s)** *re: pldg. ( [1490] in MDL No. 2885, 1 in MN/0:21-cv-02435, 1 in MN/0:21-cv-02442, 1 in MN/0:21-cv-02444, 1 in MN/0:21-cv-02445, 1 in MN/0:21-cv-02446, 1 in MN/0:21-cv-02447, 1 in MN/0:21-cv-02448)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02435, MN/0:21-cv-02442, MN/0:21-cv-02444, MN/0:21-cv-02445, MN/0:21-cv-02446, MN/0:21-cv-02447, MN/0:21-cv-02448 (JC)**

| | |
|---|---|
| **Case Name:** | LaClaire v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02444 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-129) - 7 action(s)** *re: pldg. ( [1490] in MDL No. 2885, 1 in MN/0:21-cv-02435, 1 in MN/0:21-cv-02442, 1 in MN/0:21-cv-02444, 1 in MN/0:21-cv-02445, 1 in MN/0:21-cv-02446, 1 in MN/0:21-cv-02447, 1 in MN/0:21-cv-02448)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02435, MN/0:21-cv-02442, MN/0:21-cv-02444, MN/0:21-cv-02445, MN/0:21-cv-02446, MN/0:21-cv-02447, MN/0:21-cv-02448 (JC)**

| | |
|---|---|
| **Case Name:** | Vanderheyden v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02442 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-129) - 7 action(s)** *re: pldg. ( [1490] in MDL No. 2885, 1 in MN/0:21-cv-02435, 1 in MN/0:21-cv-02442, 1 in MN/0:21-cv-02444, 1 in MN/0:21-cv-02445, 1 in MN/0:21-cv-02446, 1 in MN/0:21-cv-02447, 1 in MN/0:21-cv-02448)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02435, MN/0:21-cv-02442, MN/0:21-cv-02444, MN/0:21-cv-02445, MN/0:21-cv-02446, MN/0:21-cv-02447, MN/0:21-cv-02448 (JC)**

| | |
|---|---|
| **Case Name:** | Pratt v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02448 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-129) - 7 action(s)** *re: pldg. ( [1490] in MDL No. 2885, 1 in MN/0:21-cv-02435, 1 in MN/0:21-cv-02442, 1 in MN/0:21-cv-02444, 1 in MN/0:21-cv-02445, 1 in MN/0:21-cv-02446, 1 in MN/0:21-cv-02447, 1 in MN/0:21-cv-02448)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02435, MN/0:21-cv-02442, MN/0:21-cv-02444, MN/0:21-cv-02445, MN/0:21-cv-02446, MN/0:21-cv-02447, MN/0:21-cv-02448 (JC)**

| | |
|---|---|
| **Case Name:** | Dahl v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02446 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-129) - 7 action(s)** *re: pldg. ( [1490] in MDL No. 2885, 1 in MN/0:21-cv-02435, 1 in MN/0:21-cv-02442, 1 in MN/0:21-cv-02444, 1 in MN/0:21-cv-02445, 1 in MN/0:21-cv-02446, 1 in MN/0:21-cv-02447, 1 in MN/0:21-cv-02448)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02435, MN/0:21-cv-02442, MN/0:21-cv-02444, MN/0:21-cv-02445, MN/0:21-cv-02446, MN/0:21-cv-02447, MN/0:21-cv-02448 (JC)**


**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-02445 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02445 Notice will not be electronically mailed to:**

**MN/0:21-cv-02435 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02435 Notice will not be electronically mailed to:**

**MN/0:21-cv-02447 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02447 Notice will not be electronically mailed to:**

**MN/0:21-cv-02444 Notice has been electronically mailed to:**

Jerry W Blackwell      blackwell@blackwellburke.com

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02444 Notice will not be electronically mailed to:**

**MN/0:21-cv-02442 Notice has been electronically mailed to:**

Jerry W Blackwell      blackwell@blackwellburke.com

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02442 Notice will not be electronically mailed to:**

**MN/0:21-cv-02448 Notice has been electronically mailed to:**

Jerry W Blackwell      blackwell@blackwellburke.com

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02448 Notice will not be electronically mailed to:**

**MN/0:21-cv-02446 Notice has been electronically mailed to:**

Jerry W Blackwell      blackwell@blackwellburke.com

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02446 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=11/22/2021] [FileNumber=1091483-0

] [04a87ca00bbde895008a071ce38b68995efbe7eb537c64c9bc5425b35314891ced7
0c9015cab7ec46028806e03ba743106585cac8293581385fcec39ff6d3000]]