# EXHIBIT A

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION
CASE MANAGEMENT ORDER NO. 31 (Wave Order #1)
EXHIBIT A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 1. | 116411 | BEAMON, NINA | Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz | 8:20-cv-30515-MCR-GRJ |
| 2. | 116592 | Lawyer, Todd Stephen | Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz | 8:20-cv-30743-MCR-GRJ |
| 3. | 116738 | KNIGHT, ALEXANDER S | Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz | 8:20-cv-30991-MCR-GRJ |
| 4. | 116942 | Haugland, Gabriel Michael | Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz | 8:20-cv-31043-MCR-GRJ |
| 5. | 116958 | Torres Mantilla, Misael | Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz | 8:20-cv-31071-MCR-GRJ |
| 6. | 147904 | MURTHA, NICHOLAS | Allen & Nolte, PLLC | 8:20-cv-40685-MCR-GRJ |
| 7. | 9686 | Shumate, John | Anapol Weiss | 7:20-cv-48781-MCR-GRJ |
| 8. | 60126 | Acteson, Jon | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-09401-MCR-GRJ |
| 9. | 60151 | Aikman, Sean | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-09425-MCR-GRJ |
| 10. | 60259 | Ankrum, Lloyd | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-09529-MCR-GRJ |
| 11. | 60473 | BELFORD, JASON M. | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-09738-MCR-GRJ |
| 12. | 60762 | Brugger, David | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-10622-MCR-GRJ |
| 13. | 61045 | CLARENCE, JACOB | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-13428-MCR-GRJ |
| 14. | 61110 | Coleman, Robert Daniel | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-13551-MCR-GRJ |
| 15. | 61311 | DANIELS, BILLY | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-14285-MCR-GRJ |
| 16. | 61313 | Daniels, Jason Thomas | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-14286-MCR-GRJ |
| 17. | 61540 | Dunker, Daniel | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-15315-MCR-GRJ |
| 18. | 61797 | Ford, Marteze Edward | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-11278-MCR-GRJ |
| 19. | 61844 | Frei, Nathan | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-11506-MCR-GRJ |
| 20. | 61949 | Gentner, John M. | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-11424-MCR-GRJ |
| 21. | 62010 | Goffinett, Joel Edward | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-11591-MCR-GRJ |
| 22. | 62277 | Harris, Jeremy | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-11833-MCR-GRJ |
| 23. | 62307 | Haskamp, Dennis | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-11900-MCR-GRJ |
| 24. | 62332 | Hazen, Adam T. | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-11879-MCR-GRJ |
| 25. | 62509 | Hopson, Lakobi Keon | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-12063-MCR-GRJ |
| 26. | 62629 | Ino, Ututoa | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-12207-MCR-GRJ |
| 27. | 62686 | James, Joseph | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-12243-MCR-GRJ |
| 28. | 62851 | Jurich, Eric | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-13643-MCR-GRJ |
| 29. | 62923 | Keough, Keith | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-14576-MCR-GRJ |
| 30. | 62995 | Klotz, Chad | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-15014-MCR-GRJ |
| 31. | 63310 | Luzadder, Anthony Lee | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-18312-MCR-GRJ |
| 32. | 63363 | Malikai, Sebastian A. | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-18386-MCR-GRJ |
| 33. | 63394 | Markel, Kyle A. | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-18488-MCR-GRJ |
| 34. | 63446 | Martinez, Jewel S. | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-18596-MCR-GRJ |
| 35. | 63471 | Mathews, Dirk | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-18610-MCR-GRJ |
| 36. | 63957 | Noble, Joshua | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-12555-MCR-GRJ |
| 37. | 64011 | Oldani, Ronald Chris | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-12731-MCR-GRJ |
| 38. | 64022 | Olson, Sean | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-12655-MCR-GRJ |
| 39. | 64078 | Panaitov, Gloria E. | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-12722-MCR-GRJ |
| 40. | 64102 | Parshall, Robert | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-12817-MCR-GRJ |
| 41. | 64106 | Parsons, James | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-12830-MCR-GRJ |
| 42. | 64501 | Rios Cortes, Josue Julian | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-13339-MCR-GRJ |
| 43. | 64605 | Roller, Jason | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-13671-MCR-GRJ |
| 44. | 65225 | Tacker, Paul James | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-14629-MCR-GRJ |
| 45. | 65288 | Theriot, Robert | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-14832-MCR-GRJ |
| 46. | 65489 | Vejarano, David | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-15495-MCR-GRJ |
| 47. | 65564 | Walnofer, Eric | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-15651-MCR-GRJ |
| 48. | 65778 | Williams, Tyrone | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-15864-MCR-GRJ |
| 49. | 65843 | Wolowicz, Eric D. | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-15985-MCR-GRJ |
| 50. | 65925 | Yruegas, Joseph | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-16000-MCR-GRJ |
| 51. | 98050 | Baca, Crusito | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-23413-MCR-GRJ |
