UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to all Cases: | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on ___November 12, 2021___

Motion/Pleadings: MOTION TO APPEAR *PRO HAC VICE*.
Filed by  Daniel Blouin   on  November 11, 2021  Doc. #'s 2284
RESPONSE:
_____ on _____ Doc. #'s
_____ Stipulated     _____ Joint Pleading
_____ Unopposed    _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ *Donna Bajzik*
Deputy Clerk: Donna Bajzik

---

On consideration, the motion is DENIED without prejudice for failure to identify any individual case **pending within the MDL** in which counsel appears as attorney of record.  See ECF No. 86, ¶ II.

**DONE** and **ORDERED** this 23rd day of November 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**