UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to all Cases: | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on __November 9, 2021__

Motion/Pleadings: MOTION TO APPEAR *PRO HAC VICE*.
Filed by  J. Zachary Zatezalo     on  November 9, 2021  Doc. #'s 2278
RESPONSE:
_____ on _____ Doc. #'s

_____ Stipulated          _____ Joint Pleading
_____ Unopposed           _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Donna Bajzik*
Deputy Clerk: Donna Bajzik

On consideration, the motion is DENIED without prejudice for failure to provide a Certificate of Good Standing dated **within 30 days** of the motion.

**DONE** and **ORDERED** this 23rd day of November 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**