UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

Pending before the Court are the following Motions for Admission *Pro Hac Vice* seeking leave to appear as counsel for parties in matters pending before this Court associated with In Re: 3M Combat Arms Earplug Products Liability Litigation, Case No. 3:19-md-2885:

- ECF No. 2251, filed by attorney John James Snidow with the law firm Walsh Law PLLC;

- ECF Nos. 2257, 2266, 2277, 2291, 2294, 2295, 2296, 2297, 2298 filed by attorneys Paul J. Sampson, Kate T. Walling, Bradley D. Masters, Caroline Harvilee Stephens, James D. Yates, Olivia Poss, Daniel Murdock, Paul Quincy, and William Bradford Barber with the law firm Kirkland & Ellis LLP;

- ECF No. 2265, filed by attorney EricaRae Garcia with the law firm Weitz & Luxenberg, P.C.;

- ECF No. 2274, filed by attorney Gerard K. Schrom with the law firm Schrom, Shaffer & Botel, P.C.;

- ECF No. 2293, filed by attorney Lindsay N. Zanello with the law firm Dechert LLP; and

- ECF No. 2299, filed by attorney Jeffrey M. Kuntz with the law firm Wagstaff & Cartmell LLP.

The motions demonstrate that these attorneys are members of good standing of the bar associations of their respective states, as stated on the certificates of good standing dated within 30 days of filing the motions; have successfully completed the computer-based tutorials for the local rules of this Court and CM/ECF; and have also paid the required admission fee. Having fully reviewed the matter the Court finds that the requirements of the Court's local rules have been satisfied, *see* N.D. Fla. Loc. R. 11.1 and the following motions are due to be granted.

Accordingly:

1. The Motions for *Pro Hac Vice*, ECF Nos. 2251, 2257, 2265, 2266, 2274, 2277, 2291, 2293 2294, 2295, 2296, 2297, 2298, and 2299 are **GRANTED**.

**DONE** and **ORDERED** on this 23rd day of November 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**