IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: <br> Johnson, Docket No. 3:21-cv-03140 | Case No. 3:19md2885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

Robert C. Rogers, Jr. of The Rogers Law Group, P.A., hereby enters an appearance in the Master Docket, pursuant to Pretrial Order No. 3 (ECF No. 4), as counsel for an individual Plaintiff in an action that was filed directly in the U.S. District Court for the Northern District of Florida on 11/23/2021, bearing case number 3:21-cv-03140-MCR-GRJ and styled ANDREW C JOHNSON v. 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AND AEARO TECHNOLOGIES LLC, which is filed as part of MDL 3:19-md-2885-MCR-GRJ.

Counsel is admitted in the Northern District of Florida and has complied with all requirements for appearing and filing in this District. Counsel has fulfilled the administrative requirements outlined in Pretrial Order No. 3. Counsel accordingly requests that all further papers and pleadings in this action be served upon him.

1

Dated November 23, 2021.

        Respectfully submitted,

        /s/ *Robert C. Rogers, Jr.*
        ROBERT C. ROGERS, JR., ESQ.
        Florida Bar No.: 274828

        THE ROGERS LAW GROUP P.A.
        **Counsel for Plaintiff**
        400 SE 12th Street, Building B
        Fort Lauderdale, FL 33316
        Telephone: (954) 999-5807 | Fax: (754)701-3874
        Primary email: robert.rogers@rogerslegalfirm.com
        Second email: angela.smith@rogerslegalfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2021 and in compliance with L.R. 5.1(F), a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

/s/ *Robert C. Rogers, Jr.*
ROBERT C. ROGERS, JR., ESQ.
Florida Bar No.: 274828

THE ROGERS LAW GROUP P.A.
**Counsel for Plaintiff**
400 SE 12th Street, Building B
Fort Lauderdale, FL 33316
Telephone: (954) 999-5807 | Fax: (754)701-3874
Primary email: robert.rogers@rogerslegalfirm.com
Second email: angela.smith@rogerslegalfirm.com