UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## AMENDED MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Daniel P. Blouin, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1. Movant resides in Connecticut, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of New York. A copy of a Certificate of Good Standing from the State of New York dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16365619315255**, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant is one of the attorneys of record for Plaintiff Denise Kelley; *Kelley v.*

1

*3M Company, et al*; Case No. 3:20-cv-00153-MCR-GRJ

WHEREFORE, Daniel P. Blouin respectfully requests that this Court enter an order granting this amended motion to appear *pro hac vice*, and directly the clerk to provide notice of Electronic Case Fillings to the undersigned.

Dated: November 24, 2021               Respectfully submitted,

By:   */s/ Daniel P. Blouin*
          Daniel P. Blouin #4289021
          SIMMONS HANLY CONROY
          112 Madison Avenue, 7th Floor
          New York, NY
          Telephone: (212) 257-8482
          Fax: (212) 213-5949
          Email:  dblouin@simmonsfirm.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion to Appear *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on November 24, 2021 and served electronically on all counsel of record.

                                                 */s/ Daniel P. Blouin*
                                                   Daniel P. Blouin