# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL Case No. 3:19-MD-2885-MCR-GRJ |
| *This document relates to:* <br> The Master Docket <br> *Montero v. 3M Company, et al.,* 7:20-cv-67 | Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance in this action. The Court granted undersigned counsel admission *pro hac vice* pursuant to paragraph IV of Pretrial Order No. 3 on November 23, 2021. [Dkt.No. 2307]. Counsel respectfully requests that all notices, correspondence, filings, and other papers in the Master Docket of MDL 2885 be served upon him at the address listed below.

Dated: November 26, 2021

                Respectfully submitted,

                */s/ John James Snidow*
                John James Snidow (D.C. Bar #1531799)
                WALSH LAW PLLC
                1350 Connecticut Ave NW
                Suite 500
                Telephone: (606) 923-4728
                jjsnidow@alexwalshlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2021, I caused the foregoing Notice of Appearance to be filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ John James Snidow*
John James Snidow