UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

Case No. 3:19-md-02885-MCR-GRJ

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

This Document Relates to
*STELLING v. 3M Company*
Case No 7:20-cv-00143

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Alex Alvarez of the law firm The Alvarez Law Firm hereby enters his appearance in this action as an attorney for Plaintiff Carter Stelling and respectfully requests that all notices, correspondence, filings and other papers in this action be served upon him at the address listed below.  Counsel is admitted in the Northern District of Florida and has complied with all requirements for appearing and filing in this district.

Respectfully submitted this 29th day of November, 2021.

By: /s/ *Alex Alvarez*
Alex Alvarez
The Alvarez Law Firm
3251 Ponce de Leon Blvd
Coral Gables, Florida 33134
Telephone: (305) 444-7675
Facsimile: (305) 444-0075
Email: ALEX@TALF.LAW

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2021, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Alex Alvarez*
Alex Alvarez