UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: 3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION
Chavez, et al. v. 3M Company, et al.,
D. Minnesota, C.A. No. 0:21-02361                              )   MDL No. 2885

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Chavez*) on November 1, 2021. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Chaez* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-127" filed on November 1, 2021, is LIFTED. The action is transferred to the Northern District of Florida for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable M. Casey Rodgers.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

FILED USDC FLND PN
NOV 29 '21 AM9:16

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits, Clerk of Court

By  Donna Bajzik
Deputy Clerk