## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, November 29, 2021 8:25 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Order Lifting Stay of CTO |

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Monday, November 29, 2021 2:24:30 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Order Lifting Stay of CTO

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 11/29/2021 at 9:24 AM EST and filed on 11/29/2021
**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:** [MDL No. 2885](MDL No. 2885)
**Filer:**
**Document Number:** [1517](1517)

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-127) (([1473] in MDL No. 2885, 1 in MN/0:21-cv-02361) )**

**IT IS THEREFORE ORDERED that the stay of CTO-127 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 11/29/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02361 (JC)**

**Case Name:** Chavez et al v. 3M Company et al
**Case Number:** [MN/0:21-cv-02361](MN/0:21-cv-02361)
**Filer:**

**Document Number:** 8

**Docket Text:**

**ORDER LIFTING STAY OF CTO (CTO-127) (( [1473] in MDL No. 2885, 1 in MN/0:21-cv-02361) )**

**IT IS THEREFORE ORDERED that the stay of CTO-127 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 11/29/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02361 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-02361 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Amanda M Williams     awilliams@gustafsongluek.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

Justin Parafinczuk     jparafinczuk@parawolf.com, jparafinczuk@pwslawfirm.com, pleadings@pwslawfirm.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:21-cv-02361 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=11/29/2021] [FileNumber=1092153-0
] [ad8b400655b3f3a521af1917328eb95456b49f1e10e6f1e3a8cb5e6ef3b489bcda8
9ddda3645096d99c4376e98d0c3121b16c5d4ed03289837b6f3d5d58032e6]]