# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, November 29, 2021 7:12 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Monday, November 29, 2021 1:10:30 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 11/29/2021 at 8:10 AM EST and filed on 11/29/2021

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 1516 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-130) - 6 action(s)** *re: pldg. ([1505] in MDL No. 2885, 1 in MN/0:21-cv-02488, 1 in MN/0:21-cv-02490, 1 in MN/0:21-cv-02491, 1 in MN/0:21-cv-02492, 1 in MN/0:21-cv-02493, 1 in MN/0:21-cv-02495)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/29/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02488, MN/0:21-cv-02490, MN/0:21-cv-02491, MN/0:21-cv-02492, MN/0:21-cv-02493, MN/0:21-cv-02495 (JC)**

| | |
|---|---|
| **Case Name:** | Simmons v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02490 |

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-130) - 6 action(s)** *re: pldg. ( [1505] in MDL No. 2885, 1 in MN/0:21-cv-02488, 1 in MN/0:21-cv-02490, 1 in MN/0:21-cv-02491, 1 in MN/0:21-cv-02492, 1 in MN/0:21-cv-02493, 1 in MN/0:21-cv-02495)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/29/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02488, MN/0:21-cv-02490, MN/0:21-cv-02491, MN/0:21-cv-02492, MN/0:21-cv-02493, MN/0:21-cv-02495 (JC)**

| | |
|---|---|
| **Case Name:** | Virnig v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02488 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-130) - 6 action(s)** *re: pldg. ( [1505] in MDL No. 2885, 1 in MN/0:21-cv-02488, 1 in MN/0:21-cv-02490, 1 in MN/0:21-cv-02491, 1 in MN/0:21-cv-02492, 1 in MN/0:21-cv-02493, 1 in MN/0:21-cv-02495)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/29/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02488, MN/0:21-cv-02490, MN/0:21-cv-02491, MN/0:21-cv-02492, MN/0:21-cv-02493, MN/0:21-cv-02495 (JC)**

| | |
|---|---|
| **Case Name:** | Brandenburg v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02491 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-130) - 6 action(s)** *re: pldg. ( [1505] in MDL No. 2885, 1 in MN/0:21-cv-02488, 1 in MN/0:21-cv-02490, 1 in MN/0:21-cv-02491, 1 in MN/0:21-cv-02492, 1 in MN/0:21-cv-02493, 1 in MN/0:21-cv-02495)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/29/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02488, MN/0:21-cv-02490, MN/0:21-cv-02491, MN/0:21-cv-02492, MN/0:21-cv-02493, MN/0:21-cv-02495 (JC)**

| | |
|---|---|
| **Case Name:** | Monio v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02493 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-130) - 6 action(s)** *re: pldg. ( [1505] in MDL No. 2885, 1 in MN/0:21-cv-02488, 1 in MN/0:21-cv-02490, 1 in MN/0:21-cv-02491, 1 in MN/0:21-cv-02492, 1 in MN/0:21-cv-02493, 1 in MN/0:21-cv-02495)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/29/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02488, MN/0:21-cv-02490, MN/0:21-cv-02491, MN/0:21-cv-02492, MN/0:21-cv-02493, MN/0:21-cv-02495 (JC)**

| | |
|---|---|
| **Case Name:** | Kraus v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02492 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-130) - 6 action(s)** *re: pldg. ( [1505] in MDL No. 2885, 1 in MN/0:21-cv-02488, 1 in MN/0:21-cv-02490, 1 in MN/0:21-cv-02491, 1 in MN/0:21-cv-02492, 1 in MN/0:21-cv-02493, 1 in MN/0:21-cv-02495)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/29/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02488, MN/0:21-cv-02490, MN/0:21-cv-02491, MN/0:21-cv-02492, MN/0:21-cv-02493, MN/0:21-cv-02495 (JC)**

| | |
|---|---|
| **Case Name:** | McCullough v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02495 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-130) - 6 action(s)** *re: pldg. ( [1505] in MDL No. 2885, 1 in MN/0:21-cv-02488, 1 in MN/0:21-cv-02490, 1 in MN/0:21-cv-02491, 1 in MN/0:21-cv-02492, 1 in MN/0:21-cv-02493, 1 in MN/0:21-cv-02495)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/29/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02488, MN/0:21-cv-02490, MN/0:21-cv-02491, MN/0:21-cv-02492, MN/0:21-cv-02493, MN/0:21-cv-02495 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr   bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-02490 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02490 Notice will not be electronically mailed to:**

**MN/0:21-cv-02488 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02488 Notice will not be electronically mailed to:**

**MN/0:21-cv-02491 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02491 Notice will not be electronically mailed to:**

**MN/0:21-cv-02493 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02493 Notice will not be electronically mailed to:**

**MN/0:21-cv-02492 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02492 Notice will not be electronically mailed to:**

**MN/0:21-cv-02495 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02495 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=11/29/2021] [FileNumber=1092124-0
] [3b4cc4c0e515f36a33d7aba283586ea73904759416833e84fda0da160a5589a163e
165887d664120201df627e39e20c40ba0ec1b980caf3fd07ca3547f654a9d]]