# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISON

| | |
|---|---|
| IN RE: 3M COMBAT ARM EARPLUGS PRODUCTS LIABILITY LITIGATION | Case No: 3:19-md-2885<br><br>Judge M. Case Rodgers<br>Magistrate Judge Gary R. Jones |
| *This Document Relates to:*<br>*Lloyd Richardson,* 3:21-cv-1827<br>*Adrian Ramos,* 3:21-cv-1828 | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Gerard K. Schrom of the law firm Schrom, Shaffer & Botel, P.C. has been admitted *pro hac vice* in this Court and hereby enters his appearance for Plaintiffs in the following actions:

- *Lloyd Richardson v. 3M Company, et al., Case No: 3:21-cv-1827*
- *Adrian Ramos v. 3M Company, et al., Case No: 3-21-cv-1828*

Counsel respectfully requests that all notices, correspondence, filings, and other papers in these actions and the Master Docket be served upon him at the address listed below.

Dated:  November 30, 2021

Respectfully submitted,

*/s/ Gerard K. Schrom*
Gerard K. Schrom, Esquire
**Schrom, Shaffer & Botel, P.C.**
4 West Front Street
Media, PA 19063
Phone: (610) 565-5050
Fax: (484) 443-0882
Email: gschrom@schromandshaffer.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I do hereby certify that on this 30th day of November 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the Court's CM/ECF system.

                                                        */s/ Gerard K. Schrom*
                                                        Gerard K. Schrom, Esquire