UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*James E. Beal,*<br>7:20-cv-006 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Bobby J. Bradford of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC has been admitted to practice in this Court and hereby enters his appearance as counsel for Plaintiff in the following action:

- *James E. Beal v. 3M Company, et al.,* Case No. 7:20-cv-006

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

Dated: November 30, 2021  Respectfully submitted,

           */s/ Bobby J. Bradford*
           Bobby J. Bradford, FL Bar No. 173223
           Bryan F. Aylstock, FL Bar No. 78263
           Douglass A. Kreis, FL Bar No. 129704
           Neil D. Overholtz, FL Bar No. 188761
           Caitlyn Prichard Miller, FL Bar No. 126097
           AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
           baylstock@awkolaw.com
           dkreis@awkolaw.com
           noverholtz@awkolaw.com
           cprichard@awkolaw.com
           17 East Main Street, Suite 200
           Pensacola, FL 32502
           Phone: (850) 202-1010
           Facsimile: (850) 916-7449

           *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 30th day of November 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

           */s/ Bobby J. Bradford*
           Bobby J. Bradford