UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*James E. Beal,*<br>7:20-cv-006 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Daniel J. Thornburgh of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC has been admitted to practice in this Court and hereby enters his appearance as counsel for Plaintiff in the following action:

- *James E. Beal v. 3M Company, et al.,* Case No. 7:20-cv-006

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

Dated: November 30, 2021             Respectfully submitted,

/s/ Daniel J. Thornburgh
Daniel J. Thornburgh, FL Bar No. 42661
Bryan F. Aylstock, FL Bar No. 78263
Douglass A. Kreis, FL Bar No. 129704
Neil D. Overholtz, FL Bar No. 188761
Caitlyn Prichard Miller, FL Bar No. 126097
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
baylstock@awkolaw.com
dkreis@awkolaw.com
noverholtz@awkolaw.com
cprichard@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 30th day of November 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ Daniel J. Thornburgh
Daniel J. Thornburgh