# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*James E. Beal,*<br>7:20-cv-006 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ephraim Samuel Geisler of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC has been admitted to practice in this Court and hereby enters his appearance as counsel for Plaintiff in the following action:

- *James E. Beal v. 3M Company, et al.,* Case No. 7:20-cv-006

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

Dated: November 30, 2021	Respectfully submitted,

/s/ Ephraim Samuel Geisler
Ephraim Samuel Geisler, FL Bar No. 83817
Bryan F. Aylstock, FL Bar No. 78263
Douglass A. Kreis, FL Bar No. 129704
Neil D. Overholtz, FL Bar No. 188761
Caitlyn Prichard Miller, FL Bar No. 126097
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
baylstock@awkolaw.com
dkreis@awkolaw.com
noverholtz@awkolaw.com
cprichard@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I do hereby certify that on this 30th day of November 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ Ephraim Samuel Geisler
Ephraim Samuel Geisler