# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, December 1, 2021 7:28 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Wednesday, December 1, 2021 1:26:50 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 12/1/2021 at 8:26 AM EST and filed on 12/1/2021
**Case Name:**   IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   MDL No. 2885
**Filer:**
**Document Number:** 1523

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-131) - 7 action(s)** *re: pldg. (1 in GAN/1:21-cv-04765, [1513] in MDL No. 2885, 1 in MN/0:21-cv-02494, 1 in MN/0:21-cv-02498, 1 in MN/0:21-cv-02499, 1 in MN/0:21-cv-02500, 1 in MN/0:21-cv-02501, 1 in MN/0:21-cv-02502)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/1/2021.**

**Associated Cases: MDL No. 2885, GAN/1:21-cv-04765, MN/0:21-cv-02494, MN/0:21-cv-02498, MN/0:21-cv-02499, MN/0:21-cv-02500, MN/0:21-cv-02501, MN/0:21-cv-02502 (JC)**

| | |
|---|---|
| **Case Name:** | Christensen v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02500 |

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-131) - 7 action(s)** *re: pldg. (1 in GAN/1:21-cv-04765, [1513] in MDL No. 2885, 1 in MN/0:21-cv-02494, 1 in MN/0:21-cv-02498, 1 in MN/0:21-cv-02499, 1 in MN/0:21-cv-02500, 1 in MN/0:21-cv-02501, 1 in MN/0:21-cv-02502)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/1/2021.**

**Associated Cases: MDL No. 2885, GAN/1:21-cv-04765, MN/0:21-cv-02494, MN/0:21-cv-02498, MN/0:21-cv-02499, MN/0:21-cv-02500, MN/0:21-cv-02501, MN/0:21-cv-02502 (JC)**

| | |
|---|---|
| **Case Name:** | Fourre v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02499 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-131) - 7 action(s)** *re: pldg. (1 in GAN/1:21-cv-04765, [1513] in MDL No. 2885, 1 in MN/0:21-cv-02494, 1 in MN/0:21-cv-02498, 1 in MN/0:21-cv-02499, 1 in MN/0:21-cv-02500, 1 in MN/0:21-cv-02501, 1 in MN/0:21-cv-02502)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/1/2021.**

**Associated Cases: MDL No. 2885, GAN/1:21-cv-04765, MN/0:21-cv-02494, MN/0:21-cv-02498, MN/0:21-cv-02499, MN/0:21-cv-02500, MN/0:21-cv-02501, MN/0:21-cv-02502 (JC)**

| | |
|---|---|
| **Case Name:** | Dorboryan v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02501 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-131) - 7 action(s)** *re: pldg. (1 in GAN/1:21-cv-04765, [1513] in MDL No. 2885, 1 in MN/0:21-cv-02494, 1 in MN/0:21-cv-02498, 1 in MN/0:21-cv-02499, 1 in MN/0:21-cv-02500, 1 in MN/0:21-cv-02501, 1 in MN/0:21-cv-02502)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/1/2021.**

**Associated Cases: MDL No. 2885, GAN/1:21-cv-04765, MN/0:21-cv-02494, MN/0:21-cv-02498, MN/0:21-cv-02499, MN/0:21-cv-02500, MN/0:21-cv-02501, MN/0:21-cv-02502 (JC)**

| | |
|---|---|
| **Case Name:** | Walton v. 3M Company, Inc. |
| **Case Number:** | GAN/1:21-cv-04765 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-131) - 7 action(s)** *re: pldg. (1 in GAN/1:21-cv-04765, [1513] in MDL No. 2885, 1 in MN/0:21-cv-02494, 1 in MN/0:21-cv-02498, 1 in MN/0:21-cv-02499, 1 in MN/0:21-cv-02500, 1 in MN/0:21-cv-02501, 1 in MN/0:21-cv-02502)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/1/2021.**

**Associated Cases: MDL No. 2885, GAN/1:21-cv-04765, MN/0:21-cv-02494, MN/0:21-cv-02498, MN/0:21-cv-02499, MN/0:21-cv-02500, MN/0:21-cv-02501, MN/0:21-cv-02502 (JC)**

| | |
|---|---|
| **Case Name:** | Washington v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02502 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-131) - 7 action(s)** *re: pldg. (1 in GAN/1:21-cv-04765, [1513] in MDL No. 2885, 1 in MN/0:21-cv-02494, 1 in MN/0:21-cv-02498, 1 in MN/0:21-cv-02499, 1 in MN/0:21-cv-02500, 1 in MN/0:21-cv-02501, 1 in MN/0:21-cv-02502)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/1/2021.**

**Associated Cases: MDL No. 2885, GAN/1:21-cv-04765, MN/0:21-cv-02494, MN/0:21-cv-02498, MN/0:21-cv-02499, MN/0:21-cv-02500, MN/0:21-cv-02501, MN/0:21-cv-02502 (JC)**

| | |
|---|---|
| **Case Name:** | Gregg v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02498 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-131) - 7 action(s)** *re: pldg. (1 in GAN/1:21-cv-04765, [1513] in MDL No. 2885, 1 in MN/0:21-cv-02494, 1 in MN/0:21-cv-02498, 1 in MN/0:21-cv-02499, 1 in MN/0:21-cv-02500, 1 in MN/0:21-cv-02501, 1 in MN/0:21-cv-02502)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/1/2021.**

**Associated Cases: MDL No. 2885, GAN/1:21-cv-04765, MN/0:21-cv-02494, MN/0:21-cv-02498, MN/0:21-cv-02499, MN/0:21-cv-02500, MN/0:21-cv-02501, MN/0:21-cv-02502 (JC)**

| | |
|---|---|
| **Case Name:** | Schenck v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02494 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-131) - 7 action(s)** *re: pldg. (1 in GAN/1:21-cv-04765, [1513] in MDL No. 2885, 1 in MN/0:21-cv-02494, 1 in MN/0:21-cv-02498, 1 in MN/0:21-cv-02499, 1 in MN/0:21-cv-02500, 1 in MN/0:21-cv-02501, 1 in MN/0:21-cv-02502)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/1/2021.**

**Associated Cases: MDL No. 2885, GAN/1:21-cv-04765, MN/0:21-cv-02494, MN/0:21-cv-02498, MN/0:21-cv-02499, MN/0:21-cv-02500, MN/0:21-cv-02501, MN/0:21-cv-02502 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-02500 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02500 Notice will not be electronically mailed to:**

**MN/0:21-cv-02499 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02499 Notice will not be electronically mailed to:**

**MN/0:21-cv-02501 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02501 Notice will not be electronically mailed to:**

**GAN/1:21-cv-04765 Notice has been electronically mailed to:**

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Robert Matthew Martin     Matt.Martin@dentons.com

Uchenna Ekuma-Nkama     uchenna.ekuma-nkama@dentons.com

**GAN/1:21-cv-04765 Notice will not be electronically mailed to:**

Lamont J. Walton
3817 Bay Orchard Lane
Loganville, GA 30052

**MN/0:21-cv-02502 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02502 Notice will not be electronically mailed to:**

**MN/0:21-cv-02498 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02498 Notice will not be electronically mailed to:**

**MN/0:21-cv-02494 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com,

shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer    shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:21-cv-02494 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=12/1/2021] [FileNumber=1092700-0]
[88e078ca82cac127216ade9df4a87012a1ec3730b4147c8e227d0a443568fa5e29c2
02b9fcced1f685e9479d9cd7205ef87e0ce199f758d0b706b369afcc7025]]