UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Finley*, 7:20-cv-00170<br>*Montero*, 7:20-cv-00067<br>*Sloan*, 7:20-cv-00001<br>*Stelling*, 7:20-cv-00143<br>*Wayman*, 7:20-cv-00149 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**DECLARATION OF BRYAN AYLSTOCK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLARIFICATION OF COURT'S ORDER REGARDING ELLIOTT BERGER'S OCTOBER 8, 2015 30(B)(6) DEPOSITION TESTIMONY**

1.  My name is Bryan Aylstock, and I am a partner at Aylstock, Witkin, Kreis & Overholtz, PLLC. I am lead counsel for MDL Plaintiffs and counsel of record in the above-captioned case.

2.  Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the 30(b)(6) deposition transcription of Elliott Berger dated October 8, 2015. [8, 10, 11, 12]

3.  Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff's First Notice of Deposition under Fed. R. Civ. P. 30(b)(6), *Moldex Metric, Inc. v. 3M Co.*, Case No. 14-cv-01821-JNE/FLN (D. Minn. Sept. 30, 2015).

2

4. I swear under penalty of perjury that the foregoing is true and correct.

DATED: December 1, 2021

*s/ Bryan F. Aylstock*
Bryan F. Aylstock, FL Bar No. 78263
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
baylstock@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449