# EXHIBIT 1

Highly Confidential Deposition of Elliott Harris Berger - 10/8/2015
Moldex-Metric, Inc. v. 3M Company, et al.

Page 1

1          UNITED STATES DISTRICT COURT
                DISTRICT OF MINNESOTA
2
3
4    MOLDEX-METRIC, INC.,
5         Plaintiff,
6         -v-           CAUSE NO.
                        14-cv-01821 (JNE/LFN)
7    3M COMPANY and 3M INNOVATIVE
     PROPERTIES COMPANY,
8
          Defendants.
9
10
11
12        The videotaped deposition upon oral
13   examination of ELLIOTT HARRIS BERGER, a witness
14   produced and sworn before me, Julie A. Rupprecht, RPR,
15   CRR, Notary Public in and for the County of Hamilton,
16   State of Indiana, taken on behalf of the Plaintiff at
17   the offices of Katz & Korin, The Emelie Building,
18   334 North Senate Avenue, Indianapolis, Indiana, on
19   October 8, 2015, at 9:48 a.m., pursuant to the Federal
20   Rules of Civil Procedure.
21
22
23
24
25

Benchmark Reporting Agency
612.338.3376

3M Confidential - Attorneys' Eyes Only                                    3M00026127

Confidential - Subject To Protective Order                              3M_MDL000023965

**Highly Confidential Deposition of Elliott Harris Berger - 10/8/2015**
**Moldex-Metric, Inc. v. 3M Company, et al.**

### Page 2

```
 1              APPEARANCES
 2   FOR THE PLAINTIFF:
 3     Harold A. Barza, Esq.
       Matthew Hosen, Esq.
 4     QUINN EMANUEL URQUHART & SULLIVAN, LLP
       865 South Figueroa Street, Tenth Floor
 5     Los Angeles, CA 90017
 6
     FOR THE DEFENDANTS:
 7
       Eileen M. Hunter, Esq.
 8     Calvin L. Litsey, Esq.
       FAEGRE BAKER DANIELS, LLP
 9     2200 Wells Fargo Center
       90 South Seventh Street
10     Minneapolis, MN 55402
11
     ALSO PRESENT: Ann M. Anaya, Esq.
12                 Andrew Foland, Videographer
                   John Franks
13
14
15
16
17
18
19
20
21
22
23
24
25
```

### Page 3

```
 1              INDEX OF EXAMINATION
 2                                              PAGE
 3   DIRECT EXAMINATION
 4     Questions By Mr. Barza:              8
 5
 6              INDEX OF EXHIBITS
 7   NUM.    DESCRIPTION                     PAGE
 8
     Exhibit 5301 Acoustical Society of America   50
 9                Standards Method for the
                  Measurement of Real-Ear
10                Protection of Hearing Protectors
                  and Physical Attenuation of
11                Earmuffs
12
     Exhibit 5302 Aearo Company Product           85
13                Development Process Hearing
                  Protection Products
14
15   Exhibit 5303 Letter dated January 23, 1986   88
16
     Exhibit 5304 Document entitled, Reading this 118
17                could save your life
18
     Exhibit 5305 Package insert copy             139
19
20   Exhibit 5306 Document entitled, REAT Testing 180
                  of the P870 Earmuffs
21
22   Exhibit 5307 E-mails - Subject: The New NRR  209
                  for the CAE
23
24   Exhibit 5308 E-mail - Subject: Paper on      215
                  Combat Arms for ASA meeting this
25                summer
```

### Page 4

```
 1          INDEX OF EXHIBITS (CONTINUED)
 2   NUM.    DESCRIPTION                     PAGE
 3
     Exhibit 5309 Patent 0 440 572 B1             220
 4
 5   Exhibit 5310 Patent 5,832,094                221
 6
     Exhibit 5311 NHCA 2012 Summary of Activity   233
 7                February 23-25, 2012
 8
     Exhibit 5312 Document entitled, Military     238
 9                Hearing Protectino Devices and
                  TCAPS: Can the Soldier Detect
10                and Identify Gunshots and other
                  Threats?
11
12   Exhibit 5313 Document entitled, June Montly  245
                  Report/Hearing Protection,
13                Technical Department
14
     Exhibit 5314 Document entitled, Asia Passive 249
15                Hearing Protection Update Indy
                  Lab and the Global NPI Plan for
16                2011
17
     Exhibit 5315 E-mail - Subject: Letters of    252
18                Similarity needed to New
                  Dynamics today
19
20   Exhibit 5316 E-mail - Subject: Single vs.    257
                  dual CAE
21
22   Exhibit 5317 Document entitled, Re phone call 264
                  with Ohlin on 3/2/06
23
24   Exhibit 5318 Large Excel file                267
25
```

