# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MOLDEX METRIC, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>3M COMPANY and 3M INNOVATIVE PROPERTIES COMPANY,<br><br>    Defendant. | CASE NO. 14-cv-01821-JNE/FLN |

**PLAINTIFF MOLDEX-METRIC, INC.'S FIRST NOTICE OF DEPOSITION UNDER FED. R. CIV. P. 30(b)(6)**

   PLEASE TAKE NOTICE that, under Federal Rule of Civil Procedure 30(b)(6), Plaintiff Moldex-Metric, Inc. ("Moldex") will take the deposition upon oral examination of Defendants 3M Company and 3M Innovative Properties Company, at 9:30 a.m. local time on October 28, 2015, at the offices of Stinson Leonard Street LLP, 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402, or at such other place and time that may be agreed to by the parties' counsel.

   The deposition will be held before a certified shorthand reporter and videographer, and will continue from day to day except Saturdays, Sundays, and holidays, until completed.

## DEFINITIONS

   Moldex incorporates by reference the Definitions set forth in Moldex's Third Set of Requests for Production and Things to Defendants, served on July 2, 2015.

109587369.1

**Subject Matters for Testimony**

**TOPIC NO. 1:** 3M's first awareness of Moldex's sales or offers for sale of any Moldex product that 3M contended infringed the '157 patent in the prior Lawsuit (Case No. 12-CV-00611-JNE-FLN), including the M-series earmuff products.

**TOPIC NO. 2:** Any and all inventive activities and prosecution activities that led to the '157 patent or any applications related to the '157 patent.

**TOPIC NO. 3:** The date of the first invention of the '157 patent in the United States.

**TOPIC NO. 4:** The lengths of time from the start of 3M's product development until commercialization or first public display for 3M's earmuff hearing production products, including but not limited to 3M's over-molded hearing protection earmuffs, such as the 3M Peltor X Series Earmuffs.

**TOPIC NO. 5:** 3M's efforts to determine the date of first invention of the '157 patent.

**TOPIC NO. 6:** The first public use by 3M in the United States, first offer for sale or first sale in the United States by 3M, or first public disclosure by 3M of any product that purportedly practices the '157 patent, including but not limited to 3M's X-series earmuffs and/or any other earmuff which 3M purports practices the '157 patent.

**TOPIC NO. 7:** Any and all analysis of Moldex's M-series earmuffs performed by 3M, or performed on behalf of 3M, regarding such earmuffs, the persons requesting the analysis, the persons performing the analysis, how 3M made its determination of purported infringement, when 3M made this determination and the persons making the decision to bring the Prior Lawsuit.

**TOPIC NO. 8:** Any and all communications involving 3M, Aearo Technologies, or Peltor at the time of acquisition of Aearo Technologies or Peltor by 3M, regarding the '157 patent or the '693 patent.

**TOPIC NO. 9:** Any and all communications between 3M, Peltor or Aearo Technologies and the inventor of the '157 patent.

**TOPIC NO. 10:** Any and all communications between 3M, Peltor or Aearo Technologies and the inventor of the '693 patent.

**TOPIC NO. 11:** 3M's, Peltor's or Aearo Technologies' relationship with the inventor of the '157 patent and the inventor of the '693 patent, including 3M's efforts to locate such inventors.

**TOPIC NO. 12:** Any and all communications between Elliott Berger and the inventor of the '157 patent.

**TOPIC NO. 13:**  Any and all communications between Elliott Berger and the inventor of the '693 patent.

**TOPIC NO. 14:**  Any and all communications between 3M and any persons regarding Moldex's BattlePlug earplugs or Moldex's M-series earmuff products.

**TOPIC NO. 15:**  3M's policies and practices related to its monitoring of the introduction of hearing protection products by 3M's competitors, including but not limited to 3M's practice of attending hearing protection industry trade shows, from 2000 to the present.

**TOPIC NO. 16:**  3M's policies and practices related to its retention and analysis of competitors' hearing protection products, including but not limited to passive earmuff products and earplug products.

**TOPIC NO. 17:**  3M's policies and practices related to the initiation and prosecution of patent infringement lawsuits against its competitors.

**TOPIC NO. 18:**  3M's positions regarding any alleged infringement of the '693 patent by Moldex, including any testing or analysis done by 3M to support 3M's allegations of infringement in the Prior Lawsuit.

