**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 (MCR/GRJ) |
| This Document Relates: the Master Docket and *Stelling v. 3M Co.*, No. 7:20-cv-00143 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## <u>MOTION TO APPEAR *PRO HAC VICE*</u>

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rule 11.1, I, Barry M. Landy, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-referenced matter, and in support thereof state as follows:

1.      Movant resides in Minnesota and is not a resident of the State of Florida.

2.      Movant is admitted to practice and is a member of good standing of the bar of the State of Minnesota (Bar No. 0391307). A copy of the Certificate of Good Standing from the State of Minnesota dated within 30 days of this motion is attached hereto as Exhibit A.

3.      Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16220745544481, and the CM/ECF online tutorial.

4.      Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.      Movant has a "Next Gen" PACER account.

6.      Once this motion is granted, Movant will file a Notice of Appearance in the master docket, *In re 3M Combat Arms Earplug Products Liability Litigation*, No. 3:19-md-2885.

7.      Movant will also file a Notice of Appearance as attorney of record for Plaintiff Carter Stelling in the related case *Stelling v. 3M Company, et al.*; Case No. 7:20-cv-00143.

WHEREFORE, Barry M. Landy respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.


Dated: December 3, 2021          */s/ Barry M. Landy*
                                 Barry M. Landy
                                 MN State Bar No. 0391307
                                 Ciresi Conlin LLP
                                 225 South 6th Street, Suite 4600
                                 Minneapolis, MN 55402
                                 Tel.: (612) 361-8224
                                 bml@ciresiconlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021, I caused a copy of the foregoing

Motion to Appear *Pro Hac Vice* to be filed electronically with the Clerk of the Court

using the CM/ECF system, which will serve all counsel of record.

/s/ Barry M. Landy
Barry M. Landy