# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Finley*, 7:20-cv-00170<br>*Montero*, 7:20-cv-00067<br>*Sloan*, 7:20-cv-00001<br>*Stelling*, 7:20-cv-00143<br>*Wayman*, 7:20-cv-00149 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## DECLARATION OF BRYAN AYLSTOCK IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLARIFICATION OF COURT'S ORDER REGARDING ELLIOTT BERGER'S 30(B)(6) DEPOSITION TESTIMONY ON OCTOBER 8, 2015

1. My name is Bryan Aylstock, and I am a partner at Aylstock, Witkin, Kreis & Overholtz, PLLC. I am lead counsel for MDL Plaintiffs and counsel of record in the above-captioned case.

2. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the 30(b)(6) deposition transcription of Elliott Berger dated October 8, 2015.

3. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the 30(b)(6) deposition transcription of Jeffrey Hamer dated October 7, 2015.

4. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the deposition transcription of Elliott Berger dated December 10, 2019.

5. I swear under penalty of perjury that the foregoing is true and correct.

DATED: December 5, 2021

s/ Bryan F. Aylstock
Bryan F. Aylstock, FL Bar No. 78263
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
baylstock@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449