UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Montero v. 3M Company*<br>Case No. 7:20-cv-0067 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**VERIFICATION OF COMPLIANCE WITH PRETRIAL ORDER NO. 4 AND DESTRUCTION OF JUROR QUESTIONNAIRES**

Alexandra Walsh, Nicole Berg and Jennifer Hoekstra as Counsel of Record for Plaintiff Carlos Montero accept responsibility for the juror questionnaires received electronically through CM/ECF for the bellwether trial in the above-captioned cases. As Officers of the Court, we personally verify that no one beyond the individuals listed below reviewed the juror questionnaires, that we and these individuals complied with the terms of Pretrial Order No. 4, and that all hard and electronic copies of the questionnaires were destroyed following completion of jury selection on December 6, 2021.

The individuals who reviewed the juror questionnaires are (please list full name and law firm or other employer):

1. Alexandra Walsh – Walsh Law PLLC

2. Kimberly Channick – Walsh Law PLLC

1

3. John James Snidow – Walsh Law PLLC

4. Nicole Berg – Keller Lenkner

5. Amanda Hunt – Keller Lenkner

6. Kathryn Couey – Keller Lenkner

7. Bryan Aylstock – Aylstock Witkin Kreis & Overholtz

8. Jennifer Hoekstra – Aylstock Witkin Kreis & Overholtz

9. Thomas P. Cartmell – Wagstaff & Cartmell

10. Jeffrey M. Kuntz – Wagstaff & Cartmell

11. Lindsey Scarcello- Wagstaff & Cartmell

12. Evan Buxner – The Gori Law Firm

13. Michael A. Burns – Burns Law LLC

14. Robert Hirschorn – Cathy E. Bennett & Associates

Dated: December 6, 2021                Respectfully submitted:

s/ Bryan F. Aylstock
Bryan F. Aylstock
Neil D. Overholtz
Jennifer M. Hoekstra
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
baylstock@awkolaw.com
noverholtz@awkolaw.com
jhoekstra@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

Nicole C. Berg (IL Bar # 6305464)*
KELLER LENKNER LLC
ncb@kellerlenkner.com
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220
*Admitted Pro Hac Vice

Alexandra M. Walsh (DC Bar # 490484)*
Kimberly Channick (Cal. Bar #325089)
John James Snidow (D.C. Bar #1531799)
WALSH LAW PLLC
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
(202) 780-3014
*Admitted Pro Hac Vice
awalsh@alexwalshlaw.com
kchannick@alexwalshlaw.com
jjsnidow@alexwalshlaw.com

Thomas P. Cartmell (MO Bar No. 45366)
Jeffrey M. Kuntz (MO Bar No. 52371)
Lindsey N. Scarcello (MO Bar No. 66199)
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
Fax: (816) 531-2372
tcartmell@wcllp.com
jkuntz@wcllp.com
lscarcello@wcllp.com

Counsel for Plaintiff Carlos Montero

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 6, 2021, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

                                                                       */s/ Bryan F. Aylstock*