Price
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Carlos Montero*, 7:20-cv-00067 | Case No.: 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## VERIFICATION OF COMPLIANCE WITH PRETRIAL ORDER NO. 85 AND DESTRUCTION OF JUROR QUESTIONNAIRES

Brian D. Sieve, Renee D. Smith, Brenton D. Rogers, and Kasdin M. Mitchell, as Counsel of Record for 3M Defendants accept responsibility for the juror questionnaires received electronically through CM/ECF for the bellwether trial in the above-captioned cases. As Officers of the Court, we personally verify that no one beyond the individuals listed below reviewed the juror questionnaires, that we and these individuals complied with the terms of Pretrial Order No. 4, and that all hard and electronic copies of the questionnaires were destroyed following completion of jury selection on December 6, 2021.

The individuals who reviewed the juror questionnaires are:

1. Brian D. Sieve, Kirkland & Ellis LLP

2. Renee D. Smith, Kirkland & Ellis LLP

3. Brenton A. Rogers, Kirkland & Ellis LLP

4.     Kasdin M. Mitchell, Kirkland & Ellis LLP

5.     Paul Sampson, Kirkland & Ellis LLP

6.     Thomas L. Hill, Moore Hill & Westmoreland PA

7.     Jill Liebold, Litigation Insights

8.     Pete Rowland, Litigation Insights

Dated: December 7, 2021    Respectfully submitted,

/s/ Brenton A. Rogers
Brian D. Sieve, P.C.
Mark J. Nomellini
Renee D. Smith
Brenton A. Rogers, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
bsieve@kirkland.com
mnomellini@kirkland.com
rdsmith@kirkland.com
brogers@kirkland.com

Robert C. "Mike" Brock, P.C.
Kasdin M. Mitchell
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com
kasdin.mitchell@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)**

Pursuant to Local Rule 7.1(F), counsel for Defendants certify that this motion contains 159 words, excluding the case style, signature block, and certificates of compliance with the Local Rules.

Dated:  December 7, 2021                              Respectfully submitted,

*/s/ Brenton A. Rogers*

Brenton A. Rogers
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
brogers@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 7th day of December 2021, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

Dated:  December 7, 2021                     Respectfully submitted,

/s/ Brenton A. Rogers

Brenton A. Rogers, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
brogers@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo LLC*