UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Cases | MDL No. 3:19-md-2885<br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**MOTION OF ROBERT K. JENNER
TO APPEAR PRO HAC VICE**

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, Robert K. Jenner hereby moves this Court for an Order for admission to practice pro hac vice in the above styled case, and in support thereof states as follows:

1. He resides in Maryland and is not a resident of the State of Florida.

2. He is not admitted to practice in the Northern District of Florida.

3. He is admitted to practice and is a member of good standing of the bars of Maryland, Massachusetts and the District of Columbia. A copy of a Certificate of Good Standing from the Court of Appeals of Maryland and dated within the past 30 days is attached hereto as Exhibit "A" and made a part hereof.

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, he has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16382082165296, and the CM/ECF online tutorial.

5. He has submitted simultaneously with the filing of this motion the required $208.00 pro hac vice admission fee.

6. He has an upgraded individual "NextGen" PACER account.

7. He represents the Plaintiffs in the related cases listed below and will file a Notice of Appearance in these cases:

*Joseph Gibson v. 3M Company*, 7:20-cv-45357-MCR-GRJ

*Peter Hinz v. 3M Company*, 7:20-cv-45506-MCR-GRJ

*Jason Johnson v. 3M Company*, 7:20-cv-45771-MCR-GRJ

*Edwin Jordan v. 3M Company*, 7:20-cv-48105-MCR-GRJ

*Philip Marx v. 3M Company*, 7:20-cv-45431-MCR-GRJ

*Roderick Owens v. 3M Company*, 7:20-cv-45860-MCR-GRJ

*Benjamin Rivera v. 3M Company*, 7:20-cv-45345-MCR-GRJ

8. He respectfully requests that he be provided Notice of Electronic Filings to the Following email addresses: rjenner@jennerlawfirm.com and hbutterfield@jennerlawfirm.com.

WHEREFORE, Robert K. Jenner requests that this Court enter an order granting this Motion to Appear Pro Hac Vice and direct the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:  December 7, 2021               Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Robert K. Jenner
                                       Robert K. Jenner
                                       Jenner Law, P.C.
                                       3600 Clipper Mill Road, Suite 240
                                       Baltimore, Maryland 21211
                                       (Office) (410) 413-2155
                                       (Fax) (410) 982-0122
                                       rjenner@jennerlawfirm.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this 7th day of December, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

        /s/  Robert K. Jenner
        Robert K. Jenner