# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, December 9, 2021 7:18 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Thursday, December 9, 2021 1:17:05 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 12/9/2021 at 8:17 AM EST and filed on 12/9/2021

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | [MDL No. 2885](#) |
| **Filer:** | |
| **Document Number:** | [1535](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-132) - 1 action(s)** *re: pldg. (1 in CAC/2:21-cv-09230, [1524] in MDL No. 2885)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/9/2021.**

**Associated Cases: MDL No. 2885, CAC/2:21-cv-09230 (JC)**

| | |
|---|---|
| **Case Name:** | Scott Foxx v. 3M Company et al |
| **Case Number:** | [CAC/2:21-cv-09230](#) |
| **Filer:** | |
| **Document Number:** | [3](#) |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-132) - 1 action(s)** *re: pldg. (1 in CAC/2:21-cv-09230, [1524] in MDL No. 2885)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/9/2021.**

**Associated Cases: MDL No. 2885, CAC/2:21-cv-09230 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**CAC/2:21-cv-09230 Notice has been electronically mailed to:**

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Ashley Neglia     ashley.neglia@kirkland.com

Sierra Elizabeth     sierra.elizabeth@kirkland.com

Albro L Lundy, III     albro@bakerburtonlundy.com

STEPHEN PETER SEMOS     stephen@bakerburtonlundy.com

**CAC/2:21-cv-09230 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=12/9/2021] [FileNumber=1093971-0]
[71ba9b040a2e8f09f83dcf69c539dacab2498e5512f8a74522f2283d08b3e4f58c85
be5f88e005f9d8589ddb4ee90f0d79d0903e106bb3e72fdc7daae5f0075e]]