IN THE UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
FLORIDA PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | 3:19-md-02885 |
| | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, John H. Allen, III ("Movant") of the law firm of Allen & Nolte, PLLC, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas.  A copy of a Certificate of Good Standing from the State of Texas dated within thirty (30) days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number, FLND16390717465338, and the CM/ECF online tutorial.

1

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents Plaintiff in the following case, among others:

- *Nicholas Murtha v. 3M Company, et al.;* Civil Action No. 8:20-cv-40685

WHEREFORE, John H. Allen, III respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: December 10, 2021                    Respectfully submitted,

**ALLEN & NOLTE, PLLC**

*/s/ John H. Allen, III*
John H. Allen, III
TX Bar No. 00788798
trey@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on December 10, 2021, and served electronically on all counsel of record.

*/s/ John H. Allen, III*
John H. Allen, III