# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | § § § § | Case No. 3:19md2885 |
| This Document Relates to All Cases | § § | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Michael James Ganley ("Movant") of Tracey Fox King & Walters, 440 Louisiana Street, Suite 1901, Houston, Texas 77002, respectfully moves for admission to practice pro hac vice in the above-styled case, and in support thereof states as follows:

1. Movant resides in the State of Texas, and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is admitted to practice and is a member in good standing in the bar of the State of New York. A copy of the Certificate of Good Standing from the State of New York dated within 30 days of this motion is attached hereto as **Exhibit "A"** and made a part hereof.

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rule tutorial exam, confirmation number **FLND16385108935322** and the CM/ECF online tutorial.

5. Movant has submitted to the Clerk the required $208.00 *pro hac vice admission*.

6. Movant has upgraded her PACER account to "NextGen."

7. Movant is the attorney of record for several cases in Case Management Order No. 31 – Wave Order 1 (Doc. 2304) including in the following:

    I. Case No. 7:20-CV-87333-MCR-GRJ; *Jerry Jerome Jessie v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division
    II. Case No. 7:20-CV-86068-MCR-GRJ; *Benjamin Ray Burns III v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division
    III. Case No. 7:20-CV-88312-MCR-GRJ; *Rick Chavez v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division
    IV. Case No. 7:20-CV-94286-MCR-GRJ; *Damien Hage v 3M et al;* In the U.S. District Court, Northern District of Florida- Pensacola Division
    V. Case No. 7:20-CV-92033-MCR-GRJ; *Jay E. Pasion v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division

8. Upon admission, Michael James Ganley respectively request that he be provided Notice of Electronic Filings to the following e-mail address: mganley@traceylawfirm.com.

WHEREFORE, Michael James Ganley respectively requests that this Court enter an order granting this motion to appear pro hac vice, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: December 10, 2021            Respectfully Submitted,

By:*/s/ Michael James Ganley*
Michael James Ganley
New York Bar No. 5830898
TRACEY FOX KING & WALTERS
440 Louisiana St., Suite 1901
Houston, Texas 77002
713-495-2333 Tel.
866-709-2333 Fax
ltracey@traceylawfirm.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission Pro Hac Vice was filed electronically with the Clerk of the Court using the CM/ECF system on December 10, 2021 and electronically on all counsel of record.

*/s/ Michael James Ganley*
Michael James Ganley