UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL No. 2885 |
|---|---|
|  | Master Docket Case No. 3:19-md-2885 |
| **THIS DOCUMENT RELATES TO:** | Judge M. Casey Rodgers |
|  | Magistrate Judge Gary R. Jones |
| BRIAN ROSE |  |
| CASE NO.: |  |

## NOTICE OF DESIGNATED FORUM

Plaintiff, BRIAN ROSE, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the United Stated District Court, Southern District of Florida absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: December 15, 2021                Respectfully submitted,

*/s/ David A. Jagolinzer*
THE FERRARO LAW FIRM
600 Brickell Avenue, Suite 3800
Miami, Florida 33131
Tel: (305) 375-0111
Fax: (305) 379-6222
daj@ferrarolaw.com
mac@ferrarolaw.com
F.B.N.: 181153

*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

    I, David Jagolinzer, hereby certify that on December 15, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                        */s/ David A. Jagolinzer*
                                        David A. Jagolinzer