**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, I, Paul M. Dominguez, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in New Mexico and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of New Mexico. A copy of a Certificate of Good Standing from the State of New Mexico dated within 30 days of this motion is attached hereto as Exhibit A and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16396865435364**, and the CM/ECF online tutorial.

4.      Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5.      Movant has upgraded her PACER account to "NextGen."

6.      Movant is the attorney of record in the related case identified in the exhibit attached hereto as Exhibit B and made a part hereof.

WHEREFORE, Paul M. Dominguez requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: December 17, 2021.

Respectfully submitted,

**DOMINGUEZ LAW FIRM**

By:  */s/ Paul M. Dominguez*
Paul M. Dominguez, Esq.
P.O. Box 10865
Albuquerque, N.M.  87184
Telephone: (505) 850-5854
paul@dominguez.law

*Attorney for Plaintiff*

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on December 17, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

Respectfully submitted,

**DOMINGUEZ LAW FIRM**

By:  */s/ Paul M. Dominguez*
Paul M. Dominguez, Esq.
P.O. Box 10865
Albuquerque, N.M.  87184
Telephone: (505) 850-5854
paul@dominguez.law

*Attorney for Plaintiff*