| Exhibit B | |
|---|---|
| **Plaintiff** | **Civil Action No.** |
| Chambers, James v. 3M Company | |