# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Gordon Moreau v. 3M Company, et al.<br>Docket No.: 7:20-cv-47092-MCR-GRJ | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated: December 17, 2021

**STUEVE SIEGEL HANSON LLP**

By: */s/ Abby E. McClellan*
Abby E. McClellan
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: 816.714.7100
Facsimile: 816.714.7101
mcclellan@stuevesiegel.com

***Attorney for Plaintiff***

Dated: December 17, 2021

**KIRKLAND & ELLIS LLP**

By:   */s/ Mark J. Nomellini*
Mark J. Nomellini
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mark.nomellini@kirkland.com

Robert C. "Mike" Brock
KIRKLAND& ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA  90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

Thomas Larry Hill
MOORE HILL &
WESTMORELAND PA –
PENSACOLA
P.O. Box 13290
Pensacola, FL 32591
Telephone: (850) 434-3541
lhill@mhw-law.com

***Attorneys for Defendant 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC***

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that on December 17, 2021, true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

                                              */s/ Abby E. McClellan*
                                              Abby E. McClellan