UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Beal*, 7:20cv6<br>*McNeal*, 7:20cv66<br>*Vilsmeyer*, 7:20cv113 | Case No. 3:19md2885<br><br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

Given the recent dismissal of the *McNeal* case, No. 7:20cv66, the trial schedule for the above-captioned Group D cases will be modified accordingly:

The trial in the *Vilsmeyer* case, No. 7:20cv113, will now begin Monday, March 14, 2022 and conclude by Friday, March 25, 2022, unless extended by the presiding judge. The trial and all pretrial proceedings will be conducted by Judge Roy B. Dalton, Jr., at the United States District Court, 100 North Palafox Street, Courtroom 2, Pensacola, Florida.[1]

The trial in the *Beal* case, No. 7:20cv6, will begin Monday, May 9, 2022 and conclude by Friday, May 20, 2022, unless extended by the presiding judge. The trial and all pretrial proceedings will be conducted by Judge Robin L. Rosenberg, at

---

[1] This trial was previously scheduled to begin May 9, 2022 and conclude by Friday, May 20, 2022 before presiding Judge Robin L. Rosenberg. ECF No. 2181.

the United States District Court, 100 North Palafox Street, Courtroom 2, Pensacola, Florida.

**SO ORDERED**, on this 20th day of December, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**