# EXHIBIT B

# SCHEDULE OF ACTIONS

| Case Name | MDL Docket Number |
|---|---|
| Aalaam v. 3M Company | 7:20-cv-68132-MCR-GRJ |
| Acevedo v. 3M Company | 7:20-cv-68140-MCR-GRJ |
| Adams v. 3M Company | 7:20-cv-68159-MCR-GRJ |
| Adkins v. 3M Company | 7:20-cv-68181-MCR-GRJ |
| Alford v. 3M Company | 7:20-cv-68255-MCR-GRJ |
| Allman v. 3M Company | 9:20-cv-09786-MCR-GRJ |
| Anderson v. 3M Company | 7:20-cv-68353-MCR-GRJ |
| Anderson v. 3M Company | 7:20-cv-68329-MCR-GRJ |
| Annichiarico v. 3M Company | 7:20-cv-68399-MCR-GRJ |
| Apostoli v. 3M Company | 7:21-cv-22057-MCR-GRJ |
| Applewhite v. 3M Company | 7:20-cv-68430-MCR-GRJ |
| Arias v. 3M Company | 7:20-cv-68468-MCR-GRJ |
| Arthur v. 3M Company | 7:20-cv-68483-MCR-GRJ |
| Atkins v. 3M Company | 7:20-cv-68512-MCR-GRJ |
| Autry v. 3M Company | 7:20-cv-68531-MCR-GRJ |
| Ballard v. 3M Company | 7:20-cv-68594-MCR-GRJ |
| Banks v. 3M Company | 7:20-cv-68630-MCR-GRJ |
| Barclay v. 3M Company | 7:20-cv-68655-MCR-GRJ |
| Barnes v. 3M Company | 7:21-cv-01693-MCR-GRJ |
| Barrientes v. 3M Company | 7:20-cv-68721-MCR-GRJ |
| Bass v. 3M Company | 7:20-cv-68738-MCR-GRJ |
| Beebe v. 3M Company | 7:20-cv-68848-MCR-GRJ |
| Benando v. 3M Company | 7:20-cv-68885-MCR-GRJ |
| Benaza v. 3M Company | 7:20-cv-68888-MCR-GRJ |
| Bivens v. 3M Company | 7:20-cv-68681-MCR-GRJ |
| Blackwell v. 3M Company | 7:20-cv-68699-MCR-GRJ |
| Bohne v. 3M Company | 7:20-cv-68789-MCR-GRJ |
| Bolden v. 3M Company | 7:20-cv-68797-MCR-GRJ |
| Boyles v. 3M Company | 7:20-cv-68931-MCR-GRJ |
| Brady v. 3M Company | 7:20-cv-68945-MCR-GRJ |
| Broome v. 3M Company | 7:20-cv-69008-MCR-GRJ |
| Brown v. 3M Company | 7:20-cv-69046-MCR-GRJ |
| Brown v. 3M Company | 7:20-cv-69015-MCR-GRJ |
| Browning v. 3M Company | 7:20-cv-69053-MCR-GRJ |
| Buckner v. 3M Company | 7:21-cv-01708-MCR-GRJ |
| Bullock v. 3M Company | 7:20-cv-69074-MCR-GRJ |
| Bullock-Hines v. 3M Company | 3:21-cv-02502-MCR-GRJ |
| Burger v. 3M Company | 7:20-cv-69195-MCR-GRJ |

| | |
|---|---|
| Burgos v. 3M Company | 8:20-cv-63056-MCR-GRJ |
| Burke v. 3M Company | 7:20-cv-69211-MCR-GRJ |
| Burkett v. 3M Company | 7:20-cv-69218-MCR-GRJ |
| Button v. 3M Company | 7:20-cv-69255-MCR-GRJ |
| Byrd v. 3M Company | 7:20-cv-69260-MCR-GRJ |
| Cabal v. 3M Company | 7:21-cv-01711-MCR-GRJ |
| Caldwell v. 3M Company | 7:20-cv-69290-MCR-GRJ |
| Cale v. 3M Company | 7:20-cv-69293-MCR-GRJ |
| Camacho v. 3M Company | 8:20-cv-63067-MCR-GRJ |
| Carletti v. 3M Company | 7:21-cv-31232-MCR-GRJ |
| Carlson v. 3M Company | 7:20-cv-69346-MCR-GRJ |
