**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

Case No. 3:19-cv-02885-MCR-GRJ

This Document Relates to the Master Docket

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Vivian R. Harris, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and, in support thereof, state as follows:

1.   Movant resides in New York, and is not a resident of the State of Florida.

2.   Movant is admitted to practice and is a member in good standing of the bar of the State of New York.  Movant's law office is in New York and is the state where she regularly practices law.  Pursuant to Local Rule 11.1, a copy of a Certificate of Good Standing from the State of New York dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3.   Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16396018615359, and the CM/ECF online tutorial.

4.   Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.   Movant possesses an upgraded "NextGen" PACER account.

6.  Movant represents Plaintiffs listed in the Schedule of Actions, attached hereto as Exhibit "B" and made a part hereof, member cases of MDL No. 2885 (3:19-cv-02885-MCR-GRJ), which were recently activated on the 3M MDL Docket pursuant to Case Management Order No. 22 or Case Management Order No. 24.

WHEREFORE, Vivian R. Harris respectfully requests that this Court enter an Order granting her motion to appear *pro hac vice* on behalf of Plaintiffs and directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted this 16th day of December 2021.

**PARKER WAICHMAN LLP**

By: */s/ Vivian R. Harris*
Vivian R. Harris, Esq.
6 Harbor Park Drive
Port Washington, New York 11050
(516) 466-6500
(516) 466-6665
vrharris@yourlawyer.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16th day of December, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: *<u>/s/ Vivian R. Harris</u>*
Vivian R. Harris, Esq.
6 Harbor Park Drive
Port Washington, New York 11050
(516) 466-6500
(516) 466-6665
vrharris@yourlawyer.com

*Attorneys for Plaintiffs*