UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Finley*, 7:20-cv-00170<br>*Montero*, 7:20-cv-00067<br>*Sloan*, 7:20-cv-00001<br>*Stelling*, 7:20-cv-00143<br>*Wayman*, 7:20-cv-00149 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**DECLARATION OF BRYAN AYLSTOCK IN SUPPORT OF RESPONSE TO DEFENDANTS' RULE 72 OBJECTION TO THE MAGISTRATE JUDGE'S NOVEMBER 22, 2021 ORDER AND MOTION FOR RECONSIDERATION OF THIS COURT'S NOVEMBER 21, 2021 ORDER**

1. My name is Bryan Aylstock, and I am a partner at Aylstock, Witkin, Kreis & Overholtz, PLLC. I am lead counsel for MDL Plaintiffs and counsel of record in the above-captioned case.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts of the trial transcript in *Stelling v. 3M Co*, 7:20-cv-00143 (NDFL), dated December 9, 2021.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts of the trial transcript in *Stelling v. 3M Co*, 7:20-cv-00143 (NDFL), dated December 14, 2021.

1

2

      4.      I swear under penalty of perjury that the foregoing is true and correct.

DATED: December 20, 2021

*s/ Bryan F. Aylstock*
Bryan F. Aylstock, FL Bar No. 78263
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
baylstock@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449