# EXHIBIT A

```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF FLORIDA
                        PENSACOLA DIVISION

CARTER STELLING,                  )
                                  )
           Plaintiff,             )
                                  )   CASE NO. 7:20cv143
v.                                )
                                  )
3M COMPANY, 3M OCCUPATIONAL       )   Tallahassee, Florida
SAFETY LLC, AEARO HOLDING LLC,    )
AEARO INTERMEDIATE LLC,           )   December 9, 2021
COMBAT ARMS AEARO LLC, and        )
AEARO TECHNOLOGIES, LLC,          )   VOLUME IV
                                  )
           Defendants.            )
_____)
```

**TRANSCRIPT OF JURY TRIAL**
**BEFORE THE HONORABLE ALLEN C. WINSOR**
**UNITED STATES DISTRICT JUDGE**
**(Pages 1 through 311)**

*LISA C. SNYDER, RPR, CRR*
**Official United States Court Reporter**
**111 North Adams Street, Tallahassee, FL 32301**
**(850)567-1374 * lisasnydercr@gmail.com**

*Proceedings reported by stenotype reporter.*
*Transcript produced by Computer-Aided Transcription.*

```
08:42:08   1         Although you are retired, you're still being compensated or
08:42:12   2   paid by 3M, correct?
08:42:14   3   A.    Well, I had been doing some part-time consulting for them
08:42:20   4   that I stopped in October of this year.  I am paid by Kirkland
08:42:30   5   attorneys for work that I have done on this case.
08:42:34   6   Q.    Okay.  And up until October, over the last few years you
08:42:39   7   had been paid by 3M for consulting in this litigation, true?
08:42:45   8   A.    No.
08:42:46   9   Q.    Okay.  Have you been paid any money for consulting in
08:42:52  10   regards to this litigation?
08:42:55  11   A.    3M, the part-time work I did had no relationship to this
08:43:00  12   litigation.  As I said, I'm paid by Kirkland Ellis attorneys for
08:43:06  13   my work on this litigation.
08:43:09  14   Q.    And Kirkland Ellis lawyers are representing 3M, correct?
08:43:14  15   A.    Correct.
08:43:15  16   Q.    And you are compensated for the preparation for your
08:43:18  17   testimony in this litigation, correct?
08:43:20  18   A.    Correct.
08:43:20  19   Q.    And you are paid at the rate of $500 an hour currently for
08:43:26  20   prep, correct?
08:43:27  21   A.    Correct.
08:43:27  22   Q.    And before you went -- I believe you just moved up to $500
08:43:32  23   an hour this year, correct?
08:43:35  24   A.    Correct.
08:43:35  25   Q.    Before that it was $400 an hour, true?
```

| | | |
|---|---|---|
| 08:43:41 | 1 | A.   Correct. |
| 08:43:41 | 2 | Q.   And as of December 2020, isn't it true that you had been |
| 08:43:47 | 3 | paid $130,000 in connection with your consulting on this |
| 08:43:50 | 4 | litigation? |
| 08:43:52 | 5 | A.   Yes. |
| 08:43:53 | 6 | Q.   Okay.  And through June of 2021, isn't it true you were |
| 08:44:01 | 7 | paid approximately $100,000? |
| 08:44:07 | 8 | A.   Approximately.  I don't have that number at hand. |
| 08:44:09 | 9 | Q.   Okay.  Do you know how much money you've been paid |
| 08:44:12 | 10 | since June of this year up until today?  So the second half |
| 08:44:16 | 11 | of 2021. |
| 08:44:18 | 12 | A.   No.  I have not put that number together. |
| 08:44:21 | 13 | Q.   Okay. You're -- you have testified in this litigation |
| 08:44:25 | 14 | previously, correct? |
| 08:44:26 | 15 | A.   Yes. |
| 08:44:27 | 16 | Q.   Okay.  In fact, this would be the third time you have |
| 08:44:31 | 17 | testified, correct, today -- this week, I mean? |
| 08:44:34 | 18 | A.   Correct. |
| 08:44:35 | 19 | Q.   Okay.  Your work in the lab, you would agree with me, going |
| 08:44:40 | 20 | back now to your time at Cabot, Aearo, and 3M, fair to say your |
| 08:44:46 | 21 | work in the lab resulted in those companies making millions and |
| 08:44:51 | 22 | millions of dollars, true? |
| 08:44:54 | 23 | A.   My work in the lab was part of -- was -- supported many |
| 08:45:02 | 24 | products that were introduced.  You're probably referring to a |
| 08:45:08 | 25 | promotion document that was written for a promotion I received |