# EXHIBIT B

```
 1
 2                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF FLORIDA
 3                        PENSACOLA DIVISION

 4   CARTER STELLING,                )
                                     )
 5           Plaintiff,               )
                                     )  CASE NO. 7:20cv143
 6   v.                               )
                                     )
 7   3M COMPANY, 3M OCCUPATIONAL     )  Tallahassee, Florida
     SAFETY LLC, AEARO HOLDING LLC,  )
 8   AEARO INTERMEDIATE LLC,         )  December 14, 2021
     COMBAT ARMS AEARO LLC, and      )
 9   AEARO TECHNOLOGIES, LLC,        )  VOLUME VII
                                     )
10           Defendants.              )
     _____)
11
                         TRANSCRIPT OF JURY TRIAL
12                BEFORE THE HONORABLE ALLEN C. WINSOR
                     UNITED STATES DISTRICT JUDGE
13                       (Pages 1 through 336)

14

15

16

17

18

19

20

21

22                  LISA C. SNYDER, RPR, CRR
                Official United States Court Reporter
23         111 North Adams Street, Tallahassee, FL 32301
               (850)567-1374 * lisasnydercr@gmail.com
24
              Proceedings reported by stenotype reporter.
25        Transcript produced by Computer-Aided Transcription.
```

```
12:24:47   1   audiogram; that there was documentation of what hearing
12:24:49   2   protective devices they wore that they had been trained on the
12:24:53   3   fit.  Those are the things that I look for, to make sure they
12:24:57   4   have been in the program.
12:24:57   5   Q.   And if that type of documentation did exist for a
12:25:01   6   particular soldier, what would that tell you about the nature of
12:25:04   7   the Army Hearing Program as it relates to that soldier?
12:25:07   8   A.   Well, that's what I want to see.  That means that program
12:25:10   9   works.  They were in it and engaged.  And that's what I am
12:25:14  10   looking for.
12:25:15  11   Q.   Thank you, sir.
12:25:16  12            MR. BHIMANI:  No more questions, Your Honor.
12:25:17  13            THE COURT:  Okay.
12:25:19  14                    CROSS-EXAMINATION
12:25:34  15   BY MR. BOGLE:
12:25:35  16   Q.   Dr. Crawford, my name is Brandon Bogle.  I have got a few
12:25:38  17   follow-up questions for you.  Okay?
12:25:40  18   A.   Nice to meet you.
12:25:40  19   Q.   You mentioned to begin your examination that you currently
12:25:40  20   charge $650 an hour for your time; is that right?
12:25:44  21   A.   Correct.
12:25:44  22   Q.   Okay.  If I had asked you that same question a few months
12:25:46  23   ago, the answer would have been $350 an hour?
12:25:50  24   A.   Correct.
12:25:51  25   Q.   Okay.  And the nearly doubling of your hourly rate was
```