# Exhibit B

| | |
|---|---|
| *King v. 3M Company* | 7:20-cv-76763 |
| *Knotts v. 3M Company* | 7:20-cv-77919 |
| *Lancaster v. 3M Company* | 7:20-cv-78599 |
| *Lee v. 3M Company* | 7:20-cv-79151 |
| *Leins v. 3M Company* | 7:20-cv-79231 |
| *Lewis v. 3M Company* | 7:20-cv-80556 |
| *Lucero v. 3M Company* | 7:20-cv-81373 |
| *Manning v. 3M Company* | 7:20-cv-81970 |
| *Marin v. 3M Company* | 7:20-cv-82050 |