UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Montero*, 7:20cv67<br>*Sloan*, 7:20cv001<br>*Stelling*, 7:20cv143<br>*Wayman*, 7:20cv149 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**ORDER**

Defendants have filed an objection to the Magistrate Judge's November 22, 2021 Order, as well as a Motion for Reconsideration of this Court's November 21, 2021 Order, in the above-captioned cases both related to Elliott Berger's trial testimony, and Plaintiffs responded on December 20, 2021. The *Montero* and *Stelling* cases, which were in the midst of trial at the time that Defendants' filed their objection and motion for reconsideration, concluded on December 15, 2021 and December 17, 2021, respectively. Accordingly, Defendants' objection and motion for reconsideration in the *Montero* and *Stelling* cases are **DENIED** as moot.

Given the pretrial filings currently before the undersigned ahead of the *Sloan* and *Wayman* consolidated bellwether trial beginning January 10, 2022, the Court finds it appropriate to refer this matter to United States Magistrate Judge Gary Jones to conduct an evidentiary hearing and the preparation of a report and

recommendation pursuant to Fed. R. Civ. P. 72(b).[1]  *See also* 28 U.S.C. 636(b)(1)(B); N.D. Fla. Loc. R. 72.3.

**SO ORDERED**, on this 21st day of December 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court finds this to be procedurally proper given that Judge Jones is being referred the entire matter for a report and recommendation, which the undersigned will review *de novo* should there be an objection.