# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

This Document Relates to:
*Ronald Sloan,* 7:20-cv-1
*William Wayman,* 7:20-cv-149
_____/

## ORDER

The District Judge has referred to me for an evidentiary hearing resolution of Defendants' Objection to the November 22, 2021 Order and Motion for Reconsideration of the Court's November 21, 2021 Order. ECF No. 2355.  The motion is moot as to the *Montero* and Stelling cases because trials in those cases have been completed.

The November 21 and 22, 2021 orders both concern the presentation of Elliott Berger's testimony at the upcoming trials in *Sloan* and *Wayman*. Resolution of whether Mr. Berger is unavailable is key to both orders. The matter has been referred to me for resolution of this issue at an evidentiary hearing. To resolve this issue the Court will require Mr. Berger to testify at the hearing.  While Mr. Berger may testify live if he so chooses the Court will permit Mr. Berger to testify remotely via Zoom if he wishes to do so.

Counsel for Plaintiffs must contact Mr. Berger's counsel to ascertain whether Mr. Berger will appear live or whether he wishes to appear remotely. In the event Mr. Berger does not want to appear live and will not appear voluntarily to testify remotely, Plaintiffs must issue a subpoena for Mr. Berger to appear remotely at a location within 100 miles of his residence.

The Court understands that Mr. Berger is represented by counsel. Mr. Berger's counsel must also attend the hearing. The Court, however, will permit Mr. Berger's counsel to appear remotely via Zoom if he wishes to do so. Counsel for Plaintiffs and counsel for Defendants may also appear remotely via Zoom if they wish to do so.

Because trial in *Sloan* and *Wayman* is scheduled to begin on January 10, 2022, the Court must set an expedited hearing on this matter.

Accordingly, an evidentiary hearing is scheduled before Magistrate Judge Gary R. Jones in Courtroom no. 2, at the United States Courthouse, 401 SE First Avenue, Gainesville, Florida on **Wednesday, December 29, 2021 at 10:00 AM (EST)**. Counsel for the parties and counsel for Mr. Berger must contact the courtroom deputy, Blair Patton, at 352-380-2401, to coordinate the details of the Zoom conference call.  Upon receipt of this order counsel for Defendants must contact Mr. Berger's counsel and advise

3

him of the scheduled hearing and advise him that the Court has directed Mr. Berger and his counsel to attend the hearing either in person or remotely via Zoom if either of them wish to do so.

**DONE AND ORDERED** this 22nd day of December 2021.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge