AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| SLOAN, WAYMAN | ) | IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION |
|---|---|---|
| *Plaintiff* | ) | Case No. 3:19-2885 |
| v. | ) | Civil Action No. 7:20-cv-001; 7:20-cv-149 |
| 3M COMPANY, et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Elliott Berger, 221 Olde Mill Cove, Indianapolis, IN 46260-2381

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Davinici - Monument Circle Meeting Center 55 Monument Circle, 7th Floor Conference Room Indianapolis, IN 46204 | Courtroom No.: NDFL G'ville No. 2 (via remote link) |
|---|---|
| | Date and Time: 12/29/2021 10:00 am Eastern |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:
SEE ATTACHED SCHEDULE A for documents to be produced by 12/27/2021 @ 10 am central to Attorney Bryan Aylstock, 17 E. Main Street, Suite 200, Pensacola, FL 32502 or via email at baylstock@awkolaw.com

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/23/2021

*CLERK OF COURT*

OR

/s/ Bryan F. Aylstock

*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs
Bryan F. Aylstock, who issues or requests this subpoena, are:

Aylstock, Witkin, Kreis & Overholtz, PLLC; 17 E. Main Street, Suite 200; Pensacola, FL 32502; baylstock@awkolaw.com; 850-202-1010

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Exhibit A

## SCHEDULE A

## PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs Ronald Sloan and William Wayman by and through their counsel, hereby request that you produce documents responsive to these Requests for Production of Documents (the "Requests") to Plaintiffs in the time and manner set forth in this Subpoena.

## DEFINITIONS

1. "Communications" as used in the requests below includes any transmission or exchange of information, ideas, facts, data, proposals, or other matters, between or among Persons, by any means. For example, communications would include text messages (short message service (SMS) and multimedia message service (MMS)), or any messaging application (*e.g.*, WhatsApp, Facebook Messenger). The definition also includes Documents evidencing oral communications.

2. "Document" or "documents" as used below includes hard copy documents as well as electronically stored information.

3. "Photographs" includes all physical or electronic images and video recordings.

4. The terms "you" and "your" shall refer to Elliott Berger.

## INSTRUCTIONS

1. The preceding Definitions apply to these Instructions and each of the succeeding Requests. All terms defined above shall have the meanings set forth therein, whether capitalized in the Requests or not.

2. You are required to produce all responsive documents in your possession, custody, or control, wherever located, including but not limited to electronic sources such as:
(a) any of your email accounts (*e.g.*, Gmail, Yahoo, Hotmail);
(b) any of your computers (*e.g.*, desktop or laptop computers);
(c) any of your mobile and handheld electronic device (*e.g.*, smartphones, computer tablets, portable music players, and digital cameras);
(d) any of your other hardware storage devices (*e.g.*, external hard drives, network storage drives, memory cards, USB flash ("thumb") drives, and CDs/DVDs);

(e) any messaging applications you use (*e.g.*, text messages, iMessage, Facebook Messenger, WhatsApp, Telegram, and Snapchat);
(f) any social media accounts/platforms you use (*e.g.*, Facebook, Instagram, LinkedIn, Twitter, MySpace, YouTube, Pinterest, or other online collaboration tools such as Google+ or Yahoo! groups);
(g) any website where you have made online postings (*e.g.*, Reddit, Tumblr, and other blog or message boards);
(h) any cloud storage you use (*e.g.*, DropBox, Microsoft Office365 Account, Google Drive, iCloud, and Amazon Drive).

3. If you cannot comply with any Request in full, you must comply to the fullest extent possible, and you should provide an explanation as to why full compliance is not possible.

4. If any document called for by these Requests has been destroyed or discarded, you must identify that document in writing by providing the following information: (a) any sender/author and any addressee; (b) any indicated or blind copies; (c) the document's date, subject matter, number of pages, and attachments or appendices; (d) all Persons to whom the document was distributed, shown, or explained; (e) its date of destruction or discard, manner of destruction or discard, and reason for destruction or discard; (f) the Persons who authorized and carried out such destruction or discard; and (g) whether any copies of the document presently exist and, if so, the name of the custodian of each copy.

5. If no document exists that is responsive to a particular Request, you must state so in writing.

6. Plaintiffs request that you produce all photographs, films, movies, and video recordings as native files, in their original resolution and file size.

## REQUESTS FOR PRODUCTION

1.     All documents related to your consulting arrangements with 3M, including all drafts, modifications and termination of same.

2.     All documents related to your retention of Philip Bates

3.     All documents related to your payment of Philip Bates

4.     All documents between you and 3M and/or its counsel from your retirement to the present

5.     All documents related to 3M's offer to represent you following your retirement

6.     All documents between you and any of 3M's counsel following your retirement

7.     Any written joint defense agreement / common interest privilege agreement

# AFFIDAVIT OF SERVICE

| Case:<br>7:20-GZ-001; 7:20-GZ-149 | Court:<br>United States District Court for the Northern District of Florida | County:<br>, FL | Job:<br>6494067 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Sloan, Wayman | | **Defendant / Respondent:**<br>3M Company, et al. | |
| **Received by:**<br>Hoosier Process Service, LLC | | **For:**<br>Aylstock, Witkin, Kreis & Overholtz | |
| **To be served upon:**<br>Elliott Berger | | | |

I, Jon Robb, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| **Recipient Name / Address:** | Elliott Berger, 221 Olde Mill Cove , Indianapolis, IN 46260 |
|---|---|
| **Manner of Service:** | Personal/Individual, Dec 23, 2021, 1:57 pm EST |
| **Documents:** | Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action, Federal Rule of Civil Procedure 45 (c), (d), (e), and (g), Schedule A, Witness Check |

### Additional Comments:

1) Successful Attempt: Dec 23, 2021, 1:57 pm EST at 221 Olde Mill Cove , Indianapolis, IN 46260 received by Elliott Berger.

_____    12/23/2021

Jon Robb    Date

Hoosier Process Service, LLC
Indianapolis, IN 46254
317-829-0420