EXHIBIT A

| | |
|---|---|
| **From:** | Bryan Aylstock |
| **To:** | Philip Bates; Judge David R. Herndon |
| **Cc:** | Max Kelly; David Buchanan; Caitlyn Miller; Jennifer Hoekstra; Neil Overholtz; Brad Bradford; *cbeall@mhw-law.com; Elizabeth, Sierra |
| **Subject:** | RE: Berger |
| **Date:** | Sunday, December 26, 2021 2:33:21 PM |

Ok I stand ready if you change your mind.

Best
Bryan


Sent from my Galaxy


-------- Original message --------
From: Philip Bates <pbates@philipbates.net>
Date: 12/26/21 1:20 PM (GMT-06:00)
To: Bryan Aylstock <BAylstock@awkolaw.com>, "Judge David R. Herndon" <dave@herndonresolution.com>
Cc: Max Kelly <MKelly@seegerweiss.com>, David Buchanan <DBuchanan@seegerweiss.com>, Caitlyn Miller <CMiller@awkolaw.com>, Jennifer Hoekstra <JHoekstra@awkolaw.com>, Neil Overholtz <NOverholtz@awkolaw.com>, Brad Bradford <BBradford@awkolaw.com>, "*cbeall@mhw-law.com" <cbeall@mhw-law.com>, "Elizabeth, Sierra" <sierra.elizabeth@kirkland.com>
Subject: RE: Berger

Mr. Aylstock,

I have read your e-mail from Christmas eve.

Today, following Christmas, I have the unenviable task of trying to work through the logistics presented as a consequence of Judge Jones order and your Subpoena. I have no clerical staff available. As I am unfamiliar with the current electronic filing in the Fed Court, I hope to have assistance with that filing later today or in the morning.

As I indicated previously, I have two witness depositions scheduled for the 29th in a case where my summary judgement evidence is due the next day. My colleague, Sarah Walton, who is familiar with that other case and who could otherwise "cover" same, is committed to close two transactions for financial institutions before year end. In addition, I have a transaction that is supposed to close Tuesday. But for the Order and your subpoena, the foregoing commitments were under control and could have been accomplished.

When I have been in the position you are in here, I have considered that the decent and professional approach is to accommodate. I cannot speak for Judge Jones as I am not and have never been a judge. I am surprised that the Federal Judiciary seems to feel that their MDL trumps all other things

including holiday plans of nonparties, professional schedules of attorneys who do not represent parties, cases in other courts and religious holidays.  I can only hope that I am wrong about that latter sentiment.  I recall Judge Hinkle one commenting about the difference between what is important and what is urgent.  It also occurs to me that there is a coercive element at work here which is inconsistent with notions of due process and fair dealing.  I do hope that your motives are not malicious.

Because I have until 9:59 am CST tomorrow to object to your subpoena or come to terms with you about it, and because I am persuaded by our "meet and confer" on Christmas eve that I do not have time to do both, I am going to use my time today to try to make arrangements to cover my firms other professional responsibilities this week and to prepare an objection in accordance with the Rule. Perhaps a rational solution can be reached thereafter.

Respectfully,

Philip Bates

---

**From:** Bryan Aylstock <BAylstock@awkolaw.com>
**Sent:** Friday, December 24, 2021 12:25 PM
**To:** Philip Bates <pbates@philipbates.net>; Judge David R. Herndon <dave@herndonresolution.com>
**Cc:** Max Kelly <MKelly@seegerweiss.com>; David Buchanan <DBuchanan@seegerweiss.com>; Caitlyn Miller <CMiller@awkolaw.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; Neil Overholtz <NOverholtz@awkolaw.com>; Brad Bradford <BBradford@awkolaw.com>; *cbeall@mhw-law.com <cbeall@mhw-law.com>; Elizabeth, Sierra <sierra.elizabeth@kirkland.com>
**Subject:** RE: Berger

Same to you and yours Philip and all



Sent from my Galaxy


-------- Original message --------
From: Philip Bates <pbates@philipbates.net>
Date: 12/24/21 12:23 PM (GMT-06:00)
To: Bryan Aylstock <BAylstock@awkolaw.com>, "Judge David R. Herndon" <dave@herndonresolution.com>
Cc: Max Kelly <MKelly@seegerweiss.com>, David Buchanan <DBuchanan@seegerweiss.com>, Caitlyn Miller <CMiller@awkolaw.com>, Jennifer Hoekstra <JHoekstra@awkolaw.com>, Neil Overholtz <NOverholtz@awkolaw.com>, Brad Bradford <BBradford@awkolaw.com>, "*cbeall@mhw-law.com" <cbeall@mhw-law.com>, "Elizabeth, Sierra" <sierra.elizabeth@kirkland.com>

Subject: RE: Berger

I am headed to celebrate the birth of Christ with my Wife, children and grandchildren.

