# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| | Judge M. Casey Rodgers |
| This Documents Relates to: | Magistrate Judge Gary R. Jones |
| *Sloan,* 7:20cv1 | |
| *Wayman*, 7:20cv149 | |

_____

## ELLIOTT BERGER'S NOTICE OF COMPLIANCE WITH COURT ORDER

COMES NOW, Elliott Berger, by and through his below signed counsel and files this Notice of Compliance with Court Order and states as follows:

1. On December 22, 2021, an Order was entered in this matter stating, "To resolve this issue the Court will require Mr. Berger to testify at the hearing. While Mr. Berger may testify live if he so chooses the Court will permit Mr. Berger to testify remotely via Zoom if he wishes to do so." [ECF No. 2357].

2. Mr. Berger has elected to appear at the hearing via zoom and has so advised lead counsel for the Plaintiffs and has contacted the courtroom deputy by leaving a voice mail message on December 27, 2021, and via email on that same date. Thus, Mr. Berger provides this Court with Notice of Compliance with the December 22, 2021 Order.

Respectfully submitted,

/s/ Philip A. Bates
PHILIP A. BATES
Florida Bar No. 228354
CAROL A. RUEBSAMEN
Florida Bar No. 380946
PHILIP A. BATES, P.A.
25 West Cedar Street, Suite 550 (32502)
Post Office Box 1390
Pensacola, FL 32591-1390
Telephone: (850) 470-0091
Telecopier: (850) 470-0441
pbates@philipbates.net
cruebsamen@philipbates.net
lgrove@philipbates.net
Attorneys for Elliott Berger, individually

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2021, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

/s/ Philip A. Bates
PHILIP A. BATES