UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to Cases Listed on Exhibit "A"** | *Case Nos. Ex. A*<br><br>**Related to Master Docket No.:**<br>**3:19-md-2885-MCR-GRJ**<br>**Judge M. Casey Rodgers**<br>**Magistrate Judge Gary R. Jones**<br><br>_____ |

## NOTICE OF APPEARANCE

Laurel Li Harris, Esq. of Bossier & Associates, PLLC, hereby enters her appearance as counsel for Plaintiffs listed in Ex. A. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, the undersigned has successfully completed both the Local Rules tutorial exam, confirmation number FLND16311428454859, and the CM/ECF online tutorial, and has upgraded her PACER account. Counsel requests all further papers and pleadings in this matter be served upon the undersigned.

Dated: December 28, 2021            Respectfully submitted,

*/s/ Laurel Li Harris*
Laurel Li Harris (admitted *pro hac vice*)
**BOSSIER & ASSOCIATES, PLLC**
1520 North State Street
Jackson, MS 39202
T: 601.352.5450
F: 601.352.5452
E: lharris@bossier-law.com
*Attorney for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on December 28, 2021, serving electronically all counsel of record.

*/s/ Laurel Li Harris*
Laurel Li Harris
