# EXHIBIT B

| Case Name | CV Number |
|---|---|
| Lucius Sykes, v. 3M Company et al. | 7:20-cv-80632 |
| Charles Vasquez v. 3M Company et al. | 7:20-cv-81062 |
| Michael J. Volpe, v. 3M Company et al. | 7:20-cv-81313 |
| Jarvis Walker, v. 3M Company et al. | 7:20-cv-81490 |
| Brione Walton v. 3M Company et al. | 7:20-cv-81599 |
| Timothy M. Wilson, v. 3M Company et al. | 7:20-cv-82700 |
| Rodrick Woodard v. 3M Company et al. | 7:20-cv-82803 |
| Jason Wright v. 3M Company et al. | 7:20-cv-82888 |