Start: 10:04 a.m.
Stop: 12:30 p.m.

## UNITED STATES DISTRICT COURT
### CIVIL MINUTES - GENERAL

Case No:   3:19-md-2885-MCR-GRJ                                       Date: 12-29-2021

**DOCKET ENTRY:**

Evidentiary Hearing Re: Berger Testimony
Re:   7:20cv1 Sloan v 3M
      7:20cv149 Wayman v 3M

**PRESENT:**   Honorable GARY JONES, Magistrate Judge

| TiAnn Stark | Lynn Durscher, Phipps Court Reporting |
|---|---|
| Deputy Clerk | Court Reporter |

PROCEEDINGS:

Counsel present in Court:                         Counsel present via Zoom:

*For Plaintiff -*                                 *For Plaintiff -*
Jennifer Hoekstra                                 Bryan Aylstock
Maury Goldstein                                   David Buchanan
                                                  Max Kelly
*For Defendant -*                                 Neil Overholtz
Charles Beall
                                                  *For Defendant -*
                                                  Mark Nomellini
                                                  Sierra Elizabeth
                                                  Mary Kim
                                                  Cole Carter
                                                  Kasdin Mitchell
                                                  Steven Czak
                                                  Renee Smith

                                                  *For Witness -*
                                                  Philip Bates
                                                  Carol Ruebsamen

**10:04 a.m.     Court called to order**

10:08 a.m.     Subpoena duces tecum issues discussed

| | |
|---|---|
| 10:17 a.m. | Defendant's Witness, <u>ELLIOTT HARRIS BERGER</u>, sworn, direct (Elizabeth) |
| 10:29 a.m. | Witnessed questioned by Philip Bates, counsel for Mr. Berger |
| 10:34 a.m. | Cross (Hoekstra) - Plaintiff's Exhibit 1, marked and admitted |
| 11:22 a.m. | Redirect (Elizabeth) |
| 11:26 a.m. | Witness questioned by Court |
| 11:30 a.m. | Re-cross (Hoekstra) |
| 11:32 a.m. | Witnessed questioned by Philip Bates, counsel for Mr. Berger |
| 11:37 a.m. | Arguments presented by Defendant (Beall) |
| 12:00 p.m. | Arguments presented by Counsel for Mr. Berger (Bates) |
| 12:03 p.m. | Arguments presented by Plaintiff (Hoekstra) |
| 12:19 p.m. | Parties to file brief regarding the issue of unavailably - due by COB on January 3, 2022 - replies will be allowed if needed |
| **12:30 p.m.** | **Court adjourned** |