| | |
|---|---|
| **From:** | elliottq44 <elliottq44@gmail.com> |
| **Sent:** | Saturday, November 13, 2021 9:17 PM |
| **To:** | Sierra Elizabeth |
| **Subject:** | Sooner rather than later |

I've got a number of items I wanna schedule next week and I was waiting to hear which timeslot you all are going to pick. So if you could let me know by Monday morning that would be great thanks and enjoy the rest your weekend.
Sent from my phone.