**From:** Elliottq44 <elliottq44@gmail.com>
**Sent:** Friday, November 12, 2021 4:00 PM
**To:** Elizabeth, Sierra
**Subject:** Accepted: Camarillo Follow-Up Call
**Attachments:** invite.ics

Elliottq44 <elliottq44@gmail.com> has accepted your event invitation.