# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Joshua Vanbeek v. 3M Company, et al<br>Case No. 3:19-md-02885-MCR-GRJ | Lead Case No.: 3:19-md-02885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Julie E. Lamkin, of the Law Offices of Jeffrey S. Glassman, LLC, hereby enters her appearance in the Master Docket, under Pretrial Order No. 3 (ECF No. 4), as counsel for Plaintiff, Joshua Vanbeek, in the following action:

• *Vanbeek v. 3M Company, et al.*, Case No. 3:19-md-02885-MCR-GRJ

Counsel is admitted in the Northern District of Florida, *pro hac vice*, and has complied with all requirements for appearing and filing in this District. Counsel has fulfilled the administrative requirements stated in Pretrial Order No. 3. Counsel requests that all further papers and pleadings in this action be served upon her.

Dated: December 30, 2021

Respectfully submitted,

*/s/ Julie E. Lamkin*
Julie E. Lamkin; MA Bar # 680482
Law Offices of Jeffrey S. Glassman, LLC One
International Place, Suite 1810
Boston, MA 02110
Phone: (617) 367-2900;
Fax: (617) 722-9999 Email:
jlamkin@jeffreysglassman.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 30th day of December 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system, which will serve all counsel of record.

/s/    Julie Lamkin
Julie Lamkin; MA Bar # 680482
Law Offices of Jeffrey S. Glassman, LLC
One International Place, Suite 1810
Boston, MA 02110
Phone: (617) 367-2900; Fax: (617) 722-9999
Email: jlamkin@jeffreysglassman.com;