UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | Case No: 3:19-md-02885 |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Anne E. DeVaughn, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and, in support thereof, state as follows:

1. I reside in the state of Louisiana and I am not a resident of the State of Florida.

2. I am admitted to practice and a member in good standing of the bars of the State of Louisiana and Washington, District of Columbia.  My law office is in the state of Louisiana, and this is the state where I regularly practice law.  Pursuant to Local Rule 11.1, a copy of a Certificate of Good Standing from the State of Louisiana (the state where I regularly practice law) dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, I have successfully completed the online Local Rules tutorial exam, confirmation number **FLND16405475095387**, and I am familiar with the CM/ECF e-filing system.

4. I have submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. I have an "Upgraded PACER Account."

6. I represent the Plaintiffs identified in the attached Exhibit "B" and made a part hereof, whose actions were filed independent of the JPML transfer process.

WHEREFORE, I, Anne E. DeVaughn, respectfully request that this Court enter an order granting this motion to appear *pro hac vice*.

Dated: December 30, 2021

By: */s/ Anne E DeVaughn*
Anne E. DeVaughn
**DOUGLAS & LONDON, P.C.**
935 Gravier Street, Suite 2120
New Orleans, LA 70112
Tel: (212) 566-7500
Fax: (212) 566-7501
Email: bdevaughn@douglasandlondon.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on December 30, 2021 and served electronically on all counsel of record.

*/s/Anne E. DeVaughn*
Anne E DeVaughn