UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DISTRICT

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION ) | ) Case Nos. Ex "A" |
| ) | ) |
| ) | ) Related to Master Docket No.: |
| ) | ) Case No.: 3:19-md-2885-MCR-GRJ |
| This Document Relates to Cases Listed on Exhibit "A" ) | ) Hon. Judge M. Casey Rodgers |
| ) | ) Magistrate Judge Gary R. Jones |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Carol Green von Kaul, Esq. of the law firm of Carol Green von Kaul, P.A., hereby enters her appearance and files this Notice of Appearance as co-counsel for Plaintiffs listed in Exhibit "A" as part of MDL 3:19-md-2885-MCR-GRJ. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, the undersigned has successfully completed both the Local Rules tutorial exam, the CM/ECF online tutorial, upgraded her PACER account, paid the $208.00 admission fee, and received a Certificate of Admission to the U.S. District Court, Northern District of Florida (Exhibit "B"). The undersigned counsel requests that all pleadings and correspondence be served upon her and sent to her attention in the future at the address below.

Dated: December 30, 2021.        Respectfully Submitted,

 /s/ Carol Green von Kaul
Carol Green von Kaul, Esq. (Fla Bar Id. 691593)
Carol Green von Kaul, P.A.
201 South Biscayne Blvd., 28th Floor
Miami, FL 33131
T: 305-984-1097
cgreen@vonkaul.legal
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  The undersigned, an Attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on December 30, 2021, which will serve same electronically on all counsel of record.

              /s/ Carol Green von Kaul