# EXHIBIT "A"

## **EXHIBIT A**

| Name | Case Admin. No. |
|---|---|
| Dolcine, Ricardo et. al v. 3M et. al | 3:21-cv-04511-MCR-GRJ |
| Pinto, Vincent v. 3M et. al | 3:21-cv-04499-MCR-GRJ |