# EXHIBIT "B"



# THE UNITED STATES OF AMERICA

## Northern District of Florida

I, Jessica J. Lyublanovits, Clerk of the United States District Court, hereby certify

## Carol Green von Kaul

was duly admitted and qualified to practice as an attorney in the District Court on the 17th day of December, 2021.

In testimony whereof, I hereunto set my hand and affix the seal of said Court, at my office in Pensacola, this 17th day of December, 2021.

*Jessica J. Lyublanovits*
Clerk of Court