UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DISTRICT

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Cases Listed on Exhibit "A" | Case Nos. Ex "A"<br><br>Related to Master Docket No.:<br>Case No.: 3:19-md-2885-MCR-GRJ<br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Stephen L. Drummond, Esq. of the Law Firm of Drummond & Squillace, PLLC, hereby enters his appearance and files his Notice of Appearance as co-counsel for Plaintiffs listed in Exhibit "A" in an action that was filed directly in the U.S. District Court for the Northern District of Florida on December 17, 2021 by co-counsel Carol Green von Kaul and filed as part of MDL 3:19-md-2885-MCR-GRJ. The undersigned counsel requests that all pleadings and correspondence be served upon him and sent to his attention in the future at the address below.

Dated: December 31, 2021

Respectfully Submitted,

/s/ Stephen L. Drummond
Stephen L. Drummond, Esq. (Fla Bar Id 155497)
Drummond & Squillace, PLLC
175-16 Hillside Ave., Suite 205
Jamaica Estate, NY 11432
718-298-5050
718-298-5554(fax)
sdrummond@dswinlaw.com
*Attorney for Plaintiffs*