## **CERTIFICATE OF SERVICE**

The undersigned, an Attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on December 31, 2021 which will serve same electronically on all counsel of record.

/s/ Stephen L. Drummond