# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## CASE MANAGEMENT ORDER NO. 32

In Case Management Order No. 27, ECF No. 2164, the Court advised the parties that ninety (90) days from October 4, 2021 the undersigned would direct the Clerk of Court to unseal all sealed motions, as well as any accompanying exhibits, responses, or related memorandum initially filed under seal where no motion had been filed requesting that the documents remain under seal. Further, the undersigned required the parties to notify the Court within ninety (90) days of October 4, 2021 of all exhibits that contained Privacy Act information, such as social security numbers and/or medical records. The Court hereby extends this deadline by an additional sixty (60) days.

**SO ORDERED** this 31st day of December, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**