UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No.: 3:19-cv-02885-MCR-GRJ |
| This document relates to the Master Docket | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Rhett A. McSweeney, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-referenced matter, and, in support thereof, state as follows:

1. Movant resides in Minnesota, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Minnesota. Movant's law office is in Minnesota and Minnesota is the state where he regularly practices law. Pursuant to Local Rule 11.1, a copy of a Certificate of Good Standing from the State of Minnesota dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16412293235408**, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant possesses an upgraded "NextGen" PACER account.

6. Movant represents Plaintiffs listed in the Schedule of Actions, attached hereto as Exhibit "B" and made a part hereof, member cases of MDL No. 2885 (3:19-cv-02885-MCR-GRJ), which had been filed directly into the MDL by Jonathan R. Mencel of McSweeney/Langevin, LLC. Jonathan R. Mencel passed away and can no longer represent the Plaintiffs listed on Exhibit B.

WHEREFORE, Rhett A. McSweeney respectfully requests that this Court enter an Order granting his motion to appear *pro hac vice* on behalf of Plaintiffs and directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted this 3rd day of January, 2022.

/s/ Rhett A. McSweeney

Rhett A. McSweeney, MN Bar No. 269542
McSweeney / Langevin LLC
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2578
Email: ram@westrikeback.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on January 3, 2022, and served electronically on all counsel of record.

/s/ Rhett A. McSweeney

Rhett A. McSweeney, MN Bar No. 269542
McSweeney / Langevin LLC
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2578
Email: ram@westrikeback.com
*Attorney for Plaintiffs*