# EXHIBIT A

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

RHETT ANTHONY MCSWEENEY

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 25, 1996

Given under my hand and seal of this court on

December 28, 2021

Emily J. Eschweiler, Director
Office of Lawyer Registration