# EXHIBIT B

| | |
|---|---|
| **From:** | Elliott Berger <eberger@compuserve.com> |
| **Sent:** | Tuesday, March 9, 2021 11:05 AM |
| **To:** | Valerie Hennessy |
| **Subject:** | more on hearing aids in noise |

Valerie,
Got you message on technology and text books.  Thank you.

Not sure how much further I will pursue for now but will keep you
posted.  However, there is this well-stated article from 2015 indicating
the gains are more on comfortable listening vs objective improvements of
better intelligibility.
https://urldefense.com/v3/__https://www.audi-lab.com/noise-reduction-in-hearing-aids__;!!MPAZj1r9Mghpww!UO8D9NWGu05ogKjHDQKQZXSADP5VzfKPl1E6CpxxhOiMBqvPo2NOcn_VrvG_BM9y0zY$

Thus far from my readings my take is that the hype and claims of HA
manufacturers exceed the actual gains.  The largest improvements in
speech-in-noise are made from directional mics or mics placed close to
the source.  I know that Widex claims to have a speech enhancer but if
you read carefully what they say is "The Speech Enhancer uses the
standardised measure of the Speech Intelligibility Index (SII) to work
out the optimal gain for speech understanding in the current listening
environment, taking the client's hearing loss into account."  So what
they are doing is simply adjusting the optimal EQ for the sound spectrum
at that moment, which is not the same as "filtering out the noise to let
the speech through."
https://urldefense.com/v3/__https://www.widex.pro/en/evidence-technology/technological-excellence/widex-speech-technologies/speech-enhancer__;!!MPAZj1r9Mghpww!UO8D9NWGu05ogKjHDQKQZXSADP5VzfKPl1E6CpxxhOiMBqvPo2NOcn_VrvG_Et4y-ho$

If you learn more please share.

eb

--
Elliott H. Berger
Consultant in Acoustics
221 Olde Mill Cove
Indianapolis, IN 46260-2381
317-752-0614 h/c