EXHIBIT C

| | |
|---|---|
| **From:** | Elliott Berger <eberger@compuserve.com> |
| **Sent:** | Wednesday, March 24, 2021 5:27 PM |
| **To:** | Cameron Fackler |
| **Subject:** | Re: Audiogram cards |

Cameron,

Perfect.  Thanx.  Turns out you had to go to 7.1 because looking at v5.3 it is the exact same card.  We probably just moved the card from orig to orig each year so as not to have to create a new one.  You can see its date is 1995.  Is was in late Dec 2002 that we started installing our Norsonic system and probably didn't get a new manual written for it till after the 2003 audit.

eb

On 3/24/2021 4:48 PM, Cameron Fackler wrote:

> Hi Elliott,
>
> I had to go up to version 7.1 to find a copy that had physical audiogram cards in the document.
> Other versions seemed to be black and white copies of the originals. I attached the title page
> and the REAT and audiometer cards from that version.
>
> I'll be sending the .wav files under separate cover.
>
> Thanks,
> Cameron



**Cameron Fackler, Ph.D.** | Acoustical Engineer
**3M Personal Safety Division** | Indianapolis Acoustical Laboratories
7911 Zionsville Road | Indianapolis, IN 46268 | United States
Office: +1 317 982 3340
cameron.fackler@mmm.com

    3M.com

> **From:** EARTEC01 Printer <multifunctionprinter@mmm.com>
> **Sent:** Wednesday, March 24, 2021 4:41 PM
> **To:** Cameron Fackler <cameron.fackler@mmm.com>
> **Subject:**

--
Elliott H. Berger
Consultant in Acoustics
221 Olde Mill Cove

Indianapolis, IN 46260-2381
317-752-0614 h/c