# EXHIBIT D

**From:** Elliottq44 <elliottq44@gmail.com>
**Sent:** Monday, October 11, 2021 2:50 PM
**To:** Elizabeth, Sierra; Philip Bates; Cole Carter; Eric Rucker
**Subject:** New email address as of Wednesday Oct 13

Dear all,
Tomorrow is my last day of consulting for 3M thru Volt employment. After that I will not be using 3M mail.  If you need to reach me please text, or for necessary files please send to this Gmail account and NOT my compuserve account.

Please confirm receipt.

Thank you.
Elliott