# EXHIBIT E

| | |
|---|---|
| **From:** | Elliottq44 <elliottq44@gmail.com> |
| **Sent:** | Saturday, October 30, 2021 11:19 AM |
| **To:** | Ashley Neglia; Chad Morriss; Cole Carter; Elizabeth, Sierra; Kari Hariklia; Mark Nomellini; Mary Kim; Nick Wasdin; Nomellini, Mark J.; Saghar Esfandiarifard; Tabitha De Paulo |
| **Subject:** | new email address |

Dear all,
Just as a reminder.  I no longer have access to my 3M email address, so please use this gmail account to contact me.

If by chance some of you have a compuserve address for me too, please do NOT use that one either, just this gmail account.

Thank you.
--
Elliott H. Berger
221 Olde Mill Cove
Indianapolis, IN 46260-2381
317-752-0614 h/c