EXHIBIT F

| | |
|---|---|
| **From:** | Elliottq44 |
| **Sent:** | Friday, November 12, 2021 9:34 PM |
| **To:** | Eric Rucker; Elizabeth, Sierra |
| **Subject:** | Re: thank you |

Congrats.  Nice to have a few victories under our belt.  If we win Camarillo that will be exceptional.
eb

On 11/12/2021 8:15 PM, Eric Rucker wrote:

> Elliott - thanks for the kind words. We won the Palanki trial in Pensacola.
>
> The jury in Camarillo went home for the weekend and will resume deliberations on Monday.
>
> Get Outlook for iOS
>
> ---
>
> **From:** Elizabeth, Sierra <sierra.elizabeth@kirkland.com>
> **Sent:** Friday, November 12, 2021 6:06:54 PM
> **To:** Elliottq44 <elliottq44@gmail.com>; Eric Rucker <ejrucker@mmm.com>
> **Subject:** [EXTERNAL] RE: thank you
>
> You got it!
>
> **Sierra Elizabeth**
>
> ---
>
> **KIRKLAND & ELLIS LLP**
> 2049 Century Park East, 37th Floor
> Los Angeles, CA  90067
> **General:** 310-552-4200
> **Fax:** 310-552-5900
> **Direct:** 213-680-8543
>
> ---
>
> sierra.elizabeth@kirkland.com
>
>
> **From:** Elliottq44 <elliottq44@gmail.com>
> **Sent:** Friday, November 12, 2021 2:59 PM
> **To:** Eric Rucker <ejrucker@mmm.com>; Elizabeth, Sierra <sierra.elizabeth@kirkland.com>
> **Subject:** thank you
>
> Thank you for the time today and your support for my wishes to conclude my participation.
>
> eb
> --
> Elliott H. Berger
> 221 Olde Mill Cove
> Indianapolis, IN 46260-2381
> 317-752-0614 h/c
>
> The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

--
Elliott H. Berger
221 Olde Mill Cove
Indianapolis, IN 46260-2381
317-752-0614 h/c