# EXHIBIT G

| | |
|---|---|
| **From:** | Elliottq44 <elliottq44@gmail.com> |
| **Sent:** | Friday, November 12, 2021 4:00 PM |
| **To:** | Elizabeth, Sierra |
| **Subject:** | Accepted: Camarillo Follow-Up Call |
| **Attachments:** | invite.ics |

Elliottq44 <elliottq44@gmail.com> has accepted your event invitation.