# EXHIBIT I

| | |
|---|---|
| **From:** | Carter, Cole |
| **Sent:** | Tuesday, December 7, 2021 1:00 PM |
| **To:** | Elliottq44; Philip Bates |
| **Subject:** | RE: Montero Judge |

The listed judge is Rodgers for all of the trials.  The cases are still on her docket, but other judges are trying them.

**Cole Carter**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 1951   M +1 312 241 8385
F +1 312 862 2200

cole.carter@kirkland.com


**From:** Elliottq44 <elliottq44@gmail.com>
**Sent:** Tuesday, December 7, 2021 12:49 PM
**To:** Philip Bates <pbates@philipbates.net>
**Cc:** Carter, Cole <cole.carter@kirkland.com>
**Subject:** Fwd: Montero Judge

this from Cole
pls contact him if you need additional info

i wonder if for filing purposes in Finley with Judge Winsor, the listed judge is also Rodgers

Cole -any thoughts on that?


-------- Forwarded Message --------
**Subject:** Montero Judge
**Date:** Tue, 7 Dec 2021 18:22:33 +0000
**From:** Carter, Cole <cole.carter@kirkland.com>
**To:** Elliottq44 <elliottq44@gmail.com>


The judge is Kevin Michael Moore.  However, for filing purposes, I believe the judge is still listed as Judge Rodgers.  The case number is 7:20-cv-67 in the Northern District of Florida.

**Cole Carter**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 1951   M +1 312 241 8385
F +1 312 862 2200

cole.carter@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited

and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.