# EXHIBIT J

| | |
|---|---|
| **From:** | Elliottq44 |
| **Sent:** | Friday, December 10, 2021 9:00 PM |
| **To:** | Philip Bates; Sierra Elizabeth; Cole Carter; Eric Rucker |
| **Subject:** | new subpoena UPDATED with added info |
| **Attachments:** | Scan Dec 10, 2021 at 4_09 PM.eml |

Dear all,
Guess this answers my question.  Didn't even get a day's rest since the past 3 trials.  The attached subpoena is for Jan 12 at the JW Marriott.  As you all know I have airline reservations and a reserved B&B to be in Palm Springs from Jan 8 - 22.  So I cannot be here at that time.  Also, unlike the others, curiously this one does not include a check for a witness fee.

I believe you said the trial extends thru the week of Jan 24th so hopefully that can be arranged, although even better would be some way to get me out of the trial altogether.

It is difficult to book homes in Palm Springs.  The booking was made last February before I knew anything about the possibility of being in a January MDL.




Please advise.

Elliott