EXHIBIT K

**From:** Elliottq44 <elliottq44@gmail.com>
**Sent:** Friday, December 10, 2021 3:21 PM
**To:** Cole Carter
**Subject:** address

Cole,
Hope you had a good drive home. Got some plugs for you. What is your preferred mailing address?

Also, I used Google Maps to bring me home. It took me directly to my driveway. Curious. Did you use the exact address below and use an "e"
on the end of "Olde?"

eb
--
Elliott H. Berger
221 Olde Mill Cove
Indianapolis, IN 46260-2381
317-752-0614 h/c