# EXHIBIT L

| | |
|---|---|
| **From:** | Elliott Berger <eberger@compuserve.com> |
| **Sent:** | Tuesday, December 14, 2021 12:29 PM |
| **To:** | Laurie Wells |
| **Subject:** | Re: contact info |

thx

On 12/14/2021 12:19 PM, Laurie Wells wrote:

> **Daniel T. O'Connor** | Senior Legal Counsel
> 3M Legal Affairs
> 3M Center, Office Location: 220-9E-09
> Mail Stop: 220-9E-02 | Mailing Address: P.O. Box 33428
> St. Paul, MN 55133-3428 USA
> Office: +1 (651) 736-3987
> dtoconnor@mmm.com | www.3M.com
>
> 
>
> **Laurie Wells, Au.D.** | Lead Regulatory Specialist
> *Doctor of Audiology*
> **Personal Safety Division**
> Mobile: +1 303 362 3703
> Laurie.Wells@mmm.com
>
> 

--
Elliott H. Berger
Consultant in Acoustics
221 Olde Mill Cove
Indianapolis, IN 46260-2381
317-752-0614 h/c