EXHIBIT M

| | |
|---|---|
| **From:** | Max Kelly |
| **To:** | Jennifer Hoekstra; Carol Ruebsamen; Elizabeth, Sierra; Neil Overholtz; Bryan Aylstock; Maury Goldstein; David Buchanan |
| **Cc:** | Smith, Renee D.; *cbeall@mhw-law.com; Nomellini, Mark J.; Czak, Steven; Mitchell, Kasdin Miller; Carter, Cole; Philip Bates; Holly Butts; Lisa Grove; Sarah Walton; Marcela Arevalo; Caitlyn Miller |
| **Subject:** | RE: Berger Evidentiary Hearing Production |

Dear Mr. Bates,

Per our call, please identify all email addresses Mr. Berger has access to today, and confirm that all were searched for responsive documents (and to the extent any were not searched, please identify which).

Thanks,
Max

**MAX KELLY**
Associate
**SEEGERWEISS**LLP

55 Challenger Road
Ridgefield Park, NJ 07660
P. 212.584.0773
mkelly@seegerweiss.com

---

**From:** Jennifer Hoekstra <JHoekstra@awkolaw.com>
**Sent:** Wednesday, December 29, 2021 2:24 PM
**To:** Carol Ruebsamen <cruebsamen@philipbates.net>; Elizabeth, Sierra <sierra.elizabeth@kirkland.com>; Neil D. Overholtz <noverholtz@awkolaw.com>; BAylstock@awkolaw.com; Max Kelly <MKelly@seegerweiss.com>; Maury Goldstein <MGoldstein@awkolaw.com>; David Buchanan <DBuchanan@seegerweiss.com>
**Cc:** Smith, Renee D. <rdsmith@kirkland.com>; *cbeall@mhw-law.com <cbeall@mhw-law.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; Czak, Steven <steven.czak@kirkland.com>; Mitchell, Kasdin Miller <kasdin.mitchell@kirkland.com>; Carter, Cole <cole.carter@kirkland.com>; Philip Bates <pbates@philipbates.net>; Holly Butts <Holly@philipbates.net>; Lisa Grove <lgrove@philipbates.net>; Sarah Walton <swalton@philipbates.net>; Max Kelly <MKelly@seegerweiss.com>; Marcela Arevalo <marevalo@triallawfirm.com>; Caitlyn Miller <CMiller@awkolaw.com>
**Subject:** RE: Berger Evidentiary Hearing Production

Sierra,

4PM CT will work for Plaintiffs as well.

Best Regards,

Jennifer M. Hoekstra
Partner
Aylstock, Witkin, Kreis & Overholtz

17 E. Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Toll Free: (888) 255-AWKO (2956)
Facsimile: (850) 916-7449
Email: jhoekstra@awkolaw.com

---

**From:** Carol Ruebsamen <cruebsamen@philipbates.net>
**Sent:** Wednesday, December 29, 2021 1:16 PM
**To:** Elizabeth, Sierra <sierra.elizabeth@kirkland.com>; Neil Overholtz <NOverholtz@awkolaw.com>; Bryan Aylstock <BAylstock@awkolaw.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; Max Kelly <MKelly@seegerweiss.com>; Maury Goldstein <MGoldstein@awkolaw.com>; David R. Buchanan Esquire <dbuchanan@seegerweiss.com>
**Cc:** Smith, Renee D. <rdsmith@kirkland.com>; *cbeall@mhw-law.com <cbeall@mhw-law.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; Czak, Steven <steven.czak@kirkland.com>; Mitchell, Kasdin Miller <kasdin.mitchell@kirkland.com>; Carter, Cole <cole.carter@kirkland.com>; Philip Bates <pbates@philipbates.net>; Holly Butts <Holly@philipbates.net>; Lisa Grove <lgrove@philipbates.net>; Sarah Walton <swalton@philipbates.net>
**Subject:** RE: Berger Evidentiary Hearing Production

Bates could do 4 pm CT.


Carol A. Ruebsamen
Philip A. Bates, P.A.
25 West Cedar Street, Suite 550 (32502)
Post Office Box 1390
Pensacola, FL 32591-1390
(O)  850-470-0091
(F)   850-470-0441

NOTICE:  This email may contain information that is attorney-client privileged or otherwise confidential.  In the event that it is received by someone other than the intended recipient please advise the sender and destroy all copies of the message, as well as any attachments to this message.

---

**From:** Elizabeth, Sierra <sierra.elizabeth@kirkland.com>
**Sent:** Wednesday, December 29, 2021 11:50 AM
**To:** Neil Overholtz <NOverholtz@awkolaw.com>; Bryan Aylstock <BAylstock@awkolaw.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; Max Kelly <MKelly@seegerweiss.com>; Maury Goldstein <MGoldstein@awkolaw.com>; David R. Buchanan Esquire <dbuchanan@seegerweiss.com>
**Cc:** Smith, Renee D. <rdsmith@kirkland.com>; *cbeall@mhw-law.com <cbeall@mhw-law.com>;

Nomellini, Mark J. <mnomellini@kirkland.com>; Czak, Steven <steven.czak@kirkland.com>; Mitchell, Kasdin Miller <kasdin.mitchell@kirkland.com>; Carter, Cole <cole.carter@kirkland.com>; Philip Bates <pbates@philipbates.net>; Holly Butts <Holly@philipbates.net>; Carol Ruebsamen <cruebsamen@philipbates.net>; Lisa Grove <lgrove@philipbates.net>; Sarah Walton <swalton@philipbates.net>
**Subject:** RE: Berger Evidentiary Hearing Production

Jennifer/Bryan/Neil et al,

Can we schedule a meet and confer today re the production?

**Sierra Elizabeth**

---

**KIRKLAND & ELLIS LLP**
2049 Century Park East, 37th Floor
Los Angeles, CA  90067
**General:** 310-552-4200
**Fax:** 310-552-5900
**Direct:** 213-680-8543

---

sierra.elizabeth@kirkland.com


**From:** Neil Overholtz <NOverholtz@awkolaw.com>
**Sent:** Wednesday, December 29, 2021 7:09 AM
**To:** Bryan Aylstock <BAylstock@awkolaw.com>; Bryan Aylstock <BAylstock@awkolaw.com>; Cc: Philip Bates <pbates@philipbates.net>; Lisa Grove <lgrove@philipbates.net>; Holly Butts <Holly@philipbates.net>; Sarah Walton <swalton@philipbates.net>; Lisa Grove <lgrove@philipbates.net>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; Maury Goldstein <MGoldstein@awkolaw.com>; Elizabeth, Sierra <sierra.elizabeth@kirkland.com>; Mitchell, Kasdin Miller <kasdin.mitchell@kirkland.com>; Czak, Steven <steven.czak@kirkland.com>; Smith, Renee D. <rdsmith@kirkland.com>; *cbeall@mhw-law.com <cbeall@mhw-law.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; Max Kelly <MKelly@seegerweiss.com>; Maury Goldstein <MGoldstein@awkolaw.com>; David R. Buchanan Esquire <dbuchanan@seegerweiss.com>; David R. Buchanan Esquire <dbuchanan@seegerweiss.com>
**Subject:** Berger Evidentiary Hearing Production

We are having difficulty still in opening the link and accessing the production.   Carol/Kasdin et al- can you please add the production under my portal access so I can download?   Also Max Kelly, Dave Buchanan and Maury Goldstein, along with the others on the email who also do not have access in the K&E portal.

Neil Overholtz

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the

intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to [postmaster@kirkland.com](mailto:postmaster@kirkland.com), and destroy this communication and all copies thereof, including all attachments.