EXHIBIT N

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| GUILLERMO CAMARILLORAZO, | ) |
| | ) |
| Plaintiff, | ) Case No: 7:20cv98 |
| | ) |
| v. | ) Tallahassee, Florida |
| | ) November 10, 2021 |
| 3M COMPANY, 3M OCCUPATIONAL | ) |
| SAFETY LLC, AEARO HOLDING LLC, | ) |
| AEARO INTERMEDIATE LLC, | ) |
| AEARO LLC, and | ) |
| AEARO TECHNOLOGIES LLC, | ) |
| | ) 7:42 AM |
| Defendants. | ) VOLUME VIII |
| _____ | ) |

**DAILY TRANSCRIPT OF JURY TRIAL PROCEEDINGS - DAY 8**
**BEFORE THE HONORABLE MARK E. WALKER**
**UNITED STATES CHIEF DISTRICT JUDGE**
**(Pages 2185 through 2511)**

Court Reporter:            MEGAN A. HAGUE, RPR, FCRR, CSR
                           111 North Adams Street
                           Tallahassee, Florida 32301
                           850.422.0011 megan.a.hague@gmail.com

*Proceedings reported by stenotype reporter.*
*Transcript produced by Computer-Aided Transcription.*

1    Q.   Do you agree with this statement by Mr. Jones from the

2    marketing group?

3    A.   The exact reduction there of 20 dB, I'm not sure that he's

4    correct on that.   I need to look up the numbers.   With impulses,

5    as I think you might have heard from Greg Flamme, there are

6    various models to predict how many --

7              THE COURT:   Hold on.   Can I see counsel sidebar?

8              Hold on.

9         (Following conference held at sidebar at 2:15 PM.)

10             THE COURT:   Somebody explain to me how this witness,

11   who shouldn't even be testifying by Zoom, who is a fact witness

12   who is no longer employed by 3M, gets to go read all the depos

13   and then all through the course of my trial talk about what

14   other people said.

15             MR. FIELDS:   Your Honor, I just --

16             THE COURT:   He needs to delete it from his data bank.

17   I'm telling you right now, I'm going to issue a white paper to

18   every judge that tries any of these cases, and there needs to be

19   an order in limine stopping this because it's outrageous.

20             MR. FIELDS:   Okay.

21        (Sidebar concluded at 2:16 PM.)

22             THE COURT:   Mr. Berger, do not tell us what you read

23   in any other deposition unless I specifically tell you that you

24   are allowed to talk about what somebody else said during the

25   course of these proceedings.

Redirect Examination - Mr. Berger

```
 1              Counsel, proceed.
 2    BY MR. FIELDS:
 3    Q.   Mr. Berger, at any point in time did Jason Jones come to
 4    you --
 5    A.   My screen is black in the middle.
 6              THE COURT:  Yes.  There is not a document up yet.
 7              THE WITNESS:  Okay.  Thank you.
 8    BY MR. FIELDS:
 9    Q.   Mr. Berger, one of the things I'd like to know is that
10    before writing this memo or this email, did Jason Jones come to
11    you to ask for your technical opinions about the yellow end of
12    the Combat Arms Earplug?
13    A.   I don't recall being involved in this conversation.
14    Q.   Okay.
15         One of the things I wanted to talk with you about briefly
16    is Mr. Pirtle asked you about the EPA fine to Cabot Safety.
17         Do you recall that?
18    A.   Yes.
19    Q.   Do you recall when Cabot Safety was fined by the EPA?
20    A.   1993.
21    Q.   1993.
22         And did the fine from the EPA to Cabot Safety have anything
23    to do with the Combat Arms Earplug Version 2?
24    A.   No.
25              THE COURT:  Ladies and gentlemen of the jury, I'm
```