# EXHIBIT O

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

```
THEODORE ELWOOD FINLEY,         )
                                )
            Plaintiff,          ) Case No: 7:20cv170
                                )
      v.                        ) Tallahassee, Florida
                                ) December 1, 2021
3M COMPANY, 3M OCCUPATIONAL     )
SAFETY LLC, AEARO HOLDING LLC,  )
AEARO INTERMEDIATE LLC,         )
AEARO LLC, and                  )
AEARO TECHNOLOGIES LLC,         )
                                ) 8:00 AM
            Defendants.         ) Volume II
_____ )
```

**DAILY TRANSCRIPT OF JURY TRIAL PROCEEDINGS – Day 2**
**BEFORE THE HONORABLE MARK E. WALKER**
**UNITED STATES CHIEF DISTRICT JUDGE**
**(Pages 173 through 464)**

Court Reporter:        MEGAN A. HAGUE, RPR, FCRR, CSR
                       111 North Adams Street
                       Tallahassee, Florida 32301
                       850.422.0011 megan.a.hague@gmail.com

*Proceedings reported by stenotype reporter.*
*Transcript produced by Computer-Aided Transcription.*

```
07:00:06   1   Judge Rodgers' ruling; that was based on how he was presented.
07:00:08   2             MR. OVERHOLTZ:  Sure.  And then she just enforced
07:00:10   3   that.  You are not going to have him give expert testimony
07:00:13   4   because you didn't designate him as an expert in this case.
07:00:16   5             THE COURT:  Right.  I guess I'm talking about
07:00:17   6   something different, which is he doesn't get to turn himself
07:00:21   7   into a hybrid witness by just blurting things out during the
07:00:26   8   course of his testimony.  And again, for the life of me, I don't
07:00:30   9   understand how anybody thinks it's appropriate during the course
07:00:34  10   of my Camarillo trial or now during the course of this trial to
07:00:38  11   be forwarding the realtime transcripts to Berger who is then
07:00:42  12   going to comment on what's occurred during the course of my
07:00:46  13   trial and that's what happened in my last trial.
07:00:47  14             And, I mean -- I didn't do anything because nobody
07:00:50  15   asked for a limiting instruction, or asked me to jump on him
07:00:55  16   like a thousand-pound gorilla, so I stayed out of it.
07:00:59  17             But, anyway, we don't need to belabor the point.  But
07:01:03  18   I'll tell you that's a secondary issue that concerns me because
07:01:06  19   there was an awful lot of gratuitous commentary by Mr. Berger
07:01:12  20   related to what had been said in my trial.
07:01:15  21             I mean, we have a rule -- the other thing that just
07:01:17  22   boggles the mind -- which nobody asked for him to be tossed and
07:01:22  23   I didn't -- somebody tell me because I'm -- oh, by the way I
07:01:25  24   just invoked the rule of sequestration.  Y'all are bound by it.
07:01:30  25   You have to tell your witnesses that they are bound by the rule
```

```
07:01:32   1    of sequestration.  How in the world did 3M share the realtime or
07:01:39   2    excerpts or parts of my trial with Elliott Berger as a fact
07:01:45   3    witness?  How in the world does that not run afoul of the rule
07:01:49   4    of sequestration?  If he's a fact witness, how could he
07:01:53   5    possibly -- I mean, I just -- in a normal world if a fact
07:01:58   6    witness, you know, was told what was going on in a trial, the --
07:02:04   7    A, he'd be excluded as a witness, and, B, the lawyer that
07:02:08   8    communicated information would be sanctioned.
07:02:11   9            And I don't want to belabor the point.  I want to warn
07:02:15  10    everybody that I just for the life of me don't understand how he
07:02:18  11    can refer to not only depos, but refer to what went on in my
07:02:23  12    trial.  I mean, the rule of sequestration has been invoked.  You
07:02:28  13    are obliged to tell your witnesses that, and I reiterate that
07:02:31  14    because you need to let your witnesses know they can't talk
07:02:34  15    about this case with each other.  Obviously, the exception are
07:02:40  16    experts, I know, who can sit in a trial.  So there's always --
07:02:43  17    but just they need to govern themselves accordingly.
07:02:51  18            One moment, please.
07:02:53  19         (Pause in proceedings.)
07:03:05  20            THE COURT:  The other thing that I will let both sides
07:03:07  21    know, because I want y'all to be prepared -- and I'll just flat
07:03:14  22    out -- since I've picked on Berger, I'm going to pick on
07:03:19  23    Spankovich.
07:03:20  24            Spankovich needs to put a governor on his mouth.  Not
07:03:30  25    every question can be answered yes or no, and I'm not
```