UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER

Pending before the Court are the following Motions for Admission *Pro Hac Vice* seeking leave to appear as counsel for parties in matters pending before this Court associated with In Re: 3M Combat Arms Earplug Products Liability Litigation, Case No. 3:19-md-2885:

- ECF No. 2309, filed by attorney Daniel P. Blouin with the law firm Simmons Hanly Conroy;

- ECF No. 2310, filed by attorney J. Zachary Zatezalo with the law firm Bordas & Bordas, PLLC;

- ECF Nos. 2321, 2323, 2334, 2368, filed by attorneys Clint J. Casperson, Julia Cline, Michael James Ganley and Lawrence F. Tracey with the law firm Tracey Fox King & Walters;

- ECF No. 2322, filed by attorney Kyle M. Sanford with the law firm Peterson & Associates, P.C.;

- ECF No. 2324, filed by attorney Barry M. Landy with the law firm Ciresi Conlin LLP;

- ECF No. 2329, filed by attorney Robert K. Jenner with the law firm Jenner Law, P.C.;

- ECF No. 2333, filed by attorney John H. Allen, III with the law firm Allen & Nolte, PLLC;

- ECF No. 2340, filed by attorney Paul M. Dominguez with the law firm Dominguez Law Firm;

- ECF No. 2343, filed by attorney Laurel Li Harris with the law firm Bossier & Associates, PLLC;

- ECF Nos. 2346, 2347, 2348, 2349, 2350, 2351, 2356, filed by attorneys Anthony P. Mastroianni, Alex Tovstolug, Denny Tang, Vivian R. Harris, Steve Fils-Aime, Paul Ulitsky and Gerard Ryan, III with the law firm Parker Waichman LLP;

- ECF Nos. 2353, 2359, filed by attorneys Kimberly D. Hill and Megan Delurey with the law firm Kirkland & Ellis LLP;

- ECF Nos. 2354, 2366, filed by attorneys Sara J. Castronuova and Anne E. Accettella with the law firm Douglas & London, P.C.;

- ECF No. 2360, filed by attorney Susan M. Robinson with the law firm Thomas Combs & Spann, PLLC; and

- ECF No. 2367, filed by attorney Kari L. Sutherland with the law firm Butler Snow PLLC.

The motions demonstrate that these attorneys are members of good standing of the bar associations of their respective states, as stated on the certificates of good standing dated within 30 days of filing the motions; have successfully completed the computer-based tutorials for the local rules of this Court and CM/ECF; and have also paid the required admission fee. Having fully reviewed the matter the Court finds that the requirements of the Court's local rules have been satisfied, *see* N.D. Fla. Loc. R. 11.1 and the following motions are due to be granted.

Accordingly:

1. The Motions for *Pro Hac Vice*, ECF Nos. 2309, 2310, 2321, 2322, 2323, 2324, 2329, 2333, 2334, 2340, 2343, 2346, 2347, 2348, 2349, 2350, 2351, 2353, 2354, 2356, 2359, 2360, 2366, 2367, and 2368 are **GRANTED**.

**DONE** and **ORDERED** on this 4th day of January 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**