# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) ) ) ) | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | ) ) ) ) ) ) | Judge M. Casey Rodgers<br><br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nadia Abramson of the law firm Kirkland & Ellis LLP, hereby enters her appearance as counsel for Defendants 3M Company, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC. All further papers and pleadings in this action should be served on the undersigned.

Dated: January 4th, 2022         Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Nadia Abramson*
　　　　　　　　　　　　　　　　　　Nadia Abramson
　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　300 North LaSalle
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60654
　　　　　　　　　　　　　　　　　　Telephone: (312) 862-2482
　　　　　　　　　　　　　　　　　　nadia.abramson@kirkland.com

　　　　　　　　　　　　　　　　　　*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 4th, 2022, a copy of the foregoing was filed on the Court's CM/ECF system, which will serve all counsel of record.

Dated: January 4th, 2022

Respectfully submitted,

*/s/ Nadia Abramson*
Nadia Abramson
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2484
nadia.abramson@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*