# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Kelley*, 7:20-cv-00153<br>*Vaughn*, 7:20-cv-00134<br>*Beal*, 7:20-cv-00006<br>*Wilkerson*, 7:20-cv-00035 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## JOINT STIPULATION REGARDING CHOICE OF LAW FACT-FINDING

The Court has directed the parties to meet and confer about the scope and limitations of the Court's fact-finding. The parties advise the Court that they have agreed on the following stipulation for the Group D bellwether plaintiffs:

1. The parties recognize that the issue regarding where the plaintiffs' injuries, if any, occurred may implicate their Seventh Amendment rights. The parties agree that the choice of law issues for Trial Group D plaintiffs may be decided by Judge Rodgers based on the law and the present evidentiary record under a preponderance of the evidence standard. To the extent the Court's decision on the applicable state law involves determinations of facts (including where plaintiffs' injuries, if any, occurred), those determinations will apply only to the question of

what state's law applies and thus will not be binding for any other purpose on the Court, the parties, or the jury.

2. Nothing in this stipulation shall be interpreted as an admission by Plaintiffs' counsel or Defendants' counsel that any Plaintiff was or was not injured, nor shall this stipulation be interpreted as a waiver of the parties' positions as to what state's law applies.

| | |
|---|---|
| DATED: January 4, 2022 | Respectfully submitted, |
| /s/ Bryan F. Aylstock | /s/ Robert C. Brock |
| Bryan F. Aylstock, Lead Counsel | Robert C. "Mike" Brock |
| Aylstock, Witkin, Kreis & Overholtz, PLLC | KIRKLAND & ELLIS LLP |
| 17 East Main Street | 1301 Pennsylvania Avenue, N.W. |
| Suite 200 Pensacola, FL 32502 | Washington, D.C. 20004 |
| Tel.: (850) 202-1010 | Tel.: (202) 389-5991 |
| baylstock@awkolaw.com | mike.brock@kirkland.com |
| | |
| Shelley V. Hutson, Co-Lead Counsel | Mark J. Nomellini |
| Clark, Love & Hutson, GP | KIRKLAND & ELLIS LLP |
| 440 Louisiana Street | 300 North LaSalle |
| Suite 1600 | Chicago, Illinois 60654 |
| Houston, TX 77002 | Tel.: (312) 862-3254 |
| Tel.: (713) 757-1400 | mnomellini@kirkland.com |
| shutson@triallawfirm.com | |
| | Kimberly Branscome |
| Christopher A. Seeger, Co-Lead Counsel | DECHERT LLP |
| Seeger Weiss LLP | 633 W. 5th St., Suite 4900 |
| 77 Water Street | Los Angeles, California 90071 |
| 8th Floor | Tel.: (213) 808-5762 |
| New York, NY 10005 | kimberly.branscome@dechert.com |
| Tel.: (212) 587-0700 | |
| cseeger@seegerweiss.com | *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo LLC* |
| *Lead Counsel for Plaintiffs* | |

2

John Foley
Trent Miracle
Simmons Hanly Conroy
One Court St.
Alton, IL 62002
Tel: (618) 259-2222
tmiracle@simmonsfirm.com
jfoley@simmonslawfirm.com

*Counsel for Plaintiff Kelley*

Gerard L. Guerra
Onder Law, LLC
110 E. Lockwood Ave.
St. Louis, MO 63119
Tel: (314) 408-6136
Guerra@onderlaw.com

Bryan F. Aylstock
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel: (850) 202-1010
baylstock@awkolaw.com

Evan D. Buxner
Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025
Tel: 618-659-9833
evan@gorijulianlaw.com

Thomas P. Cartmell
Wagstaff & Cartmell
4740 Grand Ave., Ste. 300
Kansas City, MO 64112
Tel: 816-701-1100
tcartmell@wcllp.com

*Counsel for Plaintiff Vaughn*

Bryan F. Aylstock
Douglass A. Kreis
Caitlyn P. Miller
Neil D. Overholtz
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com
dkreis@awkolaw.com
cmiller@awkolaw.com

*Counsel for Plaintiff Beal*

Keith M. Jensen
Keith M. Jensen, PC
514 E. Belknap St.
Fort Worth, TX 76102
Tel: (817) 334-0762
kj@jensen-law.com

Richard N. Laminack
Thomas W. Pirtle
Buffy K. Martines
Laminack Pirtle & Martines, LLP
5020 Montrose Blvd., 9th Floor
Houston, TX 77006
Tel: (713) 292-2750
rickl@lpm-triallaw.com
tomp@lpm-triallaw.com
buffym@lpm-triallaw.com

Katherine Cornell
Pulaski Kherkher, PLLC
2925 Richmond Ave., Ste. 1725
Houston, TX 77098
Tel. (800) 223-3784
kcornell@pulaskilawfirm.com

Bryan F. Aylstock
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel: (850) 202-1010
baylstock@awkolaw.com

*Counsel for Plaintiff Wilkerson*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 4, 2022, a copy of the foregoing was filed on the Court's CM/ECF system, which will serve all counsel of record.

DATED: January 4, 2022

/s/ *Bryan F. Aylstock*
Bryan F. Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ, LLP
17 East Main Street, Suite 200
Pensacola, Fl 32502
Tel.: (850) 2020-1010
baylstock@awkolaw.com

*Lead Counsel for Plaintiffs*