UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Kelley*, 7:20-cv-00153<br>*Vaughn*, 7:20-cv-00134<br>*Beal*, 7:20-cv-00006<br>*Wilkerson*, 7:20-cv-00035 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**DECLARATION OF BRYAN AYLSTOCK IN SUPPORT OF PLAINTIFFS' MEMORANDUM ON CHOICE OF LAW FOR BELLWETHER GROUP D**

1. My name is Bryan Aylstock, and I am a partner at Aylstock, Witkin, Kreis & Overholtz, PLLC. I am lead counsel for MDL Plaintiffs and counsel of record in the above captioned cases.

2. Attached hereto as PX1 is a true and correct copy of excerpts from the deposition transcript of Denise Kelley, dated October 5, 2021.

3. Attached hereto as PX2 is a true and correct copy of excerpts from Plaintiff Denise Kelley's Supplemental Objections & Answers to Defendant 3M's First Set of Interrogatories to Plaintiff, dated September 27, 2021.

4. Attached hereto as PX3 is a true and correct copy of the enlisted record brief (ERB) for Denise Johnson (Kelley), bearing Bates No. D_A_Kelley-000054.

5. Attached hereto as PX4 is a true and correct copy of the Declaration of Hamid Djalilian, M.D. for Denise Kelley, dated December 29, 2021.

6. Attached hereto as PX5 is a true and correct copy of 3M's Technical Bulletin titled Tinnitus and Hearing Protection: Fiction and Fact, marked as Trial Exhibit P-GEN-02523.

7. Attached hereto as PX6 is a true and correct copy of excerpts from the deposition transcript of Jonathon Vaughn, dated October 8, 2021.

8. Attached hereto as PX7 is a true and correct copy of excerpts from Plaintiff Jonathon Vaughn's Third Supplemental Objections & Answers to Defendant 3M's First Set of Interrogatories to Plaintiff, dated September 28, 2021.

9. Attached hereto as PX8 is a true and correct copy of DD Form 2216, dated June 2, 2008.

10. Attached hereto as PX9 is a true and correct copy of DD Form 2216, dated June 5, 2009, bearing Bates No. J_W_Vauhn-DOD Touhy 2.

11. Attached hereto as PX10 is a true and correct copy of the Declaration of Lawrence Lustig, M.D. for Jonathon Vaughn, dated December 29, 2021.

12. Attached hereto as PX11 is a true and correct copy of excerpts from the deposition transcript of James Beal, dated December 1, 2021.

13. Attached hereto as PX12 is a true and correct copy of excerpts from Plaintiff James E. Beal Amended Supplemental Objections & Answers to Defendant 3M's First Set of Interrogatories to Plaintiff, dated November 28, 2021.

14. Attached hereto as PX13 is a true and correct copy of excerpts from the Unfiled Case Census Form for James Beal, dated December 3, 2019.

15. Attached hereto as PX14 is a true and correct copy of Mississippi Military Department Orders 335-062 to Steven Wilkerson, dated December 1, 2009, and bearing Bates Nos. S_C_Wilkerson_DOD_00072-73.

16. Attached hereto as PX15 is a true and correct copy of excerpts from the deposition transcript of Steven Wilkerson, dated October 1, 2021.

17. Attached hereto as PX16 is a true and correct copy of the Declaration of Hamid Djalilian, M.D. for Steven Wilkerson, dated December 29, 2021.

18. I swear under penalty of perjury that the foregoing is true and correct.

DATED: January 4, 2022

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock, FL Bar No. 78263
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
baylstock@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449