# PX1