# PX2