# PX3