# PX4