# PX6