# PX7