# PX8