# PX9