# PX10