# PX11