# PX12