# PX13