# PX14