# PX15