# PX16