# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Kelley*, 7:20-cv-00153<br>*Vaughn*, 7:20-cv-00134<br>*Beal*, 7:20-cv-00006<br>*Wilkerson*, 7:20-cv-00035 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## PLAINTIFF' MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs, pursuant to Federal Rule of Civil Procedure 5.2, Local Rule 5.5, and in accordance with Case Management Order No. 29 (MDL Dkt. 2236), move the Court for leave to file under seal confidential exhibits to Plaintiffs' Memorandum on Choice of Law for Bellwether Group D.

Date: January 4, 2022

Respectfully submitted,

*s/ Bryan F. Aylstock*
Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street
Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

Shelley V. Hutson
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
Clark, Love & Hutson, GP
440 Louisiana Street, Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com

Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
Seeger Weiss LLP
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Tel.: (973) 639-9100
cseeger@seegerweiss.com

*Counsel for Plaintiffs*


John Foley
(Admitted Pro Hac Vice)
Illinois Bar No. 6288152
Trent Miracle
(Admitted Pro Hac Vice)
Illinois Bar No. 6281491
Simmons Hanly Conroy
One Court St.
Alton, IL 62002
Tel: (618) 259-2222
tmiracle@simmonsfirm.com
jfoley@simmonslawfirm.com

*Counsel for Plaintiff Kelley*

Gerard L. Guerra
(Admitted Pro Hac Vice)
Missouri Bar No. 42703
Onder Law, LLC

2

110 E. Lockwood Ave.
St. Louis, MO 63119
Tel: (314) 408-6136
Guerra@onderlaw.com

Bryan F. Aylstock
Florida State Bar No. 078263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel: (850) 202-1010
baylstock@awkolaw.com

Evan D. Buxner
(Admitted Pro Hac Vice)
Illinois Bar No. 6221006
Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025
Tel: 618-659-9833
evan@gorijulianlaw.com

Thomas P. Cartmell
(Admitted Pro Hac Vice)
Missouri Bar No. 45366
Wagstaff & Cartmell
4740 Grand Ave., Ste. 300
Kansas City, MO 64112
Tel: 816-701-1100
tcartmell@wcllp.com

*Counsel for Plaintiff Vaughn*

Bryan F. Aylstock
Florida State Bar No. 078263
Douglass A. Kreis
Florida State Bar No. 129704
Caitlyn P. Miller
Florida State Bar No. 126097
Neil D. Overholtz
Florida State Bar No. 188761
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com
dkreis@awkolaw.com
cmiller@awkolaw.com
noverholtz@awkolaw.com

*Counsel for Plaintiff Beal*

Keith M. Jensen
(Admitted Pro Hac Vice)
Texas Bar No. 10646600
Keith M. Jensen, PC
514 E. Belknap St.
Fort Worth, TX 76102
Tel: (817) 334-0762
kj@jensen-law.com

Richard N. Laminack
(Admitted Pro Hac Vice)
Thomas W. Pirtle
(Admitted Pro Hac Vice)
Texas Bar No. 16038610
Buffy K. Martines
(Admitted Pro Hac Vice)

Texas Bar No. 24030311
Laminack Pirtle & Martines, LLP
5020 Montrose Blvd., 9th Floor
Houston, TX  77006
Tel: (713) 292-2750
rickl@lpm-triallaw.com
tomp@lpm-triallaw.com
buffym@lpm-triallaw.com

Katherine Cornell
(Admitted Pro Hac Vice)
Texas Bar No. 24082858
Pulaski Kherkher, PLLC
2925 Richmond Ave., Ste. 1725
Houston, TX 77098
Tel. (800) 223-3784
kcornell@pulaskilawfirm.com

Bryan F. Aylstock
Florida State Bar No. 078263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel: (850) 202-1010
baylstock@awkolaw.com

*Counsel for Plaintiff Wilkerson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2022, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

<u>/s/ Bryan F. Aylstock</u>