UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to All Cases<br><br><br>v.<br><br>3M COMPANY, ET AL.<br><br>DEFENDANTS. | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kari L. Sutherland of the law firm Butler Snow, LLP, has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

DATED:   January 5, 2022

Respectfully submitted,

1

/s/ Kari L. Sutherland
Kari L. Sutherland, MS Bar No. 10177
TN Bar No. 021985
**BUTLER SNOW LLP**
1200 Jefferson Avenue
Suite 205
Oxford, Mississippi 38655
(662) 513-8002 Telephone
(662) 513-8001 Facsimile
kari.sutherland@butlersnow.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 5th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ Kari L. Sutherland
Kari L. Sutherland