UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Jon Acteson, 7:20-cv-09401-MCR-GRJ<br>Sean Aikman, 7:20-cv-09425-MCR-GRJ<br>Dustin Bagwell, 8:20-cv-34036-MCR-GRJ<br>Nathan Frei, 7:20-cv-11506-MCR-GRJ<br>Lakobi Keon Hopson, 7:20-cv-12063-MCR-GRJ<br>Keith Keough, 7:20-cv-14576-MCR-GRJ<br>Sean Olson, 7:20-cv-12655-MCR-GRJ<br>Robert Theriot, 7:20-cv-14832-MCR-GRJ<br>David Vejarano, 7:20-cv-15495-MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Chelsie R. Warner of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC hereby enters her appearance as counsel for Plaintiffs in the following actions:

- *Jon Acteson v. 3M Company, et al.,* Case No. 7:20-cv-09401-MCR-GRJ

- *Sean Aikman v. 3M Company, et al.,* Case No. 7:20-cv-09425-MCR-GRJ

- *Dustin Bagwell v. 3M Company, et al.,* Case No. 8:20-cv-34036-MCR-GRJ

- *Nathan Frei v. 3M Company, et al.,* Case No. 7:20-cv-11506-MCR-GRJ

- *Lakobi Keon Hopson v. 3M Company, et al.,* Case No. 7:20-cv-12063-MCR-GRJ

- *Keith Keough v. 3M Company, et al.,* Case No. 7:20-cv-14576-MCR-GRJ

- *Sean Olson v. 3M Company, et al.,* Case No. 7:20-cv-12655-MCR-GRJ

- *Robert Theriot v. 3M Company, et al.,* Case No. 7:20-cv-14832-MCR-GRJ, and

- *David Vejarano v. 3M Company, et al.,* Case No. 7:20-cv-15495-MCR-GRJ.

Chelsie R. Warner has completed the administrative requirements outlined in Pretrial Order No. 3 (ECF Doc. No. 4) (Tutorial Confirmation No. FLND16408867985404).

Counsel requests all further papers and pleadings in these actions and in the Master Docket of MDL 2885 be served upon her.

Dated: January 5, 2022    Respectfully submitted

*/s/ Chelsie R. Warner*
Chelsie R. Warner, MT Bar No. 11975
Jennifer M. Hoekstra, LA Bar No. 31476
Bryan F. Aylstock, FL Bar No. 78263
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
cwarner@awkolaw.com
jhoekstra@awkolaw.com
baylstock@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorneys for Plaintiffs, Jon Acteson, Sean Aikman, Dustin Bagwell, Nathan Frei, Lakobi Keon Hopson, Keith Keough, Sean Olson, Robert Theriot, and David Vejarano*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 5th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ *Chelsie R. Warner*
Chelsie R. Warner