# **EXHIBIT A**



# Certificate of Membership

I, JILL DIVELEY, OF THE STATE BAR OF MONTANA, DO HEREBY CERTIFY

## Chelsie Rae Warner

was admitted to the State Bar of Montana on October 14, 2011 and that their name currently appears on the Roll of Attorneys in this office as a Active Attorney member in good standing*.

Dated this day of December 29, 2021

*This does not represent the records of the Office of Disciplinary Counsel, the agency in charge of discipline. To obtain verification or a statement of discipline please contact their office at P.O. Box 1099, Helena, MT 59624 or (406) 442-1648.

