# **EXHIBIT B**

- *Jon Acteson v. 3M Company, et al.,* Case No. 7:20-cv-09401-MCR-GRJ

- *Sean Aikman v. 3M Company, et al.,* Case No. 7:20-cv-09425-MCR-GRJ

- *Dustin Bagwell v. 3M Company, et al.,* Case No. 8:20-cv-34036-MCR-GRJ

- *Nathan Frei v. 3M Company, et al.,* Case No. 7:20-cv-11506-MCR-GRJ

- *Lakobi Keon Hopson v. 3M Company, et al.,* Case No. 7:20-cv-12063-MCR-GRJ

- *Keith Keough v. 3M Company, et al.,* Case No. 7:20-cv-14576-MCR-GRJ

- *Sean Olson v. 3M Company, et al.,* Case No. 7:20-cv-12655-MCR-GRJ

- *Robert Theriot v. 3M Company, et al.,* Case No. 7:20-cv-14832-MCR-GRJ,

- *David Vejarano v. 3M Company, et al.,* Case No. 7:20-cv-15495-MCR-GRJ