UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3m COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885-MCR-GRJ |
| | Judge M. Casey Rodgers |
| | Magistrate Judge Gary R. Jones |
| This Documents Relates to: | |
| *Sloan,* Case No. 7:20-cv-00001 | |
| *Wayman,* Case No. 7:20-cv-00149 | |

## ELLIOTT BERGER'S EXPEDITED MOTION AND MEMORANDUM OF LAW REQUESTING TRIAL TESTIMONY BE RECORDED FOR USE OR POSSIBLE USE AT FUTURE TRIALS

COMES NOW Elliott Berger ("Berger"), by and through his below signed counsel, who has been subpoenaed for remote trial testimony as a witness for the trial commencing January 10, 2022, and requests that his trial testimony be video recorded for use or possible use at future trials, and in support thereof states as follows.

1. On October 8, 2021 the Plaintiff filed an Expedited Motion to Authorize Remote Testimony in *Sloan* [ECF 54] and in *Wayman* [ECF 66], pursuant to Rule 43 seeking the remote testimony of Berger at a number of upcoming bellwether trials, including these cases.[1]

---

[1] The *Sloan* and *Wayman* cases have been consolidated for purposes of trial to commence January 10, 2022.

2. In response thereto, Berger filed a Miscellaneous Action and Motion to Quash, objecting to the request for remote testimony in Case 3:21-mc-61 ("Case 61") [ECF 1].

3. Magistrate Jones held a hearing on the Plaintiffs' Motions, the responses, and objections thereto, and the Motion to Quash, and on October 28, 2021 issued Orders approving the remote testimony of Berger in both *Sloan* [ECF 62] and *Wayman* [ECF 74]. A subpoena for Mr. Berger's testimony at the consolidated trial was then issued by Plaintiffs' counsel.

4. Thereafter, in response to Berger's Objection, Motion for Rehearing and/or Reconsideration, and Motion for Clarification filed in Case 61 [Case 61, ECF 3], Magistrate Jones issued an Order dated November 22, 2021, and clarified, "Further, the Court's October 28, 2021 Order is clarified to provide that the decision to permit the recording of Berger's remote Zoom testimony is left to the sole discretion of the presiding judge at the bellwether trials, which are the subject of this motion." (Footnote omitted) [Case 61, ECF 5].

5. Berger is retired and is concerned that his remote trial testimony will continue to be sought by the Plaintiffs, *ad infinitum*, when if his testimony were to be recorded, such undue burden and inconvenience could be avoided by the use of

2

the recorded testimony in lieu of live, remote testimony. Magistrate Jones in fact stated, "the Court remains sensitive to the fact that Berger has spent a significant amount of time testifying at both his videotaped depositions and at prior bellwether trials. And, in light of his recent retirement, Plaintiffs surely cannot expect Mr. Berger to testify live at all of the remaining trials contemplated in this massive MDL." However, Magistrate Jones ultimately left the issue of utilizing ZOOM.gov for recording Berger's testimony to the individual trial judges.

## **MEMORANDUM OF LAW**

6.  Local Rule 77.1(E) for the Northern District of Florida provides:

    (E)  The Court may authorize any other photograph, recording, broadcast, or transmission if consistent with any applicable policies of the Judicial Conference of the United States and Eleventh Circuit Judicial Council.

7.  This Motion is for the presentation of evidence, only, of Mr. Berger. It is consistent with the rights of the parties in that the recording of the testimony will not be materially different from live, remote testimony and will address Mr. Berger's concern about hundreds, thousands, or tens of thousands of subpoenas being directed toward him in the MDL cases. Further, since Mr. Berger is testifying remotely in any event, the recording will not unduly distract the

3

participants in the proceeding or otherwise interfere with the administration of justice. It may just be the simple push of a button. Recording of Mr. Berger's trial testimony for use in future cases in lieu of live or remote testimony is particularly appropriate in this MDL, which may be the largest MDL in recent history.

8. This expedited Motion is filed pursuant to Local Rule 7.1(L) in that Mr. Berger has been subpoenaed to appear at the *Sloan* and *Wayman* trials on January 12, 2022, and thus, a ruling more promptly than would occur in the ordinary course of business is requested.

WHEREFORE, Elliott Berger requests that his remote testimony at the combined *Sloan* and *Wayman* trials be video recorded via ZOOM.gov or other appropriate method so that it may be considered for use in place of remote or live testimony for future trials, should subpoenas continue to be issued.

### **NOTICE OF COMPLIANCE WITH RULE 7.1(B)**

Pursuant to Local Rule 7.1(B) & (C), the undersigned counsel certify that they attempted in good faith to resolve the issue raised in this Motion through a meaningful conference with Bryan F. Aylstock, lead counsel for Plaintiffs. The communication was by an email with Mr. Aylstock at noon on January 4, 2022 and communication thereafter. As of the filing of this Motion counsel for Plaintiffs has

not given a clear statement whether these Plaintiffs object or consent to this Motion. Defendants' counsel, 3M Company, 3M Occupational Safety, LLC, Aearo Technologies, LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo LLC represented that the Defendants does not object to this Motion.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)**

Pursuant to Local Rule 7.1(F), I certify that this Motion is in compliance with the Court's word limit. According to the word processing program used to prepare this document, the document contains less than 1,039 words, exclusive of the case style, signature block, and this certification.

Respectfully submitted,

  /s/ Philip A. Bates
PHILIP A. BATES
Florida Bar No. 228354
CAROL A. RUEBSAMEN
Florida Bar No. 380946
PHILIP A. BATES, P.A.
25 West Cedar Street, Suite 550 (32502)
Post Office Box 1390
Pensacola, FL 32591-1390
Telephone: (850) 470-0091
Telecopier: (850) 470-0441
pbates@philipbates.net

        cruebsamen@philipbates.net
        lgrove@philipbates.net
        holly@philipbates.net
        Attorney for Elliott Berger, individually

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 6, 2022 a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically service notice of this filing via email to all registered counsel of record.

        /s/ Philip A. Bates
        PHILIP A. BATES