UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Chad Dudley v. 3M Company, et al.*<br><br>Ind. Case No. 7:20-cv-77412 | Case No. 3:19-MD-2885<br><br>Judge M. Casey Rodgers |

## NOTICE OF APPEARANCE

To:   Clerk of Court and all Parties of Record

Please take notice that Sara Castronuova, Esquire of Douglas & London, P.C. hereby enters her appearance as counsel of record for Plaintiff Chad Dudley in the above-captioned case and requests to be added to the service list.

Dated: January 6, 2022                                     Respectfully submitted,

**Douglas & London, P.C.**
Attorneys for Plaintiff

*/s/ Sara Castronuova*
Sara Castronuova, Esq.
(NJ: 370012021, NY: 5833793)
59 Maiden Lane, 6th Floor
New York, NY 10038
scastronuova@douglasandlondon.com
P: (212) 566-7500
F: (212) 566-7501

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2022 the within Notice of Appearance was served on all counsel of record via the Court's CM/ECF filing system, which provides electronic notice of filings to all registered users.

Dated: January 6, 2022                              */s/ Sara Castronuova*
                                                                         Sara Castronuova