IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
FLORIDA PENSACOLA DIVISION

| | |
|---|---|
| **IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION** | MDL NO: 3:19-MD-2885 |
| This Document Relates to Cases Listed in "Exhibit A" | **NOTICE OF APPEARANCE FOR PLAINTIFF** |

PLEASE TAKE NOTICE that the undersigned attorney, Anne Accettella, of Douglas & London, P.C. hereby enters her appearance as counsel of record for the Plaintiff in each of the related cases listed in the attachment "Exhibit A."  Counsel requests to be served with all papers and pleadings for this matter.

Dated: January 6, 2022

Respectfully submitted,

*/s/ Anne Accettella*
Anne Accettella
**Douglas & London, P.C.**
59 Maiden Lane, 6th Floor
New York, NY 10038
P: (212) 566-7500
F: (212) 566-7501
aaccettella@douglasandlondon.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2022 the foregoing Notice of Appearance was served on all counsel of record via the Court's CM/ECF filing system, which provides electronic notice of filings to all registered users.

Dated: January 6, 2022                                         */s/ Anne Accettella*
                                                                                Anne Accettella