# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Robert Daniel Coleman, 7:20-cv-13551<br>John M. Gentner, 7:20-cv-11424<br>Adam T. Hazen, 7:20-cv-11879<br>Ututoa Ino, 7:20-cv-12207<br>Anthony Lee Luzadder, 7:20-cv-18312<br>Kyle A. Markel, 7:20-cv-18488<br>Josue Julian Rios Cortes, 7:20-cv-13339<br>Paul James Tacker, 7:20-cv-14629<br>Jacob C. Washington, 7:20-cv-13428 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jason R. Richards of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC has been admitted to practice in this Court and hereby enters his appearance as counsel for Plaintiffs in the following actions:

- *Robert Daniel Coleman v. 3M Company*, Case No. 7:20-cv-13551

- *John M. Gentner v. 3M Company*, Case No. 7:20-cv-11424

- *Adam T. Hazen v. 3M Company*, Case No. 7:20-cv-11879

- *Ututoa Ino, v. 3M Company,* Case No. 7:20-cv-12207

- *Anthony Lee Luzadder v. 3M Company,* Case No. 7:20-cv-18312

- *Kyle A. Markel v. 3M Company,* Case No. 7:20-cv-18488

- *Josue Julian Rios Cortes v. 3M Company,* Case No. 7:20-cv-13339

- *Paul James Tacker v. 3M Company,* Case No. 7:20-cv-14629

- *Jacob C. Washington v. 3M Company,* Case No. 7:20-cv-13428

Counsel requests all further papers and pleadings in these actions and the Master Docket of MDL 2885 be served upon him.

Dated: January 10, 2022  Respectfully submitted,

/s/ Jason R. Richards
Jason R. Richards, FL Bar No. 18207
Bryan F. Aylstock, FL Bar No. 78263
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
jrichards@awkolaw.com
baylstock@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorneys for Plaintiffs, Robert Daniel Coleman, John M. Gentner, Adam T. Hazen, Ututoa Ino, Anthony Lee Luzadder, Kyle A. Markel, Josue Julian Rios Cortes, Paul James Tacker, Jacob C. Washington*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 10th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

> */s/ Jason R. Richards*
> Jason R. Richards