# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Sloan,* Case No. 7:20-cv-001<br>*Wayman*, Case No. 7:20-cv-149 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## VERIFICATION OF COMPLIANCE WITH PRETRIAL ORDER NO. 6 AND DESTRUCTION OF JUROR QUESTIONNAIRES

Bryan Aylstock, David Buchanan and Shelley Hutson as Counsel of Record for Plaintiffs Ronald Sloan and William Wayman accept responsibility for the juror questionnaires received electronically through CM/ECF for the bellwether trial in the above-captioned cases. As Officers of the Court, we personally verify that no one beyond the individuals listed below reviewed the juror questionnaires, that we and these individuals complied with the terms of Pretrial Order No. 6, and that all hard and electronic copies of the questionnaires were destroyed following completion of jury selection on January 10, 2022.

The individuals who reviewed the juror questionnaires are (please list full name and law firm or other employer):

1. Bryan Aylstock – Aylstock Witkin Kreis & Overholtz

2. Jennifer Hoekstra – Aylstock Witkin Kreis & Overholtz

1

3. Brad Bradford – Aylstock Witkin Kreis & Overholtz

4. David Buchanan – Seeger Weiss

5. Caleb Seeley – Seeger Weiss

6. Max Kelly – Seeger Weiss

7. Parvin Aminolroaya – Seeger Weiss

8. Shelley Hutson – Clark Love Hutson

9. Michael Sacchet – Ciresi Conlin

10. Megan Odom – Ciresi Conlin

11. Michael A. Burns – Burns Law LLC

12. Robert Hirschorn – Cathy E. Bennett & Associates

13. Karen Schroeder – Burnett Law Firm

14. Tom Pirtle – Laminack Pirtle Martines

Dated:  January 10, 2022	Respectfully submitted:

s/ Bryan F. Aylstock
Bryan F. Aylstock
Neil D. Overholtz
Jennifer M. Hoekstra
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
baylstock@awkolaw.com
noverholtz@awkolaw.com
jhoekstra@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

Shelley V. Hutson
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
Clark, Love & Hutson, GP
440 Louisiana Street
Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com

Michael A. Sacchet
(Admitted Pro Hac Vice)
Minnesota State Bar No. 0395817
Megan L. Odom
(Admitted Pro Hac Vice)
Minnesota State Bar No. 0399112
Ciresi Conlin LLP
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Tel.: (612) 361-8220
mas@ciresiconlin.com
mlo@ciresiconlin.com
**Counsel for Plaintiff Ronald Sloan**

David R. Buchanan, NJ Bar No. 042741993
(Admitted Pro Hac Vice)
Maxwell H. Kelly, NJ Bar No. 177562019
(Admitted Pro Hac Vice)
SEEGER WEISS
dbuchanan@seegerweiss.com
mkelly@seegerweiss.com
55 Challenger Road, Sixth Floor
Ridgefield Park, NJ 07660
Phone: 973-693-9100
**Counsel for Plaintiff William Wayman**

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2022, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

/s/ Bryan F. Aylstock