# EXHIBIT A

# WEST VIRGINIA STATE BAR

# Certificate of Good Standing

**Daniel Ross Higginbotham - WVSB ID# 11680**

This is to certify that, according to the records of the West Virginia State Bar, Daniel Ross Higginbotham, of Charleston, WV, was admitted to practice law by the Supreme Court of Appeals of WV on October 19, 2011.

According to the records of the West Virginia State Bar, as of January 3, 2022, Daniel Ross Higginbotham is currently an Active Member in good standing with the West Virginia State Bar.

*Anita R. Casey*
Anita R. Casey, Esquire
Executive Director
The West Virginia State Bar