# EXHIBIT A

# WEST VIRGINIA STATE BAR

## Certificate of Good Standing

**M. David Griffith Jr. - WVSB ID# 7720**

This is to certify that, according to the records of the West Virginia State Bar, M. David Griffith Jr., of Charleston, WV, was admitted to practice law by the Supreme Court of Appeals of WV on October 13, 1998.

According to the records of the West Virginia State Bar, as of January 4, 2022, M. David Griffith Jr. is currently an Active Member in good standing with the West Virginia State Bar.

*Anita R. Casey*

Anita R. Casey, Esquire
Executive Director
The West Virginia State Bar