# EXHIBIT A

# WEST VIRGINIA STATE BAR

## Certificate of Good Standing

**Mitchell Benjamin Tuggle - WVSB ID# 12577**

This is to certify that, according to the records of the West Virginia State Bar, Mitchell Benjamin Tuggle, of CHARLESTON, WV, was admitted to practice law by the Supreme Court of Appeals of WV on October 15, 2014.

According to the records of the West Virginia State Bar, as of January 3, 2022, Mitchell Benjamin Tuggle is currently an Active Member in good standing with the West Virginia State Bar.

Anita R. Casey, Esquire
Executive Director
The West Virginia State Bar