# EXHIBIT A

# WEST VIRGINIA STATE BAR

## Certificate of Good Standing

**Sarah Ann Meadows - WVSB ID# 11639**

This is to certify that, according to the records of the West Virginia State Bar, Sarah Ann Meadows, of Charleston, WV, was admitted to practice law by the Supreme Court of Appeals of WV on October 19, 2011.

According to the records of the West Virginia State Bar, as of January 3, 2022, Sarah Ann Meadows is currently an Active Member in good standing with the West Virginia State Bar.

Anita R. Casey, Esquire
Executive Director
The West Virginia State Bar