# EXHIBIT A

# WEST VIRGINIA STATE BAR

## Certificate of Good Standing

### Philip Judson Combs - WVSB ID# 6056

This is to certify that, according to the records of the West Virginia State Bar, Philip Judson Combs, of Charleston, WV, was admitted to practice law by the Supreme Court of Appeals of WV on October 5, 1992.

According to the records of the West Virginia State Bar, as of December 17, 2021, Philip Judson Combs is currently an Active Member in good standing with the West Virginia State Bar.

Anita R. Casey, Esquire
Executive Director
The West Virginia State Bar