# EXHIBIT A

# WEST VIRGINIA STATE BAR

# Certificate of Good Standing

**Natalie Rose Atkinson - WVSB ID# 12030**

This is to certify that, according to the records of the West Virginia State Bar, Natalie Rose Atkinson, of Charleston, WV, was admitted to practice law by the Supreme Court of Appeals of WV on October 25, 2012.

According to the records of the West Virginia State Bar, as of January 4, 2022, Natalie Rose Atkinson is currently an Active Member in good standing with the West Virginia State Bar.

Anita R. Casey, Esquire
Executive Director
The West Virginia State Bar