UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Billy Marvin Daniels, 7:20-cv-14285<br>Dennis Haskamp, 7:20-cv-11900<br>Joseph James, III, 7:20-cv-12243<br>Andrea Michelle Moore, 7:20-cv-25622<br>Gloria E. Panaitov, 7:20-cv-12722<br>James Parsons, 7:20-cv-12830<br>Jason Roller, 7:20-cv-13671<br>Tyrone Williams, Jr, 7:20-cv-15864 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that D. Nicole Guntner of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC has been admitted to practice in this Court and hereby enters her appearance as counsel for Plaintiffs in the following actions:

- *Billy Marvin Daniels v. 3M Company*, Case No. 7:20-cv-14285
- *Dennis Haskamp v. 3M Company*, Case No. 7:20-cv-11900
- *Joseph James III v. 3M Company*, Case No. 7:20-cv-12243
- *Andrea Michelle Moore v. 3M Company,* Case No. 7:20-cv-25622
- *Gloria E. Panaitov, Jr v. 3M Company,* Case No. 7:20-cv-12722

- *James Parsons v. 3M Company,* Case No. 7:20-cv-12830

- *Jason Roller v. 3M Company,* Case No. 7:20-cv-13671

- *Tyrone Williams Jr v. 3M Company,* Case No. 7:20-cv-15864

Counsel requests all further papers and pleadings in these actions and the Master Docket of MDL 2885 be served upon her.

Dated: January 11, 2022   Respectfully submitted,

*/s/ D. Nicole Guntner*
D. Nicole Guntner, FL. Bar No. 1028925
Douglass A. Kreis, FL Bar No. 129704
Caitlyn P. Miller, FL Bar No. 126097
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
nguntner@awkolaw.com
dkreis@awkolaw.com
cmiller@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorneys for Plaintiffs, Billy Marvin Daniels, Dennis Haskamp, Joseph James,III, Andrea Michelle Moore, Gloria E. Panaitov, James Parsons, Jason Roller, Tyrone Williams, Jr.*

2

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 11th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

>*/s/ D. Nicole Guntner*
>D. Nicole Guntner