## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO.: 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Jeffrey R. Blackwood, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1.      Movant resides in Mississippi and is not a resident of the State of Florida.

2.      Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Mississippi. A copy of a Certificate of Good Standing from the State of Mississippi dated within 30 days of this motion are attached hereto as Exhibit "A."

3.      Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16418493925504 and completed the CM/ECF Online Tutorials.

4.      Jeffrey R. Blackwood has submitted to the Clerk the required $208.00 pro hac vice admission fee.

5.      Jeffrey R. Blackwood has upgraded his PACER account to "NextGen".

6.      Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Jeffrey R. Blackwood respectfully requests that this Court enter an Order granting Jeffrey R. Blackwood of Bradley Arant Boult Cummings LLP, pro hac vice in this case.

Respectfully submitted on this 11th day of January, 2022.

*/s/ Jeffrey R. Blackwood*
Jeffrey R. Blackwood, MS Bar No. 10613
Bradley Arant Boult Cummings LLP
188 East Capitol Street, Suite 1000
Post Office Box 1789
Jackson, MS 39215-1780
Telephone:  (601) 948-8000
 Facsimile: (601) 948-3000
 Email:  jblackwood@bradley.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 11th day of January, 2022.

*/s/ Jeffrey R. Blackwood*
Jeffrey R. Blackwood, MS Bar No. 10613