**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE:  3M COMBAT ARMS | § | Case No. 3:19md2885 |
| EARPLUG PRODUCTS | § | |
| LIABILITY LITIGATION | § | |
| | § | Judge M. Casey Rodgers |
| This Document Relates to All Cases | § | Magistrate Judge Gary R. Jones |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Scott C. Greenlee ("Movant") of Tracey Fox King & Walters, 440 Louisiana Street, Suite 19010, Houston, Texas 77002, respectfully moves for admission to practice pro hac vice in the above-styled case, and in support thereof states as follows:

1. Movant resides in the State of Texas, and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is admitted to practice and is a member in good standing in the bar of the State of Texas.  A copy of the Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as *Exhibit "A"* and made a part hereof.

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rule tutorial exam, confirmation number **FLND16419292045515** and the CM/ECF online tutorial.

5. Movant has submitted to the Clerk the required $208.00 *pro hac vice admission*.

6.  Movant has upgraded his PACER account to "NextGen."

7. Movant is the attorney of record in the following case:

    I.    Case No. 7:20-CV-85660-MCR-GRJ; *Bobbi Braden v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division

    II.   Case No. 7:20-CV-93596-MCR-GRJ; *Kevin D. Fuller v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division

    III.  Case No. 7:20-CV-93848-MCR-GRJ; *Carlos X. Garcia Martinez v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division

    IV.   Case No. 7:20-CV-87861-MCR-GRJ; *Andrew Kinder v 3M et al;* In the U.S. District Court, Northern District of Florida- Pensacola Division

    V.    Case No. 7:20-CV-95553-MCR-GRJ; *Joshuah Vogel v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division

8. Upon admission, Scott C. Greenlee respectively request that he be provided Notice of Electronic Filings to the following e-mail address: sgreenlee@traceylawfirm.com.

WHEREFORE, Scott C. Greenlee respectively requests that this Court enter

an order granting this motion to appear pro hac vice, and directing the clerk to

provide notice of Electronic Case Filings to the undersigned.

Dated: January 11, 2022                    Respectfully Submitted,

                                          By:*/s/ Scott C. Greenlee*
                                          Scott C. Greenlee
                                          Texas Bar No. 24007270
                                          TRACEY FOX KING & WALTERS
                                          440 Louisiana St., Suite 1901
                                          Houston, Texas 77002
                                          713-495-2333 Tel.
                                          866-709-2333 Fax
                                          sgreenlee@traceylawfirm.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission Pro Hac Vice was filed electronically with the Clerk of the Court using the CM/ECF system on January 11, 2022  and electronically on all counsel of record.

                                          */s/ Scott C. Greenlee*
                                          Scott C. Greenlee