# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, January 12, 2022 7:29 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Wednesday, January 12, 2022 1:27:41 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 1/12/2022 at 8:27 AM EST and filed on 1/12/2022

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | [MDL No. 2885](#) |
| **Filer:** | |
| **Document Number:** | [1548](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-134) - 4 action(s)** *re: pldg. ([1541] in MDL No. 2885, 20 in MN/0:20-cv-01753, 21 in MN/0:20-cv-01757, 20 in MN/0:20-cv-01758, 22 in MN/0:20-cv-01763)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/12/2022.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-01753, MN/0:20-cv-01757, MN/0:20-cv-01758, MN/0:20-cv-01763 (JC)**

| | |
|---|---|
| **Case Name:** | Taylor v. 3M Company et al |
| **Case Number:** | [MN/0:20-cv-01758](#) |
| **Filer:** | |

| | |
|---|---|
| **Document Number:** | 22 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-134) - 4 action(s)** *re: pldg. ( [1541] in MDL No. 2885, 20 in MN/0:20-cv-01753, 21 in MN/0:20-cv-01757, 20 in MN/0:20-cv-01758, 22 in MN/0:20-cv-01763)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/12/2022.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-01753, MN/0:20-cv-01757, MN/0:20-cv-01758, MN/0:20-cv-01763 (JC)**

| | |
|---|---|
| **Case Name:** | Wallace v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-01757 |
| **Filer:** | |
| **Document Number:** | 23 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-134) - 4 action(s)** *re: pldg. ( [1541] in MDL No. 2885, 20 in MN/0:20-cv-01753, 21 in MN/0:20-cv-01757, 20 in MN/0:20-cv-01758, 22 in MN/0:20-cv-01763)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/12/2022.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-01753, MN/0:20-cv-01757, MN/0:20-cv-01758, MN/0:20-cv-01763 (JC)**

| | |
|---|---|
| **Case Name:** | Wasylyna v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-01753 |
| **Filer:** | |
| **Document Number:** | 22 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-134) - 4 action(s)** *re: pldg. ( [1541] in MDL No. 2885, 20 in MN/0:20-cv-01753, 21 in MN/0:20-cv-01757, 20 in MN/0:20-cv-01758, 22 in MN/0:20-cv-01763)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/12/2022.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-01753, MN/0:20-cv-01757, MN/0:20-cv-01758, MN/0:20-cv-01763 (JC)**

| | |
|---|---|
| **Case Name:** | Braca v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-01763 |
| **Filer:** | |
| **Document Number:** | 24 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-134) - 4 action(s)** *re: pldg. ( [1541] in MDL*

**No. 2885, 20 in MN/0:20-cv-01753, 21 in MN/0:20-cv-01757, 20 in MN/0:20-cv-01758, 22 in MN/0:20-cv-01763) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/12/2022.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-01753, MN/0:20-cv-01757, MN/0:20-cv-01758, MN/0:20-cv-01763 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr    bbarr@levinlaw.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

MICHAEL ANDREW BURNS    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:20-cv-01758 Notice has been electronically mailed to:**

Mikal C. Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Jerry W Blackwell    blackwell@blackwellburke.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Amanda M Williams    awilliams@gustafsongluek.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson    dgustafson@gustafsongluek.com

Alicia Danielle O'Neill    aoneill@wattsguerra.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-01758 Notice will not be electronically mailed to:**

**MN/0:20-cv-01757 Notice has been electronically mailed to:**

Mikal C. Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Jerry W Blackwell    blackwell@blackwellburke.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Amanda M Williams    awilliams@gustafsongluek.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson    dgustafson@gustafsongluek.com

Alicia Danielle O'Neill    aoneill@wattsguerra.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-01757 Notice will not be electronically mailed to:**

**MN/0:20-cv-01753 Notice has been electronically mailed to:**

Mikal C. Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Jerry W Blackwell    blackwell@blackwellburke.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Amanda M Williams    awilliams@gustafsongluek.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson    dgustafson@gustafsongluek.com

Alicia Danielle O'Neill    aoneill@wattsguerra.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-01753 Notice will not be electronically mailed to:**

**MN/0:20-cv-01763 Notice has been electronically mailed to:**

Mikal C. Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Jerry W Blackwell    blackwell@blackwellburke.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Amanda M Williams    awilliams@gustafsongluek.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson    dgustafson@gustafsongluek.com

Alicia Danielle O'Neill    aoneill@wattsguerra.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-01763 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/12/2022] [FileNumber=1098145-0]
[c0e99990c3798cdce3c7760bc139f27bf991bce8b4bb590b7fb7fd943adcb9048e98
b46e8d14aac22b19e0adf3de3022292e146b83c9fbf176c2d04c68574047]]