## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Kathleen Elizabeth Carrington, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1.      Movant resides in Tennessee and is not a resident of the State of Florida.

2.      Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Mississippi. A copy of a Certificate of Good Standing from the State of Mississippi dated within 30 days of this motion are attached hereto as Exhibit "A."

3.      Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

1

Admission Tutorial, confirmation number FLND16417501235487 and completed the CM/ECF Online Tutorials.

4.    Kathleen Elizabeth Carrington has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.    Kathleen Elizabeth Carrington  has upgraded her PACER account to "NextGen."

6.    Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Kathleen Elizabeth Carrington respectfully requests that this Court enter an Order granting Kathleen Elizabeth Carrington of Butler Snow PLLC, *pro hac vice* in this case.

Respectfully submitted on this 12th day of January, 2022.

*/s/ Kathleen Elizabeth Carrington*
Kathleen Elizabeth Carrington

MS Bar No. 104220

BUTLER SNOW PLLC
150 3rd Avenue South
Suite 1600
Nashville, TN 37201
Telephone:  (615) 651-6745
Facsimile:   (615) 651-6701
 Email:  kat.carrington@butlersnow.com

*Counsel for Defendants 3M Company, 3M*
*Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding, LLC,*
*Aearo Intermediate, LLC and Aearo, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 12th day of January, 2022.

*/s/ Kathleen Elizabeth Carrington*
Kathleen Elizabeth Carrington
MS Bar No. 104220