**UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
FLORIDA PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, Thomas M. Wilmoth, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Movant resides in North Carolina, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of North Carolina. A copy of a Certificate of Good Standing from the State of North Carolina dated within 30 days of this motion is attached hereto as Exhibit "A" and is incorporated herein.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16400284585370, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen" and completed the PACER registration as described in the *pro hac vice* registration memorandum.

6. Movant is one of the attorneys of record for Plaintiff June Jackson Wyatt Denise Kelley; *Jackson Wyatt v. 3M Company, et al*; Case No. 7:20-cv-30438-MCR-

WHEREFORE, Thomas M. Wilmoth respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and direct the clerk to provide notice of Electronic Case Fillings to the undersigned.

Dated: January 12, 2022                           Respectfully submitted,

                                                   By:   */s/ Thomas M. Wilmoth*
Thomas M. Wilmoth
James Scott Farrin
280 S Mangum Street
Durham, NC 27701
Telephone: 919-328-5354
E-mail: twilmoth@farrin.com
*Attorney for Plaintiff June Jackson Wyatt*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion to Appear *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on January 12, 2022 and served electronically on all counsel of record.

*/s/ Thomas M. Wilmoth*
Thomas M. Wilmoth
