# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Crusito Baca, 7:20-cv-23413-MCR-GRJ<br>Christopher Patrick Cabiness, 7:20-cv-30523-MCR-GRJ<br>Joel Edward Goffinett, 7:20-cv-11591-MCR-GRJ<br>Jeremy R. Harris, 7:20-cv-11833-MCR-GRJ<br>Eric Jurich, 7:20-cv-13643-MCR-GRJ<br>Chad Klotz, 7:20-cv-15014-MCR-GRJ<br>Joshua Noble, 7:20-cv-12555-MCR-GRJ<br>Ronald Chris Oldani, 7:20-cv-12731-MCR-GRJ<br>Robert H. Parshall, 7:20-cv-12817-MCR-GRJ<br>Taylor R. Simpson, 7:20-cv-24656-MCR-GRJ<br>Eric L. Walnofer, 7:20-cv-15651-MCR-GRJ<br>Joseph Yruegas, 7:20-cv-16000-MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stephen H. Echsner of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC hereby enters his appearance as counsel for Plaintiffs in the following actions:

- *Crusito Baca v. 3M Company, et al.,* Case No. 7:20-cv-23413-MCR-GRJ

- *Christopher Patrick Cabiness v. 3M Company, et al.,* Case No. 7:20-cv-30523-MCR-GRJ

- *Joel Edward Goffinett v. 3M Company, et al.,* Case No. 7:20-cv-11591-MCR-GRJ

- *Jeremy R. Harris v. 3M Company, et al.,* Case No. 7:20-cv-11833-MCR-GRJ
- *Eric Jurich v. 3M Company, et al.,* Case No. 7:20-cv-13643-MCR-GRJ
- *Chad Klotz v. 3M Company, et al.,* Case No. 7:20-cv-15014-MCR-GRJ
- *Joshua Noble v. 3M Company, et al.,* Case No. 7:20-cv-12555-MCR-GRJ
- *Ronald Chris Oldani v. 3M Company, et al.,* Case No. 7:20-cv-12731-MCR-GRJ
- *Robert H. Parshall v. 3M Company, et al.,* Case No. 7:20-cv-12817-MCR-GRJ, and
- *Taylor R. Simpson v. 3M Company, et al.,* Case No. 7:20-cv-24656-MCR-GRJ
- *Eric L. Walnofer v. 3M Company, et al.,* Case No. 7:20-cv-15651-MCR-GRJ
- *Joseph Yruegas v. 3M Company, et al.,* Case No. 7:20-cv-16000-MCR-GRJ.

Counsel requests all further papers and pleadings in these actions and in the Master Docket of MDL 2885 be served upon him.

Dated: January 12, 2022   Respectfully submitted

        */s/ Stephen H. Echsner*
        Stephen H. Echsner, FL Bar No. 304719
        E. Samuel Geisler, FL Bar No. 83817
        Daniel J. Thornburgh, FL Bar No. 42661
        AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
        sechsner@awkolaw.com
        sgeisler@awkolaw.com
        dthornburgh@awkolaw.com
        17 East Main Street, Suite 200
        Pensacola, FL 32502
        Phone: (850) 202-1010
        Facsimile: (850) 916-7449

*Attorneys for Plaintiffs, Crusito Baca, Christopher Patrick Cabiness, Joel Edward Goffinett, Jeremy R. Harris, Eric Jurich, Chad Klotz, Joshua Noble, Ronald Chris Oldani, Robert H. Parshall, Taylor R. Simpson, Eric L. Walnofer and Joseph Yruegas*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 12th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Stephen H. Echsner*
Stephen H. Echsner