# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

This Document Relates to:

  Lloyd Ankrum, 7:20-cv-09529-MCR-GRJ
  Crusito Baca, 7:20-cv-23413-MCR-GRJ
  Charles Barringer, 7:20-cv-25462-MCR-GRJ
  Jason M. Belford, 7:20-cv-09738-MCR-GRJ
  David Brugger, 7:20-cv-10622-MCR-GRJ
  Christopher Cabiness, 7:20-cv-30523-MCR-GRJ
  Robert Daniel Coleman, 7:20-cv-13551-MCR-GRJ
  James Thomas Daniels, 7:20-cv-14286-MCR-GRJ
  Daniel Dunker, 7:20-cv-15315-MCR-GRJ
  Marteze Edward Ford, 7:20-cv-11278-MCR-GRJ
  John M. Gentner, 7:20-cv-11424-MCR-GRJ
  Joel Edward Goffinett, 7:20-cv-11591-MCR-GRJ
  Jeremy Harris, 7:20-cv-11833-MCR-GRJ
  Adam T. Hazen, 7:20-cv-11879-MCR-GRJ
  Ututoa Ino, 7:20-cv-12207-MCR-GRJ
  Eric Jurich, 7:20-cv-13643-MCR-GRJ
  Chad Klotz, 7:20-cv-15014-MCR-GRJ
  Anthony Lee Luzadder, 7:20-cv-18312-MCR-GRJ
  Kyle A. Markel, 7:20-cv-18488-MCR-GRJ
  Jewel S. Martinez, 7:20-cv-18596-MCR-GRJ
  James Edward Milledge, Sr., 8:20-cv-05465-MCR-GRJ
  Joshua Noble, 7:20-cv-12555-MCR-GRJ
  Ronald Chris Oldani, 7:20-cv-12731-MCR-GRJ
  Robert Parshall, 7:20-cv-12817-MCR-GRJ
  Josue Julian Rios Cortes, 7:20-cv-13339-MCR-GRJ
  Taylor Simpson, 7:20-cv-24656-MCR-GRJ
  Paul James Tacker, 7:20-cv-14629-MCR-GRJ
  Jacob Clarence Washington, 7:20-cv-13428-MCR-GRJ
  Eric Walnofer, 7:20-cv-15651-MCR-GRJ
  Eric D. Wolowicz, 7:20-cv-15985-MCR-GRJ
  Joseph Yruegas, 7:20-cv-16000-MCR-GRJ

Case No. 3:19md2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Catherine Mitchell of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC hereby enters her appearance as counsel for Plaintiffs in the following actions:

