IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### MOTION OF EDWARD BERTRAM FOR ADMISSION *PRO HAC VICE* AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS

Pursuant to Pretrial Order No. 3, Case Management Order 1, and Local Rule 11.1 of the United States District Court for the Northern District of Florida, I, Edward Bertram of the law firm of Baron & Budd, P.C., 3102 Oak Lawn Avenue, Suite 1100, Dallas, Texas 75219, respectfully moves this Court for an Order for admission *pro hac vice*, and to receive Notice of Electronic Filings in this action. In support of this motion, state the following:

1. Edward Bertram resides in Dallas, Texas and is not a resident of the State of Florida.
2. Edward Bertram is not admitted to practice in the Northern District of Florida.
3. Edward Bertram is licensed to practice and is a member in good standing of the bar of the State of Texas.
4. A copy of a Letter of Good Standing from the State Bar of the State of Texas, dated within 30 days of this motion, is attached as **Exhibit A**.
5. Edward Bertram certifies that he has successfully completed both the online Local Rules tutorial exam (confirmation number FLND16415231105449) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

1

6. Edward Bertram has remitted simultaneously with the filing of the motion the Court's $208.00 *pro hac vice* admission fee.

7. Edward Bertram has updated his PACER account to "NextGen."

8. Edward Bertram is the attorney of record in the related cases identified in the exhibit attached hereto as **Exhibit B**.

WHEREFORE, Edward Bertram respectfully requests that this Court enter an Order granting his motion to appear *pro hac vice*, and directing the clerk to provide Notice of Electronic Filings to the undersigned to the following email address: ebertram@baronbudd.com.

Dated: January 12, 2021                Respectfully submitted:

**BARON & BUDD, P.C.**

*/s/ Edward Bertram*
Edward Bertram, TX SBN: 24101510
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
ebertram@baronbudd.com

***Counsel for Plaintiffs***

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                              */s/ Edward Bertram*
                                              Edward Bertram
                                              ***Counsel for Plaintiffs***