# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Catherine Mitchell, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1. Movant is a resident of Georgia and is not a resident of the state of Florida.

2. Movant is admitted to practice and is a member in good standing of the bars of the State of Alabama. A copy of a Certificate of Good Standing from the State of Alabama dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16418531985506, and the CM/ECF online tutorial.

4.  Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.  Movant has upgraded her PACER account to "NextGen."

6.  Movant is the attorney of record in the related cases identified in the exhibit attached hereto as Exhibit "B" and made a part hereof.

WHEREFORE, Catherine Mitchell respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: 01/12/2022          Respectfully submitted

/s/ Catherine Mitchell
Catherine Mitchell
Alabama State Bar No. 3504V13M
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
kmitchell@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 12th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ Catherine Mitchell
Catherine Mitchell