# EXHIBIT B

- *Lloyd Ankrum v. 3M Company, et al.,* Case No. 7:20-cv-09529-MCR-GRJ

- *Crusito Baca v. 3M Company, et al.,* Case No. 7:20-cv-23413-MCR-GRJ

- *Charles Barringer v. 3M Company, et al.,* Case No. 7:20-cv-25462-MCR-GRJ

- *Jason M. Belford v. 3M Company, et al.,* Case No. 7:20-cv-09738-MCR-GRJ

- *David Brugger v. 3M Company, et al.,* Case No. 7:20-cv-10622-MCR-GRJ

- *Christopher Cabiness v. 3M Company, et al.,* Case No. 7:20-cv-30523-MCR-GRJ

- *Robert Daniel Coleman v. 3M Company, et al.,* Case No. 7:20-cv-13551-MCR-GRJ

- *James Thomas Daniels v. 3M Company, et al.,* Case No. 7:20-cv-14286-MCR-GRJ

- *Daniel Dunker v. 3M Company, et al.,* Case No. 7:20-cv-15315-MCR-GRJ

- *Marteze Edward Ford v. 3M Company, et al.,* Case No. 7:20-cv-11278-MCR-GRJ

- *John M. Gentner v. 3M Company, et al.,* Case No. 7:20-cv-11424-MCR-GRJ

- *Joel Edward Goffinett v. 3M Company, et al.,* Case No. 7:20-cv-11591-MCR-GRJ

- *Jeremy Harris v. 3M Company, et al.,* Case No. 7:20-cv-11833-MCR-GRJ

- *Adam T. Hazen v. 3M Company, et al.,* Case No. 7:20-cv-11879-MCR-GRJ

- *Ututoa Ino v. 3M Company, et al.,* Case No. 7:20-cv-12207-MCR-GRJ

- *Eric Jurich v. 3M Company, et al.,* Case No. 7:20-cv-13643-MCR-GRJ

- *Chad Klotz v. 3M Company, et al.,* Case No. 7:20-cv-15014-MCR-GRJ

- *Anthony Lee Luzadder v. 3M Company, et al.,* Case No. 7:20-cv-18312-MCR-GRJ

- *Kyle A. Markel v. 3M Company, et al.,* Case No. 7:20-cv-18488-MCR-GRJ
- *Jewel S. Martinez v. 3M Company, et al.,* Case No. 7:20-cv-18596-MCR-GRJ
- *James Edward Milledge, Sr. v. 3M Company, et al.,* Case No. 8:20-cv-05465-MCR-GRJ
- *Joshua Noble v. 3M Company, et al.,* Case No. 7:20-cv-12555-MCR-GRJ
- *Ronald Chris Oldani v. 3M Company, et al.,* Case No. 7:20-cv-12731-MCR-GRJ
- *Robert Parshall v. 3M Company, et al.,* Case No. 7:20-cv-12817-MCR-GRJ
- *Josue Julian Rios Cortes v. 3M Company, et al.,* Case No. 7:20-cv-13339-MCR-GRJ
- *Taylor Simpson v. 3M Company, et al.,* Case No. 7:20-cv-24656-MCR-GRJ
- *Paul James Tacker v. 3M Company, et al.,* Case No. 7:20-cv-14629-MCR-GRJ
- *Jacob Clarence Washington v. 3M Company, et al.,* Case No. 7:20-cv-13428-MCR-GRJ
- *Eric Walnofer v. 3M Company, et al.,* Case No. 7:20-cv-15651-MCR-GRJ
- *Eric D. Wolowicz v. 3M Company, et al.,* Case No. 7:20-cv-15985-MCR-GRJ
- *Joseph Yruegas v. 3M Company, et al.,* Case No. 7:20-cv-16000-MCR-GRJ