UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, Charles F. Morrow, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above- styled case only, and in support thereof, states as follows:

1. Movant resides in Tennessee and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Tennessee. A copy of a Certificate of Good Standing from the State of Tennessee dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16415740375456, and completed

the CM/ECF Online Tutorials.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo LLC.

WHEREFORE, Charles F. Morrow respectfully requests that this Court enter an Order granting Charles F. Morrow of Butler Snow LLP, *pro hac vice* in this case.

Respectfully submitted on this 12th day of January, 2022.

/s/ Charles F. Morrow
Charles F. Morrow, TN Bar No. 13890
BUTLER SNOW PLLC
6075 Poplar Avenue
Suite 500
Memphis, TN 38119
Telephone:  (601) 680-7200
Facsimile:    (601) 680-7201
Email:  Chip.Morrow@butlersnow.com

*Counsel for Defendants 3M Company, 3MOccupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 12th day of January, 2022.

                                              */s/ Charles F. Morrow*
                                              Charles F. Morrow, TN Bar No. 13890