# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Jon Acteson, 7:20-cv-09401-MCR-GRJ<br>Sean Aikman, 7:20-cv-09425-MCR-GRJ<br>Dustin Bagwell, 8:20-cv-34036-MCR-GRJ<br>Nathan Frei, 7:20-cv-11506-MCR-GRJ<br>Lakobi Keon Hopson, 7:20-cv-12063-MCR-GRJ<br>Keith Keough, 7:20-cv-14576-MCR-GRJ<br>Sean Olson, 7:20-cv-12655-MCR-GRJ<br>Robert Theriot, 7:20-cv-14832-MCR-GRJ<br>David Vejarano, 7:20-cv-15495-MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Samantha M. Katen of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC hereby enters her appearance as counsel for Plaintiffs in the following actions:

- *Jon Acteson v. 3M Company, et al.,* Case No. 7:20-cv-09401-MCR-GRJ
- *Sean Aikman v. 3M Company, et al.,* Case No. 7:20-cv-09425-MCR-GRJ
- *Dustin Bagwell v. 3M Company, et al.,* Case No. 8:20-cv-34036-MCR-GRJ
- *Nathan Frei v. 3M Company, et al.,* Case No. 7:20-cv-11506-MCR-GRJ
- *Lakobi Keon Hopson v. 3M Company, et al.,* Case No. 7:20-cv-12063-MCR-GRJ
- *Keith Keough v. 3M Company, et al.,* Case No. 7:20-cv-14576-MCR-GRJ
- *Sean Olson v. 3M Company, et al.,* Case No. 7:20-cv-12655-MCR-GRJ
- *Robert Theriot v. 3M Company, et al.,* Case No. 7:20-cv-14832-MCR-GRJ, and

- *David Vejarano v. 3M Company, et al.,* Case No. 7:20-cv-15495-MCR-GRJ.

Counsel requests all further papers and pleadings in these actions and in the Master Docket of MDL 2885 be served upon her.

Dated: January 13, 2022   Respectfully submitted

/s/ Samantha M. Katen
Samantha M. Katen, FL Bar No. 29087
Jennifer M. Hoekstra, LA Bar No. 31476
Bryan F. Aylstock, FL Bar No. 78263
Chelsie R. Warner, MT Bar No. 11975
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
skaten@awkolaw.com
jhoekstra@awkolaw.com
baylstock@awkolaw.com
cwarner@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorneys for Plaintiffs, Jon Acteson, Sean Aikman, Dustin Bagwell, Nathan Frei, Lakobi Keon Hopson, Keith Keough, Sean Olson, Robert Theriot, and David Vejarano*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 13th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ Samantha M. Katen
Samantha M. Katen