IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

_____

IN RE: 3M COMBAT ARMS EARPLUG                    Case No. 3:19-md-2885
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to All Cases                        Judge M. Casey Rodgers
                                                          Magistrate Judge Gary R. Jones


_____


### MOTION OF JESSICA MURRAY FOR ADMISSION *PRO HAC VICE* AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS

Pursuant to Pretrial Order No. 3, Case Management Order 1, and Local Rule 11.1 of the United States District Court for the Northern District of Florida, I, Jessica Murray of the law firm of Baron & Budd, P.C., 3102 Oak Lawn Avenue, Suite 1100, Dallas, Texas 75219, respectfully move this Court for an Order for admission *pro hac vice*, and to receive Notice of Electronic Filings in this action.  In support of this motion, state the following:

1. Jessica Murray resides in Dallas, Texas and is not a resident of the State of Florida.

2. Jessica Murray is not admitted to practice in the Northern District of Florida.

3. Jessica Murray is licensed to practice and is a member in good standing of the bar of the State of Mississippi.

4. A copy of a Letter of Good Standing from the State Bar of the State of Mississippi, dated within 30 days of this motion, is attached as **Exhibit A**.

5. Jessica Murray certifies that she has successfully completed both the online Local Rules tutorial exam (confirmation number FLND16420216945528) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

1

6.  Jessica Murray has remitted simultaneously with the filing of the motion the Court's $208.00 *pro hac vice* admission fee.

7.  Jessica Murray has updated her PACER account to "NextGen."

8.  Jessica Murray is the attorney of record in the related cases identified in the exhibit attached hereto as **Exhibit B**.

WHEREFORE, Jessica Murray respectfully requests that this Court enter an Order granting her motion to appear *pro hac vice*, and directing the clerk to provide Notice of Electronic Filings to the undersigned to the following email address: jmurray@baronbudd.com.


Dated: January 13, 2022                     Respectfully submitted:

                                            **BARON & BUDD, P.C.**


                                            */s/ Jessica Murray*_____
                                            Jessica Murray, MS SBN: 103990
                                            **BARON & BUDD, P.C.**
                                            3102 Oak Lawn Avenue, Suite 1100
                                            Dallas, TX 75219
                                            Telephone: (214) 521-3605
                                            Facsimile: (214) 520-1181
                                            jmurray@baronbudd.com

                                            ***Counsel for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.


*/s/ Jessica Murray*_____
Jessica Murray
*Counsel for Plaintiffs*