# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, David G. Mayhan, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above- styled case only, and in support thereof states as follows:

1. Movant resides in Colorado and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Colorado. A copy of a Certificate of Good Standing from the State of Colorado dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16415997175478 and completed the CM/ECF Online Tutorials.

1

4.        David G. Mayhan has submitted to the Clerk the required $208.00 *pro hac* vice admission fee.

5.        David G. Mayhan has upgraded his PACER account to "NextGen."

6.        Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, David G. Mayhan respectfully requests that this Court enter an Order granting David G. Mayhan of Butler Snow PLLC, pro hac vice in this case.

Respectfully submitted on this 13th day of January, 2022.

*/s/ David G. Mayhan*
David G. Mayhan, CO Bar No. 15146
BUTLER SNOW PLLC
1801 California Street, Suite 5100
Denver, Colorado 80202
Telephone: (720) 330-2394
Facsimile: (720) 330-2301
E-mail:  David.Mayhan@butlersnow.com

*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding, LLC,*
*Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 13th day of January, 2022.

*/s/ David G. Mayhan*
David G. Mayhan, CO Bar No. 15146