# Exhibit A



**STATE OF COLORADO, ss:**

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**DAVID GREGORY MAYHAN**

has been duly licensed and admitted to practice as an

*ATTORNEY AND COUNSELOR AT LAW*

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **1st** day of **November** A.D. **1985** and that at the date hereof the said **DAVID GREGORY MAYHAN** is in good standing at this Bar.



**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **12th** day of **January** A.D. **2022**

*Cheryl Stevens*
                                Clerk

By *Myra Sanchez*
                              Deputy Clerk