# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE:  3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

This Document Relates to:

7:20-CV-87333-MCR-GRJ;
*Jerry Jerome Jessie v 3M et al*

7:20-CV-86068-MCR-GRJ;
*Benjamin Ray Burns III v 3M et al*

7:20-CV-88312-MCR-GRJ;
*Rick Chavez v 3M et al*

7:20-CV-94286-MCR-GRJ;
*Damien Hage v 3M et al*

Case No. 3:19md2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael James Ganley of Tracey Fox King &

Walters hereby enters his appearance as counsel for Plaintiffs in the following actions.

- Case No. 7:20-CV-87333-MCR-GRJ; *Jerry Jerome Jessie v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division
- Case No. 7:20-CV-86068-MCR-GRJ; *Benjamin Ray Burns III v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division
- Case No. 7:20-CV-88312-MCR-GRJ; *Rick Chavez v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division
- Case No. 7:20-CV-94286-MCR-GRJ; *Damien Hage v 3M et al;* In the U.S. District Court, Northern District of Florida- Pensacola Division

1

Counsel requests all further papers and pleadings in these actions and in the Master Docket of MDL 2885 be served upon him.

Dated:  January 13, 2022                    **Respectfully Submitted,**

                                            **TRACEY FOX KING & WALTERS**

                                            By: _/s/ Michael J. Ganley_
                                            Sean Patrick Tracey (Admitted Pro Hac Vice)
                                            Texas State Bar No. 20176500
                                            Shawn P. Fox (Admitted Pro Hac Vice)
                                            Texas State Bar No. 24040926
                                            Rebecca B. King (Admitted Pro Hac Vice)
                                            Texas Bar No. 24027110
                                            Lawrence F. Tracey (Admitted Pro Hac Vice)
                                            Texas State Bar No. 00788553)
                                            Scott C. Greenlee (PHV Pending)
                                            Texas State Bar No. 24007270
                                            Clint J. Casperson (Admitted Pro Hac Vice)
                                            Texas State Bar No. 24075561
                                            Julia Cline (Admitted Pro Hac Vice)
                                            Texas State Bar No. 24126758
                                            Michael James Ganley (Admitted Pro Hac Vice)
                                            New York Bar No. 5830898
                                            440 Louisiana St., Ste. 1901
                                            Houston, Texas 77002
                                            713-495-2333 Tel.
                                            866-709-2333 Facsimile
                                            stracey@traceylawfirm.com
                                            sfox@traceylawfirm.com
                                            rking@traceylawfirm.com
                                            ccasperson@traceylawfirm.com
                                            ltracey@traceylawfirm.com
                                            jcline@traceylawfirm.com
                                            mganley@traceylawfirm.com

3M@traceylawfirm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using CM/ECF system on January 13, 2022 and served electronically on all counsel of record using the CM/ECF system.

*/s/ Michael J. Ganley*
Michael J. Ganley