UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and Northern District of Florida Local Rule 11.1, I, Conner N. Turner, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof state as follows:

1.    Movant resides in Texas and is not a resident of the State of Florida.

2.    Movant is not admitted to practice in the Northern District of Florida. Movant is an active member in good standing with the State Bar of Texas. A copy of a Certificate of Good Standing from the State Bar of Texas, dated within 30 days of this motion, is attached hereto as Exhibit "A."

3.    Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16419216545511, and

1

completed the CM/ECF Online Tutorials.

4.       Conner N. Turner has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.       Conner N. Turner has an upgraded "NextGen" PACER account.

6.       Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Conner N. Turner respectfully requests that this Court enter an Order granting Conner N. Turner of Thompson, Coe, Cousins & Irons, LLP, *pro hac vice* in this case.

Respectfully submitted on this 13th day of January, 2022.

/s/ Conner N. Turner
Conner N. Turner,
Texas State Bar No. 24100004

THOMPSON, COE, COUSINS &
IRONS, LLP
One Riverway, Suite 1400
Austin, Texas 77056
Telephone:  (713) 403-8374
Facsimile:    (713) 403-8299
Email: cturner@thompsoncoe.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

2

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 13th day of January 2022.

/s/ *Conner N. Turner*
Conner N. Turner,
Texas State Bar No. 24100004

# EXHIBIT A

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 10, 2022

Re: Conner Neale Turner, State Bar Number 24100004

To Whom It May Concern:

This is to certify that Conner Neale Turner was licensed to practice law in Texas on May 02, 2016, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167