# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| PLAINTIFF(S), | Civil Action No. |
| v. | |
| 3M COMPANY, et al. | |
| DEFENDANTS. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Cameron D. Turner of the law firm Segal McCambridge Singer & Mahoney, Ltd., has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

DATED:   January 13, 2022          Respectfully submitted,

*/s/ Cameron D. Turner*
Cameron D. Turner
Florida Bar No. 1008101

SEGAL MCCAMBRIDGE SINGER & MAHONEY
1776 E. Sunrise Blvd.
Fort Lauderdale, FL 33304
Main (954) 765-1001
Fax (954) 765-1005
cturner@smsm.com

1

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

2

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 13th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ Cameron D. Turner
Cameron D. Turner
