# Supreme Court of Tennessee

# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## Anita Modak-Truran

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on January 21, 2014, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 5th day of January, 2022.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: _____
Lisa Miller, D.C.