UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Candice C. Kusmer, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Illinois and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bars of the States of Illinois and Missouri. A copy of the Certificates of Good Standing from the States of Illinois and Missouri dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

1

Admission Tutorial, confirmation number **FLND16420263405532** and completed the CM/ECF Online Tutorials.

    4.    Candice C. Kusmer has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

    5.    Candice C. Kusmer has upgraded her PACER account to "NextGen."

    6.    Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Candice C. Kusmer respectfully requests that this Court enter an Order granting Candice C. Kusmer of Manning Gross + Massenburg LLP, *pro hac vice* in this case.

Respectfully submitted on this 13th day of January, 2022.

                                                */s/ Candice C. Kusmer*
                                                Candice C. Kusmer, IL Bar No. 6284948

                                                MANNING GROSS + MASSENBURG LLP
                                                1405 N. Green Mount Road
                                                Suite 400
                                                O'Fallon, Illinois 62269
                                                Telephone:  (618) 277-500
                                                Facsimile: (618) 277-6334
                                                Email:  ckusmer@mgmlaw.com

                                                *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 13th day of January, 2022.

                                           */s/ Candice C. Kusmer*
                                           Candice C. Kusmer, IL Bar No. 6284948