# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| | Judge M. Casey Rodgers |
| *Bobbi Braden v. 3M Company, et al.* Civil Case No. 7:20-cv-85660 | |
| | Magistrate Judge Gary R. Jones |
| *Kevin D. Fuller v. 3M Company, et al.* Civil Case No. 7:20-cv-93596 | |
| *Carlos Xavier Garcia Martinez v. 3M Company, et al.* Civil Case No. 7:20-cv-93848 | |
| *Andrew Kinder v. 3M Company, et al.* Civil Case No. 7:20-cv-87861 | |
| *Joshuah Vogel v. 3M Company, et al.* Civil Case No. 7:20-cv-95553 | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Scott Greenlee of Tracey Fox King & Walters hereby enters his appearance as counsel for Plaintiffs in the following actions:

- *Bobbi Braden v. 3M Company et al.,* Civil Case No. 7:20-cv-85660
  In the U.S. District Court, Northern District of Florida- Pensacola Division
- *Kevin D. Fuller v. 3M Company, et al.*, Civil Case No. 7:20-cv-93596
  In the U.S. District Court, Northern District of Florida- Pensacola Division
- *Carlos X. Garcia Martinez v. 3M Company, et al.,* Civil Case No. 7:20-cv-93848
  In the U.S. District Court, Northern District of Florida- Pensacola Division
- *Andrew Kinder v. 3M Company, et al.,* Civil Case No. 7:20-cv-87861
  In the U.S. District Court, Northern District of Florida- Pensacola Division
- *Joshuah Vogel v. 3M Company, et al.,* Civil Case No. 7:20-cv-95553
  In the U.S. District Court, Northern District of Florida- Pensacola Division

1

Counsel requests all further papers and pleadings in these actions and in the Master Docket of MDL 2885 be served upon him.

Dated: <u>January 13, 2022</u>        **Respectfully Submitted,**

**TRACEY FOX KING & WALTERS**

*/s/ Scott Greenlee*
Sean Patrick Tracey (Admitted *Pro Hac Vice*)
Texas State Bar No. 20176500
Shawn P. Fox (Admitted *Pro Hac Vice*)
Texas State Bar No. 24040926
Rebecca B. King (Admitted *Pro Hac Vice*)
Texas Bar No. 24027110
Lawrence F. Tracey (Admitted *Pro Hac Vice*)
Texas State Bar No. 00788553)
Scott C. Greenlee (Admitted *Pro Hac Vice*)
Texas State Bar No. 24007270
Clint J. Casperson (Admitted *Pro Hac Vice*)
Texas State Bar No. 24075561
Julia Cline (Admitted *Pro Hac Vice*)
Texas State Bar No. 24126758
Micheál J. Ganley (Admitted *Pro Hac Vice*)
New York Bar No. 5830898
TRACEY FOX KING & WALTERS
440 Louisiana St., Ste. 1901
Houston, Texas 77002
713-495-2333 Tel.
866-709-2333 Facsimile
stracey@traceylawfirm.com
sfox@traceylawfirm.com
rking@traceylawfirm.com
ccasperson@traceylawfirm.com
ltracey@traceylawfirm.com
jcline@traceylawfirm.com
mganley@traceylawfirm.com
3M@traceylawfirm.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using CM/ECF system on January 13, 2022 and served electronically on all counsel of record using the CM/ECF system.

_____
Scott C. Greenlee