UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Lela M. Hollabaugh, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Tennessee and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Tennessee. A copy of a Certificate of Good Standing from the United States District Court for the Middle District of Tennessee dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

Admission Tutorial, confirmation number FLND16415685595450 and reviewed the CM/ECF Attorney's User Guide.

4. Lela M. Hollabaugh has submitted to the Clerk the required $208.00 *prohac vice* admission fee.

5. Lela M. Hollabaugh has upgraded her PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Lela M. Hollabaugh respectfully request that this Court enter an Order granting Lela M. Hollabaugh of Bradley Arant Boult Cummings, LLP, *pro hac vice* in this case.

Respectfully submitted on this 14th day of January 2022.

/s/ Lela M. Hollabaugh
Lela M. Hollabaugh, TN Board of Professional Responsibility # 14894

BRADLEY
1600 Division St., Suite 700
Nashville, TN  37203
Telephone:  (615) 252-2348
Facsimile:   (615) 252-6348
Email:  lhollabaugh@bradley.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 14th day of January, 2022.

                                           */s/ Lela M. Hollabaugh*
                                           Lela M. Hollabaugh, TBPR #14894