# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE



# CERTIFICATE OF GOOD STANDING

I, **LYNDA M. HILL,** Clerk of the United States District Court for the Middle District of Tennessee, do hereby certify that

**LELA M. HOLLABAUGH**

was duly admitted to practice in said Court on

**February 26, 1992**

and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on   January 14, 2022   .

LYNDA M. HILL, CLERK OF COURT

By: *[signature]*
Deputy Clerk