# EXHIBIT A



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

| | |
|---|---|
| One Prudential Plaza<br>130 East Randolph Drive, Suite 1500<br>Chicago, Illinois 60601-6219<br>(312) 565-2600  (800) 826-8625<br>Fax (312) 565-2320 | 3161 West White Oaks Drive, Suite 301<br>Springfield, IL 62704<br>(217) 546-3523  (800) 252-8048<br>Fax (217) 546-3785 |

Matthew Douglas Kelly
Segal, McCambridge, Singer & Mahoney
16430 Cottage Nook
Fenton, MI 48430

        Chicago
        Friday, January 07, 2022

        In re:   Matthew Douglas Kelly
        Admitted: 11/05/2009
        Attorney No. 6300175

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing

        Very truly yours,
        Jerome Larkin
        Administrator

        By://s//: *Lisa Medina*
                Lisa Medina
                Deputy Registrar

LM



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785