## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE:  3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

This Document Relates to:

7:20-CV-89249-MCR-GRJ;
*Jack Craig v 3M et al*

7:20-CV-86448-MCR-GRJ;
*Luke Hurst v 3M et al*

7:20-CV-84303-MCR-GRJ;
*Stephen Barnes v 3M et al*

7:20-CV-94097-MCR-GRJ;
*Leeanna Henson v 3M et al*

7:20-CV-96442-MCR-GRJ;
*Gregory Washington v 3M et al*

Case No. 3:19-md-02885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

---

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Rebecca B. King of Tracey Fox King & Walters

hereby enters her appearance as counsel for Plaintiffs in the following actions.

- Case No. 7:20-CV-89249-MCR-GRJ; *Jack Craig v 3M et al*; In the U.S. District
  Court, Northern District of Florida- Pensacola Division
- Case No. 7:20-CV-86448-MCR-GRJ; *Luke Hurst v 3M et al*; In the U.S. District
  Court, Northern District of Florida- Pensacola Division

- Case No. 7:20-CV-84303-MCR-GRJ; *Stephen Barnes v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division
- Case No. 7:20-CV-94097-MCR-GRJ; *Leeanna Henson v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division
- Case No. 7:20-CV-96442-MCR-GRJ; *Gregory Washington v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division

Counsel requests all further papers and pleadings in these actions and in the

Master Docket of MDL 2885 be served upon her.


Dated:  January 14, 2022                    **Respectfully Submitted,**


                                             **TRACEY FOX KING & WALTERS**

                                             By: */s/ Rebecca B. King*
                                             Sean Patrick Tracey (Admitted Pro Hac Vice)
                                             Texas State Bar No. 20176500
                                             Shawn P. Fox (Admitted Pro Hac Vice)
                                             Texas State Bar No. 24040926
                                             Rebecca B. King (Admitted Pro Hac Vice)
                                             Texas Bar No. 24027110
                                             Lawrence F. Tracey (Admitted Pro Hac Vice)
                                             Texas State Bar No. 00788553)
                                             Scott C. Greenlee (PHV Pending)
                                             Texas State Bar No. 24007270
                                             Clint J. Casperson (Admitted Pro Hac Vice)
                                             Texas State Bar No. 24075561
                                             Julia Cline (Admitted Pro Hac Vice)
                                             Texas State Bar No. 24126758
                                             Michael James Ganley (Admitted Pro Hac Vice)
                                             New York Bar No. 5830898
                                             440 Louisiana St., Ste. 1901
                                             Houston, Texas 77002
                                             713-495-2333 Tel.
                                             866-709-2333 Facsimile
                                             stracey@traceylawfirm.com

sfox@traceylawfirm.com
rking@traceylawfirm.com
ccasperson@traceylawfirm.com
ltracey@traceylawfirm.com
jcline@traceylawfirm.com
mganley@traceylawfirm.com
3M@traceylawfirm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using CM/ECF system on January 14, 2022 and served electronically on all counsel of record using the CM/ECF system.

*/s/ Rebecca B. King*
Rebecca B. King