UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>7:20-CV-89249-MCR-GRJ;<br>*Jack Craig v 3M et al*<br><br>7:20-CV-86448-MCR-GRJ;<br>*Luke Hurst v 3M et al*<br><br>7:20-CV-84303-MCR-GRJ;<br>*Stephen Barnes v 3M et al*<br><br>7:20-CV-94097-MCR-GRJ;<br>*Leeanna Henson v 3M et al*<br><br>7:20-CV-96442-MCR-GRJ;<br>*Gregory Washington v 3M et al* | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Rebecca B. King of Tracey Fox King & Walters hereby enters her appearance as counsel for Plaintiffs in the following actions.

- Case No. 7:20-CV-89249-MCR-GRJ; *Jack Craig v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division
- Case No. 7:20-CV-86448-MCR-GRJ; *Luke Hurst v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division

1

- Case No. 7:20-CV-84303-MCR-GRJ; *Stephen Barnes v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division
- Case No. 7:20-CV-94097-MCR-GRJ; *Leeanna Henson v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division
- Case No. 7:20-CV-96442-MCR-GRJ; *Gregory Washington v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division

Counsel requests all further papers and pleadings in these actions and in the Master Docket of MDL 2885 be served upon her.

Dated:  January 14, 2022         **Respectfully Submitted,**

**TRACEY FOX KING & WALTERS**

By: /s/ *Rebecca B. King*
Sean Patrick Tracey (Admitted Pro Hac Vice)
Texas State Bar No. 20176500
Shawn P. Fox (Admitted Pro Hac Vice)
Texas State Bar No. 24040926
Rebecca B. King (Admitted Pro Hac Vice)
Texas Bar No. 24027110
Lawrence F. Tracey (Admitted Pro Hac Vice)
Texas State Bar No. 00788553)
Scott C. Greenlee (PHV Pending)
Texas State Bar No. 24007270
Clint J. Casperson (Admitted Pro Hac Vice)
Texas State Bar No. 24075561
Julia Cline (Admitted Pro Hac Vice)
Texas State Bar No. 24126758
Michael James Ganley (Admitted Pro Hac Vice)
New York Bar No. 5830898
440 Louisiana St., Ste. 1901
Houston, Texas 77002
713-495-2333 Tel.
866-709-2333 Facsimile
stracey@traceylawfirm.com

        sfox@traceylawfirm.com
        rking@traceylawfirm.com
        ccasperson@traceylawfirm.com
        ltracey@traceylawfirm.com
        jcline@traceylawfirm.com
        mganley@traceylawfirm.com
        3M@traceylawfirm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using CM/ECF system on January 14, 2022 and served electronically on all counsel of record using the CM/ECF system.

*/s/ Rebecca B. King*
Rebecca B. King
