# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>7:20-CV-92209-MCR-GRJ;<br>*Dusty Perry v 3M et al*<br><br>7:20-CV-93326-MCR-GRJ;<br>*Randal Forrester v 3M et al*<br><br>7:20-CV-92133-MCR-GRJ;<br>*Charles Rodgers v 3M et al* | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lawrence F. Tracey of Tracey Fox King & Walters hereby enters his appearance as counsel for Plaintiffs in the following actions.

- Case No. 7:20-CV-92209-MCR-GRJ; *Dusty Perry v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division
- Case No. 7:20-CV-93326-MCR-GRJ; *Randal Forrester v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division
- Case No. 7:20-CV-92133-MCR-GRJ; *Charles Rodgers v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division

Counsel requests all further papers and pleadings in these actions and in the Master Docket of MDL 2885 be served upon him.

Dated:  January 14, 2022    **Respectfully Submitted,**

**TRACEY FOX KING & WALTERS**

By: /s/ Lawrence F. Tracey
Sean Patrick Tracey (Admitted Pro Hac Vice)
Texas State Bar No. 20176500
Shawn P. Fox (Admitted Pro Hac Vice)
Texas State Bar No. 24040926
Rebecca B. King (Admitted Pro Hac Vice)
Texas Bar No. 24027110
Lawrence F. Tracey (Admitted Pro Hac Vice)
Texas State Bar No. 00788553)
Scott C. Greenlee (PHV Pending)
Texas State Bar No. 24007270
Clint J. Casperson (Admitted Pro Hac Vice)
Texas State Bar No. 24075561
Julia Cline (Admitted Pro Hac Vice)
Texas State Bar No. 24126758
Michael James Ganley (Admitted Pro Hac Vice)
New York Bar No. 5830898
440 Louisiana St., Ste. 1901
Houston, Texas 77002
713-495-2333 Tel.
866-709-2333 Facsimile
stracey@traceylawfirm.com
sfox@traceylawfirm.com
rking@traceylawfirm.com
ccasperson@traceylawfirm.com
ltracey@traceylawfirm.com
jcline@traceylawfirm.com
mganley@traceylawfirm.com
3M@traceylawfirm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using CM/ECF system on January 14, 2022 and served electronically on all counsel of record using the CM/ECF system.

*/s/ Lawrence F. Tracey*
Lawrence F. Tracey
