## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | | |
|---|---|---|
| **IN RE: 3M COMBAT ARMS** | § | |
| **EARPLUG PRODUCTS** | § | **Case No. 3:19md2885** |
| **LIABILITY LITIGATION** | § | |
| | § | **Judge M. Casey Rodgers** |
| **THIS DOCUMENT RELATES** | § | **Magistrate Judge Gary R. Jones** |
| **TO ALL CASES** | § | |

## MOTION OF LEWIS JAMES WOOD FOR ADMISSION PRO HAC VICE AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now LEWIS JAMES WOOD, Applicant herein, and moves this Court to grant admission to the United States District Court for the Northern District of Florida *pro hac vice* to appear in this case, and would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm THE JAMES WOOD LAW FIRM PLLC with offices at:

| | |
|---|---|
| **Mailing Address:** | **THE JAMES WOOD LAW FIRM, PLLC** |
| | **508 Powell Street** |
| | **Austin, TX 78703** |
| **Telephone:** | **(512 692-9266** |
| **Facsimile:** | **(512) 686-3152** |
| **Email:** | **james@lineofdutylaw.com** |
| **Admin CC:** | **contact@lineofdutylaw.com** |

**2.** **I am the attorney of record for the following cases which are transitioning from the administrative docket to the 3M MDL docket, among others:**

   a) **Nikolas Anderson,**

   **Administrative Docket No. 7:21-cv-48595-MCR-GRJ**

   b) **Trinithad Garcia,**

   **Administrative Docket No. 7:21-cv-48592-MCR-GRJ**

   c) **Mark Yaletchko,**

   **Administrative Docket No. 7:21-cv-48593-MCR-GRJ**

   d) **Andrew Cruise,**

   **Administrative Docket No. 7:21-cv-48594-MCR-GRJ**

3. I am the attorney of record for the following case which is on the 3M MDL:

   e) Shawn Coe, 3:20cv5873

4. Applicant has completed the Attorney Admission Tutorial and received confirmation number **FLND16331076885074**.

5. Since May 6, 2011, Applicant has been and presently is a member of and in good standing with the Bar of the State of Texas. Applicant's bar license number is Texas Bar No. 24076785.

6. Applicant has been admitted to practice before the following courts: **State Bar of Texas / State Courts**

   **May 6, 2011**

**Western District of Texas / Federal Court**

**April 9, 2021**

7.  Applicant is presently a member in good standing of the bars of the courts listed above.

8.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

9.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

10. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

11. Applicant has reemitted simultaneously with the filing of this motion the Court's $208.00 *pro hac vice* admission fee.

12. Applicant's PACER account is "NextGen."

13. A Certificate of Good Standing from the State Bar of Texas dated September 15, 2021 is attached hereto as **Exhibit A.**

14. Upon Admission, Applicant Lewis James Wood respectfully requests that he be provided Notice of Electronic Filings to the following e-mail address: contact@lineofdutylaw.com.

WHEREFORE, Applicant prays that this Court enter an order permitting the admission of LEWIS J. WOOD to the Northern District of Florida *pro hac vice* for this case only.

Respectfully submitted,

By:_____

L. JAMES WOOD
Texas Bar No. 24076785
james@lineofdutylaw.com

**THE JAMES WOOD LAW FIRM, PLLC**
508 Powell Street
Austin, Texas 78703
P:      512.692.9266
F:      512.686.3152
W:     lineofdutylaw.com
CC:    contact@lineofdutylaw.com
          natalie@lineofdutylaw.com

E-File          Service          Address:
eservice@lineofdutylaw.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify this 14th day of January 2022, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filling via e-mail to all registered counsel of record.

By:   _____

**LEWIS JAMES WOOD**

**January 14, 2022**