# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Jason P. Eckerly ("Movant"), respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Michigan and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Michigan. A copy of a Certificate(s) of Good Standing from the State of Michigan, Illinois, Pennsylvania, and Missouri, dated within 30 days of this motion, is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial (confirmation no. FLND16420842085539) and completed the CM/ECF Online Tutorials.

4. Movant has submitted to the Clerk the required $208.00 pro hac vice admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Movant respectfully requests that this Court enter an Order granting Jason P. Eckerly of Segal McCambridge Singer & Mahoney, Ltd., to appear *pro hac vice* in this case.

Respectfully submitted on this 15th day of January 2022.

/s/Jason P. Eckerly
Jason P. Eckerly
Michigan Bar No. P64955
Illinois Bar No. 6288127
Pennsylvania No. 313327
Missouri Bar No. 67855

SEGAL MCCAMBRIDGE SINGER & MAHONEY
233 S. Wacker Drive, Suite 5500
Chicago, IL  60606
Telephone: (312) 645-7800
Fax: (312) 645-7711
jeckerly@smsm.com

*Counsel for Defendants 3M Company, 3MOccupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 15th day of January 2022.

>   */s/  Jason P. Eckerly*
>   Jason P. Eckerly