## Donna Bajzik

**From:** FLNDdb_efile MDL
**Sent:** Tuesday, January 18, 2022 7:16 AM
**To:** Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt
**Subject:** FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Tuesday, January 18, 2022 1:14:53 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS***** **Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 1/18/2022 at 8:14 AM EST and filed on 1/18/2022

**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:** MDL No. 2885
**Filer:**
**Document Number:** 1550

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-135) - 12 action(s)** ***re: pldg. ([1545] in MDL No. 2885, 18 in MN/0:20-cv-01984, 18 in MN/0:20-cv-02010, 18 in MN/0:20-cv-02042, 18 in MN/0:20-cv-02125, 20 in MN/0:20-cv-02408, 22 in MN/0:21-cv-01310, 22 in MN/0:21-cv-01311, 22 in MN/0:21-cv-01313, 22 in MN/0:21-cv-01317, 22 in MN/0:21-cv-01319, 19 in MN/0:21-cv-01546, 17 in MN/0:21-cv-01665)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/18/2022.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-01984, MN/0:20-cv-02010, MN/0:20-cv-02042, MN/0:20-cv-02125, MN/0:20-cv-02408, MN/0:21-cv-01310, MN/0:21-cv-01311, MN/0:21-cv-01313, MN/0:21-cv-01317, MN/0:21-cv-01319, MN/0:21-cv-01546, MN/0:21-cv-01665 (JC)**

**Case Name:** Ahrens et al v. 3M Company et al

**Case Number:** MN/0:21-cv-01546
**Filer:**
**Document Number:** 21

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-135) - 12 action(s)** ***re: pldg. ( [1545] in MDL No. 2885, 18 in MN/0:20-cv-01984, 18 in MN/0:20-cv-02010, 18 in MN/0:20-cv-02042, 18 in MN/0:20-cv-02125, 20 in MN/0:20-cv-02408, 22 in MN/0:21-cv-01310, 22 in MN/0:21-cv-01311, 22 in MN/0:21-cv-01313, 22 in MN/0:21-cv-01317, 22 in MN/0:21-cv-01319, 19 in MN/0:21-cv-01546, 17 in MN/0:21-cv-01665)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/18/2022.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-01984, MN/0:20-cv-02010, MN/0:20-cv-02042, MN/0:20-cv-02125, MN/0:20-cv-02408, MN/0:21-cv-01310, MN/0:21-cv-01311, MN/0:21-cv-01313, MN/0:21-cv-01317, MN/0:21-cv-01319, MN/0:21-cv-01546, MN/0:21-cv-01665 (JC)**

**Case Name:** Anderson et al v. 3M Company et al
**Case Number:** MN/0:20-cv-02010
**Filer:**
**Document Number:** 20

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-135) - 12 action(s)** ***re: pldg. ( [1545] in MDL No. 2885, 18 in MN/0:20-cv-01984, 18 in MN/0:20-cv-02010, 18 in MN/0:20-cv-02042, 18 in MN/0:20-cv-02125, 20 in MN/0:20-cv-02408, 22 in MN/0:21-cv-01310, 22 in MN/0:21-cv-01311, 22 in MN/0:21-cv-01313, 22 in MN/0:21-cv-01317, 22 in MN/0:21-cv-01319, 19 in MN/0:21-cv-01546, 17 in MN/0:21-cv-01665)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/18/2022.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-01984, MN/0:20-cv-02010, MN/0:20-cv-02042, MN/0:20-cv-02125, MN/0:20-cv-02408, MN/0:21-cv-01310, MN/0:21-cv-01311, MN/0:21-cv-01313, MN/0:21-cv-01317, MN/0:21-cv-01319, MN/0:21-cv-01546, MN/0:21-cv-01665 (JC)**

**Case Name:** Flansburg v. 3M Company et al
**Case Number:** MN/0:21-cv-01310
**Filer:**
**Document Number:** 24

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-135) - 12 action(s)** ***re: pldg. ( [1545] in MDL No. 2885, 18 in MN/0:20-cv-01984, 18 in MN/0:20-cv-02010, 18 in MN/0:20-cv-02042, 18 in MN/0:20-cv-02125, 20 in MN/0:20-cv-02408, 22 in MN/0:21-cv-01310, 22 in MN/0:21-cv-01311, 22 in MN/0:21-cv-01313, 22 in MN/0:21-cv-01317, 22 in MN/0:21-cv-01319, 19 in MN/0:21-cv-01546, 17 in MN/0:21-cv-01665)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/18/2022.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-01984, MN/0:20-cv-02010, MN/0:20-cv-02042, MN/0:20-cv-02125, MN/0:20-cv-02408, MN/0:21-cv-01310, MN/0:21-cv-01311, MN/0:21-cv-01313, MN/0:21-cv-01317, MN/0:21-cv-01319, MN/0:21-cv-01546, MN/0:21-cv-01665 (JC)**

