## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document Relates to All Cases | Case No. 3:19-md-02885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Erika J. Doherty, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Massachusetts and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Massachusetts. A copy of a Certificate of Good Standing from the State of Massachusetts dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorne Admission Tutorial, confirmation number FLND16420909855542 and completed the CM/ECF Online Tutorials.

4. Erika J. Doherty has submitted to the Clerk the required $208.00 *prohac vice* admission fee.

5. Erika J. Doherty has upgraded her PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Erika J. Doherty respectfully request that this Court enter an Order granting Erika J. Doherty of Manning Gross + Massenburg, LLP, *pro hac vice* in this case.

Respectfully submitted on this 18th day of January, 2022.

*/s/ Erika J. Doherty*                                   Erika
Erika J. Doherty, MA Bar No. 663428
Manning, Gross + Massenberg LLP
125 High Street, Oliver Street Tower, 6th
Boston, MA 02110
Telephone: 617-670-8621
Facsimile
EDoherty@mgmlaw.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 18th day of January, 2022.

/s/ Erika J. Doherty
Erika J. Doherty, MA Bar No. 663428