UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Sara Anderson Frey, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Pennsylvania and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the Commonwealth of Pennsylvania. A copy of a Certificate of Good Standing from the Commonwealth of Pennsylvania dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16421881895558 and completed the CM/ECF Online Tutorials.

4. Sara Anderson Frey has submitted to the Clerk the required $208.00 *prohac vice* admission fee.

5. Sara Anderson Frey has upgraded her PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Sara Anderson Frey respectfully requests that this Court enteran Order granting Sara Anderson Frey of Gordon Rees Scully Mansukhani admission *pro hac vice* in this case.

Respectfully submitted on this 18th day of January, 2022.

/s/ Sara Anderson Frey
Sara Anderson Frey, PA Bar 82835

GORDON REES SCULLY MANSUKHANI
1717 Arch Street, Suite 610
Philadelphia, PA 19103
Telephone:  (215) 717-4009
Facsimile:   (215) 693-6650
Email:  sfrey@grsm.com

*Counsel for Defendants 3M Company, 3MOccupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 18th day of January, 2022.

                                           */s/ Sara Anderson Frey*
                                           Sara Anderson Frey, PA Bar 82835

# EXHIBIT A



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Sara Anderson Frey, Esq.*

DATE OF ADMISSION

*December 8, 1998*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated:  January 10, 2022

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk