# EXHIBIT A



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

| One Prudential Plaza | 3161 West White Oaks Drive, Suite 301 |
| --- | --- |
| 130 East Randolph Drive, Suite 1500 | Springfield, IL 62704 |
| Chicago, Illinois 60601-6219 | (217) 546-3523  (800) 252-8048 |
| (312) 565-2600  (800) 826-8625 | Fax (217) 546-3785 |
| Fax (312) 565-2320 | |

Patrick Francis Sullivan, III
Segal, McCambridge, Singer & Mahoney
233 S. Wacker Drive, Snite 5500
Chicago, IL 60606

Chicago
Tuesday, January 18, 2022

In re:   Patrick Francis Sullivan, III
Admitted: 10/31/2013
Attorney No. 6314104

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing

Very truly yours,
Jerome Larkin
Administrator

By: *Lisa Medina*
      Lisa Medina
      Deputy Registrar

LM