

# EXHIBIT B



# State Bar of Michigan
## Certificate of Good Standing

This certifies that Edward J. McCambridge, P48228 of Chicago, Illinois is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on June 18, 1993 in Berrien County and became a member of the State Bar of Michigan on July 01, 1993.

Janet K. Welch, Executive Director
January 10, 2022

**EXHIBIT B**