# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document Relates to All Cases | Case No. 3:19-md-02885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Kenneth J. Ferguson, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bars of the State of Texas and New Mexico. Copies of a Certificate of Good Standing from the State of Texas and New Mexico dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number **FLND16424570195571** and completed the CM/ECF Online Tutorials.

4. Kenneth J. Ferguson has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Kenneth J. Ferguson has upgraded his PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Kenneth J. Ferguson respectfully requests that this Court enter an Order granting Kenneth J. Ferguson of Gordon Rees Scully Mansukhani, *pro hac vice* in this case.

Respectfully submitted on this 19th day of January, 2022.

**GORDON REES SCULLY MANSUKHANI**

/s/ Kenneth J. Ferguson
Kenneth J. Ferguson
Texas Bar No. 6918100
New Mexico Bar No. 3780

901 South Mopac Expressway
Building 1, Suite 480
Austin, Texas   78746
Telephone:  512-582-6485
Facsimile:   512-391-0183
Email:  kferguson@grsm.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 19th day of January, 2022.

*/s/ Kenneth J. Ferguson*
Kenneth J. Ferguson