# EXHIBIT A

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 13, 2022

Re: Mr. Ken Ferguson, State Bar Number 06918100

To Whom It May Concern:

This is to certify that Mr. Ken Ferguson was licensed to practice law in Texas on February 27, 1985, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167



IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

# Certificate

STATE OF NEW MEXICO }
                    } ss.
SUPREME COURT       }

I, JENNIFER L. SCOTT, Chief Clerk of the Supreme Court of the State of New Mexico, hereby certify that, upon passing a written examination prescribed by the New Mexico Board of Bar Examiners, **KENNETH JOSEPH FERGUSON** was admitted to practice law in the Supreme Court and other courts of the State of New Mexico on **October 12, 1977**, and, *except as noted below*, has at all times since been and is now an active member of the Bar of said Supreme Court in good standing.*

"Good standing" means that the attorney is current on payment of State Bar dues; has complied with Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension. No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

WITNESS, My official signature and the seal of said Court this 13th day of January, 2022.



*Jennifer L. Scott*
Chief Clerk of the Supreme Court
of the State of New Mexico

By _____
          Deputy Clerk

*NOTE: Kenneth Joseph Ferguson was suspended on June 1, 2009, for non-compliance with MCLE requirements, and reinstated to active status on August 30, 2011.