# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, John Andrew Hutton, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number **FLND16421765305554** and completed the CM/ECF Online Tutorials.

4. John Andrew Hutton has submitted to the Clerk the required $208.00

*pro hac vice* admission fee.

    5.    John Andrew Hutton has upgraded his PACER account to "NextGen."

    6.    Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, John Andrew Hutton respectfully requests that this Court enter an Order granting John Andrew Hutton of Gordon Rees Scully Mansukhani, *pro hac vice* in this case.

Respectfully submitted on this 19th day of January, 2022.

**GORDON REES SCULLY MANSUKHANI**

*/s/ John Andrew Hutton*
John Andrew Hutton
Texas Bar No. 24012878

901 South Mopac Expressway
Building 1, Suite 480
Austin, Texas   78746
Telephone:  512-582-6485
Facsimile:  512-391-0183
Email:  ahutton@grsm.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

2

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 19th day of January, 2022.

*/s/ John Andrew Hutton*
John Andrew Hutton