UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Dane W. Schrader, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in California and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of California. A copy of Certificates of Good Standing from the State of California dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

1

Admission Tutorial, confirmation number FLND16415854225468 and completed the CM/ECF Online Tutorials.

4. Dane W. Schrader has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Dane W. Schrader has upgraded his PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Dane W. Schrader respectfully request that this Court enter an Order granting Dane W. Schrader of Manning, Gross + Massenburg, LLP *pro hac vice* in this case.

Respectfully submitted on this 19th day of January, 2022.

                                             */s/ Dane W. Schrader*
                                             Dane W. Schrader, CA Bar No. 317004

                                             Manning, Gross + Massenburg, LLP
                                             444 South Flower Street
                                             Suite 4100
                                             Los Angeles, CA 90071
                                             Telephone:  (213) 694-4203
                                             Facsimile:   (213) 622-7313 Email: dwschrader@mgmlaw.com

                                             *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

# EXHIBIT A

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING
(With Complaint Check Attached)

January 10, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DANE WILLIAM SCHRADER, #317004 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2017 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; that no charges of professional or other misconduct have been filed with the State Bar, nor any proceedings instituted by the State Bar; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Records

**State Bar of California**
**Office of Chief Trial Counsel**
**Complaint History Report (Confidential)**
Run Date: 1/10/2022 02:02 PM

State Bar No: 317004     Name: Schrader, Dane William

## No Complaints To Report

Please note that a complaint is defined as "a communication alleging misconduct by a State Bar member sufficient to warrant an investigation that may result in discipline of the member if allegations are proved." (Rules Proc. of State Bar, rule 5.4(13).) Therefore, allegations closed with the determination that the matter does not warrant investigation or allegations pending review to determine if they warrant investigation, are not included in Complaint History Reports.

We are unable to provide copies of the actual complaint(s) as such communications to the State Bar of California are privileged pursuant to California Business and Professions Code, section 6094(a).

This report identifies complaints and allegations received by the State Bar and not findings by the State Bar Court. Therefore, even where this report indicates the disposition of "Discipline," the report does not identify the findings supporting that discipline, which may differ substantially from the allegations received by the State Bar. Please consult the specific discipline documents to learn what findings of misconduct were made by the court. In most cases, such documents may be found on the public profile page for the attorney under Attorney Search at www.calbar.ca.gov.

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 19th day of January, 2022.

                                         */s/ Dane W. Schrader*
                                         Dane W. Schrader, CA Bar No. 317004