UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document Relates to All Cases | CASE NO.: 3:19-md-02885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Christina, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Mississippi and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Mississippi and of the Louisiana State Bar Association.

3. A copy of a Certificate of Good Standing from the State of Mississippi dated within 30 days of this motion is attached hereto as Exhibit "A."

4. A copy of a Certificate of Good Standing from the State of Louisiana dated within 30 days of this motion is attached hereto as Exhibit "B."

5. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission

1

Tutorial, confirmation number FLND16415721895453 and completed the CM/ECF Online Tutorials.

    6.    Christina Seanor has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

    7.    Christina Seanor has upgraded her PACER account to "NextGen.

    8.    Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Christina M. Seanor respectfully request that this Court enteran Order granting Christina M. Seanor of Bradley Arant Boult Cummings LLP, *pro hac vice* in this case.

Respectfully submitted on this 19th day of January, 2022.

    /s/Christina M. Seanor
Christina M. Seanor [MS Bar #104934]
[LA Bar Roll #36937]
BRADLEY ARANT BOULT CUMMINGS, LLP
Suite 1000, One Jackson Place
188 East Capitol Street
Post Office Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
cseanor@bradley.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Respectfully submitted, 19th day of January, 2022.

/s/*Christina M. Seanor*
Christina M. Seanor