# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that Ms. Christina M Seanor whose address is 188 E Capitol St Ste 1000, Jackson, MS 39201 is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the 12th day of May, 2016.

Given over my hand and the Seal of the Louisiana State Bar Association, this 7th day of January, 2022.

*Executive Director*
*Louisiana State Bar Association*