UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Joseph Washington v 3M Company, et al.*<br>Case No. 7:20-cv-50199-MCR-GRJ | CASE NO. 3:19-MD-2885 |

MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, John J. Carey ("Movant") respectfully moves for admission to practice *pro hac vice* as Counsel for Plaintiff in the above-styled case, and in support thereof states as follows:

1. Movant resides in the State of Missouri, and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is admitted to practice and is a member in good standing in the bar of the State of Missouri, Bar No. 36918. A copy of the Certificate of Good Standing from the State of Missouri dated within 30 days of this motion is attached

1

hereto as **Exhibit A**.

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rule tutorial exam, confirmation number **FLND16408868115405,** and the CM/ECF online tutorial.

5. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission and has upgraded his PACER account to "NextGen."

6. Movant is the attorney of record as Counsel for Plaintiff in the matter of *Joseph Washington v 3M, et al.*, Case No. 7:20-cv-50199-MCR-GRJ (N.D. Fla., Pensacola Division), Case Management Order No. 31 – Wave Order 1 (Doc. 2304).

7. Upon admission, movant John J. Carey respectively requests that he be provided Notice of Electronic Filings to the following e-mail address: jcarey@careydanis.com.

WHEREFORE, John J. Carey respectively requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Date: January 19, 2022          CAREY DANIS & LOWE

By: /s/ John J. Carey
John J. Carey
Missouri Bar No. 36918
Carey, Danis & Lowe
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
314-725-7700 Tel.
314-721-0905 Fax
jcarey@careydanis.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on January 19, 2022 and electronically on all counsel of record.

*/s/ John J. Carey*
John J. Carey