**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Jason A. Cincilla, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Delaware and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Delaware. A copy of a Certificate of Good Standing from the State of Delaware dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

1

Admission Tutorial, confirmation number FLND16420039425524 and completed the CM/ECF Online Tutorials.

4. Jason A. Cincilla has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Jason A. Cincilla has an upgraded "NextGen" PACER account.

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Jason A. Cincilla respectfully request that this Court enter an Order granting Jason A. Cincilla of Manning Gross + Massenburg, LLP., *pro hac vice* in this case.

Respectfully submitted on this 19th day of January, 2022.

                 */s/ Jason A. Cincilla*
                 Jason A. Cincilla, DE Bar No. 4232

                 Manning Gross + Massenburg LLP
                 1007 North Orange Street, Suite 711
                 Wilmington, Delaware 19801
                 Telephone: (302) 657-2100
                 Facsimile: (302) 657-2104
                 Email: JCincilla@mgmlaw.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 19th day of January, 2022.

*/s/ Jason A. Cincilla*
Jason A. Cincilla, DE Bar No. 4232
