**Exhibit "A"**

| Plaintiff | Cause No. |
|---|---|
| Malikai, Sebastian A. | 7:20-cv-18386 |
| Sapp, Brian | 3:19-cv-02521 |
| Edwards, Jennifer | 7:20-cv-45564 |
| Baker, Seth | 8:20-cv-17172 |
| Goodchild, Stephen | 8:20-cv-37455 |
| Kolbow, Erik | 8:20-cv-35274 |
| Maciel, Nicholas | 8:20-cv-47592 |
| Yoshida, Byron T. | 8:20-cv-38455 |
| Fennell, Bryan | 7:20-cv-51214 |
| Pera, Gerald | 7:20-cv-59739 |
| Thomas, Terry | 7:20-cv-75241 |
| Jackson, James | 7:20-cv-30438 |
| Wetherington, Gary | 7:20-cv-14947 |
| Douglas, William | 7:20-cv-17587 |
| Elger, William | 7:20-cv-17588 |
| Moore, Johnathan | 7:20-cv-18375 |
| Vogt, David | 7:20-cv-66528 |
| Olson, Jeremy | 7:20-cv-07403 |
| Orosco, Raymond | 7:20-cv-08009 |
| Ward, Brian | 7:20-cv-08936 |
| Meadows, Cameron P. | 7:20-cv-90359 |
| Kruse, Christopher L. | 7:20-cv-22780 |
| Trombley, Christopher | 7:20-cv-33113 |