**Exhibit "B"**

| Plaintiff Name | Cause No. | Missing Discovery Responses |
|---|---|---|
| Sebastian Malikai | 7:20-cv-18386-MCR-GRJ | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Brian Sapp | 3:19-cv-02521-MCR-GRJ | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Jennifer Edwards | 7:20-cv-45564-MCR-GRJ | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Byron Yoshida | 8:20-cv-38455-MCR-GRJ | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Stephen Goodchild | 8:20-cv-37455-MCR-GRJ | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Terry Thomas | 7:20-cv-75241-MCR-GRJ | Responses to 3M's Interrogatories |
| Johnathan Moore | 7:20-cv-18375-MCR-GRJ | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| David Vogt | 7:20-cv-66528-MCR-GRJ | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Raymond Orosco | 7:20-cv-08009-MCR-GRJ | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Jeremy Olson | 7:20-cv-07403-MCR-GRJ | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Brian Ward | 7:20-cv-08936-MCR-GRJ | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |