# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA
}  SS.

WESTERN DISTRICT OF TENNESSEE

    I, THOMAS M. GOULD, Clerk of the United States for the Western District of Tennessee, Western Division,

    DO HEREBY CERTIFY that **SAMUEL KEENAN CARTER** was duly admitted to practice in said Court on May 14, 2007 and is in good standing as a member of the bar of said Court. There is no disciplinary committee at the Western District of Tennessee therefore, the attorney has no disciplinary history with the court. Further, I am unaware of any disciplinary matters involving this attorney in this jurisdiction or elsewhere.

Dated at Memphis, Tennessee                      THOMAS M. GOULD
                                                      Clerk of Court

on January 10, 2022.

                                                                 By _____,
                                                                      Deputy Clerk