# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document Relates to All Cases | Case No. 3:19-md-02885  Judge M. Casey Rodgers  Magistrate Judge Gary R Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Crystal L. Kuruvilla, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Illinois and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Illinois. A copy of a Certificate of Good Standing from the State of Illinois dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16419534675521 and completed the CM/ECF Online Tutorials.

4.     Crystal L. Kuruvilla has submitted to the Clerk the required $208.00 *prohac vice* admission fee.

5.     Crystal L. Kuruvilla has upgraded her PACER account to "NextGen."

6.     Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Crystal L. Kuruvilla respectfully request that this Court enteran Order granting Crystal L. Kuruvilla of Segal McCambridge Singer & Mahoney, *pro hac vice* in this case.

Respectfully submitted on this 20th day of January, 2022.

/s/ Crystal L. Kuruvilla
Crystal L. Kuruvilla, IL Bar No. 6332948

SEGAL MCCAMBRIDGE SINGER & MAHONEY
233 S. Wacker Drive
Suite 5500
Chicago, IL 60606
Telephone:  (312) 645-7800
Facsimile:   (312) 645-7711 Email: Ckuruvilla@smsm.com

*Counsel for Defendants 3M Company, 3MOccupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

2

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 20th day of January, 2022.

>                     */s/ Crystal L. Kuruvilla*
>                     Crystal L. Kuruvilla,
>                     IL Bar No. 6332948