# EXHIBIT A



**Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org**

<table>
<tr><td>One Prudential Plaza<br>130 East Randolph Drive, Suite<br>1500<br>Chicago, IL 60601-6219<br>(312) 565-2600 (800) 826-8625<br>Fax (312) 565-2320</td><td>3161 West White Oaks Drive<br>Suite 301<br>Springfield, IL 62704<br>(217) 522-6838 (800) 252-8048<br>Fax (217) 522-2417</td></tr>
</table>

Chicago
1/18/2022

Re: Crystal Liz Kuruvilla
Attorney No. 6332948

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Crystal Liz Kuruvilla was admitted to practice law in Illinois on 11/7/2019; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____

Andrew Oliva
Registrar