## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS      Case No. 3:19-md-02885
EARPLUG PRODUCTS
LIABILITY LITIGATION

                                  Judge M. Casey Rodgers

This Document Relates to All Cases    Magistrate Judge Gary R. Jones

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Harold D. Mooty, III, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof state as follows:

1.    Movant resides in Alabama and is not a resident of the State of Florida.

2.    Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Alabama. A copy of a Certificate of Good Standing from the United States District Court for the Northern District of Alabama dated within 30 days of this motion is attached hereto as Exhibit "A."

3.    Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

Admission Tutorial, confirmation number FLND16421115275550, and completed the CM/ECF Online Tutorials.

4.     Harold D. Mooty, III has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.     Harold D. Mooty, III has upgraded his PACER account to "NextGen."

6.     Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo, LLC.

WHEREFORE, Harold D. Mooty, III respectfully requests that this Court enter an Order granting Harold D. Mooty, III of Bradley Arant Boult Cummings LLP *pro hac* vice admission in this case.

Respectfully submitted on this 20th day of January, 2022.

*/s/ Harold D. Mooty, III*
Harold D. Mooty, III, (MOO117)
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801
Telephone: (256) 517-5100
Facsimile: (256) 517-5200
E-Mail:  hmooty@bradley.com

*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding,*
*LLC, Aearo Intermediate, LLC and*
*Aearo, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 20th day of January, 2022.

/s/ Harold D. Mooty, III
Of Counsel

# EXHIBIT A

# UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris
Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon N. Harris**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **HAROLD D. MOOTY, III** was duly admitted to practice in said Court on December 6, 2010, and is in good standing as a member of the bar of said Court.

Dated at Huntsville, Alabama, on January 7, 2022.

SHARON N. HARRIS, CLERK

By: _____
Deputy Clerk