UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>7:20-CV-04513-MCR-GRJ;<br>*Ryan Sevilla v 3M et al*<br><br>7:20-CV-04391-MCR-GRJ;<br>*Leonel Hernandez v 3M et al*<br><br>7:20-CV-04677-MCR-GRJ;<br>*John Wilcox v 3M et al* | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that W. Mark Lanier of The Lanier Law Firm hereby enters his appearance as counsel for Plaintiffs in the following actions.

Case No. 7:20-CV-04513-MCR-GRJ; *Ryan Sevilla v 3M et al;* In the U.S. District Court, Northern District of Florida- Pensacola Division

Case No. 7:20-CV-04391-MCR-GRJ; *Leonel Hernandez v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division

Case No. 7:20-CV-04677-MCR-GRJ; *John Wilcox v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division

Counsel requests all further papers and pleadings in these actions and in the Master Docket of MDL 2885 be served upon him.

Dated:  January 20, 2022  **Respectfully Submitted,**

   */s/ W. Mark Lanier*
THE LANIER LAW FIRM
W. Mark Lanier TX 11934600
10940 W. Sam Houston, Pkwy., N.
Suite 100
Houston, TX 77064
713/659-5200 Telephone
713/659-2204 Fax
Mark.lanier@lanierlawfirm.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using CM/ECF system on January 20, 2022 and served electronically on all counsel of record using the CM/ECF system.

*/s/ W. Mark Lanier*
W. Mark Lanier