UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br><br>7:20-CV-04391-MCR-GRJ;<br>*Leonel Hernandez v 3M et al*<br><br>7:20-CV-04677-MCR-GRJ;<br>*John Wilcox v 3M et al* | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Cristina Delise of The Lanier Law Firm hereby enters her appearance as counsel for Plaintiffs in the following actions.

Case No. 7:20-CV-04391-MCR-GRJ; *Leonel Hernandez v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division

Case No. 7:20-CV-04677-MCR-GRJ; *John Wilcox v 3M et al*; In the U.S. District Court, Northern District of Florida- Pensacola Division

Counsel requests all further papers and pleadings in these actions and in the Master Docket of MDL 2885 be served upon her.

1

Dated:  January 20, 2022  **Respectfully Submitted,**

*/s/ Cristina Delise*
THE LANIER LAW FIRM
Cristina Delise, NY 5442033
126 E. 56th Street
New York NY10022
202/421-2800 Telephone
713/659-2204 Fax
Cristina.delise@lanierlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using CM/ECF system on January 20, 2022 and served electronically on all counsel of record using the CM/ECF system.

*/s/ Cristina Delise*
Cristina Delise