# The Supreme Court of Alabama



## Certificate Of Admission

I, Julia Jordan Weller, Clerk of the Supreme Court of Alabama, do hereby certify that ____Christopher Sean Berdy____ was duly and legally admitted to practice law by the Supreme Court of Alabama on _____September 27, 1996_____ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on _____January 14, 2022_____

with the seal of the Supreme Court of Alabama attached.



*Julia Jordan Weller*

Julia Jordan Weller, Clerk
Supreme Court of Alabama