UNITED STATES DISTICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS<br>EARPLUG PRODUCTS<br>LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Cases | Case No. 3:19-md-2885 |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rules 11.1, Ruston J. Pritchard. hereby moves this Court for an Order for Admission Pro Hac vice in the above-styled case, and in support states as follows:

1. Movant resides in Louisiana and is not a resident of the State of Florida;

2. Movant is admitted to practice and is a member in good standing of the Bar of the State of Louisiana (LA Bar No. 38379);

3. Movant submits a copy of a Certificate of Good Standing from Louisiana Supreme Court dated within 30 days of this motion and is attached hereto as Exhibit A;

4. Movant successfully completed the online Local Rules tutorial exam and the CM/ECF Online tutorial, Confirmation Number FLND16426088105583 , as required by Local Rule 11.1;

5. Movant has submitted to the Clerk the required $208.00 pro hac vice admission fee;

6. Movant maintains an upgraded PACER account;

7. Movant is the attorney of record in 3:19-cv-01523 Daniel Woods;

WHEREFORE, Movant respectfully request this Court to enter an Order granting this Motion to Appear Pro Hac Vice and directing the clerk to provide notice of electronic case filings to the undersigned.

Dated: January 20, 2022

    Respectfully Submitted,

    */s/ Ruston J. Pritchard*
    Ruston J. Pritchard, LA Bar No. 38379
    MURRAY LAW FIRM
    701 Poydras Street, Suite 4250
    New Orleans, Louisiana 70139
    P: (504) 525-8100
    F: (504) 584-5249
    Email: rpritchard@murrray-lawfirm.com