**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

Pending before the Court are the following Motions for Admission *Pro Hac Vice* seeking leave to appear as counsel for parties in matters pending before this Court associated with In Re: 3M Combat Arms Earplug Products Liability Litigation, Case No. 3:19-md-2885:

- ECF No. 2373, filed by attorney Anne E. DeVaughn with the law firm Douglas & London, P.C.;

- ECF No. 2380, filed by attorney Rhett A. McSweeney with the law firm McSweeney / Langevin LLC;

- ECF Nos. 2383, 2385, filed by attorneys Richard Howell and Garrett Messerly with the law firm Kirkland & Ellis;

- ECF Nos. 2393, 2431, filed by attorneys Chelsie R. Warner and Catherine Mitchell with the law firm Aylstock, Witkin, Kreis & Overholtz, PLLC;

- ECF Nos. 2400, 2404, 2405, 2420, 2421, 2422, 2425, 2430, 2432, 2435, 2444, 2455, 2485, 2492, 2504, 2515, filed by attorneys Richard M. Dye,

Michael B. Hewes, Nikita S. McMillian, Christopher David Morris, Benjamin McRae Watson, Kathleen Elizabeth Carrington, Edderek Linnel Cole, Jose Manuel Luzarraga, Charles F. Morrow, David G. Mayhan, Anita Modak-Truran, Cedric E. Evans, Andrea La'Verne Edney, Samuel Keenan Carter, Christopher Sean Berdy, and E. Righton J. Lewis with the law firm Butler Snow PLLC;

- ECF Nos. 2403, 2407, 2408, 2409, 2410, 2411, 2412, filed by attorneys Daniel R. Higginbotham, Andrew B. Cooke, M. David Griffith, Jr., Mitchell B. Tuggle, Sarah A. Meadows, Philip J. Combs, and Natalie B. Atkinson with the law firm Thomas Combs & Spann, PLLC;

- ECF Nos. 2406, 2414, 2416, 2451, 2457, 2469, 2478, 2488, 2494, 2508, 2509, filed by attorneys James Stephen Fritz, Jr., Jonathan M. Barnes, Jeffrey R. Blackwood, Keith S. Anderson, Lela M. Hollabaugh, Kristina A. Reliford, C. Bailey King, Jr., Christina M. Seanor, Shundra Crumpton Manning, Harold D. Mooty, III and J. Mark Adams, Jr. with the law firm Bradley Arant Boult Cummings LLP;

- ECF Nos. 2413, 2417, 2424, 2426, 2439, 2440, 2470, 2495, 2498, 2499, filed by attorneys Elizabeth Z. Brabb, Zandra E. Foley, Barton J. Freeman, Leslie L. Sun, Daniel L. O'Neil, Conner N. Turner, Cory S. Reed, Erika

Medina, Julie A. Carpenter and Kevin B. Brown with the law firm Thompson, Coe, Cousins & Irons, LLP;

- ECF No. 2418, filed by attorney Scott C. Greenlee with the law firm Tracey Fox King & Walters;

- ECF No. 2423, filed by attorney Thomas M. Wilmoth with the law firm Law Offices of James Scott Farrin;

- ECF Nos. 2429, 2434, filed by attorneys Edward Bertram and Jessica Murray with the law firm Baron & Budd, P.C.;

- ECF Nos. 2436, 2443, 2447, 2450, 2453, 2477, 2479, 2480, 2490, 2493, 2500, 2503, 2517, filed by attorneys William B. Larson, Jr., Tye C. Bell, Candice C. Kusmer, Karina E. Murski,  Elizabeth G. Kurowski, Ryan M. Murphy, Erika J. Doherty, Kevin M. Stockmann, Dane W. Schrader, Jason A. Cincilla, Stephanie M. Chesney, Mary Kathleen Glaspy and Kime Smith with the law firm Manning Gross + Massenburg, LLP;

- ECF Nos. 2437, 2441, 2458, 2472, 2482, 2486, 2487, 2506, 2514, filed by attorneys Heather A. Levinsky, Laura J. Henneman, Matthew D. Kelly, Patrick Sullivan, Paul D. Motz, Edward J. McCambridge, Crystal L. Kuruvilla, Jenna M. Miller, and Jason P. Eckerly with the law firm Segal McCambridge Singer & Mahoney;

- ECF Nos. 2452, 2474, 2505, 2507, 2510, 2516, filed by attorneys Lindsey B. Cohan, Mara Cusker Gonzalez, Alison S. Cooney, Jenna C. Newmark, Christopher Burrichter and Emily Van Tuyl with the law firm Dechert LLP;

- ECF No. 2454, 2481, 2489, 2491, filed by attorney Michael R. Klatt, Kenneth J. Ferguson, John Andrew Hutton, and Sara Anderson Frey with the law firm Gordon Rees Scully Mansukhani; and

- ECF No. 2471, filed by attorney Lewis James Wood with the law firm The James Wood Law Firm, PLLC.

- ECF No. 2483, 2484, filed by attorneys Anthony L. Osterlund and Elizabeth T. Smith with the law firm of Vorys Sater Seymour and Pease LLP.

- ECF No. 2496, 2497, filed by attorneys Andrew J. Cross and John J. Carey with the law firm of Carey, Danis & Lowe.

- ECF No. 2518, filed by attorney Ruston J. Pritchard with the Murray Law Firm.

The motions demonstrate that these attorneys are members of good standing of the bar associations of their respective states, as stated on the certificates of good standing dated within 30 days of filing the motions; have successfully completed the computer-based tutorials for the local rules of this Court and CM/ECF; and have also

paid the required admission fee. Having fully reviewed the matter the Court finds

that the requirements of the Court's local rules have been satisfied, *see* N.D. Fla.

Loc. R. 11.1 and the following motions are due to be granted.

Accordingly:

1.   The Motions for *Pro Hac Vice*, ECF Nos. 2373, 2380, 2383, 2385,

2389, 2393, 2400, 2403, 2404, 2405, 2406, 2407, 2408, 2409, 2410,

2411, 2412, 2413, 2414, 2416, 2417, 2418, 2420, 2421, 2422, 2423,

2424, 2425 2426, 2429, 2430, 2431, 2432, 2434, 2435, 2436, 2437,

2439, 2440, 2441, 2443, 2444, 2447, 2450, 2451, 2452, 2453, 2454,

2455, 2457, 2458, 2469, 2470, 2471, 2472, 2474, 2477, 2478, 2479,

2480, 2481, 2482, 2483, 2484, 2485, 2486, 2487, 2488, 2489, 2490,

2491, 2492, 2493, 2494, 2495, 2496, 2497, 2498, 2499, 2500, 2503,

2504, 2505, 2506, 2507, 2508, 2509, 2510, 2514, 2515, 2516, 2517,

2518 are **GRANTED**.

**DONE AND ORDERED** on this 20th day of January 2022.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**