**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION ) ) ) ) | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to ALL Cases: ) ) ) | Case No: 3:19-md-02885 |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Randolph D. Janis, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and, in support thereof, state as follows:

1. I reside in the State of New York and I am not a resident of the State of Florida.

2. I am admitted to practice and a member in good standing of the bar of the State of New York. My law office is in the State of New York where I regularly practice law. Pursuant to Local Rule 11.1, a copy of a Certificate of Good Standing from the State of New York (where I regularly practice law) dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, I have successfully completed the online Local Rules tutorial exam, confirmation number **FLND16405441775386**, and reviewed the online CM/ECF Attorneys User's Guide.

4. I have submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. I have an "Upgraded PACER Account."

6. I represent the Plaintiffs below whose actions were filed independent of the JPML transfer process:

   a. Albert Gallardo v. 3M, 7:20-cv-79770

   b. Christopher Jolly v. 3M, 7:20-cv-75859

   c. Raymond Hutcherson v. 3M, 7:20-cv-74949

   d. Gregory Grimberg Phillips v. 3M, 7:20-cv-74021

   e. Thomas Golden v. 3M, 7:20-cv-79953

   f. John Green v. 3M, 7:20-cv-75615

   g. Cedric Hayes v. 3M, 7:20-cv-74623

   h. Phillip Giampapa v. 3M, 7:20-cv-79874

   i. Perry Keller v. 3M, 7:20-cv-76486

WHEREFORE, I, Randolph Janis, respectfully request that this Court enter an order granting this motion to appear *pro hac vice*.

Dated: January 20, 2022

By:   */s/ Randolph Janis*
Randolph Janis
**DOUGLAS & LONDON, P.C.**
59 Maiden Lane, 6th Floor
New York, NY 10038
Tel: (212) 566-7500
Fax: (212) 566-7501
Email: rjanis@douglasandlondon.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on January 20, 2022 and served electronically on all counsel of record.

*/s/ Randolph Janis*
Randolph Janis
