IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
FLORIDA PENSACOLA DIVISION

| | |
|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION**  This Document Relates to Cases Listed in "Exhibit A" | MDL NO: 3:19-MD-2885  **NOTICE OF APPEARANCE FOR PLAINTIFF** |

PLEASE TAKE NOTICE that the undersigned attorney, Anne DeVaughn, of Douglas & London, P.C. hereby enters her appearance as counsel of record for the Plaintiff in each of the related cases listed in the attachment "Exhibit A." Counsel requests to be served with all papers and pleadings for this matter.

Dated: January 20, 2022            Respectfully submitted,

*/s/ Anne DeVaughn*
Anne DeVaughn
**Douglas & London, P.C.**
935 Gravier Street, 21st floor
New Orleans, LA 70112
P: (212) 566-7500
F: (212) 566-7501
bdevaughn@douglasandlondon.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2022 the foregoing Notice of Appearance was served on all counsel of record via the Court's CM/ECF filing system, which provides electronic notice of filings to all registered users.

Dated: January 20, 2022                             */s/ Anne DeVaughn*
                                                    Anne DeVaughn