# EXHIBIT A

| Case Name | CV Number |
|---|---|
| *Cortez v. 3M Company, et al.* | 7:20-cv-73289 |
| *Cullifer v. 3M Company, et al.* | 7:20-cv-73554 |
| *Davies v. 3M Company, et al.* | 7:20-cv-76745 |
| *Davis v. 3M Company, et al.* | 7:20-cv-76824 |
| *Delgado v. 3M Company, et al.* | 7:20-cv-77005 |
| *Dudley v. 3M Company, et al.* | 7:20-cv-77412 |
| *Esposito v. 3M Company, et al.* | 7:20-cv-77587 |
| *Fleming v. 3M Company, et al.* | 7:20-cv-79613 |
| *Fontanezmedina v. 3M Company, et al.* | 7:20-cv-79639 |
| *McCulloch v. 3M Company, et al.* | 7:20-cv-76921 |