# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br><br><br>PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY, ET AL.<br><br>DEFENDANTS. | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br><br>Civil Action No. |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Matthew D. Kelly of the law firm Segal McCambridge Singer & Mahoney, Ltd., has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendants, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

DATED: January 20, 2022

Respectfully submitted,

*/s/Matthew D. Kelly*
Matthew D. Kelly
Illinois Bar No. 6300175

SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
233 S. Wacker Drive, Suite 5500
Chicago, IL  60606
Telephone: (312) 645-7800
Fax: (312) 645-7711
mkelly@smsm.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 20th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Matthew D. Kelly*
Matthew D. Kelly
