UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br><br><br>PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY, ET AL.<br><br>DEFENDANTS. | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br><br>Civil Action No. |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Crystal L. Kuruvilla of the law firm Segal McCambridge Singer & Mahoney, has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

DATED: January 20th, 2022

        Respectfully submitted,

        */s/ Crystal L. Kuruvilla*
        Crystal L. Kuruvilla, IL Bar No. 6332948
        **SEGAL MCCAMBRIDGE SINGER & MAHONEY**
        233 S. Wacker Drive
        Suite 5500
        Chicago, Illinois 60606
        (312) 645-7800 Telephone
        (312) 645-7711 Facsimile
        ckuruvilla@smsm.com

        *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 20th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ *Crystal L. Kuruvilla*
Crystal L. Kuruvilla