# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| | Civil Action No. |
| PLAINTIFF(S), | |
| v. | |
| 3M COMPANY, ET AL. | |
| DEFENDANTS. | |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Heather A. Levinsky of the law firm Segal, McCambridge, Singer & Mahoney, Ltd., has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

1

DATED:      January 20th, 2022

Respectfully submitted,

*/s/ Heather A. Levinsky*
Heather A. Levinsky, IL Bar No. 6310202
SEGAL McCAMBRIDGE SINGER &
MAHONEY, LTD.
233 S. Wacker Dr., Suite 5500
Chicago, Illinois 60606
Tel: (312) 645-7800
Fax: (312) 645-7711
Hsnider-levinsky@smsm.com

*Counsel for Defendants 3M Company,*
*3MOccupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding,*
*LLC, Aearo Intermediate, LLC and*
*Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 20th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Heather A. Levinsky*
Heather A. Levinsky