## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY, ET AL.<br><br>DEFENDANTS. | Civil Action No. |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Patrick Sullivan of the law firm Segal McCambridge Singer & Mahoney, Ltd, has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

1

DATED:     January 20th, 2022

*/s/ Patrick Sullivan*
Patrick Sullivan, IL ARDC 6314104

Segal   McCambridge   Singer   &
Mahoney, Ltd.
233 S. Wacker Drive
Suite 5500
Chicago, IL 60606
Telephone:  (312) 644-4940
Email:  psullivan@smsm.com

*Counsel for Defendants 3M Company,*
*3MOccupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding,*
*LLC, Aearo Intermediate, LLC and*
*Aearo, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this 20th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Patrick Sullivan*
Patrick Sullivan IL ARDC 6314104