UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) | Case No. 3:19-md-02885 |
| | ) | Judge M. Casey Rodgers |
| Document Relates to All Cases | ) ) | Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that C. Bailey King, Jr. of the law firm Bradley Arant Boult Cummings LLP has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendants, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

//

//

//

//

//

Dated: January 21, 2022.

                                              **BRADLEY ARANT BOULT CUMMINGS LLP**

                                              */s/ C. Bailey King, Jr.*
C. Bailey King, Jr. (NC Bar # 34043)
Bradley Arant Boult Cummings, LLP
214 N. Tryon Street, Suite 3700
Charlotte, North Carolina 28202
(704) 338-6000 (Tel)
(704) 332-8858 (Fax)
bking@bradley.com

Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 21st day of January, 2022.

/s/ C. Bailey King, Jr.
C. Bailey King, Jr. (NC Bar # 34043)