**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUGS PRODUCTS LIABILTY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| *Justin Rice v. 3M Company, Case No. 7:20-cv-58665* | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Pretrial Order No.3, Rhett A.

McSweeney of the law firm of McSweeney Langevin has successfully completed

the Local Rules Tutorial for the Northern District of Florida, and hereby enters his

appearance as counsel for the Plaintiffs in the following actions:

- *Justin Rice v. 3M Company, Case No. 7:20-cv-58665*

Counsel requests all further papers and pleadings in these actions and the

Master Docket of MDL 2885 be served on and directed to the undersigned counsel.

Dated: January 21, 2022            Respectfully submitted,

/s/ Rhett A. McSweeney
Rhett A. McSweeney
McSweeney Langevin
2116 Second Avenue South
Mineapolis, MN 55404
Telephone: (612) 542-4646
Email: ram@westrikeback.com
            filing@westrikeback.com

## Certificate of Service

I do hereby certify that on this 21st  day of January 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using CM/ECF system.

/s/ Rhett A. McSweeney
Rhett A. McSweeney