# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUGS PRODUCTS LIABILTY LITIGATION<br><br>This Document Relates to:<br><br>*Cases Listed on Exhibit A* | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Pretrial Order No.3, Rhett A. McSweeney of the law firm of McSweeney Langevin has successfully completed the Local Rules Tutorial for the Northern District of Florida, and hereby enters his appearance as counsel for the Plaintiffs listed on Exhibit A.

Counsel requests all further papers and pleadings in these actions and the Master Docket of MDL 2885 be served on and directed to the undersigned counsel.

Dated: January 21, 2022

Respectfully submitted,

/s/ Rhett A. McSweeney
Rhett A. McSweeney
McSweeney Langevin
2116 Second Avenue South
Mineapolis, MN 55404
Telephone: (612) 542-4646
Email: ram@westrikeback.com
filing@westrikeback.com

**Certificate of Service**

I do hereby certify that on this 21st day of January 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using CM/ECF system.

<u>/s/ Rhett A. McSweeney</u>
Rhett A. McSweeney