# EXHIBIT A

## SCHEDULE OF ACTIONS

| Case Caption | Case Number |
|---|---|
| REYES JR v. 3M COMPANY et al | 7:20-cv-60808-MCR-GRJ |
| DUDKOWSKI v. 3M COMPANY et al | 7:20-cv-63626-MCR-GRJ |
| JONES v. 3M COMPANY et al | 7:20-cv-63529-MCR-GRJ |
| TROTTER JR v. 3M COMPANY et al | 7:20-cv-63483-MCR-GRJ |
| PRIETO v. 3M COMPANY et al | 7:21-cv-01581-MCR-GRJ |
| STUDE v. 3M COMPANY et al | 7:20-cv-61852-MCR-GRJ |
| MAYO v. 3M COMPANY et al | 7:20-cv-58532-MCR-GRJ |
| DAVENPORT v. 3M COMPANY et al | 3:21-cv-03360-MCR-GRJ |
| RIVERA v. 3M COMPANY et al | 7:20-cv-61740-MCR-GRJ |
| MARQUEZ JR v. 3M COMPANY et al | 7:20-cv-63637-MCR-GRJ |
| COMPTON v. 3M COMPANY et al | 7:20-cv-60785-MCR-GRJ |
| QUIGGLE v. 3M COMPANY et al | 3:21-cv-03451-MCR-GRJ |
| ELLIS v. 3M COMPANY et al | 7:20-cv-58577-MCR-GRJ |
| WILLIAMS v. 3M COMPANY et al | 7:20-cv-58232-MCR-GRJ |
| BREW v. 3M COMPANY et al | 7:20-cv-58064-MCR-GRJ |
| BOEHM v. 3M COMPANY et al | 7:21-cv-29094-MCR-GRJ |
| CIOLLARO v. 3M COMPANY et al | 7:20-cv-60330-MCR-GRJ |
| LEWIS JR v. 3M COMPANY et al | 7:20-cv-56792-MCR-GRJ |
| O'CONNELL v. 3M COMPANY et al | 7:20-cv-63960-MCR-GRJ |
| WILLIAMS v. 3M COMPANY et al | 3:21-cv-03997-MCR-GRJ |
| GILLIS v. 3M COMPANY et al | 7:21-cv-00537-MCR-GRJ |
| CORONADO v. 3M COMPANY et al | 7:20-cv-68231-MCR-GRJ |
| DAVIS-PRYOR v. 3M COMPANY et al | 7:20-cv-63576-MCR-GRJ |
| DODD v. 3M COMPANY et al | 7:20-cv-60096-MCR-GRJ |
| DODD v. 3M COMPANY et al | 7:20-cv-61983-MCR-GRJ |
| BLANN v. 3M COMPANY et al | 7:20-cv-57007-MCR-GRJ |
| SCHULTZ v. 3M COMPANY et al | 7:20-cv-61712-MCR-GRJ |
| LAUER v. 3M COMPANY et al | 7:20-cv-57013-MCR-GRJ |
| OHARA v. 3M COMPANY et al | 3:19-cv-01493-MCR-GRJ |
| BAIR v. 3M COMPANY et al | 7:20-cv-63597-MCR-GRJ |
| VAUGHN v. 3M COMPANY et al | 7:20-cv-63518-MCR-GRJ |
| SWANSON v. 3M COMPANY et al | 7:20-cv-58662-MCR-GRJ |
| MANNING v. 3M COMPANY et al | 3:21-cv-03933-MCR-GRJ |
| SPAIN v. 3M COMPANY et al | 8:20-cv-36502-MCR-GRJ |
| DAVIS v. 3M COMPANY et al | 3:21-cv-03919-MCR-GRJ |
| MEIER v. 3M COMPANY et al | 7:21-cv-08730-MCR-GRJ |
| RICE v. 3M COMPANY et al | 7:20-cv-58665-MCR-GRJ |
| LENAHAN v. 3M COMPANY et al | 7:20-cv-60259-MCR-GRJ |
| PHILLIPS v. 3M COMPANY et al | 7:20-cv-58819-MCR-GRJ |
| PRESNELL v. 3M COMPANY et a | 7:20-cv-63505-MCR-GRJ |
| HARWOOD v. 3M COMPANY et al | 7:20-cv-54497-MCR-GRJ |
| MARTINEZ v. 3M COMPANY et al | 7:21-cv-29104-MCR-GRJ |
| SEXE v. 3M COMPANY et al | 7:20-cv-67967-MCR-GRJ |

| | |
|---|---|
| CANNON v. 3M COMPANY et al | 7:20-cv-65744-MCR-GRJ |
| ST PIERRE v. 3M COMPANY et al | 7:20-cv-67984-MCR-GRJ |
| NEELEY v. 3M COMPANY et al | 7:20-cv-60402-MCR-GRJ |
| SHISLER v. 3M COMPANY et al | 7:20-cv-58560-MCR-GRJ |
| DELUCA v. 3M COMPANY et al | 7:20-cv-62086-MCR-GRJ |
| HICKS v. 3M COMPANY et al | 7:20-cv-56861-MCR-GRJ |
| MCLAMORE v. 3M COMPANY et al | 7:21-cv-08729-MCR-GRJ |