IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885-MCR-GRJ |
| This Document Relates to the Cases Listed in Exhibit "A" | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Jessica Murray, of the law firm of Baron & Budd, P.C., enters her appearance as counsel of record for the Plaintiff in each of the related cases listed in the attached "Exhibit A."

Counsel further requests all papers and pleadings in the Master Docket of MDL 2885 be served upon her.

Dated: January 21, 2022

Respectfully submitted:

**BARON & BUDD, P.C.**

*/s/ Jessica Murray*
Jessica Murray, MS SBN: 103990
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
jmurray@baronbudd.com

*Counsel for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 21, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                /s/ Jessica Murray
                                                Jessica Murray

                                                *Attorney for Plaintiffs*