# EXHIBIT A

| Name | Case Number |
|---|---|
| Adkins, John Michael | 7:20-CV-86632-MCR-GRJ |
| Anderson, Justin Matthew | 7:20-CV-86705-MCR-GRJ |
| Aponte, Javier Luis | 7:21-CV-26430-MCR-GRJ |
| Arrington, Travis | 7:20-CV-86733-MCR-GRJ |
| Austin, Jody | 3:22-CV-00064-MCR-GRJ |
| Bakazan, Brent Steven | 7:20-CV-86802-MCR-GRJ |
| Barnes, Kinsey Matthew | 7:20-CV-86838-MCR-GRJ |
| Bayless, John | 7:20-CV-86879-MCR-GRJ |
| Becerra, Alfonso | 7:20-CV-86899-MCR-GRJ |
| Bert, Christopher Daniel | 7:20-CV-86940-MCR-GRJ |
| Bhardwaj, Rajiv | 7:20-CV-26270-MCR-GRJ |
| Bikar, Bina | 7:20-CV-86953-MCR-GRJ |
| Blassingame, Cindy | 7:20-CV-86978-MCR-GRJ |
| Boyette, Kris Lennard | 7:20-CV-87026-MCR-GRJ |
| Breton, Jamie Lee | 3:22-CV-00053-MCR-GRJ |
| Brown, Kelvin | 7:21-CV-26545-MCR-GRJ |
| Bryant, Todd Eugene | 7:20-CV-87097-MCR-GRJ |
| Bucher, Andrew | 7:20-CV-87103-MCR-GRJ |
| Buckman, Bradford Reed | 7:20-CV-87105-MCR-GRJ |
| Butler, Darius | 7:20-CV-87119-MCR-GRJ |
| Byrd, JaiVonda | 7:20-CV-87123-MCR-GRJ |
| Carter, Nathan , Jr. | 7:20-CV-87174-MCR-GRJ |
| Castro, Victor | 7:20-CV-87264-MCR-GRJ |
| Charette, Corey | 7:21-CV-26537-MCR-GRJ |
| Chavez, Rudy | 7:21-CV-26507-MCR-GRJ |
| Clennon, Travis R | 7:20-CV-87495-MCR-GRJ |
| Conley, Franklin | 7:21-CV-26529-MCR-GRJ |
| Corona, Armando , Jr. | 7:20-CV-26757-MCR-GRJ |
| Cote, Brian | 7:21-CV-26463-MCR-GRJ |
| Crandall, John Riley | 7:21-CV-26407-MCR-GRJ |
| Craven, Justin | 7:20-CV-87559-MCR-GRJ |
| Daugherty, Justin Taylor | 7:20-CV-87599-MCR-GRJ |
| Davis, Frankie | 7:21-CV-26403-MCR-GRJ |
| Davis, Malcolm | 7:20-CV-87612-MCR-GRJ |
| De Alba, Jessica | 7:20-CV-87624-MCR-GRJ |
| Delgado, Jesus , Jr. | 8:20-CV-09941-MCR-GRJ |
| DePena-Sanchez, Wagner Adolfo | 7:20-CV-87642-MCR-GRJ |
| Dillard, Melvin | 7:20-CV-87656-MCR-GRJ |
| Donnelly, John | 8:20-CV-91194-MCR-GRJ |
| Dotson, Brent | 7:20-CV-87680-MCR-GRJ |
| Downs, Sturdie | 7:20-CV-87684-MCR-GRJ |
| Edmonds, James Devere | 7:20-CV-87718-MCR-GRJ |
| Enoch, Ronald Edward | 7:20-CV-87735-MCR-GRJ |
| Evans, Brad | 7:20-CV-87749-MCR-GRJ |
| Evans, Jessie Benjamin | 7:20-CV-87751-MCR-GRJ |
| Everett, James Michael | 8:20-CV-28290-MCR-GRJ |
| Feher, Marc Alexander | 7:20-CV-87767-MCR-GRJ |
| Felde, Keith | 7:20-CV-87768-MCR-GRJ |
| Fleming, Charles | 7:20-CV-87782-MCR-GRJ |
| Frame, Bradley Dustin | 7:20-CV-87802-MCR-GRJ |
| Frank, Tracy Laverne | 7:20-CV-96571-MCR-GRJ |
| Gagel, Brian | 7:20-CV-96628-MCR-GRJ |
| Garcia, Jesse Julian | 7:21-CV-26464-MCR-GRJ |

| Name | Case Number |
|---|---|
| Gary Lowe, Sade Monique | 7:20-CV-96690-MCR-GRJ |
| Gaston, Jimmy Robert | 7:20-CV-96704-MCR-GRJ |
| Gleaves, Tiffany | 8:20-CV-91207-MCR-GRJ |
| Gonzales, Manuel | 7:20-CV-96794-MCR-GRJ |
| Gonzalez, Rosendo | 7:20-CV-96807-MCR-GRJ |
