UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br><br>7:20-CV-04513-MCR-GRJ;<br>*Ryan Sevilla v 3M et al* | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that W. Mark Lanier of The Lanier Law Firm hereby enters his appearance as counsel for Plaintiffs in the following actions.

- Case No. 7:20-CV-04513-MCR-GRJ; *Ryan Sevilla v 3M et al;* In the U.S. District Court, Northern District of Florida- Pensacola Division

Counsel requests all further papers and pleadings in these actions and in the Master Docket of MDL 2885 be served upon him.

1

Dated: January 20, 2022  Respectfully Submitted,

*/s/ Michael Akselrud*
THE LANIER LAW FIRM
Michael Akselrud
21550 Oxnard Street, 3rd floor
Woodland Hills, CA 91367
3 10/277-5100 Telephone
212/421-2878 Fax
Michael.akselrud@lanierlawfirm.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using CM/ECF system on January 20, 2022 and served electronically on all counsel of record using the CM/ECF system.

*/s/ Michael Akselrud*
Michael Akselrud