UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>James Moore, 7:20-cv-49809<br>Joseph Washington, 7:20-cv-50199 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Andrew J. Cross, of the law firm of Carey Danis & Lowe, enters his appearance as counsel for Plaintiffs in the following actions:

- *James Moore v. 3M Company*, Case No. 7:20-cv-49809

- *Joseph Washington v. 3M Company*, Case No. 7:20-cv-50199

Counsel requests all further papers and pleadings in these actions and the Master Docket of MDL 2885 be served on and directed to the undersigned counsel.

Dated: January 21, 2022          Respectfully submitted,

*/s/ Andrew J. Cross*
Andrew J. Cross
CAREY DANIS & LOWE
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905
across@careydanis.com
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 21st day of January 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ Andrew J. Cross
Andrew J. Cross