# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS      Case No. 3:19-md-02885
EARPLUG PRODUCTS
LIABILITY LITIGATION

                               Judge M. Casey Rodgers

This Document Relates to All Cases    Magistrate Judge Gary R. Jones

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Hannah R. Roberts, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Illinois. A copy of a Certificate of Good Standing from the Supreme Court of Illinois dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

1

Admission Tutorial, confirmation number FLND16427153035595, and completed the CM/ECF Online Tutorials.

4. Hannah R. Roberts has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Hannah R. Roberts has upgraded her PACER account to "NextGen."

6. Movant represents Plaintiff Eugene G. Hernandez in this litigation.

WHEREFORE, Hannah R. Roberts respectfully requests that this Court enter an Order granting Hannah R. Roberts of Keller Lenkner LLC *pro hac* vice admission in this case.

Respectfully submitted on this 21st day of January, 2022.

/s/ Hannah R. Roberts
Hannah R. Roberts
Keller Lenkner LLC
150 N. Riverside Drive
Chicago, IL 60606
Telephone: (312) 948-8478
E Mail: hrr@kellerlenkner.com

*Counsel for Plaintiff Eugene Hernandez*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 21st day of January, 2022.

/s/ Hannah R. Roberts
Attorney

# EXHIBIT A



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
1/20/2022

Re: Hannah Ruth Roberts
Attorney No. 6324563

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Hannah Ruth Roberts was admitted to practice law in Illinois on 11/10/2016; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar