UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

This Document Relates to All Cases

Case No. 3:19-md-02885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Mitali R. Vyas, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above- styled case only, and in support thereof state as follows:

1. Movant resides in Illinois and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Illinois. A copy of a Certificate of Good Standing from the Supreme Court of Illinois dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

1

Admission Tutorial, confirmation number FLND164271215555593, and completed the CM/ECF Online Tutorials.

4. Mitali R. Vyas has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Mitali R. Vyas has upgraded her PACER account to "NextGen."

6. Movant represents Plaintiff Russell Hall Jr. in this litigation.

WHEREFORE, Mitali R. Vyas respectfully requests that this Court enter an Order granting Mitali R. Vyas of Keller Lenkner LLC *pro hac* vice admission in this case.

Respectfully submitted on this 21st day of January, 2022.

/s/ Mitali R. Vyas
Mitali R. Vyas
Keller Lenkner LLC
150 N. Riverside Drive
Chicago, IL 60606 Telephone: (312) 334-6067 E-Mail:
mv@kellerlenkner.com

*Counsel for Plaintiff Russell Hall Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 21st day of January, 2022.

/s/ Mitali R. Vyas
Attorney

# EXHIBIT A



**Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
1/20/2022

Re: Mitali Rohitkumar Vyas
Attorney No. 6304213

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Mitali Rohitkumar Vyas was admitted to practice law in Illinois on 11/4/2010; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar