UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Wave Cases Identified on Exhibits A and B | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**ORDER**

On November 22, 2021, the Court entered the first in a series of "Wave Orders" setting an eight-month discovery schedule for 500 cases. *See* Wave Order #1, ECF No. 2304. Thereafter, the parties reached a stipulation modifying the process for records authorizations and service of certain discovery in the wave cases. *See* Joint Stipulation, ECF No. 2468. Pursuant to the Court's Order and the parties' stipulation, the plaintiffs in the first wave were required to, among other things, submit signed authorizations for the release of records and respond to Defendants' written discovery requests by specified deadlines. The Court has been advised that 23 plaintiffs have failed to comply with these requirements by either failing to submit the required records authorizations, failing to respond to Defendants' discovery requests, or both.[1] As the time for compliance has lapsed, the Court finds

---

[1] The plaintiffs identified on Exhibit A have failed to submit records authorizations and those on Exhibit B have failed to respond to Defendants' discovery requests.

it necessary to enter a show cause order in these 23 cases. Failure to comply with the show cause order will result in dismissal of a case with prejudice. *See In re Phenylpropanolamine (PPA) Prod. Liab. Litig.*, 460 F.3d 1217 (9th Cir. 2006) (affirming dismissals of individual cases with prejudice for failure to comply with case management orders by failing to timely file Plaintiff Fact Sheets and/or records authorizations, despite repeated instructions to do so).

Accordingly, it is **ORDERED** that:

1. Defendants' Motion for Order to Show Cause Based on Failure to Comply With Discovery, ECF No. 2502, is **GRANTED**.

2. All individual plaintiffs identified on Exhibits A and B are hereby **ORDERED**:

    a. To comply with the Court's Order, ECF No. 2304, and the parties' stipulation, ECF No. 2468, by submitting the required records authorizations and responding to Defendants' discovery requests. The submissions are due by **January 28, 2022**.

    b. To **SHOW CAUSE** why his or her case should not be dismissed with prejudice for failure to prosecute and failure to comply with an order of the Court, by **January 28, 2022**. Each plaintiff's response to the show cause order must be filed on the docket for his or her individual case only and must include a certification from counsel that the requisite materials have been submitted to Defendants.

    c. Failure to comply with this Order will result in dismissal of a case with prejudice.

d.  The Clerk is directed to enter a copy of this Order on the MDL docket and on the individual docket for each of the cases identified on Exhibits A and B.

**SO ORDERED**, on this 21st day of January, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

## Exhibit A

| Plaintiff | Cause No. |
|---|---|
| Malikai, Sebastian A. | 7:20-cv-18386 |
| Sapp, Brian | 3:19-cv-02521 |
| Edwards, Jennifer | 7:20-cv-45564 |
| Baker, Seth | 8:20-cv-17172 |
| Goodchild, Stephen | 8:20-cv-37455 |
| Kolbow, Erik | 8:20-cv-35274 |
| Maciel, Nicholas | 8:20-cv-47592 |
| Yoshida, Byron T. | 8:20-cv-38455 |
| Fennell, Bryan | 7:20-cv-51214 |
| Pera, Gerald | 7:20-cv-59739 |
| Thomas, Terry | 7:20-cv-75241 |
| Jackson, James | 7:20-cv-30438 |
| Wetherington, Gary | 7:20-cv-14947 |
| Douglas, William | 7:20-cv-17587 |
| Elger, William | 7:20-cv-17588 |
| Moore, Johnathan | 7:20-cv-18375 |
| Vogt, David | 7:20-cv-66528 |
| Olson, Jeremy | 7:20-cv-07403 |
| Orosco, Raymond | 7:20-cv-08009 |
| Ward, Brian | 7:20-cv-08936 |
| Meadows, Cameron P. | 7:20-cv-90359 |
| Kruse, Christopher L. | 7:20-cv-22780 |
| Trombley, Christopher | 7:20-cv-33113 |

## **Exhibit B**

| Plaintiff Name | Cause No. | Missing Discovery Responses |
|---|---|---|
| Sebastian Malikai | 7:20-cv-18386-MCR-GRJ | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Brian Sapp | 3:19-cv-02521-MCR-GRJ | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Jennifer Edwards | 7:20-cv-45564-MCR-GRJ | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Byron Yoshida | 8:20-cv-38455-MCR-GRJ | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Stephen Goodchild | 8:20-cv-37455-MCR-GRJ | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Terry Thomas | 7:20-cv-75241-MCR-GRJ | Responses to 3M's Interrogatories |
| Johnathan Moore | 7:20-cv-18375-MCR-GRJ | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| David Vogt | 7:20-cv-66528-MCR-GRJ | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Raymond Orosco | 7:20-cv-08009-MCR-GRJ | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Jeremy Olson | 7:20-cv-07403-MCR-GRJ | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Brian Ward | 7:20-cv-08936-MCR-GRJ | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |