UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

This Document Relates to All Cases

Case No. 3:19-md-02885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Rosemary D. Welsh, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Ohio and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Ohio. A copy of a Certificate of Good Standing from the State of Ohio dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16425276385574 and completed the CM/ECF Online Tutorials.

4. Rosemary D. Welsh has submitted to the Clerk the required $208.00

1

*prohac vice* admission fee.

5. Rosemary D. Welsh has upgraded her PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Rosemary D. Welsh respectfully request that this Court enteran Order granting Rosemary D. Welsh of Vorys Sater Seymour and Pease LLP, *pro hac vice* in this case.

Respectfully submitted on this 21st day of January, 2022.

/s/ Rosemary D. Welsh
Rosemary D. Welsh, Ohio Bar No. 64790

VORYS SATER SEYMOUR AND PEASE LLP
301 East Fourth Street
Great American Tower
Suite 3500
Cincinnati, OH  45202

Telephone:  513.723.4487
Facsimile:   513.852.8449
Email:  rdwelsh@vorys.com

*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding, LLC,*
*Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 21st day of January, 2022.

                                        */s/ Rosemary D. Welsh*
                                        Rosemary D. Welsh, Ohio Bar No. 64790

# EXHIBIT A

1/21/2022 41124809



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Rosemary Dahlen Welsh**
Attorney Registration No. **0064790**

was admitted to the practice of law in Ohio on November 13, 1995; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 7th day of January, 2022.

<u>GINA WHITE PALMER</u>
*Director, Attorney Services Division*

Bradley J. Martinez
*Attorney Services Counsel*

Verify by email at GoodStandingRequests@sc.ohio.gov