UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to All Cases | ) Case No. 3:19md2885<br>)<br>)<br>)<br>) Judge M. Casey Rodgers<br>)<br>) Magistrate Judge Gary R. Jones<br>)<br>)<br>) |

**MOTION OF JENNIFER JOSLIN FOR ADMISSION *PRO HAC VICE* AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS**

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Jennifer Joslin ("Movant") of the law firm Kirkland & Ellis LLP, World Trade Tower, 60 East South Temple, Salt Lake City, UT 84111, respectfully moves for admission *pro hac vice* to appear as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC and to receive Notice of Electronic Filings in this action. In support of this motion Movant states:

1

1. Movant resides in Salt Lake City, Utah and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice and is a member in good standing of the bar for the state of Utah.

4. A copy of a Certificate of Good Standing from the Supreme Court of Utah, dated within 30 days of this motion, is attached as **Exhibit A**.

5. Movant certifies that she has successfully completed both the online Local Rules tutorial exam (confirmation number **FLND16427217425598**) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

6. Movant has remitted simultaneously with the filing of the motion the Court's $208.00 *pro hac vice* admission fee.

7. Movant has updated her PACER account to "NextGen."

8. Upon admission, Jennifer Joslin respectfully requests that she be provided Notice of Electronic Filings to the following email address: jennifer.joslin@kirkland.com

WHEREFORE, Jennifer Joslin respectfully requests that this Court enter an order granting her motion to appear *pro hac vice* on behalf of Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC and directing the clerk to provide Notice of Electronic Filings to the undersigned.

| | |
|---|---|
| DATED: January 23rd, 2022 | By: */s/ Jennifer Joslin*<br>Jennifer Joslin<br>World Trade Tower,<br>60 East South Temple,<br>Salt Lake City, UT 84111<br>KIRKLAND & ELLIS LLP<br>20004<br>Tel: 1 (801) 877 8144<br>Email: jennifer.joslin@kirkland.com<br><br>*Attorney for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 23rd day of January 2022, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

DATED: January, 23rd, 2022        */s/ Jennifer Joslin*
                                  Jennifer Joslin