# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>Michael Eubank, 7:20cv55436<br>Stefan Generally, 7:20cv20077<br>Amy A. Guidry, 7:20cv19672<br>Lee Herold, 7:20cv06712<br>Phetsamone Mitsada, 7:20cv19825<br>Justin Daniel Rice, 7:20cv58665<br>Charles K. Rodgers, 7:20cv92133<br>Ryan Lloyd Struck, 8:20cv35155<br>Maurizio Surdo, 7:20cv86584<br>Duwayne Tucker, 7:20cv94496 | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Anthony L. Osterlund of the law firm Vorys Sater Seymour and Pease LLP, has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

DATED:     January 24, 2022

Respectfully submitted,

*/s/ Anthony L. Osterlund*
Anthony L. Osterlund, Ohio Bar No. 0071086

**VORYS SATER SEYMOUR AND PEASE LLP**
301 East Fourth Street
Great American Tower
Suite 3500
Cincinnati, OH  45202
Phone:  513.723.4678
Fax:  513.852-7830
Email: alosterlund@vorys.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 24th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Anthony L. Osterlund*
Anthony L. Osterlund

2