UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases. | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Julia M. Rafferty respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Pennsylvania and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the Commonwealth of Pennsylvania. A copy of a Certificate of Good Standing from the Commonwealth of Pennsylvania dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16425403725576 and completed the CM/ECF Online Tutorial.

- 1 -

4. Julia M. Rafferty has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Julia M. Rafferty has upgraded her PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo LLC.

WHEREFORE, Julia M. Rafferty respectfully requests that this Court enter an Order granting Julia M. Rafferty of Gordon Rees Scully Mansukhani, LLP, *pro hac vice* in this case.

Respectfully submitted on this 24th day of January 2022.

/s/ Julia M. Rafferty
Julia M. Rafferty, PA Bar No. 90528

GORDON REES SCULLY
MANSUKHANI, LLP
1717 Arch Street, Suite 610
Three Logan Square
Philadelphia, PA 19103
Telephone: (267) 602-2054
Facsimile: (215) 693-6650
Email: jrafferty@grsm.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo, LLC*

- 3 -

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Dated this 24th day of January 2022.

*/s/ Julia M. Rafferty*
Julia M. Rafferty. PA Bar No. 90528

# EXHIBIT A



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Julia Mary Rafferty, Esq.*

### DATE OF ADMISSION

*April 22, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  January 18, 2022

Patricia A. Johnson
Chief Clerk