**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885-MCR-GRJ |
| This Document Relates to the Cases Listed in Exhibit "A" | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney, Jay D. Miller, of the Law Offices of Peter G. Angelos, P.C., hereby enters his appearance as counsel of record for the Plaintiff in each of the related cases listed in the attached "Exhibit A."

Counsel further requests all papers and pleadings in these actions and in the Master Docket of MDL 2885 be served upon him.

Dated:  January 24, 2022                Respectfully submitted,


By: /s/ *Jay D. Miller*____
       Jay D. Miller
       Bar No. 0975801MD
       LAW OFFICES OF PETER G. ANGELOS, P.C.
       100 North Charles Street
       22nd Floor
       Baltimore, MD  21201
       Tel: (410) 649-2000
       Fax: (410) 649-2151
       Email: jmiller@lawpga.com

       *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and served using the CM/ECF system.

/s/ *Jay D Miller*_____
Jay D. Miller