# EXHIBIT A

| Last | First | Case No. |
|------|-------|----------|
| Allen | Carlton | 7:20-cv-48534-MCR-GRJ |
| Alvarado | Armando | 7:20-cv-48726-MCR-GRJ |
| Ayers | Cody | 7:20-cv-48648-MCR-GRJ |
| Baker | Matthew | 7:20-cv-48520-MCR-GRJ |
| Baskett | Richard | 7:20-cv-48729-MCR-GRJ |
| Batchelor | Adam | 7:20-cv-48572-MCR-GRJ |
| Bates | Richard | 7:20-cv-48707-MCR-GRJ |
| Belanger | James | 7:20-cv-48457-MCR-GRJ |
| Belleville | Bradley | 7:20-cv-48408-MCR-GRJ |
| Bennett | Jeffrey | 7:20-cv-48586-MCR-GRJ |
| Berube | Dean | 7:20-cv-48394-MCR-GRJ |
| Bias | James | 7:20-cv-48592-MCR-GRJ |
| Blunt | Antoine | 7:20-cv-48617-MCR-GRJ |
| Boyd | Desmond | 7:20-cv-48448-MCR-GRJ |
| Brennan | Walter | 7:20-cv-48650-MCR-GRJ |
| Broadwater | Brandon | 7:20-cv-48645-MCR-GRJ |
| Brodie | Fredrickus | 7:20-cv-48655-MCR-GRJ |
| Buitendorp | David | 7:20-cv-48604-MCR-GRJ |
| Bushner | James | 7:20-cv-48594-MCR-GRJ |
| Caban | Salvador | 7:20-cv-48476-MCR-GRJ |
| Clark | Linwood | 7:20-cv-48599-MCR-GRJ |
| Cline | Michael | 7:20-cv-48703-MCR-GRJ |
| Clingain | David | 7:20-cv-48444-MCR-GRJ |
| Cunningham | Daniel | 7:20-cv-48432-MCR-GRJ |
| Curry | Hayley | 7:20-cv-48550-MCR-GRJ |
| DeLisio | Justin | 7:20-cv-48581-MCR-GRJ |

1

| | | |
|---|---|---|
| Dermotta | Matthew | 7:20-cv-48505-MCR-GRJ |
| Driver | Yvette | 7:20-cv-48667-MCR-GRJ |
| Eisman | Ronald | 7:20-cv-48694-MCR-GRJ |
| Ellenberger | Zachary | 7:20-cv-48609-MCR-GRJ |
| Ford | Robert | 7:20-cv-48663-MCR-GRJ |
| George | Ronald | 7:20-cv-47684-MCR-GRJ |
| Gonzalez | Seth | 7:20-cv-47711-MCR-GRJ |
| Greenough | Joseph | 7:20-cv-47735-MCR-GRJ |
| Gruner | Lonnie | 7:20-cv-47762-MCR-GRJ |
| Guggisberg | Michael | 7:20-cv-47769-MCR-GRJ |
| Haley | Nathan | 7:20-cv-47784-MCR-GRJ |
| Halford | Denitra | 7:20-cv-47788-MCR-GRJ |
| Hannan | Jobe | 7:20-cv-47804-MCR-GRJ |
| Harden | Jeffrey | 7:20-cv-47808-MCR-GRJ |
| Hardman | Matthew | 7:20-cv-47817-MCR-GRJ |
| Hatt | Lionel | 7:20-cv-47867-MCR-GRJ |
| Henderson | Gary | 7:20-cv-47889-MCR-GRJ |
| Herbert | Mikel | 7:20-cv-47896-MCR-GRJ |
| Hergenroeder | Matthew | 7:20-cv-47905-MCR-GRJ |
| Hill | Marcus | 7:20-cv-47934-MCR-GRJ |
| Hislip | Robert | 7:20-cv-47947-MCR-GRJ |
| Holcroft | Eugene | 7:20-cv-47970-MCR-GRJ |
| Huggins | Josiah | 7:20-cv-48008-MCR-GRJ |
| Hunt | Keith | 7:20-cv-64274-MCR-GRJ |
| Hunter | Antoine | 7:20-cv-48036-MCR-GRJ |
| Jackson | Casinova | 7:20-cv-48052-MCR-GRJ |
| Jackson | Danny | 7:20-cv-48057-MCR-GRJ |
| Jackson | Felisa | 7:20-cv-48062-MCR-GRJ |

