UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>7:20-cv-14286<br>*Jason Daniels v 3M et al*<br><br>7:20-cv-11900<br>*Dennis Haskamp v 3M et al*<br><br>7:20-cv-18596<br>*Jewel Martinez v 3M et al*<br><br>7:20-cv-13428<br>*Jacob Washington v 3M et al* | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Cedric E. Evans of the law firm Butler Snow, LLP, has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

DATED:   January 24, 2022

Respectfully submitted,

*/s/ Cedric E. Evans*
Cedric E. Evans, TX Bar No. 00793707

BUTLER SNOW LLP
1400 Lavaca Street, Suite 1000
Telephone:  (737) 802-1800
Facsimile:    (737) 802-1801
Email:  cedric.evans@butlersnow.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Notice of Appearance was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Cedric E. Evans*
Cedric E. Evans