**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| Document Relates to: | |
| | Civil Action No. |
| PLAINTIFF(S), | |
| v. | |
| 3M COMPANY, ET AL. | |
| DEFENDANTS. | |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Sarah A. Meadows of the law firm Thomas Combs & Spann, PLLC, has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

1

DATED:  January 24, 2022

Respectfully submitted,

*/s/ Sarah A. Meadows*
Sarah A. Meadows, WV Bar No. 11639
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Suite 1380 (25301)
P.O. Box 3824
Charleston, WV  25338
Telephone:  (304) 414-1812
Facsimile:   (304) 414-1801
Email: smeadows@tcspllc.com

*Counsel for Defendants 3M Company, 3M*
*Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding, LLC,*
*Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 24th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Sarah A. Meadows*
Sarah A. Meadows, WV Bar No. 11639