# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS<br>EARPLUG PRODUCTS<br>LIABILITY LITIGATION<br><br>This Document Relates to:<br>**Donald Autry** (8:20-cv-09779-MCR-GRJ) | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Philip Bohrer of Bohrer Brady, LLC hereby enters his appearance as counsel for Plaintiff in the following action:

- *Donald Autry v. 3M, et al*, Case Number: 8:20-cv-09779-MCR-GRJ; in the USDC for the Northern District of Florida, Pensacola Division

Counsel requests all further papers and pleadings in this action and in the Master Docket of MDL 2885 be served upon him.

Dated: January 24, 2022                    Respectfully submitted:

                                           By: /s/Philip Bohrer
                                               Philip Bohrer
                                               phil@bohrerbrady.com
                                               **BOHRER BRADY, LLC.**
                                               8712 Jefferson Highway, Suite B
                                               Baton Rouge, Louisiana 70809
                                               Telephone: (225) 925-5297
                                               Facsimile: (225) 231-7000

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system and/or MDL-Centrality. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system. I also certify that, as of the date of this mailing, there are no manual recipients identified to receive this mailing.

Baton Rouge, Louisiana, this 24th day of January, 2022.

/s/Philip Bohrer