UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Sharon Turret, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in New York and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of New York. A copy of a Certificate of Good Standing from the State of New York dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

1

Admission Tutorial, confirmation number FLND16430411195613 and completed the CM/ECF Online Tutorials.

    4.    Sharon Turret has submitted to the Clerk the required $208.00 *prohac vice* admission fee.

    5.    Sharon Turret has upgraded her PACER account to "NextGen."

    6.    Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Sharon Turret respectfully requests that this Court enter an Order granting Sharon Turret of Dechert LLP, *pro hac vice* in this case.

Respectfully submitted on this 24th day of January, 2022.

/s/ Sharon Turret
Sharon Turret, NY Bar No. 5656053

DECHERT LLP
1095 6th Avenue
New York, NY 10036
Telephone: (212) 698-3500
sharon.turret@dechert.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

2

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 24th day of January, 2022.

                                               */s/ Sharon Turret*
                                               Sharon Turret, NY Bar No. 5656053