**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## **MOTION TO APPEAR *PRO HAC VICE***

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Ingrid Golemi, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1.      Movant resides in New York and is not a resident of the State of Florida.

2.      Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of New York. A copy of a Certificate of Good Standing from the State of New York dated within 30 days of this motion is attached hereto as Exhibit "A."

3.      Movant has reviewed the Attorney Admission Memo, reviewed the Local  Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial,

1

confirmation number FLND16417438935485 and completed the CM/ECF Online Tutorials.

4.     Ingrid Golemi has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.     Ingrid Golemi has upgraded her PACER account to "NextGen."

6.     Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Ingrid Golemi respectfully requests that this Court enter an Order granting Ingrid Golemi of Manning Gross and Massenburg LLP, *pro hac vice* in this case.

Respectfully submitted on this 24th day of January, 2022.

*/s/ Ingrid Golemi*
Ingrid Golemi, NY Bar No. 4382883

MANNING GROSS + MASSENBURG LLP
14 Wall Street, 28th Floor
New York, New York 10005
Telephone:  (929) 378-4800
Facsimile:     (618) 607-5299
Email:  Igolemi@mgmlaw.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 24th day of January, 2022.

*/s/ Ingrid Golemi*
Ingrid Golemi, NY Bar No. 4382883