# Exhibit "A"



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Ann Marie Thornton Field, Esq.**

DATE OF ADMISSION

May 23, 1988

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated:  December 23, 2021

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk