# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Anthony S. Miller, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in California and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of California, Texas, and Pennsylvania. A copy of a Certificate of Good Standing from Texas dated January, 6, 2020 is attached hereto as Exhibit "A." Certificates from California and Pennsylvania are pending and will be submitted to this Court once received.

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

1

Admission Tutorial, confirmation number FLND16416077735480 and completed the CM/ECF Online Tutorials.

4. Anthony S. Miller has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Anthony S. Miller has upgraded his PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Anthony S. Miller respectfully request that this Court enteran Order granting Anthony S. Miller of Manning Gross + Massenburg, LLP, *pro hac vice* in this case.

Respectfully submitted on this 24th day of January, 2022.

*/s/ Anthony S. Miller*
Anthony S. Miller, CA Bar No. 175389;
TX Bar No. 14056185; PA Bar No. 312663

**MANNING GROSS + MASSENBURG, LLP**
201 Spear Street, Floor 18
San Francisco, CA 94105-1637
(415) 512-4381 Telephone
amiller@mgmlaw.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 24th day of January, 2022.

/s/ Anthony S. Miller
Anthony S. Miller, CA Bar No. 175389;
TX Bar No. 14056185; PA Bar No. 312663