UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

This Document Relates to:
*Eric Ahlander v. 3M Company* Case No. 7:20-cv-40261
*Seth Brin v. 3M Company* Case No. 7:20-cv-40265
*Martin Byrne v. 3M Company* Case No. 7:20-cv-40269
*Orville Cupp v. 3M Company* Case No. 7:20-cv-40272
*Warren Dewey v. 3M Company* Case No. 7:20-cv-40276
*Bruce Eldred v. 3M Company* Case No. 7:20-cv-40279
*Michael Garner v. 3M Company* Case No. 7:20-cv-40280
*Richard Hall v. 3M Company* Case No. 7:20-cv-40281
*Steven Hansford v. 3M Company* Case No. 7:20-cv-40282
*Nicholas Peoples v. 3M Company* Case No. 7:20-cv-40284
*Jacob Robison v. 3M Company* Case No. 7:20-cv-40291
*Cole Schainost v. 3M Company* Case No. 7:20-cv-40295
*Antonio Tarkington v. 3M Company* Case No. 7:20-cv-40298
*Derrick Umbarger v. 3M Company* Case No. 7:20-cv-40302
*Paul Zieniuk v. 3M Company* Case No. 7:20-cv-40305

*Linwood Cottner v. 3M Company* Case No. 7:20-cv-40248
*John Buckley v. 3M Company* Case No. 7:20-cv-40251
*Arlington Lindskog v. 3M Company* Case No. 7:20-cv-40254
*Daniel Woods v. 3M Company* Case No. 7:20-cv-97790

## MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Attorney Blake A. Shuart, of Hutton & Hutton Law Firm, LLC notifies the Court that Mark B. Hutton, the Attorney of Record of Hutton & Hutton Law Firm, LLC, died on December 29, 2021.

Attorney Blake A. Shuart moves under Local Rule 11.1 H(1)(b) for the withdrawal of Mark B. Hutton of Hutton & Hutton Law Firm, LLC and substitution of Blake A. Shuart of Hutton & Hutton Law Firm, LLC in place thereof. All plaintiffs will continue to be represented by the same law firm – Hutton & Hutton Law Firm, LLC. Mr. Shuart is admitted in the Northern District of Florida and has complied with all requirements for appearing and filing in this District. Counsel has fulfilled the administrative requirements outlined in Pretrial Order No. 3. Counsel accordingly requests that all further papers and pleadings in these actions and the Master Docket of the MDL 2885 be served upon him.

Dated:  January 24, 2022          Respectfully submitted,


                                  /s/ Blake A. Shuart
                                  Blake A. Shuart, FL Bar #0084690
                                  Hutton & Hutton Law Firm
                                  8100 E. 22nd Street North, Bldg. 1200
                                  Wichita, KS 67226
                                  Telephone:  (316) 688-1166
                                  Facsimile:  (316)686-1077
                                  blake.shuart@huttonlaw.com
                                  **Counsel for the Plaintiffs**

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 24th day of January 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/EFC system, and thereby served electronically on all counsel of record.

*/s/ Blake A. Shuart*
Blake A. Shuart

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Eric Ahlander v. 3M Company* Case No. 7:20-cv-40261<br>*Seth Brin v. 3M Company* Case No. 7:20-cv-40265<br>*Martin Byrne v. 3M Company* Case No. 7:20-cv-40269<br>*Orville Cupp v. 3M Company* Case No. 7:20-cv-40272<br>*Warren Dewey v. 3M Company* Case No. 7:20-cv-40276<br>*Bruce Eldred v. 3M Company* Case No. 7:20-cv-40279<br>*Michael Garner v. 3M Company* Case No. 7:20-cv-40280<br>*Richard Hall v. 3M Company* Case No. 7:20-cv-40281<br>*Steven Hansford v. 3M Company* Case No. 7:20-cv-40282<br>*Nicholas Peoples v. 3M Company* Case No. 7:20-cv-40284<br>*Jacob Robison v. 3M Company* Case No. 7:20-cv-40291<br>*Cole Schainost v. 3M Company* Case No. 7:20-cv-40295<br>*Antonio Tarkington v. 3M Company* Case No. 7:20-cv-40298<br>*Derrick Umbarger v. 3M Company* Case No. 7:20-cv-40302<br>*Paul Zieniuk v. 3M Company* Case No. 7:20-cv-40305 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

*Linwood Cottner v. 3M Company* Case No. 7:20-cv-40248
*John Buckley v. 3M Company* Case No. 7:20-cv-40251
*Arlington Lindskog v. 3M Company* Case No. 7:20-cv-40254
*Daniel Woods v. 3M Company* Case No. 7:20-cv-97790

## MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Attorney Blake A. Shuart, of Hutton & Hutton Law Firm, LLC notifies the Court that Mark B. Hutton, the Attorney of Record of Hutton & Hutton Law Firm, LLC, died on December 29, 2021.

Attorney Blake A. Shuart moves under Local Rule 11.1 H(1)(b) for the withdrawal of Mark B. Hutton of Hutton & Hutton Law Firm, LLC and substitution of Blake A. Shuart of Hutton & Hutton Law Firm, LLC in place thereof. All plaintiffs will continue to be represented by the same law firm – Hutton & Hutton Law Firm, LLC. Mr. Shuart is admitted in the Northern District of Florida and has complied with all requirements for appearing and filing in this District. Counsel has fulfilled the administrative requirements outlined in Pretrial Order No. 3. Counsel accordingly requests that all further papers and pleadings in these actions and the Master Docket of the MDL 2885 be served upon him.

Dated:  January 24, 2022	Respectfully submitted,


        /s/ Blake A. Shuart
        Blake A. Shuart, FL Bar #0084690
        Hutton & Hutton Law Firm
        8100 E. 22nd Street North, Bldg. 1200
        Wichita, KS 67226
        Telephone:  (316) 688-1166
        Facsimile:  (316)686-1077
        blake.shuart@huttonlaw.com
        **Counsel for the Plaintiffs**

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 24th day of January 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/EFC system, and thereby served electronically on all counsel of record.

*/s/ Blake A. Shuart*
Blake A. Shuart