UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Daniel Woods v. 3M Company*<br>*Case No. 8:20-cv-97790*<br>*Adam Abusaleh v. 3M Company*<br>*Case No. 7:20-cv-40258* | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Attorney Blake A. Shuart, of Hutton & Hutton Law Firm, LLC notifies the Court that Mark B. Hutton, the Attorney of Record of Hutton & Hutton Law Firm, LLC, died on December 29, 2021.

Attorney Blake A. Shuart moves under Local Rule 11.1 H(1)(b) for the withdrawal of Mark B. Hutton of Hutton & Hutton Law Firm, LLC and substitution of Blake A. Shuart of Hutton & Hutton Law Firm, LLC in place thereof.  All plaintiffs will continue to be represented by the same law firm – Hutton & Hutton Law Firm, LLC.  Mr. Shuart is admitted in the Northern District of Florida and has complied with all requirements for appearing and filing in this District.  Counsel has fulfilled the administrative requirements outlined in Pretrial Order No. 3.  Counsel accordingly requests that all further papers and pleadings in these actions and the Master Docket of the MDL 2885 be served upon him.

Dated:  January 24, 2022            Respectfully submitted,


                                    /s/ Blake A. Shuart
                                    Blake A. Shuart, FL Bar #0084690
                                    Hutton & Hutton Law Firm
                                    8100 E. 22nd Street North, Bldg. 1200
                                    Wichita, KS 67226
                                    Telephone:  (316) 688-1166
                                    Facsimile:  (316)686-1077
                                    blake.shuart@huttonlaw.com
                                    **Counsel for the Plaintiffs**

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 24th day of January 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/EFC system, and thereby served electronically on all counsel of record.

*/s/ Blake A. Shuart*
Blake A. Shuart