# EXHIBIT A

# WEST VIRGINIA STATE BAR

## Certificate of Good Standing

**Sherrie Armstrong Davis - WVSB ID# 11525**

This is to certify that, according to the records of the West Virginia State Bar, Sherrie Armstrong Davis, of CHARLESTON, WV, was admitted to practice law by the Supreme Court of Appeals of WV on April 26, 2011.

According to the records of the West Virginia State Bar, as of January 24, 2022, Sherrie Armstrong Davis is currently an Active Member in good standing with the West Virginia State Bar.

*Anita R. Casey*

Anita R. Casey, Esquire
Executive Director
The West Virginia State Bar