UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENNSACOLA DIVISION

| | | |
|---|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | Case No.:  3:19md2885-MCR-GRJ  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | | |

_____

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Joshua H. respectfully moves for admission to practice *pro hac vice* for purposes of appearances in the cases identified in the hereto attached Exhibit "A," and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Texas.  A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached as Exhibit "B."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission

Tutorial, confirmation number FLND16430408225612 and completed the CM/ECF Online Tutorials.

4. Joshua H. Bauer has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Joshua H. Bauer has upgraded his PACER account to "NextGen."

6. Movant represents the Plaintiffs identified in the hereto attached Exhibit "A" filed as individual actions in this litigation.

WHEREFORE, Joshua H. Bauer respectfully requests that this Court enter an Order granting Joshua H. Bauer of Reich & Binstock, L.L.P., *pro hac vice* in this case.

Respectfully submitted on this 25th day of January 2022.

REICH & BINSTOCK, LLP

By: */s/ Joshua H. Bauer*
Dennis C. Reich
Texas State Bar No. 16739600
Joshua H. Bauer
Texas State Bar No. 24084380
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: (713) 622-7271
Fax: (713) 623-8724
dreich@reichandbinstock.com
jbauer@reichandbinstock.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via email to all registered counsel of record.

Submitted on January 25, 2022

*/s/Joshua H. Bauer*