# EXHIBIT "A"

| Plaintiff Name (Last, First) | Active Docket Case No. |
|---|---|
| ADAMS, KYLE | 7:20-cv-00413-MCR-GRJ |
| ADGER, JASSEN | 7:20-cv-00416-MCR-GRJ |
| ALEXANDER, MARK | 7:20-cv-00431-MCR-GRJ |
| ANDERSON, JAMAAL | 7:20-cv-00634-MCR-GRJ |
| BACCUS, NICHOLAS E | 7:20-cv-00643-MCR-GRJ |
| BAIRD, DUSTIN | 7:20-cv-00646-MCR-GRJ |
| BAKER, CAROLINE | 7:20-cv-00648-MCR-GRJ |
| Benton, Tyler | 7:20-cv-00713-MCR-GRJ |
| BERRY, NANCY | 3:19-cv-03093-MCR-GRJ |
| BLACHLY, BRUCE | 7:20-cv-00723-MCR-GRJ |
| BOURKE, JAMES | 7:20-cv-00794-MCR-GRJ |
| BUCHANAN, CLINT | 3:19-cv-03174-MCR-GRJ |
| CADE, JEROME | 7:20-cv-01021-MCR-GRJ |
| Caldwell, Henry | 7:20-cv-01025-MCR-GRJ |
| CASON, WILLIE | 3:19-cv-01516-MCR-GRJ |
| Cevallos, Jacob | 7:20-cv-01103-MCR-GRJ |
| WALTON, LILLY | 7:20-cv-01121-MCR-GRJ |
| CHRISTENSEN, DAKODA | 7:20-cv-01126-MCR-GRJ |
| CLOUSE, ANN | 7:20-cv-01128-MCR-GRJ |
| Collins, Brian | 7:20-cv-01132-MCR-GRJ |
| Costleywren, Jim | 7:20-cv-01141-MCR-GRJ |
| Curtis, Doug | 7:20-cv-01154-MCR-GRJ |
| DANIELS, BRENDAN | 7:20-cv-01156-MCR-GRJ |
| DEBUSK, TYLER | 7:20-cv-01162-MCR-GRJ |
| Demel, Matthew | 7:20-cv-01165-MCR-GRJ |
| DENNISON, ALLEN | 3:19-cv-02013-MCR-GRJ |
| DOWD, JUSTIN | 7:20-cv-01173-MCR-GRJ |
| FLATT, DAVID | 3:19-cv-02014-MCR-GRJ |
| FUENTES, KARLA | 7:20-cv-01225-MCR-GRJ |
| GAMM, KYLE | 7:20-cv-01219-MCR-GRJ |
| GARCIA, CHRISTOPHER | 3:19-cv-03177-MCR-GRJ |
| GASKINS, ANDREW | 3:19-cv-02015-MCR-GRJ |
| GONZALEZ, JORGE L | 7:20-cv-01593-MCR-GRJ |
| Graham, Kwasi | 7:20-cv-01605-MCR-GRJ |
| GREY, MATTHEW | 7:20-cv-01610-MCR-GRJ |

