# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br><br><br>PLAINTIFF, STEVE PACHECO<br><br>v.<br><br>3M COMPANY, ET AL.<br><br>DEFENDANTS. | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br><br>Civil Action No. 8:20-cv-25647-MCR-GRJ |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Dane W. Schrader of the law firm Manning Gross & Massenburg LLP, has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

1

DATED: January 25th, 2022

        Respectfully submitted,

        */s/ Dane W. Schrader*
        Dane W. Schrader
        CA Bar No. 317004
        **MANNING GROSS, & MASSENBURG LLP**
        444 South Flower Street
        Suite 4100
        Los Angeles, California 90071
        (213) 694-4203 Telephone
        (213) 622-7313 Facsimile
        dwschrader@mgmlaw.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 25th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Dane W. Schrader*
Dane W. Schrader
