**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Kathleen Ingram Carrington of the law firm Butler Snow LLP has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

DATED: January 25, 2022

        Respectfully submitted,

        *s/ Kathleen Ingram Carrington*
        Kathleen Ingram Carrington
        Miss. Bar No. 104220
        **BUTLER SNOW LLP**
        150 3rd Avenue South, Suite 1600
        Nashville, TN 37201
        Telephone: (615) 651-6745
        Fax: (615) 651-6701
        Kat.Carrington@butlersnow.com

        *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 25th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*s/ Kathleen Ingram Carrington*
Kathleen Ingram Carrington
