# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

Pending before the Court are the Motions for Admission *Pro Hac Vice* seeking leave to appear as counsel for parties in matters pending before this Court associated with the above-referenced litigation, filed by the attorneys listed on Exhibit A. The motions demonstrate that these attorneys are members of good standing of the bar associations of their respective states, as stated on the certificates of good standing dated within 30 days of filing the motions; have successfully completed the computer-based tutorials for the local rules of this Court and CM/ECF; and have also paid the required admission fee. Having fully reviewed the matters, the Court finds that the requirements of the Court's local rules have been satisfied. *See* N.D. Fla. Loc. R. 11.1. Therefore, the motions identified on Exhibit A are **GRANTED**.

**DONE AND ORDERED** on this 25th day of January 2022.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

# Exhibit A

| ECF No. | Counsel | Firm |
| --- | --- | --- |
| 2520 | Randolph D. Janis | Douglas & London, P.C. |
| 2537 | Taylor B. Mayes | Butler Snow PLLC |
| 2541 | Nina I. Webb-Lawton | Vorys Sater Seymour and Pease LLP |
| 2543 | Stephen A. Tensmeyer | Kirkland & Ellis LLP |
| 2544 | Kenneth R. Costa | Manning Gross + Massenburg, LLP |
| 2545 | Tiffany deGruy | Bradley Arant Bolt Cummings LLP |
| 2546 | Hannah R. Roberts | Keller Lenkner LLC |
| 2547 | Robert E. Zulandt | Vorys Sater Seymour and Pease LLP |
| 2548 | Mitali R. Vyas | Keller Lenkner LLC |
| 2550 | Rosemary D. Welsh | Vorys Sater Seymour and Pease LLP |
| 2551 | Brandon C. Rees | Thompson, Coe, Cousins & Irons, LLP |
| 2552 | Alexandria N. Gonzalez | Thompson, Coe, Cousins & Irons, LLP |
| 2557 | Michael C. Williams | Bradley Arant Bolt Cummings LLP |
| 2558 | Jennifer Joslin | Kirkland & Ellis LLP |
| 2560 | Julia M. Rafferty | Gordon Rees Scully Mansukhani, LLP |
| 2561 | Caitlyn A. Cheleden | Kirkland & Ellis LLP |
| 2568 | Sharon Turret | Dechert LLP |
| 2570 | Ingrid Golemi | Manning Gross + Massenburg, LLP |
| 2571 | Ann Thornton Field | Gordon & Rees |
| 2573 | Anthony S. Miller | Manning Gross + Massenburg, LLP |
| 2576 | Sherrie Armstrong Davis | Thomas Combs & Spann, PLLC |
| 2577 | Colin B. Rathe | Kirkland & Ellis LLP |
| 2580 | Joshua H. Bauer | Reich & Binstock, LLP |