# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br>Gutierrez De Pineres, Ricardo<br><br><br><br>PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY, ET AL.<br><br>DEFENDANTS. | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>Civil Action No. 8:20cv27196-MCR-GRJ |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mary Kathleen Glaspy of the law firm Manning Gross + Massenburg, LLP, has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

\\\

\\\

1

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

DATED:    January 25th, 2022

>  Respectfully submitted,
>
>  *MKGlaspy*
>
>  _____
>  Mary Kathleen Glaspy, CA Bar No. 157167
>  **MANNING GROSS + MASSENBURG LLP**
>  100 Pringle Avenue, Suite 750
>  Walnut Creek, CA 94596
>  (925) 947-1300 Telephone
>  (925) 947-1594 Facsimile
>  MGlaspy@mgmlaw.com
>
>  *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 25th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

_____
Mary Kathleen Glaspy, CA Bar No. 157167