# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>Ryan N. Domke,  7:20cv19984<br>John Hall,  7:20cv63303<br>Jaason Skillings, 7:20cv79088<br>Lucius Sykes,  7:20cv80632<br>Thomas J. White,  7:20cv76039<br>George J. Wood, 8:20cv33407 | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Perry W. Doran, II of the law firm Vorys Sater Seymour and Pease LLP, has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

DATED:	January 25, 2022

1

Respectfully submitted,

*/s/ Perry W. Doran, II*
Perry W. Doran, II, Florida Bar No. 0001200

**VORYS SATER SEYMOUR AND PEASE LLP**
52 East Gay Street
Columbus, OH  43215
Phone:  614.464.6305
Fax:  614.719.5185
Email:  pwdoran@vorys.com

*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding, LLC,*
*Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 25th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Perry W. Doran*
Perry W. Doran
