## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE:  3M COMBAT ARMS               Case No. 3:19-md-02885
EARPLUG PRODUCTS
LIABILITY LITIGATION

                                     Judge M. Casey Rodgers
This Document Relates to All Cases   Magistrate Judge Gary R. Jones

### MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Steven R. Rech, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1.     Movant resides in Texas and is not a resident of the State of Florida.

2.     Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Texas.  A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion are attached hereto as Exhibit "A."

3.     Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16418442695503 and completed the CM/ECF Online Tutorials.

4.     Steven R. Rech has submitted to the Clerk the required $208.00 *prohac*

1

*vice* admission fee.

5.   Steven R. Rech has upgraded his PACER account to "NextGen."

6.   Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Steven R. Rech respectfully request that this Court enteran Order granting Steven R. Rech of Vorys Sater Seymour and Pease LLP, *pro hac vice* in this case.

Respectfully submitted on this 25th day of January, 2022.

*/s/ Steven R. Rech*
Steven R. Rech, Texas Bar No. 16649200

VORYS SATER SEYMOUR AND PEASE LLP
909 Fannin Street
Suite 2700
Houston, TX  77010
Telephone:  713.588.7017
Facsimile:   713.588.7090
Email:  srech@vorys.com

*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding, LLC,*
*Aearo Intermediate, LLC and Aearo, LLC*

2

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 25th day of January, 2022.

*/s/ Steven R. Rech*
Steven R. Rech, Texas Bar No. 16649200