# EXHIBIT A

1/13/2022 41124802

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 24, 2022

Re:   Steven R. Rech , State Bar Number 16649200

To Whom It May Concern:

This is to certify that Mr. Steven R. Rech was licensed to practice law in Texas on  November 02, 1990, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

No previous disciplinary sanctions have been entered against the attorney's law license.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/aa