# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION <br><br> Document Relates to: <br><br> Donald Autry, 8:20cv09779 <br> Anthony S. Minges, 3:19cv02752 <br> Jonathan Spencer Moore, 8:20cv34730 <br> Dusty Perry, 7:20cv92209 | Case No. 3:19-md-02885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Robert E. Zulandt, III of the law firm Vorys Sater Seymour and Pease LLP, has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

DATED:   January 25, 2022

                                                     Respectfully submitted,

                                                     */s/ Robert E. Zulandt, III*
                                                     Robert E. Zulandt, III, Ohio Bar No. 0071497

**VORYS SATER SEYMOUR AND PEASE LLP**
106 South Main Street
Suite 1100
Akron, OH  44308
Phone:	330.208.1109
Fax:	330.208.1087
Email:	rezulandt@vorys.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 25th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ Robert E. Zulandt, III
Robert E. Zulandt, III