# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>Larry Breland, 7:20cv19541<br>Eddie Franklin, 7:20cv66635<br>Wesley Eugene Norton, 8:20cv32809<br>Victor Smyrnow, 7:20cv65982<br>Cletis L. Wilbanks, 7:20cv97387 | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Rosemary D. Welsh of the law firm Vorys Sater Seymour and Pease LLP, has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

DATED:     January 25, 2022

Respectfully submitted,

*/s/ Rosemary D. Welsh*
Rosemary D. Welsh, Ohio Bar No. 0064790

**VORYS SATER SEYMOUR AND PEASE LLP**
301 East Fourth Street
Great American Tower
Suite 3500
Cincinnati, OH  45202
Phone:  513.723.4487
Fax:  513.852.8449
Email: rdwelsh@vorys.com

*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding, LLC,*
*Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 25th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Rosemary D. Welsh*
Rosemary D. Welsh

3