# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, David M. Taylor, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16425243595573 and completed the CM/ECF Online Tutorials.

4. David M. Taylor has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

1

5. David M. Taylor has upgraded his PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC.

WHEREFORE, David M. Taylor respectfully request that this Court enter an Order granting David M. Taylor of Thompson Coe, Cousins & Irons, LLC, *pro hac vice* in this case.

Respectfully submitted on this 25th day of January, 2022.

>/s/ David M. Taylor
> David M. Taylor
> Texas State Bar No. 19687900
> dtaylor@thompsoncoe.com
>
> **THOMPSON COE COUSINS & IRONS, LLP**
> 700 N. Pearl Street, Suite 2500
> Dallas, Texas 75201
> (214) 871-8200 (Telephone)
> (214) 871-8209 (Facsimile)
>
> *Counsel for Defendants 3M Company and 3M Occupational Safety LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 25th day of January, 2022.

>/s/ David M. Taylor
> David M. Taylor, TX Bar No. 19687900

# EXHIBIT A

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 11, 2022

Re: Mr. David M. Taylor, State Bar Number 19687900

To Whom It May Concern:

This is to certify that Mr. David M. Taylor was licensed to practice law in Texas on November 12, 1979, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

