**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE:  3M COMBAT ARMS | )  Case No. 3:19-md-2885 |
| EARPLUG PRODUCTS | ) |
| LIABILITY LITIGATION | ) |
| | ) |
| This Document Relates to the | )  Judge M. Casey Rodgers |
| Master Docket | )  Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, Samira Khazaeli of The Gori Law Firm, hereby moves this Court for an Order granting admission to practice *pro hac vice* in the above-styled case, and in support states as follows:

1. Movant resides in Illinois and is not a resident of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of Illinois, where Movant resides and/or regularly practices. A copy of the certificates of good standing from Illinois dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Attorney Admission Tutorial, tutorial confirmation FLND16429594695607, and the online CM/ECF Attorney User's Guide.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen."

WHEREFORE, Samira Khazaeli respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted this 26th day of January 2022.

THE GORI LAW FIRM


*/s/ Samira Khazaeli*
Samira Khazaeli
Illinois Bar No. 6313223
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 - Telephone
(618) 659-9834 – Facsimile
skhazaeli@gorilaw.com

<u>CERTIFICATE OF SERVICE</u>

In compliance with L.R. 5.1(f), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system which will provide electronic notice of same to all counsel of record.

Dated this 26th day of January 2022.

*/s/ Samira Khazaeli*
Samira Khazaeli
Illinois Bar No. 6313223
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 - Telephone
(618) 659-9834 – Facsimile
skhazaeli@gorilaw.com