UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*David Masters*, No. 7:20-cv-00607 | Case No. 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### NOTICE OF APPEARANCE
### ON BEHALF OF PLAINTIFF DAVID MASTERS

**PLEASE TAKE NOTICE** that SARA T. PAPANTONIO of the law firm of Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A., hereby enters her appearance in this action as additional counsel for Plaintiff David Masters in the above-captioned action and respectfully requests that all further papers and pleadings in this action be served upon her at the address listed below.

Respectfully submitted this 26th day of January, 2022.

*/s/ Sara T. Papantonio*
Sara T. Papantonio, Esquire
Florida Bar Number: 1024826
Levin, Papantonio, Rafferty, Proctor,
Buchanan, O'Brien, Barr & Mougey, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL  32502
(850) 435-7040 Telephone
(850) 435-7020 Facsimile
spapantonio@levinlaw.com

## Certificate of Service

I HEREBY CERTIFY this 26th day January, 2022, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

                                                */s/ Sara T. Papantonio*
                                                Sara Papantonio