UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, Bret Stanley, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof, states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the United States District Court, Western District of Texas. A copy of a Certificate of Good Standing from the United States District Court, Western District of Texas dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

Admission Tutorial, confirmation number **FLND16426913785587**, and completed the CM/ECF Online Tutorials.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents Plaintiffs in MDL 2885.

WHEREFORE, Bret Stanley respectfully requests that this Court enter an Order granting Bret Stanley, Pulaski Kherkher, PLLC., pro *hac vice* in this case.

Respectfully submitted on this 26th day of January 2022.

                                            */s/ Bret Stanley*
                                            BRET STANLEY
                                            TX Bar No. 24075116
                                            Pulaski Kherkher, PLLC
                                            2925 Richmond Ave., Suite 1725
                                            Houston, TX 77098
                                            Telephone: (713) 664-4555
                                            Email:  bstanley@pulaskilawfirm.com
                                            *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record. This the 26th day of January 2022.

*/s/ Bret Stanley*
Bret Stanley