# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br><br><br>PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY, ET AL.<br><br>DEFENDANTS. | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br><br>Civil Action No. |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Philip J. Combs of the law firm Thomas Combs & Spann, PLLC, has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

1

DATED:  January 26, 2022

        Respectfully submitted,

        */s/ Philip J. Combs*
        Philip J. Combs, WV Bar No. 6056
        THOMAS COMBS & SPANN, PLLC
        300 Summers Street, Suite 1380 (25301)
        P.O. Box 3824
        Charleston, WV  25338
        Telephone:  (304) 414-1805
        Facsimile:   (304) 414-1801
        Email: pcombs@tcspllc.com

        *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 26th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

        */s/ Philip J. Combs*
        Philip J. Combs, WV Bar No. 6056