# UNITED STATES DISTICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Cases | Case No. 3:19-md-2885 |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rules 11.1, Amy L. Stone, Esq. hereby moves this Court for an Order for Admission *Pro Hac Vice* in the above-styled case, and in support states as follows:

1. Movant resides in Virginia and is not a resident of the State of Florida;

2. Movant is admitted to practice and is a member in good standing of the Bars of the State of Virginia (Bar #80327), North Carolina (Bar #29624), and Eastern District of Tennessee (BPR #29624);

3. Movant submits a copy of a Certificate of Good Standing from the Virginia Supreme Court, North Carolina Supreme Court and for the USDC for the Eastern District of Tennessee dated within 30 days of this motion and is attached hereto as Exhibit A;

4. Movant successfully completed the online Local Rules tutorial exam, Confirmation Number FLND16414006585431, as required by Local Rule 11.1, and reviewed the online CM/ECF Attorney's User's Guide;

5. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee;

6. Movant maintains an upgraded PACER account;

7. Movant is the attorney for Plaintiffs listed in the attached Exhibit B.

WHEREFORE, Movant respectfully request this Court to enter an Order granting this Motion to Appear *Pro Hac Vice* and directing the clerk to provide notice of electronic case filings to the undersigned.

Dated: January 27, 2022

                                                      Respectfully Submitted,

                                                  */s/ Amy L. Stone*
                                                  Amy L. Stone, VA Bar No. 80327
                                                  THE MOODY LAW FIRM, INC.
                                                  500 Crawford St., Suite 200
                                                  Portsmouth, VA 23704
                                                  P: (757) 393-6020
                                                  F: (757) 399-3019
                                                  Email: astone@moodyrrlaw.com

## Certificate of Service

I do hereby certify that on this 27th day of January 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using CM/ECF system.

/s/ Amy L. Stone
Amy L. Stone