# EXHIBIT A

# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| | }ss. |
| EASTERN DISTRICT OF VIRGINIA | } |

I, Fernando Galindo, Clerk of the United States District Court, Eastern District of Virginia,

DO HEREBY CERTIFY that AMY LORRELLE STONE, Bar #80327, was duly admitted to practice in said Court on June 19, 2012, and is in good standing as a member of the bar of said Court.

Dated at Norfolk, Virginia  
on January 11, 2022

FERNANDO GALINDO  
Clerk

By _____  
Amanda L. Woodall, Deputy Clerk

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Amy L. Funderburk, Clerk of the Supreme Court of North Carolina, do hereby certify that on September 22, 2000, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## Amy Lorrelle Stone

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this January 11, 2022.

Amy L. Funderburk
Clerk of the Supreme Court
of the State of North Carolina

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

## CERTIFICATE OF GOOD STANDING

I, LeAnna R. Wilson, Clerk of the Eastern District of Tennessee, certify that

**Amy L. Stone**,

was duly admitted to practice in this Court on __7-22-2021__ and is in good standing as a member of the Bar of this Court.

Dated at __Chattanooga, TN__ on __Friday January 7, 2022__.

_____
DEPUTY CLERK