# EXHIBIT B

# SCHEDULE OF ACTIONS

| Case Number | Case Caption |
| --- | --- |
| 7:20-cv-44358-MCR-GRJ | **Alden v. 3M COMPANY et al** |
| 7:20-cv-44143-MCR-GRJ | **Algeo v. 3M COMPANY et al** |
| 7:20-cv-44565-MCR-GRJ | **Alvarado v. 3M COMPANY et al** |
| 7:20-cv-44179-MCR-GRJ | **Amos v. 3M COMPANY et al** |
| 7:20-cv-41959-MCR-GRJ | **Anderson, Charles v. 3M COMPANY et al** |
| 7:20-cv-44158-MCR-GRJ | **Anderson, Jr. v. 3M COMPANY et al** |
| 7:20-cv-44125-MCR-GRJ | **Anderson, Luis v. 3M COMPANY et al** |
| 7:20-cv-44239-MCR-GRJ | **Armistead v. 3M COMPANY et al** |
| 7:20-cv-44498-MCR-GRJ | **Arnold, Eric v. 3M COMPANY et al** |
| 7:20-cv-44448-MCR-GRJ | **Arnold, Charles v. 3M COMPANY et al** |
| 7:20-cv-44541-MCR-GRJ | **Au v. 3M COMPANY et al** |
| 7:20-cv-44189-MCR-GRJ | **Babbitt v. 3M COMPANY et al** |
| 7:20-cv-44394-MCR-GRJ | **Baimbridge v. 3M COMPANY et al** |
| 7:20-cv-44165-MCR-GRJ | **Baldwin v. 3M COMPANY et al** |
| 7:20-cv-44307-MCR-GRJ | **Barr v. 3M COMPANY et al** |
| 8:20-cv-31850-MCR-GRJ | **Basnyat v. 3M COMPANY et al** |
| 7:20-cv-44194-MCR-GRJ | **Bates v. 3M COMPANY et al** |
| 7:20-cv-44500-MCR-GRJ | **Batista v. 3M COMPANY et al** |
| 7:20-cv-44284-MCR-GRJ | **Bernashe v. 3M COMPANY et al** |
| 7:20-cv-44278-MCR-GRJ | **Bjork v. 3M COMPANY et al** |
| 7:20-cv-44120-MCR-GRJ | **Blyle v. 3M COMPANY et al** |
| 7:20-cv-44265-MCR-GRJ | **Bodden v. 3M COMPANY et al** |
| 7:20-cv-44222-MCR-GRJ | **Bornhoeft v. 3M COMPANY et al** |
| 7:20-cv-44118-MCR-GRJ | **Bouchard v. 3M COMPANY et al** |
| 7:20-cv-44557-MCR-GRJ | **Bowser v. 3M COMPANY et al** |
| 7:20-cv-44554-MCR-GRJ | **Boyd v. 3M COMPANY et al** |
| 7:20-cv-44226-MCR-GRJ | **Bradley v. 3M COMPANY et al** |
| 7:20-cv-44549-MCR-GRJ | **Brantley v. 3M COMPANY et al** |
| 7:20-cv-44231-MCR-GRJ | **Brower v. 3M COMPANY et al** |
| 7:20-cv-44485-MCR-GRJ | **Brown, Anthony v. 3M COMPANY et al** |
| 7:20-cv-44276-MCR-GRJ | **Brown, Ron v. 3M COMPANY et al** |
| 7:20-cv-44193-MCR-GRJ | **Brown, Alvin v. 3M COMPANY et al** |
| 7:20-cv-44339-MCR-GRJ | **Calciano v. 3M COMPANY et al** |
| 7:20-cv-44383-MCR-GRJ | **Calderon v. 3M COMPANY et al** |
| 7:20-cv-44435-MCR-GRJ | **Cando v. 3M COMPANY et al** |
| 7:20-cv-44570-MCR-GRJ | **Carr v. 3M COMPANY et al** |
| 7:20-cv-44420-MCR-GRJ | **Carter v. 3M COMPANY et al** |
| 7:20-cv-44535-MCR-GRJ | **Casey v. 3M COMPANY et al** |
| 7:20-cv-44432-MCR-GRJ | **Castellanos v. 3M COMPANY et al** |
| 7:20-cv-44205-MCR-GRJ | **Chapman v. 3M COMPANY et al** |

