# EXHIBIT A

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Shannon Leigh Heidrich Phillips, P72212 of Bloomfield Hills Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on November 13, 2008 in Wayne County and became a member of the State Bar of Michigan on December 02, 2008.

Janet K. Welch, Executive Director

January 24, 2022