UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>Sophia Marinakes<br>Civil Action No. 7:20cv02359-MCR-GRJ | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Shannon L.H. Phillips of the law firm BOWMAN AND BROOKE LLP has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

Respectfully submitted,

*/s/ Shannon L.H. Phillips*
Shannon L.H. Phillips
MI Bar No. P72212
**BOWMAN AND BROOKE LLP**
41000 Woodward Avenue
Suite 200 East
Bloomfield Hills, MI 48304-4132
Tel: (248) 205-3300
Fax: (248) 205-3399
shannon.phillips@bowmanandbrooke.com

Counsel for Defendants *3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Dated: January 27, 2022

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 26th day of January 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Shannon L. H. Phillips*
Shannon L.H. Phillips
MI Bar No. P72212