# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, January 27, 2022 7:17 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Thursday, January 27, 2022 1:15:56 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 1/27/2022 at 8:15 AM EST and filed on 1/27/2022
**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:** [MDL No. 2885](MDL No. 2885)
**Filer:**
**Document Number:** [1569](1569)

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-136) - 2 action(s)** *re: pldg. ([1551] in MDL No. 2885, 1 in PAE/2:21-cv-04444, 1 in PAE/2:21-cv-04445)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/27/2022.**

**Associated Cases: MDL No. 2885, PAE/2:21-cv-04444, PAE/2:21-cv-04445 (JC)**

**Case Name:** WOLF v. 3M COMPANY, ET AL.
**Case Number:** [PAE/2:21-cv-04445](PAE/2:21-cv-04445)
**Filer:**
**Document Number:** [3](3)

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-136) - 2 action(s)** *re: pldg. ( [1551] in MDL No. 2885, 1 in PAE/2:21-cv-04444, 1 in PAE/2:21-cv-04445)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/27/2022.**

**Associated Cases: MDL No. 2885, PAE/2:21-cv-04444, PAE/2:21-cv-04445 (JC)**

| | |
|---|---|
| **Case Name:** | FRIEDLANDER v. 3M COMPANY, ET AL. |
| **Case Number:** | PAE/2:21-cv-04444 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-136) - 2 action(s)** *re: pldg. ( [1551] in MDL No. 2885, 1 in PAE/2:21-cv-04444, 1 in PAE/2:21-cv-04445)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/27/2022.**

**Associated Cases: MDL No. 2885, PAE/2:21-cv-04444, PAE/2:21-cv-04445 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**PAE/2:21-cv-04445 Notice has been electronically mailed to:**

Basil A. Disipio    bad@lavin-law.com

FRANK POLLOCK    pollockesq@comcast.net

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

JEFFREY R. LESSIN    j.lessin@lessinlaw.com

Geoffrey B. Gompers    gompers@gomperslaw.com, jharper@gomperslaw.com

**PAE/2:21-cv-04445 Notice will not be electronically mailed to:**

**PAE/2:21-cv-04444 Notice has been electronically mailed to:**

Basil A. Disipio    bad@lavin-law.com

FRANK POLLOCK    pollockesq@comcast.net

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

JEFFREY R. LESSIN     j.lessin@lessinlaw.com

Geoffrey B. Gompers     gompers@gomperslaw.com, jharper@gomperslaw.com

**PAE/2:21-cv-04444 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/27/2022] [FileNumber=1099896-0]
[6a719fa6399aa13cacf146626aa54457930386dabed9e168cf12f72f878ed072997e
d4ae36916b727be66ed597941bd9e7e51e0dbc678f0837985c5ca8a27546]]