# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>Steven Warner<br>Civil Action No. 7:20cv46676-MCR-GRJ | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Shannon L.H. Phillips of the law firm BOWMAN AND BROOKE LLP has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

>Respectfully submitted,
>
>*/s/ Shannon L.H. Phillips*
>Shannon L.H. Phillips
>MI Bar No. P72212
>**BOWMAN AND BROOKE LLP**
>41000 Woodward Avenue
>Suite 200 East
>Bloomfield Hills, MI 48304-4132
>Tel: (248) 205-3300
>Fax: (248) 205-3399
>shannon.phillips@bowmanandbrooke.com
>
>Counsel for Defendants *3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Dated:  January 27, 2022

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 26th day of January 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Shannon L. H. Phillips*
Shannon L.H. Phillips
MI Bar No. P72212
