**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CASE NO. 3:19-MD-2885 |
| | ) | |
| This Document Relates To: *Heath Vail, 8:20-cv-17858* *Brian Fay, 8:20-cv-16535* *Colin Whitebird, 8:20-cv-17939* | ) ) ) ) ) | |
| _____/ | | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Clayton M. Connors, of The Law Offices

of Clayton M. Connors, PLLC, is admitted to practice in this Court and hereby

enters his appearance as counsel for the following Plaintiffs:

1.  **Heath Vail v 3M Company et al, 8:20-cv-17858;**

2.  **Brian Fay v 3M Company et al., 8:20-cv-16535; and**

3.  **Colin Whitebird v 3M Company et al., 8:20-cv-17939**

Counsel requests all further papers and pleadings in these actions and the

Master Docket of MDL 2885 be served upon him.

DATED: January 27, 2021.

By: */s/ Clayton M. Connors*
    CLAYTON M. CONNORS
    Florida Bar No.: 0095553
    Email: cmc@westconlaw.com
    **THE LAW OFFICES OF**

**CLAYTON M. CONNORS, PLLC.**
4400 Bayou Blvd., Suite 32A
Pensacola, Florida 32503
Tel:  (850) 473-0401
Fax: (850) 473-1388
Attorney for Plaintiffs:
*Heath Vail, 8:20-cv-17858*
*Brian Fay, 8:20-cv-16535*
*Colin Whitebird, 8:20-cv-17939*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 27th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

By: */s/ Clayton M. Connors*
CLAYTON M. CONNORS