# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| Jeremy Lacey<br>Civil Action No. 7:20cv02027-MCR-GRJ | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Roshan N. Rajkumar of the law firm BOWMAN AND BROOKE LLP has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

> Respectfully submitted,
>
> */s/ Roshan N. Rajkumar*
> Roshan N. Rajkumar (*Pro Hac Vice*)
> MN Bar No. 0305212
> **BOWMAN AND BROOKE LLP**
> 150 South Fifth Street
> Suite 3000
> Minneapolis, Minnesota 55402
> Tel: (612) 339-8682
> Fax: (612) 672-3200
> roshan.rajkumar@bowmanandbrooke.com
>
> Counsel for Defendants *3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Dated:  January 27, 2022

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 27th day of January 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ *Roshan N. Rajkumar*
Roshan N. Rajkumar (*Pro Hac Vice*)
MN Bar No. 0305212