UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates: the Master Docket and *McRoberts v. 3M Co.,* No. 7:20-cv-84454 | Case No. 3:19-md-2885 (MCR/GRJ)<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rule 11.1, I, Erika M. Stassi, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-referenced matter, and in support thereof state as follows:

1. Movant resides in Illinois and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member of good standing of the bar of the State of Missouri (Bar No. 69765). A copy of the Certificate of Good Standing from the State of Missouri dated within 30 days of this motion is attached hereto as Exhibit A.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16430579445615, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has a "Next Gen" PACER account.

6. Once this motion is granted, Movant will file a Notice of Appearance in the master docket, *In re 3M Combat Arms Earplug Products Liability Litigation,* No. 3:19-md-2885.

7. Movant will also file a Notice of Appearance as attorney of record for Plaintiff Michael McRoberts in the related case *McRoberts v. 3M Company, et al.;* Case No.7:20-cv-84454.

WHEREFORE, Erika M. Stassi respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: January 27, 2022

*Isl Erika M. Stassi*
Erika M. Stassi
MO State Bar No. 69765
Holland Law Firm
211 North Broadway, Suite 2625
St. Louis, MO 63102
Tel.: (314) 241-8111
estassi@hollandtriallawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2022, I caused a copy of the foregoing Motion to Appear *Pro Hae Vice* to be filed electronically with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

*/s/ Erika M. Stassi*
Erika M. Stassi
