**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Robert Daniel Coleman, 7:20-cv-13551-MCR-GRJ<br>John M. Gentner, 7:20-cv-11424-MCR-GRJ<br>Adam T. Hazen, 7:20-cv-11879-MCR-GRJ<br>Ututoa Ino, 7:20-cv-12207-MCR-GRJ<br>Anthony Lee Luzadder, 7:20-cv-18312-MCR-GRJ<br>Kyle A. Markel, 7:20-cv-18488-MCR-GRJ<br>Josue Julian Rios Cortes, 7:20-cv-13339-MCR-GRJ<br>Paul James Tacker, 7:20-cv-14629-MCR-GRJ<br>Jacob Clarence Washington, 7:20-cv-13428-MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Renee Finch of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC hereby enters her appearance as counsel for Plaintiffs in the following actions:

- *Robert Daniel Coleman v. 3M Company, et al.,* Case No. 7:20-cv-13551-MCR-GRJ

- *John M. Gentner v. 3M Company, et al.,* Case No. 7:20-cv-11424-MCR-GRJ

- *Adam T. Hazen v. 3M Company, et al.,* Case No. 7:20-cv-11879-MCR-GRJ

- *Ututoa Ino v. 3M Company, et al.,* Case No. 7:20-cv-12207-MCR-GRJ

- *Anthony Lee Luzadder v. 3M Company, et al.,* Case No. 7:20-cv-18312-MCR-GRJ

- *Kyle A. Markel v. 3M Company, et al.,* Case No. 7:20-cv-18488-MCR-GRJ

- *Josue Julian Rios Cortes v. 3M Company, et al.,* Case No. 7:20-cv-13339-MCR-GRJ

- *Paul James Tacker v. 3M Company, et al.,* Case No. 7:20-cv-14629-MCR-GRJ, and

- *Jacob Clarence Washington v. 3M Company, et al.,* Case No. 7:20-cv-13428-MCR-GRJ.

Renee Finch has completed the administrative requirements outlined in Pretrial Order No. 3 (ECF Doc. No. 4) (Tutorial Confirmation No. FLND16432227325636).

    Counsel requests all further papers and pleadings in these actions and in the Master Docket of MDL 2885 be served upon her.

Dated: January 27, 2022   Respectfully submitted

                                */s/ Renee Finch*
                                Renee Finch
                                MESSNER REEVES
                                Nevada Bar No. 13118
                                8945 W. Russell Road, Suite 300
                                Las Vegas, Nevada 89148
                                Telephone: (702) 363-5100
                                Facsimile: (702) 363-5101

                                *Attorneys for Plaintiffs, Robert Daniel Coleman, John M. Gentner, Adam T. Hazen, Ututoa Ino, Anthony Lee Luzadder, Kyle A. Markel, Josue Julian Rios Cortes, Paul James Tacker, and Jacob Clarence Washington*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 27th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

                                    */s/ Renee Finch*
                                    Renee Finch