**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | CASE NO. 3:19-md-2885 |
| EAR PLUGS PRODUCT | | |
| LIABILTY LITIGATION | ) | |
| | | |
| THIS DOCUMENT RELATES TO | ) | Judge M. Casey Rogers |
| THE MASTER DOCKET | | Magistrate Gary R. Jones |

_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Pretrial Order No. 3, attorney Erika M. Stassi

of Holland Law Firm, hereby enters her appearance in the Master Docket.  Erika Stassi represents

Plaintiffs in individual member cases of MDL No. 2885 and has been admitted to practice *pro hac*

*vice* before this Honorable Court in accordance with the administrative requirements outlined in

Pretrial Order No. 3.

Respectfully Submitted,

*/s/Erika M. Stassi*
Erika M. Stassi  - MO Bar #69765
HOLLAND LAW FIRM
211 North Broadway
Suite 2625
St. Louis, MO 63102
(314)241-8111 – Office
(314)241-5554 - Facsimile
estassi@hollandtriallawyers.com

*Attorney for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing was filed this 27th day of January, using the Court's electronic filing system for service by the Court.

*/s/Erika M. Stassi*
Erika M. Stassi  - MO Bar #69765
HOLLAND LAW FIRM
211 North Broadway
Suite 2625
St. Louis, MO 63102
(314)241-8111 – Office
(314)241-5554 - Facsimile
estassi@hollandtriallawyers.com

*Attorney for Plaintiffs*