# CERTIFICATE OF THE CLERK OF THE SUPREME COURT OF THE STATE OF NEVADA

I, Elizabeth A. Brown, Clerk of the Supreme Court of the State of Nevada, do hereby certify that RENEE M. FINCH (Bar No. 13118) was on the 22nd day of October, 2013, duly admitted as an attorney and counselor at law to practice in all the courts of the State of Nevada; and that the Supreme Court of Nevada is the highest court in this state;

I FURTHER CERTIFY that the said RENEE M. FINCH is now in good standing; and that her name now appears on the Roll of Attorneys in this office.



IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED THE OFFICIAL SEAL OF SAID SUPREME COURT, AT MY OFFICE IN CARSON CITY, NEVADA, THIS 11TH DAY OF JANUARY, 2022.

ELIZABETH A. BROWN, CLERK
SUPREME COURT
STATE OF NEVADA

*Sandy Young*
Deputy Clerk

# State Bar of Nevada

## Certificate of Good Standing

IT IS HEREBY CERTIFIED that **Renee M. Finch**, Bar Number 13118 was admitted by the Supreme Court of the State of Nevada on 10/22/2013 as an Attorney and Counselor at Law duly licensed to practice in all courts of the State of Nevada. It is further certified that **Renee M. Finch** is now an Active member of the State Bar of Nevada in good standing.

DATED Monday, January 10, 2022.

*Suzy Moore*
Suzy Moore
Member Services Administrator
State Bar of Nevada