# **EXHIBIT B**

- *Robert Daniel Coleman v. 3M Company, et al.,* Case No. 7:20-cv-13551-MCR-GRJ

- *John M. Gentner v. 3M Company, et al.,* Case No. 7:20-cv-11424-MCR-GRJ

- *Adam T. Hazen v. 3M Company, et al.,* Case No. 7:20-cv-11879-MCR-GRJ

- *Ututoa Ino v. 3M Company, et al.,* Case No. 7:20-cv-12207-MCR-GRJ

- *Anthony Lee Luzadder v. 3M Company, et al.,* Case No. 7:20-cv-18312-MCR-GRJ

- *Kyle A. Markel v. 3M Company, et al.,* Case No. 7:20-cv-18488-MCR-GRJ

- *Josue Julian Rios Cortes v. 3M Company, et al.,* Case No. 7:20-cv-13339-MCR-GRJ

- *Paul James Tacker v. 3M Company, et al.,* Case No. 7:20-cv-14629-MCR-GRJ,

- *Jacob Clarence Washington v. 3M Company, et al.,* Case No. 7:20-cv-13428-MCR-GRJ