# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, David W. Corneil, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Oregon and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Oregon. A copy of a Certificate of Good Standing from the State of Oregon dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number **FLND16432155875634** and completed the CM/ECF Online Tutorials.

/ / /

4.      David W. Corneil has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.      David W. Corneil has upgraded his PACER account to "NextGen."

6.      Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, David W. Corneil respectfully requests that this Court enter an Order granting David W. Corneil of Gordon Rees Scully Mansukhani, *pro hac vice* in this case.

Respectfully submitted on this 27th day of January, 2022.

**GORDON REES SCULLY MANSUKHANI**

    */s/ David W. Corneil*
David W. Corneil
Oregon Bar No. 210679

1300 SW Fifth Ave., Suite 2000
Portland, OR 97201
Telephone: (503) 382-3892

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 27th day of January, 2022.

                                               */s/ David W. Corneil*
                                       David W. Corneil
                                       Oregon Bar No. 210679

# EXHIBIT A



# Certificate of Good Standing

State of Oregon            )
                           )  ss.
County of Washington       )

I, Troy Wood, do hereby certify that I am Regulatory Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**DAVID CORNEIL, BAR NO. 210679**

was admitted to practice law in the State of Oregon by truncated online examination and became an active member of the Oregon State Bar on March 29, 2021.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Corneil is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 26th day of January, 2022.

_____
Troy Wood
Regulatory Counsel
Oregon State Bar

*This certificate expires 60 days from the date of issuance*