# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document Relates to All Cases | Case No. 3:19md2885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## ORDER

Pending before the Court are the Motions for Admission *Pro Hac Vice* seeking leave to appear as counsel for parties in matters pending before this Court associated with the above-referenced litigation, filed by the attorneys listed on Exhibit A. The motions demonstrate that these attorneys are members of good standing of the bar associations of their respective states, as stated on the certificates of good standing dated within 30 days of filing the motions; have successfully completed the computer-based tutorials for the local rules of this Court and CM/ECF; and have also paid the required admission fee. Having fully reviewed the matters, the Court finds that the requirements of the Court's local rules have been satisfied. *See* N.D. Fla. Loc. R. 11.1. Therefore, the motions identified on Exhibit A are **GRANTED**.

**DONE AND ORDERED** on this 27th day of January 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

## Exhibit A

| ECF No. | Counsel | Firm |
| --- | --- | --- |
| 2590 | Jordan L. Schwindt | Manning Gross + Massenburg, LLP |
| 2591 | Steven R. Rech | Vorys Sater Seymour and Pease LLP |
| 2596 | David M. Taylor | Thompson Coe Cousins & Irons, LLC |
| 2597 | Hayden N. Wyatt | Bailey Cowan Heckaman PLLC |
| 2600 | Samira Khazaeli | The Gori Law Firm |
| 2601 | Andrew D. Tharp | Butler Snow PLLC |
| 2602 | Katherine S. Perry | Manning Gross + Massenburg, LLP |
| 2605 | Bret Stanley | Pulaski Kherkher, PLLC |
| 2606 | Brittany Rygiel | Moll Law Group |
| 2611 | Susan W. Romaine | Thomas Combs & Spann, PLLC |
| 2612 | Amy L. Stone | The Moody Law Firm, Inc. |
| 2614 | Shannon L.H. Phillips | Bowman and Brooke LLP |
| 2618 | Roshan Rajkumar | Bowman and Brooke LLP |
| 2619 | Lezzlie E. Hornsby | Clark, Love & Hutson, PLLC |
| 2621 | Alina M. Gregory | Bailey Cowan Heckaman PLLC |
| 2623 | W. Gregory Lockwood | Gordon Rees Scully Mansukhani |
| 2624 | Erika M. Stassi | Holland Law Firm |
| 2625 | Marielle Brisbois | Bailey Cowan Heckaman PLLC |
| 2628 | Renee M. Finch | Messner Reeves |
| 2629 | David W. Corneil | Gordon Rees Scully Mansukhani |