UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) ) ) ) ) ) ) ) | 

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION,

This Document Relates to All Cases

CASE NO.: 3:19-MD-2885-MCR-GRJ

Judge M. Casey Rodgers

Magistrate Judge Gary R. Jones

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Tiffany deGruy of the law firm Bradley Arant Boult Cummings LLP enters her appearance as counsel for defendants in the table below. The undersigned has completed the administrative requirements outlined in Pretrial Order No. 3 (Tutorial Confirmation No. FLND16420439215338). All further papers and pleadings in this action should be served on her.

| Plaintiff | Case Number |
|---|---|
| Dwayne Gadsden | 7:20cv07237 |
| Steven Louis Galimore | 7:20cv21684 |
| Jason J. Hurley | 7:20cv75433 |
| George Benton Maness | 7:20cv43781 |
| Robert Marks | 7:20cv44747 |
| Michael McKinney | 7:20cv44760 |
| Wayne R. Mitchell | 7:20cv71173 |

4881-4900-0715.1

| Plaintiff | Case Number |
|---|---|
| Barry James Musselman | 7:20cv22842 |
| Andrew Scott Niewiek | 7:20cv70904 |
| Joshua Ozment | 7:20cv47155 |
| Angel L. Soto | 7:20cv36424 |

Respectfully submitted this the 27th day of January, 2021.

Respectfully submitted,

*/s/ Tiffany deGruy*
Tiffany 7deGruy (pro hac appearance)
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
tdeGruy@bradley.com

Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo, LLC

4881-4900-0715.1

## CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(F), the undersigned certifies that a true and correct copy of the foregoing was filed via the Court's CM/ECF system, which sends notice to all counsel of record.

                                                */s/ Tiffany deGruy*
                                                Tiffany deGruy