## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and Northern District of Florida Local Rule 11.1, I, Thomas Horan, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof state as follows:

1.     Movant resides in Texas and is not a resident of the State of Florida.

2.     Movant is not admitted to practice in the Northern District of Florida. Movant is an active member in good standing with the State Bar of Texas. A copy of a Certificate of Good Standing from the State Bar of Texas, dated within 30 days of this motion, is attached hereto as Exhibit "A."

3.     Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16432308125642, and

1

completed the CM/ECF Online Tutorials.

4.     Thomas Horan has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.     Thomas Horan has an upgraded "NextGen" PACER account.

6.     Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Thomas Horan respectfully requests that this Court enter an Order granting Thomas Horan of Thompson, Coe, Cousins & Irons, LLP, *pro hac vice* in this case.

Respectfully submitted on this 27th day of January, 2022.

*/s/ Thomas Horan*
Thomas Horan,
Texas State Bar No. 24063938

THOMPSON, COE, COUSINS & IRONS, LLP
700 N. Pearl Street, Suite 2500
Dallas, Texas 75201
Telephone:  (214) 871-8241
Facsimile:    (214) 871-8209
Email: thoran@thompsoncoe.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 27th day of January 2022.

/s/ Thomas Horan
Thomas Horan,
Texas State Bar No. 24063938

# EXHIBIT A

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 26, 2022

Re: Mr. Thomas Michael Horan II, State Bar Number 24063938

To Whom It May Concern:

This is to certify that Mr. Thomas Michael Horan II was licensed to practice law in Texas on November 06, 2009, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web