UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-cv-02885-MCR-GRJ |
| This Document Relates to the Master Docket | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Denny Tang hereby enters his appearance in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Tang represents Plaintiffs in individual member cases of MDL No. 2885 and has been admitted to practice *pro hac vice* before this Honorable Court in accordance with the administrative requirements outlined in Pretrial Order No. 3 [ECF No. 4], Case Management Order 1 [ECF No. 86] and the Northern District of Florida Local Rule 11.1. Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

Respectfully submitted this 27th day of January 2022.

**PARKER WAICHMAN LLP**

By: */s/ Denny Tang*
Denny Tang
6 Harbor Park Drive
Port Washington, New York 11050
Telephone: (516) 466-6500
Facsimile: (516) 466-6665
Email: dtang@yourlawyer.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: */s/ Denny Tang*
Denny Tang
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, New York 11050
Telephone: (516) 466-6500
Facsimile: (516) 466-6665
Email: dtang@yourlawyer.com

*Attorneys for Plaintiffs*