## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, January 28, 2022 7:26 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Friday, January 28, 2022 1:24:44 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 1/28/2022 at 8:24 AM EST and filed on 1/28/2022

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | [MDL No. 2885](#) |
| **Filer:** | |
| **Document Number:** | [1573](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-137) - 15 action(s)** *re: pldg. ([1558] in MDL No. 2885, 1 in MN/0:22-cv-00099, 1 in MN/0:22-cv-00104, 1 in MN/0:22-cv-00110, 1 in MN/0:22-cv-00111, 1 in MN/0:22-cv-00113, 1 in MN/0:22-cv-00115, 1 in MN/0:22-cv-00116, 1 in MN/0:22-cv-00117, 1 in MN/0:22-cv-00118, 1 in MN/0:22-cv-00119, 1 in MN/0:22-cv-00120, 1 in MN/0:22-cv-00122, 1 in MN/0:22-cv-00123, 1 in MN/0:22-cv-00125, 1 in MN/0:22-cv-00127)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00099, MN/0:22-cv-00104, MN/0:22-cv-00110, MN/0:22-cv-00111, MN/0:22-cv-00113, MN/0:22-cv-00115, MN/0:22-cv-00116, MN/0:22-cv-00117, MN/0:22-cv-00118, MN/0:22-cv-00119, MN/0:22-cv-00120, MN/0:22-cv-00122, MN/0:22-cv-00123, MN/0:22-cv-00125, MN/0:22-cv-00127 (JC)**

| | |
|---|---|
| **Case Name:** | Dickens v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00110 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-137) - 15 action(s)** *re: pldg. ( [1558] in MDL No. 2885, 1 in MN/0:22-cv-00099, 1 in MN/0:22-cv-00104, 1 in MN/0:22-cv-00110, 1 in MN/0:22-cv-00111, 1 in MN/0:22-cv-00113, 1 in MN/0:22-cv-00115, 1 in MN/0:22-cv-00116, 1 in MN/0:22-cv-00117, 1 in MN/0:22-cv-00118, 1 in MN/0:22-cv-00119, 1 in MN/0:22-cv-00120, 1 in MN/0:22-cv-00122, 1 in MN/0:22-cv-00123, 1 in MN/0:22-cv-00125, 1 in MN/0:22-cv-00127)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00099, MN/0:22-cv-00104, MN/0:22-cv-00110, MN/0:22-cv-00111, MN/0:22-cv-00113, MN/0:22-cv-00115, MN/0:22-cv-00116, MN/0:22-cv-00117, MN/0:22-cv-00118, MN/0:22-cv-00119, MN/0:22-cv-00120, MN/0:22-cv-00122, MN/0:22-cv-00123, MN/0:22-cv-00125, MN/0:22-cv-00127 (JC)**

| | |
|---|---|
| **Case Name:** | Barrera v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00099 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-137) - 15 action(s)** *re: pldg. ( [1558] in MDL No. 2885, 1 in MN/0:22-cv-00099, 1 in MN/0:22-cv-00104, 1 in MN/0:22-cv-00110, 1 in MN/0:22-cv-00111, 1 in MN/0:22-cv-00113, 1 in MN/0:22-cv-00115, 1 in MN/0:22-cv-00116, 1 in MN/0:22-cv-00117, 1 in MN/0:22-cv-00118, 1 in MN/0:22-cv-00119, 1 in MN/0:22-cv-00120, 1 in MN/0:22-cv-00122, 1 in MN/0:22-cv-00123, 1 in MN/0:22-cv-00125, 1 in MN/0:22-cv-00127)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00099, MN/0:22-cv-00104, MN/0:22-cv-00110, MN/0:22-cv-00111, MN/0:22-cv-00113, MN/0:22-cv-00115, MN/0:22-cv-00116, MN/0:22-cv-00117, MN/0:22-cv-00118, MN/0:22-cv-00119, MN/0:22-cv-00120, MN/0:22-cv-00122, MN/0:22-cv-00123, MN/0:22-cv-00125, MN/0:22-cv-00127 (JC)**

| | |
|---|---|
| **Case Name:** | Vaughn v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00127 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-137) - 15 action(s)** *re: pldg. ( [1558] in MDL No. 2885, 1 in MN/0:22-cv-00099, 1 in MN/0:22-cv-00104, 1 in MN/0:22-cv-00110, 1 in MN/0:22-cv-00111, 1 in MN/0:22-cv-00113, 1 in MN/0:22-cv-00115, 1 in MN/0:22-cv-00116, 1 in MN/0:22-cv-00117, 1 in MN/0:22-cv-00118, 1 in MN/0:22-cv-00119, 1 in MN/0:22-cv-00120, 1 in*

