**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:  3M COMBAT ARMS            Case No. 3:19-md-02885
EARPLUG PRODUCTS
LIABILITY LITIGATION

                                                   Judge M. Casey Rodgers
This Document Relates to All Cases       Magistrate Judge Gary R. Jones

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and

the Northern District of Florida Local Rule 11.1, I, Rajeev K. Adlakha, respectfully

move for admission to practice *pro hac vice* for purposes of appearance in the above-

styled case only, and in support thereof states as follows:

1.      Movant resides in Ohio and is not a resident of the State of Florida.

2.      Movant is not admitted to practice in the Northern District of Florida

and is a member in good standing of the bar of the State of Ohio.  A copy of a

Certificate of Good Standing from the State of Ohio dated within 30 days of this

motion are attached hereto as Exhibit "A."

3.      Movant has reviewed the Attorney Admission Memo, reviewed the

Local Rules of the Northern District of Florida, completed the online Attorney

Admission Tutorial, confirmation number FLND16415815915464 and completed

the CM/ECF Online Tutorials.

4.      Rajeev K. Adlakha has submitted to the Clerk the required $208.00 *pro*

1

*hac vice* admission fee.

5.      Rajeev K. Adlakha has upgraded his PACER account to "NextGen."

6.      Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Rajeev K. Adlakha respectfully request that this Court enter an Order granting Rajeev K. Adlakha of Vorys Sater Seymour and Pease LLP, *pro hac vice* in this case.

Respectfully submitted on this 28th day of January, 2022.

/s/ Rajeev K. Adlakha
Rajeev K. Adlakha, Ohio Bar No. 0087096

VORYS SATER SEYMOUR AND PEASE LLP
200 Public Square
Suite 1400
Cleveland, OH 44114-2327
Telephone:  216.479.6175
Facsimile:   216.937.3408
Email:  rkadlakha@vorys.com

*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding, LLC,*
*Aearo Intermediate, LLC and Aearo, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 28th day of January, 2022.

*/s/ Rajeev K. Adlakha*
Rajeev K. Adlakha, Ohio Bar No. 0087096