UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Case Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11/1, I, Stevie F. Rushing. ("Movant"), respectfully move for admission to practice *pro hac vice* for the purposes of appearance in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Mississippi and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Mississippi. A copy of a Certificate of Good Standing from the Supreme Court of Mississippi, dated within 30 days of this motion, is attached hereto as Exhibit A.

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16426955825589, and completed the CM/ECF Online Tutorials.

4.     Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.     Movant has upgraded her PACER account to "NextGen."

6.     Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aero LLC.

WHEREFORE, Movant Stevie F. Rushing respectfully requests that this Court enter an Order granting her appearance *pro hac vice* in this case.

Respectfully submitted this 28th day of January, 2022.

/s/ Stevie F. Rushing
Stevie F. Rushing (MS Bar #105534)
Bradley Arant Boult Cummings LLP
One Jackson Place
188 East Capitol Street, Suite 1000
Jackson, MS 39201
Telephone: 601-592-9938
Facsimile: 601-948-3000
srushing@bradley.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aero LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was filed electronically via the CM/ECF system, which will automatically serve and send e-mail notification of such filing to all registered attorneys of record.

This 28th day of January, 2022.

                                        */s/ Stevie F. Rushing*
                                        OF COUNSEL