UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-md-2885 ) ) ) |
| This Document Relates to the Master Docket | ) Judge M. Casey Rodgers ) Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, Amy M. Gabriel of The Gori Law Firm, hereby moves this Court for an Order granting admission to practice *pro hac vice* in the above-styled case, and in support states as follows:

1. Movant resides in Illinois and is not a resident of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of Illinois, where Movant resides and/or regularly practices. A copy of the certificates of good standing from Illinois dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Attorney Admission Tutorial, tutorial confirmation number: FLND 16429594865608, and the online CM/ECF Attorney User's Guide.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen."

WHEREFORE, Amy M. Gabriel, respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted this 28th day of January, 2022.

                                                  THE GORI LAW FIRM

                                                  */s/ Amy M. Gabriel*  
                                                  Amy M. Gabriel  
                                                  Illinois Bar No. 6269779  
                                                  156 N. Main Street  
                                                  Edwardsville, IL 62025  
                                                  (618) 659-9833 - Telephone  
                                                  (618) 659-9834 – Facsimile  
                                                  agabriel@gorilaw.com

## CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(f), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system which will provide electronic notice of same to all counsel of record.

Dated this 28th day of January, 2022.

        */s/ Amy M. Gabriel*
        Amy M. Gabriel
        Illinois Bar No. 6269779
        156 N. Main Street
        Edwardsville, IL 62025
        (618) 659-9833 - Telephone
        (618) 659-9834 – Facsimile
        agabriel@gorilaw.com