# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUGS PRODUCTS LIABILTY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| *Cases Listed on Exhibit A* | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Pretrial Order No.3, Amy L. Stone of The Moody Law Firm, Inc. has successfully completed the Local Rules Tutorial for the Northern District of Florida, and hereby enters her appearance as additional counsel for the Plaintiffs listed on Exhibit A.

Counsel requests all further papers and pleadings in these actions and the Master Docket of MDL 2885 be served on and directed to the undersigned counsel.

Dated: January 28, 2022               Respectfully submitted,

/s/ Amy L. Stone
Amy L. Stone, VA Bar No. 80327
*(PHV Granted)*
THE MOODY LAW FIRM, INC.
500 Crawford St., Suite 200
Portsmouth, VA 23704
P: (757) 393-6020
F: (757) 399-3019
Email: astone@moodyrrlaw.com

## Certificate of Service

I do hereby certify that on this 28th day of January 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using CM/ECF system.

/s/ Amy L. Stone
Amy L. Stone