UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILTY LITIGATION </br></br>This Document Relates to the Master Docket | ) </br> ) Case No. 3:19-md-02885-MCR-GRJ </br> ) Civil Case No. 3:19-cv-00684 </br> ) </br> ) Judge M. Casey Rodgers </br> ) Magistrate Judge Gary R. Jones </br> ) |

## MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Attorney Lindsay R. Stevens, of Gomez Trial Attorneys notifies the Court that Naomi C. Pontious and Melissa L. Borja, are no longer employed with Gomez Trial Attorneys.

Attorney Lindsay R. Stevens moves under Local Rule 11.1 H(1)(b) for the withdrawal of Naomi C. Pontious and Melissa L. Borja and substitution of Lindsay R. Stevens of Gomez Trial Attorneys in place thereof. Plaintiff will continue to be represented by the same law firm –Gomez Trial Attorneys. Ms. Stevens is pro hac vice in the Northern District of Florida and has complied with all requirements for appearing and filing in this District. Counsel has fulfilled the administrative requirements outlined in Pretrial Order No. 3. Counsel accordingly requests that all further papers and pleadings in these actions and the Master Docket of the MDL 2885 be served upon her.

Respectfully Submitted,

Date: January 28, 2022

/s/ Lindsay R. Stevens
Lindsay R. Stevens (CA Bar #: 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Ste. 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619)237-3496
lstevens@thegomezfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served by e-filing through the Northern District of Florida Electronic Filing System, this 28th day of January 2022.

/s/ Lindsay R. Stevens
Lindsay R. Stevens (CA Bar #: 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Ste. 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619)237-3496
lstevens@thegomezfirm.com

*Attorney for Plaintiff*