# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>Manuel Acevedo<br>Civil Action No. 7:20cv68140- MCR-GRJ | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Roshan N. Rajkumar of the law firm BOWMAN AND BROOKE LLP has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

Respectfully submitted,

*/s/ Roshan N. Rajkumar*
Roshan N. Rajkumar (*Pro Hac Vice*)
MN Bar No. 0305212
**BOWMAN AND BROOKE LLP**
150 South Fifth Street
Suite 3000
Minneapolis, Minnesota 55402
Tel: (612) 339-8682
Fax: (612) 672-3200
roshan.rajkumar@bowmanandbrooke.com

Counsel for Defendants *3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Dated:  January 28, 2022

## CERTIFICATE OF SERVICE

I do hereby certify that on this 28th day of January 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

                                          /s/ Roshan N. Rajkumar
                                        Roshan N. Rajkumar (*Pro Hac Vice*)
                                        MN Bar No. 0305212