UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>ALL PLAINTIFFS<br><br>PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY, ET AL.<br><br>DEFENDANTS. | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>Civil Action No. 3:19md02885-MCR-GRJ |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Susan W. Romaine of the law firm Thomas Combs & Spann, PLLC, has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

1

DATED: January 31, 2022

        Respectfully submitted,

        */s/ Susan W. Romaine*
        Susan W. Romaine, WV Bar No. 9936
        THOMAS COMBS & SPANN, PLLC
        300 Summers Street, Suite 1380 (25301)
        P.O. Box 3824
        Charleston, WV  25338
        Telephone:  (304) 414-1818
        Facsimile:   (304) 414-1801
        Email: swromaine@tcspllc.com

        *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 31st day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

        */s/ Susan W. Romaine*
        Susan W. Romaine, WV Bar No. 9936