# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>Eddie Franklin, 7:20cv66635 | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Anthony L. Osterlund of the law firm Vorys Sater Seymour and Pease LLP, has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

DATED:   February 1, 2022

                                          Respectfully submitted,

                                          */s/ Anthony L. Osterlund*
                                          Anthony L. Osterlund, Ohio Bar No. 0071086

        **VORYS SATER SEYMOUR AND PEASE LLP**
        301 East Fourth Street
        Great American Tower
        Suite 3500
        Cincinnati, OH  45202
        Phone:   513.723.4678
        Fax:     513.852-7830
        Email:    alosterlund@vorys.com

        *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 1st day of February, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

        */s/ Anthony L. Osterlund*
        Anthony L. Osterlund