UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>Angela Greening, 7:20cv16227 | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Elizabeth T. Smith of the law firm Vorys Sater Seymour and Pease LLP, has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

DATED:     February 1, 2022

Respectfully submitted,

*/s/ Elizabeth T. Smith*
Elizabeth T. Smith, Ohio Bar No. 0012075

1

**VORYS SATER SEYMOUR AND PEASE LLP**
52 East Gay Street
Columbus, OH  43215
Phone:   614.464.5443
Fax:       614.719.4976
Email:    etsmith@vorys.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 1st day of February, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Elizabeth T. Smith*
Elizabeth T. Smith