# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>Stefan Generally, 7:20cv20077<br>Richard Wayne Turner, 8:20cv33319 | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Steven R. Rech of the law firm Vorys Sater Seymour and Pease LLP, has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

DATED:     February 1, 2022

Respectfully submitted,

*/s/ Steven R. Rech*
Steven R. Rech, Texas Bar No. 16649200

**VORYS SATER SEYMOUR AND PEASE LLP**
909 Fannin Street
Suite 2700
Houston, TX  77010
PONE:	713.588.7017
FAX:	713.588.7090
EMAIL:	srech@vorys.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 1st day of February, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Steven R. Rech*
Steven R. Rech

3