# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, February 1, 2022 7:47 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Transfer Order |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Tuesday, February 1, 2022 1:45:57 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Transfer Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 2/1/2022 at 8:45 AM EST and filed on 2/1/2022
**Case Name:**    IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**  MDL No. 2885
**Filer:**
**Document Number:** 1579

**Docket Text:**
**TRANSFER ORDER re: pldg. ([1537] in MDL No. 2885, 12 in MN/0:21-cv-02132, 12 in MN/0:21-cv-02134, 12 in MN/0:21-cv-02136, 12 in MN/0:21-cv-02138, 12 in MN/0:21-cv-02140, 12 in MN/0:21-cv-02143, 13 in MN/0:21-cv-02259), ([1470] in MDL No. 2885, 9 in MN/0:21-cv-02136), ([1479] in MDL No. 2885, 6 in MN/0:21-cv-02259), ([1458] in MDL No. 2885, 6 in MN/0:21-cv-02132, 6 in MN/0:21-cv-02134, 6 in MN/0:21-cv-02138, 6 in MN/0:21-cv-02140, 6 in MN/0:21-cv-02143)**

**Transferring 7 action(s) - MDL No. 2885, MN/0:21-cv-02132, MN/0:21-cv-02134, MN/0:21-cv-02136, MN/0:21-cv-02138, MN/0:21-cv-02140, MN/0:21-cv-02143, MN/0:21-cv-02259**

**Signed by Judge Karen K. Caldwell, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 2/1/2022.**

**Associated Cases:** MDL No. 2885, MN/0:21-cv-02132, MN/0:21-cv-02134, MN/0:21-cv-02136, MN/0:21-cv-02138, MN/0:21-cv-02140, MN/0:21-cv-02143, MN/0:21-cv-02259 (JC)

| | |
|---|---|
| **Case Name:** | Heath v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02259 |
| **Filer:** | |
| **Document Number:** | 16 |

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1537] in MDL No. 2885, 12 in MN/0:21-cv-02132, 12 in MN/0:21-cv-02134, 12 in MN/0:21-cv-02136, 12 in MN/0:21-cv-02138, 12 in MN/0:21-cv-02140, 12 in MN/0:21-cv-02143, 13 in MN/0:21-cv-02259), ( [1470] in MDL No. 2885, 9 in MN/0:21-cv-02136), ( [1479] in MDL No. 2885, 6 in MN/0:21-cv-02259), ( [1458] in MDL No. 2885, 6 in MN/0:21-cv-02132, 6 in MN/0:21-cv-02134, 6 in MN/0:21-cv-02138, 6 in MN/0:21-cv-02140, 6 in MN/0:21-cv-02143)**

**Transferring 7 action(s) - MDL No. 2885, MN/0:21-cv-02132, MN/0:21-cv-02134, MN/0:21-cv-02136, MN/0:21-cv-02138, MN/0:21-cv-02140, MN/0:21-cv-02143, MN/0:21-cv-02259**

**Signed by Judge Karen K. Caldwell, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 2/1/2022.**

**Associated Cases:** MDL No. 2885, MN/0:21-cv-02132, MN/0:21-cv-02134, MN/0:21-cv-02136, MN/0:21-cv-02138, MN/0:21-cv-02140, MN/0:21-cv-02143, MN/0:21-cv-02259 (JC)

| | |
|---|---|
| **Case Name:** | Andrews et al v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02143 |
| **Filer:** | |
| **Document Number:** | 15 |

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1537] in MDL No. 2885, 12 in MN/0:21-cv-02132, 12 in MN/0:21-cv-02134, 12 in MN/0:21-cv-02136, 12 in MN/0:21-cv-02138, 12 in MN/0:21-cv-02140, 12 in MN/0:21-cv-02143, 13 in MN/0:21-cv-02259), ( [1470] in MDL No. 2885, 9 in MN/0:21-cv-02136), ( [1479] in MDL No. 2885, 6 in MN/0:21-cv-02259), ( [1458] in MDL No. 2885, 6 in MN/0:21-cv-02132, 6 in MN/0:21-cv-02134, 6 in MN/0:21-cv-02138, 6 in MN/0:21-cv-02140, 6 in MN/0:21-cv-02143)**

**Transferring 7 action(s) - MDL No. 2885, MN/0:21-cv-02132, MN/0:21-cv-02134, MN/0:21-cv-02136, MN/0:21-cv-02138, MN/0:21-cv-02140, MN/0:21-cv-02143, MN/0:21-cv-02259**

**Signed by Judge Karen K. Caldwell, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 2/1/2022.**

**Associated Cases:** MDL No. 2885, MN/0:21-cv-02132, MN/0:21-cv-02134, MN/0:21-cv-02136, MN/0:21-cv-02138, MN/0:21-cv-02140, MN/0:21-cv-02143, MN/0:21-cv-02259 (JC)

| | |
|---|---|
| **Case Name:** | Lor et al v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02140 |
| **Filer:** | |

