UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates: the Master Docket and *Mcallister v. 3M Co.*, No. 7:20-cv-84873-MCR-GRJ | Case No. 3:19-md-2885 (MCR/GRJ)<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rule 11.1, I, Gregory Jones, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-referenced matter, and in support thereof state as follows:

1. Movant resides in Illinois and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member of good standing of the bar of the State of Missouri (Bar No. 69159). A copy of the Certificate of Good Standing from the State of Missouri dated within 30 days of this motion is attached hereto as Exhibit A.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16434096335670, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has a "Next Gen" PACER account.

6. Once this motion is granted, Movant will file a Notice of Appearance in the master docket, *In re 3M Combat Arms Earplug Products Liability Litigation,* No. 3:19-md-2885.

7. Movant will also file a Notice of Appearance as attorney of record for Plaintiff Johnny Mcallister in the related case *Mcallister v. 3M Company, et al.;* Case No. 7:20-cv-84873-MCR-GRJ.

WHEREFORE, Gregory Jones respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: January 31, 2022  /s/ Gregory Jones
  Gregory Jones
  MO State Bar No. 69159
  Holland Law Firm
  211 North Broadway, Suite 2625
  St. Louis, MO 63102
  Tel.: (314) 241-8111
  gjones@hollandtriallawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2022, I caused a copy of the foregoing Motion to Appear *Pro Hae Vice* to be filed electronically with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

*/s/ Gregory Jones*
Gregory Jones

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/14/2016,

## Gregory Ray Jones

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 20th day of January, 2022.

*Betsy AuBuchon*

Clerk of the Supreme Court of Missouri