## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and Northern District of Florida Local Rule 11.1, I, Jacqueline Bolden, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof state as follows:

1.     Movant resides in Texas and is not a resident of the State of Florida.

2.     Movant is not admitted to practice in the Northern District of Florida. Movant is an active member in good standing with the State Bar of Texas. A copy of a Certificate of Good Standing from the State Bar of Texas, dated within 30 days of this motion, is attached hereto as Exhibit "A."

3.     Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16433343815663, and

1

completed the CM/ECF Online Tutorials.

4.      Jacqueline Bolden has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.      Jacqueline Bolden has an upgraded "NextGen" PACER account.

6.      Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Jacqueline Bolden respectfully requests that this Court enter an Order granting Jacqueline Bolden of Thompson, Coe, Cousins & Irons, LLP, *pro hac vice* in this case.

Respectfully submitted on this 1st day of February, 2022.

> */s/ Jacqueline Bolden*
> Jacqueline Bolden,
> Texas State Bar No. 24115065
>
> THOMPSON, COE, COUSINS &
> IRONS, LLP
> 700 N. Pearl Street, Suite 2500
> Dallas, Texas 75201
> Telephone:  (214) 292-7540
> Facsimile:    (214) 871-8209
> Email: jbolden@thompsoncoe.com
>
> *Counsel for Defendants 3M Company, 3M*
> *Occupational Safety LLC, Aearo*
> *Technologies LLC, Aearo Holding, LLC,*
> *Aearo Intermediate, LLC and Aearo, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 1st day of February, 2022.

*/s/ Jacqueline Bolden*
Jacqueline Bolden,
Texas State Bar No. 24115065

# EXHIBIT A

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 28, 2022


Re: Jacqueline Renee Bolden, State Bar Number 24115065


To Whom It May Concern:

This is to certify that Jacqueline Renee Bolden was licensed to practice law in Texas on November 20, 2020, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.


This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.


Sincerely,



Seana Willing
Chief Disciplinary Counsel
SW/web


P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167