UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Katherine Unger Davis, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Pennsylvania and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the Commonwealth of Pennsylvania. A copy of a Certificate of Good Standing from the Commonwealth of Pennsylvania dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

Admission Tutorial, confirmation number FLND16432383465646 and completed the CM/ECF Online Tutorials.

    4.    Katherine Unger Davis has submitted to the Clerk the required $208.00 *prohac vice* admission fee.

    5.    Katherine Unger Davis has upgraded her PACER account to "NextGen."

    6.    Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Katherine Unger Davis respectfully requests that this Court enter an Order granting Katherine Unger Davis of Dechert LLP, *pro hac vice* in this case.

Respectfully submitted on this 1st day of February, 2022.

                                        */s/ Katherine Unger Davis*
                                        Katherine Unger Davis, PA Bar No. 312558

                                        Dechert LLP
Cira Centre
2929 Arch Street
Telephone:  (215) 994-2015
Facsimile:   (215) 994-2222
 Email:  Kate.UngerDavis@dechert.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 1st day of February, 2022.

/s/ *Katherine Unger Davis*
Katherine Unger Davis, PA Bar No. 312558