# EXHIBIT A



# Supreme Court of Pennsylvania

Phoenicia D. W. Wallace, Esq.
Deputy Prothonotary
Patricia A. Johnson
Chief Clerk

Eastern District

468 City Hall
Philadelphia, PA 19107
(215) 560-6370
www.pacourts.us

January 27, 2022

Katherine Elizabeth Unger, Esq.
Dechert LLP
2929 Arch St
Philadelphia, PA  19104-2808

RE:  **Certificate of Good Standing**

Dear Mrs. Unger:

    Enclosed is your Certificate of Good Standing confirming that you are an active member in good standing of the Bar of the Supreme Court of Pennsylvania.

    In addition, enclosed is your Receipt Number(s) 2022-SUP-E-000149 showing payment in the amount of $25.00.

Very truly yours,

Office of the Prothonotary

/ko
Enclosure



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

### *Katherine Elizabeth Unger, Esq.*

**DATE OF ADMISSION**

*December 7, 2011*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 27, 2022

Patricia A. Johnson
Chief Clerk



# Supreme Court of Pennsylvania
# PAYMENT RECEIPT

Receipt Date: 01/27/2022
Receipt No: 2022-SUP-E-000149

**Remitter:**

Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808

## PAYMENT

| Method | Check / Money Order No. | Bank Transit No. | Amount |
|---|---|---|---|
| Check | 1256762 | 62-20 | $ 25.00 |

## FEE

| Date | Type | Pages | Fee Amount | Paid |
|---|---|---|---|---|
| **483 CGS 2022** | **Certificate of Good Standing for Unger, Katherine** | | | |
| 01/27/2022 | Request for Certificate of Good Standing | 1 | $ 25.00 | $ 25.00 |
| | | | $ 25.00 | $ 25.00 |

Total Payment: $ 25.00
Change: $ 0.00
Payments Less Change: $ 25.00

**Comments:**

**RETAIN THIS RECEIPT FOR YOUR RECORDS**