UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
|---|---|
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Kelly R. Kimbrough, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Texas. A copy of the Certificate of Good Standing from the Supreme Court of the State of Texas dated within 30 days of this Motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16433463585664, and completed the CM/ECF Online Tutorials.

25815534v1

4. Kelly R. Kimbrough has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Kelly R. Kimbrough has upgraded her PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Kelly R. Kimbrough respectfully request that this Court enter an Order granting Kelly R. Kimbrough of BOWMAN AND BROOKE LLP, *pro hac vice* in this case.

Respectfully submitted on this 1st day of February 2022.

/s/ Kelly R. Kimbrough
Kelly R. Kimbrough
TX Bar No. 00794984
**BOWMAN AND BROOKE LLP**
2901 Via Fortuna Drive
Suite 500
Austin, Texas 78746
Tel: (512) 874-3855
Fax: (512) 874-3801
kelly.kimbrough@bowmanandbrooke.com

Counsel for Defendants *3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

25815534v1

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 1st day of February 2022.

                                        */s/ Kelly R. Kimbrough*
                                        Kelly R. Kimbrough
                                        TX Bar No. 00794984

25815534v1