UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885-MCR-GRJ |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO LOCAL RULE 11.1(H)(1)(B) AND REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that Glenn E. Mintzer hereby withdraws as attorney of record for all Plaintiffs of the Law Offices of Peter G. Angelos, P.C. in the above captioned matter. Mr. Mintzer is no longer employed by the Law Offices of Peter G. Angelos, P.C. As required by Local Rule 11.1(H)(1)b), Plaintiffs consent to this withdrawal, and the withdrawal will leave Plaintiffs with counsel of record who will continue in the case.

Dated:  February 1, 2022          Respectfully submitted,


                By: /s/ *Jay D. Miller*____
                    Jay D. Miller
                    Bar No. 0975801MD
                    LAW OFFICES OF PETER G. ANGELOS, P.C.
                    100 North Charles Street
                    22nd Floor
                    Baltimore, MD  21201
                    Tel: (410) 649-2000
                    Cell: (443) 271-7317
                    Fax: (410) 649-2151
                    Email: jmiller@lawpga.com
                    *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and served using the CM/ECF system.

/s/ *Jay D Miller*
Jay D. Miller