# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>Halimah Jumanah<br>Civil Action No. 7:20cv01913- MCR-GRJ | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kelly R. Kimbrough of the law firm BOWMAN AND BROOKE LLP has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

Dated:  February 1, 2022

Respectfully submitted,

/s/ Kelly R. Kimbrough
Kelly R. Kimbrough
TX Bar No. 00794984
**BOWMAN AND BROOKE LLP**
2901 Via Fortuna Drive
Suite 500
Austin, Texas 78746
Tel: (512) 874-3855
Fax: (512) 874-3801
kelly.kimbrough@bowmanandbrooke.com

Counsel for Defendants *3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 1st day of February 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ *Kelly R. Kimbrough*
Kelly R. Kimbrough (*Pro Hac Vice*)
TX Bar No. 00794984