EXHIBIT B

| Case Name | CV Number |
|---|---|
| Juan Fontanezmedina v. 3M Company et al. | 7:20-cv-79639 |
| Oakland McCulloch v. 3M Company et al. | 7:20-cv-76921 |
| Matthew Messinger v. 3M Company et al. | 7:20-cv-77294 |
| Raymond Milam v. 3M Company et al. | 7:20-cv-77355 |
| James Moats v. 3M Company et al. | 7:20-cv-77802 |
| Bradford Peacock v. 3M Company et al. | 7:20-cv-79194 |
| Jaason Skillings v. 3M Company et al. | 7:20-cv-79088 |
| David Reyes v. 3M Company et al. | 7:20-cv-78863 |
| Adrian Smith v. 3M Company et al. | 7:20-cv-79415 |
| Terry Riley v. 3M Company et al. | 7:20-cv-79167 |