UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  Document Relates to All Cases | Case No. 3:19-md-02885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Catherine Slavin, respectfully move for admission to practice pro hac vice for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in the Commonwealth of Pennsylvania and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the Supreme Court of Pennsylvania. A copy of a Certificate of Good Standing from the Supreme Court of Pennsylvania dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

Admission Tutorial, confirmation number FLND16436428635675, and completed the CM/ECF Online Tutorials.

4. Catherine Slavin has submitted to the Clerk the required $208.00 pro hac vice admission fee.

5. Catherine Slavin has upgraded her PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Catherine Slavin respectfully requests that this Court enter an Order granting Catherine Slavin of Gordon Rees Scully Mansukhani, LLP pro hac vice in this case.

Respectfully submitted on this 1st day of February, 2022.

/s/ Catherine Slavin
Catherine Slavin, PA Bar No. 48360
**GORDON REES SCULLY MANSUKHANI, LLP**
1717 Arch Street, Suite 610
Philadelphia, PA  19103
(215) 717-4006 Telephone
(215) 693-6650 Facsimile
cslavin@grsm.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 1st day of February, 2022.

/s/ Catherine Slavin
Catherine Slavin, PA Bar No. 48360