# EXHIBIT A



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Catherine B. Slavin, Esq.*

DATE OF ADMISSION

*December 16, 1986*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: January 10, 2022

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk