# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

Pending before the Court are the Motions for Admission *Pro Hac Vice* seeking leave to appear as counsel for parties in matters pending before this Court associated with the above-referenced litigation, filed by the attorneys listed on Exhibit A. The motions demonstrate that these attorneys are members of good standing of the bar associations of their respective states, as stated on the certificates of good standing dated within 30 days of filing the motions; have successfully completed the computer-based tutorials for the local rules of this Court and CM/ECF; and have also paid the required admission fee. Having fully reviewed the matters, the Court finds that the requirements of the Court's local rules have been satisfied. *See* N.D. Fla. Loc. R. 11.1. Therefore, the motions identified on Exhibit A are **GRANTED**.

**DONE AND ORDERED** on this 1st day of February 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

**Exhibit A**

| ECF No. | Counsel | Firm |
|---|---|---|
| 2630 | Laurence G. Tien | Bailey Cowan Heckaman PLLC |
| 2633 | Megan Roper | Bailey Cowan Heckaman PLLC |
| 2634 | John Hugo | Manning Gross + Massenburg, LLP |
| 2636 | Thomas Horan | Thompson, Coe, Cousins & Irons, LLP |
| 2637 | Duffy Randolph Reagan[1] | Bailey Cowan Heckaman PLLC |
| 2643 | Allen L. Rutz | Vorys Sater Seymour and Pease LLP |
| 2644 | Rajeev K. Adlakha | Vorys Sater Seymour and Pease LLP |
| 2645 | Henrique A. Geigel | Vorys Sater Seymour and Pease LLP |
| 2646 | Stevie F. Rushing | Bradley Arant Boult Cummings LLP |
| 2657 | Gregory Jones | Holland Law Firm |
| 2658 | Steven M. Augustine | Thompson, Coe, Cousins & Irons, LLP |
| 2659 | Jacqueline Bolden | Thompson, Coe, Cousins & Irons, LLP |
| 2660 | Katherine Unger Davis | Dechert LLP |

---

[1] Mr. Reagan's first Motion to Appear *Pro Hac Vice*, ECF No. 2632, is hereby terminated as moot.