UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>Angelica Rickert-Smith<br>Civil Action No. 7:20cv08018-MCR-GRJ | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Angela G. Strickland of the law firm BOWMAN AND BROOKE LLP has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

Respectfully submitted,

/s/ Angela G. Strickland
Angela G. Strickland (*Pro Hac Vice*)
S.C. Bar No. 73705
**BOWMAN AND BROOKE LLP**
1441 Main Street
Suite 1200
Columbia, S.C. 29201
Tel: (803) 726-7420
Fax: (803) 726-7421
angela.strickland@bowmanandbrooke.com

Counsel for Defendants *3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Dated:  February 1, 2022

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 1ˢᵗ day of February 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ Angela G. Strickland
Angela G. Strickland (*Pro Hac Vice*)
S.C. Bar No. 73705
