UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and Northern District of Florida Local Rule 11.1, Joan D. Toomey, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Missouri and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Missouri. A copy of Movant's Letter of Good Standing from the State of Missouri dated within 30 days of this Motion is attached hereto as **Exhibit A**.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16437316015688 and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

1

5. Movant has upgraded her PACER account to "NextGen".

6. Movant is the attorney of record in the related cases identified in **Exhibit B**.

WHEREFORE, Joan D. Toomey requests that this Court enter an Order granting this Motion to Appear *Pro Hac Vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: February 1, 2022.                    WAGSTAFF & CARTMELL LLP

By: */s/ Joan D. Toomey*
Joan D. Toomey
Missouri Bar # 39352
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
Telephone: 816-701-1100
Facsimile: 816-531-2372
jtoomey@wcllp.com

## EXHIBIT B

| Parties | Case No. |
|---|---|
| Soto, Angel L. v. 3M Company, *et al.* | 7:20-cv-36424-MCR-GRJ |