UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases. | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Andrew W. Cary, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof state as follows:

1. Movant resides in California and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the from the State of California dated within 30 days of this motion and is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16416019705479, and completed the CM/ECF Online Tutorial.

4. Andrew W. Cary has submitted to the Clerk the required $208.00 *pro*

*hac vice* admission fee.

5. Andrew W. Cary has upgraded his PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo LLC.

WHEREFORE, Andrew W. Cary respectfully requests that this Court enter an Order granting Andrew W. Cary of Gordon Rees Scully Mansukhani, LLP, *pro hac vice* in this case.

Respectfully submitted on this 25th day of January 2022.

/s/ Andrew W. Cary
Andrew W. Cary, CA Bar No. 206799

GORDON REES SCULLY
MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054
Email:  acary@grsm.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo, LLC*

- 3 -

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Dated this 25th day of January 2022.

*/s/ Andrew W. Cary*
Andrew W. Cary, CA Bar No. 206799

# EXHIBIT A



**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

January 10, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANDREW WILLIAM CARY, #206799 was admitted to the practice of law in this state by the Supreme Court of California on June 5, 2000 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records



**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

January 10, 2022

Andrew Cary
Gordon Rees Scully Mansukhani, LLP
275 Battery Street
Suite 2000
San Francisco, CA 94111

Re: State Bar Number 206799 – Andrew William Cary

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact 1-888-800-3400 or AttorneyRegulation@calbar.ca.gov.

Sincerely,

Alex Calderon
Attorney Regulation & Consumer Resources
The State Bar of California

Enclosure(s):

1     Standard

Delivery Method: Regular Mail
PH: 415-244-3738