UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Jessica Wieczorkiewicz respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Illinois and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Illinois. A copy of a Certificate of Good Standing from the State of Illinois dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number **FLND16339778735118** and completed the CM/ECF Online Tutorials.

4. Jessica Wieczorkiewicz has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Jessica Wieczorkiewicz has upgraded her PACER account to "NextGen."

6. Once this Motion is granted, Movant will file a Notice of Appearance in the master docket, In re 3M Combat Arms Earplug Products Liability Litigation, No. 3:19-md-2885.

WHEREFORE, Jessica Wieczorkiewicz respectfully requests that this Court enter an Order granting Jessica Wieczorkiewicz of Wallace Miller, *pro hac vice* in this case.

Respectfully submitted on this 2nd day of February, 2022.

*/s/ Jessica Wieczorkiewicz*

Jessica Wieczorkiewicz, Illinois Bar No. 6332883

Wallace Miller
111 W Jackson Blvd Ste 1700
Chicago, IL 60657
Telephone: 312.261.6193
Facsimile: 312.275.8174
Email: jw@wallacemiller.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 2nd day of February, 2022.

*/s/ Jessica Wieczorkiewicz*

Jessica Wieczorkiewicz, Illinois Bar No. 6332883