**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
|---|---|
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Thomas J. Lurie, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Michigan and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Michigan. A copy of a Certificate of Good Standing from the State of Michigan dated within 30 days of this Motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16436497335679 and completed the CM/ECF Online Tutorials.

4.      Thomas J. Lurie has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.      Thomas J. Lurie has upgraded his PACER account to "NextGen."

6.      Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Thomas J. Lurie respectfully request that this Court enter an Order granting Thomas J. Lurie of BOWMAN AND BROOKE LLP, *pro hac vice* in this case.

Respectfully submitted on this 1st day of February 2022.

/s/ Thomas J. Lurie
Thomas J. Lurie
MI Bar No. P82856
**BOWMAN AND BROOKE LLP**
41000 Woodward Avenue
Suite 200 East
Bloomfield Hills, Michigan 48304
Tel: (248) 205-3399
Fax: (248) 205-3300
thomas.lurie@bowmanandbrooke.com

Counsel for Defendants *3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

2

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 1st day of February 2022.

/s/ *Thomas J. Lurie*
Thomas J. Lurie
MI Bar No. P82856

# EXHIBIT A

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Thomas Nathan Lurie, Jr., P82856 of Bloomfield Hills, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on October 30, 2018 in Wayne County and became a member of the State Bar of Michigan on November 07, 2018.



Janet K. Welch, Executive Director
January 31, 2022

COPY OF ORIGINAL CERTIFICATE