# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br>Cihak, Dillon<br><br>PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY, ET AL.<br><br>DEFENDANTS. | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>Civil Action No.  7:20-cv-52440-MCR-GRJ |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lucia V. Pazos of the law firm Manning Gross + Massenburg LLP, is admitted to practice in this Court and hereby enters her appearance as counsel for Defendants, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

DATED:  February 1, 2022

Respectfully submitted,

*/s/ Lucia V. Pazos*
LUCIA V. PAZOS
Florida Bar No. 26764
**Manning Gross + Massenburg LLP**
701 Brickell Avenue, Suite 2000
Miami, Florida 33131
Phone: (305) 537-3410
Facsimile: (305) 537-3411
Email: lpazos@mgmlaw.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 1st day of February, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Lucia V. Pazos*
Lucia V. Pazos
