UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to All Cases | Case No. 3:19-md-02885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |
|---|---|

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Neil Kliebenstein, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in California and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of California. A copy of a Certificate of Good Standing from the State of California dated within 30 days of this Motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16437398145690 and completed the CM/ECF Online Tutorials.

4.  Neil Kliebenstein has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.  Neil Kliebenstein has upgraded his PACER account to "NextGen."

6.  Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Neil Kliebenstein respectfully request that this Court enter an Order granting Neil Kliebenstein of BOWMAN AND BROOKE LLP, *pro hac vice* in this case.

Respectfully submitted on this 1st day of February 2022.

        /s/ Neil Kliebenstein
        Neil Kliebenstein
        CA Bar No. 226060
        **BOWMAN AND BROOKE LLP**
        1741 Technology Drive
        Suite 200
        San Jose, CA 95110
        Tel: (408) 279-5393
        Fax: (408) 279-5845
        neil.kliebenstein@bowmanandbrooke.com

        Counsel for Defendants *3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 1st day of February 2022.

                                */s/ Neil Kliebenstein*
                                Neil Kliebenstein
                                CA Bar No. 226060

# Exhibit A

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

January 24, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, NEIL MATTHEW KLIEBENSTEIN, #226060 was admitted to the practice of law in this state by the Supreme Court of California on July 7, 2003 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records