# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and Northern District of Florida Local Rule 11.1, I, Alexandra W. Robertson, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Minnesota and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida. Movant is an active member in good standing with the State Bar of Minnesota. A copy of a Certificate of Good Standing from the State Bar of Minnesota, dated within 30 days of this motion, is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16432310245644, and completed the CM/ECF Online Tutorials.

4. Alexandra W. Robertson has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Alexandra W. Robertson has an upgraded "NextGen" PACER account.

6. Movant represents Plaintiff George Maness, Case No. 7:20-cv-43781.

WHEREFORE, Alexandra W. Robertson respectfully requests that this Court enter an Order granting Alexandra W. Robertson of Johnson Becker PLLC, *pro hac vice* in this case.

Respectfully submitted on this 2nd day of February, 2022.


Dated: February 2, 2022         */s/ Alexandra W. Robertson*
                                Alexandra W. Robertson, Esq. (MN Bar #256663)
                                Johnson Becker, PLLC
                                444 Cedar Street, Suite 1800
                                St. Paul, MN 55101
                                Telephone: 612-436-1800
                                Fax: 612-436-1801
                                Email: arobertson@johnsonbecker.com

                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 2nd day February 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Alexandra W. Robertson*

# Exhibit A

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

ALEXANDRA WHITNEY ROBERTSON

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 25, 2013

Given under my hand and seal of this court on

January 20, 2022

Emily J. Eschweiler, Director
Office of Lawyer Registration