UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>Joshua Weisman<br>Civil Action No. 7:20cv03569-MCR-GRJ | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Neil Kliebenstein of the law firm BOWMAN AND BROOKE LLP has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

Respectfully submitted,

*/s/ Neil Kliebenstein*
Neil Kliebenstein (*Pro Hac Vice*)
CA Bar No. 226060
**BOWMAN AND BROOKE LLP**
1741 Technology Drive
Suite 200
San Jose, CA 95110
Tel: (408) 279-5393
Fax: (408) 279-5845
neil.kliebenstein@bowmanandbrooke.com

Counsel for Defendants *3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Dated:  February 2, 2022

## CERTIFICATE OF SERVICE

I do hereby certify that on this 1st day of February 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Neil Kliebenstein*
Neil Kliebenstein (*Pro Hac Vice*)
C.A. Bar No. 226060
