UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Nathan A. Huey, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Montana and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Montana. A copy of a Certificate of Good Standing from the State of Montana dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number **FLND16425457975577** and completed the CM/ECF Online Tutorials.

4. Nathan A. Huey has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Nathan A. Huey has upgraded his PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Nathan A. Huey respectfully requests that this Court enter an Order granting Nathan A. Huey of Gordon Rees Scully Mansukhani, *pro hac vice* in this case.

Respectfully submitted on this 2nd day of February 2022.

**GORDON REES SCULLY MANSUKHANI**

*/s/ Nathan A. Huey*
GORDON REES SCULLY MANSUKHANI, LLP
Nathan A. Huey, (MT Bar #27181867)
nhuey@grsm.com
201 W. Main Street, Suite 101
Missoula, MT 59802
Telephone:  (406) 203-5808
Facsimile:  (303) 534-5161

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 2nd day of February, 2022.

*/s/ Nathan A. Huey*

(MT Bar # 27181867)

# EXHIBIT A

# Certificate of Membership

I, JILL DIVELEY, OF THE STATE BAR OF MONTANA, DO HEREBY CERTIFY

## Nathan Andrew Huey

was admitted to the State Bar of Montana on September 30, 2014 and that their name currently appears on the Roll of Attorneys in this office as a Active Attorney member in good standing*.

Dated this day of January 27, 2022

*This does not represent the records of the Office of Disciplinary Counsel, the agency in charge of discipline. To obtain verification or a statement of discipline please contact their office at P.O. Box 1099, Helena, MT 59624 or (406) 442-1648.