## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, February 3, 2022 7:41 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Thursday, February 3, 2022 1:39:13 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 2/3/2022 at 8:39 AM EST and filed on 2/3/2022
**Case Name:**     IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   MDL No. 2885
**Filer:**
**Document Number:** 1583

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ([1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Mathis v. 3M Company et al
**Case Number:**    MN/0:22-cv-00141
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in*
*MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in*
*MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in*
*MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in*
*MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in*
*MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in*
*MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in*
*MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in*
*MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in*
*MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in*
*MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Boyd v. 3M Company et al
**Case Number:**    MN/0:22-cv-00167
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in*
*MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in*
*MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in*
*MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in*
*MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in*
*MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in*
*MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in*
*MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in*
*MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in*
*MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in*
*MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Currie v. 3M Company et al
**Case Number:**   MN/0:22-cv-00131
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Bradley v. 3M Company et al
**Case Number:**   MN/0:22-cv-00168
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Chronic v. 3M Company et al
**Case Number:**   MN/0:22-cv-00173
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Johnson v. 3M Company et al
**Case Number:**     MN/0:22-cv-00136
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Bjerga v. 3M Company et al
**Case Number:**     MN/0:22-cv-00163
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in*

*MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Crow v. 3M Company et al
**Case Number:**      MN/0:22-cv-00130
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Hardy v. 3M Company et al
**Case Number:**      MN/0:22-cv-00134
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in*

*MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Hendrickson v. 3M Company et al
**Case Number:**      MN/0:22-cv-00137
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Doane v. 3M Company et al
**Case Number:**      MN/0:22-cv-00189
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in*

*MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Young v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00129 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Keyes v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00138 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Harlan et al v. 3M Company et al

**Case Number:**     MN/0:20-cv-01933

**Filer:**

**Document Number:** 20

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Faulknor v. 3M Company et al

**Case Number:**     MN/0:22-cv-00191

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Ammons v. 3M Company et al

**Case Number:**     MN/0:22-cv-00156

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in* *MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in* *MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in* *MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in* *MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in* *MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in* *MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in* *MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in* *MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in* *MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in* *MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Bernardo v. 3M Company et al

**Case Number:**      MN/0:22-cv-00160

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in* *MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in* *MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in* *MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in* *MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in* *MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in* *MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in* *MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in* *MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in* *MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in* *MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Bovey v. 3M Company et al

**Case Number:**      MN/0:22-cv-00165

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Polk v. 3M Company et al
**Case Number:**      MN/0:22-cv-00142
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Lucas v. 3M Company et al
**Case Number:**      MN/0:22-cv-00139
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in*

*MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Anderson v. 3M Company et al
**Case Number:**     MN/0:22-cv-00157
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Majewski v. 3M Company et al
**Case Number:**     MN/0:22-cv-00140
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in*

MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Cozart v. 3M Company et al
Case Number:      MN/0:22-cv-00186
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Dukes v. 3M Company et al
Case Number:      MN/0:22-cv-00132
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in*

*MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Martin v. 3M Company et al
**Case Number:**     MN/0:20-cv-01765
**Filer:**
**Document Number:** 23

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in*
*MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in*
*MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in*
*MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in*
*MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in*
*MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in*
*MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in*
*MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in*
*MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in*
*MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in*
*MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Zellars v. 3M Company et al
**Case Number:**     MN/0:22-cv-00150
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in*
*MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in*
*MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in*
*MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in*
*MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in*
*MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in*
*MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in*
*MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in*
*MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in*
*MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in*
*MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Boggs v. 3M Company et al
**Case Number:**    MN/0:22-cv-00164
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Ferguson v. 3M Company et al
**Case Number:**    MN/0:22-cv-00193
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Crossett v. 3M Company et al
**Case Number:**    MN/0:22-cv-00188

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Concepcion-Ortiz v. 3M Company et al

**Case Number:**        MN/0:22-cv-00184

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Sayfuddin v. 3M Company et al

**Case Number:**        MN/0:22-cv-00146

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Beza v. 3M Company et al
**Case Number:**    MN/0:22-cv-00161
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Eidsvoog v. 3M Company et al
**Case Number:**    MN/0:22-cv-00190
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in*

*MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Ferrel v. 3M Company et al
**Case Number:**     MN/0:22-cv-00133
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Todd v. 3M Company et al
**Case Number:**     MN/0:22-cv-00148
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in*

*MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Bain v. 3M Company et al
**Case Number:**    MN/0:22-cv-00158
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Bull v. 3M Company et al
**Case Number:**    MN/0:22-cv-00171
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in*

*MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Monahan v. 3M Company et al
**Case Number:**    MN/0:22-cv-00144
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in*
*MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in*
*MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in*
*MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in*
*MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in*
*MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in*
*MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in*
*MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in*
*MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in*
*MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in*
*MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Absher v. 3M Company et al
**Case Number:**    MN/0:22-cv-00151
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 39 action(s)** *re: pldg. ( [1566] in*
*MDL No. 2885, 21 in MN/0:20-cv-01765, 18 in MN/0:20-cv-01933, 1 in MN/0:22-cv-00129, 1 in*
*MN/0:22-cv-00130, 1 in MN/0:22-cv-00131, 1 in MN/0:22-cv-00132, 1 in MN/0:22-cv-00133, 1 in*
*MN/0:22-cv-00134, 1 in MN/0:22-cv-00136, 1 in MN/0:22-cv-00137, 1 in MN/0:22-cv-00138, 1 in*
*MN/0:22-cv-00139, 1 in MN/0:22-cv-00140, 1 in MN/0:22-cv-00141, 1 in MN/0:22-cv-00142, 1 in*
*MN/0:22-cv-00144, 1 in MN/0:22-cv-00146, 1 in MN/0:22-cv-00148, 1 in MN/0:22-cv-00150, 1 in*
*MN/0:22-cv-00151, 1 in MN/0:22-cv-00156, 1 in MN/0:22-cv-00157, 1 in MN/0:22-cv-00158, 1 in*
*MN/0:22-cv-00160, 1 in MN/0:22-cv-00161, 1 in MN/0:22-cv-00163, 1 in MN/0:22-cv-00164, 1 in*
*MN/0:22-cv-00165, 1 in MN/0:22-cv-00167, 1 in MN/0:22-cv-00168, 1 in MN/0:22-cv-00171, 1 in*
*MN/0:22-cv-00173, 1 in MN/0:22-cv-00184, 1 in MN/0:22-cv-00186, 1 in MN/0:22-cv-00188, 1 in*
*MN/0:22-cv-00189, 1 in MN/0:22-cv-00190, 1 in MN/0:22-cv-00191, 1 in MN/0:22-cv-00193)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/3/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

Erin J Rogiers     erogiers@wattsguerra.com, rcarmony@wattsguerra.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-00141 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00141 Notice will not be electronically mailed to:**

**MN/0:22-cv-00167 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00167 Notice will not be electronically mailed to:**

**MN/0:22-cv-00131 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00131 Notice will not be electronically mailed to:**

**MN/0:22-cv-00168 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00168 Notice will not be electronically mailed to:**

**MN/0:22-cv-00173 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00173 Notice will not be electronically mailed to:**

**MN/0:22-cv-00136 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00136 Notice will not be electronically mailed to:**

**MN/0:22-cv-00163 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00163 Notice will not be electronically mailed to:**

**MN/0:22-cv-00130 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00130 Notice will not be electronically mailed to:**

**MN/0:22-cv-00134 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00134 Notice will not be electronically mailed to:**

**MN/0:22-cv-00137 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00137 Notice will not be electronically mailed to:**

**MN/0:22-cv-00189 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00189 Notice will not be electronically mailed to:**

**MN/0:22-cv-00129 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00129 Notice will not be electronically mailed to:**

**MN/0:22-cv-00138 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00138 Notice will not be electronically mailed to:**

**MN/0:20-cv-01933 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Richard M. Paul, III     Rick@PaulLLP.com, Amy@PaulLLP.com, Ashlea@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Amanda M Williams     awilliams@gustafsongluek.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Ashlea G Schwarz     Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-01933 Notice will not be electronically mailed to:**

**MN/0:22-cv-00191 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00191 Notice will not be electronically mailed to:**

**MN/0:22-cv-00156 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00156 Notice will not be electronically mailed to:**

**MN/0:22-cv-00160 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00160 Notice will not be electronically mailed to:**

**MN/0:22-cv-00165 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00165 Notice will not be electronically mailed to:**

**MN/0:22-cv-00142 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00142 Notice will not be electronically mailed to:**

**MN/0:22-cv-00139 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00139 Notice will not be electronically mailed to:**

**MN/0:22-cv-00157 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00157 Notice will not be electronically mailed to:**

**MN/0:22-cv-00140 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00140 Notice will not be electronically mailed to:**

**MN/0:22-cv-00186 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00186 Notice will not be electronically mailed to:**

**MN/0:22-cv-00132 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00132 Notice will not be electronically mailed to:**

**MN/0:20-cv-01765 Notice has been electronically mailed to:**

Mikal C. Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Jerry W Blackwell    blackwell@blackwellburke.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Amanda M Williams    awilliams@gustafsongluek.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson    dgustafson@gustafsongluek.com

Alicia Danielle O'Neill    aoneill@wattsguerra.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Erin J Rogiers     erogiers@wattsguerra.com, rcarmony@wattsguerra.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-01765 Notice will not be electronically mailed to:**

**MN/0:22-cv-00150 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00150 Notice will not be electronically mailed to:**

**MN/0:22-cv-00164 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00164 Notice will not be electronically mailed to:**

**MN/0:22-cv-00193 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00193 Notice will not be electronically mailed to:**

**MN/0:22-cv-00188 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00188 Notice will not be electronically mailed to:**

**MN/0:22-cv-00184 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00184 Notice will not be electronically mailed to:**

**MN/0:22-cv-00146 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00146 Notice will not be electronically mailed to:**

**MN/0:22-cv-00161 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00161 Notice will not be electronically mailed to:**

**MN/0:22-cv-00190 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00190 Notice will not be electronically mailed to:**

**MN/0:22-cv-00133 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00133 Notice will not be electronically mailed to:**

**MN/0:22-cv-00148 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00148 Notice will not be electronically mailed to:**

**MN/0:22-cv-00158 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00158 Notice will not be electronically mailed to:**

**MN/0:22-cv-00171 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00171 Notice will not be electronically mailed to:**

**MN/0:22-cv-00144 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00144 Notice will not be electronically mailed to:**

**MN/0:22-cv-00151 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00151 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=2/3/2022] [FileNumber=1100977-0]
[42cccf856e5105f753169370e98cf37e597d247b5116a6c3ac1aead974da3d55167e1
b7513caa88e4b69a6ac90bae33cefb70c617d4d80c2b0f61e8d1a41c471]]