UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Daniel Ceisler, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Pennsylvania, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the Commonwealth of Pennsylvania. Copy of a Certificate of Good Standing from the Commonwealth of Pennsylvania dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16433993535667, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has an upgraded "NextGen" PACER account.

WHEREFORE, Daniel Ceisler respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of

Electronic Case Filings to the undersigned.

Dated:  February 3, 2022                      **SALTZ MONGELUZZI BARRETT & BENDESKY, P.C.**

                                                         */s/ Daniel Ceisler*
Daniel Ceisler (PA Bar #326798)
1650 Market Street, Floor 52
Philadelphia, PA 19103
Tel: 215-575-2965
Fax: 215-496-0999
Email:  dceisler@smbb.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on February 3, 2022 and served electronically on all counsel of record.

*/s/ Daniel Ceisler*
Daniel Ceisler