# EXHIBIT A



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Daniel Leo Ceisler, Esq.*

DATE OF ADMISSION

*April 22, 2019*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 5, 2022

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk