# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| *Jonathan Moore v. 3M Company, et al.,* Case No. 8:20-cv-34730-MCR-GRJ, *Wesley Norton v. 3M Company, et al.,* Case No. 8:20-cv-32809-MCR-GRJ *Ryan  Struck v. 3M Company, et al., Case No. 8:20-cv-35155-MCR-GRJ Kristopher Gromacki v. 3M Company, et al., Case No.* 8:20-cv-21119-MCR-GRJ *Ronald Livingston v.  3M Company, et al., Case No.* 8:20-cv-32524-MCR-GRJ | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paul Pennock of Morgan and Morgan has been admitted to practice *pro hac vice* in this court and hereby enters his appearance as counsel for Plaintiff in the following actions:

- *Jonathan Moore v. 3M Company, et al., Case No. 8:20-cv-34730-MCR-GRJ,*

- *Wesley Norton v. 3M Company, et al., Case No. 8:20-cv-32809-MCR-GRJ*

- *Ryan  Struck v. 3M Company, et al., Case No. 8:20-cv-35155-MCR-GRJ*

- *Kristopher Gromacki v. 3M Company, et al., Case No. 8:20-cv-21119-MCR-GRJ*

- *Ronald Livingston v.  3M Company, et al., Case No. 8:20-cv-32524-MCR-GRJ.*

    Counsel requests all further papers and pleadings in these actions and the Master Docket of MDL 2885 be served upon him.

Dated: <u>February 3, 2022</u>         Respectfully submitted,

<u>/s/ *Paul Pennock*</u>
Paul Pennock
Morgan & Morgan – Complex Litigation Group
850 3rd Ave, Suite 402
Brooklyn, NY 11232
Phone: (212) 738-6839
Ppennock@forthepeople.com
**Attorneys for Plaintiff**

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this 3rd day of February 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Paul Pennock*
Paul Pennock