UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Jonathan Moore v. 3M Company, et al.,* Case No. 8:20-cv-34730-MCR-GRJ,<br>*Wesley Norton v. 3M Company, et al.,* Case No. 8:20-cv-32809-MCR-GRJ<br>*Ryan Struck v. 3M Company, et al.,* Case No. 8:20-cv-35155-MCR-GRJ<br>*Kristopher Gromacki v. 3M Company, et al.,* Case No. 8:20-cv-21119-MCR-GRJ<br>*Ronald Livingston v. 3M Company, et al.,* Case No. 8:20-cv-32524-MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jonathan Sedgh of Morgan and Morgan has been admitted to practice *pro hac vice* in this court and hereby enters his appearance as counsel for Plaintiff in the following actions:

- *Jonathan Moore v. 3M Company, et al.,* Case No. 8:20-cv-34730-MCR-GRJ,

- *Wesley Norton v. 3M Company, et al.,* Case No. 8:20-cv-32809-MCR-GRJ

- *Ryan Struck v. 3M Company, et al.,* Case No. 8:20-cv-35155-MCR-GRJ

- *Kristopher Gromacki v. 3M Company, et al.,* Case No. 8:20-cv-21119-MCR-GRJ

- *Ronald Livingston v. 3M Company, et al.,* Case No. 8:20-cv-32524-MCR-GRJ.
  Counsel requests all further papers and pleadings in these actions and the Master Docket of MDL 2885 be served upon him.

Dated: February 3, 2022                           Respectfully submitted,

/s/ *Jonathan Sedgh*
Jonathan Sedgh
Morgan & Morgan – Complex Litigation Group
850 3rd Ave, Suite 402
Brooklyn, NY 11232
Phone: (212) 738-6839
jsedgh@forthepeople.com

**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 3rd day of February 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Jonathan Sedgh*
Jonathan Sedgh