UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document Relates to All Cases | Case No. 3:19md2885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**FIRST AMENDED MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rule 11.1, I, Blair Matyszczyk, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Missouri and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member of good standing of the bar of the State of Missouri. A copy of a Certificate of Good Standing from the State of Missouri dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial Exam, confirmation number FLND16436618775681, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee, receipt No. AFLNDC-6661579.

5. Movant has upgraded her PACER account to "NextGen".

6. Movant respectfully requests that Notice of Electronic Filing to the following email

   address: bmatyszczyk@kirkendalldwyer.com

7. I am the attorney of record in the following cases:

   *Simonelli, Brett v. 3m Company, et al, 7:20-cv-66393-MCR-GRJ*

WHEREFORE, Blair Matyszczyk, respectfully request that this Court enter an Order granting this motion to appear *pro hac vice* and directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: February 3, 2022                      Respectfully Submitted,

                                             */s/ Blair Matyzczyk*
                                             Blair Matyzczyk
                                             Missouri Bar No. 66067
                                             bmatyzczyk@*kirkendalldwyer.com*
                                             4343 Sigma Boulevard, Suite 200
                                             Dallas, TX  75244
                                             Telephone:  (214) 271-4027
                                             Facsimile:  (214) 253-0629

                                             *Attorney for Plaintiff*