# EXHIBIT A

## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA    )
)  ss.
WESTERN DISTRICT OF MISSOURI    )

    I, Paige Wymore-Wynn, Clerk of the United States District Court for the Western District of Missouri,

    DO HEREBY CERTIFY that Blair Bertram Matyszczyk was duly admitted to practice in said Court on November 1, 2013.

    Blair Bertram Matyszczyk is currently an active member and has not been disciplined by this Court.

Dated at Jefferson City, Missouri
on February 3, 2022

*Paige Wymore-Wynn*
Paige Wymore-Wynn, Acting Clerk

By   *M. Warren*
Melissa Warren, Deputy Clerk