# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to all Cases: | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on _____ February 1, 2022 _____

Motion/Pleadings: MOTION TO APPEAR *PRO HAC VICE*.
Filed by _ Jessica Wieczorkiewicz _____ on _ February 1, 2022 _ Doc. #'s 2674

_____ Stipulated        _____ Joint Pleading
_____ Unopposed         _____ Consented

> JESSICA J. LYUBLANOVITS
> CLERK OF COURT
> */s/ Patricia G. Romero* _____
> Deputy Clerk:     Patricia G. Romero

On consideration, the motion is DENIED without prejudice for failure to identify any individual case **pending within the MDL** in which counsel appears as attorney of record.  *See* ECF No. 86, ¶ II.

**DONE** and **ORDERED** this 3rd day of February 2022.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**