UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to all Cases: | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on ___February 1, 2022___

Motion/Pleadings: MOTION TO APPEAR *PRO HAC VICE*.
Filed by  Joan D. Toomey   on  February 1, 2022   Doc. #'s 2671

\_\_\_\_ Stipulated       \_\_\_\_ Joint Pleading
\_\_\_\_ Unopposed      \_\_\_\_ Consented

JESSICA J. LYUBLANOVITS<br>
CLERK OF COURT<br>
<i>/s/ Patricia G. Romero</i><br>
Deputy Clerk:     Patricia G. Romero

---

On consideration, the motion is DENIED without prejudice, for failure to provide the required Certificate of Good Standing.

**DONE** and **ORDERED** this 3rd day of February 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**