UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER

Pending before the Court are the Motions for Admission *Pro Hac Vice* seeking leave to appear as counsel for parties in matters pending before this Court associated with the above-referenced litigation, filed by the attorneys listed on Exhibit A. The motions demonstrate that these attorneys are members of good standing of the bar associations of their respective states, as stated on the certificates of good standing dated within 30 days of filing the motions; have successfully completed the computer-based tutorials for the local rules of this Court and CM/ECF; and have also paid the required admission fee. Having fully reviewed the matters, the Court finds that the requirements of the Court's local rules have been satisfied. *See* N.D. Fla. Loc. R. 11.1. Therefore, the motions identified on Exhibit A are **GRANTED**.

**DONE AND ORDERED** on this 3rd day of February 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

## Exhibit A

| ECF No. | Counsel | Firm |
|---------|---------|------|
| 2661 | Kelly R. Kimbrough | Bowman and Brooke LLP |
| 2664 | Alicia Ellsayed | Douglas & London, P.C. |
| 2665 | Catherine Slavin | Gordon Rees Scully Mansukhani, LLP |
| 2667 | Julie B. Haddon | Gordon Rees Scully Mansukhani, LLP |
| 2669 | Angela G. Strickland | Bowman and Brooke LLP |
| 2673 | Andrew W. Cary | Gordon Rees Scully Mansukhani, LLP |
| 2675 | Thomas J. Lurie | Bowman and Brooke LLP |
| 2677 | Neil Kliebenstein | Bowman and Brooke LLP |
| 2678 | J. Dominic Campodonico | Gordon Rees Scully Mansukhani, LLP |
| 2680 | Alexandra W. Robertson | Johnson Becker PLLC |
| 2682 | Nathan A. Huey | Gordon Rees Scully Mansukhani, LLP |
| 2683 | Shelley Coleman | Butler Snow LLP |
| 2685 | Shamon Moss | Holland Law Firm |