## Donna Bajzik

**From:** FLNDdb_efile MDL
**Sent:** Friday, February 4, 2022 7:24 AM
**To:** Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt
**Subject:** FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Friday, February 4, 2022 1:22:45 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

### Notice of Electronic Filing

The following transaction was entered on 2/4/2022 at 8:22 AM EST and filed on 2/4/2022

**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:** MDL No. 2885
**Filer:**
**Document Number:** 1586

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-139) - 5 action(s) *re: pldg. ([1570] in MDL No. 2885, 1 in MN/0:22-cv-00195, 1 in MN/0:22-cv-00196, 1 in MN/0:22-cv-00197, 1 in MN/0:22-cv-00198, 1 in MN/0:22-cv-00201)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/4/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00195, MN/0:22-cv-00196, MN/0:22-cv-00197, MN/0:22-cv-00198, MN/0:22-cv-00201 (JC)**

**Case Name:** Frantz v. 3M Company et al
**Case Number:** MN/0:22-cv-00198

**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-139) - 5 action(s) *re: pldg. ( [1570] in MDL No. 2885, 1 in MN/0:22-cv-00195, 1 in MN/0:22-cv-00196, 1 in MN/0:22-cv-00197, 1 in MN/0:22-cv-00198, 1 in MN/0:22-cv-00201)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/4/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00195, MN/0:22-cv-00196, MN/0:22-cv-00197, MN/0:22-cv-00198, MN/0:22-cv-00201 (JC)**

**Case Name:** Figueroa v. 3M Company et al
**Case Number:** MN/0:22-cv-00196
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-139) - 5 action(s) *re: pldg. ( [1570] in MDL No. 2885, 1 in MN/0:22-cv-00195, 1 in MN/0:22-cv-00196, 1 in MN/0:22-cv-00197, 1 in MN/0:22-cv-00198, 1 in MN/0:22-cv-00201)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/4/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00195, MN/0:22-cv-00196, MN/0:22-cv-00197, MN/0:22-cv-00198, MN/0:22-cv-00201 (JC)**

**Case Name:** Fields v. 3M Company et al
**Case Number:** MN/0:22-cv-00195
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-139) - 5 action(s) *re: pldg. ( [1570] in MDL No. 2885, 1 in MN/0:22-cv-00195, 1 in MN/0:22-cv-00196, 1 in MN/0:22-cv-00197, 1 in MN/0:22-cv-00198, 1 in MN/0:22-cv-00201)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/4/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00195, MN/0:22-cv-00196, MN/0:22-cv-00197, MN/0:22-cv-00198, MN/0:22-cv-00201 (JC)**

**Case Name:** Flemming v. 3M Company et al
**Case Number:** MN/0:22-cv-00197
**Filer:**

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-139) - 5 action(s)** ***re: pldg. ( [1570] in MDL No. 2885, 1 in MN/0:22-cv-00195, 1 in MN/0:22-cv-00196, 1 in MN/0:22-cv-00197, 1 in MN/0:22-cv-00198, 1 in MN/0:22-cv-00201)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/4/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00195, MN/0:22-cv-00196, MN/0:22-cv-00197, MN/0:22-cv-00198, MN/0:22-cv-00201 (JC)**

**Case Name:** Gomez v. 3M Company et al
**Case Number:** MN/0:22-cv-00201
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-139) - 5 action(s)** ***re: pldg. ( [1570] in MDL No. 2885, 1 in MN/0:22-cv-00195, 1 in MN/0:22-cv-00196, 1 in MN/0:22-cv-00197, 1 in MN/0:22-cv-00198, 1 in MN/0:22-cv-00201)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/4/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00195, MN/0:22-cv-00196, MN/0:22-cv-00197, MN/0:22-cv-00198, MN/0:22-cv-00201 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr bbarr@levinlaw.com

MICHAEL ANDREW BURNS epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-00198 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Daniel J. Thornburgh dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00198 Notice will not be electronically mailed to:**

**MN/0:22-cv-00196 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Daniel J. Thornburgh dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00196 Notice will not be electronically mailed to:**

**MN/0:22-cv-00195 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Daniel J. Thornburgh dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00195 Notice will not be electronically mailed to:**

**MN/0:22-cv-00197 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Daniel J. Thornburgh dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00197 Notice will not be electronically mailed to:**

**MN/0:22-cv-00201 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Daniel J. Thornburgh dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00201 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=2/4/2022] [FileNumber=1101229-0]
[0940bd4e34f3f7d90ada12e22d9a28e49bf6c08a0373c3a6114f9bb3a7eec1fb24d9e
1870a37beb2e79c344b2cb6e0ac9c659b98ed94a1160dd197933b659f64]]