UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EAR PLUGS PRODUCT LIABILTY LITIGATION | ) ) ) | CASE NO. 3:19-md-2885 |
| THIS DOCUMENT RELATES TO THE MASTER DOCKET | ) | Judge M. Casey Rogers  Magistrate Gary R. Jones |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Pretrial Order No. 3, attorney Shamon S. Moss of Holland Law Firm, hereby enters her appearance in the Master Docket. Shamon S. Moss representsPlaintiffs in individual member cases of MDL No. 2885 and has been admitted to practice *pro hacvice* before this Honorable Court in accordance with the administrative requirements outlined in Pretrial Order No. 3.

Respectfully Submitted,

*/s/Shamon S. Moss*
Shamon S. Moss - MO Bar #69243
HOLLAND LAW FIRM
211 North Broadway
Suite 2625
St. Louis, MO 63102
(314)241-8111 – Office
(314)241-5554 - Facsimile
smoss@hollandtriallawyers.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed this 4th day of February, using the Court's electronic filing system for service by the Court.

/s/Shamon S. Moss
Shamon S. Moss - MO Bar #69243
HOLLAND LAW FIRM
211 North Broadway
Suite 2625
St. Louis, MO 63102
(314)241-8111 – Office
(314)241-5554 - Facsimile
smoss@hollandtriallawyers.com

*Attorney for Plaintiffs*