# EXHIBIT A



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Daniel Leo Ceisler, Esq.*

**DATE OF ADMISSION**

*April 22, 2019*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: January 5, 2022

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk