## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| Document Relates to: | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| This Document Related to All Cases | Civil Action No. 7:20-cv-71323-MCR-GRJ |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Nathan Huey of the law firm Gordon Rees Scully Mansukhani has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

DATED:      February 4, 2022

1

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI


*/s/ Nathan A. Huey*
Nathan Huey
Montana Bar #27181867

201 W. MAIN ST., SUITE 101
MISSOULA, MT 59802
406-203-5808

*Counsel for Defendants 3M Company, 3M*
*Occupational Safety LLC, Aearo Technologies*
*LLC, Aearo Holding, LLC, Aearo*
*Intermediate, LLC and Aearo, LLC*


## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 4rd day of February, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.


*/s/ Nathan A. Huey*
Nathan Huey

1259159/64588029v.1