## <u>EXHIBIT B</u>

| Parties | Case No. |
|---|---|
| Musselman, Barry James v. 3M Company, *et al.* | 7:20-cv-22842-MCR-GRJ |
| Wathey Colon, Harold A. v. 3M Company, *et al.* | 7:20-cv-28637-MCR-GRJ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |