UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to:<br><br>CHRISTOPHER BERNS,<br><br>PLAINTIFF,<br><br>v.<br><br>3M COMPANY, ET AL.,<br><br>DEFENDANTS. | Civil Action No. 7:20-cv-10965-MCR-GRJ |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that J. Dominic Campodonico of the law firm of Gordon Rees Scully Mansukhani, LLP, has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

- 1 -

- 2 -

DATED:  February 4, 2022

        Respectfully submitted,

        */s/ J. Dominic Campodonico*
        J. Dominic Campodonico
        CA Bar No. 188035
        **GORDON REES SCULLY MANSUKHANI, LLP**
        275 Battery Street, Suite 2000
        San Francisco, CA 94111
        Telephone:  (415) 986-5900
        Facsimile:  (415) 986-8054
        Email:  dcampodonico@grsm.com

        *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo, LLC*

- 3 -

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 4th day of February 2022, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ J. Dominic Campodonico*
J. Dominic Campodonico
