UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to:<br><br>REETI BHALLA,<br><br>PLAINTIFF,<br><br>v.<br><br>3M COMPANY, ET AL.,<br><br>DEFENDANTS. | Civil Action No. 7:20-cv-10833-MCR-GRJ |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrew W. Cary of the law firm of Gordon Rees Scully Mansukhani, LLP, has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

- 1 -

DATED:  February 4, 2022

    Respectfully submitted,

    */s/ Andrew W. Cary*
    Andrew W. Cary
    CA Bar No. 206799
    **GORDON REES SCULLY MANSUKHANI, LLP**
    275 Battery Street, Suite 2000
    San Francisco, CA 94111
    Telephone:  (415) 986-5900
    Facsimile:  (415) 986-8054
    Email:  acary@grsm.com

    *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo, LLC*

- 3 -

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 4th day of February 2022, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court and served using the CM/ECF system.

                                          */s/ Andrew W. Cary*
                                          Andrew W. Cary