UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: *Vilsmeyer, 7:20-cv-00113* *Wilkerson, 7:20-cv-00035* *Kelley, 7:20-cv-00153* *Vaughn, 7:20-cv-00134* *Beal, 7:20-cv-00006* | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones **Confidential – Filed Under Seal Public Version** |

### DECLARATION OF BRYAN F. AYLSTOCK IN SUPPORT OF PLAINTIFFS' OMNIBUS MOTION AND MEMORANDUM OF LAW TO EXCLUDE DEFENDANTS' EXPERT OPINIONS AND TESTIMONY

1. My name is Bryan F. Aylstock, and I am a partner at Aylstock, Witkin, Kreis & Overholtz, PLLC. I am a member of the Plaintiffs' Steering Committee and Lead Counsel for the Plaintiffs in this MDL.

2. Attached hereto as PX1 is a true and correct copy of R. Brock's expert witness disclosure letter to B. Aylstock for Group D, dated December 30, 2021.

3. Attached hereto as PX2 is a true and correct copy of the Rule 26 Disclosure of Eric Fallon, dated December 30, 2021.

4. Attached hereto as PX3 is a true and correct copy of the Rule 26 Disclosure of Elliott Berger, dated December 30, 2021.

5. Attached hereto as PX4 is a true and correct copy of the Rule 26 General Expert Report of John Casali, PhD, CPE, dated December 30, 2021.

6. Attached hereto as PX5 is a true and correct copy of the Rule 26 General Expert Report of James V. Crawford, MD, dated December 30, 2021.

7. Attached hereto as PX6 is a true and correct copy of the Rule 26 General Expert Report of Gregory A. Flamme, Ph.D. and Mark Stephenson, Ph.D., dated December 30, 2021.

8. Attached hereto as PX7 is a true and correct copy of the Rule 26 General Expert Report of Harri K. Kytomaa, Ph.D., P.E., CFEI, CFI, dated December 30, 2021.

9. Attached hereto as PX8 is a true and correct copy of the Rule 26 General Expert Report of Jennifer LaBorde, Au.D., CCC-A, dated December 30, 2021.

10. Attached hereto as PX9 is a true and correct copy of the Rule 26 General Expert Report of Col. (Ret.) Vickie Tuten, Au.D., dated December 30, 2021.

11. Attached hereto as PX10 is a true and correct copy of R. Corbridge, *The ENT History and Examination*, ESSENTIAL ENT, SECOND EDITION (2011).

12. Attached hereto as PX11 is a true and correct copy of excerpts from the deposition transcript of Walter W. Chatham, MD, dated January 28, 2022.

13. Attached hereto as PX12 is a true and correct copy of the Amended Rule 26 Case-Specific Expert Report of Walter W. Chatham, MD, dated January 26, 2022, concerning Plaintiff Denise Kelley.

14. Attached hereto as PX13 is a true and correct copy of a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

15. Attached hereto as PX14 is a true and correct copy of a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

16. Attached hereto as PX15 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

17. Attached hereto as PX16 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

18. Attached hereto as PX17 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

19. Attached hereto as PX18 is a true and correct copy of the Amended Rule 26 Case-Specific Expert Report of James V. Crawford, M.D., dated January 25, 2022, concerning Plaintiff Denise Kelley.

20. Attached hereto as PX19 is a true and correct copy of the Rule 26 Case-Specific Expert Report of James V. Crawford, M.D., dated December 30, 2021, concerning Plaintiff Steven Wilkerson.

21. Attached hereto as PX20 is a true and correct copy of excerpts from the deposition transcript of James V. Crawford, M.D., dated January 26, 2022, concerning Plaintiff Denise Kelley.

22. Attached hereto as PX21 is a true and correct copy of the Rule 26 Case-Specific Expert Report of Douglas G. Jacobs, MD, dated December 30, 2021, concerning Plaintiff Steven Wilkerson.

23. Attached hereto as PX22 is a true and correct copy of excerpts from the deposition transcript of Douglas G. Jacobs, MD, dated January 21, 2022.

24. Attached hereto as PX23 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Steven Wilkerson, dated October 1, 2021.

