# PX-1 through PX-44

# FILED UNDER SEAL