UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG LITIGATION LIABILITY LITIGATION<br><br>This Document Relates to:<br>  *James Beal*<br>  Case No. 7:20-cv-00006<br><br>  *Denise Kelley*<br>  Case No. 7:20-cv-00153<br><br>  *Jonathon Vaughn*<br>  Case No. 7:20-cv-00134<br><br>  *Luke Vilsmeyer*<br>  Case No. 7:20-cv-00113<br><br>  *Steven Wilkerson*<br>  Case No. 7:20-cv-00035 | Case No. 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

### **DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Rules of Civil Procedure 5.2, Local Rule 5.5, and in accordance with Case Management Order No. 29 (MDL Dkt. 2236), Defendants move the Court for leave to file under seal portions of Defendants' Brief Regarding Defendants' Motion to Exclude Plaintiffs' Group D Putative Expert Opinions Under *Daubert* and Rule 702 and the related exhibits.

Defendants make this motion in order to seal material specific to individual plaintiffs, including information relating to those plaintiffs' employment, hearing and other medical conditions and test results, accidents, and injuries.  A redacted

version of Defendant's Brief is being filed on the public docket contemporaneously with this Motion.

The brief and exhibits for which Defendants seek leave to file under seal will be sent electronically by email to Judge Rodgers (via email at flnd_rodgers@flnd.uscourts.gov), Judge Jones (via email at flnd_jones@flnd.uscourts.gov), and a copy will also be sent electronically by email to all counsel of record.

Dated:  February 4, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Robert C. Brock*
　　　　　　　　　　　　　　　　　　　　Robert C. "Mike" Brock
　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　1301 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 389-5991
　　　　　　　　　　　　　　　　　　　　mike.brock@kirkland.com

　　　　　　　　　　　　　　　　　　　　Mark J. Nomellini
　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　300 North LaSalle
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60654
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 862-3254
　　　　　　　　　　　　　　　　　　　　mnomellini@kirkland.com

　　　　　　　　　　　　　　　　　　　　Kimberly Branscome
　　　　　　　　　　　　　　　　　　　　DECHERT LLP
　　　　　　　　　　　　　　　　　　　　633 W. 5th St., Suite 4900
　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　　　　Telephone: (213) 808-5762
　　　　　　　　　　　　　　　　　　　　kimberly.branscome@dechert.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2022, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

Dated:  February 4, 2022                    Respectfully submitted,

/s/ Robert C. Brock

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo LLC*