IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(HOUSTON DIVISION)

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rules 11.1, Fred H. Shepherd III ("Movant") respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida but Movant is a member in good standing of the: (1) Bar of the State of Texas (Texas Bar. No. 24033056); and (2) Bar of the State of Wyoming (Wyoming Bar No. 7-5762). Certificates of Good Standing from both Bars (dated within 30 days of this Motion) are attached hereto as Exhibit A.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has reviewed the local rules for this district, successfully completed the online Attorney Admission Tutorial (Confirmation Number: FLND16226634544510) and has reviewed the PACER CM/ECF tutorials.

4. Movant has submitted to the Clerk the required $208 *pro hac vice* admission fee.

5. Movant's PACER account is an individual account and is upgraded to NextGen.

6. Movant represents the Plaintiff in the following action that was directly filed into the MDL on August 9, 2021:

>   *AARON VELEZ v. 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC*; Case No. 3:21-cv-00949.

-2-

WHEREFORE, Fred H. Shepherd III respectfully requests that this Court enter an Order granting this Motion to Appear P*ro Hac Vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted,

VICKERY & SHEPHERD, LLP

*/s/ Fred H. Shepherd*
Fred H. Shepherd
Texas Bar No. 24033056
10000 Memorial Drive, Suite 750
Houston, TX 77024-3485
Telephone: 713-526-1100
Facsimile: 713-523-5939
Email: fred@justiceseekers.com
*Counsel for Plaintiff*

Billy J. Briscoe
Texas Bar No. 24028926
THE BRISCOE GROUP, PLLC
10000 Memorial Drive, Suite 750
Houston, TX 77024-3485
Telephone: 713-752-2600
Facsimile: 832-201-9950
Email: bbriscoe@thebriscoelawfirm.com
*Counsel for Plaintiff*

Certificate of Service

I hereby certify that on February 5, 2022, Movant's Motion to Appear *Pro Hac Vice* was electronically filed with the Clerk of Court using the ECF system, which will send an email notification of such filing to all registered counsel of record.

*/s/ Fred H. Shepherd*
Fred H. Shepherd
