**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, February 7, 2022 7:20 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Monday, February 7, 2022 1:19:19 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 2/7/2022 at 8:19 AM EST and filed on 2/7/2022

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | [MDL No. 2885](#) |
| **Filer:** | |
| **Document Number:** | [1587](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-140) - 11 action(s)** *re: pldg. ([1575] in MDL No. 2885, 1 in MN/0:22-cv-00213, 1 in MN/0:22-cv-00214, 1 in MN/0:22-cv-00216, 1 in MN/0:22-cv-00217, 1 in MN/0:22-cv-00218, 1 in MN/0:22-cv-00219, 1 in MN/0:22-cv-00220, 1 in MN/0:22-cv-00222, 1 in MN/0:22-cv-00223, 1 in MN/0:22-cv-00227, 1 in MN/0:22-cv-00231)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00213, MN/0:22-cv-00214, MN/0:22-cv-00216, MN/0:22-cv-00217, MN/0:22-cv-00218, MN/0:22-cv-00219, MN/0:22-cv-00220, MN/0:22-cv-00222, MN/0:22-cv-00223, MN/0:22-cv-00227, MN/0:22-cv-00231 (JC)**

| | |
|---|---|
| **Case Name:** | Koers v. 3M Company et al |

| | |
|---|---|
| **Case Number:** | MN/0:22-cv-00222 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-140) - 11 action(s)** *re: pldg. ( [1575] in MDL No. 2885, 1 in MN/0:22-cv-00213, 1 in MN/0:22-cv-00214, 1 in MN/0:22-cv-00216, 1 in MN/0:22-cv-00217, 1 in MN/0:22-cv-00218, 1 in MN/0:22-cv-00219, 1 in MN/0:22-cv-00220, 1 in MN/0:22-cv-00222, 1 in MN/0:22-cv-00223, 1 in MN/0:22-cv-00227, 1 in MN/0:22-cv-00231)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00213, MN/0:22-cv-00214, MN/0:22-cv-00216, MN/0:22-cv-00217, MN/0:22-cv-00218, MN/0:22-cv-00219, MN/0:22-cv-00220, MN/0:22-cv-00222, MN/0:22-cv-00223, MN/0:22-cv-00227, MN/0:22-cv-00231 (JC)**

| | |
|---|---|
| **Case Name:** | Gray v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00213 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-140) - 11 action(s)** *re: pldg. ( [1575] in MDL No. 2885, 1 in MN/0:22-cv-00213, 1 in MN/0:22-cv-00214, 1 in MN/0:22-cv-00216, 1 in MN/0:22-cv-00217, 1 in MN/0:22-cv-00218, 1 in MN/0:22-cv-00219, 1 in MN/0:22-cv-00220, 1 in MN/0:22-cv-00222, 1 in MN/0:22-cv-00223, 1 in MN/0:22-cv-00227, 1 in MN/0:22-cv-00231)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00213, MN/0:22-cv-00214, MN/0:22-cv-00216, MN/0:22-cv-00217, MN/0:22-cv-00218, MN/0:22-cv-00219, MN/0:22-cv-00220, MN/0:22-cv-00222, MN/0:22-cv-00223, MN/0:22-cv-00227, MN/0:22-cv-00231 (JC)**

| | |
|---|---|
| **Case Name:** | Link v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00227 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-140) - 11 action(s)** *re: pldg. ( [1575] in MDL No. 2885, 1 in MN/0:22-cv-00213, 1 in MN/0:22-cv-00214, 1 in MN/0:22-cv-00216, 1 in MN/0:22-cv-00217, 1 in MN/0:22-cv-00218, 1 in MN/0:22-cv-00219, 1 in MN/0:22-cv-00220, 1 in MN/0:22-cv-00222, 1 in MN/0:22-cv-00223, 1 in MN/0:22-cv-00227, 1 in MN/0:22-cv-00231)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2022.**

Associated Cases: MDL No. 2885, MN/0:22-cv-00213, MN/0:22-cv-00214, MN/0:22-cv-00216, MN/0:22-cv-00217, MN/0:22-cv-00218, MN/0:22-cv-00219, MN/0:22-cv-00220, MN/0:22-cv-00222, MN/0:22-cv-00223, MN/0:22-cv-00227, MN/0:22-cv-00231 (JC)

| | |
|---|---|
| Case Name: | Lish v. 3M Company et al |
| Case Number: | MN/0:22-cv-00231 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-140) - 11 action(s) *re: pldg. ( [1575] in MDL No. 2885, 1 in MN/0:22-cv-00213, 1 in MN/0:22-cv-00214, 1 in MN/0:22-cv-00216, 1 in MN/0:22-cv-00217, 1 in MN/0:22-cv-00218, 1 in MN/0:22-cv-00219, 1 in MN/0:22-cv-00220, 1 in MN/0:22-cv-00222, 1 in MN/0:22-cv-00223, 1 in MN/0:22-cv-00227, 1 in MN/0:22-cv-00231)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 2/7/2022.

