# Exhibit A

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Brandon Pellegrino, P79112 of Bloomfield Hills, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on November 19, 2014 in Macomb County and became a member of the State Bar of Michigan on December 08, 2014.

_____
Janet K. Welch, Executive Director
January 27, 2022