UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, George Michael Stewart, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1. Movant resides in Illinois and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Illinois. A copy of a Certificate of Good Standing from the State of Illinois dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16435693535672**, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant is one of the attorneys of record for Plaintiff Eddie Franklin; *Franklin v.*

1

*3M Company, et al*; Case No. 7:20-cv-66635-MCR-GRJ.

7. Movant is one of the attorneys of record for Plaintiff Marquette Bowie; *Bowie v. 3M Company, et al*; Case No. 7:20-cv-66592-MCR-GRJ.

WHEREFORE, George Michael Stewart respectfully requests that this Court enter an order granting this amended motion to appear *pro hac vice*, and directly the clerk to provide notice of Electronic Case Fillings to the undersigned.

Dated: February 8, 2022                                  Respectfully submitted,

                                                       By:   */s/ George Michael Stewart*
                                                            George Michael Stewart #6230339
                                                            SIMMONS HANLY CONROY
                                                            One Court Street
                                                            Alton, IL 62002
                                                            Telephone: (618) 259-2222
                                                            Fax: (618) 259-2251
                                                            Email:  mstewart@simmonsfirm.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion to Appear *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on February 8, 2022 and served electronically on all counsel of record.

            */s/ George Michael Stewart*
             George Michael Stewart