UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, Grace P. Chandler ("Movant") respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case, and in support thereof states as follows:

1. Movant resides in South Carolina and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida but Movant is a member in good standing of the: (1) Bar of the State of South Carolina (South Carolina Bar. No. 104097) Certificate of Good Standing from the South Carolina Bar (dated within 30 days of this Motion) are attached hereto as Exhibit A.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has reviewed the local rules for this district, successfully completed the online Attorney Admission Tutorial (Confirmation Number: FLND16441947465704) and has reviewed the PACER CM/ECF tutorials.

4. Movant has submitted to the Clerk the required $208 *pro hac vice* admission fee.

5. Movant's PACER account is an individual account and is upgraded to NextGen.

6. Movant represents the Plaintiff in the following action that was directly filed into the MDL on September 17, 2021:

> Carl Barker v. 3M COMPANY, et al.; Case No.7:20-cv-42913-MCR-GRJ.

WHEREFORE, Grace P. Chandler respectfully requests that this Court enter an Order granting this Motion to Appear *Pro Hac Vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:  February 8, 2022   

Respectfully submitted,

*/s/ Grace P. Chandler*
Grace P. Chandler
SC Bar No. 104097
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
gchandler@motleyrice.com
843-216-9000
*Counsel for Plaintiff*

-2-

<u>Certificate of Service</u>

I hereby certify that on February 8, 2022, Movant's Motion to Appear *Pro Hac Vice* was electronically filed with the Clerk of Court using the ECF system, which will send an email notification of such filing to all registered counsel of record.

<u>*/s/ Grace P. Chandler*</u>
Grace P. Chandler