IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
FLORIDA PENSACOLA DIVISION

| | |
|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION** | MDL NO: 3:19-MD-2885 |
| This Document Relates to Cases Listed in "Exhibit A" | **NOTICE OF APPEARANCE FOR PLAINTIFF** |

**PLEASE TAKE NOTICE** that the undersigned attorney, Alicia Ellsayed, of Douglas & London, P.C. hereby enters her appearance as counsel of record for the Plaintiff in each of the related cases listed in the attachment "Exhibit A." Counsel requests to be served with all papers and pleadings for this matter.

Dated: February 8, 2022

Respectfully submitted,

*/s/ Alicia Ellsayed*
Alicia Ellsayed
**DOUGLAS & LONDON, P.C.**
59 Maiden Lane, 6th Floor
New York, NY 10038
Tel: (212) 566-7500
Fax: (212) 566-7501
Email: aellsayed@douglasandlondon.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing **NOTICE OF APPEARANCE** was filed electronically with the Clerk of the Court using the CM/ECF system on February 7, 2022, and served electronically on all counsel of record.

/s/ Alicia Ellsayed
Alicia Ellsayed
**DOUGLAS & LONDON, P.C.**
59 Maiden Lane, 6th Floor
New York, NY 10038
Tel: (212) 566-7500
Fax: (212) 566-7501
Email: aellsayed@douglasandlondon.com