**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, February 9, 2022 6:48 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Wednesday, February 9, 2022 12:46:50 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 2/9/2022 at 7:46 AM EST and filed on 2/9/2022
**Case Name:**     IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**    MDL No. 2885
**Filer:**
**Document Number:** 1588

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s)** *re: pldg. ([1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Padilla v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00248 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s)** *re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Spencer v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00271 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s)** *re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Stewart v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00273 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s)** *re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in*

MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277) Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 2/9/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| Case Name: | Penn v. 3M Company et al |
| Case Number: | MN/0:22-cv-00251 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s)** *re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| Case Name: | McKeithan v. 3M Company et al |
| Case Number: | MN/0:22-cv-00240 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s)** *re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Sales v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00266 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s)** *re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Rosas v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00262 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s)** *re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Lilly v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00225 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s)** *re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in*

MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277) Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 2/9/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Paulsen v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00249 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s)** *re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Simmons v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00269 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s)** *re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Loving v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00235 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s) re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277) Inasmuch as no objection is pending at this time, the stay is lifted.*

*Signed by Clerk of the Panel John W. Nichols on 2/9/2022.*

*Associated Cases: MDL No. 2885 et al. (JC)*

| | |
|---|---|
| **Case Name:** | Pullen v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00255 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s) re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277) Inasmuch as no objection is pending at this time, the stay is lifted.*

*Signed by Clerk of the Panel John W. Nichols on 2/9/2022.*

*Associated Cases: MDL No. 2885 et al. (JC)*

| | |
|---|---|
| **Case Name:** | Oxendine v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00246 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s) re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in*


MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277) Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 2/9/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Maedinger v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00236 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s)** *re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 2/9/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Potter v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00252 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s)** *re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 2/9/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Siebold v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00268 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s)** *re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Sorbo v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00270 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s)** *re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Robinson v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00260 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s)** *re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in*

MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277) Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 2/9/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Stutler v. 3M Company |
| **Case Number:** | MN/0:22-cv-00277 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s)** *re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Maxwell v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00239 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s)** *re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Maston v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00238 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s) re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277) Inasmuch as no objection is pending at this time, the stay is lifted.*

*Signed by Clerk of the Panel John W. Nichols on 2/9/2022.*

*Associated Cases: MDL No. 2885 et al. (JC)*

| | |
|---|---|
| **Case Name:** | Miller v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00243 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s) re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277) Inasmuch as no objection is pending at this time, the stay is lifted.*

*Signed by Clerk of the Panel John W. Nichols on 2/9/2022.*

*Associated Cases: MDL No. 2885 et al. (JC)*

| | |
|---|---|
| **Case Name:** | Schwalbach v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00267 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s) re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in*

MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 2/9/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**   Richardson v. 3M Company et al
**Case Number:**   MN/0:22-cv-00259
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s)** *re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 2/9/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**   Mojica v. 3M Company et al
**Case Number:**   MN/0:22-cv-00244
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s)** *re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 2/9/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Moore v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00245 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s) re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277) Inasmuch as no objection is pending at this time, the stay is lifted.*

*Signed by Clerk of the Panel John W. Nichols on 2/9/2022.*

*Associated Cases: MDL No. 2885 et al. (JC)*

| | |
|---|---|
| **Case Name:** | Quinn v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00256 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s) re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277) Inasmuch as no objection is pending at this time, the stay is lifted.*

*Signed by Clerk of the Panel John W. Nichols on 2/9/2022.*

*Associated Cases: MDL No. 2885 et al. (JC)*

| | |
|---|---|
| **Case Name:** | Puett v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00253 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) - 28 action(s) re: pldg. ( [1580] in MDL No. 2885, 1 in MN/0:22-cv-00225, 1 in MN/0:22-cv-00235, 1 in MN/0:22-cv-00236, 1 in MN/0:22-cv-00238, 1 in MN/0:22-cv-00239, 1 in MN/0:22-cv-00240, 1 in MN/0:22-cv-00243, 1 in MN/0:22-cv-00244, 1 in MN/0:22-cv-00245, 1 in MN/0:22-cv-00246, 1 in MN/0:22-cv-00248, 1 in*

*MN/0:22-cv-00249, 1 in MN/0:22-cv-00251, 1 in MN/0:22-cv-00252, 1 in MN/0:22-cv-00253, 1 in MN/0:22-cv-00255, 1 in MN/0:22-cv-00256, 1 in MN/0:22-cv-00259, 1 in MN/0:22-cv-00260, 1 in MN/0:22-cv-00262, 1 in MN/0:22-cv-00266, 1 in MN/0:22-cv-00267, 1 in MN/0:22-cv-00268, 1 in MN/0:22-cv-00269, 1 in MN/0:22-cv-00270, 1 in MN/0:22-cv-00271, 1 in MN/0:22-cv-00273, 1 in MN/0:22-cv-00277)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-00248 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00248 Notice will not be electronically mailed to:**

**MN/0:22-cv-00271 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00271 Notice will not be electronically mailed to:**

**MN/0:22-cv-00273 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00273 Notice will not be electronically mailed to:**

**MN/0:22-cv-00251 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00251 Notice will not be electronically mailed to:**

**MN/0:22-cv-00240 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00240 Notice will not be electronically mailed to:**

**MN/0:22-cv-00266 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00266 Notice will not be electronically mailed to:**

**MN/0:22-cv-00262 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00262 Notice will not be electronically mailed to:**

**MN/0:22-cv-00225 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00225 Notice will not be electronically mailed to:**

**MN/0:22-cv-00249 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00249 Notice will not be electronically mailed to:**

**MN/0:22-cv-00269 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00269 Notice will not be electronically mailed to:**

**MN/0:22-cv-00235 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00235 Notice will not be electronically mailed to:**

**MN/0:22-cv-00255 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00255 Notice will not be electronically mailed to:**

**MN/0:22-cv-00246 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com,

wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00246 Notice will not be electronically mailed to:**

**MN/0:22-cv-00236 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00236 Notice will not be electronically mailed to:**

**MN/0:22-cv-00252 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00252 Notice will not be electronically mailed to:**

**MN/0:22-cv-00268 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00268 Notice will not be electronically mailed to:**

**MN/0:22-cv-00270 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00270 Notice will not be electronically mailed to:**

**MN/0:22-cv-00260 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00260 Notice will not be electronically mailed to:**

**MN/0:22-cv-00277 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00277 Notice will not be electronically mailed to:**

**MN/0:22-cv-00239 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00239 Notice will not be electronically mailed to:**

**MN/0:22-cv-00238 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00238 Notice will not be electronically mailed to:**

**MN/0:22-cv-00243 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00243 Notice will not be electronically mailed to:**

**MN/0:22-cv-00267 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00267 Notice will not be electronically mailed to:**

**MN/0:22-cv-00259 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00259 Notice will not be electronically mailed to:**

**MN/0:22-cv-00244 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00244 Notice will not be electronically mailed to:**

**MN/0:22-cv-00245 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00245 Notice will not be electronically mailed to:**

**MN/0:22-cv-00256 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00256 Notice will not be electronically mailed to:**

**MN/0:22-cv-00253 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00253 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=2/9/2022] [FileNumber=1101858-0]
[6d02c6d3173b4d37e03f1e98d4618957dde0dc2e6b062db0676a899e21d46bb356b46
dfc3db653f87145c1dffa3aa45919ae6247d3638b6928bce6585138e9ca]]