UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Austin D. O'Malley, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in New Jersey and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida. Movant regularly practices law and is a member in good standing of the bar of the State of New York. A copy of a Certificate of Good Standing from the State of New York, dated within 30 days of this Motion, is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

1

Admission Tutorial (confirmation number FLND16421895945560) and completedthe CM/ECF Online Tutorials.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Austin D. O'Malley respectfully request that this Court enter an Order granting Austin D. O'Malley of Manning Gross + Massenburg, LLP, *pro hac vice* in this case.

Respectfully submitted on this 9th day of February, 2022.

/s/ *Austin D. O'Malley*
Austin D. O'Malley
NY Bar No. 5195482

MANNING GROSS + MASSENBURG LLP
14 Wall Street, 28th Floor
New York, NY 10005
Telephone: (212) 364-2301
Email:  aomalley@mgmlaw.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 9th day of February, 2022

*/s/ Austin D. O'Malley*
Austin D. O'Malley
NY Bar No. 5195482
