UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

Case No. 3:19md2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

This Documents Relates to:
*Sloan,* 7:20cv1
*Wayman*, 7:20cv149

_____

### MOTION FOR LEAVE TO FILE OBJECTION TO THE REPORT AND RECOMMENDATION OF THE HONORABLE GARY R. JONES, UNITED STATES MAGISTRATE JUDGE, DATED JANUARY 26, 2022

COMES NOW, Elliott Berger, by and through his undersigned attorneys, and in support of this Motion, further says:

1. Mr. Berger is not a party to this case. Nevertheless, as a non-party to this action, Mr. Berger disputes and takes issue with certain findings in the Report and Recommendation, which in addition to being contrary to Mr. Berger's testimony at the evidentiary hearing are also contrary to Mr. Berger's interest in his continuing effort towards disassociation with his involvement in these proceedings.

2. While perhaps ordinarily a non-party does not have the prerogative to object to, or challenge, the factual findings of a Report and Recommendation, in those instances where a non-party has a concrete interest which may be adversely affected by a Magistrate Judge's Report, or the effect of the Report compels a non-party's participation in the proceedings, Court's have considered a

non-party's objection to the Report. *See Carroll v. Thestreet.com, Inc.*, 2013 WL 9839118 (SD Fla. Oct. 2, 2013).

In this case, the findings by the Magistrate Judge impune the veracity of Mr. Berger's testimony in basically ruling that regardless of what Mr. Berger said, his testimony was not correct, suggesting that his testimony was false. Further, Mr. Berger has participated extensively in the 3M litigation. His testimony on December 29, 2021 demonstrated the extent of that participation and his strong desire to end that participation. The Report and Recommendation of the Magistrate Judge has the effect of obviating Mr. Berger's efforts at ending his involvement in this litigation. The Report and Recommendation goes well beyond *Sloan* and *Wayman* to say it is applicable to future bellwether trials. *See Conclusion* at pg. 20. That ruling exceeds the Magistrate Judge's direction from the District Judge.

WHEREFORE, Elliott Berger prays that this Court allow Mr. Berger to file an Objection to the Magistrate's Report and Recommendation, a proposed Objection to same being filed contemporaneously herewith.

## **NOTICE OF COMPLIANCE WITH RULE 7.1(B)**

Pursuant to Local Rule 7.1(B) & (C), the undersigned counsel certify that they attempted in good faith to resolve the issue raised in this Motion through a meaningful conference with Bryan F. Aylstock, lead counsel for Plaintiff. The

communication was by a telephone call to Mr. Aylstock on Wednesday, February 9, 2022. Mr. Aylstock opposes the relief sought.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

Pursuant to Local Rule 7.1(F), I certify that this Motion is in compliance with the Court's word limit. According to the word processing program used to prepare this document, the document contains less than 408 words, exclusive of the case style, signature block, and this certification.

Respectfully submitted,

/s/ Philip A. Bates
PHILIP A. BATES
Florida Bar No. 228354
CAROL A. RUEBSAMEN
Florida Bar No. 380946
PHILIP A. BATES, P.A.
25 West Cedar Street, Suite 550 (32502)
Post Office Box 1390
Pensacola, FL 32591-1390
Telephone: (850) 470-0091
Telecopier: (850) 470-0441
pbates@philipbates.net
cruebsamen@philipbates.net
lgrove@philipbates.net
Attorneys for Elliott Berger, individually

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 9, 2022 a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via email to all registered counsel of record.

                    /s/ Philip A. Bates
                    PHILIP A. BATES