**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-md-2885 ) ) ) |
| This Document Relates to the Master Docket | ) Judge M. Casey Rodgers ) Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, Robert A. Green of The Gori Law Firm, hereby moves this Court for an Order granting admission to practice *pro hac vice* in the above-styled case, and in support states as follows:

1. Movant resides in California and is not a resident of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of California where Movant resides and/or regularly practices. A copy of the certificates of good standing from California dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Attorney Admission Tutorial, tutorial confirmation number FLND164271123335592 and the online CM/ECF Attorney User's Guide.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant is an attorney of record in the following active docket cases: *Christos Megalis v. 3M Company, et al., 3:22-cv-691* and Davina Spencer *v. 3M Company, et al. 3:22-cv-692*

WHEREFORE, Robert Green respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted this 10th day of February, 2022.

                                        THE GORI LAW FIRM

                                        */s/ Robert A. Green*
                                        Robert A. Green
                                        California Bar No. 216116
                                        156 N. Main Street
                                        Edwardsville, IL 62025
                                        (618) 659-9833 - Telephone
                                        (618) 659-9834 – Facsimile
                                        rgreen@gorilaw.com

CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(f), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system which will provide electronic notice of same to all counsel of record.

Dated this 10th day of February, 2022.

    */s/ Robert A. Green*
Robert A. Green
California Bar No. 216116
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 - Telephone
(618) 659-9834 – Facsimile
rgreen@gorilaw.com