# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

The Court will hold a Case Management Conference on Wednesday, February 16, 2022 at 3PM CT to discuss the wave process and the upcoming Wave Order #2. Counsel may appear in person, via Zoom or via telephone; however, due to the limited number of persons Zoom can accommodate, only one counsel per plaintiff law firm may appear via Zoom. All others wishing to appear must do so in person or via telephone.

**DONE and ORDERED** on this 10th day of February 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**