# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, February 11, 2022 7:15 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Friday, February 11, 2022 1:13:58 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 2/11/2022 at 8:13 AM EST and filed on 2/11/2022
**Case Name:**     IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   MDL No. 2885
**Filer:**
**Document Number:** 1589

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-142) - 17 action(s)** *re: pldg. ([1584] in MDL No. 2885, 1 in MN/0:22-cv-00272, 1 in MN/0:22-cv-00275, 1 in MN/0:22-cv-00279, 1 in MN/0:22-cv-00285, 1 in MN/0:22-cv-00286, 1 in MN/0:22-cv-00289, 1 in MN/0:22-cv-00290, 1 in MN/0:22-cv-00292, 1 in MN/0:22-cv-00293, 1 in MN/0:22-cv-00296, 1 in MN/0:22-cv-00297, 1 in MN/0:22-cv-00298, 1 in MN/0:22-cv-00299, 1 in MN/0:22-cv-00300, 1 in MN/0:22-cv-00301, 1 in MN/0:22-cv-00302, 1 in MN/0:22-cv-00303)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/11/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00272, MN/0:22-cv-00275, MN/0:22-cv-00279, MN/0:22-cv-00285, MN/0:22-cv-00286, MN/0:22-cv-00289, MN/0:22-cv-00290, MN/0:22-cv-00292,**

MN/0:22-cv-00293, MN/0:22-cv-00296, MN/0:22-cv-00297, MN/0:22-cv-00298, MN/0:22-cv-00299, MN/0:22-cv-00300, MN/0:22-cv-00301, MN/0:22-cv-00302, MN/0:22-cv-00303 (JC)

| | |
|---|---|
| **Case Name:** | Story v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00275 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-142) - 17 action(s) *re: pldg. ( [1584] in MDL No. 2885, 1 in MN/0:22-cv-00272, 1 in MN/0:22-cv-00275, 1 in MN/0:22-cv-00279, 1 in MN/0:22-cv-00285, 1 in MN/0:22-cv-00286, 1 in MN/0:22-cv-00289, 1 in MN/0:22-cv-00290, 1 in MN/0:22-cv-00292, 1 in MN/0:22-cv-00293, 1 in MN/0:22-cv-00296, 1 in MN/0:22-cv-00297, 1 in MN/0:22-cv-00298, 1 in MN/0:22-cv-00299, 1 in MN/0:22-cv-00300, 1 in MN/0:22-cv-00301, 1 in MN/0:22-cv-00302, 1 in MN/0:22-cv-00303)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/11/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00272, MN/0:22-cv-00275, MN/0:22-cv-00279, MN/0:22-cv-00285, MN/0:22-cv-00286, MN/0:22-cv-00289, MN/0:22-cv-00290, MN/0:22-cv-00292, MN/0:22-cv-00293, MN/0:22-cv-00296, MN/0:22-cv-00297, MN/0:22-cv-00298, MN/0:22-cv-00299, MN/0:22-cv-00300, MN/0:22-cv-00301, MN/0:22-cv-00302, MN/0:22-cv-00303 (JC)**

| | |
|---|---|
| **Case Name:** | Walters v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00296 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-142) - 17 action(s) *re: pldg. ( [1584] in MDL No. 2885, 1 in MN/0:22-cv-00272, 1 in MN/0:22-cv-00275, 1 in MN/0:22-cv-00279, 1 in MN/0:22-cv-00285, 1 in MN/0:22-cv-00286, 1 in MN/0:22-cv-00289, 1 in MN/0:22-cv-00290, 1 in MN/0:22-cv-00292, 1 in MN/0:22-cv-00293, 1 in MN/0:22-cv-00296, 1 in MN/0:22-cv-00297, 1 in MN/0:22-cv-00298, 1 in MN/0:22-cv-00299, 1 in MN/0:22-cv-00300, 1 in MN/0:22-cv-00301, 1 in MN/0:22-cv-00302, 1 in MN/0:22-cv-00303)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/11/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00272, MN/0:22-cv-00275, MN/0:22-cv-00279, MN/0:22-cv-00285, MN/0:22-cv-00286, MN/0:22-cv-00289, MN/0:22-cv-00290, MN/0:22-cv-00292, MN/0:22-cv-00293, MN/0:22-cv-00296, MN/0:22-cv-00297, MN/0:22-cv-00298, MN/0:22-cv-00299, MN/0:22-cv-00300, MN/0:22-cv-00301, MN/0:22-cv-00302, MN/0:22-cv-00303 (JC)**

