# EXHIBIT A



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Stefanie Ann Tubbs, Esq.*

**DATE OF ADMISSION**

*October 26, 2017*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated:  February 4, 2022**

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk