# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

Pending before the Court are the Motions for Admission *Pro Hac Vice* seeking leave to appear as counsel for parties in matters pending before this Court associated with the above-referenced litigation, filed by the attorneys listed on Exhibit A. The motions demonstrate that these attorneys are members of good standing of the bar associations of their respective states, as stated on the certificates of good standing dated within 30 days of filing the motions; have successfully completed the computer-based tutorials for the local rules of this Court and CM/ECF; and have also paid the required admission fee. Having fully reviewed the matters, the Court finds that the requirements of the Court's local rules have been satisfied. *See* N.D. Fla. Loc. R. 11.1. Therefore, the motions identified on Exhibit A are **GRANTED**.

**DONE AND ORDERED** on this 11th day of February 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

## Exhibit A

| ECF No. | Counsel | Firm |
|---|---|---|
| 2690 | Blair Matyzczyk[1] | Kirkendall Dwyer LLP |
| 2700 | Daniel Ceisler[2] | Saltz Mongeluzzi Barrett Bendesky P.C. |
| 2712 | Joan D. Toomey | Wagstaff Cartmell LLP |
| 2722 | Fred H. Shepherd | Vickery Shepherd LLP |
| 2724 | Jessica Kaminski | Wallace Miller |
| 2725 | Brandon Mace Pellegrino | Bowman & Brooke LLP |
| 2727 | George Michael Stewart | Simmons Hanly Conroy |
| 2728 | Grace P. Chandler | Motley Rice LLC |
| 2732 | Amy M. Gabriel | The Gori Law Firm |
| 2733 | Austin D. O'Malley | Manning Gross & Massenburg LLP |
| 2735 | Mark A. Dreher | Butler Snow PLLC |
| 2739 | Robert Allen Green | The Gori Law Firm |
| 2740 | Nicholas Ryan Mayfield | The Gori Law Firm |

---

[1] Matyzczyk's first Motion to Appear *Pro Hac Vice* (ECF No. 2689) is rendered moot.

[2] Ceisler's first Motion to Appear *Pro Hac Vice* (ECF No. 2686) and Amended Motion to Appear *Pro Hac Vice* (ECF No. 2698) are rendered moot.