**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Wave Cases Identified on Exhibit A | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**ORDER**

On November 22, 2021, the Court entered the first in a series of "Wave Orders" setting an eight-month discovery schedule for 500 cases. *See* Wave Order #1, ECF No. 2304. Thereafter, the parties reached a stipulation modifying the process for records authorizations and service of certain discovery in the wave cases. *See* Joint Stipulation, ECF No. 2468. Pursuant to the Court's Order and the parties' stipulation, the plaintiffs in the first wave were required to, among other things, submit signed authorizations for the release of records and respond to Defendants' written discovery requests by specified deadlines.

The Court was advised that 23 plaintiffs failed to comply with these requirements by either failing to submit the required records authorizations, failing to respond to Defendants' discovery requests, or both. *See* ECF No. 2502.  On January 21, 2022, the Court directed these 23 plaintiffs to submit the required authorizations, respond to Defendants' discovery requests, and show cause why his

or her case should not be dismissed for failure to prosecute and comply with an Order of the Court. *See* ECF No. 2549. The time for compliance expired on January 28, 2022, and the plaintiffs identified in Exhibit A failed to file a response to the Court's show cause Order. These plaintiffs are directed to file a response confirming that they complied with the Court's show cause Order and provided Defendants with the requisite materials by Wednesday, February 16, 2022 at 12 PM (Central Time), otherwise their case will be dismissed without prejudice.

**DONE and ORDERED** on this 11th day of February, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**