## Exhibit A

| Plaintiff | Case No. |
|---|---|
| Malikai, Sebastian | 7:20-cv-18386 |
| Sapp, Brian | 3:19-cv-02521 |
| Edwards, Jennifer | 7:20-cv-45564 |
| Goodchild, Stephen | 8:20-cv-37455 |
| Douglas, William | 7:20-cv-17587 |
| Moore, Johnathan | 7:20-cv-18375 |
| Vogt, David | 7:20-cv-66528 |
| Olson, Jeremy | 7:20-cv-07403 |
| Ward, Brian | 7:20-cv-08936 |