UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS LIABILTY LITIGATION<br>THIS DOCUMENT RELATES TO<br>THE MASTER DOCKET | ) CASE NO. 3:19-md-2885 EAR PLUGS PRODUCT<br>)<br>)<br>)  Judge M. Casey Rogers<br>)  Magistrate Gary R. Jones |

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that pursuant to Pretrial Order No. 3, attorney Jessica Kaminski of Wallace Miller, hereby enters her appearance in the Master Docket. Jessica Kaminski represents Plaintiffs in individual member cases of MDL No. 2885 and has been admitted to practice *pro hac vice* before this Honorable Court in accordance with the administrative requirements outlined in Pretrial Order No. 3.

                                            Respectfully Submitted,

                                            */s/Jessica Kaminski*
                                            Jessica Kaminski - IL Bar #6332883
                                            WALLACE MILLER
                                            111 W Jackson Blvd Ste 1700
                                            Chicago, IL 60657
                                            Telephone: 312.261.6193
                                            Facsimile: 312.275.8174
                                            Email: jw@wallacemiller.com
                                            *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed this 4th day of February, using the Court's electronic filing system for service by the Court.

/s/*Jessica Kaminski*
Jessica Kaminski - IL Bar #6332883
WALLACE MILLER
111 W Jackson Blvd Ste 1700
Chicago, IL 60657
Telephone: 312.261.6193
Facsimile: 312.275.8174
Email: jw@wallacemiller.com
*Attorney for Plaintiffs*