UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>Jonathan A. Abshier<br>Civil Action No. 7:20-cv-52193-MCR-GRJ | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Elizabeth Z. Brabb of the law firm THOMPSON, COE, COUSINS & IRONS, LLP has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

Respectfully submitted on this 14th day of February, 2022.

/s/ *Elizabeth Z. Brabb*
Elizabeth Z. Brabb (*Pro Hac Vice*)
Texas State Bar No. 24091351

THOMPSON, COE, COUSINS & IRONS, LLP

1

> 701 Brazos, Suite 1500
> Austin, Texas 78701
> Telephone: (512) 703-5059
> Facsimile: (512) 708-8777
> Email: ebrabb@thompsoncoe.com
>
> *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 14th day of February, 2022.

> /s/ Elizabeth Z. Brabb
> Elizabeth Z. Brabb (*Pro Hac Vice*)
> Texas State Bar No. 24091351