# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| Carlos Applewhite<br>Civil Action No. 7:20-cv-52828-MCR-GRJ | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Elizabeth Z. Brabb of the law firm THOMPSON, COE, COUSINS & IRONS, LLP has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

Respectfully submitted on this 14th day of February, 2022.

/s/ Elizabeth Z. Brabb
Elizabeth Z. Brabb (*Pro Hac Vice*)
Texas State Bar No. 24091351

THOMPSON, COE, COUSINS &
IRONS, LLP

1

701 Brazos, Suite 1500
Austin, Texas 78701
Telephone:  (512) 703-5059
Facsimile: (512) 708-8777
Email: ebrabb@thompsoncoe.com

*Counsel for Defendants 3M Company, 3M
Occupational Safety LLC, Aearo
Technologies LLC, Aearo Holding, LLC,
Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 14th day of February, 2022.

*/s/ Elizabeth Z. Brabb*
Elizabeth Z. Brabb (*Pro Hac Vice*)
Texas State Bar No. 24091351

2