# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

This Order addresses issues related to duplicate cases filed on the active docket. The issue of duplicate cases has been a longstanding problem in this litigation and law firms have been on notice since 2019 of the need to rectify the problem. As of February 8, 2022, there were 42 duplicate cases on the active docket. The plaintiffs' law firms are hereby on notice that from the date of this Order forward, filing fees will not be refunded for any case filed on the active docket that is later dismissed as a duplicate case. Plaintiffs' law firms are cautioned to resolve any representation issues prior to filing a case on the active docket.

**DONE and ORDERED** on this 14th day of February, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**