## **EXHIBIT B**

| Parties | Case No. |
|---|---|
| Galimore, Steven Louis v. 3M Company, *et al.* | 7:20-cv-21684-MCR-GRJ |
| Wright, Jerome Steven v. 3M Company, *et al.* | 7:20-cv-22408-MCR-GRJ |