UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases Identified on Exhibit A | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**ORDER**

This Order addresses representation issues with regard to duplicate cases filed on the active docket. In Case Management Order No. 25, the Court instructed that for duplicate plaintiffs, the law firm that will continue representing the plaintiff must transition the case from the administrative docket to the active docket as required by any Transition Order identifying the case for transition. *See* ECF No. 1916. The firm(s) no longer representing the plaintiff are responsible for filing a Request for Dismissal form directly on the individual administrative case docket. The Court emphasized it would not provide firms with additional time to resolve representation issues as Transition Orders are entered requiring law firms to move cases from the administrative docket to the active docket. Further, the Court cautioned that if multiple firms file duplicate cases on the active docket, those cases will be dismissed.

Despite the Court's warning, the 39 plaintiffs identified in Exhibit A have two cases filed on the active docket. The law firms representing these plaintiffs are

directed to confer with each other and move to dismiss the case that is deemed to be the duplicate case within **14 days** of the date of this Order.[1] To the extent the law firms fail to dismiss the duplicate case by the deadline, the Court will dismiss the later filed case.

**DONE and ORDERED** on this 14th day of February, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court will not assume that the duplicate case is the later filed case unless the overlapping representation issue persists.