IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY LITIGATION
EXHIBIT A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number | Transition / Filing Date |
|---|---|---|---|---|---|
| 1 | 216278 | Rossman, Mark | Laminack Pirtle & Martines | 8:20-cv-72578-MCR-GRJ | 10/4/2021 |
| 2 | 335794 | Rossman, Mark Andrew | Environmental Litigation Group PC | 7:21-cv-55064-MCR-GRJ | 11/2/2021 |
| 3 | 5536 | ANDERSON, JAMAAL | Reich and Binstock, LLP | 7:20-cv-00634-MCR-GRJ | 9/28/2021 |
| 4 | 9903 | ANDERSON, JAMAAL | Berniard Law LLC | 8:20-cv-33806-MCR-GRJ | 10/2/2021 |
| 5 | 126787 | Brown, Harold | Mostyn Law | 7:20-cv-97173-MCR-GRJ | 9/24/2021 |
| 6 | 292160 | Brown, Harold | Laminack Pirtle & Martines | 7:21-cv-13385-MCR-GRJ | 10/4/2021 |
| 7 | 158396 | Brown, Christopher | Tracey & Fox Law Firm | 7:20-cv-99076-MCR-GRJ | 10/14/2021 |
| 8 | 267231 | BROWN, CHRIS | The Carlson Law Firm | 9:20-cv-15969-MCR-GRJ | 10/4/2021 |
| 9 | 181605 | Jenkins, Curtis | Mostyn Law | 8:20-cv-03467-MCR-GRJ | 10/18/2021 |
| 10 | 241986 | Jenkins, Curtis | Grant & Eisenhofer | 8:20-cv-75790-MCR-GRJ | 9/30/2021 |
| 11 | 178599 | Gibson, Jeffrey | Singleton Schreiber, LLP | 3:19-cv-03245-MCR-GRJ | 8/22/2019 |
| 12 | 235447 | Gibson, Jeffery | Keller Lenkner | 8:20-cv-86401-MCR-GRJ | 12/3/2021 |
| 13 | 11926 | Creech, Terry | McDonald Worley | 7:20-cv-01381-MCR-GRJ | 9/30/2021 |
| 14 | 181485 | Creech, Terry | Mostyn Law | 8:20-cv-03042-MCR-GRJ | 10/15/2021 |
| 15 | 143332 | Dangerfield, Zach | Watts Guerra, LLP | 3:20-cv-00240-MCR-GRJ | 1/16/2020 |
| 16 | 232242 | Dangerfield, Zachariah Heath | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-81072-MCR-GRJ | 10/21/2021 |
| 17 | 164312 | PARKS, CEDRIC | Bailey & Glasser | 7:20-cv-88510-MCR-GRJ | 9/29/2021 |
| 18 | 271341 | Parks, Cedrick | Kelley & Ferraro LLP | 9:20-cv-13713-MCR-GRJ | 10/3/2021 |
| 19 | 174533 | Sedlitz, Jeremy | Charles E. Boyk Law Offices, LLC | 7:20-cv-79980-MCR-GRJ | 10/8/2021 |
| 20 | 311179 | Sedlitz, Jeremy | Bertram & Graf, L.L.C. | 7:21-cv-29025-MCR-GRJ | 11/11/2021 |
| 21 | 177649 | Vanwinkle, Nathanial | Pulaski Law Firm, PLLC | 8:20-cv-45528-MCR-GRJ | 10/11/2021 |
| 22 | 282519 | VAN WINKLE, NATHANIAL CLAYTON | Monsour Law Firm | 7:21-cv-05337-MCR-GRJ | 9/30/2021 |
| 23 | 127716 | Dinkledine, Matthew Robert | Smith, Gildea & Schmidt, LLC | 8:20-cv-18128-MCR-GRJ | 10/4/2021 |
| 24 | 238094 | Dinkledine, Matthew | Monsour Law Firm | 8:20-cv-85068-MCR-GRJ | 9/28/2021 |
| 25 | 49922 | Edison, Garry | Allan Berger & Associates | 3:19-cv-00594-MCR-GRJ | 4/15/2019 |
