UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to: <br><br> RAFAEL MEDINA, <br>         PLAINTIFF, | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| v. | Civil Action No.: 8:20-CV-10065 |
| 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC, <br>         DEFENDANTS. | |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, G. Sean Jez, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above- styled case only, and in support thereof state as follows:

1.    Movant resides in Texas and is not a resident of the State of Florida.

2.    Movant is not admitted to practice in the Northern District of Florida and is a member in good standing Supreme Court of the State of Texas and the State of Pennsylvania. Movant is also admitted to practice before the United States Supreme Court, the U.S. District Courts for the Southern, Eastern, Western and Northern Districts of Texas, the U. S. Court of Appeals for the Second, Fifth, Sixth, Seventh, Eighth and Tenth Circuits, the U.S. District Courts for the Eastern and Western Districts of Arkansas, U.S. District Court of New Mexico and the U.S.

1

District Court for the Eastern District of Missouri. Movant is currently a member in good standing in all such courts.

A copy of a Certificate of Good Standing from the Supreme Court of the State of Texas dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16448662175738 and completed the CM/ECF Online Tutorials.

4. G. Sean Jez has submitted to the Clerk the required $208.00 pro hac vice admission fee.

5. G. Sean Jez has upgraded his PACER account to "NextGen."

6. Movant represents Plaintiff Rafael Medina.

WHEREFORE, G. Sean Jez respectfully requests that this Court enter an Order granting G. Sean Jez of Fleming, Nolen & Jez admission to practice pro hac vice in this case.

DATED: February 14, 2022          Respectfully submitted,

                                  /s/ G. Sean Jez
                                  G. Sean Jez
                                  Texas State Bar No.: 00796829
                                  FLEMING NOLEN & JEZ LLP
                                  2800 Post Oak Boulevard
                                  Suite 4000
                                  Houston, Tx 77056
                                  713-621-7944
                                  sean_jez@fleming-law.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

DATED:  February 14, 2022         /s/ *G. Sean Jez*
                                  G. Sean Jez