# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**DECLARATION OF JON E. OLSSON FOR PRO HAC VICE ADMISSION**

I, Jon E. Olsson, declare under the pains of perjury as follows:

1. I am an associate at the law firm of Dechert LLP, 100 Oliver St., Boston, MA 02110. I submit this declaration in support of the accompanying motion for admission *pro hac vice*.

2. I am a member in good standing of the Bar of the Commonwealth of Massachusetts, No. 698783.

3. I am a member in good standing of the U.S. District Court for the District of Massachusetts, No. 698783.

4. There are no disciplinary proceedings pending against me. Furthermore, I have never been reprimanded, suspended, or disbarred from the practice of law in any jurisdiction.

5. I am familiar with the allegations made against 3M in the above-referenced matter.

6. I will supplement my motion for *pro hac vice* admission with a Certificate of Good Standing from the Commonwealth of Massachusetts upon receipt.

7. I respectfully request that the Court permit me to appear on behalf of 3M in the above-referenced matter.

Signed under the penalties of perjury this 14th day of February, 2022.

Jon E. Olsson