# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to all Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on  February 14, 2022

Motion/Pleadings: MOTION TO APPEAR *PRO HAC VICE*.
Filed by  Jon Olsson            on  February 14, 2022  Doc. #'s 2761
RESPONSE: _____ on _____  Doc. #'s

                                                      JESSICA J. LYUBLANOVITS
                                                      CLERK OF COURT
                                                      */s/ Donna Bajzik*
                                                      Deputy Clerk: Donna Bajzik

---

On consideration, the motion is GRANTED temporarily for the limited purpose of the deposition scheduled on February 15, 2022. Counsel must file an amended Motion to Appear *Pro Hac Vice* providing the required Certificate of Good Standing before making any further appearances.

**DONE** and **ORDERED** this 14th day of February, 2022.

                                          *M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **UNITED STATES DISTRICT JUDGE**