IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION,

Case No. 3:19-md-2885-MCR-GRJ

Judge M. Casey Rodgers
Magistrate Judge Gary Jones

This Document Relates to:
*Beal,* 7:20-cv-00006
*Kelley,* 7:20-cv-00153
*Vaughn*, 7:20-cv-00134
*Vilsmeyer,* 7:20-cv-00113
*Wilkerson,* 7:20-cv-00035
_____/

# O R D E R

Pending before the Court are Defendants' Motions for Leave to File Under Seal, which have been filed in each of the above referenced cases.[1]

Defendants request authorization to file under seal Exhibit 1 to Defendants' Responses to Plaintiffs' Motion to Authorize Remote Testimony Pursuant to Rule 43(a) from Elliott Berger. Exhibit 1 contains excerpts from Elliott Berger's 30(b)(6) deposition transcript, which

---

[1] The following are the docket numbers for each of the motions: *Beal,* case no. 7:20-cv-00006, ECF No. 57; *Kelley,* case no. 7:20-cv-00153, ECF No. 47; *Vaughn,* case no. 7:20-cv-00134, ECF No. 49; *Vilsmeyer,* case no. 7:20-cv-00113, ECF No. 60; *Wilkerson,* case no. 7:20-cv-00035, ECF No. 80.

Defendants have designated as confidential.  Exhibits 2 and 3 to Defendants' response will be filed on the public docket.

Upon due consideration, Defendants' Motions for Leave to File Under Seal, are **GRANTED**. Defendants are authorized to file Exhibit 1 to their Responses under seal. The Court will readdress the motions to seal after the conclusion of the Group D trials.

The Clerk is directed to file this order in each of the above referenced cases and must terminate the motion to seal in each of the cases.

**DONE AND ORDERED** this 15th day of February 2022.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge