UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and Northern District of Florida Local Rule 11.1, Marc K. Erickson hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Kansas and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bars of the State of Missouri and the State of Kansas. A copy of Movant's Letter of Good Standing from the State of Missouri dated within 30 days of this Motion is attached hereto as **Exhibit A**. A copy of Movant's Letter of Good Standing from the State of Kansas dated within 30 days of this Motion is attached hereto as **Exhibit B**.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16436642795682**, and the CM/ECF online tutorial.

1

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen".

6. Movant is the attorney of record in the related cases identified in **Exhibit C**.

WHEREFORE, Marc K. Erickson requests that this Court enter an Order granting this Motion to Appear *Pro Hac Vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: February 4, 2022.	WAGSTAFF & CARTMELL LLP

By: */s/ Marc K. Erickson*
Marc K. Erickson
Missouri Bar # 45402
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
Telephone: 816-701-1100
Facsimile: 816-531-2372
merickson@wcllp.com

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/30/1994,

## Marc Kimble Erickson

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 2nd day of February, 2022.

*[signature: Betsy AuBuchon]*

Clerk of the Supreme Court of Missouri

Exhibit B

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Douglas T. Shima**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on April 28, 1995,

## Marc Kimble Erickson

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 1st day of February, 2022.

**Active Status**

*Douglas T. Shima*
Clerk of the Supreme Court of Kansas

# EXHIBIT C

| Parties | Case No. |
|---|---|
| Dempsey, Patrick Christopher v. 3M Company, *et al.* | 8:20-cv-12587-MCR-GRJ |
| Isom, Tabatha Beth v. 3M Company, *et al.* | 7:20-cv-21696-MCR-GRJ |
| East, Christopher Charles v. 3M Company, *et al.* | 7:20-cv-21686-MCR-GRJ |
| Galimore, Steven Louis v. 3M Company, *et al.* | 7:20-cv-21684-MCR-GRJ |
| Wright, Jerome Steven v. 3M Company, *et al.* | 7:20-cv-22408-MCR-GRJ |
| Murphy, Gregory B. v. 3M Company, *et al.* | 7:20-cv-22497-MCR-GRJ |
| Kruse, Christopher L. v. 3M Company, *et al.* | 7:20-cv-22780-MCR-GRJ |
| Wilson, Frank H. v. 3M Company, *et al.* | 7:20-cv-22793-MCR-GRJ |
| Musselman, Barry James v. 3M Company, *et al.* | 7:20-cv-22842-MCR-GRJ |
| Johnson, Brett Andrew v. 3M Company, *et al.* | 7:20-cv-26118-MCR-GRJ |
| Trombley, Christopher v. 3M Company, *et al.* | 7:20-cv-33113-MCR-GRJ |
| Sipple, Robert Brandon v. 3M Company, *et al.* | 7:20-cv-36007-MCR-GRJ |
| Frydrych, Thomas Joseph v. 3M Company, *et al.* | 7:20-cv-36391-MCR-GRJ |
| Soto, Angel L. v. 3M Company, *et al.* | 7:20-cv-36424-MCR-GRJ |
| Schultz, Nicholas Mark v. 3M Company, *et al.* | 7:20-cv-36454-MCR-GRJ |
| Wathey Colon, Harold A. v. 3M Company, *et al.* | 7:20-cv-28637-MCR-GRJ |