## EXHIBIT A

| Plaintiff Name | Cause No. | Missing Discovery Responses |
|---|---|---|
| Sebastian Malikai | 7:20-cv-18386 | Responses to Second Set of Interrogatories<br>Responses to Second Set of Requests for Production |
| Brian Sapp | 3:19-cv-02521 | Responses to Second Set of Interrogatories<br>Responses to Second Set of Requests for Production |
| Jennifer Edwards | 7:20-cv-45564 | Responses to Second Set of Interrogatories<br>Responses to Second Set of Requests for Production |
| Stephen Goodchild | 8:20-cv-37455 | Responses to Second Set of Interrogatories<br>Responses to Second Set of Requests for Production |
| Johnathan Moore | 7:20-cv-18375 | Responses to Second Set of Interrogatories<br>Responses to Second Set of Requests for Production |
| William Douglas | 7:20-cv-17587 | Responses to Second Set of Interrogatories<br>Responses to Second Set of Requests for Production |
| David Vogt | 7:20-cv-66528 | Responses to Second Set of Interrogatories<br>Responses to Second Set of Requests for Production |
| Brian Ward | 7:20-cv-08936 | Responses to Second Set of Interrogatories<br>Responses to Second Set of Requests for Production |
| Jeremy Olson | 7:20-cv-07403 | Responses to Second Set of Interrogatories<br>Responses to Second Set of Requests for Production |