# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases<br><br>_____ | ) Case No. 3:19-md-02885<br>)<br>)<br>)<br>) Judge M. Casey Rodgers<br>)<br>) Magistrate Judge Gary R. Jones<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL
## OF COUNSEL PURSUANT TO LOCAL RULE 11.1(H)(1)(B)
## AND REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that attorney Micah Brown, of the law firm Dechert LLP, is withdrawing as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC ("Defendants") in the above-referenced multi-district litigation, and should be removed from the docket and electronic service list accordingly. As required by Local Rule 11.1(H)(1)(b), Defendants consent to this withdrawal, and the withdrawal will leave Defendants with counsel of record who will continue in the case.

DATED: February 16, 2022      By: */s/ Kimberly Branscome*
                              Kimberly Branscome
                              DECHERT LLP

1

633 West 5th Street
Los Angeles, California 90071
Telephone: (213) 808-5762
Email: kimberly.branscome@dechert.com

*Attorney for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I, hereby certify that on February 16, 2022, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

DATED: February 16, 2022              */s/ Kimberly Branscome*
                                       Kimberly Branscome