# United States District Court
## CIVIL MINUTES - GENERAL

Case No.: **3:19-md-2885-MCR/GRJ**                                                              Date: February 16, 2022
In Re: **3M Combat Arms Earplug Products Liability Litigation**

---

**DOCKET ENTRY: 22nd Case Management Conference**
Attendance of counsel in person, by telephone, and by Zoom. U.S. Magistrate Judge Gary Jones and Special Master Judge David Herndon present by Zoom. Order to follow memorializing the Case Management Conference.

---

**PRESENT:**

| Honorable **M. Casey Rodgers** | Faith Stachulski | Barbara Rogers | Donna Boland |
|---|---|---|---|
| United States District Judge | Law Clerk | Deputy Clerk | Court Reporter |
| Honorable **Gary R. Jones** | | | |
| United States Magistrate Judge | | | |

---

**APPEARANCES:**

**Lead Counsel for Plaintiffs:** Bryan Aylstock, Shelley Hutson, Christopher Seeger, and Jennifer Hoekstra

**Lead Counsel for Defendants:** Mark Nomellini, Mike Brock, Jay Bhimani, Carrie Karis, and Charles Beall

**PROCEEDINGS:**

3:02 pm        Court in Session - Introduction of Counsel
               Court and counsel address the following agenda items:

   I. **Wave process and Orders**
      Wave Order #2 will be entered February 22, 2022, Wave Order #3 will be entered in May 2022
      Aylstock provides update as to the first wave.

   II. **Transition Orders**
       The Court will enter a transition order in early March 2022

   III. **Other matters**
        Aylstock, Hoekstra and Nomellini provide updates to DOEHRS, the DME process, and the status of depositions.

3:52 pm        Court in Recess