**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to*:<br>the Master Docket and<br>*Radford v. 3M Co.*,   No. 7:20-cv-17222<br>*Juarez v. 3M Co.*,   No. 7:20-cv-18332<br>*Walton v. 3M Co.*,   No. 7:20-cv-18143<br>*Killian v. 3M Co.*,   No. 7:20-cv-16899<br>*Rosales v. 3M Co.*,   No. 7:20-cv-18790 | Case No. 3:19-md-2885<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Yasmine G. Meyer, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1. Movant resides in New York, and is not a resident of the State of Florida. Movant is admitted to practice and is a member in good standing of the State Bar of New York (Bar No. 5105960).

2. A copy of the Certificate of Good Standing from the Bar of the State of New York, 2d Department, dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3, and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16451107015755 and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice*

admission fee.

5. Movant has upgraded her PACER account to "NextGen" and verified it is not a firm account but an individual account.

6. Movant will file a Notice of Appearance in the master case, *In re: 3M Combat Arms Earplug Products Liability litigation*, No. 2:19-md-2885 (MCR)(GRJ).

7. Movant will also file a Notice of Appearance in the related cases *Radford v. 3M Co., No. 7:20-cv-17222; Juarez v. 3M Co., No. 7:20-cv-18332; Walton v. 3M Co., No. 7:20-cv-18143; Killian v. 3M Co., No. 7:20-cv-16899 and Rosales v. 3M Co., No. 7:20-cv-18790.*

Wherefore, Yasmine G. Meyer, respectfully requests that this Court enter an Order granting this motion to appear pro hac vice, and directing the clerk to provide notice of Electronic Case filings to the undersigned.

Dated: February 18, 2022

          Respectfully submitted,
By: /s/ *Yasmine G. Meyer*
Yasmine G. Meyer
Seeger Weiss LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656
Email: ymeyer@seegerweiss.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2022, I caused the foregoing Motion to Appear *Pro Hac Vice* to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                           */s/ Adam R. Zurbriggen*
                                           Adam R. Zurbriggen