# Exhibit A

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

STEVEN LYNN REITENOUR

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

May 08, 1992

Given under my hand and seal of this court on

February 11, 2022

Emily J. Eschweiler, Director
Office of Lawyer Registration