UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, Rachel Rosenberg respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Pennsylvania and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Pennsylvania. A copy of a Certificate of Good Standing from the State of Pennsylvania dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

1

Admission Tutorial, confirmation number FLND16452006355765, and completed the CM/ECF Online Tutorials.

4. Rachel Rosenberg has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Rachel Rosenberg has upgraded her PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Rachel Rosenberg respectfully requests that this Court enter an Order granting Rachel Rosenberg of Dechert LLP, admission *pro hac vice* in this case.

Respectfully submitted on this 18th day of February, 2022.

/s/ *Rachel Rosenberg*
Rachel Rosenberg, PA Bar No. 322960

Dechert LLP
2929 Arch Street, Philadelphia, PA, 19104
Telephone:  (215) 994-2932
Facsimile:   (215) 994-2222
Email:  rachel.rosenberg@dechert.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 18th day of February, 2022.

                                               */s/ Rachel Rosenberg*
                                               Rachel Rosenberg