# EXHIBIT A



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF PENNSYLVANIA** }

I, Kate Barkman, Clerk of the United States District Court for the Eastern District of Pennsylvania,

**DO HEREBY CERTIFY** that                                    , Bar #                  , was duly admitted to practice in said Court on                          , and is in good standing as a member of the bar of said Court.

CLERK'S OFFICE
Sworn to and Subscribed
before me this day
Feb/16/2022

_____
**Deputy Clerk, U.S. District Court**
**Eastern District of Pennsylvania**

_____
**KATE BARKMAN**
**Clerk of Court**

DATED at Philadelphia, Pennsylvania on

BY: _Mei yu Ruan_

**Deputy Clerk**

Rev. 1/20/17