UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Jonathan Wade Vaughn*<br>*Civil Case No. 7:20-cv-00134* | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3 and the United States District Court for the Northern District of Florida Local Rule 11.1, John B. Quinn respectfully moves this Court for an order for admission to practice *pro hac vice* in the above-captioned action and in support thereof states as follows:

1. I am a member in good standing and eligible to practice before the following courts of the State of California (Bar No. 90378) where Movant resides and regularly practices law and the State of New York (Bar No. 1380997):

| Title of Court | Date Admitted |
|---|---|
| California | 11/29/1979 |
| New York | 10/24/1978 |

2. Movant submits a copy of a Certificate of Good Standing from the Supreme

1

Court of the State of California and State of New York dated within 30 days of this motion and is attached hereto;

3.  Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the online Attorney Admission Tutorial, Confirmation Number **FLND16448603195737**, and the online CM/ECF Tutorial;

4.  Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee; and

5.  Movant maintains an upgraded PACER account.

6.  Mover is counsel for Jonathan Wade Vaughn in the matter entitled *Jonathan Vaughn v. 3M Company et al.*, No. 7:20-cv-00134-MCR-GRJ that was automatically transferred to this court as part of the captioned MDL.

WHEREFORE, Movant respectfully requests that this Court enter an order granting this Motion to Appear *Pro Hac Vice* and directing the Clerk to provide notice of electronic case filings to the undersigned.

DATED: February 17, 2022                 Respectfully Submitted,

By _/s/ John B. Quinn_
John B. Quinn
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Fl
Los Angeles, CA 90017
Telephone: (213) 443-3000