UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Wave Cases Identified on Exhibit A | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**ORDER**

On November 22, 2021, the Court entered the first in a series of anticipated "Wave Orders" setting an eight-month discovery schedule for 500 cases. *See* Wave Order #1, ECF No. 2304. Thereafter, the parties reached a stipulation modifying the process for records authorizations and service of certain discovery in the Wave cases. *See* Joint Stipulation, ECF No. 2468. Pursuant to the Court's Order and the parties' stipulation, the plaintiffs in the first Wave were required to, among other things, submit signed authorizations for the release of records and respond to Defendants' written discovery requests by specified deadlines.

On January 19, 2022, the Court was advised that 23 plaintiffs had not complied with these requirements by either failing to submit the required records authorizations, failing to respond to Defendants' discovery requests, or both. *See* ECF No. 2502. The Court directed these 23 plaintiffs to submit the required authorizations, respond to Defendants' discovery requests, and show cause why his

or her case should not be dismissed for failure to prosecute and comply with an Order of the Court by January 28, 2022. *See* ECF No. 2549. The plaintiffs identified on Exhibit A responded to the Court's show cause Order and provided certifications from counsel that the requisite materials have been submitted to Defendants. The Court accepts these responses and finds good cause shown; therefore, no sanctions will be imposed in these cases. The Clerk is directed to enter a copy of this Order on the MDL docket and on the individual docket for each of the cases identified on Exhibit A.

**DONE and ORDERED** on this 22nd day of February 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**