**Exhibit A**

| Plaintiff | Case No. |
|---|---|
| Elger, William | 7:20-cv-17588 |
| Fennell, Bryan | 7:20-cv-51214 |
| Pera, Gerald | 7:20-cv-59739 |
| Jackson, James[1] | 7:20-cv-30438 |
| Wetherington, Gary | 7:20-cv-14947 |
| Meadows, Cameron | 7:20-cv-90359 |
| Maciel, Nicholas | 8:20-cv-47592 |
| Yoshida, Byron T. | 8:20-cv-38455 |

---

[1] Plaintiff June Jackson Wyatt's case number was erroneously attributed to Plaintiff James Jackson in Defendants' Motion for Order to Show Cause. *See* ECF No. 2502. Defendants filed a retraction confirming that Plaintiff June Jackson Wyatt timely provided her signed authorizations to Defendants by January 7, 2022. *See June Jackson Wyatt*, Case No. 7:20-cv-30438, ECF No. 14. Thus, the parties are directed to disregard the Order to show cause as it relates to Plaintiff June Jackson Wyatt. Plaintiff James Jackson filed a Stipulation of Voluntary Dismissal With Prejudice on February 9, 2022. *See James Jackson*, Case No. 7:20-cv-05762, ECF No. 10.