# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rules 11.1, James P. Lamey hereby moves this Court for an Order for Admission to Practice Pro Hac Vice in the above-styled case, and in support states as follows:

1. I reside in Texas. I am not a resident of the State of Florida.

2. I am admitted to practice and am a member in good standing of the Bar of the State of Texas (TX Bar No. 24094072). A copy of a Certificate of Good Standing from the Texas Bar Association dated within 30 days of this motion is attached hereto as Exhibit A.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, I have reviewed the local rules for this district, successfully completed the online Attorney Admission Tutorial (Confirmation Number: FLND16456445255778), and reviewed the PACER CM/ECF tutorials.

4. I have submitted to the Clerk the required $208.00 pro hac vice admission fee.

5. My PACER account is an individual account and is upgraded to NextGen.

6. I am the attorney of record in the following case: *Kevin Carpenter v. 3M Company, et al*, 7:20-cv-96320-MCR-GRJ

WHEREFORE, James P. Lamey respectfully requests that this Court enter an Order granting this motion to appear pro hac vice and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: 02/23/2022                    Respectfully submitted,

*/s/ James P. Lamey*
James P. Lamey
Fed Bar No. 3015462
Texas Bar No. 24094072
jameslamey@spencer-law.com
4635 Southwest Freeway, Suite 900
Houston, TX 77027
Tel: 713-961-7770
Fax: 713-961-5336

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 23rd day of February, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ James P. Lamey
James P. Lamey