# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Master File No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This document relates to: the Master Docket and<br>*Chee v. 3M Company, et al.;*<br>7:20-cv-72717<br>*Davis v. 3M Company, et al.;*<br>7:20-cv-72893<br>*Forsythe v. 3M Company, et al.;*<br>7:20-cv-73108<br>*Hugo v. 3M Company, et al.;*<br>7:20-cv-73500<br>*Sandoval v. 3M Company, et al.;*<br>7:20-cv-75595<br>_____ | |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with Northern District of Florida Local Rule 11.1 and the Court's April 9, 2019 Order, Pretrial Order No. 3, T.A.C. Hargrove, II, respectfully moves for admission to practice *pro hac vice* for purposes of appearance as counsel on behalf of the Plaintiffs in the above-styled case only, and in support thereof states as follows:

1. Movant resides in South Carolina, and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of

1

Florida, and is a member in good standing of the bar of the State of South Carolina. A copy of a Certificate of Good Standing from the State of South Carolina dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16438167025695, and completed the CM/ECF Online Tutorials.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen" and has verified it is not a firm account but an individual account.

6. Movant will file a Notice of Appearance in the related cases *Chee v. 3M Company, et al.,* Civil Action No. 7:20-cv-72717; *Davis v. 3M Company, et al.,* Civil Action No. 7:20-cv-72893; *Forsythe v. 3M Company, et al.,* Civil Action No. 7:20-cv-73108; *Hugo v. 3M Company, et al.,* Civil Action No. 7:20-cv-73500; *Sandoval v. 3M Company, et al.,* Civil Action No. 7:20-cv-75595.

WHEREFORE, Plaintiffs respectfully request the Court enter an Order admitting T.A.C Hargrove, II, of Rogers, Patrick, Westbrook & Brickman, LLC, *pro hac vice* in this case.

Respectfully submitted this the 23rd day of February 2022.

                                       */s/ T.A.C. Hargrove, II*
                                       T.A.C. Hargrove, II, Esq.
                                       **ROGERS, PATRICK, WESTBROOK & BRICKMAN, LLC**
                                       1037 Chuck Dawley Blvd., Bldg. A
                                       Mount Pleasant, SC  29464
                                       Telephone: (843) 727-6500
                                       Email: thargrove@rpwb.com

                                       *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 23rd day of February 2022.

*/s/ T.A.C. Hargrove, II*
T.A.C. Hargrove, II