UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rule 11.1, I, Kelley Owens, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member of good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial Exam, confirmation number FLND16456447665779, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen".

6. Movant respectfully requests that Notice of Electronic Filing to the following email address: keowens@kirkendalldwyer.com

7. I am the attorney of record in the following cases:

*Simonelli, Brett v. 3m Company, et al, 7:20-cv-66393-MCR-GRJ*
*Abney, Chris v. 3m Company, et al. 7:20-cv-65972-MCR-GRJ*
*Davis, Roy v. 3m Company, et al, 7:20-cv-65978 -MCR-GRJ*

WHEREFORE, Kelley Owens, respectfully request that this Court enter an Order granting this motion to appear *pro hac vice* and directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: February 24, 2022                                Respectfully Submitted,

                                                                        */s/ Kelley Owens*
Kelley Owens
Texas Bar No. 24118105
keowens@kirkendalldwyer.com
4343 Sigma Boulevard, Suite 200
Dallas, TX  75244
Telephone:  (214) 271-4027
Facsimile:  (214) 253-0629

*Attorneys for Plaintiff*