IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | § § § | Case No. 3:19-md-2885 |
| This Document Relates to: | § § § | Judge M. Casey Rodgers |
| *David Wayne Saucier* <br> Civil Case No.  3:22-cv-2073 <br> *Bobby Lynn Cook* <br> Civil Case No.  3:22-cv-2074 <br> *Liliana Delgado* <br> Civil Case No.  3:22-cv-2091 | § § § § § § § | Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the United States District Court for the Northern District of Florida Local Rule 11.1, Jason C. Webster hereby moves this Court for admission to practice pro hac vice in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Texas, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member of good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16347643845159, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $ 208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

WHEREFORE, Jason C. Webster respectfully requests that this Court enter an order granting

1

this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Date:   February 24, 2022.                    Respectfully submitted,

**THE WEBSTER LAW FIRM**

By: */s/ Jason C. Webster*
THE WEBSTER LAW FIRM
JASON C. WEBSTER
*Pro Hac Vice Admission Pending*
6200 Savoy Drive, Suite 150
Houston, Texas  77036
713.581.3900 (telephone)
713.581.3907 (facsimile)
Texas Bar No. 24033318
filing@thewebsterlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on February 24, 2022 and served electronically on all counsel of record.

/s/ Jason C. Webster
Jason C. Webster