UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Wilkerson*, 7:20cv35 *Vilsmeyer*, 7:20cv113 *Kelley*, 7:20cv153 *Vaughn*, 7:20cv134 *Beal*, 7:20cv6 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on ___February 24, 2022___

Motion/Pleadings: <u>Non-Party Elliott Berger's Objection to Magistrate Judge's February 18, 2022 Order</u>

Filed by __Elliott Berger__ on __February 23, 2022__ Doc. #'s __2793__
_____ on _____ Doc. #'s

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Donna Bajzik*
Deputy Clerk:    Donna Bajzik

Due to the impending bellwether trial dates, Plaintiffs' response to Berger's objections is due by Monday, February 28th, 2022 at 12 PM CT.

**DONE** and **ORDERED** this 24th day of February, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**