# EXHIBIT A

# WEST VIRGINIA STATE BAR

## Certificate of Good Standing

**Aaron Nathan Arthur - WVSB ID# 12447**

This is to certify that, according to the records of the West Virginia State Bar, Aaron Nathan Arthur, of CHARLESTON, WV, was admitted to practice law by the Supreme Court of Appeals of WV on June 11, 2014.

According to the records of the West Virginia State Bar, as of February 22, 2022, Aaron Nathan Arthur is currently an Active Member in good standing with the West Virginia State Bar.

*Anita R. Casey*
**Anita R. Casey, Esquire**
Executive Director
The West Virginia State Bar