# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ELLIOTT BERGER,

    Petitioner,

v.

*Wilkerson,* Case No. 7:20-cv-035
*Vilsmeyer,* Case No. 7:20-cv-113
*Kelley,* Case No. 7:20-cv-153
*Vaughn,* Case No. 7:20-cv-134
*Beal,* Case No. 7:20-cv-006

    Respondents.

Case No.
Miscellaneous Action

## DECLARATION OF ELLIOTT BERGER

Under penalty of perjury, pursuant to 28 U.S.C. § 1746, Elliott Berger ("I") declare as follows:

1. I have personal knowledge of the statements made herein and in the accompanying Miscellaneous Action which is incorporated herein, or they are from the pleadings, motions, responses and orders filed in these cases.

2. I retired on July 31, 2018 from 3M. I am nearly 70 years old, have fully retired, and live in Indianapolis, Indiana, more than 700 miles from Pensacola, Florida. Prior to October 12, 2021, I was a contract worker for 3M, employed by Volt Workforce Solutions, but not a full time employee of 3M. As of



EXHIBIT A

October 12, 2021, I concluded my contract work for 3M and have no ongoing work with 3M. My consulting arrangement does not require me to testify and merely compensated me under certain circumstances. I did not anticipate what even Judge Jones[1] recognizes as the "gargantuan nature of this MDL." Contrary to Judge Jones' conclusion, I did not understand the gargantuan nature of this MDL when I signed on as a consultant. I understood that depositions would be taken and I would have the option to voluntarily appear in one or two live trials, and thereafter my depositions from any trials would be used in subsequent cases. I had no understanding that as a result of later court rulings I would be repeatedly subpoenaed for remote trial testimony and could be subject to thousands of subpoenas.

3. I understand at one point there were in excess of 200,000 claims and 16 bellwether trials set or to be set.

4. During the course of this Case, I testified in thirteen Plaintiff's cases, at ten trials.

5. This has tied up my personal schedule, has interfered with my retirement, and is an undue burden on me and not appropriate.

---

[1] The Order of October 28, 2021 in Case 2885 [ECF 2247], at page 9 states, "Berger, presumably, is paid handsomely as a consultant, and no doubt, he understood the gargantuan nature of this MDL when he signed on as such."

6. My attendance at repeated trials has been a burden to me. I cannot continue to do and attend to all that the Plaintiffs seem to want me to do even remotely.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___February 8___, 2022.

_____
Elliott Berger

3