## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| | Judge M. Casey Rogers |
| This Document Relates to All Cases | Magistrate Judge Gary R. Jones |

### <u>MOTION TO APPEAR PRO HAC VICE</u>

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rule 11.1, Patrick Luff hereby moves this Court for an Order for admission to practice pro hac vice in the above-styled case only, and in support thereof states as follows:

1.     Movant resides in Texas and is not a resident of the State of Florida.

2.     Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3.     Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16457235185786, and the CM/ECF online tutorial.

4.     Movant has submitted to the Clerk the required $208.00 pro hac vice admission fee.

5.      Movant has upgraded his PACER account to "NextGen".

6.      Movant respectfully requests that any Notice of Electronic Filing be sent to the following email: luff@lufflaw.com

7.      I am the attorney of record in the following case:

*Patrick M. Reeder v. 3M Company et al., 7:20-cv-88115-MCR-GRJ*

As a result of the foregoing, Patrick Luf respectfully requests that this Court enter an Order granting this motion to appear pro hac vice and directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: February 24, 2022          Respectfully submitted,

By: /s/ Patrick A. Luff
Patrick A. Luff
Texas Bar No. 24092728
LUFF LAW FIRM, PLLC
5473 Blair Rd.
Dallas, TX 75231
Telephone: (469) 607-5822
Facsimile: (469) 949-2614
Email: luff@lufflaw.com

*Attorney for Plaintiff Reeder,*
*7:20-cv-88115-MCR-GRJ*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing Motion to Appear Pro Hac Vice was electronically filed with the Clerk of the Court using the CM/ECF system on February 24, 2022, and served electronically on all counsel of record.

/s/ Patrick A. Luff
Patrick A. Luff