UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to*:<br><br>3:19-md-2885 | Case No. 3:19-md-2885<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** Yasmine G. Meyer of the law firm Seeger Weiss LLP hereby enters her appearance in this action as an attorney for Plaintiffs in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Ms. Meyer has completed the administrative requirements outlined in the Pretrial Order No. 3 [ECF No. 4] (tutorial confirmation number FLND16451107015755) and has been granted admission *pro hac vice* pursuant to paragraph IV.A of Pretrial Order No. 3. Counsel respectfully requests that all notices, correspondence, filings and other papers in the Master Docket of MDL 2885 be served upon her at the address listed below.

Dated: February 25, 2022

                                                     Respectfully submitted,
                                                     /s/ *Yasmine G. Meyer*
                                                     Yasmine G. Meyer
                                                     Seeger Weiss LLP
                                                     55 Challenger Road, 6th Floor
                                                     Ridgefield Park, NJ 07660
                                                     Telephone: (973) 639-9100
                                                     Facsimile: (973) 679-8656
                                                     Email: ymeyer@seegerweiss.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2022, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                       */s/ Yasmine G. Meyer*
                                        Yasmine G. Meyer