UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to*:<br><br>3:19-md-2885 | Case No. 3:19-md-2885<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** Adam R. Zurbriggen of the law firm Seeger Weiss LLP hereby enters his appearance in this action as an attorney for Plaintiffs in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Zurbriggen has completed the administrative requirements outlined in the Pretrial Order No. 3 [ECF No. 4] (tutorial confirmation number FLND16449661645743) and has been granted admission *pro hac vice* pursuant to paragraph IV.A of Pretrial Order No. 3. Counsel respectfully requests that all notices, correspondence, filings and other papers in the Master Docket of MDL 2885 be served upon him at the address listed below.

Dated: February 25, 2022

                                                  Respectfully submitted,
                                                  /s/ *Adam R. Zurbriggen*
                                                  Adam R. Zurbriggen
                                                  Seeger Weiss LLP
                                                  1515 Market Street, Suite 1380
                                                  Philadelphia, PA 19102
                                                  Telephone: (215) 564-2300
                                                  Facsimile: (215) 851-8029
                                                  Email: azurbriggen@seegerweiss.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2022, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                            */s/ Adam R. Zurbriggen*
                                            Adam R. Zurbriggen