UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Wilkerson*, 7:20cv35<br>*Vilsmeyer*, 7:20cv113<br>*Kelley*, 7:20cv153<br>*Vaughn*, 7:20cv134<br>*Beal*, 7:20cv6 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on    February 24, 2022   

Motion/Pleadings: Defendants' Rule 72(a) Objection to the Magistrate Judge's February 18, 2022 Order Regarding the Remote Testimony of Elliott Berger

Filed by  Defendants           on  February 24, 2022  Doc. #'s 2802
                                on                    Doc. #'s

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ *Donna Bajzik*
Deputy Clerk:    Donna Bajzik

Due to the impending bellwether trial dates, Plaintiffs' response to Defendants' objections is due by Monday, February 28th, 2022 at 12 PM CT.

**DONE** and **ORDERED** this 24th day of February, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**