**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to*:<br><br>3:19-md-2885 | Case No. 3:19-md-2885<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** Rick Barreca of the law firm Seeger Weiss LLP hereby enters his appearance in this action as an attorney for Plaintiffs in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Barreca has completed the administrative requirements outlined in the Pretrial Order No. 3 [ECF No. 4] (tutorial confirmation number FLND16451193215756) and has been granted admission *pro hac vice* pursuant to paragraph IV.A of Pretrial Order No. 3. Counsel respectfully requests that all notices, correspondence, filings and other papers in the Master Docket of MDL 2885 be served upon him at the address listed below.

Dated: February 25, 2022

                                          Respectfully submitted,
                                          /s/ *Rick Barreca*
                                          Rick Barreca
                                          Seeger Weiss LLP
                                          55 Challenger Road, 6th Floor
                                          Ridgefield Park, NJ 07660
                                          Telephone: (973) 639-9100
                                          Facsimile: (973) 679-8656
                                          Email: rbarreca@seegerweiss.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2022, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                                  */s/ Rick Barreca*
                                                   Rick Barreca