# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This document relates to all cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers, Magistrate Judge Gary R Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Casey L. Miller of the law firm Bradley Arant Boult Cummings LLP has been admitted to practice *pro hac vice* in this Court and hereby enters her appearance as counsel for Defendants, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests that all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

Respectfully submitted on this 25th day of February, 2022.

                                          /s/ Casey L. Miller
                                        Casey L. Miller (TN Bar No. 033952)
                                        BRADLEY ARANT BOULT CUMMINGS LLP
                                        1600 Division Street, Suite 700
                                        Nashville, TN 37203
                                        Telephone:  (615) 252-2393
                                        Facsimile:     (615) 252-6393
                                        Email:  cmiller@bradley.com

                                        *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

4878-6555-1119.1

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing was served electronically via the CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 25th day of February, 2022.

                                                   */s/ Casey L. Miller*
                                                   Casey L. Miller