# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: *Vilsmeyer, 7:20-cv-00113* *Wilkerson, 7:20-cv-00035* *Kelley, 7:20-cv-00153* *Vaughn, 7:20-cv-00134* *Beal, 7:20-cv-00006* | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones  **Confidential – Filed Under Seal Public Version** |

## DECLARATION OF BRYAN F. AYLSTOCK IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' OMNIBUS MOTION TO EXCLUDE PLAINTIFFS' GROUP D PUTATIVE EXPERT OPINIONS UNDER DAUBERT AND RULE 702 AND DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERT ANTONY JOSEPH OPINIONS UNDER DAUBERT AND RULE 702

1. My name is Bryan F. Aylstock, and I am a partner at Aylstock, Witkin, Kreis & Overholtz, PLLC. I am a member of the Plaintiffs' Steering Committee and Lead Counsel for the Plaintiffs in this MDL.

2. Attached hereto as PX1 is a true and correct copy of the Rule 26 General Expert Report of Antony Joseph, Au.D, PhD, CCC-A, CPS/A, F-NAP, dated January 25, 2022.

3. Attached hereto as PX2 is a true and correct copy of the deposition transcript of Antony Joseph, Au.D, PhD, CCC-A, CPS/A, F-NAP, dated January 28, 2022.

4. Attached hereto as PX3 is a true and correct copy of the Rule 26 Case-Specific Expert Report of Moises Arriaga, M.D., dated December 5, 2021, for Plaintiff Luke Vilsmeyer.

5. Attached hereto as PX4 is a true and correct copy of the Rule 26 Case-Specific Rebuttal Expert Report of Moises Arriaga, M.D., dated January 7, 2022, for Plaintiff Luke Vilsmeyer.

6. Attached hereto as PX5 is a true and correct copy of the deposition transcript of Moises Arriaga, M.D., dated January 23, 2022.

7. Attached hereto as PX6 is a true and correct copy of excerpts from the deposition transcript of Luke Vilsmeyer, dated October 5, 2021.

8. Attached hereto as PX7 is a true and correct copy of the Rule 26 Case-Specific Expert Report of Christopher Spankovich, Au.D, Ph.D., M.P.H., dated December 5, 2021, for Plaintiff Luke Vilsmeyer.

9. Attached hereto as PX8 is a true and correct copy of the Rule 26 Case-Specific Rebuttal Expert Report of Christopher Spankovich, Au.D, Ph.D., M.P.H., dated January 7, 2022, for Plaintiff Luke Vilsmeyer.

10. Attached hereto as PX9 is a true and correct copy of the deposition transcript of Christopher Spankovich, Au.D, Ph.D., M.P.H., dated January 15, 2022.

11. Attached hereto as PX10 is a true and correct copy of the Rule 26 Case-Specific Expert Report of Stan Phillips, M.D., dated January 25, 2022, concerning Plaintiff Luke Vilsmeyer.

12. Attached hereto as PX11 is a true and correct copy of excerpts from the deposition transcript of Steven Wilkerson, dated October 1, 2021.

13. Attached hereto as PX12 is a true and correct copy of the deposition transcript of Hamid Djalilian, M.D., dated January 21, 2022.

14. Attached hereto as PX13 is a true and correct copy of the Rule 26 Case-Specific Expert Report of Hamid Djalilian, M.D., dated December 3, 2021, for Plaintiff Steven Wilkerson.

15. Attached hereto as PX14 is a true and correct copy of excerpts from the deposition transcript of Justin Powell, dated November 11, 2021.

16. Attached hereto as PX15 is a true and correct copy of the Notice of Deposition of Penny Powell, dated November 5, 2021.

17. Attached hereto as PX16 is a true and correct copy of an email withdrawing the deposition request for Penny Powell, dated November 16, 2021.

18. Attached hereto as PX17 is a true and correct copy of the Rule 26 Case-Specific Rebuttal Expert Report of Hamid Djalilian, M.D., dated January 7, 2022, for Plaintiff Steven Wilkerson.

19. Attached hereto as PX18 is a true and correct copy of excerpts from the deposition transcript of Dennis Pappas, M.D., dated January 25, 2022.

20. Attached hereto as PX19 is a true and correct copy of the Rule 26 Case-Specific Expert Report of Christopher Spankovich, Au.D, Ph.D., M.P.H., dated December 3, 2021, for Plaintiff Steven Wilkerson.

21. Attached hereto as PX20 is a true and correct copy of the Rule 26 Case-Specific Rebuttal Expert Report of Christopher Spankovich, Au.D, Ph.D., M.P.H., dated January 7, 2022, for Plaintiff Steven Wilkerson.

22. Attached hereto as PX21 is a true and correct copy of the Rule 26 Case-Specific Expert Report of Hamid Djalilian, M.D., dated December 3, 2021, for Plaintiff Denise Kelley.

23. Attached hereto as PX22 is a true and correct copy of the Rule 26 Case-Specific Rebuttal Expert Report of Hamid Djalilian, M.D., dated January 7, 2022, for Plaintiff Denise Kelley.

24. Attached hereto as PX23 is a true and correct copy of ███████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████.

25. Attached hereto as PX24 is a true and correct copy of ███████ ████████████████████████████████████████████████████ ████████████████████████.

26. Attached hereto as PX25 is a true and correct copy of ███████ ████████████████████████████████████████████████████ ████████████████████████████████ ■ ████████████████.

27. Attached hereto as PX26 is a true and correct copy of the Rule 26 Case-Specific Rebuttal Expert Report of Eric Gershwin, M.D., dated January 25, 2022, for Plaintiff Denise Kelley.

28. Attached hereto as PX27 is a true and correct copy of the deposition transcript of Eric Gershwin, M.D., dated January 28, 2022.

29. Attached hereto as PX28 is a true and correct copy of the Rule 26 Case-Specific Expert Report of Eric Bielefeld, PhD, CCC-A, dated December 3, 2021, for Plaintiff Jonathon Vaughn.

30. Attached hereto as PX29 is a true and correct copy of ███████ ████████████████████████████████████████████████████ ████████████.

31. Attached hereto as PX30 is a true and correct copy of ███████ ████████████████████████████████████████████████████ ████████████████████████████████.

32. Attached hereto as PX31 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ .

33. Attached hereto as PX32 is a true and correct copy of the deposition transcript of Eric Bielefeld, PhD, CCC-A, dated January 17, 2022.

34. Attached hereto as PX33 is a true and correct copy of the Rule 26 Case-Specific Expert Report of Dennis Pappas, M.D., dated December 30, 2021, concerning Plaintiff Jonathon Vaughn.

35. Attached hereto as PX34 is a true and correct copy of the Rule 26 Case-Specific Expert Report of Lawrence Lustig, M.D., dated December 3, 2021, for Plaintiff Jonathon Vaughn.

36. Attached hereto as PX35 is a true and correct copy of the deposition transcript of Lawrence Lustig, M.D., dated January 23, 2022.

37. I swear under penalty of perjury that the foregoing is true and correct.

Dated: February 25, 2022

/s/ Bryan F. Aylstock
Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com