# PX-1 through PX-35

# FILED UNDER SEAL