**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to:<br>*Vilsmeyer, 7:20-cv-00113*<br>*Wilkerson, 7:20-cv-00035*<br>*Kelley, 7:20-cv-00153*<br>*Vaughn, 7:20-cv-00134*<br>*Beal, 7:20-cv-00006* | Judge M. Casey Rodgers<br><br>Magistrate Judge Gary R. Jones |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiffs, pursuant to Federal Rule of Civil Procedure 5.2, Local Rule 5.5, and in accordance with Case Management Order No. 29 (MDL Dkt. 2236), move the Court for leave to file under seal Plaintiffs' Response in Opposition to Defendants' Omnibus Motion to Exclude Plaintiffs' Group D Putative Expert Opinions Under Daubert and Rule 702 and Defendants' Motion to Exclude Plaintiffs' Expert Antony Joseph Opinions Under Daubert and Rule 702, and related exhibits.

Dated: February 25, 2022

Respectfully submitted,

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com
***Plaintiffs' Lead Counsel & Counsel for Plaintiff James Beal***

Shelley V. Hutson, Co-Lead Counsel
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
Clark, Love & Hutson, PLLC
440 Louisiana Street, Suite 1700
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com
***Plaintiffs' Co-Lead Counsel***

Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
Seeger Weiss LLP
77 Water Street, 8th Floor
New York, NY 10005
Tel.: (212) 587-0700
cseeger@seegerweiss.com
***Plaintiffs' Co-Lead Counsel***

Keith M. Jensen
(Admitted Pro Hac Vice)
Texas Bar No. 10646600
Jensen & Associates
1024 N. Main Street

Fort Worth, TX 76164
817-334-0762
kj@jensen-law.com
***Counsel for Plaintiff Steven Wilkerson***

Joseph L. Messa
Ashley B. DiLiberto
(Admitted Pro Hac Vice)
JM2878/ AD9331
Messa & Associates, P.C.
123 S. 22nd St.
Philadelphia, PA 19103
215-568-3500
215-568-3501 (fax)
jmessa@messalaw.com
adiliberto@messalaw.com
***Counsel for Plaintiff Luke Vilsmeyer***

Trent Miracle
(Admitted Pro Hac Vice)
Illinois Bar No. 6281491
Dan Blouin
(Admitted Pro Hac Vice)
New York Bar No. 4289021
John J. Foley
(Admitted Pro Hac Vice)
Illinois Bar No. 6288152
Simmons, Hanly, Conroy
One Court Street
Alton, IL 62002
618-259-2222
618-259-2251 (fax)
tmiracle@simmonsfirm.com
dblouin@simmonsfirm.com
jfoley@simmonsfirm.com
***Counsel for Plaintiff Denise Kelley***

Gerard Guerra
(Admitted Pro Hac Vice)
Missouri State Bar No. 42703

OnderLaw, LLC
110 East Lockwood Ave.
St. Louis, MO 63119
314-963-9000
314-228-0132 (fax)
guerra@onderlaw.com
***Counsel for Plaintiff Jonathon Vaughn***

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2022, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock