# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE James P. Lamey of The Spencer Law Firm hereby enters his appearance in this action as an attorney for Plaintiffs in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Lamey has completed the administrative requirements outlined in the Pretrial Order No. 3 [ECF No. 4] (tutorial confirmation number FLND16456445255778) and has been granted admission pro hac vice pursuant to paragraph IV.A of Pretrial Order No. 3. Counsel respectfully requests that all notices, correspondence, filings and other papers in the Master Docket of MDL 2885 be served upon him at the address listed below.

Dated: 02/25/2022  Respectfully submitted,

/s/ James P. Lamey
James P. Lamey
Fed Bar No. 3015462
Texas Bar No. 24094072
jameslamey@spencer-law.com
4635 Southwest Freeway, Suite 900
Houston, TX 77027
Tel: 713-961-7770
Fax: 713-961-5336

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 25th day of February, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ James P. Lamey
James P. Lamey