IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG LITIGATION LIABILITY LITIGATION<br><br>This Document Relates to:<br>*James Beal*<br>Case No. 7:20-cv-00006<br><br>*Denise Kelley*<br>Case No. 7:20-cv-00153<br><br>*Jonathon Vaughn*<br>Case No. 7:20-cv-00134<br><br>*Luke Vilsmeyer*<br>Case No. 7:20-cv-00113<br><br>*Steven Wilkerson*<br>Case No. 7:20-cv-00035 | CASE NO.: 3:19-MD-2885-MCR-GRJ<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION
TO PRESERVE *DAUBERT* AND RULE 702 MOTIONS
AND ARGUMENTS PREVIOUSLY RULED UPON**

Defendants submit this response to Plaintiffs' preservation motion out of an abundance of caution. Defendants incorporate their arguments in Defendants' Response To Plaintiffs Omnibus Motion To Exclude Defendants' [Group A] Expert Opinions And Testimony, ECF 1627, Defendants' Response To Plaintiffs' Omnibus Motion And Memorandum Of Law To Exclude Defendants' Group B

1

Expert Opinions And Testimony, ECF 1902, and Defendants' Response To Plaintiffs' Omnibus Motion And Memorandum Of Law To Exclude Defendants' Group C Expert Opinions And Testimony, ECF 2196, in response to each motion and argument listed in Plaintiffs' preservation motion. Defendants request that the Court adopt its Group A, Group B, and Group C *Daubert* orders to the extent those orders denied exclusion of Defendants' experts. *E.g.*, ECF 1651, 1680, 1690, 1701, 1780, 1910, 1933, 2218, 2290.

| | |
|---|---|
| DATED: February 25, 2021 | Respectfully submitted: |
| /s/ Charles F. Beall, Jr. | /s/ Robert C. "Mike" Brock |
| Larry Hill | Robert C. "Mike" Brock |
| Florida Bar No. 173908 | KIRKLAND & ELLIS LLP |
| lhill@mhw-law.com | 1301 Pennsylvania Avenue, N.W. |
| Charles F. Beall, Jr. | Washington, D.C. 20004 |
| Florida Bar No. 66494 | Telephone: (202) 389-5991 |
| cbeall@mhw-law.com | mike.brock@kirkland.com |
| Haley J. VanFleteren | |
| Florida Bar No. 1003674 | Mark J. Nomellini |
| hvanfleteren@mhw-law.com | KIRKLAND & ELLIS LLP |
| MOORE, HILL & WESTMORELAND, P.A. | 300 North LaSalle |
| | Chicago, Illinois 60654 |
| 350 West Cedar Street | Telephone: (312) 862-3254 |
| Maritime Place, Suite 100 | mnomellini@kirkland.com |
| Pensacola FL 32502 | |
| Telephone: (850) 434-3541 | Kimberly Branscome |
| | DECHERT LLP |
| | 633 W. 5th St., Suite 4900 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 808-5762 |
| | kimberly.branscome@dechert.com |

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

Pursuant to Local Rule 7.1(F) and this Court's direction, counsel for Defendants certify that this memorandum contains 126 words, excluding the case style, tables of contents and authorities, signature block, and certificates of compliance with the Local Rules.

Dated:  February 25, 2022

Respectfully submitted,

*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants*
*3M Company,*
*3M Occupational Safety LLC,*
*Aearo Technologies LLC,*
*Aearo Holding, LLC,*
*Aearo Intermediate, LLC and*
*Aearo LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2022, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

Dated: February 25, 2022          Respectfully submitted,

                                      /s/ Robert C. Brock
                                      Robert C. "Mike" Brock
                                      KIRKLAND & ELLIS LLP
                                      1301 Pennsylvania Avenue, N.W.
                                      Washington, D.C. 20004
                                      Telephone: (202) 389-5991
                                      mike.brock@kirkland.com

                                      *Counsel for Defendants*
                                      *3M Company,*
                                      *3M Occupational Safety LLC,*
                                      *Aearo Technologies LLC,*
                                      *Aearo Holding, LLC,*
                                      *Aearo Intermediate, LLC and*
                                      *Aearo LLC*