# Exhibits 1-76
## [CONFIDENTIAL - FILED UNDER SEAL]