# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF
## FLORIDA PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG LITIGATION LIABILITY LITIGATION | Case No. 3:19-md-2885-MCR-GRJ |
| | Judge M. Casey Rodgers |
| This Document Relates to: | Magistrate Judge Gary Jones |

This Document Relates to:
  *James Beal*
  Case No. 7:20-cv-00006

  *Denise Kelley*
  Case No. 7:20-cv-00153

  *Jonathon Vaughn*
  Case No. 7:20-cv-00134

  *Luke Vilsmeyer*
  Case No. 7:20-cv-00113

  *Steven Wilkerson*
  Case No. 7:20-cv-00035

## DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Rules of Civil Procedure 5.2, Local Rule 5.5, and in accordance with Case Management Order No. 29 (MDL Dkt. 2236), Defendants move the Court for leave to file under seal portions of Defendants' Response to Plaintiffs' Omnibus Motion and Memorandum of Law to Exclude Defendants' Group D Expert Opinions and Testimony and the related exhibits.

Defendants make this Motion in order to seal material specific to individual Plaintiffs, including information relating to those plaintiffs' employment, hearing

and other medical conditions and test results, accidents, and injuries. A redacted version of Defendant's Response is being filed on the public docket contemporaneously with this Motion.

The Response and exhibits for which Defendants seek leave to file under seal will be sent electronically by email to Judge Rodgers (via email at flnd_rodgers@flnd.uscourts.gov), Judge Jones (via email at flnd_jones@flnd.uscourts.gov), and a copy will also be sent electronically by email to all counsel of record.

Dated:  February 25, 2022                    Respectfully submitted,


                                             /s/ Robert C. Brock
                                             Robert C. "Mike" Brock
                                             KIRKLAND & ELLIS LLP
                                             1301 Pennsylvania Avenue, N.W.
                                             Washington, D.C. 20004
                                             Telephone: (202) 389-5991
                                             mike.brock@kirkland.com

                                             Mark J. Nomellini
                                             KIRKLAND & ELLIS LLP
                                             300 North LaSalle
                                             Chicago, Illinois 60654
                                             Telephone: (312) 862-3254
                                             mnomellini@kirkland.com

                                             Kimberly Branscome
                                             DECHERT LLP
                                             633 W. 5th St., Suite 4900
                                             Los Angeles, CA 90071
                                             Telephone: (213) 808-5762
                                             kimberly.branscome@dechert.com

                                             *Counsel for Defendants 3M Company,*
                                             *3M Occupational Safety LLC, Aearo*

*Technologies LLC, Aearo Holding,
LLC, Aearo Intermediate, LLC and
Aearo, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2022, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.


Dated:  February 25, 2022                Respectfully submitted,

                                         */s/ Robert C. Brock*

                                         Robert C. "Mike" Brock
                                         KIRKLAND & ELLIS LLP
                                         1301 Pennsylvania Avenue, N.W.
                                         Washington, D.C. 20004
                                         Telephone: (202) 389-5991
                                         mike.brock@kirkland.com

                                         *Counsel for Defendants 3M Company,*
                                         *3M Occupational Safety LLC, Aearo*
                                         *Technologies LLC, Aearo Holding,*
                                         *LLC, Aearo Intermediate, LLC and*
                                         *Aearo LLC*