UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Wilkerson*, 7:20cv35<br>*Vilsmeyer*, 7:20cv113<br>*Kelley*, 7:20cv153<br>*Vaughn*, 7:20cv134<br>*Beal*, 7:20cv6 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**ORDER**

Pending before the Court are the Motions for Leave to File Under Seal listed on Exhibit A. On consideration, the parties' motions are **GRANTED** on a temporary basis. The Clerk is instructed to file the exhibits and motions listed on Exhibit A under seal until such time as a hearing can be scheduled for the Court to hear argument on the matter. Parties should be prepared to discuss these motions, and the law concerning sealing of motions and exhibits, at a hearing to be scheduled after the conclusion of all Group D trials.

**DONE AND ORDERED** on this 28th day of February, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**