# Exhibit A

| ECF No. | Motion |
|---|---|
| 2717 | Plaintiffs' Motion for Leave to File Under Seal Plaintiffs' Omnibus Motion and Memorandum of Law to Exclude Defendants' Expert Opinions and Testimony, the Declaration of Bryan F. Aylstock in Support of Plaintiffs' Omnibus Motion and Memorandum of Law to Exclude Defendants' Expert Opinions and Testimony, and Related Exhibits |
| 2719 | Defendants' Motion for Leave to File Under Seal Potions of Defendants' Brief Regarding Defendants' Motion to Exclude Plaintiffs' Group D Putative Expert Opinions Under *Daubert* and Rule 702 and the Related Exhibits |
| 2813 | Plaintiffs' Motion for Leave to File Under Seal Plaintiffs' Response in Opposition to Defendants' Omnibus Motion to Exclude Plaintiffs' Group D Putative Expert Opinions Under Daubert and Rule 702 and Defendants' Motion to Exclude Plaintiffs' Expert Antony Joseph Opinions Under Daubert and Rule 702, and Related Exhibits |
| 2817 | Defendants' Motion for Leave to File Under Seal Potions of Defendants' Response to Plaintiffs' Omnibus Motion and Memorandum of Law to Exclude Defendants' Group D Expert Opinions and Testimony and the Related Exhibits |