UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Wave 1 Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**CASE MANAGEMENT ORDER NO. 36**
**(Amended Wave Order #1)**

Pursuant to an agreement between the parties, the Court hereby amends Wave Order #1, ECF No. 2304, to include specific dates for the deadlines therein. These amendments are indicated below in bold. All other aspects of Wave Order #1 remain in effect.

| **Description** | **Specific Deadline Date**[1] |
|---|---|
| Defense Medical Exam Reports | Defense Medical Exam ("DME") reports are due 14 days prior to a Plaintiff's expert disclosure deadline **(by March 28, 2022)** or within 7 days of Defendants' receiving the results of DME testing, whichever date is earlier. |
| Deposition Deadlines | Plaintiff depositions must be taken within 105 days of this Order **(by March 7, 2022)**. |
| | Fact depositions must be taken within 130 days of this Order **(by April 1, 2022)**. |
| | All expert depositions must be taken within 35 days of **the deadline for** a Plaintiff's rebuttal expert report **(by June 27, 2022)**. |
| Fact Discovery | Fact discovery must be completed within 130 days of this Order **(by April 1, 2022)**. |

---

[1] Wave Order #1 was entered on November 22, 2021.

| | |
|---|---|
| Expert Disclosure Deadlines | Plaintiff's expert disclosures must be served through MDL Centrality within 8 days following the close of fact discovery **(by April 11, 2022)**; and |
| | Defendants' expert disclosures must be served through MDL Centrality 30 days after a Plaintiff's expert disclosures are due **(by May 11, 2022)**. |
| Rebuttal Expert Disclosure | A rebuttal expert disclosure must be served through MDL Centrality within 10 days of **the deadline for** Defendants' expert disclosure **(by May 23, 2022)**. |
| Motions Deadlines | *Daubert* motions and dispositive motions must be filed within 10 days of the close of expert discovery/depositions **(by July 7, 2022)**. |
| | Responses to *Daubert* and dispositive motions must be filed within 19 days of **the deadline for such** motion being filed **(by July 26, 2022)**. |
| | Choice of Law motions, on a disputed issue, must be filed within 10 days of the close of expert discovery/depositions **(by July 7, 2022)**. |
| Confidential Documents | In the event a party wishes to file motions, exhibits, or documents under seal, the party is directed to submit a consolidated motion to seal on or before 21 days prior to the *Daubert* motions and dispositive motions deadline **(by June 16, 2022)**. Any response is due 10 days later **(by June 26, 2022)**. |
| Venue Recommendation | Parties must meet and confer within 180 days of this Order **(by May 21, 2022)** concerning the appropriate venue for each of the cases. The parties must submit a joint venue recommendation to the Court within 200 days of this Order **(by June 10, 2022)**. |

**SO ORDERED**, on this 28th day of February, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**