# EXHIBIT A

| Plaintiff ID | Plaintiff Name | Docket Number |
|---|---|---|
| 9996 | Priest, Lindsey | 7:20-cv-47313-MCR-GRJ |
| 10015 | George, Sara | 7:20-cv-47330-MCR-GRJ |
| 9921 | Kim, Yung | 7:20-cv-47279-MCR-GRJ |
| 10001 | Shaffer, Lee | 7:20-cv-47324-MCR-GRJ |
| 10238 | Deeter, Robert D. | 7:20-cv-47503-MCR-GRJ |
| 10251 | Brown, Derrick | 7:20-cv-47606-MCR-GRJ |
| 9944 | Williams, Cortez Deion | 7:20-cv-47287-MCR-GRJ |
| 10089 | Qasim, Adnan Sami | 7:20-cv-47360-MCR-GRJ |
| 10151 | Wojtowicz, Dale M. | 7:20-cv-47366-MCR-GRJ |
| 9913 | Valverde, Bryan L. | 7:20-cv-47267-MCR-GRJ |
| 9970 | Scott, Brandon C. | 7:20-cv-47275-MCR-GRJ |
| 10091 | Price, Jermaine T. | 7:20-cv-47322-MCR-GRJ |
| 145380 | Morgan, Johnny | 7:20-cv-48159-MCR-GRJ |
| 10083 | Hackney, Adrian L. | 7:20-cv-47320-MCR-GRJ |
| 10079 | Adams, Christopher | 7:20-cv-47355-MCR-GRJ |
| 10046 | Lee, Andrew | 7:20-cv-47341-MCR-GRJ |
| 10194 | Probst, Gordon J. | 7:20-cv-47372-MCR-GRJ |
| 10161 | McAlister, Kenneth | 7:20-cv-47404-MCR-GRJ |
| 10124 | Cudal, Laureveson | 7:20-cv-47380-MCR-GRJ |
| 9985 | Martin, Alonzo | 7:20-cv-47308-MCR-GRJ |
| 10059 | Maci, Drew | 7:20-cv-47348-MCR-GRJ |
| 9971 | Sleeman, Jeremy Quentin | 7:20-cv-47301-MCR-GRJ |
| 10099 | Cady, Anthonio | 7:20-cv-47363-MCR-GRJ |
| 10170 | Cage, Timothy L. | 7:20-cv-47368-MCR-GRJ |
| 10111 | Smith, Steven R. | 7:20-cv-47364-MCR-GRJ |
| 10159 | Lee, Jeremy | 7:20-cv-47400-MCR-GRJ |
| 10160 | Shepherd, Keith | 7:20-cv-47402-MCR-GRJ |
| 286996 | Norberg, Rory | 7:21-cv-05120-MCR-GRJ |
| 9974 | Hagen, Michael Joel | 7:20-cv-47303-MCR-GRJ |
| 9935 | Daly, Mark | 7:20-cv-47286-MCR-GRJ |
| 10172 | Avant, Fadale | 7:20-cv-47410-MCR-GRJ |
| 10077 | Haworth, Shannon | 7:20-cv-47354-MCR-GRJ |
| 9945 | Newberry, Jakeb | 7:20-cv-47288-MCR-GRJ |
| 10045 | Lee, Stephanie | 7:20-cv-47340-MCR-GRJ |
| 10205 | Shinholser, Jr., Jack | 7:20-cv-47499-MCR-GRJ |
| 282892 | Lawson, Quentin | 7:21-cv-03082-MCR-GRJ |
| 10070 | McAdams, Bretta | 7:20-cv-47350-MCR-GRJ |
| 9912 | Costa, Levon | 7:20-cv-47276-MCR-GRJ |

| Plaintiff ID | Plaintiff Name | Docket Number |
|---|---|---|
| 9914 | McFee, Jacob Martin | 7:20-cv-47277-MCR-GRJ |
| 10085 | Mckinney, John | 7:20-cv-47359-MCR-GRJ |
| 183142 | Greenwood, Larry L. | 7:20-cv-86256-MCR-GRJ |
| 157431 | Williamson, James T. | 7:20-cv-48228-MCR-GRJ |
| 157629 | Stein, Justin L. | 7:20-cv-48239-MCR-GRJ |
| 183155 | Gonzalez, Iosvani | 7:20-cv-86278-MCR-GRJ |
| 222024 | Albino, Adrian Gabriel | 8:20-cv-71786-MCR-GRJ |
