### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Cases Listed in "Exhibit A" | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Stephen R. Hunt, Jr., of the law firm of Cory Watson, P.C., enters his appearance as counsel of record for the Plaintiffs in each related case listed in the attached "Exhibit A."

Counsel further requests all papers and pleadings in the Master Docket of 3:19-md-2885 be served upon him.

Dated: February 28, 2022                    Respectfully submitted,

                                            /s/ Stephen R. Hunt, Jr.
                                            Stephen R. Hunt, Jr. (asb-3621-n62h)
                                            **CORY WATSON, P.C.**
                                            2131 Magnolia Avenue S
                                            Birmingham, AL 35205
                                            Phone: (205) 328-2200
                                            Email: SHunt@CoryWatson.com

                                            *Attorney for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this 28th day of February, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Stephen R. Hunt, Jr.*
Stephen R. Hunt, Jr.

*Attorney for Plaintiffs*