**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to*:<br><br>3:19-md-2885 | Case No. 3:19-md-2885<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

<u>**NOTICE OF APPEARANCE**</u>

  **PLEASE TAKE NOTICE** David R. Tawil of the law firm Seeger Weiss LLP hereby enters his appearance in this action as an attorney for Plaintiffs in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4].  Mr. Tawil has completed the administrative requirements outlined in the Pretrial Order No. 3 [ECF No. 4] (tutorial confirmation number FLND16451962695763) and has been granted admission *pro hac vice* pursuant to paragraph IV.A of Pretrial Order No. 3.  Counsel respectfully requests that all notices, correspondence, filings and other papers in the Master Docket of MDL 2885 be served upon him at the address listed below.


  Dated: March 1, 2022

              Respectfully submitted,
              /s/ *David R. Tawil*
              David R. Tawil
              Seeger Weiss LLP
              55 Challenger Road, 6th Floor
              Ridgefield Park, NJ 07660
              Telephone: (973) 639-9100
              Facsimile: (973) 679-8656
              Email: dtawil@seegerweiss.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2022, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ David R. Tawil*
David R. Tawil