UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Catherine M. Drislane, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-captioned case only, and in support thereof state as follows:

1. Movant resides in Massachusetts, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the Commonwealth of Massachusetts. Copy of a Certificate of Good Standing from the United States District Court of Massachusetts dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16457284635787, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen."

6. Movant is the attorney of record in the case of *Stryker v. 3M Company et al,* Case Number 7:21-cv-47871-MCR-GRJ.

WHEREFORE, Catherine M. Drislane respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted,

/s/ *Catherine M. Drislane, Esq.*

Catherine M. Drislane
MA Bar No.: 681247
Swartz & Swartz, P.C.
10 Marshall Street
Boston, MA 02108
Telephone: (617) 742-1900
Fax: (617) 367-7193
cdrislane@swartzlaw.com

Dated:  March 1, 2022

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on March 1, 2022 and served electronically on all counsel of record.

/s/ *Catherine M. Drislane*
Catherine M. Drislane