## UNITED STATES DISTRICT COURT

### District of Massachusetts

**CERTIFICATE OF**

**GOOD STANDING**

I, Robert M. Farrell, Clerk of this Court, certify that **Catherine M. Drislane**, Bar **681247**, was duly admitted to practice in this Court on **December 02, 2019**, and is in good standing as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **February 24, 2022**



__**Robert M. Farrell**__
CLERK