## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Wave Cases Identified on Exhibit A | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## <u>ORDER</u>

Pending before the Court is Defendants' Motion for Order to Show Cause Based on Failure to Comply with Discovery. *See* ECF No. 2767. On November 22, 2021, the Court entered the first in a series of anticipated "Wave Orders" setting an eight-month discovery schedule for 500 cases. *See* Wave Order #1, ECF No. 2304. Thereafter, the parties reached a stipulation modifying the process for records authorizations and service of certain discovery in the Wave cases. *See* Joint Stipulation, ECF No. 2468. Pursuant to the Court's Order and the parties' stipulation, the plaintiffs in the first Wave were required to, among other things, respond to Defendants' written discovery requests by specified deadlines.

The Court is advised that the plaintiffs identified in Exhibit A have failed to respond to Defendants' written discovery requests. However, eight of the nine Plaintiffs identified have already had their cases dismissed for failing to comply with Wave 1 discovery deadlines and this Court's orders, *see e.g.*, *Brian Sapp*, Case No.

3:19cv2521, ECF No. 15, and the ninth Plaintiff's case has been stayed for 45 days due to representation issues. *See Sebastian Malikai*, Case No. 7:20cv18386, ECF No. 15.

Accordingly, Defendants' Motion for Order to Show Cause Based on Failure to Comply with Discovery, ECF No. 2767, is **DENIED** as moot.

**DONE and ORDERED** on this 1st day of March, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**