## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, March 2, 2022 7:13 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Wednesday, March 2, 2022 1:11:31 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 3/2/2022 at 8:11 AM EST and filed on 3/2/2022

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 1601 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-144) - 6 action(s)** *re: pldg. ([1595] in MDL No. 2885, 1 in MN/0:22-cv-00439, 1 in MN/0:22-cv-00440, 1 in MN/0:22-cv-00449, 1 in MN/0:22-cv-00450, 1 in MN/0:22-cv-00451, 1 in MN/0:22-cv-00452)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/2/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00439, MN/0:22-cv-00440, MN/0:22-cv-00449, MN/0:22-cv-00450, MN/0:22-cv-00451, MN/0:22-cv-00452 (JC)**

| | |
|---|---|
| **Case Name:** | Saline v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00440 |

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-144) - 6 action(s)** *re: pldg. ( [1595] in MDL No. 2885, 1 in MN/0:22-cv-00439, 1 in MN/0:22-cv-00440, 1 in MN/0:22-cv-00449, 1 in MN/0:22-cv-00450, 1 in MN/0:22-cv-00451, 1 in MN/0:22-cv-00452)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/2/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00439, MN/0:22-cv-00440, MN/0:22-cv-00449, MN/0:22-cv-00450, MN/0:22-cv-00451, MN/0:22-cv-00452 (JC)**

| | |
|---|---|
| **Case Name:** | Lechner v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00439 |

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-144) - 6 action(s)** *re: pldg. ( [1595] in MDL No. 2885, 1 in MN/0:22-cv-00439, 1 in MN/0:22-cv-00440, 1 in MN/0:22-cv-00449, 1 in MN/0:22-cv-00450, 1 in MN/0:22-cv-00451, 1 in MN/0:22-cv-00452)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/2/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00439, MN/0:22-cv-00440, MN/0:22-cv-00449, MN/0:22-cv-00450, MN/0:22-cv-00451, MN/0:22-cv-00452 (JC)**

| | |
|---|---|
| **Case Name:** | Moore v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00451 |

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-144) - 6 action(s)** *re: pldg. ( [1595] in MDL No. 2885, 1 in MN/0:22-cv-00439, 1 in MN/0:22-cv-00440, 1 in MN/0:22-cv-00449, 1 in MN/0:22-cv-00450, 1 in MN/0:22-cv-00451, 1 in MN/0:22-cv-00452)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/2/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00439, MN/0:22-cv-00440, MN/0:22-cv-00449, MN/0:22-cv-00450, MN/0:22-cv-00451, MN/0:22-cv-00452 (JC)**

| | |
|---|---|
| **Case Name:** | Ross v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00452 |

**Filer:**

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-144) - 6 action(s)** *re: pldg. ( [1595] in MDL No. 2885, 1 in MN/0:22-cv-00439, 1 in MN/0:22-cv-00440, 1 in MN/0:22-cv-00449, 1 in MN/0:22-cv-00450, 1 in MN/0:22-cv-00451, 1 in MN/0:22-cv-00452)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/2/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00439, MN/0:22-cv-00440, MN/0:22-cv-00449, MN/0:22-cv-00450, MN/0:22-cv-00451, MN/0:22-cv-00452 (JC)**

| | |
|---|---|
| **Case Name:** | Kellogg v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00450 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-144) - 6 action(s)** *re: pldg. ( [1595] in MDL No. 2885, 1 in MN/0:22-cv-00439, 1 in MN/0:22-cv-00440, 1 in MN/0:22-cv-00449, 1 in MN/0:22-cv-00450, 1 in MN/0:22-cv-00451, 1 in MN/0:22-cv-00452)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/2/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00439, MN/0:22-cv-00440, MN/0:22-cv-00449, MN/0:22-cv-00450, MN/0:22-cv-00451, MN/0:22-cv-00452 (JC)**

| | |
|---|---|
| **Case Name:** | Adair v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00449 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-144) - 6 action(s)** *re: pldg. ( [1595] in MDL No. 2885, 1 in MN/0:22-cv-00439, 1 in MN/0:22-cv-00440, 1 in MN/0:22-cv-00449, 1 in MN/0:22-cv-00450, 1 in MN/0:22-cv-00451, 1 in MN/0:22-cv-00452)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/2/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00439, MN/0:22-cv-00440, MN/0:22-cv-00449, MN/0:22-cv-00450, MN/0:22-cv-00451, MN/0:22-cv-00452 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-00440 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00440 Notice will not be electronically mailed to:**

**MN/0:22-cv-00439 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00439 Notice will not be electronically mailed to:**

**MN/0:22-cv-00451 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Amanda M Williams     awilliams@gustafsongluek.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:22-cv-00451 Notice will not be electronically mailed to:**

**MN/0:22-cv-00452 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Amanda M Williams    awilliams@gustafsongluek.com

Daniel E Gustafson    dgustafson@gustafsongluek.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00452 Notice will not be electronically mailed to:**

**MN/0:22-cv-00450 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Amanda M Williams    awilliams@gustafsongluek.com

Daniel E Gustafson    dgustafson@gustafsongluek.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00450 Notice will not be electronically mailed to:**

**MN/0:22-cv-00449 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Amanda M Williams    awilliams@gustafsongluek.com

Daniel E Gustafson    dgustafson@gustafsongluek.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00449 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=3/2/2022] [FileNumber=1104858-0]
[969d0e4ce21aa3feb0fa0812d9a2f87cb698501a19d4a4820cccbccce672f63064701
f1192501a3f3bd8b97a5e3dfd5294a78d560da9c9bb70f992b8dde4779d]]