IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT EARPLUGS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-MDL-2885-MCR-GRJ<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's pretrial Order No. 3 and Northern District of Florida Local Rule 11.1, I, Eric Birge respectfully moves for admission to practice *pro hac vice* in the above referenced case. Further, Movant certifies as follows:

1. Movant resides in the State of Texas, and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the Bar of the State of Texas. A copy of a Certificate of Good Standing from the Texas State Bar dated within thirty (30) days of today's date is attached to this motion as Exhibit A.

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of this District, completed the Attorney Admission Tutorial (Confirmation No. FLND16461547785806), and completed the CM/ECF v3.+ online tutorials.

4. Movant has paid the required $201.00 *pro hac vice* admission fee.

5. Movant has an upgraded PACER account.

6. Movant represents the following Plaintiffs:

| | |
|---|---|
| Charles Johnson | 7:20-cv-54706-MCR-GRJ |
| Charles Revelle | 7:20-cv-56244-MCR-GRJ |
| Jacob Sayre | 7:20-cv-48946-MCR-GRJ |
| Ryne Thomas | 7:20-cv-49130-MCR-GRJ |
| Dax Wallace | 7:20-cv-49224-MCR-GRJ |
| William Kaiser | 7:20-cv-49295-MCR-GRJ |
| Daniel Abens | 7:20-cv-52017-MCR-GRJ |
| Christopher Albertson | 7:20-cv-52063-MCR-GRJ |
| Jeffery Boggs | 7:20-cv-52293-MCR-GRJ |
| David Combs | 7:20-cv-53187-MCR-GRJ |
| Dexter McDuffie | 7:20-cv-55789-MCR-GRJ |
| Brian Whitaker | 7:20-cv-49276-MCR-GRJ |

WHEREFORE, Eric Brige respectfully requests this Court enter an Order granting his motion to appear *pro hac vice* on behalf of Plaintiffs, and direct the Clerk to provide notice of Electronic Case Filings to the undersigned.

Date: March 2, 2022                    Respectfully submitted,

BAILEY COWAN HECKAMAN PLLC

By: */s/ Eric Birge*
    Eric Birge
    Texas Bar No. 24003848
    Four Oaks Place
    1360 Post Oak Blvd., Suite 2300
    Houston, Texas 77056
    Telephone: (713) 425-7100
    Facsimile: (713) 425-7101
    ebirge@bchlaw.com

## **CERTIFICATE OF SERVICE**

In compliance with Local Rule 5/1(f), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court on this the 2nd day of March, 2022 using the CM/ECF electronic filing system which will provide electronic notification of same to all counsel of record.

*/s/ Eric Birge*
Eric Birge
