# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDAPENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, Luke Callahan hereby moves this Court for an Order for admission to practice *pro hac* vice in the above- styled case only, and in support thereof states as follows:

1.     Movant resides in MO and is not a resident of the State of Florida.

2.     Movant is admitted to practice and is a member in good standing of thebar of the State of MO.  A copy of a Certificate of Good Standing from the State of MO dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3.     Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation

number <u>FLND16455527875773</u>, and the CM/ECF online tutorial.

    4.    Movant has submitted to the Clerk the required $201.00 *pro hac vice*

admission fee.

    5.    Movant has upgraded his PACER account to "NextGen."

    6.    Movant is the attorney of record in the related cases identified in the

exhibit attached hereto as Exhibit "B" and made a part hereof.

    WHEREFORE, <u>Luke Callahan</u> requests that this Court enter an order

granting this motion to appear *pro hac vice* and directing the clerk to provide

notice of Electronic Case Filings to the undersigned.

 Dated: March 2, 2022.          Respectfully Submitted By:

                                  **PREUSS | FOSTER**
                                  <u>*/s/ Luke Callahan*</u>
                                  Shawn G. Foster, MO #47663
                                  Luke Callahan, MO # 67983
                                  10601 Mission Rd., Suite 250
                                  Leawood, KS 66206
                                  Ph. 816-307-2788
                                  Fax:816-336-9705
                                  Email: <u>sfoster@pflaw.com</u>
                                              <u>lcallahan@pflaw.com</u>

                                **Attorneys for Plaintiffs**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive servicein this action.

By: Luke Callahan

_____

**Attorney for Plaintiffs**

EXHIBIT A

*The Supreme Court of Missouri*



## Certificate of Admission as an
## Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/16/2015,

*Luke Fitzgerald Callahan*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 17th day of February, 2022.

Clerk of the Supreme Court of Missouri

# EXHIBIT B

| Plaintiff Name | Plaintiff ID | Admin Docket Case Number | Law Firm Name |
|---|---|---|---|
| BAILEY, WILLIAM | 6281 | 8:20-cv-04899-MCR-GRJ | Preuss \| Foster |
| BROWN, SARAH | 6285 | 8:20-cv-04903-MCR-GRJ | Preuss \| Foster |
| BUCHANAN, GREGORY | 6286 | 8:20-cv-04905-MCR-GRJ | Preuss \| Foster |
| BURNLEY, TERRY | 6287 | 8:20-cv-04909-MCR-GRJ | Preuss \| Foster |
| CARROLL, WENDELL | 6288 | 8:20-cv-04913-MCR-GRJ | Preuss \| Foster |
| CARTER, LAVASTA | 6289 | 8:20-cv-04917-MCR-GRJ | Preuss \| Foster |
| CAUGHEY, JACOB | 6290 | 8:20-cv-04920-MCR-GRJ | Preuss \| Foster |
| CHILDERS, WILLIAM | 6291 | 8:20-cv-04924-MCR-GRJ | Preuss \| Foster |
| CLARKE, KRYSTAL | 6292 | 8:20-cv-04928-MCR-GRJ | Preuss \| Foster |
| CLARKSON, SHAWN | 6293 | 8:20-cv-04931-MCR-GRJ | Preuss \| Foster |
| CORRALES, ROGELIO | 6294 | 8:20-cv-04934-MCR-GRJ | Preuss \| Foster |
| GARCIA, CHRISTIAN | 6295 | 8:20-cv-04938-MCR-GRJ | Preuss \| Foster |
| HEIL, RAY | 6296 | 8:20-cv-04942-MCR-GRJ | Preuss \| Foster |
| HILL, GLENN | 6297 | 8:20-cv-04946-MCR-GRJ | Preuss \| Foster |
| HILL, JOSHUA | 6298 | 8:20-cv-04949-MCR-GRJ | Preuss \| Foster |
| HOELZER, AARON | 6299 | 8:20-cv-04952-MCR-GRJ | Preuss \| Foster |
| HOFFER, SETH | 6300 | 8:20-cv-04956-MCR-GRJ | Preuss \| Foster |
| JACKSON, DARRELL | 6301 | 8:20-cv-04960-MCR-GRJ | Preuss \| Foster |
| Johnson, Anthony J. | 6302 | 8:20-cv-04963-MCR-GRJ | Preuss \| Foster |
| JOHNSON, DARREN | 6303 | 8:20-cv-04967-MCR-GRJ | Preuss \| Foster |
| JOHNSON, JEFFREY | 6304 | 8:20-cv-04970-MCR-GRJ | Preuss \| Foster |
| JOHNSON, KEITH | 6305 | 8:20-cv-04973-MCR-GRJ | Preuss \| Foster |
| KEEFER, KYLE | 6306 | 8:20-cv-04975-MCR-GRJ | Preuss \| Foster |
| KELLER, JOHN | 6307 | 8:20-cv-04978-MCR-GRJ | Preuss \| Foster |
| KELLY, WILLIAM | 6308 | 8:20-cv-04981-MCR-GRJ | Preuss \| Foster |
| KINNEY, ROGER | 6309 | 8:20-cv-04985-MCR-GRJ | Preuss \| Foster |
| KLEWE, JOSHUA | 6310 | 8:20-cv-04988-MCR-GRJ | Preuss \| Foster |
| KOVACH, DANIEL | 6311 | 8:20-cv-04991-MCR-GRJ | Preuss \| Foster |
| LIBRERA, FREDERICK | 6312 | 8:20-cv-04993-MCR-GRJ | Preuss \| Foster |
| LOUVIERE, MATTHEW | 6313 | 8:20-cv-04996-MCR-GRJ | Preuss \| Foster |
| MAK, STEVEN | 6314 | 8:20-cv-04998-MCR-GRJ | Preuss \| Foster |
| MARKS, SHANE | 6315 | 8:20-cv-05001-MCR-GRJ | Preuss \| Foster |
| MARVIN, MICHAEL | 6316 | 8:20-cv-05004-MCR-GRJ | Preuss \| Foster |
| MCCROSKY, SCOTT | 6317 | 8:20-cv-05007-MCR-GRJ | Preuss \| Foster |
| MCCULLOUGH, TIMOTHY | 6318 | 8:20-cv-05010-MCR-GRJ | Preuss \| Foster |

