UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION : : : : : | Case No. 3:19-MD-2885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |
| This Document relates to: : <br>  Arthur Friedlander : <br>  Docket No. 3:22-cv-00917-MCR-GRJ : <br> : <br> Martin T. Wolf & Gail Masutani, h/w : <br> Docket No. 3:22-cv-00918-MCR-GRJ : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Frank Pollock, Esquire, of the Law Offices of Jeffrey R. Lessin, P.C., does hereby enter his appearance as counsel of record for the Plaintiffs in the above captioned matters.

Counsel further requests all papers and pleadings in the Master Docket of 3:19-md-2885 be served upon him.

DATED: 03-04-22

/s/ *Frank Pollock*
Frank Pollock, Esquire
Attorney for Plaintiffs
Pa Bar ID No. 80172
Law Offices of Jeffrey R. Lessin, P.C.
1515 Market Street-Suite 1650
Philadelphia, PA 19102
T: 215-599-1400
F: 215-599-0120
F.Pollock@LessinLaw.com

## CERTIFICATE OF SERVICE

I, Frank Pollock, Esquire, do hereby certify and say that a true and correct copy of the foregoing Notice of Appearance was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered counsel of record.

This the 1st day of March, 2022.

/s/ *Frank Pollock*
Frank Pollock, Esquire
Attorney for Plaintiffs
Pa Bar ID No. 80172
Law Offices of Jeffrey R. Lessin, P.C.
1515 Market Street-Suite 1650
Philadelphia, PA 19102
T: 215-599-1400
F: 215-599-0120
F.Pollock@LessinLaw.com