# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| Wayne Cole, 7:20-cv-38425-MCR-GRJ<br>Tron A. Coleman, 7:20-cv-13554-MCR-GRJ<br>Heidi S. Danila, 7:20-cv-25350-MCR-GRJ | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that D. Renee Baggett of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC has been admitted to practice in this Court and hereby enters her appearance as counsel for Plaintiffs in the following actions:

- *Wayne Cole v. 3M Company, et al.,* Case No. 7:20-cv-38425-MCR-GRJ

- *Tron A. Coleman v. 3M Company, et al.*, Case No. 7:20-cv-13554-MCR-GRJ,

- *Heidi S, Danila v. 3M Company, et al.*, Case No. 7:20-cv-25350-MCR-GRJ.

Counsel requests all further papers and pleadings in these actions and the Master Docket of MDL 2885 be served upon her.

Dated: March 4, 2022       Respectfully submitted,

                            */s/ D. Renee Baggett*
                            D. Renee Baggett, FL Bar No. 38186
                            R. Jason Richards, FL Bar No. 18207

>Bryan F. Aylstock, FL Bar No. 78263
>AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
>rbaggett@awkolaw.com
>jrichards@awkolaw.com
>baylstock@awkolaw.com
>17 East Main Street, Suite 200
>Pensacola, FL 32502
>Phone: (850) 202-1010
>Facsimile: (850) 916-7449
>
>*Attorneys for Plaintiffs, Wayne Cole, Tron A. Coleman, and Heidi S. Danila*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 4th day of March, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

>*/s/ D. Renee Baggett*
>D. Renee Baggett