UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Plaintiffs Identified on Exhibit A | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## ORDER

Pursuant to Case Management Order No. 24, ECF No. 1915, any plaintiff registering with MDL Centrality after September 13, 2021, was and is required to file a Short Form Complaint on the active docket within 30 days of the date of registration. The Court has cautioned plaintiffs that failure to comply with the 30-day deadline would result in the plaintiff no longer being allowed access to MDL Centrality in connection with the 3M MDL.

The Court has been advised that the plaintiffs identified in Exhibit A are registered with MDL Centrality but have not filed a Short Form Complaint on the administrative or active docket within the Court-imposed deadline. Indeed, a number of these plaintiffs have been registered with MDL Centrality since October 2019 and have yet to file a Short Form Complaint. This is unacceptable. All plaintiffs must abide by court deadlines. No plaintiff may remain registered with MDL Centrality in perpetuity without filing a Short Form Complaint.

Accordingly, BrownGreer PLC is hereby directed to close the MDL Centrality portal for the plaintiffs that are identified in Exhibit A. These plaintiffs may reregister with MDL Centrality, and if they do, they will be required to file a Short Form Complaint on the active docket within 30 days of the date of registration.

**DONE and ORDERED** on this 4th day of March, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**