UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG LITIGATION LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: *Kelley v. 3M Company* Case No. 7:20-cv-00153 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## NOTICE OF CORRECTION

Plaintiff's Response in Opposition to Motion to Exclude Plaintiffs' Group D Putative Expert Opinions under *Daubert* and Rule 702 contained an error related to the *Kelley* case. (*See Kelley*, Dkt. 66). Plaintiff's response stated, "Defendants also point to a single 2011 hearing test, taken immediately after Kelley's return from deployment…" (*See Kelley*, Dkt. 66 at 38). The response should have stated, "Defendants also point to a single hearing test, *taken six (6) months following* Kelley's return from deployment…" (emphasis added).

Date: March 4, 2022

Respectfully submitted:

/s/ *Trent B. Miracle*
Trent B. Miracle
Daniel P. Blouin
John J. Foley
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002

618-259-2222
618-259-2251 (fax)
tmiracle@simmonsfirm.com
dblouin@simmonsfirm.com
jfoley@simmonsfirm.com

*Counsel for Plaintiff Denise Kelley*