UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | * * | Case No. 3:19-md-02885 |
| This Document Relates to: | * | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| BENJAMIN GOEBELER Plaintiff, | * * | |
| v. | * | |
| 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING, LLC AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC, Defendants. | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **MOTION TO APPEAR *PRO HACE VICE***

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Tom W. Thornhill, respectfully moves for admission to practice *pro hac vice* fo the purposes of appearance in the above styled case only, and in support thereof states as follows:

1. Movant resides in Louisiana and is not a resident of the State of Florida;

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is a member in good standing of the Supreme Court of Louisiana and the Supreme Court of the State of Texas.

4. Movant is also admitted to the bar of the United States Supreme Court, every state and federal courts in Louisiana and Texas and previously admitted *pro hac vice* in various

Mississippi, New Jersey, Minnesota and California state and federal courts.

5. A copy of a Certificate of Good Standing from the Supreme Court of Louisiana dated within 30 days of this motion is attached as Exhibit "A;"

6. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16463498405825 and completed the CM/ECF Online Tutorials;

7. Tom W. Thornhill has submitted to the Clerk the required $208.00 *pro hac vice* admission fee;

8. Tom W. Thornhill has upgraded his PACER account to "NextGen"; and,

9. Movant represents Plaintiff, Benjamin Goebeler.

WHEREFORE, Tom W. Thornhill respectfully requests that this Court enter an Order granting Tom W. Thornhill of Thornhill Law Firm, A PLC, admission to practice *pro hac vice* in this case.

DATED: March 4, 2022

**Respectfully submitted,**

**THORNHILL LAW FIRM, A PLC**

**TOM W. THORNHILL**
1308 Ninth Street
Slidell, Louisiana 70458
(985) 641-5010
(985) 641-5011 fax
tom@thornhilllawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record on this 4th day of March, 2022.

_____
TOM W. THORNHILL