United States of America

State of Louisiana

# Supreme Court of the State of Louisiana

I, VERONICA ODINET KOCLANES, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**TOMMY WOOD THORNHILL ESQ., #12776**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 28th Day of April, 1978 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 21st Day of February, 2022, A.D.

*Veronica Odinet Koclanes*
Clerk of Court
Supreme Court of Louisiana