UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Cases Identified on Exhibit A | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER

On September 3, 2021, the Court entered Transition Order #2, requiring 24,393 cases to transition from the administrative docket to the active docket. *See* ECF No. 1915. Depending on the number of cases identified for removal per Plaintiffs' law firm, Plaintiffs' counsel had between 30 and 60 days to transition the identified cases to the active docket. *Id.* at 5. The Court cautioned that any case not transitioned by the deadline would be dismissed from the administrative docket without prejudice and the tolling of any time limitations for filing or pursuing claims that applied to a case by virtue of it being on the administrative docket, would terminate. *Id.* at 5-6.

The time for compliance expired on November 2, 2021, and the plaintiffs identified in Exhibit A failed to "fully" comply with the transition requirements set forth in Transition Order #2. *Id.* at 4-6. Specifically, three plaintiffs filed certain transition documents but did not pay a filing fee, 41 plaintiffs paid a filing fee but

did not file a Notice of Transition, and three plaintiffs filed a Notice of Transition using the wrong event code in CM/ECF.

Accordingly, these plaintiffs are hereby directed to rectify the deficiencies and comply with Transition Order #2 in all respects within **10 days** of the date of this Order, otherwise their cases will be dismissed and any paid filings fees will not be refunded. The Clerk is directed to enter a copy of this Order on the MDL docket and on the individual docket for each of the cases identified in Exhibit A.

**DONE and ORDERED** on this 8th day of March, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**