## Exhibit A

| | Certain Transition Documents Filed but No Filing Fee Paid | | |
|---|---|---|---|
| **Plaintiff ID** | **Plaintiff Name** | **Law Firm Name** | **Admin Docket Case Number** |
| 29283 | GORDON, ADAM JOE | Phipps Deacon Purnell PLLC | 8:20-cv-21536-MCR-GRJ |
| 266273 | Charlton, Thomas L | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC | 7:21-cv-18366-MCR-GRJ |
| 266352 | Weber, Harold Gale | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC | 7:21-cv-15014-MCR-GRJ |

| | Filing Fee Paid but Notice of Transition not Filed | | |
|---|---|---|---|
| **Plaintiff ID** | **Plaintiff Name** | **Law Firm Name** | **Admin Docket Case Number** |
| 16418 | Vowell, Christopher | Bryant Law Center | 8:20-cv-05715-MCR-GRJ |
| 16550 | Fleming, Kristopher Lewis | Beggs & Lane | 7:20-cv-87945-MCR-GRJ |
| 16551 | Variet, Arthur L. | Beggs & Lane | 7:20-cv-87948-MCR-GRJ |
| 16552 | Gehringer, Jason | Beggs & Lane | 7:20-cv-87951-MCR-GRJ |
| 16553 | Keranovic, Fadil | Beggs & Lane | 7:20-cv-87954-MCR-GRJ |
| 16554 | Lewis, James Gordon | Beggs & Lane | 7:20-cv-87957-MCR-GRJ |
| 16555 | Mingo, Gregory | Beggs & Lane | 7:20-cv-87959-MCR-GRJ |
| 16556 | Meche, Shannon | Beggs & Lane | 7:20-cv-87962-MCR-GRJ |
| 59712 | SMITH, CHRISTOPHER C. | The Gori Law Firm, P.C. | 7:20-cv-09184-MCR-GRJ |
| 68133 | Shipman, Bryan | Brent Coon & Associates | 7:20-cv-71355-MCR-GRJ |
| 84059 | Hix, Allison | Beggs & Lane | 7:20-cv-55366-MCR-GRJ |
| 84060 | Morris, David Lee | Beggs & Lane | 7:20-cv-55369-MCR-GRJ |
| 84061 | Giordan, Jimmy | Beggs & Lane | 8:20-cv-91395-MCR-GRJ |
| 84063 | Reiss, Shawn | Beggs & Lane | 7:20-cv-55375-MCR-GRJ |
| 84064 | Goltz, William Brian | Beggs & Lane | 7:20-cv-55378-MCR-GRJ |
| 118343 | Weaver, Garett Cole | Baron & Budd | 8:20-cv-01192-MCR-GRJ |
| 123828 | Bell, Barbara L | Weitz & Luxenberg | 7:20-cv-30083-MCR-GRJ |
| 133532 | Moua, Boon | Junell & Associates, PLLC | 7:20-cv-57382-MCR-GRJ |
| 164609 | Sotelo, Damian Castillo | Beggs & Lane | 7:20-cv-87940-MCR-GRJ |
| 164610 | Patitz, Anthony Thomas | Beggs & Lane | 7:20-cv-87942-MCR-GRJ |
| 167027 | ASHLEY, THOMAS | Chaffin Luhana LLP | 8:20-cv-52001-MCR-GRJ |
| 174062 | TURNBULL, CHRISTOPHER S | Beggs & Lane | 7:20-cv-65558-MCR-GRJ |
| 176315 | FIELDS, WILLIAM A | Beggs & Lane | 8:20-cv-15763-MCR-GRJ |
| 189254 | BROWN, THOMAS MICHAEL | Beggs & Lane | 8:20-cv-16681-MCR-GRJ |
| 194528 | Anderson, Jerry W. | Gallon, Takacs & Boissoneault, CO., LPA | 8:20-cv-57348-MCR-GRJ |
| 194529 | Johnson, Cory S. | Gallon, Takacs & Boissoneault, CO., LPA | 8:20-cv-57349-MCR-GRJ |
| 194530 | Matteo, David Young | Gallon, Takacs & Boissoneault, CO., LPA | 8:20-cv-57350-MCR-GRJ |
| 194532 | Rawlings, John S. | Gallon, Takacs & Boissoneault, CO., LPA | 8:20-cv-57352-MCR-GRJ |
| 194533 | Vaughn, Seth | Gallon, Takacs & Boissoneault, CO., LPA | 8:20-cv-57353-MCR-GRJ |
| 194534 | Watson, Emanuel A. | Gallon, Takacs & Boissoneault, CO., LPA | 8:20-cv-57354-MCR-GRJ |
| 194535 | Silva, Freddy | Gallon, Takacs & Boissoneault, CO., LPA | 8:20-cv-57355-MCR-GRJ |
| 211703 | MEADE, CORY THOMAS | Beggs & Lane | 8:20-cv-57162-MCR-GRJ |
| 221230 | PRESLEY, BRANDON James | Gallon, Takacs & Boissoneault, CO., LPA | 8:20-cv-89891-MCR-GRJ |
| 222691 | GREENE, KEITH JEROME | Beggs & Lane | 8:20-cv-78771-MCR-GRJ |
| 222692 | MINGLE, MICHAEL JAMES | Beggs & Lane | 8:20-cv-78773-MCR-GRJ |
| 233691 | WEAVER, JAMIE DANIEL | Beggs & Lane | 8:20-cv-74476-MCR-GRJ |
| 244825 | Simon, Clayton | Chaffin Luhana LLP | 8:20-cv-86605-MCR-GRJ |
| 250697 | CAPPS, THOMAS EDISON | Beggs & Lane | 8:20-cv-87817-MCR-GRJ |
| 251978 | REILLY, BRIAN J | Beggs & Lane | 8:20-cv-95381-MCR-GRJ |
| 251980 | HARDNETT, BRANDI SHANIQUA | Beggs & Lane | 8:20-cv-95383-MCR-GRJ |
| 288630 | Taylor, Jamarc | Parafinczuk Wolf, P.A. | 7:21-cv-10661-MCR-GRJ |

| | Notice of Transition Filed Using Wrong Event in CM/ECF | | |
|---|---|---|---|
| **Plaintiff ID** | **Plaintiff Name** | **Law Firm Name** | **Admin Docket Case Number** |
| 299312 | Phelps, Michael | Law Offices of Jeffrey E. Marion | 7:21-cv-19421-MCR-GRJ |
| 308637 | WASHINGTON, ONAJE | Law Offices of Jeffrey E. Marion | 7:21-cv-26167-MCR-GRJ |
| 329709 | GAVIDIA, ALE | Law Offices of Jeffrey E. Marion | 7:21-cv-43344-MCR-GRJ |