UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Wilkerson*, 7:20cv0035<br>*Vilsmeyer*, 7:20cv0113<br>*Kelley*, 7:20cv0153<br>*Vaughn*, 7:20cv0134<br>*Beal*, 7:20cv006 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**ORDER**

At earlier stages of this litigation, the Court entered a series of orders resolving the parties' respective *Daubert* motions in the Trial Group A, B, and C cases.[1]  A number of the previous rulings are broadly applicable to issues and experts in other Trial Groups.  For preservation purposes only, both sides have now moved to incorporate certain of their respective *Daubert* motions and responses regarding those general issues and experts in the Group D cases.  *See* ECF Nos. 2715, 2720.

On consideration, the preservation motions are granted, the parties' respective arguments on the issues and experts identified in the preservation

---

[1] *See In re 3M Combat Arms Earplug Prod. Liab. Litig.*, No. 3:19md2885, ECF Nos. 1651, 1680, 1690, 1701, 1780, 1910, 1933, 2202, 2218, 2232, and 2290.

motions are preserved for purposes of the Group D cases, and the Court's previous rulings on those matters are adopted and incorporated in the Group D cases.[2]

**SO ORDERED**, on this 8th day of March, 2022.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[2] This Order also resolves the preservation motions filed on the individual dockets for the Group D plaintiffs. *See Wilkerson*, 7:20cv035, ECF Nos. 56, 61; *Vilsmeyer*, 7:20cv113, ECF Nos. 41, 48; *Kelley*, 7:20cv153, ECF Nos. 38, 44; *Beal*, 7:20cv006, ECF Nos. 48, 53.