UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Cases Identified on Exhibit A | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## CASE MANAGEMENT ORDER NO. 38

This Order addresses the census form deadline for cases filed on the administrative docket after Pretrial Order No. 81 but before the administrative docket closed.[1] As brief background, Pretrial Order No. 18 established the Initial Census Questions and census form deadlines for all filed cases.[2] ECF No. 775. Specifically, cases "filed in or transferred into the MDL 2885" after the date of the Order were and are required to submit a census form within 90 days of the date the case is filed. Shortly thereafter, the initial census deadlines were suspended. ECF No. 836.

On July 28, 2021, Pretrial Order No. 81 reinstated the Initial Census Questions requirement set forth in Pretrial Order No. 18 for all plaintiffs who had not yet

---

[1] The 4,330 cases identified in Exhibit A were filed on the administrative docket after Pretrial Order No. 81 was entered on July 28, 2021, but before the administrative docket closed on September 13, 2021.

[2] Pretrial Order No. 18 was entered on October 22, 2019, before the administrative docket was created.

submitted census forms. ECF No. 1848. Depending on the number of cases per Plaintiffs' law firm missing census forms, Plaintiffs' counsel had between 60 and 270 days to submit the census forms. Pretrial Order No. 81, however, was silent as to the census form deadline for cases filed on the administrative docket after the date of the Order. The Court intended to reinstate the initial deadline under Pretrial Order No. 18, which requires plaintiffs to submit the census form within 90 days of the date their case is "filed in or transferred into the MDL 2885." However, the Court recognizes that Pretrial Order No. 18 was entered prior to the creation of the administrative docket. Consequently, plaintiffs who filed a case on the administrative docket after Pretrial Order No. 81 may think their census form is due 90 days from when they transition or file a case on the active docket.

The plaintiffs identified in Exhibit A filed a case on the administrative docket after Pretrial Order No. 81. Since the census form deadline for these cases was unclear, the Court now directs these plaintiffs to submit their census forms within **90 days** of the date of this Order. After a census form is submitted, the census deficiency process and deadlines set forth in Pretrial Orders Nos. 18 and 81 must be followed. Failure to comply with the census form submission and deficiency deadlines may result in dismissal with prejudice.

**SO ORDERED**, on this 8th day of March, 2022.

*M. Casey Rodgers*
------------------
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**