UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | Case No: 3:19-md-02885 |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Ryan A. Nelson, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and, in support thereof, states as follows:

1. Movant resides in the Commonwealth of Virginia and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bars of the District of Columbia, Maryland, and Virginia. Movant's law office is in Virginia and this is the state where he regularly practices law. Pursuant to Local Rule 11.1, a copy of a Certificate of Good Standing from the State of Virginia (the state where he resides and regularly practices law) dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam (confirmation number FLND16382390685299), and the CM/ECF online tutorials. I hereby certify that I am familiar with the CM/ECF e-filing system.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has an "Upgraded PACER Account."

6. Movant is the attorney of record for the Plaintiffs identified in the attached Exhibit "B".

WHEREFORE, I, Ryan A. Nelson, respectfully request that this Court enter an order granting this motion to appear *pro hac vice*.

Dated: March 9, 2022

    Respectfully Submitted,
    /s/ *Ryan A. Nelson*
    LAW OFFICE OF RYAN A. NELSON, PLLC
    800 W Broad st #111
    Falls Church, VA 22040
    703-463-1741 (main)
    314-255-3384 (direct)
    Email: adroitegroup@gmail.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on March 9, 2022 and served electronically on all counsel of record.

    /s/ *Ryan A. Nelson*
    Ryan A. Nelson