# Exhibit B

| | |
|---|---|
| NELSON v. 3M COMPANY et al | 3:22-cv-01835-MCR-GRJ |
| CORTEZ v. 3M COMPANY et al | 3:22-cv-03311-MCR-GRJ |