UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases on Exhibit A | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER

This Order addresses plaintiffs who failed to submit answers to the Initial Census Questions as required by Pretrial Order No. 81.  On July 28, 2021, Pretrial Order No. 81 reinstated the Initial Census Questions requirement set forth in Pretrial Order No. 18 for all plaintiffs who had not yet submitted census forms. ECF No. 1848. Depending on the number of cases per plaintiffs' law firm missing census forms, plaintiffs' counsel had between 60 and 270 days to submit the census forms.

The 13,503 plaintiffs identified on Exhibit A failed to submit census forms within the applicable deadline.  At this point in the litigation, Plaintiffs have had ample time to complete the Initial Census Questions, which require basic case information certified by counsel in order to facilitate discovery.  As stated in Case Management Order No. 35, ECF No. 2789, the plaintiffs identified on Exhibit A will be given one last opportunity to submit their census forms or their cases will be dismissed.  For law firms representing over 750 claimants on Exhibit A, counsel will

have **60 days** to submit census forms through MDL Centrality.  For law firms representing between 250 and 750 claimants on Exhibit A, counsel will have **30 days** to submit completed census forms through MDL Centrality.  For law firms representing less than 250 claimants on Exhibit A, counsel will have **14 days** to submit completed census forms through MDL Centrality.  After a census form is submitted, the census deficiency process and deadlines set forth in Pretrial Orders Nos. 18 and 81 must be followed.

If plaintiffs fail to submit census forms to MDL Centrality in accordance with this Order, they will have violated at least two of the Court's Orders (Pretrial Order No. 81 and this Order) and their cases will be **dismissed with prejudice**.

**SO ORDERED**, on this 9th day of March, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**