# EXHIBIT A

1/13/2022 41124806



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Michael Paul Oliverio, Esq.

#### DATE OF ADMISSION

*November 24, 2008*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal
Dated:  March 1, 2022**

Nicole Traini
Chief Clerk