UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR *PRO HAC VICE***

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Alexa D. Gomez, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in New York and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of New York as well as Kentucky and the District of Columbia. A copy of a Certificate of Good Standing from the State of New York, Kentucky and the District of Columbia dated within 30 days of this motion are all attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial,

1

confirmation number FLND16417438935485 and completed the CM/ECF Online Tutorials.

4. Alexa D. Gomez has submitted to the Clerk the required $208.00 *prohac vice* admission fee.

5. Alexa D. Gomez has upgraded her PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Alexa D. Gomez respectfully requests that this Court enter an Order granting Alexa Gomez of Manning Gross and Massenburg LLP, *pro hac vice* in this case.

Respectfully submitted on this 10th day of March, 2022.

/s/ Alexa D. Gomez
Alexa Gomez, Esq.
NY Bar No. 5875331
KY Bar No. 99303
D.C. Bar No. 1778922
MANNING GROSS + MASSENBURG LLP
14 Wall Street, 28th Floor
New York, New York 10005
Telephone: (646) 531-0074
Facsimile: (618) 607-5299
Email: agomez@mgmlaw.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 10th day of March, 2022.

/s/ Alexa D. Gomez
Alexa D. Gomez, Esq.
NY Bar No. 5875331
KY Bar No. 99303
D.C. Bar No. 1778922