UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br><br><br>PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY, ET AL.<br><br>DEFENDANTS. | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br><br>Civil Action No. |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Shundra Crumpton Manning of the law firm Bradley Arant Boult Cummings, LLP has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendants, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

DATED:	March 11, 2022

        Respectfully submitted,

        */s/ Shundra Crumpton Manning*
        Shundra Crumpton Manning
        TN Bar No. 036776
        **BRADLEY ARANT BOULT CUMMINGS LLP**
        1600 Division Street
        Suite 700
        Nashville, Tennessee  37203
        (615) 252-3588 Telephone
        (615) 252-6557 Facsimile
        scmanning@bradley.com

        *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 11th day of March, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Shundra Crumpton Manning*
Shundra Crumpton Manning
