# Exhibit A

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1812
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
J.D. Meyer
President

Amy D. Cubbage
President-Elect

W. Fletcher Schrock
Vice President

Thomas N. Kerrick
Immediate Past President

Megan P. Keane
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Rhonda Jennings Blackburn
Allison I. Connelly
Matthew P. Cook
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
Todd V. McMurtry
Susan Montalvo-Gesser
Susan D. Phillips
James M. Ridings
James A. Sigler
Van F. Sims
J. Tanner Watkins



## THIS IS TO CERTIFY THAT

### CHRISTINA TERESA NATALE
Bailey & Glasser LLP
1055 Thomas Jefferson Street Northwest, Suite 540
Washington, District of Columbia 20007

### Membership No. 96810

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 11th day of March, 2022.

**JOHN D. MEYERS**
**REGISTRAR**

By: *Michele Pogrotsky*
Michele M. Pogrotsky, Deputy Registrar