# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to all Cases: | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on    March 7, 2022

Motion/Pleadings: MOTION TO APPEAR *PRO HAC VICE*.
Filed by  Robert Scott Connally    on  March 4, 2022    Doc. #'s 2835

| | Stipulated | | Joint Pleading |
|---|---|---|---|
| | Unopposed | | Consented |

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Patricia G. Romero*
Deputy Clerk:    Patricia G. Romero

On consideration, the motion is DENIED without prejudice for failure to identify any individual case **pending within the MDL** in which counsel appears as attorney of record. *See* ECF No. 86, ¶ II.

**DONE** and **ORDERED** this 11th day of March 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**