**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document Relates to All Cases | Case No. 3:19md2885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**ORDER**

Pending before the Court are the Motions for Admission *Pro Hac Vice* seeking leave to appear as counsel for parties in matters pending before this Court associated with the above-referenced litigation, filed by the attorneys listed on Exhibit A. The motions demonstrate that these attorneys are members of good standing of the bar associations of their respective states, as stated on the certificates of good standing dated within 30 days of filing the motions; they have successfully completed the computer-based tutorials for the local rules of this Court and CM/ECF; and they have also paid the required admission fee. Having fully reviewed the matters, the Court finds the requirements of the Court's local rules satisfied. *See* N.D. Fla. Loc. R. 11.1. Therefore, the motions identified on Exhibit A are **GRANTED**.

**DONE AND ORDERED** on this 11th day of March 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

## Exhibit A

| ECF No. | Counsel | Firm |
|---|---|---|
| 2837 | William G. Porter, II | Vorys Sater Seymour & Pease LLP |
| 2838 | Gary J. Saalman | Vorys Sater Seymour & Pease LLP |
| 2839 | Eric E. Hudson | Butler Snow LLP |
| 2840 | Hillary A. Anderson | Vorys Sater Seymour & Pease LLP |
| 2841 | Erin D. French | Vorys Sater Seymour & Pease LLP |
| 2842 | Sara A. Ingram | Vorys Sater Seymour & Pease LLP |
| 2843 | Andrew J. Tureaud | Vorys Sater Seymour & Pease LLP |
| 2844 | Tom W. Thornhill | Thornhill Law Firm, PLC |
| 2849 | Ryan A. Nelson | Law Office of Ryan A. Nelson PLLC |
| 2852 | Margaret D. Everett | Vorys Sater Seymour & Pease LLP |
| 2853 | Lia F. Mazzarella | Vorys Sater Seymour & Pease LLP |
| 2854 | Michael P. Oliverio | Vorys Sater Seymour & Pease LLP |
| 2855 | Jordan C. Patterson | Vorys Sater Seymour & Pease LLP |
| 2858 | Alexa D. Gomez | Manning Gross & Massenburg LLP |
| 2859 | Alison E. Yardley | Kirkland & Ellis LLP |