UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Plaintiffs Identified on Exhibit A | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

On March 4, 2022, the Court entered an Order directing BrownGreer PLC to close the portal for plaintiffs who failed to file a Short Form Complaint on the administrative or active docket within 30 days of registering with MDL Centrality. ECF No. 2834. The noncompliant plaintiffs were identified in Exhibit A of the Order, which included plaintiffs who registered with MDL Centrality on or prior to February 1, 2022, but had yet to file a Short Form Complaint. The Court has been notified that Exhibit A did not account for cases that were filed on the active docket after February 24, 2022, meaning a number of the plaintiffs identified may have filed a Short Form Complaint within the 30-day deadline. **The Court hereby replaces Exhibit A of the March 4, 2022 Order with the Exhibit A attached hereto, which lists plaintiffs who failed to file a Short Form Complaint within the 30-day deadline as of March 3, 2022.**

Accordingly, BrownGreer PLC is hereby directed to close the MDL Centrality portal for the plaintiffs that are identified in Exhibit A. These plaintiffs may reregister with MDL Centrality, and if they do, they will be required to file a Short Form Complaint on the active docket within 30 days of the date of registration. Going forward, BrownGreer PLC is directed to close the MDL Centrality portal for plaintiffs who fail to file a Short Form Complaint within 30 days of the date registration.

**DONE and ORDERED** on this 11th day of March, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**