UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

This Document Relates to All Cases

Case No. 3:19-md-02885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Natasha Alexander, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16420296505533 and completed the CM/ECF Online Tutorials.

4. Natasha Alexander has submitted to the Clerk the required $208.00 *pro*

1

*hac vice* admission fee.

5. Natasha Alexander has upgraded her PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Natasha Alexander respectfully request that this Court enter an Order granting Natasha Alexander of Vorys Sater Seymour and Pease LLP, *pro hac vice* in this case.

Respectfully submitted on this 11th day of March, 2022.

/s/ Natasha Alexander
Natasha Alexander, Texas Bar No. 24125476

VORYS SATER SEYMOUR AND PEASE LLP
909 Fannin Street
Suite 2700
Houston, TX  77010
Telephone:  713.588.7001
Facsimile:   713.588.7050
Email:  naalexander@vorys.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 11th day of March, 2022.

*/s/ Natasha Alexander*
Natasha Alexander, Texas Bar No. 24125476