UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Thomas H. Fusonie, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Ohio and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Ohio. A copy of a Certificate of Good Standing from the State of Ohio dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16463396015823 and completed the CM/ECF Online Tutorials.

4. Thomas H. Fusonie has submitted to the Clerk the required $208.00 *pro*

1

*hac vice* admission fee.

    5.    Thomas H. Fusonie has upgraded his PACER account to "NextGen."

    6.    Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Thomas H. Fusonie respectfully request that this Court enter an Order granting Thomas H. Fusonie of Vorys Sater Seymour and Pease LLP, *pro hac vice* in this case.

Respectfully submitted on this 11th day of March, 2022.

    */s/ Thomas H. Fusonie*
    Thomas H. Fusonie, Ohio Bar No. 0074201

    VORYS SATER SEYMOUR AND PEASE LLP
    52 East Gay Street
    Columbus, OH  43215
    Telephone:  614.464.8261
    Facsimile:  614.719.4886
    Email:  thfusonie@vorys.com

    *Counsel for Defendants 3M Company,*
    *3M Occupational Safety LLC, Aearo*
    *Technologies LLC, Aearo Holding, LLC,*
    *Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 11th day of March, 2022.

*/s/ Thomas H. Fusonie*
Thomas H. Fusonie, Ohio Bar No. 0074201