## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE:  3M COMBAT ARMS                        Case No. 3:19-md-02885
EARPLUG PRODUCTS
LIABILITY LITIGATION

                                                              Judge M. Casey Rodgers
This Document Relates to All Cases          Magistrate Judge Gary R. Jones

### MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and

the Northern District of Florida Local Rule 11.1, I, Daniel E. Shuey, respectfully

moves for admission to practice *pro hac vice* for purposes of appearance in the

above-styled case only, and in support thereof states as follows:

1.      Movant resides in Ohio and is not a resident of the State of Florida.

2.      Movant is not admitted to practice in the Northern District of Florida

and is a member in good standing of the bar of the State of Ohio.  A copy of a

Certificate of Good Standing from the State of Ohio dated within 30 days of this

motion is attached hereto as Exhibit "A."

3.      Movant has reviewed the Attorney Admission Memo, reviewed the

Local Rules of the Northern District of Florida, completed the online Attorney

Admission Tutorial, confirmation number FLND16423593045564 and completed

the CM/ECF Online Tutorials.

4.      Daniel E. Shuey has submitted to the Clerk the required $208.00 *pro*

1

*hac vice* admission fee.

5.      Daniel E. Shuey has upgraded his PACER account to "NextGen."

6.      Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Daniel E. Shuey respectfully request that this Court enteran Order granting Daniel E. Shuey of Vorys Sater Seymour and Pease LLP, *pro hac vice* in this case.

Respectfully submitted on this 11th day of March, 2022.

*/s/ Daniel E. Shuey*
Daniel E. Shuey, Ohio Bar No. 0085398

VORYS SATER SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH  43215
Telephone:  614.464.8277
Facsimile:   614.719.4616
Email:  deshuey@vorys.com

*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding, LLC,*
*Aearo Intermediate, LLC and Aearo, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 11th day of March, 2022.

*/s/ Daniel E. Shuey* _____
Daniel E. Shuey, Ohio Bar No. 0085398