## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, March 14, 2022 7:12 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Monday, March 14, 2022 12:11:06 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 3/14/2022 at 8:11 AM EDT and filed on 3/14/2022

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | [MDL No. 2885](#) |
| **Filer:** | |
| **Document Number:** | [1615](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-146) - 12 action(s)** *re: pldg. ([1605] in MDL No. 2885, 18 in MN/0:21-cv-00388, 18 in MN/0:21-cv-01104, 1 in MN/0:22-cv-00523, 1 in MN/0:22-cv-00524, 1 in MN/0:22-cv-00529, 1 in MN/0:22-cv-00530, 1 in MN/0:22-cv-00531, 1 in MN/0:22-cv-00532, 1 in MN/0:22-cv-00535, 1 in MN/0:22-cv-00536, 1 in MN/0:22-cv-00538, 1 in MN/0:22-cv-00539)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/14/2022.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00388, MN/0:21-cv-01104, MN/0:22-cv-00523, MN/0:22-cv-00524, MN/0:22-cv-00529, MN/0:22-cv-00530, MN/0:22-cv-00531, MN/0:22-cv-00532, MN/0:22-cv-00535, MN/0:22-cv-00536, MN/0:22-cv-00538, MN/0:22-cv-00539 (JC)**

| | |
|---|---|
| **Case Name:** | Forbes v. 3M Company et al |

**Case Number:** MN/0:22-cv-00535
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-146) - 12 action(s)** *re: pldg. ( [1605] in MDL No. 2885, 18 in MN/0:21-cv-00388, 18 in MN/0:21-cv-01104, 1 in MN/0:22-cv-00523, 1 in MN/0:22-cv-00524, 1 in MN/0:22-cv-00529, 1 in MN/0:22-cv-00530, 1 in MN/0:22-cv-00531, 1 in MN/0:22-cv-00532, 1 in MN/0:22-cv-00535, 1 in MN/0:22-cv-00536, 1 in MN/0:22-cv-00538, 1 in MN/0:22-cv-00539)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/14/2022.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00388, MN/0:21-cv-01104, MN/0:22-cv-00523, MN/0:22-cv-00524, MN/0:22-cv-00529, MN/0:22-cv-00530, MN/0:22-cv-00531, MN/0:22-cv-00532, MN/0:22-cv-00535, MN/0:22-cv-00536, MN/0:22-cv-00538, MN/0:22-cv-00539 (JC)**

**Case Name:** Keen v. 3M Company et al
**Case Number:** MN/0:21-cv-01104
**Filer:**
**Document Number:** 20

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-146) - 12 action(s)** *re: pldg. ( [1605] in MDL No. 2885, 18 in MN/0:21-cv-00388, 18 in MN/0:21-cv-01104, 1 in MN/0:22-cv-00523, 1 in MN/0:22-cv-00524, 1 in MN/0:22-cv-00529, 1 in MN/0:22-cv-00530, 1 in MN/0:22-cv-00531, 1 in MN/0:22-cv-00532, 1 in MN/0:22-cv-00535, 1 in MN/0:22-cv-00536, 1 in MN/0:22-cv-00538, 1 in MN/0:22-cv-00539)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/14/2022.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00388, MN/0:21-cv-01104, MN/0:22-cv-00523, MN/0:22-cv-00524, MN/0:22-cv-00529, MN/0:22-cv-00530, MN/0:22-cv-00531, MN/0:22-cv-00532, MN/0:22-cv-00535, MN/0:22-cv-00536, MN/0:22-cv-00538, MN/0:22-cv-00539 (JC)**

**Case Name:** Ali v. 3M Company et al
**Case Number:** MN/0:22-cv-00523
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-146) - 12 action(s)** *re: pldg. ( [1605] in MDL No. 2885, 18 in MN/0:21-cv-00388, 18 in MN/0:21-cv-01104, 1 in MN/0:22-cv-00523, 1 in MN/0:22-cv-00524, 1 in MN/0:22-cv-00529, 1 in MN/0:22-cv-00530, 1 in MN/0:22-cv-00531, 1 in MN/0:22-cv-00532, 1 in MN/0:22-cv-00535, 1 in MN/0:22-cv-00536, 1 in MN/0:22-cv-00538, 1 in MN/0:22-cv-00539)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/14/2022.**

