UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Wave Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# CASE MANAGEMENT ORDER NO. 39

This Order addresses the limitations on the number of depositions permitted per Wave case. Pursuant to an agreement reached by the parties, Plaintiffs and Defendants are permitted up to four case-specific fact depositions per side. This applies to depositions of (1) Wave Plaintiffs; (2) any Wave Plaintiffs' family members, friends, colleagues, personal acquaintances, and health or medical providers (including medical providers deposed pursuant to *Touhy* requests); (3) third-party witnesses who are relevant to the claims of a particular Plaintiff; and (4) any other case-specific fact witnesses. The four-deposition per side limitation only applies to fact witnesses and does not include expert witnesses.

Depositions of Department of Defense Hearing Conservation Program Managers and Department of Defense Audiogram Technicians who are deposed pursuant to *Touhy* requests are *excluded* from the four deposition-per-case limit. However, the parties may only notice or cross-notice up to one of these types of

Government witnesses per case if outside the four-deposition limit. In other words, Defendants may notice or cross-notice the deposition of one Hearing Conservation Program Manager *or* one Audiogram Technician in a specific Plaintiff's case but would be precluded from noticing or cross-noticing the deposition of a Hearing Conservation Program Manager *and* an Audiogram Technician in a single case unless Defendants had not otherwise exhausted their four-deposition limit in that case.

All other aspects of the limitations on depositions in Wave Order #1 and Wave Order #2, ECF Nos. 2304, 2787, remain in effect.

**SO ORDERED**, on this 14th day of March, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**