UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>7:20-cv-04381<br>*Dirk Burkett v. 3M et al*<br><br>7:20-cv-04698<br>*Christopher Barnes v. 3M et al*<br><br>7:20-cv-04719<br>*Corey Christiansen v. 3M et al*<br><br>7:20-cv-04571<br>*Ryan Majewski v. 3M et al*<br><br>7:20-cv-04664<br>*Jerry Felton v. 3M et al*<br><br>7:20-cv-04675<br>*Todd Pridemore v. 3M et al* | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Cristina Delise of The Lanier Law Firm hereby enters her appearance as counsel for Plaintiffs in the following actions.

Case No. 7:20-cv-04381; *Dirk Burkett v. 3M et al;* In the U.S. District Court, Northern District of Florida- Pensacola Division;

1

Case No. 7:20-cv-04698; *Christopher Barnes v. 3M et al;* In the U.S. District Court, Northern District of Florida- Pensacola Division;

Case No. 7:20-cv-04719; *Corey Christiansen v. 3M et al;* In the U.S. District Court, Northern District of Florida- Pensacola Division;

Case No. 7:20-cv-04571; *Ryan Majewski v. 3M et al;* In the U.S. District Court, Northern District of Florida- Pensacola Division;

Case No. 7:20-cv-04664; *Jerry Felton v. 3M et al;* In the U.S. District Court, Northern District of Florida- Pensacola Division;

Case No. 7:20-cv-04675; *Todd Pridemore v. 3M et al;* In the U.S. District Court, Northern District of Florida- Pensacola Division;

Counsel requests all further papers and pleadings in these actions and in the Master Docket of MDL 2885 be served upon her.

Dated:  March 15, 2022                                    **Respectfully Submitted,**

                                                           */s/ Cristina Delise*
                                                          THE LANIER LAW FIRM
                                                          Cristina Delise, NY 5442033
                                                          126 E. 56th Street
                                                          New York NY10022
                                                          202/421-2800 Telephone
                                                          713/659-2204 Fax
                                                          Cristina.delise@lanierlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using CM/ECF system on March 15, 2022 and served electronically on all counsel of record using the CM/ECF system.

*/s/ Cristina Delise*
Cristina Delise