# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS<br>EARPLUG PRODUCTS<br>LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Denise Kelley, 7:20-cv-00153-MCR-GRJ<br>Steven Wilkerson, 7:20-cv-00035-MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Brett J. Schwartz of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC hereby enters her appearance as counsel for Plaintiffs in the following actions:

- *Denise Kelley v. 3M Company, et al.,* Case No. 7:20-cv-00153-MCR-GRJ

- *Steven Wilkerson v. 3M Company, et al.,* Case No. 7:20-cv-00035-MCR-GRJ

Brett J. Schwartz has completed the administrative requirements outlined in Pretrial Order No. 3 (ECF Doc. No. 4) (Tutorial Confirmation No. FLND16470356865865).

Counsel requests all further papers and pleadings in these actions and in the Master Docket of MDL 2885 be served upon him.

Dated: March 15, 2022    Respectfully submitted

>   */s/ Brett J. Schwartz*
>   Brett J. Schwartz
>   MESSNER REEVES
>   Nevada Bar No. 13755
>   8945 W. Russell Road, Suite 300
>   Las Vegas, Nevada 89148
>   Telephone: (702) 363-5100
>   Facsimile: (702) 363-5101
>   *Attorneys for Plaintiffs, Denise Kelley, and Steven Wilkerson,*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 15th day of March, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

>   */s/ Brett J. Schwartz*
>   Brett J. Schwartz