**"EXHIBIT A"**

# *State Bar of Nevada*

## *Certificate of Good Standing*

*IT IS HEREBY CERTIFIED that* **Brett J. Schwartz,**

**Bar Number 13755** *was admitted by the Supreme Court of the State of Nevada on*

**06/22/2015** *as an Attorney and Counselor at Law duly licensed to practice in all courts of*

*the State of Nevada. It is further certified that* **Brett J. Schwartz** *is now an*

**Active** *member of the State Bar of Nevada in good standing.*

*DATED Thursday, March 10, 2022.*

*Vanessa Dalton*
*Member Services Administrator*
*State Bar of Nevada*