## **EXHIBIT B**

- *Denise Kelley v. 3M Company, et al.,* Case No. 7:20-cv-00153-MCR-GRJ

- *Steven Wilkerson v. 3M Company, et al.,* Case No. 7:20-cv-00035-MCR-GRJ