UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to the Master Docket | Case No: 3:19-md-02885 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Ryan A. Nelson hereby enters his appearance in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Nelson represents Plaintiffs in individual member cases of MDL No. 2885 and has been admitted to practice *pro hac vice* before this Honorable Court in accordance with the administrative requirements outlined in Pretrial Order No. 3 [ECF No. 4], Case Management Order 1 [ECF No. 86] and the Northern District of Florida Local Rule 11.1. Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

Respectfully submitted this 15th day of March 2022.

**LAW OFFICE OF RYAN A. NELSON, PLLC**

By: */s/ Ryan A. Nelson*
Ryan A. Nelson
800 W. Broad St. #111
Falls Church, VA 22040
Telephone: 703-463-1741
Email: adroitegroup@gmail.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: */s/ Ryan A. Nelson*
Ryan A. Nelson
Law Office of Ryan A. Nelson, PLLC
800 W. Broad St. #111
Falls Church, VA 22040
Telephone: 703-463-1741
Email: adroitegroup@gmail.com
*Attorney for Plaintiffs*