UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Jon E. Olsson, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Massachusetts and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the Commonwealth of Massachusetts. Movant's Certificate of Good Standing from the Commonwealth of Massachusetts dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16446268515735 and completed the CM/ECF Online Tutorials.

4. Jon E. Olsson has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Jon E. Olsson has upgraded his PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Jon E. Olsson respectfully requests that this Court enter an Order granting Jon E. Olsson of Dechert LLP, *pro hac vice* in this case.

Respectfully submitted on this 16th day of March, 2022.

                    */s/* Jon E. Olsson
                    Jon E. Olsson
                    Massachusetts Bar No. 698783
                    Dechert LLP
                    One International Place
                    100 Oliver Street, 40th Floor
                    Boston, MA 02110
                    Phone: (617) 728-7135
                    Jon.olsson@dechert.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 16th day of March, 2022.

                                                 */s/* Jon E. Olsson
                                                 Jon E. Olsson