UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | ) Case No. 3:19-md-02885-MCR-GRJ<br>)<br>)<br>)<br>) Judge M. Casey Rodgers<br>) Magistrate Judge Gary R. Jones<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF COUNSEL
PURSUANT TO LOCAL RULE 11.1(H)(1)(B) AND REQUEST FOR
REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTICE that Jamie Alan Aycock from the law firm Kirkland & Ellis LLP, hereby withdraws as attorney of record for Defendant 3M Company, Aearo Technologies, LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo LLC ("Defendants") in the above referenced multi-district litigation, and should be removed from the docket and electronic service list accordingly. As required by Local Rule 11.1(H)(1)(b), Defendants consent to this withdrawal, and the withdrawal will leave Defendants with counsel of record who will continue in the case.

Dated: March 16, 2022                           Respectfully submitted,

                                                                       By: */s/ Jamie Alan Aycock*
Jamie Alan Aycock
**KIRKLAND & ELLIS LLP**
609 Main Street
Houston, Texas  77002
Telephone: (713) 836-3600
Facsimile: (713) 836-3601
Email: jamie.aycock@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety, LLC, Aearo Technologies LLC, Aearo LLC, Aearo Holding LLC, and Aearo Intermediate, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2022, a true copy of the foregoing was filed on the CM/ECF system, which will send notification of such filing to all parties and counsel in this case.

/s/ *Jamie Alan Aycock*
Jamie Alan Aycock