UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Angela M. Hampton, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in California and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of California. A copy of a Certificate of Good Standing from the State of California dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

1

Admission Tutorial, confirmation number FLND16469377545860 and completed the CM/ECF Online Tutorials.

4. Angela M. Hampton has submitted to the Clerk the required $208.00 *prohac vice* admission fee.

5. Angela M. Hampton has upgraded her PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Angela M. Hampton respectfully request that this Court enter an Order granting Angela M. Hampton of Gordon Rees Scully Mansukhani, LLP *pro hac vice* in this case.

Respectfully submitted on this 15th day of March, 2022.

*/s/ Angela M. Hampton*
Angela M. Hampton, CA Bar No. 320749
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
Email: ahampton@grsm.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 15th day of March, 2022.

                                          */s/ Angela M. Hampton*
                                        Angela M. Hampton, CA Bar No. 320749

# EXHIBIT A



# The State Bar of California

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

March 9, 2022

Angela Hampton
Gordon Rees Scully Mansukhani

Re: State Bar Number 320749 – Angela Marie Hampton
3M cases Pro Hac Application

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact 1-888-800-3400 or AttorneyRegulation@calbar.ca.gov.

Sincerely,

Alex Calderon
Attorney Regulation & Consumer Resources
The State Bar of California

Enclosure(s):

3   Standard

Delivery Method: Regular Mail
PH: 6195447246

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANGELA MARIE HAMPTON, #320749 was admitted to the practice of law in this state by the Supreme Court of California on June 1, 2018 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records

**The State Bar of California**

OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANGELA MARIE HAMPTON, #320749 was admitted to the practice of law in this state by the Supreme Court of California on June 1, 2018 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records

# The State Bar of California

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

## CERTIFICATE OF STANDING

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANGELA MARIE HAMPTON, #320749 was admitted to the practice of law in this state by the Supreme Court of California on June 1, 2018 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records