## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, March 17, 2022 7:30 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Thursday, March 17, 2022 12:27:53 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 3/17/2022 at 8:27 AM EDT and filed on 3/17/2022
**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:** [MDL No. 2885](#)
**Filer:**
**Document Number:** [1620](#)

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s)** *re: pldg. ([1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Bryant v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00580 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s)** *re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Perkey v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00560 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s)** *re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Mccauley v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00550 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s)** *re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in*

MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588) **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Bontrager v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00533 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s)** *re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Nevills v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00554 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s)** *re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Southworth v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00572 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s)** *re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Eichelberger v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00534 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s)** *re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Wright v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00578 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s)** *re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in*

MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588) Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| Case Name: | Shumway v. 3M Company et al |
| Case Number: | MN/0:22-cv-00564 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s)** *re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588) Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| Case Name: | Lehrke v. 3M Company et al |
| Case Number: | MN/0:22-cv-00543 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s)** *re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588) Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Overbey v. 3M Company et al
**Case Number:** MN/0:22-cv-00557
**Filer:**
**Document Number:** 3

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s) re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Weeks v. 3M Company et al
**Case Number:** MN/0:22-cv-00577
**Filer:**
**Document Number:** 3

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s) re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Jones v. 3M Company et al
**Case Number:** MN/0:22-cv-00542
**Filer:**
**Document Number:** 3

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s) re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in*

MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588) **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Miller v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00553 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s)** *re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Lund v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00547 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s)** *re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Mikshenas v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00551 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s)** *re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Parker v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00559 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s)** *re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Preston v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00562 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s)** *re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in*

MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588) **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Malvaez v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00548 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s)** *re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Sims v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00569 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s)** *re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Newton v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00556 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s)** *re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Sierra v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00567 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s)** *re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Ortiz v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00588 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s)** *re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in*

MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588) **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Pool v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00561 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s)** *re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Schwartz v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00563 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 25 action(s)** *re: pldg. ( [1611] in MDL No. 2885, 1 in MN/0:22-cv-00533, 1 in MN/0:22-cv-00534, 1 in MN/0:22-cv-00542, 1 in MN/0:22-cv-00543, 1 in MN/0:22-cv-00547, 1 in MN/0:22-cv-00548, 1 in MN/0:22-cv-00550, 1 in MN/0:22-cv-00551, 1 in MN/0:22-cv-00553, 1 in MN/0:22-cv-00554, 1 in MN/0:22-cv-00556, 1 in MN/0:22-cv-00557, 1 in MN/0:22-cv-00559, 1 in MN/0:22-cv-00560, 1 in MN/0:22-cv-00561, 1 in MN/0:22-cv-00562, 1 in MN/0:22-cv-00563, 1 in MN/0:22-cv-00564, 1 in MN/0:22-cv-00567, 1 in MN/0:22-cv-00569, 1 in MN/0:22-cv-00572, 1 in MN/0:22-cv-00577, 1 in MN/0:22-cv-00578, 1 in MN/0:22-cv-00580, 1 in MN/0:22-cv-00588)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-00580 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:22-cv-00580 Notice will not be electronically mailed to:**

**MN/0:22-cv-00560 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00560 Notice will not be electronically mailed to:**

**MN/0:22-cv-00550 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00550 Notice will not be electronically mailed to:**

**MN/0:22-cv-00533 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00533 Notice will not be electronically mailed to:**

**MN/0:22-cv-00554 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00554 Notice will not be electronically mailed to:**

**MN/0:22-cv-00572 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00572 Notice will not be electronically mailed to:**

**MN/0:22-cv-00534 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00534 Notice will not be electronically mailed to:**

**MN/0:22-cv-00578 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00578 Notice will not be electronically mailed to:**

**MN/0:22-cv-00564 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00564 Notice will not be electronically mailed to:**

**MN/0:22-cv-00543 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00543 Notice will not be electronically mailed to:**

**MN/0:22-cv-00557 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00557 Notice will not be electronically mailed to:**

**MN/0:22-cv-00577 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00577 Notice will not be electronically mailed to:**

**MN/0:22-cv-00542 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00542 Notice will not be electronically mailed to:**

**MN/0:22-cv-00553 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00553 Notice will not be electronically mailed to:**

**MN/0:22-cv-00547 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00547 Notice will not be electronically mailed to:**

**MN/0:22-cv-00551 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00551 Notice will not be electronically mailed to:**

**MN/0:22-cv-00559 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00559 Notice will not be electronically mailed to:**

**MN/0:22-cv-00562 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00562 Notice will not be electronically mailed to:**

**MN/0:22-cv-00548 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00548 Notice will not be electronically mailed to:**

**MN/0:22-cv-00569 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00569 Notice will not be electronically mailed to:**

**MN/0:22-cv-00556 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00556 Notice will not be electronically mailed to:**

**MN/0:22-cv-00567 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00567 Notice will not be electronically mailed to:**

**MN/0:22-cv-00588 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:22-cv-00588 Notice will not be electronically mailed to:**

**MN/0:22-cv-00561 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00561 Notice will not be electronically mailed to:**

**MN/0:22-cv-00563 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00563 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=3/17/2022] [FileNumber=1107460-0]
[8d0628ea7866aec7593241f4e8bcd15ac7b80a09a73ce5c596b47fa7f1890877a720
5b64d452b2d9456e3f1ecd8e3beada36b24ab2c2b4f6218b4288302860c3]]