UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

Case No. 3:19-md-02885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

This Document Relates to All Cases

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Matthew R. Carpenter, respectfully moves for admission to practice pro hac vice for purposes of appearance in the above- styled case only, and in support thereof states as follows:

1. Movant resides in Ohio and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Ohio. A copy of a Certificate of Good Standing from the State of Ohio dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16473135875880 and completed the CM/ECF Online Tutorials.

4. Matthew R. Carpenter has submitted to the Clerk the required $208.00

*prohac vice* admission fee.

5. Matthew R. Carpenter has upgraded his PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Matthew R. Carpenter respectfully request that this Court enteran Order granting Matthew R. Carpenter of Vorys Sater Seymour and Pease LLP, *pro hac vice* in this case.

Respectfully submitted on this 17th day of March, 2022.

*/s/ Matthew R. Carpenter*
Matthew R. Carpenter, Ohio Bar No. 98800

VORYS SATER SEYMOUR AND PEASE LLP
200 Public Square
Suite 1400
Cleveland, OH 44114-2327
Telephone: 216.479.6192
Facsimile: 216.937.3717
Email: mrcarpenter@vorys.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 17th day of March, 2022.

    */s/ Matthew R. Carpenter*
    Matthew R. Carpenter, Ohio Bar No. 98800