**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Robert Scott Connally, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1. Movant resides in Alabama, and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is admitted to practice and is a member in good standing of the bar of the State of Alabama. A copy of a Certificate of Good Standing from the State of Alabama dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16443459375712, and completed the CM/ECF Online Tutorials.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee, receipt number AFLNDC-6776206.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents Plaintiffs Rick Bushgen (Admin. Docket No. 3:21-cv-01856-MCR-GRJ), Jonathan Christman (Admin. Docket No. 3:21-cv-01877-MCR-GRJ), Jeremy Gile (Admin. Docket No. 3:21-cv-01878-MCR-GRJ), Andre Hutchinson (Admin. Docket No. 3:21-cv-01874-MCR-GRJ), William McKoy (Admin. Docket No. 3:21-cv-01901-MCR-GRJ), Charles

17

Pursley (Admin. Docket No. 3:21-cv-01875-MCR-GRJ), Robert Turner (Admin. Docket No. 3:21-cv-01881-MCR-GRJ), and Russell Washington (Admin. Docket No. 3:21-cv-01882-MCR-GRJ) in this action.

      WHEREFORE, Robert Scott Connally respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: March 18, 2022                                                Respectfully submitted,

                                                                 /s/ *R. Scott Connally*
                                                                 DAVIS & NORRIS, LLP
                                                                 The Bradshaw House
                                                                 2154 Highland Avenue
                                                                 Birmingham, Alabama 35205
                                                                 (205) 930-9900 Office
                                                                 (205) 930-9989 Fax
                                                                 sconnally@davisnorris.com
                                                                 AL Bar: 4616R47Q

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on March 18, 2022, and served electronically on all counsel of record.

/s/ *R. Scott Connally*
R. SCOTT CONNALLY