## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS ) | Case No. 3:19-md-2885-MCR-GRJ |
| EARPLUG PRODUCTS LIABILITY ) | |
| LITIGATION ) | Judge M. Casey Rodgers |
| ) | Magistrate Judge Gary R. Jones |
| This Document Relates to: ) | |
| ) | |
| ) | |
| PLAINTIFF(S), ) | |
| ) | |
| v. ) | |
| ) | |
| 3M COMPANY, ET AL. ) | |
| DEFENDANTS. ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Connor M. Blair, of the law firm Bradley Arant Boult Cummings LLP, has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendants, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests that all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

Dated: March 21, 2022

Respectfully submitted,

/s/*Connor M. Blair*
Connor M. Blair, TN Bar No.031992
**Bradley Arant Boult Cummings LLP**
1600 Division Street, Suite 700
Nashville, TN 37203
Telephone:(615) 252-3887
Facsimile:(615) 252-6380
Email:cblair@bradley.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 21, 2022, a true and correct copy for the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/*Connor M. Blair*
Connor M. Blair