UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF FLORIDA PENSACOLA
DIVISION

| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
|---|---|

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, David Kuttles, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1. Movant resides in New York and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of New York. A copy of a Certificate of Good Standing from the State of New York dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16466870835845** and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

1

5. Movant has upgraded her PACER account to "NextGen".

6. Movant is the attorney of record in the related cases identified in the exhibit attached hereto as Exhibit "B" and made a part here.

7. Upon admission, David Kuttles respectfully requests that he be provided notice of Electronic Case Filings to the following email address: David.Kuttles@LanierLawFirm.com

WHEREFORE, David Kuttles respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice* on behalf of Plaintiffs and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: March 21, 2022                     Respectfully submitted,

                                          */s/ David Kuttles*
                                          David Kuttles
                                          THE LANIER LAW FIRM, P.C.
                                          Tower 56
                                          126 East 56th Street, 6th Floor
                                          New York, NY 10022
                                          Phone: 212-421-2800
                                          Fax:  212-421-2878
                                          Email:  David.Kuttles@LanierLawFirm.com
                                          *Attorney for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* was filed electronically via the Court's CM/ECF system on March 21, 2022 and served electronically on all counsel of record.

*/s/ David Kuttles*
David Kuttles