# List of Cases

7:20-cv-04381
*Dirk Burkett v. 3M et al*

7:20-cv-04698
*Christopher Barnes v. 3M et al*

7:20-cv-04719
*Corey Christiansen v. 3M et al*

7:20-cv-04571
*Ryan Majewski v. 3M et al*

7:20-cv-04664
*Jerry Felton v. 3M et al*

7:20-cv-04675
*Todd Pridemore v. 3M et al*

**Exhibit B**