UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS ) <br> EARPLUG PRODUCTS LIABILITY ) <br> LITIGATION ) <br>  ) <br> This Document Relates to: ) <br> Case No.: 3:19-md-2885-MCR-GRJ <br> PLAINTIFF TYSON KNOTTS, ) <br>  <br> V. <br>  <br> 3M COMPANY, 3M <br> OCCUPATIONAL SAFETY LLC, <br> AEARO HOLDING LLC, AEARO <br> INTERMEDIATE LLC, AEARO <br> LLC, and AEARO TECHNOLOGIES <br> LLC, <br>  <br> DEFENDANTS. <br>  ) <br>  ) | Case No. 7:20-cv-77919 <br>  <br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

**DEFENDANTS' NOTICE OF REMOTE ORAL AND VIDEOTAPED
DEPOSITION OF ROBERT MCMANNES**

**TO:** ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC pursuant to Fed. R. Civ. P. 30 and and MDL 2885 Pretrial Order No. 35 will take the deposition upon

62551224.v1

**oral examination of the following person on the date and at the time set forth below:**

| Deponent | Date | Time (Time Zone) |
|---|---|---|
| Robert McMannes | March 24, 2022 | 10:00 am (ET) |

Zoom Link:
https://proceedings.veritext.com/?token=808d1fcf01735b3690565d59a346de88

The deposition will be conducted remotely via secure web-based video or internet video conference technology. The court reporter may provide real-time transcription during the deposition. The deposition shall continue from day to day or at such other times as noticed by Defendants, until completed.

Pursuant to Section 2 of MDL 2885 Pretrial Order No. 35, the location(s) (city and state) from which the witness, court reporter, and videographer will attend the remote deposition are as follows: (i) Witness will be located in Lincolnton, NC (ii) the court reporter will be located in Birmingham, AL and, (iii) the videographer will be located in Livingston, NJ.  The deposition will be taken for discovery and all other purposes permitted by the Federal Rules of Civil Procedure before a person authorized to administer oaths who will attend remotely via video conference and will be recorded using the stenographic method, through the instant visual display of testimony, and will also be recorded using audio and videotape technology.

Veritext (Vendor) will provide remote access for all parties via a ZOOM-based platform.  Please contact the Vendor (3mearplug@veritext.com) at least three business days prior to the deposition to advise of your participation so that the necessary credentials, call-in numbers, testing, and any other necessary information may be provided to you prior to the deposition.

PLEASE TAKE FURTHER NOTICE that if the deponent requires the use of an interpreter, written notice of the language required must be provided to this office no later than three (3) business days before the deposition date.

Dated:  March 21, 2022                         Respectfully submitted,

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 18, 2022, a true and correct copy of the foregoing:

**DEFENDANTS' NOTICE OF REMOTE ORAL AND VIDEOTAPED DEPOSITION OF WITNESS**

was served as follows:

☒ **[MDL Centrality]** By electronically serving the above document via the MDL Centrality website pursuant to Pretrial Order No. 15 (ECF No. 630) and Case Management Order NO. 31 (ECF No. 2304).

Dated:  March 21, 2022                                 _____