UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to the Cases Listed on "Exhibit A" | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Jennifer Liakos, of the law firm Liakos Law, APC, enters her appearance as counsel of record for the Plaintiffs in each related case listed on the attached "Exhibit A."

Counsel further requests all papers and pleadings in the Master Docket of 3:19-md-2885 be served upon her.

Dated: March 21, 2022          Respectfully submitted,

/s/ Jennifer R. Liakos
Jennifer R. Liakos
**LIAKOS LAW, APC**
955 Deep Valley Drive, Suite 3900
Palos Verdes Peninsula, CA 90274
Phone: (310) 961-0066
Email: jenn@jennliakoslaw.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 21st day of March, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

          */s/ Jennifer R. Liakos*
          Jennifer R. Liakos

          *Attorney for Plaintiffs*