# EXHIBIT A

| Plaintiff ID | Plaintiff Name | Docket Number |
|---|---|---|
| 250693 | Cloward, Brady | 8-20-cv-86829 |
| 208036 | Egbert, Daniel Justin | 3:20-cv-02747 |
| 274553 | Greer, Joshua | 9-20-cv-17953 |
| 274554 | Monserrat, Carlos Alberto | 9-20-cv-17954 |
| 250695 | Nguyen, Davidson | 3:20-cv-02741 |
| 311028 | Smith, Scott | 7-21-cv-27545 |
| 311029 | Yost, Nickolas | 7-21-cv-27546 |