UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Michelle Molinaro Burke, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Michelle Molinaro Burke resides in New Jersey and is not a resident of the State of Florida.

2. Michelle Molinaro Burke is not admitted to practice in the Northern District of Florida and is a member in good standing of the bars of the States of New Jersey and New York. Copies of Certificates of Good Standing from the bars of the State of New Jersey and State of New York dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Michelle Molinaro Burke has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

Admission Tutorial, confirmation number FLND16468555855851 and completed the CM/ECF Online Tutorials.

4. Michelle Molinaro Burke has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Michelle Molinaro Burke has upgraded her PACER account to "NextGen."

6. Michelle Molinaro Burke represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Michelle Molinaro Burke respectfully request that this Court enter an Order granting Michelle Molinaro Burke of Gordon Rees Scully & Mansukhani, LLP, *pro hac vice* in this case.

Respectfully submitted on this 21st day of March, 2022.

/s/ Michelle Molinaro Burke
Michelle Molinaro Burke
NJ Bar No. 23772005
NY Bar No. 4427225

**GORDON REES SCULLY MANSUKHANI, LLP**
18 Columbia Turnpike
Suite 220
Florham Park, NJ 07932
Telephone: (973) 549-2550
Email: michelleburke@grsm.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 21st day of March, 2022.

 */s/ Michelle Molinaro Burke*
Michelle Molinaro Burke, NJ Bar No. 23772005,
NY Bar No. 4427225

# **EXHIBIT A**

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Michelle Molinaro Burke** (No. **023772005**) was constituted and appointed an Attorney at Law of New Jersey on **December 22, 2005** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 18th day of March, 20 22.

Clerk of the Supreme Court

-453a-

# **EXHIBIT B**



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Michelle Molinaro Burke

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 19, 2006**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on March 8, 2022.

*Robert D. Mayberger*
Clerk of the Court

CertID-00056730



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

*Anthony A. Moore*
*Director of Attorney Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022