**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-MDL-2885 |
| | Judge M. Casey Rodgers |
| This Document Relates to the Cases Listed in "Exhibit A" | Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned attorney, Patrick L. Pantazis, of the law firm Wiggins Childs Pantazis Fisher & Goldfarb, LLC., enters his appearance as counsel of record for the Plaintiffs in each related case listed in the attached "Exhibit A."

Counsel further requests all papers and pleadings in the Master Docket of 3:19-MDL-2885 be served upon him.

Respectfully Submitted,


*/s/ Patrick L. Pantazis*
Patrick L. Pantazis
Attorney for Plaintiffs

**OF COUNSEL**:
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone/Fax: (205) 314-0639

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all parties and the persons identified below via transmission of Notice of Electronic Filing generated by CM/ECF, which will automatically send email notification of such filing to the counsel of record.

*/s/ Patrick L. Pantazis*
OF COUNSEL

1

# EXHIBIT A

**Exhibit A to Notice of Appearance**

Jason Spencer 3:19-CV-01946-MCR-GRJ.

Robert Butterfield Case 3:19-CV-01952-MCR-GRJ

Alexander Malone 3:19-CV-01941-MCR-GRJ

Tyler Milligan 3:19-CV-01944-MCR-GRJ

Albert Huether 3:19-CV-01951-MCR-GRJ

Charles Campbell 3:19-CV-03792-MCR-GRJ

Christopher Green 3:19-CV-1951-MCR-GRJ

Antonio Lester 3:19-CV-03370-RV-EMT

Emmanuel Lewis 3:19-CV-03369-MCR-GRJ

De'Cassalyn Sanford 8:20-CV-61260-MCR-GRJ

Yvette Coley 3:19-CV-01939-MCR-GRJ

Joseph Groven 3:19-CV-01939-MCR-GRJ

David Ortiz 8:20-CV-61137

Charles Robinson, Jr. 3:19-CV-03809-MCR-GRJ

Edward Ruffin 3:20-CV-00095-MCR-GRJ

Jack Dixon 8:20-CV-61132-MCR-GRJ

Daniel Diaz de Leon 3:19-CV-04815-MCR-GRJ

David Howell 3:19-CV-03805-MCR-GRJ

Jonathan Rickets 3:19-CV-03805-MCR-GRJ.

Samuel Pintor 3:19-CV-02155-MCR-GRJ

Jerome Applewhite 3:19-CV-03789-MCR-GRJ

Michael Castro 3:19-CV-03797-MCR-GRJ

1

William Weatherly 3:19-CV-02938-MCR-GRJ

Michael Holt 3:19-CV-03804-MCR-GRJ

Eric Morales Diaz 3:19-CV-03802-MCR-GRJ

Tylor Taylor 8:20-CV-86092-MCR-GRJ

Mary Cruz 3:19-CV-00139-MCR-GRJ

Kleber Villalva 3:19-CV-03811-MCR-GRJ

Kevin Mason 3:19-CV-03807-MCR-GRJ

Willie Catchings 3:19-CV-03798-MCR-GRJ

Kirk Albanese 3:19-CV-03788-MCR-GRJ

Maurice Grey 3:19-CV-03803-MCR-GRJ

Benjamin Rice 3:19-CV-02885-MCR-GRJ

Justin Easter 3:19-CV-05414-MCR-GRJ

Brandon Carson 3:19-CV-03795-MCR-GRJ

Travis Cook 3:19-CV-03799-MCR-GRJ

William Burgess 3:19-CV-03791-MCR-GRJ

Richard Fisher 3:19-CV-03799-MCR-GRJ

Scott D'Antin 3:19-CV-03800-MCR-GRJ

Nicholas Agliano 3:19-CV-03787-MCR-GRJ.

Onix Ortiz 3:19-CV-02555-MCR-GRJ

Juan Contreas 3:19-CV-02694-MCR-GRJ

Devin Rinaldi 3:19-CV-03808-MCR-GRJ

Lewis Foster 3:19-CV-03808-MCR-GRJ

Jon Gage 3:19-CV-03932-MCR-GRJ

2

Ronny Short 2:19-CV-00675-MCR-GRJ