# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Miguel Adamos v. 3M Company, et al.<br>Docket No. 3:19-md-02885-MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF DESIGNATED FORUM

Plaintiff, Eric Colvin, by and through counsel of record, files this Notice of Designated Forum pursuant to Pretrial Order No. 22 dated January 7, 2020, Pretrial Order No. 29 dated February 27, 2020 and Pretrial Order dated July 28, 2020. Absent the direct filing Order entered by this Court, venue is also proper in the District Court of Nebraska.

Dated: March 22, 2022      Respectfully submitted,

*/s/ Brett S. Bustamante*
Brett S. Bustamante
(Admitted Pro Hac Vice)
New York Bar No. 5239702
Napoli Shkolnik, PLLC
400 Broadhollow Road, Suite 305
Melville, NY 11747
Tel: 212-397-1000
bbustamante@napolilaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 22nd day of March, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

                         */s/ Brett S, Bustamante*
                         Brett S. Bustamante