## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases on Exhibit A | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## CASE MANAGEMENT ORDER NO. 40

This Order addresses plaintiffs who have not submitted a DD214 form to establish their military service. Form DD214 was among the Initial Census Documents required by Pretrial Order No. 18. ECF No. 775.  The DD214 provides basic information regarding a veteran's military service and so is an important document for veterans alleging injury as a result of using the CAEv2 during their military service.  Though the initial census deadlines (including production of the Initial Census Documents) were suspended, *see* Case Management Order No. 6, ECF No. 836, a veteran's service information remains important and highly relevant to a plaintiff's claims.

As noted in Case Management Order No. 35, ECF No. 2789, the Court has coordinated with BrownGreer PLC to identify how many plaintiffs have not submitted DD214 forms, how many of those plaintiffs are veterans,[1] and whether

---

[1] Current Active Duty servicemembers will not have DD214 forms.

those plaintiffs submitted a DD214 as part of a larger file.  The plaintiffs identified on Exhibit A are veterans who would have been issued a DD214, have not yet submitted a DD214 form to MDL Centrality (even as part of a larger file) as of March 21, 2022, and are now required to produce documentation related to their military service.

Every veteran is issued a DD214 form on leaving service.  However, the Court recognizes that, over time, some veterans may not be able to locate their DD214 form.  The Court also acknowledges that a plaintiff may have a pending request for a replacement DD214 but may not receive it within the deadlines established in this Order.   In lieu of a DD214, plaintiffs may submit a DoD Military Service Information Report produced by the VA Blue Button (colloquially the "Blue Button Report"), which is available through MyHealtheVet.  The DoD Military Service Information Report, like a DD214 form, is an official DoD record which identifies basic service information including a veteran's branch of service and period of service.  This document is easily accessible to a veteran and/or a representative with the veteran's credentials through a direct electronic download.  No request for the information is required. To comply with this Order, a plaintiff's DoD Military Service Information Report must contain the "Blue Button" watermark as demonstrated in the sample report from https://www.va.gov/bluebutton/, included herein as Exhibit B.

For law firms representing plaintiffs on Exhibit A, each law firm is required to submit a DD214 form or DoD Military Service Information Report through MDL Centrality for 3,000 of their plaintiffs every **30 days**. For any case that is newly filed or transferred into this MDL after the date of this Order, a DD214 form or DoD Military Service Information Report must be submitted through MDL Centrality within **14 days** of the date the case was filed in or transferred into the MDL.

If a plaintiff fails to submit his/her DD214 form or DoD Military Service Information Report in accordance with this Order, that plaintiff's case will be **dismissed without prejudice**.

**SO ORDERED**, on this 23rd day of March, 2022.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**