# DoD Military Service Information

| Source: | DoD |
|---|---|
| No information was available that matched your selection. | |

