# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMSEARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Marvin Eide<br><br>Civil Action No. 7:20cv06381-MCR-GRJ | Case No. 3:19-md-02885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sebastian Nunez of the law firm BOWMAN AND BROOKE LLP has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

26059617v1

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

Respectfully submitted,

BOWMAN AND BROOKE LLP

/s/ *Sebastian Nunez*
Sebastian Nunez (*Pro Hac Vice*)
TX Bar No. 24110169
2901 Via Fortuna Drive
Suite 500
Austin, Texas 78746
Tel: (512) 874-3855
Fax: (512) 874-3801
sebastian.nunez@bowmanandbrooke.com

Counsel for Defendants *3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Dated:  March 23, 2022

## CERTIFICATE OF SERVICE

I do hereby certify that on this 23rd day of March 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ *Sebastian Nunez*
Sebastian Nunez (*Pro Hac Vice*)
TX Bar No. 24110169