## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, March 24, 2022 7:15 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Thursday, March 24, 2022 12:14:13 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 3/24/2022 at 8:14 AM EDT and filed on 3/24/2022
**Case Name:**    IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**    MDL No. 2885
**Filer:**
**Document Number:** 1623

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ([1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

1

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Hittson v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00586 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Rondina v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00623 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Yost v. 3M Company et al
**Case Number:**      MN/0:22-cv-00658
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in*
*MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in*
*MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in*
*MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in*
*MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in*
*MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in*
*MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in*
*MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in*
*MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in*
*MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in*
*MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in*
*MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Webber v. 3M Company et al
**Case Number:**      MN/0:22-cv-00609
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in*
*MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in*
*MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in*
*MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in*
*MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in*
*MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in*
*MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in*
*MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in*
*MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in*
*MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in*
*MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in*
*MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**  Miser v. 3M Company et al

**Case Number:**  MN/0:22-cv-00629

**Filer:**

**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**  Holmes v. 3M Company et al

**Case Number:**  MN/0:22-cv-00579

**Filer:**

**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**  Torres v. 3M Company et al

**Case Number:**  MN/0:22-cv-00660

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Yazzie v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00667 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Wood v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00655 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Welch v. 3M Company et al
**Case Number:**      MN/0:22-cv-00619
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Olin v. 3M Company et al
**Case Number:**      MN/0:22-cv-00666
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in*

*MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Stallings v. 3M Company et al
**Case Number:**     MN/0:22-cv-00596
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Litton v. 3M Company et al
**Case Number:**     MN/0:22-cv-00604
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in*

MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 3/24/2022.

Associated Cases: MDL No. 2885 et al. (JC)

**Case Name:** Hays v. 3M Company et al
**Case Number:** MN/0:22-cv-00610
**Filer:**
**Document Number:** 3

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s) *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 3/24/2022.

Associated Cases: MDL No. 2885 et al. (JC)

**Case Name:** Jones v. 3M Company et al
**Case Number:** MN/0:22-cv-00673
**Filer:**
**Document Number:** 3

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s) *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in*

*MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Glenn v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00636 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Younger v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00676 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in*

*MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**   Sheldon, v. 3M Company et al
**Case Number:**   MN/0:22-cv-00595
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**   Risler v. 3M Company et al
**Case Number:**   MN/0:22-cv-00672
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in*

*MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Wheeler v. 3M Company et al
**Case Number:**    MN/0:22-cv-00594
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Bonagofsky v. 3M Company et al
**Case Number:**    MN/0:22-cv-00675
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in*

*MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Barnes v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00671 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Martin v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00663 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Reyes v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00662 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Stallworth v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00618 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Welsh v. 3M Company et al
**Case Number:**   MN/0:22-cv-00659
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Kincade v. 3M Company et al
**Case Number:**   MN/0:22-cv-00650
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Allbee v. 3M Company et al

**Case Number:** MN/0:22-cv-00621

**Filer:**

**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Smith v. 3M Company et al

**Case Number:** MN/0:22-cv-00665

**Filer:**

**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Rodriguez v. 3M Company et al

**Case Number:** MN/0:22-cv-00674

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Miller v. 3M Company et al

**Case Number:**      MN/0:22-cv-00631

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Matthews v. 3M Company et al

**Case Number:**      MN/0:22-cv-00597

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Marrow v. 3M Company et al

**Case Number:**      MN/0:22-cv-00653

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Springer v. 3M Company et al

**Case Number:**      MN/0:22-cv-00601

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in*

*MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Searles v. 3M Company et al
**Case Number:**    MN/0:22-cv-00638
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Moore v. 3M Company et al
**Case Number:**    MN/0:22-cv-00622
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in*

MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 3/24/2022.

Associated Cases: MDL No. 2885 et al. (JC)

**Case Name:** Scott v. 3M Company et al
**Case Number:** MN/0:22-cv-00611
**Filer:**
**Document Number:** 3

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s) *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 3/24/2022.

