# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885-MCR-GRJ |
| This Document Relates to All Cases. | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF WITHDRAWAL OF COUNSEL
## PURSUANT TO LOCAL RULE 11.1(H)(1)(b) AND REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that Andrew W. Cary from the law firm of Gordon Rees Scully Mansukhani, LLP, hereby withdraws as attorney of record for Defendants 3M Company, Aearo Technologies, LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo LLC ("Defendants") in the above-referenced multi-district litigation, and should be removed from the docket and electronic service list accordingly. As required by Local Rule 11.1(H)(1)(b), Defendants consent to this withdrawal, and the withdrawal will leave Defendants with counsel of record who will continue in the case.

Respectfully submitted on this 25th day of March 2022.

    */s/ Andrew W. Cary*
Andrew W. Cary
CA Bar No. 206799
GORDON REES SCULLY
MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054
Email:  acary@grsm.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Counsel Pursuant to Local Rule 11.1(H)(1)(b) and Request for Removal from Service List was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Dated this 25th day of March 2022.

*/s/ Andrew W. Cary*
Andrew W. Cary
CA Bar No. 206799