## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Cullen W. Guilmartin, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1.      Movant resides in Connecticut and is not a resident of the State of Florida.

2.      Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Connecticut. A copy of a Certificate of Good Standing from the State of Connecticut dated within 30 days of this motion is attached hereto as Exhibit "A."

3.      Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

1

Admission Tutorial, confirmation number FLND16480431235918 and completed the CM/ECF Online Tutorials.

4.      Cullen W. Guilmartin has submitted to the Clerk the required $208.00 *prohac vice* admission fee.

5.      Cullen W. Guilmartin has upgraded his PACER account to "NextGen."

6.      Movant represents Defendants, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Cullen W. Guilmartin respectfully requests that this Court enter an Order granting Cullen W. Guilmartin of Gordon Rees Scully Mansukhani LLP, *pro hac vice* in this case.

Respectfully submitted on this 28th day of March 2022.

/s/ Cullen W. Guilmartin
Cullen W. Guilmartin
CT Bar No. 426360
GORDON REES SCULLY
MANSUKHANI LLP
95 Glastonbury Blvd., Suite 206
Glastonbury, CT 06033
Telephone:  (860) 494-7513
Facsimile: (860) 560-0185
Email:  cguilmartin@grsm.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 28th day of March, 2022.

*/s/ Cullen W. Guilmartin*
Cullen W. Guilmartin, CT Bar No. 426360

# EXHIBIT A

# *State of Connecticut*

# *Supreme Court*

I, **Carl D. Cicchetti**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

**Do hereby certify,** *that, in the Supreme Court at* Hartford

*on the* 30th *day of* October, 2006

### Cullen W. Guilmartin

*of*

### West Hartford, Connecticut

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.*

**In Testimony Whereof,** *I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day* **March 22, 2022**



*Carl D. Cicchetti*
*Chief Clerk*