UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Denise Kelley*<br>Case No. 7:20-cv-00153 | Case No.: 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

## VERIFICATION OF COMPLIANCE WITH PRETRIAL ORDER NO. 4 AND DESTRUCTION OF JUROR QUESTIONNAIRES

I, Robert C. Brock, Christa C. Cottrell, David I. Horowitz, Paul Sampson, and Saghar Esfandiarifard, as Counsel of Record for 3M Defendants, accept responsibility for the juror questionnaires received via email for the bellwether trial in the above-captioned cases. As Officers of the Court, we personally verify that no one beyond the individuals listed below reviewed the juror questionnaires, that we and these individuals complied with the terms of Pretrial Order No. 4, and that all hard and electronic copies of the questionnaires were destroyed following completion of jury selection on March 28, 2022.

The individuals who reviewed the juror questionnaires are:

1. Robert C. Brock, Kirkland & Ellis LLP

2. Christa Cottrell, Kirkland & Ellis LLP

3. David Horowitz, Kirkland & Ellis LLP

4. Paul Sampson, Kirkland & Ellis LLP

5. Saghar Esfandiarifard, Kirkland & Ellis LLP

6. Charles F. Beal, Jr., Moore, Hill & Westmoreland

7. C.K. "Pete" Rowland, Litigation Insights

8. Jill Leibold, Litigation Insights

Dated: March 28, 2022

/s/ *Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
Christa C. Cottrell
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mnomellini@kirkland.com
christa.cottrell@kirkland.com

David I. Horowitz
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8374
david.horowitz@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 28th day of March 2022, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

Dated: March 28, 2022

/s/ Robert C. Brock
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo LLC*