# EXHIBIT B

| Case Name | CV Number |
|---|---|
| Paul Bowen v. 3M Company et al. | 7:20-cv-72233 |