# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates: the Master Docket and *Beal v. 3M Co.*, No. 7:20-cv-00006 | Case No. 3:19-md-2885 (MCR/GRJ)<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rule 11.1, I, Leslie W. O'Leary, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-referenced matter, and in support thereof state as follows:

1. Movant resides in Oregon and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member of good standing of the bar of the State of Oregon (Bar No. 990908). A copy of the Certificate of Good Standing from the State of Oregon dated within 30 days of this motion is attached hereto as Exhibit A.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16484256365934, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has a "Next Gen" PACER account.

6. Once this motion is granted, Movant will file a Notice of Appearance in the master docket, *In re 3M Combat Arms Earplug Products Liability Litigation*, No. 3:19-md-2885.

7. Movant will also file a Notice of Appearance as attorney of record for Plaintiff James Beal in the related case *Beal v. 3M Company, et al.*; Case No. 7:20-cv-00006.

WHEREFORE, Leslie W. O'Leary respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: March 29, 2022   */s/ Leslie W. O'Leary*
Leslie W. O'Leary
Oregon State Bar No. 990908
Ciresi Conlin LLP
225 South 6th Street, Suite 4600
Minneapolis, MN 55402
Tel.: (612) 361-8200
Cell: (503) 705-0605
lwo@ciresiconlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2022, I caused a copy of the foregoing Motion to Appear *Pro Hac Vice* to be filed electronically with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

> */s/ Leslie W. O'Leary*
> Leslie W. O'Leary