UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS<br>EARPLUG PRODUCTS LIABILITY<br>LITIGATION | Case No. 3:19-md-2885-MCR-GRJ<br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

This Document Relates to:
William Darnell Civil Case No. 7:20-cv-50731
**Miscellaneous Case No. 3:22-mc-13**

## MOTION TO APPEAR PRO HAC VICE

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and Northern District of Florida Local Rule 11.1, I, R. Andrew Taggart, Jr., move for admission to practice *pro hac vice* for purposes of appearance in the Darnell case, captioned above, by virtue of a motion and objection filed in new Miscellaneous Case No. 3:22-mc-13, and shows:

1. Movant resides in Mississippi and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Mississippi. A Certificate of Good Standing from the Mississippi Bar, dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16482291085930 and completed the CM/ECF Online Tutorials.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents Home of Grace Corporation, a non-party witness in the Darnell litigation.

7. Upon Admission, R. Andrew Taggart, Jr. respectfully requests that he be provided Notice of Electronic Filing to the following email address: andy@trwlawyers.com.

THEREFORE, R. Andrew Taggart, Jr. requests that this Court enter an Order granting R. Andrew Taggart, Jr. of Taggart, Rimes & Wiggins, PLLC, *pro hac vice* admission on behalf of Home of Grace Corporation, a non-party witness in the William Darnell case, and directing the clerk to provide Notice of Electronic Filing to the undersigned.

Respectfully submitted on this 29th day of March, 2022.

*/s/R. Andrew Taggart, Jr.*
R. ANDREW TAGGART, JR (MSB #7422)
TAGGART, RIMES & WIGGINS, PLLC
619 Delmas Avenue
Pascagoula, MS  39567
Telephone: 601.898.8400
Facsimile: 601.898.8420
andy@trwlawyers.com

Counsel for Home of Grace Corporation, a non-party witness

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 29th of March, 2022.

*/s/R. Andrew Taggart, Jr.*
R. Andrew Taggart, Jr.