UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to ALL Cases: | Case No: 3:19-md-02885 |

**MOTION TO APPEAR *PRO HAC VICE*** 

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Tate J. Kunkle, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and, in support thereof, state as follows:

1. I reside in the State of New York and I am not a resident of the State of Florida.

2. I am admitted to practice and a member in good standing of the bars of the States of New York and Connecticut. My law office is in the State of New York where I regularly practice law. Pursuant to Local Rule 11.1, a copy of a Certificate of Good Standing from the State of New York (where I regularly practice law) dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, I have successfully completed the online Local Rules tutorial exam, confirmation number FLND16485094765947, and reviewed the online CM/ECF Attorneys User's Guide.

4. I have submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. I have an "Upgraded PACER Account."

6. I represent the Plaintiffs identified in the attached Exhibit "B" and made a part hereof, whose actions were filed independent of the JPML transfer process.

**WHEREFORE**, I, Tate J. Kunkle, respectfully request that this Court enter an order granting the within motion to appear *pro hac vice*.

Dated: March 29, 2022

                By:    */s/ Tate J. Kunkle*
                         Tate J. Kunkle
                         **DOUGLAS & LONDON, P.C.**
                         59 Maiden Lane, 6th Floor
                         New York, NY 10038
                         Tel: (212) 566-7500
                         Fax: (212) 566-7501
                         Email: tkunkle@douglasandlondon.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on March 29, 2022 and served electronically on all counsel of record.

> */s/ Tate J. Kunkle*
> Tate J. Kunkle
> **DOUGLAS & LONDON, P.C.**
> 59 Maiden Lane, 6th Floor
> New York, NY 10038
> Tel: (212) 566-7500
> Fax: (212) 566-7501
> Email: tkunkle@douglasandlondon.com