# EXHIBIT B

| Case Name | CV Number |
|---|---|
| Paul Bowen v. 3M Company et al. | 7:20-cv-72233 |
| Kevin Cullifer v. 3M Company, et al. | 7:20-cv-73554 |