UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to the Cases Listed in "Exhibit A" | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Luke Callahan of Preuss Foster Law hereby enters his appearance as counsel for Plaintiffs in each related case listed in the attached "Exhibit A."

Counsel further requests all papers and pleadings in these actions and in the Master Docket of MDL 2885 be served upon him.

Dated: March 30, 2022.

Respectfully Submitted By:

**PREUSS | FOSTER**

*/s/ Luke Callahan*
Luke Callahan, MO #67983
10601 Mission Rd., Suite 250
Leawood, KS 66206
Ph. 816-307-2788
Fax: 816-336-9705
Email: lcallahan@pflaw.com

**Attorney for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive servicein this action.

By: Luke Callahan

*/s/ Luke Callahan*

**Attorney for Plaintiffs**

# EXHIBIT A

| Plaintiff Name | Plaintiff ID | Admin Docket Case Number | Law Firm Name |
|---|---|---|---|
| BAILEY, WILLIAM | 6281 | 8:20-cv-04899-MCR-GRJ | Preuss \| Foster |
| BROWN, SARAH | 6285 | 8:20-cv-04903-MCR-GRJ | Preuss \| Foster |
| BUCHANAN, GREGORY | 6286 | 8:20-cv-04905-MCR-GRJ | Preuss \| Foster |
| BURNLEY, TERRY | 6287 | 8:20-cv-04909-MCR-GRJ | Preuss \| Foster |
| CARROLL, WENDELL | 6288 | 8:20-cv-04913-MCR-GRJ | Preuss \| Foster |
| CARTER, LAVASTA | 6289 | 8:20-cv-04917-MCR-GRJ | Preuss \| Foster |
| CAUGHEY, JACOB | 6290 | 8:20-cv-04920-MCR-GRJ | Preuss \| Foster |
| CHILDERS, WILLIAM | 6291 | 8:20-cv-04924-MCR-GRJ | Preuss \| Foster |
| CLARKE, KRYSTAL | 6292 | 8:20-cv-04928-MCR-GRJ | Preuss \| Foster |
| CLARKSON, SHAWN | 6293 | 8:20-cv-04931-MCR-GRJ | Preuss \| Foster |
| CORRALES, ROGELIO | 6294 | 8:20-cv-04934-MCR-GRJ | Preuss \| Foster |
| GARCIA, CHRISTIAN | 6295 | 8:20-cv-04938-MCR-GRJ | Preuss \| Foster |
| HILL, GLENN | 6297 | 8:20-cv-04946-MCR-GRJ | Preuss \| Foster |
| HILL, JOSHUA | 6298 | 8:20-cv-04949-MCR-GRJ | Preuss \| Foster |
| HOELZER, AARON | 6299 | 8:20-cv-04952-MCR-GRJ | Preuss \| Foster |
| HOFFER, SETH | 6300 | 8:20-cv-04956-MCR-GRJ | Preuss \| Foster |
| JACKSON, DARRELL | 6301 | 8:20-cv-04960-MCR-GRJ | Preuss \| Foster |
| Johnson, Anthony J. | 6302 | 8:20-cv-04963-MCR-GRJ | Preuss \| Foster |
| JOHNSON, DARREN | 6303 | 8:20-cv-04967-MCR-GRJ | Preuss \| Foster |
| JOHNSON, JEFFREY | 6304 | 8:20-cv-04970-MCR-GRJ | Preuss \| Foster |
| JOHNSON, KEITH | 6305 | 8:20-cv-04973-MCR-GRJ | Preuss \| Foster |
| KEEFER, KYLE | 6306 | 8:20-cv-04975-MCR-GRJ | Preuss \| Foster |
| KELLER, JOHN | 6307 | 8:20-cv-04978-MCR-GRJ | Preuss \| Foster |
| KELLY, WILLIAM | 6308 | 8:20-cv-04981-MCR-GRJ | Preuss \| Foster |
| KINNEY, ROGER | 6309 | 8:20-cv-04985-MCR-GRJ | Preuss \| Foster |
| KLEWE, JOSHUA | 6310 | 8:20-cv-04988-MCR-GRJ | Preuss \| Foster |
| KOVACH, DANIEL | 6311 | 8:20-cv-04991-MCR-GRJ | Preuss \| Foster |
| LIBRERA, FREDERICK | 6312 | 8:20-cv-04993-MCR-GRJ | Preuss \| Foster |
| LOUVIERE, MATTHEW | 6313 | 8:20-cv-04996-MCR-GRJ | Preuss \| Foster |
| MAK, STEVEN | 6314 | 8:20-cv-04998-MCR-GRJ | Preuss \| Foster |
| MARKS, SHANE | 6315 | 8:20-cv-05001-MCR-GRJ | Preuss \| Foster |
| MARVIN, MICHAEL | 6316 | 8:20-cv-05004-MCR-GRJ | Preuss \| Foster |
| MCCROSKY, SCOTT | 6317 | 8:20-cv-05007-MCR-GRJ | Preuss \| Foster |
| MCCULLOUGH, TIMOTHY | 6318 | 8:20-cv-05010-MCR-GRJ | Preuss \| Foster |
| MOUNTS, BRIAN | 6319 | 8:20-cv-05012-MCR-GRJ | Preuss \| Foster |
| Nelson, Thomas Benjamin | 6320 | 8:20-cv-05015-MCR-GRJ | Preuss \| Foster |
| NESSIM, FADY | 6321 | 8:20-cv-05018-MCR-GRJ | Preuss \| Foster |

