UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>This Document Relates to All Cases )<br>) | Case No. 3:19md2885/MCR/GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO WITHDRAW PRO HAC VICE OF MAXWELL H. GOINS AS COUNSEL OF RECORD

Maxwell Goins hereby respectfully requests that this Court enter an order permitting him to withdraw as counsel for Plaintiffs Thomas Jarrard, Emmanuel Villas Baluyot, and Kevin Morgan, and states:

1. I entered a Pro Hac Vice in this matter on October 4, 2021 [Dkt. 2168].

2. I am no longer employed with Keller Rohrback LLP and will no longer be involved in the handling of this action. Mark Samson of Keller Rohrback LLP is admitted in this action and will continue to serve as counsel for Plaintiffs Thomas Jarrard, Emmanuel Villas Baluyot, and Kevin Morgan.

RESPECTFULLY SUBMITTED this 31st day of March, 2022.

**KELLER ROHRBACK L.L.P.**

By: *s/Maxwell H. Goins*
Maxwell H, Goins, SWBA #54130
1201 Third Avenue, Suite 3200
Seattle, WA  98101

1

Tel: (206) 623-1900
mgoing@kellerrohrback.com

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on this 31st day of March, 2022, and served electronically on all counsel of record.

*s/Maxwell H. Goins*