UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Plaintiffs Identified in Exhibit A | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

The Court has been advised that the plaintiffs identified in Exhibit A submitted Short Form Complaints through MDL Centrality on July 15, 2021; however, the Short Form Complaints were never transferred to the Clerk's Office. Consequently, individual cases were never created for these plaintiffs on the administrative docket. As of September 13, 2021, the Clerk's Office no longer accepts new cases for entry on the administrative docket and any plaintiff seeking to file a case must file on the 3M MDL docket. ECF No. 1915 at 2.

Accordingly, the plaintiffs identified in Exhibit A are directed to file a case on the 3M MDL docket within **30 days** of the date of this Order. The Court acknowledges that plaintiffs' Short Form Complaints were not transferred to the Clerk's Office through no fault of their own. Therefore, the Court will treat these cases as if they were filed on the administrative docket on July 15, 2021 for purposes of tolling any time limitations for filing claims. If the plaintiffs fail to file a case on

the 3M MDL docket within the deadline, BrownGreer PLC is directed to close the plaintiffs' MDL Centrality portal.

**DONE and ORDERED** on this 1st day of April, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**