IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION
EXHIBIT A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Short Form Complaint Submission |
|---|---|---|---|---|
| 1 | 325377 | Artiaga, Rod | Carey Danis & Lowe | 7/15/2021 |
| 2 | 325378 | Averyheart, Troy | Carey Danis & Lowe | 7/15/2021 |
| 3 | 325379 | Barajas, Jose | Carey Danis & Lowe | 7/15/2021 |
| 4 | 325380 | Benjock, Ronald | Carey Danis & Lowe | 7/15/2021 |
| 5 | 325381 | Bernard, Clive | Carey Danis & Lowe | 7/15/2021 |
| 6 | 325382 | Bisson, Andrew | Carey Danis & Lowe | 7/15/2021 |
| 7 | 325383 | Boehm, Daniel | Carey Danis & Lowe | 7/15/2021 |
| 8 | 325385 | Boykins, Robert | Carey Danis & Lowe | 7/15/2021 |
| 9 | 325386 | Bradley, James | Carey Danis & Lowe | 7/15/2021 |
| 10 | 325387 | Clair, Dustin | Carey Danis & Lowe | 7/15/2021 |
| 11 | 325388 | Dodson, Lawson | Carey Danis & Lowe | 7/15/2021 |
| 12 | 325389 | Drummond, Kia | Carey Danis & Lowe | 7/15/2021 |
| 13 | 325390 | Dunbar, Ami | Carey Danis & Lowe | 7/15/2021 |
| 14 | 325391 | Fairbanks, Mark | Carey Danis & Lowe | 7/15/2021 |
| 15 | 325392 | Fitzpatrick, Joseph | Carey Danis & Lowe | 7/15/2021 |
| 16 | 325393 | Gerstel, Joshua | Carey Danis & Lowe | 7/15/2021 |
| 17 | 325394 | Greenlee, Kevin | Carey Danis & Lowe | 7/15/2021 |
| 18 | 325395 | Hinton, Sean | Carey Danis & Lowe | 7/15/2021 |
| 19 | 325396 | Mccall, Marc | Carey Danis & Lowe | 7/15/2021 |
| 20 | 325397 | Myrick, Robert | Carey Danis & Lowe | 7/15/2021 |
| 21 | 325398 | Nash, Reginald | Carey Danis & Lowe | 7/15/2021 |
| 22 | 325399 | Raasch, Christopher | Carey Danis & Lowe | 7/15/2021 |
| 23 | 325400 | Ribordy, Jeremy | Carey Danis & Lowe | 7/15/2021 |
| 24 | 325401 | Roach, Dominick | Carey Danis & Lowe | 7/15/2021 |
| 25 | 325402 | Rollins, Jeffrey | Carey Danis & Lowe | 7/15/2021 |
| 26 | 325403 | Rotman, Michael | Carey Danis & Lowe | 7/15/2021 |
| 27 | 325404 | Santos, Solimar | Carey Danis & Lowe | 7/15/2021 |
| 28 | 325405 | Sykes, Philip | Carey Danis & Lowe | 7/15/2021 |
| 29 | 325406 | Tucker, Martin | Carey Danis & Lowe | 7/15/2021 |
| 30 | 325407 | Ward, Mykah | Carey Danis & Lowe | 7/15/2021 |
| 31 | 325408 | Wells, Kirby | Carey Danis & Lowe | 7/15/2021 |
| 32 | 325409 | Whatley, Perry | Carey Danis & Lowe | 7/15/2021 |
| 33 | 325410 | Wilson, Christopher | Carey Danis & Lowe | 7/15/2021 |
| 34 | 325411 | Youngblood, Andrew | Carey Danis & Lowe | 7/15/2021 |