# **<u>EXHIBIT A</u>**

1257013/65507456v.1

# State of Connecticut

# Supreme Court

I, **Carl D. Cicchetti**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify, that, in the Supreme Court at **Hartford** on the **1st** day of **November, 2004**

**Aubrey E. Blatchley**

of

**Canton, Connecticut**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.



In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day **March 24, 2022**

Carl D. Cicchetti
Chief Clerk