# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to Wave 1 Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

Pending before the Court is Defendants' Motion to Compel Against the Department of Defense and the Department of Veterans Affairs related to the Government's denial of Defendants' *Touhy* requests for witness depositions and related documentation for the Wave 1 cases. ECF No. 2935. Defendants represent that they served the instant motion on the Department of Defense and the Department of Justice via email on April 1, 2022. *Id.* at 18.

Accordingly, to the extent the Government wishes to respond, it must do so by April 15, 2022. Defendants are directed to **immediately** furnish a copy of this Order via email to both agencies.

**DONE and ORDERED** on this 4th day of April, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**