**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## <u>MOTION TO APPEAR *PRO HAC VICE*</u>

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, andthe Northern District of Florida Local Rule 11.1, I, Adam M. Masin, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1.     Movant resides in Connecticut and is not a resident of the State of Florida.

2.     Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Connecticut. A copy of a Certificate of Good Standing from the State of Connecticut dated within 30 days of this motion are attached hereto as Exhibit "A."

3.     Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

Admission Tutorial, confirmation number FLND16488271535975 and completedthe CM/ECF Online Tutorials.

4.     Adam M. Masin has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.     Adam M. Masin has upgraded his PACER account to "NextGen."

6.     Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Adam M. Masin respectfully request that this Court enter an Order granting Adam M. Masin of Gordon Rees Scully Mansukhani, *pro hac vice* in this case.

Respectfully submitted on this 5th day of April, 2022.

/s/ Adam M. Masin
Adam M. Masin, CT Bar No. 438911
Gordon Rees Scully Mansukhani
95 Glastonbury Blvd, Suite 206
Glastonbury, CT 06033
amasin@grsm.com
Office: 860-494-7542
Cell:    212-495-9641

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 5th day of April, 2022.

*/s/ Adam M. Masin*
Adam M. Masin, CT Bar No. 438911