# **EXHIBIT A**

# State of Connecticut

## Supreme Court

I, **Carl D. Cicchetti**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

*Do hereby certify,* that, in the Superior Court at **Hartford**

on the **25th**   day of   **September, 2 017**

**Adam Michael Masin**

of

**Glastonbury, Connecticut**

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.*

*In Testimony Whereof,* I have hereunto set my hand *and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day* **March 18, 2022**



*Carl D. Cicchetti*
*Chief Clerk*