# EXHIBIT 2

**Table C-13**
**U.S. District Courts–Civil Pro Se and Non-Pro Se Filings, by District,**
**During the 12-Month Period Ending September 30, 2020**

| Circuit and District | Total Civil Cases | Pro Se Cases | Non-Pro Se Cases | Prisoner Petitions | | | Nonprisoner Petitions | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Cases | Pro Se Cases | Non-Pro Se Cases | Total Cases | Pro Se Cases | Non-Pro Se Cases |
| Total | 470,581 | 267,373 | 203,208 | 56,195 | 49,701 | 6,494 | 414,386 | 217,672 | 196,714 |
| DC | 3,780 | 734 | 3,046 | 383 | 208 | 175 | 3,397 | 526 | 2,871 |
| 1st | 5,824 | 1,065 | 4,759 | 739 | 490 | 249 | 5,085 | 575 | 4,510 |
| ME | 502 | 104 | 398 | 60 | 52 | 8 | 442 | 52 | 390 |
| MA | 2,767 | 520 | 2,247 | 405 | 223 | 182 | 2,362 | 297 | 2,065 |
| NH | 1,209 | 131 | 1,078 | 88 | 59 | 29 | 1,121 | 72 | 1,049 |
| RI | 582 | 154 | 428 | 76 | 66 | 10 | 506 | 88 | 418 |
| PR | 764 | 156 | 608 | 110 | 90 | 20 | 654 | 66 | 588 |
| 2nd | 24,873 | 4,965 | 19,908 | 2,969 | 2,552 | 417 | 21,904 | 2,413 | 19,491 |
| CT | 2,036 | 676 | 1,360 | 452 | 411 | 41 | 1,584 | 265 | 1,319 |
| NY,N | 1,906 | 765 | 1,141 | 519 | 493 | 26 | 1,387 | 272 | 1,115 |
| NY,E | 6,520 | 890 | 5,630 | 449 | 384 | 65 | 6,071 | 506 | 5,565 |
| NY,S | 11,392 | 1,925 | 9,467 | 987 | 771 | 216 | 10,405 | 1,154 | 9,251 |
| NY,W | 2,787 | 636 | 2,151 | 529 | 466 | 63 | 2,258 | 170 | 2,088 |
| VT | 232 | 73 | 159 | 33 | 27 | 6 | 199 | 46 | 153 |
| 3rd | 34,336 | 5,298 | 29,038 | 4,399 | 3,722 | 677 | 29,937 | 1,576 | 28,361 |
| DE | 1,919 | 232 | 1,687 | 162 | 150 | 12 | 1,757 | 82 | 1,675 |
| NJ | 19,655 | 1,720 | 17,935 | 1,333 | 1,069 | 264 | 18,322 | 651 | 17,671 |
| PA,E | 7,187 | 1,308 | 5,879 | 1,125 | 868 | 257 | 6,062 | 440 | 5,622 |
| PA,M | 2,415 | 1,059 | 1,356 | 961 | 890 | 71 | 1,454 | 169 | 1,285 |
| PA,W | 2,939 | 915 | 2,024 | 805 | 733 | 72 | 2,134 | 182 | 1,952 |
| VI | 221 | 64 | 157 | 13 | 12 | 1 | 208 | 52 | 156 |
| 4th | 18,718 | 7,494 | 11,224 | 6,569 | 5,761 | 808 | 12,149 | 1,733 | 10,416 |
| MD | 3,694 | 1,105 | 2,589 | 1,052 | 643 | 409 | 2,642 | 462 | 2,180 |
| NC,E | 1,888 | 1,026 | 862 | 938 | 852 | 86 | 950 | 174 | 776 |
| NC,M | 1,162 | 588 | 574 | 522 | 503 | 19 | 640 | 85 | 555 |
| NC,W | 1,257 | 383 | 874 | 219 | 205 | 14 | 1,038 | 178 | 860 |
| SC | 4,274 | 1,220 | 3,054 | 1,138 | 1,010 | 128 | 3,136 | 210 | 2,926 |
| VA,E | 3,297 | 1,579 | 1,718 | 1,220 | 1,132 | 88 | 2,077 | 447 | 1,630 |
| VA,W | 1,341 | 734 | 607 | 684 | 667 | 17 | 657 | 67 | 590 |
| WV,N | 814 | 488 | 326 | 444 | 429 | 15 | 370 | 59 | 311 |
| WV,S | 991 | 371 | 620 | 352 | 320 | 32 | 639 | 51 | 588 |

