# EXHIBIT 3

**Table C-13**
**U.S. District Courts–Civil Pro Se and Non-Pro Se Filings, by District,**
**During the 12-Month Period Ending September 30, 2021**

|  |  |  |  | Prisoner Petitions | | | Nonprisoner Petitions | | |
|---|---|---|---|---|---|---|---|---|---|
| Circuit and District | Total Civil Cases | Pro Se Cases | Non-Pro Se Cases | Total Cases | Pro Se Cases | Non-Pro Se Cases | Total Cases | Pro Se Cases | Non-Pro Se Cases |
| Total | 344,567 | 145,970 | 198,597 | 47,669 | 43,365 | 4,304 | 296,898 | 102,605 | 194,293 |
| DC | 3,672 | 643 | 3,029 | 227 | 158 | 69 | 3,445 | 485 | 2,960 |
| 1st | 5,139 | 903 | 4,236 | 440 | 347 | 93 | 4,699 | 556 | 4,143 |
| ME | 417 | 93 | 324 | 32 | 30 | 2 | 385 | 63 | 322 |
| MA | 2,434 | 475 | 1,959 | 223 | 176 | 47 | 2,211 | 299 | 1,912 |
| NH | 1,004 | 119 | 885 | 62 | 53 | 9 | 942 | 66 | 876 |
| RI | 521 | 116 | 405 | 53 | 44 | 9 | 468 | 72 | 396 |
| PR | 763 | 100 | 663 | 70 | 44 | 26 | 693 | 56 | 637 |
| 2nd | 25,191 | 4,253 | 20,938 | 2,521 | 2,217 | 304 | 22,670 | 2,036 | 20,634 |
| CT | 1,807 | 542 | 1,265 | 326 | 303 | 23 | 1,481 | 239 | 1,242 |
| NY,N | 1,711 | 611 | 1,100 | 433 | 402 | 31 | 1,278 | 209 | 1,069 |
| NY,E | 7,244 | 784 | 6,460 | 365 | 306 | 59 | 6,879 | 478 | 6,401 |
| NY,S | 11,493 | 1,696 | 9,797 | 920 | 775 | 145 | 10,573 | 921 | 9,652 |
| NY,W | 2,634 | 558 | 2,076 | 449 | 411 | 38 | 2,185 | 147 | 2,038 |
| VT | 302 | 62 | 240 | 28 | 20 | 8 | 274 | 42 | 232 |
| 3rd | 40,461 | 5,062 | 35,399 | 3,833 | 3,355 | 478 | 36,628 | 1,707 | 34,921 |
| DE | 1,899 | 239 | 1,660 | 120 | 113 | 7 | 1,779 | 126 | 1,653 |
| NJ | 26,321 | 1,638 | 24,683 | 1,160 | 1,032 | 128 | 25,161 | 606 | 24,555 |
| PA,E | 6,646 | 1,261 | 5,385 | 951 | 735 | 216 | 5,695 | 526 | 5,169 |
| PA,M | 2,436 | 1,034 | 1,402 | 875 | 800 | 75 | 1,561 | 234 | 1,327 |
| PA,W | 2,726 | 843 | 1,883 | 720 | 668 | 52 | 2,006 | 175 | 1,831 |
| VI | 433 | 47 | 386 | 7 | 7 | 0 | 426 | 40 | 386 |
| 4th | 17,675 | 6,529 | 11,146 | 5,157 | 4,780 | 377 | 12,518 | 1,749 | 10,769 |
| MD | 3,513 | 1,090 | 2,423 | 663 | 619 | 44 | 2,850 | 471 | 2,379 |
| NC,E | 1,719 | 891 | 828 | 762 | 708 | 54 | 957 | 183 | 774 |
| NC,M | 1,051 | 498 | 553 | 420 | 413 | 7 | 631 | 85 | 546 |
| NC,W | 1,252 | 370 | 882 | 203 | 194 | 9 | 1,049 | 176 | 873 |
| SC | 4,230 | 934 | 3,296 | 873 | 722 | 151 | 3,357 | 212 | 3,145 |
| VA,E | 3,258 | 1,409 | 1,849 | 994 | 941 | 53 | 2,264 | 468 | 1,796 |
| VA,W | 1,169 | 628 | 541 | 568 | 559 | 9 | 601 | 69 | 532 |
| WV,N | 650 | 410 | 240 | 375 | 366 | 9 | 275 | 44 | 231 |
| WV,S | 833 | 299 | 534 | 299 | 258 | 41 | 534 | 41 | 493 |

