# EXHIBIT 4

**United States Judicial Panel on Multidistrict Litigation**  
**Report Date: 11/19/2019**

## MDL Statistics Report - Distribution of Pending MDL Dockets by Actions Pending

**MDL Filters:**  
**Status:** Transferred  
Limited to **Active Litigations**

| District | Judge (Title) | Docket No. | Litigation | Actions Now Pending | Total Actions (Historical) |
|---|---|---|---|---|---|
| LAE | Eldon E. Fallon (U.S. District Judge) | MDL -2592 | IN RE: Xarelto (Rivaroxaban) Products Liability Litigation | 27,596 | 31,958 |
| NJ | Freda L. Wolfson (U.S. District Judge) | MDL -2738 | IN RE: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation | 14,435 | 14,642 |
| NJ | Claire C. Cecchi (U.S. District Judge) | MDL -2789 | IN RE: Proton-Pump Inhibitor Products Liability Litigation (No. II) | 13,492 | 14,803 |
| LAE | Jane Triche Milazzo (U.S. District Judge) | MDL -2740 | IN RE: Taxotere (Docetaxel) Products Liability Litigation | 11,784 | 13,927 |
| TXN | James Edgar Kinkeade (U.S. District Judge) | MDL -2244 | IN RE: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation | 10,084 | 10,435 |
| INS | Richard L. Young (Chief Judge, USDC) | MDL -2570 | IN RE: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation | 6,414 | 7,526 |
| AZ | David G. Campbell (U.S. District Judge) | MDL -2641 | IN RE: Bard IVC Filters Products Liability Litigation | 6,245 | 8,689 |
| ILN | Matthew F. Kennelly (U.S. District Judge) | MDL -2545 | IN RE: Testosterone Replacement Therapy Products Liability Litigation | 5,054 | 7,862 |
| OHS | Edmund A. Sargus, Jr (Chief Judge, USDC) | MDL -2846 | IN RE: Davol, Inc./C.R. Bard, Inc., Polypropylene Hernia Mesh Products Liability Litigation | 3,550 | 3,574 |
| FLN | M. Casey Rodgers (Chief Judge, USDC) | MDL -2885 | IN RE: 3M Combat Arms Earplug Products Liability Litigation | 2,663 | 3,070 |
| GAN | Richard W. Story (Sr. District Judge) | MDL -2782 | IN RE: Ethicon Physiomesh Flexible Composite Hernia Mesh Products Liability Litigation | 2,482 | 2,598 |
| CAN | Vince Chhabria (U.S. District Judge) | MDL -2741 | IN RE: Roundup Products Liability Litigation | 2,474 | 2,562 |
| OHN | Dan A. Polster (U.S. District Judge) | MDL -2804 | IN RE: National Prescription Opiate Litigation | 2,436 | 2,474 |
| FLN | M. Casey Rodgers (Chief Judge, USDC) | MDL -2734 | IN RE: Abilify (Aripiprazole) Products Liability Litigation | 2,377 | 2,711 |
| NH | Landya B. McCafferty (U.S. District Judge) | MDL -2753 | IN RE: Atrium Medical Corp. C-Qur Mesh Products Liability Litigation | 1,679 | 1,702 |
| OHN | Jeffrey J. Helmick (U.S. District Judge) | MDL -2197 | IN RE: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation | 1,364 | 10,271 |
| MN | Donovan W. Frank (Sr. District Judge) | MDL -2441 | IN RE: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation | 1,207 | 3,581 |
| WVS | Joseph R. Goodwin (U.S. District Judge) | MDL -2327 | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation | 1,202 | 40,761 |
| LAE | Carl J. Barbier (U.S. District Judge) | MDL -2179 | IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | 1,085 | 6,087 |
| CAN | Charles R. Breyer (Sr. District Judge) | MDL -2672 | IN RE: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation | 1,051 | 1,880 |
| CAN | Richard Seeborg (U.S. District Judge) | MDL -2691 | IN RE: Viagra (Sildenafil Citrate) and Cialis (Tadalafil) Products Liability Litigation | 1,021 | 1,053 |
| CAS | Anthony J. Battaglia (U.S. District Judge) | MDL -2452 | IN RE: Incretin-Based Therapies Products Liability Litigation | 965 | 1,019 |
