# EXHIBIT 7

| United States Judicial Panel on Multidistrict Litigation | | | | Report Date: 3/16/2022 | |
|---|---|---|---|---|---|
| **MDL Statistics Report - Distribution of Pending MDL Dockets by Actions Pending** | | | | | |

**MDL Filters:**
  **Status:** Transferred
  Limited to **Active Litigations**

| District | Judge (Title) | Docket No. | Litigation | Actions Now Pending | Total Actions (Historical) |
|---|---|---|---|---|---|
| FLN | M. Casey Rodgers (Chief Judge, USDC) | MDL -2885 | IN RE: 3M Combat Arms Earplug Products Liability Litigation | 288,699 | 303,404 |
| NJ | Freda L. Wolfson (Chief Judge, USDC) | MDL -2738 | IN RE: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation | 37,509 | 38,606 |
| OHS | Edmund A. Sargus, Jr (Chief Judge, USDC) | MDL -2846 | IN RE: Davol, Inc./C.R. Bard, Inc., Polypropylene Hernia Mesh Products Liability Litigation | 16,437 | 16,641 |
| NJ | Claire C. Cecchi (U.S. District Judge) | MDL -2789 | IN RE: Proton-Pump Inhibitor Products Liability Litigation (No. II) | 13,470 | 18,236 |
| LAE | Jane Triche Milazzo (U.S. District Judge) | MDL -2740 | IN RE: Taxotere (Docetaxel) Products Liability Litigation | 11,979 | 15,584 |
| INS | Richard L. Young (Chief Judge, USDC) | MDL -2570 | IN RE: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation | 8,291 | 10,550 |
| LAE | Eldon E. Fallon (U.S. District Judge) | MDL -2592 | IN RE: Xarelto (Rivaroxaban) Products Liability Litigation | 5,727 | 31,964 |
| TXN | James Edgar Kinkeade (U.S. District Judge) | MDL -2244 | IN RE: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation | 4,712 | 10,604 |
| CAN | Vince Chhabria (U.S. District Judge) | MDL -2741 | IN RE: Roundup Products Liability Litigation | 4,020 | 4,244 |
| GAN | Richard W. Story (Sr. District Judge) | MDL -2782 | IN RE: Ethicon Physiomesh Flexible Composite Hernia Mesh Products Liability Litigation | 3,614 | 3,851 |
| CAN | William H. Orrick, III (U.S. District Judge) | MDL -2913 | IN RE: Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation | 3,487 | 4,273 |
| NH | Landya B. McCafferty (U.S. District Judge) | MDL -2753 | IN RE: Atrium Medical Corp. C-Qur Mesh Products Liability Litigation | 3,262 | 3,341 |
| OHN | Dan A. Polster (U.S. District Judge) | MDL -2804 | IN RE: National Prescription Opiate Litigation | 3,087 | 3,139 |
| SC | Richard M. Gergel (U.S. District Judge) | MDL -2873 | IN RE: Aqueous Film-Forming Foams Products Liability Litigation | 2,324 | 2,407 |
| FLS | Robin L. Rosenberg (Judge) | MDL -2924 | IN RE: Zantac (Ranitidine) Products Liability Litigation | 2,097 | 2,163 |
| PAE | Harvey Bartle, III (Sr. District Judge) | MDL -2848 | IN RE: Zostavax (Zoster Vaccine Live) Products Liability Litigation | 2,066 | 2,498 |
| NJ | Robert B. Kugler (Sr. District Judge) | MDL -2875 | IN RE: Valsartan, Losartan, and Irbesartan Products Liability Litigation | 1,072 | 1,176 |
| GAN | Leigh Martin May (U.S. District Judge) | MDL -2974 | IN RE: Paragard IUD Products Liability Litigation | 959 | 969 |
| NJ | Brian R. Martinotti (U.S. District Judge) | MDL -2921 | IN RE: Allergan Biocell Textured Breast Implant Products Liability Litigation | 926 | 954 |
| ILS | Nancy J. Rosenstengel (Chief Judge, USDC) | MDL -3004 | IN RE: Paraquat Products Liability Litigation | 875 | 978 |
| LAE | Carl J. Barbier (U.S. District Judge) | MDL -2179 | IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | 813 | 6,118 |
