UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS<br>EARPLUG PRODUCTS<br>LIABILITY LITIGATION | Case No. 3:19-md-02885-MCR-GRJ |
| This Document Relates to the Master Docket | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Brett Zekowski, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and, in support thereof, state as follows:

1. Movant resides in New York, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of New York. Movant's law office is in New York and is the state where he regularly practices law. Pursuant to Local Rule 11.1, a copy of a Certificate of Good Standing from the State of New York dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16485744485953, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant possesses an upgraded "NextGen" PACER account.

6.   Movant represents Plaintiffs listed in the Schedule of Actions, attached hereto as Exhibit "B" and made a part hereof, member cases of MDL No. 2885 (3:19-cv-02885-MCR-GRJ), which were recently activated on the 3M MDL Docket pursuant to Case Management Order No. 22 or Case Management Order No. 24.

WHEREFORE, Brett Zekowski respectfully requests that this Court enter an Order granting her motion to appear *pro hac vice* on behalf of Plaintiffs and directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted this 5th day of April, 2022.

**PARKER WAICHMAN LLP**

By: */s/ Brett Zekowski*
Brett Zekowski, Esq.
6 Harbor Park Drive
Port Washington, New York 11050
(516) 466-6500
(516) 466-6665
bzekowski@yourlawyer.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of April, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: */s/ Brett Zekowski*
Brett Zekowski, Esq.
6 Harbor Park Drive
Port Washington, New York 11050
(516) 466-6500
(516) 466-6665
bzekowski@yourlawyer.com

*Attorneys for Plaintiffs*