UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br><br><br>PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY, ET AL.<br><br>DEFENDANTS. | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nikita McMillian of the law firm Butler Snow, LLP, has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

DATED:    April 5, 2022

                                Respectfully submitted,

                                By:  */s/ Nikita McMillian*

                                Nikita McMillian (MB #105312)
                                BUTLER SNOW LLP
                                Post Office Box 60 10
                                Butler Snow LLP
                                1020 Highland Colony Parkway
                                Suite 1400 (39157)
                                P.O. Box 6010
                                Ridgeland, MS 39158-6010
                                Telephone: (601) 948-5711
                                Fax: (601) 985-4500
                                nikita.mcmillian@butlersnow.com

                                *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 5th day of April, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

                                        */s/ Nikita McMillian*
                                        Nikita McMillain