# EXHIBIT A



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Nathan Joseph Law
Segal McCambridge Singer & Mahoney
233 S. Wacker Drive
Suite 5500
Chicago, IL 60606-6366

Chicago
Tuesday, April 05, 2022

In re:   Nathan Joseph Law
         Attorney No. 6319318

To Whom It May Concern:

We have received a request for written verification of the status of Nathan Joseph Law in connection with the attorney's application, motion or petition for permission to appear *pro hac vice* in an isolated case in another jurisdiction.

The records of the Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois reflect that Nathan Joseph Law was admitted to practice law in Illinois on May 7, 2015.  Nathan Joseph Law is currently eligible to practice law in Illinois; is not the subject of any pending public disciplinary proceeding in this state; and is not under any current disciplinary sanction in Illinois.

Very truly yours,
Jerome Larkin
Administrator


By://s//: *Lisa Medina*

Lisa Medina
Deputy Registrar

LM