UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>Ryan Alexander Richmond<br>Civil Action No. 7:20cv99381-MCR-GRJ | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Steven L. Reitenour of the law firm BOWMAN AND BROOKE LLP has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

        Respectfully submitted,

        */s/ Steven L. Reitenour*
        Steven L. Reitenour
        MN Bar No. 225691
        **BOWMAN AND BROOKE LLP**
        150 South Fifth Street
        Suite 3000
        Minneapolis, Minnesota 55402
        Tel: (612) 339-8682
        Fax: (612) 672-3200
        steven.reitenour@bowmanandbrooke.com

        Counsel for Defendants *3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Dated:  April 6, 2022

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 6th day of April 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Steven L. Reitenour*
Steven L. Reitenour (*Pro Hac Vice*)
MN Bar No. 225691