**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | |
| EARPLUG PRODUCTS | ) | Judge M. Casey Rodgers |
| LIABILITY LITIGATION | ) | Magistrate Judge Gary R. Jones |
| | ) | |
| This Document Relates to All Cases | ) | CASE NO. 3:19-MD-2885 |
| | ) | |
| | ) | |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Steven P. Johnston, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and, in support thereof, states as follows:

1.      Movant resides in the State of Colorado and is not a resident of the State of Florida.

2.      Movant is admitted to practice and is a member in good standing of the State of Colorado Bar. Pursuant to Local Rule 11.1, a copy of a Certificate of Good Standing from the State of Colorado (the state where Movant resides and regularly practices law) dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3.      Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam (confirmation number FLND16487547055973), and the CM/ECF online tutorials. I hereby certify that I am familiar with the CM/ECF e-filing system.

4.      Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.      Movant has an "Upgraded PACER Account."

6.      Movant is the attorney of record for the Plaintiffs identified in the attached Exhibit "B".

1

WHEREFORE, I, Steven P. Johnson, respectfully request that this Court enter an order granting this motion to appear *pro hac vice*.

Dated:  April 7, 2022

By: /s/ Steven P. Johnston
Parafinczuk Wolf, P.A.
Pembroke Pines Professional Centre
9050 Pines Blvd., Suite 450-02
Pembroke Pines, FL 33024
Phone: (954) 462-6700
Email: sjohnston@parawolf.com
(The above address is for mailing only. Mr. Johnston is not licensed or located in Florida. Mr. Johnston is located in and a resident of Colorado, a member of the Colorado Bar, and Licensed in Colorado only)

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on April 7, 2022, and served electronically on all counsel of record.

By: /s/ Steven P. Johnston
Parafinczuk Wolf, P.A.
Pembroke Pines Professional Centre
9050 Pines Blvd., Suite 450-02
Pembroke Pines, FL 33024
Phone: (954) 462-6700
Email: sjohnston@parawolf.com
(The above address is for mailing only. Mr. Johnston is not licensed or located in Florida. Mr. Johnston is located in and a resident of Colorado, a member of the Colorado Bar, and Licensed in Colorado only)