UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document Relates to:  *Brooks, 8:20cv13376-MCR-GRJ*  *Burkett, 7:20cv04381-MCR-GRJ*  *Wesley, 8:20cv14083-MCR-GRJ*  *Walz, 8:20cv13833-MCR-GRJ*  *Ernisse, 8:20cv14294-MCR-GRJ*  *Wilkerson, 7:20cv46699-MCR-GRJ*  *Wesling, 7:20cv99283-MCR-GRJ* | Case No. 3:19-md-02885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Roshan N. Rajkumar of the law firm BOWMAN AND BROOKE LLP, has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendants, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

Respectfully submitted,

*/s/ Roshan N. Rajkumar*
Roshan N. Rajkumar
MN Bar No. 0305212
**BOWMAN AND BROOKE LLP**
150 South Fifth Street, Suite 3000
Minneapolis, Minnesota 55402
Tel: (612) 339-8682
Fax: (612) 672-3200
roshan.rajkumar@bowmanandbrooke.com

Counsel for Defendants *3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Dated: April 7, 2022

## CERTIFICATE OF SERVICE

I do hereby certify that on this 7th day of April 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ Roshan N. Rajkumar
Roshan N. Rajkumar
MN Bar No. 0305212