UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Cases | Case No., 3:19md2885<br><br>Judge M. Casey Rogers<br>Magistrate Judge Gary R. Jones |

MOTION TO APPEAR PRO HAC VICE

In accordance with the Court's Pretrial Order No.3 and Northern District of Florida Local Rule 11.1, I, James L. Healy of Sullivan & Brill, LLP, respectfully moves for admission to practice *pro hac vice* in the above captioned case. Movant certifies as follows:

1. Movant resides in New York and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of New York. A copy of a Certificate of Good Standing from the New York State Bar dated within 30 days is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has reviewed the Attorney Admission Memo, reviewed the

1

Local Rules of this District, completed the Attorney Admission Tutorial (Confirmation Number: FLND16492734406010), and completed the CM/ECF online tutorials.

    4.    Movant has paid the required $201.00, *pro hac vice* admission fee.

    5.    Movant has an upgraded PACER account.

    6.    Movant is appearing as counsel to plaintiffs in numerous Combat Arms Earplug cases which are presently filed on the administrative docket and are subject to, or will be subject to, this Court's transition orders and will be transferred to the active docket, including the following:

- *Eric Heise v. 3M Company*, 8:20-cv-04424-MCR-GRJ
- *Edwin Franco*, 8:20-cv-04151-MCR-GRJ.

Movant anticipates appearing on a number of additional cases in the above captioned case.

    WHEREFORE, James L. Healy, respectfully requests that the court enter an Order granting his motion to appear *pro hac vice* to transition and directly file cases in the above captioned case and to provide notice of Electronic Case Filings to the undersigned.

Dated: April 7, 2022

3

        Respectfully Submitted,

        SULLIVAN & BRILL, LLP
        Attorneys for Plaintiffs


        /s/_____
        By: James Healy, Esq.
        NY Bar No.: 5108063

        110 East 59 Street, Floor 23
        New York, New York 10022
        Phone: (212) 566-1065
        Fax: (212) 566-1068
        Email:
        james.healy@sullivanbrill.com