UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, James E. Robinson, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Pennsylvania and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the Commonwealth of Pennsylvania. A copy of a Certificate of Good Standing from the Commonwealth of Pennsylvania dated within 30 days of this motion is attached hereto as Exhibit "A".

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16491745065998 and completed the CM/ECF Online Tutorial.

4. James E. Robinson has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. James E. Robinson has upgraded his PACER account to "NextGen".

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo

Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

WHEREFORE, James E. Robinson respectfully requests that this Court enter an Order granting James E. Robinson of Gordon Rees Scully Mansukhani, LLP, *pro hac vice* in this case.

Respectfully submitted on this 8th day of April 2022.

*/s/ James E. Robinson*
James E. Robinson, PA Bar No. 77515
**GORDON REES SCULLY**
**MANSUKHANI LLP**
Three Logan Square
1717 Arch Street, Suite 610
Philadelphia, PA 19103
Tel: 215-717-4007
jrobinson@grsm.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 8th day of April, 2022, a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Dated this 8th day of April 2022.

*/s/ James E. Robinson*
James E. Robinson, PA Bar No. 77515