

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*James E. Robinson, Esq.*

DATE OF ADMISSION

*May 21, 1996*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  March 21, 2022

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk