# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>*Christopher Sinsel* - 7:20cv82438<br>*Robert Sipple* - 7:20cv36007<br>*Desa Macomber Smith* - 8:20cv33348<br>*Christopher Southern* – 8:20cv13305<br>*Robert Mason Swindle* – 3:19cv04572<br>*Carl Miller* - 7:20cv82189<br>*Frank Wilson* - 7:20cv22793 | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sebastian Nunez of the law firm BOWMAN AND BROOKE LLP has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

                                Respectfully submitted,

                                _/s/ Sebastian Nunez_
                                Sebastian Nuñez (Pro Hac Vice)
                                TX Bar No. 24110169
                                **BOWMAN AND BROOKE LLP**
                                5345 Towne Square Drive, Suite 115
                                Plano, TX 75024-2449
                                Tel: (972) 616-1700
                                Fax: (972) 616-1701
                                Sebastian.Nunez@bowmanandbrooke.com

                                Counsel for Defendants *3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Dated: April 11, 2022

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 11th day of April 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

                      */s/ Sebastian Nunez*
                      Sebastian Nunez (Pro Hac Vice)
                      TX Bar No. 24110169