# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>*Tyson Grey* - 8:20-cv-13252-MCR-GRJ<br>*Jared Brown* - 7:20-cv-82899-MCR-GRJ<br>*Kevin Williams* - 7:20-cv-83932-MCR-GRJ<br>*Teresa Wilson*- 7:20-cv-99359-MCR-GRJ | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Shannon L.H. Phillips of the law firm BOWMAN AND BROOKE LLP has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

26124801v1

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

Respectfully submitted,

*/s/ Shannon L.H. Phillips*
Shannon L.H. Phillips
MI Bar No. P72212
**BOWMAN AND BROOKE LLP**
41000 Woodward Avenue
Suite 200 East
Bloomfield Hills, MI 48304-4132
Tel: (248) 205-3300
Fax: (248) 205-3399
shannon.phillips@bowmanandbrooke.com

Counsel for Defendants *3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Dated: April 11, 2022

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 8th day of April 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Shannon L. H. Phillips*
Shannon L.H. Phillips
MI Bar No. P72212

26124801v1