**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-md-2885 |
| | ) |
| | ) |
| | ) Judge M. Casey Rodgers |
| | ) Magistrate Judge Gary R. Jones |
| | ) |
| THIS DOCUMENT RELATES TO ALL CASES | ) |
| | ) |
| | ) |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Mark P. Robinson, Jr., hereby move this Court for an Order for admission to practice *pro hac vice* in the above-captioned case only, and in support thereof states as follows:

1. Movant resides in California, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the Bar of the State of California.  A Certificate of Good Standing from the State Bar of California dated within 30 days of this motion is attached hereto as Exhibit "A".

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, successfully completed both the

1

online Local Rules tutorial exam, confirmation number FLND1649454526605, and the CM/ECF online tutorial.

4. Movant has submitted to the clerk the required $208 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents the Plaintiff in the following action that was transferred from the U.S. District Court, Central District of California into this MDL on May 10, 2019 per Judicial Panel on Multidistrict Litigation CTO-9:

**Bedford v. 3M Company, et al., 3:19-cv-01431-CR-GRJ**

WHEREFORE, Mark P. Robinson, Jr., respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:  April 11, 2022                         Respectfully submitted,


 /s/ *Mark P. Robinson, Jr.*
Mark P. Robinson, Jr., CA Bar No. 054426
mrobinson@robinsonfirm.com
ROBINSON CALCAGNIE, INC.
19 Corporate Plaza Drive
Newport Beach, CA 92660
Tel:  (949) 720-1288
Fax:  (949)720-1292

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 11, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Mark P. Robinson, Jr.
MARK P. ROBINSON, JR.