# STATE OF MINNESOTA
# IN SUPREME COURT



EXHIBIT A
Patterson v. Exactech, Inc.

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

LAUREN ASHLEY RUSS

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 29, 2021

Given under my hand and seal of this court on

March 02, 2022

Emily J. Eschweiler, Director
Office of Lawyer Registration