# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE



# CERTIFICATE OF GOOD STANDING

I, **LYNDA M. HILL**, Clerk of the United States District Court for the Middle District of Tennessee, do hereby certify that

### MATTHEW P. SMITH

was duly admitted to practice in said Court on

**November 16, 2020**

and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on      April 8, 2022      .


LYNDA M. HILL, CLERK OF COURT

By: *[signature]*
Deputy Clerk

# United States District Court

### Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

_____Matthew P. Smith_____, Bar No. ____247957____

was duly admitted to practice in this Court on ____May 13, 2013____
                                                        *DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on   ____April 8, 2022____
              *Date*

KIRY K. GRAY
Clerk of Court

By  *Shea Bourgeois* (signature)
_____Shea Bourgeois_____, Deputy Clerk



G-52 (10/15)        CERTIFICATE OF GOOD STANDING - BAR MEMBER