**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK



# MEMORANDUM

---

**DATE:** April 12, 2022

**TO:** Counsel of Record

**FROM:** Barbara Rogers, Courtroom Deputy to
U.S. District Judge M. Casey Rodgers

**RE:** Conference Call Instructions

IN RE: 3M Combat Arms Earplug Products Liability Litigation
MDL Case # 3:19-md-2885-MCR/GRJ

Pursuant to Order, ECF No. 2972, entered in the above case, I am providing the following conference call instructions necessary to connect to AT&T Reservationless Conferencing for the **Conference** scheduled on **Tuesday, April 19, 2022 @ 10:00 am Central (11:00 am Eastern)** before Judge M. Casey Rodgers. Please note these instructions will be used in all future court proceedings and/or telephone conference calls in this MDL action, unless otherwise directed.

**Please dial into the conference call at least 10 minutes prior** to the scheduled hearing time to allow extra time for testing of microphones. I will be dialing into the conference call as the host. It is advised you use a landline phone if possible, cell phone connections are sometimes inaudible.

- To connect to the conference call, dial:  **1-888-684-8852**
- You will be prompted for the access code:  **8296522**
- Once the host has connected, you will be prompted for the security code: **3192885**

Please feel free to contact me at (850) 470-8119 or Barbara_Rogers@flnd.uscourts.gov in advance of the hearing should you have questions. However, if you encounter problems connecting to the call at the time of the hearing, please contact the Clerk's Office at (850) 435-8440 and someone will relay a message to me (since I will be present at the hearing). Thank you.