UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*All Cases* | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## PLAINTIFFS' MOTION TO WITHDRAW
## NEIL D. OVERHOLTZ FROM THE DOCKET

Pursuant to Local Rule 11.1(H), Bryan Aylstock hereby files this Motion to Withdraw as counsel on behalf of Neil D. Overholtz. Mr. Overholtz, counsel on behalf of the plaintiffs in this case, recently passed away. Plaintiffs will continue to be represented by their remaining counsel. As such, the undersigned respectfully requests this Court remove Neil D. Overholtz as counsel in this litigation.

Date: April 13, 2022

Respectfully submitted,

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2022, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock
