**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, April 13, 2022 7:46 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Wednesday, April 13, 2022 12:45:17 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 4/13/2022 at 8:45 AM EDT and filed on 4/13/2022

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 1644 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 10 action(s)** *re: pldg. ([1632] in MDL No. 2885, 1 in MN/0:22-cv-00784, 1 in MN/0:22-cv-00786, 1 in MN/0:22-cv-00788, 1 in MN/0:22-cv-00792, 1 in MN/0:22-cv-00794, 1 in MN/0:22-cv-00796, 1 in MN/0:22-cv-00798, 1 in MN/0:22-cv-00799, 1 in MN/0:22-cv-00801, 1 in MN/0:22-cv-00802)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00784, MN/0:22-cv-00786, MN/0:22-cv-00788, MN/0:22-cv-00792, MN/0:22-cv-00794, MN/0:22-cv-00796, MN/0:22-cv-00798, MN/0:22-cv-00799, MN/0:22-cv-00801, MN/0:22-cv-00802 (JC)**

| | |
|---|---|
| **Case Name:** | Henderson v. 3M Company et al |

| | |
|---|---|
| Case Number: | MN/0:22-cv-00796 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 10 action(s)** *re: pldg. ( [1632] in MDL No. 2885, 1 in MN/0:22-cv-00784, 1 in MN/0:22-cv-00786, 1 in MN/0:22-cv-00788, 1 in MN/0:22-cv-00792, 1 in MN/0:22-cv-00794, 1 in MN/0:22-cv-00796, 1 in MN/0:22-cv-00798, 1 in MN/0:22-cv-00799, 1 in MN/0:22-cv-00801, 1 in MN/0:22-cv-00802)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00784, MN/0:22-cv-00786, MN/0:22-cv-00788, MN/0:22-cv-00792, MN/0:22-cv-00794, MN/0:22-cv-00796, MN/0:22-cv-00798, MN/0:22-cv-00799, MN/0:22-cv-00801, MN/0:22-cv-00802 (JC)**

| | |
|---|---|
| Case Name: | Higgins v. 3M Company et al |
| Case Number: | MN/0:22-cv-00786 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 10 action(s)** *re: pldg. ( [1632] in MDL No. 2885, 1 in MN/0:22-cv-00784, 1 in MN/0:22-cv-00786, 1 in MN/0:22-cv-00788, 1 in MN/0:22-cv-00792, 1 in MN/0:22-cv-00794, 1 in MN/0:22-cv-00796, 1 in MN/0:22-cv-00798, 1 in MN/0:22-cv-00799, 1 in MN/0:22-cv-00801, 1 in MN/0:22-cv-00802)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00784, MN/0:22-cv-00786, MN/0:22-cv-00788, MN/0:22-cv-00792, MN/0:22-cv-00794, MN/0:22-cv-00796, MN/0:22-cv-00798, MN/0:22-cv-00799, MN/0:22-cv-00801, MN/0:22-cv-00802 (JC)**

| | |
|---|---|
| Case Name: | Schwab v. 3M Company et al |
| Case Number: | MN/0:22-cv-00794 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 10 action(s)** *re: pldg. ( [1632] in MDL No. 2885, 1 in MN/0:22-cv-00784, 1 in MN/0:22-cv-00786, 1 in MN/0:22-cv-00788, 1 in MN/0:22-cv-00792, 1 in MN/0:22-cv-00794, 1 in MN/0:22-cv-00796, 1 in MN/0:22-cv-00798, 1 in MN/0:22-cv-00799, 1 in MN/0:22-cv-00801, 1 in MN/0:22-cv-00802)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2022.**

