**Exhibit A**

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

DAVID JAMES KOOB

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

February 09, 2001

Given under my hand and seal of this court on

April 12, 2022

Emily J. Eschweiler, Director
Office of Lawyer Registration