## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, William P. Thomas, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1.     Movant resides in Mississippi and is not a resident of the State of Florida.

2.     Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Mississippi. A copy of a Certificate of Good Standing from the State of Mississippi dated within 30 days of this motion are attached hereto as Exhibit "A."

3.     Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

Admission Tutorial, confirmation number **: FLND16497847246046** and completedthe CM/ECF Online Tutorials.

4.      William P. Thomas has submitted to the Clerk the required $208.00 *prohac vice* admission fee.

5.      William P. Thomas has upgraded his PACER account to "NextGen."

6.      Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, William P. Thomas respectfully requests that this Court enter an Order granting William P. Thomas of Butler Snow PLLC,  *pro hac vice* in this case.

Respectfully submitted on this 13th day of April , 2022.

*/s/ William P. Thomas*
William  P.  Thomas  MS  Bar  No. 102209

BUTLER SNOW PLLC
1020 Highland Colony Pkwy
Suite 1400
Telephone:  (601) 985-4432
Facsimile:   (601) 985-4500
 Email:  jon.steel@butlersnow.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 13th day of April, 2022.


*/s/ William P. Thomas* _____
William P. Thomas MS Bar No. 102209