# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to All Cases | Case No. 3:19-md-02885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Nancy M. Erfle, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Oregon and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Oregon. A copy of a Certificate of Good Standing from the State of Oregon dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number **FLND16494384606019** and completed the CM/ECF Online Tutorials.

/ / /

4. Nancy M. Erfle has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Nancy M. Erfle has upgraded his PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Julie B. Haddon respectfully requests that this Court enter an Order granting Nancy M. Erfle of Gordon Rees Scully Mansukhani, *pro hac vice* in this case.

Respectfully submitted on this 13th day of April, 2022.

**GORDON REES SCULLY MANSUKHANI**

*/s/ Nancy M. Erfle*
Nancy M. Erfle
Oregon Bar No. 902570

1300 SW Fifth Ave., Suite 2000
Portland, OR 97201
Telephone: (503) 382-3852

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 13th day of April, 2022.

                                                      */s/ Nancy M. Erfle*
                                            Nancy M. Erfle
                                            Oregon Bar No. 902570

# EXHIBIT A



STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

NANCY M. ERFLE

as an Attorney of this Court.

    I, as State Court Administrator of the State of Oregon, certify that on the 21st day of September, 1990

NANCY M. ERFLE

was admitted to the practice of law in the Supreme Court and all other courts in the State of Oregon, and is now an attorney in good standing.

April 12, 2022.

NANCY COZINE
State Court Administrator



Authorized Representative