# Exhibit A

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA  } SS.

WESTERN DISTRICT OF TENNESSEE

    I, THOMAS M. GOULD, Clerk of the United States for the Western District of Tennessee, Western Division,

    DO HEREBY CERTIFY that **Melody McAnally** was duly admitted to practice in said Court on March 17, 2008 and is in good standing as a member of the bar of said Court. There is no disciplinary committee at the Western District of Tennessee therefore, the attorney has no disciplinary history with the court. Further, I am unaware of any disciplinary matters involving this attorney in this jurisdiction or elsewhere.

Dated at Memphis, Tennessee

On April 8, 2022.

THOMAS M. GOULD
Clerk of Court

By \_\_\_\_s/Cynthia Faulk\_\_\_\_,
Deputy Clerk