# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

_____ Ms. Lea Ann Smith _____

whose address is _____ 201 Saint Charles Ave Ste 2700 _____

_____ New Orleans, LA 70170 _____

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the ____24th____ day of ____October____, ____2013____.

Given over my hand and the Seal of the Louisiana State Bar Association, this ____11th____ day of ____April____, ____2022____.

*[signature]*

Executive Director
Louisiana State Bar Association