# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on    April 13, 2022

Motion/Pleadings: PLAINTIFFS' MOTION TO WITHDRAW NEIL D. OVERHOLTZ FROM THE DOCKET

Filed by  Plaintiffs   on  April 13, 2022   Doc. #'s  2974

_____ Stipulated      _____ Joint Pleading
_____ Unopposed      _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/ Donna Bajzik*

Deputy Clerk:    Donna Bajzik

---

On consideration, the motion is **GRANTED, as requested**. The Clerk is directed to update the docket accordingly.

**DONE** and **ORDERED** this 14th day of April, 2022.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**