UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Cases Identified on Exhibit A | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# **ORDER**

This Order addresses those plaintiffs who failed to cure census form deficiencies as required by Pretrial Order No. 81. ECF No. 1848. BrownGreer PLC has notified the Court that the 7,686 plaintiffs identified on Exhibit A failed to cure census form deficiencies within the applicable deadlines set forth in Pretrial Order No. 81.[1] These plaintiffs will be given a final opportunity to cure the deficiencies, or their cases will be dismissed.[2] For any plaintiff failing to cure the noted deficiencies within **10 days** of the date of this Order, his/her case will be **dismissed with prejudice**, in light of the repeated violations of this Court's orders (Pretrial Order No. 81 and this Order).

---

[1] To date, the deficiencies still have not been cured.

[2] Counsel's inability to communicate with a plaintiff is not grounds for avoiding dismissal of a case.

**SO ORDERED**, on this 14th day of April, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**