## EXHIBIT B

| Plaintiff Name | Cause No. | Missing Discovery Responses |
|---|---|---|
| Cy Perkins | 7:20-cv-12941 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Christina Odom | 7:20-cv-12688 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Robert Richardson | 7:20-cv-13370 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Jared Schwartz | 7:20-cv-13925 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Travis Semora | 7:20-cv-14059 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Christopher Kegley | 7:20-cv-25196 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Norman Price | 7:20-cv-26783 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Michael Bedsole | 7:20-cv-81148 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Benjamin Woody | 7:20-cv-04445 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Casey Jones | 7:20-cv-06349 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Reuben Ingebritson | 7:20-cv-07716 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Eric Wright | 7:20-cv-07798 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Bruce Hang | 7:20-cv-09915 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |

| Lucke Delacruz | 7:20-cv-60548 | Responses to First Set of Interrogatories |
| --- | --- | --- |
| Benjamin Kiepke | 7:20-cv-49926 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Pedro Lopez | 8:20-cv-17660 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Matthew Hahn | 8:20-cv-05809 | Responses to First Set of Interrogatories |
| Jonathon Townsend | 7:20-cv-72950 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Kevin Garrison | 7:20-cv-17408 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Troy Bernard | 7:20-cv-76445 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Travis Dowling | 7:20-cv-45507 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Jorge Rios | 8:20-cv-30178 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Steven Bastean | 7:20-cv-50538 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Brian Collins | 7:20-cv-01132 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Kevin Bernard[1] | 7:20-cv-84883 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |

---

[1] Plaintiff Kevin Bernard's child filed a Notice and Suggestion of Death on April 12, 2022 (Dkt. No. 7, No. 7:20-cv-84883), but Plaintiff's case remains active.