**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:  3M COMBAT ARMS                   Case No. 3:19-md-02885
EARPLUG PRODUCTS
LIABILITY LITIGATION

                                                          Judge M. Casey Rodgers
This Document Relates to All Cases       Magistrate Judge Gary R. Jones

### MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the

Northern District of Florida Local Rule 11.1, I, Kent A. Britt, respectfully moves for

admission to practice pro hac vice for purposes of appearance in the above-styled

case only, and in support thereof states as follows:

1.      Movant resides in Ohio and is not a resident of the State of Florida.

2.      Movant is not admitted to practice in the Northern District of Florida and is a

member in good standing of the bar of the State of Ohio.  A copy of a Certificate of

Good Standing from the State of Ohio dated within 30 days of this motion is attached

hereto as Exhibit "A."

3.      Movant has reviewed the Attorney Admission Memo, reviewed the Local

Rules of the Northern District of Florida, completed the online Attorney Admission

Tutorial, confirmation number FLND16488492375979 and completed the CM/ECF

Online Tutorials.

4.      Kent A. Britt has submitted to the Clerk the required $208.00 *prohac vice*

admission fee.

5.      Kent A. Britt has upgraded his PACER account to "NextGen."

6.      Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Kent A. Britt respectfully request that this Court enteran Order granting Kent A. Britt of Vorys Sater Seymour and Pease LLP, *pro hac vice* in this case.

Respectfully submitted on this 15th day of April, 2022.

/s/ Kent A. Britt
Kent A. Britt, Ohio Bar No. 0068182

VORYS SATER SEYMOUR AND PEASE LLP
301 East Fourth Street
Great American Tower, Suite 3500
Cincinnati, OH  45202
Telephone:  513.723.4488
Facsimile:   513.852.7818
Email:  kabritt@vorys.com

*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding, LLC,*
*Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 15th day of April, 2022.

/s/ Kent A. Britt
Kent A. Britt, Ohio Bar No. 0068182