## Exhibit A

| ECF No. | Counsel | Firm |
|---|---|---|
| 2967 | Mark P. Robinson, Jr. | Robinson Calcagnie, Ing. |
| 2969 | Matthew P. Smith | Butler Snow LLP |
| 2970 | Randall L. Christian | Bowman and Brooke LLP |
| 2976 | Ashley Flynn | Dechert LLP |
| 2977 | Lauren Russ | Bowman and Brooke LLP |
| 2978 | David J. Koob | Bowman and Brooke LLP |
| 2979 | William P. Thomas | Butler Snow LLP |
| 2980 | Michael E. McWilliams | Butler Snow LLP |
| 2981 | Ben Johnson Scott | Butler Snow LLP |
| 2982 | Patrick L. DeLaune | Bowman and Brooke LLP |
| 2983 | Mary R. Pawelek | Bowman and Brooke LLP |
| 2984 | Nancy M. Erfle | Gordon Rees Scully Mansukhani |