UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | Case No. 3:19-md-02885 |
| EARPLUG PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | Judge M. Casey Rodgers |
| This Document Relates to: | ) | Magistrate Judge Gary R. Jones |
| | ) | |
| 8:20-cv-20305-MCR-GRJ | ) | |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No.3, Local Rule 11.1 of the Local Rules of United States District Court for the Northern District of Florida, and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Caroline Farris, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

    1.    Movant resides in Alabama and is not a resident of the State of Florida.

    2.    Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Alabama. A copy of the Certificate of Good Standing from the Supreme Court of Alabama dated within 30 days of this Motion is attached hereto as Exhibit "A."

    3.    Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

Admission Tutorial, confirmation number FLND16478814615908, and completed the CM/ECF Online Tutorials.

    4.    Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

    5.    Movant has upgraded her PACER account to "NextGen."

    6.    Movant represents Plaintiff Craig Breter, *8:20-cv-2305-MCR-GRJ*.

WHEREFORE, Caroline Farris respectfully requests that this Court enter an Order granting Caroline Farris of Nelson, Bryan & Cross, *pro hac vice* in this case.

Dated: April 15, 2022                            Respectfully submitted,

                                                            /s/Caroline Farris
                                                            Caroline Farris
                                                            AL Bar No. 8790W44H
                                                           Attorney for Plaintiff
                                                           Nelson, Bryan & Cross
                                                           P.O. Box 2309
                                                           Jasper, AL  35502-2309
                                                           Tel: (205) 387-7777
                                                           Fax: (205) 384-0659
                                                           caroline@nelsonbryancross.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system on April 15, 2022 and served electronically on all counsel of record.

/s/ Caroline Farris
Caroline Farris
AL Bar No. 8790W44H