UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS          )<br>EARPLUG PRODUCTS              )<br>LIABILITY LITIGATION           )<br>                                                )<br>This Document Relates to:       )<br>                                                )<br>8:20-cv-20305-MCR-GRJ       ) | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No.3, Local Rule 11.1 of the Local Rules of United States District Court for the Northern District of Florida, and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Clayton Boylen, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1.   Movant resides in Alabama and is not a resident of the State of Florida.

2.   Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Alabama. A copy of the Certificate of Good Standing from the Alabama State Bar dated within 30 days of this Motion is attached hereto as Exhibit "A."

3.   Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

Admission Tutorial, confirmation number FLND16478896295912, and completed the CM/ECF Online Tutorials.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents Plaintiff Craig Breter, *8:20-cv-2305-MCR-GRJ*.

WHEREFORE, Clayton Boylen respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice*.

Dated: April 15, 2022                    Respectfully submitted,

/s/Clayton Boylen
Clayton Boylen
AL Bar No. 6400V55J
Attorney for Plaintiff
Nelson, Bryan & Cross
P.O. Box 2309
Jasper, AL  35502-2309
Tel: (205) 387-7777
Fax: (205) 384-0659
clay@nelsonbryancross.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system on April 15, 2022 and served electronically on all counsel of record.

/s/Clayton Boylen
Clayton Boylen