# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>Jovan Williams<br>Civil Action No. 7:20cv46707-MCR-GRJ | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David Koob of the law firm BOWMAN AND BROOKE LLP has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

    Respectfully submitted,

    */s/ David Koob*
    David Koob (*Pro Hac Vice*)
    MN Bar No. 0307282
    **BOWMAN AND BROOKE LLP**
    150 South 5th Street
    Suite 3000
    Minneapolis, MN 55402
    Tel: (612) 672-3274
    david.koob@bowmanandbrooke.com

    Counsel for Defendants *3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Dated:  April 15, 2022

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 15th day of April 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ David Koob
David Koob (*Pro Hac Vice*)
MN Bar No. 0307282