UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Plaintiffs Identified on Exhibit A | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## ORDER

On January 7, 2020, the Court entered Pretrial Order No. 22, ECF No. 898, which required any claimant who registered with MDL Centrality in connection with the 3M MDL to submit a Short Form Complaint to BrownGreer PLC within fourteen days from the date of registration. Thereafter, on September 3, 2021, the Court entered Case Management Order No. 24, ECF No. 1915, which requires any claimant registering with MDL Centrality after September 13, 2021, to file a Short Form Complaint on the active docket within 30 days of the date of registration. BrownGreer has notified the Court that the 545 claimants identified on Exhibit A failed to comply with the applicable deadlines set forth in Pretrial Order No. 22 and Case Management Order No. 24.

Accordingly, BrownGreer is directed to close access to MDL Centrality for the claimants identified on Exhibit A and any claimant who does not timely comply

with Pretrial Order No. 22 or Case Management Order No. 24 and to notify each claimant of the closure.

**DONE and ORDERED** on this 15th day of April, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**