IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION
EXHIBIT A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name |
| --- | --- | --- | --- |
| 1 | 65950 | SEARLES, THOMAS | Jensen & Associates |
| 2 | 109794 | Garrett, Christopher | Douglas & London |
| 3 | 136803 | Rodriguez, Angel | Jensen & Associates |
| 4 | 136820 | Zito, Anthony | Jensen & Associates |
| 5 | 136854 | Pfeifer, Barry | Jensen & Associates |
| 6 | 136900 | Culpepper, Brandon | Jensen & Associates |
| 7 | 136916 | Servoss, Brent | Jensen & Associates |
| 8 | 136924 | Bond, Brian | Jensen & Associates |
| 9 | 137156 | Rose, Daniel | Jensen & Associates |
| 10 | 137217 | Baker, Derek | Jensen & Associates |
| 11 | 137238 | Suero, Diana | Jensen & Associates |
| 12 | 137441 | Woodward, Ian | Jensen & Associates |
| 13 | 137522 | Losh, Jared | Jensen & Associates |
| 14 | 137609 | Meyer, Jeremy | Jensen & Associates |
| 15 | 137873 | Rogers, Keith | Jensen & Associates |
| 16 | 137874 | Steele, Keith | Jensen & Associates |
| 17 | 137951 | Marsden, Kyle | Jensen & Associates |
| 18 | 138049 | Yanez, Mark | Jensen & Associates |
| 19 | 138098 | Agardy, Michael | Jensen & Associates |
| 20 | 138112 | Eroles, Michael | Jensen & Associates |
| 21 | 138168 | Vanlith, Michael | Jensen & Associates |
| 22 | 138176 | Miranda, Miguel | Jensen & Associates |
| 23 | 138209 | Aytes, Nicholas | Jensen & Associates |
| 24 | 138222 | Pierce, Nicholas | Jensen & Associates |
| 25 | 138324 | Picklesimer, Reece | Jensen & Associates |
| 26 | 138380 | Mason, Robert | Jensen & Associates |
| 27 | 138387 | Ponema, Robert | Jensen & Associates |
| 28 | 138558 | Domenichini, Stephen | Jensen & Associates |
| 29 | 138724 | Pitre, Wendell | Jensen & Associates |
| 30 | 138761 | Veith, William | Jensen & Associates |
| 31 | 138987 | PRAY, LARRY M | Joel Bieber Firm |
| 32 | 140032 | Claybrook, Daniel Stephen | Watts Guerra, LLP |
| 33 | 140033 | Infante, Mona Lisa | Watts Guerra, LLP |
| 34 | 140049 | Ness, Brandon | Watts Guerra, LLP |
| 35 | 140089 | Johnson, Kevin | Watts Guerra, LLP |
| 36 | 140136 | Schroeder, Joshua | Watts Guerra, LLP |
| 37 | 140138 | Bretz, Brent | Watts Guerra, LLP |
| 38 | 140139 | Aris, Craig | Watts Guerra, LLP |
| 39 | 140141 | Henry, Mark | Watts Guerra, LLP |
| 40 | 140146 | Hunt, Martin | Watts Guerra, LLP |
| 41 | 140147 | Hickey, Thomas | Watts Guerra, LLP |
| 42 | 140148 | Strosnider, Zach | Watts Guerra, LLP |
| 43 | 140157 | Martin, Shane | Watts Guerra, LLP |
| 44 | 140160 | Dixon, Ricardo D | Watts Guerra, LLP |
| 45 | 140162 | Parker, Bryce | Watts Guerra, LLP |

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION
EXHIBIT A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name |
|---|---|---|---|
| 46 | 140166 | Ellis, Craig | Watts Guerra, LLP |
| 47 | 140184 | Hicks, Antonio | Watts Guerra, LLP |
| 48 | 140185 | Johnson, Robert | Watts Guerra, LLP |
| 49 | 140187 | Boyer, Clint | Watts Guerra, LLP |
| 50 | 140189 | Manning, Timothy | Watts Guerra, LLP |
| 51 | 140191 | Stenzinger, Ryan | Watts Guerra, LLP |
| 52 | 140219 | Gonzalez-Bula, Jose | Watts Guerra, LLP |
| 53 | 140231 | Nessmith, Beufort | Watts Guerra, LLP |
| 54 | 140233 | Gibbs, Jerrod | Watts Guerra, LLP |
| 55 | 140235 | Galford, Joel | Watts Guerra, LLP |
| 56 | 140239 | Hoskins, Casey | Watts Guerra, LLP |
| 57 | 140251 | Gilfether, Kevin | Watts Guerra, LLP |
| 58 | 140264 | Hurley, James | Watts Guerra, LLP |
| 59 | 140277 | Wyatt, Colby | Watts Guerra, LLP |
| 60 | 140307 | Walton, Samuel | Watts Guerra, LLP |
| 61 | 140313 | Springman, Shawnne | Watts Guerra, LLP |
| 62 | 140332 | Zager, Benjamin | Watts Guerra, LLP |
| 63 | 140458 | Ademoye, Adedayo | Watts Guerra, LLP |
| 64 | 140463 | Houseweart, Jason | Watts Guerra, LLP |
| 65 | 140465 | Bertram, James | Watts Guerra, LLP |
| 66 | 140467 | Gaskin, Charles | Watts Guerra, LLP |
| 67 | 140478 | Gay, Jeremy | Watts Guerra, LLP |
| 68 | 140480 | Walters, Willie | Watts Guerra, LLP |
| 69 | 140482 | Callaway, Colby | Watts Guerra, LLP |
| 70 | 140501 | Zamora, Bryant | Watts Guerra, LLP |
| 71 | 140503 | Goudeau, Guy Joshua | Watts Guerra, LLP |
| 72 | 140504 | Griffin, Jimmy | Watts Guerra, LLP |
