# The Supreme Court of Mississippi



### Certificate of Good Standing

I, D. Jeremy Whitmire, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Leah Nichols Ledford** was duly and legally admitted to practice law before the Supreme Court of Mississippi on May 4, 2004, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on April 14, 2022, with the seal of the Supreme Court of Mississippi affixed.

The Supreme Court of Mississippi

CLERK