# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Ronald D. Baker, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Plaintiff, Phillip Baker, resides in Florida and is a resident of the State of Florida.

2. Ronald D. Baker is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Georgia. A copy of the Certificate of Good Standing from the Supreme Court of the State of Georgia dated within 30 days of this Motion is attached hereto as Exhibit "A."

3. Ronald D. Baker has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number **FLND16475512265897** and completed the CM/ECF Online Tutorials.

4. Ronald D. Baker has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Ronald D. Baker has upgraded his PACER account to "NextGen."

6. Movant represents Plaintiff, Phillip Baker.

WHEREFORE, Ronald D. Baker respectfully requests that this Court enter an Order granting Ronald D. Baker of BAKER & COMPANY LAW GROUP, *pro hac vice* in this case.

Respectfully submitted on this 17th day of April 2022.

/RONALD D. BAKER/
Ronald D. Baker
GA Bar No. 988361
**BAKER & COMPANY LAW GROUP**
2475 Northwinds Parkway
Suite 200
Alpharetta, GA 30009
Tel: (404) 300-3515
rb@bakercolaw.com

Counsel for Plaintiff *Phillip Baker*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 17th day of April 2022.

/Ronald D. Baker/
Ronald D. Baker
GA Bar No. 988361



# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Mr. Ronald Darrell Baker
Baker & Company Patent Law Consultants LLC
11877 Douglas Road Suite 102191
Alpharetta, GA  30005
UNITED STATES

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 11/02/2017 |
| **BAR NUMBER:** | 988361 |
| **TODAY'S DATE:** | 04/01/2022 |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brinda Lovvorn*

Official Representative of the State Bar of Georgia

---

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435