UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Vaughn,* Case No. 7:20-cv-134 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**VERIFICATION OF COMPLIANCE WITH PRETRIAL ORDER NO. 4 AND DESTRUCTION OF JUROR QUESTIONNAIRES**

Doug Monsour and John Quinn as Counsel of Record for Plaintiff Jonathan Vaughn accept responsibility for the juror questionnaires received electronically through CM/ECF for the bellwether trial in the above-captioned cases. As Officers of the Court, we personally verify that no one beyond the individuals listed below reviewed the juror questionnaires, that we and these individuals complied with the terms of Pretrial Order No. 4, and that all hard and electronic copies of the questionnaires were destroyed following completion of jury selection on April 18, 2022.

The individuals who reviewed the juror questionnaires are (please list full name and law firm or other employer):

1. Doug Monsour – The Monsour Law Firm

2. Katy Krottinger – The Monsour Law Firm

3. Bryan Aylstock – Aylstock Witkin Kreis & Overholtz

1

4. Jennifer Hoekstra – Aylstock Witkin Kreis & Overholtz

5. John Quinn – Quinn Emanuel Urquhart & Sullivan

6. Adam Wolfson - Quinn Emanuel Urquhart & Sullivan

7. Matt Hosen - Quinn Emanuel Urquhart & Sullivan

8. Tom Pirtle – Laminack Pirtle & Martines, LLP

9. Michael A. Burns – Burns Law LLC

10. Bradley Honnold – Goza & Honnold

Dated: April 18, 2022

Respectfully submitted:

s/ Bryan F. Aylstock
Bryan F. Aylstock, FL Bar No. 78263
Bobby J. Bradford, FL Bar No. 173223
Daniel J. Thornburgh, FL Bar No. 42661
Jennifer M. Hoekstra, LA Bar No. 31476
(Admitted Pro Hac Vice)
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC
baylstock@awkolaw.com
BBradford@awkolaw.com
DThornburgh@awkolaw.com
jhoekstra@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

Douglas C. Monsour
Texas Bar Number 00791289
Katharine Krottinger
Texas Bar No. 24077257
THE MONSOUR LAW FIRM
doug@monsourlawfirm.com
katy@monsourlawfirm.com

404 N. Green Street
Longview, Texas 75601
Telephone: (903) 758-5757
Fax: (903) 230-5010

John B. Quinn
California Bar No. 90378
Adam Wolfson
California Bar No. 262125
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
johnquinn@quinnemanuel.com
adamwolfson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

Matthew S. Hosen
Washington Bar No. 54855
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
matthosen@quinnemanuel.com
1109 1st Avenue, Suite 210
Seattle, WA 98101
Telephone: (703) 674-823

Andre M. Mura
California Bar No. 298541
(Admitted Pro Hac Vice)
GIBBS LAW GROUP LLP
amm@classlawgroup.com
505 14th St., Suite 1110
Oakland, California 94612
Telephone: (510) 350-9717
Facsimile: (510) 350-9701

Nicole C. Berg
Illinois Bar No. 6305464
(Admitted Pro Hac Vice)
KELLER LENKNER LLC
ncb@kellerlenkner.com
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220

Gerard L. Guerra, MO Bar No. 42703
(Admitted Pro Hac Vice)
ONDER LAW, LLC
Guerra@onderlaw.com
110 E. Lockwood Ave.
St. Louis, MO 63119
Phone: (314) 408-6136

Evan D. Buxner, IL Bar No. 6221006
(Admitted Pro Hac Vice)
GORI JULIAN & ASSOCIATES
evan@gorilaw.com
156 N. Main St.
Edwardsville, IL 62025
Phone: (618) 659-9833

Lindsey N. Scarcello
Missouri Bar No. 66199
WAGSTAFF & CARTMELL LLP
lscarcello@wcllp.com
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
Telephone: 816-701-1100

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2022, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

                                              */s/ Bryan F. Aylstock*