UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION <br><br> Document Relates to: <br><br> *G. Butler,* 7:20cv83084-MCR-GRJ <br> *T. Carpenter,* 7:20cv82276-MCR-GRJ <br> *J. Cash,* 8:20cv33295-MCR-GRJ <br> *C. Christiansen,* 7:20cv04719-MCR-GRJ <br> *L. Chu,* 8:20cv12973-MCR-GRJ <br> *B. Davies,* 7:20cv83136-MCR-GRJ <br> *P. Dempsey,* 8:20cv12587-MCR-GRJ | Case No. 3:19-md-02885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lauren Russ of the law firm BOWMAN AND BROOKE LLP has been admitted to practice in this Court and hereby enters her appearances as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC. Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

Respectfully submitted,

*/s/ Lauren Russ*
Lauren Russ (*Pro Hac Vice*)

        MN Bar No. 0402811
        **BOWMAN AND BROOKE LLP**
        150 South 5th Street
        Suite 3000
        Minneapolis, MN 55402
        Tel: (612) 656-4017
        lauren.russ@bowmanandbrooke.com

        Counsel for Defendants *3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Dated: April 18, 2022

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 18th day of April 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Lauren Russ*
Lauren Russ (*Pro Hac Vice*)
MN Bar No. 0402811
