# Exhibit B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**EXHIBIT B TO MOTION TO APPEAR *PRO HAC VICE*
RELATED CASES**

| Case No. | Name |
|---|---|
| 8:20-cv-18380-MCR-GRJ | LLOYD v. 3M COMPANY et al |
| 8:20-cv-18068-MCR-GRJ | DUPREE v. 3M COMPANY et al |