**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER ON MOTION TO APPEAR *PRO HAC VICE*

Movant, Eugene A. Arbaugh, Jr., having filed his Motion to Appear *Pro Hac Vice*, and the Court, having reviewed and examined said Motion, and being duly advised, hereby **GRANTS** the motion and admits Eugene A. Arbaugh, Jr., *pro hac vice*, in this litigation.

So ordered this _____ day of _____, 2022.

_____

_____
UNITED STATES DISTRICT COURT JUDGE