UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No.: 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |
| This Document Relates to:<br>*Jonathan Vaughn*<br>Case No. 7:20-cv-00134 | |

## VERIFICATION OF COMPLIANCE WITH PRETRIAL ORDER NO. 4 AND DESTRUCTION OF JUROR QUESTIONNAIRES

I, Robert C. Brock, Mark W. Premo-Hopkins, Erin C. Johnston, Nicholas F. Wasdin, and James A. D'Cruz, as Counsel of Record for 3M Defendants, accept responsibility for the juror questionnaires received via email for the bellwether trial in the above-captioned case. As Officers of the Court, we personally verify that no one beyond the individuals listed below reviewed the juror questionnaires, that we and these individuals complied with the terms of Pretrial Order No. 4, and that all hard and electronic copies of the questionnaires were destroyed following completion of jury selection on April 18, 2022.

The individuals who reviewed the juror questionnaires are:

1. Robert C. Brock, Kirkland & Ellis LLP

2. Mark W. Premo-Hopkins, Kirkland & Ellis LLP

3. Erin C. Johnston, Kirkland & Ellis LLP

1

4. Nicholas F. Wasdin, Kirkland & Ellis LLP

5. James A. D'Cruz, Kirkland & Ellis LLP

6. Jill Leibold, Litigation Insights

7. Nick Polavin, Litigation Insights

Dated: April 18, 2022                               /s/ Robert C. Brock
                                                    Robert C. "Mike" Brock
                                                    KIRKLAND & ELLIS LLP
                                                    1301 Pennsylvania Avenue, N.W.
                                                    Washington, D.C. 20004
                                                    Telephone: (202) 389-5991
                                                    mike.brock@kirkland.com

                                                    Mark J. Nomellini
                                                    Mark W. Premo-Hopkins
                                                    Erin C. Johnston
                                                    KIRKLAND & ELLIS LLP
                                                    300 North LaSalle
                                                    Chicago, Illinois 60654
                                                    Telephone: (312) 862-3254
                                                    mnomellini@kirkland.com
                                                    mark.premohopkins@kirkland.com
                                                    ejohnston@kirkland.com

                                                    *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 18th day of April 2022, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

Dated: April 18, 2022

/s/ Robert C. Brock
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo LLC*