# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, April 19, 2022 7:30 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Tuesday, April 19, 2022 12:29:25 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 4/19/2022 at 8:29 AM EDT and filed on 4/19/2022
**Case Name:**   IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   [MDL No. 2885](#)
**Filer:**
**Document Number:** [1656](#)

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-151) - 22 action(s)** *re: pldg. ([1637] in MDL No. 2885, 1 in MN/0:22-cv-00793, 1 in MN/0:22-cv-00804, 1 in MN/0:22-cv-00807, 1 in MN/0:22-cv-00808, 1 in MN/0:22-cv-00809, 1 in MN/0:22-cv-00812, 1 in MN/0:22-cv-00815, 1 in MN/0:22-cv-00816, 1 in MN/0:22-cv-00818, 1 in MN/0:22-cv-00819, 1 in MN/0:22-cv-00821, 1 in MN/0:22-cv-00824, 1 in MN/0:22-cv-00826, 1 in MN/0:22-cv-00827, 1 in MN/0:22-cv-00828, 1 in MN/0:22-cv-00831, 1 in MN/0:22-cv-00836, 1 in MN/0:22-cv-00842, 1 in MN/0:22-cv-00845, 1 in MN/0:22-cv-00847, 1 in MN/0:22-cv-00851, 1 in MN/0:22-cv-00853)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00793, MN/0:22-cv-00804, MN/0:22-cv-00807, MN/0:22-cv-00808, MN/0:22-cv-00809, MN/0:22-cv-00812, MN/0:22-cv-00815, MN/0:22-cv-00816,**

MN/0:22-cv-00818, MN/0:22-cv-00819, MN/0:22-cv-00821, MN/0:22-cv-00824, MN/0:22-cv-00826, MN/0:22-cv-00827, MN/0:22-cv-00828, MN/0:22-cv-00831, MN/0:22-cv-00836, MN/0:22-cv-00842, MN/0:22-cv-00845, MN/0:22-cv-00847, MN/0:22-cv-00851, MN/0:22-cv-00853 (JC)

| | |
|---|---|
| Case Name: | Wondrow v. 3M Company et al |
| Case Number: | MN/0:22-cv-00818 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-151) - 22 action(s)** *re: pldg. ( [1637] in MDL No. 2885, 1 in MN/0:22-cv-00793, 1 in MN/0:22-cv-00804, 1 in MN/0:22-cv-00807, 1 in MN/0:22-cv-00808, 1 in MN/0:22-cv-00809, 1 in MN/0:22-cv-00812, 1 in MN/0:22-cv-00815, 1 in MN/0:22-cv-00816, 1 in MN/0:22-cv-00818, 1 in MN/0:22-cv-00819, 1 in MN/0:22-cv-00821, 1 in MN/0:22-cv-00824, 1 in MN/0:22-cv-00826, 1 in MN/0:22-cv-00827, 1 in MN/0:22-cv-00828, 1 in MN/0:22-cv-00831, 1 in MN/0:22-cv-00836, 1 in MN/0:22-cv-00842, 1 in MN/0:22-cv-00845, 1 in MN/0:22-cv-00847, 1 in MN/0:22-cv-00851, 1 in MN/0:22-cv-00853)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00793, MN/0:22-cv-00804, MN/0:22-cv-00807, MN/0:22-cv-00808, MN/0:22-cv-00809, MN/0:22-cv-00812, MN/0:22-cv-00815, MN/0:22-cv-00816, MN/0:22-cv-00818, MN/0:22-cv-00819, MN/0:22-cv-00821, MN/0:22-cv-00824, MN/0:22-cv-00826, MN/0:22-cv-00827, MN/0:22-cv-00828, MN/0:22-cv-00831, MN/0:22-cv-00836, MN/0:22-cv-00842, MN/0:22-cv-00845, MN/0:22-cv-00847, MN/0:22-cv-00851, MN/0:22-cv-00853 (JC)**

| | |
|---|---|
| Case Name: | Bright v. 3M Company et al |
| Case Number: | MN/0:22-cv-00851 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-151) - 22 action(s)** *re: pldg. ( [1637] in MDL No. 2885, 1 in MN/0:22-cv-00793, 1 in MN/0:22-cv-00804, 1 in MN/0:22-cv-00807, 1 in MN/0:22-cv-00808, 1 in MN/0:22-cv-00809, 1 in MN/0:22-cv-00812, 1 in MN/0:22-cv-00815, 1 in MN/0:22-cv-00816, 1 in MN/0:22-cv-00818, 1 in MN/0:22-cv-00819, 1 in MN/0:22-cv-00821, 1 in MN/0:22-cv-00824, 1 in MN/0:22-cv-00826, 1 in MN/0:22-cv-00827, 1 in MN/0:22-cv-00828, 1 in MN/0:22-cv-00831, 1 in MN/0:22-cv-00836, 1 in MN/0:22-cv-00842, 1 in MN/0:22-cv-00845, 1 in MN/0:22-cv-00847, 1 in MN/0:22-cv-00851, 1 in MN/0:22-cv-00853)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00793, MN/0:22-cv-00804, MN/0:22-cv-00807, MN/0:22-cv-00808, MN/0:22-cv-00809, MN/0:22-cv-00812, MN/0:22-cv-00815, MN/0:22-cv-00816, MN/0:22-cv-00818, MN/0:22-cv-00819, MN/0:22-cv-00821, MN/0:22-cv-00824, MN/0:22-cv-00826, MN/0:22-cv-00827, MN/0:22-cv-00828, MN/0:22-cv-00831, MN/0:22-cv-00836, MN/0:22-cv-00842, MN/0:22-cv-00845, MN/0:22-cv-00847, MN/0:22-cv-00851, MN/0:22-cv-00853 (JC)**

