**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE: 3M COMBAT EARPLUGS  　　　　　　　　　Case No: 3:19-md-2885
PRODUCTS LIABILITY LITIGATION

This Document Relates to:  　　　　　　　　　　　　Judge M. Casey Rodgers
　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Gary R. Jones

Nicholas Guillen

# MOTION FOR WITHDRAWAL OF COUNSEL FOR PLAINTIFF NICHOLAS GUILLEN

NOW COMES Attorney J. Zachary Zatezalo, Esq. and the law firm of Bordas & Bordas, PLLC, pursuant to Local Rule 11.1 H(1)(b), to respectfully move this Honorable Court for leave to withdraw as counsel for Plaintiff Nicholas Guillen for the following reasons:

1. On or around March 8, 2019, Nicholas Guillen contacted attorney Douglas Olcott, Esq. of Bordas and Bordas, PLLC concerning his interest in the 3M Dual-Ended Combat Earplug litigation. Thereafter, Nicholas Guillen executed a 3M Dual-Ended Combat Earplug case review form.

2. On or around April 20, 2021, Nicholas Guillen signed the 3M Dual-ended Combat Earplug declaration form.

3. On or around September 30, 2021, Nicolas Guillen, through attorney Olcott, filed a Short-Form Complaint in the 3M Dual-Ended Combat Earplug litigation, whereupon said Complaint was placed on the Court's inactive docket.

4. Following the filing of said Short-Form Complaint, attorney Olcott resigned his position with the law firm of Bordas and Bordas, PLLC, whereupon Attorney J. Zachary Zatezalo, Esq. of Bordas & Bordas, PLLC was assigned to this matter.

5. On or around September 30, 2021, Nicolas Guillen's case was transitioned to the Court's active docket.

6. Attorney Zatezalo was admitted *pro hac vice* before this Honorable Court on or around December 1, 2021. [Dkt. 2310].

7. Since first being assigned to the Guillen matter, Attorney Zatezalo and other staff at Bordas & Bordas have made numerous and protracted efforts to communicate with Nicolas Guillen via telephone, electronic mail, letter, and through social media. However, Mr. Guillen has consistently avoided responding to nearly all of these communication attempts.

8. For instance, after multiple attempts to contact Mr. Guillen via telephone and by electronic mail, on or around July 27, 2021, attorney Zatezalo mailed a letter to Nicholas Guillen at the 109 Valencia Dr. Apt. 209B, Jacksonville, NC 28546 address he provided to Bordas & Bordas. However, Mr. Guillen did not respond.

9. On or around September 14, 2021, attorney Zatezalo sent a follow up letter to Mr. Guillen at the same address. Again, Mr. Guillen did not respond. *See attached* **Exhibit 1**.

10. On or around October 12, 2021, attorney Zatezalo's office staff made several attempts to reach Nicholas Guillen and his wife via social media (through Facebook and Instagram). No response was received. Neither Mr. nor Mrs. Guillen responded. *See attached* **Exhibit 2**.

11. On or around October 27, 2021 another attempt was made to reach Mr. Guillen via his Instagram account. On this date, Nicholas Guillen provided his only response to any of Bordas & Bordas' attempts to reach him - responding only that "he had already filed with another firm on this suit." *See attached* **Exhibit 3**.

12. On or around November 1, 2021, attorney Zatezalo's staff sent another message to Mr. Guillen via Instagram asking him to please contact Bordas and Bordas, PLLC to advise who was now representing him (so Bordas & Bordas could notice a substitution of counsel and/or withdraw from Mr. Guillen's case). However, Mr. Guillen did not respond. *See attached* **Exhibit 4**.

13. Attorney Zatezalo's staff again attempted to follow up with Mr. Guillen via Instagram on or around November 4, 2021. Again, Mr. Guillen did not respond. *See attached* **Exhibit 5**.

14. On or around December 7, 2021, attorney Zatezalo sent Nicolas Guillen detailed correspondence through Facebook messenger, advising Mr. Guillen that attorney Zatezalo and Bordas and Bordas would be withdrawing as his counsel (upon Mr. Guillen's representation that another law firm was handling his claim) and asking Mr. Guillen to please contact Mr. Zatezalo. Again, Mr. Guillen did not respond. *See attached* **Exhibit 6**.

