

**BORDAS**
AND
**BORDAS**
ATTORNEYS, PLLC

1358 National Road
Wheeling, WV 26003
t 304-242-8410
f 304-242-3936

106 East Main Street
St. Clairsville, OH 43950
t 740-695-8141
f 740-695-6999

526 7th Street
Moundsville, WV 26041
t 304-845-5600
f 304-845-5604

One Gateway Center
420 Ft. Duquesne Blvd.
Suite 1800
Pittsburgh, PA 15222
t 412-502-5000
f 412-709-6343

bordaslaw.com

September 14, 2021

Mr. Nicolas Gullien
Valencia Dr. Apt. 209B
Jacksonville, NC 28546

Re:  *3M Earplug Claim*

Dear Mr. Gullien:

I am writing in follow-up to my July 27, 2021 letter to you concerning your 3M earplug claim and my request of you to please forward to us a copy of your DD-214. To date we have not received any response from you. It is imperative that I speak with you right away regarding your case and some recent, time-sensitive developments that require your attention. I have attempted to reach you by phone, but continue to receive a message that you are "not able to receive calls at this time" on the number we have for you. Upon your receipt of this letter, could you please contact me right away? Just ask for "Zak" when you call and you will be connected to me.

Thank you very much for your courteous attention to this matter. I look forward to hearing from you.

Very truly yours,

J. Zachary Zatezalo, Esq.

JZZ/kag

A.M.D.G.

EXHIBIT 1

PITTSBURGH PA 150

15 SEP 2021 PM 3 L





US POSTAGE

02 7H          $ 000.53⁰
0001302779     SEP 15 2021
MAILED FROM ZIP CODE 26003

ad
6003

Mr. Nicolas Guliien
Valencia Dr. Apt. 209B
Jacksonville, NC 28546

NIXIE        276   FE 1          0009/19/21

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

UTF    BC: 26003574258    *1143-02650-15-43



EXHIBIT 2

 AT&T LTE  **4:32 PM**  100% 

 **Nico Guillen**
Active 17m ago

reach you, it's very
important you contact us..
**304-242-8410**

3:45 PM

 Hi Ms. Kylee I have already
filed with another firm on
this suit.

Thank you for your
response & that's no
problem at all.. we need to
properly withdraw from
your case, can you give
me the name & phone
number or address of the
firm representing you?
Thank you again for
contacting me back!!

**Get Vanish Mode**

 Message...    

EXHIBIT 3

  AT&T LTE     10:39 AM     88%  

**Nico Guillen**
Active now

reach you, it's very important you contact us..
304-242-8410

Wednesday 3:45 PM

 Hi Ms. Kylee I have already filed with another firm on this suit.

Thank you for your response & that's no problem at all.. we need to properly withdraw from your case, can you give me the name & phone number or address of the firm representing you? Thank you again for contacting me back!!

Seen Wednesday

 Message...   

EXHIBIT 4

 AT&T LTE                3:55 PM                    @ 55% ▇

 **Nico Guillen**            

you, it's imperative that you contact us at
304-242-8410 ASAP.. thank you!!

   (304) 242-8410

TODAY

**ME**

Hi nico.. was just following up on my
previous conversation wherein I asked the
name or phone number for the firm
currently representing you.. there are
upcoming matters in your case that require
attention & our firm needs to make sure
your new firm is handling those & it's
extremely important we speak with them..
this is the only reason we need this
information. I can assure you that once we
make contact with your firm, you won't hear
from us further. Thank you very much!

