# United States District Court
## CIVIL MINUTES - GENERAL

In Re: **3M Combat Arms Earplug Products Liability Litigation**

Date: **April 14, 2022**
Case No.: **3:19md2885**

**This Document Relates to All Cases**

**Judge M. Casey Rodgers**
**Magistrate Judge Gary R. Jones**

**DOCKET ENTRY: Hearing**

Court and counsel discuss Wave-related matters. Attendance of counsel in person, via telephone, Judge Herndon, Judge Jones and Adriane Theis via Zoom.

**PRESENT:**

| Honorable **M. Casey Rodgers** United States District Judge | Faith Stachulski Law Clerk | Barbara Rogers Deputy Clerk | Donna Boland Court Reporter |

**APPEARANCES:**

**Lead Counsel for Plaintiff Vaughn:** Bryan Aylstock, Shelley Hutson, Mike Moreland, Max Kelley

**Lead Counsel for Defendants 3M Co. and Aearo:** Mark Nomellini

**PROCEEDINGS:**

| | |
|---|---|
| 10:04 am | Court in Session - Introduction of Counsel |
| | Court discusses Wave-related items with counsel |
| 11:23 am | Court in Recess |