# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION

This Document Relates to All Cases

Case No. 3:19-md-02885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, the undersigned, Christina L. Hutchins, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Alton, Illinois, and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Illinois. A copy of a Certificate of Good Standing from the State of Illinois dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16502910356067, and completed the CM/ECF Online Tutorials.

1

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen."

6. Movant represents Plaintiffs Jesse Bernard Turman (Admin. Docket No. 7:20-cv-42511-MCR-GRJ) and James Austin Twitty (Admin. Docket No. 7:20-cv-42494-MCR-GRJ) in this action.

WHEREFORE, Christina L. Hutchins respectfully request that this Court enteran Order granting Christina L. Hutchins of Bailey & Glasser, LLP, *pro hac vice* admission in this case.

Respectfully submitted on this 19th day of April, 2022.

/s/ Christina L. Hutchins
Christina L. Hutchins (IL Bar No. 6313091)
BAILEY & GLASSER, LLP
34 North Gore Ave. Suite 102
Webster Groves, MO 63119
Telephone: (314) 863-5446
Facsimile: (314) 863-5483
Email: chutchins@baileyglasser.com

2

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 19th Day of April, 2022.

*s/ Christina L. Hutchins*
Christina L. Hutchins, IL Bar No. 6313091