UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Catherin T. Heacox, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1. Movant resides in New York, New York, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of New York. A copy of a Certificate of Good Standing from the State of New York dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16491025915987**, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen".

6. Movant is the attorney of record in the related cases identified in the exhibit attached hereto as Exhibit "B" and made a part hereof.

-2-

7. Upon admission, Catherine Heacox respectfully requests that she be provided notice of Electronic Case Filings to the following email address: Catherin.Heacox@lanierlawfirm.com.

8. WHEREFORE, Catherine Heacox respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* on behalf of Plaintiffs and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: April 19, 2022    Respectfully submitted,

> */s/ Catherine Heacox*
> Catherine Heacox   2971455
> THE LANIER LAW FIRM, P.C.
> Tower 56
> 126 East 56th Street, 6th Floor
> New York, NY 10022
> PHONE: 212-421-2800
> Fax: 212-421-2878
> Email: Catherin.Heacox@lanierlawfirm.com
>
> *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* was filed electronically via the Court's CM/ECF system on April 19, 2022, and served electronically on all counsel of record.

*/s/ Catherine Heacox*
Catherine Heacox
