## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Wave 2 Cases Identified on Exhibits A and B | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## <u>ORDER</u>

On February 22, 2022, the Court entered the second in a series of "Wave Orders" setting an eight-month discovery schedule for 500 cases. *See* Wave Order #2, ECF No. 2787. Additionally, the parties reached a stipulation modifying the process for records authorizations and service of certain discovery in the Wave cases. *See* Joint Stipulation, ECF No. 2468. Pursuant to the Court's Order and the parties' stipulation, the plaintiffs in the second Wave were required to, among other things, submit signed authorizations for the release of records and respond to Defendants' written discovery requests by specified deadlines. The Court has been advised that the plaintiffs identified in Exhibits A and B have failed to comply with these requirements by either failing to submit the required records authorizations, failing to respond to Defendants' discovery requests, or both.[1]

---

[1] The plaintiffs identified on Exhibit A have failed to submit records authorizations and those on Exhibit B have failed to respond to Defendants' discovery requests.

Accordingly, it is **ORDERED** that:

1.  Defendants' Motion for Order to Show Cause Based on Failure to Comply With Discovery, ECF No. 2991, is **GRANTED, in part**. [2]

2.  All individual plaintiffs identified on Exhibits A and B are **required to**:

    a.  Comply with the Court's Order, ECF No. 2787, and the parties' stipulation, ECF No. 2468, by submitting the required records authorizations and responding to Defendants' discovery requests by **April 25, 2022**.  This is a new deadline for compliance and will be the last deadline set.

    b.  File a response on his or her individual docket by **April 26, 2022**, that *either*:

        i.   Confirms that the requisite materials were submitted to Defendants on April 25, 2022; *or*

        ii.  If the requisite materials were not submitted, **SHOWS CAUSE** why his or her case should not be dismissed with prejudice for failure to prosecute and failure to comply with two of the Court's Orders.

    c.  Failure to comply with this Order will result in dismissal of a case with prejudice.  *See In re Phenylpropanolamine (PPA) Prod. Liab. Litig*., 460 F.3d 1217 (9th Cir. 2006) (affirming dismissals of individual cases with prejudice for failure to comply with case management orders by

---

[2] The Court notes that counsel for eight plaintiffs identified in Defendants' motion have filed motions to withdraw as counsel. To the extent the Court has previously allowed counsel to withdraw without having to respond to a show cause order, this was done in error. The Court will not revisit these past cases. Going forward, before being permitted to withdraw, counsel must respond to the Court's show cause Order or file a motion to dismiss plaintiff's case. Counsel's inability to communicate with a plaintiff does not constitute good cause.

Also, certain plaintiffs identified by Defendants are not included on Exhibits A or B because their cases have been dismissed. Additionally, Defendants filed a notice of retraction as to Plaintiff Mark William Pack who was inadvertently included in Defendants' motion. *See Pack*, Case No. 7:20cv70975, ECF No. 8. Also, Plaintiff Brett Johnson filed a response confirming that his requisite materials have now been submitted to Defendants. *In re 3M Combat Arms Earplug Prods. Liab. Litig.*, Case No. 3:19md2885, ECF No. 3013.

failing to timely file Plaintiff Fact Sheets and/or records authorizations, despite repeated instructions to do so).

d.   The Clerk is directed to enter a copy of this Order on the MDL docket and on the individual docket for each of the cases identified on Exhibits A and B.

**SO ORDERED**, on this 20th day of April, 2022.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**