## Exhibit A

| Plaintiff | Case No. |
|---|---|
| Odom, Christina M. | 7:20-cv-12688 |
| Perkins, Cy Ames | 7:20-cv-12941 |
| Price, Norman | 7:20-cv-26783 |
| Schwartz, Jared | 7:20-cv-13925 |
| Semora, Travis F. | 7:20-cv-14059 |
| Crespo, Reynaldo | 8:20-cv-12704 |
| Goodman, Jesse W. | 8:20-cv-13262 |
| Southern, Christopher A. | 8:20-cv-13305 |
| Barnes, Kenneth | 8:20-cv-29175 |
| Harris, Lanell | 7:20-cv-19329 |
| Parker, Bradley | 7:20-cv-22143 |
| Bedsole, Michael | 7:20-cv-81148 |
| Bernal, Martin | 7:20-cv-76441 |
| Bernard, Troy | 7:20-cv-76445 |
| Butler, Jeffrey | 7:20-cv-72507 |
| Camacho Martinez, Angel | 7:20-cv-72636 |
| Bastean, Steven | 7:20-cv-50538 |
| Daratany, Kenneth C. | 8:20-cv-35349 |
| Roberts, Leshawn | 7:20-cv-70128 |
| Kiepke, Benjamin | 7:20-cv-49926 |
| Lopez, Pedro | 8:20-cv-17660 |
| Rocha, Cesar | 7:20-cv-01463 |
| Townsend, Jonathon | 7:20-cv-72950 |
| Ortiz, Sonia | 7:20-cv-19328 |
| Collins, Brian | 7:20-cv-01132 |
| Garrison, Kevin | 7:20-cv-17408 |
| Hang, Bruce | 7:20-cv-09915 |
| Ingebritson, Reuben | 7:20-cv-07716 |
| Jones, Casey A. | 7:20-cv-06349 |
| Woody, Benjamin | 7:20-cv-04445 |
| Wright, Eric | 7:20-cv-07798 |
| Martinez, Pete | 8:20-cv-01091 |
| Young, Lorenzo | 8:20-cv-18558 |
| Bolton, Steven | 7:20-cv-85369 |
| Wilson, Frank H. | 7:20-cv-22793 |

| Houpt, William | 8:20-cv-30206 |