## Exhibit B

| Plaintiff | Case No. | Missing Discovery Responses |
|---|---|---|
| Cy Perkins | 7:20-cv-12941 | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Christina Odom | 7:20-cv-12688 | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Jared Schwartz | 7:20-cv-13925 | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Travis Semora | 7:20-cv-14059 | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Norman Price | 7:20-cv-26783 | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Michael Bedsole | 7:20-cv-81148 | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Benjamin Woody | 7:20-cv-04445 | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Casey Jones | 7:20-cv-06349 | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Reuben Ingebritson | 7:20-cv-07716 | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Eric Wright | 7:20-cv-07798 | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Bruce Hang | 7:20-cv-09915 | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Lucke Delacruz | 7:20-cv-60548 | Responses to 3M's Interrogatories |
| Benjamin Kiepke | 7:20-cv-49926 | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Pedro Lopez | 8:20-cv-17660 | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Matthew Hahn | 8:20-cv-05809 | Responses to 3M's Interrogatories |
| Jonathon Townsend | 7:20-cv-72950 | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Kevin Garrison | 7:20-cv-17408 | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Troy Bernard | 7:20-cv-76445 | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |

| Steven Bastean | 7:20-cv-50538 | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| --- | --- | --- |
| Brian Collins | 7:20-cv-01132 | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |
| Kevin Bernard | 7:20-cv-84883 | Responses to 3M's Interrogatories<br>Responses to 3M's Requests for Production |