UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

This Document Relates to All Cases

Case No. 3:19-md-02885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, James Burton Lind, respectfully moves for admission to practice pro hac vice for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Ohio and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Ohio. A copy of a Certificate of Good Standing from the State of Ohio dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16503140346068 and completed the CM/ECF Online Tutorials.

4. James Burton Lind has submitted to the Clerk the required $208.00 *pro hac vice*

1

admission fee.

5.     James Burton Lind has upgraded his PACER account to "NextGen."

6.     Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, James Burton Lind respectfully request that this Court enter an Order granting James Burton Lind of Vorys Sater Seymour and Pease LLP, *pro hac vice* in this case.

Respectfully submitted on this 20th day of April, 2022.

/s/ James Burton Lind
James Burton Lind, Ohio Bar No. 0083310

VORYS SATER SEYMOUR AND PEASE LLP
301 East Fourth Street
Great American Tower, Suite 3500
Cincinnati, OH  45202
Telephone:  513.842.8119
Facsimile:   513.852.7835
Email:  jblind@vorys.com

*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding, LLC,*
*Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 20th day of April, 2022.

>  */s/ James Burton Lind*
>  James Burton Lind, Ohio Bar No. 0083310