**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) | Case No. 3:19-md-2885 |
| | ) | Judge M. Casey Rodgers |
| This Document Relates to All Cases | ) ) | Magistrate Judge Gary R. Jones |
| | ) | |
| | ) | |

**MOTION OF JERRY W. BLACKWELL FOR ADMISSION *PRO HAC VICE* AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS**

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Jerry W. Blackwell ("Movant") of the law firm Blackwell Burke P.A., 431 S. 7th Street, Suite 2500, Minneapolis, Minnesota 55415, respectfully moves for admission *pro hac vice* to appear as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC, and to receive Notice of Electronic filings in this action. In support of this motion Movant states:

1.      Movant resides in Bloomington, Minnesota, and is not a resident of the State of Florida.

2.      Movant is not admitted to practice in the Northern District of Florida.

3.     Movant is licensed to practice and is a member in good standing of the bar for the State of Minnesota.

4.     A copy of a Certificate of Good Standing from the Supreme Court of the State of Minnesota, dated within 30 days of this motion, is attached as **Exhibit A.**

5.     Movant certifies that he has successfully completed both the online Local Rules tutorial exam (confirmation number FLND16503345556071) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

6.     Movant has remitted simultaneously with the filing of the motion the Court's $201.00 *pro hac vice* admission fee.

7.     Movant has updated his PACER account to "NextGen."

8.     Upon admission, Jerry W. Blackwell respectfully requests that he be provided Notice of Electronic filings to the following email address: blackwell@blackwellburke.com.

WHEREFORE, Jerry W. Blackwell respectfully requests that this Court enter an order granting his motion to appear *pro hac vice* on behalf of Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC, and directing the clerk to provide Notice of Electronic Filings to the undersigned.

Dated:  April 21, 2022

/s/ *Jerry W. Blackwell*
Jerry W. Blackwell
MN Bar No. 186867

Blackwell Burke P.A.
431 South 7th Street
Suite 2500
Minneapolis, MN 55415
Tel: (612) 343-3232
blackwell@blackwellburke.com

*Attorney for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holdings,*
*LLC, Aearo Intermediate, LLC, and*
*Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing Motion for Admission *Pro Hac Vice*

was filed electronically with the Clerk of Court via the CM/ECF system on April

21, 2022 and served electronically on all counsel of record.

/s/ *Jerry W. Blackwell*
Jerry W. Blackwell

# EXHIBIT A

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

JERRY W BLACKWELL

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 16, 1987

Given under my hand and seal of this court on

March 30, 2022



Emily J. Eschweiler, Director
Office of Lawyer Registration