UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION This Document Relates To Wave 1 Cases | ) Case No. 3:19-md-2885-MCR-GRJ ) ) ) Judge M. Casey Rodgers ) Magistrate Judge Gary R. Jones ) ) ) ) ) |

## MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL

Pursuant to Local Rule 7.1(I), Defendants request permission to file a reply memorandum in support of their motion to compel against the Department of Defense and the Department of Veterans Affairs (together, "the Government"). The Government and Plaintiffs argue in their opposition briefs that Defendants unreasonably delayed seeking Wave 1 discovery from the Government, and that Defendants' request is moot because fact discovery closed for the Wave 1 cases on April 1, 2022. Defendants ask for leave to file a reply brief on Monday, April 25, 2022, responding to those newly raised arguments.

### CONCLUSION

For the foregoing reasons, Defendants respectfully seek leave to file a sur-reply in opposition to Plaintiffs' motion for consolidation.

Dated: April 21, 2022                    Respectfully submitted,

/s/ Robert C. Brock
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mnomellini@kirkland.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

On April 20, 2022, counsel for the United States informed Defendants that the Government does not oppose the filing of a reply. On the same day, counsel for the Plaintiffs stated that they do oppose a reply.

Dated: April 21, 2022                                         Respectfully submitted,

/s/ Robert C. Brock
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (2020) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

Pursuant to Local Rule 7.1(F), counsel for Defendants certify that this motion contains 106 words, excluding the case style, signature block, and certificates of compliance with the Local Rules.

Dated:  April 21, 2022                                    Respectfully submitted,

>                                                        /s/ Robert C. Brock
>                                                        Robert C. "Mike" Brock
>                                                        KIRKLAND & ELLIS LLP
>                                                        1301 Pennsylvania Avenue, N.W.
>                                                        Washington, D.C. 20004
>                                                        Telephone: (2020) 389-5991
>                                                        mike.brock@kirkland.com
>
>                                                        *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 21, 2022, a copy of the foregoing was filed on the Court's CM/ECF system, which will serve all counsel of record.

DATED:  April 21, 2022

*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*