UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to All Cases | Case No. 3:19-md-02885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

### MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Martin Schneider, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Louisiana and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Louisiana. A copy of a Certificate of Good Standing from the State of Louisiana dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

1

Admission Tutorial, confirmation number **FLND16503207806070** and completed the CM/ECF Online Tutorials.

4. Martin Schneider has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Martin Schneider has upgraded his PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Martin Schneider respectfully request that this Court enter an Order granting Martin Schneider of Thompson, Coe, Cousins & Irons L.L.P., *pro hac vice* in this case.

Respectfully submitted on this 21st day of April, 2022.

/s/ Martin Schneider
Martin Schneider, LA Bar No. 40122

THOMPSON, COE, COUSINS & IRONS L.L.P.
601 Poydras Street
Suite 1850
New Orleans, LA 70130
Telephone: (504) 526-4317
Email: mschneider@thompsoncoe.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## I. CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 21st day of April, 2022.

              */s/ Martin Schneider*
              Martin Schneider, LA Bar No. 40122

# EXHIBIT A

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, VERONICA ODINET KOCLANES, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

### *MARTIN SCHNEIDER ESQ., #40122*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 27th Day of October, 2021 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 18th Day of April, 2022, A.D.

*[signature]*

**Clerk of Court**
**Supreme Court of Louisiana**