UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases<br><br>_____ | ) Case No. 3:19-md-2885<br>)<br>)<br>) Judge M. Casey Rodgers<br>)<br>) Magistrate Judge Gary R. Jones<br>)<br>) |

## MOTION OF RACHAEL WEATHERLY FOR ADMISSION *PRO HAC VICE* AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Rachael Weatherly ("Movant") of the law firm Dechert LLP, 633 West 5th Street, Suite 4900, Los Angeles, California 90071-2032, respectfully moves for admission *pro hac vice* to appear as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC, and to receive Notice of Electronic filings in this action. In support of this motion Movant states:

1. Movant resides in Santa Monica, California, and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice and is a member in good standing of the bar for the State of California.

4. A copy of a Certificate of Good Standing from the State Bar of the State of California, dated within 30 days of this motion, is attached as **Exhibit A**.

5. Movant certifies that she has successfully completed both the online Local Rules tutorial exam (confirmation number FLND16500458326064) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

6. Movant has remitted simultaneously with the filing of the motion the Court's $208.00 *pro hac vice* admission fee.

7. Movant has updated her PACER account to "NextGen."

8. Upon admission, Rachael Weatherly respectfully requests that she be provided Notice of Electronic filings to the following email address: rachael.weatherly@dechert.com.

WHEREFORE, Rachael Weatherly respectfully requests that this Court enter an order granting his motion to appear *pro hac vice* on behalf of Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC, and directing the clerk to provide Notice of Electronic Filings to the undersigned.

Dated: April 21, 2022 　　　　　　*/s/ Rachael Weatherly*
　　　　　　　　　　　　　　　　Rachael Weatherly
　　　　　　　　　　　　　　　　California Bar No. 327619

　　　　　　　　　　　　　　　　DECHERT LLP
　　　　　　　　　　　　　　　　633 West 5th Street, Suite 4900
　　　　　　　　　　　　　　　　Los Angeles, California 90071-2032
　　　　　　　　　　　　　　　　Tel: (213) 808-5702
　　　　　　　　　　　　　　　　rachael.weatherly@dechert.com

　　　　　　　　　　　　　　　　*Attorney for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of Court via the CM/ECF system on April 21, 2022 and served electronically on all counsel of record.

*/s/ Rachael Weatherly*
Rachael Weatherly

# EXHIBIT A



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *RACHAEL GRAY WEATHERLY*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that **RACHAEL GRAY WEATHERLY, #327619,** was on the **2nd day of December, 2019,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the **19th day of April 2022.***

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Tao Zhang, Assistant Deputy Clerk III