## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, April 22, 2022 7:28 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Friday, April 22, 2022 12:26:43 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 4/22/2022 at 8:26 AM EDT and filed on 4/22/2022
**Case Name:**      IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   MDL No. 2885
**Filer:**
**Document Number:** 1659

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ([1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Borgardts v. 3M Company et al

**Case Number:**   MN/0:22-cv-00874

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Bowie v. 3M Company et al

**Case Number:**   MN/0:22-cv-00888

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Wiest v. 3M Company et al

**Case Number:**   MN/0:22-cv-00883

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Flatgard v. 3M Company et al
Case Number:        MN/0:22-cv-00857
Filer:
Document Number: 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Weishuhn v. 3M Company et al
Case Number:        MN/0:22-cv-00902
Filer:
Document Number: 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in*

*MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Lobley v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00867 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Ostrander v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00855 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Pregler v. 3M Company et al
**Case Number:**   MN/0:22-cv-00858
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s) *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)*
Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Hunt v. 3M Company et al
**Case Number:**   MN/0:22-cv-00895
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s) *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)*
Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Jackson v. 3M Company et al
**Case Number:**   MN/0:22-cv-00897
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s) *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in***

*MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Haskins v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00849 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Heacock v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00909 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:      Timothy v. 3M Company et al

Case Number:      MN/0:22-cv-00900

Filer:

Document Number: 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:      Nitchals v. 3M Company et al

Case Number:      MN/0:22-cv-00863

Filer:

Document Number: 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:      Badillo v. Aearo Technologies, LLC et al

Case Number:      MN/0:22-cv-00911

Filer:

Document Number: 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:      Frazier v. 3M Company et al
Case Number:    MN/0:22-cv-00885
Filer:
Document Number: 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:      Penn v. 3M Company et al
Case Number:    MN/0:22-cv-00916
Filer:
Document Number: 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in*

*MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Croaston v. Aearo Technologies, LLC et al
**Case Number:** MN/0:22-cv-00912
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Erickson v. 3M Company et al
**Case Number:** MN/0:22-cv-00865
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Rubey v. 3M Company et al
**Case Number:**      MN/0:22-cv-00864
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Flowers v. 3M Company et al
**Case Number:**      MN/0:22-cv-00875
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Presley v. 3M Company et al
**Case Number:**      MN/0:22-cv-00878
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in*

*MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**　　　　Austin v. 3M Company et al
**Case Number:**　　　MN/0:22-cv-00887
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**　　　　Dillard v. 3M Company et al
**Case Number:**　　　MN/0:22-cv-00868
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Phelon v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00899 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Worley v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00876 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Owens v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00898 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s) *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Horner v. 3M Company et al
Case Number:        MN/0:22-cv-00891
Filer:
Document Number: 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s) *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Vaughan v. 3M Company et al
Case Number:        MN/0:22-cv-00901
Filer:
Document Number: 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s) *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in***

*MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Aldana v. 3M Company et al
**Case Number:**     MN/0:22-cv-00913
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Humiston v. 3M Company et al
**Case Number:**     MN/0:22-cv-00894
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) - 31 action(s)** *re: pldg. ( [1646] in MDL No. 2885, 1 in MN/0:22-cv-00849, 1 in MN/0:22-cv-00855, 1 in MN/0:22-cv-00857, 1 in MN/0:22-cv-00858, 1 in MN/0:22-cv-00863, 1 in MN/0:22-cv-00864, 1 in MN/0:22-cv-00865, 1 in MN/0:22-cv-00867, 1 in MN/0:22-cv-00868, 1 in MN/0:22-cv-00874, 1 in MN/0:22-cv-00875, 1 in MN/0:22-cv-00876, 1 in MN/0:22-cv-00878, 1 in MN/0:22-cv-00883, 1 in MN/0:22-cv-00885, 1 in MN/0:22-cv-00887, 1 in MN/0:22-cv-00888, 1 in MN/0:22-cv-00891, 1 in MN/0:22-cv-00894, 1 in MN/0:22-cv-00895, 1 in MN/0:22-cv-00897, 1 in MN/0:22-cv-00898, 1 in MN/0:22-cv-00899, 1 in MN/0:22-cv-00900, 1 in MN/0:22-cv-00901, 1 in MN/0:22-cv-00902, 1 in MN/0:22-cv-00909, 1 in MN/0:22-cv-00911, 1 in MN/0:22-cv-00912, 1 in MN/0:22-cv-00913, 1 in MN/0:22-cv-00916)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/22/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-00874 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00874 Notice will not be electronically mailed to:**

