## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

### MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Kerry Lynn Rhoads, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1.  Movant resides in Michigan and is not a resident of the State of Florida.

2.  Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Michigan. A copy of a Certificate of Good Standing from the State of Michigan dated within 30 days of this motion is attached hereto as Exhibit "A."

3.  Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16413982945429 and completed the CM/ECF Online Tutorials.

4.  Kerry Lynn Rhoads has submitted to the Clerk the required $208.00 pro hac vice admission fee.

5.  Kerry Lynn Rhoads has upgraded her PACER account to "NextGen."

6.  Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Kerry Lynn Rhoads respectfully request that this Court enter an Order granting Kerry Lynn Rhoads of Segal McCambridge Singer & Mahoney, LTD., pro hac vice in this case.

Respectfully submitted on this 21st day of April, 2022.

*/s/ Kerry Lynn Rhoads*
Kerry Lynn Rhoads, MI Bar No. P55679

SEGAL McCAMBRIDGE SINGER &
MAHONEY, LTD.
29100 Northwestern Highway, Suite 240
Southfield, MI 48034
Telephone:  (248) 994-0060
Email:  krhoads@smsm.com

*Counsel for Defendants 3M Company, 3M*
*Occupational Safety LLC, Aearo Technologies*
*LLC, Aearo Holding, LLC, Aearo Intermediate,*
*LLC and Aearo, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 21st day of April, 2022.

/s/ Kerry Lynn Rhoads
Kerry Lynn Rhoads, MI Bar No. P55679