# *EXHIBIT A*

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Kerry Lynn Rhoads, P55679 of Southfield, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on November 08, 1996 in Oakland County and became a member of the State Bar of Michigan on November 14, 1996.



Peter W. Cunningham, Executive Director
April 12, 2022