# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| | Judge M. Casey Rodgers |
| Document Relates to: | Magistrate Judge Gary R. Jones |
| | Civil Action No. |
| PLAINTIFF(S), | |
| v. | |
| 3M COMPANY, ET AL. | |
| DEFENDANTS. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kerry Lynn Rhoads of the law firm Segal McCambridge Singer & Mahoney, LTD. has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

1

DATED:     April 22, 2022

Respectfully submitted,


*/s/ Kerry Lynn Rhoads*
Kerry Lynn Rhoads, MI Bar No.
55679

SEGAL McCAMBRIDGE SINGER
& MAHONEY, LTD.
29100 Northwestern Highway, Suite 240
Southfield, MI 48034
Telephone:  (248) 994-0060
Email:  krhoads@smsm.com


*Counsel for Defendants 3M Company, 3M*
*Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding, LLC,*
*Aearo Intermediate, LLC and Aearo, LLC*

# **CERTIFICATE OF SERVICE**

I do hereby certify that on this 22nd day of April, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Kerry Lynn Rhoads*
Kerry Lynn Rhoads