IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION,

Case No. 3:19-md-2885-MCR-GRJ

Judge M. Casey Rodgers
Magistrate Judge Gary Jones

This Document Relates to:
Wave 1 Cases
_____/

## ORDER

Pending before the Court is Defendants' Motion for Leave to File Under Seal. ECF No. 2936. In the motion Defendants request authorization to file under seal Exhibits 1-16 attached to Defendants' Motion to Compel Against the Department of Defense and the Department of Veterans Affairs, ECF No. 2935. Defendants request the Court to seal material specific to Wave 1 plaintiffs and Confidential Information covered by Pretrial Order No. 9, ECF No. 442.

Upon due consideration, Defendants' Motion for Leave to File Under Seal, ECF No. 2936, is **GRANTED** on a temporary basis. The Clerk is directed to file Exhibits 1-16 to Defendants' Motion to Compel, ECF No. 2935, under seal until such time as a hearing can be scheduled for the Court to hear argument on the matter. The parties should be prepared to

discuss the motion and law concerning sealing of exhibits at a hearing to be scheduled at the conclusion of the wave 1 cases.

**DONE AND ORDERED** this 22nd day of April 2022.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge