UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY, et al.<br><br>DEFENDANTS. | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>Civil Action No. |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Keith C. Mier of the law firm Butler Snow LLP, 2155 Louisiana Boulevard NE, Suite 10400, Albuquerque, New Mexico 87110, has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendants, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

DATED:   April 22, 2022

Respectfully submitted,

*/s/ Keith C. Mier*
Keith C. Mier
NM Bar No. 146306
BUTLER SNOW LLP
2155 Louisiana Boulevard NE,
Suite 10400
Albuquerque, NM 87110
Telephone: (505) 545-6065
Fax: (505) 545-6101
Email: Keith.Mier@butlersnow.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 22nd day of April, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

                                         */s/ Keith C. Mier*
                                         Keith C. Mier
                                         NM Bar No. 146306
                                         BUTLER SNOW LLP
                                         2155 Louisiana Boulevard NE,
                                         Suite 10400
                                         Albuquerque, NM 87110
                                         Telephone: (505) 545-6065
                                         Fax: (505) 545-6101
                                         Email: Keith.Mier@butlersnow.com

                                         *Counsel for Defendants 3M Company, 3MOccupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*