**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL Case No. 3:19-md-2885<br><br>Judge M. Casey Rogers<br>Magistrate Gary R. Jones |
|---|---|

**DECLARATION OF COUNSEL GERALD SINGLETON RE COMPLIANCE WITH CMO 40**

I, Gerald Singleton, declare as follows:

1. I am an individual, over the age of 18, and counsel for plaintiffs in the above-entitled action. If called as a witness, I could and would testify competently as follows:

2. In consultation with our clients, my firm has worked diligently over many months to comply with CMO 40 (including efforts well in advance of the formal issuance of CMO 40). To date, we have gathered for submission to the BrownGreer database DD214 forms for approximately 1,101 clients, including approximately 595 that are included on Exhibit A of CMO No. 40. These DD214 forms were obtained either because our clients were in possession of the forms or because we worked with the client to request and obtain the forms from the Department of Veterans Affairs and/or from the National Personnel Records Center.

3. As of the date of this declaration, there are 482 of our clients listed on Exhibit A of CMO 40 for whom we do not have DD214 forms (and who—to the best of our knowledge—are not otherwise exempted from supplying a DD214 (e.g., active military, contractor, etc.).

4. Of those clients for whom we do not have DD214s, some have submitted orders to obtain the DD214s and some have required our assistance in obtaining these forms, because they have been unable to do so on their own. For each of the 482 clients on Exhibit A for whom we do not yet have DD214 forms, 78 clients have pending requests to obtain DD214s that have been submitted to the Department of Veterans Affairs and/or the National Personnel Records Center. With respect to each of these 78 pending requests, no response (and thus no DD214) has yet been received.

5. For these 78 clients (the "DD214 Ordered/Pending Plaintiffs"), we expect to receive a DD214 in the relatively near future, hopefully within the next several weeks. A complete list of the names of the 78 DD214 Ordered/Pending Plaintiffs is attached to this declaration as Exhibit 1.

6. While we understand CMO 40 contemplates dismissal without prejudice of cases for plaintiffs who have not complied by April 22, given the above-described circumstances, it does not serve judicial economy for these DD214 Ordered/Pending Plaintiffs' cases to be dismissed, only to later be re-filed once the DD214s are received.

7. The purpose of this declaration is respectfully to bring the issue to the attention of the Court for consideration in connection with the implementation of CMO 40.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 22, 2022.

*/s/ Gerald Singleton*
Gerald Singleton
SINGLETON SCHREIBER, LLP

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served via the Court's electronic CM/ECF System, this 22nd day of April 2022.

*/s/ Gerald Singleton*
Gerald Singleton