# EXHIBIT 1

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Row | Plaintiff ID | Plaintiff Name | Admin Docket Case Number | Active Docket Case Number |
| 2 | 122610 | 178160 | Aponte, Luis Vicenty | | 3:20-cv-04653-MCR-GRJ |
| 3 | 122629 | 178187 | BAILEY, BRYON | | 3:20-cv-04688-MCR-GRJ |
| 4 | 122635 | 178198 | BARAHONA, MICHAEL M | | 3:20-cv-04708-MCR-GRJ |
| 5 | 122650 | 178219 | Baugh, Kevin Wayne | | 3:20-cv-03682-MCR-GRJ |
| 6 | 122678 | 178261 | BOONE, VANESSA | | 3:20-cv-03807-MCR-GRJ |
| 7 | 122714 | 178307 | BROWN, THERMAN | | 3:20-cv-04063-MCR-GRJ |
| 8 | 122716 | 178310 | BROXTERMAN, AARON | | 3:20-cv-04067-MCR-GRJ |
| 9 | 122731 | 178335 | CABRAL, JONATHAN | | 3:20-cv-04127-MCR-GRJ |
| 10 | 122752 | 178369 | CHRISS, SHANE ANTHONY | | 3:20-cv-04227-MCR-GRJ |
| 11 | 122769 | 178394 | COOK, KRISTOPHER | | 3:20-cv-04307-MCR-GRJ |
| 12 | 122771 | 178396 | Cook, Phillip | | 3:20-cv-04308-MCR-GRJ |
| 13 | 122772 | 178397 | COOPER, PATRICK FITZGERALD | | 3:20-cv-04309-MCR-GRJ |
| 14 | 123690 | 345098 | COPENNY, CALVIN | | 3:21-cv-01078-MCR-GRJ |
| 15 | 122773 | 178402 | Corley, Craig | | 3:20-cv-04315-MCR-GRJ |
| 16 | 122779 | 178413 | CRAIGLOW, JARED GREGORY | | 3:20-cv-04348-MCR-GRJ |
| 17 | 122791 | 178427 | Curtin, Thomas Michael | | 3:20-cv-04405-MCR-GRJ |
| 18 | 122793 | 178430 | Cutlip, William | | 3:20-cv-04414-MCR-GRJ |
| 19 | 122807 | 178451 | DECOCK, TIMOTHY | | 3:20-cv-04449-MCR-GRJ |
| 20 | 122896 | 178572 | FUENTES, ADAM | | 3:20-cv-03895-MCR-GRJ |
| 21 | 122909 | 178590 | GAVID, ANDREW | | 3:20-cv-03954-MCR-GRJ |
| 22 | 122928 | 178610 | GILMORE, SHANE | | 3:20-cv-04012-MCR-GRJ |
| 23 | 122963 | 178663 | HANSEN, CHAD STEVEN | | 3:20-cv-04185-MCR-GRJ |
| 24 | 123695 | 345122 | Healey, Stephanie | | 3:21-cv-01096-MCR-GRJ |
| 25 | 123002 | 178725 | HILL, ZEBORIAH | | 3:20-cv-04448-MCR-GRJ |
| 26 | 123004 | 178727 | HILYARD, JAYME | | 3:20-cv-04453-MCR-GRJ |
| 27 | 123008 | 178733 | HOGE, CHARLES ROBERT FRANKLIN | | 3:20-cv-04486-MCR-GRJ |
| 28 | 123021 | 178754 | Isaak-Hougardy, Sean | | 3:20-cv-04555-MCR-GRJ |
| 29 | 123026 | 178760 | JACKSON, CURT D. | | 3:20-cv-04567-MCR-GRJ |
| 30 | 123034 | 178768 | JAMIESON, CHRISTOPHER LEE | | 3:20-cv-04583-MCR-GRJ |
| 31 | 123044 | 178780 | Johnsen, Jesse James | | 3:20-cv-04599-MCR-GRJ |
| 32 | 123057 | 178807 | JOSEPH, WILLIAM | | 3:20-cv-04765-MCR-GRJ |
| 33 | 123073 | 178826 | Khan, Rashan | | 3:20-cv-04857-MCR-GRJ |
| 34 | 123084 | 178839 | KISH, MICHAEL ALLEN | | 3:20-cv-05015-MCR-GRJ |
| 35 | 123104 | 178869 | LAMPKINS, JAMES | | 3:20-cv-05103-MCR-GRJ |
| 36 | 123106 | 178872 | LANGLEY, CHRISTOPHER | | 3:20-cv-05106-MCR-GRJ |
| 37 | 123127 | 178901 | LEONARD, STEVEN MATTHEW | | 3:20-cv-03796-MCR-GRJ |
| 38 | 123130 | 178904 | Leuck, Joshua | | 3:20-cv-03815-MCR-GRJ |
| 39 | 123672 | 334896 | LOSH, CHRISTOPHER | 7:21-cv-54929-MCR-GRJ | |
