# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Case No. 3:19md2885 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE James L. Healy of the law firm Sullivan & Brill, LLP hereby enters his appearance in this action as an attorney for Plaintiffs in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Healy has completed the administrative requirements outlined in the Pretrial Order No. 3, and has been granted admission pro hac vice pursuant to paragraph IV.A of Pretrial Order No. 3. Counsel respectfully requests that all notices, correspondence, filings and other papers in the Master Docket of MDL 2885 be served upon him at the address listed below.

Dated: April 25, 2022

                                       Respectfully submitted,

                                       /s/
                                       James L. Healy
                                       Sullivan & Brill, LLP
                                       110 East 59 Street Floor 23
                                       New York, NY  10022

(212) 566-1065
James.Healy@sullivanbrill.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this 25th day of April, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/
James L. Healy