## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Jordan N. Walker, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1.    Movant resides in Mississippi and is not a resident of the State of Florida.

2.    Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Mississippi. A copy of a Certificate of Good Standing from the State of Mississippi dated within 30 days of this motion are attached hereto as Exhibit "A."

3.    Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

Admission Tutorial, confirmation number **: : FLND16506403926094** and

completedthe CM/ECF Online Tutorials.

4.     Jordan N. Walker has submitted to the Clerk the required $208.00 *pro*

*hac vice* admission fee.

5.     Jordan N. Walker has upgraded his PACER account to "NextGen."

6.     Movant represents Defendants 3M Company, 3M Occupational Safety

LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and

Aearo LLC.

WHEREFORE, Jordan N. Walker respectfully requests that this Court enter

an Order granting Jordan N. Walker of Butler Snow PLLC, *pro hac vice* in this case.

Respectfully submitted on this 25th day of April , 2022.

*/s/ Jordan N. Walker*
Jordan N. Walker MS Bar No. 102483

BUTLER SNOW PLLC
1020 Highland Colony Pkwy
Suite 1400
Telephone:  (601) 985-4643
Facsimile:   (601) 985-4500
 Email:  Jordan.walker@butlersnow.com

*Counsel for Defendants 3M Company, 3M*
*Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding, LLC,*
*Aearo Intermediate, LLC and Aearo, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 25th  day of April, 2022.


*/s/ Jordan N. Walker*
Jordan N. Walker MS Bar No. 102483