# *The Supreme Court of Mississippi*



## *Certificate of Good Standing*

I, D. Jeremy Whitmire, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Jordan Neil Walker** was duly and legally admitted to practice law before the Supreme Court of Mississippi on May 3, 2007, and is now an attorney in good standing of the  Bar  of  this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in  this state.

Done on April 22, 2022, with the seal of  the Supreme Court of  Mississippi affixed.

**The Supreme Court of Mississippi**

CLERK