**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS          Case No. 3:19-md-02885
EARPLUG PRODUCTS
LIABILITY LITIGATION
                                               Judge M. Casey Rodgers
This Document Relates to All Cases    Magistrate Judge Gary R. Jones

**MOTION TO APPEAR *PRO HAC VICE***

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and

the Northern District of Florida Local Rule 11.1, I, Kimberly Bessiere Martin,

respectfully move for admission to practice *pro hac vice* for purposes of appearance

in the above- styled case only, and in support thereof state as follows:

1.     Movant resides in Alabama and is not a resident of the State of Florida.

2.     Movant is not admitted to practice in the Northern District of Florida

and is a member in good standing of the bar of the State of Alabama. A copy of a

Certificate of Good Standing from the United States District Court for the Northern

District of Alabama dated within 30 days of this motion is attached hereto as Exhibit

"A."

3.     Movant has reviewed the Attorney Admission Memo, reviewed the

Local Rules of the Northern District of Florida, completed the online Attorney

Admission Tutorial, confirmation number FLND16506665606101, and completed the CM/ECF Online Tutorials.

    4.    Kimberly Bessiere Martin has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

    5.    Kimberly Bessiere Martin has upgraded her PACER account to "NextGen."

    6.    Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo, LLC.

    WHEREFORE, Kimberly Bessiere Martin respectfully requests that this Court enter an Order granting Kimberly Bessiere Martin of Bradley Arant Boult Cummings LLP *pro hac* vice admission in this case.

    Respectfully submitted on this 25th day of April, 2022.

            */s/ Kimberly Bessiere Martin*
            Kimberly Bessiere Martin
            (AL Bar No. ASB6420N61K)
            BRADLEY ARANT BOULT CUMMINGS LLP
            200 Clinton Avenue West, Suite 900
            Huntsville, AL 35801
            Telephone: (256) 517-5100
            Facsimile: (256) 517-5200
            E-Mail:  kmartin@bradley.com

            *Counsel for Defendants 3M Company, 3M*
            *Occupational Safety LLC, Aearo*
            *Technologies LLC, Aearo Holding, LLC,*
            *Aearo Intermediate, LLC and Aearo, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 25th day of April, 2022.


*/s/ Kimberly Bessiere Martin*
Of Counsel

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris
Clerk

**CERTIFICATE OF GOOD STANDING**

I, **Sharon N. Harris**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **KIMBERLY BESSIERE MARTIN** was duly admitted to practice in said Court on **April 21, 1995**, and is in good standing as a member of the bar of said Court.

Dated at Huntsville, Alabama, on April 14, 2022.

SHARON N. HARRIS, CLERK

By: _____
Deputy Clerk