**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, April 26, 2022 7:13 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Tuesday, April 26, 2022 12:11:43 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 4/26/2022 at 8:11 AM EDT and filed on 4/26/2022

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 1663 |

**Docket Text:**

<span style="color:blue">**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ([1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**</span>

<span style="color:blue">**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**</span>

<span style="color:blue">**Associated Cases: MDL No. 2885 et al. (JC)**</span>

**Case Name:**    Ramsey v. 3M Company et al

**Case Number:**    MN/0:22-cv-00949

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s) *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Lind v. 3M Company et al

**Case Number:**    MN/0:22-cv-00914

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s) *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Crabb v. 3M Company et al

**Case Number:**    MN/0:22-cv-00929

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s) *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in***

*MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Blackwell v. 3M Company et al
Case Number:      MN/0:22-cv-00934
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Swanson v. 3M Company et al
Case Number:      MN/0:22-cv-00920
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Guillory v. 3M Company et al
**Case Number:**    MN/0:22-cv-00931
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Kidder v. 3M Company et al
**Case Number:**    MN/0:22-cv-00956
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Leyendecker v. 3M Company et al
**Case Number:**    MN/0:22-cv-00957
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in*

*MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Pawley v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00945 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Pittman v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00947 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Porter v. 3M Company et al
**Case Number:**     MN/0:22-cv-00918
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Scinta v. 3M Company et al
**Case Number:**     MN/0:22-cv-00960
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Everett v. 3M Company et al
**Case Number:**     MN/0:22-cv-00930
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in*

*MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Johnson v. 3M Company et al

**Case Number:**     MN/0:22-cv-00938

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Thomsen v. 3M Company et al

**Case Number:**     MN/0:22-cv-00961

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Riley v. 3M Company et al
**Case Number:**    MN/0:22-cv-00919
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Diamond v. 3M Company et al
**Case Number:**    MN/0:22-cv-00935
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Brown v. 3M Company et al
**Case Number:**    MN/0:22-cv-00922
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in*

*MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Marcotte v. 3M Company et al
Case Number:        MN/0:22-cv-00958
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          McClure v. 3M Company et al
Case Number:        MN/0:22-cv-00915
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**   McNeil v. 3M Company et al
**Case Number:**   MN/0:22-cv-00944
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**   Wakefield v. 3M Company et al
**Case Number:**   MN/0:22-cv-00962
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**   Apsley v. 3M Company et al
**Case Number:**   MN/0:22-cv-00921
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in*

*MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Elder v. 3M Company et al
Case Number:      MN/0:22-cv-00955
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Harris v. 3M Company et al
Case Number:      MN/0:22-cv-00937
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Gonzalez v. 3M Company et al

**Case Number:**      MN/0:22-cv-00936

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Constantine v. 3M Company et al

**Case Number:**      MN/0:22-cv-00950

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Lopez v. 3M Company et al

**Case Number:**      MN/0:22-cv-00940

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 action(s)** *re: pldg. ( [1652] in MDL No. 2885, 1 in MN/0:22-cv-00914, 1 in MN/0:22-cv-00915, 1 in MN/0:22-cv-00918, 1 in MN/0:22-cv-00919, 1 in MN/0:22-cv-00920, 1 in MN/0:22-cv-00921, 1 in MN/0:22-cv-00922, 1 in MN/0:22-cv-00929, 1 in MN/0:22-cv-00930, 1 in MN/0:22-cv-00931, 1 in MN/0:22-cv-00934, 1 in*

*MN/0:22-cv-00935, 1 in MN/0:22-cv-00936, 1 in MN/0:22-cv-00937, 1 in MN/0:22-cv-00938, 1 in MN/0:22-cv-00940, 1 in MN/0:22-cv-00944, 1 in MN/0:22-cv-00945, 1 in MN/0:22-cv-00947, 1 in MN/0:22-cv-00949, 1 in MN/0:22-cv-00950, 1 in MN/0:22-cv-00955, 1 in MN/0:22-cv-00956, 1 in MN/0:22-cv-00957, 1 in MN/0:22-cv-00958, 1 in MN/0:22-cv-00960, 1 in MN/0:22-cv-00961, 1 in MN/0:22-cv-00962)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-00949 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00949 Notice will not be electronically mailed to:**

**MN/0:22-cv-00914 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00914 Notice will not be electronically mailed to:**

**MN/0:22-cv-00929 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00929 Notice will not be electronically mailed to:**

**MN/0:22-cv-00934 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00934 Notice will not be electronically mailed to:**

**MN/0:22-cv-00920 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00920 Notice will not be electronically mailed to:**

**MN/0:22-cv-00931 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00931 Notice will not be electronically mailed to:**

**MN/0:22-cv-00956 Notice has been electronically mailed to:**

Genevieve M Zimmerman    gzimmerman@meshbesher.com, hsternquist@meshbesher.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00956 Notice will not be electronically mailed to:**

**MN/0:22-cv-00957 Notice has been electronically mailed to:**

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer    shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00957 Notice will not be electronically mailed to:**

**MN/0:22-cv-00945 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00945 Notice will not be electronically mailed to:**

**MN/0:22-cv-00947 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,

gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00947 Notice will not be electronically mailed to:**

**MN/0:22-cv-00918 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00918 Notice will not be electronically mailed to:**

**MN/0:22-cv-00960 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00960 Notice will not be electronically mailed to:**

**MN/0:22-cv-00930 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00930 Notice will not be electronically mailed to:**

**MN/0:22-cv-00938 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00938 Notice will not be electronically mailed to:**

**MN/0:22-cv-00961 Notice has been electronically mailed to:**

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer    shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00961 Notice will not be electronically mailed to:**

**MN/0:22-cv-00919 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00919 Notice will not be electronically mailed to:**

**MN/0:22-cv-00935 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,

gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00935 Notice will not be electronically mailed to:**

**MN/0:22-cv-00922 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00922 Notice will not be electronically mailed to:**

**MN/0:22-cv-00958 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00958 Notice will not be electronically mailed to:**

**MN/0:22-cv-00915 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00915 Notice will not be electronically mailed to:**

**MN/0:22-cv-00944 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00944 Notice will not be electronically mailed to:**

**MN/0:22-cv-00962 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00962 Notice will not be electronically mailed to:**

**MN/0:22-cv-00921 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00921 Notice will not be electronically mailed to:**

**MN/0:22-cv-00955 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00955 Notice will not be electronically mailed to:**

**MN/0:22-cv-00937 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00937 Notice will not be electronically mailed to:**

**MN/0:22-cv-00936 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00936 Notice will not be electronically mailed to:**

**MN/0:22-cv-00950 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00950 Notice will not be electronically mailed to:**

**MN/0:22-cv-00940 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00940 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/26/2022] [FileNumber=1112950-0]
[95fdc062d88dcd647560234b0cb6b0c30ddf99d07605a855e6de99aa2f6e96afe070
abf2d80670df5da6ec1c02310e5aba057cbe75d660e23b2c79021f1eb090]]