UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Mark G. Montiel, Jr., hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Louisiana and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Louisiana.  Copy of a Certificate of Good Standing from the State of Louisiana dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16491732645996, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admissions fee.

5. Movant has upgraded his PACER account to "NextGen."

WHEREFORE, Mark G. Montiel, Jr. respectively requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: April 26, 2022                              Respectfully submitted,

/s/ *Mark G. Montiel, Jr.*

_____
MARK G. MONTIEL, JR.
**MONTIEL HODGE, LLC**
400 Poydras Street, Suite 2325
New Orleans, Louisiana 70130
Telephone: (504) 323-5885
Facsimile: (504) 308-0511
LA Bar: 36122

**CERTIFICATE OF SERVICE**

 I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically with the Clerk of the Court using the CM/ECF system, which will automatically serve electronically all counsel of record.

 This the 26th day of April, 2022.

             /s/ *Mark G. Montiel, Jr.*
             Mark G. Montiel, Jr., LA Bar No. 36122