# United States of America

# State of Louisiana

# Supreme Court of the State of Louisiana

I, VERONICA ODINET KOCLANES, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

*MARK G. MONTIEL, JR. ESQ., #36122*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 17th Day of December, 2014 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 19th Day of April, 2022, A.D.

*Veronica Odinet Koclanes*
Clerk of Court
Supreme Court of Louisiana