UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-md-2885 ) ) ) Judge M. Casey Rodgers |
| This Document Relates to All Cases: | ) Magistrate Judge Gary Jones |

## NOTICE OF NAME CHANGE

To the Clerk of the Court, all parties and their attorneys of record:

PLEASE TAKE NOTICE that Keller Lenkner, LLC, counsel for multiple Plaintiffs in this matter, has changed its name to Keller Postman, LLC. The firm's street address, phone number, and fax number have not been affected by this change. The firm's email addresses have changed from @kellerlenkner.com to @kellerpostman.com.

We would appreciate it if you would update your records accordingly.

Dated: April 26, 2022

Respectfully submitted,

**KELLER POSTMAN LLC**

*/s/ Nicole C. Berg*
Nicole Berg (IL Bar # 6305464)*
KELLER POSTMAN LLC
ncb@kellerpostman.com
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
(312) 741-5220
*Admitted Pro Hac Vice

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that on April 26, 2022, true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

*/s/ Nicole C. Berg*
Nicole C. Berg
