## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
|---|---|
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Kevin J. Malloy, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above- styled case only, and in support thereof states as follows:

1.     Movant resides in South Carolina and is not a resident of the State of Florida.

2.     Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of South Carolina.  A copy of a Certificate of Good Standing from the State of South Carolina dated within 30 days of this Motion is attached hereto as Exhibit "A."

3.     Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16505732156088 and completed the CM/ECF Online Tutorials.

26192067v1

4.      Kevin J. Malloy has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.      Kevin J. Malloy has upgraded his PACER account to "NextGen."

6.      Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Kevin J. Malloy respectfully requests that this Court enter an Order granting Kevin J. Malloy of BOWMAN AND BROOKE LLP, *pro hac vice* in this case.

Respectfully submitted on this 27th day of April 2022.

> */s/ Kevin J. Malloy*
> Kevin J. Malloy (*Pro Hac Vice*)
> SC Bar No. 100170
> **BOWMAN AND BROOKE LLP**
> 1441 Main Street
> Suite 1200
> Columbia, South Carolina 29201
> Tel: (803) 726-7420
> Fax: (803) 726-7421
> kevin.malloy@bowmanandbrooke.com
>
> Counsel for Defendants *3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

26192067v1

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 27th day of April 2022.

*/s/ Kevin J. Malloy*
Kevin J. Malloy (Pro Hac Vice)
SC Bar No. 100170

26192067v1

# Exhibit A

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Kevin Joseph Malloy was duly sworn and admitted as an attorney in this state on November 14, 2011, and is currently a regular member of the South Carolina Bar in good standing.

PATRICIA A. HOWARD, CLERK

BY _Margaret C. McGee_____

DEPUTY CLERK FOR BAR ADMISSIONS

Columbia, South Carolina

April 8, 2022