UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Jared L. Grisham, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

1

Admission Tutorial, confirmation number FLND16509170956106 and completed the CM/ECF Online Tutorials.

4. Jared L. Grisham has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Jared L. Grisham has upgraded his PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Jared L. Grisham respectfully requests that this Court enter an Order granting Jared L. Grisham of Thompson, Coe, Cousins & Irons, LLP, *pro hac vice* in this case.

Respectfully submitted on this 27th day of April, 2022.

/s/ *Jared L. Grisham*
Jared L. Grisham
TX Bar No. 24113587

THOMPSON, COE, COUSINS & IRONS, LLP
701 Brazos, Suite 1500
Austin, TX 78701
Telephone: (512) 703-5079
Facsimile: (512) 708-8777
Email: jgrisham@thompsoncoe.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 27th day of April, 2022.

*/s/ Jared L. Grisham*
Jared L. Grisham
TX Bar No. 24113587

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

April 26, 2022

Re: Jared Lee Grisham, State Bar Number 24113587

To Whom It May Concern:

This is to certify that Jared Lee Grisham was licensed to practice law in Texas on May 03, 2019, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

