## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, April 28, 2022 7:58 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Thursday, April 28, 2022 12:56:52 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 4/28/2022 at 8:56 AM EDT and filed on 4/28/2022

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 1673 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-154) - 5 action(s) *re: pldg. (1 in DE/1:22-cv-00486, [1657] in MDL No. 2885, 1 in MN/0:22-cv-00954, 1 in MN/0:22-cv-00959, 1 in MN/0:22-cv-00963, 1 in MN/0:22-cv-00964)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/28/2022.**

**Associated Cases: MDL No. 2885, DE/1:22-cv-00486, MN/0:22-cv-00954, MN/0:22-cv-00959, MN/0:22-cv-00963, MN/0:22-cv-00964 (JC)**

| | |
|---|---|
| **Case Name:** | Zwolensky v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00963 |

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-154) - 5 action(s)** *re: pldg. (1 in DE/1:22-cv-00486, [1657] in MDL No. 2885, 1 in MN/0:22-cv-00954, 1 in MN/0:22-cv-00959, 1 in MN/0:22-cv-00963, 1 in MN/0:22-cv-00964)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/28/2022.**

**Associated Cases: MDL No. 2885, DE/1:22-cv-00486, MN/0:22-cv-00954, MN/0:22-cv-00959, MN/0:22-cv-00963, MN/0:22-cv-00964 (JC)**

| | |
|---|---|
| **Case Name:** | Revilla et al v. 3M Company et al |
| **Case Number:** | DE/1:22-cv-00486 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-154) - 5 action(s)** *re: pldg. (1 in DE/1:22-cv-00486, [1657] in MDL No. 2885, 1 in MN/0:22-cv-00954, 1 in MN/0:22-cv-00959, 1 in MN/0:22-cv-00963, 1 in MN/0:22-cv-00964)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/28/2022.**

**Associated Cases: MDL No. 2885, DE/1:22-cv-00486, MN/0:22-cv-00954, MN/0:22-cv-00959, MN/0:22-cv-00963, MN/0:22-cv-00964 (JC)**

| | |
|---|---|
| **Case Name:** | Plumhoff v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00959 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-154) - 5 action(s)** *re: pldg. (1 in DE/1:22-cv-00486, [1657] in MDL No. 2885, 1 in MN/0:22-cv-00954, 1 in MN/0:22-cv-00959, 1 in MN/0:22-cv-00963, 1 in MN/0:22-cv-00964)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/28/2022.**

**Associated Cases: MDL No. 2885, DE/1:22-cv-00486, MN/0:22-cv-00954, MN/0:22-cv-00959, MN/0:22-cv-00963, MN/0:22-cv-00964 (JC)**

| | |
|---|---|
| **Case Name:** | Wilkins v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00964 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-154) - 5 action(s)** *re: pldg. (1 in DE/1:22-cv-00486, [1657] in MDL No. 2885, 1 in MN/0:22-cv-00954, 1 in MN/0:22-cv-00959, 1 in MN/0:22-cv-00963, 1 in MN/0:22-cv-00964)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/28/2022.**

**Associated Cases: MDL No. 2885, DE/1:22-cv-00486, MN/0:22-cv-00954, MN/0:22-cv-00959, MN/0:22-cv-00963, MN/0:22-cv-00964 (JC)**

| | |
|---|---|
| **Case Name:** | Daly v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-00954 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-154) - 5 action(s)** *re: pldg. (1 in DE/1:22-cv-00486, [1657] in MDL No. 2885, 1 in MN/0:22-cv-00954, 1 in MN/0:22-cv-00959, 1 in MN/0:22-cv-00963, 1 in MN/0:22-cv-00964)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/28/2022.**

**Associated Cases: MDL No. 2885, DE/1:22-cv-00486, MN/0:22-cv-00954, MN/0:22-cv-00959, MN/0:22-cv-00963, MN/0:22-cv-00964 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-00963 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00963 Notice will not be electronically mailed to:**

**DE/1:22-cv-00486 Notice has been electronically mailed to:**

Jason A Cincilla     jcincilla@mgmlaw.com

Amaryah K Bocchino     abocchino@mgmlaw.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Raeann Warner     raeann@jcdelaw.com, paula@jcdelaw.com

William Bruce Larson, Jr     wlarson@mgmlaw.com

Ryan William Browning     rbrowning@mgmlaw.com

Irina N. Luzhatsky     iluzhatsky@mgmlaw.com

**DE/1:22-cv-00486 Notice will not be electronically mailed to:**

**MN/0:22-cv-00959 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00959 Notice will not be electronically mailed to:**

**MN/0:22-cv-00964 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00964 Notice will not be electronically mailed to:**

**MN/0:22-cv-00954 Notice has been electronically mailed to:**

Genevieve M Zimmerman     gzimmerman@meshbesher.com, hsternquist@meshbesher.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-00954 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/28/2022] [FileNumber=1113379-0]
[508a2426037a56237c0ccb744b43e97695ceebd3ed20171b722a2de13ecd81461a53
2709d4295c874cd252463f02a5667fb79bb7f36cb4c68573f497800cd2da]]