UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL Case No. 3:19-md-2885<br><br>Judge M. Casey Rogers<br>Magistrate Gary R. Jones |

**DECLARATION OF COUNSEL GREGORY D. BROWN RE COMPLIANCE WITH CMO 40**

1. My name is Gregory Donald Brown. I am over the age of 21. The facts set forth in this declaration are within my personal knowledge and are true and correct to the best of my knowledge, information, and belief.

2. I am an attorney admitted to practice in the State of Texas. My Texas Bar License Number is #24078266. I am employed by the law firm of Fleming Nolen & Jez LLP located at 2800 Post Oak Blvd Suite 4000 Houston, TX 77080. I have been licensed to practice law since November 2011.

3. I am admitted pro hac vice in MDL 2885 pursuant to this Court's procedure and orders. I am one of the handling attorneys of my firm's 3M Combat Arms Earplug Litigation docket. As of the date of this declaration, Fleming Nolen & Jez LLP represents approximately 700 Plaintiffs in the 3M Combat Arms Earplug litigation.

4. In consultation with our clients, my firm has worked diligently over many months to comply with CMO 40 (including efforts well in advance of the formal issuance of CMO 40). To date, we have gathered for submission to the BrownGreer database DD214 forms for approximately 594 clients that are included on Exhibit A of CMO No. 40. These DD214 forms were obtained either because our clients were in

possession of the forms or because we worked with the client to request and obtain the forms from the Department of Veterans Affairs and/or from the National Personnel Records Center.

5. As of the date of this declaration, there are 97 of our clients listed on Exhibit A of CMO 40 for whom we do not have DD214 forms (and who-to the best of our knowledge-are not otherwise exempted from supplying a DD214 (e.g., active military, contractor, etc.). These clients as of the date of this declaration have not provided DD-214 forms, nor is one uploaded in MDL Centrality for their case. Four of our clients are dual representation cases where another law firm is taking the lead.

6. Of those clients for whom we do not have DD214s, some of our clients have submitted orders to obtain the DD214s and some have required our assistance in obtaining these forms, because they have been unable to do so on their own.

7. For these 97 clients (the "DD214 Ordered/Pending Plaintiffs"), we expect to receive a DD214 in the relatively near future, hopefully within the next several weeks. A complete list of the names of the 78 DD214 Ordered/Pending Plaintiffs is attached to this declaration as Exhibit.

8. Our office has engaged in repeated efforts to contact these 97 clients by phone, text, email, and letters advising them of CMO 40 and this Court's requirement of submitting and uploading a DD-214 form on MDL Centrality. We have engaged multiple staff members, attorney, and have retained an outside company to assist us in these efforts to contact our clients and obtain the required DD-214 forms.

9. Although we do not have the DD-214 forms for the 97 clients in Exhibit 1, nevertheless, our office will continue contacting these clients through phone call, emails, texts, and any other available means of contacting them.

10. While we understand CMO 40 contemplates dismissal without prejudice of cases for plaintiffs who have not complied by April 22, given the above-described circumstances, the undersigned respectfully represents that it does not serve judicial economy for these DD214 Ordered/Pending Plaintiffs' cases to be dismissed, only to later be re-filed once the DD214s are received.

11. The purpose of this declaration is respectfully to advise the Court of the undersigned and Fleming Nolen & Jez's efforts to comply with CMO 40 and to bring the issue to the attention of the Court for consideration in any future rulings concerning its requirements.

12. I declare under penalty of perjury that the foregoing is true and correct. Executed on 28th day of April 2022.

_____

Gregory D. Brown

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 28, 2022 a true and correct copy of the foregoing: was served as follows:

☑ **[MDL Centrality]** By electronically serving the above document via the MDL Centrality pursuant to CMO 31 (ECF No. 2304).

*/s/ Gregory D. Brown*
Gregory D. Brown