**EXHIBIT 1**

| MDL PID | Name | Admin Docket Case Number |
|---|---|---|
| 76798 | Adam Wemhoff | 8:20-cv-10539-MCR-GRJ |
| 76531 | Alan Hoover | 8:20-cv-14674-MCR-GRJ |
| 277138 | Andrew Campbell | 7:21-cv-01996-MCR-GRJ |
| 76513 | Angel Hernandez | 8:20-cv-14587-MCR-GRJ |
| 355231 | ARTHUR KERR | 3:21-cv-04948-MCR-GRJ |
| 76472 | Brad Gaumont | 8:20-cv-14391-MCR-GRJ |
| 76540 | Brandon Ingle | 8:20-cv-14704-MCR-GRJ |
| 76397 | Brent Christensen | 8:20-cv-14077-MCR-GRJ |
| 76558 | Brian Kent | 8:20-cv-14767-MCR-GRJ |
| 76715 | Brian Ross | 8:20-cv-10279-MCR-GRJ |
| 76779 | Brian Valdez | 8:20-cv-10488-MCR-GRJ |
| 76534 | Calvin Hsieh | 8:20-cv-14689-MCR-GRJ |
| 277234 | Charles Kueny | 7:21-cv-02271-MCR-GRJ |
| 76554 | Christian Kadlik | 8:20-cv-14751-MCR-GRJ |
| 300892 | Christopher Campbell | 7:21-cv-21754-MCR-GRJ |
| 277161 | CHRISTOPHER DEIULIIS | 7:21-cv-02044-MCR-GRJ |
| 76697 | Clyde Richardson | 8:20-cv-10235-MCR-GRJ |
| 315953 | Cody Morgan | 7:21-cv-31140-MCR-GRJ |
| 76364 | Dakota Blair | 8:20-cv-13755-MCR-GRJ |
| 300915 | Daniel Garcia | 7:21-cv-21777-MCR-GRJ |
| 76370 | Darrell Brazzle | 8:20-cv-13932-MCR-GRJ |
| 355233 | DARRIUS MERRION | 3:21-cv-04949-MCR-GRJ |
| 76590 | David Lynch | 8:20-cv-14884-MCR-GRJ |
| 300990 | David Walter | 7:21-cv-21852-MCR-GRJ |
| 277136 | Dean Bucey | 7:21-cv-01992-MCR-GRJ |
| 277171 | Devin Fields | 7:21-cv-02065-MCR-GRJ |
| 277215 | Don Hunter | 7:21-cv-02252-MCR-GRJ |
| 277129 | Eduardo Bernal | 7:21-cv-01977-MCR-GRJ |
| 277209 | Eugene Holmes | 7:21-cv-02246-MCR-GRJ |
| 76646 | Francisco Navarro | 8:20-cv-10119-MCR-GRJ |
| 315935 | Freddie Braddy | 7:21-cv-31122-MCR-GRJ |
| 76467 | Gabriel Gamino | 7:20-cv-16060-MCR-GRJ |
| 300916 | Giovani Garcia | 7:21-cv-21778-MCR-GRJ |

