# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>7:20-cv-04381<br>*Dirk Burkett v. 3M et al*<br><br>7:20-cv-04719<br>*Corey Christiansen v. 3M et al*<br><br>7:20-cv-04571<br>*Ryan Majewski v. 3M et al*<br><br>7:20-cv-04675<br>*Todd Pridemore v.3M et al* | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Catherine T. Heacox of The Lanier Law Firm hereby enters her appearance as counsel for Plaintiffs in the following actions.

Case No. 7:20-cv-04381; *Dirk Burkett v. 3M et al;* In the U.S. District Court, Northern District of Florida- Pensacola Division;

Case No. 7:20-cv-04719; *Corey Christiansen v. 3M et al;* In the U.S. District Court, Northern District of Florida- Pensacola Division;

Case No. 7:20-cv-04571; *Ryan Majewski v. 3M et al;* In the U.S. District Court, Northern District of Florida- Pensacola Division;

Case No. 7:20-cv-04675; *Todd Pridemore v. 3M et al;* In the U.S. District Court, Northern District of Florida- Pensacola Division;

Counsel requests all further papers and pleadings in these actions and in the Master Docket of MDL 2885 be served upon her.

Dated:  April 29, 2022                                       **Respectfully Submitted,**

                                          */s/ Catherine T. Heacox*
                                        THE LANIER LAW FIRM
                                        Catherine T. Heacox  NY 2971455
                                        126 E. 56th Street
                                        New York NY10022
                                        202/421-2800 Telephone
                                        713/659-2204 Fax
                                        Catherine.Heacox@LanierLawFirm.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using CM/ECF system on April 29, 2022 and served electronically on all counsel of record using the CM/ECF system.

                                                   */s/ Catherine T. Heacox*
                                                   Catherine T. Heacox