# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |
| This Document Relates to All Cases | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE, Travis D. Lenkner of Keller Lenkner LLC, hereby withdraws his appearance as attorney of record in the above-captioned matter. All other counsel of record shall remain.

Dated: April 29, 2022

Respectfully submitted,

/s/ Travis D. Lenkner
Travis Lenkner (#6311545)
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
Email: tdl@kellerlenkner.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that on April 29, 2022, true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

<i>/s/ Travis D. Lenkner</i><br>
Travis D. Lenkner