UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, I, Rachal G. Rojas, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit A and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16420385215537**, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 pro hac vice admission fee.

5. Movant has upgraded her PACER account to "NextGen."

6. Movant is the attorney of record in the related case:

   Cause No. 3:22-cv-2306; Miguel Decene v. 3M Company, et al.

7. WHEREFORE, Rachal G. Rojas requests that this Court enter an order granting this motion to appear pro hac vice and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: April 29, 2022

                                              Respectfully submitted,

                                              **D. MILLER & ASSOCIATES, PLLC**

                                              By:  */s/ Rachal G. Rojas*
                                              Rachal G. Rojas
                                              2610 W Sam Houston Pkwy
                                              Suite #200
                                              Houston, TX 77042
                                              Telephone: (713) 850-8600
                                              rarojas@dmillerlaw.com

                                              ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

                                                 **D. MILLER & ASSOCIATES, PLLC**

                                                 By: */s/ Rachal G. Rojas*
                                                 Rachal G. Rojas
                                                 2610 W Sam Houston Pkwy
                                                 Suite #200
                                                 Houston, TX 77042
                                                 Telephone: (713) 850-8600
                                                 rarojas@dmillerlaw.com

                                                 *Attorney for Plaintiff*