UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### [PROPOSED] ORDER

Pending before the Court is the Motion for Admission *Pro Hac Vice* seeking leave to appear as counsel for parties in matters pending before this Court associated with the above-referenced litigation, filed by the attorney Rachal G. Rojas of D. Miller & Associates, PLLC. The motion demonstrates that this attorney is a member of good standing of the bar association of her respective state, as stated on the certificates of good standing dated within 30 days of filing the motions; have successfully completed the computer-based tutorials for the local rules of this Court and CM/ECF; and have also paid the required admission fee. Having fully reviewed the matters, the Court finds that the requirements of the Court's local rules have been satisfied. *See* N.D. Fla. Loc. R. 11.1. Therefore, the motion is **GRANTED**.

**DONE AND ORDERED** on this _____th day of April, 2022.

_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**