UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and Northern District of Florida Local Rule 11.1, Morris Dweck hereby moves this Court for an Order for admission to practice *pro hac vice* in the above styled case, and in support thereof states as follows:

1. Movant resides in New Jersey and is not a resident of the State of Florida.

2. Movant is admitted to practice before, and is a member of good standing of, the bar(s) of the state of New Jersey, state of New York, United States District Court of New Jersey, and the United States District Court, Southern District of New York. A copy of a Certificate of Good Standing from the United States District Court, Southern District of New York, dated within thirty (30) days of this Motion, is attached hereto as Exhibit "A," and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has reviewed (a) the Local Rules of the Northern District of Florida, (b) the Attorney Admission Memo, and (c) the CM/ECF Attorney User's Guide. Movant successfully completed the online Local Rules tutorial exam (confirmation number FLND16512441556129.)

4. Movant has submitted simultaneously with the filing of this motion the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6.	Movant is an additional attorney of record in the following cases: *Brian Wesley v. 3M Company, et al.*, 8:20-cv-14083-MCR-GRJ; *Christopher Southern v. 3M Company, et al.*, 8:20-cv-13305-MCR-GRJ; *Jesse Goodman v. 3M Company, et al.*, 8:20-cv-13262-MCR-GRJ; *Lap Chu v. 3M Company, et al.*, 8:20-cv-12973-MCR-GRJ; *Larry Hovanis v. 3M Company, et al.*, 8:20-cv-13263-MCR-GRJ; *Levi Walz v. 3M Company, et al.*, 8:20-cv-13833-MCR-GRJ; *Mitchell Brooks v. 3M Company, et al.*, 8:20-cv-13376-MCR-GRJ; *Reynaldo Crespo v. 3M Company, et al.*, 9:20-cv-12704-MCR-GRJ; *Richard Kringer II v. 3M Company, et al.*, 8:20-cv- 12887-MCR-GRJ; *Robert Weston v. 3M Company, et al.*, 8:20-cv-15345-MCR-GRJ; *Troy Rhodes v. 3M Company, et al.*, 8:20-cv-15381-MCR-GRJ; and *Tyson Gray v. 3M Company, et al.*, 8:20-cv-13252-MCR-GRJ.

7.	Upon admission, movant respectfully requests that he be provided Notice of Electronic Filings to the following email addresses: mdweck@bernlieb.com.

**WHEREFORE**, Morris Dweck, requests that this Honorable Court enter an Order granting this Motion to Appear *Pro Hac Vice* and direct the clerk to provide notice of Electronic Case Filings to the undersigned.


Dated:__4/29/2022_____		Respectfully submitted,


		 /s/Morris Dweck
		Morris Dweck
		Bernstein Liebhard LLP
		10 East 40th Street
		New York, New York 10016
		Phone: (212) 779-1414
		Fax: (212) 779-3218
		Email: dweck@bernlieb.com
		*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this ___29th__ day of_ April_, 2022, a true and correct copy of the foregoing **Motion to Appear *Pro Hac Vice*** was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Morris Dweck*

# Exhibit A

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____MORRIS    DWECK_____ , Bar # _____5344627_____

was duly admitted to practice in the Court on

_____March 3, 2020_____

and is in good standing as a member of the Bar of this Court

Dated at

500 Pearl St.  
New York, New York

On  _____April 28, 2022_____

_____Ruby J. Krajick_____  
Clerk of Court

By  _____s/ A. Eames_____  
Deputy Clerk