# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____ANDREA   NINA   SMITHSON_____, Bar # _____----_____

was duly admitted to practice in the Court on

_____April 12, 2022_____

and is in good standing as a member of the Bar of this Court

Dated at     500 Pearl St.     On     _____April 12, 2022_____
              New York, New York

           _____Ruby J. Krajick_____     By     _____[signature]_____
                   Clerk of Court                                         Deputy Clerk