UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br><br>Nestor Luis Medina<br><br>PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY, ET AL.<br><br>DEFENDANTS. | Case No. 3:19-md-02885<br><br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br><br>Civil Action No.<br>7:20-cv-70456-MCR-GRJ |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michelle Molinaro Burke, Esq. of the law firm Gordon Rees Scully Mansukhani, LLP has been admitted to practice in this Court *pro hac vice* and hereby enters her appearance as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

1

DATED:     May 2, 2022

        Respectfully submitted,

        */s/ Michelle Molinaro Burke*

        _____

        Michelle Molinaro Burke, NJ Bar No. 023772005
        and NY Bar No. 4427225
        **GORDON REES SCULLY MANSUKHANI**
        18 Columbia Turnpike
        Suite 220
        Florham Park, NJ 07932
        (973) 549-2550 Telephone
        michelleburke@grsm.com

            *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 2nd day of May, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Michelle Molinaro Burke*
Michelle Molinaro Burke