# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS ) | Case No.: 3:19-md-2885 |
| EARPLUG PRODUCTS LIABILITY ) | |
| LITIGATION ) | |
| ) | Judge M. Casey Rogers |
| This Document Relates to All Cases:  ) | Magistrate Judge Gary Jones |
| _____ | |

## NOTICE OF NAME CHANGE

To the Clerk of the Court, all parties and their attorneys of record:

PLEASE TAKE NOTICE that Julie K. Kurtz, counsel for Plaintiffs Jeremy Goldman and Angelica Goldman has changed law firms.  All future pleadings, papers, and correspondence should be directed to:

Julie Kurtz, Esq.
Julie Kurtz Law, LLC
4606 Marsh Hawk Pl.
Ponte Vedra Beach, FL 32082
Phone: (904) 643-3855
Fax: (904) 569-0102

**Primary Email:  julie@juliekurtzlaw.com**

We would appreciate it if you would update your records accordingly.

Dated:  May 5, 2022        Respectfully submitted,

**JULIE KURTZ LAW, LLC**

  /s/   Julie Kurtz
**JULIE K. KURTZ**

1

Florida Bar No. 0056165
4606 Marsh Hawk Pl.
Ponte Vedra Beach, FL 32082
904-643-3855
904-569-0102 - Fax
Primary E-Mail – julie@juliekurtzlaw.com
Attorney for Plaintiffs
Jeremy and Angelica Goldman

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I do hereby certify that on May 5, 2022, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

**JULIE KURTZ LAW, LLC**

  /s/   Julie Kurtz
**JULIE K. KURTZ**
Florida Bar No. 0056165
4606 Marsh Hawk Pl.
Ponte Vedra Beach, FL 32082
904-643-3855
904-569-0102 - Fax
Primary E-Mail – julie@juliekurtzlaw.com
Attorney for Plaintiffs
Jeremy and Angelica Goldman