UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS           Case No. 3:19md2885
EARPLUG PRODUCTS
LIABILITY LITIGATION

           Judge M. Casey Rodgers
This Document Release to All Cases    Magistrate Judge Gary R. Jones

_____

**NOTICE OF APPEARANCE OF COUNSEL**

NOTICE IS HEREBY GIVEN that LESLIE M. KROEGER of COHEN MILSTEIN SELLERS & TOLL, PLLC files her Notice of Appearance as counsel on behalf of the following Plaintiffs in the above lawsuit:

- *Timothy Perez v. 3M* - Case *No. 3:19-cv-4666*
- *Alonzo Mann v. 3M* - Case *No. 3: 19-cv-4652*
- *Richard Smith v. 3M*- Case *No. 3:19-cv-4727*
- *Rashad* Ross *v. 3M*- Case *No. 3:19-cv-4728*
- *David Rodriguez v. 3M*- Case *No. 3:19-cv-4729*
- *Ruben Ortega v. 3M*- Case *No. 3:19-cv-4730*
- *Timothy Martin v. 3M*- Case *No. 3:19-cv-4731*
- *Patrick Lunsford v. 3M*- Case *No. 3:19-cv-4732*
- *Brian and Deana Love v. 3M*- Case *No. 3:19-cv-4733*
- *Pedro Delgado v. 3M*- Case *No. 3:19-cv-4734*
- *Michael Carrillo v. 3M*- Case *No. 3:19-cv-4735*
- *Dylan Adkins v. 3M*- Case *No. 3:19-cv-4736*
- *Carlos Casanova v. 3M - Case No. 3:20-cv-4753*

- *Osvaldo Lopez v. 3M* – Case No. 3:20-cv-4754

- *Peter Garcia v. 3M* – Case No. 3:20-cv-4752

- *Nguyen v. 3M* – Case No. 3:20-cv-5512

            Respectfully submitted,

            *s/Leslie M. Kroeger*
            Leslie M. Kroeger, Esq.
            Florida Bar No.: 989762
            lkroeger@cohenmilstein.com
            Cohen Milstein Sellers & Toll, PLLC
            11780 US Highway One Ste N500
            Palm Beach Gardens, FL 33408
            Telephone: 561.515.1400

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 5, 2022, we electronically filed a true and correct copy of the foregoing via the ECF system which sent notice of same to all counsel of record.

            Cohen Milstein Sellers & Toll, PLLC
            11780 US Highway One Ste N500
            Palm Beach Gardens, FL 33408
            Telephone: 561.515.1400

            By: *s/Leslie M. Kroeger*
                Leslie M. Kroeger, Esq.
                Florida Bar No.: 989762