**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE:  3M COMBAT ARMS | § | CASE No. 3:19-md-2885 |
| EARPLUG PRODUCTS | § | |
| LIABILITY LITIGATION | § | |
| | § | Judge M. Casey Rodgers |
| This Document Relates to: | § | Magistrate Judge Gary R. Jones |
| | § | |
| KEAUNTE RICHARDS | § | NOTICE OF DESIGNATED FORUM |
| | § | |
| PLAINTIFF(S), | § | |
| | § | |
| v. | § | Civil Action No.: 8:20-cv-92849-MCR-GRJ |
| | § | |
| 3M COMPANY, 3M OCCUPATIONAL | § | |
| SAFETY LLC, AEARO HOLDING LLC, | § | |
| AEARO INTERMEDIATE LLC, AEARO | § | |
| LLC and AEARO TECHNOLOGIES LLC | § | |
| | § | |
| DEFENDANTS. | | |

_____

**NOTICE OF DESIGNATED FORUM**

Designated forum in which venue would be proper absent direct filing for Plaintiff, Keaunte

Richards, is Middle District of Florida, Jacksonville Division.

Dated May 2, 2022

s/ Douglas C. Monsour
Douglas C. Monsour
Texas Bar No. 00791289
Katharine Krottinger
Texas Bar No. 24077251
MONSOUR LAW FIRM
404 North Greet Street
P. O. Box 4209
Longview, TX 75601
Telephone: (903) 758-5757
Facsimile: (903) 230-5010
Email doug@monsourlawfirm.com
Email katy@monsourlawfirm.com

Attorneys for Plaintiff