| Row | PID | Name | Firm | Admin Docket Case Number | Active Docket Case Number |
|---|---|---|---|---|---|
| 1 | 148194 | Charles Goebel | Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz | 8:20-cv-42041-MCR-GRJ | |
| 2 | 275109 | Celso Ramirez | Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz | | 9:20-cv-17699-MCR-GRJ |
| 3 | 253624 | Lorraine Holmes | Alexander Law Group, PLC | 8:20-cv-95919-MCR-GRJ | |
| 4 | 253641 | Jim Killian | Alexander Law Group, PLC | | 8:20-cv-95937-MCR-GRJ |
| 5 | 253696 | Hoa Nguyen | Alexander Law Group, PLC | 8:20-cv-95992-MCR-GRJ | |
| 6 | 253716 | Harold Petri | Alexander Law Group, PLC | | 8:20-cv-96012-MCR-GRJ |
| 7 | 268259 | Gabriel Pimentel | Alexander Law Group, PLC | | 9:20-cv-10492-MCR-GRJ |
| 8 | 305622 | Robert Fischer | Alexander Law Group, PLC | 7:21-cv-24691-MCR-GRJ | |
| 9 | 305644 | Anthony Hannah | Alexander Law Group, PLC | 7:21-cv-24713-MCR-GRJ | |
| 10 | 305806 | Gerald Seegebarth | Alexander Law Group, PLC | 7:21-cv-24874-MCR-GRJ | |
| 11 | 305851 | Xiao Xia | Alexander Law Group, PLC | | 7:21-cv-24919-MCR-GRJ |
| 12 | 318550 | Johnathon Booth | Alexander Law Group, PLC | | 7:21-cv-42490-MCR-GRJ |
| 13 | 318637 | Padith Shonrasin | Alexander Law Group, PLC | 7:21-cv-42577-MCR-GRJ | |
| 14 | 116988 | Shadrach Aho | Baron & Budd | | 7:20-cv-86640-MCR-GRJ |
| 15 | 117630 | Travis Joyner | Baron & Budd | | 7:20-cv-97680-MCR-GRJ |
| 16 | 67709 | Jacob Schwartz | Bernstein Liebhard LLP | | 8:20-cv-14241-MCR-GRJ |
| 17 | 67800 | Mickey Scroggins | Bernstein Liebhard LLP | 8:20-cv-14687-MCR-GRJ | |
| 18 | 67922 | Edward Horne | Bernstein Liebhard LLP | 8:20-cv-15530-MCR-GRJ | |
| 19 | 102062 | Julian Martin | Bertram & Graf, L.L.C. | | 7:20-cv-46166-MCR-GRJ |
| 20 | 102236 | Sean Vanlandingham | Bertram & Graf, L.L.C. | 7:20-cv-46656-MCR-GRJ | |
| 21 | 102243 | Justin Wade | Bertram & Graf, L.L.C. | 7:20-cv-46661-MCR-GRJ | |
| 22 | 253872 | Jose Gonzalez-Bula | Bertram & Graf, L.L.C. | | 8:20-cv-87498-MCR-GRJ |
| 23 | 253929 | Roosevelt Riggins | Bertram & Graf, L.L.C. | | 8:20-cv-87689-MCR-GRJ |
| 24 | 50005 | Charles Stauffer | Bighorn Law | | 7:20-cv-05032-MCR-GRJ |
| 25 | 68083 | Ariel Martinez | Brent Coon & Associates | 8:20-cv-28958-MCR-GRJ | |
| 26 | 68660 | Matthew Clawson | Brent Coon & Associates | 7:20-cv-71867-MCR-GRJ | |
| 27 | 161478 | Anthony Olivas | Brent Coon & Associates | 7:20-cv-88416-MCR-GRJ | |
| 28 | 186472 | Daniel Moore | Brent Coon & Associates | 8:20-cv-28307-MCR-GRJ | |
| 29 | 286671 | Jeremiah Vogl | Brent Coon & Associates | | 7:21-cv-08596-MCR-GRJ |
| 30 | 293311 | Brent Frisell | Brent Coon & Associates | 7:21-cv-12959-MCR-GRJ | |
| 31 | 293323 | Steven Johnson | Brent Coon & Associates | | 7:21-cv-12971-MCR-GRJ |
| 32 | 333086 | Sayre Guthrie | Brent Coon & Associates | | 7:21-cv-51506-MCR-GRJ |
| 33 | 135879 | Rodney Alexander | Burnett Law Firm | | 7:20-cv-41887-MCR-GRJ |
| 34 | 135894 | Nathan England | Burnett Law Firm | | 7:20-cv-41900-MCR-GRJ |
| 35 | 135911 | Larry Kaio | Burnett Law Firm | | 7:20-cv-41915-MCR-GRJ |
| 36 | 222229 | Brian Genarelli | Carey Danis & Lowe | 8:20-cv-71986-MCR-GRJ | |
| 37 | 267906 | Edgar Alvarado | Carey Danis & Lowe | | 9:20-cv-08596-MCR-GRJ |
| 38 | 267937 | Glendon Rawlins | Carey Danis & Lowe | | 9:20-cv-08657-MCR-GRJ |
