UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases on Exhibit A | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER

The plaintiffs identified on Exhibit A failed to submit a census form within the applicable deadlines set forth in Pretrial Order No. 18 and Pretrial Order No. 81. ECF Nos. 775, 1848. These plaintiffs will be given one final opportunity to submit their census form. For any plaintiff failing to submit a census form within **10 days** of the date of this Order, his/her case will be **dismissed with prejudice**, in light of the repeated violations of this Court's orders (Pretrial Orders No. 18 and 81 and this Order).

The Court notes that the plaintiffs identified on Exhibit A have also failed to submit a Form DD214 or DoD Military Service Information Report ("Blue Button") by the deadline set forth in Case Management Order No. 40. ECF No. 2911. For the veterans on that list, submission of a census form in accordance with this Order will not prevent dismissal of a case without prejudice, by separate order, for failure to timely submit a DD214/Blue Button form.

**SO ORDERED**, on this 6th day of May, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**