IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION
EXHIBIT A

| Row | PID | Name | Firm | Admin Docket Case Number | Active Docket Case Number | Deadline to Submit Census Form |
|---|---|---|---|---|---|---|
| 1 | 354590 | Tommy Gribble | Douglas & London | | 3:21-cv-04096-MCR-GRJ | 3/14/2022 |
| 2 | 354962 | Ryan Ford | Douglas & London | | 3:21-cv-04095-MCR-GRJ | 3/14/2022 |
| 3 | 355529 | Michael Yingling | Douglas & London | | 3:22-cv-00642-MCR-GRJ | 4/13/2022 |
| 4 | 356539 | Jonathan Merikan | Douglas & London | | 3:21-cv-04103-MCR-GRJ | 3/14/2022 |
| 5 | 356542 | Trevor Deboer | Douglas & London | | 3:21-cv-04614-MCR-GRJ | 3/21/2022 |
| 6 | 355230 | Stephen Cooper | FLEMING, NOLEN & JEZ, L.L.P | | 3:21-cv-04947-MCR-GRJ | 3/30/2022 |
| 7 | 355231 | Arthur Kerr | FLEMING, NOLEN & JEZ, L.L.P | | 3:21-cv-04948-MCR-GRJ | 3/30/2022 |
| 8 | 355233 | Darrius Merrion | FLEMING, NOLEN & JEZ, L.L.P | | 3:21-cv-04949-MCR-GRJ | 3/30/2022 |
| 9 | 357165 | Alexander Friedlander | Law Offices of Jeffrey R. Lessin, P.C. | | 3:22-cv-00917-MCR-GRJ | 4/27/2022 |
| 10 | 358980 | Martin Wolf | Law Offices of Jeffrey R. Lessin, P.C. | | 3:22-cv-00918-MCR-GRJ | 4/27/2022 |
| 11 | 334422 | Darryl Witherspoon | Lockridge Grindal Nauen | | 3:22-cv-00359-MCR-GRJ | 4/11/2022 |
| 12 | 334425 | Dejhonna Powell | Lockridge Grindal Nauen | | 3:22-cv-00317-MCR-GRJ | 4/11/2022 |
| 13 | 334426 | Brian Brennan | Lockridge Grindal Nauen | | 3:22-cv-00304-MCR-GRJ | 4/11/2022 |
| 14 | 335073 | Michael Taylor | Lockridge Grindal Nauen | | 3:22-cv-00320-MCR-GRJ | 4/11/2022 |
| 15 | 335074 | Kalvin Trice | Lockridge Grindal Nauen | | 3:22-cv-00324-MCR-GRJ | 4/11/2022 |
| 16 | 335075 | Casey Van Ert | Lockridge Grindal Nauen | | 3:22-cv-00326-MCR-GRJ | 4/11/2022 |
| 17 | 335079 | Kenneth Wickersham | Lockridge Grindal Nauen | | 3:22-cv-00357-MCR-GRJ | 4/11/2022 |
| 18 | 335080 | Andrea Wilson | Lockridge Grindal Nauen | | 3:22-cv-00358-MCR-GRJ | 4/11/2022 |
| 19 | 335081 | Tomas Yaczik | Lockridge Grindal Nauen | | 3:22-cv-00363-MCR-GRJ | 4/11/2022 |
| 20 | 357086 | Billy Yon | Lockridge Grindal Nauen | | 3:22-cv-00020-MCR-GRJ | 4/4/2022 |
| 21 | 357859 | Joseph Murphy | Lockridge Grindal Nauen | | 3:21-cv-04893-MCR-GRJ | 3/29/2022 |
| 22 | 357866 | Ausberto Gorritz Rivera | Lockridge Grindal Nauen | | 3:21-cv-04923-MCR-GRJ | 3/30/2022 |
| 23 | 355241 | Alan Van Horn | OnderLaw, LLC | | 3:21-cv-04686-MCR-GRJ | 3/21/2022 |
| 24 | 356273 | Wayne Scott | OnderLaw, LLC | | 3:22-cv-00898-MCR-GRJ | 4/27/2022 |
| 25 | 356283 | Jack Llewyllson | OnderLaw, LLC | | 3:22-cv-00957-MCR-GRJ | 4/28/2022 |
