UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Wave 1 & Wave 2 Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**CASE MANAGEMENT ORDER NO. 45**
**(Amended Wave Order #1 and #2)**

The Court *sua sponte* amends the Wave Order #1 and #2 deadlines in the following respects:

| Wave Order #1 | | |
|---|---|---|
| **Description** | **Original Deadline** | **Amended Deadline** |
| *Daubert* motions and dispositive motions must be filed within 10 days of the close of expert discovery/depositions. | July 7, 2022 | July 21, 2022 |
| Responses to *Daubert* and dispositive motions must be filed within 19 days of the deadline for such motion being filed. | July 26, 2022 | August 9, 2022 |
| Choice of Law motions, on a disputed issue, must be filed within 10 days of the close of expert discovery/depositions. | July 7, 2022 | July 21, 2022 |

| Wave Order #2 | | |
|---|---|---|
| **Description** | **Original Deadline** | **Amended Deadline** |
| Plaintiff's expert disclosures must be served through MDL Centrality within 8 days following the close of fact discovery. | July 13, 2022 | July 15, 2022 |
| Defendants' expert disclosures must be served through MDL Centrality 30 days after a Plaintiff's expert disclosures are due. | August 12, 2022 | August 15, 2022 |
| A rebuttal expert disclosure must be served through MDL Centrality within 10 days of the deadline for Defendants' expert disclosure. | August 22, 2022 | August 25, 2022 |

All other aspects of Wave Order #1 and #2, ECF Nos. 2304, 2787, remain in effect.

**SO ORDERED**, on this 6th day of May, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**