UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document Relates to All Cases | Case No. 3:19md2885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**CASE MANAGEMENT ORDER NO. 46**
**Plaintiff Leadership Reappointments**

In accordance with Case Management Order No. 43, and having carefully considered the submissions of plaintiffs' counsel, the Court hereby reappoints the following leadership team to continue fairly, effectively, and efficiently representing the interests of all plaintiffs in this litigation.[1]

**A.    Plaintiff Leadership Team**

   **1.    Lead**

Bryan Aylstock, Lead
Shelley Hutson, Co-Lead
Chris Seeger, Co-Lead

   **2.    Co-Liaison Counsel**

Brian Barr
Mike Burns

---

[1] All attorneys who reapplied were reappointed; only two attorneys did not reapply. Several additions to the team were made based on the current demands of the litigation and in recognition of those attorneys' meaningful contributions while serving in non-leadership roles.

Case 3:19-md-02885-MCR-HTC   Document 3080   Filed 05/06/22   Page 2 of 4

Page 2 of 4

### 3. Executive Committee[2]

| | |
|---|---|
| Evan Buxner | Paul Pennock |
| Thomas Cartmell | Tom Pirtle |
| Roberto Martinez | Sean Tracey |
| Doug Monsour | Adam Wolfson |

### 4. Steering Committee

| | |
|---|---|
| Dave Buchanan, Co-Chair | Bradley Honnold |
| Elizabeth Burke, Co-Chair | Rachel Lanier |
| Karen Beyea-Schroeder | Ruth Rizkalla |
| Katherine Cornell | Michael Sacchet |
| Sindhu Daniel | Mikal Watts |
| W. Lewis Garrison, Jr. | Renee Finch |
| Justin Parafinczuk | Robert Cowan |
| Mark Robinson | David Bryant |
| Mike Moreland | Virginia Anello |

### 5. Common Benefit Fund Committee

| | |
|---|---|
| Shelley Hutson, Chair | Chris Hellums |
| Riley Burnett | Roberto Martinez |

### 6. Discovery & ESI Subcommittee

| | |
|---|---|
| Dave Buchanan, Chair | Nix Daniel |
| Taylor Bartlett | Jennifer Hoekstra |
| Katherine Charonko | |

---

[2] As set forth in Pretrial Order No. 7, Lead Counsel chairs the Executive Committee, and Co-Lead and Co-Liaison Counsels serve as members of the Executive Committee. *See* ECF No. 376 at 2.

7. **Early Vetting Subcommittee**

| | |
|---|---|
| Rachel Lanier, Chair | Abby McClellan |
| Elizabeth Burke | Erin Rogiers |
| Kenny Byrd | Sara Schram |

8. **Law & Briefing Subcommittee**

| | |
|---|---|
| Michael Sacchet, Chair | Andre Mura |
| Nicole Berg | Lauren Calvert |
| Caleb Seeley | |

9. **Science & Experts Subcommittee**

| | |
|---|---|
| Doug Monsour, Chair | Tom Pirtle |
| Doug Kreis | Kimberly White |

10. **Joint Armed Services Committee**

Karen Beyea-Schroeder      Kristian Rasmussen

11. **Joint Statute of Limitations Committee**

Palmer Lambert
Troy Bouk

12. **Joint Settlement Committee**

| | |
|---|---|
| Chris Seeger, Chair | Clayton Clark |
| Bryan Aylstock | Ernie Cory |

**B.     Leadership Structure and Responsibilities**

Plaintiffs' leadership will continue to have the responsibilities assigned to their respective positions in Pretrial Order No. 4, ECF No. 76, as well as the general obligations set forth in Pretrial Order No. 7, ECF No. 376.

**C.     Term of Appointments**

All appointments are made for an approximate one-year period and will expire on May 31, 2023.  A schedule for applying for reappointment at the end of this term will be established at an appropriate time in advance of the expiration date.

**SO ORDERED**, on this 6th day of May, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**