## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, May 6, 2022 7:07 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Friday, May 6, 2022 12:05:09 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

<span style="color:red">This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.</span>

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 5/6/2022 at 8:05 AM EDT and filed on 5/6/2022

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 1684 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ([1671] in MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**  Nozawa v. 3M Company et al

**Case Number:**  MN/0:22-cv-01018

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**  Perez v. 3M Company et al

**Case Number:**  MN/0:22-cv-01062

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**  Owens v. 3M Company et al

**Case Number:**  MN/0:22-cv-01059

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in*

*MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Allen v. 3M Company et al
Case Number:      MN/0:22-cv-01027
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Bartlett v. 3M Company et al
Case Number:      MN/0:22-cv-01028
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Tucker v. 3M Company et al

**Case Number:**    MN/0:22-cv-01043

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Vital v. 3M Company et al

**Case Number:**    MN/0:22-cv-01019

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Littlejohn v. 3M Company et al

**Case Number:**    MN/0:22-cv-01035

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in*

*MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Pitts v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01070 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Oneal v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01055 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Stroh v. 3M Company et al
**Case Number:**        MN/0:22-cv-01037
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in*
*MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in*
*MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in*
*MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in*
*MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in*
*MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in*
*MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in*
*MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time,**
**the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Douglas v. 3M Company et al
**Case Number:**        MN/0:22-cv-01030
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in*
*MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in*
*MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in*
*MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in*
*MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in*
*MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in*
*MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in*
*MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time,**
**the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Caudill v. 3M Company et al
**Case Number:**        MN/0:22-cv-01072
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in*
*MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in*
*MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in*
*MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in*

*MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Ellison v. 3M Company et al
**Case Number:**     MN/0:22-cv-01032
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     North v. 3M Company et al
**Case Number:**     MN/0:22-cv-01051
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Perkins v. 3M Company et al
**Case Number:**      MN/0:22-cv-01063
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in*
*MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in*
*MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in*
*MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in*
*MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in*
*MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in*
*MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in*
*MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time,**
**the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Pena v. 3M Company et al
**Case Number:**      MN/0:22-cv-01061
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in*
*MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in*
*MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in*
*MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in*
*MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in*
*MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in*
*MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in*
*MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time,**
**the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Barker v. 3M Company et al
**Case Number:**      MN/0:22-cv-01024
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in*
*MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in*
*MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in*
*MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in*

*MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Muhammad v. 3M Company et al
Case Number:        MN/0:22-cv-01045
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Gustafson v. 3M Company et al
Case Number:        MN/0:22-cv-01034
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Carreras v. 3M Company et al
**Case Number:**     MN/0:22-cv-01071
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Tonkovic v. 3M Company et al
**Case Number:**     MN/0:22-cv-01040
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Alexander v. 3M Company et al
**Case Number:**     MN/0:22-cv-01017
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in*

*MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Murray v. 3M Company et al
Case Number:      MN/0:22-cv-01046
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Campbell v. 3M Company et al
Case Number:      MN/0:22-cv-01029
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) - 25 action(s)** *re: pldg. ( [1671] in MDL No. 2885, 1 in MN/0:22-cv-01017, 1 in MN/0:22-cv-01018, 1 in MN/0:22-cv-01019, 1 in MN/0:22-cv-01024, 1 in MN/0:22-cv-01027, 1 in MN/0:22-cv-01028, 1 in MN/0:22-cv-01029, 1 in MN/0:22-cv-01030, 1 in MN/0:22-cv-01032, 1 in MN/0:22-cv-01034, 1 in MN/0:22-cv-01035, 1 in MN/0:22-cv-01037, 1 in MN/0:22-cv-01040, 1 in MN/0:22-cv-01043, 1 in MN/0:22-cv-01045, 1 in MN/0:22-cv-01046, 1 in MN/0:22-cv-01051, 1 in MN/0:22-cv-01055, 1 in MN/0:22-cv-01059, 1 in MN/0:22-cv-01061, 1 in MN/0:22-cv-01062, 1 in MN/0:22-cv-01063, 1 in MN/0:22-cv-01070, 1 in MN/0:22-cv-01071, 1 in MN/0:22-cv-01072)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/6/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-01018 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01018 Notice will not be electronically mailed to:**

**MN/0:22-cv-01062 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01062 Notice will not be electronically mailed to:**

**MN/0:22-cv-01059 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01059 Notice will not be electronically mailed to:**

**MN/0:22-cv-01027 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01027 Notice will not be electronically mailed to:**

**MN/0:22-cv-01028 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01028 Notice will not be electronically mailed to:**

**MN/0:22-cv-01043 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01043 Notice will not be electronically mailed to:**

**MN/0:22-cv-01019 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01019 Notice will not be electronically mailed to:**

**MN/0:22-cv-01035 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01035 Notice will not be electronically mailed to:**

**MN/0:22-cv-01070 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01070 Notice will not be electronically mailed to:**

**MN/0:22-cv-01055 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01055 Notice will not be electronically mailed to:**

**MN/0:22-cv-01037 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01037 Notice will not be electronically mailed to:**

**MN/0:22-cv-01030 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01030 Notice will not be electronically mailed to:**

**MN/0:22-cv-01072 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01072 Notice will not be electronically mailed to:**

**MN/0:22-cv-01032 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01032 Notice will not be electronically mailed to:**

**MN/0:22-cv-01051 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01051 Notice will not be electronically mailed to:**

**MN/0:22-cv-01063 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01063 Notice will not be electronically mailed to:**

**MN/0:22-cv-01061 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01061 Notice will not be electronically mailed to:**

**MN/0:22-cv-01024 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01024 Notice will not be electronically mailed to:**

**MN/0:22-cv-01045 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01045 Notice will not be electronically mailed to:**

**MN/0:22-cv-01034 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01034 Notice will not be electronically mailed to:**

**MN/0:22-cv-01071 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01071 Notice will not be electronically mailed to:**

**MN/0:22-cv-01040 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01040 Notice will not be electronically mailed to:**

**MN/0:22-cv-01017 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01017 Notice will not be electronically mailed to:**

**MN/0:22-cv-01046 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01046 Notice will not be electronically mailed to:**

**MN/0:22-cv-01029 Notice has been electronically mailed to:**

Amanda M Williams    awilliams@gustafsongluek.com

Daniel E Gustafson    dgustafson@gustafsongluek.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01029 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/6/2022] [FileNumber=1114450-0]

[013dcf6254a24c793972b6607e06c224b9507cc5e818bef2cc4d19cb32d9d5336496a
a1b0dc8492c66b28267c2c370d4d7f6650d9a666cc1f7ab22bb6ef5c39d]]