UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Beal,* Case No. 7:20-cv-6 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**VERIFICATION OF COMPLIANCE WITH PRETRIAL ORDER NO. 4 AND DESTRUCTION OF JUROR QUESTIONNAIRES**

Bryan Aylstock, Bobby J. "Brad" Bradford and Daniel Thornburgh as Counsel of Record for Plaintiff James Beal accept responsibility for the juror questionnaires received electronically through CM/ECF for the bellwether trial in the above-captioned cases. As Officers of the Court, we personally verify that no one beyond the individuals listed below reviewed the juror questionnaires, that we and these individuals complied with the terms of Pretrial Order No. 4, and that all hard and electronic copies of the questionnaires were destroyed following completion of jury selection on May 9, 2022.

The individuals who reviewed the juror questionnaires are (please list full name and law firm or other employer):

1. Bryan Aylstock – Aylstock Witkin Kreis & Overholtz

2. Bobby J. "Brad" Bradford – Aylstock Witkin Kreis & Overholtz

3. Daniel J. Thornburgh – Aylstock Witkin Kreis & Overholtz

1

4. Jennifer Hoekstra – Aylstock Witkin Kreis & Overholtz

5. Michael A. Burns – Burns Law LLC

6. Michael Sacchet – Ciresi Conlin

7. Megan Odom – Ciresi Conlin

8. Evan Buxner – The Gori Law Firm

9. Thomas W. Pirtle – Laminack, Pirtle & Martines LLP

Dated:  May 9, 2022

Respectfully submitted:

s/ Bryan F. Aylstock
Bryan F. Aylstock, FL Bar No. 78263
Bobby J. Bradford, FL Bar No. 173223
Daniel J. Thornburgh, FL Bar No. 42661
Jennifer M. Hoekstra, LA Bar No. 31476
(Admitted Pro Hac Vice)
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC
baylstock@awkolaw.com
jhoekstra@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

Michael A. Sacchet, MN Bar No. 0395817
(Admitted Pro Hac Vice)
Megan L. Odom, MN Bar No. 0399112
(Admitted Pro Hac Vice)
Leslie W. O'Leary, OR Bar No. 990908
(Admitted Pro Hac Vice)
CIRESI CONLIN LLP
mas@ciresiconlin.com
mlo@ciresiconlin.com
lwo@ciresiconlin.com
225 S. 6th St., Suite 4600

Minneapolis, MN 55402
Phone: (612) 361-8220

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2022, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

*/s/ Bryan F. Aylstock*