UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Daniel B. Blucher, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

1

Admission Tutorial, confirmation number **FLND16518525126155** and completed the CM/ECF Online Tutorials.

4. Daniel B. Blucher has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Daniel B. Blucher has upgraded his PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Daniel B. Blucher respectfully request that this Court enteran Order granting Daniel B. Blucher of Thompson Coe Cousins & Irons, LLP, *pro hac vice* in this case.

Respectfully submitted on this 9th day of May, 2022.

        THOMPSON, COE, COUSINS & IRONS, L.L.P.

        By:  */s/ Daniel B. Blucher*
            Daniel B. Blucher
            Texas State Bar No. 24103799
            One Riverway, Suite 1400
            Houston, Texas 77056-1988
            (713) 403-8200 Telephone
            (713) 403-8299 Telecopier
            E-mail: *dblucher@thompsoncoe.com*

            *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 9th day of May, 2022.

            */s/ Daniel B. Blucher*
            Daniel B. Blucher,
            TX Bar No. 24103799

# EXHIBIT A

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

May 02, 2022

Re: Daniel Benjamin Blucher, State Bar Number 24103799

To Whom It May Concern:

This is to certify that Daniel Benjamin Blucher was licensed to practice law in Texas on May 01, 2017, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167