# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Beal*, 7:20-cv-6 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## VERIFICATION OF COMPLIANCE WITH PRETRIAL ORDER NO. 4 AND DESTRUCTION OF JUROR QUESTIONNAIRES

I, Kimberly Branscome, Jay Bhimani, and Jonathan Tam, as Counsel of Record for 3M Defendants accept responsibility for the juror questionnaires received electronically through CM/ECF for the first bellwether trial in the above-captioned cases. As Officers of the Court, we personally verify that no one beyond the individuals listed below reviewed the juror questionnaires, that we and these individuals complied with the terms of Pretrial Order No. 4, and that all hard and electronic copies of the questionnaires were destroyed following completion of jury selection on May 9, 2022.

The individuals who reviewed the juror questionnaires are:

1. Kimberly Branscome, Dechert LLP
2. Jay Bhimani, Dechert LLP
3. Jonathan Tam, Dechert LLP
4. Jerry Blackwell, Blackwell Burke P.A.
5. Jill Leibold, Litigation Insights

Dated:  May 9, 2022					Respectfully submitted:

<u>*/s/ Kimberly Branscome*</u>
Kimberly Branscome
Jay Bhimani
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com
jay.bhimani@dechert.com

Jonathan Tam
DECHERT LLP
One Bush Street
San Francisco, CA 94104
Telephone: (415) 262-4518
jonathan.tam@dechert.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing was filed electronically with the Clerk of Court via the CM/ECF system on May 9, 2022 and served electronically on all counsel of record.

*/s/ Kimberly Branscome*
Kimberly Branscome