IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
FLORIDA PENSACOLA DIVISION

| | |
|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br> Case No. 7:20-cv-82025<br> Case No. 7:20-cv-78305 | MDL NO: 3:19-MD-2885<br><br>**NOTICE OF APPEARANCE FOR PLAINTIFF** |

PLEASE TAKE NOTICE that the undersigned attorney, Anne Accettella, of Douglas & London, P.C. hereby enters her appearance as counsel of record for the Plaintiff in each of the related cases listed in the caption above. Counsel requests to be served with all papers and pleadings for this matter.

Dated: May 9, 2022

                                           Respectfully submitted,

                                           */s/ Anne Accettella*
                                           Anne Accettella
                                           **Douglas & London, P.C.**
                                           (Admitted *Pro Hac Vice*)
                                           59 Maiden Lane, 6th Floor
                                           New York, NY 10038
                                           P: (212) 566-7500
                                           F: (212) 566-7501
                                           aaccettella@douglasandlondon.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2022 the foregoing Notice of Appearance was served on all counsel of record via the Court's CM/ECF filing system, which provides electronic notice of filings to all registered users.

Dated: May 9, 2022                    */s/ Anne Accettella*
                                      Anne Accettella