# Exhibit A

# Supreme Court of North Dakota

**OFFICE OF THE CLERK**
600 E BOULEVARD AVE
BISMARCK ND 58505-0530
(701) 328-2221
supclerkofcourt@ndcourts.gov

CLERK OF THE SUPREME COURT
PETRA H. MANDIGO HULM

CHIEF DEPUTY CLERK
MEAGEN A. POWELL

IN THE SUPREME COURT   )
STATE OF NORTH DAKOTA  )

    I, Petra H. Mandigo Hulm, Clerk of the Supreme Court within and for the State of North Dakota, do hereby certify that according to the records maintained in this office, Eric Donald Olson, North Dakota Bar Id. #09193, was duly admitted as an attorney and counselor of the Supreme Court of the State of North Dakota, the highest court of record in the State of North Dakota, on 09/23/2019; and is currently licensed to practice law, and as such authorized to appear in said Court and all State Courts of North Dakota; and has not been nor is currently the subject of any disciplinary proceedings, and, therefore, is a member in good standing.

    The above information is provided pursuant to the provisions of Rule 6.1 of the North Dakota Rules for Lawyer Discipline.

    IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of said Court, at the City of Bismarck.

    Dated: May 6, 2022.

Petra H. Mandigo Hulm
Clerk
North Dakota Supreme Court