UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

Case No. 3:19md2885

Judge M. Casey Rodgers

This Document Release to All Cases

Magistrate Judge Gary R. Jones

_____

## NOTICE OF WITHDRAW OF COUNSEL

NOTICE IS HEREBY GIVEN that ADAM J. LANGINO formerly of COHEN MILSTEIN SELLERS & TOLL, PLLC withdraws as co-counsel for the following Plaintiffs in the above lawsuit:

- *Timothy Perez v. 3M* - Case *No. 3:19-cv-4666*
- *Alonzo Mann v. 3M* - Case *No. 3: 19-cv-4652*
- *Richard Smith v. 3M*- Case *No. 3:19-cv-4727*
- *Rashad* Ross *v. 3M*- Case *No. 3:19-cv-4728*
- *David Rodriguez v. 3M*- Case *No. 3:19-cv-4729*
- *Ruben Ortega v. 3M*- Case *No. 3:19-cv-4730*
- *Timothy Martin v. 3M*- Case *No. 3:19-cv-4731*
- *Patrick Lunsford v. 3M*- Case *No. 3:19-cv-4732*
- *Brian and Deana Love v. 3M*- Case *No. 3:19-cv-4733*
- *Pedro Delgado v. 3M*- Case *No. 3:19-cv-4734*
- *Michael Carrillo v. 3M*- Case *No. 3:19-cv-4735*
- *Dylan Adkins v. 3M*- Case *No. 3:19-cv-4736*
- *Carlos Casanova v. 3M* - *Case No. 3:20-cv-4753*
- *Osvaldo Lopez v. 3M – Case No. 3:20-cv-4754*
- *Peter Garcia v. 3M – Case No. 3:20-cv-4752*

Page 2

- *Nguyen v. 3M – Case No. 3:20-cv-5512*

Respectfully submitted,

*s/Leslie M. Kroeger*
Leslie M. Kroeger, Esq.
Florida Bar No.: 989762
lkroeger@cohenmilstein.com
Cohen Milstein Sellers & Toll, PLLC
11780 US Highway One Ste N500
Palm Beach Gardens, FL 33408
Telephone: 561.515.1400

### CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2022, we electronically filed a true and correct copy of the foregoing via the ECF system which sent notice of same to all counsel of record.

Cohen Milstein Sellers & Toll, PLLC
11780 US Highway One Ste N500
Palm Beach Gardens, FL 33408
Telephone: 561.515.1400

By:   *s/Leslie M. Kroeger*
Leslie M. Kroeger, Esq.
Florida Bar No.: 989762