UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION ) ) ) ) | Case No. 3:19-md-02885-MCR-GRJ |
| ) | Judge M. Casey Rodgers |
| This Document Relates to the Master Docket ) ) ) | Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

Leigh Anne Hodge of Bradley Arant Boult Cummings LLP hereby enters her appearance as counsel for Defendants, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC, in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Ms. Hodge is counsel of record in individual cases transferred to this Court from the Northern District of Alabama by the JPML. Ms. Hodge has completed the administrative requirements outlined in Pretrial Order No. 3 [ECF No. 4] (tutorial confirmation number **FLND15615651782360**) and has sought admission *pro hac vice* pursuant to paragraph IV.A. of Pretrial Order No. 3.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

Dated: May 10, 2022

Respectfully submitted,

*/s/ Leigh Anne Hodge*
Leigh Anne Hodge (HOD010)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
Email: lhodge@bradley.com

4879-4516-2015.1

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May, 2022, a true and correct copy of the foregoing was filed electronically, via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Leigh Anne Hodge*
Leigh Anne Hodge (HOD010)

2

4879-4516-2015.1