UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS
LIABILITY LITIGATION                                                                  MDL No. 2885

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –156)

On April 3, 2019, the Panel transferred 8 civil action(s) to the United States District Court for the Northern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 366 F.Supp.3d 1368 (J.P.M.L. 2019). Since that time, 2,141 additional action(s) have been transferred to the Northern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable M. Casey Rodgers.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Florida and assigned to Judge Rodgers.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Florida for the reasons stated in the order of April 3, 2019, and, with the consent of that court, assigned to the Honorable M. Casey Rodgers.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 11, 2022

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits, Clerk of Court

By _____
Deputy Clerk

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS
LIABILITY LITIGATION                                                        MDL No. 2885

### SCHEDULE CTO-156 — TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| MINNESOTA | | | |
| MN | 0 | 22-01054 | Ogden v. 3M Company et al |
| MN | 0 | 22-01068 | Phillips v. 3M Company et al |
| MN | 0 | 22-01069 | Phillips v. 3M Company et al |
| MN | 0 | 22-01073 | Chaison v. 3M Company et al |
| MN | 0 | 22-01074 | Harris v. 3M Company et al |
| MN | 0 | 22-01075 | Hartson v. 3M Company et al |
| MN | 0 | 22-01076 | Hatfield v. 3M Company et al |
| MN | 0 | 22-01077 | Hernandez v. 3M Company et al |
| MN | 0 | 22-01078 | Hernandez v. 3M Company et al |
| MN | 0 | 22-01082 | Hernandez v. 3M Company et al |
| MN | 0 | 22-01085 | Hester v. 3M Company et al |
| MN | 0 | 22-01086 | Huff v. 3M Company et al |
| MN | 0 | 22-01091 | Hulen v. 3M Company et al |
| MN | 0 | 22-01092 | Ingram v. 3M Company et al |
| MN | 0 | 22-01094 | Scott v. 3M Company et al |
| MN | 0 | 22-01095 | Jackson v. 3M Company et al |
| MN | 0 | 22-01097 | Jackson v. 3M Company et al |
| MN | 0 | 22-01098 | Jean v. 3M Company et al |
| MN | 0 | 22-01099 | Johnson v. 3M Company et al |
| MN | 0 | 22-01100 | Johnson v. 3M Company et al |
| MN | 0 | 22-01101 | Morey v. 3M Company et al |
| MN | 0 | 22-01103 | Morris v. 3M Company et al |
| MN | 0 | 22-01110 | Mosher v. 3M Company et al |
| MN | 0 | 22-01112 | Polly v. 3M Company et al |
| MN | 0 | 22-01114 | Porter v. 3M Company et al |
| MN | 0 | 22-01115 | Ramirez v. 3M Company et al |
| MN | 0 | 22-01116 | Randle v. 3M Company et al |
| MN | 0 | 22-01119 | Resendez v. 3M Company et al |
| MN | 0 | 22-01120 | Ricker v. 3M Company et al |
| MN | 0 | 22-01124 | Bresnahan v. 3M Company et al |
| MN | 0 | 22-01125 | Brockton v. 3M Company et al |
| MN | 0 | 22-01127 | Burks v. 3M Company et al |
| MN | 0 | 22-01132 | Adkins v. 3M Company et al |
| MN | 0 | 22-01133 | Almario v. 3M Company et al |
| MN | 0 | 22-01134 | Anderson v. 3M Company et al |
| MN | 0 | 22-01137 | Baker v. 3M Company et al |

| | | | |
|---|---|---|---|
| MN | 0 | 22–01140 | Prophet v. 3M Company et al |