**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, May 11, 2022 7:00 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Wednesday, May 11, 2022 11:58:41 AM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 5/11/2022 at 7:58 AM EDT and filed on 5/11/2022

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 1690 |

**Docket Text:**

<span style="color:blue">**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ([1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**</span>

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Adkins v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01132 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Ingram v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01092 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Ricker v. 3M Company et al
**Case Number:**    MN/0:22-cv-01120
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Morris v. 3M Company et al
**Case Number:**    MN/0:22-cv-01103
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Johnson v. 3M Company et al
**Case Number:**    MN/0:22-cv-01099
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Phillips v. 3M Company et al

**Case Number:**       MN/0:22-cv-01069

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Hester v. 3M Company et al

**Case Number:**       MN/0:22-cv-01085

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in*

*MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**  Hernandez v. 3M Company et al
**Case Number:**  MN/0:22-cv-01082
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**  Almario v. 3M Company et al
**Case Number:**  MN/0:22-cv-01133
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in*

*MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Jean v. 3M Company et al
**Case Number:**     MN/0:22-cv-01098
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Polly v. 3M Company et al
**Case Number:**     MN/0:22-cv-01112
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in*

*MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Hernandez v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01077 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MN No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Brockton v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01125 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MN No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Resendez v. 3M Company et al
**Case Number:** MN/0:22-cv-01119
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Morey v. 3M Company et al
**Case Number:** MN/0:22-cv-01101
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Jackson v. 3M Company et al
**Case Number:** MN/0:22-cv-01095

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Jackson v. 3M Company et al

**Case Number:**      MN/0:22-cv-01097

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Hatfield v. 3M Company et al

**Case Number:**      MN/0:22-cv-01076

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Johnson v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01100 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Huff v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01086 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in*

*MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Bresnahan v. 3M Company et al
**Case Number:**     MN/0:22-cv-01124
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Porter v. 3M Company et al
**Case Number:**     MN/0:22-cv-01114
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in*

*MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Ogden v. 3M Company et al
**Case Number:**     MN/0:22-cv-01054
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Randle v. 3M Company et al
**Case Number:**     MN/0:22-cv-01116
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in*

*MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Hulen v. 3M Company et al
**Case Number:**     MN/0:22-cv-01091
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Prophet v. 3M Company et al
**Case Number:**     MN/0:22-cv-01140
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Hartson v. 3M Company et al
Case Number:      MN/0:22-cv-01075
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Ramirez v. 3M Company et al
Case Number:      MN/0:22-cv-01115
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Burks v. 3M Company et al
Case Number:      MN/0:22-cv-01127

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Anderson v. 3M Company et al

**Case Number:**    MN/0:22-cv-01134

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Baker v. 3M Company et al

**Case Number:**    MN/0:22-cv-01137

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Harris v. 3M Company et al
**Case Number:**     MN/0:22-cv-01074
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Phillips v. 3M Company et al
**Case Number:**     MN/0:22-cv-01068
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in*

*MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Hernandez v. 3M Company et al
**Case Number:**    MN/0:22-cv-01078
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Mosher v. 3M Company et al
**Case Number:**    MN/0:22-cv-01110
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in*

*MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Chaison v. 3M Company et al
Case Number:        MN/0:22-cv-01073
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Scott v. 3M Company et al
Case Number:        MN/0:22-cv-01094
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) - 37 action(s)** *re: pldg. ( [1677] in MDL No. 2885, 1 in MN/0:22-cv-01054, 1 in MN/0:22-cv-01068, 1 in MN/0:22-cv-01069, 1 in MN/0:22-cv-01073, 1 in MN/0:22-cv-01074, 1 in MN/0:22-cv-01075, 1 in MN/0:22-cv-01076, 1 in MN/0:22-cv-01077, 1 in MN/0:22-cv-01078, 1 in MN/0:22-cv-01082, 1 in MN/0:22-cv-01085, 1 in MN/0:22-cv-01086, 1 in MN/0:22-cv-01091, 1 in MN/0:22-cv-01092, 1 in MN/0:22-cv-01094, 1 in MN/0:22-cv-01095, 1 in MN/0:22-cv-01097, 1 in MN/0:22-cv-01098, 1 in MN/0:22-cv-01099, 1 in MN/0:22-cv-01100, 1 in MN/0:22-cv-01101, 1 in MN/0:22-cv-01103, 1 in MN/0:22-cv-01110, 1 in MN/0:22-cv-01112, 1 in MN/0:22-cv-01114, 1 in MN/0:22-cv-01115, 1 in MN/0:22-cv-01116, 1 in MN/0:22-cv-01119, 1 in MN/0:22-cv-01120, 1 in MN/0:22-cv-01124, 1 in MN/0:22-cv-01125, 1 in MN/0:22-cv-01127, 1 in MN/0:22-cv-01132, 1 in MN/0:22-cv-01133, 1 in MN/0:22-cv-01134, 1 in*

