UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to all Cases: | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on  May 2, 2022 

Motion/Pleadings: MOTION TO APPEAR *PRO HAC VICE*.
Filed by  Shelby S. Talley       on  May 2, 2022      Doc. #'s 3065
RESPONSE:                                on            Doc. #'s

    \_\_\_\_\_ Stipulated      \_\_\_\_\_ Joint Pleading
    \_\_\_\_\_ Unopposed      \_\_\_\_\_ Consented

                                                               JESSICA J. LYUBLANOVITS
                                                              CLERK OF COURT
                                                              */s/ Patricia G. Romero*
                                                              Deputy Clerk:    Patricia G. Romero

On consideration, the motion is DENIED without prejudice for failure to identify any individual case **pending within the MDL** in which counsel appears as attorney of record.  *See* ECF No. 86, ¶ II.

**DONE** and **ORDERED** this 12th day of May 2022.

                                                 *M. Casey Rodgers*
                                             **M. CASEY RODGERS**
                                             **UNITED STATES DISTRICT JUDGE**