UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to all Cases: | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on ____May 9, 2022____

Motion/Pleadings: <u>MOTION TO APPEAR *PRO HAC VICE*</u>.
Filed by __Kaylee A. Kohlmaier__   on _May 9, 2022_   Doc. #'s <u>3083</u>
RESPONSE:_____on _____ Doc. #'s

____ Stipulated       ____ Joint Pleading
____ Unopposed       ____ Consented

                                                          JESSICA J. LYUBLANOVITS
                                                          CLERK OF COURT
                                                          */s/ Patricia G. Romero*
                                                          Deputy Clerk:   Patricia G. Romero

On consideration, the motion is DENIED without prejudice for failure to identify any individual case **pending within the MDL** in which counsel appears as attorney of record.  *See* ECF No. 86, ¶ II.

**DONE** and **ORDERED** this 12th day of May 2022.

                                           *M. Casey Rodgers*
                                           **M. CASEY RODGERS**
                                           **UNITED STATES DISTRICT JUDGE**