# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, LAURENCE S. BERMAN ("Movant"), respectfully moves for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Pennsylvania and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the Commonwealth of Pennsylvania. A Certificate of Good Standing from the Commonwealth of Pennsylvania dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the on-line Attorney Admission Tutorial, confirmation number **FLND16522054256173**, and completed the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents the Plaintiff in the following action that was directly filed in the MDL:

- **3:22-cv-06167, ANASTASIOS KAVALLIERATOS V. 3M COMPANY ET AL**

**WHEREFORE**, LAURENCE S. BERMAN respectfully requests that this Court enter an Order granting his motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: May 12, 2022　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Laurence S. Berman*
　　　　　　　　　　　　　　　　　　　　　Laurence S. Berman
　　　　　　　　　　　　　　　　　　　　　LEVIN SEDRAN & BERMAN LLP
　　　　　　　　　　　　　　　　　　　　　510 Walnut Street, Ste 500
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　Ofc (215) 592-1500/Fax (215) 592-4663
　　　　　　　　　　　　　　　　　　　　　Lberman@lfsblaw.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on May 12, 2022, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system and served on all other counsel via MDL Centrality, which will send notice of electronic filing.

                                                */s/ Laurence S. Berman*
                                                Laurence S. Berman

# EXHIBIT A



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Laurence S. Berman, Esq.*

DATE OF ADMISSION

*December 13, 1977*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 6, 2022

Patricia A. Johnson
Chief Clerk