UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## AMENDED MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Shelby S. Talley, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Louisiana and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Louisiana. Copy of a Certificate of Good Standing from the State of Louisiana dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16491728065995, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admissions fee.

5. Movant has upgraded her PACER account to "NextGen."

6. Movant appears as attorney of record in the following individual case pending in MDL 2885.

   Case No. 3:22-cv-06059-MCR-GRJ; *Brian C. Schexnaydre and Waldina H. Schexnaydre v. 3M et al;* In the U.S. District Court, Northern District of Florida – Pensacola Division.

1

WHEREFORE, Shelby S. Talley respectively requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: May 12, 2022                  Respectfully submitted,

/s/ *Shelby S. Talley*
_____
SHELBY S. TALLEY
**MONTIEL HODGE, LLC**
400 Poydras Street, Suite 2325
New Orleans, Louisiana 70130
Telephone: (504) 323-5885
Facsimile: (504) 308-0511
LA Bar: 39050

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Amended Motion to Appear *Pro Hac Vice* was served electronically with the Clerk of the Court using the CM/ECF system, which will automatically serve electronically all counsel of record.

This the 12th day of May, 2022.

/s/ *Shelby S. Talley*
Shelby S. Talley, LA Bar No. 39050

2