# **EXHIBIT 17**

| | |
|---|---|
| **From:** | Judge David R. Herndon <dave@herndonresolution.com> |
| **Sent:** | Friday, March 4, 2022 8:27 AM |
| **To:** | *sara.roitman@dechert.com |
| **Cc:** | Adriane Theis; Smith, Leslie M.; Horowitz, David I.; *Kimberly.branscome@dechert.com; Bryan Aylstock; cseeger@seegerweiss.com; Justin Witkin; Jennifer Hoekstra; Michael Moreland; William Gage; Nomellini, Mark J. |
| **Subject:** | RE: 3M Waves - Gov't Coordination |



> This message is from an EXTERNAL SENDER - be cautious, particularly with links and attachments.

Sorry to be late in responding. I'm tied up in one meeting after another. I will respond fully a little later today. Thanks

Hon. David R. Herndon (ret.)
Herndon Resolution LLC
P.O. Box 897
Edwardsville, IL 62025
618-973-0778

This email (including any attachments) may contain private, confidential, or privileged information. If you received this email in error, please delete it from your system without copying it and notify the sender by reply email, so that the sender's records can be corrected.


Sent with ProtonMail secure email.

------- Original Message -------
On Thursday, March 3rd, 2022 at 6:57 PM, Roitman, Sara <Sara.Roitman@dechert.com> wrote:

> Judge Herndon and Special Master Theis,
>
> We wanted to reach out because we thought it may be helpful to have a follow up call with the DOJ to touch base about *Touhy* issues relating to the wave cases. We are very mindful of the April 1 fact discovery deadline and thought it may be useful to connect with the DOJ regarding the Wave 1 *Touhy* requests that 3M has served so far and discuss the best way to handle case-specific individual *Touhy* requests that we plan to serve shortly. We remain committed to coordinating with the Government to reduce their burden as much as possible while also working to obtain relevant discovery within the court-ordered schedule.

1

We are happy to reach out to the DOJ directly if you prefer. Before doing so, however, we wanted to check in with you to see if you would like to be involved in these discussions as last time. If so, we'd welcome your assistance as always.

We're looping in plaintiffs' leadership as well.

Many thanks,

Sara

**Sara B. Roitman**
Partner

**Dechert LLP**
35 W. Wacker Drive

Suite 3400

Chicago, IL 60601

+1 312 646 5857 Direct

+1 617 777 5791 Cell

+1 312 646 5858 Fax
sara.roitman@dechert.com

dechert.com

**From:** Judge David R. Herndon <dave@herndonresolution.com>
**Sent:** Tuesday, January 18, 2022 8:57 AM
**To:** Roitman, Sara <Sara.Roitman@dechert.com>
**Cc:** Smith, Leslie M. <lsmith@kirkland.com>; Horowitz, David I. <dhorowitz@kirkland.com>; Branscome, Kimberly <Kimberly.Branscome@dechert.com>; Kari Sutherland <Kari.Sutherland@butlersnow.com>; Susan Robinson <srobinson@tcspllc.com>; Bryan Aylstock <BAylstock@awkolaw.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; cseeger@seegerweiss.com; Justin Witkin <JWitkin@awkolaw.com>
**Subject:** Re: 3M Waves - Gov't Coordination

[EXTERNAL EMAIL]

Thanks Sara. Your suggestion is a good one it seems to me and would benefit everyone. I would like to participate, at least in the early going, so that I can liaise with the govt and the judge. I assume the plaintiff side will agree subject to availability given the current trial. I will get in touch with Jacqui and Josh and start the process.

Hon. David R. Herndon (ret.)

Herndon Resolution LLC

P.O. Box 897

Edwardsville, IL 62025

618-973-0778

This email (including any attachments) may contain private, confidential, or privileged information. If you received this email in error, please delete it from your system without copying it and notify the sender by reply email, so that the sender's records can be corrected.

Sent with ProtonMail Secure Email.

------- Original Message -------

On Tuesday, January 18th, 2022 at 8:01 AM, Roitman, Sara <Sara.Roitman@dechert.com> wrote:

> Morning Judge Herndon,
>
> We wanted to reach out because in the wave cases, there are a number of issues pertaining to government witnesses (both fact witnesses and Hearing Conservation Program Managers), plaintiffs' depositions, and government records that cut across multiple cases. To ensure we're coordinating and minimizing disruption on the government to the extent possible, we thought it would be helpful to set up a call with the DOJ to start discussing how best to handle these upcoming issues.
>
> Before reaching out directly, we wanted to loop you in and are happy to coordinate a call around your availability if you would like to participate. If it would be easier, we can reach out to Josh directly, loop you in, and get a call on calendar.
>
> We're copying plaintiffs' leadership so they are abreast of the issues as well.
>
> Many thanks,
>
> Sara
>
> **Sara B. Roitman**
> Partner
>
> **Dechert LLP**
> 35 W. Wacker Drive
>
> Suite 3400
>
> Chicago, IL 60601
>
> +1 312 646 5857 Direct
>
> +1 617 777 5791 Cell

+1 312 646 5858 Fax
sara.roitman@dechert.com

dechert.com

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.