# **EXHIBIT 18**

| | |
|---|---|
| **From:** | Judge David R. Herndon |
| **To:** | *sara.roitman@dechert.com; Kolsky, Joshua (CIV); Snead, Jacqueline Coleman (CIV); Feldon, Gary D. (CIV); Saslaw, Alexandra R. (CIV) |
| **Cc:** | Smith, Leslie M.; *jay.bhimani@dechert.com; Kari Sutherland; Susan Robinson; Jennifer Hoekstra; cseeger@seegerweiss.com; Bryan Aylstock; Justin Witkin; *Kimberly.branscome@dechert.com; Horowitz, David I.; Cusker Gonzalez, Mara; Michael Moreland; Nomellini, Mark J. |
| **Subject:** | RE: 3M Combat Arms - Touhy Deposition Requests |
| **Date:** | Wednesday, March 9, 2022 10:29:49 AM |



I can do that.

Hon. David R. Herndon (ret.)
Herndon Resolution LLC
P.O. Box 897
Edwardsville, IL 62025
618-973-0778

This email (including any attachments) may contain private, confidential, or privileged information. If you received this email in error, please delete it from your system without copying it and notify the sender by reply email, so that the sender's records can be corrected.

On Wed, Mar 9, 2022 at 1:28 PM, Roitman, Sara <Sara.Roitman@dechert.com> wrote:

> Josh,
>
> Many thanks for getting back to us. Friday at 11 est works for 3M if convenient for Judge Herndon, Adriane, and Plaintiffs.
>
> Thanks,
>
> Sara
>
> ---
>
> **From:** Kolsky, Joshua (CIV) <Joshua.kolsky@usdoj.gov>
> **Sent:** Wednesday, March 9, 2022 11:34 AM
> **To:** Roitman, Sara <Sara.Roitman@dechert.com>; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov>; Feldon, Gary D. (CIV) <Gary.D.Feldon@usdoj.gov>; Saslaw, Alexandra R. (CIV) <Alexandra.R.Saslaw@usdoj.gov>
> **Cc:** Smith, Leslie M. <lsmith@kirkland.com>; Bhimani, Jay <Jay.Bhimani@dechert.com>; Kari Sutherland <kari.sutherland@butlersnow.com>; Susan Robinson <SRobinson@tcspllc.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; cseeger@seegerweiss.com; Bryan Aylstock <BAylstock@awkolaw.com>; Justin Witkin <JWitkin@awkolaw.com>; Branscome, Kimberly <Kimberly.Branscome@dechert.com>; David Horowitz <DHorowitz@kirkland.com>; Cusker Gonzalez, Mara

&lt;MaraCusker.gonzalez@dechert.com&gt;; Michael Moreland &lt;MMoreland@triallawfirm.com&gt;; mark.nomellini@kirkland.com; Judge David R. Herndon &lt;dave@herndonresolution.com&gt;
**Subject:** RE: 3M Combat Arms - Touhy Deposition Requests

[EXTERNAL EMAIL]

Sara – Alex Saslaw and I are available for a call this Friday. Would 11:00 Eastern time work for you?

Best regards,

Josh

---

**From:** Roitman, Sara &lt;Sara.Roitman@dechert.com&gt;
**Sent:** Monday, March 7, 2022 10:01 PM
**To:** Kolsky, Joshua (CIV) &lt;Joshua.kolsky@usdoj.gov&gt;; Snead, Jacqueline Coleman (CIV) &lt;Jacqueline.Snead@usdoj.gov&gt;; Feldon, Gary D. (CIV) &lt;Gary.D.Feldon@usdoj.gov&gt;; Saslaw, Alexandra R. (CIV) &lt;Alexandra.R.Saslaw@usdoj.gov&gt;
**Cc:** Smith, Leslie M. &lt;lsmith@kirkland.com&gt;; Bhimani, Jay &lt;Jay.Bhimani@dechert.com&gt;; Kari Sutherland &lt;kari.sutherland@butlersnow.com&gt;; Susan Robinson &lt;SRobinson@tcspllc.com&gt;; Jennifer Hoekstra &lt;JHoekstra@awkolaw.com&gt;; cseeger@seegerweiss.com; Bryan Aylstock &lt;BAylstock@awkolaw.com&gt;; Justin Witkin &lt;JWitkin@awkolaw.com&gt;; Branscome, Kimberly &lt;Kimberly.Branscome@dechert.com&gt;; David Horowitz &lt;DHorowitz@kirkland.com&gt;; Cusker Gonzalez, Mara &lt;MaraCusker.gonzalez@dechert.com&gt;; Michael Moreland &lt;MMoreland@triallawfirm.com&gt;; mark.nomellini@kirkland.com; Judge David R. Herndon &lt;dave@herndonresolution.com&gt;
**Subject:** [EXTERNAL] 3M Combat Arms - Touhy Deposition Requests

Dear Josh,

Hope all is well.

