UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
FLORIDA PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION ) ) ) This Documents Relates to All Cases ) ) ) ) | MDL CASE NO. 3:19-MD-2885 |

## NOTICE OF APPEARANCE

Please take notice that, Andrea N. Smithson, with Bernstein Liebhard LLP, hereby enters her appearance as additional counsel of record on behalf of Plaintiffs: Brian Wesley v. 3M Company, et al., 8:20-cv-14083-MCR-GRJ; Christopher Southern v. 3M Company, et al., 8:20-cv-13305-MCR-GRJ; Jesse Goodman v. 3M Company, et al., 8:20-cv-13262-MCR-GRJ; Lap Chu v. 3M Company, et al., 8:20-cv-12973-MCR-GRJ; Larry Hovanis v. 3M Company, et al., 8:20-cv-13263-MCR-GRJ; Levi Walz v. 3M Company, et al., 8:20-cv-13833-MCR-GRJ; Mitchell Brooks v. 3M Company, et al., 8:20-cv-13376-MCR-GRJ; Reynaldo Crespo v. 3M Company, et al., 9:20-cv-12704-MCR-GRJ; Richard Kringer II v. 3M Company, et al., 8:20-cv- 12887-MCR-GRJ; Robert Weston v. 3M Company, et al., 8:20-cv-15345-MCR-GRJ; Troy Rhodes v. 3M Company, et al., 8:20-cv-15381-MCR-GRJ; and Tyson Gray v. 3M Company, et al., 8:20-cv-13252-MCR-GRJ.

Date: May 13, 2022                                                   By: */s/ Andrea N. Smithson*
                                                                                    Andrea N. Smithson, Esq.
                                                                                    *Pro Hac Vice*
                                                                                    BERNSTEIN LIEBHARD LLP
                                                                                    10 East 40th Street
                                                                                    New York, New York 10016
                                                                                    Tel: (212) 779-1414
                                                                                    Email: asmithson@bernlieb.com

1

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Notice of Appearance on behalf of the aforementioned Plaintiffs was filed via the Court's Electronic Case Filing (ECF) system.

This the 13 day of May, 2022.

**Respectfully submitted,**

By: */s/ Andrea N. Smithson*