**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, May 13, 2022 7:18 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Friday, May 13, 2022 12:16:50 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

<span style="color:red">This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.</span>

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 5/13/2022 at 8:16 AM EDT and filed on 5/13/2022
**Case Name:**       IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**    MDL No. 2885
**Filer:**
**Document Number:** 1693

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ([1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Danger v. 3M Company et al

**Case Number:**      MN/0:22-cv-01160

**Filer:**

**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Gleason v. 3M Company et al

**Case Number:**      MN/0:22-cv-01174

**Filer:**

**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Harrah v. 3M Company et al

**Case Number:**      MN/0:22-cv-01152

**Filer:**

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Darling v. 3M Company et al
**Case Number:**    MN/0:22-cv-01161
**Filer:**
**Document Number:** 3

---

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Navarro v. 3M Company et al
**Case Number:**    MN/0:22-cv-01146
**Filer:**
**Document Number:** 3

---

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in*

*MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Napoli v. 3M Company et al
**Case Number:**     MN/0:22-cv-01163
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Harbick v. 3M Company et al
**Case Number:**     MN/0:22-cv-01145
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Moore v. 3M Company et al

**Case Number:**    MN/0:22-cv-01144

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Baker v. 3M Company et al

**Case Number:**    MN/0:22-cv-01183

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Foust v. 3M Company et al

**Case Number:**    MN/0:22-cv-01150

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in*

*MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Spring v. 3M Company et al
**Case Number:**    MN/0:22-cv-01191
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Jones v. 3M Company et al
**Case Number:**    MN/0:22-cv-01149
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Eckert v. 3M Company et al
**Case Number:**   MN/0:22-cv-01139
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in*
*MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in*
*MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in*
*MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in*
*MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in*
*MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in*
*MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in*
*MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in*
*MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Daker v. 3M Company et al
**Case Number:**   MN/0:22-cv-01188
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in*
*MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in*
*MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in*
*MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in*
*MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in*
*MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in*
*MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in*
*MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in*
*MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Alvarado v. 3M Company et al
**Case Number:**   MN/0:22-cv-01143
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Harris v. 3M Company et al
Case Number:        MN/0:22-cv-01176
Filer:
Document Number: 3

---

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Ford v. 3M Company et al
Case Number:        MN/0:22-cv-01166
Filer:
Document Number: 3

---

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in*

*MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Gaviriacruz v. 3M Company et al
**Case Number:**      MN/0:22-cv-01168
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Capati v. 3M Company et al
**Case Number:**      MN/0:22-cv-01156
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Ayala v. 3M Company et al
**Case Number:**    MN/0:22-cv-01135
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Cheslak v. 3M Company et al
**Case Number:**    MN/0:22-cv-01184
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Geary v. 3M Company et al
**Case Number:**    MN/0:22-cv-01170
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in*

*MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Cowdrey v. 3M Company et al
**Case Number:**     MN/0:22-cv-01186
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Cain v. 3M Company et al
**Case Number:**     MN/0:22-cv-01154
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Elliott v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01153 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Gibboney v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01172 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Fuente v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01167 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in*
*MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in*
*MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in*
*MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in*
*MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in*
*MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in*
*MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in*
*MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in*
*MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Gonterman v. 3M Company et al
**Case Number:**     MN/0:22-cv-01175
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in*
*MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in*
*MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in*
*MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in*
*MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in*
*MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in*
*MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in*
*MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in*
*MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Gerrity v. 3M Company et al
**Case Number:**     MN/0:22-cv-01171
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in*
*MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in*
*MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in*
*MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in*
*MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in*
*MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in*
*MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in*

*MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Dickens v. 3M Company et al
**Case Number:**    MN/0:22-cv-01189
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Foots v. 3M Company et al
**Case Number:**    MN/0:22-cv-01165
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) - 31 action(s)** *re: pldg. ( [1681] in MDL No. 2885, 1 in MN/0:22-cv-01135, 1 in MN/0:22-cv-01139, 1 in MN/0:22-cv-01143, 1 in MN/0:22-cv-01144, 1 in MN/0:22-cv-01145, 1 in MN/0:22-cv-01146, 1 in MN/0:22-cv-01149, 1 in MN/0:22-cv-01150, 1 in MN/0:22-cv-01152, 1 in MN/0:22-cv-01153, 1 in MN/0:22-cv-01154, 1 in MN/0:22-cv-01156, 1 in MN/0:22-cv-01160, 1 in MN/0:22-cv-01161, 1 in MN/0:22-cv-01163, 1 in MN/0:22-cv-01165, 1 in MN/0:22-cv-01166, 1 in MN/0:22-cv-01167, 1 in MN/0:22-cv-01168, 1 in MN/0:22-cv-01170, 1 in MN/0:22-cv-01171, 1 in MN/0:22-cv-01172, 1 in MN/0:22-cv-01174, 1 in MN/0:22-cv-01175, 1 in MN/0:22-cv-01176, 1 in MN/0:22-cv-01183, 1 in MN/0:22-cv-01184, 1 in MN/0:22-cv-01186, 1 in MN/0:22-cv-01188, 1 in MN/0:22-cv-01189, 1 in MN/0:22-cv-01191)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-01160 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01160 Notice will not be electronically mailed to:**

**MN/0:22-cv-01174 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01174 Notice will not be electronically mailed to:**

**MN/0:22-cv-01152 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01152 Notice will not be electronically mailed to:**

**MN/0:22-cv-01161 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01161 Notice will not be electronically mailed to:**

**MN/0:22-cv-01146 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01146 Notice will not be electronically mailed to:**

**MN/0:22-cv-01163 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01163 Notice will not be electronically mailed to:**

**MN/0:22-cv-01145 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01145 Notice will not be electronically mailed to:**

**MN/0:22-cv-01144 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01144 Notice will not be electronically mailed to:**

**MN/0:22-cv-01183 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01183 Notice will not be electronically mailed to:**

**MN/0:22-cv-01150 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01150 Notice will not be electronically mailed to:**

**MN/0:22-cv-01191 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01191 Notice will not be electronically mailed to:**

**MN/0:22-cv-01149 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01149 Notice will not be electronically mailed to:**

**MN/0:22-cv-01139 Notice has been electronically mailed to:**

Stacy K. Hauer    shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01139 Notice will not be electronically mailed to:**

**MN/0:22-cv-01188 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01188 Notice will not be electronically mailed to:**

**MN/0:22-cv-01143 Notice has been electronically mailed to:**

Amanda M Williams    awilliams@gustafsongluek.com

Daniel E Gustafson    dgustafson@gustafsongluek.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01143 Notice will not be electronically mailed to:**

**MN/0:22-cv-01176 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01176 Notice will not be electronically mailed to:**

**MN/0:22-cv-01166 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01166 Notice will not be electronically mailed to:**

**MN/0:22-cv-01168 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01168 Notice will not be electronically mailed to:**

**MN/0:22-cv-01156 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01156 Notice will not be electronically mailed to:**

**MN/0:22-cv-01135 Notice has been electronically mailed to:**

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01135 Notice will not be electronically mailed to:**

**MN/0:22-cv-01184 Notice has been electronically mailed to:**

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01184 Notice will not be electronically mailed to:**

**MN/0:22-cv-01170 Notice has been electronically mailed to:**

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01170 Notice will not be electronically mailed to:**

**MN/0:22-cv-01186 Notice has been electronically mailed to:**

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01186 Notice will not be electronically mailed to:**

**MN/0:22-cv-01154 Notice has been electronically mailed to:**

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com,

wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01154 Notice will not be electronically mailed to:**

**MN/0:22-cv-01153 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01153 Notice will not be electronically mailed to:**

**MN/0:22-cv-01172 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01172 Notice will not be electronically mailed to:**

**MN/0:22-cv-01167 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01167 Notice will not be electronically mailed to:**

**MN/0:22-cv-01175 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01175 Notice will not be electronically mailed to:**

**MN/0:22-cv-01171 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01171 Notice will not be electronically mailed to:**

**MN/0:22-cv-01189 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01189 Notice will not be electronically mailed to:**

**MN/0:22-cv-01165 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01165 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/13/2022] [FileNumber=1115586-0]
[331ce26e22b5ff0b99e4b88d2a67be77177b5fc97bc2cccbb5505d7e30ae87d06e0b
22179b8886f6649b708079f5896bda21de12e2e28fea01ae5d52e5bd9775]]