# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to all Wave 1 Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on    May 13, 2022

Motion/Pleadings: Defendants' Objection to the Magistrate Judge's Order Denying Motion to Compel Against the Government

Filed by  Defendants            on  May 12, 2022      Doc. #'s 3102

>                JESSICA J. LYUBLANOVITS
>                CLERK OF COURT
>                /s/ *Donna Bajzik*
>                Deputy Clerk:     Donna Bajzik

Federal Rule of Civil Procedure 72(a) requires that an objection to a Magistrate Judge's Order be filed within 14 days. The Magistrate Judge's Order was entered on April 27, 2022, and Defendants' objection was filed 15 days later. Accordingly, it is untimely and will not be considered.

**DONE** and **ORDERED** this 13th day of May, 2022.

> *M. Casey Rodgers*
> **M. CASEY RODGERS**
> **UNITED STATES DISTRICT JUDGE**