**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## AMENDED MOTION TO APPEAR FOR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and Northern District of Florida Local Rule 11.1, Kaylee A. Kohlmaier hereby moves this Court for an Order for admission to *pro hac vice* in the above styled case, and in support thereof states as follows:

1. Movant resides in Tennessee and is not a resident of the State of Florida.

2. Movant is admitted to practice before, and is a member of good standing of, the bar of the state of Tennessee.  A copy of the Certificate of Good Standing from the Supreme Court of Tennessee, dated within thirty (30) days of this Motion, is attached hereto as Exhibit A and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has reviewed (a) the Local Rules of the Northern District of Florida, (b) the Attorney Admission Memo, and (c) the CM/ECF Attorney User's Guide.  Movant successfully completed the online Local Rules tutorial exam, confirmation number FLND16515067896134.

4. Movant has submitted simultaneously with the filing of this Motion the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen."

6. Movant appears as attorney of record in the following individual cases pending in MDL 2885:

> *William Darnell v 3M Company, et al.*, case no. 7:20-cv-50731-MCR-GRJ
>
> *Alton Holliday v 3M Company, et al.*, case no. 7:20-cv-50319-MCR-GRJ

2414463.1

*Berge Zobayan v 3M Company, et al.*, case no. 7:20-cv-48998-MCR-GRJ

*LaMonica Hart v 3M Company, et al.*, case no. 7:20-cv-50753-MCR-GRJ

*Michael Wagner v 3M Company, et al.*, case no. 7:20-cv-50288-MCR-GRJ

7. Upon admission, Movant respectfully requests that she be provided notice of electronic case filings to the following email address: kkohlmaier@lchb.com.

WHEREFORE, Kaylee A. Kohlmaier respectfully requests that this Honorable Court enter an Order granting this Amended Motion to Appear *Pro Hac Vice* and direct the Clerk to provide notice of electronic case filings to the undersigned.

Dated:  May 16, 2022                              Respectfully submitted,

By:   /s/ Kaylee A. Kohlmaier
        Kaylee A. Kohlmaier

Kaylee A. Kohlmaier
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 Second Avenue South, Suite 1640
Nashville, TN  372101
Telephone:  615.313.9000
Facsimile:  615.313.9965
Email:  kkohlmaier@lchb.com

*Attorney for Plaintiffs*

2414463.1

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 16th day of May, 2022, a true and correct copy of the foregoing document was filed electronically. Notice of the filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                         /s/ Kaylee A. Kohlmaier
                                         Kaylee A. Kohlmaier

2414463.1