**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, May 18, 2022 7:08 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Wednesday, May 18, 2022 12:07:24 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 5/18/2022 at 8:07 AM EDT and filed on 5/18/2022

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 1697 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ([1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Landeros v. 3M Company et al

**Case Number:**    MN/0:22-cv-01221

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Domino v. 3M Company et al

**Case Number:**    MN/0:22-cv-01190

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Leon v. 3M Company et al

**Case Number:**    MN/0:22-cv-01224

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Rivera v. 3M Company et al
**Case Number:**      MN/0:22-cv-01243
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Lewandowski v. 3M Company et al
**Case Number:**      MN/0:22-cv-01248
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in*

*MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Humes v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01216 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Riodran v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01240 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Jones v. 3M Company et al
**Case Number:**    MN/0:22-cv-01220
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Lopez v. 3M Company et al
**Case Number:**    MN/0:22-cv-01249
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Mack v. 3M Company et al
**Case Number:**    MN/0:22-cv-01234
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in*

*MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       McGivern v. 3M Company et al
**Case Number:**     MN/0:22-cv-01250
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Magee v. 3M Company et al
**Case Number:**     MN/0:22-cv-01235
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Krause v. 3M Company et al
**Case Number:**     MN/0:22-cv-01246
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in*
*MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in*
*MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in*
*MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in*
*MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in*
*MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in*
*MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in*
*MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in*
*MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time,**
**the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Lane et al v. 3M Company
**Case Number:**     MN/0:22-cv-01223
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in*
*MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in*
*MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in*
*MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in*
*MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in*
*MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in*
*MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in*
*MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in*
*MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time,**
**the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Duesing v. 3M Company et al
**Case Number:**     MN/0:22-cv-01195
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Hovey v. 3M Company et al
Case Number:      MN/0:22-cv-01196
Filer:
Document Number: 3

---

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Lim v. 3M Company et al
Case Number:      MN/0:22-cv-01232
Filer:
Document Number: 3

---

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in*

*MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      DuBeau v. 3M Company et al
**Case Number:**      MN/0:22-cv-01194
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Logan v. 3M Company et al
**Case Number:**      MN/0:22-cv-01233
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          McGrath v. 3M Company et al
**Case Number:**        MN/0:22-cv-01252
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Duesing v. 3M Company et al
**Case Number:**        MN/0:22-cv-01210
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Hunter v. 3M Company et al
**Case Number:**        MN/0:22-cv-01218
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in*

*MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Jonas v. 3M Company et al
**Case Number:**     MN/0:22-cv-01200
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Knepper v. 3M Company et al
**Case Number:**     MN/0:22-cv-01245
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Fasulo v. 3M Company et al
**Case Number:**      MN/0:22-cv-01215
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in*
*MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in*
*MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in*
*MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in*
*MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in*
*MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in*
*MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in*
*MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in*
*MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time,**
**the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Ingo v. 3M Company et al
**Case Number:**      MN/0:22-cv-01219
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in*
*MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in*
*MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in*
*MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in*
*MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in*
*MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in*
*MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in*
*MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in*
*MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time,**
**the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Juarez v. 3M Company et al
**Case Number:**      MN/0:22-cv-01244
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Flavin v. 3M Company et al
**Case Number:**     MN/0:22-cv-01164
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Light v. 3M Company et al
**Case Number:**     MN/0:22-cv-01226
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) - 29 action(s)** *re: pldg. ( [1688] in MDL No. 2885, 1 in MN/0:22-cv-01164, 1 in MN/0:22-cv-01190, 1 in MN/0:22-cv-01194, 1 in MN/0:22-cv-01195, 1 in MN/0:22-cv-01196, 1 in MN/0:22-cv-01200, 1 in MN/0:22-cv-01210, 1 in MN/0:22-cv-01215, 1 in MN/0:22-cv-01216, 1 in MN/0:22-cv-01218, 1 in MN/0:22-cv-01219, 1 in MN/0:22-cv-01220, 1 in MN/0:22-cv-01221, 1 in MN/0:22-cv-01223, 1 in MN/0:22-cv-01224, 1 in MN/0:22-cv-01226, 1 in MN/0:22-cv-01232, 1 in MN/0:22-cv-01233, 1 in MN/0:22-cv-01234, 1 in MN/0:22-cv-01235, 1 in MN/0:22-cv-01240, 1 in MN/0:22-cv-01243, 1 in MN/0:22-cv-01244, 1 in*

