UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION   ) ) ) ) ) | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |
| This Document Relates to All Cases    ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE, Kathryn L. Couey of Keller Postman LLC, hereby withdraws her appearance as attorney of record in the above-captioned matter. All other counsel of record shall remain.

Dated: May 18, 2022

Respectfully submitted,

*/s/ Kathryn L. Couey*
Kathryn L. Couey *(admitted PHV)*
KELLER POSTMAN LLC
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 334-6066
Email: kathryn.couey@kellerpostman.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that on May 18, 2022, true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

*/s/ Kathryn L. Couey*
Kathryn L. Couey