UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases on Exhibit A | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER

The cases identified on Exhibit A were dismissed without prejudice for failing to submit a DD214 Form or DoD Military Service Information Report by April 22, 2022, as required by Case Management Order No. 40, ECF No. 2911. *See* ECF Nos. 3076 & 3077. The Court has been advised that these plaintiffs were originally represented solely by a law firm (Alexander Law Group, PLC, Shlosman Law Firm and Tim Farris Law Firm, PLLC) whose submission deadline was April 22, 2022.[1] These three firms separately instructed BrownGreer to add another law firm (Aylstock, Witkin, Kreis & Overholtz, PLLC (AWKO)), which has a later submission deadline under CMO 40, as co-counsel in the cases. The original law firms, however, never stated that AWKO should be substituted as *lead* counsel in their cases, nor did they advise the Court—after CMO 40 was entered but before the

---

[1] CMO 40 set staggered deadlines for submissions based on the number of plaintiffs represented by a particular law firm in this MDL.

cases were dismissed—that the cases should be subject to AWKO's later submission deadlines. Consequently, the cases were properly subject to the original law firms' submission deadline of April 22, 2022, and the plaintiffs' failure to timely submit the requisite forms constituted grounds for dismissal without prejudice. The Clerk is directed to enter a copy of this Order on the MDL docket only.

**SO ORDERED**, on this 18th day of May, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**