**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Joseph P. Celotto, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1.     Movant resides in New York and is not a resident of the State of Florida.

2.     Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of New York. A copy of a Certificate of Good Standing from the State of New York dated within 30 days of this motion are attached hereto as Exhibit "A."

3.     Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

Admission Tutorial, confirmation number FLND16527299746204 and completed the CM/ECF Online Tutorials.

4.      Joseph P. Celotto has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.      Joseph P. Celotto has upgraded his PACER account to "NextGen."

6.      Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Joseph P. Celotto respectfully request that this Court enter an Order granting Joseph P. Celotto of Manning Gross + Massenburg LLP, *pro hac vice* in this case.

Respectfully submitted on this 16th day of May, 2022.

/s/ Joseph P. Celotto, Esq.
Joseph  P.  Celotto,  N.Y.  Registration
No. 5928650

Manning Gross + Massenburg LLP
14 Wall St.
Floor 28
New York, NY 10005
Telephone:  (212) 364-2315
Facsimile:   (618) 607-5299
Email:  Jcelotto@mgmlaw.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 17th day of May, 2022.

/s/ *Joseph P. Celotto*
Joseph P. Celotto, N.Y. Registration No. 5928650

Case 3:19-md-02885-MCR-HTC   Document 3601-5   Filed 02/27/22   Page 4 of 6

# EXHIBIT A



*Appellate Division of the Supreme Court*
*of the State of New York*
*Fourth Judicial Department*

_____

I, *Ann Dillon Flynn*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Fourth Judicial Department, do hereby certify that

## Joseph P. Celotto

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 17, 2022**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Rochester on May 17, 2022.

*Clerk of the Court*

CertID-00067148





**NEW YORK STATE SUPREME COURT**
**APPELLATE DIVISION, FOURTH DEPARTMENT**
**M. DOLORES DENMAN COURTHOUSE**
50 EAST AVENUE, SUITE 200
ROCHESTER, NEW YORK 14604
(585) 530-3100   Fax (585) 530-3247

ANN DILLON FLYNN
CLERK OF THE COURT

ALAN L. ROSS
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Fourth Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Ann Dillon Flynn
Clerk of the Court

Revised September 2021

www.courts.state.ny.us/ad4