# Supreme Court of Tennessee

# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## Katelyn Rush Ashton

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on November 7, 2018, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 5th day of May, 2022.

James M. Hivner
Clerk of the Supreme Court of Tennessee

Adam F. Bennett, D.C.



Middle Division

**RECEIPT**

Appellate Court Clerk's Office - Nashville
100 Supreme Court Building
401 7th Avenue North
Nashville, TN 37219-1407
(615) 741-2681
Tax ID#: 62-6001445

**RECEIPT # 165977**
RECEIPT DATE:
MAY 5, 2022

PAID BY: Butler Snow LLP (Ridgeland, MS)
P.O. Box 6010
Ridgeland, MS 39158

Clerk: LMM
Receipted: $50.00

| PAYMENT METHOD(S) | VOID | CHECK/MO NO. | AMOUNT |
|---|---|---|---|
| Check |  | 375829 | $50.00 |

| DESCRIPTION | COMMENTS | QTY | UNIT PRICE | ITEM TOTAL |
|---|---|---|---|---|
| Certificate of Good Standing |  | 1 | $50.00 | $50.00 |

| | TOTAL | $50.00 |
|---|---|---|

| INVOICE | BALANCE DUE |
|---|---|
| #192382 | $0.00 |

**Susanna Moore Moldovenau #030273 - Certificate of Good Standing**