# **EXHIBIT A**

| Plaintiff Name | Case No. | Missing/Incomplete Authorization(s) |
|---|---|---|
| Wendy Mason | 7:20-cv-17702 | Medical, Employment |
| Michael Hagen | 7:20-cv-47303 | Medical, Academic, Employment |
| Adnan Qasim | 7:20-cv-47360 | Medical, Academic, Employment |
| Bryan Valverde | 7:20-cv-47267 | Medical, Academic, Employment |
| Joseph Byers | 8:20-cv-05837 | Medical, Academic, Employment |
| Roy Baldwin | 3:19-cv-02540 | Medical |
| Jeremy Lyon | 7:20-cv-94408 | Academic, Employment |
| Christopher East | 7:20-cv-21686 | Academic, Employment |
| Brett Johnson | 3:22-cv-00821 | Academic |

64367066.v1