| | |
|---|---|
| **From:** | Michael A. Akselrud <Michael.Akselrud@LanierLawFirm.com> |
| **Sent:** | Wednesday, May 18, 2022 10:23 AM |
| **To:** | Susan Robinson; Rosenberg, Rachel; Chris Morris; Cristina Delise; Rachel Lanier |
| **Cc:** | Kari Sutherland; Unger Davis, Kate |
| **Subject:** | Re: 3M - The Lanier Law Firm - Missing Discovery Responses |

Thank you so much.

---

**From:** Susan Robinson <SRobinson@tcspllc.com>
**Date:** Wednesday, May 18, 2022 at 7:56 AM
**To:** Michael Akselrud <Michael.Akselrud@LanierLawFirm.com>, "Rosenberg, Rachel" <rachel.rosenberg@dechert.com>, Chris Morris <Chris.Morris@butlersnow.com>, Cristina Delise <Cristina.Delise@LanierLawFirm.com>, Rachel Lanier <Rachel.Lanier@LanierLawFirm.com>
**Cc:** Kari Sutherland <kari.sutherland@butlersnow.com>, "Unger Davis, Kate" <Kate.UngerDavis@dechert.com>
**Subject:** RE: 3M - The Lanier Law Firm - Missing Discovery Responses

Thanks for jumping on a call, Mike.  It was nice speaking with you.
As I relayed there was never an intent to cause unnecessary inconvenience or shift costs to the plaintiff here where we were given heads up the plaintiff would not appear.
We've been proceeding with the step of making a record of a plaintiff's failure to appear at his/her deposition to protect the interests of our client where we do not have a dismissal and contact has been lost with the plaintiff to ensure we have finality in the case.
In this instance we've agreed to cancel the deposition and you've agreed that you will not oppose our request in a show cause motion to dismiss this case with prejudice.
I will notify the court reporter that the depo will not go forward.
Rachel, fyi.

---

**From:** Michael A. Akselrud <Michael.Akselrud@LanierLawFirm.com>
**Sent:** Wednesday, May 18, 2022 10:28 AM
**To:** Susan Robinson <SRobinson@tcspllc.com>; Rosenberg, Rachel <rachel.rosenberg@dechert.com>; Chris Morris <Chris.Morris@butlersnow.com>; Cristina Delise <Cristina.Delise@LanierLawFirm.com>; Rachel Lanier <Rachel.Lanier@LanierLawFirm.com>
**Cc:** Kari Sutherland <kari.sutherland@butlersnow.com>; Unger Davis, Kate <Kate.UngerDavis@dechert.com>
**Subject:** Re: 3M - The Lanier Law Firm - Missing Discovery Responses

Sure. My cell is (310) 760-1228.

---

**From:** Susan Robinson <SRobinson@tcspllc.com>
**Date:** Wednesday, May 18, 2022 at 7:26 AM
**To:** Michael Akselrud <Michael.Akselrud@LanierLawFirm.com>, "Rosenberg, Rachel" <rachel.rosenberg@dechert.com>, Chris Morris <Chris.Morris@butlersnow.com>, Cristina Delise <Cristina.Delise@LanierLawFirm.com>, Rachel Lanier <Rachel.Lanier@LanierLawFirm.com>
**Cc:** Kari Sutherland <kari.sutherland@butlersnow.com>, "Unger Davis, Kate" <Kate.UngerDavis@dechert.com>
**Subject:** RE: 3M - The Lanier Law Firm - Missing Discovery Responses

Mike, can you get on a call with me and Kari?
We are free until 10 CT.  Let us know if that works and if not, suggest a time.

---

**From:** Michael A. Akselrud <Michael.Akselrud@LanierLawFirm.com>
**Sent:** Wednesday, May 18, 2022 10:24 AM
**To:** Rosenberg, Rachel <rachel.rosenberg@dechert.com>; Susan Robinson <SRobinson@tcspllc.com>; Chris Morris <Chris.Morris@butlersnow.com>; Cristina Delise <Cristina.Delise@LanierLawFirm.com>; Rachel Lanier <Rachel.Lanier@LanierLawFirm.com>
**Cc:** Kari Sutherland <kari.sutherland@butlersnow.com>; Unger Davis, Kate <Kate.UngerDavis@dechert.com>
**Subject:** Re: 3M - The Lanier Law Firm - Missing Discovery Responses

The problem is we never agreed to schedule an actual deposition. Susan asked if we could have 5/19 as a placeholder. Further, there is the problem of incurring costs with Golkow, etc., for no reason at all. You don't need to keep the scheduled deposition date to note the deposition didn't take place because Mr. Felton didn't appear. We are telling you, he won't appear. What more do you need? I asked if I was missing something and nobody responded. Now, on the eve of a illusory deposition date, you are insisting that it must move forward without a reasonable explanation. Other than some bad faith motive, I don't see that there is any reason at all to proceed with a deposition of someone who is not going to appear.

