| | |
|---|---|
| **From:** | Chris Morris |
| **Sent:** | Thursday, May 12, 2022 2:55 PM |
| **To:** | 'lmcmorris@tenlaw.com' |
| **Cc:** | Karl Gunderson; Yeary, Michelle |
| **Subject:** | 3M - Thornton Law Firm - Missing Discovery Responses |

Leah,

I'm writing to follow-up with you on the Brent Rowland (PID # 4968) matter. Our records indicate that this plaintiff represented by your firm has not yet responded to 3M's Second Set of Interrogatories or 3M's Requests for Admission, which were due on May 4. Given the tight timeframe under which we are operating, we request that your client remedy his non-compliance by providing discovery responses no later than **May 13, 2022**. If Mr. Rowland does not wish to pursue his case, please let me know and we will prepare a stipulation of dismissal for your review.

I am available to meet and confer if you would like to discuss. Please feel free to contact me if you believe that you received this message in error or if you have any questions.

**Christopher D. Morris**
**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Chris.Morris@butlersnow.com | vCard | Bio

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

1