Page 1

1           UNITED STATES DISTRICT COURT
2           NORTHERN DISTRICT OF FLORIDA
3                PENSACOLA DIVISION
4                   CASE NUMBER
5              3:19-md-2885-MCR-GRJ
6
7    Judge M. Casey Rodgers
8    Magistrate Judge Gary R. Jones
9
10   IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY
11   LITIGATION
12
13   This Document Relates to:   TRAVIS SMITH
14   Case No: 7:20cv96109-MCR-GRJ
15
16
17            CERTIFICATE OF NON-APPEARANCE
18
19
20                   MAY 4, 2022
21                    9:00 A.M.
22
23

Page 2

```
 1              A P P E A R A N C E S
 2
 3
 4  APPEARING ON BEHALF OF THE PLAINTIFF:
 5     TRACEY FOX KING & WALTERS
 6     BY:  Michael Ganley, Esq.
 7     440 Louisiana Street, Suite 1901
 8     Houston, Texas 77002
 9
10
11  APPEARING ON BEHALF OF THE DEFENDANTS:
12     SEGAL MCCAMBRIDGE SINGER & MAHONEY
13     BY:  Paul Motz, Esq.
14     223 South Wacker Drive, Suite 5500
15     Chicago, Illinois 60606
16
17
18  ALSO PRESENT:  Karen Kelley, Videographer
19
20
21
22
23
```

Page 3

```
 1              I N D E X
 2
 3          EXAMINATION INDEX
 4
 5
 6           EXHIBIT INDEX
 7  Defendant's Exhibit
 8  Exhibit 1 - Notice              4
 9
10
...
23
```

Page 4

```
 1          I, Tanya D. Cornelius, a Certified
 2  Court Reporter, and a Notary Public for the
 3  State of Alabama at Large, acting as
 4  Commissioner, certify that on this date,
 5  pursuant to the Federal Rules of Civil
 6  Procedure, via remote videoconference in
 7  Birmingham, Alabama, commencing at approximately
 8  9:00 a.m. on May 4, 2022, whereupon the
 9  following proceedings were had:
10
11
12
13          MR. MOTZ:  Just so that we can make a
14  record here, my name is Paul Motz.  I'm an
15  attorney for the defendants in this matter.  We
16  are gathered here with counsel for the plaintiff,
17  court reporter, videographer for the deposition
18  of Travis Smith.  Unfortunately, Mr. Smith has
19  not shown for his deposition today.  I will be
20  marking as Exhibit 1 his deposition notice.
21          (Whereupon, Defendant's Exhibit No. 1
22  was marked for identification and a copy of same
23  is attached hereto.)
```

Page 5

```
 1          MR. MOTZ:  Today is May 4th.  It is
 2  approximately 10:00 a.m.  The notice set forth
 3  for his deposition to occur at 9:00 a.m. Central,
 4  and unfortunately he is not here today.  With
 5  this record and with counsel's statement that he
 6  wishes to put on once this is done, we will
 7  terminate the deposition and, you know, let the
 8  Court decide what the best path forward is given
 9  -- if and when the plaintiff ever, you know,
10  resurfaces.  Hopefully, it's from nothing bad.
11          But at this point counsel for the
12  defendant will terminate this deposition subject
13  to comments by counsel for the plaintiff.
14          MR. GANLEY:  Again, just for the
15  record, this is Michael Ganley.  I'm for the
16  plaintiff from Tracey, Fox, King & Walters.  We
17  will take the CNA and terminate the deposition,
18  and we will attempt to reschedule once the
19  deposition is terminated.
20          MR. MOTZ:  And just for the record's
21  sake, we will reserve the right to file any
22  motions with regard to Mr. Smith's failure to
23  appear.  But as I said, hopefully there's nothing
```

Page 6

1  seriously wrong with the plaintiff, and at this
2  time, we will terminate the deposition.  Thank
3  you, Mr. Ganley, and I look forward to hearing
4  from you very soon about your client.
5         MR. GANLEY:  And, again, many thanks,
6  Mr. Motz, and we will be back in touch soon, and
7  hopefully we hear something.  Hopefully, this is
8  nothing serious.
9         MR. MOTZ:  With that, we can go off
10 the record.
11
12        (Whereupon, the proceedings were
13 concluded at 10:02 a.m.)
14
15        FURTHER DEPONENT SAITH NOT
16
17
18
19
20
21
22
23

