Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF FLORIDA

 3                   PENSACOLA DIVISION

 4

 5      CASE NUMBER:   3:19-MD-2885-MCR-GRJ

 6

 7      Judge M. Casey Rodgers

 8      Magistrate Judge Gary R. Jones

 9

10

11      IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS

12      LIABILITY LITIGATION

13

14      THIS DOCUMENT RELATES TO:

15      MARK HOLAKOWSKI

16      CASE NUMBER:  8:20-CV-30024-MCR-GRJ

17

18

19

20

21

22

23
```

Combat Arms Plaintiff Documents
Holakowski, Mark
04/26/2022

Page 2

1           APPEARANCES

2

3           Ms. Erin Rogiers, Attorney at Law;

4  Watts Guerra; 2402 Dunlavy Street; Suite

5  300; Houston, Texas 77006;

6  erogiers@wattsguerra.com.

7

8           Mr. Austin O'Malley, Attorney at

9  Law; Manning Gross & Massenburg; 14 Wall

10  Street; 28th Floor; New York, New York

11  10005; aomalley@mgmlaw.com.

12

13

14

15

16

17

18

19

20

21

22

23

Combat Arms Plaintiff Documents
Case 3:19-md-02885-MCR-HTC   Document 3119-9   Filed 05/20/22   Page 3 of 6
Holakowski, Mark
04/26/2022

Page 3

1                  (On the record.)

2

3              THE VIDEOGRAPHER:  The time is
4     8:59 AM. We are on the video record.
5              MR. O'MALLEY:  Good morning. This
6     is Austin O'Malley from MG&M.  I represent
7     the 3M Defendants in this case.  We have
8     been told yesterday that Plaintiff is --
9     will not be coming to the deposition today.
10    I just know that myself, the court reporter,
11    videographer, Plaintiff's counsel, are
12    present.  We are here on April 26th at 9
13    AM.  But we served the deposition notice.  I
14    marked it as an exhibit, D1.  Just states
15    that the deposition would take place today
16    at 9 AM on April the 26th.  My
17    understanding -- and I think his counsel can
18    add something if she has to it. They are
19    unable to locate the Plaintiff.  And they
20    let us know yesterday.  I'll attach an email
21    as an exhibit, D2, that Plaintiff will not
22    be appearing today and they needed to cancel
23    the deposition.  Given that it's 9:01,

Combat Arms Plaintiff Documents
Holakowski, Mark
04/26/2022

Page 4

1  Plaintiff is not here, he's not coming,
2  we're going to terminate the deposition, and
3  Defendant's reserve the right to file any
4  motions with the Court related to
5  Plaintiff's failure to appear today for the
6  deposition.  Erin, anything you need to add?
7             MS. ROGIERS:  I do. Erin Rogiers
8  for Plaintiff Mark Holakowski. To clarify,
9  we didn't say we couldn't locate him.  We
10 haven't been able to get in touch to clarify
11 the date of the deposition.  We once did.
12 So, we requested to cancel, and I guess I
13 should add, reschedule the deposition.  So,
14 we are today requesting to reschedule the
15 deposition. Defense counsel stated they
16 wanted to still appear and take note that he
17 did not appear, which is fine. But we are
18 requesting to reschedule the deposition when
19 we are able to confirm a new date with Mr.
20 Holakowski. Fair enough?
21            MR. O'MALLEY:  Sounds good.
22            THE VIDEOGRAPHER:  The time is
23 9:01 AM. This concludes the statement.

Combat Arms Plaintiff Documents
Holakowski, Mark
04/26/2022

1
2
3        (Defendant's Exhibit No. 1 identified and
4          attached and Defendant's Exhibit No. 2
5      identified, to be attached upon receipt.)
6
7                    (End of statement.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Combat Arms Plaintiff Documents
Holakowski, Mark
04/26/2022

Page 6

1                     CERTIFICATE

2

3       STATE OF ALABAMA

4       LAUDERDALE COUNTY

5

6               I hereby certify that the above and

7       foregoing proceedings were taken down by me

8       in stenotype, and the questions and answers

9       thereto were reduced to computer print under

10      my supervision, and that the foregoing

11      represents a true and correct transcript of

12      the testimony given by said witness upon

13      said hearing.

14              I further certify that I am

15      neither of counsel, nor of kin to the

16      parties to the action, nor am I in anywise

17      interested in the result of said cause.

18              Signed the 27th day of April, 2022

19

20      <%18336,Signature%>

21      Stacy Mays

22      Alabama CCR #229. Expires 9/30/2022

23