**From:** Mooty, Hal <hmooty@bradley.com>
**Sent:** Wednesday, May 11, 2022 5:47 PM
**To:** jmessa@messalaw.com
**Cc:** Susan Ruhl <SRuhl@bradley.com>; Evans, Diana <dnevans@bradley.com>; Adriana Mendoza <AMendoza@messalaw.com>; Kari Sutherland <Kari.Sutherland@butlersnow.com>; Susan Robinson <srobinson@tcspllc.com>
**Subject:** RE: Tracy Peterson (3M - 59391)
**Importance:** High

Joseph,

We simply cannot wait any longer to schedule your client's deposition. The court ordered deadline is nearly upon us. Please see my emails below and provide an available date/time. Otherwise, I will be forced to unilaterally notice this deposition for **Thursday, May 19 beginning at 9:00 a.m. (CT)**.

Thank you,

Hal


**Harold D. Mooty III**
Partner | Bradley
hmooty@bradley.com
d: 256.517.5119  c: 256.698.0456


**From:** Mooty, Hal
**Sent:** Tuesday, May 10, 2022 1:03 PM
**To:** jmessa@messalaw.com
**Cc:** Ruhl, Susan <sruhl@bradley.com>; Evans, Diana <dnevans@bradley.com>
**Subject:** RE: Tracy Peterson (3M - 59391)

Joseph, please see my email below from Friday regarding scheduling your client's deposition. We need to move forward asap. Thank you.

Hal

**Harold D. Mooty III**
Partner | Bradley

3

hmooty@bradley.com
d: 256.517.5119  c: 256.698.0456

**From:** Mooty, Hal
**Sent:** Friday, May 6, 2022 10:04 AM
**To:** jmessa@messalaw.com
**Cc:** Ruhl, Susan <sruhl@bradley.com>; Evans, Diana <dnevans@bradley.com>
**Subject:** Tracy Peterson (3M - 59391)

Joseph,

Good morning. I understand that you have appeared on behalf of the above-referenced plaintiff, Mr. Peterson. As you may already know, my firm previously attempted on multiple occasions to schedule Mr. Peterson's deposition given the upcoming Wave 2 deadlines.

Please send me available dates/times for your client so we can proceed with scheduling the deposition as soon as possible.

Thanks for your help.

Hal

**Harold D. Mooty III**
Partner
e: hmooty@bradley.com  w: bradley.com
d: 256.517.5119  c: 256.698.0456
Bradley Arant Boult Cummings LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801-4900

LinkedIn | Facebook | Twitter | Instagram | Blogs

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.