**From:** Tyler Vail <tvail@shunnarahvail.com>
**Sent:** Wednesday, May 18, 2022 9:58 AM
**To:** Kari Sutherland <Kari.Sutherland@butlersnow.com>
**Cc:** 3MLitigation <3MLitigation@butlersnow.com>; La'Verne Edney <La'Verne.Edney@butlersnow.com>; Michael Hewes <Michael.Hewes@butlersnow.com>; Paige Caraway <pcaraway@shunnarahvail.com>; Sheena Edwards <Sheena.Edwards@butlersnow.com>; Susan Robinson <srobinson@tcspllc.com>
**Subject:** Re: 3M Wave 2 Depositions - Preston Hudson (5/18/2022) and Donaven Bowen (5/19/2022)


Kari, thank you for your understanding and helping us work through this unexpected issue.  We agree not to oppose a motion to show cause for Donaven Bowen and Preston Hudson or any other attempt you make to get these two cases dismissed with prejudice.  We also agree to pay any fee or charges related to the court reporter for cancelling these two depositions.
Tyler

On Wed, May 18, 2022 at 9:41 AM Kari Sutherland <Kari.Sutherland@butlersnow.com> wrote:

> Tyler,
>
> We are trying to find work-arounds that protect our clients' interests.
>
> Will you agree not to oppose a motion to show cause for these 2 folks or any other attempt we make to get these cases dismissed with prejudice?
>
> I am thinking a motion to show cause is the best approach.
>
> If we have that agreement, I think we'll be comfortable pulling down the depo notices.
>
> But if you think there's a chance your folks will want to go forward, we need to keep the depos set.

I can get on a call now if helpful.

--K


**Kari L. Sutherland**

**Butler Snow LLP**

D: (662) 513-8002 | F: (662) 513-8001

1200 Jefferson Avenue, Suite 205, Oxford, MS 38655

P.O. Box 1138, Oxford, MS 38655-1138

Kari.Sutherland@butlersnow.com | vCard | Bio


Twitter | LinkedIn | Facebook | YouTube

---

**From:** Kari Sutherland <Kari.Sutherland@butlersnow.com>
**Sent:** Tuesday, May 17, 2022 9:21 PM
**To:** Tyler Vail <tvail@shunnarahvail.com>
**Cc:** 3MLitigation <3MLitigation@butlersnow.com>; La'Verne Edney <La'Verne.Edney@butlersnow.com>; Michael Hewes <Michael.Hewes@butlersnow.com>; Paige Caraway <pcaraway@shunnarahvail.com>; Sheena Edwards <Sheena.Edwards@butlersnow.com>; Susan Robinson <srobinson@tcspllc.com>
**Subject:** Re: 3M Wave 2 Depositions - Preston Hudson (5/18/2022) and Donaven Bowen (5/19/2022)


Tyler,

Thank you for the information. My intent is not to be difficult. It really isn't.  But throughout wave 2 we have not cancelled depositions because the plaintiffs have refused to participate. If these plaintiffs do not show, we then will have grounds to move for an order to show cause. I don't know how better to protect our clients' interests in this situation otherwise. It is unfortunate that the time will be wasted, but unless you get permission to dismiss, I think we need to make the record. The blame for the wasted time can't be laid at our feet (or yours). Worst case, it will be 30 minutes each day and then we're done.

Have a good night.

Kari

Sent from my iPhone

On May 17, 2022, at 8:47 PM, Tyler Vail <tvail@shunnarahvail.com> wrote:

Kari, these depositions are not going to happen.  Neither client showed up for their scheduled meeting today and they are not returning our calls or emails.  We are as frustrated with them as you are.  I am not going to make excuses for them.  They are just not cooperating.  You can file a motion to show cause or a motion to dismiss but moving forward with their depos tomorrow and Thursday is pointless.  If we had more notice we would have given it to you.

Tyler

On Tue, May 17, 2022 at 7:26 PM Kari Sutherland <Kari.Sutherland@butlersnow.com> wrote:

Paige,

I am sorry but we cannot agree to cancel two back to back depositions, one of which is set tomorrow morning, without reasons.  I assume your clients both agreed to the dates when they were set initially.  Because of the difficulty that we had scheduling these in the first instance, and the limited amount of time left to accomplish them, we would not be adequately representing our client's interests if we cancelled when given no reason. If you get in touch with your clients tonight or first thing in the morning, and you get more information, please reach out immediately. We have agreed to reschedule in other cases where the plaintiff or a family member had a medical emergency, for example. Otherwise I am afraid we must press forward.

