UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases on Exhibit A | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

The cases identified on Exhibit A were dismissed without prejudice for failing to submit a DD214 Form or DoD Military Service Information Report by April 22, 2022, as required by Case Management Order No. 40, ECF No. 2911. *See* ECF Nos. 3076 & 3077. The Court has recently been advised that these cases were mistakenly placed on the list of delinquent plaintiffs due to a miscommunication between plaintiffs' counsel and BrownGreer. In light of this misunderstanding, which has now been corrected, the plaintiffs will be relieved from the dismissal without prejudice. *See* Fed. R. Civ. P. 60. Accordingly, the Clerk is hereby directed to **REOPEN** these cases and return them to the Court's docket.

Going forward, Aylstock, Witkin, Kreis & Overholtz, PLLC (AWKO) is primary counsel for these cases, and the AWKO submission deadline under CMO

40 controls.[1] As primary counsel, AWKO is responsible for all communications with BrownGreer on behalf of plaintiffs, and the Court will hold AWKO accountable for all deadlines plaintiffs are subject to.

**SO ORDERED**, on this 23rd day of May, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] The plaintiffs were originally represented solely by a law firm (Alexander Law Group, PLC, Shlosman Law Firm, and Tim Farris Law Firm, PLLC) whose submission deadline was April 22, 2022.