**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, May 23, 2022 7:29 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Monday, May 23, 2022 12:28:05 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

<span style="color:red">This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.</span>

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 5/23/2022 at 8:28 AM EDT and filed on 5/23/2022

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 1705 |

**Docket Text:**

<span style="color:blue">**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-159) - 8 action(s)** *re: pldg. ([1694] in MDL No. 2885, 1 in ME/1:22-cv-00137, 1 in ME/1:22-cv-00138, 1 in ME/1:22-cv-00139, 1 in ME/1:22-cv-00140, 1 in ME/1:22-cv-00141, 1 in ME/1:22-cv-00142, 1 in MN/0:22-cv-01275, 1 in MN/0:22-cv-01279)* **Inasmuch as no objection is pending at this time, the stay is lifted.**</span>

<span style="color:blue">**Signed by Clerk of the Panel John W. Nichols on 5/23/2022.**</span>

<span style="color:blue">**Associated Cases: MDL No. 2885, ME/1:22-cv-00137, ME/1:22-cv-00138, ME/1:22-cv-00139, ME/1:22-cv-00140, ME/1:22-cv-00141, ME/1:22-cv-00142, MN/0:22-cv-01275, MN/0:22-cv-01279 (JC)**</span>

| | |
|---|---|
| **Case Name:** | HILL v. 3M COMPANY et al |

**Case Number:**     ME/1:22-cv-00139
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-159) - 8 action(s)** *re: pldg. ( [1694] in MDL No. 2885, 1 in ME/1:22-cv-00137, 1 in ME/1:22-cv-00138, 1 in ME/1:22-cv-00139, 1 in ME/1:22-cv-00140, 1 in ME/1:22-cv-00141, 1 in ME/1:22-cv-00142, 1 in MN/0:22-cv-01275, 1 in MN/0:22-cv-01279)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/23/2022.**

**Associated Cases: MDL No. 2885, ME/1:22-cv-00137, ME/1:22-cv-00138, ME/1:22-cv-00139, ME/1:22-cv-00140, ME/1:22-cv-00141, ME/1:22-cv-00142, MN/0:22-cv-01275, MN/0:22-cv-01279 (JC)**

**Case Name:**        SHAW et al v. 3M COMPANY et al
**Case Number:**     ME/1:22-cv-00142
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-159) - 8 action(s)** *re: pldg. ( [1694] in MDL No. 2885, 1 in ME/1:22-cv-00137, 1 in ME/1:22-cv-00138, 1 in ME/1:22-cv-00139, 1 in ME/1:22-cv-00140, 1 in ME/1:22-cv-00141, 1 in ME/1:22-cv-00142, 1 in MN/0:22-cv-01275, 1 in MN/0:22-cv-01279)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/23/2022.**

**Associated Cases: MDL No. 2885, ME/1:22-cv-00137, ME/1:22-cv-00138, ME/1:22-cv-00139, ME/1:22-cv-00140, ME/1:22-cv-00141, ME/1:22-cv-00142, MN/0:22-cv-01275, MN/0:22-cv-01279 (JC)**

**Case Name:**        Arroyo-Santos v. 3M Company et al
**Case Number:**     MN/0:22-cv-01275
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-159) - 8 action(s)** *re: pldg. ( [1694] in MDL No. 2885, 1 in ME/1:22-cv-00137, 1 in ME/1:22-cv-00138, 1 in ME/1:22-cv-00139, 1 in ME/1:22-cv-00140, 1 in ME/1:22-cv-00141, 1 in ME/1:22-cv-00142, 1 in MN/0:22-cv-01275, 1 in MN/0:22-cv-01279)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/23/2022.**

**Associated Cases: MDL No. 2885, ME/1:22-cv-00137, ME/1:22-cv-00138, ME/1:22-cv-00139, ME/1:22-cv-00140, ME/1:22-cv-00141, ME/1:22-cv-00142, MN/0:22-cv-01275, MN/0:22-cv-01279 (JC)**

**Case Name:**    LONG et al v. 3M COMPANY et al

**Case Number:**    ME/1:22-cv-00141

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-159) - 8 action(s)** *re: pldg. ( [1694] in MDL No. 2885, 1 in ME/1:22-cv-00137, 1 in ME/1:22-cv-00138, 1 in ME/1:22-cv-00139, 1 in ME/1:22-cv-00140, 1 in ME/1:22-cv-00141, 1 in ME/1:22-cv-00142, 1 in MN/0:22-cv-01275, 1 in MN/0:22-cv-01279)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/23/2022.**

**Associated Cases: MDL No. 2885, ME/1:22-cv-00137, ME/1:22-cv-00138, ME/1:22-cv-00139, ME/1:22-cv-00140, ME/1:22-cv-00141, ME/1:22-cv-00142, MN/0:22-cv-01275, MN/0:22-cv-01279 (JC)**

**Case Name:**    ARSENAULT et al v. 3M COMPANY et al

**Case Number:**    ME/1:22-cv-00137

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-159) - 8 action(s)** *re: pldg. ( [1694] in MDL No. 2885, 1 in ME/1:22-cv-00137, 1 in ME/1:22-cv-00138, 1 in ME/1:22-cv-00139, 1 in ME/1:22-cv-00140, 1 in ME/1:22-cv-00141, 1 in ME/1:22-cv-00142, 1 in MN/0:22-cv-01275, 1 in MN/0:22-cv-01279)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/23/2022.**

