IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>**Haitham Alghazaly, Case No. 3:22-cv-06735**<br>**Jason Stewart, Case No. 3:22-cv-06736** | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rule 11.1, I, Jeremy S. McKenzie, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Georgia and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Georgia. A copy of a Certificate of Good Standing from the State of Georgia dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15620843152382, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "Next Gen."

WHEREFORE, Jeremy S. McKenzie respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directly the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted,

/s/ *Jeremy S. McKenzie*
Jeremy S. McKenzie
KARSMAN, MCKENZIE & HART
Georgia Bar No. 436655
Jeremy@kmtrial.com
21 West Park Avenue
Savannah, GA 31401
(912) 335-4977

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Amended Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on May 23, 2022, and served electronically on all counsel of record.

/s/ *Jeremy S. McKenzie*
Jeremy S. McKenzie

# EXHIBIT "A"



# Supreme Court
## State of Georgia

NATHAN DEAL JUDICIAL CENTER

Atlanta 30334

May 18, 2022

I hereby certify that Jeremy S. McKenzie, Esq., was admitted on the 25th day of January, 2010, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.



, Clerk