**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to All Cases | Case No. 3:19-md-2885 <br><br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Michelle Greene hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled and numbered case, and in support thereof state as follows:

1.      Movant resides in New York and is not a resident of the State of Florida.

2.      Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of New York.  A copy of a Certificate of Good Standing from the State of New York dated within 30 days of this motion is attached hereto as Exhibit "A".

3.      Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number **FLND16529777376215**, and completed the CM/ECF Online Tutorials.

4.      Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.      Movant has upgraded her PACER account to "NextGen".

6.      Movant represents John Wilcox, case number 7:20-cv-04677 (*John Wilcox v. 3M*).

7.      Upon admission, Movant respectfully requests that she be provided notice of Electronic Case Filings at the following email address: Michelle.Greene@lanierlawfirm.com.

WHEREFORE, Michelle Greene respectfully requests that this Court enter an Order granting her admission *pro hac vice* in this case.


Dated: May 23, 2022                              Respectfully submitted,


                                                */s/ Michelle Greene*
                                                Michelle Greene
                                                THE LANIER LAW FIRM, PC
                                                126 E. 56th Street, Tower 56
                                                New York, NY 10022
                                                212.421.2800 (Telephone)
                                                Email:  Michelle.Greene@lanierlawfirm.com

                                                *Attorney for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.


*/s/ Michelle Greene*
Michelle Greene