# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE THAT effective immediately, Gibbs Law Group LLP has relocated its Oakland address. The new address is as follows:

>Amy M. Zeman
>Andre M. Mura
>Mark H. Troutman
>Shawn K. Judge
>GIBBS LAW GROUP LLP
>1111 Broadway, Suite 2100
>Oakland, California 94607
>Telephone: (510) 350-9700
>Facsimile: (510) 350-9701

The firm name, telephone number, fax numbers, and email addresses will remain the same.

Dated: May 23, 2022                     **GIBBS LAW GROUP LLP**

By:   */s/ Amy M. Zeman*
Amy M. Zeman
Andre M. Mura
Mark H. Troutman
Shawn K. Judge
1111 Broadway, Suite 2100

Oakland, California 94607
Telephone: 510.350.9700
amz@classlawgroup.com
amm@classlawgroup.com
mht@classlawgroup.com
skj@classlawgroup.com

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that on the date stamped above, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

                                                 */s/ Amy M. Zeman*
                                                 Amy M. Zeman