UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR *PRO HAC VICE***

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Alan R. Vickery, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

1

Admission Tutorial, confirmation number FLND16529665376211 and completed the CM/ECF Online Tutorials.

4. Alan R. Vickery has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Alan R. Vickery has upgraded his PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Alan R. Vickery respectfully request that this Court enteran Order granting Alan R. Vickery of Bowman and Brooke LLP, *pro hac vice* in this case.

Respectfully submitted on this 24th day of May, 2022.

/s/ Alan R. Vickery
Alan R. Vickery, TX Bar No. 20571650
**BOWMAN AND BROOKE LLP**
5345 Town Square Drive
Suite 115
Plano, Texas 75024
Tel: (972) 616-1705
Fax: (972) 616-1701
alan.vickery@bowmanandbrooke.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo hereTechnologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 24th day of May, 2022.

*/s/ Alan R. Vickery*
Alan R. Vickery, TX Bar No. 20571650

2