# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Kay Barnes Baxter, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Louisiana and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Louisiana. A copy of a Certificate of Good Standing from the State of Louisiana dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number **FLND16532431956254** and completed the CM/ECF Online Tutorials.

4. Kay Barnes Baxter has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Kay Barnes Baxter has upgraded her PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Kay Barnes Baxter respectfully requests that this Court enter an Order granting Kay Barnes Baxter of Gordon Rees Scully Mansukhani, *pro hac vice* in this case.

Respectfully submitted on this 25th day of May, 2022.

**GORDON REES SCULLY MANSUKHANI**

*/s/ Kay Barnes Baxter*
Kay Barnes Baxter
Louisiana Bar No. 22938

201 St. Charles Avenue, Suite 2500
New Orleans, LA 70170
Telephone: (504) 799-0158

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 25th day of May, 2022.

                                                */s/ Kay Barnes Baxter*
                                            Kay Barnes Baxter
                                            Louisiana Bar No. 22938

# EXHIBIT A

United States of America

State of Louisiana

## Supreme Court of the State of Louisiana

I, VERONICA ODINET KOCLANES, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**KAY BARNES BAXTER ESQ., #22938**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 7th Day of October, 1994 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 23rd Day of May, 2022, A.D.

Veronica Odinet Koclanes
Clerk of Court
Supreme Court of Louisiana