UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>**BRIAN DAVID MOORE**<br><br>Plaintiff,<br><br>v.<br><br>**3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING, LLC, AEARO, LLC and AEARO TECHOLOGIES, LLC,**<br><br>Defendants. | Case No.: 3:19 md 2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>Civil Action No. 3:20-cv-04934 |

## MOTION FOR ADMISSION
## PRO HAC VICE BY ALAN J. DEPETERS

In accordance with Pretrial Order No. 3, Case Management Order No. 1 and pursuant to Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern Districts of Florida's Memorandum Regarding Procedures for Admission, Alan J. DePeters, Esq., a licensed Member of the New York State Bar, respectfully seeks this Court's permission to appear *pro hac vice* and to receive notices of electronic filing in this action on behalf of Plaintiff, Brian David Moore, Civil Action No. 3:20-cv-04934.

In support of this motion, Alan J. DePeters, affirms and certifies the following:

1. Movant resides in the State of New York and is not a resident of Florida.

2. Movant is not admitted to practice law in the Northern District of Florida.

3.  Movant is licensed to appear and is a member in good standing of the bar of the State of New York. A certified copy of his Certificate of Good Standing, dated within thirty (30) days of this Motion is attached hereto and made a part hereof as **Exhibit A**.

4.  Movant has completed the online Attorney Admission Tutorial (Confirmation number FLND16534218826267).

5.  Movant has reviewed the Local Rules of the Northern District of Florida, the Attorney Admission Memo and online CM/ECF Attorney User's Guide.

6.  Movant has an active and upgraded NextGen account through PACER.

7.  Movant has simultaneously herewith this motion remitted the required $208.00 *pro hac vice* filing fee for this case.

8.  Upon admission, movant requests to receive Notices of Electronic Filing to the following e-mail address: adepeters@trevettcristo.com.

9.  Movant is attorney of record for Plaintiff Brian David Moore, in Civil Action No. 3:20-cv-04934, in Brian David Moore v. 3M Company, et al. in the United State Court for the Northern District of Florida – Pensacola Division, which was direct filed on March 16, 2020.

Dated: May 25, 2022

Respectfully submitted,

/s/ Alan J. DePeters
Alan J. DePeters, Esq.
NY Reg. No.: 4548624

TREVETT CRISTO
2 State Street, Suite 1000
Rochester, NY 14614
Email: adepeters@trevettcristo.com
Telephone No.: (585) 454-2181

*Counsel for Plaintiff Brain David Moore*

## CERTIFICATE OF SERVICE

The undersigned, hereby certifies that on May 25, 2022 a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* was electronically filed with the Clerk of the Court for the Northern District of Florida – Pensacola Division, using the CM/ECF filing system and notice of such filing was sent to all parties.

/s/ Alan J. DePeters
Alan J. DePeters, Esq.

# Exhibit A

# CERTIFICATE OF GOOD STANDING

## UNITED STATES OF AMERICA

## WESTERN DISTRICT OF NEW YORK

I, Mary C. Loewenguth, Clerk of the United States District Court, Western District of New York, DO HEREBY CERTIFY that Alan J. De Peters was duly admitted to practice in said Court on November 21, 2008, and is in good standing as a member of the bar of said Court.

Dated: May 19, 2022

Rochester, New York

MARY C. LOEWENGUTH
Clerk of Court

By  Cheyenne Roberts
Deputy Clerk