UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885-MCR-GRJ |
| | Judge M. Casey Rodgers |
| | Magistrate Judge Gary R. Jones |
| This Document Relates to: STEPHEN CORDIAL | |
| PLAINTIFF v. | Civil Action No. 7:20cv13606-MCR-GRJ |
| 3M COMPANY, ET AL. | |
| DEFENDANTS. | |

**DEFENDANTS' NOTICE OF REMOTE ORAL AND VIDEOTAPED DEPOSITION OF PLAINTIFF**

**TO:** ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC pursuant to Fed. R. Civ. P. 30 and and MDL 2885 Pretrial Order No. 35 will take the deposition upon oral examination of the following person on the date and at the time set forth below:

63769827.v1

| **Deponent** | **Date** | **Time (Time Zone)** |
|---|---|---|
| Stephen Cordial | April 22, 2022 | 9:00 am EST |

The deposition will be conducted remotely via secure web-based video or internet video conference technology. The court reporter may provide real-time transcription during the deposition. The deposition shall continue from day to day or at such other times as noticed by Defendants, until completed.

Pursuant to Section 2 of MDL 2885 Pretrial Order No. 35, the location(s) (city and state) from which the witness, court reporter, and videographer will attend the remote deposition are as follows: (i) Plaintiff will be located in Richmond, KY (ii) the court reporter will be located in Philadelphia, PA and, (iii) the videographer will be located in Philadelphia, PA.  The deposition will be taken for discovery and all other purposes permitted by the Federal Rules of Civil Procedure before a person authorized to administer oaths who will attend remotely via video conference and will be recorded using the stenographic method, through the instant visual display of testimony, and will also be recorded using audio and videotape technology.

Golkow (Vendor) will provide remote access for all parties via a ZOOM-based platform.  Please contact the Vendor (scheduling@golkow.com) at least three business days prior to the deposition to advise of your participation so that

63769827.v1

the necessary credentials, call-in numbers, testing, and any other necessary information may be provided to you prior to the deposition.

PLEASE TAKE FURTHER NOTICE that if the deponent requires the use of an interpreter, written notice of the language required must be provided to this office no later than three (3) business days before the deposition date.

Plaintiff shall bring and make available for inspection and copying any and all documents or other tangible things within Plaintiff's possession, custody, or control as requested on Exhibit A.

Dated:  March 31, 2022

                                               Respectfully submitted,

                                               */s/ Andrew D. Tharp*
                                               Andrew D. Tharp
                                               TN Bar No. 29422
                                               BUTLER SNOW LLP
                                               The Pinnacle at Symphony Place
                                               150 Third Avenue, South, Suite 1600
                                               Nashville, TN 37201
                                               Phone: (615) 651-6700
                                               Email:  andrew.tharp@butlersnow.com

                                               *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 31, 2022, a true and correct copy of the foregoing:

**DEFENDANTS' NOTICE OF REMOTE ORAL AND VIDEOTAPED DEPOSITION OF PLAINTIFF**

was served as follows:

☒ **[MDL Centrality]** By electronically serving the above document via the MDL Centrality website pursuant to Pretrial Order No. 15 (ECF No. 630) and Case Management Order NO. 31 (ECF No. 2304).

Dated: March 31, 2022          */s/ Andrew D. Tharp*
                                                         Andrew D. Tharp

63769827.v1

# EXHIBIT A

To the extent not yet produced to Defendants, all documents and tangible items requested in Defendants' First Set of Requests for Production dated March 3, 2022.

If you fail to attend or to produce the documents or things required by this Notice, you may be subject to the sanctions authorized by Rule 37(d) of the Federal Rules of Civil Procedure.