**From:** Christy Hurt <CHurt@awkolaw.com>
**Sent:** Tuesday, April 19, 2022 11:53 AM
**To:** Andrew Tharp <Andrew.Tharp@butlersnow.com>; 3MLitigation <3MLitigation@butlersnow.com>; Sarah Camp <Sarah.Camp@butlersnow.com>; Scheduling@golkow.com
**Cc:** Jennifer Hoekstra <JHoekstra@awkolaw.com>; Samantha Katen <SKaten@awkolaw.com>; Chelsie Warner <CWarner@awkolaw.com>; Christy Hurt <CHurt@awkolaw.com>; Jessica Hampton <JHampton@awkolaw.com>
**Subject:** 3M W2 - Deposition of Stephen Cordial
**Importance:** High


Good Afternoon,

The deposition of Stephen Cordial is currently scheduled for Friday, 4/22/22 beginning at 9AM ET. We need to reschedule because a conflict just came up. We can offer either 5/18/22 or 5/20/22 beginning at 9AM ET. Please let us know which works best for you, and thank you for your understanding.

| | |
|---|---|
| Christy Hurt | 17 E. Main Street, Suite 200 |
| | Pensacola, FL 32502 |
| Florida Registered Paralegal #276416 | |
| | Phone: (850) 202-1010 |
| Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| | Toll Free: (888) 255-AWKO (2956) |
| | Facsimile: (850) 916-7449 |
| | Email: churt@awkolaw.com |

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.