| | |
|---|---|
| **From:** | Jennifer Hoekstra <JHoekstra@awkolaw.com> |
| **Sent:** | Wednesday, May 25, 2022 10:23 AM |
| **To:** | Andrew Tharp; Christy Hurt |
| **Cc:** | Sarah Camp; Chelsie Warner; Samantha Katen; Kari Sutherland; Katelyn Ashton |
| **Subject:** | RE: 3M Wave 2/Stephen Cordial -- Rescheduling of Plaintiff deposition (no show) [IWOV-ButlerSnow.FID9665312] |

AWKO will not oppose this motion as it relates to Stephen Cordial.

Best Regards,

Jennifer M. Hoekstra
Partner
Aylstock, Witkin, Kreis & Overholtz
17 E. Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Toll Free: (888) 255-AWKO (2956)
Facsimile: (850) 916-7449
Email: jhoekstra@awkolaw.com

---

**From:** Andrew Tharp <Andrew.Tharp@butlersnow.com>
**Sent:** Wednesday, May 25, 2022 10:06 AM
**To:** Christy Hurt <CHurt@awkolaw.com>
**Cc:** Sarah Camp <Sarah.Camp@butlersnow.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; Chelsie Warner <CWarner@awkolaw.com>; Samantha Katen <SKaten@awkolaw.com>; Kari Sutherland <Kari.Sutherland@butlersnow.com>; Katelyn Ashton <Katelyn.Ashton@butlersnow.com>
**Subject:** RE: 3M Wave 2/Stephen Cordial -- Rescheduling of Plaintiff deposition (no show) [IWOV-ButlerSnow.FID9665312]

Good morning, Christy. Thank you for the update. Before we agree to cancel the depositions, will you please agree to not oppose our motion to show cause (draft attached)?

Thank you.

Andrew

**Andrew D. Tharp**
**Butler Snow LLP**

D: (615) 651-6785 | F: (615) 651-6701
150 3rd Avenue South, Suite 1600, Nashville, TN 37201
Andrew.Tharp@butlersnow.com | vCard | Bio

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

**From:** Christy Hurt <CHurt@awkolaw.com>
**Sent:** Wednesday, May 25, 2022 8:56 AM
**To:** Andrew Tharp <Andrew.Tharp@butlersnow.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; Chelsie Warner <CWarner@awkolaw.com>; Samantha Katen <SKaten@awkolaw.com>
**Cc:** Sarah Camp <Sarah.Camp@butlersnow.com>
**Subject:** RE: 3M Wave 2/Stephen Cordial -- Rescheduling of Plaintiff deposition (no show) [IWOV-ButlerSnow.FID9665312]

Good Morning Andrew,
Our office is likely withdrawing as counsel from this case. Given that, we'd like to cancel the remaining depositions scheduled Jeremy Cunningham, 5/27 @ 2PM CT, and Leslie Cordial 6/17 @ 1PM CT. Please let us know if you agree to cancel these.

**From:** Andrew Tharp <Andrew.Tharp@butlersnow.com>
**Sent:** Tuesday, May 24, 2022 3:49 PM
**To:** Christy Hurt <CHurt@awkolaw.com>
**Cc:** Sarah Camp <Sarah.Camp@butlersnow.com>
**Subject:** RE: 3M Wave 2/Stephen Cordial -- Rescheduling of Plaintiff deposition (no show) [IWOV-ButlerSnow.FID9665312]

Christy,

Following up on the below. Will you please provide dates of availability following Mr. Cordial's failure to appear at his deposition? We intend to file a motion to show cause in this case. Thank you.

Andrew

**Andrew D. Tharp**
**Butler Snow LLP**

D: (615) 651-6785 | F: (615) 651-6701
150 3rd Avenue South, Suite 1600, Nashville, TN 37201
Andrew.Tharp@butlersnow.com | vCard | Bio

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

**From:** Sarah Camp <Sarah.Camp@butlersnow.com>
**Sent:** Tuesday, May 24, 2022 3:41 PM
**To:** Andrew Tharp <Andrew.Tharp@butlersnow.com>
**Subject:** FW: 3M Wave 2/Stephen Cordial -- Rescheduling of Plaintiff deposition (no show) [IWOV-ButlerSnow.FID9665312]

**Sarah Camp, ACP**
*Paralegal*
**Butler Snow LLP**

D: (615) 651-6657 | F: (615) 651-6701
150 3rd Avenue South, Suite 1600, Nashville, TN 37201
Sarah.Camp@butlersnow.com | vCard

[FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE]

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Sarah Camp <Sarah.Camp@butlersnow.com>
**Sent:** Friday, May 20, 2022 12:30 PM
**To:** 'Christy Hurt' <CHurt@awkolaw.com>
**Subject:** 3M Wave 2/Stephen Cordial -- Rescheduling of Plaintiff deposition (no show) [IWOV-ButlerSnow.FID9665312]

As Mr. Cordial did not show up to his scheduled deposition this morning, can you provide me with new depo dates that he is available please? Thank you

**Sarah Camp, ACP**
*Paralegal*
**Butler Snow LLP**

D: (615) 651-6657 | F: (615) 651-6701
150 3rd Avenue South, Suite 1600, Nashville, TN 37201
Sarah.Camp@butlersnow.com | vCard

[FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE]

Twitter | LinkedIn | Facebook | YouTube

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you

are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.