**From:** Susan Robinson <SRobinson@tcspllc.com>
**Sent:** Wednesday, May 18, 2022 12:07 PM
**To:** Karen Schroeder <KSchroeder@JUNELL-LAW.COM>; Lewis, Kim D. <KDLewis@vorys.com>
**Cc:** Geigel, Henrique A. <hageigel@vorys.com>; Edwards, Tiffany A. <taedwards@vorys.com>; Kari Sutherland <kari.sutherland@butlersnow.com>; Deborah Levy <dlevy@JUNELL-LAW.COM>
**Subject:** [EXTERNAL] RE: In 3M Combat Arms Earplug Products Liability Litigation Wave 2 - Burnett Law Firm; Junell & Associates, PLLC / Pera

Understand.
We will proceed as originally discussed.
Thanks.

**From:** Karen Schroeder <KSchroeder@JUNELL-LAW.COM>
**Sent:** Wednesday, May 18, 2022 11:50 AM
**To:** Susan Robinson <SRobinson@tcspllc.com>; K D Lewis <kdlewis@vorys.com>
**Cc:** Geigel, Henrique A. <hageigel@vorys.com>; TA Edwards <taedwards@vorys.com>; Kari Sutherland <kari.sutherland@butlersnow.com>; Deborah Levy <dlevy@JUNELL-LAW.COM>
**Subject:** RE: In 3M Combat Arms Earplug Products Liability Litigation Wave 2 - Burnett Law Firm; Junell & Associates, PLLC / Pera

I provided a copy of the NOD to client. I do not have permission or consent to allow a motion to show cause to proceed. I do not believe he will show for deposition either.

**Karen H. Beyea-Schroeder** | Partner
Junell & Associates, PLLC

3737 Buffalo Speedway Suite 1850 | Houston, Texas 77098
tel 713-221-3750 | direct 713-221-3764 | fax 832-787-1027
kschroeder@junell-law.com



**Confidentiality Note:** This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**From:** Susan Robinson <SRobinson@tcspllc.com>
**Sent:** Wednesday, May 18, 2022 10:47 AM
**To:** Karen Schroeder <KSchroeder@JUNELL-LAW.COM>; K D Lewis <kdlewis@vorys.com>
**Cc:** Geigel, Henrique A. <hageigel@vorys.com>; TA Edwards <taedwards@vorys.com>; Kari Sutherland <kari.sutherland@butlersnow.com>
**Subject:** RE: In 3M Combat Arms Earplug Products Liability Litigation Wave 2 - Burnett Law Firm; Junell & Associates, PLLC / Pera

Karen,
Any additional word on the possibility of a dismissal?
We've been find a solution that protects our clients' interest and avoids an unnecessary costs and inconvenience of both sides at a busy time of holding a deposition where we have heads up a plaintiff will not appear for his or her deposition.
Will you agree to not oppose a motion to show cause to dismiss Mr. Pera's case with prejudice for his failure to cooperate in discovery?
If so, we can agree to take down the deposition.
Of course, if there is a chance he will appear we will need to go forward.
Please let me have your thoughts and if we need to jump on a call I am generally available today.
Susan

**From:** Karen Schroeder <KSchroeder@JUNELL-LAW.COM>
**Sent:** Friday, May 13, 2022 4:48 PM
**To:** Susan Robinson <SRobinson@tcspllc.com>; K D Lewis <kdlewis@vorys.com>
**Cc:** Geigel, Henrique A. <hageigel@vorys.com>; TA Edwards <taedwards@vorys.com>; Kari Sutherland <kari.sutherland@butlersnow.com>
**Subject:** Re: In 3M Combat Arms Earplug Products Liability Litigation Wave 2 - Burnett Law Firm; Junell & Associates, PLLC / Pera

Yep thanks!!

