**From:** Mooty, Hal <hmooty@bradley.com>
**Sent:** Monday, May 23, 2022 2:46 PM
**To:** jmessa@messalaw.com
**Cc:** S Ruhl <Sruhl@bradley.com>; Evans, Diana <dnevans@bradley.com>; Adriana Mendoza <AMendoza@messalaw.com>; Kari Sutherland <kari.sutherland@butlersnow.com>; Susan Robinson <SRobinson@tcspllc.com>
**Subject:** Re: Tracy Peterson (3M - 59391)

Joseph,

Please see below. It is now 1:45 p.m. CST and no one has shown up to this deposition other than me, the court reporter, and the videographer. I intend to terminate this deposition at 2:00 p.m. CST unless we hear from you.

Hal

**Harold D. Mooty III**
Partner | Bradley
hmooty@bradley.com
d: 256.517.5119  c: 256.698.0456

---

**From:** Mooty, Hal <hmooty@bradley.com>
**Date:** Monday, May 23, 2022 at 1:20 PM
**To:** jmessa@messalaw.com <jmessa@messalaw.com>
**Cc:** Ruhl, Susan <sruhl@bradley.com>, Evans, Diana <dnevans@bradley.com>, Adriana Mendoza <AMendoza@messalaw.com>, Kari Sutherland <Kari.Sutherland@butlersnow.com>, Susan Robinson <srobinson@tcspllc.com>
**Subject:** Re: Tracy Peterson (3M - 59391)

Joseph,

No one has appeared for your client's deposition which was properly noticed for today at 1:00 p.m. CST (see attached). My office has unsuccessfully tried to reach you on multiple occasions via phone and email. The court reporter and videographer are still waiting with me at the attached Zoom link.

Hal

**Harold D. Mooty III**
Partner | Bradley
hmooty@bradley.com
d: 256.517.5119  c: 256.698.0456

---

**From:** Mooty, Hal <hmooty@bradley.com>
**Date:** Wednesday, May 11, 2022 at 5:46 PM
**To:** jmessa@messalaw.com <jmessa@messalaw.com>
**Cc:** Ruhl, Susan <sruhl@bradley.com>, Evans, Diana <dnevans@bradley.com>, Adriana Mendoza <AMendoza@messalaw.com>, Kari Sutherland <Kari.Sutherland@butlersnow.com>, Susan Robinson <srobinson@tcspllc.com>
**Subject:** RE: Tracy Peterson (3M - 59391)

Joseph,

We simply cannot wait any longer to schedule your client's deposition. The court ordered deadline is nearly upon us. Please see my emails below and provide an available date/time. Otherwise, I will be forced to unilaterally notice this deposition for **Thursday, May 19 beginning at 9:00 a.m. (CT)**.

Thank you,

Hal

**Harold D. Mooty III**
Partner | Bradley
hmooty@bradley.com
d: 256.517.5119  c: 256.698.0456

---

**From:** Mooty, Hal
**Sent:** Tuesday, May 10, 2022 1:03 PM
**To:** jmessa@messalaw.com
**Cc:** Ruhl, Susan <sruhl@bradley.com>; Evans, Diana <dnevans@bradley.com>
**Subject:** RE: Tracy Peterson (3M - 59391)

Joseph, please see my email below from Friday regarding scheduling your client's deposition. We need to move forward asap. Thank you.

Hal

**Harold D. Mooty III**
Partner | Bradley
hmooty@bradley.com
d: 256.517.5119  c: 256.698.0456

---

**From:** Mooty, Hal
**Sent:** Friday, May 6, 2022 10:04 AM
**To:** jmessa@messalaw.com
**Cc:** Ruhl, Susan <sruhl@bradley.com>; Evans, Diana <dnevans@bradley.com>
**Subject:** Tracy Peterson (3M - 59391)

Joseph,

Good morning. I understand that you have appeared on behalf of the above-referenced plaintiff, Mr. Peterson. As you may already know, my firm previously attempted on multiple occasions to schedule Mr. Peterson's deposition given the upcoming Wave 2 deadlines.

Please send me available dates/times for your client so we can proceed with scheduling the deposition as soon as possible.

Thanks for your help.

Hal



**Harold D. Mooty III**
Partner
e: hmooty@bradley.com  w: bradley.com
d: 256.517.5119  c: 256.698.0456
Bradley Arant Boult Cummings LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801-4900

LinkedIn | Facebook | Twitter | Instagram | Blogs

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.