# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) Case No. 3:19md2885 )  )  ) ) Judge M. Casey Rodgers ) |
| This Document Relates to: | ) Magistrate Judge Gary R. Jones ) |
| *Joseph Byers*, Case No. 8:20-cv-05837 | ) ) |

## NOTICE OF WITHRAWAL OF PLAINTIFF JOSEPH BYERS FROM DEFENDANTS' MAY 20, 2022 MOTION FOR ORDER TO SHOW CAUSE

On May 20, 2022, Defendants moved the Court for an Order to Show Cause as to why certain Wave 2 plaintiffs' cases should not be dismissed with prejudice for those plaintiffs' failure to comply with certain discovery obligations under Wave Order #2. Defs.' Mot. for Order to Show Cause (Dkt. 3119). As set forth in Defendants' Motion, Plaintiff Joseph Byers did not submit complete medical, academic, and employment authorizations by the April 4, 2022 deadline. *Id.*; Ex. A (Dkt. 3119-1). Since the filing of Defendants' Motion, Plaintiff cured the authorization deficiencies at issue. Defendants therefore respectfully ask that their Motion be withdrawn as to Plaintiff Joseph Byers.

DATED: May 25, 2022                    */s/ Kari L. Sutherland*
                                                               Kari L. Sutherland

64478012.v1

BUTLER SNOW LLP
1200 Jefferson Avenue, Suite 205
Oxford, Mississippi 38655
Tel.: (662) 513-8002
kari.sutherland@butlersnow.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Tel.: (213) 808-5762
kimberly.branscome@dechert.com

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel.: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel.: (312) 862-3254
mnomellini@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

64478012.v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 25, 2022, a copy of the foregoing was filed on the Court's CM/ECF system, which will serve all counsel of record.

DATED: May 25, 2022

/s/ *Kari L. Sutherland*
Kari L. Sutherland
BUTLER SNOW LLP
1200 Jefferson Avenue, Suite 205
Oxford, Mississippi 38655
Tel.: (662) 513-8002
kari.sutherland@butlersnow.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

64478012.v1