## **Exhibit A**

| Plaintiff | Case No. | Missing/Incomplete Authorization(s) |
|---|---|---|
| Wendy Mason | 7:20-cv-17702 | Medical, Employment |
| Michael Hagen | 7:20-cv-47303 | Medical, Academic, Employment |
| Adnan Qasim | 7:20-cv-47360 | Medical, Academic, Employment |
| Bryan Valverde | 7:20-cv-47267 | Medical, Academic, Employment |
| Roy Baldwin | 3:19-cv-02540 | Medical |