## **Exhibit B**

| Plaintiff | Case No. | Missing Discovery Responses |
|---|---|---|
| Jerry Felton | 7:20-cv-04664 | Responses to Second Set of Interrogatories |
| Brent Rowland | 7:20-cv-00371 | Responses to Second Set of Interrogatories |