**Exhibit C**

| Plaintiff | Case No. | Deposition Date |
|---|---|---|
| Travis Smith | 7:20-cv-96109 | May 4, 2022 |
| Mark Holakowski | 8:20-cv-30024 | April 26, 2022 |
| Tracy Peterson | 7:20-cv-08822 | May 23, 2022 |
| Jerry Felton | 7:20-cv-04664 | May 19, 2022 |
| Preston Hudson | 7:20-cv-16164 | May 18, 2022 |
| Donaven Bowen | 8:20-cv-17984 | May 19, 2022 |
| Stephen Cordial | 7:20-cv-13606 | May 20, 2022 |
| Gerald Pera | 7:20-cv-59739 | May 24, 2022 |