**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, May 31, 2022 7:36 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Tuesday, May 31, 2022 12:35:05 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 5/31/2022 at 8:35 AM EDT and filed on 5/31/2022
**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:** [MDL No. 2885](MDL No. 2885)
**Filer:**
**Document Number:** [1717](1717)

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-161) - 10 action(s)** *re: pldg. ([1702] in MDL No. 2885, 1 in MN/0:22-cv-01335, 1 in MN/0:22-cv-01337, 1 in MN/0:22-cv-01340, 1 in MN/0:22-cv-01341, 1 in MN/0:22-cv-01342, 1 in MN/0:22-cv-01343, 1 in MN/0:22-cv-01345, 1 in MN/0:22-cv-01348, 1 in MN/0:22-cv-01349, 1 in MN/0:22-cv-01352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/31/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01335, MN/0:22-cv-01337, MN/0:22-cv-01340, MN/0:22-cv-01341, MN/0:22-cv-01342, MN/0:22-cv-01343, MN/0:22-cv-01345, MN/0:22-cv-01348, MN/0:22-cv-01349, MN/0:22-cv-01352 (dld)**

| | |
|---|---|
| **Case Name:** | Carpenter v. 3M Company et al |

| | |
|---|---|
| Case Number: | MN/0:22-cv-01340 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-161) - 10 action(s)** *re: pldg. ( [1702] in MDL No. 2885, 1 in MN/0:22-cv-01335, 1 in MN/0:22-cv-01337, 1 in MN/0:22-cv-01340, 1 in MN/0:22-cv-01341, 1 in MN/0:22-cv-01342, 1 in MN/0:22-cv-01343, 1 in MN/0:22-cv-01345, 1 in MN/0:22-cv-01348, 1 in MN/0:22-cv-01349, 1 in MN/0:22-cv-01352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/31/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01335, MN/0:22-cv-01337, MN/0:22-cv-01340, MN/0:22-cv-01341, MN/0:22-cv-01342, MN/0:22-cv-01343, MN/0:22-cv-01345, MN/0:22-cv-01348, MN/0:22-cv-01349, MN/0:22-cv-01352 (dld)**

| | |
|---|---|
| Case Name: | Thompson v. 3M Company et al |
| Case Number: | MN/0:22-cv-01352 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-161) - 10 action(s)** *re: pldg. ( [1702] in MDL No. 2885, 1 in MN/0:22-cv-01335, 1 in MN/0:22-cv-01337, 1 in MN/0:22-cv-01340, 1 in MN/0:22-cv-01341, 1 in MN/0:22-cv-01342, 1 in MN/0:22-cv-01343, 1 in MN/0:22-cv-01345, 1 in MN/0:22-cv-01348, 1 in MN/0:22-cv-01349, 1 in MN/0:22-cv-01352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/31/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01335, MN/0:22-cv-01337, MN/0:22-cv-01340, MN/0:22-cv-01341, MN/0:22-cv-01342, MN/0:22-cv-01343, MN/0:22-cv-01345, MN/0:22-cv-01348, MN/0:22-cv-01349, MN/0:22-cv-01352 (dld)**

| | |
|---|---|
| Case Name: | Bonnell v. 3M Company et al |
| Case Number: | MN/0:22-cv-01335 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-161) - 10 action(s)** *re: pldg. ( [1702] in MDL No. 2885, 1 in MN/0:22-cv-01335, 1 in MN/0:22-cv-01337, 1 in MN/0:22-cv-01340, 1 in MN/0:22-cv-01341, 1 in MN/0:22-cv-01342, 1 in MN/0:22-cv-01343, 1 in MN/0:22-cv-01345, 1 in MN/0:22-cv-01348, 1 in MN/0:22-cv-01349, 1 in MN/0:22-cv-01352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/31/2022.**

