## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Case No. 3:19-MD-2885<br><br>Judge M. Casey Rodgers |
| This Document Relates to All Cases | ) | Magistrate Judge Gary R. Jones |

### NOTICE OF WITHDRAWAL OF ATTORNEY AND CO-COUNSEL

PLEASE TAKE NOTICE that attorney STEVEN P. JOHNSTON of the law firm of PARAFINCZUK WOLF, P.A. hereby withdraws as an attorney of record in the above-referenced action and as co-counsel for all Plaintiffs represented by the law firm of PARAFINCZUK WOLF, P.A. in the above-referenced action, including the Plaintiffs identified on the attached Exhibit A.

All other Plaintiffs' counsel of record for all Plaintiffs represented by the law firm of PARAFINCZUK WOLF, P.A. in the above-referenced action, including the Plaintiffs identified on the attached Exhibit A, shall remain.

Attorney Steven P. Johnston further respectfully requests that he be removed from all notice and service lists, including all electronic filing and service lists, related to the above-referenced action.

Respectfully submitted this 31st day of May, 2022.

s/ Steven P. Johnston
Steven P. Johnston
Parafinczuk Wolf, P.A.
5445 DTC Parkway
Penthouse 4
Greenwood Village, CO 80111
Phone: (954) 462-6700
Fax: (954) 678-4122
Email: sjohnston@parawolf.com

**FOR MAILING ONLY:**
Parafinczuk Wolf, P.A.
Pembroke Pines Professional Centre
9050 Pines Blvd, Suite 450-02
Pembroke Pines, FL 33024
Phone: (954) 462-6700
Fax: (954) 678-4122

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, 2022, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF ATTORNEY AND CO-COUNSEL** was electronically filed with the Clerk of Court and served using the CM/ECF system.

s/ Steven P. Johnston
Steven P. Johnston