# EXHIBIT A

3M - Master Case List - 3/9/2022

| Name | Case Title | Case Number (If Applicable) |
|---|---|---|
| 3M - Aarons, Aldane Anthony | Aarons v.  3M Company et al | 3:21-cv-01214-MCR-GRJ |
| 3M - Abreu, Victor | Abreu v.  3M Company et al | 7:21-cv-41922-MCR-GRJ |
| 3M - Acosta, Edgar | Acosta v.  3M Company et al | 8:20-cv-66736-MCR-GRJ |
| 3M - Ahnee, Leroy | Ahnee v.  3M Company et al | 7:21-cv-44542-MCR-GRJ |
| 3M - Akil, Anthony | Akila v.  3M Company et al | 8:20-cv-59667-MCR-GRJ |
| 3M - Alejandro, Jaydon | Alejandro v.  3M Company et al | 7:21-cv-41930-MCR-GRJ |
| 3M - Alexander, Kenya | Alexander v.  3M Company et al | 8:20-cv-38631-MCR-GRJ |
| 3M - Alfred, Daniel | Alfred v.  3M Company et al | 7:21-cv-41934-MCR-GRJ |
| 3M - Allen, John M. | Allen v.  3M Company et al | 7:20-cv-05128-MCR-GRJ |
| 3M - Allen, Sean | Allen v.  3M Company et al | 7:21-cv-41938-MCR-GRJ |
| 3M - Anderson, Catherine | Anderson v.  3M Company et al | 8:20-cv-38646-MCR-GRJ |
| 3M - Anderson, Exiquio Cooper | Anderson v.  3M Company et al | 9:20-cv-02812-MCR-GRJ |
| 3M - Anderson, Koalton | Anderson v.  3M Company et al | 8:20-cv-61438-MCR-GRJ |
| 3M - Anderson, Robert | Anderson v.  3M Company et al | 7:21-cv-52896-MCR-GRJ |
| 3M - Anderson, Zachary | Anderson v.  3M Company et al | 7:20-cv-38075-MCR-GRJ |
| 3M - Anthony, Aubrey | Anthony v.  3M Company et al | 7:21-cv-41940-MCR-GRJ |
| 3M - Antwine, Marilyn | Antwine v.  3M Company et al | 7:21-cv-10573-MCR-GRJ |
| 3M - Appleby, Ashton | Appleby v.  3M Company et al | 7:20-cv-90030-MCR-GRJ |
| 3M - Appling, Thomas | Appling v.  3M Company et al | 7:20-cv-05231-MCR-GRJ |
| 3M - Arifi, Adrian | Arifi v.  3M Company et al | 7:21-cv-41942-MCR-GRJ |
| 3M - Armstrong, Gregory | Armstrong v.  3M Company et al | 7:20-cv-35239-MCR-GRJ |
| 3M - Asuncion, Alfred | Asuncion v.  3M Company et al | 7:21-cv-52843-MCR-GRJ |
| 3M - Atkins, Jamie | Atkins v.  3M Company et al | 7:20-cv-05219-MCR-GRJ |
| 3M - Auchtung, Matthew | Auchtung v.  3M Company et al | 7:20-cv-05270-MCR-GRJ |
| 3M - Bachini, Kenneth | Bachini v.  3M Company et al | 7:20-cv-38083-MCR-GRJ |
| 3M - Bailey, Jonathan | Bailey v.  3M Company et al | 7:21-cv-44544-MCR-GRJ |
| 3M - Baldwin, Jennifer | Baldwin v.  3M Company et al | 7:20-cv-38087-MCR-GRJ |
| 3M - Baldwin, Roy Phillip | Baldwin v.  3M Company et al | 3:19-cv-02540-MCR-GRJ |
| 3M - Balletta, Anthony | Balletta v.  3M Company et al | 7:21-cv-52856-MCR-GRJ |
| 3M - Barksdale, Yolondia | Barksdale v.  3M Company et al | 7:21-cv-52821-MCR-GRJ |
| 3M - Barnett, Christopher | Barnett v.  3M Company et al | 7:21-cv-10611-MCR-GRJ |
| 3M - Barnett, Michael | Barnett v.  3M Company et al | 3:21-cv-01727-MCR-GRJ |
| 3M - Barney, Christopher | Barney v.  3M Company et al | 7:21-cv-52839-MCR-GRJ |
| 3M - Barto, Diasia | Barto v.  3M Company et al | 8:20-cv-61467-MCR-GRJ |
| 3M - Bearden, Matthew | Bearden v.  3M Company et al | 7:21-cv-52846-MCR-GRJ |
| 3M - Beck, Kyle | Beck v.  3M Company et al | 7:21-cv-10659-MCR-GRJ |
| 3M - Beckman, Zackary | Beckman v.  3M Company et al | 7:21-cv-10634-MCR-GRJ |
| 3M - Beecher, Christopher | Beecher v.  3M Company et al | 7:21-cv-52830-MCR-GRJ |
| 3M - Berrett, Brandon | Berrett v.  3M Company et al | 3:21-cv-01245-MCR-GRJ |
| 3M - Bess, Donald | Bess v.  3M Company et al | 3:21-cv-01246-MCR-GRJ |
| 3M - Beverly, Clayborn | Beverly v.  3M Company et al | 8:20-cv-59579-MCR-GRJ |
| 3M - Biffel, Larry | Biffel v.  3M Company et al | 8:20-cv-38685-MCR-GRJ |
| 3M - Biondo, Vito | Biondo v.  3M Company et al | 3:21-cv-01247-MCR-GRJ |
| 3M - Bishop, Joe | Bishop v.  3M Company et al | 8:20-cv-38697-MCR-GRJ |
| 3M - Blackshear, David | Blackshear v.  3M Company et al | 7:20-cv-90059-MCR-GRJ |
| 3M - Blake, Nickolas | Blake v.  3M Company et al | 7:20-cv-38104-MCR-GRJ |

