UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Sarah Smyth O'Brien, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above- styled case only, and in support thereof states as follows:

1.    Movant resides in Colorado and is not a resident of the State of Florida.

2.    Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Colorado. A copy of a Certificate of Good Standing from the State of Colorado dated within 30 days of this motion are attached hereto as Exhibit "A."

3.    Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16534976536273 and completed the CM/ECF Online Tutorials.

4.      Sarah Smyth O'Brien has submitted to the Clerk the required $208.00

*pro hac* vice admission fee.

5.      Movant has upgraded her PACER account to "NextGen."

6.      Movant represents Defendants 3M Company, 3M Occupational Safety

LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC

and Aearo LLC.

WHEREFORE, Sarah Smyth O'Brien respectfully requests that this Court

enter  an Order granting Sarah Smyth O'Brien of Butler Snow PLLC,  pro hac vice

in this case.

Respectfully submitted on this 31st day of May, 2022.

> /s/ Sarah Smyth O'Brien
> Sarah Smyth O'Brien, CO Bar No. 34172
> BUTLER SNOW PLLC
> 1801 California Street, Suite 5100
> Denver, Colorado 80202
> Telephone: (720) 330-2395
> Facsimile: (720) 330-2301
> E-mail:  Sarah.OBrien@butlersnow.com
>
> *Counsel for Defendants 3M Company,*
> *3M Occupational Safety LLC, Aearo*
> *Technologies LLC, Aearo Holding, LLC,*
> *Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 31st day of May, 2022.

/s/ Sarah Smyth O'Brien
Sarah Smyth O'Brien, CO Bar No. 34172