# Exhibit A



# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO, ss:**

I, __Cheryl Stevens__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__Sarah Smyth O'Brien__

has been duly licensed and admitted to practice as an

### ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __29th__ day of __October__ A.D. __2002__ and that at the date hereof the said __Sarah Smyth O'Brien__ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __27th__ day of __May__ A.D. __2022__

*Cheryl Stevens*
Clerk

By ___Myra Sanchez___
Deputy Clerk