## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, June 1, 2022 7:39 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Wednesday, June 1, 2022 12:38:18 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/1/2022 at 8:38 AM EDT and filed on 6/1/2022

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 1721 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-162) - 4 action(s)** *re: pldg. ([1706] in MDL No. 2885, 1 in MN/0:22-cv-01344, 1 in MN/0:22-cv-01346, 1 in MN/0:22-cv-01351, 1 in MN/0:22-cv-01354)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/1/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01344, MN/0:22-cv-01346, MN/0:22-cv-01351, MN/0:22-cv-01354 (dld)**

| | |
|---|---|
| **Case Name:** | Wolsmann v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01354 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-162) - 4 action(s)** *re: pldg. ( [1706] in MDL No. 2885, 1 in MN/0:22-cv-01344, 1 in MN/0:22-cv-01346, 1 in MN/0:22-cv-01351, 1 in MN/0:22-cv-01354)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/1/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01344, MN/0:22-cv-01346, MN/0:22-cv-01351, MN/0:22-cv-01354 (dld)**

| | |
|---|---|
| **Case Name:** | Ray v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01351 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-162) - 4 action(s)** *re: pldg. ( [1706] in MDL No. 2885, 1 in MN/0:22-cv-01344, 1 in MN/0:22-cv-01346, 1 in MN/0:22-cv-01351, 1 in MN/0:22-cv-01354)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/1/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01344, MN/0:22-cv-01346, MN/0:22-cv-01351, MN/0:22-cv-01354 (dld)**

| | |
|---|---|
| **Case Name:** | McNeal v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01346 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-162) - 4 action(s)** *re: pldg. ( [1706] in MDL No. 2885, 1 in MN/0:22-cv-01344, 1 in MN/0:22-cv-01346, 1 in MN/0:22-cv-01351, 1 in MN/0:22-cv-01354)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/1/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01344, MN/0:22-cv-01346, MN/0:22-cv-01351, MN/0:22-cv-01354 (dld)**

| | |
|---|---|
| **Case Name:** | Hemphill v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01344 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-162) - 4 action(s)** *re: pldg. ( [1706] in MDL*

**No. 2885, 1 in MN/0:22-cv-01344, 1 in MN/0:22-cv-01346, 1 in MN/0:22-cv-01351, 1 in MN/0:22-cv-01354)** Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 6/1/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01344, MN/0:22-cv-01346, MN/0:22-cv-01351, MN/0:22-cv-01354 (dld)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-01354 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01354 Notice will not be electronically mailed to:**

**MN/0:22-cv-01351 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01351 Notice will not be electronically mailed to:**

**MN/0:22-cv-01346 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01346 Notice will not be electronically mailed to:**

**MN/0:22-cv-01344 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01344 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/1/2022] [FileNumber=1118115-0]
[714e15239f4793efc7ac96e7227e75d9607585209d865546287d547b164e4ef420eed
7a3a4cdcc17a6a97b68b3fe1b8ea29715a4f362b90b89b45f4a2f2897e4]]