UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

v.

3M COMPANY, ET AL.

DEFNDANTS

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christopher D. Morris of the law firm Butler Snow, LLP, has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

1

DATED: June 1, 2022

           Respectfully submitted,

           */s/ Christopher D. Morris*
           CHRISTOPHER D. MORRIS
           BUTLER SNOW LLP
           1020 Highland Colony Parkway, Ste. 1400
           Ridgeland, MS 39157
           Post Office Box 6010
           Ridgeland, MS 39158-6010
           Tel: (601) 948-5711
           Fax: (601) 985-4500

           *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

2

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 1st day of June, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Christopher D. Morris*
Christopher D. Morris