UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION   ) ) ) ) ) ) ) | Case No. 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | |

**UNOPPOSED EMERGENCY MOTION REGARDING LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE IN CIVIL OR COMMERCIAL MATTERS RELATING TO TESTIMONY OF PASCAL HAMERY AND ARMAND DANCER**

On July 29, 2020, this Court granted Plaintiffs' and Defendants' Motion to Issue Letters of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence in Civil or Commercial Matters (the "Letters of Request") for discovery from the French-German Research Institute of Saint-Louis ("ISL"). The Letters of Request included requests to obtain testimony from Armand Dancer and Pascal Hamery. The Letters of Request were properly served through the French Central Authority, and the dates of those examinations have been set by the French courts to proceed on June 9, 2022 and June 10, 2022. Plaintiffs and Defendants now file this joint motion requesting that the Court enter the order in the form attached hereto as **Exhibit 1**—which requests that the French courts approve certain logistical considerations—on an expedited

basis, so that such order can be sent to the French courts in advance of the witnesses' testimony next week.

## BACKGROUND

The parties have been working diligently for several years to schedule the testimony of Armand Dancer and Pascal Hamery. As this Court recognized, "[i]t is apparent that ISL played a critical role in the design, testing, and conception of components of the CAEv2." Dkt. No. 1288, at 7. After months of communication with the French courts of Lons le Saunier and Mulhouse, France, the examinations (also referred to as "auditions" in the French courts) of Mr. Dancer and Mr. Hamery are scheduled to proceed on June 9, 2022 and June 10, 2022, respectively.

While coordinating logistics for the testimony, the parties requested that the French courts permit remote viewing of the auditions on a secure Zoom link, in order to allow counsel unable to attend in-person the opportunity to view the proceeding, consistent with the remote deposition practice employed by the parties over the course of this litigation.

On May 31, 2022, the parties learned through local French counsel that neither court would permit the parties to transmit either audio or video during the examinations because that capability was not specifically requested in the Letters of Request.

In addition, the parties learned through local French counsel that the transcripts and video would be provided exclusively to the French court, without providing the parties access, after which time the French courts would submit the transcripts and video to the French Ministry of Justice. The French Ministry would then send them to this Court, which would be responsible for sending the transcript and video to the parties.

## RELIEF REQUESTED

In an effort to increase efficiency and reduce the burden on this Court, the parties request the Court enter an order in the form attached hereto as Exhibit 1 to clarify two issues for the French courts. *First*, the parties request that this Court issue an order requesting that the parties' respective attorneys be permitted to view the auditions via remote means (*e.g.*, via secure Zoom link), at the sole cost of the parties, with cost to be allocated based on number of attorneys in attendance from each side.[1] *Second*, the parties request that the Court issue an order requesting that the parties be permitted to obtain the deposition materials from the court reporter and videographer (transcripts, videos, and exhibits), and thereafter notify the French Court and this Court of receipt of such materials. *Finally*, the parties request that this Court enter an order on or before June 3, 2022, so that the Order

---

[1] Any remote access shall be solely for the purpose of viewing and listening to the depositions. Neither party will upload or display any exhibits or demonstratives on the remote platform.

requesting the above relief can be sent to the French courts in advance of the witnesses' testimony.

Dated:  June 1, 2022	Respectfully submitted,

    */s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mnomellini@kirkland.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

Pursuant to Local Rule 7.1(F), counsel for Defendants certify that this memorandum contains 618 words.

Dated: June 1, 2022              /s/ Robert C. Brock

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 31 and June 1, 2022, Defendants' counsel conferred with Plaintiffs' counsel on this issue pursuant to the Court's Local Rule 7.1(B), and Plaintiffs' counsel indicated that they do not oppose this motion.

Dated:  June 1, 2022  /s/ Robert C. Brock

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 1st day of June 2022, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

Dated:  June 1, 2022                     /s/ Robert C. Brock

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo LLC*