# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER REGARDING LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE IN CIVIL OR COMMERCIAL MATTERS RELATING TO TESTIMONY OF PASCAL HAMERY AND ARMAND DANCER

The Court hereby requests the following from the French courts of Lons le Saunier and Mulhouse, France, as it relates to the Letters of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence in Civil or Commercial Matters (the "Letters of Request"), issued by this Court on July 29, 2020, relating to the testimony from Pascal Hamery and Armand Dancer:

1. That the parties' respective attorneys that will be unable to travel to France to attend the deposition be permitted to view the deposition via remote means (e.g., via secure Zoom link), at the sole cost of the parties.

2. That the parties be responsible for receiving the audition materials from the court reporter and videographer (transcripts, videos, and exhibits), and providing them to this Court, as necessary and to the extent requested.

**DONE AND ORDERED** in Chambers at Pensacola, Escambia County, Florida, this 1st day of June, 2022.

*M. Casey Rodgers*
_____
**JUDGE M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**