UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Charles Barringer, 7:20-cv-25462-MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Maury Goldstein of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC has been admitted to practice in this Court and hereby enters his appearance as counsel for the Plaintiff in the following action:

- *Charles Barringer v. 3M Company, et al.*, Case No. 7:20-cv-25462-MCR-GRJ

Counsel requests all further papers and pleadings in these actions and the Master Docket of MDL 2885 be served upon him.

Dated: June 1, 2022        Respectfully submitted,

*/s/ Maury Goldstein*
Maury Goldstein, FL Bar No. 1035936
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
mgoldstein@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorney for Plaintiff, Charles Barringer*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 1st day of June, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Maury Goldstein*
Maury Goldstein