**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>This Document Relates to All Cases )<br>) | Case No. 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**UNOPPOSED MOTION REGARDING LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE IN CIVIL OR COMMERCIAL MATTERS RELATING TO TESTIMONY OF PASCAL HAMERY AND ARMAND DANCER**

Defendants request that the Court enter the order in the form attached hereto as **Exhibit 1**, relating to the Letters of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence in Civil or Commercial Matters (the "Letters of Request"), issued by this Court on July 29, 2020. With respect to the depositions of Armand Dancer and Pascal Hamery, scheduled before the Lons le Saunier and Mulhouse, France courts on June 9, 2022 and June 10, 2022, respectively, pursuant to the Letters of Request, Defendants request that the Court enter the attached order, requesting the following from the French courts:

1. That the parties' respective attorneys, some of whom will be unable to travel to France to attend the deposition, be permitted to view the deposition via remote means (*e.g.*, via secure Zoom link), at the sole cost of the parties.

2. That the parties be responsible for receiving the audition materials from the court reporter and videographer (transcripts, videos, and exhibits), and providing them to this Court, as necessary and to the extent requested.

Plaintiffs do not join, but do not oppose, this motion.

Dated: June 2, 2022

Respectfully submitted,

*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mnomellini@kirkland.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

Pursuant to Local Rule 7.1(F), counsel for Defendants certify that this memorandum contains 109 words.

Dated:  June 2, 2022                     /s/ Robert C. Brock

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 31, June 1, and June 2, 2022, Defendants' counsel conferred with Plaintiffs' counsel on this issue pursuant to the Court's Local Rule 7.1(B), and Plaintiffs' counsel indicated that they do not oppose this motion.

Dated:  June 2, 2022                 /s/ Robert C. Brock

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 2nd day of June 2022, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

Dated:  June 2, 2022 /s/ Robert C. Brock

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo LLC*

# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | ) Case No. 3:19-md-2885-MCR-GRJ<br>)<br>) Judge M. Casey Rodgers<br>) Magistrate Judge Gary R. Jones<br>)<br>) |

**[PROPOSED] ORDER REGARDING LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE IN CIVIL OR COMMERCIAL MATTERS RELATING TO TESTIMONY OF PASCAL HAMERY AND ARMAND DANCER**

The Court hereby requests the following from the French courts of Lons le Saunier and Mulhouse, France, as it relates to the Letters of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence in Civil or Commercial Matters (the "Letters of Request"), issued by this Court on July 29, 2020, relating to the testimony from Pascal Hamery and Armand Dancer:

1. That the parties' respective attorneys, some of whom will be unable to travel to France to attend the deposition, be permitted to view the deposition via remote means (*e.g.*, via secure Zoom link), at the sole cost of the parties.

2. That the parties be responsible for receiving the audition materials from the court reporter and videographer (transcripts, videos, and exhibits), and providing them to this Court, as necessary and to the extent requested.

DONE AND ORDERED in Chambers at Pensacola, Escambia County, Florida, this ___ day of June, 2022.

_____<br>
JUDGE M. CASEY RODGERS<br>
UNITED STATES DISTRICT JUDGE