**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| _____ | MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND |
| PLAINTIFF(S), | |
| v. | Civil Action No.: _____ |
| 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC, | |
| DEFENDANTS. | |

## MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND

Plaintiff(s) incorporate(s) by reference the Master Long Form Complaint and

Jury Trial Demand filed in *In re: 3M Combat Arms Earplug Products Liability*

*Litigation* on September 20, 2019. Pursuant to Pretrial Order No. _____, this Short

Form Complaint adopts the allegations, claims, and requested relief as set forth in

the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include:

(a) additional claims and allegations against Defendants, as set forth in Paragraphs

10 and 11 or an additional sheet attached hereto; and/or (b) additional claims and

allegations against other Defendants not listed in the Master Long Form Complaint,

as set forth in Paragraphs 12 and 13 or an additional sheet attached hereto.

Plaintiff(s) further allege(s) as follows:

## I.     DEFENDANTS

1.     Plaintiff(s) name(s) the following Defendants in this action:

_____          3M Company

_____          3M Occupational Safety LLC

_____          Aearo Holding LLC

_____          Aearo Intermediate LLC

_____          Aearo LLC

_____          Aearo Technologies LLC

## II.     PLAINTIFF(S)

2.     Name of Plaintiff:

3.     Name of spouse of Plaintiff (if applicable to loss of consortium claim):

4.     Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

5.    State(s) of residence of Plaintiff(s):

> [blank box]

## III.   <u>JURISDICTION</u>

6.    Basis for jurisdiction (diversity of citizenship or other):

> [blank box]

7.    Designated forum (United States District Court and Division) in which venue would be proper absent direct filing:

> [blank box]

## IV.   <u>USE OF DUAL-ENDED COMBAT ARMS EARPLUG</u>

8.    Plaintiff used the Dual-Ended Combat Arms Earplug:

_____    Yes

_____    No

## V.   <u>INJURIES</u>

9.    Plaintiff alleges the following injuries and/or side effects as a result of using the Dual-Ended Combat Arms Earplug:

_____    Hearing loss

_____    Sequelae to hearing loss

_____    Other [specify below]

> [blank box]

## VI.    CAUSES OF ACTION

10.    Plaintiff(s) adopt(s) in this Short Form Complaint the following claims asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

_____        Count I – Design Defect – Negligence

_____        Count II – Design Defect – Strict Liability

_____        Count III – Failure to Warn – Negligence

_____        Count IV – Failure to Warn – Strict Liability

_____        Count V – Breach of Express Warranty

_____        Count VI – Breach of Implied Warranty

_____        Count VII – Negligent Misrepresentation

_____        Count VIII – Fraudulent Misrepresentation

_____        Count IX – Fraudulent Concealment

_____        Count X – Fraud and Deceit

_____        Count XI – Gross Negligence

_____        Count XII – Negligence Per Se

_____        Count XIII – Consumer Fraud and/or Unfair Trade Practices

_____        Count XIV – Loss of Consortium

_____        Count XV – Unjust Enrichment

_____        Count XVI – Punitive Damages

_____    Count XVII – Other [specify below]

```



```

11.    If additional claims against the Defendants identified in the Master
Long Form Complaint and Jury Trial Demand are alleged in Paragraph
10, the facts supporting these allegations must be pleaded. Plaintiff(s)
assert(s) the following factual allegations against the Defendants
identified in the Master Long Form Complaint and Jury Trial Demand:

```



```

12.    Plaintiff(s) contend(s) that additional parties may be liable or
responsible for Plaintiff(s)' damages alleged herein. Such additional
parties, who will be hereafter referred to as Defendants, are as follows
(must name each Defendant and its citizenship):

```



```

13.     Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 12:

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff(s) may be entitled.


Dated: _____