UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>All Cases | Case No.: 3:19-MD-2885<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, Gregory Lawrence hereby moves this Court for an Order for admission *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Gregory Lawrence resides in Minnesota and is not a resident of the State of Florida.

2. Gregory Lawrence is admitted to practice and is a member in good standing of the bar of the State of Minnesota. A copy of the Certificate of Good Standing from the State of Minnesota dated within 30 days of this Motion is attached hereto as Exhibit A.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Gregory Lawrence has successfully completed both the online Local Rules tutorial exam

and the required ECF tutorials and has received a confirmation number: FLND16540323056290.

4. Gregory Lawrence has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Gregory Lawrence possesses an updated PACER account.

6. Gregory Lawrence is the attorney of record in the related case *Erik Moore v. 3M Company*, Court File 20-17708 (N.D. Fla.).

WHEREFORE, Gregory Lawrence respectfully requests the Court enter an Order admitting Gregory Lawrence of Lockridge Grindal Nauen P.L.L.P. *pro hac vice* in this MDL.

Date: June 2, 2022                Respectfully submitted,

 /s/ Gregory Lawrence
Yvonne M. Flaherty (MN Bar No. 267600)
Gregory Lawrence (MN Bar No. 0394967)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
(612) 339-6900
ymflaherty@locklaw.com
gblawrence@locklaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of Courts through this CM/ECF system.

Dated this 2nd day of June 2022.

             /s/ Gregory Lawrence
             Attorney Name