# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

GREGORY BRUCE LAWRENCE

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

May 10, 2013

Given under my hand and seal of this court on

June 02, 2022

Emily J. Eschweiler, Director
Office of Lawyer Registration