# EXHIBIT A



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Kelsey J. Shaw
Kirkland & Ellis, LLP
300 North LaSalle Street
Chicago, IL  60654

**<u>Via Electronic Mail</u>**

Chicago
Friday, May 20, 2022

In re:   Kelsey Joann Shaw
Admitted: 11/10/2021
Attorney No. 6339662

To Whom It May Concern:

     The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing

Very truly yours,
Jerome Larkin
Administrator

By: **/s/ Darryl R. Evans**
    Darryl R. Evans
    Senior Deputy Registrar

DRE