IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885-MCR-GRJ |
| This Document Relates to the Cases Listed in Exhibit "A" | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Andrew Gardner, of the law firm of Baron & Budd, P.C., enters his appearance as counsel of record for the Plaintiff in each of the related cases listed in the attached "Exhibit A."

Counsel further requests all papers and pleadings in the Master Docket of MDL 2885 be served upon him.

Dated: June 2, 2022

Respectfully submitted:

**BARON & BUDD, P.C.**

*/s/ Andrew K. Gardner*
Andrew K. Gardner, TX SBN: 24098877
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
agardner@baronbudd.com

*Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on June 2, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                    */s/ Andrew K. Gardner*_____
                                    Andrew K. Gardner

                                    *Attorney for Plaintiffs*