**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| Document Relates to: | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| Matthew Grey Civil Action No. 7:20-cv-01610-MCR-GRJ | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jonathan L. Smith of the law firm BOWMAN

AND BROOKE LLP has been admitted to practice in this Court and hereby enters

his appearance as counsel for Defendant, 3M Company, 3M Occupational Safety

LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and

Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master

Docket of MDL 2885 be served upon him.

Respectfully submitted,

/s/ Jonathan L. Smith
Jonathan L. Smith (*Pro Hac Vice*)
TX Bar No. 24088436
**BOWMAN AND BROOKE LLP**
2901 Via Fortuna Drive
Suite 500
Austin, Texas 78746
Tel: (512) 874-3853
Fax: (512) 874-3801
jonathan.smith@bowmanandbrooke.com

Counsel for Defendants *3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Dated:  June 2, 2022

## CERTIFICATE OF SERVICE

I do hereby certify that on this 2nd day of June 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ Jonathan L. Smith
Jonathan L. Smith (*Pro Hac Vice*)
TX Bar No. 24088436