# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>Rafael Medina<br>Civil Action No. 8:20-cv-10065-MCR-GRJ | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alan R. Vickery of the law firm BOWMAN AND BROOKE LLP has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

        Respectfully submitted,

        */s/ Alan R. Vickery*
        Alan R. Vickery (*Pro Hac Vice*)
        TX Bar No. 20571650
        **BOWMAN AND BROOKE LLP**
        5345 Town Square Drive
        Suite 115
        Plano, Texas 75024
        Tel: (972) 616-1705
        Fax: (972) 616-1701
        alan.vickery@bowmanandbrooke.com

        Counsel for Defendants *3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Dated:  June 2, 2022

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 2nd day of June 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ *Alan R. Vickery*
Alan R. Vickery (*Pro Hac Vice*)
TX Bar No. 20571650