UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER

On June 1, 2022, the Court entered an Order Regarding Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence in Civil or Commercial Matters Relating to Testimony of Pascal Hamery and Armand Dancer, ECF No. 3153, based on an emergency motion filed by Defendants, which was represented to be a "joint motion" and included four separate statements of the relief that "the parties request," *see* ECF No. 3150 at 1, 3.  The Court now has been informed that while Plaintiffs did not oppose the motion, they also did not join in it.  There is a difference.  Defendants have since withdrawn the original emergency motion and filed a new one, which accurately reflects that "Plaintiffs do not join, but do not oppose, th[e] motion."  *See* ECF No. 3156 at 2

Accordingly:

1. The Court **VACATES** the Order Regarding Letter of Request, ECF No. 3153, and the Order granting Defendants' emergency motion, ECF No. 3152, both dated June 1, 2022, which were premised on the inaccurate representation that the original motion was a joint filing.

2. Defendants' Unopposed Motion Regarding Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence in Civil or Commercial Matters Relating to Testimony of Pascal Hamery and Armand Dancer, ECF No. 3156, is **GRANTED**. The requested order will be entered separately.

**DONE AND ORDERED**, on this 2nd day of June, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**