## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, June 3, 2022 7:55 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Friday, June 3, 2022 12:54:10 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/3/2022 at 8:54 AM EDT and filed on 6/3/2022

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 1723 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-163) - 20 action(s) *re: pldg. ([1714] in MDL No. 2885, 1 in MN/0:22-cv-01376, 1 in MN/0:22-cv-01378, 1 in MN/0:22-cv-01379, 1 in MN/0:22-cv-01380, 1 in MN/0:22-cv-01381, 1 in MN/0:22-cv-01384, 1 in MN/0:22-cv-01388, 1 in MN/0:22-cv-01398, 1 in MN/0:22-cv-01401, 1 in MN/0:22-cv-01406, 1 in MN/0:22-cv-01407, 1 in MN/0:22-cv-01408, 1 in MN/0:22-cv-01409, 1 in MN/0:22-cv-01410, 1 in MN/0:22-cv-01411, 1 in MN/0:22-cv-01412, 1 in MN/0:22-cv-01413, 1 in MN/0:22-cv-01414, 1 in MN/0:22-cv-01415, 1 in MN/0:22-cv-01417)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/3/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01376, MN/0:22-cv-01378, MN/0:22-cv-01379, MN/0:22-cv-01380, MN/0:22-cv-01381, MN/0:22-cv-01384, MN/0:22-cv-01388, MN/0:22-cv-01398, MN/0:22-cv-01401, MN/0:22-cv-01406, MN/0:22-cv-01407, MN/0:22-cv-01408, MN/0:22-cv-01409,**

**MN/0:22-cv-01410, MN/0:22-cv-01411, MN/0:22-cv-01412, MN/0:22-cv-01413, MN/0:22-cv-01414, MN/0:22-cv-01415, MN/0:22-cv-01417 (dld)**

**Case Name:**     Outsey v. 3M Company et al
**Case Number:**   MN/0:22-cv-01384
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-163) - 20 action(s)** *re: pldg. ( [1714] in MDL No. 2885, 1 in MN/0:22-cv-01376, 1 in MN/0:22-cv-01378, 1 in MN/0:22-cv-01379, 1 in MN/0:22-cv-01380, 1 in MN/0:22-cv-01381, 1 in MN/0:22-cv-01384, 1 in MN/0:22-cv-01388, 1 in MN/0:22-cv-01398, 1 in MN/0:22-cv-01401, 1 in MN/0:22-cv-01406, 1 in MN/0:22-cv-01407, 1 in MN/0:22-cv-01408, 1 in MN/0:22-cv-01409, 1 in MN/0:22-cv-01410, 1 in MN/0:22-cv-01411, 1 in MN/0:22-cv-01412, 1 in MN/0:22-cv-01413, 1 in MN/0:22-cv-01414, 1 in MN/0:22-cv-01415, 1 in MN/0:22-cv-01417)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/3/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01376, MN/0:22-cv-01378, MN/0:22-cv-01379, MN/0:22-cv-01380, MN/0:22-cv-01381, MN/0:22-cv-01384, MN/0:22-cv-01388, MN/0:22-cv-01398, MN/0:22-cv-01401, MN/0:22-cv-01406, MN/0:22-cv-01407, MN/0:22-cv-01408, MN/0:22-cv-01409, MN/0:22-cv-01410, MN/0:22-cv-01411, MN/0:22-cv-01412, MN/0:22-cv-01413, MN/0:22-cv-01414, MN/0:22-cv-01415, MN/0:22-cv-01417 (dld)**

**Case Name:**     Doyle v. 3M Company et al
**Case Number:**   MN/0:22-cv-01376
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-163) - 20 action(s)** *re: pldg. ( [1714] in MDL No. 2885, 1 in MN/0:22-cv-01376, 1 in MN/0:22-cv-01378, 1 in MN/0:22-cv-01379, 1 in MN/0:22-cv-01380, 1 in MN/0:22-cv-01381, 1 in MN/0:22-cv-01384, 1 in MN/0:22-cv-01388, 1 in MN/0:22-cv-01398, 1 in MN/0:22-cv-01401, 1 in MN/0:22-cv-01406, 1 in MN/0:22-cv-01407, 1 in MN/0:22-cv-01408, 1 in MN/0:22-cv-01409, 1 in MN/0:22-cv-01410, 1 in MN/0:22-cv-01411, 1 in MN/0:22-cv-01412, 1 in MN/0:22-cv-01413, 1 in MN/0:22-cv-01414, 1 in MN/0:22-cv-01415, 1 in MN/0:22-cv-01417)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/3/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01376, MN/0:22-cv-01378, MN/0:22-cv-01379, MN/0:22-cv-01380, MN/0:22-cv-01381, MN/0:22-cv-01384, MN/0:22-cv-01388, MN/0:22-cv-01398, MN/0:22-cv-01401, MN/0:22-cv-01406, MN/0:22-cv-01407, MN/0:22-cv-01408, MN/0:22-cv-01409, MN/0:22-cv-01410, MN/0:22-cv-01411, MN/0:22-cv-01412, MN/0:22-cv-01413, MN/0:22-cv-01414, MN/0:22-cv-01415, MN/0:22-cv-01417 (dld)**