| 52. | 98769 | Barringer, Charles | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-25462-MCR-GRJ |
| 53. | 99355 | Moore, Andrea Michelle | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-25622-MCR-GRJ |
| 54. | 99658 | Simpson, Taylor | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-24656-MCR-GRJ |
| 55. | 66365 | Johnson, Charles | Bailey Cowan Heckaman PLLC | 7:20-cv-54706-MCR-GRJ |
| 56. | 66561 | Revelle, Charles | Bailey Cowan Heckaman PLLC | 7:20-cv-56244-MCR-GRJ |
| 57. | 66600 | Sayre, Jacob | Bailey Cowan Heckaman PLLC | 7:20-cv-48946-MCR-GRJ |
| 58. | 66671 | Thomas, Ryne | Bailey Cowan Heckaman PLLC | 7:20-cv-49130-MCR-GRJ |
| 59. | 66703 | Wallace, Dax | Bailey Cowan Heckaman PLLC | 7:20-cv-49224-MCR-GRJ |
| 60. | 66727 | KAISER, WILLIAM | Bailey Cowan Heckaman PLLC | 7:20-cv-49295-MCR-GRJ |
| 61. | 117383 | Frame, Bradley Dustin | Baron & Budd | 7:20-cv-87802-MCR-GRJ |
| 62. | 117794 | McKenzie, Stanford Lloyd | Baron & Budd | 8:20-cv-00231-MCR-GRJ |
| 63. | 117922 | OWINGS, JACOB | Baron & Budd | 8:20-cv-00446-MCR-GRJ |

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 64. | 117981 | Polite, Julius | Baron & Budd | 8:20-cv-00544-MCR-GRJ |
| 65. | 118045 | Rivera, Thomas Joseph | Baron & Budd | 8:20-cv-00691-MCR-GRJ |
| 66. | 118118 | Scheiner, Matthew Justin | Baron & Budd | 8:20-cv-00560-MCR-GRJ |
| 67. | 118197 | Stachowski, Rafal | Baron & Budd | 8:20-cv-00815-MCR-GRJ |
| 68. | 139301 | SAPP, BRIAN | Beasley Allen | 3:19-cv-02521-MCR-GRJ |
| 69. | 9867 | Smith, George R. | Berniard Law LLC | 8:20-cv-33772-MCR-GRJ |
| 70. | 101889 | Edwards, Jennifer | Bertram & Graf, L.L.C. | 7:20-cv-45564-MCR-GRJ |
| 71. | 102104 | Moreno, Abram | Bertram & Graf, L.L.C. | 7:20-cv-46304-MCR-GRJ |
| 72. | 102107 | Morton, David | Bertram & Graf, L.L.C. | 7:20-cv-46311-MCR-GRJ |
| 73. | 102253 | Warner, Steven | Bertram & Graf, L.L.C. | 7:20-cv-46676-MCR-GRJ |
| 74. | 50181 | AUTRY, DONALD | Bohrer Brady LLC | 8:20-cv-09779-MCR-GRJ |
| 75. | 68277 | WAACK, DAVID | Brent Coon & Associates | 7:20-cv-71479-MCR-GRJ |
| 76. | 68678 | Douglas, Michael | Brent Coon & Associates | 7:20-cv-71875-MCR-GRJ |
| 77. | 135953 | Wempe, Robert | Burnett Law Firm | 7:20-cv-42022-MCR-GRJ |
| 78. | 69020 | BAKER, SETH | Cannon Law | 8:20-cv-17172-MCR-GRJ |
| 79. | 78958 | Washington, Joseph | Carey Danis & Lowe | 7:20-cv-50199-MCR-GRJ |
| 80. | 42947 | HELLIN, ROBERT | Clark, Love & Hutson PLLC | 3:19-cv-02395-MCR-GRJ |
| 81. | 42949 | BLIMKA, CHRISTOPHER | Clark, Love & Hutson PLLC | 7:20-cv-06868-MCR-GRJ |
| 82. | 43022 | SEMAN, DOMINIC | Clark, Love & Hutson PLLC | 3:19-cv-00819-MCR-GRJ |
| 83. | 43042 | SWARTOUT, PATRICK | Clark, Love & Hutson PLLC | 7:20-cv-07037-MCR-GRJ |
| 84. | 88650 | Hollington, Daniel | Clark, Love & Hutson PLLC | 7:20-cv-19450-MCR-GRJ |
| 85. | 88737 | Tharpe, Herman | Clark, Love & Hutson PLLC | 7:20-cv-19501-MCR-GRJ |
| 86. | 88749 | Aparicio, John | Clark, Love & Hutson PLLC | 7:20-cv-19528-MCR-GRJ |
| 87. | 88757 | Breland, Larry | Clark, Love & Hutson PLLC | 7:20-cv-19541-MCR-GRJ |
| 88. | 88785 | Guidry, Amy A | Clark, Love & Hutson PLLC | 7:20-cv-19672-MCR-GRJ |
| 89. | 88988 | Mitsada, Phetsamone | Clark, Love & Hutson PLLC | 7:20-cv-19825-MCR-GRJ |
| 90. | 89056 | Domke, Ryan N | Clark, Love & Hutson PLLC | 7:20-cv-19984-MCR-GRJ |
| 91. | 89111 | Generally, Stefan | Clark, Love & Hutson PLLC | 7:20-cv-20077-MCR-GRJ |
| 92. | 89357 | Fridgen, Michael | Clark, Love & Hutson PLLC | 7:20-cv-20498-MCR-GRJ |
| 93. | 89937 | Pressley, Riston | Clark, Love & Hutson PLLC | 7:20-cv-21946-MCR-GRJ |
| 94. | 90019 | BAILEY, JAMES | Clark, Love & Hutson PLLC | 7:20-cv-22111-MCR-GRJ |
| 95. | 90122 | Duchesneau, Neil | Clark, Love & Hutson PLLC | 7:20-cv-22299-MCR-GRJ |
| 96. | 90357 | Shiraef, Joshua | Clark, Love & Hutson PLLC | 7:20-cv-23237-MCR-GRJ |
| 97. | 90600 | MEDLEY, BRIAN L | Clark, Love & Hutson PLLC | 7:20-cv-20730-MCR-GRJ |
| 98. | 90672 | Smith, MuShawn D | Clark, Love & Hutson PLLC | 7:20-cv-20902-MCR-GRJ |
| 99. | 90686 | Shenian, Jonathan S | Clark, Love & Hutson PLLC | 7:20-cv-20925-MCR-GRJ |
| 100. | 90728 | Bovee, Joel | Clark, Love & Hutson PLLC | 7:20-cv-20999-MCR-GRJ |
| 101. | 90890 | Hogan, Chris | Clark, Love & Hutson PLLC | 7:20-cv-21169-MCR-GRJ |
| 102. | 90939 | Parker, Wendell | Clark, Love & Hutson PLLC | 7:20-cv-21249-MCR-GRJ |
| 103. | 90981 | Villaflor, Michael Jagger | Clark, Love & Hutson PLLC | 7:20-cv-21245-MCR-GRJ |
| 104. | 69071 | Bruce, Gery | Coxwell & Associates PLLC.; 'Maggio Thompson LLP | 7:20-cv-81225-MCR-GRJ |
| 105. | 148421 | Cabiness, Christopher | Coxwell & Associates PLLC.; 'Maggio Thompson LLP | 7:20-cv-30523-MCR-GRJ |
| 106. | 71486 | Gibbs, Christopher | Danziger & De Llano | 8:20-cv-25425-MCR-GRJ |
| 107. | 71697 | Gutierrez De Pineres, Ricardo | Danziger & De Llano | 8:20-cv-27196-MCR-GRJ |
| 108. | 72240 | Irizarry, Alvin | Danziger & De Llano | 8:20-cv-22444-MCR-GRJ |
| 109. | 72467 | Kaeding, Jason | Danziger & De Llano | 8:20-cv-23021-MCR-GRJ |
| 110. | 72885 | Lewis, Kevin | Danziger & De Llano | 8:20-cv-23780-MCR-GRJ |
| 111. | 73143 | Martin, Brian | Danziger & De Llano | 8:20-cv-23838-MCR-GRJ |
| 112. | 73365 | Meeks, John | Danziger & De Llano | 8:20-cv-24515-MCR-GRJ |
| 113. | 73906 | Pacheco, Steve | Danziger & De Llano | 8:20-cv-25647-MCR-GRJ |
| 114. | 73972 | Patterson, Gloria | Danziger & De Llano | 8:20-cv-25755-MCR-GRJ |