### Page 5

```
 1       INDEX OF PREVIOUSLY MARKED EXHIBITS
 2   NUM.    DESCRIPTION                     PAGE
 3
     Exhibit 5201 Document entitled, The          95
 4                Development of the Combat Arms
                  Earplug, Version 1 through
 5                Version 4
 6
     Exhibit 5205 E-A-RCAL Attenuation Test Report 24
 7                Per ANSI S3.19-1974
 8
     Exhibit 5206 Policies and Procedures Manual   36
 9                for the 3M Company
10
     Exhibit 5207 Letter dated March 2, 1993, with 42
11                attachment
12
     Exhibit 5208 E-mail - Subject: Info for      161
13                Combat Arms report - please
                  include in the report at some
14                point
15
     Exhibit 5211 Document entitled, How Folding  102
16                the Flanges Back Affects REAT
                  Results of the UltraFit Earplug
17                End of the Combat Arms Plug
18
     Exhibit 5212 E-mails - Subject: After Action 226
19                Report: Joint Defense Veterans
                  Audiology Conference (San Diego
20                2011)
21
     Exhibit 5218 E-mail - Subject: Hamery patent 225
22                for filter and marked-up drawing
                  by Marc Doty of the Moldex
23                Filter
24
     Exhibit 5220 E-mail - Subject: ISL Patents,  198
25                with attachment
```

**Benchmark Reporting Agency**
612.338.3376

3M Confidential - Attorneys' Eyes Only

3M00026128

Confidential - Subject To Protective Order

3M_MDL000023966

**Highly Confidential Deposition of Elliott Harris Berger - 10/8/2015**
**Moldex-Metric, Inc. v. 3M Company, et al.**

### Page 6

1  INDEX OF PREVIOUSLY MARKED EXHIBITS (CONTINUED)
2  NUM.        DESCRIPTION                    PAGE
3
   Exhibit 5221 Calendar Entry, Meeting        199
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

### Page 7

1       THE VIDEOGRAPHER: This is the videotaped
2  deposition of Elliott Berger taken by Harold Barza
3  of the Law Firm Quinn Emanuel in the Matter of
4  Moldex-Metric, Incorporated, versus 3M Company,
5  et al., Case Number 14-cv-01821 (JNE/LFN), filed in
6  the United States District Court, District of
7  Minnesota. This deposition's being held at the
8  offices of Katz & Korin in Indianapolis, Indiana,
9  on October 8, 2015.
10      The court reporter is Julie Rupprecht, and I
11  am Andrew Foland, the videographer. We are both
12  from the firm of Benchmark Reporting Agency in
13  Minneapolis, Minnesota. We're going on the record
14  at 9:48.
15      Counsel, will you now, please, state your
16  appearance for the record?
17      MR. BARZA: Good morning. Hal Barza of Quinn
18  Emanuel representing Moldex-Metric.
19      MR. HOSEN: Matt Hosen of Quinn Emanuel
20  representing Moldex-Metric.
21      MR. LITSEY: Calvin Litsey from Faegre Baker
22  Daniels representing 3M Companies.
23      MS. HUNTER: Eileen Hunter, Faegre Baker
24  Daniels, also representing 3M Companies.
25      ANN ANAYA: Ann Anaya, senior counsel, 3M.

### Page 8

1       THE VIDEOGRAPHER: Would our court reporter,
2  please, swear in the witness?
3           ELLIOTT HARRIS BERGER
4  having been first duly sworn to tell the truth, the
5  whole truth, and nothing but the truth took the stand
6  and testified as follows:
7  DIRECT EXAMINATION
8  BY MR. BARZA:
9  Q Good morning.
10 A Good morning.
11 Q Can you state your name for the record, please?
12 A Elliott Harris Berger.
13      MR. LITSEY: And, Mr. Barza, if I could, we
14  had a conversation before the deposition began. We
15  had previously designated Mr. Berger as a
16  Rule 30(b)(6) representative on behalf of 3M
17  Companies to speak on certain topics. And as I
18  advised you, we're withdrawing that designation for
19  purposes of today's deposition so Mr. Berger will
20  be appearing in his personal capacity.
21      MR. BARZA: And you're -- as to all topics?
22      MR. LITSEY: Correct.
23      MR. BARZA: Okay. Thank you.
24 BY MR. BARZA:
25 Q Mr. Berger, I met you once before; right?