**TOPIC NO. 19:**  Any and all inventive activities and prosecution activities that led to the '693 patent or any applications related to the '693 patent.

**TOPIC NO. 20:**  3M's first awareness of Moldex's sales or offers for sale of the BattlePlug.

**TOPIC NO. 21:**  3M's relationship with Institut Franco-Allemand de Recherches de Saint-Louis, the original assignee of the '693 patent ("ISL").

**TOPIC NO. 22**: Any and all communications between 3M and ISL and any person employed by or affiliated with or formerly employed by ISL regarding Moldex, the '693 patent, BattlePlugs, or any 3M product that 3M contends practices the '693 patent.

**TOPIC NO. 23**: Any and all agreements, including licensing or cooperation agreements, between 3M and ISL regarding Moldex, the patents-in-suit, the Accused Products or any 3M product that 3M contends practices one or both of the patents-in-suit.

**TOPIC NO. 24**: Any and all agreements, including licensing, co-branding or cooperation agreements, between 3M and New Dynamics regarding any version or model of the Combat Arms earplugs.

**TOPIC NO. 25:**  Any and all communications between 3M and New Dynamics regarding Moldex, BattlePlugs, the Prior Lawsuit, and adding Combat Arms earplugs to any level of the AbilityOne Procurement List.

**TOPIC NO. 26:** Any and all communications between 3M and New Dynamics regarding sales of Combat Arms earplugs to any branch of the U.S. military, including but not limited to all communications regarding Combat Arms pricing and trends in the U.S. military market.

**TOPIC NO. 27**: Any and all communications between 3M or New Dynamics, on the one hand, and any officer or audiologist in any branch of the U.S. military, on the other hand, regarding the addition of Combat Arms earplugs to any level of the AbilityOne Procurement List, from 2012 to the present.

**TOPIC NO. 28**: Any and all communications between 3M or New Dynamics, on the one hand, and any officer or audiologist in any branch of the U.S. military, on the other hand, regarding efforts to have the U.S. army or any governmental entity classify BattlePlugs as "essentially the same" as Combat Arms earplugs.

**TOPIC NO. 29**: Any and all communications between 3M or New Dynamics, on the one hand, and any officer or audiologist in any branch of the U.S. military, on the other hand, regarding noise reduction ratings or testing of BattlePlugs or any version of the Combat Arms earplugs, from 1999 to the present.

**TOPIC NO. 30**: Any and all communications between 3M or New Dynamics, on the one hand, and SourceAmerica (formerly known as NISH), on the other hand, regarding the sale or purchase of Combat Arms earplugs under the JWOD program, from 2011 to the present.

**TOPIC NO. 31**:  Any and all communications between 3M or New Dynamics, on the one hand, and SourceAmerica (formerly known as NISH), on the other hand, regarding efforts to have the U.S. army or any governmental entity classify BattlePlugs as "essentially the same" as Combat Arms earplugs.

**TOPIC NO. 32**:  3M's sales volume, margins, and customer information regarding the Combat Arms earplugs, including the breakdown of this information between each version of the Combat Arms Earplugs.

**TOPIC NO. 33**:  3M's acquisitions of samples of Moldex's M-series earmuffs and BattlePlugs.

**TOPIC NO. 34**:  3M's noise reduction rating testing or labeling of any version of the Combat Arms earplug.

**TOPIC NO. 35**:  3M's noise reduction rating testing of BattlePlugs, including 3M's communications to any third-party relating to such testing.

**TOPIC NO. 36**:  Policies, procedures and practices used in noise reduction rating testing in 3M's E-A-RCAL Laboratory, from 1995 to the present.

**TOPIC NO. 37**:  The procedures and practices that Elliot Berger or Ronald Kieper use to select the test subjects for inclusion in noise reduction rating test groups, including but not limited to the selection of all test subjects used in noise reduction rating tests of Combat Arms earplugs.

**TOPIC NO. 38**:  3M's analysis and decisions regarding patent marking for its double-ended Combat Arms earplug products, including who made such decisions, the criteria applied, when such decisions were made, and for what reasons.

**TOPIC NO. 39**:  3M's analysis and decisions regarding patent marking for its single-ended Combat Arms earplug products, including who made such decisions, the criteria applied, when such decisions were made, and for what reasons.

**TOPIC NO. 40**:  3M's analysis and decisions regarding whether the BattlePlug practices the '693 patent, including who made such decisions, the criteria applied, when such decisions were made, and for what reasons.