| Carr v. 3M Company | 7:20-cv-69352-MCR-GRJ |
| Carrasco v. 3M Company | 7:20-cv-69356-MCR-GRJ |
| Carrillo v. 3M Company | 7:20-cv-26973-MCR-GRJ |
| Carter v. 3M Company | 7:20-cv-69362-MCR-GRJ |
| Casteel v. 3M Company | 7:20-cv-69388-MCR-GRJ |
| Castillo v. 3M Company | 7:20-cv-69394-MCR-GRJ |
| Castor v. 3M Company | 7:20-cv-69400-MCR-GRJ |
| Chandler v. 3M Company | 7:20-cv-69436-MCR-GRJ |
| Chavez v. 3M Company | 7:20-cv-69466-MCR-GRJ |
| Cibelli v. 3M Company | 7:20-cv-69500-MCR-GRJ |
| Clapp v. 3M Company | 7:20-cv-26975-MCR-GRJ |
| Clark v. 3M Company | 3:21-cv-02503-MCR-GRJ |
| Cline v. 3M Company | 7:20-cv-69523-MCR-GRJ |
| Colbert v. 3M Company | 7:20-cv-68030-MCR-GRJ |
| Collins v. 3M Company | 7:20-cv-68059-MCR-GRJ |
| Colquitt v. 3M Company | 7:20-cv-68072-MCR-GRJ |
| Cooley v. 3M Company | 7:20-cv-68098-MCR-GRJ |
| Cooper v. 3M Company | 7:20-cv-68103-MCR-GRJ |
| Corby v. 3M Company | 7:20-cv-68117-MCR-GRJ |
| Cortes v. 3M Company | 7:20-cv-68139-MCR-GRJ |
| Craddock v. 3M Company | 7:20-cv-68203-MCR-GRJ |
| Craft v. 3M Company | 7:21-cv-01719-MCR-GRJ |
| Crisler v. 3M Company | 7:20-cv-68260-MCR-GRJ |
| Crown v. 3M Company | 7:20-cv-68300-MCR-GRJ |
| Crum v. 3M Company | 7:20-cv-68306-MCR-GRJ |
| Curtsinger v. 3M Company | 7:20-cv-68381-MCR-GRJ |
| Daines v. 3M Company | 7:20-cv-68408-MCR-GRJ |
| Dale v. 3M Company | 7:20-cv-68412-MCR-GRJ |
| Danielecki v. 3M Company | 7:20-cv-68434-MCR-GRJ |
| Davenport v. 3M Company | 7:20-cv-68461-MCR-GRJ |

| | |
|---|---|
| Davidson v. 3M Company | 9:20-cv-09812-MCR-GRJ |
| Davidson v. 3M Company | 7:20-cv-68675-MCR-GRJ |
| Davila v. Doe | 7:20-cv-68687-MCR-GRJ |
| Davis v. 3M Company | 7:20-cv-68734-MCR-GRJ |
| Davis v. 3M Company | 7:20-cv-68781-MCR-GRJ |
| Deatherage v. 3M Company | 7:20-cv-68840-MCR-GRJ |
| Deloach v. 3M Company | 7:20-cv-68907-MCR-GRJ |
| Diaz-Marquez v. 3M Company | 7:20-cv-68966-MCR-GRJ |
| Dichirico v. 3M Company | 7:20-cv-68974-MCR-GRJ |
| Dillard v. 3M Company | 7:20-cv-68991-MCR-GRJ |
| Dockham v. 3M Company | 7:20-cv-69023-MCR-GRJ |
| Dones v. 3M Company | 8:20-cv-73460-MCR-GRJ |
| Dowdell v. 3M Company | 7:20-cv-69064-MCR-GRJ |
| Dowell v. 3M Company | 7:20-cv-69586-MCR-GRJ |
| Drennan v. 3M Company | 7:20-cv-69598-MCR-GRJ |
| Dunbar v. 3M Company | 7:20-cv-69618-MCR-GRJ |
| Dvorak v. 3M Company | 7:20-cv-69646-MCR-GRJ |
| Easter v. 3M Company | 7:20-cv-69662-MCR-GRJ |
| Edwards v. 3M Company | 7:20-cv-69696-MCR-GRJ |
| Edwards v. 3M Company | 7:20-cv-69693-MCR-GRJ |
| Ellies v. 3M Company | 7:20-cv-69719-MCR-GRJ |