I will revisit this issue Sunday morning.

Merry Christmas to you all.

Regards,

Philip

---

**From:** Bryan Aylstock <BAylstock@awkolaw.com>
**Sent:** Friday, December 24, 2021 12:08 PM
**To:** Philip Bates <pbates@philipbates.net>; Judge David R. Herndon <dave@herndonresolution.com>
**Cc:** Max Kelly <MKelly@seegerweiss.com>; David Buchanan <DBuchanan@seegerweiss.com>; Caitlyn Miller <CMiller@awkolaw.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; Neil Overholtz <NOverholtz@awkolaw.com>; Brad Bradford <BBradford@awkolaw.com>; *cbeall@mhw-law.com <cbeall@mhw-law.com>; Elizabeth, Sierra <sierra.elizabeth@kirkland.com>
**Subject:** RE: Berger

Philip,

Thank you for taking the time to speak with me this morning. You identified 2 main issues with Mr. Berger's subpoena, and I see them as interrelated: Namely, timing and scope.

As to timing, if we can agree on what will be produced, I have a couple of suggestions. For example, since you expressed the need for more time, we could jointly request that Judge Jones move the hearing by a day or two to accommodate this concern. However, since the trial starts January 10, we would ask that you and 3M's counsel shorten the typical 10 day window for any objections to J. Jones' R&R by the corresponding number of days. The plaintiffs would do the same. Would that work for you and 3M's counsel?

Alternatively, if we can agree on what will be produced, we could agree to extend the time to 4:00 pm on Tuesday. I am not sure the volume of materials that would need to be reviewed prior to the evidentiary hearing the following morning, but depending on that volume I would hope that would give us enough time to prepare for Mr. Berger's testimony.

As to scope, as I stated on the call to both you and Ms. Elizabeth, we are NOT asking for communications between Mr. Berger when he was represented by you. The same is true for when he was represented by Ms. Elizabeth or others on the 3M legal team. But for those periods when he was not represented by either you and 3M's legal team, we would ask that he make a reasonable search. I know for the period of time when 3M's team represented him, Ms. Elizabeth appeared to be his primary contact. Perhaps that has extended to the time period when 3M's team no longer

represented him so I would think it would be a simple task to search his emails for any such contact with Ms. Elizabeth or her colleagues at Kirkland or Dechert, as well as for any contacts he may have had with 3M's current or former personnel, such as Mr. Myers or Mr. Keiper.  Those would not be privileged and should be produced.

As for the remaining items, they seem fairly limited.  If you would like to discuss any specific objections or let me know of the volume of materials after speaking to Mr. Berger, I am happy to discuss further.

Best,
Bryan

**From:** Philip Bates [mailto:pbates@philipbates.net]
**Sent:** Thursday, December 23, 2021 6:24 PM
**To:** Judge David R. Herndon <dave@herndonresolution.com>; Bryan Aylstock <BAylstock@awkolaw.com>
**Cc:** Max Kelly <MKelly@seegerweiss.com>; David Buchanan <DBuchanan@seegerweiss.com>; Caitlyn Miller <CMiller@awkolaw.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; Neil Overholtz <NOverholtz@awkolaw.com>; Brad Bradford <BBradford@awkolaw.com>
**Subject:** RE: Berger

Judge Herndon,

I did not know your role in the case.  Thank you for the explanation.

I will look forward to talking with the group tomorrow.

Respectfully,

Philip Bates

**From:** Judge David R. Herndon <dave@herndonresolution.com>
**Sent:** Thursday, December 23, 2021 6:23 PM
**To:** Philip Bates <pbates@philipbates.net>; Bryan Aylstock <BAylstock@awkolaw.com>
**Cc:** Max Kelly <MKelly@seegerweiss.com>; David Buchanan <DBuchanan@seegerweiss.com>; Caitlyn Miller <CMiller@awkolaw.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; Neil Overholtz <NOverholtz@awkolaw.com>; Brad Bradford <BBradford@awkolaw.com>
**Subject:** RE: Berger

Mr Bates
I only do meet and confers. Judges Rodgers and Jones do hearings. I facilitate conversations that might resolve the disputes. I'm happy to help if I can.
Dave Herndon

Hon. David R. Herndon (ret.)

Herndon Resolution LLC

P.O. Box 897

Edwardsville, IL 62025

618-973-0778

This email (including any attachments) may contain private, confidential, or privileged information. If you received this email in error, please delete it from your system without copying it and notify the sender by reply email, so that the sender's records can be corrected.