- *Lloyd Ankrum v. 3M Company, et al.,* Case No. 7:20-cv-09529-MCR-GRJ

- *Crusito Baca v. 3M Company, et al.,* Case No. 7:20-cv-23413-MCR-GRJ

- *Charles Barringer v. 3M Company, et al.,* Case No. 7:20-cv-25462-MCR-GRJ

- *Jason M. Belford v. 3M Company, et al.,* Case No. 7:20-cv-09738-MCR-GRJ

- *David Brugger v. 3M Company, et al.,* Case No. 7:20-cv-10622-MCR-GRJ

- *Christopher Cabiness v. 3M Company, et al.,* Case No. 7:20-cv-30523-MCR-GRJ

- *Robert Daniel Coleman v. 3M Company, et al.,* Case No. 7:20-cv-13551-MCR-GRJ

- *James Thomas Daniels v. 3M Company, et al.,* Case No. 7:20-cv-14286-MCR-GRJ

- *Daniel Dunker v. 3M Company, et al.,* Case No. 7:20-cv-15315-MCR-GRJ

- *Marteze Edward Ford v. 3M Company, et al.,* Case No. 7:20-cv-11278-MCR-GRJ

- *John M. Gentner v. 3M Company, et al.,* Case No. 7:20-cv-11424-MCR-GRJ

- *Joel Edward Goffinett v. 3M Company, et al.,* Case No. 7:20-cv-11591-MCR-GRJ

- *Jeremy Harris v. 3M Company, et al.,* Case No. 7:20-cv-11833-MCR-GRJ

- *Adam T. Hazen v. 3M Company, et al.,* Case No. 7:20-cv-11879-MCR-GRJ

- *Ututoa Ino v. 3M Company, et al.,* Case No. 7:20-cv-12207-MCR-GRJ

- *Eric Jurich v. 3M Company, et al.,* Case No. 7:20-cv-13643-MCR-GRJ

- *Chad Klotz v. 3M Company, et al.,* Case No. 7:20-cv-15014-MCR-GRJ

2

- *Anthony Lee Luzadder v. 3M Company, et al.,* Case No. 7:20-cv-18312-MCR-GRJ

- *Kyle A. Markel v. 3M Company, et al.,* Case No. 7:20-cv-18488-MCR-GRJ

- *Jewel S. Martinez v. 3M Company, et al.,* Case No. 7:20-cv-18596-MCR-GRJ

- *James Edward Milledge, Sr. v. 3M Company, et al.,* Case No. 8:20-cv-05465-MCR-GRJ

- *Joshua Noble v. 3M Company, et al.,* Case No. 7:20-cv-12555-MCR-GRJ

- *Ronald Chris Oldani v. 3M Company, et al.,* Case No. 7:20-cv-12731-MCR-GRJ

- *Robert Parshall v. 3M Company, et al.,* Case No. 7:20-cv-12817-MCR-GRJ

- *Josue Julian Rios Cortes v. 3M Company, et al.,* Case No. 7:20-cv-13339-MCR-GRJ

- *Taylor Simpson v. 3M Company, et al.,* Case No. 7:20-cv-24656-MCR-GRJ

- *Paul James Tacker v. 3M Company, et al.,* Case No. 7:20-cv-14629-MCR-GRJ

- *Jacob Clarence Washington v. 3M Company, et al.,* Case No. 7:20-cv-13428-MCR-GRJ

- *Eric Walnofer v. 3M Company, et al.,* Case No. 7:20-cv-15651-MCR-GRJ

- *Eric D. Wolowicz v. 3M Company, et al.,* Case No. 7:20-cv-15985-MCR-GRJ, and

- *Joseph Yruegas v. 3M Company, et al.,* Case No. 7:20-cv-16000-MCR-GRJ.

Catherine Mitchell has completed the administrative requirements outlined in

Pretrial Order No. 3 (ECF Doc. No. 4) (Tutorial Confirmation No. FLND

16418531985506).

Counsel requests all further papers and pleadings in these actions and in the

Master Docket of MDL 2885 be served upon her.

Respectfully submitted

Dated: 01/12/2022          */s/ Catherine Mitchell*
                           Catherine Mitchell
                           Alabama State Bar No. 3504V13M
                           AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
                           kmitchell@awkolaw.com
                           17 East Main Street, Suite 200
                           Pensacola, FL 32502
                           Phone: (850) 202-1010
                           Facsimile: (850) 916-7449

*Attorneys for Plaintiffs, Lloyd Ankrum, Crusito Baca, Charles Barringer, Jason M. Belford, David Brugger, Christopher Cabiness, Robert Daniel Coleman, James Thomas Daniels, Daniel Dunker, Marteze Edward Ford, John M. Gentner, Joel Edward Goffinett, Jeremy Harris, Adam T. Hazen, Ututoa Ino, Eric Jurich, Chad Klotz, Anthony Lee Luzadder, Kyle A. Markel, Jewel S. Martinez, James Edward Milledge, Sr., Joshua Noble, Ronald Chris Oldani, Robert Parshall, Josue Julian Rios Cortes, Taylor Simpson, Paul James Tacker, Jacob Clarence Washington, Eric Walnofer, Eric D. Wolowicz, and Joseph Yruegas*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 12th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

                           */s/ Catherine Mitchell*
                           Catherine Mitchell