**Case Name:** Lestenkof et al v. 3M Company et al
**Case Number:** MN/0:21-cv-01313
**Filer:**
**Document Number:** 24

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-135) - 12 action(s) *re: pldg. ( [1545] in MDL No. 2885, 18 in MN/0:20-cv-01984, 18 in MN/0:20-cv-02010, 18 in MN/0:20-cv-02042, 18 in MN/0:20-cv-02125, 20 in MN/0:20-cv-02408, 22 in MN/0:21-cv-01310, 22 in MN/0:21-cv-01311, 22 in MN/0:21-cv-01313, 22 in MN/0:21-cv-01317, 22 in MN/0:21-cv-01319, 19 in MN/0:21-cv-01546, 17 in MN/0:21-cv-01665)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/18/2022.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-01984, MN/0:20-cv-02010, MN/0:20-cv-02042, MN/0:20-cv-02125, MN/0:20-cv-02408, MN/0:21-cv-01310, MN/0:21-cv-01311, MN/0:21-cv-01313, MN/0:21-cv-01317, MN/0:21-cv-01319, MN/0:21-cv-01546, MN/0:21-cv-01665 (JC)**

**Case Name:** Almendinger et al v. 3M Company et al
**Case Number:** MN/0:21-cv-01665
**Filer:**
**Document Number:** 19

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-135) - 12 action(s) *re: pldg. ( [1545] in MDL No. 2885, 18 in MN/0:20-cv-01984, 18 in MN/0:20-cv-02010, 18 in MN/0:20-cv-02042, 18 in MN/0:20-cv-02125, 20 in MN/0:20-cv-02408, 22 in MN/0:21-cv-01310, 22 in MN/0:21-cv-01311, 22 in MN/0:21-cv-01313, 22 in MN/0:21-cv-01317, 22 in MN/0:21-cv-01319, 19 in MN/0:21-cv-01546, 17 in MN/0:21-cv-01665)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/18/2022.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-01984, MN/0:20-cv-02010, MN/0:20-cv-02042, MN/0:20-cv-02125, MN/0:20-cv-02408, MN/0:21-cv-01310, MN/0:21-cv-01311, MN/0:21-cv-01313, MN/0:21-cv-01317, MN/0:21-cv-01319, MN/0:21-cv-01546, MN/0:21-cv-01665 (JC)**

**Case Name:** Cavins et al v. 3M Company et al
**Case Number:** MN/0:20-cv-02408
**Filer:**
**Document Number:** 22

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-135) - 12 action(s) *re: pldg. ( [1545] in MDL No. 2885, 18 in MN/0:20-cv-01984, 18 in MN/0:20-cv-02010, 18 in MN/0:20-cv-02042, 18 in MN/0:20-cv-02125, 20 in MN/0:20-cv-02408, 22 in MN/0:21-cv-01310, 22 in MN/0:21-cv-01311, 22***

***in MN/0:21-cv-01313, 22 in MN/0:21-cv-01317, 22 in MN/0:21-cv-01319, 19 in MN/0:21-cv-01546, 17 in MN/0:21-cv-01665)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/18/2022.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-01984, MN/0:20-cv-02010, MN/0:20-cv-02042, MN/0:20-cv-02125, MN/0:20-cv-02408, MN/0:21-cv-01310, MN/0:21-cv-01311, MN/0:21-cv-01313, MN/0:21-cv-01317, MN/0:21-cv-01319, MN/0:21-cv-01546, MN/0:21-cv-01665 (JC)**