| Grandel, Johnny | 7:20-CV-96847-MCR-GRJ |
| Grano, Joseph Paul | 7:20-CV-96853-MCR-GRJ |
| Gray, Daniel Lee | 7:20-CV-96868-MCR-GRJ |
| Green, Eduardo | 7:20-CV-96871-MCR-GRJ |
| Greenidge, Akeil | 7:20-CV-96882-MCR-GRJ |
| Hacko, Jason Robert | 7:21-CV-26453-MCR-GRJ |
| Hallock, Scott | 7:20-CV-97003-MCR-GRJ |
| Hartley, David Wayne | 8:20-CV-91221-MCR-GRJ |
| Hernaiz, Shamar D | 7:20-CV-97225-MCR-GRJ |
| Hernandez Bravo, Lazaro | 7:20-CV-97274-MCR-GRJ |
| Hodges, Tyler | 7:21-CV-26481-MCR-GRJ |
| Holcombe, Daniel Cody | 8:20-CV-91241-MCR-GRJ |
| Huff, Lariat | 7:20-CV-97405-MCR-GRJ |
| Humphreys, Gregory Earl | 7:20-CV-97413-MCR-GRJ |
| Jack, Fred | 7:20-CV-97459-MCR-GRJ |
| Jackson, Anesha Nashe' | 7:20-CV-97481-MCR-GRJ |
| Jackson, Edward | 7:20-CV-97469-MCR-GRJ |
| Jackson, Robert Winfield | 7:20-CV-97502-MCR-GRJ |
| Johnsen, Andrew Martin | 7:20-CV-97569-MCR-GRJ |
| Johnson, LTC Derek E | 8:20-CV-91250-MCR-GRJ |
| Johnson, Paul | 7:20-CV-97591-MCR-GRJ |
| Josiah, Samuel | 7:21-CV-31095-MCR-GRJ |
| Kayes, John | 7:20-CV-97725-MCR-GRJ |
| Keeney, Matthew | 7:20-CV-97732-MCR-GRJ |
| Lamento, Joseph | 7:20-CV-97892-MCR-GRJ |
| Larson, Chris | 7:20-CV-97919-MCR-GRJ |
| Lawson, Thomas J | 8:20-CV-91269-MCR-GRJ |
| LeBeau, David Brian | 7:20-CV-97972-MCR-GRJ |
| Legleu, Courtney | 7:20-CV-98026-MCR-GRJ |
| Leon, Lorenzo | 7:20-CV-98040-MCR-GRJ |
| Lewis, James Eric | 8:20-CV-00043-MCR-GRJ |
| Long, Tyler Jon | 8:20-CV-00085-MCR-GRJ |
| Long, William James | 8:20-CV-00078-MCR-GRJ |
| Longo, Jarrett Andrew | 8:20-CV-00089-MCR-GRJ |
| Lopez, Roberto | 8:20-CV-00096-MCR-GRJ |
| Love, Bridgette Lorraine | 8:20-CV-00108-MCR-GRJ |
| Marsh, Renville Anthony | 8:20-CV-00157-MCR-GRJ |
| Martin, Lolita Renee | 8:20-CV-00163-MCR-GRJ |
| Martinez Granados, Jorge Alberto | 8:20-CV-00179-MCR-GRJ |
| McGrew, Christopher Ryan | 8:20-CV-00216-MCR-GRJ |
| McKenzie, Stanford Lloyd, III. | 8:20-CV-00231-MCR-GRJ |
| Miknaitis, Povas | 8:20-CV-00289-MCR-GRJ |
| Miller, Michael D | 8:20-CV-00299-MCR-GRJ |
| Millsap, Bruce Parnell | 8:20-CV-00304-MCR-GRJ |
| Mimms, Eric | 8:20-CV-00308-MCR-GRJ |
| Montez, Ruben | 8:20-CV-00323-MCR-GRJ |
| Moors, Kerry Andrew | 8:20-CV-00340-MCR-GRJ |
| Mulvey, William | 8:20-CV-00370-MCR-GRJ |

| Name | Case Number |
|---|---|
| Mustafa, Abdurrahiim Masahaba | 8:20-CV-00381-MCR-GRJ |
| Mustipher, Henry | 8:20-CV-91312-MCR-GRJ |
| Naja, Christian | 8:20-CV-00390-MCR-GRJ |
| Nichol, Miguel | 8:20-CV-00411-MCR-GRJ |
| Obey, Russell , Jr. | 8:20-CV-00429-MCR-GRJ |
| Oglesbee, Wendy Heather | 8:20-CV-00432-MCR-GRJ |
| Owen, Hunter | 8:20-CV-00443-MCR-GRJ |
| Owings, Jacob | 8:20-CV-00446-MCR-GRJ |
| Pagaran, John Dinglasan | 8:20-CV-00449-MCR-GRJ |
| Parkman, Daniel Courthed | 8:20-CV-00458-MCR-GRJ |
| Penton, Christopher Kane | 8:20-CV-00479-MCR-GRJ |