2

| | | |
|---|---|---|
| Jackson | Joshua | 7:20-cv-48067-MCR-GRJ |
| Kelly | Bruce | 7:20-cv-48186-MCR-GRJ |
| Kilheffer | Brian | 7:20-cv-48210-MCR-GRJ |
| Madison | Charles | 7:20-cv-48373-MCR-GRJ |
| Maples | Gary | 7:20-cv-48409-MCR-GRJ |
| Marshall | Roderick | 7:20-cv-48434-MCR-GRJ |
| Martin, Jr | Ronald | 7:20-cv-48452-MCR-GRJ |
| McBride | Lonnie | 7:20-cv-48488-MCR-GRJ |
| McLeod | Joshua | 7:20-cv-48525-MCR-GRJ |
| Moore | Duane | 7:20-cv-47731-MCR-GRJ |
| Mootoo | Alberto | 7:20-cv-47736-MCR-GRJ |
| Morris | Joshua | 7:20-cv-47744-MCR-GRJ |
| Mota | Jose | 7:20-cv-47749-MCR-GRJ |
| Neeley | Melvin | 7:20-cv-47760-MCR-GRJ |
| Neighoff | Charles | 7:20-cv-64256-MCR-GRJ |
| Oliver | Brian Joseph | 7:20-cv-47790-MCR-GRJ |
| Ortiz | David | 7:20-cv-47809-MCR-GRJ |
| Osterman | Shane | 7:20-cv-47815-MCR-GRJ |
| Ottey | Leo | 7:20-cv-47819-MCR-GRJ |
| Parker | Joshua | 7:20-cv-47813-MCR-GRJ |
| Parker II | Jessie | 7:20-cv-47835-MCR-GRJ |
| Parrish | Malcolm | 7:20-cv-47838-MCR-GRJ |
| Pearson | Michael | 7:20-cv-47860-MCR-GRJ |
| Petrush | Richard | 7:20-cv-47886-MCR-GRJ |
| Pickett | Julian | 7:20-cv-47894-MCR-GRJ |
| Probst | William | 7:20-cv-47927-MCR-GRJ |
| Quinones | Tomas | 7:20-cv-47949-MCR-GRJ |

| Ramson | Joseph | 7:20-cv-47962-MCR-GRJ |
|---|---|---|
| Roberts | Jason | 7:20-cv-47999-MCR-GRJ |
| Robinson | Lovie | 7:20-cv-48014-MCR-GRJ |
| Rodriguez-Crespo | Maximino | 7:20-cv-48035-MCR-GRJ |
| Rose | Michael | 7:20-cv-48056-MCR-GRJ |
| Sanders | Steven | 7:20-cv-48093-MCR-GRJ |
| Shackleford | Shereka | 7:20-cv-48147 -MCR-GRJ |
| Sprout | Earl | 7:20-cv-48248-MCR-GRJ |
| Steffy | William | 7:20-cv-48261-MCR-GRJ |
| Stinnett | Nathan | 7:20-cv-48282-MCR-GRJ |
| Strickler | Steven | 7:20-cv-48301-MCR-GRJ |
| Sutton | David | 7:20-cv-48332-MCR-GRJ |
| Tanksley | Jeffrey | 7:20-cv-48350-MCR-GRJ |
| Tokarski | David | 7:20-cv-48395-MCR-GRJ |
| Tulacz | Irek | 7:20-cv-48400-MCR-GRJ |
| Turner | Timothy | 7:20-cv-48410-MCR-GRJ |
| Vilmont | Shane | 7:20-cv-48465-MCR0GRJ |
| Volodin | Sergei | 7:20-cv-48468-MCR-GRJ |
| Wade | Lucas | 7:20-cv-48471-MCR-GRJ |
| Wallace | Jose | 7:20-cv-48486-MCR-GRJ |
| Waymire | Daniel | 7:20-cv-47525-MCR-GRJ |
| Weese | Richard | 7:20-cv-47528-MCR-GRJ |
| Welch | Jason | 7:20-cv-47530-MCR-GRJ |
| Williams | Jonathan | 7:20-cv-47568-MCR-GRJ |
| Yurek | William | 7:20-cv-47653-MCR-GRJ |
| Whightsil | Jeremy | 7:20-cv-47537-MCR-GRJ |

4