| | |
|---|---|
| GRONING, JOSEPH | 7:20-cv-01613-MCR-GRJ |
| GUARDANAPO, SHAUN | 7:20-cv-01614-MCR-GRJ |
| Hagan, Isaiah | 3:20-cv-04444-MCR-GRJ |
| HAVRILLA, REBEKAH | 7:20-cv-01679-MCR-GRJ |
| HAYES, EDWARD | 7:20-cv-01681-MCR-GRJ |
| HEMLEB, ALEXANDER | 7:20-cv-01694-MCR-GRJ |
| IPOX, FARON | 7:20-cv-01784-MCR-GRJ |
| Jeffrey, Timothy | 7:20-cv-01896-MCR-GRJ |
| JENKINS, JAMIE R | 7:20-cv-01897-MCR-GRJ |
| JOHNSON, WARNER V | 3:20-cv-04495-MCR-GRJ |
| JONES, JAMES K | 7:20-cv-01910-MCR-GRJ |
| Jumanah, Halimah | 7:20-cv-01913-MCR-GRJ |
| KAMSTRA, DALLAS M | 7:20-cv-01934-MCR-GRJ |
| KAROL, JASON | 7:20-cv-01938-MCR-GRJ |
| KENDALL, JOHN F | 7:20-cv-01960-MCR-GRJ |
| KENYON, TONY | 7:20-cv-01968-MCR-GRJ |
| Kobs, Thomas | 3:20-cv-04496-MCR-GRJ |
| KUBERSKI, JOSEPH | 7:20-cv-02022-MCR-GRJ |
| Lacey, Jeremy | 7:20-cv-02027-MCR-GRJ |
| MARINAKES, SOPHIA | 7:20-cv-02359-MCR-GRJ |
| MARTINEZ, JOSEPH R | 7:20-cv-02362-MCR-GRJ |
| Mcdaniel, Brian | 7:20-cv-02372-MCR-GRJ |
| MCFARLAND, ISAIAH J | 7:20-cv-02373-MCR-GRJ |
| Medders, Robert | 7:20-cv-02389-MCR-GRJ |
| MENDELSON, ZACHARY | 7:20-cv-02432-MCR-GRJ |
| MORENO, JESUS | 7:20-cv-02506-MCR-GRJ |
| Newton, Jeffery | 7:20-cv-02544-MCR-GRJ |
| NICOLAI, MATTHEW A | 7:20-cv-02545-MCR-GRJ |
| NIEVES, MARCOS C | 7:20-cv-02546-MCR-GRJ |
| Nolte, Jason | 7:20-cv-02547-MCR-GRJ |
| PAGE, RANDOLPH | 7:20-cv-02571-MCR-GRJ |
| Patenaude, Michael | 7:20-cv-02622-MCR-GRJ |
| PEREZ, DAIGORO | 7:20-cv-02642-MCR-GRJ |
| Pike, Zebulon | 3:20-cv-04500-MCR-GRJ |
| Predestin, Ervens | 7:20-cv-02829-MCR-GRJ |
| REINWAND, JEREMIAH | 7:20-cv-02856-MCR-GRJ |
| Rissmiller, Allan | 7:20-cv-02926-MCR-GRJ |
| Roper, Shanika | 7:20-cv-02945-MCR-GRJ |
| Scott, Raymond | 7:20-cv-03004-MCR-GRJ |

| | |
|---|---|
| SERMERSHEIM, LUCAS | 7:20-cv-03015-MCR-GRJ |
| Simmons, George | 7:20-cv-03077-MCR-GRJ |
| Smith, Todd | 3:19-cv-02017-MCR-GRJ |
| Smith, Jason | 7:20-cv-03113-MCR-GRJ |
| SMITH, DEANDREA | 7:20-cv-03114-MCR-GRJ |
| Speight, Shane | 7:20-cv-03151-MCR-GRJ |
| STAFFA, CHRISTOPHER L | 7:20-cv-03154-MCR-GRJ |
| STEPHENS, LAMAR | 7:20-cv-03167-MCR-GRJ |
| Sterrette, Craig | 7:20-cv-03170-MCR-GRJ |
| TAGLIERI, MATTHEW | 3:19-cv-01373-MCR-GRJ |
| THORSTENSON, DALLAN | 7:20-cv-03244-MCR-GRJ |
| Walker, Samuel | 7:20-cv-03528-MCR-GRJ |
| Warr, Bryant | 7:20-cv-03555-MCR-GRJ |
| Weisman, Joshua | 7:20-cv-03569-MCR-GRJ |
| WEST, RICHARD | 7:20-cv-03584-MCR-GRJ |
| Wiggers, Toby | 7:20-cv-03620-MCR-GRJ |
| Williams, Eric | 7:20-cv-03635-MCR-GRJ |
| Wofford, William | 7:20-cv-03694-MCR-GRJ |
| Wood, Jonathan | 7:20-cv-03702-MCR-GRJ |
| Woody, David | 7:20-cv-03704-MCR-GRJ |
| Young, Carl | 7:20-cv-03734-MCR-GRJ |
| HANSERD, TYKARIUS DESHAWN | 7:20-cv-41854-MCR-GRJ |
| MCGIRT, DENISE | 7:20-cv-41860-MCR-GRJ |
| GARCIA, ROBERT | 8:20-cv-32472-MCR-GRJ |
| BURKE, ALEN | 9:20-cv-04007-MCR-GRJ |
| BENAVIDEZ, GEORGE A | 7:21-cv-21555-MCR-GRJ |
| BEECHER, MATHEW L | 7:21-cv-35850-MCR-GRJ |