| | |
|---|---|
| 7:20-cv-44748-MCR-GRJ | **Chaudhry v. 3M COMPANY et al** |
| 7:20-cv-44184-MCR-GRJ | **Cissell v. 3M COMPANY et al** |
| 7:20-cv-44751-MCR-GRJ | **Clifton v. 3M COMPANY et al** |
| 7:20-cv-44210-MCR-GRJ | **Cohee v. 3M COMPANY et al** |
| 7:20-cv-44117-MCR-GRJ | **Cole v. 3M COMPANY et al** |
| 7:20-cv-44477-MCR-GRJ | **Combs v. 3M COMPANY et al** |
| 7:20-cv-41963-MCR-GRJ | **Cometa v. 3M COMPANY et al** |
| 7:20-cv-44331-MCR-GRJ | **Comp v. 3M COMPANY et al** |
| 7:20-cv-44753-MCR-GRJ | **Con-ui v. 3M COMPANY et al** |
| 7:20-cv-44451-MCR-GRJ | **Corry v. 3M COMPANY et al** |
| 7:20-cv-44352-MCR-GRJ | **Crawford v. 3M COMPANY et al** |
| 7:20-cv-44440-MCR-GRJ | **Crose v. 3M COMPANY et al** |
| 7:20-cv-41967-MCR-GRJ | **Crump v. 3M COMPANY et al** |
| 7:20-cv-44267-MCR-GRJ | **Cunningham v. 3M COMPANY et al** |
| 7:20-cv-41971-MCR-GRJ | **Cush v. 3M COMPANY et al** |
| 7:20-cv-44262-MCR-GRJ | **Davis, Donald v. 3M COMPANY et al** |
| 7:20-cv-44153-MCR-GRJ | **Davis, Troy v. 3M COMPANY et al** |
| 7:20-cv-44413-MCR-GRJ | **De La Cruz v. 3M COMPANY et al** |
| 7:20-cv-44496-MCR-GRJ | **DeCoste v. 3M COMPANY et al** |
| 7:20-cv-41975-MCR-GRJ | **DeCoursey v. 3M COMPANY et al** |
| 7:20-cv-44559-MCR-GRJ | **DeFino v. 3M COMPANY et al** |
| 7:20-cv-44354-MCR-GRJ | **Deguzman v. 3M COMPANY et al** |
| 7:20-cv-44207-MCR-GRJ | **Delpino v. 3M COMPANY et al** |
| 7:20-cv-44188-MCR-GRJ | **Denson v. 3M COMPANY et al** |
| 7:20-cv-44562-MCR-GRJ | **Dilworth v. 3M COMPANY et al** |
| 7:20-cv-44543-MCR-GRJ | **Dunlap v. 3M COMPANY et al** |
| 7:20-cv-44547-MCR-GRJ | **Dunn v. 3M COMPANY et al** |
| 7:20-cv-44271-MCR-GRJ | **Durriseau v. 3M COMPANY et al** |
| 7:20-cv-44234-MCR-GRJ | **Ealey v. 3M COMPANY et al** |
| 7:20-cv-44350-MCR-GRJ | **Edwards, William v. 3M COMPANY et al** |
| 7:20-cv-44141-MCR-GRJ | **Edwards, Jeffery v. 3M COMPANY et al** |
| 7:20-cv-41978-MCR-GRJ | **Edwards, Jr., Doyle v. 3M COMPANY et al** |
| 7:20-cv-44345-MCR-GRJ | **Egly v. 3M COMPANY et al** |
| 7:20-cv-44341-MCR-GRJ | **Espinoza, Alexander v. 3M COMPANY et al** |
| 7:20-cv-44411-MCR-GRJ | **Espinoza, Jason v. 3M COMPANY et al** |
| 3:19-cv-02362-MCR-GRJ | **Estrada v. 3M COMPANY et al** |
| 7:20-cv-42608-MCR-GRJ | **Etienne v. 3M COMPANY et al** |
| 7:20-cv-44236-MCR-GRJ | **Evans v. 3M COMPANY et al** |
| 7:20-cv-44113-MCR-GRJ | **Faiola v. 3M COMPANY et al** |
| 7:20-cv-44200-MCR-GRJ | **Feller v. 3M COMPANY et al** |