MN/0:22-cv-00122, 1 in MN/0:22-cv-00123, 1 in MN/0:22-cv-00125, 1 in MN/0:22-cv-00127) **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00099, MN/0:22-cv-00104, MN/0:22-cv-00110, MN/0:22-cv-00111, MN/0:22-cv-00113, MN/0:22-cv-00115, MN/0:22-cv-00116, MN/0:22-cv-00117, MN/0:22-cv-00118, MN/0:22-cv-00119, MN/0:22-cv-00120, MN/0:22-cv-00122, MN/0:22-cv-00123, MN/0:22-cv-00125, MN/0:22-cv-00127 (JC)**

| | |
|---|---|
| **Case Name:** | Meder v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00118 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-137) - 15 action(s)** *re: pldg. ( [1558] in MDL No. 2885, 1 in MN/0:22-cv-00099, 1 in MN/0:22-cv-00104, 1 in MN/0:22-cv-00110, 1 in MN/0:22-cv-00111, 1 in MN/0:22-cv-00113, 1 in MN/0:22-cv-00115, 1 in MN/0:22-cv-00116, 1 in MN/0:22-cv-00117, 1 in MN/0:22-cv-00118, 1 in MN/0:22-cv-00119, 1 in MN/0:22-cv-00120, 1 in MN/0:22-cv-00122, 1 in MN/0:22-cv-00123, 1 in MN/0:22-cv-00125, 1 in MN/0:22-cv-00127)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00099, MN/0:22-cv-00104, MN/0:22-cv-00110, MN/0:22-cv-00111, MN/0:22-cv-00113, MN/0:22-cv-00115, MN/0:22-cv-00116, MN/0:22-cv-00117, MN/0:22-cv-00118, MN/0:22-cv-00119, MN/0:22-cv-00120, MN/0:22-cv-00122, MN/0:22-cv-00123, MN/0:22-cv-00125, MN/0:22-cv-00127 (JC)**

| | |
|---|---|
| **Case Name:** | Kidd v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00116 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-137) - 15 action(s)** *re: pldg. ( [1558] in MDL No. 2885, 1 in MN/0:22-cv-00099, 1 in MN/0:22-cv-00104, 1 in MN/0:22-cv-00110, 1 in MN/0:22-cv-00111, 1 in MN/0:22-cv-00113, 1 in MN/0:22-cv-00115, 1 in MN/0:22-cv-00116, 1 in MN/0:22-cv-00117, 1 in MN/0:22-cv-00118, 1 in MN/0:22-cv-00119, 1 in MN/0:22-cv-00120, 1 in MN/0:22-cv-00122, 1 in MN/0:22-cv-00123, 1 in MN/0:22-cv-00125, 1 in MN/0:22-cv-00127)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00099, MN/0:22-cv-00104, MN/0:22-cv-00110, MN/0:22-cv-00111, MN/0:22-cv-00113, MN/0:22-cv-00115, MN/0:22-cv-00116, MN/0:22-cv-00117, MN/0:22-cv-00118, MN/0:22-cv-00119, MN/0:22-cv-00120, MN/0:22-cv-00122, MN/0:22-cv-00123, MN/0:22-cv-00125, MN/0:22-cv-00127 (JC)**

| | |
|---|---|
| **Case Name:** | Shankle v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00125 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-137) - 15 action(s)** *re: pldg. ( [1558] in MDL No. 2885, 1 in MN/0:22-cv-00099, 1 in MN/0:22-cv-00104, 1 in MN/0:22-cv-00110, 1 in MN/0:22-cv-00111, 1 in MN/0:22-cv-00113, 1 in MN/0:22-cv-00115, 1 in MN/0:22-cv-00116, 1 in MN/0:22-cv-00117, 1 in MN/0:22-cv-00118, 1 in MN/0:22-cv-00119, 1 in MN/0:22-cv-00120, 1 in MN/0:22-cv-00122, 1 in MN/0:22-cv-00123, 1 in MN/0:22-cv-00125, 1 in MN/0:22-cv-00127)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00099, MN/0:22-cv-00104, MN/0:22-cv-00110, MN/0:22-cv-00111, MN/0:22-cv-00113, MN/0:22-cv-00115, MN/0:22-cv-00116, MN/0:22-cv-00117, MN/0:22-cv-00118, MN/0:22-cv-00119, MN/0:22-cv-00120, MN/0:22-cv-00122, MN/0:22-cv-00123, MN/0:22-cv-00125, MN/0:22-cv-00127 (JC)**