**Document Number:** 15

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1537] in MDL No. 2885, 12 in MN/0:21-cv-02132, 12 in MN/0:21-cv-02134, 12 in MN/0:21-cv-02136, 12 in MN/0:21-cv-02138, 12 in MN/0:21-cv-02140, 12 in MN/0:21-cv-02143, 13 in MN/0:21-cv-02259), ( [1470] in MDL No. 2885, 9 in MN/0:21-cv-02136), ( [1479] in MDL No. 2885, 6 in MN/0:21-cv-02259), ( [1458] in MDL No. 2885, 6 in MN/0:21-cv-02132, 6 in MN/0:21-cv-02134, 6 in MN/0:21-cv-02138, 6 in MN/0:21-cv-02140, 6 in MN/0:21-cv-02143)**

**Transferring 7 action(s) - MDL No. 2885, MN/0:21-cv-02132, MN/0:21-cv-02134, MN/0:21-cv-02136, MN/0:21-cv-02138, MN/0:21-cv-02140, MN/0:21-cv-02143, MN/0:21-cv-02259**

**Signed by Judge Karen K. Caldwell, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 2/1/2022.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02132, MN/0:21-cv-02134, MN/0:21-cv-02136, MN/0:21-cv-02138, MN/0:21-cv-02140, MN/0:21-cv-02143, MN/0:21-cv-02259 (JC)**

| | |
|---|---|
| **Case Name:** | Harris et al v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02136 |
| **Filer:** | |
| **Document Number:** | 15 |

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1537] in MDL No. 2885, 12 in MN/0:21-cv-02132, 12 in MN/0:21-cv-02134, 12 in MN/0:21-cv-02136, 12 in MN/0:21-cv-02138, 12 in MN/0:21-cv-02140, 12 in MN/0:21-cv-02143, 13 in MN/0:21-cv-02259), ( [1470] in MDL No. 2885, 9 in MN/0:21-cv-02136), ( [1479] in MDL No. 2885, 6 in MN/0:21-cv-02259), ( [1458] in MDL No. 2885, 6 in MN/0:21-cv-02132, 6 in MN/0:21-cv-02134, 6 in MN/0:21-cv-02138, 6 in MN/0:21-cv-02140, 6 in MN/0:21-cv-02143)**

**Transferring 7 action(s) - MDL No. 2885, MN/0:21-cv-02132, MN/0:21-cv-02134, MN/0:21-cv-02136, MN/0:21-cv-02138, MN/0:21-cv-02140, MN/0:21-cv-02143, MN/0:21-cv-02259**

**Signed by Judge Karen K. Caldwell, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 2/1/2022.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02132, MN/0:21-cv-02134, MN/0:21-cv-02136, MN/0:21-cv-02138, MN/0:21-cv-02140, MN/0:21-cv-02143, MN/0:21-cv-02259 (JC)**

| | |
|---|---|
| **Case Name:** | Butler et al v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02134 |
| **Filer:** | |
| **Document Number:** | 15 |

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1537] in MDL No. 2885, 12 in MN/0:21-cv-02132, 12 in MN/0:21-cv-02134, 12 in MN/0:21-cv-02136, 12 in MN/0:21-cv-02138, 12 in MN/0:21-cv-02140, 12 in MN/0:21-cv-02143, 13 in MN/0:21-cv-02259), ( [1470] in MDL No. 2885, 9 in MN/0:21-cv-02136), (**

[1479] in MDL No. 2885, 6 in MN/0:21-cv-02259), ( [1458] in MDL No. 2885, 6 in MN/0:21-cv-02132, 6 in MN/0:21-cv-02134, 6 in MN/0:21-cv-02138, 6 in MN/0:21-cv-02140, 6 in MN/0:21-cv-02143)

**Transferring 7 action(s) - MDL No. 2885, MN/0:21-cv-02132, MN/0:21-cv-02134, MN/0:21-cv-02136, MN/0:21-cv-02138, MN/0:21-cv-02140, MN/0:21-cv-02143, MN/0:21-cv-02259**

**Signed by Judge Karen K. Caldwell, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 2/1/2022.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02132, MN/0:21-cv-02134, MN/0:21-cv-02136, MN/0:21-cv-02138, MN/0:21-cv-02140, MN/0:21-cv-02143, MN/0:21-cv-02259 (JC)**

| | |
|---|---|
| **Case Name:** | Albury et al v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02132 |
| **Filer:** | |
| **Document Number:** | 15 |