25. Attached hereto as PX24 is a true and correct copy of the Rule 26 Case-Specific Expert Report of Douglas G. Jacobs, MD, dated December 30, 2021, concerning Plaintiff Jonathon Vaughn.

26. Attached hereto as PX25 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Jonathon Vaughn, dated October 8, 2021.

27. Attached hereto as PX26 is a true and correct copy of Rule 26 Case-Specific Expert Report of Dennis Pappas, Jr., MD, dated December 30, 2021, concerning Plaintiff Jonathon Vaughn.

28. Attached hereto as PX27 is a true and correct copy of excerpts from the deposition transcript of Dennis Pappas, Jr., MD, dated January 25, 2022.

29. Attached hereto as PX28 is a true and correct copy of excerpts from the deposition transcript of Mark Stephenson, Ph.D., dated January 12, 2022.

30. Attached hereto as PX29 is a true and correct copy of the Amended Rule 26 Case-Specific Expert Report of Gregory A. Flamme, Ph.D. and Mark Stephenson, Ph.D., dated January 10, 2022, concerning Plaintiff Steven Wilkerson.

31. Attached hereto as PX30 is a true and correct copy of the Rule 26 Case-Specific Expert Report of Gregory A. Flamme, Ph.D. and Mark Stephenson, Ph.D., dated December 30, 2021, concerning Plaintiff Luke Vilsmeyer.

32. Attached hereto as PX31 is a true and correct copy of ███████████ ████████████████████████████████████████████████████████ ██████████████████████████████████████████.

33. Attached hereto as PX32 is a true and correct copy of ███████████ ███████████████████████████████████████ ███████████████ .

34. Attached hereto as PX33 is a true and correct copy of excerpts from the deposition transcript of Gregory A. Flamme, Ph.D., dated January 11, 2022.

35. Attached hereto as PX34 is a true and correct copy of ███████████ ███████████████████████████████████████ ██████████████████████████████████ .

36. Attached hereto as PX35 is a true and correct copy of Amended Rule 26 Case-Specific Expert Report of Stan Phillips, MD, dated January 25, 2022, concerning Plaintiff Luke Vilsmeyer.

37. Attached hereto as PX36 is a true and correct copy of excerpts from the deposition transcript of Stan Phillips, MD, dated January 26, 2022.

38. Attached hereto as PX37 is a true and correct copy of excerpts from the deposition transcript of Jennifer LaBorde, Au.D., CCC-A, dated September 9, 2021.

39. Attached hereto as PX38 is a true and correct copy of excerpts from the deposition transcript of Derek Jones, MD, dated September 10, 2021.

40. Attached hereto as PX39 is a true and correct copy of excerpts from the deposition transcript of Jennifer LaBorde, Au.D., CCC-A, dated January 28, 2022.

41. Attached hereto as PX40 is a true and correct copy of excerpts from the deposition transcript of Derek Jones, MD, dated January 28, 2022.

42. Attached hereto as PX41 is a true and correct copy of ███████████ ████████████████████████████████████████████████████ ████████████████████████.

43. Attached hereto as PX42 is a true and correct copy of the Corrected Rule 26 Case-Specific Expert Report of Derek Jones, MD and Jennifer LaBorde, Au.D., CCC-A, dated January 24, 2022, concerning Plaintiff Steven Wilkerson.

44. Attached hereto as PX43 is a ████████████████████████ ████████████████████████████████████████.

45. Attached hereto as PX44 is a true and correct copy of excerpts from the deposition transcript of Luke Vilsmeyer, dated October 5, 2021.

46. I swear under penalty of perjury that the foregoing is true and correct.

Dated: February 4, 2022           /s/ Bryan F. Aylstock
                                  Bryan F. Aylstock, Lead Counsel
                                  Florida State Bar No. 078263
                                  AYLSTOCK, WITKIN, KREIS &
                                  OVERHOLTZ, PLLC
                                  17 East Main Street, Suite 200
                                  Pensacola, FL 32502
                                  Tel.: (850) 202-1010
                                  baylstock@awkolaw.com