Associated Cases: MDL No. 2885, MN/0:22-cv-00213, MN/0:22-cv-00214, MN/0:22-cv-00216, MN/0:22-cv-00217, MN/0:22-cv-00218, MN/0:22-cv-00219, MN/0:22-cv-00220, MN/0:22-cv-00222, MN/0:22-cv-00223, MN/0:22-cv-00227, MN/0:22-cv-00231 (JC)

| | |
|---|---|
| Case Name: | Harm v. 3M Company et al |
| Case Number: | MN/0:22-cv-00216 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-140) - 11 action(s) *re: pldg. ( [1575] in MDL No. 2885, 1 in MN/0:22-cv-00213, 1 in MN/0:22-cv-00214, 1 in MN/0:22-cv-00216, 1 in MN/0:22-cv-00217, 1 in MN/0:22-cv-00218, 1 in MN/0:22-cv-00219, 1 in MN/0:22-cv-00220, 1 in MN/0:22-cv-00222, 1 in MN/0:22-cv-00223, 1 in MN/0:22-cv-00227, 1 in MN/0:22-cv-00231)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 2/7/2022.

Associated Cases: MDL No. 2885, MN/0:22-cv-00213, MN/0:22-cv-00214, MN/0:22-cv-00216, MN/0:22-cv-00217, MN/0:22-cv-00218, MN/0:22-cv-00219, MN/0:22-cv-00220, MN/0:22-cv-00222, MN/0:22-cv-00223, MN/0:22-cv-00227, MN/0:22-cv-00231 (JC)

| | |
|---|---|
| Case Name: | Jemison v. 3M Company et al |
| Case Number: | MN/0:22-cv-00219 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-140) - 11 action(s) *re: pldg. ( [1575] in MDL No. 2885, 1 in MN/0:22-cv-00213, 1 in MN/0:22-cv-00214, 1 in MN/0:22-cv-00216, 1 in MN/0:22-cv-00217, 1 in MN/0:22-cv-00218, 1 in MN/0:22-cv-00219, 1 in MN/0:22-cv-00220, 1 in*

MN/0:22-cv-00222, 1 in MN/0:22-cv-00223, 1 in MN/0:22-cv-00227, 1 in MN/0:22-cv-00231) Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 2/7/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00213, MN/0:22-cv-00214, MN/0:22-cv-00216, MN/0:22-cv-00217, MN/0:22-cv-00218, MN/0:22-cv-00219, MN/0:22-cv-00220, MN/0:22-cv-00222, MN/0:22-cv-00223, MN/0:22-cv-00227, MN/0:22-cv-00231 (JC)**

| | |
|---|---|
| **Case Name:** | Juillard v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00220 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-140) - 11 action(s)** *re: pldg. ( [1575] in MDL No. 2885, 1 in MN/0:22-cv-00213, 1 in MN/0:22-cv-00214, 1 in MN/0:22-cv-00216, 1 in MN/0:22-cv-00217, 1 in MN/0:22-cv-00218, 1 in MN/0:22-cv-00219, 1 in MN/0:22-cv-00220, 1 in MN/0:22-cv-00222, 1 in MN/0:22-cv-00223, 1 in MN/0:22-cv-00227, 1 in MN/0:22-cv-00231)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 2/7/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00213, MN/0:22-cv-00214, MN/0:22-cv-00216, MN/0:22-cv-00217, MN/0:22-cv-00218, MN/0:22-cv-00219, MN/0:22-cv-00220, MN/0:22-cv-00222, MN/0:22-cv-00223, MN/0:22-cv-00227, MN/0:22-cv-00231 (JC)**

| | |
|---|---|
| **Case Name:** | Jackson v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00218 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-140) - 11 action(s)** *re: pldg. ( [1575] in MDL No. 2885, 1 in MN/0:22-cv-00213, 1 in MN/0:22-cv-00214, 1 in MN/0:22-cv-00216, 1 in MN/0:22-cv-00217, 1 in MN/0:22-cv-00218, 1 in MN/0:22-cv-00219, 1 in MN/0:22-cv-00220, 1 in MN/0:22-cv-00222, 1 in MN/0:22-cv-00223, 1 in MN/0:22-cv-00227, 1 in MN/0:22-cv-00231)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 2/7/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00213, MN/0:22-cv-00214, MN/0:22-cv-00216, MN/0:22-cv-00217, MN/0:22-cv-00218, MN/0:22-cv-00219, MN/0:22-cv-00220, MN/0:22-cv-00222, MN/0:22-cv-00223, MN/0:22-cv-00227, MN/0:22-cv-00231 (JC)**