| | |
|---|---|
| **Case Name:** | Swartz v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00286 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-142) - 17 action(s)** *re: pldg. ( [1584] in MDL No. 2885, 1 in MN/0:22-cv-00272, 1 in MN/0:22-cv-00275, 1 in MN/0:22-cv-00279, 1 in MN/0:22-cv-00285, 1 in MN/0:22-cv-00286, 1 in MN/0:22-cv-00289, 1 in MN/0:22-cv-00290, 1 in MN/0:22-cv-00292, 1 in MN/0:22-cv-00293, 1 in MN/0:22-cv-00296, 1 in MN/0:22-cv-00297, 1 in MN/0:22-cv-00298, 1 in MN/0:22-cv-00299, 1 in MN/0:22-cv-00300, 1 in MN/0:22-cv-00301, 1 in MN/0:22-cv-00302, 1 in MN/0:22-cv-00303)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/11/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00272, MN/0:22-cv-00275, MN/0:22-cv-00279, MN/0:22-cv-00285, MN/0:22-cv-00286, MN/0:22-cv-00289, MN/0:22-cv-00290, MN/0:22-cv-00292, MN/0:22-cv-00293, MN/0:22-cv-00296, MN/0:22-cv-00297, MN/0:22-cv-00298, MN/0:22-cv-00299, MN/0:22-cv-00300, MN/0:22-cv-00301, MN/0:22-cv-00302, MN/0:22-cv-00303 (JC)**

| | |
|---|---|
| **Case Name:** | Wilson v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00300 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-142) - 17 action(s)** *re: pldg. ( [1584] in MDL No. 2885, 1 in MN/0:22-cv-00272, 1 in MN/0:22-cv-00275, 1 in MN/0:22-cv-00279, 1 in MN/0:22-cv-00285, 1 in MN/0:22-cv-00286, 1 in MN/0:22-cv-00289, 1 in MN/0:22-cv-00290, 1 in MN/0:22-cv-00292, 1 in MN/0:22-cv-00293, 1 in MN/0:22-cv-00296, 1 in MN/0:22-cv-00297, 1 in MN/0:22-cv-00298, 1 in MN/0:22-cv-00299, 1 in MN/0:22-cv-00300, 1 in MN/0:22-cv-00301, 1 in MN/0:22-cv-00302, 1 in MN/0:22-cv-00303)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/11/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00272, MN/0:22-cv-00275, MN/0:22-cv-00279, MN/0:22-cv-00285, MN/0:22-cv-00286, MN/0:22-cv-00289, MN/0:22-cv-00290, MN/0:22-cv-00292, MN/0:22-cv-00293, MN/0:22-cv-00296, MN/0:22-cv-00297, MN/0:22-cv-00298, MN/0:22-cv-00299, MN/0:22-cv-00300, MN/0:22-cv-00301, MN/0:22-cv-00302, MN/0:22-cv-00303 (JC)**