| 26 | 96560 | Edison, Garry | Paul LLP | 3:19-cv-04202-MCR-GRJ | 11/1/2019 |
| 27 | 87961 | Kooistra, Jonathan | Weitz & Luxenberg | 7:20-cv-18702-MCR-GRJ | 10/9/2021 |
| 28 | 141533 | Kooistra, Jon | Watts Guerra, LLP | 3:20-cv-02420-MCR-GRJ | 1/31/2020 |
| 29 | 26186 | Wood, Michael | Tracey & Fox Law Firm | 7:20-cv-98095-MCR-GRJ | 9/7/2021 |
| 30 | 179614 | Wood, Michael | Singleton Schreiber, LLP | 3:20-cv-05198-MCR-GRJ | 3/24/2020 |
| 31 | 77262 | Tackett, Shane | Kirtland & Packard LLP | 7:20-cv-71266-MCR-GRJ | 10/4/2021 |
| 32 | 315263 | Tackett, Shane | Bailey Cowan Heckaman PLLC | 7:21-cv-34008-MCR-GRJ | 10/18/2021 |
| 33 | 171445 | Saulsberry, Timothy Blessing | Tracey & Fox Law Firm | 8:20-cv-01848-MCR-GRJ | 11/4/2021 |
| 34 | 179310 | SAULSBERRY, TIMOTHY | Singleton Schreiber, LLP | 3:20-cv-04856-MCR-GRJ | 3/13/2020 |
| 35 | 94690 | WILLIAMS, EVAN | Paul LLP | 3:19-cv-04638-MCR-GRJ | 11/12/2019 |
| 36 | 255197 | WILLIAMS, EVAN | The DiLorenzo Law Firm, LLC | 9:20-cv-00741-MCR-GRJ | 10/14/2021 |
| 37 | 71287 | Forrister, Jonathon | Danziger & De Llano | 8:20-cv-24475-MCR-GRJ | 9/16/2021 |
| 38 | 169838 | Forrister, Jonathan | Pulaski Law Firm, PLLC | 8:20-cv-53150-MCR-GRJ | 10/11/2021 |
| 39 | 136130 | Arrington, Tara Patrice | Thomas J Henry | 3:19-cv-03385-MCR-GRJ | 9/6/2019 |
| 40 | 206178 | Arrington, Tara | Tracey & Fox Law Firm | 8:20-cv-50314-MCR-GRJ | 11/5/2021 |
| 41 | 113171 | Phillips, Justin Lee | Douglas & London | 7:20-cv-77603-MCR-GRJ | 10/18/2021 |
| 42 | 179164 | Phillips, Justin | Singleton Schreiber, LLP | 3:20-cv-05190-MCR-GRJ | 3/24/2020 |
| 43 | 143755 | Mayence, Michael | Watts Guerra, LLP | 3:20-cv-03313-MCR-GRJ | 2/12/2020 |
| 44 | 190857 | Mayence, Michael | Schlesinger Law Offices, P.A. | 3:20-cv-03856-MCR-GRJ | 2/29/2020 |
| 45 | 155836 | HILL, ZEBORIAH | Watts Guerra, LLP | 3:20-cv-02570-MCR-GRJ | 2/5/2020 |
| 46 | 178725 | HILL, ZEBORIAH | Singleton Schreiber, LLP | 3:20-cv-04448-MCR-GRJ | 3/9/2020 |
| 47 | 159226 | Heins, Aaron | Thomas J Henry | 3:19-cv-04839-MCR-GRJ | 12/3/2019 |
| 48 | 167327 | Heins, Aaron | Clark, Love & Hutson PLLC | 7:20-cv-37879-MCR-GRJ | 3/24/2020 |
| 49 | 12215 | Phillips, Roy | McDonald Worley | 7:20-cv-01703-MCR-GRJ | 10/4/2021 |
| 50 | 56186 | PHILLIPS, ROY ALLEN | The Gori Law Firm, P.C. | 7:20-cv-07244-MCR-GRJ | 10/5/2021 |
| 51 | 5814 | HEMLEB, ALEXANDER | Reich and Binstock, LLP | 7:20-cv-01694-MCR-GRJ | 9/24/2021 |
| 52 | 201185 | Hemleb, Alexander J | Pulaski Law Firm, PLLC | 8:20-cv-47270-MCR-GRJ | 10/8/2021 |