| 202711 | Romeus, Jocelyn | 8:20-cv-70815-MCR-GRJ |
| 207603 | Stahl, Bryan Everett | 8:20-cv-53462-MCR-GRJ |
| 212874 | Wilson, Brian Earl | 8:20-cv-58275-MCR-GRJ |
| 207531 | Piper, Jeffery Thomas | 8:20-cv-53216-MCR-GRJ |
| 195688 | Ortiz, Pedro | 8:20-cv-59778-MCR-GRJ |
| 233769 | Ingram, Jr., William Sherman | 8:20-cv-81277-MCR-GRJ |
| 258765 | Fisher, Zachery Michael | 9:20-cv-01694-MCR-GRJ |
| 222033 | Huhn, Matthew Joseph | 8:20-cv-71794-MCR-GRJ |
| 222017 | Johnson, Jr., Roger Russell | 8:20-cv-71779-MCR-GRJ |
| 212866 | Villagomez, Marco Vinicio | 8:20-cv-58260-MCR-GRJ |
| 195615 | Caro Rodriguez, Johnathan | 8:20-cv-59520-MCR-GRJ |
| 221801 | Snyder, Derek Joseph | 8:20-cv-70455-MCR-GRJ |
| 221943 | McKenna, Patrick Michael | 8:20-cv-71708-MCR-GRJ |
| 241145 | Leos, Jacob Anthony | 8:20-cv-87711-MCR-GRJ |
| 222635 | Torres Diaz, Jose Rafael | 8:20-cv-74045-MCR-GRJ |
| 222468 | Butler, Beau David | 8:20-cv-74219-MCR-GRJ |
| 195682 | Nelson, Demetris | 8:20-cv-59753-MCR-GRJ |
| 233722 | Petree, Antonio Gage | 8:20-cv-81135-MCR-GRJ |
| 240935 | Saunders, Nicholas Raymond | 8:20-cv-87120-MCR-GRJ |
| 233879 | Updike, Paul | 8:20-cv-81826-MCR-GRJ |
| 240741 | Lutz, Jacob | 8:20-cv-86648-MCR-GRJ |
| 233444 | Faris, Casey R. | 8:20-cv-80443-MCR-GRJ |
| 222116 | Pegues, Danny Eric | 8:20-cv-71877-MCR-GRJ |
| 221977 | Ortiz, Angel Jovan | 8:20-cv-71742-MCR-GRJ |
| 241005 | Kehoe, William | 8:20-cv-87259-MCR-GRJ |
| 241436 | Fife, Larry | 8:20-cv-88209-MCR-GRJ |
| 233793 | Evans, Bill Paul | 8:20-cv-81327-MCR-GRJ |
| 202700 | Kennedy, David Matthew | 8:20-cv-70793-MCR-GRJ |
| 202703 | Fabre, Daniel | 8:20-cv-70799-MCR-GRJ |
| 222151 | Burleson, Timothy | 8:20-cv-71909-MCR-GRJ |
| 222568 | Cain, Robert Dean | 8:20-cv-74517-MCR-GRJ |

| Plaintiff ID | Plaintiff Name | Docket Number |
|---|---|---|
| 221882 | Wise, Joshua Lee | 8:20-cv-71647-MCR-GRJ |
| 222618 | Casteel, Jason Corey | 8:20-cv-74617-MCR-GRJ |
| 212852 | Sitton, Stephen Allen | 8:20-cv-58232-MCR-GRJ |
| 233649 | Garza, Jr., Gilberto | 8:20-cv-81016-MCR-GRJ |
| 241008 | Beidatsch, Jordan | 8:20-cv-87267-MCR-GRJ |
| 222114 | Rittle, Larry Daniel | 8:20-cv-71875-MCR-GRJ |
| 233323 | Molligan, Kevin James | 8:20-cv-79842-MCR-GRJ |
| 222633 | Serran, Tad | 8:20-cv-74039-MCR-GRJ |
| 202718 | Edwards, Jennifer | 8:20-cv-70828-MCR-GRJ |
| 207544 | Jenkins, Chris Eugene | 8:20-cv-53265-MCR-GRJ |
| 221965 | Ridge, Kavern Lavar | 8:20-cv-71730-MCR-GRJ |
| 233791 | Brite, Jeremiah | 8:20-cv-81324-MCR-GRJ |