| | | | |
|---|---|---|---|
| MOUNTS, BRIAN | 6319 | 8:20-cv-05012-MCR-GRJ | Preuss \| Foster |
| Nelson, Thomas Benjamin | 6320 | 8:20-cv-05015-MCR-GRJ | Preuss \| Foster |
| NESSIM, FADY | 6321 | 8:20-cv-05018-MCR-GRJ | Preuss \| Foster |
| PERCHES, JUAN | 6322 | 8:20-cv-05022-MCR-GRJ | Preuss \| Foster |
| PHAM, DAVID | 6323 | 8:20-cv-05025-MCR-GRJ | Preuss \| Foster |
| PRICE, ALLEN | 6324 | 8:20-cv-05028-MCR-GRJ | Preuss \| Foster |
| RAMOS, JEFFREY | 6325 | 8:20-cv-05031-MCR-GRJ | Preuss \| Foster |
| RIVERA, EUGENIO | 6326 | 8:20-cv-05033-MCR-GRJ | Preuss \| Foster |
| RIVERS, CHARLES | 6327 | 8:20-cv-05036-MCR-GRJ | Preuss \| Foster |
| ROMPREY, DAVID | 6328 | 8:20-cv-05039-MCR-GRJ | Preuss \| Foster |
| ROSE, FRANKLIN | 6329 | 8:20-cv-05042-MCR-GRJ | Preuss \| Foster |
| Scott, KENNEDY | 6330 | 8:20-cv-05045-MCR-GRJ | Preuss \| Foster |
| SNYDER, ANTHONY | 6331 | 8:20-cv-05048-MCR-GRJ | Preuss \| Foster |
| STANICH, MARK | 6332 | 8:20-cv-05050-MCR-GRJ | Preuss \| Foster |
| SUTHERLAND, ALLAN | 6334 | 8:20-cv-05053-MCR-GRJ | Preuss \| Foster |
| Wagenbach, PATRICK | 6335 | 8:20-cv-05056-MCR-GRJ | Preuss \| Foster |
| WALKER, IAN | 6336 | 8:20-cv-05059-MCR-GRJ | Preuss \| Foster |
| WELLMAN, DAVID | 6337 | 8:20-cv-05062-MCR-GRJ | Preuss \| Foster |
| WEST, KENNY | 6338 | 8:20-cv-05065-MCR-GRJ | Preuss \| Foster |
| WILSON, CURTIS | 6339 | 8:20-cv-05068-MCR-GRJ | Preuss \| Foster |
| YELVERTON, MICHAEL | 6340 | 8:20-cv-05070-MCR-GRJ | Preuss \| Foster |
| YOUNG, WILLIAM | 6341 | 8:20-cv-05073-MCR-GRJ | Preuss \| Foster |
| Durant, Calesi | 164838 | 8:20-cv-05815-MCR-GRJ | Preuss \| Foster |
| Rueff, Joshua | 164839 | 8:20-cv-05819-MCR-GRJ | Preuss \| Foster |
| Clark, Samuel | 258849 | 9:20-cv-19903-MCR-GRJ | Preuss \| Foster |
| Willis, Charles | 267954 | 9:20-cv-19934-MCR-GRJ | Preuss \| Foster |
| Europe, Italy | 282587 | 7:21-cv-04921-MCR-GRJ | Preuss \| Foster |
| Woods, Floyd | 304180 | 7:21-cv-26947-MCR-GRJ | Preuss \| Foster |