**Associated Cases:** MDL No. 2885, MN/0:21-cv-00388, MN/0:21-cv-01104, MN/0:22-cv-00523, MN/0:22-cv-00524, MN/0:22-cv-00529, MN/0:22-cv-00530, MN/0:22-cv-00531, MN/0:22-cv-00532, MN/0:22-cv-00535, MN/0:22-cv-00536, MN/0:22-cv-00538, MN/0:22-cv-00539 (JC)

| | |
|---|---|
| **Case Name:** | Patrick v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00388 |
| **Filer:** | |
| **Document Number:** | 20 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-146) - 12 action(s)** *re: pldg. ( [1605] in MDL No. 2885, 18 in MN/0:21-cv-00388, 18 in MN/0:21-cv-01104, 1 in MN/0:22-cv-00523, 1 in MN/0:22-cv-00524, 1 in MN/0:22-cv-00529, 1 in MN/0:22-cv-00530, 1 in MN/0:22-cv-00531, 1 in MN/0:22-cv-00532, 1 in MN/0:22-cv-00535, 1 in MN/0:22-cv-00536, 1 in MN/0:22-cv-00538, 1 in MN/0:22-cv-00539)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/14/2022.**

**Associated Cases:** MDL No. 2885, MN/0:21-cv-00388, MN/0:21-cv-01104, MN/0:22-cv-00523, MN/0:22-cv-00524, MN/0:22-cv-00529, MN/0:22-cv-00530, MN/0:22-cv-00531, MN/0:22-cv-00532, MN/0:22-cv-00535, MN/0:22-cv-00536, MN/0:22-cv-00538, MN/0:22-cv-00539 (JC)

| | |
|---|---|
| **Case Name:** | Bradley v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00524 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-146) - 12 action(s)** *re: pldg. ( [1605] in MDL No. 2885, 18 in MN/0:21-cv-00388, 18 in MN/0:21-cv-01104, 1 in MN/0:22-cv-00523, 1 in MN/0:22-cv-00524, 1 in MN/0:22-cv-00529, 1 in MN/0:22-cv-00530, 1 in MN/0:22-cv-00531, 1 in MN/0:22-cv-00532, 1 in MN/0:22-cv-00535, 1 in MN/0:22-cv-00536, 1 in MN/0:22-cv-00538, 1 in MN/0:22-cv-00539)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/14/2022.**

**Associated Cases:** MDL No. 2885, MN/0:21-cv-00388, MN/0:21-cv-01104, MN/0:22-cv-00523, MN/0:22-cv-00524, MN/0:22-cv-00529, MN/0:22-cv-00530, MN/0:22-cv-00531, MN/0:22-cv-00532, MN/0:22-cv-00535, MN/0:22-cv-00536, MN/0:22-cv-00538, MN/0:22-cv-00539 (JC)

| | |
|---|---|
| **Case Name:** | Bruni v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00529 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-146) - 12 action(s)** *re: pldg. ( [1605] in MDL No. 2885, 18 in MN/0:21-cv-00388, 18 in MN/0:21-cv-01104, 1 in MN/0:22-cv-00523, 1 in MN/0:22-cv-00524, 1 in MN/0:22-cv-00529, 1 in MN/0:22-cv-00530, 1 in MN/0:22-cv-00531, 1 in*

*MN/0:22-cv-00532, 1 in MN/0:22-cv-00535, 1 in MN/0:22-cv-00536, 1 in MN/0:22-cv-00538, 1 in MN/0:22-cv-00539)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/14/2022.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00388, MN/0:21-cv-01104, MN/0:22-cv-00523, MN/0:22-cv-00524, MN/0:22-cv-00529, MN/0:22-cv-00530, MN/0:22-cv-00531, MN/0:22-cv-00532, MN/0:22-cv-00535, MN/0:22-cv-00536, MN/0:22-cv-00538, MN/0:22-cv-00539 (JC)**