Associated Cases: MDL No. 2885 et al. (JC)

**Case Name:** Miller v. 3M Company et al
**Case Number:** MN/0:22-cv-00600
**Filer:**
**Document Number:** 3

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s) *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in*

*MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Rael-Jones v. 3M Company et al
Case Number:        MN/0:22-cv-00669
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Klundt v. 3M Company et al
Case Number:        MN/0:22-cv-00651
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in*

*MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:     Saucedo v. 3M Company et al
Case Number:   MN/0:22-cv-00630
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:     Hutchins v. 3M Company et al
Case Number:   MN/0:22-cv-00668
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in*

*MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:            McDowell v. 3M Company et al
Case Number:          MN/0:22-cv-00614
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) - 43 action(s)** *re: pldg. ( [1618] in MDL No. 2885, 1 in MN/0:22-cv-00579, 1 in MN/0:22-cv-00586, 1 in MN/0:22-cv-00594, 1 in MN/0:22-cv-00595, 1 in MN/0:22-cv-00596, 1 in MN/0:22-cv-00597, 1 in MN/0:22-cv-00600, 1 in MN/0:22-cv-00601, 1 in MN/0:22-cv-00604, 1 in MN/0:22-cv-00609, 1 in MN/0:22-cv-00610, 1 in MN/0:22-cv-00611, 1 in MN/0:22-cv-00614, 1 in MN/0:22-cv-00618, 1 in MN/0:22-cv-00619, 1 in MN/0:22-cv-00621, 1 in MN/0:22-cv-00622, 1 in MN/0:22-cv-00623, 1 in MN/0:22-cv-00629, 1 in MN/0:22-cv-00630, 1 in MN/0:22-cv-00631, 1 in MN/0:22-cv-00636, 1 in MN/0:22-cv-00638, 1 in MN/0:22-cv-00650, 1 in MN/0:22-cv-00651, 1 in MN/0:22-cv-00653, 1 in MN/0:22-cv-00655, 1 in MN/0:22-cv-00658, 1 in MN/0:22-cv-00659, 1 in MN/0:22-cv-00660, 1 in MN/0:22-cv-00662, 1 in MN/0:22-cv-00663, 1 in MN/0:22-cv-00665, 1 in MN/0:22-cv-00666, 1 in MN/0:22-cv-00667, 1 in MN/0:22-cv-00668, 1 in MN/0:22-cv-00669, 1 in MN/0:22-cv-00671, 1 in MN/0:22-cv-00672, 1 in MN/0:22-cv-00673, 1 in MN/0:22-cv-00674, 1 in MN/0:22-cv-00675, 1 in MN/0:22-cv-00676)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/24/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr      bbarr@levinlaw.com

MICHAEL ANDREW BURNS      epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-00586 Notice has been electronically mailed to:**

Jerry W Blackwell      blackwell@blackwellburke.com

William R Sieben      wsieben@schwebel.com

Alicia N Sieben      asieben@schwebel.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00586 Notice will not be electronically mailed to:**

**MN/0:22-cv-00623 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00623 Notice will not be electronically mailed to:**

**MN/0:22-cv-00658 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00658 Notice will not be electronically mailed to:**

**MN/0:22-cv-00609 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00609 Notice will not be electronically mailed to:**

**MN/0:22-cv-00629 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00629 Notice will not be electronically mailed to:**

**MN/0:22-cv-00579 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00579 Notice will not be electronically mailed to:**

**MN/0:22-cv-00660 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00660 Notice will not be electronically mailed to:**

**MN/0:22-cv-00667 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00667 Notice will not be electronically mailed to:**

**MN/0:22-cv-00655 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00655 Notice will not be electronically mailed to:**

**MN/0:22-cv-00619 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00619 Notice will not be electronically mailed to:**

**MN/0:22-cv-00666 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00666 Notice will not be electronically mailed to:**

**MN/0:22-cv-00596 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00596 Notice will not be electronically mailed to:**

**MN/0:22-cv-00604 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00604 Notice will not be electronically mailed to:**

**MN/0:22-cv-00610 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00610 Notice will not be electronically mailed to:**

**MN/0:22-cv-00673 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00673 Notice will not be electronically mailed to:**

**MN/0:22-cv-00636 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00636 Notice will not be electronically mailed to:**