| Name | Number | Case | Attorneys |
|---|---|---|---|
| PERCHES, JUAN | 6322 | 8:20-cv-05022-MCR-GRJ | Preuss \| Foster |
| PHAM, DAVID | 6323 | 8:20-cv-05025-MCR-GRJ | Preuss \| Foster |
| PRICE, ALLEN | 6324 | 8:20-cv-05028-MCR-GRJ | Preuss \| Foster |
| RAMOS, JEFFREY | 6325 | 8:20-cv-05031-MCR-GRJ | Preuss \| Foster |
| RIVERA, EUGENIO | 6326 | 8:20-cv-05033-MCR-GRJ | Preuss \| Foster |
| RIVERS, CHARLES | 6327 | 8:20-cv-05036-MCR-GRJ | Preuss \| Foster |
| ROMPREY, DAVID | 6328 | 8:20-cv-05039-MCR-GRJ | Preuss \| Foster |
| ROSE, FRANKLIN | 6329 | 8:20-cv-05042-MCR-GRJ | Preuss \| Foster |
| Scott, KENNEDY | 6330 | 8:20-cv-05045-MCR-GRJ | Preuss \| Foster |
| SNYDER, ANTHONY | 6331 | 8:20-cv-05048-MCR-GRJ | Preuss \| Foster |
| STANICH, MARK | 6332 | 8:20-cv-05050-MCR-GRJ | Preuss \| Foster |
| SUTHERLAND, ALLAN | 6334 | 8:20-cv-05053-MCR-GRJ | Preuss \| Foster |
| Wagenbach, PATRICK | 6335 | 8:20-cv-05056-MCR-GRJ | Preuss \| Foster |
| WALKER, IAN | 6336 | 8:20-cv-05059-MCR-GRJ | Preuss \| Foster |
| WELLMAN, DAVID | 6337 | 8:20-cv-05062-MCR-GRJ | Preuss \| Foster |
| WEST, KENNY | 6338 | 8:20-cv-05065-MCR-GRJ | Preuss \| Foster |
| WILSON, CURTIS | 6339 | 8:20-cv-05068-MCR-GRJ | Preuss \| Foster |
| YELVERTON, MICHAEL | 6340 | 8:20-cv-05070-MCR-GRJ | Preuss \| Foster |
| YOUNG, WILLIAM | 6341 | 8:20-cv-05073-MCR-GRJ | Preuss \| Foster |
| Durant, Calesi | 164838 | 8:20-cv-05815-MCR-GRJ | Preuss \| Foster |
| Rueff, Joshua | 164839 | 8:20-cv-05819-MCR-GRJ | Preuss \| Foster |
| Clark, Samuel | 258849 | 9:20-cv-19903-MCR-GRJ | Preuss \| Foster |
| Willis, Charles | 267954 | 9:20-cv-19934-MCR-GRJ | Preuss \| Foster |
| Europe, Italy | 282587 | 7:21-cv-04921-MCR-GRJ | Preuss \| Foster |
| Woods, Floyd | 304180 | 7:21-cv-26947-MCR-GRJ | Preuss \| Foster |