**Table C-13. (September 30, 2020—Continued)**

| Circuit and District | Total Civil Cases | Pro Se Cases | Non-Pro Se Cases | Prisoner Petitions ||| Nonprisoner Petitions |||
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Cases | Pro Se Cases | Non-Pro Se Cases | Total Cases | Pro Se Cases | Non-Pro Se Cases |
| 5th | 29,856 | 9,424 | 20,432 | 7,867 | 7,413 | 454 | 21,989 | 2,011 | 19,978 |
| LA,E | 4,004 | 467 | 3,537 | 304 | 281 | 23 | 3,700 | 186 | 3,514 |
| LA,M | 896 | 306 | 590 | 255 | 239 | 16 | 641 | 67 | 574 |
| LA,W | 1,757 | 721 | 1,036 | 616 | 576 | 40 | 1,141 | 145 | 996 |
| MS,N | 838 | 171 | 667 | 142 | 131 | 11 | 696 | 40 | 656 |
| MS,S | 1,940 | 703 | 1,237 | 615 | 586 | 29 | 1,325 | 117 | 1,208 |
| TX,N | 6,375 | 2,708 | 3,667 | 2,343 | 2,217 | 126 | 4,032 | 491 | 3,541 |
| TX,E | 3,137 | 1,337 | 1,800 | 1,167 | 1,138 | 29 | 1,970 | 199 | 1,771 |
| TX,S | 6,365 | 1,803 | 4,562 | 1,470 | 1,360 | 110 | 4,895 | 443 | 4,452 |
| TX,W | 4,544 | 1,208 | 3,336 | 955 | 885 | 70 | 3,589 | 323 | 3,266 |
| 6th | 23,590 | 5,141 | 18,449 | 4,252 | 3,718 | 534 | 19,338 | 1,423 | 17,915 |
| KY,E | 1,433 | 501 | 932 | 466 | 437 | 29 | 967 | 64 | 903 |
| KY,W | 1,608 | 424 | 1,184 | 329 | 310 | 19 | 1,279 | 114 | 1,165 |
| MI,E | 3,611 | 1,043 | 2,568 | 832 | 734 | 98 | 2,779 | 309 | 2,470 |
| MI,W | 1,570 | 678 | 892 | 634 | 555 | 79 | 936 | 123 | 813 |
| OH,N | 3,636 | 725 | 2,911 | 584 | 503 | 81 | 3,052 | 222 | 2,830 |
| OH,S | 7,816 | 539 | 7,277 | 383 | 325 | 58 | 7,433 | 214 | 7,219 |
| TN,E | 1,257 | 370 | 887 | 280 | 247 | 33 | 977 | 123 | 854 |
| TN,M | 1,384 | 435 | 949 | 348 | 300 | 48 | 1,036 | 135 | 901 |
| TN,W | 1,275 | 426 | 849 | 396 | 307 | 89 | 879 | 119 | 760 |
| 7th | 21,795 | 8,006 | 13,789 | 6,156 | 5,758 | 398 | 15,639 | 2,248 | 13,391 |
| IL,N | 8,520 | 1,752 | 6,768 | 1,307 | 1,128 | 179 | 7,213 | 624 | 6,589 |
| IL,C | 1,454 | 837 | 617 | 778 | 724 | 54 | 676 | 113 | 563 |
| IL,S | 1,378 | 678 | 700 | 657 | 615 | 42 | 721 | 63 | 658 |
| IN,N | 2,203 | 1,000 | 1,203 | 897 | 870 | 27 | 1,306 | 130 | 1,176 |
| IN,S | 4,981 | 2,395 | 2,586 | 1,404 | 1,354 | 50 | 3,577 | 1,041 | 2,536 |
| WI,E | 2,067 | 893 | 1,174 | 734 | 698 | 36 | 1,333 | 195 | 1,138 |
| WI,W | 1,192 | 451 | 741 | 379 | 369 | 10 | 813 | 82 | 731 |

Table C-13. (September 30, 2020—Continued)