## Table C-13. (September 30, 2021—Continued)

| Circuit and District | Total Civil Cases | Pro Se Cases | Non-Pro Se Cases | Prisoner Petitions | | | Nonprisoner Petitions | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Cases | Pro Se Cases | Non-Pro Se Cases | Total Cases | Pro Se Cases | Non-Pro Se Cases |
| 5th | 28,333 | 8,603 | 19,730 | 6,889 | 6,567 | 322 | 21,444 | 2,036 | 19,408 |
| LA,E | 2,192 | 403 | 1,789 | 318 | 281 | 37 | 1,874 | 122 | 1,752 |
| LA,M | 810 | 260 | 550 | 231 | 211 | 20 | 579 | 49 | 530 |
| LA,W | 3,937 | 628 | 3,309 | 499 | 473 | 26 | 3,438 | 155 | 3,283 |
| MS,N | 680 | 182 | 498 | 131 | 124 | 7 | 549 | 58 | 491 |
| MS,S | 1,520 | 579 | 941 | 465 | 455 | 10 | 1,055 | 124 | 931 |
| TX,N | 5,722 | 2,443 | 3,279 | 2,071 | 1,982 | 89 | 3,651 | 461 | 3,190 |
| TX,E | 3,217 | 1,371 | 1,846 | 1,090 | 1,057 | 33 | 2,127 | 314 | 1,813 |
| TX,S | 5,940 | 1,556 | 4,384 | 1,218 | 1,154 | 64 | 4,722 | 402 | 4,320 |
| TX,W | 4,315 | 1,181 | 3,134 | 866 | 830 | 36 | 3,449 | 351 | 3,098 |
| 6th | 20,519 | 4,587 | 15,932 | 3,456 | 3,087 | 369 | 17,063 | 1,500 | 15,563 |
| KY,E | 1,047 | 397 | 650 | 379 | 351 | 28 | 668 | 46 | 622 |
| KY,W | 1,348 | 416 | 932 | 308 | 299 | 9 | 1,040 | 117 | 923 |
| MI,E | 3,051 | 950 | 2,101 | 739 | 665 | 74 | 2,312 | 285 | 2,027 |
| MI,W | 1,544 | 761 | 783 | 642 | 594 | 48 | 902 | 167 | 735 |
| OH,N | 2,651 | 549 | 2,102 | 360 | 300 | 60 | 2,291 | 249 | 2,042 |
| OH,S | 7,584 | 504 | 7,080 | 313 | 258 | 55 | 7,271 | 246 | 7,025 |
| TN,E | 1,032 | 306 | 726 | 208 | 191 | 17 | 824 | 115 | 709 |
| TN,M | 1,211 | 335 | 876 | 219 | 191 | 28 | 992 | 144 | 848 |
| TN,W | 1,051 | 369 | 682 | 288 | 238 | 50 | 763 | 131 | 632 |
| 7th | 19,814 | 7,057 | 12,757 | 5,038 | 4,725 | 313 | 14,776 | 2,332 | 12,444 |
| IL,N | 7,671 | 1,513 | 6,158 | 1,024 | 903 | 121 | 6,647 | 610 | 6,037 |
| IL,C | 1,345 | 744 | 601 | 661 | 620 | 41 | 684 | 124 | 560 |
| IL,S | 1,590 | 583 | 1,007 | 562 | 529 | 33 | 1,028 | 54 | 974 |
| IN,N | 2,034 | 833 | 1,201 | 736 | 693 | 43 | 1,298 | 140 | 1,158 |
| IN,S | 4,702 | 2,279 | 2,423 | 1,143 | 1,103 | 40 | 3,559 | 1,176 | 2,383 |
| WI,E | 1,594 | 740 | 854 | 608 | 582 | 26 | 986 | 158 | 828 |
| WI,W | 878 | 365 | 513 | 304 | 295 | 9 | 574 | 70 | 504 |