| WVS | Joseph R. Goodwin (U.S. District Judge) | MDL -2326 | IN RE: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation | 965 | 26,617 |
| PAE | Harvey Bartle, III (Sr. District Judge) | MDL -2848 | IN RE: Zostavax (Zoster Vaccine Live) Products Liability Litigation | 933 | 1,012 |
| CAC | Andre Birotte, Jr (U.S. District Judge) | MDL -2814 | IN RE: Ford Motor Co. DPS6 PowerShift Transmission Products Liability Litigation | 928 | 1,027 |
| MA | Indira Talwani (U.S. District Judge) | MDL -2768 | IN RE: Stryker LFIT V40 Femoral Head Products Liability Litigation | 757 | 776 |
| MD | Catherine C. Blake (U.S. District Judge) | MDL -2775 | IN RE: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation | 698 | 744 |
| NYS | Jesse M. Furman (U.S. District Judge) | MDL -2543 | IN RE: General Motors LLC Ignition Switch Litigation | 546 | 817 |
| NJ | Brian R. Martinotti (U.S. District Judge) | MDL -2750 | IN RE: Invokana (Canagliflozin) Products Liability Litigation | 505 | 1,199 |
| ILN | John Z. Lee (U.S. District Judge) | MDL -2492 | IN RE: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation | 455 | 457 |
| GAN | Thomas W. Thrash, Jr (Chief Judge, USDC) | MDL -2800 | IN RE: Equifax, Inc., Customer Data Security Breach Litigation | 440 | 463 |
| MA | F. Dennis Saylor (U.S. District Judge) | MDL -2657 | IN RE: Zofran (Ondansetron) Products Liability Litigation | 424 | 682 |
| MN | John R. Tunheim (Chief Judge, USDC) | MDL -2642 | IN RE: Fluoroquinolone Products Liability Litigation | 412 | 1,262 |
| PAE | Anita B. Brody (Sr. District Judge) | MDL -2323 | IN RE: National Football League Players' Concussion Injury Litigation | 327 | 345 |
| NYS | George B. Daniels (U.S. District Judge) | MDL -1570 | IN RE: Terrorist Attacks on September 11, 2001 | 319 | 327 |
| LAE | Eldon E. Fallon (U.S. District Judge) | MDL -2047 | IN RE: Chinese-Manufactured Drywall Products Liability Litigation | 302 | 385 |
| MIE | Marianne O. Battani (Sr. District Judge) | MDL -2311 | IN RE: Automotive Parts Antitrust Litigation | 274 | 320 |
| NJ | Freda L. Wolfson (U.S. District Judge) | MDL -2243 | IN RE: Fosamax (Alendronate Sodium) Products Liability Litigation (No. II) | 267 | 1,276 |
| KYE | Karen K. Caldwell (Chief Judge, USDC) | MDL -2809 | IN RE: Onglyza (Saxagliptin) and Kombiglyze XR (Saxagliptin and Metformin) Products Liability Litigation | 263 | 304 |
| FLS | Federico A. Moreno (U.S. District Judge) | MDL -2599 | IN RE: Takata Airbag Products Liability Litigation | 204 | 344 |
| NYS | Lewis A. Kaplan (Sr. District Judge) | MDL -2865 | IN RE: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation | 183 | 184 |
| CAS | Michael M. Anello (U.S. District Judge) | MDL -2286 | IN RE: Midland Credit Management, Inc., Telephone Consumer Protection Act (TCPA) Litigation | 173 | 337 |
| NJ | Robert B. Kugler (Sr. District Judge) | MDL -2875 | IN RE: Valsartan Products Liability Litigation | 150 | 155 |
| NYS | Paul A. Crotty (Sr. District Judge) | MDL -2859 | IN RE: Zimmer M/L Taper Hip Prosthesis or M/L Taper Hip Prosthesis with Kinectiv Technology and Versys Femoral Head Products Liability Litigation | 148 | 149 |
| CAN | William H. Orrick, III (U.S. District Judge) | MDL -2913 | IN RE: Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation | 143 | 143 |
| CAS | John A. Houston (U.S. District Judge) | MDL -2295 | IN RE: Portfolio Recovery Associates, LLC, Telephone Consumer Protection Act (TCPA) Litigation | 136 | 165 |