| MD | Catherine C. Blake (U.S. District Judge) | MDL -2775 | IN RE: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation | 783 | 1,059 |
| NJ | Brian R. Martinotti (U.S. District Judge) | MDL -2973 | IN RE: Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation | 783 | 809 |
| CAS | Anthony J. Battaglia (U.S. District Judge) | MDL -2452 | IN RE: Incretin-Based Therapies Products Liability Litigation | 624 | 1,074 |
| ILN | John Z. Lee (U.S. District Judge) | MDL -2492 | IN RE: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation | 584 | 598 |
| MA | Indira Talwani (U.S. District Judge) | MDL -2768 | IN RE: Stryker LFIT V40 Femoral Head Products Liability Litigation | 559 | 1,121 |
| GAN | Thomas W. Thrash, Jr (Chief Judge, USDC) | MDL -2800 | IN RE: Equifax, Inc., Customer Data Security Breach Litigation | 451 | 484 |
| NYS | George B. Daniels (U.S. District Judge) | MDL -1570 | IN RE: Terrorist Attacks on September 11, 2001 | 343 | 351 |
| OHN | Jeffrey J. Helmick (U.S. District Judge) | MDL -2197 | IN RE: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation | 341 | 10,368 |
| PAE | Anita B. Brody (Sr. District Judge) | MDL -2323 | IN RE: National Football League Players' Concussion Injury Litigation | 330 | 352 |
| CAN | Charles R. Breyer (Sr. District Judge) | MDL -2672 | IN RE: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation | 303 | 1,888 |
| NYS | Paul A. Crotty (Sr. District Judge) | MDL -2859 | IN RE: Zimmer M/L Taper Hip Prosthesis or M/L Taper Hip Prosthesis with Kinectiv Technology and Versys Femoral Head Products Liability Litigation | 290 | 298 |
| FLN | M. Casey Rodgers (Chief Judge, USDC) | MDL -2734 | IN RE: Abilify (Aripiprazole) Products Liability Litigation | 282 | 2,812 |
| PAW | Joy Flowers Conti (Sr. District Judge) | MDL -3014 | IN RE: Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Liability Litigation | 262 | 264 |
| NJ | Freda L. Wolfson (Chief Judge, USDC) | MDL -2243 | IN RE: Fosamax (Alendronate Sodium) Products Liability Litigation (No. II) | 258 | 1,287 |
| KYE | Karen K. Caldwell (Chief Judge, USDC) | MDL -2809 | IN RE: Onglyza (Saxagliptin) and Kombiglyze XR (Saxagliptin and Metformin) Products Liability Litigation | 242 | 328 |
| NJ | Brian R. Martinotti (U.S. District Judge) | MDL -2750 | IN RE: Invokana (Canagliflozin) Products Liability Litigation | 234 | 1,208 |
| NYS | Lewis A. Kaplan (Sr. District Judge) | MDL -2865 | IN RE: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation | 184 | 186 |
| CAC | Andre Birotte, Jr (U.S. District Judge) | MDL -2814 | IN RE: Ford Motor Co. DPS6 PowerShift Transmission Products Liability Litigation | 180 | 1,220 |
| FLS | Federico A. Moreno (U.S. District Judge) | MDL -2599 | IN RE: Takata Airbag Products Liability Litigation | 179 | 350 |
| LAE | Eldon E. Fallon (U.S. District Judge) | MDL -2047 | IN RE: Chinese-Manufactured Drywall Products Liability Litigation | 145 | 422 |
| PAE | Cynthia M. Rufe (U.S. District Judge) | MDL -2724 | IN RE: Generic Pharmaceuticals Pricing Antitrust Litigation | 131 | 201 |
| CAS | John A. Houston (Sr. District Judge) | MDL -2295 | IN RE: Portfolio Recovery Associates, LLC, Telephone Consumer Protection Act (TCPA) Litigation | 130 | 165 |
| ARE | Kristine G. Baker (U.S. District Judge) | MDL -2949 | IN RE: Profemur Hip Implant Products Liability Litigation | 123 | 124 |