**Associated Cases:** MDL No. 2885, MN/0:22-cv-00784, MN/0:22-cv-00786, MN/0:22-cv-00788, MN/0:22-cv-00792, MN/0:22-cv-00794, MN/0:22-cv-00796, MN/0:22-cv-00798, MN/0:22-cv-00799, MN/0:22-cv-00801, MN/0:22-cv-00802 (JC)

| | |
|---|---|
| **Case Name:** | Jefferson v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00784 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 10 action(s) re: pldg. ( [1632] in MDL No. 2885, 1 in MN/0:22-cv-00784, 1 in MN/0:22-cv-00786, 1 in MN/0:22-cv-00788, 1 in MN/0:22-cv-00792, 1 in MN/0:22-cv-00794, 1 in MN/0:22-cv-00796, 1 in MN/0:22-cv-00798, 1 in MN/0:22-cv-00799, 1 in MN/0:22-cv-00801, 1 in MN/0:22-cv-00802)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2022.**

**Associated Cases:** MDL No. 2885, MN/0:22-cv-00784, MN/0:22-cv-00786, MN/0:22-cv-00788, MN/0:22-cv-00792, MN/0:22-cv-00794, MN/0:22-cv-00796, MN/0:22-cv-00798, MN/0:22-cv-00799, MN/0:22-cv-00801, MN/0:22-cv-00802 (JC)

| | |
|---|---|
| **Case Name:** | Mobly v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00788 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 10 action(s) re: pldg. ( [1632] in MDL No. 2885, 1 in MN/0:22-cv-00784, 1 in MN/0:22-cv-00786, 1 in MN/0:22-cv-00788, 1 in MN/0:22-cv-00792, 1 in MN/0:22-cv-00794, 1 in MN/0:22-cv-00796, 1 in MN/0:22-cv-00798, 1 in MN/0:22-cv-00799, 1 in MN/0:22-cv-00801, 1 in MN/0:22-cv-00802)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2022.**

**Associated Cases:** MDL No. 2885, MN/0:22-cv-00784, MN/0:22-cv-00786, MN/0:22-cv-00788, MN/0:22-cv-00792, MN/0:22-cv-00794, MN/0:22-cv-00796, MN/0:22-cv-00798, MN/0:22-cv-00799, MN/0:22-cv-00801, MN/0:22-cv-00802 (JC)

| | |
|---|---|
| **Case Name:** | Enright v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00799 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 10 action(s) re: pldg. ( [1632] in MDL No. 2885, 1 in MN/0:22-cv-00784, 1 in MN/0:22-cv-00786, 1 in MN/0:22-cv-00788, 1 in MN/0:22-cv-00792, 1 in MN/0:22-cv-00794, 1 in MN/0:22-cv-00796, 1 in MN/0:22-cv-00798, 1 in*

*MN/0:22-cv-00799, 1 in MN/0:22-cv-00801, 1 in MN/0:22-cv-00802)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00784, MN/0:22-cv-00786, MN/0:22-cv-00788, MN/0:22-cv-00792, MN/0:22-cv-00794, MN/0:22-cv-00796, MN/0:22-cv-00798, MN/0:22-cv-00799, MN/0:22-cv-00801, MN/0:22-cv-00802 (JC)**

| | |
|---|---|
| **Case Name:** | Ladd v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00801 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 10 action(s)** *re: pldg. ( [1632] in MDL No. 2885, 1 in MN/0:22-cv-00784, 1 in MN/0:22-cv-00786, 1 in MN/0:22-cv-00788, 1 in MN/0:22-cv-00792, 1 in MN/0:22-cv-00794, 1 in MN/0:22-cv-00796, 1 in MN/0:22-cv-00798, 1 in MN/0:22-cv-00799, 1 in MN/0:22-cv-00801, 1 in MN/0:22-cv-00802)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00784, MN/0:22-cv-00786, MN/0:22-cv-00788, MN/0:22-cv-00792, MN/0:22-cv-00794, MN/0:22-cv-00796, MN/0:22-cv-00798, MN/0:22-cv-00799, MN/0:22-cv-00801, MN/0:22-cv-00802 (JC)**