| 73 | 140505 | Ehouse, Guy | Watts Guerra, LLP |
| 74 | 140514 | Mitchell, Aaron | Watts Guerra, LLP |
| 75 | 140521 | Longakit, Levi | Watts Guerra, LLP |
| 76 | 140522 | Cooper, Jacob | Watts Guerra, LLP |
| 77 | 140525 | ALLEN, JAMES | Watts Guerra, LLP |
| 78 | 140526 | Berends, Tyler | Watts Guerra, LLP |
| 79 | 140530 | Eastgate, Tyler | Watts Guerra, LLP |
| 80 | 140533 | Thyarion, Cliffton | Watts Guerra, LLP |
| 81 | 140535 | Hardy, Clayton | Watts Guerra, LLP |
| 82 | 140561 | Quintanar, Jose | Watts Guerra, LLP |
| 83 | 140573 | Fromdahl, Wayne | Watts Guerra, LLP |
| 84 | 140816 | Olivieri, Casey | Watts Guerra, LLP |
| 85 | 140834 | Parker, Aaron | Watts Guerra, LLP |
| 86 | 140961 | Acuff, Eric | Watts Guerra, LLP |
| 87 | 141006 | Powers, Mark | Watts Guerra, LLP |
| 88 | 141013 | Boggs, John | Watts Guerra, LLP |
| 89 | 141547 | Ramirez, Jesus | Watts Guerra, LLP |
| 90 | 141570 | Roberts, Christopher | Watts Guerra, LLP |

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION
EXHIBIT A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name |
|---|---|---|---|
| 91 | 141955 | Hall, Jared | Watts Guerra, LLP |
| 92 | 142035 | Hall, Jay L | Watts Guerra, LLP |
| 93 | 142133 | Bruckbauer, Michael | Watts Guerra, LLP |
| 94 | 142351 | Perez, Juan | Watts Guerra, LLP |
| 95 | 142390 | Boshell, Brian | Watts Guerra, LLP |
| 96 | 142505 | Fundo, Michael | Watts Guerra, LLP |
| 97 | 142527 | Hess, John | Watts Guerra, LLP |
| 98 | 142529 | HILL, ROBERT | Watts Guerra, LLP |
| 99 | 142533 | Iram, Adam | Watts Guerra, LLP |
| 100 | 142543 | Kerr, David | Watts Guerra, LLP |
| 101 | 142549 | Lambert, Jeffrey | Watts Guerra, LLP |
| 102 | 142569 | McKinnon, Caleb | Watts Guerra, LLP |
| 103 | 142570 | McMahan, Joshua | Watts Guerra, LLP |
| 104 | 142578 | NEW, ALBERT | Watts Guerra, LLP |
| 105 | 142585 | Pennington, Jon | Watts Guerra, LLP |
| 106 | 142587 | Phillips, Samuel | Watts Guerra, LLP |
| 107 | 142618 | Shelton, Christopher | Watts Guerra, LLP |
| 108 | 142698 | Boals, Steven | Watts Guerra, LLP |
| 109 | 142711 | Butler, Ricky | Watts Guerra, LLP |
| 110 | 142730 | Cook, Nathan | Watts Guerra, LLP |
| 111 | 142740 | Crouch, Justin | Watts Guerra, LLP |
| 112 | 142782 | Frick, Joel | Watts Guerra, LLP |
| 113 | 142806 | Haag, Ryan | Watts Guerra, LLP |
| 114 | 142807 | Haddix, Robert | Watts Guerra, LLP |
| 115 | 142815 | Hatfield, Michael | Watts Guerra, LLP |
| 116 | 142865 | Kozlowski, Michael | Watts Guerra, LLP |
| 117 | 142870 | Landers, Brian | Watts Guerra, LLP |
| 118 | 142882 | Liong, Quentin | Watts Guerra, LLP |
| 119 | 142981 | Rodriguez, Santiago | Watts Guerra, LLP |
| 120 | 142985 | ROULHAC, YALIK | Watts Guerra, LLP |
| 121 | 142989 | Sandlin, Michael | Watts Guerra, LLP |
| 122 | 143001 | Shilling, Lance | Watts Guerra, LLP |
| 123 | 143102 | Astudillo, Gino | Watts Guerra, LLP |
| 124 | 143237 | Caldwell, David | Watts Guerra, LLP |
| 125 | 143285 | Coffey, Jacob | Watts Guerra, LLP |
| 126 | 143407 | Evans, Troy | Watts Guerra, LLP |
| 127 | 143434 | Frank, Xavier | Watts Guerra, LLP |
| 128 | 143473 | Golden, Jason | Watts Guerra, LLP |
| 129 | 143482 | Graffree, William | Watts Guerra, LLP |
| 130 | 143521 | Hart, William | Watts Guerra, LLP |
| 131 | 143565 | Hopkins, Robert | Watts Guerra, LLP |
| 132 | 143601 | Jillson, Nathan | Watts Guerra, LLP |
| 133 | 143615 | Johnson, Nicholas | Watts Guerra, LLP |
| 134 | 143876 | Palmer, Raymond | Watts Guerra, LLP |
| 135 | 143986 | Russell, Nathan | Watts Guerra, LLP |

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION
EXHIBIT A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name |
|---|---|---|---|
| 136 | 144010 | Schletz, Cassandra | Watts Guerra, LLP |
| 137 | 144021 | SENGTHONG, ANOUSONE | Watts Guerra, LLP |
| 138 | 144111 | Taylor, Lonnie Joseph | Watts Guerra, LLP |
| 139 | 144164 | Vargas, Raul | Watts Guerra, LLP |
| 140 | 144190 | Weaver, Randy | Watts Guerra, LLP |
| 141 | 144239 | Wright, Chad | Watts Guerra, LLP |
| 142 | 144265 | Fulkerson, Charles | Watts Guerra, LLP |
| 143 | 144267 | Strickland, Benjamin | Watts Guerra, LLP |
| 144 | 152500 | Garcialomeli, Anthony | Watts Guerra, LLP |
| 145 | 152501 | Gomez, Pedro | Watts Guerra, LLP |