| | |
|---|---|
| **Case Name:** | Jessen v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00821 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-151) - 22 action(s)** *re: pldg. ( [1637] in MDL No. 2885, 1 in MN/0:22-cv-00793, 1 in MN/0:22-cv-00804, 1 in MN/0:22-cv-00807, 1 in MN/0:22-cv-00808, 1 in MN/0:22-cv-00809, 1 in MN/0:22-cv-00812, 1 in MN/0:22-cv-00815, 1 in MN/0:22-cv-00816, 1 in MN/0:22-cv-00818, 1 in MN/0:22-cv-00819, 1 in MN/0:22-cv-00821, 1 in MN/0:22-cv-00824, 1 in MN/0:22-cv-00826, 1 in MN/0:22-cv-00827, 1 in MN/0:22-cv-00828, 1 in MN/0:22-cv-00831, 1 in MN/0:22-cv-00836, 1 in MN/0:22-cv-00842, 1 in MN/0:22-cv-00845, 1 in MN/0:22-cv-00847, 1 in MN/0:22-cv-00851, 1 in MN/0:22-cv-00853)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00793, MN/0:22-cv-00804, MN/0:22-cv-00807, MN/0:22-cv-00808, MN/0:22-cv-00809, MN/0:22-cv-00812, MN/0:22-cv-00815, MN/0:22-cv-00816, MN/0:22-cv-00818, MN/0:22-cv-00819, MN/0:22-cv-00821, MN/0:22-cv-00824, MN/0:22-cv-00826, MN/0:22-cv-00827, MN/0:22-cv-00828, MN/0:22-cv-00831, MN/0:22-cv-00836, MN/0:22-cv-00842, MN/0:22-cv-00845, MN/0:22-cv-00847, MN/0:22-cv-00851, MN/0:22-cv-00853 (JC)**

| | |
|---|---|
| **Case Name:** | Urban v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00808 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-151) - 22 action(s)** *re: pldg. ( [1637] in MDL No. 2885, 1 in MN/0:22-cv-00793, 1 in MN/0:22-cv-00804, 1 in MN/0:22-cv-00807, 1 in MN/0:22-cv-00808, 1 in MN/0:22-cv-00809, 1 in MN/0:22-cv-00812, 1 in MN/0:22-cv-00815, 1 in MN/0:22-cv-00816, 1 in MN/0:22-cv-00818, 1 in MN/0:22-cv-00819, 1 in MN/0:22-cv-00821, 1 in MN/0:22-cv-00824, 1 in MN/0:22-cv-00826, 1 in MN/0:22-cv-00827, 1 in MN/0:22-cv-00828, 1 in MN/0:22-cv-00831, 1 in MN/0:22-cv-00836, 1 in MN/0:22-cv-00842, 1 in MN/0:22-cv-00845, 1 in MN/0:22-cv-00847, 1 in MN/0:22-cv-00851, 1 in MN/0:22-cv-00853)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00793, MN/0:22-cv-00804, MN/0:22-cv-00807, MN/0:22-cv-00808, MN/0:22-cv-00809, MN/0:22-cv-00812, MN/0:22-cv-00815, MN/0:22-cv-00816, MN/0:22-cv-00818, MN/0:22-cv-00819, MN/0:22-cv-00821, MN/0:22-cv-00824, MN/0:22-cv-00826, MN/0:22-cv-00827, MN/0:22-cv-00828, MN/0:22-cv-00831, MN/0:22-cv-00836, MN/0:22-cv-00842, MN/0:22-cv-00845, MN/0:22-cv-00847, MN/0:22-cv-00851, MN/0:22-cv-00853 (JC)**

| | |
|---|---|
| **Case Name:** | Scott-Knight v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00819 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-151) - 22 action(s)** *re: pldg. ( [1637] in MDL No. 2885, 1 in MN/0:22-cv-00793, 1 in MN/0:22-cv-00804, 1 in MN/0:22-cv-00807, 1 in MN/0:22-cv-00808, 1 in MN/0:22-cv-00809, 1 in MN/0:22-cv-00812, 1 in MN/0:22-cv-00815, 1 in MN/0:22-cv-00816, 1 in MN/0:22-cv-00818, 1 in MN/0:22-cv-00819, 1 in MN/0:22-cv-00821, 1 in MN/0:22-cv-00824, 1 in MN/0:22-cv-00826, 1 in MN/0:22-cv-00827, 1 in MN/0:22-cv-00828, 1 in MN/0:22-cv-00831, 1 in MN/0:22-cv-00836, 1 in MN/0:22-cv-00842, 1 in MN/0:22-cv-00845, 1 in MN/0:22-cv-00847, 1 in MN/0:22-cv-00851, 1 in MN/0:22-cv-00853)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00793, MN/0:22-cv-00804, MN/0:22-cv-00807, MN/0:22-cv-00808, MN/0:22-cv-00809, MN/0:22-cv-00812, MN/0:22-cv-00815, MN/0:22-cv-00816, MN/0:22-cv-00818, MN/0:22-cv-00819, MN/0:22-cv-00821, MN/0:22-cv-00824, MN/0:22-cv-00826, MN/0:22-cv-00827, MN/0:22-cv-00828, MN/0:22-cv-00831, MN/0:22-cv-00836, MN/0:22-cv-00842, MN/0:22-cv-00845, MN/0:22-cv-00847, MN/0:22-cv-00851, MN/0:22-cv-00853 (JC)**