15. Thereafter, Attorney Zatezalo and other staff at Bordas & Bordas continued their efforts to locate Mr. Guillen and came to believe that he may have relocated to an address at 1329 Gateway Pl., Rancho Mission Viejo, CA 92694. Accordingly, on or around December 29, 2021, Attorney Zatezalo sent a certified letter to Mr. Guillen at his California address again asking Mr. Guillen to contact Mr. Zatezalo and explaining the need to withdraw as counsel of record from his case. That certified letter was returned to Bordas & Bordas as "unclaimed". *See attached* **Exhibit 7**.

16. On or around January 20, 2022, Attorney Zatezalo's staff again attempted to contact Mr. Guillen at his last known email address (nicoguillen101@yahoo.com). Again, Mr. Guillen did not respond. *See attached* **Exhibit 8**.

17. Thereafter, attorney Zatezalo and other staff at Bordas & Bordas continued their efforts to locate Mr. Guillen and located his mother, Alexandra Zanon, on Facebook. On or around February 17, 2022, Attorney Zatezalo's staff contacted Ms. Zanon through Facebook messenger and advised her that Attorney Zatezalo had been trying to reach Mr. Guillen and needed to speak with him about his case. On March 8, 2022, Alexandra Zanon responded and stated that "she would contact Nicholas and ask him to contact us." Nevertheless, Mr. Guillen did not respond or contact attorney Zatezalo or anyone else at Bordas & Bordas. *See attached* **Exhibit 9**.

18. On or around March 10, 2022 attorney Zatezalo's staff again attempted to contact Mr. Guillen through Facebook messenger. Again, Mr. Guillen did not respond and, aside from his single, October 27, 2021 response, whereupon Mr. Guillen advised that he had secured alternative representation, to date Mr. Guillen has never responded to any of counsel's other attempts to contact him. *See attached* **Exhibit 10**.

19. At this point, it is abundantly clear to Bordas & Bordas that Mr. Guillen does not wish to proceed with Bordas & Bordas' representation of him in his 3M dual-ended Combat Earplug matter, and additional attempts to contact Mr. Guillen regarding a substitution of counsel in, or withdraw from, this matter would be fruitless.

20. Upon information and belief, and upon Mr. Guillen's prior representations of having proceeded with this matter through other counsel, Bordas & Bordas has adequately advised Mr. Guillen of its intent to withdraw from this matter, and the potential consequences to his case resulting therefrom, and additional attempts to speak with Mr. Guillen directly about Bordas & Bordas withdrawal have proved practically impossible. Accordingly, attorney Zatezalo and the law firm of Bordas & Bordas, PLLC respectfully seek leave from this Honorable Court to withdraw

as counsel of record from Case No: 8:20-cv-05373 and from further representation of Plaintiff Nicolas Guillen in this action.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order withdrawing attorney J. Zachary Zatezalo, Esq. and Bordas & Bordas, PLLC from further representation of Nicolas Guillen in Case No: 8:20-cv-05373, and removing Attorney Zatezalo and his staff from the ECF electronic service list for this action.

Respectfully submitted,

J. Zachary Zatezalo, Esq.

By: /s/ J. Zachary Zatezalo
J. ZACHARY ZATEZALO, ESQ. (WV Bar #9215)
BORDAS & BORDAS, PLLC
526 Seventh Street
Moundsville, WV 26041
Telephone:  (304) 242-8410
Facsimile:   (304) 242-3936

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE: 3M COMBAT EARPLUGS　　　　　　　　　　　Case No: 3:19-md-2885
PRODUCTS LIABILITY LITIGATION

This Document Relates to:　　　　　　　　　　　Judge M. Casey Rodgers
　　　　　　　　　　　　　　　　　　　　Magistrate Judge Gary R. Jones

Nicholas Guillen

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Withdrawal was filed electronically with the Clerk of the Court using the CM/ECF system on April 19, 2022 and served electronically on all counsel of record.

　　　　　　　　　　　　　　　　　　　/s/ J. Zachary Zatezalo
　　　　　　　　　　　　　　　　　　　J. ZACHARY ZATEZALO, ESQ., *PHV*
　　　　　　　　　　　　　　　　　　　(WV Bar #9215)