   Send a chat        

EXHIBIT 5



EXHIBIT 6



Nico Guillen ∨

litigation Court that oversees the 3M Combat Earplug Litigation – namely the U.S. District Court for the Northern District of Florida, Pensacola Division. My understanding is that you were serving in the military with Mr. Olcott's son at the time Mr. Olcott filed a case on your behalf prior to leaving our law firm. Since the time that Mr. Olcott filed your claim, my office has repeatedly attempted to contact you about this claim with very little success.  In fact, we

Aa

9:15 AM
12/7/2021





**Nico Guillen** ⌄

any money from the injuries you sustained as a consequence of your using 3M earplugs. Nevertheless it is clear to my law firm at this point, given your lack of communication with us and your representation that another firm is handling your claim, that you do not wish to pursue any claims regarding your use of 3M combat earplugs with Bordas & Bordas representing you. If you feel you need to communicate anything else to my law firm, I strongly

9:15 AM
12/7/2021



Nico Guillen ∨

2021, because we intend to file our Motion to Withdraw from your case with the Court during the first week of January 2022.

Thank you for your courteous attention to this matter Mr. Guillen, and please do not hesitate to contact me with any questions or concerns by or before year's end.

Cordially,

J. Zachary Zatezalo, Esq.

9:15 AM



**BORDAS**
— AND —
**BORDAS**

ATTORNEYS, PLLC

1358 National Road
Wheeling, WV 26003
t 304-242-8410
f 304-242-3936

106 East Main Street
St. Clairsville, OH 43950
t 740-695-8141
f 740-695-6999

526 7th Street
Moundsville, WV 26041
t 304-845-5600
f 304-845-5604

One Gateway Center
420 Ft. Duquesne Blvd.
Suite 1800
Pittsburgh, PA 15222
t 412-502-5000
f 412-709-6343

bordaslaw.com

December 29, 2021

Nicholas Guillen
1329 Gateway Pl.
Rancho Mission Viejo, CA 92694

    RE:   3M Combat Earplugs

Dear Mr. Guillen,

My name is Zak Zatezalo. I am an attorney at Bordas & Bordas. I am writing in follow-up to the facebook messenger message we sent you on December 7, 2021. It is my understanding that you have not opened this message. In any event, that message and this letter is being sent in follow-up to my firm's prior attempts to contact you regarding your 3M Combat Earplugs case. As you know, Doug Olcott, Esq., a lawyer who was formerly with our firm but who resigned his position in or around March of 2020, filed a claim on your behalf in the multidistrict litigation Court that oversees the 3M Combat Earplug Litigation – namely the U.S. District Court for the Northern District of Florida, Pensacola Division. Your case is currently styled as *Nicolas A. Gullen v. 3M Company, et al.*, In the United States District Court for the Northern District of Florida, Pensacola Division, Civil Action No. 8:20-cv-05373. For more information about your case, you can contact the multidistrict litigation Claims Administrator, Brown Greer, at the following contact information:

        MDL Centrality Administrator
        BROWN GREER PLC
        250 Rocketts Way
        Richmond, VA 23231
        Telephone: (804) 521-7200
        Facsimile: (804) 521-7299
        www.browngreer.com
        www.mdlcentrality.com

My understanding is that you were serving in the military with Mr. Olcott's son at the time Mr. Olcott filed a case on your behalf prior to leaving our law firm. Since the time that Mr. Olcott filed your claim, my office has repeatedly attempted to contact you about this claim with very little success. In fact, we have received only one response from you, advising us that you were pursuing a 3M Combat Earplug claim with another law firm. While it is certainly fine with us for you to pursue this matter with another law firm, you should know that I have been in contact with the Claims Administrator for this 3M Combat Earplug Litigation, and they

A.M.D.G.

EXHIBIT   7

have no record of any other firm representing you or taking any action on your behalf in this litigation. Currently, the only law firm associated with the Court your case is our firm, Bordas & Bordas, PLLC. And as you know, we have tried to follow-up with you multiple times to provide us with the contact information of the law firm who is handling this matter for you, but we have received no response from you with that information either.