**MN/0:22-cv-00888 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00888 Notice will not be electronically mailed to:**

**MN/0:22-cv-00883 Notice has been electronically mailed to:**

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer    shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00883 Notice will not be electronically mailed to:**

**MN/0:22-cv-00857 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00857 Notice will not be electronically mailed to:**

**MN/0:22-cv-00902 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00902 Notice will not be electronically mailed to:**

**MN/0:22-cv-00867 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00867 Notice will not be electronically mailed to:**

**MN/0:22-cv-00855 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00855 Notice will not be electronically mailed to:**

**MN/0:22-cv-00858 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00858 Notice will not be electronically mailed to:**

**MN/0:22-cv-00895 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00895 Notice will not be electronically mailed to:**

**MN/0:22-cv-00897 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00897 Notice will not be electronically mailed to:**

**MN/0:22-cv-00849 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00849 Notice will not be electronically mailed to:**

**MN/0:22-cv-00909 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00909 Notice will not be electronically mailed to:**

**MN/0:22-cv-00900 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00900 Notice will not be electronically mailed to:**

**MN/0:22-cv-00863 Notice has been electronically mailed to:**

Genevieve M Zimmerman     gzimmerman@meshbesher.com, hsternquist@meshbesher.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00863 Notice will not be electronically mailed to:**

**MN/0:22-cv-00911 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer      shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00911 Notice will not be electronically mailed to:**

**MN/0:22-cv-00885 Notice has been electronically mailed to:**

Genevieve M Zimmerman      gzimmerman@meshbesher.com, hsternquist@meshbesher.com

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00885 Notice will not be electronically mailed to:**

**MN/0:22-cv-00916 Notice has been electronically mailed to:**

William R Sieben      wsieben@schwebel.com

Alicia N Sieben      asieben@schwebel.com

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber      mbarber@schwebel.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00916 Notice will not be electronically mailed to:**

**MN/0:22-cv-00912 Notice has been electronically mailed to:**

Timothy J. Becker      tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer      shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00912 Notice will not be electronically mailed to:**

**MN/0:22-cv-00865 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00865 Notice will not be electronically mailed to:**

**MN/0:22-cv-00864 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00864 Notice will not be electronically mailed to:**

**MN/0:22-cv-00875 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00875 Notice will not be electronically mailed to:**

**MN/0:22-cv-00878 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00878 Notice will not be electronically mailed to:**

**MN/0:22-cv-00887 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00887 Notice will not be electronically mailed to:**

**MN/0:22-cv-00868 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00868 Notice will not be electronically mailed to:**

**MN/0:22-cv-00899 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00899 Notice will not be electronically mailed to:**

**MN/0:22-cv-00876 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00876 Notice will not be electronically mailed to:**

**MN/0:22-cv-00898 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00898 Notice will not be electronically mailed to:**

**MN/0:22-cv-00891 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00891 Notice will not be electronically mailed to:**

**MN/0:22-cv-00901 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00901 Notice will not be electronically mailed to:**

**MN/0:22-cv-00913 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00913 Notice will not be electronically mailed to:**

**MN/0:22-cv-00894 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00894 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/22/2022] [FileNumber=1112656-0]
[b2519ade5b7f3e3b591cf79808c764c82d307c0e20bb16c7719e1356b277a4539c8a
970c67d1fef5d8267cc67db5e1e11584f54c25f995d4504d35986ce45ea0]]