| 40 | 123147 | 178934 | Lucas, Thomas | | 3:20-cv-03956-MCR-GRJ |
| 41 | 123152 | 178942 | LUSK, BENJAMIN WILEY | | 3:20-cv-03993-MCR-GRJ |
| 42 | 123153 | 178945 | MACAHILAS, MARCUS | | 3:20-cv-04015-MCR-GRJ |
| 43 | 123161 | 178966 | MARTIN, CHRISTOPHER | | 3:20-cv-04139-MCR-GRJ |
| 44 | 123168 | 178980 | MATTHEWS, MARK L. | | 3:20-cv-04202-MCR-GRJ |

|    | A | B | C | D | E |
|----|---|---|---|---|---|
| 45 | 123170 | 178982 | MATTISON, MATTHEW | | 3:20-cv-04205-MCR-GRJ |
| 46 | 123171 | 178983 | MAYA, CESAR | | 3:20-cv-04207-MCR-GRJ |
| 47 | 123180 | 178996 | MCCOY, BRANDON | | 3:20-cv-04270-MCR-GRJ |
| 48 | 123181 | 178997 | Mccranie, Wayne | | 3:20-cv-05351-MCR-GRJ |
| 49 | 123183 | 178999 | MCCRAY, GEREMY | | 3:20-cv-04277-MCR-GRJ |
| 50 | 123188 | 179006 | Mckee, Michael Eugene | | 3:20-cv-04299-MCR-GRJ |
| 51 | 123214 | 179044 | MILLS, JERRY | | 3:20-cv-04410-MCR-GRJ |
| 52 | 123250 | 179098 | NGOIMA, GEOFFREY | | 3:20-cv-04718-MCR-GRJ |
| 53 | 123256 | 179107 | OHALLORAN, PETER | | 3:20-cv-04772-MCR-GRJ |
| 54 | 123269 | 179130 | Ottaviano, Robert | | 3:20-cv-04889-MCR-GRJ |
| 55 | 123274 | 179138 | Parkhill, Chris | | 3:20-cv-04924-MCR-GRJ |
| 56 | 123309 | 179196 | PURCELL, ADAM RAY | | 3:20-cv-05280-MCR-GRJ |
| 57 | 123322 | 179220 | RENNINGER, ROBERT LEE | | 3:20-cv-05304-MCR-GRJ |
| 58 | 123324 | 179224 | RICE, CHARLES PATRICK | | 3:20-cv-05308-MCR-GRJ |
| 59 | 123343 | 179253 | RODRIGUEZ, JOSE A. | | 3:20-cv-05338-MCR-GRJ |
| 60 | 123347 | 179259 | ROGERS, SAMUEL L. | | 3:20-cv-05343-MCR-GRJ |
| 61 | 123375 | 179298 | SALEK, CHRISTOPHER KEVIN | | 3:20-cv-04840-MCR-GRJ |
| 62 | 123381 | 179309 | SANTOS, MARK | | 3:20-cv-04853-MCR-GRJ |
| 63 | 123388 | 179324 | SCHRAMKE, MICHAEL | | 3:20-cv-04871-MCR-GRJ |
| 64 | 123389 | 179326 | SCONE, TIMOTHY | | 3:20-cv-04874-MCR-GRJ |
| 65 | 123406 | 179353 | Shover, Vernon J | | 3:20-cv-04944-MCR-GRJ |
| 66 | 123424 | 179389 | SODERSTROM, DAVID RYAN | | 3:20-cv-04928-MCR-GRJ |
| 67 | 123696 | 345125 | Stafford, Steven | | 3:21-cv-01142-MCR-GRJ |
| 68 | 123447 | 179422 | STONE, TRAVIS W | | 3:20-cv-05028-MCR-GRJ |
| 69 | 123458 | 179440 | Sutton, Johnathan Lee | | 3:20-cv-05077-MCR-GRJ |
| 70 | 123465 | 179451 | TAPIA, JOSEPH | | 3:19-cv-03244-MCR-GRJ |
| 71 | 123469 | 179455 | Taylor, Antoine Dewayne | | 3:20-cv-03753-MCR-GRJ |
| 72 | 123480 | 179472 | Thompson, Aaron | | 3:20-cv-03919-MCR-GRJ |
| 73 | 123491 | 179487 | TOMBIC, BRETT | | 3:20-cv-04059-MCR-GRJ |
| 74 | 123631 | 250724 | TRAVERS, MATTHEW D. | | 8:20-cv-97796-MCR-GRJ |
| 75 | 123501 | 179502 | TUCKER, JOSHUA | | 3:20-cv-04374-MCR-GRJ |
| 76 | 123523 | 179538 | WAKEFIELD, MARTIN EMMERSON | | 3:20-cv-04996-MCR-GRJ |
| 77 | 123545 | 179573 | WHITNEY, BENJAMIN CORY | | 3:20-cv-05148-MCR-GRJ |
| 78 | 123552 | 179586 | Wilkey, Richard | | 3:20-cv-05163-MCR-GRJ |
| 79 | 123584 | 179634 | Zamora, Demler A | | 3:20-cv-05217-MCR-GRJ |