| | | |
|---|---|---|
| 277325 | Gordon Simon | 7:21-cv-02453-MCR-GRJ |
| 76606 | Grady McElhinney | 8:20-cv-10056-MCR-GRJ |
| 300967 | Greg Phipps | 7:21-cv-21829-MCR-GRJ |
| 76470 | Gregorio Garza | 8:20-cv-14386-MCR-GRJ |
| 277176 | Gregory Furner | 7:21-cv-02214-MCR-GRJ |
| 76817 | GUSTAVO ZAVALA | 8:20-cv-10590-MCR-GRJ |
| 300957 | Heriberto Morales | 7:21-cv-21819-MCR-GRJ |
| 300923 | Ishmael Green | 7:21-cv-21785-MCR-GRJ |
| 277220 | Jack Johnson | 7:21-cv-02257-MCR-GRJ |
| 76801 | Jacob West | 8:20-cv-10545-MCR-GRJ |
| 300959 | James Mullins | 7:21-cv-21821-MCR-GRJ |
| 76759 | James Stewart | 8:20-cv-10416-MCR-GRJ |
| 76602 | Jamil Maxe | 8:20-cv-10051-MCR-GRJ |
| 300969 | Jason Pongtornwatchakorn | 7:21-cv-21831-MCR-GRJ |
| 300976 | Jason Roberts | 7:21-cv-21838-MCR-GRJ |
| 277212 | Jeremy Hornack | 7:21-cv-02249-MCR-GRJ |
| 76543 | Jessica Jacobs | 8:20-cv-14716-MCR-GRJ |
| 76523 | Jimmy Hibbler | 8:20-cv-14632-MCR-GRJ |
| 300913 | John Foster | 7:21-cv-21775-MCR-GRJ |
| 277194 | John Haringsma | 7:21-cv-02231-MCR-GRJ |
| 277196 | John Healy | 7:21-cv-02233-MCR-GRJ |
| 76664 | John Palmer | 8:20-cv-10156-MCR-GRJ |
| 277165 | Jolie Dodson | 7:21-cv-02052-MCR-GRJ |
| 76804 | Jonathan White | 8:20-cv-10553-MCR-GRJ |
| 76394 | Jose Castrejon | 8:20-cv-14066-MCR-GRJ |
| 76457 | Jose Flores | 8:20-cv-14328-MCR-GRJ |
| 76647 | Jose Navarro | 8:20-cv-10121-MCR-GRJ |
| 76331 | Joseph Abbruzzo | 8:20-cv-13629-MCR-GRJ |
| 76462 | Joseph Foutty | 8:20-cv-14347-MCR-GRJ |
| 76501 | Joseph Hannan | 8:20-cv-09960-MCR-GRJ |
| 76733 | Joshua Serros | 8:20-cv-10329-MCR-GRJ |
| 300983 | Justin Simmons | 7:21-cv-21845-MCR-GRJ |
| 76499 | Kyle Hancock | 8:20-cv-14518-MCR-GRJ |
| 76588 | Lino Lucero | 8:20-cv-14877-MCR-GRJ |
| 76809 | Lloyd Williams | 8:20-cv-10568-MCR-GRJ |
| 277204 | Luis Hernandez | 7:21-cv-02241-MCR-GRJ |

| | | |
|---|---|---|
| 76507 | Mckenzie Hebbelman | 8:20-cv-14554-MCR-GRJ |
| 76698 | Michael Riles | 8:20-cv-10238-MCR-GRJ |
| 277312 | Miguel Rodriguez | 7:21-cv-02435-MCR-GRJ |
| 300978 | Morgan Roberts | 7:21-cv-21840-MCR-GRJ |
| 76377 | Nathan Burkett | 8:20-cv-13975-MCR-GRJ |
| 76508 | Nicholas Hebbelman | 8:20-cv-14559-MCR-GRJ |
| 300950 | Nicholas Markovsky | 7:21-cv-21812-MCR-GRJ |
| 76403 | Phillip Clark | 8:20-cv-14101-MCR-GRJ |
| 76713 | Rebecca Rogers | 8:20-cv-10273-MCR-GRJ |
| 76423 | Rhoan Davis | 8:20-cv-14204-MCR-GRJ |
| 277175 | Ricardo Franco | 7:21-cv-02213-MCR-GRJ |
| 277117 | Richard Atchison | 7:21-cv-01953-MCR-GRJ |
| 300906 | RICHARD EAGLE ELK | 7:21-cv-21768-MCR-GRJ |
| 300982 | Ricky Sewell | 7:21-cv-21844-MCR-GRJ |
| 76763 | Robert Tanner | 8:20-cv-10431-MCR-GRJ |
| 76797 | Ronald Webre | 8:20-cv-10536-MCR-GRJ |
| 277177 | Ruben Gardea | 7:21-cv-02215-MCR-GRJ |
| 76535 | Rudy Huante | 7:20-cv-00084-MCR-GRJ |
| 76616 | Samuel Mercedes | 7:20-cv-91544-MCR-GRJ |
| 315942 | Shane Husk | 7:21-cv-31129-MCR-GRJ |
| 355230 | STEPHEN COOPER | 3:21-cv-04947-MCR-GRJ |
| 76555 | Steven Keene | 8:20-cv-14755-MCR-GRJ |
| 76418 | Thomas Culpepper | 8:20-cv-14179-MCR-GRJ |
| 76454 | Thurman Faulkner | 7:20-cv-16058-MCR-GRJ |
| 300994 | Timothy Webb | 7:21-cv-21856-MCR-GRJ |
| 277222 | Travis Johnson | 7:21-cv-02259-MCR-GRJ |
| 300932 | William Huffstetler | 7:21-cv-21794-MCR-GRJ |
| 277353 | William Whitfield | 7:21-cv-02480-MCR-GRJ |
| 277337 | Zane Thomas | 7:21-cv-02465-MCR-GRJ |