| 39 | 280398 | Blaine Wendel | Carey Danis & Lowe | 7:21-cv-00133-MCR-GRJ | |
| 40 | 307135 | James Brinkman | Carey Danis & Lowe | 7:21-cv-26295-MCR-GRJ | |
| 41 | 106698 | Jeremy Suber | Chaffin Luhana LLP | | 8:20-cv-30364-MCR-GRJ |
| 42 | 174657 | Clifton Neave | Charles E. Boyk Law Offices, LLC | 7:20-cv-80492-MCR-GRJ | |
| 43 | 234318 | Carl Woods | Colson Hicks Eidson | 8:20-cv-68325-MCR-GRJ | |
| 44 | 332099 | Christopher Sanders | Colson Hicks Eidson | | 7:21-cv-48438-MCR-GRJ |
| 45 | 221794 | Shaun Collette | Cory Watson | 8:20-cv-70447-MCR-GRJ | |
| 46 | 221871 | James Reed | Cory Watson | 8:20-cv-71636-MCR-GRJ | |
| 47 | 221887 | Joshua Mccool | Cory Watson | 8:20-cv-71652-MCR-GRJ | |
| 48 | 221899 | Trenten Baker | Cory Watson | 8:20-cv-71664-MCR-GRJ | |
| 49 | 221915 | Robert Smith | Cory Watson | 8:20-cv-71680-MCR-GRJ | |
| 50 | 221920 | Brian Smith | Cory Watson | 8:20-cv-71685-MCR-GRJ | |
| 51 | 233350 | Joshua Murray | Cory Watson | 8:20-cv-79878-MCR-GRJ | |
| 52 | 233407 | Joel Stephens | Cory Watson | 8:20-cv-80372-MCR-GRJ | |
| 53 | 233434 | Gabriel Hayes | Cory Watson | 8:20-cv-80426-MCR-GRJ | |
| 54 | 233465 | Theodosia Brown | Cory Watson | 8:20-cv-80523-MCR-GRJ | |
| 55 | 233505 | Timothy Holder | Cory Watson | 8:20-cv-80603-MCR-GRJ | |
| 56 | 233838 | Miguel Taveras | Cory Watson | 8:20-cv-81743-MCR-GRJ | |
| 57 | 233867 | Eric Garber | Cory Watson | 8:20-cv-81802-MCR-GRJ | |
| 58 | 233878 | Jonathan Ostrander | Cory Watson | 8:20-cv-81824-MCR-GRJ | |
| 59 | 233922 | Marcos Gonzales | Cory Watson | 8:20-cv-81912-MCR-GRJ | |
| 60 | 240713 | Jeremy Heinlein | Cory Watson | 8:20-cv-86585-MCR-GRJ | |
| 61 | 240734 | Joshua Sousa | Cory Watson | 8:20-cv-86630-MCR-GRJ | |
| 62 | 240755 | Edward Walker | Cory Watson | 8:20-cv-86677-MCR-GRJ | |
| 63 | 240783 | Roddeun Pumphrey | Cory Watson | 8:20-cv-86722-MCR-GRJ | |
| 64 | 241148 | Mark Goodman | Cory Watson | 8:20-cv-87720-MCR-GRJ | |
| 65 | 241183 | Randall Franklin | Cory Watson | 8:20-cv-87992-MCR-GRJ | |
| 66 | 241184 | Frank Canino | Cory Watson | 8:20-cv-87993-MCR-GRJ | |
| 67 | 241210 | Aaron Matthers | Cory Watson | 8:20-cv-88017-MCR-GRJ | |
| 68 | 241362 | Matthew Seville | Cory Watson | 8:20-cv-88137-MCR-GRJ | |
| 69 | 241372 | Alex Rios | Cory Watson | 8:20-cv-88147-MCR-GRJ | |
| 70 | 241383 | John Wallace | Cory Watson | 8:20-cv-88158-MCR-GRJ | |
| 71 | 241419 | Isaac Guiza | Cory Watson | 8:20-cv-88194-MCR-GRJ | |
| 72 | 241424 | Matthew Shults | Cory Watson | 8:20-cv-88198-MCR-GRJ | |
| 73 | 241439 | Dane Lopez | Cory Watson | 8:20-cv-88212-MCR-GRJ | |
| 74 | 69291 | Jordan Petersen | Coxwell & Associates PLLC.; 'Maggio Thompson LLP | 7:20-cv-82302-MCR-GRJ | |
| 75 | 357500 | Kavondra Mccauley | D. Miller & Associates, PLLC | | 3:22-cv-02871-MCR-GRJ |
| 76 | 357504 | Jeffrey Jones | D. Miller & Associates, PLLC | | 3:22-cv-03309-MCR-GRJ |
| 77 | 76210 | Miguel Flores | DeGaris Wright McCall | | 8:20-cv-33992-MCR-GRJ |
| 78 | 107294 | Christopher Andersen | Douglas & London | 7:20-cv-46238-MCR-GRJ | |

| Row | PID | Name | Firm | Admin Docket Case Number | Active Docket Case Number |
|---|---|---|---|---|---|
| 79 | 108416 | Travis Chaput | Douglas & London | 7:20-cv-73248-MCR-GRJ | |
| 80 | 108581 | Daniel Collier | Douglas & London | 7:20-cv-72910-MCR-GRJ | |