| 26 | 357059 | Victor Ramos | OnderLaw, LLC | | 3:22-cv-00981-MCR-GRJ | 4/28/2022 |
| 27 | 357062 | Bettye Norfleet | OnderLaw, LLC | | 3:22-cv-01047-MCR-GRJ | 5/2/2022 |
| 28 | 357063 | Westley Weatherford | OnderLaw, LLC | | 3:22-cv-01053-MCR-GRJ | 5/2/2022 |
| 29 | 357066 | Jay Bergeron | OnderLaw, LLC | | 3:22-cv-01065-MCR-GRJ | 5/2/2022 |
| 30 | 146458 | Robert Bridges | Paul LLP | | 3:22-cv-00920-MCR-GRJ | 4/27/2022 |
| 31 | 147253 | Marco Briones | Paul LLP | | 3:22-cv-00768-MCR-GRJ | 4/21/2022 |
| 32 | 355514 | Christian Wilson | Singleton Schreiber, LLP | | 3:22-cv-00567-MCR-GRJ | 4/12/2022 |
| 33 | 333603 | Paul Schafer | The Carlson Law Firm | | 7:21-cv-54112-MCR-GRJ | 3/15/2022 |
| 34 | 355180 | Brian Westburg | The Kuykendall Group LLc | | 3:21-cv-04689-MCR-GRJ | 3/21/2022 |
| 35 | 144631 | Steven Thomas | The Murray Law Firm | 8:20-cv-37774-MCR-GRJ | | 3/25/2022 |
| 36 | 144745 | Robert Cruz | The Murray Law Firm | 8:20-cv-37794-MCR-GRJ | | 3/25/2022 |
| 37 | 144884 | Thomas Pankok | The Murray Law Firm | 8:20-cv-38118-MCR-GRJ | | 3/25/2022 |
| 38 | 144914 | Mark Appleby | The Murray Law Firm | 8:20-cv-31911-MCR-GRJ | | 3/25/2022 |
| 39 | 144935 | William Macneil | The Murray Law Firm | 8:20-cv-38155-MCR-GRJ | | 3/25/2022 |
| 40 | 144989 | Robert Gratzmiller | The Murray Law Firm | 8:20-cv-38179-MCR-GRJ | | 3/25/2022 |
| 41 | 145024 | Matthew Crippen | The Murray Law Firm | 8:20-cv-31914-MCR-GRJ | | 3/25/2022 |
| 42 | 145209 | Fredericka Miller | The Murray Law Firm | 8:20-cv-31918-MCR-GRJ | | 3/25/2022 |
| 43 | 145255 | Robert Sprouse | The Murray Law Firm | 8:20-cv-38444-MCR-GRJ | | 3/25/2022 |
| 44 | 145272 | Shakeya Oliver | The Murray Law Firm | 8:20-cv-31919-MCR-GRJ | | 3/25/2022 |
| 45 | 145296 | Maxcy Sims | The Murray Law Firm | 8:20-cv-38510-MCR-GRJ | | 3/25/2022 |
| 46 | 145322 | Anthony Wills | The Murray Law Firm | 8:20-cv-38546-MCR-GRJ | | 3/25/2022 |
| 47 | 145349 | Rontrell Whack | The Murray Law Firm | 8:20-cv-38578-MCR-GRJ | | 3/25/2022 |
| 48 | 145554 | Mario Bustos | The Murray Law Firm | 8:20-cv-31925-MCR-GRJ | | 3/25/2022 |
| 49 | 145637 | Kyle Stevens | The Murray Law Firm | 8:20-cv-38786-MCR-GRJ | | 3/25/2022 |
| 50 | 145763 | Nicholas Bain | The Murray Law Firm | 8:20-cv-38849-MCR-GRJ | | 3/25/2022 |
| 51 | 145834 | Justin Hardin | The Murray Law Firm | 8:20-cv-38895-MCR-GRJ | | 3/25/2022 |
| 52 | 145903 | Gregory Babcock | The Murray Law Firm | 8:20-cv-38944-MCR-GRJ | | 3/25/2022 |
| 53 | 145926 | Aaron Wallin | The Murray Law Firm | 8:20-cv-38956-MCR-GRJ | | 3/25/2022 |
| 54 | 145979 | Clayton Holland | The Murray Law Firm | 8:20-cv-39003-MCR-GRJ | | 3/25/2022 |