*MN/0:22-cv-01137, 1 in MN/0:22-cv-01140)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/11/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-01132 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01132 Notice will not be electronically mailed to:**

**MN/0:22-cv-01092 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01092 Notice will not be electronically mailed to:**

**MN/0:22-cv-01120 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01120 Notice will not be electronically mailed to:**

**MN/0:22-cv-01103 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01103 Notice will not be electronically mailed to:**

**MN/0:22-cv-01099 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01099 Notice will not be electronically mailed to:**

**MN/0:22-cv-01069 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01069 Notice will not be electronically mailed to:**

**MN/0:22-cv-01085 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01085 Notice will not be electronically mailed to:**

**MN/0:22-cv-01082 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01082 Notice will not be electronically mailed to:**

**MN/0:22-cv-01133 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01133 Notice will not be electronically mailed to:**

**MN/0:22-cv-01098 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01098 Notice will not be electronically mailed to:**

**MN/0:22-cv-01112 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01112 Notice will not be electronically mailed to:**

**MN/0:22-cv-01077 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01077 Notice will not be electronically mailed to:**

**MN/0:22-cv-01125 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01125 Notice will not be electronically mailed to:**

**MN/0:22-cv-01119 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01119 Notice will not be electronically mailed to:**

**MN/0:22-cv-01101 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01101 Notice will not be electronically mailed to:**

**MN/0:22-cv-01095 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01095 Notice will not be electronically mailed to:**

**MN/0:22-cv-01097 Notice has been electronically mailed to:**

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01097 Notice will not be electronically mailed to:**

**MN/0:22-cv-01076 Notice has been electronically mailed to:**

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01076 Notice will not be electronically mailed to:**

**MN/0:22-cv-01100 Notice has been electronically mailed to:**

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01100 Notice will not be electronically mailed to:**

**MN/0:22-cv-01086 Notice has been electronically mailed to:**

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01086 Notice will not be electronically mailed to:**

**MN/0:22-cv-01124 Notice has been electronically mailed to:**

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01124 Notice will not be electronically mailed to:**

**MN/0:22-cv-01114 Notice has been electronically mailed to:**

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01114 Notice will not be electronically mailed to:**

**MN/0:22-cv-01054 Notice has been electronically mailed to:**

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01054 Notice will not be electronically mailed to:**

**MN/0:22-cv-01116 Notice has been electronically mailed to:**

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01116 Notice will not be electronically mailed to:**

**MN/0:22-cv-01091 Notice has been electronically mailed to:**

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01091 Notice will not be electronically mailed to:**

**MN/0:22-cv-01140 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01140 Notice will not be electronically mailed to:**

**MN/0:22-cv-01075 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01075 Notice will not be electronically mailed to:**

**MN/0:22-cv-01115 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01115 Notice will not be electronically mailed to:**

**MN/0:22-cv-01127 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01127 Notice will not be electronically mailed to:**

**MN/0:22-cv-01134 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01134 Notice will not be electronically mailed to:**

**MN/0:22-cv-01137 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01137 Notice will not be electronically mailed to:**

**MN/0:22-cv-01074 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01074 Notice will not be electronically mailed to:**

**MN/0:22-cv-01068 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01068 Notice will not be electronically mailed to:**

**MN/0:22-cv-01078 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01078 Notice will not be electronically mailed to:**

**MN/0:22-cv-01110 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01110 Notice will not be electronically mailed to:**

**MN/0:22-cv-01073 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01073 Notice will not be electronically mailed to:**

**MN/0:22-cv-01094 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01094 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/11/2022] [FileNumber=1115137-0]

[7c396a53613e52ecfc4d8ad5d4cc03f20f59ad423a2d07c90fb638b85363e6ddfa18
064ba180bda25225c2914f67cc47bfa1dc014a15dfb967fa1e1085584aac]]