We wanted to circle back regarding the Combat Arms Earplug MDL to inquire whether the Government would be available for a call this week at your convenience to touch base about the *Touhy* process for the first group of 500 wave cases moving through discovery in the MDL. To date, 3M has submitted two consolidated *Touhy* requests for the Wave 1 cases relating to Hearing Conservation Program Managers and DoD audiogram technicians. These requests are attached for quick reference. This week, we also plan to submit *Touhy* requests for a discrete number of case-specific fact witnesses identified through the course of continued discovery. We remain committed to coordinating with the Government to reduce its burden as much as possible while also working to obtain relevant discovery within the court-ordered schedule, which requires all fact discovery be completed by April 1st.

To the extent you may have some windows this week for a call, please let us know and we'll do our best to work around your availability.

I am also including Judge Herndon and Plaintiffs' leadership so they are in the loop and can join any call.

Many thanks,

Sara

**Sara B. Roitman**
Partner

**Dechert LLP**
35 W. Wacker Drive

Suite 3400

Chicago, IL 60601

+1 312 646 5857 Direct

+1 617 777 5791 Cell

+1 312 646 5858 Fax
sara.roitman@dechert.com

dechert.com

---

**From:** Kolsky, Joshua (CIV) <Joshua.kolsky@usdoj.gov>
**Sent:** Tuesday, February 1, 2022 2:39 PM
**To:** Roitman, Sara <Sara.Roitman@dechert.com>; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov>; Feldon, Gary D. (CIV) <Gary.D.Feldon@usdoj.gov>; Saslaw, Alexandra R. (CIV) <Alexandra.R.Saslaw@usdoj.gov>
**Cc:** Smith, Leslie M. <lsmith@kirkland.com>; Bhimani, Jay <Jay.Bhimani@dechert.com>; Kari Sutherland <kari.sutherland@butlersnow.com>; Susan Robinson <SRobinson@tcspllc.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; cseeger@seegerweiss.com; Bryan Aylstock <BAylstock@awkolaw.com>; Justin Witkin <JWitkin@awkolaw.com>; Branscome, Kimberly <Kimberly.Branscome@dechert.com>; David Horowitz <DHorowitz@kirkland.com>; Cusker Gonzalez, Mara <MaraCusker.gonzalez@dechert.com>
**Subject:** RE: 3M Combat Arms - Upcoming Plaintiff Depositions

[EXTERNAL EMAIL]

Sara,

We appreciate your offer to provide access to the online calendars maintained by the court reporting companies. Could you please arrange for access for the DOJ attorneys on this email as well as Major Rob Wald at DoD (robert.e.wald.mil@army.mil)?

Thanks,

Josh

---

**From:** Roitman, Sara <Sara.Roitman@dechert.com>
**Sent:** Friday, January 21, 2022 9:59 PM
**To:** Kolsky, Joshua (CIV) <Joshua.kolsky@usdoj.gov>; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov>; Feldon, Gary D. (CIV) <Gary.D.Feldon@usdoj.gov>; Saslaw, Alexandra R. (CIV) <Alexandra.R.Saslaw@usdoj.gov>
**Cc:** Smith, Leslie M. <lsmith@kirkland.com>; Bhimani, Jay <Jay.Bhimani@dechert.com>; Kari Sutherland <kari.sutherland@butlersnow.com>; Susan Robinson <SRobinson@tcspllc.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; cseeger@seegerweiss.com; Bryan Aylstock <BAylstock@awkolaw.com>; Justin Witkin <JWitkin@awkolaw.com>; Branscome, Kimberly <Kimberly.Branscome@dechert.com>; David Horowitz <DHorowitz@kirkland.com>; Cusker Gonzalez, Mara <MaraCusker.gonzalez@dechert.com>
**Subject:** [EXTERNAL] 3M Combat Arms - Upcoming Plaintiff Depositions

Josh, Jacqueline, Gary, and Alexandra,

Thank you for the helpful call today and the efforts to coordinate discovery as much as possible to reduce the number of requests made to the government.

As promised, we're attaching a list of the Plaintiff depositions that are scheduled in the wave cases next week, starting on Monday, January 24. This list is subject to further change but current as of today. To ensure you have the most up to date information on upcoming plaintiff depositions, we'd be happy to arrange access to the online calendars maintained by the two court reporters, Veritext and Golkow.

We are available to discuss to the extent you have any questions.

Many thanks and have a nice weekend,

Sara

**Sara B. Roitman**
Partner

**Dechert LLP**
35 W. Wacker Drive

Suite 3400

Chicago, IL 60601

+1 312 646 5857 Direct

+1 617 777 5791 Cell

+1 312 646 5858 Fax

sara.roitman@dechert.com

dechert.com

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.