*MN/0:22-cv-01245, 1 in MN/0:22-cv-01246, 1 in MN/0:22-cv-01248, 1 in MN/0:22-cv-01249, 1 in MN/0:22-cv-01250, 1 in MN/0:22-cv-01252)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/18/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-01221 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01221 Notice will not be electronically mailed to:**

**MN/0:22-cv-01190 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01190 Notice will not be electronically mailed to:**

**MN/0:22-cv-01224 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01224 Notice will not be electronically mailed to:**

**MN/0:22-cv-01243 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01243 Notice will not be electronically mailed to:**

**MN/0:22-cv-01248 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01248 Notice will not be electronically mailed to:**

**MN/0:22-cv-01216 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01216 Notice will not be electronically mailed to:**

**MN/0:22-cv-01240 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01240 Notice will not be electronically mailed to:**

**MN/0:22-cv-01220 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com,

wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01220 Notice will not be electronically mailed to:**

**MN/0:22-cv-01249 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01249 Notice will not be electronically mailed to:**

**MN/0:22-cv-01234 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01234 Notice will not be electronically mailed to:**

**MN/0:22-cv-01250 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01250 Notice will not be electronically mailed to:**

**MN/0:22-cv-01235 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01235 Notice will not be electronically mailed to:**

**MN/0:22-cv-01246 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01246 Notice will not be electronically mailed to:**

**MN/0:22-cv-01223 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01223 Notice will not be electronically mailed to:**

**MN/0:22-cv-01195 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01195 Notice will not be electronically mailed to:**

**MN/0:22-cv-01196 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01196 Notice will not be electronically mailed to:**

**MN/0:22-cv-01232 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com,
wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01232 Notice will not be electronically mailed to:**

**MN/0:22-cv-01194 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com,
wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01194 Notice will not be electronically mailed to:**

**MN/0:22-cv-01233 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com,
wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01233 Notice will not be electronically mailed to:**

**MN/0:22-cv-01252 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com,
wrutherford@awkolaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01252 Notice will not be electronically mailed to:**

**MN/0:22-cv-01210 Notice has been electronically mailed to:**

Daniel J. Thornburgh     dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com,

wrutherford@awkolaw.com

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01210 Notice will not be electronically mailed to:**

**MN/0:22-cv-01218 Notice has been electronically mailed to:**

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01218 Notice will not be electronically mailed to:**

**MN/0:22-cv-01200 Notice has been electronically mailed to:**

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01200 Notice will not be electronically mailed to:**

**MN/0:22-cv-01245 Notice has been electronically mailed to:**

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01245 Notice will not be electronically mailed to:**

**MN/0:22-cv-01215 Notice has been electronically mailed to:**

Daniel J. Thornburgh      dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01215 Notice will not be electronically mailed to:**

**MN/0:22-cv-01219 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01219 Notice will not be electronically mailed to:**

**MN/0:22-cv-01244 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01244 Notice will not be electronically mailed to:**

**MN/0:22-cv-01164 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01164 Notice will not be electronically mailed to:**

**MN/0:22-cv-01226 Notice has been electronically mailed to:**

Daniel J. Thornburgh    dthornburgh@awkolaw.com, athane@awkolaw.com, wlabarge@awkolaw.com, wrutherford@awkolaw.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01226 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/18/2022] [FileNumber=1116173-0]
[814c88da64d34f80abc58a88dddfa8ebaa1d4904aba15cb5e9c2f79076e89afcf858
137cccae391393df72dd59b023097f214ec239b2a372ead6602a0263e175]]