I am available to discuss further but we have to insist that you back off your position here or we would like to raise this matter with the special master. Let me know.

Thanks,

Mike

---

**From:** "Rosenberg, Rachel" <rachel.rosenberg@dechert.com>
**Date:** Wednesday, May 18, 2022 at 7:17 AM
**To:** Michael Akselrud <Michael.Akselrud@LanierLawFirm.com>, Susan Robinson <SRobinson@tcspllc.com>, Chris Morris <Chris.Morris@butlersnow.com>, Cristina Delise <Cristina.Delise@LanierLawFirm.com>, Rachel Lanier <Rachel.Lanier@LanierLawFirm.com>
**Cc:** Kari Sutherland <kari.sutherland@butlersnow.com>, "Unger Davis, Kate" <Kate.UngerDavis@dechert.com>
**Subject:** RE: 3M - The Lanier Law Firm - Missing Discovery Responses

Yes.  Like Susan said below, until the dismissal is confirmed, we need to keep the scheduled deposition date. If Felton doesn't show, we will go on the record, note his failure to appear and reserve our right to make any appropriate motions.  If anything changes before tomorrow, please let me know!

Thanks,
Rachel

---

**From:** Michael A. Akselrud <Michael.Akselrud@LanierLawFirm.com>
**Sent:** Wednesday, May 18, 2022 10:13 AM
**To:** Rosenberg, Rachel <rachel.rosenberg@dechert.com>; Susan Robinson <SRobinson@tcspllc.com>; Chris Morris <Chris.Morris@butlersnow.com>; Cristina Delise <Cristina.Delise@LanierLawFirm.com>; Rachel Lanier <Rachel.Lanier@LanierLawFirm.com>
**Cc:** Kari Sutherland <kari.sutherland@butlersnow.com>
**Subject:** Re: 3M - The Lanier Law Firm - Missing Discovery Responses

**[EXTERNAL EMAIL]**

Are you still insisting on a deposition moving forward?

---

**From:** "Rosenberg, Rachel" <rachel.rosenberg@dechert.com>
**Date:** Wednesday, May 18, 2022 at 7:11 AM
**To:** Michael Akselrud <Michael.Akselrud@LanierLawFirm.com>, Susan Robinson <SRobinson@tcspllc.com>, Chris Morris <Chris.Morris@butlersnow.com>, Cristina Delise <Cristina.Delise@LanierLawFirm.com>, Rachel Lanier <Rachel.Lanier@LanierLawFirm.com>
**Cc:** Kari Sutherland <kari.sutherland@butlersnow.com>
**Subject:** RE: 3M - The Lanier Law Firm - Missing Discovery Responses

Thanks, Mike.

---

**From:** Michael A. Akselrud <Michael.Akselrud@LanierLawFirm.com>
**Sent:** Wednesday, May 18, 2022 10:11 AM
**To:** Rosenberg, Rachel <rachel.rosenberg@dechert.com>; Susan Robinson <SRobinson@tcspllc.com>; Chris Morris <Chris.Morris@butlersnow.com>; Cristina Delise <Cristina.Delise@LanierLawFirm.com>; Rachel Lanier <Rachel.Lanier@LanierLawFirm.com>
**Cc:** Kari Sutherland <kari.sutherland@butlersnow.com>
**Subject:** Re: 3M - The Lanier Law Firm - Missing Discovery Responses

**[EXTERNAL EMAIL]**

We have not.

---

**From:** "Rosenberg, Rachel" <rachel.rosenberg@dechert.com>
**Date:** Wednesday, May 18, 2022 at 6:14 AM
**To:** Susan Robinson <SRobinson@tcspllc.com>, Chris Morris <Chris.Morris@butlersnow.com>, Michael Akselrud <Michael.Akselrud@LanierLawFirm.com>, Cristina Delise <Cristina.Delise@LanierLawFirm.com>, Rachel Lanier <Rachel.Lanier@LanierLawFirm.com>
**Cc:** Kari Sutherland <kari.sutherland@butlersnow.com>
**Subject:** RE: 3M - The Lanier Law Firm - Missing Discovery Responses

Hi Mike,

I wanted to follow-up on the below. Have you heard from Mr. Felton?