Page 7

1         C E R T I F I C A T E
2
3  STATE OF ALABAMA  )
4  JEFFERSON COUNTY  )
5
6         I HEREBY CERTIFY that the above
7  and foregoing transcript was taken down by me in
8  stenotype, and the questions and answers thereto
9  were transcribed by means of computer-aided
10 transcription, and that the foregoing represents
11 a true and correct transcript of the testimony
12 given by said witness.
13        I FURTHER CERTIFY that I am
14 neither of counsel, nor of any relation to the
15 parties to the action, nor am I anywise
16 interested in the result of said cause.
17
18
19        *[signature: Tanya D. Cornelius]*
20        TANYA D. CORNELIUS
21        ACCR #378 Expires 10/1/2022
22        Notary Expires 9/13/22
23

**[& - liability]** Page 8

| & | action 7:15 | copy 4:22 | following 4:9 |
|---|---|---|---|
| & 2:5,12 5:16 | aided 7:9 | cornelius 4:1 7:20 | foregoing 7:7,10 |
| **1** | alabama 4:3,7 7:3 | correct 7:11 | forth 5:2 |
| 1 3:8 4:20,21 | answers 7:8 | counsel 4:16 5:11 5:13 7:14 | forward 5:8 6:3 |
| 10/1/2022 7:21 | anywise 7:15 | counsel's 5:5 | fox 2:5 5:16 |
| 10:00 5:2 | appear 5:23 | county 7:4 | further 6:15 7:13 |
| 10:02 6:13 | appearance 1:17 | court 1:1 4:2,17 5:8 | **g** |
| 18339 7:19 | appearing 2:4,11 | **d** | ganley 2:6 5:14,15 6:3,5 |
| 1901 2:7 | approximately 4:7 5:2 | d 3:1 4:1 7:20 | gary 1:8 |
| **2** | arms 1:10 | date 4:4 | gathered 4:16 |
| 2022 1:20 4:8 | attached 4:23 | decide 5:8 | given 5:8 7:12 |
| 223 2:14 | attempt 5:18 | defendant 5:12 | go 6:9 |
| 2885 1:5 | attorney 4:15 | defendant's 3:7 4:21 | grj 1:5,14 |
| **3** | **b** | defendants 2:11 4:15 | **h** |
| 378 7:21 | back 6:6 | deponent 6:15 | hear 6:7 |
| 3:19 1:5 | bad 5:10 | deposition 4:17,19 4:20 5:3,7,12,17,19 6:2 | hearing 6:3 |
| 3m 1:10 | behalf 2:4,11 | | hereto 4:23 |
| **4** | best 5:8 | | hopefully 5:10,23 6:7,7 |
| 4 1:20 3:8 4:8 | birmingham 4:7 | district 1:1,2 | houston 2:8 |
| 440 2:7 | **c** | division 1:3 | **i** |
| 4th 5:1 | c 2:1 7:1,1 | document 1:13 | identification 4:22 |
| **5** | case 1:4,14 | drive 2:14 | illinois 2:15 |
| 5500 2:14 | casey 1:7 | **e** | index 3:3,6 |
| **6** | cause 7:16 | e 2:1,1 3:1 7:1,1 | interested 7:16 |
| 60606 2:15 | central 5:3 | earplug 1:10 | **j** |
| **7** | certificate 1:17 | esq 2:6,13 | jefferson 7:4 |
| 77002 2:8 | certified 4:1 | examination 3:3 | jones 1:8 |
| 7:20cv96109 1:14 | certify 4:4 7:6,13 | exhibit 3:6,7,8 4:20 4:21 | judge 1:7,8 |
| **9** | chicago 2:15 | expires 7:21,22 | **k** |
| 9/13/22 7:22 | civil 4:5 | **f** | karen 2:18 |
| 9:00 1:21 4:8 5:3 | client 6:4 | f 7:1 | kelley 2:18 |
| **a** | cna 5:17 | failure 5:22 | king 2:5 5:16 |
| a.m. 1:21 4:8 5:2,3 6:13 | combat 1:10 | federal 4:5 | know 5:7,9 |
| accr 7:21 | commencing 4:7 | file 5:21 | **l** |
| acting 4:3 | comments 5:13 | florida 1:2 | large 4:3 |
| | commissioner 4:4 | | liability 1:10 |
| | computer 7:9 | | |
| | concluded 6:13 | | |