Kari

Sent from my iPhone

> On May 17, 2022, at 6:03 PM, Paige Caraway <pcaraway@shunnarahvail.com> wrote:

> Kari,

> We were not given a reason. We were just told that he would not be available. We are trying to get in touch with them now to see when they are available. Give us until a week from today to get new dates for each of their depositions. If a client does not give us a new date that they are available, then we will agree to a joint dismissal of that client.

3

Thanks.

**Paige Caraway**

**Shunnarah Vail Trial Attorneys, P.C.**

*Attorney*

120 18th Street South, Suite 101

Birmingham, AL 35233

Direct: (205) 983-8652

Fax: (205) 983-8659

On Tue, May 17, 2022 at 5:02 PM Kari Sutherland <Kari.Sutherland@butlersnow.com> wrote:

> Paige,
>
> I am leaving the office.  My cell is 901.412.5632 if we need to talk.
>
> Having not heard from you as of yet, we plan to move forward with the depositions as set.
>
> THANKS.
>
> **Kari L. Sutherland**
>
> **Butler Snow LLP**
>
> D: (662) 513-8002 | F: (662) 513-8001
>
> 1200 Jefferson Avenue, Suite 205, Oxford, MS 38655

P.O. Box 1138, Oxford, MS 38655-1138

Kari.Sutherland@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** Kari Sutherland
**Sent:** Tuesday, May 17, 2022 4:38 PM
**To:** 'Paige Caraway' <pcaraway@shunnarahvail.com>; 'tvail@shunnarahvail.com' <tvail@shunnarahvail.com>
**Cc:** La'Verne Edney <La'Verne.Edney@butlersnow.com>; Michael Hewes <michael.hewes@butlersnow.com>; Sheena Edwards (Sheena.Edwards@butlersnow.com) <Sheena.Edwards@butlersnow.com>; Susan Robinson <srobinson@tcspllc.com>; 3MLitigation <3MLitigation@butlersnow.com>
**Subject:** RE: 3M Wave 2 Depositions - Preston Hudson (5/18/2022) and Donaven Bowen (5/19/2022)

Paige,

As I recall, it took quite a while to get these plaintiff depositions scheduled.  We are prepared to move forward on both as we have very little time left to do so under the court's order.

Please advise as to the reasons for your requested cancellations and we will consider them.

If we need to set up a meet and confer, we are happy to do so now as we understand emergencies sometimes unexpectedly arise.

But the depositions for now remain set and we currently intend to move forward.

We look forward to hearing from you very soon.

THANKS.

**Kari L. Sutherland**

**Butler Snow LLP**

D: (662) 513-8002 | F: (662) 513-8001

1200 Jefferson Avenue, Suite 205, Oxford, MS 38655

P.O. Box 1138, Oxford, MS 38655-1138

Kari.Sutherland@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** Paige Caraway <pcaraway@shunnarahvail.com>
**Sent:** Tuesday, May 17, 2022 4:26 PM
**To:** Michael Hewes <Michael.Hewes@butlersnow.com>; La'Verne Edney
**Cc:** Tyler Vail <tvail@shunnarahvail.com>
**Subject:** 3M Wave 2 Depositions - Preston Hudson (5/18/2022) and Donaven Bowen (5/19/2022)

Good afternoon,

We were just informed that our clients, Preston Hudson and Donaven Bowen, are unavailable for their depositions on the dates we had scheduled. Preston Hudson's was scheduled for 5/18/2022 at 10:00 AM CST and Donaven Bowen's was scheduled for 5/19/2022 at 10:00 AM CST.

We are working to figure out an alternate date.

Thank you.

**Paige Caraway**

**Shunnarah Vail Trial Attorneys, P.C.**

*Attorney*

120 18th Street South, Suite 101

Birmingham, AL 35233

Direct: (205) 983-8652

6

Fax: (205) 983-8659



CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

--

**Tyler C. Vail**

**Shunnarah Vail Trial Attorneys, P.C.**

120 18th Street South, Suite 101

Birmingham, AL 35233

205-628-8751

> CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.