**Associated Cases: MDL No. 2885, ME/1:22-cv-00137, ME/1:22-cv-00138, ME/1:22-cv-00139, ME/1:22-cv-00140, ME/1:22-cv-00141, ME/1:22-cv-00142, MN/0:22-cv-01275, MN/0:22-cv-01279 (JC)**

**Case Name:**    BEAN et al v. 3M COMPANY et al

**Case Number:**    ME/1:22-cv-00138

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-159) - 8 action(s)** *re: pldg. ( [1694] in MDL No. 2885, 1 in ME/1:22-cv-00137, 1 in ME/1:22-cv-00138, 1 in ME/1:22-cv-00139, 1 in ME/1:22-cv-00140, 1 in ME/1:22-cv-00141, 1 in ME/1:22-cv-00142, 1 in MN/0:22-cv-01275, 1 in MN/0:22-cv-01279)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/23/2022.**

**Associated Cases: MDL No. 2885, ME/1:22-cv-00137, ME/1:22-cv-00138, ME/1:22-cv-00139, ME/1:22-cv-00140, ME/1:22-cv-00141, ME/1:22-cv-00142, MN/0:22-cv-01275, MN/0:22-cv-01279 (JC)**

**Case Name:**    George v. 3M Company et al
**Case Number:**    MN/0:22-cv-01279
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-159) - 8 action(s)** *re: pldg. ( [1694] in MDL No. 2885, 1 in ME/1:22-cv-00137, 1 in ME/1:22-cv-00138, 1 in ME/1:22-cv-00139, 1 in ME/1:22-cv-00140, 1 in ME/1:22-cv-00141, 1 in ME/1:22-cv-00142, 1 in MN/0:22-cv-01275, 1 in MN/0:22-cv-01279)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/23/2022.**

**Associated Cases: MDL No. 2885, ME/1:22-cv-00137, ME/1:22-cv-00138, ME/1:22-cv-00139, ME/1:22-cv-00140, ME/1:22-cv-00141, ME/1:22-cv-00142, MN/0:22-cv-01275, MN/0:22-cv-01279 (JC)**

**Case Name:**    LONG et al v. 3M COMPANY et al
**Case Number:**    ME/1:22-cv-00140
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-159) - 8 action(s)** *re: pldg. ( [1694] in MDL No. 2885, 1 in ME/1:22-cv-00137, 1 in ME/1:22-cv-00138, 1 in ME/1:22-cv-00139, 1 in ME/1:22-cv-00140, 1 in ME/1:22-cv-00141, 1 in ME/1:22-cv-00142, 1 in MN/0:22-cv-01275, 1 in MN/0:22-cv-01279)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/23/2022.**

**Associated Cases: MDL No. 2885, ME/1:22-cv-00137, ME/1:22-cv-00138, ME/1:22-cv-00139, ME/1:22-cv-00140, ME/1:22-cv-00141, ME/1:22-cv-00142, MN/0:22-cv-01275, MN/0:22-cv-01279 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**ME/1:22-cv-00139 Notice has been electronically mailed to:**

KEVIN M. FITZGERALD    kfitzgerald@fitz-lawgroup.com

**ME/1:22-cv-00139 Notice will not be electronically mailed to:**

3M Company

3M Center Bldg.
224-SN-40
Saint Paul, MN 55144

3M Occupational Safey LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**ME/1:22-cv-00142 Notice has been electronically mailed to:**

KEVIN M. FITZGERALD     kfitzgerald@fitz-lawgroup.com

**ME/1:22-cv-00142 Notice will not be electronically mailed to:**

3M Company
3M Center Bldg.
224-SN-40
Saint Paul, MN 55144

3M Occupational Safey LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC

5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:22-cv-01275 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01275 Notice will not be electronically mailed to:**

**ME/1:22-cv-00141 Notice has been electronically mailed to:**

KEVIN M. FITZGERALD     kfitzgerald@fitz-lawgroup.com

**ME/1:22-cv-00141 Notice will not be electronically mailed to:**

3M Company
3M Center Bldg.
224-SN-40
Saint Paul, MN 55144

3M Occupational Safey LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC

5447 W 79th Street
Indianapolis, IN 46268

**ME/1:22-cv-00137 Notice has been electronically mailed to:**

KEVIN M. FITZGERALD    kfitzgerald@fitz-lawgroup.com

**ME/1:22-cv-00137 Notice will not be electronically mailed to:**

3M Company
3M Center Bldg.
224-SN-40
Saint Paul, MN 55144

3M Occupational Safey LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**ME/1:22-cv-00138 Notice has been electronically mailed to:**

KEVIN M. FITZGERALD    kfitzgerald@fitz-lawgroup.com

**ME/1:22-cv-00138 Notice will not be electronically mailed to:**

3M Company
3M Center Bldg.
224-SN-40
Saint Paul, MN 55144

3M Occupational Safey LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:22-cv-01279 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01279 Notice will not be electronically mailed to:**

**ME/1:22-cv-00140 Notice has been electronically mailed to:**

KEVIN M. FITZGERALD     kfitzgerald@fitz-lawgroup.com

**ME/1:22-cv-00140 Notice will not be electronically mailed to:**

3M Company
3M Center Bldg.
224-SN-40
Saint Paul, MN 55144

3M Occupational Safey LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/23/2022] [FileNumber=1116839-0]
[217a549ca840e5dc99a4682292f65fab2b4ac46c84bd76e4ab746d86f6256ff30533
351a1342ab8a307d805713c9fc623ebbbee2ed71d2661035d8c724a93120]]