Karen

Karen Beyea-Schroeder

**From:** Susan Robinson <SRobinson@tcspllc.com>
**Sent:** Friday, May 13, 2022 3:31:25 PM
**To:** Karen Schroeder <KSchroeder@JUNELL-LAW.COM>; K D Lewis <kdlewis@vorys.com>
**Cc:** Geigel, Henrique A. <hageigel@vorys.com>; TA Edwards <taedwards@vorys.com>; Kari Sutherland

<kari.sutherland@butlersnow.com>
**Subject:** RE: In 3M Combat Arms Earplug Products Liability Litigation Wave 2 - Burnett Law Firm; Junell & Associates, PLLC / Pera

Karen-
Thank you for the call and explanation of the delays. To confirm (and loop others in) we discussed the following:
Mr. Pera has expressed that he does not wish to continue in the litigation, but you do not yet have permission to dismiss his case.
We agreed to set his deposition on 5.24.22 at 9 am EDT.
If you can get permission to dismiss before 5.24.22, we will cancel the deposition. If not, we will go on record and reserve our right to make appropriate motions if he fails to appear.
With the real likelihood Mr. Pera will not appear to avoid unnecessary preparation, if Mr. Pera does surprise everyone by appearing on 5.24.22, you've agreed we can adjourn and promptly reschedule by the wave 2 deadline to give us time to prepare.  And, if you get learn in advance that Mr. Pera will appear you will let us know that asap as well.
We will get the NOD on file as soon as we can.
I've also attached a template stipulated dismissal for you to draft and circulate for sign off before filing if you do receive permission to dismiss.
Have a great weekend, Susan

**From:** Karen Schroeder <KSchroeder@JUNELL-LAW.COM>
**Sent:** Friday, May 13, 2022 2:42 PM
**To:** Susan Robinson <SRobinson@tcspllc.com>; K D Lewis <kdlewis@vorys.com>
**Cc:** Geigel, Henrique A. <hageigel@vorys.com>; TA Edwards <taedwards@vorys.com>; Kari Sutherland <kari.sutherland@butlersnow.com>
**Subject:** RE: In 3M Combat Arms Earplug Products Liability Litigation Wave 2 - Burnett Law Firm; Junell & Associates, PLLC / Pera

In a deposition now. Will call after it is done.

**Karen H. Beyea-Schroeder** | Partner
Junell & Associates, PLLC
3737 Buffalo Speedway Suite 1850 | Houston, Texas 77098
tel 713-221-3750 | direct 713-221-3764 | fax 832-787-1027
kschroeder@junell-law.com



**Confidentiality Note:**  This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**From:** Susan Robinson <SRobinson@tcspllc.com>
**Sent:** Friday, May 13, 2022 1:41 PM
**To:** K D Lewis <kdlewis@vorys.com>; Karen Schroeder <KSchroeder@JUNELL-LAW.COM>
**Cc:** Geigel, Henrique A. <hageigel@vorys.com>; TA Edwards <taedwards@vorys.com>; Kari Sutherland <kari.sutherland@butlersnow.com>
**Subject:** RE: In 3M Combat Arms Earplug Products Liability Litigation Wave 2 - Burnett Law Firm; Junell & Associates, PLLC / Pera

Karen-

4

I see we are not making progress in scheduling Mr. Pera's deposition.

Can we jump on a call to discuss? I'm free this afternoon either 304-414-1808 or 304-543-1077.

If this afternoon doesn't work are you available Monday 10am EST?

Thanks, Susan

---

**From:** Lewis, Kim D. <KDLewis@vorys.com>
**Sent:** Friday, May 13, 2022 9:21 AM
**To:** Karen Schroeder <KSchroeder@JUNELL-LAW.COM>
**Cc:** Geigel, Henrique A. <hageigel@vorys.com>; TA Edwards <taedwards@vorys.com>; Susan Robinson <SRobinson@tcspllc.com>; Kari Sutherland <kari.sutherland@butlersnow.com>
**Subject:** RE: In 3M Combat Arms Earplug Products Liability Litigation Wave 2 - Burnett Law Firm; Junell & Associates, PLLC / Pera

Hi, Karen –

I'm sorry to pester you but we would like to get the deposition of Mr. Pera scheduled, could you please let us know when he might be available?