**Associated Cases:** MDL No. 2885, MN/0:22-cv-01335, MN/0:22-cv-01337, MN/0:22-cv-01340, MN/0:22-cv-01341, MN/0:22-cv-01342, MN/0:22-cv-01343, MN/0:22-cv-01345, MN/0:22-cv-01348, MN/0:22-cv-01349, MN/0:22-cv-01352 (dld)

| | |
|---|---|
| **Case Name:** | Fabela v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01343 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-161) - 10 action(s)** *re: pldg. ( [1702] in MDL No. 2885, 1 in MN/0:22-cv-01335, 1 in MN/0:22-cv-01337, 1 in MN/0:22-cv-01340, 1 in MN/0:22-cv-01341, 1 in MN/0:22-cv-01342, 1 in MN/0:22-cv-01343, 1 in MN/0:22-cv-01345, 1 in MN/0:22-cv-01348, 1 in MN/0:22-cv-01349, 1 in MN/0:22-cv-01352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/31/2022.**

**Associated Cases:** MDL No. 2885, MN/0:22-cv-01335, MN/0:22-cv-01337, MN/0:22-cv-01340, MN/0:22-cv-01341, MN/0:22-cv-01342, MN/0:22-cv-01343, MN/0:22-cv-01345, MN/0:22-cv-01348, MN/0:22-cv-01349, MN/0:22-cv-01352 (dld)

| | |
|---|---|
| **Case Name:** | Ripplinger v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01348 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-161) - 10 action(s)** *re: pldg. ( [1702] in MDL No. 2885, 1 in MN/0:22-cv-01335, 1 in MN/0:22-cv-01337, 1 in MN/0:22-cv-01340, 1 in MN/0:22-cv-01341, 1 in MN/0:22-cv-01342, 1 in MN/0:22-cv-01343, 1 in MN/0:22-cv-01345, 1 in MN/0:22-cv-01348, 1 in MN/0:22-cv-01349, 1 in MN/0:22-cv-01352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/31/2022.**

**Associated Cases:** MDL No. 2885, MN/0:22-cv-01335, MN/0:22-cv-01337, MN/0:22-cv-01340, MN/0:22-cv-01341, MN/0:22-cv-01342, MN/0:22-cv-01343, MN/0:22-cv-01345, MN/0:22-cv-01348, MN/0:22-cv-01349, MN/0:22-cv-01352 (dld)

| | |
|---|---|
| **Case Name:** | Border v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01337 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-161) - 10 action(s)** *re: pldg. ( [1702] in MDL No. 2885, 1 in MN/0:22-cv-01335, 1 in MN/0:22-cv-01337, 1 in MN/0:22-cv-01340, 1 in MN/0:22-cv-01341, 1 in MN/0:22-cv-01342, 1 in MN/0:22-cv-01343, 1 in MN/0:22-cv-01345, 1 in*

*MN/0:22-cv-01348, 1 in MN/0:22-cv-01349, 1 in MN/0:22-cv-01352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/31/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01335, MN/0:22-cv-01337, MN/0:22-cv-01340, MN/0:22-cv-01341, MN/0:22-cv-01342, MN/0:22-cv-01343, MN/0:22-cv-01345, MN/0:22-cv-01348, MN/0:22-cv-01349, MN/0:22-cv-01352 (dld)**

| | |
|---|---|
| **Case Name:** | Johnson v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01345 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-161) - 10 action(s)** *re: pldg. ( [1702] in MDL No. 2885, 1 in MN/0:22-cv-01335, 1 in MN/0:22-cv-01337, 1 in MN/0:22-cv-01340, 1 in MN/0:22-cv-01341, 1 in MN/0:22-cv-01342, 1 in MN/0:22-cv-01343, 1 in MN/0:22-cv-01345, 1 in MN/0:22-cv-01348, 1 in MN/0:22-cv-01349, 1 in MN/0:22-cv-01352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/31/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01335, MN/0:22-cv-01337, MN/0:22-cv-01340, MN/0:22-cv-01341, MN/0:22-cv-01342, MN/0:22-cv-01343, MN/0:22-cv-01345, MN/0:22-cv-01348, MN/0:22-cv-01349, MN/0:22-cv-01352 (dld)**