3M - Master Case List - 3/9/2022

| | | |
|---|---|---|
| 3M - Blasdel, Randy | Blasdel v.  3M Company et al | 8:20-cv-66976-MCR-GRJ |
| 3M - Bolanos, Jorge Galvan | Bolanos v.  3M Company et al | 7:20-cv-38110-MCR-GRJ |
| 3M - Bougor, Michael | Bougor v.  3M Company et al | 8:20-cv-38726-MCR-GRJ |
| 3M - Bowden, Albert | Bowden v.  3M Company et al | 8:20-cv-38731-MCR-GRJ |
| 3M - Boyd, Tyler | Boyd v.  3M Company et al | 9:20-cv-10735-MCR-GRJ |
| 3M - Branch, James | Branch v.  3M Company et al | 7:21-cv-42014-MCR-GRJ |
| 3M - Brantley, James | Brantley v.  3M Company et al | 7:20-cv-89743-MCR-GRJ |
| 3M - Breneman, John | Breneman v.  3M Company et al | 7:20-cv-05719-MCR-GRJ |
| 3M - Brinson, Emmanuel | Brinson v.  3M Company et al | 8:20-cv-38741-MCR-GRJ |
| 3M - Brooks, Cody | Brooks v.  3M Company et al | 7:20-cv-38150-MCR-GRJ |
| 3M - Brooks, Dale | Brooks v.  3M Company et al | 8:20-cv-38751-MCR-GRJ |
| 3M - Brown, Antoine | Brown v.  3M Company et al | 7:21-cv-10586-MCR-GRJ |
| 3M - Brown, Eric | Brown v.  3M Company et al | 7:21-cv-28572-MCR-GRJ |
| 3M - Brown, James | Brown v.  3M Company et al | 7:21-cv-48939-MCR-GRJ |
| 3M - Brown, Maurell | Brown v.  3M Company et al | 8:20-cv-38766-MCR-GRJ |
| 3M - Brown, Phillip | Brown v.  3M Company et al | 8:20-cv-38761-MCR-GRJ |
| 3M - Brown-Pratt, Daphne | Brown-Pratt v.  3M Company et al | 8:20-cv-62609-MCR-GRJ |
| 3M - Browne, Teondra Darnae | Browne v.  3M Company et al | 7:21-cv-10627-MCR-GRJ |
| 3M - Brummel, Kevin | Brummel v.  3M Company et al | 8:20-cv-38772-MCR-GRJ |
| 3M - Bryant, Amy | Bryant v.  3M Company et al | 8:20-cv-38777-MCR-GRJ |
| 3M - Bundrage, David | Bundrage v.  3M Company et al | 7:20-cv-90076-MCR-GRJ |
| 3M - Burge, David | Burge v.  3M Company et al | 7:20-cv-38156-MCR-GRJ |
| 3M - Burgess, Christopher | Burgess v.  3M Company et al | 7:20-cv-05127-MCR-GRJ |
| 3M - Burnett, Kristofer | Burnett v.  3M Company et al | 8:20-cv-66786-MCR-GRJ |
| 3M - Burry, Michael Jason | Burry v.  3M Company et al | 7:20-cv-05721-MCR-GRJ |
| 3M - Butler, Stephanie | Butler v.  3M Company et al | 7:20-cv-38162-MCR-GRJ |
| 3M - Byarse, Rudolph | Byarse v.  3M Company et al | 7:21-cv-27444-MCR-GRJ |
| 3M - Callahan, Shannon | Callahan v.  3M Company et al | 8:20-cv-62620-MCR-GRJ |
| 3M - Camejo, Milton | Camejo v.  3M Company et al | 7:20-cv-89930-MCR-GRJ |
| 3M - Caple, Gary | Caple v.  3M Company et al | 7:21-cv-10643-MCR-GRJ |
| 3M - Carcamo, Marco | Carcamo v.  3M Company et al | 7:20-cv-05121-MCR-GRJ |
| 3M - Cardenas, Gilberto | Cardenas v.  3M Company et al | 8:20-cv-28639-MCR-GRJ |
| 3M - Cardin, Michael | Cardin v.  3M Company et al | 8:20-cv-38802-MCR-GRJ |
| 3M - Carroll, John | Carroll v.  3M Company et al | 7:20-cv-90078-MCR-GRJ |
| 3M - Carroll, Karl | Carroll v.  3M Company et al | 7:21-cv-10602-MCR-GRJ |
| 3M - Carter, Monaleatha Lynn | Carter v.  3M Company et al | 7:21-cv-10567-MCR-GRJ |
| 3M - Cartledge, John | Cartledge v.  3M Company et al | 7:20-cv-89820-MCR-GRJ |
| 3M - Case, George H. | Case v.  3M Company et al | 7:21-cv-10564-MCR-GRJ |
| 3M - Caudill, Tyler | Caudill v.  3M Company et al | 7:20-cv-05281-MCR-GRJ |
| 3M - Chase, Matthew | Chase v.  3M Company et al | 7:20-cv-05211-MCR-GRJ |
| 3M - Chavez, Julian | Chavez v.  3M Company et al | 7:21-cv-10654-MCR-GRJ |
| 3M - Chebbi, Ramzi | Chebbi v.  3M Company et al | 7:20-cv-38177-MCR-GRJ |
| 3M - Cherry, Matthew | Cherry v.  3M Company et al | 7:21-cv-48990-MCR-GRJ |
| 3M - Chesworth, Evan | Chesworth v.  3M Company et al | 8:20-cv-28604-MCR-GRJ |
| 3M - Chevalier, Chaz | Chevalier v.  3M Company et al | 9:20-cv-04328-MCR-GRJ |
| 3M - Choate, Jed | Choate v.  3M Company et al | 7:20-cv-38180-MCR-GRJ |
| 3M - Christion, Delancy | Christion v.  3M Company et al | 7:21-cv-27431-MCR-GRJ |

3M - Master Case List - 3/9/2022

| | | |
|---|---|---|
| 3M - Clearwater, Benjamin | Clearwater v. 3M Company et al | 7:21-cv-10678-MCR-GRJ |
| 3M - Clements, Zachary | Clements v. 3M Company et al | 7:20-cv-90089-MCR-GRJ |
| 3M - Coleman, Ryan | Coleman v. 3M Company et al | 7:20-cv-05274-MCR-GRJ |
| 3M - COLLINS, ANTONIO | Collins v. 3M Company et al | 8:20-cv-59661-MCR-GRJ |
| 3M - Collins, Shaun | Collins v. 3M Company et al | 7:21-cv-42020-MCR-GRJ |
| 3M - Collman, Charles | Collman v. 3M Company et al | 8:20-cv-90056-MCR-GRJ |
| 3M - Comeaux, Nicholas | Comeaux v. 3M Company et al | 3:21-cv-01726-MCR-GRJ |
| 3M - Conrey, Clint | Conrey v. 3M Company et al | 8:20-cv-38828-MCR-GRJ |
| 3M - Corpening, Marcus | Corpening v. 3M Company et al | 7:21-cv-10669-MCR-GRJ |
| 3M - Corpin, Russell | Corpin v. 3M Company et al | 8:20-cv-38842-MCR-GRJ |
| 3M - Cottingham, Brett | Cottingham v. 3M Company et al | 8:20-cv-38847-MCR-GRJ |
| 3M - Cottom, John | Cottom v. 3M Company et al | 8:20-cv-38852-MCR-GRJ |
| 3M - Cox, Andrew | Cox v. 3M Company et al | 7:21-cv-48919-MCR-GRJ |
| 3M - Cox, Jake | Cox v. 3M Company et al | 7:21-cv-52858-MCR-GRJ |
| 3M - Cox, Richard | Cox v. 3M Company et al | 8:20-cv-38863-MCR-GRJ |
| 3M - Crane, Runnar | Crane v. 3M Company et al | 7:20-cv-05212-MCR-GRJ |
| 3M - Creed, Bryan | Creed v. 3M Company et al | 8:20-cv-38868-MCR-GRJ |
| 3M - Crosby, James | Crosby v. 3M Company et al | 7:20-cv-90101-MCR-GRJ |
| 3M - Cruz Caro, Walter | Cruz Caro v. 3M Company et al | 7:21-cv-33570-MCR-GRJ |
| 3M - Cruz, Luis Eduardo | Cruz v. 3M Company et al | 7:20-cv-05756-MCR-GRJ |
| 3M - Culp, Brandon | Culp v. 3M Company et al | 8:20-cv-38882-MCR-GRJ |
| 3M - Daniels, Samuel | Daniels v. 3M Company et al | 7:20-cv-90104-MCR-GRJ |
| 3M - Davenport, Adam | Davenport v. 3M Company et al | 7:21-cv-14047-MCR-GRJ |
| 3M - Davis, Jordan | Davis v. 3M Company et al | 7:20-cv-35998-MCR-GRJ |
| 3M - Davis, Michael | Davis v. 3M Company et al | 7:21-cv-10668-MCR-GRJ |
| 3M - Dawkins, Willard Gregory | Dawkins v. 3M Company et al | 8:20-cv-49890-MCR-GRJ |
| 3M - Dawson, John | Dawson v. 3M Company et al | 7:20-cv-05229-MCR-GRJ |
| 3M - Decamps, Mark | Decamps v. 3M Company et al | 7:20-cv-05174-MCR-GRJ |
| 3M - Deleonlopez, Johnathan | Deleonlopez v. 3M Company et al | 8:20-cv-38903-MCR-GRJ |
| 3M - DeLillo, Lori | DeLillo v. 3M Company et al | 8:20-cv-67037-MCR-GRJ |
| 3M - Demers, Kenneth | Demers v. 3M Company et al | 8:20-cv-62642-MCR-GRJ |
| 3M - Denis, Dalton | Denis v. 3M Company et al | 7:20-cv-90108-MCR-GRJ |
| 3M - Desantis, John Anthony | Desantis v. 3M Company et al | 7:21-cv-10656-MCR-GRJ |
| 3M - Detlefsen, Daniel | Detlefsen v. 3M Company et al | 3:21-cv-01248-MCR-GRJ |
| 3M - Devor, Arianna | Devor v. 3M Company et al | 3:21-CV-01250-MCR-GRJ |
| 3M - Dietz, John | Dietz v. 3M Company et al | 3:21-cv-01252-MCR-GRJ |
| 3M - Diggs, Robert | Diggs v. 3M Company et al | 3:21-CV-01254-MCR-GRJ |
| 3M - Diuguid, Samuel | Diuguid v. 3M Company et al | 8:20-cv-28387-MCR-GRJ |
| 3M - Dixon, Michael | Dixon v. 3M Company et al | 3:21-cv-01262-MCR-GRJ |
| 3M - Dixon, Xavier | Dixon v. 3M Company et al | 7:20-cv-90110-MCR-GRJ |
| 3M - Doczi, Jason | Doczi v. 3M Company et al | 3:21-cv-01264-MCR-GRJ |
| 3M - Dominguez, Felipe | Dominguez v. 3M Company et al | 3:21-cv-01265-MCR-GRJ |
| 3M - Dow, Gerard | Dow v. 3M Company et al | 8:20-cv-59630-MCR-GRJ |
| 3M - Dowling, Thomas | Dowling v. 3M Company et al | 3:21-cv-01266-MCR-GRJ |
| 3M - Doyle, Christopher | Doyle v. 3M Company et al | 7:20-cv-90112-MCR-GRJ |
| 3M - Doyle, Jefferson | Doyle v. 3M Company et al | 3:21-cv-01309-MCR-GRJ |
| 3M - Drummond, Carlton | Drummond v. 3M Company et al | 7:20-cv-34358-MCR-GRJ |