**Case Name:**     Newell v. 3M Company et al
**Case Number:**   MN/0:22-cv-01411
**Filer:**

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-163) - 20 action(s)** *re: pldg. ( [1714] in MDL No. 2885, 1 in MN/0:22-cv-01376, 1 in MN/0:22-cv-01378, 1 in MN/0:22-cv-01379, 1 in MN/0:22-cv-01380, 1 in MN/0:22-cv-01381, 1 in MN/0:22-cv-01384, 1 in MN/0:22-cv-01388, 1 in MN/0:22-cv-01398, 1 in MN/0:22-cv-01401, 1 in MN/0:22-cv-01406, 1 in MN/0:22-cv-01407, 1 in MN/0:22-cv-01408, 1 in MN/0:22-cv-01409, 1 in MN/0:22-cv-01410, 1 in MN/0:22-cv-01411, 1 in MN/0:22-cv-01412, 1 in MN/0:22-cv-01413, 1 in MN/0:22-cv-01414, 1 in MN/0:22-cv-01415, 1 in MN/0:22-cv-01417)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/3/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01376, MN/0:22-cv-01378, MN/0:22-cv-01379, MN/0:22-cv-01380, MN/0:22-cv-01381, MN/0:22-cv-01384, MN/0:22-cv-01388, MN/0:22-cv-01398, MN/0:22-cv-01401, MN/0:22-cv-01406, MN/0:22-cv-01407, MN/0:22-cv-01408, MN/0:22-cv-01409, MN/0:22-cv-01410, MN/0:22-cv-01411, MN/0:22-cv-01412, MN/0:22-cv-01413, MN/0:22-cv-01414, MN/0:22-cv-01415, MN/0:22-cv-01417 (dld)**

**Case Name:**     Schoonover v. 3M Company et al
**Case Number:**   MN/0:22-cv-01401
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-163) - 20 action(s)** *re: pldg. ( [1714] in MDL No. 2885, 1 in MN/0:22-cv-01376, 1 in MN/0:22-cv-01378, 1 in MN/0:22-cv-01379, 1 in MN/0:22-cv-01380, 1 in MN/0:22-cv-01381, 1 in MN/0:22-cv-01384, 1 in MN/0:22-cv-01388, 1 in MN/0:22-cv-01398, 1 in MN/0:22-cv-01401, 1 in MN/0:22-cv-01406, 1 in MN/0:22-cv-01407, 1 in MN/0:22-cv-01408, 1 in MN/0:22-cv-01409, 1 in MN/0:22-cv-01410, 1 in MN/0:22-cv-01411, 1 in MN/0:22-cv-01412, 1 in MN/0:22-cv-01413, 1 in MN/0:22-cv-01414, 1 in MN/0:22-cv-01415, 1 in MN/0:22-cv-01417)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/3/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01376, MN/0:22-cv-01378, MN/0:22-cv-01379, MN/0:22-cv-01380, MN/0:22-cv-01381, MN/0:22-cv-01384, MN/0:22-cv-01388, MN/0:22-cv-01398, MN/0:22-cv-01401, MN/0:22-cv-01406, MN/0:22-cv-01407, MN/0:22-cv-01408, MN/0:22-cv-01409, MN/0:22-cv-01410, MN/0:22-cv-01411, MN/0:22-cv-01412, MN/0:22-cv-01413, MN/0:22-cv-01414, MN/0:22-cv-01415, MN/0:22-cv-01417 (dld)**

**Case Name:**     Tate v. 3M Company et al
**Case Number:**   MN/0:22-cv-01412
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-163) - 20 action(s)** *re: pldg. ( [1714] in MDL No. 2885, 1 in MN/0:22-cv-01376, 1 in MN/0:22-cv-01378, 1 in MN/0:22-cv-01379, 1 in MN/0:22-cv-01380, 1 in MN/0:22-cv-01381, 1 in MN/0:22-cv-01384, 1 in MN/0:22-cv-01388, 1 in*