| 115. | 74263 | Raley, Mason | Danziger & De Llano | 8:20-cv-25621-MCR-GRJ |
| 116. | 74710 | Schaaf, Daniel | Danziger & De Llano | 8:20-cv-24835-MCR-GRJ |
| 117. | 75383 | Taylor, Nathan | Danziger & De Llano | 8:20-cv-27891-MCR-GRJ |
| 118. | 76051 | Woodruff, Michael | Danziger & De Llano | 8:20-cv-33012-MCR-GRJ |
| 119. | 107259 | Allen, William | Douglas & London | 7:20-cv-74412-MCR-GRJ |
| 120. | 107398 | Aubrey, Sawyer | Douglas & London | 7:20-cv-75257-MCR-GRJ |
| 121. | 107816 | Bobo, Andrew | Douglas & London | 7:20-cv-76576-MCR-GRJ |
| 122. | 107890 | Bowen, Paul | Douglas & London | 7:20-cv-72233-MCR-GRJ |
| 123. | 107908 | Boxton, Darrol | Douglas & London | 7:20-cv-72317-MCR-GRJ |
| 124. | 108280 | Carlon, Mathew | Douglas & London | 7:20-cv-72828-MCR-GRJ |
| 125. | 108301 | Carrasco, Gregory | Douglas & London | 7:20-cv-72853-MCR-GRJ |
| 126. | 108510 | Clayton, Cody | Douglas & London | 7:20-cv-73625-MCR-GRJ |
| 127. | 108515 | Clement, Brandon | Douglas & London | 7:20-cv-73640-MCR-GRJ |
| 128. | 108691 | Cortez, Raymond | Douglas & London | 7:20-cv-73289-MCR-GRJ |
| 129. | 108813 | Cullifer, Kevin | Douglas & London | 7:20-cv-73554-MCR-GRJ |
| 130. | 108918 | Davies, Jason | Douglas & London | 7:20-cv-76745-MCR-GRJ |

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 131. | 108951 | Davis, Demetrius | Douglas & London | 7:20-cv-76824-MCR-GRJ |
| 132. | 109024 | Delgado, Isabelino | Douglas & London | 7:20-cv-77005-MCR-GRJ |
| 133. | 109232 | Dudley, Chad | Douglas & London | 7:20-cv-77412-MCR-GRJ |
| 134. | 109419 | Esposito, Allen | Douglas & London | 7:20-cv-77587-MCR-GRJ |
| 135. | 109572 | Fleming, Thomas | Douglas & London | 7:20-cv-79613-MCR-GRJ |
| 136. | 109599 | Fontanezmedina, Juan | Douglas & London | 7:20-cv-79639-MCR-GRJ |
| 137. | 109734 | Gallardo, Albert | Douglas & London | 7:20-cv-79770-MCR-GRJ |
| 138. | 109848 | Giampapa, Phillip | Douglas & London | 7:20-cv-79874-MCR-GRJ |
| 139. | 109930 | Golden, Thomas | Douglas & London | 7:20-cv-79953-MCR-GRJ |
| 140. | 110104 | Grimberg-phillips, Gregory | Douglas & London | 7:20-cv-74021-MCR-GRJ |
| 141. | 110406 | Hayes, Cedric | Douglas & London | 7:20-cv-74623-MCR-GRJ |
| 142. | 110801 | Hutcherson, Raymond | Douglas & London | 7:20-cv-74949-MCR-GRJ |
| 143. | 110949 | GREEN, JOHN | Douglas & London | 7:20-cv-75615-MCR-GRJ |
| 144. | 111009 | Jolly, Christopher | Douglas & London | 7:20-cv-75859-MCR-GRJ |
| 145. | 111137 | Keller, Perry | Douglas & London | 7:20-cv-76486-MCR-GRJ |
| 146. | 111221 | King, Daniel | Douglas & London | 7:20-cv-76763-MCR-GRJ |
| 147. | 111284 | Knotts, Tyson | Douglas & London | 7:20-cv-77919-MCR-GRJ |
| 148. | 111420 | Lancaster, Brent | Douglas & London | 7:20-cv-78599-MCR-GRJ |
| 149. | 111532 | Lee, Matthew | Douglas & London | 7:20-cv-79151-MCR-GRJ |
| 150. | 111546 | Leins, Derek | Douglas & London | 7:20-cv-79231-MCR-GRJ |
| 151. | 111605 | Lewis, Jeffery | Douglas & London | 7:20-cv-80556-MCR-GRJ |
| 152. | 111738 | Lucero, John | Douglas & London | 7:20-cv-81373-MCR-GRJ |
| 153. | 111855 | Manning, Scott | Douglas & London | 7:20-cv-81970-MCR-GRJ |
| 154. | 111878 | Marin, Jose | Douglas & London | 7:20-cv-82050-MCR-GRJ |
| 155. | 112118 | McCulloch, Oakland | Douglas & London | 7:20-cv-76921-MCR-GRJ |
| 156. | 112305 | Messinger, Matthew | Douglas & London | 7:20-cv-77294-MCR-GRJ |
| 157. | 112338 | Milam, Raymond | Douglas & London | 7:20-cv-77355-MCR-GRJ |
| 158. | 112423 | Moats, James | Douglas & London | 7:20-cv-77802-MCR-GRJ |
| 159. | 113068 | Peacock, Bradford | Douglas & London | 7:20-cv-79194-MCR-GRJ |
| 160. | 113554 | Reyes, David | Douglas & London | 7:20-cv-78863-MCR-GRJ |
| 161. | 113625 | Riley, Terry | Douglas & London | 7:20-cv-79167-MCR-GRJ |
| 162. | 114278 | Skillings, Jaason | Douglas & London | 7:20-cv-79088-MCR-GRJ |
| 163. | 114359 | Smith, Adrian | Douglas & London | 7:20-cv-79415-MCR-GRJ |
| 164. | 114694 | Sykes, Lucius | Douglas & London | 7:20-cv-80632-MCR-GRJ |
| 165. | 115086 | Vasquez, Charles | Douglas & London | 7:20-cv-81062-MCR-GRJ |
| 166. | 115144 | Volpe, Michael | Douglas & London | 7:20-cv-81313-MCR-GRJ |
| 167. | 115186 | Walker, Jarvis | Douglas & London | 7:20-cv-81490-MCR-GRJ |
| 168. | 115212 | Walton, Brione | Douglas & London | 7:20-cv-81599-MCR-GRJ |
| 169. | 115546 | Wilson, Timothy | Douglas & London | 7:20-cv-82700-MCR-GRJ |
| 170. | 115604 | Woodard, Rodrick | Douglas & London | 7:20-cv-82803-MCR-GRJ |
| 171. | 115650 | Wright, Jason | Douglas & London | 7:20-cv-82888-MCR-GRJ |
| 172. | 95243 | Garcia Hernandez, Diego | Fensterseib Law Group, P.A. | 7:20-cv-98128-MCR-GRJ |
| 173. | 76441 | Eakes, Matthew | FLEMING, NOLEN & JEZ, L.L.P | 8:20-cv-14273-MCR-GRJ |
| 174. | 76525 | Hill, Andre | FLEMING, NOLEN & JEZ, L.L.P | 8:20-cv-14642-MCR-GRJ |
| 175. | 76612 | Medina, Rafael | FLEMING, NOLEN & JEZ, L.L.P | 8:20-cv-10065-MCR-GRJ |
| 176. | 3912 | Jordal, David E. | Goldenberg Heller & Antognoli, P.C. | 8:20-cv-04755-MCR-GRJ |
| 177. | 139689 | Cooper, Timothy | Goza & Honnold, LLC | 7:20-cv-63901-MCR-GRJ |
| 178. | 79167 | Bodiford, Keith | Heninger Garrison Davis, LLC | 7:20-cv-50657-MCR-GRJ |
| 179. | 79277 | Cihak, Dillon | Heninger Garrison Davis, LLC | 7:20-cv-52440-MCR-GRJ |
| 180. | 79342 | Dawkins, Thomas | Heninger Garrison Davis, LLC | 7:20-cv-52704-MCR-GRJ |
| 181. | 79458 | Fresen, Jamie | Heninger Garrison Davis, LLC | 7:20-cv-53109-MCR-GRJ |