### Page 9

1  A Yes.
2  Q In a deposition?
3  A Yes.
4  Q I'll try not to repeat the things we covered
5    before. I respect your time. Is your memory any
6    better today than it was when I deposed you in 2013
7    about the events we talked about involving
8    Moldex --
9       MR. LITSEY: Object to --
10 Q -- in the period of, say, 2010 to 2012?
11      MR. LITSEY: Object to the form.
12 Q I'll rephrase. At the time of your deposition, I
13   had asked you certain questions about certain
14   events, and you had said you didn't remember some
15   of them. And I'm referring to the time period of
16   approximately 2010 to 2012. And they related to
17   Moldex and the BattlePlug. Is -- have you done
18   anything to improve your memory regarding those
19   events between then and now?
20      MR. LITSEY: Object to the form.
21 Q Is there -- have you improved your memory about
22   those events?
23      MR. LITSEY: Same objection.
24 Q You can answer.
25 A What do you mean, improve my memory?

**Highly Confidential Deposition of Elliott Harris Berger - 10/8/2015**
**Moldex-Metric, Inc. v. 3M Company, et al.**

### Page 10

1  Q  Do you remember things now about, for example, your
2     analysis of the BattlePlug earplug that you did not
3     remember when I deposed you in 2013?
4  A  I can't say. You're asking a broad question.
5  Q  All right. I'll just have to explore some areas
6     and see what you remember and what you don't. I
7     just was trying to save time. That's fine. What's
8     your current position?
9  A  Division scientist and the personal safety division
10    of 3M.
11 Q  You began your career at 3M right out of school;
12    right?
13 A  I began my career at EAR division of Cabot
14    Corporation.
15 Q  Just very briefly, you received a bachelor's degree
16    and then a master's degree in your educational
17    history; right?
18 A  Yes.
19 Q  What was -- and when did you graduate with your
20    master's?
21 A  Mechanical engineering with a major in acoustics.
22 Q  What year did you receive it?
23 A  '76.
24 Q  And what did you do -- what was your employment
25    history after that, very briefly?

### Page 11

1  A  I've worked -- I was employed by EAR division of
2     Cabot Corporation. EAR has had various
3     manifestations over the years. The company they
4     were part of was purchased by 3M in 2008. I've
5     done similar work to what I do today for the entire
6     period.
7  Q  So originally it was owned by -- or it was
8     called -- it was a division of Cabot and then there
9     were some financial owners, I believe, and then the
10    name changed to Aearo, but it remained basically
11    the same company; is that right?
12 A  The name changed to Cabot Safety Corporation. It
13    changed to Aearo. It acquired Peltor and some
14    other acquisitions and then was purchased by 3M.
15 Q  And the Peltor acquisition was in the mid '90s; is
16    that correct?
17 A  In that time frame.
18 Q  What are your responsibilities today as chief
19    scientist in the personal safety division?
20 A  Division scientist.
21 Q  I'm sorry, as division scientist. What are your
22    responsibilities?
23 A  I manage the research in our E-A-RCAL Laboratory.
24    I assist with product development. I'm involved in
25    committee and standards work. I am involved in

### Page 12

1     publications at times and presentations for the
2     company.
3  Q  Anything else?
4  A  And I have some involvement in reviewing packaging
5     and instructions.
6  Q  When you said you manage research at the E-A-RCAL
7     Lab, what do you mean by that?
8  A  As we develop products, I am asked to test them or
9     come up with concepts about how we would test them.
10 Q  And what about labeling testing? Do you do that in
11    the lab?
12 A  Labeling testing is done in our laboratory.
13 Q  And --
14 A  I --
15 Q  I'm sorry. Go ahead.
16 A  That's all I need to say.
17 Q  And what role do you play in the NRR testing done
18    for label purposes in the E-A-RCAL Lab?
19 A  I was responsible with the assistance of others for
20    establishing the test procedures. The person who
21    does the testing, Ron Kieper, reports to me, and I
22    sign off on the test reports.
23 Q  All of them?
24 A  Today. I haven't signed off on all of them since
25    day one, but today I do.

### Page 13

1  Q  And does Mr. Kieper ever come to you when he's
2     running a test with a question?
3  A  Yes.
4  Q  Is that a regular occurrence or just once in a
5     while?
6  A  Occasionally.
7  Q  Do you ever examine the products of competitors
8     of -- I'll -- of Aearo or of 3M?
9  A  Yes.
10 Q  Now, during today's deposition, I might refer to
11    the company as 3M or Aearo. You understand I'm
12    referring to the same entity which just had a
13    different name and some different scope at
14    different points in time?
15 A  Yes.
16 Q  And that's okay with you?
17 A  Yes.
18 Q  Thank you. Are your responsibilities today
19    basically the same as they were in 2000?
20 A  They are similar. Since we're part of 3M now, I
21    have a larger group of people I'm involved in and
22    some others that I'm educating and working with but
23    similar responsibilities.
24 Q  What role do you have -- withdrawn.
25    What kind of testing do you do on competitors'

**Benchmark Reporting Agency**
612.338.3376

3M Confidential - Attorneys' Eyes Only

3M00026130

Confidential - Subject To Protective Order

3M_MDL000023968