**TOPIC NO. 41**:  The structure and operation of all versions and models of the Combat Arms earplugs.

**TOPIC NO. 42**:  Any and all redesign activity related to Combat Arms earplugs, including the date of the redesigns, the nature for the redesigns, and the reason for the redesigns.

**TOPIC NO. 43**:  The structure and operation of all versions and models of the X-series earmuffs.

**TOPIC NO. 44**:  Any and all redesign activity related to the X-series earmuffs, including the date of the redesigns, the nature for the redesigns, and the reason for the redesigns.

**TOPIC NO. 45**: The size and characteristics of the market(s) for selective attenuation earplugs, including the definition of the market(s), the identity of the products in those markets and the basis for demand in those markets.

**TOPIC NO. 46**: 3M's capacity to manufacture Combat Arms earplugs, including its in-house ability to manufacture such earplugs and the ability of any companies in its supply chain to manufacture such earplugs or their component parts.

**TOPIC NO. 47**: 3M's communications with Moldex or any third-party regarding any redesign of Moldex's M-series earplugs.

**TOPIC NO. 48**: 3M's gross and net profits associated with each version or model of the Combat Arms earplugs, including a breakdown each version of the Combat Arms earplugs.

**TOPIC NO. 49**: The projected or actual fixed, variable, incremental, or other costs associated with the sale of each version or model of the Combat Arms earplugs.

**TOPIC NO. 50**: The relative advantages and disadvantages of the single-ended version(s) of the Combat Arms earplugs as compared to the double-ended version of the Combat Arms earplugs, including any analysis of the differences between these products in their function, effectiveness or commercial value.

**TOPIC NO. 51**: 3M's marketing efforts regarding its X-series earmuffs or Combat Arms earplugs, as they relate to the '157 patent or the '693 patent, including any identification of such patents in marketing materials, any identification of patented features in marketing materials or any other reference to such patents in marketing materials.

**TOPIC NO. 52**: The methodology, procedure and efforts made by 3M to identify, search for, locate, gather and produce documents and files responsive to any Moldex discovery request or other 3M disclosure obligation.

**TOPIC NO. 53**: All locations that were searched for documents and files responsive to any Moldex discovery request or other 3M disclosure obligation, such as those imposed by any Federal or local rule.

**TOPIC NO. 54**:  The authenticity of all documents produced by 3M in response to any Moldex discovery request or other 3M disclosure obligation, such as those imposed by any Federal or local rule.

**TOPIC NO. 55**:  3M's hiring and use of laboratories, aside from 3M's E-A-RCAL Laboratory, to test Combat Arms earplugs, including but not limited to testing performed at Michael & Associates' Laboratory.

109587369.1

**TOPIC NO. 56**: All noise reduction rating or impulse noise testing performed on Combat Arms earplugs, including any testing performed by any branch of the U.S. Military or any other third-party.

**TOPIC NO. 57**: All fines or penalties imposed by any governmental agency on 3M or Aearo Technologies, related to noise reduction ratings.

**TOPIC NO. 58**: All communications and interactions between 3M's marketing division and 3M's E-A-RCAL Laboratory relating to Combat Arms earplug noise reduction rating testing.

Dated:  September 30, 2015         By:     s/Katherine A. Moerke
                                                   Kevin D. Conneely (#192703)
                                                   Katherine A. Moerke (#312277)
                                                   STINSON LEONARD STREET LLP
                                                   150 South Fifth Street, Suite 2300
                                                   Minneapolis, MN  55402
                                                   612-335-1500
                                                   kevin.conneely@stinson.com
                                                   katie.moerke@stinson.com

                                                                   AND

                                                   Harold A. Barza
                                                   (California Bar No. 80888) (admitted
                                                       *pro hac vice*)
                                                   halbarza@quinnemanuel.com
                                                   Matthew Hosen (California Bar No.
                                                       291631)
                                                   (admitted *pro hac vice*)
                                                   QUINN EMANUEL URQUHART
                                                       & SULLIVAN, LLP
                                                   865 South Figueroa Street
                                                   Los Angeles, CA  90017
                                                   Telephone:  (213) 443-3000
                                                   Facsimile:  (213) 443-3211

                                                   **ATTORNEYS FOR PLAINTIFF
                                                   MOLDEX-METRIC, INC.**