| Elmore v. 3M Company | 7:20-cv-69741-MCR-GRJ |
| Esquivel v. 3M Company | 7:20-cv-69808-MCR-GRJ |
| Estep v. 3M Company | 7:20-cv-69811-MCR-GRJ |
| Evans v. 3M Company | 7:20-cv-69821-MCR-GRJ |
| Fender v. 3M Company | 7:20-cv-69895-MCR-GRJ |
| Fenslage v. 3M Company | 7:20-cv-69899-MCR-GRJ |
| Fields v. 3M Company | 7:20-cv-69923-MCR-GRJ |
| Flores v. 3M Company | 7:20-cv-69967-MCR-GRJ |
| Flournoy v. 3M Company | 7:20-cv-69970-MCR-GRJ |
| Fonseca v. 3M Company | 7:20-cv-69982-MCR-GRJ |
| Fraiser v. 3M Company | 7:20-cv-71723-MCR-GRJ |
| Freeman v. 3M Company | 7:20-cv-71765-MCR-GRJ |
| Funderburk v. 3M Company | 7:20-cv-71789-MCR-GRJ |
| Gabriel v. 3M Company | 7:20-cv-71798-MCR-GRJ |
| Galford v. 3M Company | 7:20-cv-71812-MCR-GRJ |
| Gallardo v. 3M Company | 7:20-cv-71818-MCR-GRJ |
| Garcia v. 3M Company | 7:20-cv-71841-MCR-GRJ |
| Garcia v. 3M Company | 7:20-cv-71837-MCR-GRJ |
| Garcia v. 3M Company | 7:20-cv-71863-MCR-GRJ |
| Gates v. 3M Company | 7:20-cv-71922-MCR-GRJ |

| | |
|---|---|
| Gauniel v. 3M Company | 7:20-cv-71925-MCR-GRJ |
| Gazboda v. 3M Company | 7:20-cv-71931-MCR-GRJ |
| Gehl v. 3M Company | 7:20-cv-71949-MCR-GRJ |
| George v. 3M Company | 7:20-cv-71963-MCR-GRJ |
| Gleitz v. 3M Company | 7:20-cv-72134-MCR-GRJ |
| Goff v. 3M Company | 7:20-cv-72156-MCR-GRJ |
| Golden v. 3M Company | 7:20-cv-72171-MCR-GRJ |
| Gonzalez v. 3M Company | 7:20-cv-72261-MCR-GRJ |
| Graham v. 3M Company | 8:20-cv-63167-MCR-GRJ |
| Granadino v. 3M Company | 7:20-cv-72385-MCR-GRJ |
| Grant v. 3M Company | 7:20-cv-72400-MCR-GRJ |
| Grant v. 3M Company | 7:20-cv-72415-MCR-GRJ |
| Green v. 3M Company | 7:21-cv-01736-MCR-GRJ |
| Greenert v. 3M Company | 7:20-cv-72451-MCR-GRJ |
| Guzman v. 3M Company | 7:20-cv-74317-MCR-GRJ |
| Hall v. 3M Company | 7:20-cv-74367-MCR-GRJ |
| Hall v. 3M Company | 7:20-cv-74374-MCR-GRJ |
| Hambrick v. 3M Company | 7:20-cv-74393-MCR-GRJ |
| Hamilton v. 3M Company | 7:20-cv-74404-MCR-GRJ |
| Hanney v. 3M Company | 7:20-cv-26989-MCR-GRJ |
| Hanson v. 3M Company | 7:20-cv-74445-MCR-GRJ |
| Hardouin v. 3M Company | 7:20-cv-74464-MCR-GRJ |
| Harrell v. 3M Company | 7:20-cv-74502-MCR-GRJ |
| Havlik v. 3M Company | 7:20-cv-74574-MCR-GRJ |
| Heggenstaller v. 3M Company | 7:20-cv-74614-MCR-GRJ |
| Helton v. 3M Company | 7:20-cv-74627-MCR-GRJ |
| Heredia v. 3M Company | 7:20-cv-74658-MCR-GRJ |
| Hermann v. 3M Company | 7:20-cv-74858-MCR-GRJ |
| Hermida v. 3M Company | 7:20-cv-74863-MCR-GRJ |
| Herold v. 3M Company | 7:21-cv-01748-MCR-GRJ |
| High v. 3M Company | 7:21-cv-22077-MCR-GRJ |