On Thu, Dec 23, 2021 at 6:17 PM, Philip Bates <pbates@philipbates.net> wrote:

> Judge Herndon,
>
> When I e-mailed Mr. Aylstock, I was asking to meet and confer.  I agreed to talk with him at 10:00  I though this was a meet and confer, not a hearing.
>
> With all due respect, Judge Herndon, why are you participating?
>
> It would seem that it is Judge Jones order and his hearing.
>
> Respectfully,
>
> Philip Bates
>
> ---
>
> **From:** Judge David R. Herndon <dave@herndonresolution.com>
> **Sent:** Thursday, December 23, 2021 6:11 PM
> **To:** Bryan Aylstock <BAylstock@awkolaw.com>; Philip Bates <pbates@philipbates.net>
> **Cc:** Max Kelly <MKelly@seegerweiss.com>; David Buchanan <DBuchanan@seegerweiss.com>; Caitlyn Miller <CMiller@awkolaw.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; Neil Overholtz <NOverholtz@awkolaw.com>; Brad Bradford <BBradford@awkolaw.com>
> **Subject:** RE: Berger
>
> Good to go
>
> Hon. David R. Herndon (ret.)
>
> Herndon Resolution LLC
>
> P.O. Box 897
>
> Edwardsville, IL 62025

618-973-0778

This email (including any attachments) may contain private, confidential, or privileged information. If you received this email in error, please delete it from your system without copying it and notify the sender by reply email, so that the sender's records can be corrected.

On Thu, Dec 23, 2021 at 6:10 PM, Bryan Aylstock <BAylstock@awkolaw.com> wrote:

> It is Judge
>
> Sent from my Galaxy
>
> -------- Original message --------
> From: "Judge David R. Herndon" <dave@herndonresolution.com>
> Date: 12/23/21 6:09 PM (GMT-06:00)
> To: Bryan Aylstock <BAylstock@awkolaw.com>, Philip Bates <pbates@philipbates.net>
> Cc: Max Kelly <MKelly@seegerweiss.com>, David Buchanan <DBuchanan@seegerweiss.com>, Caitlyn Miller <CMiller@awkolaw.com>, Jennifer Hoekstra <JHoekstra@awkolaw.com>, Neil Overholtz <NOverholtz@awkolaw.com>, Brad Bradford <BBradford@awkolaw.com>
> Subject: RE: Berger
>
> I can do a 10:00 call if it is CT.
>
> Hon. David R. Herndon (ret.)
>
> Herndon Resolution LLC
>
> P.O. Box 897
>
> Edwardsville, IL 62025
>
> 618-973-0778
>
> This email (including any attachments) may contain private, confidential, or privileged information. If you received this email in error, please delete it from your system without copying it and notify the sender by reply email, so that the sender's records can be corrected.

> On Thu, Dec 23, 2021 at 5:41 PM, Bryan Aylstock <BAylstock@awkolaw.com> wrote:
>
>> Philip,
>>
>> For the call tomorrow at 10 a.m. let's use:
>> 1-888-450-5996
>> Passcode: 691921
>>
>> Judge does 10 a.m. tomorrow work for you?  Happy to work around your schedule.  This relates to our subpoena duces tecum served today (attached) on Mr. Berger related to the evidentiary hearing set next week before Judge Jones.  (Order also attached).
>>
>> Best,
>> bryan
>>
>> ---
>>
>> **From:** Philip Bates [mailto:pbates@philipbates.net]
>> **Sent:** Thursday, December 23, 2021 4:24 PM
>> **To:** Bryan Aylstock <BAylstock@awkolaw.com>
>> **Cc:** Max Kelly <MKelly@seegerweiss.com>; David Buchanan <DBuchanan@seegerweiss.com>; Caitlyn Miller <CMiller@awkolaw.com>
>> **Subject:** Re: Berger
>>
>> Ok
>>
>> Sent from my iPhone
>>
>>> On Dec 23, 2021, at 4:20 PM, Bryan Aylstock <BAylstock@awkolaw.com> wrote:
>>>
>>> 10 am work for you?
>>>
>>>
>>> Sent from my Galaxy
>>>
>>>
>>> -------- Original message --------

From: Philip Bates <pbates@philipbates.net>
Date: 12/23/21 4:12 PM (GMT-06:00)
To: Bryan Aylstock <BAylstock@awkolaw.com>
Subject: Berger

I suppose a meet and confer will be necessary with respect to my motion for a protective order.
I am available tomorrow morning. When might we talk?

Sent from my iPhone

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.