**Case Name:** Akin et al v. 3M Company et al
**Case Number:** MN/0:20-cv-02125
**Filer:**
**Document Number:** 20

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-135) - 12 action(s)** ***re: pldg. ( [1545] in MDL No. 2885, 18 in MN/0:20-cv-01984, 18 in MN/0:20-cv-02010, 18 in MN/0:20-cv-02042, 18 in MN/0:20-cv-02125, 20 in MN/0:20-cv-02408, 22 in MN/0:21-cv-01310, 22 in MN/0:21-cv-01311, 22 in MN/0:21-cv-01313, 22 in MN/0:21-cv-01317, 22 in MN/0:21-cv-01319, 19 in MN/0:21-cv-01546, 17 in MN/0:21-cv-01665)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/18/2022.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-01984, MN/0:20-cv-02010, MN/0:20-cv-02042, MN/0:20-cv-02125, MN/0:20-cv-02408, MN/0:21-cv-01310, MN/0:21-cv-01311, MN/0:21-cv-01313, MN/0:21-cv-01317, MN/0:21-cv-01319, MN/0:21-cv-01546, MN/0:21-cv-01665 (JC)**

**Case Name:** Almquist et al v. 3M Company et al
**Case Number:** MN/0:21-cv-01319
**Filer:**
**Document Number:** 24

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-135) - 12 action(s)** ***re: pldg. ( [1545] in MDL No. 2885, 18 in MN/0:20-cv-01984, 18 in MN/0:20-cv-02010, 18 in MN/0:20-cv-02042, 18 in MN/0:20-cv-02125, 20 in MN/0:20-cv-02408, 22 in MN/0:21-cv-01310, 22 in MN/0:21-cv-01311, 22 in MN/0:21-cv-01313, 22 in MN/0:21-cv-01317, 22 in MN/0:21-cv-01319, 19 in MN/0:21-cv-01546, 17 in MN/0:21-cv-01665)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/18/2022.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-01984, MN/0:20-cv-02010, MN/0:20-cv-02042, MN/0:20-cv-02125, MN/0:20-cv-02408, MN/0:21-cv-01310, MN/0:21-cv-01311, MN/0:21-cv-01313, MN/0:21-cv-01317, MN/0:21-cv-01319, MN/0:21-cv-01546, MN/0:21-cv-01665 (JC)**

**Case Name:** McClean-Coyer et al v. 3M Company et al
**Case Number:** MN/0:21-cv-01317
**Filer:**
**Document Number:** 24

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-135) - 12 action(s) *re: pldg. ( [1545] in MDL No. 2885, 18 in MN/0:20-cv-01984, 18 in MN/0:20-cv-02010, 18 in MN/0:20-cv-02042, 18 in MN/0:20-cv-02125, 20 in MN/0:20-cv-02408, 22 in MN/0:21-cv-01310, 22 in MN/0:21-cv-01311, 22 in MN/0:21-cv-01313, 22 in MN/0:21-cv-01317, 22 in MN/0:21-cv-01319, 19 in MN/0:21-cv-01546, 17 in MN/0:21-cv-01665)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/18/2022.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-01984, MN/0:20-cv-02010, MN/0:20-cv-02042, MN/0:20-cv-02125, MN/0:20-cv-02408, MN/0:21-cv-01310, MN/0:21-cv-01311, MN/0:21-cv-01313, MN/0:21-cv-01317, MN/0:21-cv-01319, MN/0:21-cv-01546, MN/0:21-cv-01665 (JC)**

**Case Name:** Briones v. 3M Company et al
**Case Number:** MN/0:20-cv-02042
**Filer:**
**Document Number:** 20

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-135) - 12 action(s) *re: pldg. ( [1545] in MDL No. 2885, 18 in MN/0:20-cv-01984, 18 in MN/0:20-cv-02010, 18 in MN/0:20-cv-02042, 18 in MN/0:20-cv-02125, 20 in MN/0:20-cv-02408, 22 in MN/0:21-cv-01310, 22 in MN/0:21-cv-01311, 22 in MN/0:21-cv-01313, 22 in MN/0:21-cv-01317, 22 in MN/0:21-cv-01319, 19 in MN/0:21-cv-01546, 17 in MN/0:21-cv-01665)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/18/2022.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-01984, MN/0:20-cv-02010, MN/0:20-cv-02042, MN/0:20-cv-02125, MN/0:20-cv-02408, MN/0:21-cv-01310, MN/0:21-cv-01311, MN/0:21-cv-01313, MN/0:21-cv-01317, MN/0:21-cv-01319, MN/0:21-cv-01546, MN/0:21-cv-01665 (JC)**