| Perez Cruz, Angel Manuel | 8:20-CV-00485-MCR-GRJ |
| Perez, Elizabeth Anne | 7:21-CV-26521-MCR-GRJ |
| Person, Patrick Andrew | 8:20-CV-00496-MCR-GRJ |
| Phillips, Herbert Oliver, III. | 8:20-CV-91326-MCR-GRJ |
| Polite, Julius , II. | 8:20-CV-00544-MCR-GRJ |
| Posey, Randy Earl | 8:20-CV-00556-MCR-GRJ |
| Presley, Doug Wayne | 8:20-CV-00578-MCR-GRJ |
| Quezada, Tonatihu | 8:20-CV-00603-MCR-GRJ |
| Rangel, Agustin | 8:20-CV-91331-MCR-GRJ |
| Ray, Andre | 3:22-CV-00062-MCR-GRJ |
| Richardson, Antoine | 8:20-CV-00661-MCR-GRJ |
| Rios, Tony | 8:20-CV-00688-MCR-GRJ |
| Rivera, Thomas Joseph | 8:20-CV-00691-MCR-GRJ |
| Roberts, Bruce Thomas | 8:20-CV-00695-MCR-GRJ |
| Robinson, Devon | 8:20-CV-91340-MCR-GRJ |
| Rodriguez, Roberto | 8:20-CV-00706-MCR-GRJ |
| Rojas, Antonio | 8:20-CV-00712-MCR-GRJ |
| Rossman, Jerramie | 8:20-CV-00717-MCR-GRJ |
| Ryder, Patrick | 8:20-CV-00731-MCR-GRJ |
| Sampson, Clarence Abe | 8:20-CV-00741-MCR-GRJ |
| Sanchez, Paul Gerard | 8:20-CV-00749-MCR-GRJ |
| Scheiner, Matthew Justin | 8:20-CV-00560-MCR-GRJ |
| Scott, Willie | 8:20-CV-00588-MCR-GRJ |
| Seidel, Ross William | 8:20-CV-00757-MCR-GRJ |
| Shaughnessy, John Joseph | 8:20-CV-00766-MCR-GRJ |
| Sherman, Darrel Lee | 8:20-CV-00769-MCR-GRJ |
| Shumate, James Keith | 8:20-CV-00773-MCR-GRJ |
| Sims, Jackie Lee | 8:20-CV-00782-MCR-GRJ |
| Sinclair, Ryan | 8:20-CV-00783-MCR-GRJ |
| Skinner, Patrick | 8:20-CV-00787-MCR-GRJ |
| Slater, Eugene Eustice | 8:20-CV-00788-MCR-GRJ |
| Smith, David Daniel | 8:20-CV-00794-MCR-GRJ |
| Smith, Tina Michelle | 8:20-CV-00802-MCR-GRJ |
| Stachowski, Rafal | 8:20-CV-00815-MCR-GRJ |
| Stacks, Daniel Aaron | 3:22-CV-00055-MCR-GRJ |
| Stevens, Rick Alan | 8:20-CV-00826-MCR-GRJ |
| Stone, Justin Ray | 8:20-CV-00830-MCR-GRJ |
| Stredney, Kevin | 8:20-CV-00833-MCR-GRJ |
| Sullins, David Fitzgerald | 8:20-CV-00836-MCR-GRJ |
| Taylor, Jeffery | 8:20-CV-00852-MCR-GRJ |
| Thomas, Daniel Leroy | 8:20-CV-00862-MCR-GRJ |
| Tissue, Jonathan Keith | 8:20-CV-00893-MCR-GRJ |

| | |
|---|---|
| Truitt, Michael Christopher | 8:20-CV-01039-MCR-GRJ |
| Trujillo, Steven | 8:20-CV-01045-MCR-GRJ |
| Tuttle, Travis | 8:20-CV-01056-MCR-GRJ |
| Vale, Edgar | 7:21-CV-26421-MCR-GRJ |
| VanLangen, Kody Richard | 7:21-CV-26478-MCR-GRJ |
| Vidal, Randy | 8:20-CV-01119-MCR-GRJ |
| Viloria, James | 8:20-CV-01130-MCR-GRJ |
| Vittatoe, Anthony Eugene | 8:20-CV-01136-MCR-GRJ |
| Walsh, Trevor George | 8:20-CV-01159-MCR-GRJ |
| Watson, Eric | 8:20-CV-01183-MCR-GRJ |
| Weaver, Garett Cole | 8:20-CV-01192-MCR-GRJ |
| Weed, Daniel | 8:20-CV-01199-MCR-GRJ |
| Wells, Donald Joseph | 7:21-CV-26506-MCR-GRJ |
| Worley, Paul Bradley | 8:20-CV-01330-MCR-GRJ |
| Worthey, Devin | 8:20-CV-01336-MCR-GRJ |
| Yendrick, Michael | 8:20-CV-01360-MCR-GRJ |
| Prather, Randall | 3:22-cv-00577-MCR-GRJ |