| 7:20-cv-44155-MCR-GRJ | **Fields, Jr. v. 3M COMPANY et al** |
| 8:20-cv-31851-MCR-GRJ | **Figueroa, Orlando v. 3M COMPANY et al** |
| 7:20-cv-44280-MCR-GRJ | **Figueroa, Luis v. 3M COMPANY et al** |

| | |
|---|---|
| 7:20-cv-44473-MCR-GRJ | **Fisher v. 3M COMPANY et al** |
| 7:20-cv-39326-MCR-GRJ | **Fitzgerald, Jr. v. 3M COMPANY et al** |
| 7:20-cv-44202-MCR-GRJ | **Fowler v. 3M COMPANY et al** |
| 7:20-cv-44163-MCR-GRJ | **Gallegos v. 3M COMPANY et al** |
| 7:20-cv-44196-MCR-GRJ | **Gammage v. 3M COMPANY et al** |
| 7:20-cv-42611-MCR-GRJ | **Gebhard v. 3M COMPANY et al** |
| 7:20-cv-44369-MCR-GRJ | **Gillespie v. 3M COMPANY et al** |
| 7:20-cv-44150-MCR-GRJ | **Gilliam v. 3M COMPANY et al** |
| 7:20-cv-44229-MCR-GRJ | **Gocking v. 3M COMPANY et al** |
| 7:20-cv-44157-MCR-GRJ | **Gregory v. 3M COMPANY et al** |
| 7:20-cv-44310-MCR-GRJ | **Grice v. 3M COMPANY et al** |
| 7:20-cv-44405-MCR-GRJ | **Hardine v. 3M COMPANY et al** |
| 7:20-cv-44508-MCR-GRJ | **Hawkins v. 3M COMPANY et al** |
| 3:19-cv-02320-MCR-GRJ | **Heard v. 3M COMPANY et al** |
| 7:20-cv-44124-MCR-GRJ | **Heller v. 3M COMPANY et al** |
| 7:20-cv-44250-MCR-GRJ | **Hennessee v. 3M COMPANY et al** |
| 7:20-cv-44292-MCR-GRJ | **Henry v. 3M COMPANY et al** |
| 7:20-cv-44241-MCR-GRJ | **Hernandez v. 3M COMPANY et al** |
| 7:20-cv-44567-MCR-GRJ | **Heuer v. 3M COMPANY et al** |
| 7:20-cv-44289-MCR-GRJ | **Hicks v. 3M COMPANY et al** |
| 7:20-cv-44160-MCR-GRJ | **Hoffman v. 3M COMPANY et al** |
| 7:20-cv-44490-MCR-GRJ | **Hogan v. 3M COMPANY et al** |
| 7:20-cv-44367-MCR-GRJ | **Holley v. 3M COMPANY et al** |
| 7:20-cv-44757-MCR-GRJ | **Holmes v. 3M COMPANY et al** |
| 7:20-cv-44181-MCR-GRJ | **Holt v. 3M COMPANY et al** |
| 7:20-cv-44122-MCR-GRJ | **Hopkins v. 3M COMPANY et al** |
| 3:19-cv-01560-MCR-GRJ | **Horne, Alan v. 3M COMPANY et al** |
| 7:20-cv-44127-MCR-GRJ | **Horne, Mark v. 3M COMPANY et al** |
| 7:20-cv-44458-MCR-GRJ | **Huizar v. 3M COMPANY et al** |
| 7:20-cv-44134-MCR-GRJ | **Hunt v. 3M COMPANY et al** |
| 7:20-cv-44365-MCR-GRJ | **Hunter v. 3M COMPANY et al** |
| 7:20-cv-44494-MCR-GRJ | **Inman v. 3M COMPANY et al** |
| 7:20-cv-44423-MCR-GRJ | **Jackson, Jamie v. 3M COMPANY et al** |
| 7:20-cv-42613-MCR-GRJ | **Jackson, Christopher v. 3M COMPANY et al** |
| 7:20-cv-44177-MCR-GRJ | **Jacobs v. 3M COMPANY et al** |
| 7:20-cv-42615-MCR-GRJ | **James v. 3M COMPANY et al** |
| 7:20-cv-44356-MCR-GRJ | **Jennings v. 3M COMPANY et al** |
| 7:20-cv-42616-MCR-GRJ | **Jensen v. 3M COMPANY et al** |