| | |
|---|---|
| **Case Name:** | Rogers v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00122 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-137) - 15 action(s)** *re: pldg. ( [1558] in MDL No. 2885, 1 in MN/0:22-cv-00099, 1 in MN/0:22-cv-00104, 1 in MN/0:22-cv-00110, 1 in MN/0:22-cv-00111, 1 in MN/0:22-cv-00113, 1 in MN/0:22-cv-00115, 1 in MN/0:22-cv-00116, 1 in MN/0:22-cv-00117, 1 in MN/0:22-cv-00118, 1 in MN/0:22-cv-00119, 1 in MN/0:22-cv-00120, 1 in MN/0:22-cv-00122, 1 in MN/0:22-cv-00123, 1 in MN/0:22-cv-00125, 1 in MN/0:22-cv-00127)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00099, MN/0:22-cv-00104, MN/0:22-cv-00110, MN/0:22-cv-00111, MN/0:22-cv-00113, MN/0:22-cv-00115, MN/0:22-cv-00116, MN/0:22-cv-00117, MN/0:22-cv-00118, MN/0:22-cv-00119, MN/0:22-cv-00120, MN/0:22-cv-00122, MN/0:22-cv-00123, MN/0:22-cv-00125, MN/0:22-cv-00127 (JC)**

| | |
|---|---|
| **Case Name:** | Harris v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00113 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-137) - 15 action(s)** *re: pldg. ( [1558] in MDL No. 2885, 1 in MN/0:22-cv-00099, 1 in MN/0:22-cv-00104, 1 in MN/0:22-cv-00110, 1 in MN/0:22-cv-00111, 1 in MN/0:22-cv-00113, 1 in MN/0:22-cv-00115, 1 in MN/0:22-cv-00116, 1 in MN/0:22-cv-00117, 1 in MN/0:22-cv-00118, 1 in MN/0:22-cv-00119, 1 in MN/0:22-cv-00120, 1 in*

MN/0:22-cv-00122, 1 in MN/0:22-cv-00123, 1 in MN/0:22-cv-00125, 1 in MN/0:22-cv-00127) Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 1/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00099, MN/0:22-cv-00104, MN/0:22-cv-00110, MN/0:22-cv-00111, MN/0:22-cv-00113, MN/0:22-cv-00115, MN/0:22-cv-00116, MN/0:22-cv-00117, MN/0:22-cv-00118, MN/0:22-cv-00119, MN/0:22-cv-00120, MN/0:22-cv-00122, MN/0:22-cv-00123, MN/0:22-cv-00125, MN/0:22-cv-00127 (JC)**

| | |
|---|---|
| **Case Name:** | Robinson v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00120 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-137) - 15 action(s)** *re: pldg. ( [1558] in MDL No. 2885, 1 in MN/0:22-cv-00099, 1 in MN/0:22-cv-00104, 1 in MN/0:22-cv-00110, 1 in MN/0:22-cv-00111, 1 in MN/0:22-cv-00113, 1 in MN/0:22-cv-00115, 1 in MN/0:22-cv-00116, 1 in MN/0:22-cv-00117, 1 in MN/0:22-cv-00118, 1 in MN/0:22-cv-00119, 1 in MN/0:22-cv-00120, 1 in MN/0:22-cv-00122, 1 in MN/0:22-cv-00123, 1 in MN/0:22-cv-00125, 1 in MN/0:22-cv-00127)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00099, MN/0:22-cv-00104, MN/0:22-cv-00110, MN/0:22-cv-00111, MN/0:22-cv-00113, MN/0:22-cv-00115, MN/0:22-cv-00116, MN/0:22-cv-00117, MN/0:22-cv-00118, MN/0:22-cv-00119, MN/0:22-cv-00120, MN/0:22-cv-00122, MN/0:22-cv-00123, MN/0:22-cv-00125, MN/0:22-cv-00127 (JC)**