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1537] in MDL No. 2885, 12 in MN/0:21-cv-02132, 12 in MN/0:21-cv-02134, 12 in MN/0:21-cv-02136, 12 in MN/0:21-cv-02138, 12 in MN/0:21-cv-02140, 12 in MN/0:21-cv-02143, 13 in MN/0:21-cv-02259), ( [1470] in MDL No. 2885, 9 in MN/0:21-cv-02136), ( [1479] in MDL No. 2885, 6 in MN/0:21-cv-02259), ( [1458] in MDL No. 2885, 6 in MN/0:21-cv-02132, 6 in MN/0:21-cv-02134, 6 in MN/0:21-cv-02138, 6 in MN/0:21-cv-02140, 6 in MN/0:21-cv-02143)**

**Transferring 7 action(s) - MDL No. 2885, MN/0:21-cv-02132, MN/0:21-cv-02134, MN/0:21-cv-02136, MN/0:21-cv-02138, MN/0:21-cv-02140, MN/0:21-cv-02143, MN/0:21-cv-02259**

**Signed by Judge Karen K. Caldwell, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 2/1/2022.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02132, MN/0:21-cv-02134, MN/0:21-cv-02136, MN/0:21-cv-02138, MN/0:21-cv-02140, MN/0:21-cv-02143, MN/0:21-cv-02259 (JC)**

| | |
|---|---|
| **Case Name:** | Webb v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-02138 |
| **Filer:** | |
| **Document Number:** | 15 |

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1537] in MDL No. 2885, 12 in MN/0:21-cv-02132, 12 in MN/0:21-cv-02134, 12 in MN/0:21-cv-02136, 12 in MN/0:21-cv-02138, 12 in MN/0:21-cv-02140, 12 in MN/0:21-cv-02143, 13 in MN/0:21-cv-02259), ( [1470] in MDL No. 2885, 9 in MN/0:21-cv-02136), ( [1479] in MDL No. 2885, 6 in MN/0:21-cv-02259), ( [1458] in MDL No. 2885, 6 in MN/0:21-cv-02132, 6 in MN/0:21-cv-02134, 6 in MN/0:21-cv-02138, 6 in MN/0:21-cv-02140, 6 in MN/0:21-cv-02143)**

**Transferring 7 action(s) - MDL No. 2885, MN/0:21-cv-02132, MN/0:21-cv-02134, MN/0:21-cv-02136, MN/0:21-cv-02138, MN/0:21-cv-02140, MN/0:21-cv-02143, MN/0:21-cv-02259**

**Signed by Judge Karen K. Caldwell, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 2/1/2022.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-02132, MN/0:21-cv-02134, MN/0:21-cv-02136, MN/0:21-cv-02138, MN/0:21-cv-02140, MN/0:21-cv-02143, MN/0:21-cv-02259 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-02259 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Richard M. Paul, III     Rick@PaulLLP.com, Amy@PaulLLP.com, Ashlea@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Amanda M Williams     awilliams@gustafsongluek.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Ashlea G Schwarz     Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:21-cv-02259 Notice will not be electronically mailed to:**

**MN/0:21-cv-02143 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Richard M. Paul, III     Rick@PaulLLP.com, Amy@PaulLLP.com, Ashlea@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Amanda M Williams     awilliams@gustafsongluek.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Ashlea G Schwarz     Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:21-cv-02143 Notice will not be electronically mailed to:**

**MN/0:21-cv-02140 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Richard M. Paul, III     Rick@PaulLLP.com, Amy@PaulLLP.com, Ashlea@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Amanda M Williams     awilliams@gustafsongluek.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Ashlea G Schwarz     Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:21-cv-02140 Notice will not be electronically mailed to:**

**MN/0:21-cv-02136 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Richard M. Paul, III     Rick@PaulLLP.com, Amy@PaulLLP.com, Ashlea@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Amanda M Williams     awilliams@gustafsongluek.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Ashlea G Schwarz     Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:21-cv-02136 Notice will not be electronically mailed to:**

**MN/0:21-cv-02134 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Richard M. Paul, III     Rick@PaulLLP.com, Amy@PaulLLP.com, Ashlea@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Amanda M Williams     awilliams@gustafsongluek.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Ashlea G Schwarz     Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:21-cv-02134 Notice will not be electronically mailed to:**

**MN/0:21-cv-02132 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Richard M. Paul, III     Rick@PaulLLP.com, Amy@PaulLLP.com, Ashlea@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Amanda M Williams     awilliams@gustafsongluek.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Ashlea G Schwarz     Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:21-cv-02132 Notice will not be electronically mailed to:**

**MN/0:21-cv-02138 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Richard M. Paul, III     Rick@PaulLLP.com, Amy@PaulLLP.com, Ashlea@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Amanda M Williams     awilliams@gustafsongluek.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Ashlea G Schwarz     Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:21-cv-02138 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=2/1/2022] [FileNumber=1100521-0]
[8cf440aed353086697fd9826b627ca378db37fbf7288fd54308a4b27d90dd99e923a3
10f43b65164cee6a40f4e058054ad248771c754cc209838d076643254bd]]