| | |
|---|---|
| **Case Name:** | Gunn v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00214 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-140) - 11 action(s)** *re: pldg. ( [1575] in MDL No. 2885, 1 in MN/0:22-cv-00213, 1 in MN/0:22-cv-00214, 1 in MN/0:22-cv-00216, 1 in MN/0:22-cv-00217, 1 in MN/0:22-cv-00218, 1 in MN/0:22-cv-00219, 1 in MN/0:22-cv-00220, 1 in MN/0:22-cv-00222, 1 in MN/0:22-cv-00223, 1 in MN/0:22-cv-00227, 1 in MN/0:22-cv-00231)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00213, MN/0:22-cv-00214, MN/0:22-cv-00216, MN/0:22-cv-00217, MN/0:22-cv-00218, MN/0:22-cv-00219, MN/0:22-cv-00220, MN/0:22-cv-00222, MN/0:22-cv-00223, MN/0:22-cv-00227, MN/0:22-cv-00231 (JC)**

| | |
|---|---|
| **Case Name:** | Kreiger v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00223 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-140) - 11 action(s)** *re: pldg. ( [1575] in MDL No. 2885, 1 in MN/0:22-cv-00213, 1 in MN/0:22-cv-00214, 1 in MN/0:22-cv-00216, 1 in MN/0:22-cv-00217, 1 in MN/0:22-cv-00218, 1 in MN/0:22-cv-00219, 1 in MN/0:22-cv-00220, 1 in MN/0:22-cv-00222, 1 in MN/0:22-cv-00223, 1 in MN/0:22-cv-00227, 1 in MN/0:22-cv-00231)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00213, MN/0:22-cv-00214, MN/0:22-cv-00216, MN/0:22-cv-00217, MN/0:22-cv-00218, MN/0:22-cv-00219, MN/0:22-cv-00220, MN/0:22-cv-00222, MN/0:22-cv-00223, MN/0:22-cv-00227, MN/0:22-cv-00231 (JC)**

| | |
|---|---|
| **Case Name:** | Hughes v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00217 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-140) - 11 action(s)** *re: pldg. ( [1575] in MDL No. 2885, 1 in MN/0:22-cv-00213, 1 in MN/0:22-cv-00214, 1 in MN/0:22-cv-00216, 1 in MN/0:22-cv-00217, 1 in MN/0:22-cv-00218, 1 in MN/0:22-cv-00219, 1 in MN/0:22-cv-00220, 1 in MN/0:22-cv-00222, 1 in MN/0:22-cv-00223, 1 in MN/0:22-cv-00227, 1 in MN/0:22-cv-00231)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00213, MN/0:22-cv-00214, MN/0:22-cv-00216, MN/0:22-cv-00217, MN/0:22-cv-00218, MN/0:22-cv-00219, MN/0:22-cv-00220, MN/0:22-cv-00222, MN/0:22-cv-00223, MN/0:22-cv-00227, MN/0:22-cv-00231 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-00222 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00222 Notice will not be electronically mailed to:**

**MN/0:22-cv-00213 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00213 Notice will not be electronically mailed to:**

**MN/0:22-cv-00227 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00227 Notice will not be electronically mailed to:**

**MN/0:22-cv-00231 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00231 Notice will not be electronically mailed to:**

**MN/0:22-cv-00216 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00216 Notice will not be electronically mailed to:**

**MN/0:22-cv-00219 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00219 Notice will not be electronically mailed to:**

**MN/0:22-cv-00220 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00220 Notice will not be electronically mailed to:**

**MN/0:22-cv-00218 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00218 Notice will not be electronically mailed to:**

**MN/0:22-cv-00214 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00214 Notice will not be electronically mailed to:**

**MN/0:22-cv-00223 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00223 Notice will not be electronically mailed to:**

**MN/0:22-cv-00217 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00217 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=2/7/2022] [FileNumber=1101492-0]
[68c8f48eecd6f22a3a578102c1f3179600c74f5a9951a65a09c546c78b59f1a70ca95
e856ef89f6ada25e485dc3fc12497e6133a1cb35da5e2149f9175e9ef0a]]