| | |
|---|---|
| **Case Name:** | Triplett v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00290 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-142) - 17 action(s)** *re: pldg. ( [1584] in MDL No. 2885, 1 in MN/0:22-cv-00272, 1 in MN/0:22-cv-00275, 1 in MN/0:22-cv-00279, 1 in MN/0:22-cv-00285, 1 in MN/0:22-cv-00286, 1 in MN/0:22-cv-00289, 1 in MN/0:22-cv-00290, 1 in MN/0:22-cv-00292, 1 in MN/0:22-cv-00293, 1 in MN/0:22-cv-00296, 1 in MN/0:22-cv-00297, 1 in MN/0:22-cv-00298, 1 in MN/0:22-cv-00299, 1 in MN/0:22-cv-00300, 1 in MN/0:22-cv-00301, 1 in MN/0:22-cv-00302, 1 in MN/0:22-cv-00303)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/11/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00272, MN/0:22-cv-00275, MN/0:22-cv-00279, MN/0:22-cv-00285, MN/0:22-cv-00286, MN/0:22-cv-00289, MN/0:22-cv-00290, MN/0:22-cv-00292, MN/0:22-cv-00293, MN/0:22-cv-00296, MN/0:22-cv-00297, MN/0:22-cv-00298, MN/0:22-cv-00299, MN/0:22-cv-00300, MN/0:22-cv-00301, MN/0:22-cv-00302, MN/0:22-cv-00303 (JC)**

| | |
|---|---|
| **Case Name:** | Sumrall v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00279 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-142) - 17 action(s)** *re: pldg. ( [1584] in MDL No. 2885, 1 in MN/0:22-cv-00272, 1 in MN/0:22-cv-00275, 1 in MN/0:22-cv-00279, 1 in MN/0:22-cv-00285, 1 in MN/0:22-cv-00286, 1 in MN/0:22-cv-00289, 1 in MN/0:22-cv-00290, 1 in MN/0:22-cv-00292, 1 in MN/0:22-cv-00293, 1 in MN/0:22-cv-00296, 1 in MN/0:22-cv-00297, 1 in MN/0:22-cv-00298, 1 in MN/0:22-cv-00299, 1 in MN/0:22-cv-00300, 1 in MN/0:22-cv-00301, 1 in MN/0:22-cv-00302, 1 in MN/0:22-cv-00303)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/11/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00272, MN/0:22-cv-00275, MN/0:22-cv-00279, MN/0:22-cv-00285, MN/0:22-cv-00286, MN/0:22-cv-00289, MN/0:22-cv-00290, MN/0:22-cv-00292, MN/0:22-cv-00293, MN/0:22-cv-00296, MN/0:22-cv-00297, MN/0:22-cv-00298, MN/0:22-cv-00299, MN/0:22-cv-00300, MN/0:22-cv-00301, MN/0:22-cv-00302, MN/0:22-cv-00303 (JC)**

| | |
|---|---|
| **Case Name:** | Velasquez v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00293 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-142) - 17 action(s)** *re: pldg. ( [1584] in MDL No. 2885, 1 in MN/0:22-cv-00272, 1 in MN/0:22-cv-00275, 1 in MN/0:22-cv-00279, 1 in MN/0:22-cv-00285, 1 in MN/0:22-cv-00286, 1 in MN/0:22-cv-00289, 1 in MN/0:22-cv-00290, 1 in MN/0:22-cv-00292, 1 in MN/0:22-cv-00293, 1 in MN/0:22-cv-00296, 1 in MN/0:22-cv-00297, 1 in MN/0:22-cv-00298, 1 in MN/0:22-cv-00299, 1 in MN/0:22-cv-00300, 1 in MN/0:22-cv-00301, 1 in MN/0:22-cv-00302, 1 in MN/0:22-cv-00303)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/11/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00272, MN/0:22-cv-00275, MN/0:22-cv-00279, MN/0:22-cv-00285, MN/0:22-cv-00286, MN/0:22-cv-00289, MN/0:22-cv-00290, MN/0:22-cv-00292, MN/0:22-cv-00293, MN/0:22-cv-00296, MN/0:22-cv-00297, MN/0:22-cv-00298, MN/0:22-cv-00299, MN/0:22-cv-00300, MN/0:22-cv-00301, MN/0:22-cv-00302, MN/0:22-cv-00303 (JC)**