| 53 | 164081 | McDade, James | LANGSTON & LOTT, PLLC | 7:20-cv-89053-MCR-GRJ | 10/1/2021 |
| 54 | 354912 | McDade, James | Heninger Garrison Davis, LLC | 3:21-cv-04578-MCR-GRJ | 12/20/2021 |
| 55 | 80143 | Sanchez, Tomas | Heninger Garrison Davis, LLC | 7:20-cv-54114-MCR-GRJ | 10/13/2021 |
| 56 | 355777 | Guadalupe Sanchez, Tomas | Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz | 3:22-cv-00717-MCR-GRJ | 1/17/2022 |
| 57 | 151443 | Pipkins, Tony | Thomas J Henry | 7:20-cv-33297-MCR-GRJ | 9/13/2021 |
| 58 | 188870 | Pipkins, Tony | The DiLorenzo Law Firm, LLC | 8:20-cv-21666-MCR-GRJ | 10/15/2021 |
| 59 | 141260 | Corley, Craig | Watts Guerra, LLP | 3:19-cv-04160-MCR-GRJ | 11/1/2019 |
| 60 | 178402 | Corley, Craig | Singleton Schreiber, LLP | 3:20-cv-04315-MCR-GRJ | 3/5/2020 |
| 61 | 113300 | PRATT, MICHAEL | Douglas & London | 7:20-cv-77762-MCR-GRJ | 9/22/2021 |
| 62 | 356415 | PRATT, MICHAEL | Tracey & Fox Law Firm | 3:22-cv-00369-MCR-GRJ | 1/11/2022 |
| 63 | 89139 | Chavez, Rudy | Clark, Love & Hutson PLLC | 7:20-cv-20143-MCR-GRJ | 2/28/2020 |
| 64 | 307744 | Chavez, Rudy | Baron & Budd | 7:21-cv-26507-MCR-GRJ | 9/27/2021 |
| 65 | 74954 | Slosson, Nathanael | Danziger & De Llano | 8:20-cv-26242-MCR-GRJ | 9/16/2021 |
| 66 | 267352 | Slosson, Nathanel | The Carlson Law Firm | 9:20-cv-16621-MCR-GRJ | 9/30/2021 |
| 67 | 168615 | ANDERSON, ZACHARY | Parafinczuk Wolf, P.A. | 7:20-cv-38075-MCR-GRJ | 9/29/2021 |
| 68 | 313108 | Anderson, Zach | Bailey Cowan Heckaman PLLC | 7:21-cv-31567-MCR-GRJ | 10/13/2021 |
| 69 | 178495 | DUNNING, CHRISTOPHER | Singleton Schreiber, LLP | 3:20-cv-04561-MCR-GRJ | 3/10/2020 |
| 70 | 250936 | DUNNING, CHRISTOPHER | Bailey Cowan Heckaman PLLC | 8:20-cv-95749-MCR-GRJ | 10/7/2021 |
| 71 | 15634 | SIERRA, ANGEL | Pulaski Law Firm, PLLC | 7:20-cv-02630-MCR-GRJ | 9/9/2021 |
| 72 | 354044 | SIERRA, ANGEL | Heninger Garrison Davis, LLC | 3:21-cv-03734-MCR-GRJ | 12/3/2021 |
| 73 | 181150 | Cruz, Ricardo Miranda | McDonald Worley | 8:20-cv-31492-MCR-GRJ | 10/1/2021 |
| 74 | 234185 | Miranda, Ricardo | Carey Danis & Lowe | 8:20-cv-83315-MCR-GRJ | 9/30/2021 |
| 75 | 20032 | Burke, Christopher | Tracey & Fox Law Firm | 7:20-cv-86025-MCR-GRJ | 12/8/2021 |
| 76 | 178326 | BURKE, CHRIS | Singleton Schreiber, LLP | 3:20-cv-04112-MCR-GRJ | 3/3/2020 |
| 77 | 111619 | Limer, Cori | Douglas & London | 7:20-cv-80634-MCR-GRJ | 10/12/2021 |
| 78 | 351757 | Limer, Cori Don | Environmental Litigation Group PC | 3:21-cv-03590-MCR-GRJ | 12/2/2021 |