| 241381 | Quintanilla, Jr., Charles | 8:20-cv-88156-MCR-GRJ |
| 212762 | Fariss, Christopher Stephen | 8:20-cv-58057-MCR-GRJ |
| 233347 | O'Brien, Patrick Michael | 8:20-cv-79875-MCR-GRJ |
| 222124 | Bertram, Christopher Allan | 8:20-cv-71884-MCR-GRJ |
| 240871 | Deskins, Adam | 8:20-cv-86955-MCR-GRJ |
| 241050 | Armstrong, Raja | 8:20-cv-87396-MCR-GRJ |
| 222638 | Gonzales, Ryan | 8:20-cv-74054-MCR-GRJ |
| 233759 | Enoch, III, Ben D. | 8:20-cv-81259-MCR-GRJ |
| 233777 | Branham, Joshua | 8:20-cv-81296-MCR-GRJ |
| 241156 | Ferdin, Reyes | 8:20-cv-87744-MCR-GRJ |
| 222630 | Burton, Tony | 8:20-cv-74031-MCR-GRJ |
| 241160 | Roy, John Paul | 8:20-cv-87755-MCR-GRJ |
| 212827 | Nielsen, Joshua Charles | 8:20-cv-58184-MCR-GRJ |
| 241129 | King, Norman | 8:20-cv-87662-MCR-GRJ |
| 222393 | Watson, Chad | 8:20-cv-73993-MCR-GRJ |
| 233457 | Reece, Jamie | 8:20-cv-80507-MCR-GRJ |
| 233455 | Morey, Clifford Daniel | 8:20-cv-80503-MCR-GRJ |
| 233919 | Newcomb, Lane | 8:20-cv-81906-MCR-GRJ |
| 222097 | Lee, Jesse David | 8:20-cv-71858-MCR-GRJ |
| 222475 | Williams, Bradley Jason | 8:20-cv-74242-MCR-GRJ |
| 222577 | Rinen, Reynaldo De La Pena | 8:20-cv-74536-MCR-GRJ |
| 241003 | Sneden, Ronnie | 8:20-cv-87254-MCR-GRJ |
| 233574 | Lee, Jr., Walter | 8:20-cv-80795-MCR-GRJ |
| 222045 | Tablada, David Nathan | 8:20-cv-71806-MCR-GRJ |
| 241265 | Kempton, Christopher | 8:20-cv-88058-MCR-GRJ |
| 233863 | Lanier, Charles Howard | 8:20-cv-81794-MCR-GRJ |

| Plaintiff ID | Plaintiff Name | Docket Number |
|---|---|---|
| 222435 | England, Cody | 8:20-cv-74116-MCR-GRJ |
| 212765 | Fonticiella, Carlos Manuel | 8:20-cv-58063-MCR-GRJ |
| 241378 | Paul, Matias | 8:20-cv-88153-MCR-GRJ |
| 233358 | Harris, Tony | 8:20-cv-79886-MCR-GRJ |
| 240827 | Martucci, Carmen | 8:20-cv-86849-MCR-GRJ |
| 233912 | Correa, IV, Rogelio | 8:20-cv-81893-MCR-GRJ |
| 222011 | Valenzuela, Nicole | 8:20-cv-71773-MCR-GRJ |
| 222689 | Forson, Michael Adu | 8:20-cv-74202-MCR-GRJ |
| 233588 | Smith, Shannon Lavonne | 8:20-cv-80874-MCR-GRJ |
| 212733 | Brefo Frimpong, Patrick | 8:20-cv-57936-MCR-GRJ |
| 233474 | Tanner, Frank | 8:20-cv-80541-MCR-GRJ |
| 233805 | Loomer, Marcus Anthony | 8:20-cv-81684-MCR-GRJ |
| 222683 | Ritch, Nickolas Allen | 8:20-cv-74185-MCR-GRJ |
| 212794 | Lasley, Mark Steven | 8:20-cv-58120-MCR-GRJ |
| 212840 | Reichardt, Laura Michele | 8:20-cv-58209-MCR-GRJ |
| 212734 | Brown, Marcus Dwayne | 8:20-cv-57939-MCR-GRJ |
| 241018 | Hodge, D'Edward | 8:20-cv-87301-MCR-GRJ |
| 212797 | LeClair, Mark Allen | 8:20-cv-58125-MCR-GRJ |