| | |
|---|---|
| **Case Name:** | Frazier v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00536 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-146) - 12 action(s)** *re: pldg. ( [1605] in MDL No. 2885, 18 in MN/0:21-cv-00388, 18 in MN/0:21-cv-01104, 1 in MN/0:22-cv-00523, 1 in MN/0:22-cv-00524, 1 in MN/0:22-cv-00529, 1 in MN/0:22-cv-00530, 1 in MN/0:22-cv-00531, 1 in MN/0:22-cv-00532, 1 in MN/0:22-cv-00535, 1 in MN/0:22-cv-00536, 1 in MN/0:22-cv-00538, 1 in MN/0:22-cv-00539)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/14/2022.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00388, MN/0:21-cv-01104, MN/0:22-cv-00523, MN/0:22-cv-00524, MN/0:22-cv-00529, MN/0:22-cv-00530, MN/0:22-cv-00531, MN/0:22-cv-00532, MN/0:22-cv-00535, MN/0:22-cv-00536, MN/0:22-cv-00538, MN/0:22-cv-00539 (JC)**

| | |
|---|---|
| **Case Name:** | Chackan v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00531 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-146) - 12 action(s)** *re: pldg. ( [1605] in MDL No. 2885, 18 in MN/0:21-cv-00388, 18 in MN/0:21-cv-01104, 1 in MN/0:22-cv-00523, 1 in MN/0:22-cv-00524, 1 in MN/0:22-cv-00529, 1 in MN/0:22-cv-00530, 1 in MN/0:22-cv-00531, 1 in MN/0:22-cv-00532, 1 in MN/0:22-cv-00535, 1 in MN/0:22-cv-00536, 1 in MN/0:22-cv-00538, 1 in MN/0:22-cv-00539)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/14/2022.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00388, MN/0:21-cv-01104, MN/0:22-cv-00523, MN/0:22-cv-00524, MN/0:22-cv-00529, MN/0:22-cv-00530, MN/0:22-cv-00531, MN/0:22-cv-00532, MN/0:22-cv-00535, MN/0:22-cv-00536, MN/0:22-cv-00538, MN/0:22-cv-00539 (JC)**

| | |
|---|---|
| **Case Name:** | Gallagher v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00538 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-146) - 12 action(s)** *re: pldg. ( [1605] in MDL No. 2885, 18 in MN/0:21-cv-00388, 18 in MN/0:21-cv-01104, 1 in MN/0:22-cv-00523, 1 in MN/0:22-cv-00524, 1 in MN/0:22-cv-00529, 1 in MN/0:22-cv-00530, 1 in MN/0:22-cv-00531, 1 in MN/0:22-cv-00532, 1 in MN/0:22-cv-00535, 1 in MN/0:22-cv-00536, 1 in MN/0:22-cv-00538, 1 in MN/0:22-cv-00539)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/14/2022.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00388, MN/0:21-cv-01104, MN/0:22-cv-00523, MN/0:22-cv-00524, MN/0:22-cv-00529, MN/0:22-cv-00530, MN/0:22-cv-00531, MN/0:22-cv-00532, MN/0:22-cv-00535, MN/0:22-cv-00536, MN/0:22-cv-00538, MN/0:22-cv-00539 (JC)**

| | |
|---|---|
| **Case Name:** | Hurst v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00539 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-146) - 12 action(s)** *re: pldg. ( [1605] in MDL No. 2885, 18 in MN/0:21-cv-00388, 18 in MN/0:21-cv-01104, 1 in MN/0:22-cv-00523, 1 in MN/0:22-cv-00524, 1 in MN/0:22-cv-00529, 1 in MN/0:22-cv-00530, 1 in MN/0:22-cv-00531, 1 in MN/0:22-cv-00532, 1 in MN/0:22-cv-00535, 1 in MN/0:22-cv-00536, 1 in MN/0:22-cv-00538, 1 in MN/0:22-cv-00539)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/14/2022.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00388, MN/0:21-cv-01104, MN/0:22-cv-00523, MN/0:22-cv-00524, MN/0:22-cv-00529, MN/0:22-cv-00530, MN/0:22-cv-00531, MN/0:22-cv-00532, MN/0:22-cv-00535, MN/0:22-cv-00536, MN/0:22-cv-00538, MN/0:22-cv-00539 (JC)**