**MN/0:22-cv-00676 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00676 Notice will not be electronically mailed to:**

**MN/0:22-cv-00595 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00595 Notice will not be electronically mailed to:**

**MN/0:22-cv-00672 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00672 Notice will not be electronically mailed to:**

**MN/0:22-cv-00594 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00594 Notice will not be electronically mailed to:**

**MN/0:22-cv-00675 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Yvonne M Flaherty    ymflaherty@locklaw.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00675 Notice will not be electronically mailed to:**

**MN/0:22-cv-00671 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00671 Notice will not be electronically mailed to:**

**MN/0:22-cv-00663 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00663 Notice will not be electronically mailed to:**

**MN/0:22-cv-00662 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00662 Notice will not be electronically mailed to:**

**MN/0:22-cv-00618 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00618 Notice will not be electronically mailed to:**

**MN/0:22-cv-00659 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00659 Notice will not be electronically mailed to:**

**MN/0:22-cv-00650 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Genevieve M Zimmerman    gzimmerman@meshbesher.com, hsternquist@meshbesher.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00650 Notice will not be electronically mailed to:**

**MN/0:22-cv-00621 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben      wsieben@schwebel.com

Alicia N Sieben      asieben@schwebel.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber      mbarber@schwebel.com

**MN/0:22-cv-00621 Notice will not be electronically mailed to:**

**MN/0:22-cv-00665 Notice has been electronically mailed to:**

Jerry W Blackwell      blackwell@blackwellburke.com

William R Sieben      wsieben@schwebel.com

Alicia N Sieben      asieben@schwebel.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber      mbarber@schwebel.com

**MN/0:22-cv-00665 Notice will not be electronically mailed to:**

**MN/0:22-cv-00674 Notice has been electronically mailed to:**

Jerry W Blackwell      blackwell@blackwellburke.com

Amanda M Williams      awilliams@gustafsongluek.com

Daniel E Gustafson      dgustafson@gustafsongluek.com

William R Sieben      wsieben@schwebel.com

Alicia N Sieben      asieben@schwebel.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber      mbarber@schwebel.com

**MN/0:22-cv-00674 Notice will not be electronically mailed to:**

**MN/0:22-cv-00631 Notice has been electronically mailed to:**

Jerry W Blackwell      blackwell@blackwellburke.com

William R Sieben      wsieben@schwebel.com

Alicia N Sieben      asieben@schwebel.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:22-cv-00631 Notice will not be electronically mailed to:**

**MN/0:22-cv-00597 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:22-cv-00597 Notice will not be electronically mailed to:**

**MN/0:22-cv-00653 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:22-cv-00653 Notice will not be electronically mailed to:**

**MN/0:22-cv-00601 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:22-cv-00601 Notice will not be electronically mailed to:**

**MN/0:22-cv-00638 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Genevieve M Zimmerman     gzimmerman@meshbesher.com, hsternquist@meshbesher.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

**MN/0:22-cv-00638 Notice will not be electronically mailed to:**

**MN/0:22-cv-00622 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00622 Notice will not be electronically mailed to:**

**MN/0:22-cv-00611 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00611 Notice will not be electronically mailed to:**

**MN/0:22-cv-00600 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00600 Notice will not be electronically mailed to:**

**MN/0:22-cv-00669 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00669 Notice will not be electronically mailed to:**

**MN/0:22-cv-00651 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00651 Notice will not be electronically mailed to:**

**MN/0:22-cv-00630 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00630 Notice will not be electronically mailed to:**

**MN/0:22-cv-00668 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:22-cv-00668 Notice will not be electronically mailed to:**

**MN/0:22-cv-00614 Notice has been electronically mailed to:**

Jerry W Blackwell      blackwell@blackwellburke.com

William R Sieben      wsieben@schwebel.com

Alicia N Sieben      asieben@schwebel.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber      mbarber@schwebel.com

**MN/0:22-cv-00614 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=3/24/2022] [FileNumber=1108678-0]
[23090dd06994336b07364b7138130fa5b47638fe85532b090afd6e6b77c32e8da56c
a627c70f52066fb5b56054642cfab0b5726661ce3976501ca6aa9b58c981]]