| Circuit and District | Total Civil Cases | Pro Se Cases | Non-Pro Se Cases | Prisoner Petitions | | | Nonprisoner Petitions | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Cases | Pro Se Cases | Non-Pro Se Cases | Total Cases | Pro Se Cases | Non-Pro Se Cases |
| 8th | 12,383 | 4,010 | 8,373 | 3,515 | 3,096 | 419 | 8,868 | 914 | 7,954 |
| AR,E | 2,191 | 1,179 | 1,012 | 1,197 | 1,055 | 142 | 994 | 124 | 870 |
| AR,W | 880 | 317 | 563 | 291 | 281 | 10 | 589 | 36 | 553 |
| IA,N | 429 | 153 | 276 | 138 | 120 | 18 | 291 | 33 | 258 |
| IA,S | 544 | 205 | 339 | 172 | 148 | 24 | 372 | 57 | 315 |
| MN | 2,641 | 515 | 2,126 | 366 | 319 | 47 | 2,275 | 196 | 2,079 |
| MO,E | 2,481 | 670 | 1,811 | 516 | 486 | 30 | 1,965 | 184 | 1,781 |
| MO,W | 1,976 | 576 | 1,400 | 493 | 448 | 45 | 1,483 | 128 | 1,355 |
| NE | 681 | 165 | 516 | 178 | 85 | 93 | 503 | 80 | 423 |
| ND | 252 | 87 | 165 | 51 | 51 | 0 | 201 | 36 | 165 |
| SD | 308 | 143 | 165 | 113 | 103 | 10 | 195 | 40 | 155 |
| 9th | 48,033 | 11,936 | 36,097 | 9,548 | 7,992 | 1,556 | 38,485 | 3,944 | 34,541 |
| AK | 380 | 90 | 290 | 63 | 44 | 19 | 317 | 46 | 271 |
| AZ | 3,490 | 1,515 | 1,975 | 1,436 | 1,178 | 258 | 2,054 | 337 | 1,717 |
| CA,N | 8,946 | 1,478 | 7,468 | 1,093 | 1,004 | 89 | 7,853 | 474 | 7,379 |
| CA,E | 4,318 | 2,174 | 2,144 | 1,828 | 1,766 | 62 | 2,490 | 408 | 2,082 |
| CA,C | 16,461 | 2,712 | 13,749 | 1,724 | 1,444 | 280 | 14,737 | 1,268 | 13,469 |
| CA,S | 2,773 | 790 | 1,983 | 660 | 537 | 123 | 2,113 | 253 | 1,860 |
| HI | 608 | 235 | 373 | 122 | 115 | 7 | 486 | 120 | 366 |
| ID | 605 | 275 | 330 | 231 | 227 | 4 | 374 | 48 | 326 |
| MT | 650 | 229 | 421 | 183 | 174 | 9 | 467 | 55 | 412 |
| NV | 3,110 | 831 | 2,279 | 929 | 441 | 488 | 2,181 | 390 | 1,791 |
| OR | 2,228 | 664 | 1,564 | 558 | 466 | 92 | 1,670 | 198 | 1,472 |
| WA,E | 1,170 | 239 | 931 | 201 | 195 | 6 | 969 | 44 | 925 |
| WA,W | 3,216 | 687 | 2,529 | 514 | 397 | 117 | 2,702 | 290 | 2,412 |
| GUAM | 44 | 8 | 36 | 1 | 1 | 0 | 43 | 7 | 36 |
| NMI | 34 | 9 | 25 | 5 | 3 | 2 | 29 | 6 | 23 |

**Table C-13. (September 30, 2020—Continued)**

| Circuit and District | Total Civil Cases | Pro Se Cases | Non-Pro Se Cases | Prisoner Petitions | | | Nonprisoner Petitions | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Total Cases | Pro Se Cases | Non-Pro Se Cases | Total Cases | Pro Se Cases | Non-Pro Se Cases |
| **10th** | **10,672** | **3,061** | **7,611** | **2,354** | **2,076** | **278** | **8,318** | **985** | **7,333** |
| CO | 3,859 | 1,329 | 2,530 | 940 | 884 | 56 | 2,919 | 445 | 2,474 |
| KS | 1,464 | 470 | 994 | 403 | 359 | 44 | 1,061 | 111 | 950 |
| NM | 1,317 | 382 | 935 | 303 | 275 | 28 | 1,014 | 107 | 907 |
| OK,N | 717 | 198 | 519 | 136 | 112 | 24 | 581 | 86 | 495 |
| OK,E | 464 | 105 | 359 | 86 | 79 | 7 | 378 | 26 | 352 |
| OK,W | 1,329 | 295 | 1,034 | 273 | 228 | 45 | 1,056 | 67 | 989 |
| UT | 1,261 | 219 | 1,042 | 166 | 96 | 70 | 1,095 | 123 | 972 |
| WY | 261 | 63 | 198 | 47 | 43 | 4 | 214 | 20 | 194 |
| **11th** | **236,721** | **206,239** | **30,482** | **7,444** | **6,915** | **529** | **229,277** | **199,324** | **29,953** |
| AL,N | 2,106 | 642 | 1,464 | 519 | 485 | 34 | 1,587 | 157 | 1,430 |
| AL,M | 1,162 | 708 | 454 | 599 | 589 | 10 | 563 | 119 | 444 |
| AL,S | 902 | 205 | 697 | 139 | 136 | 3 | 763 | 69 | 694 |
| FL,N | 204,994 | 197,118 | 7,876 | 757 | 724 | 33 | 204,237 | 196,394 | 7,843 |
| FL,M | 8,780 | 2,573 | 6,207 | 2,066 | 1,879 | 187 | 6,714 | 694 | 6,020 |
| FL,S | 9,808 | 1,701 | 8,107 | 1,175 | 991 | 184 | 8,633 | 710 | 7,923 |
| GA,N | 6,415 | 1,861 | 4,554 | 935 | 908 | 27 | 5,480 | 953 | 4,527 |
| GA,M | 1,480 | 809 | 671 | 717 | 678 | 39 | 763 | 131 | 632 |
| GA,S | 1,074 | 622 | 452 | 537 | 525 | 12 | 537 | 97 | 440 |