**Table C-13. (September 30, 2021—Continued)**

| Circuit and District | Total Civil Cases | Pro Se Cases | Non-Pro Se Cases | Prisoner Petitions | | | Nonprisoner Petitions | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Cases | Pro Se Cases | Non-Pro Se Cases | Total Cases | Pro Se Cases | Non-Pro Se Cases |
| **8th** | **11,760** | **4,037** | **7,723** | **3,309** | **3,043** | **266** | **8,451** | **994** | **7,457** |
| AR,E | 1,777 | 994 | 783 | 885 | 871 | 14 | 892 | 123 | 769 |
| AR,W | 907 | 384 | 523 | 361 | 352 | 9 | 546 | 32 | 514 |
| IA,N | 391 | 137 | 254 | 113 | 109 | 4 | 278 | 28 | 250 |
| IA,S | 535 | 201 | 334 | 170 | 151 | 19 | 365 | 50 | 315 |
| MN | 2,757 | 547 | 2,210 | 366 | 306 | 60 | 2,391 | 241 | 2,150 |
| MO,E | 2,001 | 695 | 1,306 | 585 | 561 | 24 | 1,416 | 134 | 1,282 |
| MO,W | 1,919 | 558 | 1,361 | 428 | 389 | 39 | 1,491 | 169 | 1,322 |
| NE | 851 | 256 | 595 | 200 | 111 | 89 | 651 | 145 | 506 |
| ND | 253 | 70 | 183 | 38 | 34 | 4 | 215 | 36 | 179 |
| SD | 369 | 195 | 174 | 163 | 159 | 4 | 206 | 36 | 170 |
| **9th** | **46,261** | **10,914** | **35,347** | **8,096** | **6,965** | **1,131** | **38,165** | **3,949** | **34,216** |
| AK | 359 | 148 | 211 | 116 | 107 | 9 | 243 | 41 | 202 |
| AZ | 3,395 | 1,358 | 2,037 | 1,165 | 1,022 | 143 | 2,230 | 336 | 1,894 |
| CA,N | 10,204 | 1,551 | 8,653 | 1,129 | 1,070 | 59 | 9,075 | 481 | 8,594 |
| CA,E | 4,207 | 1,816 | 2,391 | 1,521 | 1,483 | 38 | 2,686 | 333 | 2,353 |
| CA,C | 14,897 | 2,273 | 12,624 | 1,266 | 1,165 | 101 | 13,631 | 1,108 | 12,523 |
| CA,S | 2,484 | 737 | 1,747 | 463 | 409 | 54 | 2,021 | 328 | 1,693 |
| HI | 590 | 221 | 369 | 110 | 104 | 6 | 480 | 117 | 363 |
| ID | 548 | 228 | 320 | 190 | 182 | 8 | 358 | 46 | 312 |
| MT | 622 | 252 | 370 | 204 | 197 | 7 | 418 | 55 | 363 |
| NV | 2,981 | 848 | 2,133 | 752 | 286 | 466 | 2,229 | 562 | 1,667 |
| OR | 2,046 | 558 | 1,488 | 551 | 376 | 175 | 1,495 | 182 | 1,313 |
| WA,E | 1,079 | 249 | 830 | 216 | 208 | 8 | 863 | 41 | 822 |
| WA,W | 2,759 | 626 | 2,133 | 403 | 346 | 57 | 2,356 | 280 | 2,076 |
| GU | 46 | 25 | 21 | 4 | 4 | 0 | 42 | 21 | 21 |
| NMI | 44 | 24 | 20 | 6 | 6 | 0 | 38 | 18 | 20 |

## Table C-13. (September 30, 2021—Continued)

| Circuit and District | Total Civil Cases | Pro Se Cases | Non-Pro Se Cases | Prisoner Petitions | | | Nonprisoner Petitions | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Cases | Pro Se Cases | Non-Pro Se Cases | Total Cases | Pro Se Cases | Non-Pro Se Cases |
| **10th** | **10,041** | **3,050** | **6,991** | **2,291** | **2,126** | **165** | **7,750** | **924** | **6,826** |
| CO | 3,541 | 1,294 | 2,247 | 892 | 862 | 30 | 2,649 | 432 | 2,217 |
| KS | 1,385 | 456 | 929 | 345 | 334 | 11 | 1,040 | 122 | 918 |
| NM | 1,332 | 361 | 971 | 322 | 271 | 51 | 1,010 | 90 | 920 |
| OK,N | 623 | 151 | 472 | 120 | 97 | 23 | 503 | 54 | 449 |
| OK,E | 461 | 143 | 318 | 127 | 121 | 6 | 334 | 22 | 312 |
| OK,W | 1,318 | 386 | 932 | 351 | 318 | 33 | 967 | 68 | 899 |
| UT | 1,129 | 192 | 937 | 95 | 87 | 8 | 1,034 | 105 | 929 |
| WY | 252 | 67 | 185 | 39 | 36 | 3 | 213 | 31 | 182 |
| **11th** | **115,701** | **90,332** | **25,369** | **6,412** | **5,995** | **417** | **109,289** | **84,337** | **24,952** |
| AL,N | 1,958 | 632 | 1,326 | 476 | 440 | 36 | 1,482 | 192 | 1,290 |
| AL,M | 975 | 565 | 410 | 427 | 414 | 13 | 548 | 151 | 397 |
| AL,S | 582 | 170 | 412 | 112 | 104 | 8 | 470 | 66 | 404 |
| FL,N | 85,334 | 82,301 | 3,033 | 651 | 628 | 23 | 84,683 | 81,673 | 3,010 |
| FL,M | 8,747 | 2,555 | 6,192 | 1,953 | 1,801 | 152 | 6,794 | 754 | 6,040 |
| FL,S | 9,596 | 1,469 | 8,127 | 885 | 796 | 89 | 8,711 | 673 | 8,038 |
| GA,N | 6,191 | 1,409 | 4,782 | 838 | 793 | 45 | 5,353 | 616 | 4,737 |
| GA,M | 1,342 | 703 | 639 | 629 | 590 | 39 | 713 | 113 | 600 |
| GA,S | 976 | 528 | 448 | 441 | 429 | 12 | 535 | 99 | 436 |