| SC | Richard M. Gergel (U.S. District Judge) | MDL -2873 | IN RE: Aqueous Film-Forming Foams Products Liability Litigation | 130 | 130 |
| PAE | Cynthia M. Rufe (U.S. District Judge) | MDL -2724 | IN RE: Generic Pharmaceuticals Pricing Antitrust Litigation | 116 | 185 |
| MN | Paul A. Magnuson (Sr. District Judge) | MDL -2522 | IN RE: Target Corporation Customer Data Security Breach Litigation | 111 | 114 |
| DC | Colleen Kollar-Kotelly (U.S. District Judge) | MDL -2656 | IN RE: Domestic Airline Travel Antitrust Litigation | 105 | 111 |
| MOE | Rodney W. Sippel (Chief Judge, USDC) | MDL -1964 | IN RE: NuvaRing Products Liability Litigation | 89 | 2,002 |
| INN | Robert L. Miller, Jr (Sr. District Judge) | MDL -2391 | IN RE: Biomet M2a Magnum Hip Implant Products Liability Litigation | 85 | 2,883 |
| PAM | John E Jones, III (U.S. District Judge) | MDL -2816 | IN RE: Sorin 3T Heater-Cooler System Products Liability Litigation (No. II) | 85 | 90 |
| MA | George A O'Toole, Jr (Sr. District Judge) | MDL -2677 | IN RE: Daily Fantasy Sports Litigation | 81 | 86 |
| WVS | Joseph R. Goodwin (U.S. District Judge) | MDL -2325 | IN RE: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation | 80 | 21,367 |
| CAS | Janis L. Sammartino (U.S. District Judge) | MDL -2670 | IN RE: Packaged Seafood Products Antitrust Litigation | 78 | 83 |
| MD | Paul W. Grimm (U.S. District Judge) | MDL -2879 | IN RE: Marriott International, Inc., Customer Data Security Breach Litigation | 78 | 91 |
| NYE | Margo K. Brodie (U.S. District Judge) | MDL -1720 | IN RE: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | 71 | 115 |

| Dist | Judge | MDL No. | Caption | | |
|---|---|---|---|---|---|
| NJ | Madeline C. Arleo (U.S. District Judge) | MDL -2687 | IN RE: Liquid Aluminum Sulfate Antitrust Litigation | 70 | 83 |
| CAN | Edward J. Davila (U.S. District Judge) | MDL -2827 | IN RE: Apple Inc. Device Performance Litigation | 63 | 66 |
| | Beth Labson Freeman (U.S. District Judge) | MDL -2834 | IN RE: PersonalWeb Technologies, LLC, and Level 3 Communications, LLC, Patent Litigation | 63 | 76 |
| OHS | Edmund A. Sargus, Jr (Chief Judge, USDC) | MDL -2433 | IN RE: E. I. du Pont de Nemours and Company C-8 Personal Injury Litigation | 63 | 3,677 |
| VAE | Anthony J. Trenga (U.S. District Judge) | MDL -2915 | IN RE: Capital One Consumer Data Security Breach Litigation | 61 | 61 |
| ALN | R. David Proctor (U.S. District Judge) | MDL -2406 | IN RE: Blue Cross Blue Shield Antitrust Litigation | 59 | 86 |
| CAN | Jon S. Tigar (U.S. District Judge) | MDL -1917 | IN RE: Cathode Ray Tube (CRT) Antitrust Litigation | 55 | 74 |
| FLM | Harvey E. Schlesinger (Sr. District Judge) | MDL -2626 | IN RE: Disposable Contact Lens Antitrust Litigation | 55 | 60 |
| NJ | Madeline C. Arleo (U.S. District Judge) | MDL -2904 | IN RE: American Medical Collection Agency, Inc., Customer Data Security Breach Litigation | 53 | 53 |
| CAN | Edward M. Chen (U.S. District Judge) | MDL -2777 | IN RE: Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation | 50 | 52 |
| NYS | Naomi Reice Buchwald (Sr. District Judge) | MDL -2262 | IN RE: Libor-Based Financial Instruments Antitrust Litigation | 48 | 78 |
| ILN | Gary Feinerman (U.S. District Judge) | MDL -2705 | IN RE: 100% Grated Parmesan Cheese Marketing and Sales Practices Litigation | 46 | 53 |
| | Joan B. Gottschall (Sr. District Judge) | MDL -2590 | IN RE: Navistar MaxxForce Engines Marketing, Sales Practices and Products Liability Litigation | 43 | 48 |