| CAN | Charles R. Breyer (Sr. District Judge) | MDL -2996 | IN RE: McKinsey & Company, Inc., National Prescription Opiate Consultant Litigation | 121 | 125 |
| DC | Beryl A. Howell (Chief Judge, USDC) | MDL -2925 | IN RE: Rail Freight Fuel Surcharge Antitrust Litigation (No. II) | 108 | 111 |
|  | Colleen Kollar-Kotelly (U.S. District Judge) | MDL -2656 | IN RE: Domestic Airline Travel Antitrust Litigation | 105 | 111 |
| MN | Donovan W. Frank (Sr. District Judge) | MDL -2441 | IN RE: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation | 105 | 3,623 |
| MA | George A O'Toole, Jr (Sr. District Judge) | MDL -2677 | IN RE: Daily Fantasy Sports Litigation | 81 | 86 |
| CAS | Dana M. Sabraw (Chief Judge, USDC) | MDL -2670 | IN RE: Packaged Seafood Products Antitrust Litigation | 78 | 83 |
| MD | Paul W. Grimm (U.S. District Judge) | MDL -2879 | IN RE: Marriott International, Inc., Customer Data Security Breach Litigation | 73 | 91 |
| NYE | Margo K. Brodie (U.S. District Judge) | MDL -1720 | IN RE: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | 70 | 127 |

| | | | | | |
|---|---|---|---|---|---|
| FLS | Cecilia M. Altonaga (Chief Judge, USDC) | MDL -2989 | IN RE: January 2021 Short Squeeze Trading Litigation | 57 | 62 |
| CAN | Jon S. Tigar (U.S. District Judge) | MDL -1917 | IN RE: Cathode Ray Tube (CRT) Antitrust Litigation | 56 | 75 |
| ILN | Edmond E. Chang (U.S. District Judge) | MDL -2964 | IN RE: Society Insurance Company COVID-19 Business Interruption Protection Insurance Litigation | 52 | 53 |
| NYS | Naomi Reice Buchwald (Sr. District Judge) | MDL -2262 | IN RE: Libor-Based Financial Instruments Antitrust Litigation | 48 | 78 |
| MOW | Brian C. Wimes (U.S. District Judge) | MDL -3019 | IN RE: T-Mobile Customer Data Security Breach Litigation | 46 | 46 |
| NJ | Madeline C. Arleo (U.S. District Judge) | MDL -2904 | IN RE: American Medical Collection Agency, Inc., Customer Data Security Breach Litigation | 44 | 54 |
| OR | Michael H. Simon (U.S. District Judge) | MDL -2828 | IN RE: Intel Corp. CPU Marketing, Sales Practices and Products Liability Litigation | 41 | 43 |
| MIE | Sean F. Cox (U.S. District Judge) | MDL -2311 | IN RE: Automotive Parts Antitrust Litigation | 38 | 379 |
| PAE | Eduardo C. Robreno (Sr. District Judge) | MDL -875 | IN RE: Asbestos Products Liability Litigation (No. VI) | 37 | 192,126 |
| CAN | Vince Chhabria (U.S. District Judge) | MDL -2843 | IN RE: Facebook, Inc., Consumer Privacy User Profile Litigation | 36 | 42 |
| | Maxine M Chesney (Sr. District Judge) | MDL -2918 | IN RE: Hard Disk Drive Suspension Assemblies Antitrust Litigation | 34 | 35 |
| FLM | Harvey E. Schlesinger (Sr. District Judge) Virginia Maria Hernandez Covington (Sr. District Judge) | MDL -2626 | IN RE: Disposable Contact Lens Antitrust Litigation | 33 | 60 |
| VAE | Anthony J. Trenga (U.S. District Judge) | MDL -2915 | IN RE: Capital One Consumer Data Security Breach Litigation | 33 | 65 |
| NYS | Paul G. Gardephe (U.S. District Judge) | MDL -2673 | IN RE: Treasury Securities Auction Antitrust Litigation | 32 | 43 |
| PAW | Mark R. Hornak (Chief Judge, USDC) | MDL -2969 | IN RE: Erie COVID-19 Business Interruption Protection Insurance Litigation | 32 | 32 |
| MOE | Stephen N. Limbaugh, Jr (U.S. District Judge) | MDL -2820 | IN RE: Dicamba Herbicides Litigation | 31 | 55 |
| NYS | P. Kevin Castel (Sr. District Judge) | MDL -3010 | IN RE: Google Digital Advertising Antitrust Litigation | 30 | 30 |