| | |
|---|---|
| **Case Name:** | Robey v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00802 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 10 action(s)** *re: pldg. ( [1632] in MDL No. 2885, 1 in MN/0:22-cv-00784, 1 in MN/0:22-cv-00786, 1 in MN/0:22-cv-00788, 1 in MN/0:22-cv-00792, 1 in MN/0:22-cv-00794, 1 in MN/0:22-cv-00796, 1 in MN/0:22-cv-00798, 1 in MN/0:22-cv-00799, 1 in MN/0:22-cv-00801, 1 in MN/0:22-cv-00802)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00784, MN/0:22-cv-00786, MN/0:22-cv-00788, MN/0:22-cv-00792, MN/0:22-cv-00794, MN/0:22-cv-00796, MN/0:22-cv-00798, MN/0:22-cv-00799, MN/0:22-cv-00801, MN/0:22-cv-00802 (JC)**

| | |
|---|---|
| **Case Name:** | Wefel v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00798 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 10 action(s)** *re: pldg. ( [1632] in MDL No. 2885, 1 in MN/0:22-cv-00784, 1 in MN/0:22-cv-00786, 1 in MN/0:22-cv-00788, 1 in MN/0:22-cv-00792, 1 in MN/0:22-cv-00794, 1 in MN/0:22-cv-00796, 1 in MN/0:22-cv-00798, 1 in MN/0:22-cv-00799, 1 in MN/0:22-cv-00801, 1 in MN/0:22-cv-00802)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00784, MN/0:22-cv-00786, MN/0:22-cv-00788, MN/0:22-cv-00792, MN/0:22-cv-00794, MN/0:22-cv-00796, MN/0:22-cv-00798, MN/0:22-cv-00799, MN/0:22-cv-00801, MN/0:22-cv-00802 (JC)**

| | |
|---|---|
| **Case Name:** | Cenzano v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00792 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 10 action(s)** *re: pldg. ( [1632] in MDL No. 2885, 1 in MN/0:22-cv-00784, 1 in MN/0:22-cv-00786, 1 in MN/0:22-cv-00788, 1 in MN/0:22-cv-00792, 1 in MN/0:22-cv-00794, 1 in MN/0:22-cv-00796, 1 in MN/0:22-cv-00798, 1 in MN/0:22-cv-00799, 1 in MN/0:22-cv-00801, 1 in MN/0:22-cv-00802)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/13/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00784, MN/0:22-cv-00786, MN/0:22-cv-00788, MN/0:22-cv-00792, MN/0:22-cv-00794, MN/0:22-cv-00796, MN/0:22-cv-00798, MN/0:22-cv-00799, MN/0:22-cv-00801, MN/0:22-cv-00802 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-00796 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00796 Notice will not be electronically mailed to:**

**MN/0:22-cv-00786 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00786 Notice will not be electronically mailed to:**

**MN/0:22-cv-00794 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00794 Notice will not be electronically mailed to:**

**MN/0:22-cv-00784 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00784 Notice will not be electronically mailed to:**

**MN/0:22-cv-00788 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00788 Notice will not be electronically mailed to:**

**MN/0:22-cv-00799 Notice has been electronically mailed to:**

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer    shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00799 Notice will not be electronically mailed to:**

**MN/0:22-cv-00801 Notice has been electronically mailed to:**

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer    shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00801 Notice will not be electronically mailed to:**

**MN/0:22-cv-00802 Notice has been electronically mailed to:**

Bryan F. Aylstock    baylstock@awkolaw.com, Jlindsey@awkolaw.com, athane@awkolaw.com, bwilliams@awkolaw.com, churt@awkolaw.com

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00802 Notice will not be electronically mailed to:**

**MN/0:22-cv-00798 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00798 Notice will not be electronically mailed to:**

**MN/0:22-cv-00792 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00792 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/13/2022] [FileNumber=1111290-0]
[2ba9e96a899c22ce20fdf774a47b3e84b06a1dd04a99041eac9552cadd1105c3ee9f
a335e473c7e5564d57ff9e7e179706157103993cc8d845fcca05c57a13f1]]