| 146 | 152503 | Hardcastle, Delrick | Watts Guerra, LLP |
| 147 | 152933 | BRAUDRICK, TIMOTHY | Berniard Law LLC |
| 148 | 153579 | DUMONT-VEGA, ANGEL LUIS | Mostyn Law |
| 149 | 153600 | KNIPP, LEBRAE | Rhine Law Firm, PC |
| 150 | 155200 | McCauley, Brian | The Lanier Law Firm |
| 151 | 155721 | UHL, CALVIN | Watts Guerra, LLP |
| 152 | 155722 | MCKEEVER, JASON | Watts Guerra, LLP |
| 153 | 155786 | LANS, MICHAEL | Watts Guerra, LLP |
| 154 | 155796 | TROIANO, TIMOTHY | Watts Guerra, LLP |
| 155 | 155852 | SANDERS, RUSTY | Watts Guerra, LLP |
| 156 | 155914 | ZARKEVICS, DARYL | Watts Guerra, LLP |
| 157 | 159455 | West, Nate | Watts Guerra, LLP |
| 158 | 159785 | Dang, Anthony | Watts Guerra, LLP |
| 159 | 161598 | Nelson, Aaron | Watts Guerra, LLP |
| 160 | 161851 | Young, Michael | Watts Guerra, LLP |
| 161 | 164407 | SKODOWSKI, JO ANN | Jensen & Associates |
| 162 | 173756 | COOK, JASON | Watts Guerra, LLP |
| 163 | 174069 | Armstrong, Kurtis | Watts Guerra, LLP |
| 164 | 174283 | TEST, TEST | BROWNGREER PLC |
| 165 | 183036 | TODD, WILSON ALLEN | Jensen & Associates |
| 166 | 190727 | HANSON, CHRISTOPHER J | Bennerotte & Associates, P.A. |
| 167 | 190728 | MISURACA, PAUL LAWRENCE | Bennerotte & Associates, P.A. |
| 168 | 194246 | GRAY, JAMES M | Bennerotte & Associates, P.A. |
| 169 | 194280 | OCONNOR, CHAD | Bennerotte & Associates, P.A. |
| 170 | 194313 | KIRCHNER, CHRISTOPHER | Bennerotte & Associates, P.A. |
| 171 | 202432 | Ferguson, Jeffrey | Watts Guerra, LLP |
| 172 | 202433 | Baylor, Chris | Watts Guerra, LLP |
| 173 | 202434 | Pardue, Nathaniel | Watts Guerra, LLP |
| 174 | 202435 | Stephens, Chris | Watts Guerra, LLP |
| 175 | 202436 | Carroll, Nathan | Watts Guerra, LLP |
| 176 | 202437 | Halterman, Daniel | Watts Guerra, LLP |
| 177 | 202438 | Smith, James | Watts Guerra, LLP |
| 178 | 202439 | Brooks, Jacob | Watts Guerra, LLP |
| 179 | 202440 | Cox, Shaun | Watts Guerra, LLP |
| 180 | 202441 | Witherspoon, Jeremy | Watts Guerra, LLP |

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name |
|---|---|---|---|
| 181 | 202442 | Ozuna, Valdemar | Watts Guerra, LLP |
| 182 | 202443 | Brand, Thomas | Watts Guerra, LLP |
| 183 | 202444 | Wilkerson, Andrew | Watts Guerra, LLP |
| 184 | 202445 | Nash, Robert | Watts Guerra, LLP |
| 185 | 202446 | Aguiar, Edward | Watts Guerra, LLP |
| 186 | 202447 | Lumpkin, Robert | Watts Guerra, LLP |
| 187 | 202448 | Fisher, Nathaniel | Watts Guerra, LLP |
| 188 | 202449 | Alger, Eric | Watts Guerra, LLP |
| 189 | 202450 | Brown, Kenneth | Watts Guerra, LLP |
| 190 | 202451 | Kidd, Bryan | Watts Guerra, LLP |
| 191 | 202452 | Leneham, Chad | Watts Guerra, LLP |
| 192 | 202453 | Fraipont, Clifford | Watts Guerra, LLP |
| 193 | 202454 | Johnson, John | Watts Guerra, LLP |
| 194 | 202455 | Fraysher, Tyler | Watts Guerra, LLP |
| 195 | 202456 | Habib, Joshua | Watts Guerra, LLP |
| 196 | 202457 | Armstrong, Jason | Watts Guerra, LLP |
| 197 | 202458 | Miller, Steven | Watts Guerra, LLP |
| 198 | 202459 | Medeiros, Jeremy | Watts Guerra, LLP |
| 199 | 202460 | Magee, Joshua | Watts Guerra, LLP |
| 200 | 202461 | Garcia, Miguel | Watts Guerra, LLP |
| 201 | 202462 | Dyson, Michael | Watts Guerra, LLP |
| 202 | 202463 | Callaham, Justin | Watts Guerra, LLP |
| 203 | 202464 | Mullinax, Timothy | Watts Guerra, LLP |
| 204 | 202465 | Holloway, William | Watts Guerra, LLP |
| 205 | 202466 | Gibson Player, Davin | Watts Guerra, LLP |
| 206 | 202467 | Bevins, Jesse | Watts Guerra, LLP |
| 207 | 202469 | Garner, Trevor | Watts Guerra, LLP |
| 208 | 202470 | Gerord, Emmanuel | Watts Guerra, LLP |
| 209 | 202471 | Wilson, Nick | Watts Guerra, LLP |
| 210 | 202472 | Frazier, Charles | Watts Guerra, LLP |
| 211 | 202473 | Butler, Kyle | Watts Guerra, LLP |
| 212 | 202474 | Johnston, Joseph | Watts Guerra, LLP |
| 213 | 202476 | MCKENNA, JOSHUA | Watts Guerra, LLP |
| 214 | 202477 | Allen, Colby | Watts Guerra, LLP |
| 215 | 202478 | Campbell, William | Watts Guerra, LLP |
| 216 | 202479 | Charles, Fritz | Watts Guerra, LLP |
| 217 | 202480 | Aldal, Timothy | Watts Guerra, LLP |
| 218 | 202481 | Bunce, David | Watts Guerra, LLP |
| 219 | 202482 | Gunzenhauser, Chad | Watts Guerra, LLP |