| | |
|---|---|
| **Case Name:** | Munson v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00826 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-151) - 22 action(s)** *re: pldg. ( [1637] in MDL No. 2885, 1 in MN/0:22-cv-00793, 1 in MN/0:22-cv-00804, 1 in MN/0:22-cv-00807, 1 in MN/0:22-cv-00808, 1 in MN/0:22-cv-00809, 1 in MN/0:22-cv-00812, 1 in MN/0:22-cv-00815, 1 in MN/0:22-cv-00816, 1 in MN/0:22-cv-00818, 1 in MN/0:22-cv-00819, 1 in MN/0:22-cv-00821, 1 in MN/0:22-cv-00824, 1 in MN/0:22-cv-00826, 1 in MN/0:22-cv-00827, 1 in MN/0:22-cv-00828, 1 in MN/0:22-cv-00831, 1 in MN/0:22-cv-00836, 1 in MN/0:22-cv-00842, 1 in MN/0:22-cv-00845, 1 in MN/0:22-cv-00847, 1 in MN/0:22-cv-00851, 1 in MN/0:22-cv-00853)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00793, MN/0:22-cv-00804, MN/0:22-cv-00807, MN/0:22-cv-00808, MN/0:22-cv-00809, MN/0:22-cv-00812, MN/0:22-cv-00815, MN/0:22-cv-00816, MN/0:22-cv-00818, MN/0:22-cv-00819, MN/0:22-cv-00821, MN/0:22-cv-00824, MN/0:22-cv-00826, MN/0:22-cv-00827, MN/0:22-cv-00828, MN/0:22-cv-00831, MN/0:22-cv-00836, MN/0:22-cv-00842, MN/0:22-cv-00845, MN/0:22-cv-00847, MN/0:22-cv-00851, MN/0:22-cv-00853 (JC)**

| | |
|---|---|
| **Case Name:** | Czech v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00845 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-151) - 22 action(s)** *re: pldg. ( [1637] in MDL No. 2885, 1 in MN/0:22-cv-00793, 1 in MN/0:22-cv-00804, 1 in MN/0:22-cv-00807, 1 in MN/0:22-cv-00808, 1 in MN/0:22-cv-00809, 1 in MN/0:22-cv-00812, 1 in MN/0:22-cv-00815, 1 in*

*MN/0:22-cv-00816, 1 in MN/0:22-cv-00818, 1 in MN/0:22-cv-00819, 1 in MN/0:22-cv-00821, 1 in MN/0:22-cv-00824, 1 in MN/0:22-cv-00826, 1 in MN/0:22-cv-00827, 1 in MN/0:22-cv-00828, 1 in MN/0:22-cv-00831, 1 in MN/0:22-cv-00836, 1 in MN/0:22-cv-00842, 1 in MN/0:22-cv-00845, 1 in MN/0:22-cv-00847, 1 in MN/0:22-cv-00851, 1 in MN/0:22-cv-00853)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00793, MN/0:22-cv-00804, MN/0:22-cv-00807, MN/0:22-cv-00808, MN/0:22-cv-00809, MN/0:22-cv-00812, MN/0:22-cv-00815, MN/0:22-cv-00816, MN/0:22-cv-00818, MN/0:22-cv-00819, MN/0:22-cv-00821, MN/0:22-cv-00824, MN/0:22-cv-00826, MN/0:22-cv-00827, MN/0:22-cv-00828, MN/0:22-cv-00831, MN/0:22-cv-00836, MN/0:22-cv-00842, MN/0:22-cv-00845, MN/0:22-cv-00847, MN/0:22-cv-00851, MN/0:22-cv-00853 (JC)**

| | |
|---|---|
| Case Name: | Lund v. 3M Company et al |
| Case Number: | MN/0:22-cv-00812 |
| Filer: | |
| Document Number: | 3 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-151) - 22 action(s)** *re: pldg. ( [1637] in MDL No. 2885, 1 in MN/0:22-cv-00793, 1 in MN/0:22-cv-00804, 1 in MN/0:22-cv-00807, 1 in MN/0:22-cv-00808, 1 in MN/0:22-cv-00809, 1 in MN/0:22-cv-00812, 1 in MN/0:22-cv-00815, 1 in MN/0:22-cv-00816, 1 in MN/0:22-cv-00818, 1 in MN/0:22-cv-00819, 1 in MN/0:22-cv-00821, 1 in MN/0:22-cv-00824, 1 in MN/0:22-cv-00826, 1 in MN/0:22-cv-00827, 1 in MN/0:22-cv-00828, 1 in MN/0:22-cv-00831, 1 in MN/0:22-cv-00836, 1 in MN/0:22-cv-00842, 1 in MN/0:22-cv-00845, 1 in MN/0:22-cv-00847, 1 in MN/0:22-cv-00851, 1 in MN/0:22-cv-00853)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00793, MN/0:22-cv-00804, MN/0:22-cv-00807, MN/0:22-cv-00808, MN/0:22-cv-00809, MN/0:22-cv-00812, MN/0:22-cv-00815, MN/0:22-cv-00816, MN/0:22-cv-00818, MN/0:22-cv-00819, MN/0:22-cv-00821, MN/0:22-cv-00824, MN/0:22-cv-00826, MN/0:22-cv-00827, MN/0:22-cv-00828, MN/0:22-cv-00831, MN/0:22-cv-00836, MN/0:22-cv-00842, MN/0:22-cv-00845, MN/0:22-cv-00847, MN/0:22-cv-00851, MN/0:22-cv-00853 (JC)**

| | |
|---|---|
| Case Name: | Fann v. 3M Company et al |
| Case Number: | MN/0:22-cv-00853 |
| Filer: | |
| Document Number: | 3 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-151) - 22 action(s)** *re: pldg. ( [1637] in MDL No. 2885, 1 in MN/0:22-cv-00793, 1 in MN/0:22-cv-00804, 1 in MN/0:22-cv-00807, 1 in MN/0:22-cv-00808, 1 in MN/0:22-cv-00809, 1 in MN/0:22-cv-00812, 1 in MN/0:22-cv-00815, 1 in MN/0:22-cv-00816, 1 in MN/0:22-cv-00818, 1 in MN/0:22-cv-00819, 1 in MN/0:22-cv-00821, 1 in MN/0:22-cv-00824, 1 in MN/0:22-cv-00826, 1 in MN/0:22-cv-00827, 1 in MN/0:22-cv-00828, 1 in MN/0:22-cv-00831, 1 in MN/0:22-cv-00836, 1 in MN/0:22-cv-00842, 1 in MN/0:22-cv-00845, 1 in*