My hope was that you would provide us with the contact information of this other law firm so we could coordinate with that firm and substitute this other law firm as counsel of record with the Court and our firm could then cease any further representation of you in this case. But since you have not provided us with this law firm's information, and since the Claims Administrator has no information on any other law firm being involved in your claim, my firm must now file a Motion with the Court to withdraw from your case as the law firm of record. **Please understand that if the Court grants our Motion, this will leave you with no law firm representing you in this matter. Our withdraw from your case also puts you at substantial risk that the Court will completely dismiss your case from this litigation, and you will have no opportunity to recover any money from the injuries you sustained as a consequence of your using 3M earplugs.** Nevertheless it is clear to my law firm at this point, given your lack of communication with us and your representation that another firm is handling your claim that you do not wish to pursue any claims regarding your use of 3M combat earplugs with Bordas & Bordas representing you. If you feel you need to communicate anything else to my law firm, I strongly urge you to do so as soon as possible, as we are now in the process of seeking Court approval to withdraw as your attorneys in this case.

Thank you for your courteous attention to this matter Mr. Guillen, and please do not hesitate to contact me with any questions or concerns by or before year's end.

Cordially,

*/s/ J. Zachary Zatezalo, Esq.*

J. Zachary Zatezalo, Esq.





**BORDAS**
AND
**BORDAS**
ATTORNEYS, PLLC

1358 National Road
Wheeling, WV 26003

9489 0090 0027 6159 7835 48



FIRST-CLASS

US POSTAGE (IMI) PITNEY BOWES

ZIP 26003
02 7H
0001302779

$ 007.33⁰

DEC 29 2021

Nicholas Guillen
1329 Gateway Pl.
Rancho Mission Viejo, CA 92694

LN 1/10
MP 24

(1-25)

NIXIE        339   DE 1        0002/04/22

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 26003574258      *0643-08139-29-46

92694$1842 ROB.          UNC
26005>5742
34232>6358

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Nicholas Guillen
1329 Oakway Pl.
Rancho Mission Viejo, CA
92694

9590 9402 6743 1060 0892 93

2. Article Number *(Transfer from service label)*

9489 0090 0027 6159 7835 48

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**BORDAS AND BORDAS**

ATTORNEYS, PLLC

1358 National Road
Wheeling, WV 26003
t 304-242-8410
f 304-242-3936

106 East Main Street
St. Clairsville, OH 43950
t 740-695-8141
f 740-695-6999

526 7th Street
Moundsville, WV 26041
t 304-845-5600
f 304-845-5604

One Gateway Center
420 Ft. Duquesne Blvd.
Suite 1800
Pittsburgh, PA 15222
t 412-502-5000
f 412-709-6343

bordaslaw.com

December 29, 2021

Nicholas Guillen
1329 Gateway Pl.
Rancho Mission Viejo, CA 92694

    RE:   3M Combat Earplugs

Dear Mr. Guillen,

My name is Zak Zatezalo. I am an attorney at Bordas & Bordas. I am writing in follow up to the facebook messenger message we sent you on December 7, 2021. It is my understanding that you have not opened this message. In any event, that message and this letter is being sent in follow-up to my firm's prior attempts to contact you regarding your 3M Combat Earplugs case. As you know, Doug Olcott, Esq., a lawyer who was formerly with our firm but who resigned his position in or around March of 2020, filed a claim on your behalf in the multidistrict litigation Court that oversees the 3M Combat Earplug Litigation – namely the U.S. District Court for the Northern District of Florida, Pensacola Division. Your case is currently styled as *Nicolas A. Gullen v. 3M Company, et al.,* In the United States District Court for the Northern District of Florida, Pensacola Division, Civil Action No. 8:20-cv-05373. For more information about your case, you can contact the multidistrict litigation Claims Administrator, Brown Greer, at the following contact information:

    MDL Centrality Administrator
    BROWN GREER PLC
    250 Rocketts Way
    Richmond, VA 23231
    Telephone: (804) 521-7200
    Facsimile: (804) 521-7299
    www.browngreer.com
    www.mdlcentrality.com