| 81 | 108882 | Troy Dament | Douglas & London | | 7:20-cv-73757-MCR-GRJ |
| 82 | 109525 | Sherilyn Fidelis | Douglas & London | 7:20-cv-79568-MCR-GRJ | |
| 83 | 110716 | Thomas Howard | Douglas & London | 7:20-cv-75608-MCR-GRJ | |
| 84 | 111920 | Michael Martin | Douglas & London | 7:20-cv-84124-MCR-GRJ | |
| 85 | 113340 | Scott Pulliam | Douglas & London | 7:20-cv-77840-MCR-GRJ | |
| 86 | 113791 | Manuel Romero | Douglas & London | 7:20-cv-80198-MCR-GRJ | |
| 87 | 114497 | Scott Stanley | Douglas & London | 7:20-cv-80090-MCR-GRJ | |
| 88 | 115215 | Jason Wamba | Douglas & London | 7:20-cv-81611-MCR-GRJ | |
| 89 | 115672 | Candy Yandell | Douglas & London | 7:20-cv-82929-MCR-GRJ | |
| 90 | 304986 | Rickey Green | Eckland & Blando LLP | | 3:21-cv-00227-MCR-GRJ |
| 91 | 305122 | Benjamin Kelly | Eckland & Blando LLP | | 3:21-cv-00448-MCR-GRJ |
| 92 | 335438 | Scotty Mackay | Environmental Litigation Group PC | 7:21-cv-54177-MCR-GRJ | |
| 93 | 335495 | James Rosebery | Environmental Litigation Group PC | | 7:21-cv-54441-MCR-GRJ |
| 94 | 335509 | Nicholas Brewer | Environmental Litigation Group PC | | 7:21-cv-54455-MCR-GRJ |
| 95 | 335832 | Anthony Dodson | Environmental Litigation Group PC | | 7:21-cv-55194-MCR-GRJ |
| 96 | 335929 | Steve Hollis | Environmental Litigation Group PC | | 7:21-cv-55377-MCR-GRJ |
| 97 | 336014 | Robert Logan | Environmental Litigation Group PC | | 7:21-cv-55538-MCR-GRJ |
| 98 | 351571 | Jonathan Nelson | Environmental Litigation Group PC | | 3:21-cv-02391-MCR-GRJ |
| 99 | 351606 | Ervin Quiles | Environmental Litigation Group PC | | 3:21-cv-02533-MCR-GRJ |
| 100 | 351619 | Eric Biggs | Environmental Litigation Group PC | | 3:21-cv-02973-MCR-GRJ |
| 101 | 351711 | Adib Baerga | Environmental Litigation Group PC | | 3:22-cv-04678-MCR-GRJ |
| 102 | 351794 | Alejandro Bassim | Environmental Litigation Group PC | | 3:21-cv-02332-MCR-GRJ |
| 103 | 356838 | Michael Medellin | Environmental Litigation Group PC | | 3:21-cv-02795-MCR-GRJ |
| 104 | 360176 | Arthur Gumtau | Environmental Litigation Group PC | | 3:22-cv-03966-MCR-GRJ |
| 105 | 234388 | Cedric Mckethan | FAY LAW GROUP, P.A | 8:20-cv-68743-MCR-GRJ | |
| 106 | 76459 | Tobey Flynn | FLEMING, NOLEN & JEZ, L.L.P | 8:20-cv-14336-MCR-GRJ | |
| 107 | 277177 | Ruben Gardea | FLEMING, NOLEN & JEZ, L.L.P | | 7:21-cv-02215-MCR-GRJ |
| 108 | 277192 | William Gunter | FLEMING, NOLEN & JEZ, L.L.P | | 7:21-cv-02354-MCR-GRJ |
| 109 | 277220 | Jack Johnson | FLEMING, NOLEN & JEZ, L.L.P | 7:21-cv-02257-MCR-GRJ | |
| 110 | 277222 | Travis Johnson | FLEMING, NOLEN & JEZ, L.L.P | | 7:21-cv-02259-MCR-GRJ |
| 111 | 10331 | Jamel Cobbs | Goza & Honnold, LLC | 7:20-cv-52645-MCR-GRJ | |
| 112 | 194575 | Michael Deleza | Goza & Honnold, LLC | 8:20-cv-40674-MCR-GRJ | |
| 113 | 16440 | Joseph Pergande | Hissey, Mulderig & Friend, PLLC | 8:20-cv-03802-MCR-GRJ | |
| 114 | 304017 | Timnesha Fowler | Hissey, Mulderig & Friend, PLLC | | 7:21-cv-24356-MCR-GRJ |
| 115 | 304054 | Marke Walker | Hissey, Mulderig & Friend, PLLC | | 7:21-cv-24392-MCR-GRJ |
| 116 | 80508 | Wesley Brown | Holland Law Firm | 7:20-cv-84499-MCR-GRJ | |
| 117 | 80604 | Lewis Ekle | Holland Law Firm | 7:20-cv-84193-MCR-GRJ | |
| 118 | 80695 | David Hernandez | Holland Law Firm | 7:20-cv-84520-MCR-GRJ | |