| 55 | 145997 | Christopher Reichard | The Murray Law Firm | 8:20-cv-39023-MCR-GRJ | | 3/25/2022 |
| 56 | 146035 | Najee Aleem | The Murray Law Firm | 8:20-cv-39060-MCR-GRJ | | 3/25/2022 |
| 57 | 146053 | Dameon Woodard | The Murray Law Firm | 8:20-cv-39079-MCR-GRJ | | 3/25/2022 |
| 58 | 146069 | Carl Moore | The Murray Law Firm | 8:20-cv-39087-MCR-GRJ | | 3/25/2022 |
| 59 | 146367 | Jerry Shaver | The Murray Law Firm | 8:20-cv-39237-MCR-GRJ | | 3/25/2022 |
| 60 | 146620 | John Porter | The Murray Law Firm | 8:20-cv-40025-MCR-GRJ | | 3/25/2022 |
| 61 | 147030 | Zachary Smith | The Murray Law Firm | 8:20-cv-40213-MCR-GRJ | | 3/25/2022 |
| 62 | 147145 | Joshua Pearson | The Murray Law Firm | 8:20-cv-40245-MCR-GRJ | | 3/25/2022 |
| 63 | 147585 | Ryan Erhardt | The Murray Law Firm | 8:20-cv-31940-MCR-GRJ | | 3/25/2022 |
| 64 | 147601 | Bryan Rice | The Murray Law Firm | 8:20-cv-40526-MCR-GRJ | | 3/25/2022 |
| 65 | 147614 | Aleksandr Pogosyan | The Murray Law Firm | 8:20-cv-31942-MCR-GRJ | | 3/25/2022 |
| 66 | 147683 | William Macareno | The Murray Law Firm | 8:20-cv-31943-MCR-GRJ | | 3/25/2022 |
| 67 | 147851 | Asha Bibby | The Murray Law Firm | 8:20-cv-31945-MCR-GRJ | | 3/25/2022 |
| 68 | 148491 | Billy Armstrong | The Murray Law Firm | 8:20-cv-43217-MCR-GRJ | | 3/25/2022 |
| 69 | 148493 | Cristina Arrisola | The Murray Law Firm | 8:20-cv-43221-MCR-GRJ | | 3/25/2022 |
| 70 | 148494 | Michael Arviso | The Murray Law Firm | 8:20-cv-43223-MCR-GRJ | | 3/25/2022 |
| 71 | 148498 | Levi Banton | The Murray Law Firm | 8:20-cv-43229-MCR-GRJ | | 3/25/2022 |
| 72 | 148504 | Scott Beilke | The Murray Law Firm | 8:20-cv-43242-MCR-GRJ | | 3/25/2022 |
| 73 | 148506 | Jesse Belgarde | The Murray Law Firm | 8:20-cv-43246-MCR-GRJ | | 3/25/2022 |
| 74 | 148527 | Alejandro Coronado | The Murray Law Firm | 8:20-cv-43279-MCR-GRJ | | 3/25/2022 |

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION
EXHIBIT A

| Row | PID | Name | Firm | Admin Docket Case Number | Active Docket Case Number | Deadline to Submit Census Form |
|---|---|---|---|---|---|---|
| 75 | 148534 | John Ferguson | The Murray Law Firm | 8:20-cv-43285-MCR-GRJ | | 3/25/2022 |
| 76 | 148558 | Eric Leiter | The Murray Law Firm | 8:20-cv-43309-MCR-GRJ | | 3/25/2022 |
| 77 | 148565 | Thomas Mathis | The Murray Law Firm | 8:20-cv-43316-MCR-GRJ | | 3/25/2022 |
| 78 | 161064 | Steve Rawlings | The Murray Law Firm | 8:20-cv-47697-MCR-GRJ | | 3/25/2022 |
| 79 | 161070 | Clinton Taylor | The Murray Law Firm | 8:20-cv-47704-MCR-GRJ | | 3/25/2022 |
| 80 | 161364 | Martikai Wilkins | The Murray Law Firm | 8:20-cv-47875-MCR-GRJ | | 3/25/2022 |