Thanks,
Rachel

---

**From:** Susan Robinson <SRobinson@tcspllc.com>
**Sent:** Thursday, May 12, 2022 5:14 PM
**To:** Chris Morris <Chris.Morris@butlersnow.com>; 'Michael A. Akselrud' <Michael.Akselrud@LanierLawFirm.com>; Cristina Delise <Cristina.Delise@LanierLawFirm.com>; Rachel Lanier <Rachel.Lanier@LanierLawFirm.com>
**Cc:** Rosenberg, Rachel <rachel.rosenberg@dechert.com>; Kari Sutherland <kari.sutherland@butlersnow.com>
**Subject:** RE: 3M - The Lanier Law Firm - Missing Discovery Responses

**[EXTERNAL EMAIL]**

Hi Mike,

Until we know whether this case will be dismissed, we need to keep the scheduled deposition date. If Felton doesn't show, we will go on the record, note his failure to appear and reserve our right to make any appropriate motions. Of course if the situation changes we can revisit as we get closer to the depo date.

---

**From:** Chris Morris <Chris.Morris@butlersnow.com>
**Sent:** Thursday, May 12, 2022 5:02 PM
**To:** 'Michael A. Akselrud' <Michael.Akselrud@LanierLawFirm.com>; Cristina Delise <Cristina.Delise@LanierLawFirm.com>; Rachel Lanier <Rachel.Lanier@LanierLawFirm.com>; Susan Robinson <SRobinson@tcspllc.com>
**Cc:** Rosenberg, Rachel <rachel.rosenberg@dechert.com>
**Subject:** RE: 3M - The Lanier Law Firm - Missing Discovery Responses

Looping in Susan to answer that question. She's a lot closer to the deposition side of things than me.

**Christopher D. Morris**
**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Chris.Morris@butlersnow.com | vCard | Bio

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Michael A. Akselrud <Michael.Akselrud@LanierLawFirm.com>
**Sent:** Thursday, May 12, 2022 3:57 PM
**To:** Chris Morris <Chris.Morris@butlersnow.com>; Cristina Delise <Cristina.Delise@LanierLawFirm.com>; Rachel Lanier <Rachel.Lanier@LanierLawFirm.com>
**Cc:** Rosenberg, Rachel <rachel.rosenberg@dechert.com>
**Subject:** Re: 3M - The Lanier Law Firm - Missing Discovery Responses


No problem. It would be great if we could get the deposition scheduled in this case off calendar. Could you do that?

---

**From:** Chris Morris <Chris.Morris@butlersnow.com>
**Date:** Thursday, May 12, 2022 at 3:43 PM
**To:** Michael Akselrud <Michael.Akselrud@LanierLawFirm.com>, Cristina Delise <Cristina.Delise@LanierLawFirm.com>, Rachel Lanier <Rachel.Lanier@LanierLawFirm.com>
**Subject:** RE: 3M - The Lanier Law Firm - Missing Discovery Responses

Understood, thanks very much. Apologies for the confusion.

**Christopher D. Morris**
**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157

P.O. Box 6010, Ridgeland, MS 39158-6010
Chris.Morris@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Michael A. Akselrud <Michael.Akselrud@LanierLawFirm.com>
**Sent:** Thursday, May 12, 2022 3:41 PM
**To:** Chris Morris <Chris.Morris@butlersnow.com>; Cristina Delise <Cristina.Delise@LanierLawFirm.com>; Rachel Lanier <Rachel.Lanier@LanierLawFirm.com>
**Subject:** Re: 3M - The Lanier Law Firm - Missing Discovery Responses

Chris,

Thanks for reaching out. We did let your side know that our intention is to dismiss this claim. Our practice is to get written approval before doing so. Unfortunately, we've lost touch with Mr. Felton. We are still trying to connect with him but don't really expect to at this point. Our firm won't oppose any relief you seek with respect to this claim for failure to comply with discovery obligations or court orders.

Let me know if you have any questions.

Thanks,

Mike

Michael A. Akselrud - Senior Attorney p: 310-277-5100 w: www.LanierLawFirm.com

---

**From:** Chris Morris <Chris.Morris@butlersnow.com>
**Date:** Thursday, May 12, 2022 at 2:52 PM
**To:** Cristina Delise <Cristina.Delise@LanierLawFirm.com>, Rachel Lanier <Rachel.Lanier@LanierLawFirm.com>, Michael Akselrud <Michael.Akselrud@LanierLawFirm.com>
**Subject:** 3M - The Lanier Law Firm - Missing Discovery Responses

Cristina/Rachel/Michael,

I'm writing to follow-up with you on the Jerry Felton (PID # 48922) matter.  Our records indicate that this plaintiff represented by your firm has not yet responded to 3M's Second Set of Interrogatories or 3M's Requests for Admission, which were due on April 28.  Given the tight timeframe under which we are operating, we request that your client remedy his non-compliance by providing discovery responses no later than **May 13, 2022**.  If Mr. Felton does not wish to pursue his case, please let me know and we will prepare a stipulation of dismissal for your review.

I am available to meet and confer if you would like to discuss.  Please feel free to contact me if you believe that you received this message in error or if you have any questions.

**Christopher D. Morris**
**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Chris.Morris@butlersnow.com | vCard | Bio

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.