**litigation** 1:11
**look** 6:3
**louisiana** 2:7

**m**

**m** 1:7
**magistrate** 1:8
**mahoney** 2:12
**marked** 4:22
**marking** 4:20
**matter** 4:15
**mccambridge** 2:12
**mcr** 1:5,14
**md** 1:5
**means** 7:9
**michael** 2:6 5:15
**motions** 5:22
**motz** 2:13 4:13,14 5:1,20 6:6,9

**n**

**n** 2:1 3:1
**name** 4:14
**neither** 7:14
**non** 1:17
**northern** 1:2
**notary** 4:2 7:22
**notice** 3:8 4:20 5:2
**number** 1:4

**o**

**occur** 5:3
**once** 5:6,18

**p**

**p** 2:1,1
**parties** 7:15
**path** 5:8
**paul** 2:13 4:14
**pensacola** 1:3
**plaintiff** 2:4 4:16 5:9,13,16 6:1

**point** 5:11
**present** 2:18
**procedure** 4:6
**proceedings** 4:9 6:12
**products** 1:10
**public** 4:2
**pursuant** 4:5
**put** 5:6

**q**

**questions** 7:8

**r**

**r** 1:8 2:1 7:1
**record** 4:14 5:5,15 6:10
**record's** 5:20
**regard** 5:22
**relates** 1:13
**relation** 7:14
**remote** 4:6
**reporter** 4:2,17
**represents** 7:10
**reschedule** 5:18
**reserve** 5:21
**result** 7:16
**resurfaces** 5:10
**right** 5:21
**rodgers** 1:7
**rules** 4:5

**s**

**s** 2:1
**saith** 6:15
**sake** 5:21
**segal** 2:12
**serious** 6:8
**seriously** 6:1
**set** 5:2
**shown** 4:19
**signature** 7:19

**singer** 2:12
**smith** 1:13 4:18,18
**smith's** 5:22
**soon** 6:4,6
**south** 2:14
**state** 4:3 7:3
**statement** 5:5
**states** 1:1
**stenotype** 7:8
**street** 2:7
**subject** 5:12
**suite** 2:7,14

**t**

**t** 7:1,1
**take** 5:17
**taken** 7:7
**tanya** 4:1 7:20
**terminate** 5:7,12 5:17 6:2
**terminated** 5:19
**testimony** 7:11
**texas** 2:8
**thank** 6:2
**thanks** 6:5
**thereto** 7:8
**time** 6:2
**today** 4:19 5:1,4
**touch** 6:6
**tracey** 2:5 5:16
**transcribed** 7:9
**transcript** 7:7,11
**transcription** 7:10
**travis** 1:13 4:18
**true** 7:11

**u**

**unfortunately** 4:18 5:4
**united** 1:1

**v**

**videoconference** 4:6
**videographer** 2:18 4:17

**w**

**wacker** 2:14
**walters** 2:5 5:16
**wishes** 5:6
**witness** 7:12
**wrong** 6:1

**x**

**x** 3:1

Veritext Legal Solutions
877-373-3660                                    800.808.4958

FLORIDA RULES OF CIVIL PROCEDURE

Rule 1.310

(e) Witness Review. If the testimony is transcribed, the transcript shall be furnished to the witness for examination and shall be read to or by the witness unless the examination and reading are waived by the witness and by the parties. Any changes in form or substance that the witness wants to make shall be listed in writing by the officer with a statement of the reasons given by the witness for making the changes. The changes shall be attached to the transcript. It shall then be signed by the witness unless the parties waived the signing or the witness is ill, cannot be found, or refuses to sign. If the transcript is not signed by the witness within a reasonable time after it is furnished to the witness, the officer shall sign the transcript and state on the transcript the waiver, illness, absence of the witness, or refusal to sign with any reasons given therefor. The deposition may then be used as fully as though signed unless the court holds that the reasons given for the refusal to sign require rejection of

the deposition wholly or partly, on motion under rule 1.330(d)(4).

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.