Thank you,
Kim

---

**From:** Lewis, Kim D.
**Sent:** Thursday, May 12, 2022 10:58 AM
**To:** 'Karen Schroeder' <KSchroeder@JUNELL-LAW.COM>
**Cc:** Geigel, Henrique A. <hageigel@vorys.com>; Edwards, Tiffany A. <taedwards@vorys.com>; 'Susan Robinson' <SRobinson@tcspllc.com>; 'Kari Sutherland' <Kari.Sutherland@butlersnow.com>
**Subject:** RE: In 3M Combat Arms Earplug Products Liability Litigation Wave 2 - Burnett Law Firm; Junell & Associates, PLLC / Pera

Hi, Karen –

Please let us know if you have a date available for Mr. Pera's deposition.

Thank you,
Kim

---

**From:** Lewis, Kim D.
**Sent:** Wednesday, May 11, 2022 11:01 AM
**To:** 'Karen Schroeder' <KSchroeder@JUNELL-LAW.COM>
**Cc:** Geigel, Henrique A. <hageigel@vorys.com>; Edwards, Tiffany A. <taedwards@vorys.com>; 'Susan Robinson' <SRobinson@tcspllc.com>; 'Kari Sutherland' <Kari.Sutherland@butlersnow.com>
**Subject:** RE: In 3M Combat Arms Earplug Products Liability Litigation Wave 2 - Burnett Law Firm; Junell & Associates, PLLC / Pera

Good morning, Karen –

I'm following up to see if you have received a response from Mr. Pera and can set a date for his deposition?

Thank you,
Kim

**From:** Karen Schroeder <KSchroeder@JUNELL-LAW.COM>
**Sent:** Thursday, May 05, 2022 5:55 PM
**To:** Lewis, Kim D. <KDLewis@vorys.com>
**Cc:** Geigel, Henrique A. <hageigel@vorys.com>; Edwards, Tiffany A. <taedwards@vorys.com>
**Subject:** [EXTERNAL] RE: In 3M Combat Arms Earplug Products Liability Litigation Wave 2 - Burnett Law Firm; Junell & Associates, PLLC / Pera

Reached out to him today. Waiting to hear back.

**Karen H. Beyea-Schroeder** | Partner
Junell & Associates, PLLC
3737 Buffalo Speedway Suite 1850 | Houston, Texas 77098
tel 713-221-3750 | direct 713-221-3764 | fax 832-787-1027
kschroeder@junell-law.com



**Confidentiality Note:**  This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

---

**From:** Lewis, Kim D. <KDLewis@vorys.com>
**Sent:** Thursday, May 5, 2022 4:53 PM
**To:** Karen Schroeder <KSchroeder@JUNELL-LAW.COM>
**Cc:** Geigel, Henrique A. <hageigel@vorys.com>; Edwards, Tiffany A. <taedwards@vorys.com>
**Subject:** RE: In 3M Combat Arms Earplug Products Liability Litigation Wave 2 - Burnett Law Firm; Junell & Associates, PLLC / Pera

Hi Karen –

We hope that the surgery of Mr. Pera's child was a success and everyone is doing well.  When you have a moment, could you please let us know if you have been able to obtain dates for his deposition?

Thank you,
Kim

---

**From:** Karen Schroeder <KSchroeder@JUNELL-LAW.COM>
**Sent:** Friday, April 08, 2022 12:54 PM
**To:** Lewis, Kim D. <KDLewis@vorys.com>
**Cc:** Geigel, Henrique A. <hageigel@vorys.com>
**Subject:** [EXTERNAL] RE: In 3M Combat Arms Earplug Products Liability Litigation Wave 2 - Burnett Law Firm; Junell & Associates, PLLC [IWOV-ButlerSnow.FID9775640]

| **CAUTION: External Email** |
|---|

As discussed with Ms. Robinson, I will be contacting Mr. Pera after his child's surgery at the end of the month to get dates. As soon as I have a date I will let you know.