| | |
|---|---|
| **Case Name:** | Chacon v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01342 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-161) - 10 action(s)** *re: pldg. ( [1702] in MDL No. 2885, 1 in MN/0:22-cv-01335, 1 in MN/0:22-cv-01337, 1 in MN/0:22-cv-01340, 1 in MN/0:22-cv-01341, 1 in MN/0:22-cv-01342, 1 in MN/0:22-cv-01343, 1 in MN/0:22-cv-01345, 1 in MN/0:22-cv-01348, 1 in MN/0:22-cv-01349, 1 in MN/0:22-cv-01352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/31/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01335, MN/0:22-cv-01337, MN/0:22-cv-01340, MN/0:22-cv-01341, MN/0:22-cv-01342, MN/0:22-cv-01343, MN/0:22-cv-01345, MN/0:22-cv-01348, MN/0:22-cv-01349, MN/0:22-cv-01352 (dld)**

| | |
|---|---|
| **Case Name:** | Smith v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01349 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-161) - 10 action(s)** *re: pldg. ( [1702] in MDL No. 2885, 1 in MN/0:22-cv-01335, 1 in MN/0:22-cv-01337, 1 in MN/0:22-cv-01340, 1 in MN/0:22-cv-01341, 1 in MN/0:22-cv-01342, 1 in MN/0:22-cv-01343, 1 in MN/0:22-cv-01345, 1 in MN/0:22-cv-01348, 1 in MN/0:22-cv-01349, 1 in MN/0:22-cv-01352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/31/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01335, MN/0:22-cv-01337, MN/0:22-cv-01340, MN/0:22-cv-01341, MN/0:22-cv-01342, MN/0:22-cv-01343, MN/0:22-cv-01345, MN/0:22-cv-01348, MN/0:22-cv-01349, MN/0:22-cv-01352 (dld)**

| | |
|---|---|
| **Case Name:** | Cavin v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01341 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-161) - 10 action(s)** *re: pldg. ( [1702] in MDL No. 2885, 1 in MN/0:22-cv-01335, 1 in MN/0:22-cv-01337, 1 in MN/0:22-cv-01340, 1 in MN/0:22-cv-01341, 1 in MN/0:22-cv-01342, 1 in MN/0:22-cv-01343, 1 in MN/0:22-cv-01345, 1 in MN/0:22-cv-01348, 1 in MN/0:22-cv-01349, 1 in MN/0:22-cv-01352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/31/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01335, MN/0:22-cv-01337, MN/0:22-cv-01340, MN/0:22-cv-01341, MN/0:22-cv-01342, MN/0:22-cv-01343, MN/0:22-cv-01345, MN/0:22-cv-01348, MN/0:22-cv-01349, MN/0:22-cv-01352 (dld)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-01340 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01340 Notice will not be electronically mailed to:**

**MN/0:22-cv-01352 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01352 Notice will not be electronically mailed to:**

**MN/0:22-cv-01335 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01335 Notice will not be electronically mailed to:**

**MN/0:22-cv-01343 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01343 Notice will not be electronically mailed to:**

**MN/0:22-cv-01348 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01348 Notice will not be electronically mailed to:**

**MN/0:22-cv-01337 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01337 Notice will not be electronically mailed to:**

**MN/0:22-cv-01345 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01345 Notice will not be electronically mailed to:**

**MN/0:22-cv-01342 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01342 Notice will not be electronically mailed to:**

**MN/0:22-cv-01349 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01349 Notice will not be electronically mailed to:**

**MN/0:22-cv-01341 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01341 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/31/2022] [FileNumber=1117850-0]
[28007786aafac42c415920e1db29d97c86c1b30c96f74b81faa409eccbf9c6b44848
fd6a245b0f545fbb6c04a6593ca6797b30eb66a7abe95fcfc841b3c0f344]]