3M - Master Case List - 3/9/2022

| | | |
|---|---|---|
| 3M - Dubois, David | Dubois v.  3M Company et al | 7:20-cv-90114-MCR-GRJ |
| 3M - Dunbar, Michael | Dunbar v.  3M Company et al | 7:20-cv-38201-MCR-GRJ |
| 3M - Dysart, Gerald | Dysart v.  3M Company et al | 7:21-cv-28577-MCR-GRJ |
| 3M - Eager, Arielle | Eager v.  3M Company et al | 8:20-cv-66815-MCR-GRJ |
| 3M - Early, Lance | Early v.  3M Company et al | 3:21-cv-01311-MCR-GRJ |
| 3M - Earwood, Logan | Earwood v.  3M Company et al | 3:21-cv-01312-MCR-GRJ |
| 3M - Edde, Kraig | Edde v.  3M Company et al | 8:20-cv-28589-MCR-GRJ |
| 3M - Edwards, Linda | Edwards v.  3M Company et al | 3:21-cv-01313-MCR-GRJ |
| 3M - Edwards, Tamara | Edwards v.  3M Company et al | 7:20-cv-90120-MCR-GRJ |
| 3M - Edwell, Shawn | Edwell v.  3M Company et al | 8:20-cv-66821-MCR-GRJ |
| 3M - Elizaldi, Brandon | Elizaldi v.  3M Company et al | 7:20-cv-38203-MCR-GRJ |
| 3M - Ellerson, Nikolas | Ellerson v.  3M Company et al | 7:20-cv-34585-MCR-GRJ |
| 3M - Ellis, Lance | Ellis v.  3M Company et al | 7:20-cv-38206-MCR-GRJ |
| 3M - Enfinger, Sonny | Enfinger v.  3M Company et al | 3:21-cv-01314-MCR-GRJ |
| 3M - English, Armand | English v.  3M Company et al | 7:21-cv-10575-MCR-GRJ |
| 3M - Enrique, Alberto | Enrique v.  3M Company et al | 8:20-cv-28466-MCR-GRJ |
| 3M - Erwin, Derek | Erwin v.  3M Company et al | 7:20-cv-05250-MCR-GRJ |
| 3M - Escalante, Romualdo | Escalante v.  3M Company et al | 8:20-cv-49915-MCR-GRJ |
| 3M - Estell, Darius | Estell v.  3M Company et al | 8:20-cv-38955-MCR-GRJ |
| 3M - Estes, Antoinette | Estes v.  3M Company et al | 8:20-cv-67058-MCR-GRJ |
| 3M - Evans, Jordan | Evans v.  3M Company et al | 3:21-cv-01315-MCR-GRJ |
| 3M - Evans, Lance | Evans v.  3M Company et al | 3:21-cv-01728-MCR-GRJ |
| 3M - Ewing, Tony | Ewing v.  3M Company et al | 7:20-cv-34863-MCR-GRJ |
| 3M - Fadda, Michael | Fadda v.  3M Company et al | 8:20-cv-38959-MCR-GRJ |
| 3M - Fallon, Paul | Fallon v.  3M Company et al | 3:21-cv-01317-MCR-GRJ |
| 3M - Falls, Christopher | Falls v.  3M Company et al | 3:21-cv-01318-MCR-GRJ |
| 3M - Favreau, William R. | Favreau v.  3M Company et al | 7:21-cv-27325-MCR-GRJ |
| 3M - FELDER, JOSHUA | Felder v.  3M Company et al | 7:20-cv-90128-MCR-GRJ |
| 3M - Feliz, Christian | Feliz v.  3M Company et al | 8:20-cv-62658-MCR-GRJ |
| 3M - Finch, Shaun | Finch v.  3M Company et al | 8:20-cv-62662-MCR-GRJ |
| 3M - Fisher, Jeremy | Fisher v.  3M Company et al | 7:21-cv-24250-MCR-GRJ |
| 3M - Flores, Juaquin | Flores v.  3M Company et al | 3:21-cv-01321-MCR-GRJ |
| 3M - Forbes, Scott | Forbes v.  3M Company et al | 8:20-cv-62667-MCR-GRJ |
| 3M - Ford, Jason | Ford v.  3M Company et al | 3:21-cv-01322-MCR-GRJ |
| 3M - Ford, Regina | Ford v.  3M Company et al | 3:21-cv-01326-MCR-GRJ |
| 3M - Fortunato, Noah | Fortunato v.  3M Company et al | 3:21-cv-01327-MCR-GRJ |
| 3M - Foster, Jr., Warren | Foster v.  3M Company et al | 7:21-cv-10570-MCR-GRJ |
| 3M - Foster, Matt | Foster v.  3M Company et al | 8:20-cv-39008-MCR-GRJ |
| 3M - Francis, Drake | Francis v.  3M Company et al | 3:21-cv-01317-MCR-GRJ |
| 3M - Franks, Briane | Franks v.  3M Company et al | 8:20-cv-39016-MCR-GRJ |
| 3M - Freeman, Terry | Freeman v.  3M Company et al | 7:20-cv-05159-MCR-GRJ |
| 3M - Friend, Kevin | Friend v.  3M Company et al | 9:20-cv-20191-MCR-GRJ |
| 3M - Gadson, Terrence | Gadson v.  3M Company et al | 3:21-cv-01330-MCR-GRJ |
| 3M - Gage, Joshua | Gage v.  3M Company et al | 3:21-cv-01332-MCR-GRJ |
| 3M - Galam, John | Galam v.  3M Company et al | 7:20-cv-90134-MCR-GRJ |
| 3M - Ganshorn, Andrew | Ganshorn v.  3M Company et al | 7:20-cv-35165-MCR-GRJ |
| 3M - Garay, Ryan | Garay v.  3M Company et al | 8:20-cv-39020-MCR-GRJ |

3M - Master Case List - 3/9/2022

| | | |
|---|---|---|
| 3M - Garcia, Adam | Garcia v. 3M Company et al | 3:21-cv-1358-MCR-GRJ |
| 3M - Garcia, Erdwin | Garcia v. 3M Company et al | 7:21-cv-28578-MCR-GRJ |
| 3M - Garcia, Feliciano | Garcia v. 3M Company et al | 7:20-cv-05164-MCR-GRJ |
| 3M - Garcia, Ruben A. | Garcia v. 3M Company et al | 8:20-cv-39025-MCR-GRJ |
| 3M - Gardner, Curtis | Gardner v. 3M Company et al | 7:21-cv-10681-MCR-GRJ |
| 3M - Gardner, Zachary James | Gardner v. 3M Company et al | 8:20-cv-62671-MCR-GRJ |
| 3M - Garibay, Ramon | Garibay v. 3M Company et al | 7:20-cv-89829-MCR-GRJ |
| 3M - Garland, David | Garland v. 3M Company et al | 7:21-cv-28579-MCR-GRJ |
| 3M - German, Michael | German v. 3M Company et al | 8:20-cv-39041-MCR-GRJ |
| 3M - Ghering, Shea | Ghering v. 3M Company et al | 7:20-cv-38215-MCR-GRJ |
| 3M - Gillis, Sherisa | Gillis v. 3M Company et al | 3:21-cv-1365-MCR-GRJ |
| 3M - Gilmer, Cassius | Gilmer v. 3M Company et al | 7:21-cv-10677-MCR-GRJ |
| 3M - Gisa, Jacob | Gisa v. 3M Company et al | 7:21-cv-10683-MCR-GRJ |
| 3M - Glass, Nathaniel | Glass v. 3M Company et al | 7:21-cv-24256-MCR-GRJ |
| 3M - Glenn, Keith | Glenn v. 3M Company et al | 3:21-cv-1378-MCR-GRJ |
| 3M - Glenn, Kelvin | Glenn v. 3M Company et al | 7:20-cv-38216-MCR-GRJ |
| 3M - Goins, Trevah | Goins v. 3M Company et al | 7:21-cv-10646-MCR-GRJ |
| 3M - Golden, Cornelius | Golden v. 3M Company et al | 3:21-cv-1386-MCR-GRJ |
| 3M - Gomez, Carlos | Gomez v. 3M Company et al | 7:20-cv-38218-MCR-GRJ |
| 3M - Gonzalez, Israel | Gonzalez v. 3M Company et al | 3:21-cv-1387-MCR-GRJ |
| 3M - Gordon, Prince | Gordon v. 3M Company et al | 8:20-cv-39062-MCR-GRJ |
| 3M - Graham, Emmett | Graham v. 3M Company et al | 7:21-cv-10692-MCR-GRJ |
| 3M - Grahovac, Frank | Grahovac v. 3M Company et al | 7:21-cv-27381-MCR-GRJ |
| 3M - Grant, Garrett | Grant v. 3M Company et al | 8:20-cv-39069-MCR-GRJ |
| 3M - Graves, Cherie | Graves v. 3M Company et al | 8:20-cv-67065-MCR-GRJ |
| 3M - Gray, Demarko | Gray v. 3M Company et al | 3:21-cv-01384-MCR-GRJ |
| 3M - Green, Dustin | Green v. 3M Company et al | 7:21-cv-28580-MCR-GRJ |
| 3M - Green, Robert Allen | Green v. 3M Company et al | 7:21-cv-10562-MCR-GRJ |
| 3M - Greene, Morgan | Greene v. 3M Company et al | 3:21-cv-01383-MCR-GRJ |
| 3M - Griem, Joshua | Griem v. 3M Company et al | 3:21-cv-01382-MCR-GRJ |
| 3M - Griffin, Tarishi | Griffen v. 3M Company et al | 7:20-cv-05151-MCR-GRJ |
| 3M - Grigsby, Dominick | Grigsby v. 3M Company et al | 3:21-cv-01381-MCR-GRJ |
| 3M - Groseclose, John | Groseclose v. 3M Company et al | 3:21-cv-01380-MCR-GRJ |
| 3M - Grubbs, Justin | Grubbs v. 3M Company et al | 7:21-cv-27478-MCR-GRJ |
| 3M - Guindon, Devin | Guindon v. 3M Company et al | 3:21-cv-01379-MCR-GRJ |
| 3M - Gunsallus, Daniel | Gunsallus v. 3M Company et al | 3:21-cv-01377-MCR-GRJ |
| 3M - Gutierrez, Garett | Gutierrez v. 3M Company et al | 7:20-cv-05249-MCR-GRJ |
| 3M - Guzman, Jesus | Guzman v. 3M Company et al | 7:21-cv-28581-MCR-GRJ |
| 3M - Hadzinsky, Nicholas | Hadzinsky v. 3M Company et al | 7:20-cv-34689-MCR-GRJ |
| 3M - Haigood, Julian | Haigood v. 3M Company et al | 7:21-cv-23966-MCR-GRJ |
| 3M - Hairrell, Larry | Hairrell v. 3M Company et al | 8:20-cv-39090-MCR-GRJ |
| 3M - Halkmon, Norris J. | Halkmon v. 3M Company et al | 8:20-cv-66851-MCR-GRJ |
| 3M - Hall, Blake | Hall v. 3M Company et al | 7:20-cv-90155-MCR-GRJ |
| 3M - Hall, Robert | Hall v. 3M Company et al | 3:21-cv-01374-MCR-GRJ |
| 3M - Hampton, Detrick | Hampton v. 3M Company et al | 7:20-cv-05158-MCR-GRJ |
| 3M - Hansell, William | Hansell v. 3M Company et al | 7:20-cv-38230-MCR-GRJ |
| 3M - Hargis, Richard | Hargis v. 3M Company et al | 8:20-cv-28470-MCR-GRJ |

3M - Master Case List - 3/9/2022

| | | |
|---|---|---|
| 3M - Hargus, Astas | Hargus v.  3M Company et al | 8:20-cv-67073-MCR-GRJ |
| 3M - Harmon, Jared Wayne | Harmon v.  3M Company et al | 8:20-cv-49931-MCR-GRJ |
| 3M - Harper, Eric | Harper v.  3M Company et al | 7:20-cv-90157-MCR-GRJ |
| 3M - Harper, Joshua | Harper v.  3M Company et al | 3:21-cv-01372-MCR-GRJ |
| 3M - Harris, Jeremy | Harris v.  3M Company et al | 3:21-cv-01369-MCR-GRJ |
| 3M - Hasty, Justin | Hasty v.  3M Company et al | 3:21-CV-01366-MCR-GRJ |
| 3M - Haywood, Germaine Adam | Haywood v.  3M Company et al | 7:21-cv-27413-MCR-GRJ |
| 3M - Henderson, Bruce | Henderson v.  3M Company et al | 8:20-cv-39116-MCR-GRJ |
| 3M - Henderson, Russell J. | Henderson v.  3M Company et al | 9:20-cv-10724-MCR-GRJ |
| 3M - Henderson, Steven | Henderson v.  3M Company et al | 7:20-cv-05160-MCR-GRJ |
| 3M - Henning, Christopher | Henning v.  3M Company et al | 8:20-cv-39120-MCR-GRJ |
| 3M - Hernandez, Christian | Hernandez v.  3M Company et al | 8:20-cv-28634-MCR-GRJ |
| 3M - Hernandez, Joe Daniel | Hernandez v.  3M Company et al | 8:20-cv-62852-MCR-GRJ |
| 3M - Hernandez, William | Hernandez v.  3M Company et al | 9:20-cv-10725-MCR-GRJ |
| 3M - Hewitt, Robert | Hewitt v.  3M Company et al | 7:20-cv-05739-MCR-GRJ |
| 3M - Hickman, Jamelia | Hickman v.  3M Company et al | 8:20-cv-67081-MCR-GRJ |
| 3M - Hight, William | Hight v.  3M Company et al | 7:20-cv-38249-MCR-GRJ |
| 3M - Hill, Brian | Hill v.  3M Company et al | 7:20-cv-89724-MCR-GRJ |
| 3M - Hince, Matthew | Hince v.  3M Company et al | 3:21-cv-01364-MCR-GRJ |
| 3M - Hoffman, Michael | Hoffman v.  3M Company et al | 8:20-cv-59664-MCR-GRJ |
| 3M - Holland, Mik | Holland v.  3M Company et al | 7:20-cv-05184-MCR-GRJ |
| 3M - Holmes, Damien | Holmes v.  3M Company et al | 7:20-cv-36230-MCR-GRJ |
| 3M - Holmes, Joshua | Holmes v.  3M Company et al | 7:20-cv-38255-MCR-GRJ |
| 3M - Honesto, Marcelo | Honesto v.  3M Company et al | 8:20-cv-39157-MCR-GRJ |
| 3M - Hong, Ji | Hong v.  3M Company et al | 3:21-cv-01356-MCR-GRJ |
| 3M - Hoskins, Gary | Hoskins v.  3M Company et al | 8:20-cv-39161-MCR-GRJ |
| 3M - Houston, Michael | Houston v.  3M Company et al | 7:20-cv-05217-MCR-GRJ |
| 3M - Howard, Russell | Howard v.  3M Company et al | 7:21-cv-10572-MCR-GRJ |
| 3M - Howard, Steven | Howard v.  3M Company et al | 7:20-cv-35303-MCR-GRJ |
| 3M - Huff, Devin | Huff v.  3M Company et al | 8:20-cv-62863-MCR-GRJ |
| 3M - Huff, Eddie | Huff v.  3M Company et al | 8:20-cv-67096-MCR-GRJ |
| 3M - Hulse, Bryan | Hulse v.  3M Company et al | 7:20-cv-89776-MCR-GRJ |
| 3M - Hunt, Shane | Hunt v.  3M Company et al | 8:20-cv-28592-MCR-GRJ |
| 3M - Huskinson, Cleon | Huskinson v.  3M Company et al | 8:20-cv-62867-MCR-GRJ |
| 3M - Hyslop, Ian | Hyslop v.  3M Company et al | 8:20-cv-39181-MCR-GRJ |
| 3M - Inglis, Ross | Inglis v.  3M Company et al | 7:21-cv-10574-MCR-GRJ |
| 3M - Jackson, Renita | Jackson v.  3M Company et al | 7:20-cv-38064-MCR-GRJ |
| 3M - James, Christopher | James v.  3M Company et al | 8:20-cv-49949-MCR-GRJ |
| 3M - Jameson, Kevin | Jameson v.  3M Company et al | 7:20-cv-38070-MCR-GRJ |
| 3M - Johnson, Joshua Terrell | Johnson v.  3M Company et al | 7:20-cv-38076-MCR-GRJ |
| 3M - Jones, John | Jones v.  3M Company et al | 8:20-cv-38195-MCR-GRJ |
| 3M - Jones, Martin | Jones v.  3M Company et al | 7:20-cv-38080-MCR-GRJ |
| 3M - Jones, Roger | Jones v.  3M Company et al | 7:20-cv-90202-MCR-GRJ |
| 3M - Joseph, Jordani | Joseph v.  3M Company et al | 9:20-cv-17955-MCR-GRJ |
| 3M - Kheir, Jeries | Kheir v.  3M Company et al | 9:20-cv-10728-MCR-GRJ |
| 3M - KING, RICHARD | King v.  3M Company et al | 7:20-cv-90222-MCR-GRJ |
| 3M - Kitts, Elmer | Kitts v.  3M Company et al | 8:20-cv-28496-MCR-GRJ |

3M - Master Case List - 3/9/2022

| | | |
|---|---|---|
| 3M - Knotek, Jonathan | Knotek v.  3M Company et al | 7:20-cv-89738-MCR-GRJ |
| 3M - Kovatch, Avery | Kovatch v.  3M Company et al | 7:20-cv-38097-MCR-GRJ |
| 3M - Kraczkowski, Kevin | Kraczkowski v.  3M Company et al | 9:20-cv-10729-MCR-GRJ |
| 3M - Kuluski, Kenneth | Kuluski v.  3M Company et al | 7:21-cv-27416-MCR-GRJ |
| 3M - Lam, Christopher | Lam v.  3M Company et al | 7:20-cv-05286-MCR-GRJ |
| 3M - Leach, Bryan Curtis | Leach v.  3M Company et al | 7:21-cv-68311-MCR-GRJ |
| 3M - Lee, Carnell | Lee v.  3M Company et al | 8:20-cv-62880-MCR-GRJ |
| 3M - Leighton, Douglas | Leighton v.  3M Company et al | 8:20-cv-49981-MCR-GRJ |
| 3M - Lema, Ryan | Lema v.  3M Company et al | 7:20-cv-90242-MCR-GRJ |
| 3M - Lemon, John | Lemon v.  3M Company et al | 7:20-cv-90245-MCR-GRJ |
| 3M - Levesque, David | Levesque v.  3M Company et al | 7:20-cv-05111-MCR-GRJ |
| 3M - Lewis, Albert | Lewis v.  3M Company et al | 7:20-cv-37144-MCR-GRJ |
| 3M - Lewis, Fred J. | Lewis v.  3M Company et al | 8:20-cv-59567-MCR-GRJ |
| 3M - Lewis, Sarah | Lewis v.  3M Company et al | 7:20-cv-90248-MCR-GRJ |
| 3M - Little, Daniel | Little v.  3M Company et al | 7:20-cv-36571-MCR-GRJ |
| 3M - Liwai Lopes, Paul L. | Liwai Lopes v.  3M Company et al | 7:21-cv-10674-MCR-GRJ |
| 3M - Locke, Jay | Locke v.  3M Company et al | 7:20-cv-38123-MCR-GRJ |
| 3M - Lombardi, Angelo Jr | Lombardi Jr v.  3M Company et al | 7:20-cv-90260-MCR-GRJ |
| 3M - Love, Rhonda | Gill Love v.  3M Company et al | 7:21-cv-10663-MCR-GRJ |
| 3M - Lowery, Richard | Lowery v.  3M Company et al | 7:21-cv-10599-MCR-GRJ |
| 3M - Lunsford, William | Lunsford v.  3M Company et al | 8:20-cv-38264-MCR-GRJ |
| 3M - Mackley, David | Mackley v.  3M Company et al | 7:20-cv-90268-MCR-GRJ |
| 3M - Mahoney, Christopher | Mahoney v.  3M Company et al | 8:20-cv-38268-MCR-GRJ |
| 3M - Manivanh, Jackson | Manivanh v.  3M Company et al | 8:20-cv-62891-MCR-GRJ |
| 3M - Marden, James | Marden v.  3M Company et al | 7:21-cv-27392-MCR-GRJ |
| 3M - Martinez, Andrew | Martinez v.  3M Company et al | 7:21-cv-27407-MCR-GRJ |
| 3M - Martinez, Jesus | Martinez v.  3M Company et al | 7:20-cv-05754-MCR-GRJ |
| 3M - Martinez, Robert | Martinez v.  3M Company et al | 21-CV-21-12001-MCR-GRJ |
| 3M - Matthews, Kenneth | Matthews v.  3M Company et al | 7:20-cv-90700-MCR-GRJ |
| 3M - Mayala, Steve | Mayala v.  3M Company et al | 8:20-cv-38291-MCR-GRJ |
| 3M - McArthur, Jeremy | McArthur v.  3M Company et al | 7:20-cv-05197-MCR-GRJ |
| 3M - McCall, Thomas | McCall v.  3M Company et al | 8:20-cv-49997-MCR-GRJ |
| 3M - McCoy, Blake | McCoy v.  3M Company et al | 8:20-cv-38312-MCR-GRJ |
| 3M - McCummings, Mark | McCummings v.  3M Company et al | 7:20-cv-90712-MCR-GRJ |
| 3M - McDaniel, Dylan | McDaniel v.  3M Company et al | 8:20-cv-66915-MCR-GRJ |
| 3M - McGary, Joshua | McGary v.  3M Company et al | 7:20-cv-90720-MCR-GRJ |
| 3M - McGee, Wesley | McGee v.  3M Company et al | 7:20-cv-05276-MCR-GRJ |
| 3M - McGinnis, Charles | McGinnis v.  3M Company et al | 8:20-cv-38322-MCR-GRJ |
| 3M - McKnight, John | McKnight v.  3M Company et al | 7:21-cv-10626-MCR-GRJ |
| 3M - McNamara, Trevor | McNamara v.  3M Company et al | 7:20-cv-05244-MCR-GRJ |
| 3M - McQueen, Andrew | McQueen v.  3M Company et al | 8:20-cv-90061-MCR-GRJ |
| 3M - Melton, Steven Clay | Melton v.  3M Company et al | 7:21-cv-27327-MCR-GRJ |
| 3M - Meyers, Arthur | Meyers v.  3M Company et al | 7:21-cv-28594-MCR-GRJ |
| 3M - Micheli, Ella | Micheli v.  3M Company et al | 7:20-cv-38151-MCR-GRJ |
| 3M - Miles, Gary Wayne | Miles v.  3M Company et al | 7:21-cv-00160-MCR-GRJ |
| 3M - Millan, Lazaro | Millan v.  3M Company et al | 8:20-cv-28631-MCR-GRJ |
| 3M - Miller, Cortni | Miller v.  3M Company et al | 7:21-cv-28595-MCR-GRJ |

3M - Master Case List - 3/9/2022

| | | |
|---|---|---|
| 3M - Miranda, George | Miranda v.  3M Company et al | 7:20-cv-38157-MCR-GRJ |
| 3M - Miranda, Isaac | Miranda v.  3M Company et al | 7:20-cv-05749-MCR-GRJ |
| 3M - Moffitt, Casey | Moffitt v.  3M Company et al | 7:21-cv-27506-MCR-GRJ |
| 3M - Mogavero, Gregory | Mogavero v.  3M Company et al | 9:20-cv-10752-MCR-GRJ |
| 3M - Montes, Emilio | Montes v.  3M Company et al | 7:20-cv-90745-MCR-GRJ |
| 3M - Mooney, Patrick | Mooney v.  3M Company et al | 8:20-cv-62910-MCR-GRJ |
| 3M - Moore, Richard | Moore v.  3M Company et al | 8:20-cv-38361-MCR-GRJ |
| 3M - Mora, Irving Omar | Mora v.  3M Company et al | 7:21-cv-48914-MCR-GRJ |
| 3M - Morgan, Kelvin | Morgan v.  3M Company et al | 7:21-cv-10578-MCR-GRJ |
| 3M - Morris, David | Morris v.  3M Company et al | 7:20-cv-90747-MCR-GRJ |
| 3M - Morris, David | Morris v.  3M Company et al | 7:20-cv-90747-MCR-GRJ |
| 3M - Moss, Joshua | Moss v.  3M Company et al | 7:20-cv-34822-MCR-GRJ |
| 3M - Moten, Elizabeth | Moten v.  3M Company et al | 7:20-cv-90750-MCR-GRJ |
| 3M - Moulton, Jeffrey | Moulton v.  3M Company et al | 7:21-cv-10596-MCR-GRJ |
| 3M - Murphy, Patrick | Murphy v.  3M Company et al | 3:21-cv-01729-MCR-GRJ |
| 3M - Murraine, St. Clair | Murraine v.  3M Company et al | 8:20-cv-38376-MCR-GRJ |
| 3M - Muyard, Thomas | Muyard v.  3M Company et al | 8:20-cv-38380-MCR-GRJ |
| 3M - Myers, Nickalous | Myers v.  3M Company et al | 7:20-cv-05178-MCR-GRJ |
| 3M - Myers, William | Myers v.  3M Company et al | 7:20-cv-38169-MCR-GRJ |
| 3M - Newton, Dustin | Newton v.  3M Company et al | 8:20-cv-62922-MCR-GRJ |
| 3M - Nguyen, Thomas | Nguyen v.  3M Company et al | 8:20-cv-38405-MCR-GRJ |
| 3M - Nunez, Daniel | Nunez v.  3M Company et al | 7:20-cv-05119-MCR-GRJ |
| 3M - Odea, Jason | Odea v.  3M Company et al | 7:20-cv-38175-MCR-GRJ |
| 3M - Oliver, Jimmie | Oliver v.  3M Company et al | 7:21-cv-23968-MCR-GRJ |
| 3M - Olsen, Torjus | Olsen v.  3M Company et al | 7:21-cv-48952-MCR-GRJ |
| 3M - Osterhout, Kenly Ryan | Osterhout v.  3M Company et al | 7:20-cv-38181-MCR-GRJ |
| 3M - Pace, Daniel | Pace v.  3M Company et al | 7:20-cv-05202-MCR-GRJ |
| 3M - Padilla, Manuel | Padilla v.  3M Company et al | 8:20-cv-38432-MCR-GRJ |
| 3M - Palmer, Dell | Palmer v.  3M Company et al | 7:20-cv-90776-MCR-GRJ |
| 3M - Patten, Dylan | Patten v.  3M Company et al | 7:20-cv-90782-MCR-GRJ |
| 3M - Patterson, James Frank | Patterson v.  3M Company et al | 7:21-cv-27340-MCR-GRJ |
| 3M - Patton, Greg | Patton v.  3M Company et al | 8:20-cv-62927-MCR-GRJ |
| 3M - Peace, Stanton | Peace v.  3M Company et al | 8:20-cv-38475-MCR-GRJ |
| 3M - Pearsall, Christopher | Pearsall v.  3M Company et al | 3:21-cv-01732-MCR-GRJ |
| 3M - Pete, Jeffrey | Pete v.  3M Company et al | 8:20-cv-62933-MCR-GRJ |
| 3M - Peters, Joseph | Peters v.  3M Company et al | 7:20-cv-89815-MCR-GRJ |
| 3M - Peters, Joshua | Peters v.  3M Company et al | 7:20-cv-90790-MCR-GRJ |
| 3M - Pinsonneault, Derek Paul | Pinsonneault v.  3M Company et al | 7:21-cv-10583-MCR-GRJ |
| 3M - Pirolli, John | Pirolli v.  3M Company et al | 7:20-cv-05278-MCR-GRJ |
| 3M - Poe, Coby Ryan | Poe v.  3M Company et al | 8:20-cv-50035-MCR-GRJ |
| 3M - Pollpeter, Brock | Pollpeter v.  3M Company et al | 7:21-cv-10589-MCR-GRJ |
| 3M - Poole, William Tracy | Poole v.  3M Company et al | 7:20-cv-38233-MCR-GRJ |
| 3M - Posten, Christopher | Posten v.  3M Company et al | 7:20-cv-90802-MCR-GRJ |
| 3M - Powell, Randy | Powell v.  3M Company et al | 7:21-cv-10559-MCR-GRJ |
| 3M - Reed, Matthew R. | Reed v.  3M Company et al | 7:20-cv-90816-MCR-GRJ |
| 3M - Reid, Jared | Reid v.  3M Company et al | 8:20-cv-50047-MCR-GRJ |
| 3M - Reo, Michael | Reo v.  3M Company et al | 8:20-cv-62942-MCR-GRJ |

3M - Master Case List - 3/9/2022

| | | |
|---|---|---|
| 3M - Resendez, Raymond | Resendez v.  3M Company et al | 7:20-cv-89727-MCR-GRJ |
| 3M - Reyes Bermudez, Max Alexande | Reyes Bermudez v.  3M Company et | 7:21-cv-27439-MCR-GRJ |
| 3M - Richardson, Jermaine | Richardson v.  3M Company et al | 7:21-cv-42048-MCR-GRJ |
| 3M - Richardson, Kayshawn | Richardson v.  3M Company et al | 7:21-cv-10673-MCR-GRJ |
| 3M - Richey, Brian Edward | Richey v.  3M Company et al | 8:20-cv-50051-MCR-GRJ |
| 3M - Robbins, Kyle | Robbins v.  3M Company et al | 7:21-cv-49001-MCR-GRJ |
| 3M - Robbins, Marlin | Robbins v.  3M Company et al | 7:21-cv-48950-MCR-GRJ |
| 3M - Robinson, Jason | Robinson v.  3M Company et al | 7:21-cv-28600-MCR-GRJ |
| 3M - Robinson, Meagan | Robinson v.  3M Company et al | 7:20-cv-05289-MCR-GRJ |
| 3M - Rodgers, Jason C. | Rodgers v.  3M Company et al | 7:21-cv-49029-MCR-GRJ |
| 3M - Rodriguez, Jose Matos | Rodriguez v.  3M Company et al | 8:20-cv-66900-MCR-GRJ |
| 3M - Romero, Jordan | Romero v.  3M Company et al | 7:20-cv-89745-MCR-GRJ |
| 3M - Romero, Robert | Romero v.  3M Company et al | 3:21-cv-01733-MCR-GRJ |
| 3M - Ross, Adam | Ross v.  3M Company et al | 7:21-cv-04919-MCR-GRJ |
| 3M - Ross, David | Ross v.  3M Company et al | 7:21-cv-49007-MCR-GRJ |
| 3M - Rowell, Gregory | Rowell v.  3M Company et al | 8:20-cv-62950-MCR-GRJ |
| 3M - Rucker, Thomas | Rucker v.  3M Company et al | 7:20-cv-36739-MCR-GRJ |
| 3M - Ruiz, Daniel | Ruiz v.  3M Company et al | 7:20-cv-90835-MCR-GRJ |
| 3M - Rushing, Bonnie | Rushing v.  3M Company et al | 7:20-cv-38272-MCR-GRJ |
| 3M - Salerno, Anthony Frank | Salerno v.  3M Company et al | 7:21-cv-27424-MCR-GRJ |
| 3M - Salva, Rosalio Ramonal | Salva v.  3M Company et al | 7:21-cv-10686-MCR-GRJ |
| 3M - Sanchez, Vicente | Sanchez v.  3M Company et al | 7:20-cv-38274-MCR-GRJ |
| 3M - Santiago, Eugenio | Santiago v.  3M Company et al | 7:20-cv-05114-MCR-GRJ |
| 3M - Schaeffer, Kyle | Schaeffer v.  3M Company et al | 7:20-cv-05254-MCR-GRJ |
| 3M - Schmidt, Jeffrey | Schmidt v.  3M Company et al | 8:20-cv-38576-MCR-GRJ |
| 3M - Schuettler, Christopher | Schuettler v.  3M Company et al | 9:20-cv-20337-MCR-GRJ |
| 3M - Schulte, Anthony | Schulte v.  3M Company et al | 7:20-cv-90843-MCR-GRJ |
| 3M - Scott, Eric L. | Scott v.  3M Company et al | 7:21-cv-49060-MCR-GRJ |
| 3M - Scott, Franklin | Scott v.  3M Company et al | 7:20-cv-05761-MCR-GRJ |
| 3M - Scovil, Shane | Scovill v.  3M Company et al | 7:21-cv-27469-MCR-GRJ |
| 3M - Seiuli, Faapaia | Seiuli v.  3M Company et al | 7:20-cv-34428-MCR-GRJ |
| 3M - Settles, Michael | Settles v.  3M Company et al | 7:20-cv-34536-MCR-GRJ |
| 3M - Shealy, Jonathan | Shealy v.  3M Company et al | 7:20-cv-05152-MCR-GRJ |
| 3M - Shelton, Hans | Shelton v.  3M Company et al | 8:20-cv-38589-MCR-GRJ |
| 3M - Sieniarecki, Al | Sieniarecki v.  3M Company et al | 9:20-cv-10754-MCR-GRJ |
| 3M - Simon, Kent | Simon v.  3M Company et al | 7:20-cv-34873-MCR-GRJ |
| 3M - Smith, Airen | Smith v.  3M Company et al | 9:20-cv-10756-MCR-GRJ |
| 3M - Smith, Brandon | Smith v.  3M Company et al | 3:21-cv-01735-MCR-GRJ |
| 3M - Smith, Marzella | Smith v.  3M Company et al | 7:21-cv-48968-MCR-GRJ |
| 3M - Smith, Michael | Smith v.  3M Company et al | 7:21-cv-27452-MCR-GRJ |
| 3M - Smith, Michael Cody | Smith v.  3M Company et al | 7:21-cv-49017-MCR-GRJ |
| 3M - Smith, Phonso Christopher | Smith v.  3M Company et al | 7:21-cv-27448-MCR-GRJ |
| 3M - Smith, Robert | Smith v.  3M Company et al | 7:21-cv-33569-MCR-GRJ |
| 3M - Smith, Robert James | Smith v.  3M Company et al | 7:20-cv-34563-MCR-GRJ |
| 3M - Smith-Bordas, Dallas | Smith-Bordas v.  3M Company et al | 8:20-cv-62963-MCR-GRJ |
| 3M - Snider, Andrew | Snider v.  3M Company et al | 7:21-cv-28607-MCR-GRJ |
| 3M - Sokau, Tammie | Sokau v.  3M Company et al | 7:20-cv-90859-MCR-GRJ |

3M - Master Case List - 3/9/2022

| | | |
|---|---|---|
| 3M - Sokolowski, Susan | Sokolowski v.  3M Company et al | 7:21-cv-10618-MCR-GRJ |
| 3M - Solorza, Julian | Solorza v.  3M Company et al | 7:20-cv-90861-MCR-GRJ |
| 3M - Sorrels, Carl | Sorrels v.  3M Company et al | 8:20-cv-28599-MCR-GRJ |
| 3M - Sprague, David | Sprague v.  3M Company et al | 7:21-cv-27480-MCR-GRJ |
| 3M - Spriggs, Kaltorrian | Spriggs v.  3M Company et al | 7:20-cv-90862-MCR-GRJ |
| 3M - Standing Bear Jr., Harlen | Standing Bear, Jr. v.  3M Company et | 7:20-cv-05285-MCR-GRJ |
| 3M - Stebens, Kody | Stebens v.  3M Company et al | 8:20-cv-38664-MCR-GRJ |
| 3M - Steele, James | Steele v.  3M Company et al | 7:20-cv-05725-MCR-GRJ |
| 3M - Stewart, Hugh | Stewart v.  3M Company et al | 7:20-cv-38286-MCR-GRJ |
| 3M - Stewart, Shawn Michael | Stewart v.  3M Company et al | 7:21-cv-10584-MCR-GRJ |
| 3M - Stewart, Tracie | Stewart v.  3M Company et al | 7:20-cv-38287-MCR-GRJ |
| 3M - Still, Jesse Lee | Still v.  3M Company et al | 7:21-cv-28608-MCR-GRJ |
| 3M - Stoll, Michael | Stoll v.  3M Company et al | 8:20-cv-66957-MCR-GRJ |
| 3M - Stone, Jason | Stone v.  3M Company et al | 8:20-cv-67155-MCR-GRJ |
| 3M - Story, Grayson | Story v.  3M Company et al | 7:20-cv-90866-MCR-GRJ |
| 3M - Stranlund, Jermaine | Stranlund v.  3M Company et al | 21-CV-21-12001-MCR-GRJ |
| 3M - Strohl, William L. | Strohl v.  3M Company et al | 7:20-cv-38288-MCR-GRJ |
| 3M - Surles, Larry | Surles v.  3M Company et al | 7:20-cv-38288-MCR-GRJ |
| 3M - Syomin, Bradley | Syomin v.  3M Company et al | 8:20-cv-67157-MCR-GRJ |
| 3M - Tamez, Cyndi A. | Tamez v.  3M Company et al | 7:21-cv-27366-MCR-GRJ |
| 3M - Tanner, Benjamin | Tanner v.  3M Company et al | 8:20-cv-38696-MCR-GRJ |
| 3M - Tatum, Alvin L. | Tatum v.  3M Company et al | 9:20-cv-20199-MCR-GRJ |
| 3M - Taylor, Jamarc | Taylor v.  3M Company et al | 7:20-cv-05238-MCR-GRJ |
| 3M - Taylor, James | Taylor v.  3M Company et al | 8:20-cv-66962-MCR-GRJ |
| 3M - Taylor, James D. | Taylor v.  3M Company et al | 7:20-cv-05238-MCR-GRJ |
| 3M - Taylor, Tyson | Taylor v.  3M Company et al | 7:21-cv-48766-MCR-GRJ |
| 3M - Telles, Olivia | Telles v.  3M Company et al | 7:20-cv-89862-MCR-GRJ |
| 3M - Terrell, David | Terrell v.  3M Company et al | 7:20-cv-38294-MCR-GRJ |
| 3M - Terry, Alan | Terry v.  3M Company et al | 7:20-cv-05735-MCR-GRJ |
| 3M - Theriault, Nicholas | Theriault v.  3M Company et al | 7:21-cv-48954-MCR-GRJ |
| 3M - Thomas, James | Thomas v.  3M Company et al | 7:20-cv-89733-MCR-GRJ |
| 3M - Thomas, Orlando | Thomas v.  3M Company et al | 7:20-cv-37134-MCR-GRJ |
| 3M - Thomas, Troy | Thomas v.  3M Company et al | 7:20-cv-34368-MCR-GRJ |
| 3M - Thompson, Cody N. | Thompson v.  3M Company et al | 8:20-cv-38719-MCR-GRJ |
| 3M - Thompson, Frank | Thompson v.  3M Company et al | 7:20-cv-89885-MCR-GRJ |
| 3M - Timmons, Dwayne | Timmons v.  3M Company et al | 7:21-cv-27323-MCR-GRJ |
| 3M - Torr, Paul | Torr v.  3M Company et al | 7:20-cv-90892-MCR-GRJ |
| 3M - Torres, Mario | Torres v.  3M Company et al | 9:20-cv-10741-MCR-GRJ |
| 3M - Trimbo, Danielle | Trimbo v.  3M Company et al | 8:20-cv-62973-MCR-GRJ |
| 3M - Turman, Billy | Turman v.  3M Company et al | 7:20-cv-90898-MCR-GRJ |
| 3M - Turner, Shawn | Turner v.  3M Company et al | 7:20-cv-38480-MCR-GRJ |
| 3M - Turner, Shawn D. | Turner v.  3M Company et al | 7:20-cv-38480-MCR-GRJ |
| 3M - Turner, Tony | Turner v.  3M Company et al | 7:21-cv-10614-MCR-GRJ |
| 3M - Turner, Travis | Turner v.  3M Company et al | 7:20-cv-34350-MCR-GRJ |
| 3M - Ulrey, Tyler | Ulrey v.  3M Company et al | 7:21-cv-48979-MCR-GRJ |
| 3M - Ulrich, Ean Scott | Ulrich v.  3M Company et al | 7:21-cv-28613-MCR-GRJ |
| 3M - Valdivieso, Daniel | Valdivieso v.  3M Company et al | 7:20-cv-36125-MCR-GRJ |

3M - Master Case List - 3/9/2022

| | | |
|---|---|---|
| 3M - Van Horn, Hunter | Van Horn v.  3M Company et al | 8:20-cv-38767-MCR-GRJ |
| 3M - Velasquez, Andrew | Velasquez v.  3M Company et al | 8:20-cv-67167-MCR-GRJ |
| 3M - Velez, Evelyn | Velez v.  3M Company et al | 3:21-cv-01736-MCR-GRJ |
| 3M - Vera, Ronald | Vera v.  3M Company et al | 7:20-cv-05257-MCR-GRJ |
| 3M - Vielman, Werner | Vielman v.  3M Company et al | 7:20-cv-38500-MCR-GRJ |
| 3M - Vincent, Benjamin | Vincent v.  3M Company et al | 7:21-cv-27301-MCR-GRJ |
| 3M - Walker, Cordoro | Walker v.  3M Company et al | 7:20-cv-05237-MCR-GRJ |
| 3M - Walker, Solan James | Walker v.  3M Company et al | 8:20-cv-38804-MCR-GRJ |
| 3M - Wallace, Clyde | Wallace v.  3M Company et al | 7:20-cv-90911-MCR-GRJ |
| 3M - Ward, Jon | Ward v.  3M Company et al | 7:20-cv-90915-MCR-GRJ |
| 3M - Ware, Gavin | Ware v.  3M Company et al | 7:20-cv-35089-MCR-GRJ |
| 3M - Washington, Leo | Washington v.  3M Company et al | 7:20-cv-05729-MCR-GRJ |
| 3M - Welborn, Mark | Welborn v.  3M Company et al | 7:21-cv-24041-MCR-GRJ |
| 3M - Wells, Alvin | Wells v.  3M Company et al | 8:20-cv-50094-MCR-GRJ |
| 3M - Weston, Zachary Ian Vincent | Weston v.  3M Company et al | 7:21-cv-10693-MCR-GRJ |
| 3M - Whisenhunt, Danelle | Whisenhunt v.  3M Company et al | 7:20-cv-05260-MCR-GRJ |
| 3M - White, Benjamin | White v.  3M Company et al | 7:20-cv-38532-MCR-GRJ |
| 3M - White, Daniel | White v.  3M Company et al | 8:20-cv-50098-MCR-GRJ |
| 3M - Whitesell-Raines, Crystal | Whitesell-Raines v.  3M Company et | 7:21-cv-14036-MCR-GRJ |
| 3M - Whitten, David Wayne | Whitten v.  3M Company et al | 7:21-cv-27441-MCR-GRJ |
| 3M - Wical, Timothy | Wical v.  3M Company et al | 7:21-cv-27429-MCR-GRJ |
| 3M - Wilburn, Benjamin | Wilburn v.  3M Company et al | 7:21-cv-41975-MCR-GRJ |
| 3M - Wilkerson, Ebony | Wilkerson v.  3M Company et al | 7:20-cv-90925-MCR-GRJ |
| 3M - Wilkinson, William | Wilkinson v.  3M Company et al | 7:21-cv-41977-MCR-GRJ |
| 3M - Willett, Rebecca | Willett v.  3M Company et al | 7:21-cv-10682-MCR-GRJ |
| 3M - Williams, Joseph | Williams v.  3M Company et al | 7:21-cv-41983-MCR-GRJ |
| 3M - Williams, Joseph | Williams v.  3M Company et al | 7:20-cv-90927-MCR-GRJ |
| 3M - Williams, Patrice | Williams v.  3M Company et al | 7:21-cv-27312-MCR-GRJ |
| 3M - Wilson, Craig | Wilson v.  3M Company et al | 8:20-cv-38874-MCR-GRJ |
| 3M - Wininger, Amanda | Wininger v.  3M Company et al | 7:21-cv-41991-MCR-GRJ |
| 3M - Witham, Kenneth | Witham v.  3M Company et al | 7:20-cv-36224-MCR-GRJ |
| 3M - Witte, Gregory | Witte v.  3M Company et al | 7:20-cv-05726-MCR-GRJ |
| 3M - Wittland, Jacob David | Wittland v.  3M Company et al | 7:21-cv-27351-MCR-GRJ |
| 3M - Wooley, Edward | Wooley v.  3M Company et al | 8:20-cv-28544-MCR-GRJ |
| 3M - Worthington, Robert | Worthington v.  3M Company et al | 7:21-cv-27515-MCR-GRJ |
| 3M - Wright, Justin | Wright v.  3M Company et al | 8:20-cv-38889-MCR-GRJ |
| 3M - Wright, Laron | Wright v.  3M Company et al | 7:20-cv-90931-MCR-GRJ |
| 3M - Wynne, Kenneth | Wynne v.  3M Company et al | 8:20-cv-38893-MCR-GRJ |
| 3M - Yocum, John | Yocum v.  3M Company et al | 8:20-cv-38897-MCR-GRJ |
| 3M - Young, Rodrick | Young v.  3M Company et al | 8:20-cv-62988-MCR-GRJ |