*MN/0:22-cv-01398, 1 in MN/0:22-cv-01401, 1 in MN/0:22-cv-01406, 1 in MN/0:22-cv-01407, 1 in MN/0:22-cv-01408, 1 in MN/0:22-cv-01409, 1 in MN/0:22-cv-01410, 1 in MN/0:22-cv-01411, 1 in MN/0:22-cv-01412, 1 in MN/0:22-cv-01413, 1 in MN/0:22-cv-01414, 1 in MN/0:22-cv-01415, 1 in MN/0:22-cv-01417)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/3/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01376, MN/0:22-cv-01378, MN/0:22-cv-01379, MN/0:22-cv-01380, MN/0:22-cv-01381, MN/0:22-cv-01384, MN/0:22-cv-01388, MN/0:22-cv-01398, MN/0:22-cv-01401, MN/0:22-cv-01406, MN/0:22-cv-01407, MN/0:22-cv-01408, MN/0:22-cv-01409, MN/0:22-cv-01410, MN/0:22-cv-01411, MN/0:22-cv-01412, MN/0:22-cv-01413, MN/0:22-cv-01414, MN/0:22-cv-01415, MN/0:22-cv-01417 (dld)**

**Case Name:**       Obey v. 3M Company et al
**Case Number:**     MN/0:22-cv-01388
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-163) - 20 action(s)** *re: pldg. ( [1714] in MDL No. 2885, 1 in MN/0:22-cv-01376, 1 in MN/0:22-cv-01378, 1 in MN/0:22-cv-01379, 1 in MN/0:22-cv-01380, 1 in MN/0:22-cv-01381, 1 in MN/0:22-cv-01384, 1 in MN/0:22-cv-01388, 1 in MN/0:22-cv-01398, 1 in MN/0:22-cv-01401, 1 in MN/0:22-cv-01406, 1 in MN/0:22-cv-01407, 1 in MN/0:22-cv-01408, 1 in MN/0:22-cv-01409, 1 in MN/0:22-cv-01410, 1 in MN/0:22-cv-01411, 1 in MN/0:22-cv-01412, 1 in MN/0:22-cv-01413, 1 in MN/0:22-cv-01414, 1 in MN/0:22-cv-01415, 1 in MN/0:22-cv-01417)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/3/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01376, MN/0:22-cv-01378, MN/0:22-cv-01379, MN/0:22-cv-01380, MN/0:22-cv-01381, MN/0:22-cv-01384, MN/0:22-cv-01388, MN/0:22-cv-01398, MN/0:22-cv-01401, MN/0:22-cv-01406, MN/0:22-cv-01407, MN/0:22-cv-01408, MN/0:22-cv-01409, MN/0:22-cv-01410, MN/0:22-cv-01411, MN/0:22-cv-01412, MN/0:22-cv-01413, MN/0:22-cv-01414, MN/0:22-cv-01415, MN/0:22-cv-01417 (dld)**

**Case Name:**       Mason v. 3M Company et al
**Case Number:**     MN/0:22-cv-01398
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-163) - 20 action(s)** *re: pldg. ( [1714] in MDL No. 2885, 1 in MN/0:22-cv-01376, 1 in MN/0:22-cv-01378, 1 in MN/0:22-cv-01379, 1 in MN/0:22-cv-01380, 1 in MN/0:22-cv-01381, 1 in MN/0:22-cv-01384, 1 in MN/0:22-cv-01388, 1 in MN/0:22-cv-01398, 1 in MN/0:22-cv-01401, 1 in MN/0:22-cv-01406, 1 in MN/0:22-cv-01407, 1 in MN/0:22-cv-01408, 1 in MN/0:22-cv-01409, 1 in MN/0:22-cv-01410, 1 in MN/0:22-cv-01411, 1 in MN/0:22-cv-01412, 1 in MN/0:22-cv-01413, 1 in MN/0:22-cv-01414, 1 in MN/0:22-cv-01415, 1 in MN/0:22-cv-01417)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/3/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01376, MN/0:22-cv-01378, MN/0:22-cv-01379, MN/0:22-cv-01380, MN/0:22-cv-01381, MN/0:22-cv-01384, MN/0:22-cv-01388, MN/0:22-cv-01398, MN/0:22-cv-01401, MN/0:22-cv-01406, MN/0:22-cv-01407, MN/0:22-cv-01408, MN/0:22-cv-01409, MN/0:22-cv-01410, MN/0:22-cv-01411, MN/0:22-cv-01412, MN/0:22-cv-01413, MN/0:22-cv-01414, MN/0:22-cv-01415, MN/0:22-cv-01417 (dld)**

**Case Name:**        Vigil v. 3M Company et al

**Case Number:**      MN/0:22-cv-01410

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-163) - 20 action(s)** *re: pldg. ( [1714] in MDL No. 2885, 1 in MN/0:22-cv-01376, 1 in MN/0:22-cv-01378, 1 in MN/0:22-cv-01379, 1 in MN/0:22-cv-01380, 1 in MN/0:22-cv-01381, 1 in MN/0:22-cv-01384, 1 in MN/0:22-cv-01388, 1 in MN/0:22-cv-01398, 1 in MN/0:22-cv-01401, 1 in MN/0:22-cv-01406, 1 in MN/0:22-cv-01407, 1 in MN/0:22-cv-01408, 1 in MN/0:22-cv-01409, 1 in MN/0:22-cv-01410, 1 in MN/0:22-cv-01411, 1 in MN/0:22-cv-01412, 1 in MN/0:22-cv-01413, 1 in MN/0:22-cv-01414, 1 in MN/0:22-cv-01415, 1 in MN/0:22-cv-01417)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/3/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01376, MN/0:22-cv-01378, MN/0:22-cv-01379, MN/0:22-cv-01380, MN/0:22-cv-01381, MN/0:22-cv-01384, MN/0:22-cv-01388, MN/0:22-cv-01398, MN/0:22-cv-01401, MN/0:22-cv-01406, MN/0:22-cv-01407, MN/0:22-cv-01408, MN/0:22-cv-01409, MN/0:22-cv-01410, MN/0:22-cv-01411, MN/0:22-cv-01412, MN/0:22-cv-01413, MN/0:22-cv-01414, MN/0:22-cv-01415, MN/0:22-cv-01417 (dld)**

**Case Name:**        Lawyer v. 3M Company et al

**Case Number:**      MN/0:22-cv-01378

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-163) - 20 action(s)** *re: pldg. ( [1714] in MDL No. 2885, 1 in MN/0:22-cv-01376, 1 in MN/0:22-cv-01378, 1 in MN/0:22-cv-01379, 1 in MN/0:22-cv-01380, 1 in MN/0:22-cv-01381, 1 in MN/0:22-cv-01384, 1 in MN/0:22-cv-01388, 1 in MN/0:22-cv-01398, 1 in MN/0:22-cv-01401, 1 in MN/0:22-cv-01406, 1 in MN/0:22-cv-01407, 1 in MN/0:22-cv-01408, 1 in MN/0:22-cv-01409, 1 in MN/0:22-cv-01410, 1 in MN/0:22-cv-01411, 1 in MN/0:22-cv-01412, 1 in MN/0:22-cv-01413, 1 in MN/0:22-cv-01414, 1 in MN/0:22-cv-01415, 1 in MN/0:22-cv-01417)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/3/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01376, MN/0:22-cv-01378, MN/0:22-cv-01379, MN/0:22-cv-01380, MN/0:22-cv-01381, MN/0:22-cv-01384, MN/0:22-cv-01388, MN/0:22-cv-01398, MN/0:22-cv-01401, MN/0:22-cv-01406, MN/0:22-cv-01407, MN/0:22-cv-01408, MN/0:22-cv-01409, MN/0:22-cv-01410, MN/0:22-cv-01411, MN/0:22-cv-01412, MN/0:22-cv-01413, MN/0:22-cv-01414, MN/0:22-cv-01415, MN/0:22-cv-01417 (dld)**

**Case Name:** Timmons v. 3M Company et al

**Case Number:** MN/0:22-cv-01380

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-163) - 20 action(s)** *re: pldg. ( [1714] in MDL No. 2885, 1 in MN/0:22-cv-01376, 1 in MN/0:22-cv-01378, 1 in MN/0:22-cv-01379, 1 in MN/0:22-cv-01380, 1 in MN/0:22-cv-01381, 1 in MN/0:22-cv-01384, 1 in MN/0:22-cv-01388, 1 in MN/0:22-cv-01398, 1 in MN/0:22-cv-01401, 1 in MN/0:22-cv-01406, 1 in MN/0:22-cv-01407, 1 in MN/0:22-cv-01408, 1 in MN/0:22-cv-01409, 1 in MN/0:22-cv-01410, 1 in MN/0:22-cv-01411, 1 in MN/0:22-cv-01412, 1 in MN/0:22-cv-01413, 1 in MN/0:22-cv-01414, 1 in MN/0:22-cv-01415, 1 in MN/0:22-cv-01417)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/3/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01376, MN/0:22-cv-01378, MN/0:22-cv-01379, MN/0:22-cv-01380, MN/0:22-cv-01381, MN/0:22-cv-01384, MN/0:22-cv-01388, MN/0:22-cv-01398, MN/0:22-cv-01401, MN/0:22-cv-01406, MN/0:22-cv-01407, MN/0:22-cv-01408, MN/0:22-cv-01409, MN/0:22-cv-01410, MN/0:22-cv-01411, MN/0:22-cv-01412, MN/0:22-cv-01413, MN/0:22-cv-01414, MN/0:22-cv-01415, MN/0:22-cv-01417 (dld)**

**Case Name:** Chalifoux v. 3M Company et al

**Case Number:** MN/0:22-cv-01408

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-163) - 20 action(s)** *re: pldg. ( [1714] in MDL No. 2885, 1 in MN/0:22-cv-01376, 1 in MN/0:22-cv-01378, 1 in MN/0:22-cv-01379, 1 in MN/0:22-cv-01380, 1 in MN/0:22-cv-01381, 1 in MN/0:22-cv-01384, 1 in MN/0:22-cv-01388, 1 in MN/0:22-cv-01398, 1 in MN/0:22-cv-01401, 1 in MN/0:22-cv-01406, 1 in MN/0:22-cv-01407, 1 in MN/0:22-cv-01408, 1 in MN/0:22-cv-01409, 1 in MN/0:22-cv-01410, 1 in MN/0:22-cv-01411, 1 in MN/0:22-cv-01412, 1 in MN/0:22-cv-01413, 1 in MN/0:22-cv-01414, 1 in MN/0:22-cv-01415, 1 in MN/0:22-cv-01417)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/3/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01376, MN/0:22-cv-01378, MN/0:22-cv-01379, MN/0:22-cv-01380, MN/0:22-cv-01381, MN/0:22-cv-01384, MN/0:22-cv-01388, MN/0:22-cv-01398, MN/0:22-cv-01401, MN/0:22-cv-01406, MN/0:22-cv-01407, MN/0:22-cv-01408, MN/0:22-cv-01409, MN/0:22-cv-01410, MN/0:22-cv-01411, MN/0:22-cv-01412, MN/0:22-cv-01413, MN/0:22-cv-01414, MN/0:22-cv-01415, MN/0:22-cv-01417 (dld)**

**Case Name:** Visor v. 3M Company et al

**Case Number:** MN/0:22-cv-01415

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-163) - 20 action(s)** *re: pldg. ( [1714] in MDL No. 2885, 1 in MN/0:22-cv-01376, 1 in MN/0:22-cv-01378, 1 in MN/0:22-cv-01379, 1 in MN/0:22-cv-01380, 1 in MN/0:22-cv-01381, 1 in MN/0:22-cv-01384, 1 in MN/0:22-cv-01388, 1 in MN/0:22-cv-01398, 1 in MN/0:22-cv-01401, 1 in MN/0:22-cv-01406, 1 in MN/0:22-cv-01407, 1 in MN/0:22-cv-01408, 1 in MN/0:22-cv-01409, 1 in MN/0:22-cv-01410, 1 in MN/0:22-cv-01411, 1 in MN/0:22-cv-01412, 1 in MN/0:22-cv-01413, 1 in MN/0:22-cv-01414, 1 in MN/0:22-cv-01415, 1 in MN/0:22-cv-01417)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/3/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01376, MN/0:22-cv-01378, MN/0:22-cv-01379, MN/0:22-cv-01380, MN/0:22-cv-01381, MN/0:22-cv-01384, MN/0:22-cv-01388, MN/0:22-cv-01398, MN/0:22-cv-01401, MN/0:22-cv-01406, MN/0:22-cv-01407, MN/0:22-cv-01408, MN/0:22-cv-01409, MN/0:22-cv-01410, MN/0:22-cv-01411, MN/0:22-cv-01412, MN/0:22-cv-01413, MN/0:22-cv-01414, MN/0:22-cv-01415, MN/0:22-cv-01417 (dld)**

**Case Name:** Lamer v. 3M Company et al
**Case Number:** MN/0:22-cv-01381
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-163) - 20 action(s)** *re: pldg. ( [1714] in MDL No. 2885, 1 in MN/0:22-cv-01376, 1 in MN/0:22-cv-01378, 1 in MN/0:22-cv-01379, 1 in MN/0:22-cv-01380, 1 in MN/0:22-cv-01381, 1 in MN/0:22-cv-01384, 1 in MN/0:22-cv-01388, 1 in MN/0:22-cv-01398, 1 in MN/0:22-cv-01401, 1 in MN/0:22-cv-01406, 1 in MN/0:22-cv-01407, 1 in MN/0:22-cv-01408, 1 in MN/0:22-cv-01409, 1 in MN/0:22-cv-01410, 1 in MN/0:22-cv-01411, 1 in MN/0:22-cv-01412, 1 in MN/0:22-cv-01413, 1 in MN/0:22-cv-01414, 1 in MN/0:22-cv-01415, 1 in MN/0:22-cv-01417)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/3/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01376, MN/0:22-cv-01378, MN/0:22-cv-01379, MN/0:22-cv-01380, MN/0:22-cv-01381, MN/0:22-cv-01384, MN/0:22-cv-01388, MN/0:22-cv-01398, MN/0:22-cv-01401, MN/0:22-cv-01406, MN/0:22-cv-01407, MN/0:22-cv-01408, MN/0:22-cv-01409, MN/0:22-cv-01410, MN/0:22-cv-01411, MN/0:22-cv-01412, MN/0:22-cv-01413, MN/0:22-cv-01414, MN/0:22-cv-01415, MN/0:22-cv-01417 (dld)**

**Case Name:** Sowell v. 3M Company et al
**Case Number:** MN/0:22-cv-01417
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-163) - 20 action(s)** *re: pldg. ( [1714] in MDL No. 2885, 1 in MN/0:22-cv-01376, 1 in MN/0:22-cv-01378, 1 in MN/0:22-cv-01379, 1 in MN/0:22-cv-01380, 1 in MN/0:22-cv-01381, 1 in MN/0:22-cv-01384, 1 in MN/0:22-cv-01388, 1 in MN/0:22-cv-01398, 1 in MN/0:22-cv-01401, 1 in MN/0:22-cv-01406, 1 in MN/0:22-cv-01407, 1 in MN/0:22-cv-01408, 1 in MN/0:22-cv-01409, 1 in MN/0:22-cv-01410, 1 in MN/0:22-cv-01411, 1 in*

*MN/0:22-cv-01412, 1 in MN/0:22-cv-01413, 1 in MN/0:22-cv-01414, 1 in MN/0:22-cv-01415, 1 in MN/0:22-cv-01417)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/3/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01376, MN/0:22-cv-01378, MN/0:22-cv-01379, MN/0:22-cv-01380, MN/0:22-cv-01381, MN/0:22-cv-01384, MN/0:22-cv-01388, MN/0:22-cv-01398, MN/0:22-cv-01401, MN/0:22-cv-01406, MN/0:22-cv-01407, MN/0:22-cv-01408, MN/0:22-cv-01409, MN/0:22-cv-01410, MN/0:22-cv-01411, MN/0:22-cv-01412, MN/0:22-cv-01413, MN/0:22-cv-01414, MN/0:22-cv-01415, MN/0:22-cv-01417 (dld)**

**Case Name:**     Smalls v. 3M Company et al
**Case Number:**    MN/0:22-cv-01409
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-163) - 20 action(s)** *re: pldg. ( [1714] in MDL No. 2885, 1 in MN/0:22-cv-01376, 1 in MN/0:22-cv-01378, 1 in MN/0:22-cv-01379, 1 in MN/0:22-cv-01380, 1 in MN/0:22-cv-01381, 1 in MN/0:22-cv-01384, 1 in MN/0:22-cv-01388, 1 in MN/0:22-cv-01398, 1 in MN/0:22-cv-01401, 1 in MN/0:22-cv-01406, 1 in MN/0:22-cv-01407, 1 in MN/0:22-cv-01408, 1 in MN/0:22-cv-01409, 1 in MN/0:22-cv-01410, 1 in MN/0:22-cv-01411, 1 in MN/0:22-cv-01412, 1 in MN/0:22-cv-01413, 1 in MN/0:22-cv-01414, 1 in MN/0:22-cv-01415, 1 in MN/0:22-cv-01417)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/3/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01376, MN/0:22-cv-01378, MN/0:22-cv-01379, MN/0:22-cv-01380, MN/0:22-cv-01381, MN/0:22-cv-01384, MN/0:22-cv-01388, MN/0:22-cv-01398, MN/0:22-cv-01401, MN/0:22-cv-01406, MN/0:22-cv-01407, MN/0:22-cv-01408, MN/0:22-cv-01409, MN/0:22-cv-01410, MN/0:22-cv-01411, MN/0:22-cv-01412, MN/0:22-cv-01413, MN/0:22-cv-01414, MN/0:22-cv-01415, MN/0:22-cv-01417 (dld)**

**Case Name:**     Mize v. 3M Company et al
**Case Number:**    MN/0:22-cv-01407
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-163) - 20 action(s)** *re: pldg. ( [1714] in MDL No. 2885, 1 in MN/0:22-cv-01376, 1 in MN/0:22-cv-01378, 1 in MN/0:22-cv-01379, 1 in MN/0:22-cv-01380, 1 in MN/0:22-cv-01381, 1 in MN/0:22-cv-01384, 1 in MN/0:22-cv-01388, 1 in MN/0:22-cv-01398, 1 in MN/0:22-cv-01401, 1 in MN/0:22-cv-01406, 1 in MN/0:22-cv-01407, 1 in MN/0:22-cv-01408, 1 in MN/0:22-cv-01409, 1 in MN/0:22-cv-01410, 1 in MN/0:22-cv-01411, 1 in MN/0:22-cv-01412, 1 in MN/0:22-cv-01413, 1 in MN/0:22-cv-01414, 1 in MN/0:22-cv-01415, 1 in MN/0:22-cv-01417)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/3/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01376, MN/0:22-cv-01378, MN/0:22-cv-01379, MN/0:22-cv-01380, MN/0:22-cv-01381, MN/0:22-cv-01384, MN/0:22-cv-01388, MN/0:22-cv-01398, MN/0:22-cv-01401, MN/0:22-cv-01406, MN/0:22-cv-01407, MN/0:22-cv-01408, MN/0:22-cv-01409, MN/0:22-cv-01410, MN/0:22-cv-01411, MN/0:22-cv-01412, MN/0:22-cv-01413, MN/0:22-cv-01414, MN/0:22-cv-01415, MN/0:22-cv-01417 (dld)**

**Case Name:**     Cabe v. 3M Company et al

**Case Number:**     MN/0:22-cv-01413

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-163) - 20 action(s)** *re: pldg. ( [1714] in MDL No. 2885, 1 in MN/0:22-cv-01376, 1 in MN/0:22-cv-01378, 1 in MN/0:22-cv-01379, 1 in MN/0:22-cv-01380, 1 in MN/0:22-cv-01381, 1 in MN/0:22-cv-01384, 1 in MN/0:22-cv-01388, 1 in MN/0:22-cv-01398, 1 in MN/0:22-cv-01401, 1 in MN/0:22-cv-01406, 1 in MN/0:22-cv-01407, 1 in MN/0:22-cv-01408, 1 in MN/0:22-cv-01409, 1 in MN/0:22-cv-01410, 1 in MN/0:22-cv-01411, 1 in MN/0:22-cv-01412, 1 in MN/0:22-cv-01413, 1 in MN/0:22-cv-01414, 1 in MN/0:22-cv-01415, 1 in MN/0:22-cv-01417)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/3/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01376, MN/0:22-cv-01378, MN/0:22-cv-01379, MN/0:22-cv-01380, MN/0:22-cv-01381, MN/0:22-cv-01384, MN/0:22-cv-01388, MN/0:22-cv-01398, MN/0:22-cv-01401, MN/0:22-cv-01406, MN/0:22-cv-01407, MN/0:22-cv-01408, MN/0:22-cv-01409, MN/0:22-cv-01410, MN/0:22-cv-01411, MN/0:22-cv-01412, MN/0:22-cv-01413, MN/0:22-cv-01414, MN/0:22-cv-01415, MN/0:22-cv-01417 (dld)**

**Case Name:**     Genzel v. 3M Company et al

**Case Number:**     MN/0:22-cv-01379

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-163) - 20 action(s)** *re: pldg. ( [1714] in MDL No. 2885, 1 in MN/0:22-cv-01376, 1 in MN/0:22-cv-01378, 1 in MN/0:22-cv-01379, 1 in MN/0:22-cv-01380, 1 in MN/0:22-cv-01381, 1 in MN/0:22-cv-01384, 1 in MN/0:22-cv-01388, 1 in MN/0:22-cv-01398, 1 in MN/0:22-cv-01401, 1 in MN/0:22-cv-01406, 1 in MN/0:22-cv-01407, 1 in MN/0:22-cv-01408, 1 in MN/0:22-cv-01409, 1 in MN/0:22-cv-01410, 1 in MN/0:22-cv-01411, 1 in MN/0:22-cv-01412, 1 in MN/0:22-cv-01413, 1 in MN/0:22-cv-01414, 1 in MN/0:22-cv-01415, 1 in MN/0:22-cv-01417)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/3/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01376, MN/0:22-cv-01378, MN/0:22-cv-01379, MN/0:22-cv-01380, MN/0:22-cv-01381, MN/0:22-cv-01384, MN/0:22-cv-01388, MN/0:22-cv-01398, MN/0:22-cv-01401, MN/0:22-cv-01406, MN/0:22-cv-01407, MN/0:22-cv-01408, MN/0:22-cv-01409, MN/0:22-cv-01410, MN/0:22-cv-01411, MN/0:22-cv-01412, MN/0:22-cv-01413, MN/0:22-cv-01414, MN/0:22-cv-01415, MN/0:22-cv-01417 (dld)**

**Case Name:** Vaughn v. 3M Company et al
**Case Number:** MN/0:22-cv-01414
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-163) - 20 action(s)** *re: pldg. ( [1714] in MDL No. 2885, 1 in MN/0:22-cv-01376, 1 in MN/0:22-cv-01378, 1 in MN/0:22-cv-01379, 1 in MN/0:22-cv-01380, 1 in MN/0:22-cv-01381, 1 in MN/0:22-cv-01384, 1 in MN/0:22-cv-01388, 1 in MN/0:22-cv-01398, 1 in MN/0:22-cv-01401, 1 in MN/0:22-cv-01406, 1 in MN/0:22-cv-01407, 1 in MN/0:22-cv-01408, 1 in MN/0:22-cv-01409, 1 in MN/0:22-cv-01410, 1 in MN/0:22-cv-01411, 1 in MN/0:22-cv-01412, 1 in MN/0:22-cv-01413, 1 in MN/0:22-cv-01414, 1 in MN/0:22-cv-01415, 1 in MN/0:22-cv-01417)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/3/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01376, MN/0:22-cv-01378, MN/0:22-cv-01379, MN/0:22-cv-01380, MN/0:22-cv-01381, MN/0:22-cv-01384, MN/0:22-cv-01388, MN/0:22-cv-01398, MN/0:22-cv-01401, MN/0:22-cv-01406, MN/0:22-cv-01407, MN/0:22-cv-01408, MN/0:22-cv-01409, MN/0:22-cv-01410, MN/0:22-cv-01411, MN/0:22-cv-01412, MN/0:22-cv-01413, MN/0:22-cv-01414, MN/0:22-cv-01415, MN/0:22-cv-01417 (dld)**

**Case Name:** Ecton v. 3M Company et al
**Case Number:** MN/0:22-cv-01406
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-163) - 20 action(s)** *re: pldg. ( [1714] in MDL No. 2885, 1 in MN/0:22-cv-01376, 1 in MN/0:22-cv-01378, 1 in MN/0:22-cv-01379, 1 in MN/0:22-cv-01380, 1 in MN/0:22-cv-01381, 1 in MN/0:22-cv-01384, 1 in MN/0:22-cv-01388, 1 in MN/0:22-cv-01398, 1 in MN/0:22-cv-01401, 1 in MN/0:22-cv-01406, 1 in MN/0:22-cv-01407, 1 in MN/0:22-cv-01408, 1 in MN/0:22-cv-01409, 1 in MN/0:22-cv-01410, 1 in MN/0:22-cv-01411, 1 in MN/0:22-cv-01412, 1 in MN/0:22-cv-01413, 1 in MN/0:22-cv-01414, 1 in MN/0:22-cv-01415, 1 in MN/0:22-cv-01417)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/3/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01376, MN/0:22-cv-01378, MN/0:22-cv-01379, MN/0:22-cv-01380, MN/0:22-cv-01381, MN/0:22-cv-01384, MN/0:22-cv-01388, MN/0:22-cv-01398, MN/0:22-cv-01401, MN/0:22-cv-01406, MN/0:22-cv-01407, MN/0:22-cv-01408, MN/0:22-cv-01409, MN/0:22-cv-01410, MN/0:22-cv-01411, MN/0:22-cv-01412, MN/0:22-cv-01413, MN/0:22-cv-01414, MN/0:22-cv-01415, MN/0:22-cv-01417 (dld)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-01384 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01384 Notice will not be electronically mailed to:**

**MN/0:22-cv-01376 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01376 Notice will not be electronically mailed to:**

**MN/0:22-cv-01411 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01411 Notice will not be electronically mailed to:**

**MN/0:22-cv-01401 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01401 Notice will not be electronically mailed to:**

**MN/0:22-cv-01412 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01412 Notice will not be electronically mailed to:**

**MN/0:22-cv-01388 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01388 Notice will not be electronically mailed to:**

**MN/0:22-cv-01398 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01398 Notice will not be electronically mailed to:**

**MN/0:22-cv-01410 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01410 Notice will not be electronically mailed to:**

**MN/0:22-cv-01378 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01378 Notice will not be electronically mailed to:**

**MN/0:22-cv-01380 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01380 Notice will not be electronically mailed to:**

**MN/0:22-cv-01408 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01408 Notice will not be electronically mailed to:**

**MN/0:22-cv-01415 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01415 Notice will not be electronically mailed to:**

**MN/0:22-cv-01381 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01381 Notice will not be electronically mailed to:**

**MN/0:22-cv-01417 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01417 Notice will not be electronically mailed to:**

**MN/0:22-cv-01409 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01409 Notice will not be electronically mailed to:**

**MN/0:22-cv-01407 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01407 Notice will not be electronically mailed to:**

**MN/0:22-cv-01413 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01413 Notice will not be electronically mailed to:**

**MN/0:22-cv-01379 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01379 Notice will not be electronically mailed to:**

**MN/0:22-cv-01414 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01414 Notice will not be electronically mailed to:**

**MN/0:22-cv-01406 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01406 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/3/2022] [FileNumber=1118595-0]
[4d91a79943032676e78d7d5b905ece49d181ce021153ff95e580f9fc535e24e1f9eaf
167e1100ba298d806fc2a8bdbb4ed45818c1431be45ece48dd2c989df82]]