| 182. | 79577 | Hart, Kevin | Heninger Garrison Davis, LLC | 7:20-cv-53112-MCR-GRJ |
| 183. | 79717 | Kant, Anthony | Heninger Garrison Davis, LLC | 7:20-cv-53615-MCR-GRJ |
| 184. | 79771 | Layne, Ray | Heninger Garrison Davis, LLC | 7:20-cv-53873-MCR-GRJ |
| 185. | 80152 | Sargent, Joshua | Heninger Garrison Davis, LLC | 7:20-cv-54151-MCR-GRJ |
| 186. | 80791 | Mcallister, Johnny | Holland Law Firm | 7:20-cv-84873-MCR-GRJ |
| 187. | 80798 | McRoberts, Michael | Holland Law Firm | 7:20-cv-84454-MCR-GRJ |
| 188. | 80858 | Powell, Joseph | Holland Law Firm | 7:20-cv-84674-MCR-GRJ |
| 189. | 138830 | MINGES, ANTHONY S | Huber, Slack, Thomas & Marcelle, LLP | 3:19-cv-02752-MCR-GRJ |
| 190. | 81519 | KOLBOW, ERIK | Jensen & Associates | 8:20-cv-35274-MCR-GRJ |
| 191. | 87683 | GRIFFIN, SETH | Jensen & Associates | 8:20-cv-35391-MCR-GRJ |
| 192. | 136967 | YOSHIDA, BYRON T | Jensen & Associates | 8:20-cv-38455-MCR-GRJ |
| 193. | 137274 | Gordon, Dusty | Jensen & Associates | 8:20-cv-36066-MCR-GRJ |
| 194. | 137564 | Martinez, Javier | Jensen & Associates | 8:20-cv-37878-MCR-GRJ |
| 195. | 137711 | Holley, Johnny | Jensen & Associates | 8:20-cv-39591-MCR-GRJ |
| 196. | 138194 | Nadeau, Nathan | Jensen & Associates | 8:20-cv-47478-MCR-GRJ |
| 197. | 138219 | MACIEL, NICHOLAS | Jensen & Associates | 8:20-cv-47592-MCR-GRJ |

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 198. | 138227 | Thompson, Nicholas | Jensen & Associates | 8:20-cv-47632-MCR-GRJ |
| 199. | 138561 | Goodchild, Stephen | Jensen & Associates | 8:20-cv-37455-MCR-GRJ |
| 200. | 138586 | Sefchik, Steven | Jensen & Associates | 8:20-cv-37477-MCR-GRJ |
| 201. | 164383 | KELLEY, MICHAEL ALLAN | Jensen & Associates | 8:20-cv-50768-MCR-GRJ |
| 202. | 115880 | Owens, Roderick | Joel Bieber Firm | 7:20-cv-45860-MCR-GRJ |
| 203. | 116127 | JOHNSON, JASON | Joel Bieber Firm | 7:20-cv-45771-MCR-GRJ |
| 204. | 16742 | Maness, George Benton | Johnson Becker | 7:20-cv-43781-MCR-GRJ |
| 205. | 129588 | Abshier, Jonathan | Junell & Associates, PLLC | 7:20-cv-52193-MCR-GRJ |
| 206. | 129728 | Applewhite, Carlos | Junell & Associates, PLLC | 7:20-cv-52828-MCR-GRJ |
| 207. | 130173 | Bradley, Alonzo | Junell & Associates, PLLC | 7:20-cv-52735-MCR-GRJ |
| 208. | 130175 | Brady, Josh | Junell & Associates, PLLC | 7:20-cv-52742-MCR-GRJ |
| 209. | 130481 | Casiano, Jonathan | Junell & Associates, PLLC | 7:20-cv-54227-MCR-GRJ |
| 210. | 130792 | Crittenden, Kenneth | Junell & Associates, PLLC | 7:20-cv-53685-MCR-GRJ |
| 211. | 130962 | Delgado, Rupert | Junell & Associates, PLLC | 7:20-cv-54596-MCR-GRJ |
| 212. | 131198 | ELLIS, ROBERT | Junell & Associates, PLLC | 7:20-cv-55287-MCR-GRJ |
| 213. | 131255 | Eubank, Michael | Junell & Associates, PLLC | 7:20-cv-55436-MCR-GRJ |
| 214. | 131305 | Fennell, Bryan | Junell & Associates, PLLC | 7:20-cv-51214-MCR-GRJ |
| 215. | 131864 | Hallisey, Robert | Junell & Associates, PLLC | 7:20-cv-56711-MCR-GRJ |
| 216. | 133798 | Parra, Omar | Junell & Associates, PLLC | 7:20-cv-59602-MCR-GRJ |
| 217. | 133861 | Pera, Gerald | Junell & Associates, PLLC | 7:20-cv-59739-MCR-GRJ |
| 218. | 134256 | Riley, Marvin | Junell & Associates, PLLC | 7:20-cv-62306-MCR-GRJ |
| 219. | 3187 | HAINS, LARRY J | Justinian & Associates PLLC | 8:20-cv-33202-MCR-GRJ |
| 220. | 3302 | WOOD, GEORGE J | Justinian & Associates PLLC | 8:20-cv-33407-MCR-GRJ |
| 221. | 59858 | TURNER, RICHARD WAYNE | Justinian & Associates PLLC | 8:20-cv-33319-MCR-GRJ |
| 222. | 43103 | Alcorn, Dustin A | Keller Lenkner | 7:20-cv-57916-MCR-GRJ |
| 223. | 43182 | Ash, Francis D | Keller Lenkner | 7:20-cv-58164-MCR-GRJ |
| 224. | 43309 | Belmar, Antonio L | Keller Lenkner | 7:20-cv-58932-MCR-GRJ |
| 225. | 43312 | Belvin, Billy L | Keller Lenkner | 7:20-cv-58940-MCR-GRJ |
| 226. | 43668 | Castro, Marcos A | Keller Lenkner | 7:20-cv-59326-MCR-GRJ |
| 227. | 44530 | Hall, Russell F | Keller Lenkner | 7:20-cv-61734-MCR-GRJ |
| 228. | 44679 | Hernandez, Eugene G | Keller Lenkner | 7:20-cv-61601-MCR-GRJ |
| 229. | 44821 | Inclan, Nicholas C | Keller Lenkner | 7:20-cv-62099-MCR-GRJ |
| 230. | 44957 | Jones, Jerry R | Keller Lenkner | 7:20-cv-63301-MCR-GRJ |
| 231. | 45173 | Lewis, Dwayne E | Keller Lenkner | 7:20-cv-63717-MCR-GRJ |
| 232. | 45695 | Northern, Justin | Keller Lenkner | 7:20-cv-64557-MCR-GRJ |
| 233. | 45998 | Rataj, Charles D | Keller Lenkner | 7:20-cv-64733-MCR-GRJ |
| 234. | 46055 | Ridings, Guy D | Keller Lenkner | 7:20-cv-70081-MCR-GRJ |
| 235. | 46304 | Seymour, Joshua R | Keller Lenkner | 7:20-cv-70529-MCR-GRJ |
| 236. | 46406 | Smith, Dorrell D | Keller Lenkner | 7:20-cv-70656-MCR-GRJ |
| 237. | 46423 | Smith, Thaddeus R | Keller Lenkner | 7:20-cv-70673-MCR-GRJ |
| 238. | 46623 | Thomas, Terry | Keller Lenkner | 7:20-cv-75241-MCR-GRJ |
| 239. | 46676 | Tonderum, Aaron L | Keller Lenkner | 7:20-cv-75490-MCR-GRJ |
| 240. | 46736 | Umberger, Christopher M | Keller Lenkner | 7:20-cv-44106-MCR-GRJ |
| 241. | 46754 | Valle, Richard J | Keller Lenkner | 7:20-cv-75821-MCR-GRJ |
| 242. | 46906 | White, Thomas J | Keller Lenkner | 7:20-cv-76039-MCR-GRJ |
| 243. | 50999 | Simonelli, Brett | Kirkendall Dwyer LLP | 7:20-cv-66393-MCR-GRJ |
| 244. | 144291 | JACKSON WYATT, JUNE | Law Offices of James Scott Farrin | 7:20-cv-30438-MCR-GRJ |
| 245. | 8557 | ORTIZ, DAVID | Law Offices of Peter G. Angelos, P.C. | 7:20-cv-47809-MCR-GRJ |
| 246. | 8616 | ROBINSON, LOVIE | Law Offices of Peter G. Angelos, P.C. | 7:20-cv-48014-MCR-GRJ |
| 247. | 8850 | HANNAN, JOBE | Law Offices of Peter G. Angelos, P.C. | 7:20-cv-47860-MCR-GRJ |
| 248. | 8853 | HARDMAN, MATTHEW | Law Offices of Peter G. Angelos, P.C. | 7:20-cv-47817-MCR-GRJ |
| 249. | 9260 | CLINE, MICHAEL | Law Offices of Peter G. Angelos, P.C. | 7:20-cv-48703-MCR-GRJ |
| 250. | 10879 | Knox, Cristina | Levin Papantonio | 7:20-cv-00215-MCR-GRJ |
| 251. | 11048 | Roland, Brandon C. | Levin Papantonio | 7:20-cv-00400-MCR-GRJ |
| 252. | 11267 | Moretz, Michael P. | Levin Papantonio | 7:20-cv-00605-MCR-GRJ |
| 253. | 11269 | Masters, David M. | Levin Papantonio | 7:20-cv-00607-MCR-GRJ |
| 254. | 11320 | Stanfield, Raymond D. | Levin Papantonio | 7:20-cv-00668-MCR-GRJ |
| 255. | 11433 | Darrington, Leondre | Levin Papantonio | 7:20-cv-00779-MCR-GRJ |
| 256. | 11470 | Davis, Brett F | Levin Papantonio | 7:20-cv-00842-MCR-GRJ |
| 257. | 11524 | Emmons, David A | Levin Papantonio | 7:20-cv-00892-MCR-GRJ |
| 258. | 77383 | Holliday, Alton | Lieff Cabraser Heimann & Bernstein, LLP | 7:20-cv-50319-MCR-GRJ |
| 259. | 77457 | Darnell, William | Lieff Cabraser Heimann & Bernstein, LLP | 7:20-cv-50731-MCR-GRJ |
| 260. | 102778 | Emerson, Daryll Roy | Matthews & Associates | 8:20-cv-14643-MCR-GRJ |
| 261. | 103075 | Macgregor, Andrew Scott | Matthews & Associates | 8:20-cv-14407-MCR-GRJ |
| 262. | 139533 | Cottrill, Steve Paul | Matthews & Associates | 8:20-cv-16163-MCR-GRJ |
| 263. | 49323 | Ingles, James | McCune Wright Arevalo | 7:20-cv-52539-MCR-GRJ |
| 264. | 12098 | Schissel, Joseph | McDonald Worley | 7:20-cv-01545-MCR-GRJ |

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 265. | 12240 | Rader, Joshua | McDonald Worley | 7:20-cv-01734-MCR-GRJ |
| 266. | 12634 | Rice, Justin Daniel | McSweeney/Langevin LLC | 7:20-cv-58665-MCR-GRJ |
| 267. | 91198 | Belfi, Matthew | Messa & Associates | 7:20-cv-00112-MCR-GRJ |
| 268. | 91207 | Buckland, Tyler | Messa & Associates | 7:20-cv-71515-MCR-GRJ |
| 269. | 91277 | Hudson, Christopher T | Messa & Associates | 7:20-cv-71711-MCR-GRJ |
| 270. | 91350 | Rodolph, Isaac L. | Messa & Associates | 7:20-cv-72113-MCR-GRJ |
| 271. | 138785 | Hunt, Daniel J. | Messa & Associates | 7:20-cv-88299-MCR-GRJ |
| 272. | 85771 | Jackson, Sedrick | Monsour Law Firm | 7:20-cv-47944-MCR-GRJ |
| 273. | 85800 | Marks, Robert | Monsour Law Firm | 7:20-cv-44747-MCR-GRJ |
| 274. | 85810 | MCKINNEY, MICHAEL | Monsour Law Firm | 7:20-cv-44760-MCR-GRJ |
| 275. | 5218 | GROMACKI, KRISTOPHER | Morgan & Morgan | 8:20-cv-21119-MCR-GRJ |
| 276. | 5304 | BELLO, CHRISTOPHER | Morgan & Morgan | 8:20-cv-21199-MCR-GRJ |
| 277. | 126094 | English, Eric Ray | Morgan & Morgan | 8:20-cv-31301-MCR-GRJ |
| 278. | 126326 | LIVINGSTON, RONALD FRAYNE | Morgan & Morgan | 8:20-cv-32524-MCR-GRJ |
| 279. | 126387 | Norton, Wesley Eugene | Morgan & Morgan | 8:20-cv-32809-MCR-GRJ |
| 280. | 126522 | Moore, Jonathan Spencer | Morgan & Morgan | 8:20-cv-34730-MCR-GRJ |
| 281. | 126619 | Struck, Ryan Lloyd | Morgan & Morgan | 8:20-cv-35155-MCR-GRJ |
| 282. | 51875 | Surdo, Maurizio | Mostyn Law | 7:20-cv-86584-MCR-GRJ |
| 283. | 126934 | Rios, Omar | Mostyn Law | 7:20-cv-98097-MCR-GRJ |
| 284. | 4730 | Barker, Carl | Motley Rice, LLC | 7:20-cv-42913-MCR-GRJ |
| 285. | 17403 | Chapman, Jeremy G. | Murphy Law Firm | 7:20-cv-82261-MCR-GRJ |
| 286. | 17475 | Billingsley, David Allen | Murphy Law Firm | 7:20-cv-82330-MCR-GRJ |
| 287. | 17818 | Carlisle, James Patrick | Murphy Law Firm | 7:20-cv-82611-MCR-GRJ |
| 288. | 18184 | Ortiz, Daniel D. | Murphy Law Firm | 7:20-cv-99631-MCR-GRJ |
| 289. | 157124 | Moss, Joshua | Parafinczuk Wolf, P.A. | 7:20-cv-34822-MCR-GRJ |
| 290. | 103537 | Acevedo, Manuel | Parker Waichman LLP | 7:20-cv-68140-MCR-GRJ |
| 291. | 103720 | Beebe, Mark Allan | Parker Waichman LLP | 7:20-cv-68848-MCR-GRJ |
| 292. | 103763 | Blackwell, Richard Gene | Parker Waichman LLP | 7:20-cv-68699-MCR-GRJ |
| 293. | 103827 | Boyles, Cory Douglass | Parker Waichman LLP | 7:20-cv-68931-MCR-GRJ |
| 294. | 103922 | Button, Nathaniel Loren | Parker Waichman LLP | 7:20-cv-69255-MCR-GRJ |
| 295. | 103964 | Carrasco, Joseph Martin | Parker Waichman LLP | 7:20-cv-69356-MCR-GRJ |
| 296. | 103984 | Castillo, Daniel | Parker Waichman LLP | 7:20-cv-69394-MCR-GRJ |
| 297. | 104297 | Dvorak, Luke | Parker Waichman LLP | 7:20-cv-69646-MCR-GRJ |
| 298. | 104312 | Edwards, Tyrone Quincey | Parker Waichman LLP | 7:20-cv-69693-MCR-GRJ |
| 299. | 104328 | Elmore, Andrew Royce | Parker Waichman LLP | 7:20-cv-69741-MCR-GRJ |
| 300. | 104528 | George, David Elliott | Parker Waichman LLP | 7:20-cv-71963-MCR-GRJ |
| 301. | 104848 | Hurley, Jason J. | Parker Waichman LLP | 7:20-cv-75433-MCR-GRJ |
| 302. | 104870 | Jacquez, Edwardo Jaime | Parker Waichman LLP | 7:20-cv-76629-MCR-GRJ |
| 303. | 105108 | Leshkevich, Christopher Paul | Parker Waichman LLP | 7:20-cv-70091-MCR-GRJ |
| 304. | 105135 | Logsdon, Christopher Andrew | Parker Waichman LLP | 7:20-cv-70143-MCR-GRJ |
| 305. | 105484 | Niewiek, Andrew Scott | Parker Waichman LLP | 7:20-cv-70904-MCR-GRJ |
| 306. | 105495 | Oakley, Bobby Andrews | Parker Waichman LLP | 7:20-cv-70916-MCR-GRJ |
| 307. | 105642 | Potts, Jerry Ray | Parker Waichman LLP | 7:20-cv-71217-MCR-GRJ |
| 308. | 105656 | Prosser, Justin Michael | Parker Waichman LLP | 7:20-cv-71268-MCR-GRJ |
| 309. | 105827 | Ross, Mark Allen | Parker Waichman LLP | 7:20-cv-71323-MCR-GRJ |
| 310. | 105835 | Rowles, Jason Bradley | Parker Waichman LLP | 7:20-cv-71346-MCR-GRJ |
| 311. | 106088 | STOKES, ADDARREL | Parker Waichman LLP | 7:20-cv-72122-MCR-GRJ |
| 312. | 94655 | STEFFENS, JAMES | Paul LLP | 3:19-cv-04566-MCR-GRJ |
| 313. | 145673 | Kikta, Evan | Paul LLP | 7:20-cv-98481-MCR-GRJ |
| 314. | 91910 | Shockley, James | Pennock Law Firm LLC | 8:20-cv-34326-MCR-GRJ |
| 315. | 91986 | Chavez, Ryan | Pennock Law Firm LLC | 8:20-cv-34479-MCR-GRJ |
| 316. | 52717 | Weiermann, Daniel | Peterson & Associates, P.C. | 7:20-cv-67513-MCR-GRJ |
| 317. | 52798 | HARRIS, NAOMI | Peterson & Associates, P.C. | 7:20-cv-67730-MCR-GRJ |
| 318. | 52964 | STEVENSON, JAMES | Peterson & Associates, P.C. | 7:20-cv-68632-MCR-GRJ |
| 319. | 52978 | Hooker, Garrett | Peterson & Associates, P.C. | 7:20-cv-69094-MCR-GRJ |
| 320. | 53328 | SNOWBALL, WILLIAM | Peterson & Associates, P.C. | 7:20-cv-69797-MCR-GRJ |
| 321. | 53445 | HESTERMAN, JAMES | Peterson & Associates, P.C. | 7:20-cv-71069-MCR-GRJ |
| 322. | 6330 | Scott, KENNEDY | Preuss | Foster | 8:20-cv-05045-MCR-GRJ |
| 323. | 19034 | MCLEAN, CHARLES | Pulaski Law Firm, PLLC | 7:20-cv-08445-MCR-GRJ |
| 324. | 26305 | WETHERINGTON, GARY | Pulaski Law Firm, PLLC | 7:20-cv-14947-MCR-GRJ |
| 325. | 26398 | CHEN, CHERI | Pulaski Law Firm, PLLC | 7:20-cv-15025-MCR-GRJ |
| 326. | 26428 | DOYLE, COLT | Pulaski Law Firm, PLLC | 7:20-cv-15097-MCR-GRJ |
| 327. | 26670 | BENFATTO, SHANTE | Pulaski Law Firm, PLLC | 7:21-cv-44503-MCR-GRJ |
| 328. | 26738 | KEENER, JERRY | Pulaski Law Firm, PLLC | 7:20-cv-19110-MCR-GRJ |
| 329. | 26811 | RAZA, SYED | Pulaski Law Firm, PLLC | 7:20-cv-19333-MCR-GRJ |
| 330. | 27460 | PEEDEN, ROBERT | Pulaski Law Firm, PLLC | 7:20-cv-03181-MCR-GRJ |
| 331. | 28136 | MILLER, GARRETT | Pulaski Law Firm, PLLC | 8:20-cv-17146-MCR-GRJ |

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 332. | 28545 | GREEN, COREY | Pulaski Law Firm, PLLC | 7:20-cv-04234-MCR-GRJ |
| 333. | 28744 | FREELAND, TIM | Pulaski Law Firm, PLLC | 7:20-cv-05657-MCR-GRJ |
| 334. | 28817 | Jackson, James | Pulaski Law Firm, PLLC | 7:20-cv-05762-MCR-GRJ |
| 335. | 28864 | KOHAIL, MOURAD | Pulaski Law Firm, PLLC | 7:20-cv-05811-MCR-GRJ |
| 336. | 28989 | BECKLER, PAULA | Pulaski Law Firm, PLLC | 7:20-cv-06485-MCR-GRJ |
| 337. | 29025 | DIDOMENICO, JOSEPH | Pulaski Law Firm, PLLC | 7:20-cv-06681-MCR-GRJ |
| 338. | 29050 | HEROLD, LEE | Pulaski Law Firm, PLLC | 7:20-cv-06712-MCR-GRJ |
| 339. | 158287 | Burgess, Candace | Pulaski Law Firm, PLLC | 7:20-cv-65956-MCR-GRJ |
| 340. | 158330 | Smyrnow, Victor | Pulaski Law Firm, PLLC | 7:20-cv-65982-MCR-GRJ |
| 341. | 169748 | Hall, John | Pulaski Law Firm, PLLC | 7:20-cv-63303-MCR-GRJ |
| 342. | 5784 | GREY, MATTHEW | Reich and Binstock, LLP | 7:20-cv-01610-MCR-GRJ |
| 343. | 5862 | Jumanah, Halimah | Reich and Binstock, LLP | 7:20-cv-01913-MCR-GRJ |
| 344. | 5893 | Lacey, Jeremy | Reich and Binstock, LLP | 7:20-cv-02027-MCR-GRJ |
| 345. | 5936 | MARINAKES, SOPHIA | Reich and Binstock, LLP | 7:20-cv-02359-MCR-GRJ |
| 346. | 5960 | Medders, Robert | Reich and Binstock, LLP | 7:20-cv-02389-MCR-GRJ |
| 347. | 6087 | Roper, Shanika | Reich and Binstock, LLP | 7:20-cv-02945-MCR-GRJ |
| 348. | 6223 | Weisman, Joshua | Reich and Binstock, LLP | 7:20-cv-03569-MCR-GRJ |
| 349. | 92068 | Avery, Nicholas | Robinson Calcagnie, Inc. | 7:20-cv-55570-MCR-GRJ |
| 350. | 92280 | CARTER, DANNY | Robinson Calcagnie, Inc. | 7:20-cv-56246-MCR-GRJ |
| 351. | 92540 | Frescas, Rudy | Robinson Calcagnie, Inc. | 7:20-cv-56949-MCR-GRJ |
| 352. | 92674 | HARRELL, CHARLES | Robinson Calcagnie, Inc. | 7:20-cv-57149-MCR-GRJ |
| 353. | 93097 | Parker, Derrick | Robinson Calcagnie, Inc. | 7:20-cv-50021-MCR-GRJ |
| 354. | 93305 | Sollars, Jared | Robinson Calcagnie, Inc. | 7:20-cv-50966-MCR-GRJ |
| 355. | 127511 | Theobald, Ryan | Robinson Calcagnie, Inc. | 7:20-cv-51687-MCR-GRJ |
| 356. | 93718 | Binney, John | Rogers, Patrick, Westbrook & Brickman, LLC | 7:20-cv-72543-MCR-GRJ |
| 357. | 93775 | Chee, Marvin | Rogers, Patrick, Westbrook & Brickman, LLC | 7:20-cv-72717-MCR-GRJ |
| 358. | 93844 | Esquivel, Lee Roy | Rogers, Patrick, Westbrook & Brickman, LLC | 7:20-cv-73047-MCR-GRJ |
| 359. | 18274 | Bobbe, Shawn | Saltz, Mongeluzzi, Barrett & Bendesky, P.C. | 7:20-cv-42194-MCR-GRJ |
| 360. | 81707 | Greening, Angela | Seeger Weiss LLP | 7:20-cv-16227-MCR-GRJ |
| 361. | 81926 | Hinson, Casey | Seeger Weiss LLP | 7:20-cv-16701-MCR-GRJ |
| 362. | 82113 | Engel, Daniel | Seeger Weiss LLP | 7:20-cv-17043-MCR-GRJ |
| 363. | 82379 | Killian, Frederick | Seeger Weiss LLP | 7:20-cv-16899-MCR-GRJ |
| 364. | 82444 | Crittenden, Ilon | Seeger Weiss LLP | 7:20-cv-17260-MCR-GRJ |
| 365. | 82560 | Detten, Jason | Seeger Weiss LLP | 7:20-cv-18046-MCR-GRJ |
| 366. | 82626 | Walton, Jeremiah | Seeger Weiss LLP | 7:20-cv-18143-MCR-GRJ |
| 367. | 82661 | Juarez, Jimmie | Seeger Weiss LLP | 7:20-cv-18332-MCR-GRJ |
| 368. | 82725 | Moore, Johnathan | Seeger Weiss LLP | 7:20-cv-18375-MCR-GRJ |
| 369. | 82997 | Hammond, Luke | Seeger Weiss LLP | 7:20-cv-17824-MCR-GRJ |
| 370. | 83199 | Rosales, Neil | Seeger Weiss LLP | 7:20-cv-18790-MCR-GRJ |
| 371. | 83229 | Allen, Patrick | Seeger Weiss LLP | 7:20-cv-18848-MCR-GRJ |
| 372. | 83579 | Bradley, Ted | Seeger Weiss LLP | 7:20-cv-17104-MCR-GRJ |
| 373. | 83614 | Radford, Thomas | Seeger Weiss LLP | 7:20-cv-17222-MCR-GRJ |
| 374. | 83731 | Douglas, William | Seeger Weiss LLP | 7:20-cv-17587-MCR-GRJ |
| 375. | 83732 | Elger, William | Seeger Weiss LLP | 7:20-cv-17588-MCR-GRJ |
| 376. | 83969 | Bagwell, Dustin | Shlosman Law Firm | 8:20-cv-34036-MCR-GRJ |
| 377. | 81316 | Fay, Brian L. | Shunnarah Vail Trial Attorneys, P.C. | 8:20-cv-16535-MCR-GRJ |
| 378. | 81470 | Vail, Heath B. | Shunnarah Vail Trial Attorneys, P.C. | 8:20-cv-17858-MCR-GRJ |
| 379. | 81483 | Whitebird, Colin | Shunnarah Vail Trial Attorneys, P.C. | 8:20-cv-17939-MCR-GRJ |
| 380. | 16077 | Vogt, David | Simmons Hanly Conroy | 7:20-cv-66528-MCR-GRJ |
| 381. | 16095 | Bowie, Marquette | Simmons Hanly Conroy | 7:20-cv-66592-MCR-GRJ |
| 382. | 16105 | Franklin, Eddie | Simmons Hanly Conroy | 7:20-cv-66635-MCR-GRJ |
| 383. | 16177 | Barglof, David | Simmons Hanly Conroy | 7:20-cv-49140-MCR-GRJ |
| 384. | 14211 | Polanco, Sara T. | Sommers Schwartz | 8:20-cv-05568-MCR-GRJ |
| 385. | 14232 | Medhanie, Fabion Charles | Sommers Schwartz | 8:20-cv-05659-MCR-GRJ |
| 386. | 6514 | Brachear, Rob | Stueve Siegel Hanson | 7:20-cv-43827-MCR-GRJ |
| 387. | 6727 | Davis, Justin S. | Stueve Siegel Hanson | 7:20-cv-44232-MCR-GRJ |
| 388. | 6955 | Goyings, Ryan | Stueve Siegel Hanson | 7:20-cv-45600-MCR-GRJ |
| 389. | 7068 | HOBAN, THOMAS C | Stueve Siegel Hanson | 7:20-cv-46098-MCR-GRJ |
| 390. | 7225 | King, Jeremy | Stueve Siegel Hanson | 7:20-cv-46701-MCR-GRJ |
| 391. | 7281 | Lavoie, Michael | Stueve Siegel Hanson | 7:20-cv-46855-MCR-GRJ |
| 392. | 7460 | Medina, Hector | Stueve Siegel Hanson | 7:20-cv-47037-MCR-GRJ |
| 393. | 7505 | Moreau, Gordon | Stueve Siegel Hanson | 7:20-cv-47092-MCR-GRJ |
| 394. | 7510 | Morgan, Christopher D. | Stueve Siegel Hanson | 7:20-cv-47097-MCR-GRJ |
| 395. | 7589 | Ozment, Joshua | Stueve Siegel Hanson | 7:20-cv-47155-MCR-GRJ |
| 396. | 7668 | Pooler, Thadd | Stueve Siegel Hanson | 7:20-cv-47213-MCR-GRJ |
| 397. | 7964 | Tamam, Ahmed | Stueve Siegel Hanson | 7:20-cv-48133-MCR-GRJ |
| 398. | 49422 | Mingee, Mark | Sullivan Papain Block McGrath Coffinas & Cannavo | 3:19-cv-02331-MCR-GRJ |

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 399. | 97035 | Schofield, Christopher Edward | Taylor Martino, P.C. | 7:20-cv-68034-MCR-GRJ |
| 400. | 164622 | Austin, Kevin | The Carlson Law Firm | 7:20-cv-88546-MCR-GRJ |
| 401. | 14265 | Tate, Stuart | The Cochran Firm - Dothan | 8:20-cv-16907-MCR-GRJ |
| 402. | 127989 | Breter, Craig Michael | The DiLorenzo Law Firm, LLC | 8:20-cv-20305-MCR-GRJ |
| 403. | 128402 | CAMPBELL, MAYNARD | The DiLorenzo Law Firm, LLC | 8:20-cv-17889-MCR-GRJ |
| 404. | 47554 | OROSCO, RAYMOND | The Gori Law Firm, P.C. | 7:20-cv-08009-MCR-GRJ |
| 405. | 47563 | RICKERT-SMITH, ANGELICA | The Gori Law Firm, P.C. | 7:20-cv-08018-MCR-GRJ |
| 406. | 47783 | DUNHAM, JOSEPH A. | The Gori Law Firm, P.C. | 7:20-cv-08172-MCR-GRJ |
| 407. | 47899 | HENDERSON, ZACHARY | The Gori Law Firm, P.C. | 7:20-cv-08339-MCR-GRJ |
| 408. | 55379 | Gillespie, Sean | The Gori Law Firm, P.C. | 7:20-cv-05996-MCR-GRJ |
| 409. | 55521 | Beyah, Mahasin | The Gori Law Firm, P.C. | 7:20-cv-06337-MCR-GRJ |
| 410. | 55539 | Eide, Marvin | The Gori Law Firm, P.C. | 7:20-cv-06381-MCR-GRJ |
| 411. | 55555 | MCLAUGHLIN, SEAN | The Gori Law Firm, P.C. | 7:20-cv-06395-MCR-GRJ |
| 412. | 55715 | Tondre, Gary W. | The Gori Law Firm, P.C. | 7:20-cv-06371-MCR-GRJ |
| 413. | 55738 | EAGLE, REMI BALD | The Gori Law Firm, P.C. | 7:20-cv-06507-MCR-GRJ |
| 414. | 55776 | STAPLES, MATTHEW J | The Gori Law Firm, P.C. | 7:20-cv-06595-MCR-GRJ |
| 415. | 55823 | BEAVERS, DANIEL | The Gori Law Firm, P.C. | 7:20-cv-06765-MCR-GRJ |
| 416. | 55935 | CUMMINGS, BROOK | The Gori Law Firm, P.C. | 7:20-cv-06887-MCR-GRJ |
| 417. | 55949 | BAGGETT, STACEY S | The Gori Law Firm, P.C. | 7:20-cv-06896-MCR-GRJ |
| 418. | 55953 | MITCHELL, WAYNE R | The Gori Law Firm, P.C. | 7:20-cv-71173-MCR-GRJ |
| 419. | 55978 | LEWIS, CARL | The Gori Law Firm, P.C. | 7:20-cv-06899-MCR-GRJ |
| 420. | 55981 | LACHAPPELLE, RONNIE | The Gori Law Firm, P.C. | 7:20-cv-06901-MCR-GRJ |
| 421. | 56088 | RACKO, PATRICK C | The Gori Law Firm, P.C. | 7:20-cv-06973-MCR-GRJ |
| 422. | 56263 | JEFFREY, RONNIE B. | The Gori Law Firm, P.C. | 7:20-cv-07492-MCR-GRJ |
| 423. | 56279 | Gadsden, Dwayne | The Gori Law Firm, P.C. | 7:20-cv-07237-MCR-GRJ |
| 424. | 56354 | Gutierrez, David | The Gori Law Firm, P.C. | 7:20-cv-07379-MCR-GRJ |
| 425. | 56366 | OLSON, JEREMY | The Gori Law Firm, P.C. | 7:20-cv-07403-MCR-GRJ |
| 426. | 56382 | SMITH, ROBERT L. | The Gori Law Firm, P.C. | 7:20-cv-07486-MCR-GRJ |
| 427. | 57185 | Williams, Randall W. | The Gori Law Firm, P.C. | 7:20-cv-10451-MCR-GRJ |
| 428. | 57372 | CARNEY, LAVETA | The Gori Law Firm, P.C. | 8:20-cv-27165-MCR-GRJ |
| 429. | 57467 | Toulon, Rama | The Gori Law Firm, P.C. | 7:20-cv-10791-MCR-GRJ |
| 430. | 57629 | BHALLA, REETI | The Gori Law Firm, P.C. | 7:20-cv-10833-MCR-GRJ |
| 431. | 57709 | Berns, Christopher | The Gori Law Firm, P.C. | 7:20-cv-10965-MCR-GRJ |
| 432. | 57873 | NUNEZ, JORGE | The Gori Law Firm, P.C. | 7:20-cv-11126-MCR-GRJ |
| 433. | 58090 | Bishop, Zachary E. | The Gori Law Firm, P.C. | 7:20-cv-09899-MCR-GRJ |
| 434. | 58237 | GOODMAN, CHRISTOPHER | The Gori Law Firm, P.C. | 7:20-cv-10149-MCR-GRJ |
| 435. | 58354 | DelDeo, Kenneth E. | The Gori Law Firm, P.C. | 7:20-cv-10030-MCR-GRJ |
| 436. | 58428 | KLEIN, JIMMY | The Gori Law Firm, P.C. | 7:20-cv-10094-MCR-GRJ |
| 437. | 58486 | McFadden, Kieran | The Gori Law Firm, P.C. | 7:20-cv-11443-MCR-GRJ |
| 438. | 58696 | FILES, JEREMY | The Gori Law Firm, P.C. | 7:20-cv-10869-MCR-GRJ |
| 439. | 58855 | McDonald, Andrew William | The Gori Law Firm, P.C. | 7:20-cv-11300-MCR-GRJ |
| 440. | 59263 | BROWN, ANTHONY R | The Gori Law Firm, P.C. | 7:20-cv-11102-MCR-GRJ |
| 441. | 59322 | STEVENS, TRACY | The Gori Law Firm, P.C. | 7:20-cv-08558-MCR-GRJ |
| 442. | 59474 | SCHRECKENGOST, JOSHUA G | The Gori Law Firm, P.C. | 7:20-cv-08935-MCR-GRJ |
| 443. | 59477 | Ward, Brian | The Gori Law Firm, P.C. | 7:20-cv-08936-MCR-GRJ |
| 444. | 48727 | Hernandez, Leonel | The Lanier Law Firm | 7:20-cv-04391-MCR-GRJ |
| 445. | 48832 | SEVILLA, RYAN | The Lanier Law Firm | 7:20-cv-04513-MCR-GRJ |
| 446. | 48882 | Brazell, Robert | The Lanier Law Firm | 7:20-cv-04593-MCR-GRJ |
| 447. | 48938 | Wilcox, John | The Lanier Law Firm | 7:20-cv-04677-MCR-GRJ |
| 448. | 59909 | LATOWSKI, DENNIS | The Law Office of L. Paul Mankin | 8:20-cv-33526-MCR-GRJ |
| 449. | 48521 | Wayne, James | The Moody Law Firm | 7:20-cv-44217-MCR-GRJ |
| 450. | 48591 | HUNTER, MOSES J. | The Moody Law Firm | 7:20-cv-44365-MCR-GRJ |
| 451. | 96595 | Barthelemy, Troy | The Murray Law Firm | 8:20-cv-35873-MCR-GRJ |
| 452. | 96856 | Vantrease, Joseph Thomas | The Murray Law Firm | 8:20-cv-30576-MCR-GRJ |
| 453. | 49507 | Murchison, Octavia | The Spencer Law Firm | 7:20-cv-96389-MCR-GRJ |
| 454. | 49510 | Sanders, Gary | The Spencer Law Firm | 7:20-cv-96392-MCR-GRJ |
| 455. | 4967 | Rollins, James | Thornton Law Firm | 7:20-cv-00328-MCR-GRJ |
| 456. | 145292 | Milledge, James | Tim Farris Law Firm, P.L.L.C. | 8:20-cv-05465-MCR-GRJ |
| 457. | 19526 | Barnes, Stephen | Tracey & Fox Law Firm | 7:20-cv-84303-MCR-GRJ |
| 458. | 19847 | Braden, Bobbi | Tracey & Fox Law Firm | 7:20-cv-85660-MCR-GRJ |
| 459. | 20048 | Burns, Benjamin R. | Tracey & Fox Law Firm | 7:20-cv-86068-MCR-GRJ |
| 460. | 20254 | Chafin, Charles D. | Tracey & Fox Law Firm | 7:20-cv-88003-MCR-GRJ |
| 461. | 20283 | Chavez, Rick | Tracey & Fox Law Firm | 7:20-cv-88312-MCR-GRJ |
| 462. | 20450 | COONS, SHERRI L. | Tracey & Fox Law Firm | 7:20-cv-88665-MCR-GRJ |
| 463. | 20521 | Craig, Jack | Tracey & Fox Law Firm | 7:20-cv-89249-MCR-GRJ |
| 464. | 20847 | Dodge, Timothy L. | Tracey & Fox Law Firm | 7:20-cv-90401-MCR-GRJ |
| 465. | 21258 | Forrester, Randal | Tracey & Fox Law Firm | 7:20-cv-93326-MCR-GRJ |

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 466. | 21331 | Fuller, Kevin D | Tracey & Fox Law Firm | 7:20-cv-93596-MCR-GRJ |
| 467. | 21386 | Garcia Martinez, Carlos X. | Tracey & Fox Law Firm | 7:20-cv-93848-MCR-GRJ |
| 468. | 21724 | Hage, Damien | Tracey & Fox Law Firm | 7:20-cv-94286-MCR-GRJ |
| 469. | 21965 | Henson, Leeanna | Tracey & Fox Law Firm | 7:20-cv-94097-MCR-GRJ |
| 470. | 22194 | Hulett, Ricard A | Tracey & Fox Law Firm | 7:20-cv-86391-MCR-GRJ |
| 471. | 22226 | Hurst, Luke | Tracey & Fox Law Firm | 7:20-cv-86448-MCR-GRJ |
| 472. | 22308 | James, Melvin | Tracey & Fox Law Firm | 7:20-cv-86874-MCR-GRJ |
| 473. | 22345 | Jessie, Jerry J. | Tracey & Fox Law Firm | 7:20-cv-87333-MCR-GRJ |
| 474. | 22598 | Kinder, Andrew | Tracey & Fox Law Firm | 7:20-cv-87861-MCR-GRJ |
| 475. | 23202 | Maxwell, Michael | Tracey & Fox Law Firm | 7:20-cv-90012-MCR-GRJ |
| 476. | 23356 | Meadows, Cameron P. | Tracey & Fox Law Firm | 7:20-cv-90359-MCR-GRJ |
| 477. | 23707 | Nance, Kendrick | Tracey & Fox Law Firm | 7:20-cv-91107-MCR-GRJ |
| 478. | 23991 | Pasion, Jay E | Tracey & Fox Law Firm | 7:20-cv-92033-MCR-GRJ |
| 479. | 24094 | Perry, Dusty | Tracey & Fox Law Firm | 7:20-cv-92209-MCR-GRJ |
| 480. | 24605 | Rodgers, Charles K. | Tracey & Fox Law Firm | 7:20-cv-92133-MCR-GRJ |
| 481. | 24630 | Rodriguez, Octavio | Tracey & Fox Law Firm | 7:20-cv-92188-MCR-GRJ |
| 482. | 24763 | Sabey, Scott | Tracey & Fox Law Firm | 7:20-cv-92523-MCR-GRJ |
| 483. | 25638 | Tucker, Duwayne | Tracey & Fox Law Firm | 7:20-cv-94496-MCR-GRJ |
| 484. | 25696 | Van Orman, James | Tracey & Fox Law Firm | 7:20-cv-94693-MCR-GRJ |
| 485. | 25789 | Vogel, Joshuah | Tracey & Fox Law Firm | 7:20-cv-95553-MCR-GRJ |
| 486. | 25878 | Washington, Gregory L. | Tracey & Fox Law Firm | 7:20-cv-96442-MCR-GRJ |
| 487. | 26042 | Wilbanks, Cletis L | Tracey & Fox Law Firm | 7:20-cv-97387-MCR-GRJ |
| 488. | 95438 | Galimore, Steven Louis | Wagstaff & Cartmell, LLP | 7:20-cv-21684-MCR-GRJ |
| 489. | 95488 | Wright, Jerome Steven | Wagstaff & Cartmell, LLP | 7:20-cv-22408-MCR-GRJ |
| 490. | 95561 | Murphy, Gregory B. | Wagstaff & Cartmell, LLP | 7:20-cv-22497-MCR-GRJ |
| 491. | 95639 | Kruse, Christopher L | Wagstaff & Cartmell, LLP | 7:20-cv-22780-MCR-GRJ |
| 492. | 95674 | Musselman, Barry James | Wagstaff & Cartmell, LLP | 7:20-cv-22842-MCR-GRJ |
| 493. | 95895 | Trombley, Christopher | Wagstaff & Cartmell, LLP | 7:20-cv-33113-MCR-GRJ |
| 494. | 96334 | Frydrych, Thomas Joseph | Wagstaff & Cartmell, LLP | 7:20-cv-36391-MCR-GRJ |
| 495. | 96376 | Soto, Angel L | Wagstaff & Cartmell, LLP | 7:20-cv-36424-MCR-GRJ |
| 496. | 96441 | Wathey Colon, Harold A. | Wagstaff & Cartmell, LLP | 7:20-cv-28637-MCR-GRJ |
| 497. | 88026 | Blackall, Douglas D | Weitz & Luxenberg | 7:20-cv-19116-MCR-GRJ |
| 498. | 118685 | Harrison, Jarrod M | Weitz & Luxenberg | 7:20-cv-27060-MCR-GRJ |
| 499. | 122156 | Pettit, John | Weitz & Luxenberg | 7:20-cv-29480-MCR-GRJ |
| 500. | 5065 | Dougherty, Thomas | Wilson Law, P.A. | 7:20-cv-43042-MCR-GRJ |