| Hopkins v. 3M Company | 7:20-cv-75175-MCR-GRJ |
| Houck v. 3M Company | 7:20-cv-75215-MCR-GRJ |
| Houston v. 3M Company | 7:20-cv-75242-MCR-GRJ |
| Howe v. 3M Company | 7:20-cv-75283-MCR-GRJ |
| Hulse v. 3M Company | 7:20-cv-75369-MCR-GRJ |
| Hunter v. 3M Company | 7:20-cv-75426-MCR-GRJ |
| Hurley v. 3M Company | 7:20-cv-75433-MCR-GRJ |
| Iasiello v. 3M Company | 7:20-cv-76594-MCR-GRJ |
| Jacobson v. 3M Company | 7:20-cv-76627-MCR-GRJ |
| Jacquez v. 3M Company | 7:20-cv-76629-MCR-GRJ |

| | |
|---|---|
| Janasiak v. 3M Company | 7:20-cv-76646-MCR-GRJ |
| Jeter v. 3M Company | 7:20-cv-76672-MCR-GRJ |
| Johnson v. 3M Company | 7:20-cv-76699-MCR-GRJ |
| Johnson v. 3M Company | 7:20-cv-76736-MCR-GRJ |
| Johnson v. 3M Company | 7:20-cv-76695-MCR-GRJ |
| Johnson v. 3M Company | 7:20-cv-76697-MCR-GRJ |
| Jones v. 3M Company | 7:20-cv-76755-MCR-GRJ |
| Jones v. 3M Company | 7:20-cv-76765-MCR-GRJ |
| Jones v. 3M Company | 7:20-cv-76796-MCR-GRJ |
| Jones v. 3M Company | 7:20-cv-76789-MCR-GRJ |
| Jones v. 3M Company | 7:20-cv-76799-MCR-GRJ |
| Jones v. 3M Company | 7:20-cv-76792-MCR-GRJ |
| Joslin v. 3M Company | 7:20-cv-76822-MCR-GRJ |
| Jueschke v. 3M Company | 7:20-cv-76831-MCR-GRJ |
| Kabachenko v. 3M Company | 3:21-cv-01526-MCR-GRJ |
| Kaping v. 3M Company | 3:21-cv-02505-MCR-GRJ |
| Keefe v. 3M Company | 7:20-cv-76948-MCR-GRJ |
| Kelly v. 3M Company | 7:20-cv-76969-MCR-GRJ |
| Kilbane v. 3M Company | 7:20-cv-77029-MCR-GRJ |
| Kim v. 3M Company | 7:20-cv-77031-MCR-GRJ |
| Kinnard v. 3M Company | 7:20-cv-77081-MCR-GRJ |
| Klepac v. 3M Company | 7:20-cv-78102-MCR-GRJ |
| Knox v. 3M Company | 7:20-cv-78183-MCR-GRJ |
| Kobus v. 3M Company | 7:20-cv-78199-MCR-GRJ |
| Koelliker v. 3M Company | 7:20-cv-78208-MCR-GRJ |
| Koeppel v. 3M Company | 7:20-cv-78216-MCR-GRJ |
| Kuaiwa v. 3M Company | 8:20-cv-66824-MCR-GRJ |
| Landrum v. 3M Company | 7:20-cv-78348-MCR-GRJ |
| Law v. 3M Company | 7:20-cv-78418-MCR-GRJ |
| Lawless v. 3M Company | 7:20-cv-78422-MCR-GRJ |
| Laymon v. 3M Company | 7:20-cv-78426-MCR-GRJ |
| Ledesma v. 3M Company | 7:20-cv-78433-MCR-GRJ |
| Lehenbauer v. 3M Company | 7:20-cv-78448-MCR-GRJ |
| Lentner v. 3M Company | 7:20-cv-78457-MCR-GRJ |
| Leonard v. 3M Company | 8:20-cv-66850-MCR-GRJ |
| Leshkevich v. 3M Company | 7:20-cv-70091-MCR-GRJ |
| Lins v. 3M Company | 7:20-cv-70115-MCR-GRJ |
| Livingston v. 3M Company | 7:20-cv-70133-MCR-GRJ |
| Lobb v. 3M Company | 7:20-cv-70137-MCR-GRJ |
| Logsdon v. 3M Company | 7:20-cv-70143-MCR-GRJ |
| Lopez v. 3M Company | 7:20-cv-70157-MCR-GRJ |

| | |
|---|---|
| Lupica v. 3M Company | 7:20-cv-26991-MCR-GRJ |
| Mackey v. 3M Company | 7:20-cv-70207-MCR-GRJ |
| Madigan v. 3M Company | 7:20-cv-70213-MCR-GRJ |
| Malone v. 3M Company | 7:20-cv-70245-MCR-GRJ |
| Marshall v. 3M Company | 7:20-cv-70277-MCR-GRJ |
| Matheson v. 3M Company | 7:20-cv-70325-MCR-GRJ |
| Mayo v. 3M Company | 7:20-cv-70357-MCR-GRJ |
| McCormick v. 3M Company | 7:20-cv-70379-MCR-GRJ |
| McCotter v. 3M Company | 7:20-cv-70383-MCR-GRJ |
| McCrum v. 3M Company | 7:20-cv-70397-MCR-GRJ |
| McDonald v. 3M Company | 7:20-cv-70407-MCR-GRJ |
| McMillan v. 3M Company | 7:20-cv-70448-MCR-GRJ |
| Medina v. 3M Company | 7:20-cv-70456-MCR-GRJ |
| Melson v. 3M Company | 7:20-cv-70470-MCR-GRJ |
| Menezes v. 3M Company | 7:20-cv-70477-MCR-GRJ |
| Miles v. 3M Company | 7:20-cv-70508-MCR-GRJ |
| Miller v. 3M Company | 7:20-cv-70552-MCR-GRJ |
| Miller v. 3M Company | 7:20-cv-70532-MCR-GRJ |
| Miller v. 3M Company | 7:20-cv-70526-MCR-GRJ |
| Mills v. 3M Company | 8:20-cv-66874-MCR-GRJ |
| Mills v. 3M Company | 7:20-cv-70561-MCR-GRJ |
| Miranda v. 3M Company | 7:20-cv-70572-MCR-GRJ |
| Moe v. 3M Company | 3:21-cv-02504-MCR-GRJ |
| Montalvo v. 3M Company | 7:20-cv-70689-MCR-GRJ |
| Montgomery v. 3M Company | 7:20-cv-70691-MCR-GRJ |
| Montoya v. 3M Company | 7:20-cv-70695-MCR-GRJ |
| Moore v. 3M Company | 7:20-cv-70723-MCR-GRJ |
| Moran v. 3M Company | 7:20-cv-70741-MCR-GRJ |
| Moreland v. 3M Company | 7:20-cv-70745-MCR-GRJ |
| Morelli v. 3M Company | 7:20-cv-70747-MCR-GRJ |
| Morrison v. 3M Company | 7:20-cv-70773-MCR-GRJ |
| Mottes v. 3M Company | 7:20-cv-70783-MCR-GRJ |
| Muhammad v. 3M Company | 7:20-cv-70795-MCR-GRJ |
| Murphy v. 3M Company | 7:20-cv-70819-MCR-GRJ |
| Myers v. 3M Company | 7:20-cv-70832-MCR-GRJ |
| Myers v. 3M Company | 7:20-cv-70830-MCR-GRJ |
| Nazario v. 3M Company | 7:20-cv-70865-MCR-GRJ |
| Nelson v. 3M Company | 7:20-cv-70878-MCR-GRJ |
| Nielsen v. 3M Company | 7:20-cv-70898-MCR-GRJ |
| Niewiek v. 3M Company | 7:20-cv-70904-MCR-GRJ |
| Nosek v. 3M Company | 7:20-cv-70914-MCR-GRJ |

| | |
|---|---|
| Nunn v. 3M Company | 7:21-cv-01773-MCR-GRJ |
| Oakes v. 3M Company | 7:20-cv-70915-MCR-GRJ |
| Oakley v. 3M Company | 7:20-cv-70916-MCR-GRJ |
| O'Donnell v. 3M Company | 7:20-cv-70927-MCR-GRJ |
| Oliver v. 3M Company | 7:20-cv-70930-MCR-GRJ |
| Ollar v. 3M Company | 7:20-cv-70931-MCR-GRJ |
| Opsahl v. 3M Company | 9:20-cv-09885-MCR-GRJ |
| Pack v. 3M Company | 7:20-cv-70975-MCR-GRJ |
| Parson v. 3M Company | 7:20-cv-71012-MCR-GRJ |
| Peden v. 3M Company | 7:20-cv-71039-MCR-GRJ |
| Penn v. 3M Company | 7:20-cv-71051-MCR-GRJ |
| Peraza v. 3M Company | 7:20-cv-71059-MCR-GRJ |
| Pope v. 3M Company | 7:20-cv-71181-MCR-GRJ |
| Porter v. 3M Company | 7:20-cv-71197-MCR-GRJ |
| Potts v. 3M Company | 7:20-cv-71217-MCR-GRJ |
| Poulson v. 3M Company | 7:20-cv-71221-MCR-GRJ |
| Powers v. 3M Company | 7:20-cv-71232-MCR-GRJ |
| Prosser v. 3M Company | 7:20-cv-71268-MCR-GRJ |
| Pruitt v. 3M Company | 7:20-cv-71272-MCR-GRJ |
| Ramirez v. 3M Company | 7:20-cv-71357-MCR-GRJ |
| Ramsey v. 3M Company | 7:20-cv-71380-MCR-GRJ |
| Reed v. 3M Company | 7:20-cv-71456-MCR-GRJ |
| Repko v. 3M Company | 7:20-cv-71503-MCR-GRJ |
| Richard v. 3M Company | 7:20-cv-71558-MCR-GRJ |
| Richardson v. 3M Company | 7:20-cv-71569-MCR-GRJ |
| Richey v. 3M Company | 7:20-cv-71578-MCR-GRJ |
| Ricks v. 3M Company | 7:20-cv-71586-MCR-GRJ |
| Riley v. 3M Company | 7:20-cv-71609-MCR-GRJ |
| Rivera Crouch v. 3M Company | 7:20-cv-71652-MCR-GRJ |
| Rivera Hernandez v. 3M Company | 7:20-cv-71659-MCR-GRJ |
| Rivera v. 3M Company | 7:20-cv-71649-MCR-GRJ |
| Rivera v. 3M Company | 7:20-cv-71635-MCR-GRJ |
| Rivera v. 3M Company | 7:20-cv-71640-MCR-GRJ |
| Robinson v. 3M Company | 7:20-cv-71690-MCR-GRJ |
| Rodriguez-Villa v. 3M Company | 7:20-cv-71231-MCR-GRJ |
| Roe v. 3M Company | 7:20-cv-71242-MCR-GRJ |
| Romano v. 3M Company | 7:20-cv-71273-MCR-GRJ |
| Rose v. 3M Company | 7:20-cv-71304-MCR-GRJ |
| Roske-Pamaran v. 3M Company | 7:20-cv-71308-MCR-GRJ |
| Ross v. 3M Company | 7:20-cv-71323-MCR-GRJ |
| Rowles v. 3M Company | 7:20-cv-71346-MCR-GRJ |

| | |
|---|---|
| Russett v. 3M Company | 7:20-cv-71379-MCR-GRJ |
| Safer v. 3M Company | 7:20-cv-71414-MCR-GRJ |
| Salemme v. 3M Company | 7:20-cv-71436-MCR-GRJ |
| Sanchez v. 3M Company | 7:20-cv-71458-MCR-GRJ |
| Sanchez v. 3M Company | 9:20-cv-09899-MCR-GRJ |
| Scherretz v. 3M Company | 7:20-cv-71557-MCR-GRJ |
| Scholberg v. 3M Company | 7:20-cv-71577-MCR-GRJ |
| Sena v. 3M Company | 7:20-cv-71653-MCR-GRJ |
| Shaub v. 3M Company | 7:20-cv-71699-MCR-GRJ |
| Shaulis v. 3M Company | 7:20-cv-71703-MCR-GRJ |
| Sierra v. 3M Company | 7:20-cv-71757-MCR-GRJ |
| Slifer v. 3M Company | 7:20-cv-71896-MCR-GRJ |
| Smaltz v. 3M Company | 7:20-cv-71905-MCR-GRJ |
| Smith v. 3M Company | 7:20-cv-71957-MCR-GRJ |
| Smith v. 3M Company | 7:20-cv-71943-MCR-GRJ |
| Smith v. 3M Company | 7:20-cv-71970-MCR-GRJ |
| Smith v. 3M Company | 7:20-cv-71948-MCR-GRJ |
| Smith v. Doe | 8:20-cv-66970-MCR-GRJ |
| Smoot v. 3M Company | 7:20-cv-71977-MCR-GRJ |
| Somohano v. 3M Company | 7:20-cv-71983-MCR-GRJ |
| Sorensen v. 3M Company | 7:20-cv-71986-MCR-GRJ |
| Sparacio v. 3M Company | 7:20-cv-72000-MCR-GRJ |
| Spaulding v. 3M Company | 7:20-cv-72005-MCR-GRJ |
| Stanchik v. 3M Company | 7:20-cv-72030-MCR-GRJ |
| Stassi v. 3M Company | 7:20-cv-72052-MCR-GRJ |
| Steinlage v. 3M Company | 7:20-cv-72061-MCR-GRJ |
| Stephens v. 3M Company | 7:20-cv-72065-MCR-GRJ |
| Stokes v. 3M Company | 7:20-cv-72122-MCR-GRJ |
| Swank v. 3M Company | 7:20-cv-72235-MCR-GRJ |
| Sylvester v. 3M Company | 7:20-cv-72250-MCR-GRJ |
| Talbot v. 3M Company | 7:20-cv-72267-MCR-GRJ |
| Thomas v. 3M Company | 7:20-cv-72785-MCR-GRJ |
| Thompson v. 3M Company | 7:20-cv-72799-MCR-GRJ |
| Thornton v. 3M Company | 7:20-cv-72875-MCR-GRJ |
| Tolbert v. 3M Company | 7:20-cv-72911-MCR-GRJ |
| Toolson v. 3M Company | 7:20-cv-72923-MCR-GRJ |
| Townsend v. 3M Company | 7:20-cv-72950-MCR-GRJ |
| Trujillo Vazquez v. 3M Company | 7:20-cv-72997-MCR-GRJ |
| Tulp v. 3M Company | 7:20-cv-73028-MCR-GRJ |
| Tydings v. 3M Company | 7:20-cv-73070-MCR-GRJ |
| Valencia v. 3M Company | 7:20-cv-73137-MCR-GRJ |

| | |
|---|---|
| Van Fossen v. 3M Company | 7:20-cv-73156-MCR-GRJ |
| Van Horn v. 3M Company | 7:20-cv-73164-MCR-GRJ |
| Vanderford v. 3M Company | 7:20-cv-73189-MCR-GRJ |
| Vieira v. 3M Company | 7:20-cv-73308-MCR-GRJ |
| Voss v. 3M Company | 7:20-cv-73365-MCR-GRJ |
| Wallace v. 3M Company | 7:20-cv-73444-MCR-GRJ |
| Walters v. 3M Company | 7:20-cv-73469-MCR-GRJ |
| Way v. 3M Company | 7:20-cv-73562-MCR-GRJ |
| Wheeler v. 3M Company | 7:21-cv-01825-MCR-GRJ |
| White v. 3M Company | 7:21-cv-22104-MCR-GRJ |
| White v. 3M Company | 7:21-cv-22102-MCR-GRJ |
| White v. 3M Company | 7:20-cv-73778-MCR-GRJ |
| Whitehead v. 3M Company | 7:20-cv-73800-MCR-GRJ |
| Widmer v. 3M Company | 7:20-cv-73824-MCR-GRJ |
| Wilcox v. 3M Company | 7:20-cv-73846-MCR-GRJ |
| Williams v. 3M Company | 7:20-cv-73903-MCR-GRJ |
| Williamson v. 3M Company | 7:20-cv-73909-MCR-GRJ |
| Wilson v. 3M Company | 7:20-cv-73925-MCR-GRJ |
| Winkler v. 3M Company | 7:20-cv-73938-MCR-GRJ |
| Witkowsky v. 3M Company | 7:20-cv-73950-MCR-GRJ |
| Wood v. 3M Company | 7:20-cv-73968-MCR-GRJ |
| Wright v. 3M Company | 7:20-cv-74137-MCR-GRJ |
| Wright v. 3M Company | 7:20-cv-74144-MCR-GRJ |
| Wright v. 3M Company | 7:20-cv-74136-MCR-GRJ |
| Yarber v. 3M Company | 7:20-cv-74159-MCR-GRJ |
| Ybarra v. 3M Company | 7:20-cv-74163-MCR-GRJ |
| Yelton v. 3M Company | 8:20-cv-69499-MCR-GRJ |
| Young v. 3M Company | 7:20-cv-74173-MCR-GRJ |
| Young v. 3M Company | 7:21-cv-22107-MCR-GRJ |
| Zalesky v. 3M Company | 7:20-cv-74176-MCR-GRJ |