**Case Name:** Kauffman et al v. 3M Company et al
**Case Number:** MN/0:21-cv-01311
**Filer:**
**Document Number:** 24

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-135) - 12 action(s) *re: pldg. ( [1545] in MDL No. 2885, 18 in MN/0:20-cv-01984, 18 in MN/0:20-cv-02010, 18 in MN/0:20-cv-02042, 18 in MN/0:20-cv-02125, 20 in MN/0:20-cv-02408, 22 in MN/0:21-cv-01310, 22 in MN/0:21-cv-01311, 22 in MN/0:21-cv-01313, 22 in MN/0:21-cv-01317, 22 in MN/0:21-cv-01319, 19 in MN/0:21-cv-01546, 17 in MN/0:21-cv-01665)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/18/2022.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-01984, MN/0:20-cv-02010, MN/0:20-cv-02042, MN/0:20-cv-02125, MN/0:20-cv-02408, MN/0:21-cv-01310, MN/0:21-cv-01311, MN/0:21-cv-01313, MN/0:21-cv-01317, MN/0:21-cv-01319, MN/0:21-cv-01546, MN/0:21-cv-01665 (JC)**

**Case Name:** Bischoff et al v. 3M Company et al

**Case Number:** MN/0:20-cv-01984
**Filer:**
**Document Number:** 20

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-135) - 12 action(s)** ***re: pldg. ( [1545] in MDL No. 2885, 18 in MN/0:20-cv-01984, 18 in MN/0:20-cv-02010, 18 in MN/0:20-cv-02042, 18 in MN/0:20-cv-02125, 20 in MN/0:20-cv-02408, 22 in MN/0:21-cv-01310, 22 in MN/0:21-cv-01311, 22 in MN/0:21-cv-01313, 22 in MN/0:21-cv-01317, 22 in MN/0:21-cv-01319, 19 in MN/0:21-cv-01546, 17 in MN/0:21-cv-01665)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/18/2022.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-01984, MN/0:20-cv-02010, MN/0:20-cv-02042, MN/0:20-cv-02125, MN/0:20-cv-02408, MN/0:21-cv-01310, MN/0:21-cv-01311, MN/0:21-cv-01313, MN/0:21-cv-01317, MN/0:21-cv-01319, MN/0:21-cv-01546, MN/0:21-cv-01665 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr bbarr@levinlaw.com

MICHAEL ANDREW BURNS epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-01546 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Richard M. Paul, III Rick@PaulLLP.com, Amy@PaulLLP.com, Ashlea@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Amanda M Williams awilliams@gustafsongluek.com

Karla M. Gluek kgluek@gustafsongluek.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson dgustafson@gustafsongluek.com

William R Sieben wsieben@schwebel.com

Alicia N Sieben asieben@schwebel.com

Ashlea G Schwarz Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber mbarber@schwebel.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

**MN/0:21-cv-01546 Notice will not be electronically mailed to:**

**MN/0:20-cv-02010 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Richard M. Paul, III Rick@PaulLLP.com, Amy@PaulLLP.com, Ashlea@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Amanda M Williams awilliams@gustafsongluek.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson dgustafson@gustafsongluek.com

William R Sieben wsieben@schwebel.com

Alicia N Sieben asieben@schwebel.com

Ashlea G Schwarz Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber mbarber@schwebel.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

**MN/0:20-cv-02010 Notice will not be electronically mailed to:**

**MN/0:21-cv-01310 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Richard M. Paul, III Rick@PaulLLP.com, Amy@PaulLLP.com, Ashlea@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Amanda M Williams awilliams@gustafsongluek.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson dgustafson@gustafsongluek.com

William R Sieben wsieben@schwebel.com

Alicia N Sieben asieben@schwebel.com

Ashlea G Schwarz Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber mbarber@schwebel.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

Andrew Crowder acrowder@blackwellburke.com

**MN/0:21-cv-01310 Notice will not be electronically mailed to:**

**MN/0:21-cv-01313 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Richard M. Paul, III Rick@PaulLLP.com, Amy@PaulLLP.com, Ashlea@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Amanda M Williams awilliams@gustafsongluek.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson dgustafson@gustafsongluek.com

William R Sieben wsieben@schwebel.com

Alicia N Sieben asieben@schwebel.com

Ashlea G Schwarz Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber mbarber@schwebel.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

Andrew Crowder acrowder@blackwellburke.com

**MN/0:21-cv-01313 Notice will not be electronically mailed to:**

**MN/0:21-cv-01665 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Richard M. Paul, III Rick@PaulLLP.com, Amy@PaulLLP.com, Ashlea@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Amanda M Williams awilliams@gustafsongluek.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson dgustafson@gustafsongluek.com

William R Sieben wsieben@schwebel.com

Alicia N Sieben asieben@schwebel.com

Ashlea G Schwarz Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber mbarber@schwebel.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

**MN/0:21-cv-01665 Notice will not be electronically mailed to:**

**MN/0:20-cv-02408 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Richard M. Paul, III Rick@PaulLLP.com, Amy@PaulLLP.com, Ashlea@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Amanda M Williams awilliams@gustafsongluek.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson dgustafson@gustafsongluek.com

William R Sieben wsieben@schwebel.com

Alicia N Sieben asieben@schwebel.com

Ashlea G Schwarz Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber mbarber@schwebel.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

**MN/0:20-cv-02408 Notice will not be electronically mailed to:**

**MN/0:20-cv-02125 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Richard M. Paul, III Rick@PaulLLP.com, Amy@PaulLLP.com, Ashlea@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Amanda M Williams awilliams@gustafsongluek.com

Karla M. Gluek kgluek@gustafsongluek.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson dgustafson@gustafsongluek.com

William R Sieben wsieben@schwebel.com

Alicia N Sieben asieben@schwebel.com

Ashlea G Schwarz Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber mbarber@schwebel.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

**MN/0:20-cv-02125 Notice will not be electronically mailed to:**

**MN/0:21-cv-01319 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Richard M. Paul, III Rick@PaulLLP.com, Amy@PaulLLP.com, Ashlea@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Amanda M Williams (Terminated) awilliams@gustafsongluek.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson (Terminated) dgustafson@gustafsongluek.com

William R Sieben (Terminated) wsieben@schwebel.com

Alicia N Sieben (Terminated) asieben@schwebel.com

Ashlea G Schwarz Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber (Terminated) mbarber@schwebel.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

Andrew Crowder acrowder@blackwellburke.com

**MN/0:21-cv-01319 Notice will not be electronically mailed to:**

**MN/0:21-cv-01317 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Richard M. Paul, III Rick@PaulLLP.com, Amy@PaulLLP.com, Ashlea@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Amanda M Williams awilliams@gustafsongluek.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson dgustafson@gustafsongluek.com

William R Sieben wsieben@schwebel.com

Alicia N Sieben asieben@schwebel.com

Ashlea G Schwarz Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber mbarber@schwebel.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

Andrew Crowder acrowder@blackwellburke.com

**MN/0:21-cv-01317 Notice will not be electronically mailed to:**

**MN/0:20-cv-02042 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Richard M. Paul, III Rick@PaulLLP.com, Amy@PaulLLP.com, Ashlea@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Amanda M Williams awilliams@gustafsongluek.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson dgustafson@gustafsongluek.com

William R Sieben wsieben@schwebel.com

Alicia N Sieben asieben@schwebel.com

Ashlea G Schwarz Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber mbarber@schwebel.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

**MN/0:20-cv-02042 Notice will not be electronically mailed to:**

**MN/0:21-cv-01311 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Richard M. Paul, III Rick@PaulLLP.com, Amy@PaulLLP.com, Ashlea@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Amanda M Williams (Terminated) awilliams@gustafsongluek.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson (Terminated) dgustafson@gustafsongluek.com

William R Sieben (Terminated) wsieben@schwebel.com

Alicia N Sieben (Terminated) asieben@schwebel.com

Ashlea G Schwarz Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber (Terminated) mbarber@schwebel.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

**MN/0:21-cv-01311 Notice will not be electronically mailed to:**

**MN/0:20-cv-01984 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Richard M. Paul, III Rick@PaulLLP.com, Amy@PaulLLP.com, Ashlea@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Amanda M Williams awilliams@gustafsongluek.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson dgustafson@gustafsongluek.com

William R Sieben wsieben@schwebel.com

Alicia N Sieben asieben@schwebel.com

Ashlea G Schwarz Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber mbarber@schwebel.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

**MN/0:20-cv-01984 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/18/2022] [FileNumber=1098659-0]
[7ec41568fc60bb87bbd89236fbe11a8719a882c7c995f875152754d86063b119b7b5
c6fd01c17ebfe320028f200cf6cba87e1e73f13137e025f582187c36bbd1]]