| 7:20-cv-28579-MCR-GRJ | **Johnson v. 3M COMPANY et al** |
| 7:20-cv-44467-MCR-GRJ | **Jones, Miguel v. 3M COMPANY et al** |
| 7:20-cv-44475-MCR-GRJ | **Jones, Dustin v. 3M COMPANY et al** |
| 7:20-cv-44136-MCR-GRJ | **Jones, Jr., Raymond v. 3M COMPANY et al** |
| 7:20-cv-44759-MCR-GRJ | **Kashif v. 3M COMPANY et al** |

| | |
|---|---|
| 7:20-cv-44316-MCR-GRJ | **Kinney v. 3M COMPANY et al** |
| 7:20-cv-44169-MCR-GRJ | **Knihnicki v. 3M COMPANY et al** |
| 7:20-cv-42618-MCR-GRJ | **Laczko v. 3M COMPANY et al** |
| 7:20-cv-44275-MCR-GRJ | **Lalli v. 3M COMPANY et al** |
| 7:20-cv-44129-MCR-GRJ | **Lane v. 3M COMPANY et al** |
| 7:20-cv-44170-MCR-GRJ | **Lanterman v. 3M COMPANY et al** |
| 7:20-cv-44247-MCR-GRJ | **Larson v. 3M COMPANY et al** |
| 7:20-cv-44409-MCR-GRJ | **Leigh v. 3M COMPANY et al** |
| 7:20-cv-44139-MCR-GRJ | **Lewis v. 3M COMPANY et al** |
| 7:20-cv-44303-MCR-GRJ | **Liggins, Alfred v. 3M COMPANY et al** |
| 7:20-cv-44318-MCR-GRJ | **Liggins, Porsche v. 3M COMPANY et al** |
| 7:20-cv-44761-MCR-GRJ | **Light, James v. 3M COMPANY et al** |
| 7:20-cv-44186-MCR-GRJ | **Light, III, Y.K. v. 3M COMPANY et al** |
| 7:20-cv-42620-MCR-GRJ | **Lockett v. 3M COMPANY et al** |
| 7:20-cv-42605-MCR-GRJ | **Londono Escarria v. 3M COMPANY et al** |
| 7:20-cv-44191-MCR-GRJ | **Lorca v. 3M COMPANY et al** |
| 3:19-cv-02342-MCR-GRJ | **Luna v. 3M COMPANY et al** |
| 7:20-cv-44512-MCR-GRJ | **MacDougall v. 3M COMPANY et al** |
| 7:20-cv-44224-MCR-GRJ | **Mahoney v. 3M COMPANY et al** |
| 7:20-cv-44362-MCR-GRJ | **Maldonado v. 3M COMPANY et al** |
| 7:20-cv-44269-MCR-GRJ | **Marr v. 3M COMPANY et al** |
| 7:20-cv-44257-MCR-GRJ | **Mayo v. 3M COMPANY et al** |
| 7:20-cv-44198-MCR-GRJ | **McAlister v. 3M COMPANY et al** |
| 7:20-cv-44148-MCR-GRJ | **McClain v. 3M COMPANY et al** |
| 7:20-cv-44336-MCR-GRJ | **McVey v. 3M COMPANY et al** |
| 7:20-cv-44552-MCR-GRJ | **Mendez v. 3M COMPANY et al** |
| 7:20-cv-42622-MCR-GRJ | **Mendoza v. 3M COMPANY et al** |
| 7:20-cv-44546-MCR-GRJ | **Mercier v. 3M COMPANY et al** |
| 7:20-cv-44172-MCR-GRJ | **Meyers v. 3M COMPANY et al** |
| 7:20-cv-42624-MCR-GRJ | **Meza v. 3M COMPANY et al** |
| 7:20-cv-44520-MCR-GRJ | **Michael v. 3M COMPANY et al** |
| 7:20-cv-44402-MCR-GRJ | **Middleton, Sr. v. 3M COMPANY et al** |
| 7:20-cv-44144-MCR-GRJ | **Miller v. 3M COMPANY et al** |
| 7:20-cv-44522-MCR-GRJ | **Milstead v. 3M COMPANY et al** |
| 7:20-cv-44400-MCR-GRJ | **Miner v. 3M COMPANY et al** |
| 7:20-cv-44443-MCR-GRJ | **Mixon v. 3M COMPANY et al** |
| 7:20-cv-44375-MCR-GRJ | **Mohammed v. 3M COMPANY et al** |
| 7:20-cv-44455-MCR-GRJ | **Montoya v. 3M COMPANY et al** |
| 7:20-cv-44295-MCR-GRJ | **Moore, Derrick v. 3M COMPANY et al** |
| 7:20-cv-44429-MCR-GRJ | **Moore, Chivalric v. 3M COMPANY et al** |
| 7:20-cv-44176-MCR-GRJ | **Moore, Gregory v. 3M COMPANY et al** |
| 7:20-cv-44403-MCR-GRJ | **Moore, James v. 3M COMPANY et al** |
| 3:19-cv-02337-MCR-GRJ | **Morgan v. 3M COMPANY et al** |

| | |
|---|---|
| 7:20-cv-42626-MCR-GRJ | Nash v. 3M COMPANY et al |
| 7:20-cv-44483-MCR-GRJ | Neal v. 3M COMPANY et al |
| 7:20-cv-44233-MCR-GRJ | Ned v. 3M COMPANY et al |
| 7:20-cv-44208-MCR-GRJ | Nelson v. 3M COMPANY et al |
| 7:20-cv-44132-MCR-GRJ | Newson v. 3M COMPANY et al |
| 7:20-cv-44504-MCR-GRJ | Newton v. 3M COMPANY et al |
| 7:20-cv-44407-MCR-GRJ | Nguyen v. 3M COMPANY et al |
| 7:20-cv-44273-MCR-GRJ | Nicholas v. 3M COMPANY et al |
| 7:20-cv-44479-MCR-GRJ | Norfleet v. 3M COMPANY et al |
| 7:20-cv-44221-MCR-GRJ | Norfus v. 3M COMPANY et al |
| 7:20-cv-44305-MCR-GRJ | Nyarko v. 3M COMPANY et al |
| 7:20-cv-44550-MCR-GRJ | Nzeyimana v. 3M COMPANY et al |
| 7:20-cv-44174-MCR-GRJ | Ogden v. 3M COMPANY et al |
| 7:20-cv-44533-MCR-GRJ | Olivari v. 3M COMPANY et al |
| 7:20-cv-42628-MCR-GRJ | Olivo v. 3M COMPANY et al |
| 7:20-cv-44463-MCR-GRJ | Orozco v. 3M COMPANY et al |
| 7:20-cv-44390-MCR-GRJ | Ortega v. 3M COMPANY et al |
| 7:20-cv-44377-MCR-GRJ | Padilla, Juan v. 3M COMPANY et al |
| 7:20-cv-44227-MCR-GRJ | Padilla, Ronnie v. 3M COMPANY et al |
| 3:19-cv-02350-MCR-GRJ | Pagan v. 3M COMPANY et al |
| 7:20-cv-44182-MCR-GRJ | Palmer v. 3M COMPANY et al |
| 7:20-cv-44385-MCR-GRJ | Patterson v. 3M COMPANY et al |
| 7:20-cv-44324-MCR-GRJ | Pavnick v. 3M COMPANY et al |
| 7:20-cv-44146-MCR-GRJ | Peers v. 3M COMPANY et al |
| 7:20-cv-94699-MCR-GRJ | Peterson v. 3M COMPANY et al |
| 7:20-cv-44445-MCR-GRJ | Phelan v. 3M COMPANY et al |
| 7:20-cv-44313-MCR-GRJ | Phillips, Charles v. 3M COMPANY et al |
| 7:20-cv-44471-MCR-GRJ | Phillips, Todd v. 3M COMPANY et al |
| 7:20-cv-44244-MCR-GRJ | Placensia v. 3M COMPANY et al |
| 7:20-cv-44254-MCR-GRJ | Polite, Jr. v. 3M COMPANY et al |
| 7:20-cv-44115-MCR-GRJ | Polley v. 3M COMPANY et al |
| 7:20-cv-42630-MCR-GRJ | Quezada v. 3M COMPANY et al |
| 7:20-cv-44219-MCR-GRJ | Rabbani v. 3M COMPANY et al |
| 7:20-cv-44112-MCR-GRJ | Ragucci v. 3M COMPANY et al |
| 7:20-cv-44151-MCR-GRJ | Raiford v. 3M COMPANY et al |
| 7:20-cv-44287-MCR-GRJ | Reyes v. 3M COMPANY et al |
| 7:20-cv-44398-MCR-GRJ | Reyes-Rodriguez v. 3M COMPANY et al |
| 7:20-cv-44326-MCR-GRJ | Ricciardi v. 3M COMPANY et al |
| 7:20-cv-42632-MCR-GRJ | Richmond v. 3M COMPANY et al |
| 7:20-cv-44321-MCR-GRJ | Rissler v. 3M COMPANY et al |
| 7:20-cv-42633-MCR-GRJ | Ruiz v. 3M COMPANY et al |
| 7:20-cv-44492-MCR-GRJ | Rush v. 3M COMPANY et al |
| 7:20-cv-44573-MCR-GRJ | Sabala v. 3M COMPANY et al |

| | |
|---|---|
| 7:20-cv-44212-MCR-GRJ | **Sailer v. 3M COMPANY et al** |
| 7:20-cv-44526-MCR-GRJ | **Salazar v. 3M COMPANY et al** |
| 7:20-cv-44348-MCR-GRJ | **Sanchez v. 3M COMPANY et al** |
| 3:19-cv-02328-MCR-GRJ | **Savant v. 3M COMPANY et al** |
| 7:20-cv-44510-MCR-GRJ | **Savon v. 3M COMPANY et al** |
| 7:20-cv-44371-MCR-GRJ | **Schuhlein v. 3M COMPANY et al** |
| 7:20-cv-44506-MCR-GRJ | **Schultz v. 3M COMPANY et al** |
| 7:20-cv-44528-MCR-GRJ | **Schuyler v. 3M COMPANY et al** |
| 7:20-cv-44524-MCR-GRJ | **Scott v. 3M COMPANY et al** |
| 7:20-cv-44300-MCR-GRJ | **Shelton v. 3M COMPANY et al** |
| 7:20-cv-42635-MCR-GRJ | **Shepherd v. 3M COMPANY et al** |
| 7:20-cv-44415-MCR-GRJ | **Silberstein v. 3M COMPANY et al** |
| 7:20-cv-44469-MCR-GRJ | **Sloniker v. 3M COMPANY et al** |
| 7:20-cv-44516-MCR-GRJ | **Sosa v. 3M COMPANY et al** |
| 7:20-cv-44260-MCR-GRJ | **Springsteen v. 3M COMPANY et al** |
| 7:20-cv-44373-MCR-GRJ | **Stephens v. 3M COMPANY et al** |
| 7:20-cv-44487-MCR-GRJ | **Stoneback v. 3M COMPANY et al** |
| 3:19-cv-02332-MCR-GRJ | **Strumpf v. 3M COMPANY et al** |
| 7:20-cv-44763-MCR-GRJ | **Sutherland v. 3M COMPANY et al** |
| 7:20-cv-44426-MCR-GRJ | **Swain v. 3M COMPANY et al** |
| 7:20-cv-44765-MCR-GRJ | **Taylor, Jr. v. 3M COMPANY et al** |
| 7:20-cv-44252-MCR-GRJ | **Thomas v. 3M COMPANY et al** |
| 7:20-cv-44162-MCR-GRJ | **Tjaarda v. 3M COMPANY et al** |
| 7:20-cv-44360-MCR-GRJ | **Travis v. 3M COMPANY et al** |
| 7:20-cv-44203-MCR-GRJ | **Tuers v. 3M COMPANY et al** |
| 7:20-cv-44417-MCR-GRJ | **Urquhart v. 3M COMPANY et al** |
| 7:20-cv-44131-MCR-GRJ | **Velasquez v. 3M COMPANY et al** |
| 7:20-cv-39328-MCR-GRJ | **Wallace v. 3M COMPANY et al** |
| 7:20-cv-44217-MCR-GRJ | **Wayne v. 3M COMPANY et al** |
| 7:20-cv-44343-MCR-GRJ | **Weaver v. 3M COMPANY et al** |
| 7:20-cv-44538-MCR-GRJ | **Whitcraft v. 3M COMPANY et al** |
| 7:20-cv-44481-MCR-GRJ | **Wilkin v. 3M COMPANY et al** |
| 7:20-cv-04478-MCR-GRJ | **Williams-Douglas v. 3M COMPANY et al** |
| 7:20-cv-44334-MCR-GRJ | **Yates v. 3M COMPANY et al** |