| | |
|---|---|
| **Case Name:** | Rife v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00119 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-137) - 15 action(s)** *re: pldg. ( [1558] in MDL No. 2885, 1 in MN/0:22-cv-00099, 1 in MN/0:22-cv-00104, 1 in MN/0:22-cv-00110, 1 in MN/0:22-cv-00111, 1 in MN/0:22-cv-00113, 1 in MN/0:22-cv-00115, 1 in MN/0:22-cv-00116, 1 in MN/0:22-cv-00117, 1 in MN/0:22-cv-00118, 1 in MN/0:22-cv-00119, 1 in MN/0:22-cv-00120, 1 in MN/0:22-cv-00122, 1 in MN/0:22-cv-00123, 1 in MN/0:22-cv-00125, 1 in MN/0:22-cv-00127)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00099, MN/0:22-cv-00104, MN/0:22-cv-00110, MN/0:22-cv-00111, MN/0:22-cv-00113, MN/0:22-cv-00115, MN/0:22-cv-00116, MN/0:22-cv-00117, MN/0:22-cv-00118, MN/0:22-cv-00119, MN/0:22-cv-00120, MN/0:22-cv-00122, MN/0:22-cv-00123, MN/0:22-cv-00125, MN/0:22-cv-00127 (JC)**

| | |
|---|---|
| **Case Name:** | Sauver v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00123 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-137) - 15 action(s) *re: pldg. ( [1558] in MDL No. 2885, 1 in MN/0:22-cv-00099, 1 in MN/0:22-cv-00104, 1 in MN/0:22-cv-00110, 1 in MN/0:22-cv-00111, 1 in MN/0:22-cv-00113, 1 in MN/0:22-cv-00115, 1 in MN/0:22-cv-00116, 1 in MN/0:22-cv-00117, 1 in MN/0:22-cv-00118, 1 in MN/0:22-cv-00119, 1 in MN/0:22-cv-00120, 1 in MN/0:22-cv-00122, 1 in MN/0:22-cv-00123, 1 in MN/0:22-cv-00125, 1 in MN/0:22-cv-00127) Inasmuch as no objection is pending at this time, the stay is lifted.***

**Signed by Clerk of the Panel John W. Nichols on 1/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00099, MN/0:22-cv-00104, MN/0:22-cv-00110, MN/0:22-cv-00111, MN/0:22-cv-00113, MN/0:22-cv-00115, MN/0:22-cv-00116, MN/0:22-cv-00117, MN/0:22-cv-00118, MN/0:22-cv-00119, MN/0:22-cv-00120, MN/0:22-cv-00122, MN/0:22-cv-00123, MN/0:22-cv-00125, MN/0:22-cv-00127 (JC)**

| | |
|---|---|
| **Case Name:** | Henton v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00115 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-137) - 15 action(s) *re: pldg. ( [1558] in MDL No. 2885, 1 in MN/0:22-cv-00099, 1 in MN/0:22-cv-00104, 1 in MN/0:22-cv-00110, 1 in MN/0:22-cv-00111, 1 in MN/0:22-cv-00113, 1 in MN/0:22-cv-00115, 1 in MN/0:22-cv-00116, 1 in MN/0:22-cv-00117, 1 in MN/0:22-cv-00118, 1 in MN/0:22-cv-00119, 1 in MN/0:22-cv-00120, 1 in MN/0:22-cv-00122, 1 in MN/0:22-cv-00123, 1 in MN/0:22-cv-00125, 1 in MN/0:22-cv-00127) Inasmuch as no objection is pending at this time, the stay is lifted.***

**Signed by Clerk of the Panel John W. Nichols on 1/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00099, MN/0:22-cv-00104, MN/0:22-cv-00110, MN/0:22-cv-00111, MN/0:22-cv-00113, MN/0:22-cv-00115, MN/0:22-cv-00116, MN/0:22-cv-00117, MN/0:22-cv-00118, MN/0:22-cv-00119, MN/0:22-cv-00120, MN/0:22-cv-00122, MN/0:22-cv-00123, MN/0:22-cv-00125, MN/0:22-cv-00127 (JC)**

| | |
|---|---|
| **Case Name:** | Cannon v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00104 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-137) - 15 action(s) *re: pldg. ( [1558] in MDL No. 2885, 1 in MN/0:22-cv-00099, 1 in MN/0:22-cv-00104, 1 in MN/0:22-cv-00110, 1 in MN/0:22-cv-00111, 1 in MN/0:22-cv-00113, 1 in MN/0:22-cv-00115, 1 in MN/0:22-cv-00116, 1 in MN/0:22-cv-00117, 1 in MN/0:22-cv-00118, 1 in MN/0:22-cv-00119, 1 in MN/0:22-cv-00120, 1 in***

MN/0:22-cv-00122, 1 in MN/0:22-cv-00123, 1 in MN/0:22-cv-00125, 1 in MN/0:22-cv-00127) Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 1/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00099, MN/0:22-cv-00104, MN/0:22-cv-00110, MN/0:22-cv-00111, MN/0:22-cv-00113, MN/0:22-cv-00115, MN/0:22-cv-00116, MN/0:22-cv-00117, MN/0:22-cv-00118, MN/0:22-cv-00119, MN/0:22-cv-00120, MN/0:22-cv-00122, MN/0:22-cv-00123, MN/0:22-cv-00125, MN/0:22-cv-00127 (JC)**

| | |
|---|---|
| **Case Name:** | Margavich v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00117 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-137) - 15 action(s)** *re: pldg. ( [1558] in MDL No. 2885, 1 in MN/0:22-cv-00099, 1 in MN/0:22-cv-00104, 1 in MN/0:22-cv-00110, 1 in MN/0:22-cv-00111, 1 in MN/0:22-cv-00113, 1 in MN/0:22-cv-00115, 1 in MN/0:22-cv-00116, 1 in MN/0:22-cv-00117, 1 in MN/0:22-cv-00118, 1 in MN/0:22-cv-00119, 1 in MN/0:22-cv-00120, 1 in MN/0:22-cv-00122, 1 in MN/0:22-cv-00123, 1 in MN/0:22-cv-00125, 1 in MN/0:22-cv-00127)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00099, MN/0:22-cv-00104, MN/0:22-cv-00110, MN/0:22-cv-00111, MN/0:22-cv-00113, MN/0:22-cv-00115, MN/0:22-cv-00116, MN/0:22-cv-00117, MN/0:22-cv-00118, MN/0:22-cv-00119, MN/0:22-cv-00120, MN/0:22-cv-00122, MN/0:22-cv-00123, MN/0:22-cv-00125, MN/0:22-cv-00127 (JC)**

| | |
|---|---|
| **Case Name:** | Haen v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00111 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-137) - 15 action(s)** *re: pldg. ( [1558] in MDL No. 2885, 1 in MN/0:22-cv-00099, 1 in MN/0:22-cv-00104, 1 in MN/0:22-cv-00110, 1 in MN/0:22-cv-00111, 1 in MN/0:22-cv-00113, 1 in MN/0:22-cv-00115, 1 in MN/0:22-cv-00116, 1 in MN/0:22-cv-00117, 1 in MN/0:22-cv-00118, 1 in MN/0:22-cv-00119, 1 in MN/0:22-cv-00120, 1 in MN/0:22-cv-00122, 1 in MN/0:22-cv-00123, 1 in MN/0:22-cv-00125, 1 in MN/0:22-cv-00127)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00099, MN/0:22-cv-00104, MN/0:22-cv-00110, MN/0:22-cv-00111, MN/0:22-cv-00113, MN/0:22-cv-00115, MN/0:22-cv-00116, MN/0:22-cv-00117, MN/0:22-cv-00118, MN/0:22-cv-00119, MN/0:22-cv-00120, MN/0:22-cv-00122, MN/0:22-cv-00123, MN/0:22-cv-00125, MN/0:22-cv-00127 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-00110 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00110 Notice will not be electronically mailed to:**

**MN/0:22-cv-00099 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00099 Notice will not be electronically mailed to:**

**MN/0:22-cv-00127 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00127 Notice will not be electronically mailed to:**

**MN/0:22-cv-00118 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00118 Notice will not be electronically mailed to:**

**MN/0:22-cv-00116 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00116 Notice will not be electronically mailed to:**

**MN/0:22-cv-00125 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00125 Notice will not be electronically mailed to:**

**MN/0:22-cv-00122 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00122 Notice will not be electronically mailed to:**

**MN/0:22-cv-00113 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00113 Notice will not be electronically mailed to:**

**MN/0:22-cv-00120 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00120 Notice will not be electronically mailed to:**

**MN/0:22-cv-00119 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00119 Notice will not be electronically mailed to:**

**MN/0:22-cv-00123 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00123 Notice will not be electronically mailed to:**

**MN/0:22-cv-00115 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00115 Notice will not be electronically mailed to:**

**MN/0:22-cv-00104 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00104 Notice will not be electronically mailed to:**

**MN/0:22-cv-00117 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00117 Notice will not be electronically mailed to:**

**MN/0:22-cv-00111 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00111 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/28/2022] [FileNumber=1100123-0]
[0758180570699d1162c57636df0b7660ed1fedc2f2817e856b2ab3c6b90ae54aedc1
4b32b11aab75b1be36017446693b2b835485e7164a55867653961ce10b18]]