| | |
|---|---|
| **Case Name:** | Starr v. 3M Company et al |

| | |
|---|---|
| **Case Number:** | MN/0:22-cv-00272 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-142) - 17 action(s)** *re: pldg. ( [1584] in MDL No. 2885, 1 in MN/0:22-cv-00272, 1 in MN/0:22-cv-00275, 1 in MN/0:22-cv-00279, 1 in MN/0:22-cv-00285, 1 in MN/0:22-cv-00286, 1 in MN/0:22-cv-00289, 1 in MN/0:22-cv-00290, 1 in MN/0:22-cv-00292, 1 in MN/0:22-cv-00293, 1 in MN/0:22-cv-00296, 1 in MN/0:22-cv-00297, 1 in MN/0:22-cv-00298, 1 in MN/0:22-cv-00299, 1 in MN/0:22-cv-00300, 1 in MN/0:22-cv-00301, 1 in MN/0:22-cv-00302, 1 in MN/0:22-cv-00303)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/11/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00272, MN/0:22-cv-00275, MN/0:22-cv-00279, MN/0:22-cv-00285, MN/0:22-cv-00286, MN/0:22-cv-00289, MN/0:22-cv-00290, MN/0:22-cv-00292, MN/0:22-cv-00293, MN/0:22-cv-00296, MN/0:22-cv-00297, MN/0:22-cv-00298, MN/0:22-cv-00299, MN/0:22-cv-00300, MN/0:22-cv-00301, MN/0:22-cv-00302, MN/0:22-cv-00303 (JC)**

| | |
|---|---|
| **Case Name:** | Williams v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00299 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-142) - 17 action(s)** *re: pldg. ( [1584] in MDL No. 2885, 1 in MN/0:22-cv-00272, 1 in MN/0:22-cv-00275, 1 in MN/0:22-cv-00279, 1 in MN/0:22-cv-00285, 1 in MN/0:22-cv-00286, 1 in MN/0:22-cv-00289, 1 in MN/0:22-cv-00290, 1 in MN/0:22-cv-00292, 1 in MN/0:22-cv-00293, 1 in MN/0:22-cv-00296, 1 in MN/0:22-cv-00297, 1 in MN/0:22-cv-00298, 1 in MN/0:22-cv-00299, 1 in MN/0:22-cv-00300, 1 in MN/0:22-cv-00301, 1 in MN/0:22-cv-00302, 1 in MN/0:22-cv-00303)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/11/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00272, MN/0:22-cv-00275, MN/0:22-cv-00279, MN/0:22-cv-00285, MN/0:22-cv-00286, MN/0:22-cv-00289, MN/0:22-cv-00290, MN/0:22-cv-00292, MN/0:22-cv-00293, MN/0:22-cv-00296, MN/0:22-cv-00297, MN/0:22-cv-00298, MN/0:22-cv-00299, MN/0:22-cv-00300, MN/0:22-cv-00301, MN/0:22-cv-00302, MN/0:22-cv-00303 (JC)**

| | |
|---|---|
| **Case Name:** | Todd v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00289 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-142) - 17 action(s)** *re: pldg. ( [1584] in MDL No. 2885, 1 in MN/0:22-cv-00272, 1 in MN/0:22-cv-00275, 1 in MN/0:22-cv-00279, 1 in MN/0:22-cv-00285, 1 in MN/0:22-cv-00286, 1 in MN/0:22-cv-00289, 1 in MN/0:22-cv-00290, 1 in*

*MN/0:22-cv-00292, 1 in MN/0:22-cv-00293, 1 in MN/0:22-cv-00296, 1 in MN/0:22-cv-00297, 1 in MN/0:22-cv-00298, 1 in MN/0:22-cv-00299, 1 in MN/0:22-cv-00300, 1 in MN/0:22-cv-00301, 1 in MN/0:22-cv-00302, 1 in MN/0:22-cv-00303)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/11/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00272, MN/0:22-cv-00275, MN/0:22-cv-00279, MN/0:22-cv-00285, MN/0:22-cv-00286, MN/0:22-cv-00289, MN/0:22-cv-00290, MN/0:22-cv-00292, MN/0:22-cv-00293, MN/0:22-cv-00296, MN/0:22-cv-00297, MN/0:22-cv-00298, MN/0:22-cv-00299, MN/0:22-cv-00300, MN/0:22-cv-00301, MN/0:22-cv-00302, MN/0:22-cv-00303 (JC)**

| | |
|---|---|
| **Case Name:** | Wilber v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00297 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-142) - 17 action(s)** *re: pldg. ( [1584] in MDL No. 2885, 1 in MN/0:22-cv-00272, 1 in MN/0:22-cv-00275, 1 in MN/0:22-cv-00279, 1 in MN/0:22-cv-00285, 1 in MN/0:22-cv-00286, 1 in MN/0:22-cv-00289, 1 in MN/0:22-cv-00290, 1 in MN/0:22-cv-00292, 1 in MN/0:22-cv-00293, 1 in MN/0:22-cv-00296, 1 in MN/0:22-cv-00297, 1 in MN/0:22-cv-00298, 1 in MN/0:22-cv-00299, 1 in MN/0:22-cv-00300, 1 in MN/0:22-cv-00301, 1 in MN/0:22-cv-00302, 1 in MN/0:22-cv-00303)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/11/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00272, MN/0:22-cv-00275, MN/0:22-cv-00279, MN/0:22-cv-00285, MN/0:22-cv-00286, MN/0:22-cv-00289, MN/0:22-cv-00290, MN/0:22-cv-00292, MN/0:22-cv-00293, MN/0:22-cv-00296, MN/0:22-cv-00297, MN/0:22-cv-00298, MN/0:22-cv-00299, MN/0:22-cv-00300, MN/0:22-cv-00301, MN/0:22-cv-00302, MN/0:22-cv-00303 (JC)**

| | |
|---|---|
| **Case Name:** | Zumbach v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00303 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-142) - 17 action(s)** *re: pldg. ( [1584] in MDL No. 2885, 1 in MN/0:22-cv-00272, 1 in MN/0:22-cv-00275, 1 in MN/0:22-cv-00279, 1 in MN/0:22-cv-00285, 1 in MN/0:22-cv-00286, 1 in MN/0:22-cv-00289, 1 in MN/0:22-cv-00290, 1 in MN/0:22-cv-00292, 1 in MN/0:22-cv-00293, 1 in MN/0:22-cv-00296, 1 in MN/0:22-cv-00297, 1 in MN/0:22-cv-00298, 1 in MN/0:22-cv-00299, 1 in MN/0:22-cv-00300, 1 in MN/0:22-cv-00301, 1 in MN/0:22-cv-00302, 1 in MN/0:22-cv-00303)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/11/2022.**

**Associated Cases:** MDL No. 2885, MN/0:22-cv-00272, MN/0:22-cv-00275, MN/0:22-cv-00279, MN/0:22-cv-00285, MN/0:22-cv-00286, MN/0:22-cv-00289, MN/0:22-cv-00290, MN/0:22-cv-00292, MN/0:22-cv-00293, MN/0:22-cv-00296, MN/0:22-cv-00297, MN/0:22-cv-00298, MN/0:22-cv-00299, MN/0:22-cv-00300, MN/0:22-cv-00301, MN/0:22-cv-00302, MN/0:22-cv-00303 (JC)

| | |
|---|---|
| **Case Name:** | Wyatt v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00301 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-142) - 17 action(s)** *re: pldg. ( [1584] in MDL No. 2885, 1 in MN/0:22-cv-00272, 1 in MN/0:22-cv-00275, 1 in MN/0:22-cv-00279, 1 in MN/0:22-cv-00285, 1 in MN/0:22-cv-00286, 1 in MN/0:22-cv-00289, 1 in MN/0:22-cv-00290, 1 in MN/0:22-cv-00292, 1 in MN/0:22-cv-00293, 1 in MN/0:22-cv-00296, 1 in MN/0:22-cv-00297, 1 in MN/0:22-cv-00298, 1 in MN/0:22-cv-00299, 1 in MN/0:22-cv-00300, 1 in MN/0:22-cv-00301, 1 in MN/0:22-cv-00302, 1 in MN/0:22-cv-00303)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/11/2022.**

**Associated Cases:** MDL No. 2885, MN/0:22-cv-00272, MN/0:22-cv-00275, MN/0:22-cv-00279, MN/0:22-cv-00285, MN/0:22-cv-00286, MN/0:22-cv-00289, MN/0:22-cv-00290, MN/0:22-cv-00292, MN/0:22-cv-00293, MN/0:22-cv-00296, MN/0:22-cv-00297, MN/0:22-cv-00298, MN/0:22-cv-00299, MN/0:22-cv-00300, MN/0:22-cv-00301, MN/0:22-cv-00302, MN/0:22-cv-00303 (JC)

| | |
|---|---|
| **Case Name:** | Sutherland v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00285 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-142) - 17 action(s)** *re: pldg. ( [1584] in MDL No. 2885, 1 in MN/0:22-cv-00272, 1 in MN/0:22-cv-00275, 1 in MN/0:22-cv-00279, 1 in MN/0:22-cv-00285, 1 in MN/0:22-cv-00286, 1 in MN/0:22-cv-00289, 1 in MN/0:22-cv-00290, 1 in MN/0:22-cv-00292, 1 in MN/0:22-cv-00293, 1 in MN/0:22-cv-00296, 1 in MN/0:22-cv-00297, 1 in MN/0:22-cv-00298, 1 in MN/0:22-cv-00299, 1 in MN/0:22-cv-00300, 1 in MN/0:22-cv-00301, 1 in MN/0:22-cv-00302, 1 in MN/0:22-cv-00303)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/11/2022.**

**Associated Cases:** MDL No. 2885, MN/0:22-cv-00272, MN/0:22-cv-00275, MN/0:22-cv-00279, MN/0:22-cv-00285, MN/0:22-cv-00286, MN/0:22-cv-00289, MN/0:22-cv-00290, MN/0:22-cv-00292, MN/0:22-cv-00293, MN/0:22-cv-00296, MN/0:22-cv-00297, MN/0:22-cv-00298, MN/0:22-cv-00299, MN/0:22-cv-00300, MN/0:22-cv-00301, MN/0:22-cv-00302, MN/0:22-cv-00303 (JC)

| | |
|---|---|
| **Case Name:** | York v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00302 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-142) - 17 action(s)** *re: pldg. ( [1584] in MDL No. 2885, 1 in MN/0:22-cv-00272, 1 in MN/0:22-cv-00275, 1 in MN/0:22-cv-00279, 1 in MN/0:22-cv-00285, 1 in MN/0:22-cv-00286, 1 in MN/0:22-cv-00289, 1 in MN/0:22-cv-00290, 1 in MN/0:22-cv-00292, 1 in MN/0:22-cv-00293, 1 in MN/0:22-cv-00296, 1 in MN/0:22-cv-00297, 1 in MN/0:22-cv-00298, 1 in MN/0:22-cv-00299, 1 in MN/0:22-cv-00300, 1 in MN/0:22-cv-00301, 1 in MN/0:22-cv-00302, 1 in MN/0:22-cv-00303)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/11/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00272, MN/0:22-cv-00275, MN/0:22-cv-00279, MN/0:22-cv-00285, MN/0:22-cv-00286, MN/0:22-cv-00289, MN/0:22-cv-00290, MN/0:22-cv-00292, MN/0:22-cv-00293, MN/0:22-cv-00296, MN/0:22-cv-00297, MN/0:22-cv-00298, MN/0:22-cv-00299, MN/0:22-cv-00300, MN/0:22-cv-00301, MN/0:22-cv-00302, MN/0:22-cv-00303 (JC)**

| **Case Name:** | Williams v. 3M Company et al |
|---|---|
| **Case Number:** | MN/0:22-cv-00298 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-142) - 17 action(s)** *re: pldg. ( [1584] in MDL No. 2885, 1 in MN/0:22-cv-00272, 1 in MN/0:22-cv-00275, 1 in MN/0:22-cv-00279, 1 in MN/0:22-cv-00285, 1 in MN/0:22-cv-00286, 1 in MN/0:22-cv-00289, 1 in MN/0:22-cv-00290, 1 in MN/0:22-cv-00292, 1 in MN/0:22-cv-00293, 1 in MN/0:22-cv-00296, 1 in MN/0:22-cv-00297, 1 in MN/0:22-cv-00298, 1 in MN/0:22-cv-00299, 1 in MN/0:22-cv-00300, 1 in MN/0:22-cv-00301, 1 in MN/0:22-cv-00302, 1 in MN/0:22-cv-00303)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/11/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00272, MN/0:22-cv-00275, MN/0:22-cv-00279, MN/0:22-cv-00285, MN/0:22-cv-00286, MN/0:22-cv-00289, MN/0:22-cv-00290, MN/0:22-cv-00292, MN/0:22-cv-00293, MN/0:22-cv-00296, MN/0:22-cv-00297, MN/0:22-cv-00298, MN/0:22-cv-00299, MN/0:22-cv-00300, MN/0:22-cv-00301, MN/0:22-cv-00302, MN/0:22-cv-00303 (JC)**

| **Case Name:** | Turunen v. 3M Company et al |
|---|---|
| **Case Number:** | MN/0:22-cv-00292 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-142) - 17 action(s)** *re: pldg. ( [1584] in MDL No. 2885, 1 in MN/0:22-cv-00272, 1 in MN/0:22-cv-00275, 1 in MN/0:22-cv-00279, 1 in MN/0:22-cv-00285, 1 in MN/0:22-cv-00286, 1 in MN/0:22-cv-00289, 1 in MN/0:22-cv-00290, 1 in MN/0:22-cv-00292, 1 in MN/0:22-cv-00293, 1 in MN/0:22-cv-00296, 1 in MN/0:22-cv-00297, 1 in MN/0:22-cv-00298, 1 in MN/0:22-cv-00299, 1 in MN/0:22-cv-00300, 1 in MN/0:22-cv-00301, 1 in*

**MN/0:22-cv-00302, 1 in MN/0:22-cv-00303) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/11/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00272, MN/0:22-cv-00275, MN/0:22-cv-00279, MN/0:22-cv-00285, MN/0:22-cv-00286, MN/0:22-cv-00289, MN/0:22-cv-00290, MN/0:22-cv-00292, MN/0:22-cv-00293, MN/0:22-cv-00296, MN/0:22-cv-00297, MN/0:22-cv-00298, MN/0:22-cv-00299, MN/0:22-cv-00300, MN/0:22-cv-00301, MN/0:22-cv-00302, MN/0:22-cv-00303 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-00275 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00275 Notice will not be electronically mailed to:**

**MN/0:22-cv-00296 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00296 Notice will not be electronically mailed to:**

**MN/0:22-cv-00286 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00286 Notice will not be electronically mailed to:**

**MN/0:22-cv-00300 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00300 Notice will not be electronically mailed to:**

**MN/0:22-cv-00290 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00290 Notice will not be electronically mailed to:**

**MN/0:22-cv-00279 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00279 Notice will not be electronically mailed to:**

**MN/0:22-cv-00293 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00293 Notice will not be electronically mailed to:**

**MN/0:22-cv-00272 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00272 Notice will not be electronically mailed to:**

**MN/0:22-cv-00299 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00299 Notice will not be electronically mailed to:**

**MN/0:22-cv-00289 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00289 Notice will not be electronically mailed to:**

**MN/0:22-cv-00297 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00297 Notice will not be electronically mailed to:**

**MN/0:22-cv-00303 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00303 Notice will not be electronically mailed to:**

**MN/0:22-cv-00301 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com,

wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00301 Notice will not be electronically mailed to:**

**MN/0:22-cv-00285 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00285 Notice will not be electronically mailed to:**

**MN/0:22-cv-00302 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00302 Notice will not be electronically mailed to:**

**MN/0:22-cv-00298 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00298 Notice will not be electronically mailed to:**

**MN/0:22-cv-00292 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00292 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=2/11/2022] [FileNumber=1102252-0]
[b8404039a491c01fe52a93d5850240d9562943106b37b18384f9bf59fbb0d6495530
ef1f820e4965c58d5e0e29f2ca803e0fb19692658abb4d3880424aca7f8a]]