| 221813 | Horn, Dr. John Walter | 8:20-cv-70473-MCR-GRJ |
| 241413 | Richmond, Matthew | 8:20-cv-88188-MCR-GRJ |
| 240777 | Gordon, Jonathan Michael | 8:20-cv-86710-MCR-GRJ |
| 222619 | Wilson, Steven | 8:20-cv-74619-MCR-GRJ |
| 240981 | Hamlin, Dwight | 8:20-cv-87207-MCR-GRJ |
| 212769 | George, David Charles | 8:20-cv-58070-MCR-GRJ |
| 212759 | Eidemiller, Eric Martin | 8:20-cv-58051-MCR-GRJ |
| 222049 | Chavious, Jr., Lawrence Edward | 8:20-cv-71810-MCR-GRJ |
| 233616 | Robertson, Matthew | 8:20-cv-80947-MCR-GRJ |
| 212835 | Pressley, Christopher Lee | 8:20-cv-58199-MCR-GRJ |
| 241409 | Seliquini, Jr., Louis Paul | 8:20-cv-88184-MCR-GRJ |
| 222061 | Beaver, Sean Michael | 8:20-cv-71822-MCR-GRJ |
| 222634 | Nin-mojica, Angel | 8:20-cv-74042-MCR-GRJ |
| 240906 | Roberts, Dane A. | 8:20-cv-87025-MCR-GRJ |
| 222153 | Rimes, Mericus Elliott | 8:20-cv-71911-MCR-GRJ |
| 233918 | Camacho, Samuel Castaneda | 8:20-cv-81904-MCR-GRJ |
| 233337 | Antonetti, John | 8:20-cv-79865-MCR-GRJ |
| 240810 | Santiago, Christopher | 8:20-cv-86799-MCR-GRJ |
| 222117 | Ford, Jr., Clinton | 8:20-cv-71878-MCR-GRJ |
| 222485 | Moore, Arthur | 8:20-cv-74274-MCR-GRJ |

| Plaintiff ID | Plaintiff Name | Docket Number |
|---|---|---|
| 222148 | Bartlett, III, Henry Thomas | 8:20-cv-71906-MCR-GRJ |
| 222171 | Little, Kyle Wayne | 8:20-cv-71928-MCR-GRJ |
| 221985 | Lipton, Trirat | 8:20-cv-71749-MCR-GRJ |
| 233653 | Guynes, Steven | 8:20-cv-81023-MCR-GRJ |
| 222357 | Williams, Andrew John | 8:20-cv-72101-MCR-GRJ |
| 241327 | Chavez, Paul | 8:20-cv-88102-MCR-GRJ |
| 222336 | Zilisch, Daniel | 8:20-cv-72081-MCR-GRJ |
| 241370 | Drigo, Dorival | 8:20-cv-88145-MCR-GRJ |
| 222535 | Hawkins, Jadon Dee | 8:20-cv-74431-MCR-GRJ |
| 222184 | Thompson, Alex Jermaine | 8:20-cv-71941-MCR-GRJ |
| 222343 | Vargas, Daniel | 8:20-cv-72087-MCR-GRJ |
| 222139 | Kim, Charlie Henry | 8:20-cv-71898-MCR-GRJ |
| 240987 | Freiwald, John | 8:20-cv-87213-MCR-GRJ |
| 233703 | Zuraff, Jeremiah | 8:20-cv-81104-MCR-GRJ |
| 221893 | Pomrenke, Richard Andrew | 8:20-cv-71658-MCR-GRJ |
| 222080 | Brandstrom, Yolanda | 8:20-cv-71841-MCR-GRJ |
| 221917 | Reyes, Jr., Julio Cesar | 8:20-cv-71682-MCR-GRJ |
| 240865 | Perkins, Nicolas | 8:20-cv-86942-MCR-GRJ |
| 222330 | Houston, Louis | 8:20-cv-72075-MCR-GRJ |
| 222078 | Spangler, Mary Martin | 8:20-cv-71839-MCR-GRJ |
| 240847 | Sailes, Andrew Carlton | 8:20-cv-86907-MCR-GRJ |
| 222685 | Nwankwo, Charles Chibueze | 8:20-cv-74190-MCR-GRJ |
| 222326 | Buchanan, Jacqueline Jacques | 8:20-cv-72071-MCR-GRJ |
| 222072 | Jackson, Jr., James | 8:20-cv-71833-MCR-GRJ |
| 222427 | Williams, Thomas Christopher | 8:20-cv-74094-MCR-GRJ |
| 222141 | Mills, Ryan | 8:20-cv-71900-MCR-GRJ |
| 240885 | Felton, Christopher | 8:20-cv-86983-MCR-GRJ |
| 222054 | Tate, Yohance | 8:20-cv-71815-MCR-GRJ |
| 222101 | McMillan, Joseph Lennie | 8:20-cv-71862-MCR-GRJ |
| 221994 | Nucci, Marcus | 8:20-cv-71758-MCR-GRJ |
| 233310 | Ferguson, Faith Christian | 8:20-cv-79819-MCR-GRJ |
| 241004 | Adams, James Paul | 8:20-cv-87257-MCR-GRJ |
| 222470 | Sencion, Luis David | 8:20-cv-74227-MCR-GRJ |
| 241354 | Ponciano, Anael | 8:20-cv-88129-MCR-GRJ |
| 241325 | Walrath, Paul | 8:20-cv-88100-MCR-GRJ |
| 222404 | Morris, Jeffrey Allen | 8:20-cv-74020-MCR-GRJ |
| 233876 | Botet, Jaime Ricardo | 8:20-cv-81820-MCR-GRJ |
| 221826 | Jacobs, Joseph Lewis | 8:20-cv-71616-MCR-GRJ |

| Plaintiff ID | Plaintiff Name | Docket Number |
|---|---|---|
| 222084 | Gibbs, Rex | 8:20-cv-71845-MCR-GRJ |
| 222417 | Barthmaier, Tonya | 8:20-cv-74062-MCR-GRJ |
| 233577 | Carr, Delaundra | 8:20-cv-80803-MCR-GRJ |
| 222009 | Arias, Daniel | 8:20-cv-71771-MCR-GRJ |
| 233452 | Cribb, James Randall | 8:20-cv-80499-MCR-GRJ |
| 240960 | Willis, Sean | 8:20-cv-87185-MCR-GRJ |
| 222074 | Behnam, Kambiz | 8:20-cv-71835-MCR-GRJ |
| 233433 | Wilson, Norman Terrence | 8:20-cv-80424-MCR-GRJ |
| 241157 | Losoya, David James | 8:20-cv-87747-MCR-GRJ |
| 241079 | Jones, Jarrid | 8:20-cv-87485-MCR-GRJ |
| 233360 | Eugene, Phillip Bernard | 8:20-cv-79888-MCR-GRJ |
| 233787 | Nira, Jesse | 8:20-cv-81316-MCR-GRJ |
| 233656 | Armstrong, Seth Paul | 8:20-cv-81028-MCR-GRJ |
| 233553 | Polk, Jason Lloyd | 8:20-cv-80742-MCR-GRJ |
| 349651 | Pump, Jr., Donald Edward | 3:21-cv-03110-MCR-GRJ |
| 233581 | Jones, Steve | 8:20-cv-80814-MCR-GRJ |
| 241149 | Reid, Latonya | 8:20-cv-87723-MCR-GRJ |
| 233499 | Worley, Tiffany | 8:20-cv-80591-MCR-GRJ |
| 241029 | Teets, William | 8:20-cv-87338-MCR-GRJ |
| 241192 | Graham, Donald | 8:20-cv-88000-MCR-GRJ |
| 233394 | Showell, Derrone | 8:20-cv-80348-MCR-GRJ |
| 233628 | Thomas, Lorri Jan | 8:20-cv-80981-MCR-GRJ |
| 233448 | Goodson, Ronald Quinn | 8:20-cv-80491-MCR-GRJ |
| 233559 | Whitaker, Joshua | 8:20-cv-80757-MCR-GRJ |
| 233402 | Valentin, Mandee | 8:20-cv-80364-MCR-GRJ |
| 233620 | Higdon, III, Charles Osburn | 8:20-cv-80954-MCR-GRJ |
| 241016 | Batzko, Daniel | 8:20-cv-87292-MCR-GRJ |
| 240995 | Taylor, John | 8:20-cv-87233-MCR-GRJ |
| 233852 | Hendricks, Terrika Takesa | 8:20-cv-81772-MCR-GRJ |
| 248177 | Walker, Corey H. | 8:20-cv-93940-MCR-GRJ |
| 233514 | Robinson, Elizabeth | 8:20-cv-80621-MCR-GRJ |
| 240792 | Harris, Reginald Sylvester | 8:20-cv-86749-MCR-GRJ |
| 233830 | Rivera, Mikael | 8:20-cv-81731-MCR-GRJ |
| 241399 | Dunham, Lyndon | 8:20-cv-88174-MCR-GRJ |
| 233627 | Martingranados, Carlos Gerardo | 8:20-cv-80979-MCR-GRJ |
| 240969 | Coash, Jared Michael | 8:20-cv-87195-MCR-GRJ |
| 240817 | Hibbert, James Daniel | 8:20-cv-86819-MCR-GRJ |
| 241280 | Parkes, Howard Orville | 8:20-cv-88069-MCR-GRJ |

| Plaintiff ID | Plaintiff Name | Docket Number |
|---|---|---|
| 241321 | Robinson, Kerry Maurice | 8:20-cv-88096-MCR-GRJ |
| 241085 | Haynes, James Earl | 8:20-cv-87511-MCR-GRJ |
| 241202 | Chabot, Michael Justin | 8:20-cv-88009-MCR-GRJ |
| 241276 | Beatty, Dereck Matthew | 8:20-cv-88066-MCR-GRJ |
| 240882 | Wheeler, Josh Paul | 8:20-cv-86977-MCR-GRJ |
| 241364 | Bergman, Bobby Louis | 8:20-cv-88139-MCR-GRJ |
| 248191 | King, Christopher Reed | 8:20-cv-93954-MCR-GRJ |
| 248194 | Villanueba, Joseph Martin | 8:20-cv-93957-MCR-GRJ |
| 252948 | Garcia, Joel | 8:20-cv-98249-MCR-GRJ |
| 248181 | Soboleski, Jr., James Walter | 8:20-cv-93944-MCR-GRJ |
| 252983 | Steele, Shawn Michael | 8:20-cv-98276-MCR-GRJ |
| 258626 | Figueroa, John Paul Hunter | 8:20-cv-99206-MCR-GRJ |
| 258771 | Smith, Frank | 9:20-cv-01700-MCR-GRJ |
| 274470 | Ballew, Kevin Wayne | 9:20-cv-20096-MCR-GRJ |
| 258766 | Martinez, Deraczi Stewart | 9:20-cv-01695-MCR-GRJ |
| 274463 | Moore, Jeramy Montrel | 9:20-cv-20081-MCR-GRJ |
| 268015 | Guenther, Eric | 9:20-cv-07451-MCR-GRJ |
| 274465 | Johnson, Thomas | 9:20-cv-20085-MCR-GRJ |
| 280532 | Delgado, Andrew Joseph | 7:21-cv-00200-MCR-GRJ |
| 270405 | Smith, Zaccaria Montreal | 9:20-cv-11223-MCR-GRJ |
| 307329 | Chanthavong, Chanthavivone | 7:21-cv-24178-MCR-GRJ |
| 274459 | Avni, Erik | 9:20-cv-20073-MCR-GRJ |
| 280535 | Valenzuela, Daniel | 7:21-cv-00203-MCR-GRJ |
| 325008 | Bledsoe, Gregory Earl | 7:21-cv-39775-MCR-GRJ |
| 286984 | Knox, Jr., Tyrone | 7:21-cv-05109-MCR-GRJ |
| 286981 | Coarteson, Nathaniel | 7:21-cv-05106-MCR-GRJ |
| 293817 | Porras, Jon | 7:21-cv-13144-MCR-GRJ |
| 317415 | Jones, Travis Paul | 7:21-cv-28171-MCR-GRJ |
| 317413 | Weekley, Jr., Michael Bruce | 7:21-cv-28169-MCR-GRJ |
| 317419 | Jackson, Derrick Artavius | 7:21-cv-28175-MCR-GRJ |
| 317414 | Farrer, Brandon Clay | 7:21-cv-28170-MCR-GRJ |
| 325004 | Kee, Patrick Ryan | 7:21-cv-39768-MCR-GRJ |
| 352523 | Bushroe, Jeremy Andrew | 3:21-cv-03096-MCR-GRJ |