| | |
|---|---|
| **Case Name:** | Collier v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00530 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-146) - 12 action(s)** *re: pldg. ( [1605] in MDL No. 2885, 18 in MN/0:21-cv-00388, 18 in MN/0:21-cv-01104, 1 in MN/0:22-cv-00523, 1 in MN/0:22-cv-00524, 1 in MN/0:22-cv-00529, 1 in MN/0:22-cv-00530, 1 in MN/0:22-cv-00531, 1 in MN/0:22-cv-00532, 1 in MN/0:22-cv-00535, 1 in MN/0:22-cv-00536, 1 in MN/0:22-cv-00538, 1 in MN/0:22-cv-00539)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/14/2022.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00388, MN/0:21-cv-01104, MN/0:22-cv-00523, MN/0:22-cv-00524, MN/0:22-cv-00529, MN/0:22-cv-00530, MN/0:22-cv-00531, MN/0:22-cv-00532, MN/0:22-cv-00535, MN/0:22-cv-00536, MN/0:22-cv-00538, MN/0:22-cv-00539 (JC)**

| | |
|---|---|
| **Case Name:** | Bradley v. 3M Company et al |

**Case Number:** MN/0:22-cv-00532
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-146) - 12 action(s)** *re: pldg. ( [1605] in MDL No. 2885, 18 in MN/0:21-cv-00388, 18 in MN/0:21-cv-01104, 1 in MN/0:22-cv-00523, 1 in MN/0:22-cv-00524, 1 in MN/0:22-cv-00529, 1 in MN/0:22-cv-00530, 1 in MN/0:22-cv-00531, 1 in MN/0:22-cv-00532, 1 in MN/0:22-cv-00535, 1 in MN/0:22-cv-00536, 1 in MN/0:22-cv-00538, 1 in MN/0:22-cv-00539)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/14/2022.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00388, MN/0:21-cv-01104, MN/0:22-cv-00523, MN/0:22-cv-00524, MN/0:22-cv-00529, MN/0:22-cv-00530, MN/0:22-cv-00531, MN/0:22-cv-00532, MN/0:22-cv-00535, MN/0:22-cv-00536, MN/0:22-cv-00538, MN/0:22-cv-00539 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-00535 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00535 Notice will not be electronically mailed to:**

**MN/0:21-cv-01104 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Richard M. Paul, III    Rick@PaulLLP.com, Amy@PaulLLP.com, Ashlea@PaulLLP.com, abi@paulllp.com, kendra@paulllp.com, laura@paulllp.com, pat@paulllp.com, sarah@paulllp.com, sean@paulllp.com, steven@paulllp.com

Amanda M Williams    awilliams@gustafsongluek.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson    dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Ashlea G Schwarz     Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:21-cv-01104 Notice will not be electronically mailed to:**

**MN/0:22-cv-00523 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Amanda M Williams     awilliams@gustafsongluek.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:22-cv-00523 Notice will not be electronically mailed to:**

**MN/0:21-cv-00388 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Richard M. Paul, III     Rick@PaulLLP.com, Amy@PaulLLP.com, Ashlea@PaulLLP.com, abi@paulllp.com, kendra@paulllp.com, laura@paulllp.com, pat@paulllp.com, sarah@paulllp.com, sean@paulllp.com, steven@paulllp.com

Amanda M Williams     awilliams@gustafsongluek.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Ashlea G Schwarz     Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:21-cv-00388 Notice will not be electronically mailed to:**

**MN/0:22-cv-00524 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Amanda M Williams     awilliams@gustafsongluek.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00524 Notice will not be electronically mailed to:**

**MN/0:22-cv-00529 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00529 Notice will not be electronically mailed to:**

**MN/0:22-cv-00536 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00536 Notice will not be electronically mailed to:**

**MN/0:22-cv-00531 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00531 Notice will not be electronically mailed to:**

**MN/0:22-cv-00538 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00538 Notice will not be electronically mailed to:**

**MN/0:22-cv-00539 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00539 Notice will not be electronically mailed to:**

**MN/0:22-cv-00530 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00530 Notice will not be electronically mailed to:**

**MN/0:22-cv-00532 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00532 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=3/14/2022] [FileNumber=1106647-0]
[942670a35690ffb872772c51f66ee8217800daa44c46e4950203cee6716e62eec7c0
52b24711f4d94afde6901c063f6e2f37170aedcbe572382e198fdfae2f4d]]