| TXN | David C. Godbey (U.S. District Judge) | MDL -2099 | IN RE: Stanford Entities Securities Litigation | 42 | 153 |
| OR | Michael H. Simon (U.S. District Judge) | MDL -2633 | IN RE: Premera Blue Cross Customer Data Security Breach Litigation | 41 | 41 |
| | Michael H. Simon (U.S. District Judge) | MDL -2828 | IN RE: Intel Corp. CPU Marketing, Sales Practices and Products Liability Litigation | 41 | 43 |
| CAN | Charles R. Breyer (Sr. District Judge) | MDL -2796 | IN RE: German Automotive Manufacturers Antitrust Litigation | 38 | 39 |
| | Vince Chhabria (U.S. District Judge) | MDL -2843 | IN RE: Facebook, Inc., Consumer Privacy User Profile Litigation | 35 | 39 |
| MOE | Stephen N. Limbaugh, Jr (U.S. District Judge) | MDL -2820 | IN RE: Dicamba Herbicides Litigation | 35 | 42 |
| NYS | Paul G. Gardephe (U.S. District Judge) | MDL -2673 | IN RE: Treasury Securities Auction Antitrust Litigation | 35 | 42 |
| PAE | Eduardo C. Robreno (Sr. District Judge) | MDL -875 | IN RE: Asbestos Products Liability Litigation (No. VI) | 31 | 192,114 |
| NJ | Susan D. Wigenton (U.S. District Judge) | MDL -2158 | IN RE: Zimmer Durom Hip Cup Products Liability Litigation | 30 | 751 |
| CAN | Lucy H. Koh (U.S. District Judge) | MDL -2752 | IN RE: Yahoo! Inc. Customer Data Security Breach Litigation | 29 | 31 |
| KS | Julie A. Robinson (Chief Judge, USDC) | MDL -2887 | IN RE: Hill's Pet Nutrition, Inc., Dog Food Products Liability Litigation | 29 | 34 |
| CAN | Maxine M Chesney (Sr. District Judge) | MDL -2918 | IN RE: Hard Disk Drive Suspension Assemblies Antitrust Litigation | 28 | 28 |
| NYS | Valerie E. Caproni (U.S. District Judge) | MDL -2548 | IN RE: Commodity Exchange, Inc., Gold Futures and Options Trading Litigation | 28 | 29 |
| OKW | Timothy D. DeGiusti (U.S. District Judge) | MDL -2792 | IN RE: Samsung Top-Load Washing Machine Marketing, Sales Practices and Products Liability Litigation | 28 | 28 |
| TXS | Keith P Ellison (U.S. District Judge) | MDL -2185 | IN RE: BP p.l.c. Securities Litigation | 28 | 59 |
| CAN | Charles R. Breyer (Sr. District Judge) | MDL -1913 | IN RE: Transpacific Passenger Air Transportation Antitrust Litigation | 26 | 26 |
| PAW | Joy Flowers Conti (Sr. District Judge) | MDL -2850 | IN RE: Railway Industry Employee No-Poach Antitrust Litigation | 26 | 26 |
| MN | Michael James Davis (Sr. District Judge) | MDL -2795 | IN RE: CenturyLink Sales Practices and Securities Litigation | 25 | 29 |
| CAN | Lucy H. Koh (U.S. District Judge) | MDL -2773 | IN RE: Qualcomm Antitrust Litigation | 24 | 35 |
| ILN | Manish S. Shah (U.S. District Judge) | MDL -2842 | IN RE: Chicago Board Options Exchange Volatility Index Manipulation Antitrust Litigation | 24 | 27 |
| CAC | John A. Kronstadt (U.S. District Judge) | MDL -2905 | IN RE: ZF-TRW Airbag Control Units Products Liability Litigation | 23 | 24 |
| CAN | James Donato (U.S. District Judge) | MDL -2801 | IN RE: Capacitors Antitrust Litigation (No. III) | 22 | 22 |
| ILN | Virginia M. Kendall (U.S. District Judge) | MDL -2867 | IN RE: Local TV Advertising Antitrust Litigation | 22 | 22 |
| MIE | Sean F. Cox (U.S. District Judge) | MDL -2901 | IN RE: Ford Motor Co. F-150 and Ranger Truck Fuel Economy Marketing and Sales Practices Litigation | 22 | 22 |
| NYS | P. Kevin Castel (Sr. District Judge) | MDL -2742 | IN RE: SunEdison, Inc., Securities Litigation | 22 | 34 |
| CAN | Charles R. Breyer (Sr. District Judge) | MDL -2184 | IN RE: Google Inc. Street View Electronic Communications Litigation | 21 | 21 |
| INN | Robert L. Miller, Jr (Sr. District Judge) | MDL -2667 | IN RE: Medical Informatics Engineering, Inc., Customer Data Security Breach Litigation | 21 | 21 |
| PAE | Jan E. DuBois (Sr. District Judge) | MDL -2460 | IN RE: Niaspan Antitrust Litigation | 21 | 23 |
| | Gene E.K. Pratter (U.S. District Judge) | MDL -2002 | IN RE: Processed Egg Products Antitrust Litigation | 21 | 33 |
| MOW | Gary A. Fenner (Sr. District Judge) | MDL -2709 | IN RE: Dollar General Corp. Motor Oil Marketing and Sales Practices Litigation | 20 | 26 |
| NYS | Vernon S. Broderick (U.S. District Judge) | MDL -2542 | IN RE: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation | 20 | 28 |
| FLM | Mary S. Scriven (U.S. District Judge) | MDL -2737 | IN RE: 21st Century Oncology Customer Data Security Breach Litigation | 18 | 18 |
| ILN | Robert M. Dow, Jr (U.S. District Judge) | MDL -2817 | IN RE: Dealer Management Systems Antitrust Litigation | 18 | 21 |
| MA | Douglas P. Woodlock (Sr. District Judge) | MDL -2428 | IN RE: Fresenius GranuFlo/NaturaLyte Dialysate Products Liability Litigation | 18 | 4,516 |
| MIE | David M. Lawson (U.S. District Judge) | MDL -2744 | IN RE: FCA US LLC Monostable Electronic Gearshift Litigation | 18 | 39 |
| NYE | Nina Gershon (Sr. District Judge) | MDL -2819 | IN RE: Restasis (Cyclosporine Ophthalmic Emulsion) Antitrust Litigation | 18 | 21 |
| FLS | Kenneth A. Marra (Sr. District Judge) | MDL -1916 | IN RE: Chiquita Brands International, Inc., Alien Tort Statute and Shareholders Derivative Litigation | 17 | 28 |
| NM | James O. Browning (U.S. District Judge) | MDL -2695 | IN RE: Santa Fe Natural Tobacco Company Marketing and Sales Practices Litigation | 17 | 17 |
| NJ | Michael A. Shipp (U.S. District Judge) | MDL -2779 | IN RE: FieldTurf Artificial Turf Marketing and Sales Practices Litigation | 16 | 17 |
| NYW | Geoffrey W. Crawford (U.S. District Judge) | MDL -2903 | IN RE: Fisher-Price Rock 'n Play Sleeper Marketing, Sales Practices, and Products Liability Litigation | 16 | 16 |
| WVS | Joseph R. Goodwin (U.S. District Judge) | MDL -2187 | IN RE: C.R. Bard, Inc., Pelvic Repair System Products Liability Litigation | 16 | 15,868 |
| CAC | Andrew J. Guilford (U.S. District Judge) | MDL -2797 | IN RE: Wells Fargo Auto Insurance Marketing and Sales Practices Litigation | 15 | 16 |
| FLS | K. Michael Moore (Chief Judge, USDC) | MDL -2832 | IN RE: Liquid Toppings Dispensing System ('447) Patent Litigation | 15 | 15 |
| MIE | Matthew F. Leitman (U.S. District Judge) | MDL -2818 | IN RE: General Motors Air Conditioning Marketing and Sales Practices Litigation | 15 | 15 |
| NYS | Vernon S. Broderick (U.S. District Judge) | MDL -1358 | IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | 15 | 190 |
| VAE | Rebecca Beach Smith (U.S. District Judge) | MDL -2836 | IN RE: Zetia (Ezetimibe) Antitrust Litigation | 15 | 16 |
| DC | Ellen Segal Huvelle (Sr. District Judge) | MDL -2665 | IN RE: McCormick & Company, Inc., Pepper Products Marketing and Sales Practices Litigation | 14 | 16 |
| | Randolph D. Moss (U.S. District Judge) | MDL -1880 | IN RE: Papst Licensing Digital Camera Patent Litigation | 14 | 21 |
| DE | Richard G. Andrews (U.S. District Judge) | MDL -2902 | IN RE: Sitagliptin Phosphate ('708 & '921) Patent Litigation | 14 | 14 |
| ILN | Harry D. Leinenweber (Sr. District Judge) | MDL -2580 | IN RE: Opana ER Antitrust Litigation | 14 | 14 |
| NJ | Robert B. Kugler (Sr. District Judge) | MDL -2606 | IN RE: Benicar (Olmesartan) Products Liability Litigation | 14 | 2,310 |
| RI | William E. Smith (Chief Judge, USDC) | MDL -2472 | IN RE: Loestrin 24 Fe Antitrust Litigation | 14 | 14 |
| DC | Paul L. Friedman (Sr. District Judge) | MDL -1869 | IN RE: Rail Freight Fuel Surcharge Antitrust Litigation | 13 | 24 |
| DE | Colm F. Connolly (Judge) | MDL -2912 | IN RE: Palbociclib Patent Litigation | 13 | 13 |
| CAC | Philip S Gutierrez (U.S. District Judge) | MDL -2826 | IN RE: Uber Technologies, Inc., Data Security Breach Litigation | 12 | 18 |
| FLS | Darrin P. Gayles (U.S. District Judge) | MDL -2841 | IN RE: MONAT Hair Care Products Marketing, Sales Practices and Products Liability Litigation | 12 | 12 |

| District | Judge | MDL No. | Title | | |
|---|---|---|---|---|---|
| PAE | Mitchell S Goldberg (U.S. District Judge) | MDL -2445 | IN RE: Suboxone (Buprenorphine Hydrochloride and Naloxone) Antitrust Litigation | 12 | 15 |
| PAW | Donetta W. Ambrose (Sr. District Judge) | MDL -2862 | IN RE: Diisocyanates Antitrust Litigation | 12 | 12 |
| SC | David C. Norton (U.S. District Judge) | MDL -2886 | IN RE: Allura Fiber Cement Siding Products Liability Litigation | 12 | 12 |
| TXN | Sidney A. Fitzwater (Sr. District Judge) | MDL -2587 | IN RE: IntraMTA Switched Access Charges Litigation | 12 | 102 |
| NYS | William H Pauley, III (Sr. District Judge) | MDL -2645 | IN RE: Kind LLC "All Natural" Litigation | 11 | 12 |
| PAE | Berle M Schiller (Sr. District Judge) | MDL -2436 | IN RE: Tylenol (Acetaminophen) Marketing, Sales Practices and Products Liability Litigation | 11 | 233 |
| SC | Bruce Howe Hendricks (U.S. District Judge) | MDL -2613 | IN RE: TD Bank, N.A., Debit Card Overdraft Fee Litigation | 11 | 13 |
| NYS | J. Paul Oetken (U.S. District Judge) | MDL -2704 | IN RE: Interest Rate Swaps Antitrust Litigation | 10 | 11 |
| PAE | C. Darnell Jones, II (U.S. District Judge) | MDL -2833 | IN RE: FedLoan Student Loan Servicing Litigation | 10 | 10 |
| CAC | James V. Selna (U.S. District Judge) | MDL -2151 | IN RE: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation | 9 | 457 |
| DC | Reggie B. Walton (Sr. District Judge) | MDL -2524 | IN RE: Health Management Associates, Inc., Qui Tam Litigation (No. II) | 9 | 9 |
| OHN | James S. Gwin (U.S. District Judge) | MDL -2807 | IN RE: Sonic Corp. Customer Data Security Breach Litigation | 9 | 11 |
| PAE | Michael M Baylson (Sr. District Judge) | MDL -2437 | IN RE: Domestic Drywall Antitrust Litigation | 9 | 29 |
| TXN | Barbara M.G. Lynn (Chief Judge, USDC) | MDL -2835 | IN RE: Iron Oak Technologies, LLC, Patent Litigation | 9 | 12 |
| ILN | Robert M. Dow, Jr (U.S. District Judge) | MDL -2909 | IN RE: Fairlife Milk Products Marketing and Sales Practices Litigation | 8 | 8 |
| MOE | Henry Edward Autrey (U.S. District Judge) | MDL -2382 | IN RE: Emerson Electric Co. Wet/Dry Vac Marketing and Sales Practices Litigation | 8 | 8 |
| NV | Robert Clive Jones (Sr. District Judge) | MDL -2357 | IN RE: Zappos.com, Inc., Customer Data Security Breach Litigation | 8 | 11 |
| NYS | Valerie E. Caproni (U.S. District Judge) | MDL -2573 | IN RE: London Silver Fixing, Ltd., Antitrust Litigation | 8 | 8 |
| FLM | Gregory A Presnell (U.S. District Judge) | MDL -2557 | IN RE: Auto Body Shop Antitrust Litigation | 7 | 27 |
| FLS | James Lawrence King (Sr. District Judge) | MDL -2036 | IN RE: Checking Account Overdraft Litigation | 7 | 100 |
| GAN | Thomas W. Thrash, Jr (Chief Judge, USDC) | MDL -2084 | IN RE: AndroGel Antitrust Litigation (No. II) | 7 | 15 |
| NYE | Nicholas G Garaufis (Sr. District Judge) | MDL -2221 | IN RE: American Express Anti-Steering Rules Antitrust Litigation (No. II) | 7 | 15 |
| CAN | Jeffrey S. White (U.S. District Judge) | MDL -2555 | IN RE: Coca-Cola Products Marketing and Sales Practices Litigation (No. II) | 6 | 8 |
| DE | Leonard P. Stark (Chief Judge, USDC) | MDL -2896 | IN RE: Auryxia (Ferric Citrate) Patent Litigation | 6 | 6 |
| KS | Daniel D. Crabtree (U.S. District Judge) | MDL -2785 | IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | 6 | 8 |
| DE | Leonard P. Stark (Chief Judge, USDC) | MDL -2895 | IN RE: Sensipar (Cinacalcet Hydrochloride Tablets) Antitrust Litigation | 5 | 5 |
| FLS | Roy K. Altman (Judge) | MDL -2914 | IN RE: ERMI LLC ('289) Patent Litigation | 5 | 5 |
| MA | Nathaniel M. Gorton (U.S. District Judge) | MDL -2878 | IN RE: Ranbaxy Generic Drug Application Antitrust Litigation | 5 | 5 |
| NJ | Freda L. Wolfson (U.S. District Judge) | MDL -2418 | IN RE: Plavix Marketing, Sales Practices and Products Liability Litigation (No. II) | 5 | 347 |
| NM | William P. Johnson (Chief Judge, USDC) | MDL -2824 | IN RE: Gold King Mine Release in San Juan County, Colorado, on August 5, 2015 | 5 | 5 |
| NYE | Brian M. Cogan (U.S. District Judge) | MDL -2331 | IN RE: Propecia (Finasteride) Products Liability Litigation | 5 | 1,178 |
| CAN | Susan Yvonne Illston (Sr. District Judge) | MDL -2874 | IN RE: RAH Color Technologies LLC Patent Litigation | 4 | 6 |
| KS | John W. Lungstrum (Sr. District Judge) | MDL -2591 | IN RE: Syngenta AG MIR162 Corn Litigation | 4 | 2,433 |
| NYE | Brian M. Cogan (U.S. District Judge) | MDL -1738 | IN RE: Vitamin C Antitrust Litigation | 4 | 10 |
| DC | Emmet G. Sullivan (U.S. District Judge) | MDL -2165 | IN RE: Endangered Species Act Section 4 Deadline Litigation | 3 | 35 |
| NJ | Katharine S Hayden (Sr. District Judge) | MDL -2020 | IN RE: Aetna, Inc., Out-of-Network "UCR" Rates Litigation | 3 | 13 |
| NYS | Lorna G. Schofield (U.S. District Judge) | MDL -2776 | IN RE: Farxiga (Dapagliflozin) Products Liability Litigation | 3 | 68 |
| DE | Richard G. Andrews (U.S. District Judge) | MDL -2884 | IN RE: Kerydin (Tavaborole) Topical Solution 5% Patent Litigation | 2 | 3 |
| MA | Nathaniel M. Gorton (U.S. District Judge) | MDL -2067 | IN RE: Celexa and Lexapro Marketing and Sales Practices Litigation | 2 | 13 |
| MN | Michael James Davis (Sr. District Judge) | MDL -1431 | IN RE: Baycol Products Liability Litigation | 2 | 9,107 |
| CAN | Jeffrey S. White (U.S. District Judge) | MDL -1791 | IN RE: National Security Agency Telecommunications Records Litigation | 1 | 50 |
| | Claudia Wilken (Sr. District Judge) | MDL -2541 | IN RE: National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litigation | 1 | 10 |
| DC | Amy Berman Jackson (U.S. District Judge) | MDL -2664 | IN RE: U.S. Office of Personnel Management Data Security Breach Litigation | 1 | 22 |
| DE | Eduardo C. Robreno (Sr. District Judge) | MDL -2358 | IN RE: Google Inc. Cookie Placement Consumer Privacy Litigation | 1 | 27 |
| KYW | David J. Hale (U.S. District Judge) | MDL -2504 | IN RE: Amazon.com, Inc., Fulfillment Center Fair Labor Standards Act (FLSA) and Wage and Hour Litigation | 1 | 12 |
| MA | Timothy S. Hillman (U.S. District Judge) | MDL -2566 | IN RE: TelexFree Securities Litigation | 1 | 12 |
| MN | Joan N. Ericksen (U.S. District Judge) | MDL -2666 | IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | 1 | 5,845 |
| | Ann D. Montgomery (Sr. District Judge) | MDL -2090 | IN RE: Wholesale Grocery Products Antitrust Litigation | 1 | 6 |
| NJ | Claire C. Cecchi (U.S. District Judge) | MDL -1663 | IN RE: Insurance Brokerage Antitrust Litigation | 1 | 52 |
| | Peter G. Sheridan (Sr. District Judge) | MDL -2332 | IN RE: Lipitor Antitrust Litigation | 1 | 33 |
| NYS | Denise L. Cote (Sr. District Judge) | MDL -2754 | IN RE: Eliquis (Apixaban) Products Liability Litigation | 1 | 283 |
| PAE | Cynthia M. Rufe (U.S. District Judge) | MDL -1871 | IN RE: Avandia Marketing, Sales Practices and Products Liability Litigation | 1 | 5,299 |
| VAE | Anthony J. Trenga (U.S. District Judge) | MDL -2627 | IN RE: Lumber Liquidators Chinese-Manufactured Flooring Products Marketing, Sales Practices and Products Liability Litigation | 1 | 193 |
| WVN | John P. Bailey (U.S. District Judge) | MDL -2493 | IN RE: Monitronics International, Inc., Telephone Consumer Protection Act (TCPA) Litigation | 1 | 38 |
| INS | Robert L. Miller, Jr (Sr. District Judge) | MDL -2181 | IN RE: Method of Processing Ethanol Byproducts and Related Subsystems ('858) Patent Litigation | 0 | 22 |
| MN | Susan Richard Nelson (U.S. District Judge) | MDL -2551 | IN RE: National Hockey League Players' Concussion Injury Litigation | 0 | 21 |
| MOW | Gary A. Fenner (Sr. District Judge) | MDL -2567 | IN RE: Pre-Filled Propane Tank Antitrust Litigation | 0 | 38 |
| NYS | Andrew L. Carter, Jr (U.S. District Judge) | MDL -2475 | IN RE: North Sea Brent Crude Oil Futures Litigation | 0 | 15 |
| | Paul A. Engelmayer (U.S. District Judge) | MDL -2481 | IN RE: Aluminum Warehousing Antitrust Litigation | 0 | 35 |
| | Paul A. Engelmayer (U.S. District Judge) | MDL -2767 | IN RE: Mirena IUS Levonorgestrel-Related Products Liability Litigation (No. II) | 0 | 926 |
| | Cathy Seibel (U.S. District Judge) | MDL -2434 | IN RE: Mirena IUD Products Liability Litigation | 0 | 1,777 |
| TNW | Samuel H. Mays, Jr (Sr. District Judge) | MDL -2009 | IN RE: Regions Morgan Keegan Securities, Derivative and Employee Retirement Income Security Act (ERISA) Litigation | 0 | 66 |
| VAE | Anthony J. Trenga (U.S. District Judge) | MDL -2743 | IN RE: Lumber Liquidators Chinese-Manufactured Laminate Flooring Durability Marketing and Sales Practices Litigation | 0 | 32 |
| **Report Totals:** | | **190** | | **133,984** | **510,759** |

Total Number of MDL Dockets: **190**
Total Number of Transferee Districts: **46**

Total Number of Transferee Judges: **155**

| | |
|---|---|
| 13 | Chief Judge, USDC |
| 2 | Judge |
| 46 | Sr. District Judge |
| 94 | U.S. District Judge |

**-- All Counts Are Based on the Report Filters Selected When Running the Report --**

| Docket Count | Range of the Number of Actions *PENDING* in a Docket | Percent of Dockets | Action Count | Percent of Actions |
|---|---|---|---|---|
| 56 | MDLs with between 0 and 10 Pending Actions | 29.47% | 214 | 0.16% |
| 84 | MDLs with between 11 and 100 Pending Actions | 44.21% | 2,696 | 2.01% |
| 29 | MDLs with 101 and 999 Pending Actions | 15.26% | 11,379 | 8.49% |
| 21 | MDLs with 1,000 or more Pending Actions | 11.05% | 119,695 | 89.34% |

| Docket Count | Range of the Number of *TOTAL* Actions in a Docket | Percent of Dockets | Action Count | Percent of Actions |
|---|---|---|---|---|
| 17 | MDLs with between 0 and 10 Actions | 8.95% | 120 | 0.02% |
| 98 | MDLs with between 11 and 100 Actions | 51.58% | 3,298 | 0.65% |
| 33 | MDLs with 101 and 999 Actions | 17.37% | 11,387 | 2.23% |
| 42 | MDLs with 1,000 or more Actions | 22.11% | 495,954 | 97.1% |