| MN | Joan N. Ericksen (U.S. District Judge) | MDL -2666 | IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | 29 | 5,873 |
| SC | J Michelle Childs (U.S. District Judge) | MDL -2972 | IN RE: Blackbaud, Inc., Customer Data Security Breach Litigation | 29 | 31 |
| MA | Denise J. Casper (U.S. District Judge) | MDL -2938 | IN RE: Evenflo Company, Inc., Marketing, Sales Practices and Products Liability Litigation | 28 | 28 |
| NYS | Valerie E. Caproni (U.S. District Judge) | MDL -2548 | IN RE: Commodity Exchange, Inc., Gold Futures and Options Trading Litigation | 28 | 29 |
| CAC | John A. Kronstadt (U.S. District Judge) | MDL -2905 | IN RE: ZF-TRW Airbag Control Units Products Liability Litigation | 27 | 27 |
| ILN | Elaine E. Bucklo (Sr. District Judge) | MDL -2931 | IN RE: Delta Dental Antitrust Litigation | 27 | 28 |
| MOE | Sarah E. Pitlyk (U.S. District Judge) | MDL -2993 | IN RE: Crop Inputs Antitrust Litigation | 26 | 27 |
| TXN | David C. Godbey (U.S. District Judge) | MDL -2099 | IN RE: Stanford Entities Securities Litigation | 26 | 155 |
| ILN | Manish S. Shah (U.S. District Judge) | MDL -2842 | IN RE: Chicago Board Options Exchange Volatility Index Manipulation Antitrust Litigation | 25 | 28 |
| CAN | Lucy H. Koh (U.S. District Judge) | MDL -2773 | IN RE: Qualcomm Antitrust Litigation | 24 | 35 |
| FLM | Roy B. Dalton, Jr (U.S. District Judge) | MDL -3006 | IN RE: Tasigna (Nilotinib) Products Liability Litigation | 24 | 24 |
| MN | John R. Tunheim (Chief Judge, USDC) | MDL -2998 | IN RE: Pork Antitrust Litigation | 24 | 24 |
| PAW | Joy Flowers Conti (Sr. District Judge) | MDL -3021 | IN RE: SoClean, Inc., Marketing, Sales Practices and Products Liability Litigation | 24 | 24 |
| CAS | Larry Alan Burns (Sr. District Judge) | MDL -2992 | IN RE: Bank of America California Unemployment Benefits Litigation | 23 | 31 |
| ALN | R. David Proctor (U.S. District Judge) | MDL -2406 | IN RE: Blue Cross Blue Shield Antitrust Litigation | 22 | 89 |
| CAN | Edward M. Chen (U.S. District Judge) | MDL -2777 | IN RE: Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation | 22 | 52 |
| | James Donato (U.S. District Judge) | MDL -2801 | IN RE: Capacitors Antitrust Litigation (No. III) | 22 | 22 |
| ILN | Virginia M. Kendall (U.S. District Judge) | MDL -2867 | IN RE: Local TV Advertising Antitrust Litigation | 22 | 22 |
| CAN | Charles R. Breyer (Sr. District Judge) | MDL -2184 | IN RE: Google Inc. Street View Electronic Communications Litigation | 21 | 21 |
| NYS | Vernon S. Broderick (U.S. District Judge) | MDL -2542 | IN RE: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation | 21 | 30 |
| PAE | Gene E.K. Pratter (U.S. District Judge) | MDL -2002 | IN RE: Processed Egg Products Antitrust Litigation | 21 | 33 |
| | Timothy J. Savage (U.S. District Judge) | MDL -2460 | IN RE: Niaspan Antitrust Litigation | 21 | 23 |
| MN | John R. Tunheim (Chief Judge, USDC) | MDL -2642 | IN RE: Fluoroquinolone Products Liability Litigation | 20 | 1,269 |
| NCW | Kenneth D. Bell (U.S. District Judge) | MDL -2947 | IN RE: Lowe's Companies, Inc., Fair Labor Standards Act (FLSA) and Wage and Hour Litigation | 20 | 20 |
| FLS | Kenneth A. Marra (Sr. District Judge) | MDL -1916 | IN RE: Chiquita Brands International, Inc., Alien Tort Statute and Shareholders Derivative Litigation | 19 | 31 |
| MOW | Gary A. Fenner (Sr. District Judge) | MDL -2709 | IN RE: Dollar General Corp. Motor Oil Marketing and Sales Practices Litigation | 19 | 26 |
| VAE | Rebecca Beach Smith (U.S. District Judge) | MDL -2836 | IN RE: Zetia (Ezetimibe) Antitrust Litigation | 19 | 23 |
| CAN | James Donato (U.S. District Judge) | MDL -2981 | IN RE: Google Play Store Antitrust Litigation | 18 | 19 |
| ILN | Robert M. Dow, Jr (U.S. District Judge) | MDL -2817 | IN RE: Dealer Management Systems Antitrust Litigation | 18 | 23 |
| DE | Richard G. Andrews (U.S. District Judge) | MDL -2930 | IN RE: Entresto (Sacubitril/Valsartan) Patent Litigation | 17 | 17 |
| MA | Douglas P. Woodlock (Sr. District Judge) | MDL -2428 | IN RE: Fresenius GranuFlo/NaturaLyte Dialysate Products Liability Litigation | 17 | 4,516 |
| NM | James O. Browning (U.S. District Judge) | MDL -2695 | IN RE: Santa Fe Natural Tobacco Company Marketing and Sales Practices Litigation | 17 | 17 |
| FLS | Raag Singhal (Judge) | MDL -3015 | IN RE: Johnson & Johnson Sunscreen Marketing, Sales Practices and Products Liability Litigation | 16 | 16 |
| ILN | John Z. Lee (U.S. District Judge) | MDL -2948 | IN RE: TikTok, Inc., Consumer Privacy Litigation | 16 | 22 |
| | John Robert Blakey (Honorable) | MDL -3009 | IN RE: Seresto Flea and Tick Collar Marketing, Sales Practices and Products Liability Litigation | 16 | 16 |
| MOW | Beth Phillips (Chief Judge, USDC) | MDL -2945 | IN RE: Ahern Rentals, Inc., Trade Secret Litigation | 16 | 18 |
| NYW | Geoffrey W. Crawford (U.S. District Judge) | MDL -2903 | IN RE: Fisher-Price Rock 'n Play Sleeper Marketing, Sales Practices, and Products Liability Litigation | 16 | 16 |
| FLS | K. Michael Moore (U.S. District Judge) | MDL -2832 | IN RE: Liquid Toppings Dispensing System ('447) Patent Litigation | 15 | 15 |
| MIE | Matthew F. Leitman (U.S. District Judge) | MDL -2818 | IN RE: General Motors Air Conditioning Marketing and Sales Practices Litigation | 15 | 15 |
| NJ | Michael A. Shipp (U.S. District Judge) | MDL -2779 | IN RE: FieldTurf Artificial Turf Marketing and Sales Practices Litigation | 15 | 17 |
| NYE | Nina Gershon (Sr. District Judge) | MDL -2819 | IN RE: Restasis (Cyclosporine Ophthalmic Emulsion) Antitrust Litigation | 15 | 21 |
| NYS | Vernon S. Broderick (U.S. District Judge) | MDL -1358 | IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | 15 | 190 |
| GAN | Jean-Paul Boulee (Judge) | MDL -2933 | IN RE: TransUnion Rental Screening Solutions, Inc., Fair Credit Reporting Act (FCRA) Litigation | 14 | 14 |
| ILN | Harry D. Leinenweber (Sr. District Judge) | MDL -2580 | IN RE: Opana ER Antitrust Litigation | 14 | 14 |
| LAE | Jane Triche Milazzo (U.S. District Judge) | MDL -3023 | IN RE: Taxotere (Docetaxel) Eye Injury Products Liability Litigation | 14 | 14 |
| MIE | David M. Lawson (U.S. District Judge) | MDL -2744 | IN RE: FCA US LLC Monostable Electronic Gearshift Litigation | 14 | 39 |

| Court | Judge | MDL | Title | | |
|---|---|---|---|---|---|
| NYS | John G Koeltl (U.S. District Judge) | MDL -2968 | IN RE: Generali COVID-19 Travel Insurance Litigation | 14 | 15 |
| OKN | Terence C. Kern (Sr. District Judge) | MDL -2700 | IN RE: Genentech, Inc., Herceptin (Trastuzumab) Marketing and Sales Practices Litigation | 14 | 14 |
| DE | Colm F. Connolly (Chief Judge, USDC) | MDL -2912 | IN RE: Palbociclib Patent Litigation | 13 | 27 |
| FLS | Darrin P. Gayles (U.S. District Judge) | MDL -2841 | IN RE: MONAT Hair Care Products Marketing, Sales Practices and Products Liability Litigation | 13 | 13 |
| NYS | P. Kevin Castel (Sr. District Judge) | MDL -2742 | IN RE: SunEdison, Inc., Securities Litigation | 12 | 34 |
| PAE | Mitchell S Goldberg (U.S. District Judge) | MDL -2445 | IN RE: Suboxone (Buprenorphine Hydrochloride and Naloxone) Antitrust Litigation | 12 | 17 |
| PAW | W. Scott Hardy (U.S. District Judge) | MDL -2862 | IN RE: Diisocyanates Antitrust Litigation | 12 | 12 |
| CAN | Richard Seeborg (Chief Judge, USDC) | MDL -2966 | IN RE: Xyrem (Sodium Oxybate) Antitrust Litigation | 11 | 11 |
| | Edward J. Davila (U.S. District Judge) | MDL -3001 | IN RE: Google Play Store Simulated Casino-Style Games Litigation | 11 | 12 |
| ILN | Matthew F Kennelly (Senior District Judg) | MDL -2545 | IN RE: Testosterone Replacement Therapy Products Liability Litigation | 11 | 7,883 |
| MOW | Stephen R. Bough (U.S. District Judge) | MDL -2936 | IN RE: Smitty's/CAM2 303 Tractor Hydraulic Fluid Marketing, Sales Practices and Products Liability Litigation | 11 | 11 |
| | Beth Phillips (Chief Judge, USDC) | MDL -2984 | IN RE: Folgers Coffee Marketing and Sales Practices Litigation | 11 | 11 |
| NYS | Naomi Reice Buchwald (Sr. District Judge) | MDL -2645 | IN RE: Kind LLC "All Natural" Litigation | 11 | 12 |
| PAM | Christopher C. Conner (U.S. District Judge) | MDL -2816 | IN RE: Sorin 3T Heater-Cooler System Products Liability Litigation (No. II) | 11 | 101 |
| CAN | Edward J. Davila (U.S. District Judge) | MDL -2985 | IN RE: Apple Inc. App Store Simulated Casino-Style Games Litigation | 10 | 10 |
| ILN | Sharon Johnson Coleman (Honorable) | MDL -2967 | IN RE: Clearview AI, Inc., Consumer Privacy Litigation | 10 | 14 |
| KS | Daniel D. Crabtree (U.S. District Judge) | MDL -2785 | IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | 10 | 13 |
| NYS | J. Paul Oetken (U.S. District Judge) | MDL -2704 | IN RE: Interest Rate Swaps Antitrust Litigation | 10 | 11 |
| ILN | Robert M. Dow, Jr (U.S. District Judge) | MDL -2909 | IN RE: Fairlife Milk Products Marketing and Sales Practices Litigation | 9 | 9 |
| MOE | Henry Edward Autrey (U.S. District Judge) | MDL -2382 | IN RE: Emerson Electric Co. Wet/Dry Vac Marketing and Sales Practices Litigation | 9 | 9 |
| PAE | C. Darnell Jones, II (U.S. District Judge) | MDL -2833 | IN RE: FedLoan Student Loan Servicing Litigation | 9 | 10 |
| CAC | James V. Selna (U.S. District Judge) | MDL -2151 | IN RE: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation | 8 | 461 |
| NYS | Valerie E. Caproni (U.S. District Judge) | MDL -2573 | IN RE: London Silver Fixing, Ltd., Antitrust Litigation | 8 | 8 |
| PAE | Michael M Baylson (Sr. District Judge) | MDL -2437 | IN RE: Domestic Drywall Antitrust Litigation | 8 | 29 |
| TXW | Alan D Albright (U.S. District Judge) | MDL -2959 | IN RE: Proven Networks, LLC, Patent Litigation | 8 | 11 |
| NM | William P. Johnson (Chief Judge, USDC) | MDL -2824 | IN RE: Gold King Mine Release in San Juan County, Colorado, on August 5, 2015 | 7 | 7 |
| NYE | Nicholas G Garaufis (Sr. District Judge) | MDL -2221 | IN RE: American Express Anti-Steering Rules Antitrust Litigation (No. II) | 7 | 15 |
| CAN | Haywood S. Gilliam, Jr (U.S. District Judge) | MDL -2951 | IN RE: StubHub Refund Litigation | 6 | 6 |
| DC | Paul L. Friedman (Sr. District Judge) | MDL -1869 | IN RE: Rail Freight Fuel Surcharge Antitrust Litigation | 6 | 24 |
| | Emmet G. Sullivan (U.S. District Judge) | MDL -2165 | IN RE: Endangered Species Act Section 4 Deadline Litigation | 6 | 40 |
| DE | Richard G. Andrews (U.S. District Judge) | MDL -3017 | IN RE: Xarelto (Rivaroxaban) ('310) Patent Litigation | 6 | 6 |
| FLS | James Lawrence King (Sr. District Judge) | MDL -2036 | IN RE: Checking Account Overdraft Litigation | 6 | 100 |
| | Rodolfo A. Ruiz (U.S. District Judge) | MDL -2994 | IN RE: Mednax Services, Inc., Customer Data Security Breach Litigation | 6 | 6 |
| MN | Michael James Davis (Sr. District Judge) | MDL -2795 | IN RE: CenturyLink Sales Practices and Securities Litigation | 6 | 29 |
| MOW | Gary A. Fenner (Sr. District Judge) | MDL -2567 | IN RE: Pre-Filled Propane Tank Antitrust Litigation | 5 | 38 |
| OKE | Robert J. Shelby (U.S. District Judge) | MDL -2977 | IN RE: Broiler Chicken Grower Antitrust Litigation (No. II) | 5 | 5 |
| CAC | Philip S Gutierrez (U.S. District Judge) | MDL -2826 | IN RE: Uber Technologies, Inc., Data Security Breach Litigation | 4 | 18 |
| DE | Colm F. Connolly (Chief Judge, USDC) | MDL -2895 | IN RE: Sensipar (Cinacalcet Hydrochloride Tablets) Antitrust Litigation | 4 | 6 |
| MA | Nathaniel M. Gorton (U.S. District Judge) | MDL -2878 | IN RE: Ranbaxy Generic Drug Application Antitrust Litigation | 4 | 6 |
| NYE | Brian M. Cogan (U.S. District Judge) | MDL -1738 | IN RE: Vitamin C Antitrust Litigation | 4 | 10 |
| NYS | Jesse M. Furman (U.S. District Judge) | MDL -2543 | IN RE: General Motors LLC Ignition Switch Litigation | 4 | 854 |
| PAW | J. Nicholas Ranjan (U.S.District Judge) | MDL -2988 | IN RE: All-Clad Metalcrafters, LLC, Cookware Marketing and Sales Practices Litigation | 4 | 4 |
| AZ | David G. Campbell (U.S. District Judge) | MDL -2641 | IN RE: Bard IVC Filters Products Liability Litigation | 2 | 8,689 |
| CAN | Susan Yvonne Illston (Sr. District Judge) | MDL -2874 | IN RE: RAH Color Technologies LLC Patent Litigation | 2 | 6 |
| ILN | Joan B. Gottschall (Sr. District Judge) | MDL -2590 | IN RE: Navistar MaxxForce Engines Marketing, Sales Practices and Products Liability Litigation | 2 | 49 |
| | Gary Feinerman (U.S. District Judge) | MDL -2705 | IN RE: 100% Grated Parmesan Cheese Marketing and Sales Practices Litigation | 2 | 53 |
| KS | Julie A. Robinson (Sr. District Judge) | MDL -2887 | IN RE: Hill's Pet Nutrition, Inc., Dog Food Products Liability Litigation | 2 | 37 |
| MA | Timothy S. Hillman (U.S. District Judge) | MDL -2566 | IN RE: TelexFree Securities Litigation | 2 | 13 |
| MN | Michael James Davis (Sr. District Judge) | MDL -1431 | IN RE: Baycol Products Liability Litigation | 2 | 9,107 |
| NJ | Peter G. Sheridan (Sr. District Judge) | MDL -2332 | IN RE: Lipitor Antitrust Litigation | 2 | 34 |
| OHN | James S. Gwin (U.S. District Judge) | MDL -2807 | IN RE: Sonic Corp. Customer Data Security Breach Litigation | 2 | 11 |
| VAE | Anthony J. Trenga (U.S. District Judge) | MDL -2627 | IN RE: Lumber Liquidators Chinese-Manufactured Flooring Products Marketing, Sales Practices and Products Liability Litigation | 2 | 197 |
| CAN | Jeffrey S. White (Sr. District Judge) | MDL -1791 | IN RE: National Security Agency Telecommunications Records Litigation | 1 | 50 |
| DC | Amy Berman Jackson (U.S. District Judge) | MDL -2664 | IN RE: U.S. Office of Personnel Management Data Security Breach Litigation | 1 | 22 |
| DE | Eduardo C. Robreno (U.S. District Judge) | MDL -2358 | IN RE: Google Inc. Cookie Placement Consumer Privacy Litigation | 1 | 27 |
| | Richard G. Andrews (U.S. District Judge) | MDL -2902 | IN RE: Sitagliptin Phosphate ('708 & '921) Patent Litigation | 1 | 31 |
| KS | John W. Lungstrum (Sr. District Judge) | MDL -2591 | IN RE: Syngenta AG MIR162 Corn Litigation | 1 | 2,435 |
| KYW | David J. Hale (U.S. District Judge) | MDL -2504 | IN RE: Amazon.com, Inc., Fulfillment Center Fair Labor Standards Act (FLSA) and Wage and Hour Litigation | 1 | 12 |
| NJ | Claire C. Cecchi (U.S. District Judge) | MDL -1663 | IN RE: Insurance Brokerage Antitrust Litigation | 1 | 52 |
| NYE | Brian M. Cogan (U.S. District Judge) | MDL -2331 | IN RE: Propecia (Finasteride) Products Liability Litigation | 1 | 1,179 |
| NYS | Paul A. Engelmayer (U.S. District Judge) | MDL -2481 | IN RE: Aluminum Warehousing Antitrust Litigation | 1 | 35 |
| OHS | Edmund A. Sargus, Jr (Chief Judge, USDC) | MDL -2433 | IN RE: E. I. du Pont de Nemours and Company C-8 Personal Injury Litigation | 1 | 3,697 |
| CAC | Philip S Gutierrez (U.S. District Judge) | MDL -2668 | IN RE: National Football League's "Sunday Ticket" Antitrust Litigation | 0 | 26 |

| | | | | | |
|---|---|---|---|---|---|
| INN | Robert L. Miller, Jr (Sr. District Judge) | MDL -2391 | IN RE: Biomet M2a Magnum Hip Implant Products Liability Litigation | 0 | 2,883 |
| INS | Robert L. Miller, Jr (Sr. District Judge) | MDL -2181 | IN RE: Method of Processing Ethanol Byproducts and Related Subsystems ('858) Patent Litigation | 0 | 22 |
| NJ | Madeline C. Arleo (U.S. District Judge) | MDL -2687 | IN RE: Liquid Aluminum Sulfate Antitrust Litigation | 0 | 85 |
| PAE | Cynthia M. Rufe (U.S. District Judge) | MDL -1871 | IN RE: Avandia Marketing, Sales Practices and Products Liability Litigation | 0 | 5,299 |
| VAE | Anthony J. Trenga (U.S. District Judge) | MDL -2743 | IN RE: Lumber Liquidators Chinese-Manufactured Laminate Flooring Durability Marketing and Sales Practices Litigation | 0 | 32 |
| **Report Totals:** | | **183** | | **425,905** | **763,363** |

Total Number of MDL Dockets: **183**
Total Number of Transferee Districts: **45**

Total Number of Transferee Judges: **149**
    16  Chief Judge, USDC
     2  Honorable
     3  Judge
     1  Senior District Judg
    37  Sr. District Judge
    89  U.S. District Judge
     1  U.S.District Judge

| -- All Counts Are Based on the Report Filters Selected When Running the Report -- |
|---|

| Docket Count | Range of the Number of Actions *PENDING* in a Docket | Percent of Dockets | Action Count | Percent of Actions |
|---|---|---|---|---|
| 54 | MDLs with between 0 and 10 Pending Actions | 29.51% | 219 | 0.05% |
| 81 | MDLs with between 11 and 100 Pending Actions | 44.26% | 2,080 | 0.49% |
| 31 | MDLs with 101 and 999 Pending Actions | 16.94% | 11,753 | 2.76% |
| 17 | MDLs with 1,000 or more Pending Actions | 9.29% | 411,853 | 96.7% |

| Docket Count | Range of the Number of *TOTAL* Actions in a Docket | Percent of Dockets | Action Count | Percent of Actions |
|---|---|---|---|---|
| 15 | MDLs with between 0 and 10 Actions | 8.2% | 108 | 0.01% |
| 100 | MDLs with between 11 and 100 Actions | 54.64% | 3,196 | 0.42% |
| 28 | MDLs with 101 and 999 Actions | 15.3% | 10,644 | 1.39% |
| 40 | MDLs with 1,000 or more Actions | 21.86% | 749,415 | 98.17% |