| 220 | 202483 | BECK, JAMES | Watts Guerra, LLP |
| 221 | 202484 | Poindexter, Ronnie | Watts Guerra, LLP |
| 222 | 202485 | Obara, Kyle | Watts Guerra, LLP |
| 223 | 202486 | Victory, Jason | Watts Guerra, LLP |
| 224 | 202487 | Darnell, Chad | Watts Guerra, LLP |
| 225 | 202488 | Graves, Steven | Watts Guerra, LLP |

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION
EXHIBIT A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name |
|---|---|---|---|
| 226 | 202489 | Misquez, Edward | Watts Guerra, LLP |
| 227 | 202490 | Reaux, Torey | Watts Guerra, LLP |
| 228 | 202491 | Yellowhorse, Uriah | Watts Guerra, LLP |
| 229 | 202492 | Singleton, Dennis | Watts Guerra, LLP |
| 230 | 202493 | Dixon, Joseph | Watts Guerra, LLP |
| 231 | 202496 | Fuhrman, Nathan | Watts Guerra, LLP |
| 232 | 202497 | RANDALL, THOMAS | Watts Guerra, LLP |
| 233 | 202499 | Rogers, Ryan | Watts Guerra, LLP |
| 234 | 202500 | Codrington, David | Watts Guerra, LLP |
| 235 | 202501 | Beggs, James | Watts Guerra, LLP |
| 236 | 202502 | Trujillo, Lawrence | Watts Guerra, LLP |
| 237 | 202503 | Greiner, Jeremy K | Watts Guerra, LLP |
| 238 | 202504 | Downing, Timothy | Watts Guerra, LLP |
| 239 | 202505 | Khan, Nasir | Watts Guerra, LLP |
| 240 | 202506 | Mcvoy, Rex | Watts Guerra, LLP |
| 241 | 202507 | Donovan, Jason | Watts Guerra, LLP |
| 242 | 202508 | Flohr, Benjamin | Watts Guerra, LLP |
| 243 | 202509 | Oman, Marcel | Watts Guerra, LLP |
| 244 | 202510 | Carlson, Jesse | Watts Guerra, LLP |
| 245 | 202511 | Lovin, Michael | Watts Guerra, LLP |
| 246 | 202512 | Powell, Justin | Watts Guerra, LLP |
| 247 | 202513 | Duncan, James | Watts Guerra, LLP |
| 248 | 202514 | Weaver, Jody | Watts Guerra, LLP |
| 249 | 202515 | Tarlton, Robert | Watts Guerra, LLP |
| 250 | 202516 | Powell, Andrez | Watts Guerra, LLP |
| 251 | 202517 | Sanderson, Jacob | Watts Guerra, LLP |
| 252 | 202519 | Schell, Donnie | Watts Guerra, LLP |
| 253 | 202520 | Sullivan, Daniel | Watts Guerra, LLP |
| 254 | 202521 | CUNNINGHAM, DANIEL | Watts Guerra, LLP |
| 255 | 202522 | Hardy, Brannick | Watts Guerra, LLP |
| 256 | 202524 | Pecina, Pablo | Watts Guerra, LLP |
| 257 | 202526 | Smillie, Zachary | Watts Guerra, LLP |
| 258 | 202527 | Westfahl, Justin | Watts Guerra, LLP |
| 259 | 202528 | Maldonado, Leroy | Watts Guerra, LLP |
| 260 | 202529 | Fox, Christopher | Watts Guerra, LLP |
| 261 | 202533 | WILLIAMS, JOSEPH | Watts Guerra, LLP |
| 262 | 202563 | White, Scott | Watts Guerra, LLP |
| 263 | 202571 | Martinez, Carlos | Watts Guerra, LLP |
| 264 | 209668 | GUILLORY, LAMONT | Douglas & London |
| 265 | 253021 | Graham, Travis | The Simon Law Firm, P.C. |
| 266 | 276586 | Mills, Robert Edgar | The Simon Law Firm, P.C. |
| 267 | 279611 | MARTINEZ, JESUS | Bailey & Glasser |
| 268 | 293216 | Luna, Phillip | Bennerotte & Associates, P.A. |
| 269 | 304728 | MCVAY, DAVID | Pogust Millrood, LLC |
| 270 | 304734 | PONCIANO, GARY A | Pogust Millrood, LLC |

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name |
|---|---|---|---|
| 271 | 304737 | TUTTLE, RYAN | Pogust Millrood, LLC |
| 272 | 304738 | GWINN, JOSEPH | Pogust Millrood, LLC |
| 273 | 304740 | BORING, LAWRENCE | Pogust Millrood, LLC |
| 274 | 304743 | FARRANT, JAMES | Pogust Millrood, LLC |
| 275 | 315641 | Joplin, Derone West | Bailey & Glasser |
| 276 | 315736 | Zhagui-Paredes, William | Bailey & Glasser |
| 277 | 317390 | GIBSON, GARY | Morris Bart, LLC |
| 278 | 317504 | Beierman, Jeffrey | The Simon Law Firm, P.C. |
| 279 | 320516 | Madden, Johnny | Douglas & London |
| 280 | 320874 | Cannon, Tyrice | Morris Bart, LLC |
| 281 | 323750 | Houston, John | Allen & Nolte, PLLC |
| 282 | 323752 | MELENDEZ-GONZALEZ, CARLOS | Allen & Nolte, PLLC |
| 283 | 323753 | Thomas, Christopher | Allen & Nolte, PLLC |
| 284 | 325377 | Artiaga, Rod | Carey Danis & Lowe |
| 285 | 325378 | Averyheart, Troy | Carey Danis & Lowe |
| 286 | 325379 | Barajas, Jose | Carey Danis & Lowe |
| 287 | 325380 | Benjock, Ronald | Carey Danis & Lowe |
| 288 | 325381 | Bernard, Clive | Carey Danis & Lowe |
| 289 | 325382 | Bisson, Andrew | Carey Danis & Lowe |
| 290 | 325383 | Boehm, Daniel | Carey Danis & Lowe |
| 291 | 325385 | Boykins, Robert | Carey Danis & Lowe |
| 292 | 325386 | Bradley, James | Carey Danis & Lowe |
| 293 | 325387 | Clair, Dustin | Carey Danis & Lowe |
| 294 | 325388 | Dodson, Lawson | Carey Danis & Lowe |
| 295 | 325389 | Drummond, Kia | Carey Danis & Lowe |
| 296 | 325390 | Dunbar, Ami | Carey Danis & Lowe |
| 297 | 325391 | Fairbanks, Mark | Carey Danis & Lowe |
| 298 | 325392 | Fitzpatrick, Joseph | Carey Danis & Lowe |
| 299 | 325393 | Gerstel, Joshua | Carey Danis & Lowe |
| 300 | 325394 | Greenlee, Kevin | Carey Danis & Lowe |
| 301 | 325395 | Hinton, Sean | Carey Danis & Lowe |
| 302 | 325396 | Mccall, Marc | Carey Danis & Lowe |
| 303 | 325397 | Myrick, Robert | Carey Danis & Lowe |
| 304 | 325398 | Nash, Reginald | Carey Danis & Lowe |
| 305 | 325399 | Raasch, Christopher | Carey Danis & Lowe |
| 306 | 325400 | Ribordy, Jeremy | Carey Danis & Lowe |
| 307 | 325401 | Roach, Dominick | Carey Danis & Lowe |
| 308 | 325402 | Rollins, Jeffrey | Carey Danis & Lowe |
| 309 | 325403 | Rotman, Michael | Carey Danis & Lowe |
| 310 | 325404 | Santos, Solimar | Carey Danis & Lowe |
| 311 | 325405 | Sykes, Philip | Carey Danis & Lowe |
| 312 | 325406 | Tucker, Martin | Carey Danis & Lowe |
| 313 | 325407 | Ward, Mykah | Carey Danis & Lowe |
| 314 | 325408 | Wells, Kirby | Carey Danis & Lowe |
| 315 | 325409 | Whatley, Perry | Carey Danis & Lowe |

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION
EXHIBIT A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name |
|---|---|---|---|
| 316 | 325410 | Wilson, Christopher | Carey Danis & Lowe |
| 317 | 325411 | Youngblood, Andrew | Carey Danis & Lowe |
| 318 | 332109 | Walton, James | LANGSTON & LOTT, PLLC |
| 319 | 332555 | Nolan, Jonathan | Pulaski Law Firm, PLLC |
| 320 | 333545 | Murphy, James | The Carlson Law Firm |
| 321 | 333651 | Edwards, Doreanoe | The Carlson Law Firm |
| 322 | 334649 | COLLINS, FREDRICK KENDAL | Bryant Law Center |
| 323 | 349705 | CARBONELL, ROBERT | Brent Coon & Associates |
| 324 | 349706 | Goodwine, Eugene | Brent Coon & Associates |
| 325 | 349707 | Nelson, James | Brent Coon & Associates |
| 326 | 349709 | Nicaj, Tommy | Brent Coon & Associates |
| 327 | 349711 | Shephard, Sammie | Brent Coon & Associates |
| 328 | 349712 | Anderson, Charles | Brent Coon & Associates |
| 329 | 349713 | Vernon, Sheena | Brent Coon & Associates |
| 330 | 349714 | Sanders, Richard | Brent Coon & Associates |
| 331 | 349716 | Phillips, Damian | Brent Coon & Associates |
| 332 | 349717 | White, Bobby | Brent Coon & Associates |
| 333 | 349719 | Portentoso, Dana | Brent Coon & Associates |
| 334 | 349720 | Frazier, Sammy | Brent Coon & Associates |
| 335 | 349721 | Lawson, Terrell | Brent Coon & Associates |
| 336 | 349722 | Robinson, Reggie | Brent Coon & Associates |
| 337 | 349723 | Brown, Kevin | Brent Coon & Associates |
| 338 | 349724 | Cutler, Robert | Brent Coon & Associates |
| 339 | 349725 | Spratt, Christopher | Brent Coon & Associates |
| 340 | 349726 | Sira, Alberto | Brent Coon & Associates |
| 341 | 349727 | Zanetti, Michael | Brent Coon & Associates |
| 342 | 349729 | Wilson, Tony | Brent Coon & Associates |
| 343 | 349730 | Malinoski, David | Brent Coon & Associates |
| 344 | 349731 | Mitten, William | Brent Coon & Associates |
| 345 | 349732 | Chesson, Mathaniel | Brent Coon & Associates |
| 346 | 349733 | Cooksey, Sean | Brent Coon & Associates |
| 347 | 349734 | Harmon, Jarod | Brent Coon & Associates |
| 348 | 349735 | Ford, Darly | Brent Coon & Associates |
| 349 | 349736 | Izzard, Leroy | Brent Coon & Associates |
| 350 | 349737 | Caron, Darrell | Brent Coon & Associates |
| 351 | 349738 | McClain, Michael | Brent Coon & Associates |
| 352 | 349739 | Patterson, Shaunna | Brent Coon & Associates |
| 353 | 349740 | Thomas, Jim | Brent Coon & Associates |
| 354 | 349741 | Pittman, Calvin | Brent Coon & Associates |
| 355 | 349742 | Price, Jackie | Brent Coon & Associates |
| 356 | 349743 | Cook, Tony | Brent Coon & Associates |
| 357 | 349744 | Fugate, Brittany | Brent Coon & Associates |
| 358 | 349745 | Gonzalez, Tracey | Brent Coon & Associates |
| 359 | 349746 | Chavis, Jason | Brent Coon & Associates |
| 360 | 349747 | Robinson, Shawn | Brent Coon & Associates |

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name |
|---|---|---|---|
| 361 | 349748 | Brown, Levicia | Brent Coon & Associates |
| 362 | 349749 | HALL, BRANDON | Brent Coon & Associates |
| 363 | 349750 | Santos, Leander | Brent Coon & Associates |
| 364 | 349751 | Bedford, Michael | Brent Coon & Associates |
| 365 | 349752 | Culoso, Joseph | Brent Coon & Associates |
| 366 | 349753 | Stewart, Kyle | Brent Coon & Associates |
| 367 | 349754 | Springs, Allan | Brent Coon & Associates |
| 368 | 349755 | Cole, Darius | Brent Coon & Associates |
| 369 | 349756 | Clancy, Ian | Brent Coon & Associates |
| 370 | 349757 | Brown, Brandon | Brent Coon & Associates |
| 371 | 349758 | Gafney, Michael | Brent Coon & Associates |
| 372 | 349759 | Williams, Terald | Brent Coon & Associates |
| 373 | 349760 | Nelson, Tenise | Brent Coon & Associates |
| 374 | 349761 | Branson, Stanley | Brent Coon & Associates |
| 375 | 349762 | Calderone, Keith | Brent Coon & Associates |
| 376 | 349763 | Frazier, Samuel | Brent Coon & Associates |
| 377 | 349764 | Brown, Sean | Brent Coon & Associates |
| 378 | 349765 | Santana Gingras, Brieyana | Brent Coon & Associates |
| 379 | 349766 | Stockton, Michael | Brent Coon & Associates |
| 380 | 349768 | Torres, Paul | Brent Coon & Associates |
| 381 | 349770 | Baldwin, Uriah | Brent Coon & Associates |
| 382 | 349771 | Wilder, William | Brent Coon & Associates |
| 383 | 349772 | Vega, Walbert | Brent Coon & Associates |
| 384 | 349773 | Evans, Chris | Brent Coon & Associates |
| 385 | 349775 | O'Connor, Kevin | Brent Coon & Associates |
| 386 | 349776 | Vierra, Philip | Brent Coon & Associates |
| 387 | 349777 | Pittman, Gregory | Brent Coon & Associates |
| 388 | 349778 | YOUNG, DAVID | Brent Coon & Associates |
| 389 | 349779 | WILLIAMS, JONATHAN | Brent Coon & Associates |
| 390 | 349780 | Zander, Cody | Brent Coon & Associates |
| 391 | 349781 | Gueye, Lamine | Brent Coon & Associates |
| 392 | 349782 | Ianelli, Douglas | Brent Coon & Associates |
| 393 | 349783 | Hall, Anthony | Brent Coon & Associates |
| 394 | 349784 | Lebron, Jorge | Brent Coon & Associates |
| 395 | 349785 | Terrell, Jeannie | Brent Coon & Associates |
| 396 | 349786 | Mraczek, Thomas | Brent Coon & Associates |
| 397 | 349787 | Manly, Douglas | Brent Coon & Associates |
| 398 | 349788 | Balough, Nathaniel | Brent Coon & Associates |
| 399 | 349789 | Faggart, James | Brent Coon & Associates |
| 400 | 349790 | Parker, Adam | Brent Coon & Associates |
| 401 | 349791 | Lorenz, Timothy | Brent Coon & Associates |
| 402 | 349792 | Firster, Gary | Brent Coon & Associates |
| 403 | 349794 | Chisolm, Terrance | Brent Coon & Associates |
| 404 | 349795 | Whitson, Nathaniel | Brent Coon & Associates |
| 405 | 349796 | Burroughs, James | Brent Coon & Associates |

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION
EXHIBIT A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name |
| --- | --- | --- | --- |
| 406 | 349797 | Schroeder, Xavier | Brent Coon & Associates |
| 407 | 349798 | Proffer, Scott | Brent Coon & Associates |
| 408 | 349799 | Martin, Kathia | Brent Coon & Associates |
| 409 | 349800 | Rodriguez, Wilmer | Brent Coon & Associates |
| 410 | 349801 | Rodriguez, Wilfredo | Brent Coon & Associates |
| 411 | 349802 | Travis, Gary | Brent Coon & Associates |
| 412 | 349803 | Lopez, Robert | Brent Coon & Associates |
| 413 | 349805 | Durden, Jantez | Brent Coon & Associates |
| 414 | 349806 | Gray, Samuel | Brent Coon & Associates |
| 415 | 349807 | Betts, Rayford | Brent Coon & Associates |
| 416 | 349808 | Meyer, Jeremy | Brent Coon & Associates |
| 417 | 349809 | Jimenez, Pedro | Brent Coon & Associates |
| 418 | 349810 | Bourlet, Jerry | Brent Coon & Associates |
| 419 | 349811 | Gonzales, Roberto | Brent Coon & Associates |
| 420 | 349813 | Babcock, Gregory | Brent Coon & Associates |
| 421 | 349814 | Christensen, Matthew | Brent Coon & Associates |
| 422 | 349815 | Hoang, John | Brent Coon & Associates |
| 423 | 349816 | Gamboa, Beatrice | Brent Coon & Associates |
| 424 | 349817 | McKnight, Garryton | Brent Coon & Associates |
| 425 | 349818 | Smith, Zacary | Brent Coon & Associates |
| 426 | 350704 | MOISANT, BRIAN | Charles E. Boyk Law Offices, LLC |
| 427 | 350705 | KONSCHNIK, PAUL | Charles E. Boyk Law Offices, LLC |
| 428 | 350706 | JAMES, JEREMY | Charles E. Boyk Law Offices, LLC |
| 429 | 350707 | WEBBER, CORY | Charles E. Boyk Law Offices, LLC |
| 430 | 350708 | ZITZELBERGER, MATTHEW R | Charles E. Boyk Law Offices, LLC |
| 431 | 350709 | GLAVIC, EDWARD | Charles E. Boyk Law Offices, LLC |
| 432 | 350710 | REMARAIS, STIVENS | Charles E. Boyk Law Offices, LLC |
| 433 | 350711 | Wilson, Michael | Charles E. Boyk Law Offices, LLC |
| 434 | 350715 | DAWSEY, SAMUEL | Charles E. Boyk Law Offices, LLC |
| 435 | 350718 | SAWYERS, ANTHONY | Charles E. Boyk Law Offices, LLC |
| 436 | 350728 | WALLER, SANDRA | Bertram & Graf, L.L.C. |
| 437 | 350933 | Burgos, Eddie | Brent Coon & Associates |
| 438 | 350940 | Bowser, Nathaniel | Brent Coon & Associates |
| 439 | 350941 | Myers, Matthew | Brent Coon & Associates |
| 440 | 350943 | Skillern, Elliot | Brent Coon & Associates |
| 441 | 350944 | Bennett, Cedrick | Brent Coon & Associates |
| 442 | 350947 | Griffin, Anthony | Brent Coon & Associates |
| 443 | 350949 | Clegg, Robert | Brent Coon & Associates |
| 444 | 350950 | Remmel, Donald | Brent Coon & Associates |
| 445 | 350951 | HAYES, NATHAN | Brent Coon & Associates |
| 446 | 350952 | Kinder, Matthew | Brent Coon & Associates |
| 447 | 350953 | Parker, Ryan | Brent Coon & Associates |
| 448 | 350955 | Estes, Mariah | Brent Coon & Associates |
| 449 | 350961 | Jaskolski, Jeffrey | Brent Coon & Associates |
| 450 | 350963 | Fox, Brian | Brent Coon & Associates |

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION
EXHIBIT A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name |
| --- | --- | --- | --- |
| 451 | 350964 | Ciscell, Darrel | Brent Coon & Associates |
| 452 | 350971 | Chiasson, Dwayne | Brent Coon & Associates |
| 453 | 350972 | Mack, Ashlei | Brent Coon & Associates |
| 454 | 350979 | Podczarski, Tomasz | Brent Coon & Associates |
| 455 | 350983 | Daigoras, Michael | Brent Coon & Associates |
| 456 | 350984 | Smith, Shanequa | Brent Coon & Associates |
| 457 | 350989 | Faustin, Mcandraw | Brent Coon & Associates |
| 458 | 350991 | Foster, Charles | Brent Coon & Associates |
| 459 | 350992 | Galaviz, Julio | Brent Coon & Associates |
| 460 | 350993 | Williams, Kael | Brent Coon & Associates |
| 461 | 350997 | Long, Travis | Brent Coon & Associates |
| 462 | 350998 | Chesser, Jordan | Brent Coon & Associates |
| 463 | 350999 | GONZALEZ, ALVARO | Brent Coon & Associates |
| 464 | 351001 | Dennis, Sarah | Charles E. Boyk Law Offices, LLC |
| 465 | 351214 | Smith, Kendall | Laminack Pirtle & Martines |
| 466 | 351218 | Robinson, Christopher | Laminack Pirtle & Martines |
| 467 | 352090 | Ruiz, Francisco | Environmental Litigation Group PC |
| 468 | 352305 | Mendez, Michael Anthony | Environmental Litigation Group PC |
| 469 | 352308 | Brown, Steven Jacob | Environmental Litigation Group PC |
| 470 | 352309 | Lennert, Timothy Matthew | Environmental Litigation Group PC |
| 471 | 352325 | Collins, Blake Xavier | Environmental Litigation Group PC |
| 472 | 352336 | Armstrong, Billy Dean | Environmental Litigation Group PC |
| 473 | 352340 | Posey, Ryan | Environmental Litigation Group PC |
| 474 | 352353 | Marvin, Peter David | Environmental Litigation Group PC |
| 475 | 352383 | Shannon, Danny Leroy | Environmental Litigation Group PC |
| 476 | 352388 | Gorski, Gary | Environmental Litigation Group PC |
| 477 | 352449 | MOORE, DANIEL | Environmental Litigation Group PC |
| 478 | 352585 | CLARK, ROBERT F | K. E. Bradley & Associates, PLLC |
| 479 | 353141 | Townley, Brandon | McSweeney/Langevin LLC |
| 480 | 353142 | Lewis, Nicholas | McSweeney/Langevin LLC |
| 481 | 353143 | Frewa, Joel | McSweeney/Langevin LLC |
| 482 | 353144 | Garey, Kenneth | McSweeney/Langevin LLC |
| 483 | 353145 | Ackman, Daniel | McSweeney/Langevin LLC |
| 484 | 353147 | Barber, Patrick | McSweeney/Langevin LLC |
| 485 | 353148 | Morgan, Quinton | McSweeney/Langevin LLC |
| 486 | 353149 | Osborn, Aaron | McSweeney/Langevin LLC |
| 487 | 353150 | Seppala, Timothy | McSweeney/Langevin LLC |
| 488 | 353153 | Chilton, Ronald | McSweeney/Langevin LLC |
| 489 | 353154 | Tedford, John | McSweeney/Langevin LLC |
| 490 | 353155 | Hedquist, Joel | McSweeney/Langevin LLC |
| 491 | 353156 | Reis, Jeremy | McSweeney/Langevin LLC |
| 492 | 353157 | Dube, Clinton | McSweeney/Langevin LLC |
| 493 | 353158 | Wilson, Mark | McSweeney/Langevin LLC |
| 494 | 353159 | Ware, Alan | McSweeney/Langevin LLC |
| 495 | 353160 | Whipple, Justin | McSweeney/Langevin LLC |

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION
EXHIBIT A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name |
|---|---|---|---|
| 496 | 353161 | Bongard, Jonathan | McSweeney/Langevin LLC |
| 497 | 355076 | PLAINTIFF, TEST | BROWNGREER PLC |
| 498 | 355573 | EDUARD, LORDUY | Charles E. Boyk Law Offices, LLC |
| 499 | 356517 | WILLIS, LAKESHA EVETTE | Environmental Litigation Group PC |
| 500 | 356528 | BROWN, BOBBY RAY | Thomas J Henry |
| 501 | 356837 | Palmer, Tracey-Ann Trecia'Gaye | Environmental Litigation Group PC |
| 502 | 356839 | McDonald, Tonee Rochelle | Environmental Litigation Group PC |
| 503 | 356841 | Martin, Carlette Laura | Environmental Litigation Group PC |
| 504 | 356842 | Simmons, Billy Earl | Environmental Litigation Group PC |
| 505 | 356844 | Peck, Michael James | Environmental Litigation Group PC |
| 506 | 356845 | Garcia, Marco Antonio | Environmental Litigation Group PC |
| 507 | 356849 | Wade-Jones, Dommeliq Ashton | Environmental Litigation Group PC |
| 508 | 356850 | TORRES, MICHAEL ALAN | Environmental Litigation Group PC |
| 509 | 356851 | Taylor, Jason David | Environmental Litigation Group PC |
| 510 | 356862 | Slepko, John Williams | Environmental Litigation Group PC |
| 511 | 356863 | Johnston, Timothy Titus | Environmental Litigation Group PC |
| 512 | 356867 | RODRIGUEZ, MATTHEW CHRISTIAN | Environmental Litigation Group PC |
| 513 | 356872 | Stanton, Tina Louise | Environmental Litigation Group PC |
| 514 | 356873 | Stacks, Paul Edwin | Environmental Litigation Group PC |
| 515 | 356874 | Saucier, Robert Scott | Environmental Litigation Group PC |
| 516 | 356876 | Surgener, Kelvin T | Environmental Litigation Group PC |
| 517 | 356877 | Palmer, Ashley Nicole | Environmental Litigation Group PC |
| 518 | 356881 | Parsons, Roger James | Environmental Litigation Group PC |
| 519 | 356882 | Lutali, Victor Joseph | Environmental Litigation Group PC |
| 520 | 356885 | Walston, James Cullen | Environmental Litigation Group PC |
| 521 | 356899 | Whereatt, Joshua David | Environmental Litigation Group PC |
| 522 | 356900 | Main, Scott Randall | Environmental Litigation Group PC |
| 523 | 356902 | Powell, Bobby Lee | Environmental Litigation Group PC |
| 524 | 356905 | Perkins, Henry Lee Carter | Environmental Litigation Group PC |
| 525 | 356907 | Ruiz, Otoniel | Environmental Litigation Group PC |
| 526 | 357210 | WEAVER, BRENT ALAN | Environmental Litigation Group PC |
| 527 | 357394 | AVES, XAVIER | Thomas J Henry |
| 528 | 357436 | SMOOT, TOSMO | The Ferraro Law Firm |
| 529 | 357460 | Prewitt, David R. | Thomas J Henry |
| 530 | 357477 | MARTIN, KENNETH | D. Miller & Associates, PLLC |
| 531 | 357487 | Young, Thomas G | D. Miller & Associates, PLLC |
| 532 | 357491 | Vineyard, Noey Franklin | D. Miller & Associates, PLLC |
| 533 | 357511 | Jarvis, Derrick Tyrone | D. Miller & Associates, PLLC |
| 534 | 357512 | Roland, Clarence | D. Miller & Associates, PLLC |
| 535 | 357520 | Mahan, David Randall | D. Miller & Associates, PLLC |
| 536 | 357521 | Gaskin, Charles Erin | D. Miller & Associates, PLLC |
| 537 | 357522 | Lugenbell, Randy Allen | D. Miller & Associates, PLLC |
| 538 | 357523 | Dietiker, Jeffery Michael | D. Miller & Associates, PLLC |
| 539 | 357527 | Mosley, Charles Roy | D. Miller & Associates, PLLC |
| 540 | 357535 | Taetuli, Vaitogi Sani | D. Miller & Associates, PLLC |

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION
EXHIBIT A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name |
|---|---|---|---|
| 541 | 357552 | Taeoalii, Fotu Stephen | D. Miller & Associates, PLLC |
| 542 | 357617 | Williams, Mary | Heninger Garrison Davis, LLC |
| 543 | 357916 | LOVEJOY, STEPHEN D | Cooney & Conway |
| 544 | 357984 | ROY, JOHN | Heninger Garrison Davis, LLC |
| 545 | 358973 | FREDERICK, ROBERT JONATHAN | Keller Lenkner |