MN/0:22-cv-00847, 1 in MN/0:22-cv-00851, 1 in MN/0:22-cv-00853) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/19/2022.

Associated Cases: MDL No. 2885, MN/0:22-cv-00793, MN/0:22-cv-00804, MN/0:22-cv-00807, MN/0:22-cv-00808, MN/0:22-cv-00809, MN/0:22-cv-00812, MN/0:22-cv-00815, MN/0:22-cv-00816, MN/0:22-cv-00818, MN/0:22-cv-00819, MN/0:22-cv-00821, MN/0:22-cv-00824, MN/0:22-cv-00826, MN/0:22-cv-00827, MN/0:22-cv-00828, MN/0:22-cv-00831, MN/0:22-cv-00836, MN/0:22-cv-00842, MN/0:22-cv-00845, MN/0:22-cv-00847, MN/0:22-cv-00851, MN/0:22-cv-00853 (JC)

| | |
|---|---|
| Case Name: | White v. 3M Company et al |
| Case Number: | MN/0:22-cv-00816 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-151) - 22 action(s) re: pldg. ( [1637] in MDL No. 2885, 1 in MN/0:22-cv-00793, 1 in MN/0:22-cv-00804, 1 in MN/0:22-cv-00807, 1 in MN/0:22-cv-00808, 1 in MN/0:22-cv-00809, 1 in MN/0:22-cv-00812, 1 in MN/0:22-cv-00815, 1 in MN/0:22-cv-00816, 1 in MN/0:22-cv-00818, 1 in MN/0:22-cv-00819, 1 in MN/0:22-cv-00821, 1 in MN/0:22-cv-00824, 1 in MN/0:22-cv-00826, 1 in MN/0:22-cv-00827, 1 in MN/0:22-cv-00828, 1 in MN/0:22-cv-00831, 1 in MN/0:22-cv-00836, 1 in MN/0:22-cv-00842, 1 in MN/0:22-cv-00845, 1 in MN/0:22-cv-00847, 1 in MN/0:22-cv-00851, 1 in MN/0:22-cv-00853) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/19/2022.

Associated Cases: MDL No. 2885, MN/0:22-cv-00793, MN/0:22-cv-00804, MN/0:22-cv-00807, MN/0:22-cv-00808, MN/0:22-cv-00809, MN/0:22-cv-00812, MN/0:22-cv-00815, MN/0:22-cv-00816, MN/0:22-cv-00818, MN/0:22-cv-00819, MN/0:22-cv-00821, MN/0:22-cv-00824, MN/0:22-cv-00826, MN/0:22-cv-00827, MN/0:22-cv-00828, MN/0:22-cv-00831, MN/0:22-cv-00836, MN/0:22-cv-00842, MN/0:22-cv-00845, MN/0:22-cv-00847, MN/0:22-cv-00851, MN/0:22-cv-00853 (JC)

| | |
|---|---|
| Case Name: | Gibbs v. 3M Company et al |
| Case Number: | MN/0:22-cv-00847 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-151) - 22 action(s) re: pldg. ( [1637] in MDL No. 2885, 1 in MN/0:22-cv-00793, 1 in MN/0:22-cv-00804, 1 in MN/0:22-cv-00807, 1 in MN/0:22-cv-00808, 1 in MN/0:22-cv-00809, 1 in MN/0:22-cv-00812, 1 in MN/0:22-cv-00815, 1 in MN/0:22-cv-00816, 1 in MN/0:22-cv-00818, 1 in MN/0:22-cv-00819, 1 in MN/0:22-cv-00821, 1 in MN/0:22-cv-00824, 1 in MN/0:22-cv-00826, 1 in MN/0:22-cv-00827, 1 in MN/0:22-cv-00828, 1 in MN/0:22-cv-00831, 1 in MN/0:22-cv-00836, 1 in MN/0:22-cv-00842, 1 in MN/0:22-cv-00845, 1 in MN/0:22-cv-00847, 1 in MN/0:22-cv-00851, 1 in MN/0:22-cv-00853) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/19/2022.

**Associated Cases:** MDL No. 2885, MN/0:22-cv-00793, MN/0:22-cv-00804, MN/0:22-cv-00807, MN/0:22-cv-00808, MN/0:22-cv-00809, MN/0:22-cv-00812, MN/0:22-cv-00815, MN/0:22-cv-00816, MN/0:22-cv-00818, MN/0:22-cv-00819, MN/0:22-cv-00821, MN/0:22-cv-00824, MN/0:22-cv-00826, MN/0:22-cv-00827, MN/0:22-cv-00828, MN/0:22-cv-00831, MN/0:22-cv-00836, MN/0:22-cv-00842, MN/0:22-cv-00845, MN/0:22-cv-00847, MN/0:22-cv-00851, MN/0:22-cv-00853 (JC)

| | |
|---|---|
| Case Name: | Koehler v. 3M Company et al |
| Case Number: | MN/0:22-cv-00807 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-151) - 22 action(s)** *re: pldg. ( [1637] in MDL No. 2885, 1 in MN/0:22-cv-00793, 1 in MN/0:22-cv-00804, 1 in MN/0:22-cv-00807, 1 in MN/0:22-cv-00808, 1 in MN/0:22-cv-00809, 1 in MN/0:22-cv-00812, 1 in MN/0:22-cv-00815, 1 in MN/0:22-cv-00816, 1 in MN/0:22-cv-00818, 1 in MN/0:22-cv-00819, 1 in MN/0:22-cv-00821, 1 in MN/0:22-cv-00824, 1 in MN/0:22-cv-00826, 1 in MN/0:22-cv-00827, 1 in MN/0:22-cv-00828, 1 in MN/0:22-cv-00831, 1 in MN/0:22-cv-00836, 1 in MN/0:22-cv-00842, 1 in MN/0:22-cv-00845, 1 in MN/0:22-cv-00847, 1 in MN/0:22-cv-00851, 1 in MN/0:22-cv-00853)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2022.**

**Associated Cases:** MDL No. 2885, MN/0:22-cv-00793, MN/0:22-cv-00804, MN/0:22-cv-00807, MN/0:22-cv-00808, MN/0:22-cv-00809, MN/0:22-cv-00812, MN/0:22-cv-00815, MN/0:22-cv-00816, MN/0:22-cv-00818, MN/0:22-cv-00819, MN/0:22-cv-00821, MN/0:22-cv-00824, MN/0:22-cv-00826, MN/0:22-cv-00827, MN/0:22-cv-00828, MN/0:22-cv-00831, MN/0:22-cv-00836, MN/0:22-cv-00842, MN/0:22-cv-00845, MN/0:22-cv-00847, MN/0:22-cv-00851, MN/0:22-cv-00853 (JC)

| | |
|---|---|
| Case Name: | Mattson v. 3M Company et al |
| Case Number: | MN/0:22-cv-00827 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-151) - 22 action(s)** *re: pldg. ( [1637] in MDL No. 2885, 1 in MN/0:22-cv-00793, 1 in MN/0:22-cv-00804, 1 in MN/0:22-cv-00807, 1 in MN/0:22-cv-00808, 1 in MN/0:22-cv-00809, 1 in MN/0:22-cv-00812, 1 in MN/0:22-cv-00815, 1 in MN/0:22-cv-00816, 1 in MN/0:22-cv-00818, 1 in MN/0:22-cv-00819, 1 in MN/0:22-cv-00821, 1 in MN/0:22-cv-00824, 1 in MN/0:22-cv-00826, 1 in MN/0:22-cv-00827, 1 in MN/0:22-cv-00828, 1 in MN/0:22-cv-00831, 1 in MN/0:22-cv-00836, 1 in MN/0:22-cv-00842, 1 in MN/0:22-cv-00845, 1 in MN/0:22-cv-00847, 1 in MN/0:22-cv-00851, 1 in MN/0:22-cv-00853)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2022.**

**Associated Cases:** MDL No. 2885, MN/0:22-cv-00793, MN/0:22-cv-00804, MN/0:22-cv-00807, MN/0:22-cv-00808, MN/0:22-cv-00809, MN/0:22-cv-00812, MN/0:22-cv-00815, MN/0:22-cv-00816, MN/0:22-cv-00818, MN/0:22-cv-00819, MN/0:22-cv-00821, MN/0:22-cv-00824, MN/0:22-cv-00826,

MN/0:22-cv-00827, MN/0:22-cv-00828, MN/0:22-cv-00831, MN/0:22-cv-00836, MN/0:22-cv-00842, MN/0:22-cv-00845, MN/0:22-cv-00847, MN/0:22-cv-00851, MN/0:22-cv-00853 (JC)

| | |
|---|---|
| **Case Name:** | Haynes v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00836 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-151) - 22 action(s)** *re: pldg. ( [1637] in MDL No. 2885, 1 in MN/0:22-cv-00793, 1 in MN/0:22-cv-00804, 1 in MN/0:22-cv-00807, 1 in MN/0:22-cv-00808, 1 in MN/0:22-cv-00809, 1 in MN/0:22-cv-00812, 1 in MN/0:22-cv-00815, 1 in MN/0:22-cv-00816, 1 in MN/0:22-cv-00818, 1 in MN/0:22-cv-00819, 1 in MN/0:22-cv-00821, 1 in MN/0:22-cv-00824, 1 in MN/0:22-cv-00826, 1 in MN/0:22-cv-00827, 1 in MN/0:22-cv-00828, 1 in MN/0:22-cv-00831, 1 in MN/0:22-cv-00836, 1 in MN/0:22-cv-00842, 1 in MN/0:22-cv-00845, 1 in MN/0:22-cv-00847, 1 in MN/0:22-cv-00851, 1 in MN/0:22-cv-00853)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00793, MN/0:22-cv-00804, MN/0:22-cv-00807, MN/0:22-cv-00808, MN/0:22-cv-00809, MN/0:22-cv-00812, MN/0:22-cv-00815, MN/0:22-cv-00816, MN/0:22-cv-00818, MN/0:22-cv-00819, MN/0:22-cv-00821, MN/0:22-cv-00824, MN/0:22-cv-00826, MN/0:22-cv-00827, MN/0:22-cv-00828, MN/0:22-cv-00831, MN/0:22-cv-00836, MN/0:22-cv-00842, MN/0:22-cv-00845, MN/0:22-cv-00847, MN/0:22-cv-00851, MN/0:22-cv-00853 (JC)**

| | |
|---|---|
| **Case Name:** | Huston v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00842 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-151) - 22 action(s)** *re: pldg. ( [1637] in MDL No. 2885, 1 in MN/0:22-cv-00793, 1 in MN/0:22-cv-00804, 1 in MN/0:22-cv-00807, 1 in MN/0:22-cv-00808, 1 in MN/0:22-cv-00809, 1 in MN/0:22-cv-00812, 1 in MN/0:22-cv-00815, 1 in MN/0:22-cv-00816, 1 in MN/0:22-cv-00818, 1 in MN/0:22-cv-00819, 1 in MN/0:22-cv-00821, 1 in MN/0:22-cv-00824, 1 in MN/0:22-cv-00826, 1 in MN/0:22-cv-00827, 1 in MN/0:22-cv-00828, 1 in MN/0:22-cv-00831, 1 in MN/0:22-cv-00836, 1 in MN/0:22-cv-00842, 1 in MN/0:22-cv-00845, 1 in MN/0:22-cv-00847, 1 in MN/0:22-cv-00851, 1 in MN/0:22-cv-00853)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00793, MN/0:22-cv-00804, MN/0:22-cv-00807, MN/0:22-cv-00808, MN/0:22-cv-00809, MN/0:22-cv-00812, MN/0:22-cv-00815, MN/0:22-cv-00816, MN/0:22-cv-00818, MN/0:22-cv-00819, MN/0:22-cv-00821, MN/0:22-cv-00824, MN/0:22-cv-00826, MN/0:22-cv-00827, MN/0:22-cv-00828, MN/0:22-cv-00831, MN/0:22-cv-00836, MN/0:22-cv-00842, MN/0:22-cv-00845, MN/0:22-cv-00847, MN/0:22-cv-00851, MN/0:22-cv-00853 (JC)**

| | |
|---|---|
| **Case Name:** | Westling v. 3M Company et al |

| | |
|---|---|
| Case Number: | MN/0:22-cv-00815 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-151) - 22 action(s)** *re: pldg. ( [1637] in MDL No. 2885, 1 in MN/0:22-cv-00793, 1 in MN/0:22-cv-00804, 1 in MN/0:22-cv-00807, 1 in MN/0:22-cv-00808, 1 in MN/0:22-cv-00809, 1 in MN/0:22-cv-00812, 1 in MN/0:22-cv-00815, 1 in MN/0:22-cv-00816, 1 in MN/0:22-cv-00818, 1 in MN/0:22-cv-00819, 1 in MN/0:22-cv-00821, 1 in MN/0:22-cv-00824, 1 in MN/0:22-cv-00826, 1 in MN/0:22-cv-00827, 1 in MN/0:22-cv-00828, 1 in MN/0:22-cv-00831, 1 in MN/0:22-cv-00836, 1 in MN/0:22-cv-00842, 1 in MN/0:22-cv-00845, 1 in MN/0:22-cv-00847, 1 in MN/0:22-cv-00851, 1 in MN/0:22-cv-00853)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00793, MN/0:22-cv-00804, MN/0:22-cv-00807, MN/0:22-cv-00808, MN/0:22-cv-00809, MN/0:22-cv-00812, MN/0:22-cv-00815, MN/0:22-cv-00816, MN/0:22-cv-00818, MN/0:22-cv-00819, MN/0:22-cv-00821, MN/0:22-cv-00824, MN/0:22-cv-00826, MN/0:22-cv-00827, MN/0:22-cv-00828, MN/0:22-cv-00831, MN/0:22-cv-00836, MN/0:22-cv-00842, MN/0:22-cv-00845, MN/0:22-cv-00847, MN/0:22-cv-00851, MN/0:22-cv-00853 (JC)**

| | |
|---|---|
| Case Name: | Miller v. 3M Company et al |
| Case Number: | MN/0:22-cv-00824 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-151) - 22 action(s)** *re: pldg. ( [1637] in MDL No. 2885, 1 in MN/0:22-cv-00793, 1 in MN/0:22-cv-00804, 1 in MN/0:22-cv-00807, 1 in MN/0:22-cv-00808, 1 in MN/0:22-cv-00809, 1 in MN/0:22-cv-00812, 1 in MN/0:22-cv-00815, 1 in MN/0:22-cv-00816, 1 in MN/0:22-cv-00818, 1 in MN/0:22-cv-00819, 1 in MN/0:22-cv-00821, 1 in MN/0:22-cv-00824, 1 in MN/0:22-cv-00826, 1 in MN/0:22-cv-00827, 1 in MN/0:22-cv-00828, 1 in MN/0:22-cv-00831, 1 in MN/0:22-cv-00836, 1 in MN/0:22-cv-00842, 1 in MN/0:22-cv-00845, 1 in MN/0:22-cv-00847, 1 in MN/0:22-cv-00851, 1 in MN/0:22-cv-00853)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00793, MN/0:22-cv-00804, MN/0:22-cv-00807, MN/0:22-cv-00808, MN/0:22-cv-00809, MN/0:22-cv-00812, MN/0:22-cv-00815, MN/0:22-cv-00816, MN/0:22-cv-00818, MN/0:22-cv-00819, MN/0:22-cv-00821, MN/0:22-cv-00824, MN/0:22-cv-00826, MN/0:22-cv-00827, MN/0:22-cv-00828, MN/0:22-cv-00831, MN/0:22-cv-00836, MN/0:22-cv-00842, MN/0:22-cv-00845, MN/0:22-cv-00847, MN/0:22-cv-00851, MN/0:22-cv-00853 (JC)**

| | |
|---|---|
| Case Name: | Kiley v. 3M Company et al |
| Case Number: | MN/0:22-cv-00831 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-151) - 22 action(s)** *re: pldg. ( [1637] in MDL No. 2885, 1 in MN/0:22-cv-00793, 1 in MN/0:22-cv-00804, 1 in MN/0:22-cv-00807, 1 in MN/0:22-cv-00808, 1 in MN/0:22-cv-00809, 1 in MN/0:22-cv-00812, 1 in MN/0:22-cv-00815, 1 in MN/0:22-cv-00816, 1 in MN/0:22-cv-00818, 1 in MN/0:22-cv-00819, 1 in MN/0:22-cv-00821, 1 in MN/0:22-cv-00824, 1 in MN/0:22-cv-00826, 1 in MN/0:22-cv-00827, 1 in MN/0:22-cv-00828, 1 in MN/0:22-cv-00831, 1 in MN/0:22-cv-00836, 1 in MN/0:22-cv-00842, 1 in MN/0:22-cv-00845, 1 in MN/0:22-cv-00847, 1 in MN/0:22-cv-00851, 1 in MN/0:22-cv-00853)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00793, MN/0:22-cv-00804, MN/0:22-cv-00807, MN/0:22-cv-00808, MN/0:22-cv-00809, MN/0:22-cv-00812, MN/0:22-cv-00815, MN/0:22-cv-00816, MN/0:22-cv-00818, MN/0:22-cv-00819, MN/0:22-cv-00821, MN/0:22-cv-00824, MN/0:22-cv-00826, MN/0:22-cv-00827, MN/0:22-cv-00828, MN/0:22-cv-00831, MN/0:22-cv-00836, MN/0:22-cv-00842, MN/0:22-cv-00845, MN/0:22-cv-00847, MN/0:22-cv-00851, MN/0:22-cv-00853 (JC)**

| | |
|---|---|
| **Case Name:** | Tri v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00809 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-151) - 22 action(s)** *re: pldg. ( [1637] in MDL No. 2885, 1 in MN/0:22-cv-00793, 1 in MN/0:22-cv-00804, 1 in MN/0:22-cv-00807, 1 in MN/0:22-cv-00808, 1 in MN/0:22-cv-00809, 1 in MN/0:22-cv-00812, 1 in MN/0:22-cv-00815, 1 in MN/0:22-cv-00816, 1 in MN/0:22-cv-00818, 1 in MN/0:22-cv-00819, 1 in MN/0:22-cv-00821, 1 in MN/0:22-cv-00824, 1 in MN/0:22-cv-00826, 1 in MN/0:22-cv-00827, 1 in MN/0:22-cv-00828, 1 in MN/0:22-cv-00831, 1 in MN/0:22-cv-00836, 1 in MN/0:22-cv-00842, 1 in MN/0:22-cv-00845, 1 in MN/0:22-cv-00847, 1 in MN/0:22-cv-00851, 1 in MN/0:22-cv-00853)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00793, MN/0:22-cv-00804, MN/0:22-cv-00807, MN/0:22-cv-00808, MN/0:22-cv-00809, MN/0:22-cv-00812, MN/0:22-cv-00815, MN/0:22-cv-00816, MN/0:22-cv-00818, MN/0:22-cv-00819, MN/0:22-cv-00821, MN/0:22-cv-00824, MN/0:22-cv-00826, MN/0:22-cv-00827, MN/0:22-cv-00828, MN/0:22-cv-00831, MN/0:22-cv-00836, MN/0:22-cv-00842, MN/0:22-cv-00845, MN/0:22-cv-00847, MN/0:22-cv-00851, MN/0:22-cv-00853 (JC)**

| | |
|---|---|
| **Case Name:** | Pearson v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00804 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-151) - 22 action(s)** *re: pldg. ( [1637] in MDL No. 2885, 1 in MN/0:22-cv-00793, 1 in MN/0:22-cv-00804, 1 in MN/0:22-cv-00807, 1 in MN/0:22-cv-00808, 1 in MN/0:22-cv-00809, 1 in MN/0:22-cv-00812, 1 in MN/0:22-cv-00815, 1 in*

*MN/0:22-cv-00816, 1 in MN/0:22-cv-00818, 1 in MN/0:22-cv-00819, 1 in MN/0:22-cv-00821, 1 in MN/0:22-cv-00824, 1 in MN/0:22-cv-00826, 1 in MN/0:22-cv-00827, 1 in MN/0:22-cv-00828, 1 in MN/0:22-cv-00831, 1 in MN/0:22-cv-00836, 1 in MN/0:22-cv-00842, 1 in MN/0:22-cv-00845, 1 in MN/0:22-cv-00847, 1 in MN/0:22-cv-00851, 1 in MN/0:22-cv-00853)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00793, MN/0:22-cv-00804, MN/0:22-cv-00807, MN/0:22-cv-00808, MN/0:22-cv-00809, MN/0:22-cv-00812, MN/0:22-cv-00815, MN/0:22-cv-00816, MN/0:22-cv-00818, MN/0:22-cv-00819, MN/0:22-cv-00821, MN/0:22-cv-00824, MN/0:22-cv-00826, MN/0:22-cv-00827, MN/0:22-cv-00828, MN/0:22-cv-00831, MN/0:22-cv-00836, MN/0:22-cv-00842, MN/0:22-cv-00845, MN/0:22-cv-00847, MN/0:22-cv-00851, MN/0:22-cv-00853 (JC)**

| | |
|---|---|
| **Case Name:** | Palmer v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00793 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-151) - 22 action(s)** *re: pldg. ( [1637] in MDL No. 2885, 1 in MN/0:22-cv-00793, 1 in MN/0:22-cv-00804, 1 in MN/0:22-cv-00807, 1 in MN/0:22-cv-00808, 1 in MN/0:22-cv-00809, 1 in MN/0:22-cv-00812, 1 in MN/0:22-cv-00815, 1 in MN/0:22-cv-00816, 1 in MN/0:22-cv-00818, 1 in MN/0:22-cv-00819, 1 in MN/0:22-cv-00821, 1 in MN/0:22-cv-00824, 1 in MN/0:22-cv-00826, 1 in MN/0:22-cv-00827, 1 in MN/0:22-cv-00828, 1 in MN/0:22-cv-00831, 1 in MN/0:22-cv-00836, 1 in MN/0:22-cv-00842, 1 in MN/0:22-cv-00845, 1 in MN/0:22-cv-00847, 1 in MN/0:22-cv-00851, 1 in MN/0:22-cv-00853)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00793, MN/0:22-cv-00804, MN/0:22-cv-00807, MN/0:22-cv-00808, MN/0:22-cv-00809, MN/0:22-cv-00812, MN/0:22-cv-00815, MN/0:22-cv-00816, MN/0:22-cv-00818, MN/0:22-cv-00819, MN/0:22-cv-00821, MN/0:22-cv-00824, MN/0:22-cv-00826, MN/0:22-cv-00827, MN/0:22-cv-00828, MN/0:22-cv-00831, MN/0:22-cv-00836, MN/0:22-cv-00842, MN/0:22-cv-00845, MN/0:22-cv-00847, MN/0:22-cv-00851, MN/0:22-cv-00853 (JC)**

| | |
|---|---|
| **Case Name:** | Johnson v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00828 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-151) - 22 action(s)** *re: pldg. ( [1637] in MDL No. 2885, 1 in MN/0:22-cv-00793, 1 in MN/0:22-cv-00804, 1 in MN/0:22-cv-00807, 1 in MN/0:22-cv-00808, 1 in MN/0:22-cv-00809, 1 in MN/0:22-cv-00812, 1 in MN/0:22-cv-00815, 1 in MN/0:22-cv-00816, 1 in MN/0:22-cv-00818, 1 in MN/0:22-cv-00819, 1 in MN/0:22-cv-00821, 1 in MN/0:22-cv-00824, 1 in MN/0:22-cv-00826, 1 in MN/0:22-cv-00827, 1 in MN/0:22-cv-00828, 1 in MN/0:22-cv-00831, 1 in MN/0:22-cv-00836, 1 in MN/0:22-cv-00842, 1 in MN/0:22-cv-00845, 1 in*

*MN/0:22-cv-00847, 1 in MN/0:22-cv-00851, 1 in MN/0:22-cv-00853)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-00793, MN/0:22-cv-00804, MN/0:22-cv-00807, MN/0:22-cv-00808, MN/0:22-cv-00809, MN/0:22-cv-00812, MN/0:22-cv-00815, MN/0:22-cv-00816, MN/0:22-cv-00818, MN/0:22-cv-00819, MN/0:22-cv-00821, MN/0:22-cv-00824, MN/0:22-cv-00826, MN/0:22-cv-00827, MN/0:22-cv-00828, MN/0:22-cv-00831, MN/0:22-cv-00836, MN/0:22-cv-00842, MN/0:22-cv-00845, MN/0:22-cv-00847, MN/0:22-cv-00851, MN/0:22-cv-00853 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-00818 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00818 Notice will not be electronically mailed to:**

**MN/0:22-cv-00851 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00851 Notice will not be electronically mailed to:**

**MN/0:22-cv-00821 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00821 Notice will not be electronically mailed to:**

**MN/0:22-cv-00808 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00808 Notice will not be electronically mailed to:**

**MN/0:22-cv-00819 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00819 Notice will not be electronically mailed to:**

**MN/0:22-cv-00826 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00826 Notice will not be electronically mailed to:**

**MN/0:22-cv-00845 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00845 Notice will not be electronically mailed to:**

**MN/0:22-cv-00812 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00812 Notice will not be electronically mailed to:**

**MN/0:22-cv-00853 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00853 Notice will not be electronically mailed to:**

**MN/0:22-cv-00816 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00816 Notice will not be electronically mailed to:**

**MN/0:22-cv-00847 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00847 Notice will not be electronically mailed to:**

**MN/0:22-cv-00807 Notice has been electronically mailed to:**

Bryan F. Aylstock     baylstock@awkolaw.com, Jlindsey@awkolaw.com, athane@awkolaw.com, bwilliams@awkolaw.com, churt@awkolaw.com, dcross@awkolaw.com, pbarr@awkolaw.com

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00807 Notice will not be electronically mailed to:**

**MN/0:22-cv-00827 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00827 Notice will not be electronically mailed to:**

**MN/0:22-cv-00836 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00836 Notice will not be electronically mailed to:**

**MN/0:22-cv-00842 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00842 Notice will not be electronically mailed to:**

**MN/0:22-cv-00815 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00815 Notice will not be electronically mailed to:**

**MN/0:22-cv-00824 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00824 Notice will not be electronically mailed to:**

**MN/0:22-cv-00831 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00831 Notice will not be electronically mailed to:**

**MN/0:22-cv-00809 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00809 Notice will not be electronically mailed to:**

**MN/0:22-cv-00804 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00804 Notice will not be electronically mailed to:**

**MN/0:22-cv-00793 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00793 Notice will not be electronically mailed to:**

**MN/0:22-cv-00828 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00828 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/19/2022] [FileNumber=1112130-0]
[0dc461ec56a6788314eff69477beb411aae034214d4bd0d8a82b88c0666b201c99e6
966edfb54151584bfd1cbaeaa4ec32db337531ee4f4ae9a26e9c09f9656b]]