My understanding is that you were serving in the military with Mr. Olcott's son at the time Mr. Olcott filed a case on your behalf prior to leaving our law firm. Since the time that Mr. Olcott filed your claim, my office has repeatedly attempted to contact you about this claim with very little success. In fact, we have received only one response from you advising us that you were pursuing a 3M Combat Earplug claim with another law firm. While it is certainly fine with us for you to pursue this matter with another law firm, you should know that I have been in contact with the Claims Administrator for this 3M Combat Earplug Litigation, and they

A.M.D.G.

have no record of any other firm representing you or taking any action on your behalf in this litigation. Currently, the only law firm associated with the Court your case is our firm, Bordas & Bordas, PLLC. And as you know we have tried to follow-up with you multiple times to provide us with the contact information of the law firm who is handling this matter for you, but we have received no response from you with that information either.

My hope was that you would provide us with the contact information of this other law firm so we could coordinate with that firm and substitute this other law firm as counsel of record with the Court and our firm could then cease any further representation of you in this case. But since you have not provided us with this law firm's information, and since the Claims Administrator has no information on any other law firm being involved in your claim, my firm must now file a Motion with the Court to withdraw from your case as the law firm of record. **Please understand that if the Court grants our Motion, this will leave you with no law firm representing you in this matter. Our withdraw from your case also puts you at substantial risk that the Court will completely dismiss your case from this litigation, and you will have no opportunity to recover any money from the injuries you sustained as a consequence of your using 3M earplugs.** Nevertheless it is clear to my law firm at this point, given your lack of communication with us and your representation that another firm is handling your claim that you do not wish to pursue any claims regarding your use of 3M combat earplugs with Bordas & Bordas representing you. If you feel you need to communicate anything else to my law firm, I strongly urge you to do so as soon as possible, as we are now in the process of seeking Court approval to withdraw as your attorneys in this case.

Thank you for your courteous attention to this matter Mr. Guillen. and please do not hesitate to contact me with any questions or concerns by or before year's end.

Cordially,

*/s/ J. Zachary Zatezalo, Esq.*

J. Zachary Zatezalo, Esq.

| | |
|---|---|
| **From:** | Kylee Gallentine |
| **To:** | nicoguillen101@yahoo.com |
| **Subject:** | Correspondence from Attorney Zak Zatezalo, Esq. - Bordas & Bordas, PLLC |
| **Date:** | Thursday, January 20, 2022 10:27:00 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.jpg |
| | 1712177.pdf |

Hi Nico:

We have been trying to reach you unsuccessfully for many months now regarding your 3M Earplug matter.  Per our last conversation,  you implied you retained another firm to represent you, which is fine, we just need to properly withdraw as counsel from the case.  However, in order to do that, we need to speak with you to confirm some additional information.  Can you please call our office at 304-242-8410 and ask for either Zak or myself, Kylee.  Or you can respond to this email.  I would really appreciate if you could reach out to us as soon as possible.

Additionally, I have attached the most recent correspondence that we sent to you certified mail for your review.

Again, I ask that you please reach out to us as soon as possible.

Thank you!

*Kylee Gallentine*
Paralegal to Zachary Zatezalo
1358 National Road
Wheeling, WV  26003
t 304-242-8410
f 304-242-3936

EXHIBIT 8

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender listed above and delete the original message from your computer and server. Thank you



**BORDAS**
— AND —
**BORDAS**

ATTORNEYS, PLLC

1358 National Road
Wheeling, WV 26003
t 304-242-8410
f 304-242-3936

106 East Main Street
St. Clairsville, OH 43950
t 740-695-8141
f 740-695-6999

526 7th Street
Moundsville, WV 26041
t 304-845-5600
f 304-845-5604

One Gateway Center
420 Ft. Duquesne Blvd.
Suite 1800
Pittsburgh, PA 15222
t 412-502-5000
f 412-709-6343

bordaslaw.com

December 29, 2021

Nicholas Guillen
1329 Gateway Pl.
Rancho Mission Viejo, CA 92694

    RE:  3M Combat Earplugs

Dear Mr. Guillen,

My name is Zak Zatezalo. I am an attorney at Bordas & Bordas. I am writing in follow-up to the facebook messenger message we sent you on December 7, 2021. It is my understanding that you have not opened this message. In any event, that message and this letter is being sent in follow-up to my firm's prior attempts to contact you regarding your 3M Combat Earplugs case. As you know, Doug Olcott, Esq., a lawyer who was formerly with our firm but who resigned his position in or around March of 2020, filed a claim on your behalf in the multidistrict litigation Court that oversees the 3M Combat Earplug Litigation – namely the U.S. District Court for the Northern District of Florida, Pensacola Division. Your case is currently styled as *Nicolas A. Gullen v. 3M Company, et al.*, In the United States District Court for the Northern District of Florida, Pensacola Division, Civil Action No. 8:20-cv-05373. For more information about your case, you can contact the multidistrict litigation Claims Administrator, Brown Greer, at the following contact information:

        MDL Centrality Administrator
        BROWN GREER PLC
        250 Rocketts Way
        Richmond, VA 23231
        Telephone: (804) 521-7200
        Facsimile: (804) 521-7299
        www.browngreer.com
        www.mdlcentrality.com

My understanding is that you were serving in the military with Mr. Olcott's son at the time Mr. Olcott filed a case on your behalf prior to leaving our law firm. Since the time that Mr. Olcott filed your claim, my office has repeatedly attempted to contact you about this claim with very little success. In fact, we have received only one response from you, advising us that you were pursuing a 3M Combat Earplug claim with another law firm. While it is certainly fine with us for you to pursue this matter with another law firm, you should know that I have been in contact with the Claims Administrator for this 3M Combat Earplug Litigation, and they

A.M.D.G.

have no record of any other firm representing you or taking any action on your behalf in this litigation. Currently, the only law firm associated with the Court your case is our firm, Bordas & Bordas, PLLC. And as you know, we have tried to follow-up with you multiple times to provide us with the contact information of the law firm who is handling this matter for you, but we have received no response from you with that information either.

My hope was that you would provide us with the contact information of this other law firm so we could coordinate with that firm and substitute this other law firm as counsel of record with the Court and our firm could then cease any further representation of you in this case. But since you have not provided us with this law firm's information, and since the Claims Administrator has no information on any other law firm being involved in your claim, my firm must now file a Motion with the Court to withdraw from your case as the law firm of record. **Please understand that if the Court grants our Motion, this will leave you with no law firm representing you in this matter. Our withdraw from your case also puts you at substantial risk that the Court will completely dismiss your case from this litigation, and you will have no opportunity to recover any money from the injuries you sustained as a consequence of your using 3M earplugs.** Nevertheless it is clear to my law firm at this point, given your lack of communication with us and your representation that another firm is handling your claim that you do not wish to pursue any claims regarding your use of 3M combat earplugs with Bordas & Bordas representing you. If you feel you need to communicate anything else to my law firm, I strongly urge you to do so as soon as possible, as we are now in the process of seeking Court approval to withdraw as your attorneys in this case.

Thank you for your courteous attention to this matter Mr. Guillen, and please do not hesitate to contact me with any questions or concerns by or before year's end.

Cordially,

***/s/ J. Zachary Zatezalo, Esq.***

J. Zachary Zatezalo, Esq.



Alexandra Zanon ∨

3:43 PM

Hi Ms. Zanon, I work with attorney Zak Zatezalo at the Law Firm of Bordas and Bordas, PLLC. I believe your son may be Nicholas Guillen. Awhile ago, he contacted our firm to represent him in a matter regarding 3M Earplugs. I was able to contact Nico through his Instagram account a few months ago, but I havent been able to reach him since. Its very important that we get in contact with him, do you

EXHIBIT 9

 Alexandra Zanon ⌄      

reach him since. Its very important that we get in contact with him, do you have a current address or phone number for him where we can get in touch with him? Or could you please ask him to reach out to our firm, 304-242-8410 or zak@bordaslaw.com or KGallentine@bordaslaw.com... we are up against some court deadlines in this matter and need to contact him. Thank you for your time and consideration.



**Alexandra Zanon**
Active 40m ago

deadlines in this matter and need to contact him. Thank you for your time and consideration.

MAR 05, 5:24 PM

I will contact him and give him your information. Ty for getting in touch with me. I will let him know.

You can now message and call each other and see info like Active Status and when you've read messages.

Thank you so very much! It's very appreciated!

Yw

**Nico Guillen**

My name is Zak Zatezalo. I am an attorney at Bordas & Bordas. My phone number and email are below. I am writing in follow-up to the facebook messenger message we sent you on December 7, 2021 and in follow-up to my and my office's many attempts to communicate with you. It is my understanding that you never opened my office's December 7, 2021 message. On December 29, 2021, we attempted to deliver a

EXHIBIT 10

 AT&T LTE   3:03 PM   74% 

 **Nico Guillen**

December 29, 2021, we attempted to deliver a certified letter to you asking you to communicate with us about your case. We made several attempts to deliver this certified letter, all of which were refused and that correspondence was eventually returned to us as undeliverable. Accordingly, I am sending this message in follow-up to my firm's prior attempts to contact you regarding your 3M Combat Earplug case.  As you know, Doug Olcott,

    Aa  

**AT&T** LTE    3:04 PM    73%

**Nico Guillen**

Earplugs case.  As you know, Doug Olcott, Esq., a lawyer who was formerly with our firm but who resigned his position in or around March of 2020, filed a claim on your behalf in the multidistrict litigation Court that oversees the 3M Combat Earplug Litigation – namely the U.S. District Court for the Northern District of Florida, Pensacola Division. Since the time that Mr. Olcott filed your claim, my office has rep[ ]edly attempted to contact

    Aa  

   

AT&T  LTE                3:04 PM                    73%

< **Nico Guillen**

has repeatedly attempted to contact you about this claim with very little success. In fact, we have received only one response from you, advising us that you were pursuing a 3M Combat Earplug claim with another law firm. While it is certainly fine with us for you to pursue this matter with another law firm, you should know that I have been in contact with the Claims Administrator for this 3M Combat Earplug Litigation, and they

    Aa  

  

litigation. Currently, the only law firm associated with the Court your case is our firm, Bordas & Bordas, PLLC. And as you know, we have tried to follow-up with you multiple times to provide us with the contact information of the law firm who is handling this matter for you, but we have received no response from you with that information either.

My hope was that you would provide us with the contact information of this other law firm so

    Aa  

  AT&T LTE   3:04 PM   73%  

**Nico Guillen**

substitute this other law firm as counsel of record with the Court and our firm could then cease any further representation of you in this case.  But since you have not provided us with this law firm's information, and since the Claims Administrator has no information on any other law firm being involved in your claim, my firm must now move to dismiss your case from this litigation. Please understand that you will have no opportunity to recover

    Aa  

 **Nico Guillen**  

unless you file a new case with another law firm. Nevertheless it is clear to my law firm at this point, given your lack of communication with us and your representation that another firm is handling your claim that you do not wish to pursue any claims regarding your use of 3M combat earplugs. If you feel you need to communicate anything else to my law firm, I strongly urge you to do so as soon as possible, as we will dismiss ur case on or around March 14, 2022.

    Aa  

AT&T  LTE                    3:04 PM                    73%

< Nico Guillen

...with us and your representation that another firm is handling your claim that you do not wish to pursue any claims regarding your use of 3M combat earplugs. If you feel you need to communicate anything else to my law firm, I strongly urge you to do so as soon as possible, as we will dismiss your case on or around March 14, 2022. Thank you.

Zak Zatezalo, Esq.
Bordas & Bordas, PLLC
304-242-8410
zak@bordaslaw.com