| 119 | 80709 | Brandon Hubbard | Holland Law Firm | 7:20-cv-16140-MCR-GRJ | |
| 120 | 80740 | Scott Kennedy | Holland Law Firm | | 7:20-cv-84671-MCR-GRJ |
| 121 | 80838 | Kevin Olsen | Holland Law Firm | | 7:20-cv-84615-MCR-GRJ |
| 122 | 80857 | Richard Poole | Holland Law Firm | 7:20-cv-84670-MCR-GRJ | |
| 123 | 81022 | David Young | Holland Law Firm | 7:20-cv-85387-MCR-GRJ | |
| 124 | 81056 | Weslee Pollard | Holland Law Firm | 7:20-cv-85513-MCR-GRJ | |
| 125 | 81099 | Renee Copeland-Baric | Holland Law Firm | 7:20-cv-85536-MCR-GRJ | |
| 126 | 139891 | David Closen | Holland Law Firm | 7:20-cv-84978-MCR-GRJ | |
| 127 | 170088 | Shalane Harden | Holland Law Firm | | 7:20-cv-85128-MCR-GRJ |
| 128 | 176371 | Anthony Desio | Holland Law Firm | | 7:20-cv-85356-MCR-GRJ |
| 129 | 176387 | Cody Casey | Holland Law Firm | 7:20-cv-85022-MCR-GRJ | |
| 130 | 136994 | Chad Chandler | Jensen & Associates | | 8:20-cv-41693-MCR-GRJ |
| 131 | 137242 | Dominique Jenkins | Jensen & Associates | | 8:20-cv-35978-MCR-GRJ |
| 132 | 137357 | Francisco Figueroa | Jensen & Associates | | 8:20-cv-36566-MCR-GRJ |
| 133 | 137497 | James Pestell | Jensen & Associates | 8:20-cv-37733-MCR-GRJ | |
| 134 | 137603 | Jeremy Geil | Jensen & Associates | | 8:20-cv-37999-MCR-GRJ |
| 135 | 137694 | John Sanchez | Jensen & Associates | | 8:20-cv-39562-MCR-GRJ |
| 136 | 137993 | Levi Saxe | Jensen & Associates | 8:20-cv-42130-MCR-GRJ | |
| 137 | 138360 | Robert Bute | Jensen & Associates | 8:20-cv-36686-MCR-GRJ | |
| 138 | 4049 | Ryan Williams | Joel A. Nash Attorney at Law | | 7:20-cv-94625-MCR-GRJ |
| 139 | 303084 | Clarence Aikens | Kelley & Ferraro LLP | | 7:21-cv-23474-MCR-GRJ |
| 140 | 50382 | Terry Mcdonald | Kirkendall Dwyer LLP | 7:20-cv-65284-MCR-GRJ | |
| 141 | 50430 | Reinaldo Gomez | Kirkendall Dwyer LLP | 7:20-cv-65376-MCR-GRJ | |
| 142 | 50478 | Mark Sakurada | Kirkendall Dwyer LLP | 7:20-cv-65039-MCR-GRJ | |
| 143 | 51091 | Christopher Panarello | Kirkendall Dwyer LLP | | 7:20-cv-66727-MCR-GRJ |
| 144 | 230769 | Eric Barrs | Kirkendall Dwyer LLP | 8:20-cv-68384-MCR-GRJ | |
| 145 | 230770 | Eric Whitmer | Kirkendall Dwyer LLP | 8:20-cv-68388-MCR-GRJ | |
| 146 | 230982 | Thomas Benefield | Kirkendall Dwyer LLP | 8:20-cv-68055-MCR-GRJ | |
| 147 | 237304 | Juan Ramos | Kirkendall Dwyer LLP | 8:20-cv-82673-MCR-GRJ | |
| 148 | 237394 | Travis Waddell | Kirkendall Dwyer LLP | 8:20-cv-82375-MCR-GRJ | |
| 149 | 240015 | Kevona Jenkins | Kirkendall Dwyer LLP | 8:20-cv-76261-MCR-GRJ | |
| 150 | 240049 | Michael Merritt | Kirkendall Dwyer LLP | 8:20-cv-76330-MCR-GRJ | |
| 151 | 240050 | Michael Peasgood | Kirkendall Dwyer LLP | | 8:20-cv-76333-MCR-GRJ |
| 152 | 242077 | Jason Cosby | Kirkendall Dwyer LLP | 8:20-cv-90122-MCR-GRJ | |
| 153 | 246016 | Hakim Stanback | Kirkendall Dwyer LLP | 8:20-cv-93534-MCR-GRJ | |
| 154 | 246053 | Jonathon Tygret | Kirkendall Dwyer LLP | 8:20-cv-93571-MCR-GRJ | |
| 155 | 246068 | Kim Gov | Kirkendall Dwyer LLP | 8:20-cv-93586-MCR-GRJ | |
| 156 | 250677 | Karl Wyant | Kirkendall Dwyer LLP | 8:20-cv-95375-MCR-GRJ | |

| Row | PID | Name | Firm | Admin Docket Case Number | Active Docket Case Number |
|---|---|---|---|---|---|
| 157 | 251840 | Darryl Alexius | Kirkendall Dwyer LLP | 8:20-cv-97350-MCR-GRJ | |
| 158 | 303955 | Ryan Dewes | Kirkendall Dwyer LLP | 7:21-cv-25271-MCR-GRJ | |
| 159 | 304685 | Emmanuel Cox | Kirkendall Dwyer LLP | 7:21-cv-25520-MCR-GRJ | |
| 160 | 307053 | Matthew Ryan | Kirkendall Dwyer LLP | 7:21-cv-24109-MCR-GRJ | |
| 161 | 307088 | Brian Richardson | Kirkendall Dwyer LLP | 7:21-cv-24131-MCR-GRJ | |
| 162 | 321182 | Larry Moore | Kirkendall Dwyer LLP | 7:21-cv-35858-MCR-GRJ | |
| 163 | 321250 | Shaun Alestra | Kirkendall Dwyer LLP | 7:21-cv-37410-MCR-GRJ | |
| 164 | 321280 | Peter Berrios | Kirkendall Dwyer LLP | 7:21-cv-37440-MCR-GRJ | |
| 165 | 321389 | Carlitos Grant | Kirkendall Dwyer LLP | 7:21-cv-37547-MCR-GRJ | |
| 166 | 321392 | Travis Greenworld | Kirkendall Dwyer LLP | 7:21-cv-37550-MCR-GRJ | |
| 167 | 321488 | Ishmael Martinez | Kirkendall Dwyer LLP | 7:21-cv-38112-MCR-GRJ | |
| 168 | 164686 | Russell Nicholas | Kirtland & Packard LLP | 7:20-cv-88660-MCR-GRJ | |
| 169 | 316386 | Robert Piker | Law Office of Steven Gacovino, PLLC | 7:21-cv-52497-MCR-GRJ | |
| 170 | 258991 | Ethan Stall | Law Offices of Charles H. Johnson, P.A. | 9:20-cv-03642-MCR-GRJ | |
| 171 | 11131 | Jacob Scism | Levin Papantonio Rafferty | 7:20-cv-00492-MCR-GRJ | |
| 172 | 158864 | Robb Mitchell | Levin Papantonio Rafferty | | 7:20-cv-35391-MCR-GRJ |
| 173 | 183136 | Nathan Witcher | Levin Papantonio Rafferty | | 7:20-cv-85014-MCR-GRJ |
| 174 | 139354 | Sean Adkins | Matthews & Associates | 8:20-cv-14927-MCR-GRJ | |
| 175 | 173680 | Carlos Rivera Nazario | Matthews & Associates | 8:20-cv-15633-MCR-GRJ | |
| 176 | 199606 | Jesus Sosa | Matthews & Associates | 8:20-cv-64437-MCR-GRJ | |
| 177 | 199720 | Timothy Williams | Matthews & Associates | 8:20-cv-56654-MCR-GRJ | |
| 178 | 280857 | Jered Judson | Matthews & Associates | | 7:21-cv-03910-MCR-GRJ |
| 179 | 280865 | Jay Mcwilliams | Matthews & Associates | | 7:21-cv-03926-MCR-GRJ |
| 180 | 335118 | Christopher Ike | Matthews & Associates | 7:21-cv-55360-MCR-GRJ | |
| 181 | 335130 | Michael Singleton | Matthews & Associates | | 7:21-cv-55382-MCR-GRJ |
| 182 | 171592 | Jb Russell | McCormick Law Firm | | 7:20-cv-44317-MCR-GRJ |
| 183 | 49317 | Fowood Gebhart | McCune Wright Arevalo | 7:20-cv-52513-MCR-GRJ | |
| 184 | 276257 | Clark Mervin | McSweeney/Langevin LLC | 7:21-cv-00605-MCR-GRJ | |
| 185 | 216519 | James Dougherty | Messa & Associates | 8:20-cv-64533-MCR-GRJ | |
| 186 | 240700 | Michael Graves | Messa & Associates | 8:20-cv-91068-MCR-GRJ | |
| 187 | 266315 | Daniel Pena | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC | 7:21-cv-19982-MCR-GRJ | |
| 188 | 279897 | Colin Callahan | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC | 7:21-cv-18431-MCR-GRJ | |
| 189 | 207279 | Matthew Rose | Milstein Jackson Fairchild & Wade, LLP | | 8:20-cv-56758-MCR-GRJ |
| 190 | 268079 | Kyle Brown | Morgan & Morgan | 9:20-cv-16851-MCR-GRJ | |
| 191 | 326824 | Wymon Gleaton | Morgan & Morgan | 7:21-cv-52052-MCR-GRJ | |
| 192 | 327027 | James Presnell | Morgan & Morgan | 7:21-cv-52448-MCR-GRJ | |
| 193 | 333224 | Willie Thompson | Morgan & Morgan | | 3:22-cv-04769-MCR-GRJ |
| 194 | 344557 | Don Dixon | Morgan & Morgan | 7:21-cv-63624-MCR-GRJ | |
| 195 | 129426 | Jeffrey Smith | Morris Bart, LLC | 8:20-cv-35022-MCR-GRJ | |
| 196 | 129492 | Michael Allgood | Morris Bart, LLC | 8:20-cv-35343-MCR-GRJ | |
| 197 | 329180 | Sheameeka Hughes | Morris Bart, LLC | 7:21-cv-47937-MCR-GRJ | |
| 198 | 51979 | Carl Mccain | Mostyn Law | 8:20-cv-28923-MCR-GRJ | |
| 199 | 52180 | Aaron Gardner | Mostyn Law | 7:20-cv-87009-MCR-GRJ | |
| 200 | 168038 | Deidre Holder | Mostyn Law | 8:20-cv-00198-MCR-GRJ | |
| 201 | 181630 | Nathaniel Leonard | Mostyn Law | 8:20-cv-03539-MCR-GRJ | |
| 202 | 181638 | James Lorenz | Mostyn Law | | 8:20-cv-03568-MCR-GRJ |
| 203 | 181784 | Vincent Trexler | Mostyn Law | 8:20-cv-04611-MCR-GRJ | |
| 204 | 200151 | Kellen Brown | Mostyn Law | 8:20-cv-42870-MCR-GRJ | |
| 205 | 200285 | Brandon Marvel | Mostyn Law | 8:20-cv-43230-MCR-GRJ | |
| 206 | 254837 | Thomas Burger | Mostyn Law | 8:20-cv-97601-MCR-GRJ | |
| 207 | 254841 | Michael Jimenez | Mostyn Law | 8:20-cv-97605-MCR-GRJ | |
| 208 | 361025 | Joseph Rader | Nabors Law Firm | | 3:22-cv-05078-MCR-GRJ |
| 209 | 30318 | Helso Laraortiz | OnderLaw, LLC | 8:20-cv-33246-MCR-GRJ | |
| 210 | 87617 | Calvin Nguyen | OnderLaw, LLC | | 8:20-cv-34300-MCR-GRJ |
| 211 | 223097 | Eric Williams | OnderLaw, LLC | 8:20-cv-66673-MCR-GRJ | |
| 212 | 52485 | Randy Joseph | Parafinczuk Wolf, P.A. | 7:20-cv-05227-MCR-GRJ | |
| 213 | 52488 | Larry Eddinger | Parafinczuk Wolf, P.A. | 7:20-cv-05230-MCR-GRJ | |
| 214 | 182436 | John Carroll | Parafinczuk Wolf, P.A. | | 7:20-cv-90078-MCR-GRJ |
| 215 | 191310 | Gregory Busby | Parafinczuk Wolf, P.A. | 8:20-cv-38782-MCR-GRJ | |
| 216 | 191368 | Timothy Gifford | Parafinczuk Wolf, P.A. | 8:20-cv-39045-MCR-GRJ | |
| 217 | 191419 | Shawn Krummel | Parafinczuk Wolf, P.A. | 8:20-cv-38234-MCR-GRJ | |
| 218 | 203289 | Steven Zwart | Parafinczuk Wolf, P.A. | 8:20-cv-50110-MCR-GRJ | |
| 219 | 214620 | Jacqueline Berry | Parafinczuk Wolf, P.A. | | 8:20-cv-66765-MCR-GRJ |
| 220 | 216566 | Brandon Martin | Parafinczuk Wolf, P.A. | 8:20-cv-67117-MCR-GRJ | |
| 221 | 216569 | Franklin Morley | Parafinczuk Wolf, P.A. | 8:20-cv-67126-MCR-GRJ | |
| 222 | 247681 | David Hamilton | Parafinczuk Wolf, P.A. | 9:20-cv-10723-MCR-GRJ | |
| 223 | 247688 | Michael Kramer | Parafinczuk Wolf, P.A. | 9:20-cv-02779-MCR-GRJ | |
| 224 | 288611 | Christopher Hardesty | Parafinczuk Wolf, P.A. | 7:21-cv-10642-MCR-GRJ | |
| 225 | 308134 | Karina Taylor | Parafinczuk Wolf, P.A. | 7:21-cv-27316-MCR-GRJ | |
| 226 | 308182 | Ruby Pichardo-Batista | Parafinczuk Wolf, P.A. | | 7:21-cv-27418-MCR-GRJ |
| 227 | 324863 | Ivan Arbelo | Parafinczuk Wolf, P.A. | 7:21-cv-44541-MCR-GRJ | |
| 228 | 104599 | Keith Grant | Parker Waichman LLP | 7:20-cv-72396-MCR-GRJ | |
| 229 | 104618 | Juan Griffin | Parker Waichman LLP | | 7:20-cv-72480-MCR-GRJ |
| 230 | 104779 | Ricky Hinote | Parker Waichman LLP | | 7:20-cv-75001-MCR-GRJ |
| 231 | 104781 | Frank Hitchcock | Parker Waichman LLP | 7:20-cv-75012-MCR-GRJ | |
| 232 | 105605 | Kenneth Phariss | Parker Waichman LLP | 7:20-cv-71107-MCR-GRJ | |
| 233 | 105793 | Jorge Rodriguez | Parker Waichman LLP | 7:20-cv-71201-MCR-GRJ | |
| 234 | 105864 | Aaron Salinas | Parker Waichman LLP | 7:20-cv-71447-MCR-GRJ | |

| Row | PID | Name | Firm | Admin Docket Case Number | Active Docket Case Number |
|---|---|---|---|---|---|
| 235 | 105883 | Ryan Sargent | Parker Waichman LLP | | 7:20-cv-71508-MCR-GRJ |
| 236 | 106131 | Kelley Tanner | Parker Waichman LLP | 7:20-cv-72293-MCR-GRJ | |
| 237 | 106141 | Julia Taylor | Parker Waichman LLP | 7:20-cv-72338-MCR-GRJ | |
| 238 | 174318 | William Holman | Rappaport, Glass, Levine & Zullo LLP | | 8:20-cv-09871-MCR-GRJ |
| 239 | 176268 | Richard Bond | Rappaport, Glass, Levine & Zullo LLP | | 8:20-cv-15752-MCR-GRJ |
| 240 | 93299 | Cody Smith | Robinson Calcagnie, Inc. | 7:20-cv-50953-MCR-GRJ | |
| 241 | 127496 | Charles Sweigert | Robinson Calcagnie, Inc. | 7:20-cv-51622-MCR-GRJ | |
| 242 | 139846 | Adam Adkins | Robinson Calcagnie, Inc. | | 3:19-cv-02078-MCR-GRJ |
| 243 | 334651 | Jermey O'Brien | Rogers, Patrick, Westbrook & Brickman, LLC | 7:21-cv-48687-MCR-GRJ | |
| 244 | 185221 | Kai Zubke | Schlesinger Law Offices, P.A. | | 3:20-cv-00116-MCR-GRJ |
| 245 | 249298 | Johnathon Jobson | Shunnarah Vail Trial Attorneys, P.C. | 8:20-cv-93650-MCR-GRJ | |
| 246 | 334269 | Joshua Graham | Shunnarah Vail Trial Attorneys, P.C. | 7:21-cv-53209-MCR-GRJ | |
| 247 | 334467 | James Smith | Shunnarah Vail Trial Attorneys, P.C. | | 7:21-cv-54810-MCR-GRJ |
| 248 | 346254 | Jarrett Hyatt | Shunnarah Vail Trial Attorneys, P.C. | 7:21-cv-63372-MCR-GRJ | |
| 249 | 178213 | Joseph Barry | Singleton Schreiber, LLP | | 3:20-cv-04744-MCR-GRJ |
| 250 | 178312 | Allyn Bruninga | Singleton Schreiber, LLP | | 3:20-cv-04069-MCR-GRJ |
| 251 | 178423 | Cody Cser | Singleton Schreiber, LLP | | 3:20-cv-04393-MCR-GRJ |
| 252 | 178445 | Johnathan Davis | Singleton Schreiber, LLP | | 3:20-cv-04438-MCR-GRJ |
| 253 | 178692 | Vernon Hayes | Singleton Schreiber, LLP | | 3:20-cv-04273-MCR-GRJ |
| 254 | 178754 | Sean Isaak-Hougardy | Singleton Schreiber, LLP | | 3:20-cv-04555-MCR-GRJ |
| 255 | 179266 | Brett Rooney | Singleton Schreiber, LLP | | 3:20-cv-03726-MCR-GRJ |
| 256 | 179307 | Luke Sanders | Singleton Schreiber, LLP | | 3:20-cv-04850-MCR-GRJ |
| 257 | 179382 | Mark Smith | Singleton Schreiber, LLP | | 3:20-cv-04920-MCR-GRJ |
| 258 | 179449 | Alan Szwec | Singleton Schreiber, LLP | | 3:20-cv-05089-MCR-GRJ |
| 259 | 179470 | Wyatt Thomas | Singleton Schreiber, LLP | | 3:20-cv-03917-MCR-GRJ |
| 260 | 179501 | Devyn Tucker | Singleton Schreiber, LLP | | 3:20-cv-04188-MCR-GRJ |
| 261 | 179612 | Austin Witt | Singleton Schreiber, LLP | | 3:20-cv-05196-MCR-GRJ |
| 262 | 352489 | Juan Zarraga | Singleton Schreiber, LLP | | 3:21-cv-01767-MCR-GRJ |
| 263 | 355955 | Armando Mata | Singleton Schreiber, LLP | | 3:22-cv-00061-MCR-GRJ |
| 264 | 83799 | Cheidler Jean-Louis | Slocumb Law | | 7:20-cv-17688-MCR-GRJ |
| 265 | 83811 | Michael Olsen | Slocumb Law | | 7:20-cv-17709-MCR-GRJ |
| 266 | 139199 | Richard Spencer | Slocumb Law | 7:20-cv-30391-MCR-GRJ | 3:19-cv-02251-MCR-GRJ |
| 267 | 267302 | Jonathan Logsdon | The Carlson Law Firm | | 9:20-cv-16139-MCR-GRJ |
| 268 | 175139 | Erskine Shaw | The DiLorenzo Law Firm, LLC | 8:20-cv-19631-MCR-GRJ | |
| 269 | 192026 | Joshua Robles | The DiLorenzo Law Firm, LLC | 8:20-cv-54686-MCR-GRJ | |
| 270 | 192030 | Jonathan Smith | The DiLorenzo Law Firm, LLC | 8:20-cv-54695-MCR-GRJ | |
| 271 | 213273 | Azaria Cooke | The DiLorenzo Law Firm, LLC | 8:20-cv-60182-MCR-GRJ | |
| 272 | 217546 | Terrance Owens | The DiLorenzo Law Firm, LLC | 8:20-cv-67540-MCR-GRJ | |
| 273 | 244745 | Shonderrick Baskin | The DiLorenzo Law Firm, LLC | 8:20-cv-92575-MCR-GRJ | |
| 274 | 255178 | Bradley Moore | The DiLorenzo Law Firm, LLC | 9:20-cv-00703-MCR-GRJ | |
| 275 | 293679 | Jeremy Durr | The DiLorenzo Law Firm, LLC | | 7:21-cv-13106-MCR-GRJ |
| 276 | 302642 | Jeremy Spence | The DiLorenzo Law Firm, LLC | 7:21-cv-21411-MCR-GRJ | |
| 277 | 333784 | Casey Herron | The DiLorenzo Law Firm, LLC | | 7:21-cv-52929-MCR-GRJ |
| 278 | 344923 | Kasey Willis | The DiLorenzo Law Firm, LLC | 7:21-cv-63568-MCR-GRJ | |
| 279 | 344925 | Luke Mcdonell | The DiLorenzo Law Firm, LLC | 7:21-cv-63572-MCR-GRJ | |
| 280 | 354615 | Nina Copeland | The DiLorenzo Law Firm, LLC | | 3:21-cv-03937-MCR-GRJ |
| 281 | 318666 | Ashley Ernst | The Gallagher Law Firm PLLC | | 7:21-cv-34930-MCR-GRJ |
| 282 | 322230 | Kevin Barfield | The Kuykendall Group LLc | | 7:21-cv-37832-MCR-GRJ |
| 283 | 356106 | Keithrick Hamilton | The Kuykendall Group LLc | | 3:22-cv-00474-MCR-GRJ |
| 284 | 356165 | Tejon Wilbourn | The Kuykendall Group LLc | | 3:22-cv-00807-MCR-GRJ |
| 285 | 356201 | Silvie Gunderson | The Kuykendall Group LLc | | 3:22-cv-00984-MCR-GRJ |
| 286 | 48690 | Michael Sabala | The Moody Law Firm | | 7:20-cv-44573-MCR-GRJ |
| 287 | 96687 | Jason Hansford | The Murray Law Firm | | 8:20-cv-36037-MCR-GRJ |
| 288 | 96767 | Geoffry Moseley | The Murray Law Firm | | 7:20-cv-38349-MCR-GRJ |
| 289 | 148591 | Anthony Stuart | The Murray Law Firm | 8:20-cv-43352-MCR-GRJ | |
| 290 | 163238 | Philip Furtick | The Murray Law Firm | | 8:20-cv-49459-MCR-GRJ |
| 291 | 185352 | Jesse Sohn | The Murray Law Firm | | 8:20-cv-47020-MCR-GRJ |
| 292 | 191245 | Devin Rasmusan | The Murray Law Firm | 8:20-cv-32055-MCR-GRJ | |
| 293 | 247570 | Jean Adaro | The Murray Law Firm | 8:20-cv-92903-MCR-GRJ | |
| 294 | 251807 | Nathan Williamson | The Murray Law Firm | 9:20-cv-09195-MCR-GRJ | |
| 295 | 347456 | Scott Richardson | The Russo Firm | 7:21-cv-67455-MCR-GRJ | |
| 296 | 347457 | Daizja Leach | The Russo Firm | 7:21-cv-67456-MCR-GRJ | |
| 297 | 347542 | Louis Tarquinio | The Russo Firm | | 7:21-cv-67541-MCR-GRJ |
| 298 | 347631 | David Switzer | The Russo Firm | 7:21-cv-67629-MCR-GRJ | |
| 299 | 347693 | Brian Worley | The Russo Firm | 7:21-cv-67691-MCR-GRJ | |
| 300 | 347694 | Santos Gonzalez | The Russo Firm | 7:21-cv-67692-MCR-GRJ | |
| 301 | 347843 | Jason Deluca | The Russo Firm | 7:21-cv-67841-MCR-GRJ | |
| 302 | 348066 | David Anstett | The Russo Firm | 7:21-cv-68063-MCR-GRJ | |
| 303 | 348226 | Hunter Mckay | The Russo Firm | 7:21-cv-66075-MCR-GRJ | |
| 304 | 348331 | Michelle Rotchadl | The Russo Firm | 7:21-cv-66378-MCR-GRJ | |
| 305 | 348361 | Branham Littleton | The Russo Firm | 7:21-cv-66425-MCR-GRJ | |
| 306 | 348424 | Mandel Hooks | The Russo Firm | 7:21-cv-66488-MCR-GRJ | |
| 307 | 348481 | Andrew Salazar | The Russo Firm | 7:21-cv-66547-MCR-GRJ | |
| 308 | 348557 | Conrado Morales | The Russo Firm | 7:21-cv-66373-MCR-GRJ | |
| 309 | 348647 | Wesley Snell | The Russo Firm | 7:21-cv-66805-MCR-GRJ | |
| 310 | 348651 | Joe Munoz | The Russo Firm | 7:21-cv-66813-MCR-GRJ | |
| 311 | 348703 | Allen Jordan | The Russo Firm | 7:21-cv-66911-MCR-GRJ | |
| 312 | 176902 | Sherri Crandall | TorHoerman Law LLC | | 8:20-cv-41115-MCR-GRJ |

| Row | PID | Name | Firm | Admin Docket Case Number | Active Docket Case Number |
|---|---|---|---|---|---|
| 313 | 354339 | Joe Santos | TorHoerman Law LLC | | 3:21-cv-03070-MCR-GRJ |
| 314 | 144306 | Craig Cloud | Wells & Associates, PLLC | 8:20-cv-15075-MCR-GRJ | |