| 81 | 163486 | Joseph Rhodes | The Murray Law Firm | 8:20-cv-49502-MCR-GRJ | | 3/25/2022 |
| 82 | 163512 | Jesse Smallwood | The Murray Law Firm | 8:20-cv-49506-MCR-GRJ | | 3/25/2022 |
| 83 | 163565 | Michael Hilderbrand | The Murray Law Firm | 8:20-cv-49515-MCR-GRJ | | 3/25/2022 |
| 84 | 168511 | Bashar Dosky | The Murray Law Firm | 8:20-cv-52521-MCR-GRJ | | 3/25/2022 |
| 85 | 172810 | Scott Moore | The Murray Law Firm | 8:20-cv-54441-MCR-GRJ | | 3/25/2022 |
| 86 | 172823 | Cole Meyer | The Murray Law Firm | 8:20-cv-54489-MCR-GRJ | | 3/25/2022 |
| 87 | 172826 | Leo Natt | The Murray Law Firm | 8:20-cv-54496-MCR-GRJ | | 3/25/2022 |
| 88 | 172828 | Randell Ripley | The Murray Law Firm | 8:20-cv-54500-MCR-GRJ | | 3/25/2022 |
| 89 | 172830 | James Mick | The Murray Law Firm | 8:20-cv-54504-MCR-GRJ | | 3/25/2022 |
| 90 | 172831 | Sherita Perry | The Murray Law Firm | 8:20-cv-54506-MCR-GRJ | | 3/25/2022 |
| 91 | 172834 | Johnney Mckinney | The Murray Law Firm | 8:20-cv-54512-MCR-GRJ | | 3/25/2022 |
| 92 | 172855 | Clayton Blachly | The Murray Law Firm | 8:20-cv-44999-MCR-GRJ | | 3/25/2022 |
| 93 | 172856 | Allen Riter | The Murray Law Firm | 8:20-cv-45000-MCR-GRJ | | 3/25/2022 |
| 94 | 174903 | Chad Kuehnle | The Murray Law Firm | 8:20-cv-45036-MCR-GRJ | | 3/25/2022 |
| 95 | 174914 | Timmy Bedford | The Murray Law Firm | 8:20-cv-45047-MCR-GRJ | | 3/25/2022 |
| 96 | 174916 | Michael Ballard | The Murray Law Firm | 8:20-cv-45049-MCR-GRJ | | 3/25/2022 |
| 97 | 174924 | Jayson Helsley | The Murray Law Firm | 8:20-cv-45056-MCR-GRJ | | 3/25/2022 |
| 98 | 182331 | Henry Handwerker | The Murray Law Firm | 8:20-cv-46548-MCR-GRJ | | 3/25/2022 |
| 99 | 182346 | Raul Moreno | The Murray Law Firm | 8:20-cv-46599-MCR-GRJ | | 3/25/2022 |
| 100 | 182351 | Jason Owens | The Murray Law Firm | 8:20-cv-31956-MCR-GRJ | | 3/25/2022 |
| 101 | 182371 | Dane Songer | The Murray Law Firm | 8:20-cv-46675-MCR-GRJ | | 3/25/2022 |
| 102 | 182382 | Anthony Trenerry | The Murray Law Firm | 8:20-cv-46707-MCR-GRJ | | 3/25/2022 |
| 103 | 182391 | Scott Wheeler | The Murray Law Firm | 8:20-cv-46735-MCR-GRJ | | 3/25/2022 |
| 104 | 182397 | Russell Yarber | The Murray Law Firm | 8:20-cv-46754-MCR-GRJ | | 3/25/2022 |
| 105 | 185279 | Stanley Armstrong | The Murray Law Firm | 8:20-cv-46763-MCR-GRJ | | 3/25/2022 |
| 106 | 185321 | Billy Mitchell | The Murray Law Firm | 8:20-cv-46990-MCR-GRJ | | 3/25/2022 |
| 107 | 185341 | Zachary Schneider | The Murray Law Firm | 8:20-cv-47009-MCR-GRJ | | 3/25/2022 |
| 108 | 185346 | Walter Serra | The Murray Law Firm | 8:20-cv-47014-MCR-GRJ | | 3/25/2022 |
| 109 | 185347 | Michael Sessions | The Murray Law Firm | 8:20-cv-47015-MCR-GRJ | | 3/25/2022 |
| 110 | 185351 | Kena Smith | The Murray Law Firm | 8:20-cv-47019-MCR-GRJ | | 3/25/2022 |
| 111 | 185353 | Jordan South | The Murray Law Firm | 8:20-cv-47021-MCR-GRJ | | 3/25/2022 |
| 112 | 185355 | Anthony Staton | The Murray Law Firm | 8:20-cv-47023-MCR-GRJ | | 3/25/2022 |
| 113 | 185356 | Cody Stout | The Murray Law Firm | 8:20-cv-47024-MCR-GRJ | | 3/25/2022 |
| 114 | 185360 | Bonita Terry | The Murray Law Firm | 8:20-cv-47028-MCR-GRJ | | 3/25/2022 |
| 115 | 185363 | Gabriel Torres | The Murray Law Firm | 8:20-cv-47031-MCR-GRJ | | 3/25/2022 |
| 116 | 185369 | Caroline Vervoort | The Murray Law Firm | 8:20-cv-47039-MCR-GRJ | | 3/25/2022 |
| 117 | 185382 | Samuel Yates | The Murray Law Firm | 8:20-cv-47066-MCR-GRJ | | 3/25/2022 |
| 118 | 185383 | Kaye Yazzie | The Murray Law Firm | 8:20-cv-47068-MCR-GRJ | | 3/25/2022 |
| 119 | 185385 | Khallid Young | The Murray Law Firm | 8:20-cv-47072-MCR-GRJ | | 3/25/2022 |
| 120 | 188574 | John Barclay | The Murray Law Firm | 8:20-cv-56113-MCR-GRJ | | 3/25/2022 |
| 121 | 188586 | Jeremy Byrd | The Murray Law Firm | 8:20-cv-56188-MCR-GRJ | | 3/25/2022 |
| 122 | 188587 | Dereiko Meridy | The Murray Law Firm | | 8:20-cv-31958-MCR-GRJ | 3/25/2022 |
| 123 | 188592 | Mark Kish | The Murray Law Firm | 8:20-cv-56210-MCR-GRJ | | 3/25/2022 |
| 124 | 188599 | Anthony Childers | The Murray Law Firm | 8:20-cv-56247-MCR-GRJ | | 3/25/2022 |
| 125 | 188604 | Roger Lankford | The Murray Law Firm | 8:20-cv-56278-MCR-GRJ | | 3/25/2022 |
| 126 | 188608 | Charles Quigley | The Murray Law Firm | 8:20-cv-56301-MCR-GRJ | | 3/25/2022 |
| 127 | 188621 | Walter Claude-Murray | The Murray Law Firm | 8:20-cv-56360-MCR-GRJ | | 3/25/2022 |
| 128 | 191182 | Daniel Allen | The Murray Law Firm | 8:20-cv-31963-MCR-GRJ | | 3/25/2022 |
| 129 | 191189 | Christopher Brown | The Murray Law Firm | 8:20-cv-31975-MCR-GRJ | | 3/25/2022 |
| 130 | 191244 | Dean Ramseyer | The Murray Law Firm | 8:20-cv-32054-MCR-GRJ | | 3/25/2022 |
| 131 | 191251 | Jared Roosa | The Murray Law Firm | 8:20-cv-32064-MCR-GRJ | | 3/25/2022 |
| 132 | 191260 | Alan Simmons | The Murray Law Firm | 8:20-cv-32081-MCR-GRJ | | 3/25/2022 |
| 133 | 191262 | Randal Smith | The Murray Law Firm | 8:20-cv-32085-MCR-GRJ | | 3/25/2022 |
| 134 | 203131 | Justin Burgamy | The Murray Law Firm | 8:20-cv-49122-MCR-GRJ | | 3/25/2022 |
| 135 | 203133 | Benjamin Chevalier | The Murray Law Firm | 8:20-cv-49126-MCR-GRJ | | 3/25/2022 |
| 136 | 203143 | Blaine Franklin | The Murray Law Firm | 8:20-cv-49144-MCR-GRJ | | 3/25/2022 |
| 137 | 203148 | Kevin Hall | The Murray Law Firm | 8:20-cv-49157-MCR-GRJ | | 3/25/2022 |
| 138 | 203156 | Andres Luna | The Murray Law Firm | 8:20-cv-49176-MCR-GRJ | | 3/25/2022 |
| 139 | 203174 | Derek Smith | The Murray Law Firm | 8:20-cv-49220-MCR-GRJ | | 3/25/2022 |
| 140 | 203178 | Isaac Volta | The Murray Law Firm | 8:20-cv-49231-MCR-GRJ | | 3/25/2022 |
| 141 | 203179 | Mark Watkins | The Murray Law Firm | 8:20-cv-49233-MCR-GRJ | | 3/25/2022 |
| 142 | 203180 | Daniel Welton | The Murray Law Firm | 8:20-cv-49235-MCR-GRJ | | 3/25/2022 |
| 143 | 210751 | Jefferson Wiley | The Murray Law Firm | 8:20-cv-55999-MCR-GRJ | | 3/25/2022 |
| 144 | 214612 | Timothy Myers | The Murray Law Firm | 8:20-cv-64675-MCR-GRJ | | 3/25/2022 |
| 145 | 224139 | Daniel Medlock | The Murray Law Firm | 8:20-cv-71562-MCR-GRJ | | 3/25/2022 |
| 146 | 224148 | Douglas Bond | The Murray Law Firm | 8:20-cv-72111-MCR-GRJ | | 3/25/2022 |
| 147 | 224149 | Luis Faccio | The Murray Law Firm | 8:20-cv-72112-MCR-GRJ | | 3/25/2022 |
| 148 | 224150 | Christopher Brown | The Murray Law Firm | 8:20-cv-72113-MCR-GRJ | | 3/25/2022 |

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION
EXHIBIT A

| Row | PID | Name | Firm | Admin Docket Case Number | Active Docket Case Number | Deadline to Submit Census Form |
|---|---|---|---|---|---|---|
| 149 | 224152 | Jose Shepard | The Murray Law Firm | 8:20-cv-72115-MCR-GRJ | | 3/25/2022 |
| 150 | 224153 | Michael Diedrich | The Murray Law Firm | 8:20-cv-72116-MCR-GRJ | | 3/25/2022 |
| 151 | 224167 | Joel Umbrell | The Murray Law Firm | 8:20-cv-72130-MCR-GRJ | | 3/25/2022 |
| 152 | 224170 | Justin Harwell | The Murray Law Firm | 8:20-cv-72133-MCR-GRJ | | 3/25/2022 |
| 153 | 224173 | Christopher Sedoo | The Murray Law Firm | 8:20-cv-72136-MCR-GRJ | | 3/25/2022 |
| 154 | 224174 | Dalton Blankenship | The Murray Law Firm | 8:20-cv-72137-MCR-GRJ | | 3/25/2022 |
| 155 | 224175 | James Hazelton | The Murray Law Firm | 8:20-cv-72138-MCR-GRJ | | 3/25/2022 |
| 156 | 224180 | Isom Brown | The Murray Law Firm | 8:20-cv-72143-MCR-GRJ | | 3/25/2022 |
| 157 | 224183 | Howard Schwausch | The Murray Law Firm | 8:20-cv-72146-MCR-GRJ | | 3/25/2022 |
| 158 | 224188 | Eugene Mcclellon | The Murray Law Firm | 8:20-cv-72151-MCR-GRJ | | 3/25/2022 |
| 159 | 224190 | Deon Jones | The Murray Law Firm | 8:20-cv-72153-MCR-GRJ | | 3/25/2022 |
| 160 | 224208 | Kyle Foster | The Murray Law Firm | 8:20-cv-72171-MCR-GRJ | | 3/25/2022 |
| 161 | 224211 | Torrius Davis | The Murray Law Firm | 8:20-cv-72174-MCR-GRJ | | 3/25/2022 |
| 162 | 224218 | James Kilbride | The Murray Law Firm | 8:20-cv-72181-MCR-GRJ | | 3/25/2022 |
| 163 | 224219 | Gary Watkins | The Murray Law Firm | 8:20-cv-72182-MCR-GRJ | | 3/25/2022 |
| 164 | 224220 | Aunre Alderman | The Murray Law Firm | 8:20-cv-72183-MCR-GRJ | | 3/25/2022 |
| 165 | 224226 | Lyric Brice | The Murray Law Firm | 8:20-cv-72189-MCR-GRJ | | 3/25/2022 |
| 166 | 224229 | Bartholomew Brenneman | The Murray Law Firm | 8:20-cv-72192-MCR-GRJ | | 3/25/2022 |
| 167 | 224231 | Hector Gonzalez | The Murray Law Firm | 8:20-cv-72194-MCR-GRJ | | 3/25/2022 |
| 168 | 247580 | George Colon | The Murray Law Firm | 8:20-cv-92913-MCR-GRJ | | 3/25/2022 |
| 169 | 247582 | Jared Cuddy | The Murray Law Firm | 8:20-cv-92915-MCR-GRJ | | 3/25/2022 |
| 170 | 247585 | Aaron Dietrich | The Murray Law Firm | 8:20-cv-92918-MCR-GRJ | | 3/25/2022 |
| 171 | 247586 | William Drees | The Murray Law Firm | 8:20-cv-92919-MCR-GRJ | | 3/25/2022 |
| 172 | 247589 | Scott Evans | The Murray Law Firm | 8:20-cv-92922-MCR-GRJ | | 3/25/2022 |
| 173 | 247591 | Martin Ewers | The Murray Law Firm | 8:20-cv-92924-MCR-GRJ | | 3/25/2022 |
| 174 | 247598 | Jermaine Francis | The Murray Law Firm | 8:20-cv-92931-MCR-GRJ | | 3/25/2022 |
| 175 | 247605 | Christina Groobin | The Murray Law Firm | 8:20-cv-92938-MCR-GRJ | | 3/25/2022 |
| 176 | 247621 | Marcus Kidd | The Murray Law Firm | 8:20-cv-92954-MCR-GRJ | | 3/25/2022 |
| 177 | 247622 | Lucius King | The Murray Law Firm | 8:20-cv-92955-MCR-GRJ | | 3/25/2022 |
| 178 | 247623 | Christopher Labrec | The Murray Law Firm | 8:20-cv-92956-MCR-GRJ | | 3/25/2022 |
| 179 | 247624 | Brian Lawler | The Murray Law Firm | 8:20-cv-92957-MCR-GRJ | | 3/25/2022 |
| 180 | 247634 | Stephen Mills | The Murray Law Firm | 8:20-cv-92967-MCR-GRJ | | 3/25/2022 |
| 181 | 247636 | Michael Munib | The Murray Law Firm | 8:20-cv-92969-MCR-GRJ | | 3/25/2022 |
| 182 | 247637 | Kim Nelson | The Murray Law Firm | 8:20-cv-92970-MCR-GRJ | | 3/25/2022 |
| 183 | 247653 | Erik Roth | The Murray Law Firm | 8:20-cv-92986-MCR-GRJ | | 3/25/2022 |
| 184 | 247665 | Daniel Swain | The Murray Law Firm | 8:20-cv-92998-MCR-GRJ | | 3/25/2022 |
| 185 | 251613 | Evan Acree | The Murray Law Firm | 9:20-cv-09058-MCR-GRJ | | 3/25/2022 |
| 186 | 251617 | Charles Atkinson | The Murray Law Firm | 9:20-cv-02931-MCR-GRJ | | 3/25/2022 |
| 187 | 251620 | Raymond Barber | The Murray Law Firm | 9:20-cv-09060-MCR-GRJ | | 3/25/2022 |
| 188 | 251637 | Nickolas Brincefield | The Murray Law Firm | 9:20-cv-02937-MCR-GRJ | | 3/25/2022 |
| 189 | 251643 | Chaz Burney | The Murray Law Firm | 9:20-cv-02940-MCR-GRJ | | 3/25/2022 |
| 190 | 251648 | Derrick Callicutt | The Murray Law Firm | 9:20-cv-09078-MCR-GRJ | | 3/25/2022 |
| 191 | 251652 | Daniel Castaneda | The Murray Law Firm | 7:21-cv-03295-MCR-GRJ | | 3/25/2022 |
| 192 | 251655 | Carlos Condarco | The Murray Law Firm | 9:20-cv-09084-MCR-GRJ | | 3/25/2022 |
| 193 | 251661 | Eric Dowers | The Murray Law Firm | 9:20-cv-09091-MCR-GRJ | | 3/25/2022 |
| 194 | 251667 | Jonathon Foster | The Murray Law Firm | 7:21-cv-03299-MCR-GRJ | | 3/25/2022 |
| 195 | 251674 | Christopher Grattan | The Murray Law Firm | 9:20-cv-09108-MCR-GRJ | | 3/25/2022 |
| 196 | 251683 | Hope Hawkins | The Murray Law Firm | 9:20-cv-09117-MCR-GRJ | | 3/25/2022 |
| 197 | 251689 | Lewis Hoskins | The Murray Law Firm | 9:20-cv-09123-MCR-GRJ | | 3/25/2022 |
| 198 | 251691 | John Howell | The Murray Law Firm | 9:20-cv-04751-MCR-GRJ | | 3/25/2022 |
| 199 | 251692 | Rosemary Isaac | The Murray Law Firm | 7:21-cv-03320-MCR-GRJ | | 3/25/2022 |
| 200 | 251700 | Nicholas Johnson | The Murray Law Firm | 9:20-cv-09130-MCR-GRJ | | 3/25/2022 |
| 201 | 251712 | Justin Kraft | The Murray Law Firm | 7:21-cv-03334-MCR-GRJ | | 3/25/2022 |
| 202 | 251713 | James Lafrentz | The Murray Law Firm | 9:20-cv-09142-MCR-GRJ | | 3/25/2022 |
| 203 | 251746 | Michael Overly | The Murray Law Firm | 9:20-cv-09171-MCR-GRJ | | 3/25/2022 |
| 204 | 251751 | Alejandro Perez | The Murray Law Firm | 9:20-cv-09173-MCR-GRJ | | 3/25/2022 |
| 205 | 251760 | Kevin Rau | The Murray Law Firm | 9:20-cv-09177-MCR-GRJ | | 3/25/2022 |
| 206 | 251768 | Joshua Rohrer | The Murray Law Firm | 9:20-cv-02969-MCR-GRJ | | 3/25/2022 |
| 207 | 251781 | Milo Smith | The Murray Law Firm | 9:20-cv-09185-MCR-GRJ | | 3/25/2022 |
| 208 | 251800 | Tony Vincent | The Murray Law Firm | 9:20-cv-02979-MCR-GRJ | | 3/25/2022 |
| 209 | 251804 | Keith Williams | The Murray Law Firm | 9:20-cv-09193-MCR-GRJ | | 3/25/2022 |
| 210 | 251819 | Brett Southerst | The Murray Law Firm | 7:21-cv-03383-MCR-GRJ | | 3/25/2022 |
| 211 | 259937 | Thomas Imm | The Murray Law Firm | 9:20-cv-05695-MCR-GRJ | | 3/25/2022 |
| 212 | 279778 | Gregory Baker | The Murray Law Firm | 9:20-cv-18580-MCR-GRJ | | 3/25/2022 |
| 213 | 282573 | James Gordon | The Murray Law Firm | 7:21-cv-04332-MCR-GRJ | | 3/25/2022 |
| 214 | 282574 | Joshua Holubik | The Murray Law Firm | 7:21-cv-04334-MCR-GRJ | | 3/25/2022 |
| 215 | 282576 | Joshua Mccormick | The Murray Law Firm | 7:21-cv-04338-MCR-GRJ | | 3/25/2022 |
| 216 | 286726 | Christopher Pilkington | The Murray Law Firm | 7:21-cv-05045-MCR-GRJ | | 3/25/2022 |
| 217 | 303597 | James Toennies | The Murray Law Firm | 7:21-cv-19740-MCR-GRJ | | 3/25/2022 |
| 218 | 304675 | Andrew Ralston | The Murray Law Firm | 7:21-cv-23760-MCR-GRJ | | 3/25/2022 |