Karen H. Beyea-Schroeder, Esq.
Junell & Associates, PLLC
3737 Buffalo Speedway Suite 1850 | Houston, Texas 77098
tel 713-221-3750  | fax 832-787-1027
www.junell-law.com



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Junell & Associates, (713) 221-3750 (if dialing from outside the US, 001-(713)-221-3750) and purge the communication immediately without making any copy or distribution.

To the extent Junell & Associates is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** Lewis, Kim D. <KDLewis@vorys.com>
**Sent:** Friday, April 8, 2022 11:48 AM
**To:** Karen Schroeder <KSchroeder@JUNELL-LAW.COM>
**Cc:** Geigel, Henrique A. <hageigel@vorys.com>
**Subject:** FW: In 3M Combat Arms Earplug Products Liability Litigation Wave 2 - Burnett Law Firm; Junell & Associates, PLLC [IWOV-ButlerSnow.FID9775640]

Hi, Karen –

For the deposition of Mr. Pera, Mr. Geigel has the following available dates: May 17, 18, 19, or 20 at 10AM ET.  If those dates will not work, could kindly provide dates the following week to schedule?

We look forward to hearing from you.

Thank you,
Kim

**From:** Rod Varner <Rod.Varner@butlersnow.com>
**Sent:** Monday, March 28, 2022 11:04 AM
**To:** Karen Schroeder <Karen.Schroeder@rburnettlaw.com>; 'dlevy@junell-law.com' <dlevy@junell-law.com>
**Cc:** Kari Sutherland <Kari.Sutherland@butlersnow.com>; Susan Robinson <srobinson@tcspllc.com>; Sheena Edwards <Sheena.Edwards@butlersnow.com>; 'hageigel@vorys.com' <hageigel@vorys.com>; KD Lewis <kdlewis@vorys.com>
**Subject:** In 3M Combat Arms Earplug Products Liability Litigation Wave 2 - Burnett Law Firm; Junell & Associates, PLLC [IWOV-ButlerSnow.FID9775640]

Dear Counsel:

We have been asked to provide proposed dates for plaintiff depositions in Wave 2 as we did in Wave 1.
As such, below is a chart with proposed dates for your client(s)' depositions in Wave 2.
We have included proposed start times as well and those will be the deponent's local time.

We also are listing (and copying) the specific defense counsel and paralegal that you should coordinate with on scheduling.

Going forward with communications on your cases, please ensure you send those communications to the listed defense lawyer(s).

**We ask the following of you:**
1. Confirm by April 1 that the proposed date(s)/ time(s) work for your client(s).
2. If the dates/ times do not work, provide 2 alternatives by April 1.
3. Specify by April 1 your client(s)' location and local time zone.
4. Identify the lawyer and paralegal at your firm who will be handling the deposition/ case for deposition scheduling and future communications.
5. If there is a named Loss of Consortium plaintiff already listed in your case, please provide that information on the chart by April 1 and a date/ time/ time zone for that deposition.
    a. Based on plaintiff requests during Wave 1, we hope to get those depositions done the same day as the named plaintiff for everyone's convenience.

THANKS.

| _Plaintiff ID | _Case Name | _Deposition Date (Suggested) | _Deposition Location | _Deposition Time (Suggested) | _LOC Plaintiff as Named in Complaint | _Defense Cou Firm |
|---|---|---|---|---|---|---|
| 133861 | Pera, Gerald _ 227244 _ 7:20cv59739 _ [PID: 133861] _ Wave 1 _ Wave 2 | 4/14/2022 | Blacksburg, SC | 2:00 PM | | Vorys |
| 134256 | Riley, Marvin _ 227249 _ 7:20cv62306 _ [PID: 134256] _ Wave 1 _ Wave 2 | 4/29/2022 | Fayettevillie, NC | 2:00 PM | | Vorys |

Sincerely,

**Rod Varner**
*Paralegal*

D: (205) 297-2259 | F: (205) 297-2201
1819 Fifth Avenue North, Suite 1000, Birmingham, AL 35203
Rod.Varner@butlersnow.com | vCard

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube