**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | * | **CASE NO. 3:19MD2885** |
| EARPLUG PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | |
| | * | **JUDGE M. CASEY RODGERS** |
| | * | |
| This Document Relates To All Cases | * | |
| Represented by Brent Coon & Associates | * | |
| listed on Exhibit A | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **GARY R JONES** |

## Notice of Appeal

COME NOW, Plaintiffs represented by Brent Coon & Associates, Aaron Bonenfant (Cause No. 8:20-cv-28944-MCR-GRJ); Aaron Prather (Cause No. 7:20-cv-71253-MCR-GRJ); Adam Schneider (Cause No. 8:20-cv-28949-MCR-GRJ); Aida Cruz (Cause No. 7:20-cv-71257-MCR-GRJ); Aieshah Lowe (Cause No. 7:20-cv-71260-MCR-GRJ); Alan Pina (Cause No. 8:20-cv-29058-MCR-GRJ); Allen Swinton (Cause No. 7:20-cv-71267-MCR-GRJ); Amanda Aldrich (Cause No. 7:20-cv-71271-MCR-GRJ); Amanda Bender (Cause No. 7:20-cv-71275-MCR-GRJ); Amber Rhodes (Cause No. 7:20-cv-71278-MCR-GRJ); Ambrosio Aragon (Cause No. 7:20-cv-71282-MCR-GRJ); Amos Brooks (Cause No. 7:20-cv-71286-MCR-GRJ); Amos Postell (Cause No. 8:20-cv-29062-MCR-GRJ); Andre Lengyel (Cause No. 8:20-cv-29066-MCR-GRJ); Andrew Barnhart (Cause No. 7:20-cv-71290-MCR-GRJ); Angel Frescas (Cause No. 7:20-cv-71297-MCR-GRJ); Angelica Lea (Cause No. 7:20-cv-71301-MCR-GRJ); Anita Trone (Cause No. 8:20-cv-29070-MCR-GRJ); Anthony Duncan (Cause No. 8:20-cv-29074-MCR-GRJ); Anthony Harris (Cause No. 8:20-cv-28953-MCR-GRJ); Arius Newell (Cause No. 7:20-cv-71313-MCR-GRJ); Arthur Martin (Cause No. 8:20-cv-20332-MCR-GRJ); Ashley Whitaker (Cause No. 8:20-cv-17156-MCR-GRJ); Austin Plew (Cause No. 8:20-cv-17157-MCR-GRJ); Benjamin Briones (Cause No. 8:20-cv-28962-MCR-GRJ); Benjamin Prather (Cause No. 8:20-cv-

29080-MCR-GRJ); Bernard Buehler (Cause No. 8:20-cv-28974-MCR-GRJ); Bert Axline (Cause No. 7:20-cv-71320-MCR-GRJ); Billy Burkhart (Cause No. 8:20-cv-29084-MCR-GRJ); Blaze Lipowski (Cause No. 7:20-cv-71328-MCR-GRJ); Brandi Schaefer (Cause No. 8:20-cv-29092-MCR-GRJ); Brandon Brown (Cause No. 8:20-cv-28978-MCR-GRJ); Brandon Carr (Cause No. 7:20-cv-00019-MCR-GRJ); Brett Larned (Cause No. 8:20-cv-29096-MCR-GRJ); Brian Goosby (Cause No. 7:20-cv-71332-MCR-GRJ); Brian Gourley (Cause No. 7:20-cv-71336-MCR-GRJ); Bridget Hammond (Cause No. 7:20-cv-71339-MCR-GRJ); Bridgett Hinnant (Cause No. 7:20-cv-71343-MCR-GRJ); Britney House (Cause No. 7:20-cv-71347-MCR-GRJ); Brittny Lee (Cause No. 8:20-cv-29099-MCR-GRJ); Brock Tamburini (Cause No. 7:20-cv-71351-MCR-GRJ); Bryan Loveday (Cause No. 8:20-cv-29103-MCR-GRJ); Bryan Shipman (Cause No. 7:20-cv-71355-MCR-GRJ); Cade Duncan (Cause No. 7:20-cv-71359-MCR-GRJ); Candace Mackey (Cause No. 7:20-cv-71362-MCR-GRJ); Carolyn Nys (Cause No. 7:20-cv-71366-MCR-GRJ); Carraig Stanwyck (Cause No. 8:20-cv-29110-MCR-GRJ); Carroll Parrish (Cause No. 7:20-cv-71370-MCR-GRJ); Cartez Thomas (Cause No. 8:20-cv-29114-MCR-GRJ); Casey Guy (Cause No. 8:20-cv-29118-MCR-GRJ); Catrel Husain (Cause No. 8:20-cv-29122-MCR-GRJ); Charles Garrett (Cause No. 8:20-cv-29126-MCR-GRJ); Charles Hackmann (Cause No. 7:20-cv-71385-MCR-GRJ); Christopher Baird (Cause No. 8:20-cv-28992-MCR-GRJ); Chris Edgecombe (Cause No. 8:20-cv-28996-MCR-GRJ); Chris Williamson (Cause No. 8:20-cv-29130-MCR-GRJ); Christina Bartlett (Cause No. 8:20-cv-29000-MCR-GRJ); Christopher Boykin (Cause No. 8:20-cv-29134-MCR-GRJ); Christopher Cayard (Cause No. 7:20-cv-71403-MCR-GRJ); Christopher Condrey (Cause No. 7:20-cv-71407-MCR-GRJ); Christopher Davis (Cause No. 8:20-cv-17159-MCR-GRJ); Christopher Lichty (Cause No. 7:20-cv-71411-MCR-GRJ); Christyal Thorne (Cause No. 8:20-cv-17160-MCR-GRJ); Clarrance Neal (Cause No. 8:20-cv-29138-MCR-GRJ); Clinton Herzik (Cause No. 8:20-cv-29141-MCR-GRJ); Clinton Lennox (Cause No. 7:20-cv-71419-MCR-GRJ); Cody Russell (Cause No. 8:20-cv-29145-MCR-GRJ); Cory Brubaker (Cause No. 8:20-cv-29012-MCR-GRJ); Craig

Rowland (Cause No. 7:20-cv-71426-MCR-GRJ); Crystal Allen (Cause No. 8:20-cv-29149-MCR-GRJ); Curt Hux (Cause No. 7:20-cv-71434-MCR-GRJ); Curtis Cacan (Cause No. 7:20-cv-16159-MCR-GRJ); Daisy Jackson (Cause No. 8:20-cv-29021-MCR-GRJ); Dale Vanderpool (Cause No. 8:20-cv-29153-MCR-GRJ); Dana Brown (Cause No. 7:20-cv-71445-MCR-GRJ); Daniel Alvarado (Cause No. 8:20-cv-29030-MCR-GRJ); Daniel Brown (Cause No. 7:20-cv-71449-MCR-GRJ); Daniel Ellis (Cause No. 8:20-cv-29157-MCR-GRJ); Daniel Freeman (Cause No. 8:20-cv-29034-MCR-GRJ); Daniel Freiderich (Cause No. 8:20-cv-29038-MCR-GRJ); Daniel Heidrich (Cause No. 7:20-cv-71453-MCR-GRJ); Daniel Moreno (Cause No. 7:20-cv-71457-MCR-GRJ); Daniel Woods (Cause No. 7:20-cv-71461-MCR-GRJ); Danita Cottrell (Cause No. 8:20-cv-29162-MCR-GRJ); Daniyel Baron (Cause No. 8:20-cv-29043-MCR-GRJ); Danny Clark (Cause No. 8:20-cv-29047-MCR-GRJ); Darren Pressley (Cause No. 8:20-cv-29166-MCR-GRJ); David Hall (Cause No. 8:20-cv-29056-MCR-GRJ); David Klopfer (Cause No. 7:20-cv-71472-MCR-GRJ); David Mull (Cause No. 7:20-cv-71475-MCR-GRJ); David Rodriguez (Cause No. 8:20-cv-29060-MCR-GRJ); David Street (Cause No. 8:20-cv-29174-MCR-GRJ); David Waldrop (Cause No. 8:20-cv-29178-MCR-GRJ); David Wood (Cause No. 7:20-cv-71482-MCR-GRJ); Deedra Castaneda (Cause No. 8:20-cv-29182-MCR-GRJ); Denise Haliburton (Cause No. 8:20-cv-29186-MCR-GRJ); Derek Bond (Cause No. 7:20-cv-71490-MCR-GRJ); Donald Owens (Cause No. 7:20-cv-71502-MCR-GRJ); Dustin Ewing (Cause No. 8:20-cv-29194-MCR-GRJ); Dustin Jolly (Cause No. 8:20-cv-29064-MCR-GRJ); Eddie Oliver (Cause No. 7:20-cv-71505-MCR-GRJ); Edgar Colon (Cause No. 7:20-cv-71509-MCR-GRJ); Eduardo De La Rosa (Cause No. 8:20-cv-29197-MCR-GRJ); Elias Maldonado (Cause No. 8:20-cv-29069-MCR-GRJ); Elmore Young (Cause No. 8:20-cv-29073-MCR-GRJ); Elroy Stout (Cause No. 7:20-cv-71513-MCR-GRJ); Elton Vereen (Cause No. 8:20-cv-29199-MCR-GRJ); Emmanuel Franco (Cause No. 8:20-cv-29203-MCR-GRJ); Eric Gish (Cause No. 8:20-cv-29078-MCR-GRJ); Eric Honse (Cause No. 7:20-cv-71517-MCR-GRJ); Eric Paxton (Cause No. 7:20-cv-71521-MCR-GRJ); Eric West (Cause No. 8:20-cv-29207-MCR-GRJ);

Erik Bherns (Cause No. 8:20-cv-29215-MCR-GRJ); Ermond Gates (Cause No. 8:20-cv-29219-MCR-GRJ); Floria Ferrell (Cause No. 8:20-cv-29223-MCR-GRJ); Freddrick Walker (Cause No. 8:20-cv-29226-MCR-GRJ); Gary Leleux (Cause No. 8:20-cv-29230-MCR-GRJ); Gary White (Cause No. 8:20-cv-29234-MCR-GRJ); George Hicks (Cause No. 7:20-cv-71532-MCR-GRJ); George Pizarro (Cause No. 7:20-cv-71720-MCR-GRJ); George Ybarra (Cause No. 8:20-cv-29238-MCR-GRJ); Gilbert Jones (Cause No. 7:20-cv-71724-MCR-GRJ); Gilberto Guerrero (Cause No. 8:20-cv-15937-MCR-GRJ); Guy Sifuentes (Cause No. 8:20-cv-29241-MCR-GRJ); Hector Falcon (Cause No. 7:20-cv-71732-MCR-GRJ); Hugo Vega (Cause No. 8:20-cv-29245-MCR-GRJ); Hurley King (Cause No. 7:20-cv-71738-MCR-GRJ); Ian Fernandez (Cause No. 7:20-cv-71741-MCR-GRJ); Irving Garcia (Cause No. 8:20-cv-29248-MCR-GRJ); Ivan Watson (Cause No. 8:20-cv-29095-MCR-GRJ); Jacob Utz (Cause No. 7:20-cv-71750-MCR-GRJ); James Diaz (Cause No. 7:20-cv-71752-MCR-GRJ); James Ferretti (Cause No. 7:20-cv-71755-MCR-GRJ); James Johnson (Cause No. 8:20-cv-29261-MCR-GRJ); James Milligan (Cause No. 8:20-cv-29266-MCR-GRJ); Janelle Austin (Cause No. 8:20-cv-29274-MCR-GRJ); Jared Fuller (Cause No. 8:20-cv-29277-MCR-GRJ); Jasmine Navarro (Cause No. 7:20-cv-71770-MCR-GRJ); Jason Adamick (Cause No. 7:20-cv-71773-MCR-GRJ); Jason Christian (Cause No. 7:20-cv-71775-MCR-GRJ); Jason Ohm (Cause No. 7:20-cv-71783-MCR-GRJ); Jeanene Hall (Cause No. 7:20-cv-71788-MCR-GRJ); Jeffrey Herrington (Cause No. 8:20-cv-29280-MCR-GRJ); Jeffry Miller (Cause No. 8:20-cv-29283-MCR-GRJ); Jeramy Stephen (Cause No. 7:20-cv-71790-MCR-GRJ); Jeremiah Keeton (Cause No. 7:20-cv-71794-MCR-GRJ); Jeremy Kennedy (Cause No. 7:20-cv-71796-MCR-GRJ); Jeremy Mclain (Cause No. 8:20-cv-29104-MCR-GRJ); Jeremy Neal (Cause No. 8:20-cv-29286-MCR-GRJ); Jerrod Pack (Cause No. 8:20-cv-29108-MCR-GRJ); Jerry Davis (Cause No. 8:20-cv-29292-MCR-GRJ); Jerry Griffin (Cause No. 8:20-cv-15941-MCR-GRJ); Jesse Fejeren (Cause No. 8:20-cv-29295-MCR-GRJ); Jessica Nelson (Cause No. 8:20-cv-29298-MCR-GRJ); Jillian Bowman (Cause No. 8:20-cv-29299-MCR-GRJ); Joe Morgan (Cause No. 8:20-cv-29112-MCR-GRJ); Joel

Adams (Cause No. 7:20-cv-71801-MCR-GRJ); John Carman (Cause No. 8:20-cv-29116-MCR-GRJ); John Hauoli (Cause No. 7:20-cv-71802-MCR-GRJ); John Joenks (Cause No. 7:20-cv-71804-MCR-GRJ); John Pershing (Cause No. 8:20-cv-29302-MCR-GRJ); John Woodyard (Cause No. 8:20-cv-29305-MCR-GRJ); Johnathan Herring (Cause No. 8:20-cv-29120-MCR-GRJ); Johnathan Missner (Cause No. 8:20-cv-29308-MCR-GRJ); Johnathan Onesi (Cause No. 8:20-cv-29125-MCR-GRJ); Johnny Lovett (Cause No. 7:20-cv-71806-MCR-GRJ); Jonathan Delashmit (Cause No. 7:20-cv-71808-MCR-GRJ); Jonathan Reynolds (Cause No. 8:20-cv-29311-MCR-GRJ); Jonathon Clark (Cause No. 8:20-cv-29314-MCR-GRJ); Joni Mcgregor (Cause No. 8:20-cv-29317-MCR-GRJ); Jose Garibay (Cause No. 8:20-cv-29133-MCR-GRJ); Jose Gonzalez (Cause No. 7:20-cv-71811-MCR-GRJ); Joseph Eiman (Cause No. 8:20-cv-29319-MCR-GRJ); Joseph Golinske (Cause No. 8:20-cv-29137-MCR-GRJ); Joseph Kibbe (Cause No. 7:20-cv-71817-MCR-GRJ); Joseph Parker (Cause No. 7:20-cv-71819-MCR-GRJ); Joseph Stratton (Cause No. 8:20-cv-29322-MCR-GRJ); Joshua White (Cause No. 8:20-cv-17163-MCR-GRJ); Joshua Farley (Cause No. 8:20-cv-29146-MCR-GRJ); Joshua Fussell (Cause No. 8:20-cv-29150-MCR-GRJ); Joshua Hall (Cause No. 7:20-cv-71822-MCR-GRJ); Joshua Singer (Cause No. 7:20-cv-71828-MCR-GRJ); Joshua Straw (Cause No. 8:20-cv-29327-MCR-GRJ); Joshua Tre Van (Cause No. 8:20-cv-29155-MCR-GRJ); Juan Chavez (Cause No. 7:20-cv-71829-MCR-GRJ); Juan Lopez-Ayala (Cause No. 8:20-cv-29330-MCR-GRJ); Juliann Coulter (Cause No. 8:20-cv-29159-MCR-GRJ); Justin Crow (Cause No. 8:20-cv-29163-MCR-GRJ); Justin Hoff (Cause No. 8:20-cv-29167-MCR-GRJ); Kasey Brueggeman (Cause No. 7:20-cv-71833-MCR-GRJ); Keith Warenda (Cause No. 8:20-cv-29333-MCR-GRJ); Kelli Patterson (Cause No. 8:20-cv-29336-MCR-GRJ); Kenneth Warren (Cause No. 8:20-cv-29180-MCR-GRJ); Kevin Childs (Cause No. 7:20-cv-71835-MCR-GRJ); Kristian Brewster (Cause No. 8:20-cv-29184-MCR-GRJ); Kristine Whitmore (Cause No. 8:20-cv-29338-MCR-GRJ); Krystal Jackson (Cause No. 7:20-cv-16166-MCR-GRJ); Krystel Usobi (Cause No. 8:20-cv-29340-MCR-GRJ); Lamont Burley (Cause No. 7:20-cv-71845-MCR-GRJ); Larry Ertel (Cause

No. 8:20-cv-29189-MCR-GRJ); Larry Mcmullen (Cause No. 8:20-cv-20338-MCR-GRJ); Lee Rutkowski (Cause No. 7:20-cv-71847-MCR-GRJ); Lester Maxwell (Cause No. 8:20-cv-29344-MCR-GRJ); Luciana Hogan-Williams (Cause No. 8:20-cv-29346-MCR-GRJ); Luis Gonzalez (Cause No. 7:20-cv-71852-MCR-GRJ); Lynetta Thomas (Cause No. 8:20-cv-29347-MCR-GRJ); Maceya Mcguire (Cause No. 7:20-cv-71854-MCR-GRJ); Malcolm Rutherford (Cause No. 8:20-cv-29193-MCR-GRJ); Manuel Guerrero (Cause No. 8:20-cv-29198-MCR-GRJ); Marcel Waters (Cause No. 8:20-cv-29349-MCR-GRJ); Mark Harris (Cause No. 7:20-cv-71858-MCR-GRJ); Marquette Price (Cause No. 8:20-cv-29353-MCR-GRJ); Marvin Navalta (Cause No. 8:20-cv-29206-MCR-GRJ); Mashada Martinez (Cause No. 8:20-cv-29355-MCR-GRJ); Matthew Black (Cause No. 7:20-cv-71864-MCR-GRJ); Matthew Roginski (Cause No. 8:20-cv-29210-MCR-GRJ); Michael Barger (Cause No. 7:20-cv-71869-MCR-GRJ); Michael Hawes (Cause No. 7:20-cv-71878-MCR-GRJ); Michael Head (Cause No. 7:20-cv-71881-MCR-GRJ); Michael Lewis (Cause No. 7:20-cv-71883-MCR-GRJ); Michael Mitchell (Cause No. 8:20-cv-29357-MCR-GRJ); Michael Mitchell (Cause No. 7:20-cv-71886-MCR-GRJ); Michael Morsey (Cause No. 8:20-cv-29359-MCR-GRJ); Michael Rholetter (Cause No. 7:20-cv-71892-MCR-GRJ); Michael Thompson (Cause No. 7:20-cv-71898-MCR-GRJ); Michael Wilson (Cause No. 8:20-cv-17166-MCR-GRJ); Miguel Garcia (Cause No. 8:20-cv-29361-MCR-GRJ); Mike Tookenay (Cause No. 7:20-cv-71903-MCR-GRJ); Mikeal Titman (Cause No. 7:20-cv-71906-MCR-GRJ); Myron Allen (Cause No. 8:20-cv-29228-MCR-GRJ); Nathaniel Westbrook (Cause No. 7:20-cv-71915-MCR-GRJ); Nestor Mavis (Cause No. 8:20-cv-29232-MCR-GRJ); Nicholas Mills (Cause No. 7:20-cv-71927-MCR-GRJ); Nicholas Sies (Cause No. 7:20-cv-71930-MCR-GRJ); Nick Bell (Cause No. 7:20-cv-71933-MCR-GRJ); Pallas Baker (Cause No. 8:20-cv-29240-MCR-GRJ); Pamela Hayes (Cause No. 8:20-cv-29364-MCR-GRJ); Pat Wayne (Cause No. 8:20-cv-29244-MCR-GRJ); Patrick Barrett (Cause No. 8:20-cv-29366-MCR-GRJ); Pedro Moreno (Cause No. 8:20-cv-29368-MCR-GRJ); Peter Rachor (Cause No. 8:20-cv-29253-MCR-GRJ); Peter Wedge (Cause No. 7:20-cv-71944-MCR-GRJ); Phillip

Porter (Cause No. 8:20-cv-29256-MCR-GRJ); Ralph Frick (Cause No. 8:20-cv-29372-MCR-GRJ); Randall Bennett (Cause No. 7:20-cv-71953-MCR-GRJ); Randy Van Zandt (Cause No. 7:20-cv-71958-MCR-GRJ); Raquelle Quitugua (Cause No. 7:20-cv-71962-MCR-GRJ); Raymond Coney (Cause No. 8:20-cv-29374-MCR-GRJ); Reyes Maza (Cause No. 8:20-cv-29376-MCR-GRJ); Richard Celaya (Cause No. 8:20-cv-29378-MCR-GRJ); Richard Morris (Cause No. 7:20-cv-68214-MCR-GRJ); Richard Nelson (Cause No. 8:20-cv-29262-MCR-GRJ); Richard Vickery (Cause No. 8:20-cv-29382-MCR-GRJ); Ricky Duran (Cause No. 7:20-cv-68230-MCR-GRJ); Rob Gregory (Cause No. 8:20-cv-29268-MCR-GRJ); Robert Berisford (Cause No. 7:20-cv-68236-MCR-GRJ); Robert Kight (Cause No. 8:20-cv-29386-MCR-GRJ); Robert Quintero (Cause No. 7:20-cv-68249-MCR-GRJ); Robert Roth (Cause No. 7:20-cv-68254-MCR-GRJ); Robert Sublett (Cause No. 7:20-cv-68265-MCR-GRJ); Roderick Haynes (Cause No. 8:20-cv-29272-MCR-GRJ); Roy Spielmaker (Cause No. 7:20-cv-68289-MCR-GRJ); Russell Scales (Cause No. 7:20-cv-68296-MCR-GRJ); Ryan Campbell (Cause No. 8:20-cv-29389-MCR-GRJ); Ryan Castillo (Cause No. 8:20-cv-29391-MCR-GRJ); Ryan Ewbank (Cause No. 8:20-cv-29393-MCR-GRJ); Ryan Zabka (Cause No. 7:20-cv-68302-MCR-GRJ); Sabrina Perez (Cause No. 8:20-cv-29394-MCR-GRJ); Sandra Williams (Cause No. 7:20-cv-16042-MCR-GRJ); Scott Kleinsorge (Cause No. 7:20-cv-68313-MCR-GRJ); Sean Mcquaid (Cause No. 7:20-cv-68326-MCR-GRJ); Sean Photiou (Cause No. 8:20-cv-17167-MCR-GRJ); Sergio Tamayo (Cause No. 7:20-cv-68330-MCR-GRJ); Shakim White (Cause No. 7:20-cv-68334-MCR-GRJ); Shane Corley (Cause No. 8:20-cv-29278-MCR-GRJ); Shane Grimm (Cause No. 7:20-cv-68347-MCR-GRJ); Shawna Mcquaid (Cause No. 7:20-cv-68352-MCR-GRJ); Sheamus Broderick (Cause No. 7:20-cv-68358-MCR-GRJ); Stephen Cain (Cause No. 8:20-cv-29398-MCR-GRJ); Steven Travers (Cause No. 8:20-cv-29284-MCR-GRJ); Steven Wilson (Cause No. 7:20-cv-68377-MCR-GRJ); Stevie Hinton (Cause No. 7:20-cv-68382-MCR-GRJ); Tanja Petrofsky (Cause No. 8:20-cv-29400-MCR-GRJ); Terrance Rambert (Cause No. 8:20-cv-29287-MCR-GRJ); Terrence Ragusa (Cause No. 7:20-cv-68389-MCR-GRJ); Terry Mullen

(Cause No. 8:20-cv-29290-MCR-GRJ); Thomas Begay (Cause No. 7:20-cv-68395-MCR-GRJ); Thomas Edwards (Cause No. 7:20-cv-68407-MCR-GRJ); Thomas Glassburn (Cause No. 7:20-cv-68413-MCR-GRJ); Tim Aimes (Cause No. 7:20-cv-68420-MCR-GRJ); Timothy Anderson (Cause No. 8:20-cv-29402-MCR-GRJ); Timothy Coney (Cause No. 8:20-cv-29293-MCR-GRJ); Timothy Davenport (Cause No. 8:20-cv-29403-MCR-GRJ); Timothy Leinen (Cause No. 7:20-cv-68431-MCR-GRJ); Toby Schmidt (Cause No. 8:20-cv-29296-MCR-GRJ); Todd Neeper (Cause No. 8:20-cv-29301-MCR-GRJ); Tonja Smith (Cause No. 8:20-cv-29404-MCR-GRJ); Travis Pennington (Cause No. 8:20-cv-29405-MCR-GRJ); Travis Sartele (Cause No. 7:20-cv-68443-MCR-GRJ); Tyler Auman (Cause No. 8:20-cv-29304-MCR-GRJ); Tyler Morris (Cause No. 8:20-cv-20346-MCR-GRJ); Tyler Swift (Cause No. 8:20-cv-17168-MCR-GRJ); Vera Brooker (Cause No. 8:20-cv-29307-MCR-GRJ); Victor Jimenez (Cause No. 8:20-cv-29408-MCR-GRJ); Victoria Bachara (Cause No. 8:20-cv-29409-MCR-GRJ); Walter Crump (Cause No. 7:20-cv-16048-MCR-GRJ); Walter Washington (Cause No. 8:20-cv-17169-MCR-GRJ); William Brent (Cause No. 8:20-cv-29313-MCR-GRJ); William Miller (Cause No. 7:20-cv-68462-MCR-GRJ); William Thames (Cause No. 7:20-cv-68472-MCR-GRJ); Yahshikar Smith (Cause No. 8:20-cv-29410-MCR-GRJ); Zachary Davis (Cause No. 8:20-cv-29411-MCR-GRJ); Thomas Patrick (Cause No. 7:20-cv-88333-MCR-GRJ); Jeremy Pulliam (Cause No. 8:20-cv-28323-MCR-GRJ); David Gibbs (Cause No. 8:20-cv-28155-MCR-GRJ); Ernest Huewitt (Cause No. 8:20-cv-28326-MCR-GRJ); Ridge Kirkland (Cause No. 8:20-cv-28350-MCR-GRJ); Dan Wetherington (Cause No. 8:20-cv-28227-MCR-GRJ); Gerardo Cortez (Cause No. 8:20-cv-28258-MCR-GRJ); James Reynolds (Cause No. 7:20-cv-88875-MCR-GRJ); Jason Pargeter (Cause No. 7:20-cv-88876-MCR-GRJ); David Reeves (Cause No. 7:20-cv-88877-MCR-GRJ); Floyd Johnson (Cause No. 8:20-cv-28263-MCR-GRJ); Kyrian Williams (Cause No. 7:20-cv-88878-MCR-GRJ); Isom Brown (Cause No. 8:20-cv-28376-MCR-GRJ); Jason Burkett (Cause No. 8:20-cv-28284-MCR-GRJ); Angie Claybar (Cause No. 7:20-cv-82819-MCR-GRJ); Derrick Little (Cause No. 7:20-cv-82821-MCR-GRJ); Byron Pyburn (Cause No.

7:20-cv-82830-MCR-GRJ); Mark Torres (Cause No. 7:20-cv-82832-MCR-GRJ); Sam Watson (Cause

No. 8:20-cv-28288-MCR-GRJ); Christopher Kilker (Cause No. 8:20-cv-28312-MCR-GRJ); Marcus

Covington (Cause No. 8:20-cv-28417-MCR-GRJ); Andrew Oliveira (Cause No. 8:20-cv-28325-MCR-

GRJ); Laura Vela (Cause No. 8:20-cv-28375-MCR-GRJ); Shakeya Dairsow (Cause No. 8:20-cv-30133-

MCR-GRJ); Antoine Evans (Cause No. 8:20-cv-30136-MCR-GRJ); Jerry Keith (Cause No. 8:20-cv-

61288-MCR-GRJ); Juan Martinez (Cause No. 8:20-cv-30139-MCR-GRJ); Philip Moran (Cause No.

8:20-cv-30142-MCR-GRJ); Jose Soto (Cause No. 8:20-cv-30154-MCR-GRJ); Vernod Jennis (Cause

No. 8:20-cv-51770-MCR-GRJ); Nicholas Kelly (Cause No. 8:20-cv-57401-MCR-GRJ); Landon Stutts

(Cause No. 8:20-cv-57403-MCR-GRJ); Antoneyo Lawson (Cause No. 8:20-cv-57405-MCR-GRJ);

Nicholas Phelps (Cause No. 8:20-cv-57407-MCR-GRJ); Marion Faris (Cause No. 8:20-cv-56723-

MCR-GRJ); Miguel Alvarado (Cause No. 8:20-cv-57409-MCR-GRJ); Jesse Lackner (Cause No. 8:20-

cv-56836-MCR-GRJ); James Gallogly (Cause No. 8:20-cv-66130-MCR-GRJ); Mark Gordon (Cause

No. 8:20-cv-60242-MCR-GRJ); Freddie Marshall (Cause No. 8:20-cv-60247-MCR-GRJ); Raymon

Mcmillan (Cause No. 8:20-cv-60251-MCR-GRJ); Alberto Nino (Cause No. 8:20-cv-66294-MCR-

GRJ); Benjamin Johnson (Cause No. 8:20-cv-66297-MCR-GRJ); Jose Aleman (Cause No. 8:20-cv-

66301-MCR-GRJ); Prince Royall (Cause No. 8:20-cv-66309-MCR-GRJ); George Leverton (Cause No.

8:20-cv-68373-MCR-GRJ); Novelle Smart (Cause No. 8:20-cv-68377-MCR-GRJ); Elmus Woodfork

(Cause No. 8:20-cv-99145-MCR-GRJ); Jose Ortiz (Cause No. 8:20-cv-99147-MCR-GRJ); George

Frazier (Cause No. 9:20-cv-04339-MCR-GRJ); Eric Hauss (Cause No. 9:20-cv-07078-MCR-GRJ);

William Rivenburgh (Cause No. 9:20-cv-07080-MCR-GRJ); Adam Parker (Cause No. 9:20-cv-10753-

MCR-GRJ); Najja Recille (Cause No. 9:20-cv-08777-MCR-GRJ); Boman Shelton (Cause No. 9:20-cv-

08778-MCR-GRJ); Joshua Bowden (Cause No. 9:20-cv-08779-MCR-GRJ); Gabriel Comer (Cause

No. 9:20-cv-08780-MCR-GRJ); Stanley Wuchevich (Cause No. 9:20-cv-19989-MCR-GRJ); Stephen

Marshall (Cause No. 9:20-cv-19991-MCR-GRJ); Anthony Strout (Cause No. 9:20-cv-19996-MCR-

GRJ); Danial Gonz (Cause No. 9:20-cv-20000-MCR-GRJ); Aaron Mccann (Cause No. 9:20-cv-20002-MCR-GRJ); Samuel Estigoy (Cause No. 9:20-cv-20006-MCR-GRJ); Nathan Trufant (Cause No. 9:20-cv-20364-MCR-GRJ); Angeline Mericle (Cause No. 9:20-cv-18962-MCR-GRJ); Kenneth Lightfoot (Cause No. 9:20-cv-18963-MCR-GRJ); Cedrick Vaughn (Cause No. 9:20-cv-20370-MCR-GRJ); Christopher Whittemore (Cause No. 9:20-cv-20372-MCR-GRJ); Daniel Campbell (Cause No. 9:20-cv-18563-MCR-GRJ); Stephen Yarbrough (Cause No. 9:20-cv-20377-MCR-GRJ); Jose Cortez (Cause No. 9:20-cv-20379-MCR-GRJ); Patrecia Williams (Cause No. 9:20-cv-20383-MCR-GRJ); Christopher Kreider (Cause No. 9:20-cv-20387-MCR-GRJ); Diana Green (Cause No. 9:20-cv-20389-MCR-GRJ); Jerold Kubis (Cause No. 9:20-cv-18964-MCR-GRJ); Rodric Rascoe (Cause No. 9:20-cv-20394-MCR-GRJ); Randy Rentschler (Cause No. 9:20-cv-20398-MCR-GRJ); Jacob Byrd (Cause No. 9:20-cv-18565-MCR-GRJ); Joshua Giddens (Cause No. 9:20-cv-20400-MCR-GRJ); Terrence Smith (Cause No. 9:20-cv-20402-MCR-GRJ); Nicholas Gagliano (Cause No. 9:20-cv-20407-MCR-GRJ); Kenneth Clem (Cause No. 7:21-cv-04849-MCR-GRJ); Carolyn Goldsborough (Cause No. 7:21-cv-04850-MCR-GRJ); Veronzo Hodge (Cause No. 7:21-cv-04851-MCR-GRJ); James Bridges (Cause No. 7:21-cv-04852-MCR-GRJ); James Harris (Cause No. 7:21-cv-04854-MCR-GRJ); Timothy Fuhrman (Cause No. 7:21-cv-04855-MCR-GRJ); Charles Martin (Cause No. 7:21-cv-04856-MCR-GRJ); Damien Fequiere (Cause No. 7:21-cv-04857-MCR-GRJ); Jason Harvey (Cause No. 7:21-cv-04858-MCR-GRJ); Charles Green (Cause No. 7:21-cv-04860-MCR-GRJ); Ryan Hanner (Cause No. 7:21-cv-04862-MCR-GRJ); Gregory Hubby (Cause No. 7:21-cv-04863-MCR-GRJ); Joseph Dieffenbach (Cause No. 7:21-cv-04867-MCR-GRJ); Josh Sibert (Cause No. 7:21-cv-04868-MCR-GRJ); Jason Flammond (Cause No. 7:21-cv-04869-MCR-GRJ); James Gowens (Cause No. 7:21-cv-04870-MCR-GRJ); Angel Rivera (Cause No. 7:21-cv-04872-MCR-GRJ); John Darcy (Cause No. 7:21-cv-04873-MCR-GRJ); Christopher Laney (Cause No. 7:21-cv-04874-MCR-GRJ); Steven Park (Cause No. 7:21-cv-04875-MCR-GRJ); Christopher Morris (Cause No. 7:21-cv-04877-MCR-GRJ); Henry Tikiun (Cause No.

7:21-cv-04882-MCR-GRJ); Marshall Bacon (Cause No. 7:21-cv-04795-MCR-GRJ); Eliseo Vargas (Cause No. 7:21-cv-04883-MCR-GRJ); Anthony Richardson (Cause No. 7:21-cv-04884-MCR-GRJ); Chancey Roberson (Cause No. 7:21-cv-04885-MCR-GRJ); Miesha Mcglothen (Cause No. 7:21-cv-04889-MCR-GRJ); Bridget Mcallister (Cause No. 7:21-cv-04890-MCR-GRJ); Michael Lowe (Cause No. 7:21-cv-04891-MCR-GRJ); Yakim Marshall (Cause No. 7:21-cv-04893-MCR-GRJ); George Banks (Cause No. 7:21-cv-04798-MCR-GRJ); Jayleene Kayl (Cause No. 7:21-cv-04898-MCR-GRJ); Jimmy Youmans (Cause No. 7:21-cv-04899-MCR-GRJ); Carlos Sanchez (Cause No. 7:21-cv-04900-MCR-GRJ); Kelly Crawford (Cause No. 7:21-cv-04902-MCR-GRJ); Lou Goby (Cause No. 7:21-cv-04903-MCR-GRJ); Ashtyn Beatty (Cause No. 7:21-cv-04799-MCR-GRJ); George Bostic (Cause No. 7:21-cv-05011-MCR-GRJ); George Meyers (Cause No. 7:21-cv-05012-MCR-GRJ); Nadia Huliganga (Cause No. 7:21-cv-05014-MCR-GRJ); Steven Thiede (Cause No. 7:21-cv-05017-MCR-GRJ); Michael Carlin (Cause No. 7:21-cv-05019-MCR-GRJ); Haydee Hundley (Cause No. 7:21-cv-05020-MCR-GRJ); Summer Thompson (Cause No. 7:21-cv-05021-MCR-GRJ); Alicia Martinez (Cause No. 7:21-cv-05022-MCR-GRJ); Fredrick Fisher (Cause No. 7:21-cv-05023-MCR-GRJ); Byron Moyer (Cause No. 7:21-cv-05024-MCR-GRJ); Eric Williams (Cause No. 7:21-cv-05025-MCR-GRJ); Joseph Hall (Cause No. 7:21-cv-05026-MCR-GRJ); Jonathan Hooghe (Cause No. 7:21-cv-05027-MCR-GRJ); Gary Gappa (Cause No. 7:21-cv-05028-MCR-GRJ); Jennifer Padgett (Cause No. 7:21-cv-05029-MCR-GRJ); Andrew Tindall (Cause No. 7:21-cv-05030-MCR-GRJ); Erick Cornejo (Cause No. 7:21-cv-05031-MCR-GRJ); Tyrone Gray (Cause No. 7:21-cv-05032-MCR-GRJ); Agustin Pinedo (Cause No. 7:21-cv-05033-MCR-GRJ); John Schultz (Cause No. 7:21-cv-05034-MCR-GRJ); Corey Strader (Cause No. 7:21-cv-05035-MCR-GRJ); Ian Farley (Cause No. 7:21-cv-08566-MCR-GRJ); Will Farrell (Cause No. 7:21-cv-08567-MCR-GRJ); Chris Bazzle (Cause No. 7:21-cv-08569-MCR-GRJ); Angela Mobbley (Cause No. 7:21-cv-08570-MCR-GRJ); David Jackson (Cause No. 7:21-cv-08572-MCR-GRJ); Aristotle Wright (Cause No. 7:21-cv-08576-MCR-GRJ); Trevor Morse (Cause No. 7:21-cv-

08577-MCR-GRJ); Michael Wooden (Cause No. 7:21-cv-08580-MCR-GRJ); Justin Mccarter (Cause

No. 7:21-cv-08585-MCR-GRJ); Carlton Jordan (Cause No. 7:21-cv-08586-MCR-GRJ); Reginaldo

Reyes (Cause No. 7:21-cv-08588-MCR-GRJ); William Perkins (Cause No. 7:21-cv-08590-MCR-GRJ);

Aleksandr Panchenko (Cause No. 7:21-cv-08594-MCR-GRJ); Michael Discenza (Cause No. 7:21-cv-

08598-MCR-GRJ); Corey Thomas (Cause No. 7:21-cv-08602-MCR-GRJ); Antonia Philpot (Cause

No. 7:21-cv-08604-MCR-GRJ); Shannon Boyer (Cause No. 7:21-cv-08608-MCR-GRJ); Mustafa

Noorzard (Cause No. 7:21-cv-05036-MCR-GRJ); Christopher Chase (Cause No. 7:21-cv-05037-

MCR-GRJ); Latonia Morris (Cause No. 7:21-cv-05038-MCR-GRJ); Jose Gardner (Cause No. 7:21-cv-

05039-MCR-GRJ); Jason Drew (Cause No. 7:21-cv-05040-MCR-GRJ); Marly Okine (Cause No. 7:21-

cv-05041-MCR-GRJ); Ray Joseph (Cause No. 7:21-cv-12579-MCR-GRJ); Aaron Mills (Cause No.

7:21-cv-12580-MCR-GRJ); Rico Keen (Cause No. 7:21-cv-12581-MCR-GRJ); Thomas Sinkewicz

(Cause No. 7:21-cv-12586-MCR-GRJ); Efford Major (Cause No. 7:21-cv-12590-MCR-GRJ); Richard

Baker (Cause No. 7:21-cv-12591-MCR-GRJ); Fredric Foster (Cause No. 7:21-cv-12592-MCR-GRJ);

Scott German (Cause No. 7:21-cv-12593-MCR-GRJ); John Grimes (Cause No. 7:21-cv-12594-MCR-

GRJ); Maurice Echols (Cause No. 7:21-cv-12596-MCR-GRJ); Andres Jimenez (Cause No. 7:21-cv-

12597-MCR-GRJ); Lachaka Robinson (Cause No. 7:21-cv-12598-MCR-GRJ); Philimingion Young

(Cause No. 7:21-cv-12600-MCR-GRJ); Brett Manor (Cause No. 7:21-cv-12603-MCR-GRJ); Mark Srur

(Cause No. 7:21-cv-12604-MCR-GRJ); Seth Wietgrefe (Cause No. 7:21-cv-12605-MCR-GRJ); Ray

Gomez (Cause No. 7:21-cv-12607-MCR-GRJ); Samuel Millett (Cause No. 7:21-cv-12610-MCR-GRJ);

Harold Alexieff (Cause No. 7:21-cv-12611-MCR-GRJ); Daniel Boydston (Cause No. 7:21-cv-12612-

MCR-GRJ); Sean Brigman (Cause No. 7:21-cv-12613-MCR-GRJ); Robert Figge (Cause No. 7:21-cv-

12614-MCR-GRJ); Charles Mathis (Cause No. 7:21-cv-12615-MCR-GRJ); John Mcdonald (Cause No.

7:21-cv-12616-MCR-GRJ); George Boise (Cause No. 7:21-cv-12620-MCR-GRJ); Michael Burke

(Cause No. 7:21-cv-12621-MCR-GRJ); Thomas Cunha (Cause No. 7:21-cv-12622-MCR-GRJ);

Clayton Dokes (Cause No. 7:21-cv-12623-MCR-GRJ); Yulanda Hinson (Cause No. 7:21-cv-12624-MCR-GRJ); Desmond Kelley (Cause No. 7:21-cv-12626-MCR-GRJ); Earnest Kranz (Cause No. 7:21-cv-12627-MCR-GRJ); Lewis Michel (Cause No. 7:21-cv-12628-MCR-GRJ); Raymond Shumaker (Cause No. 7:21-cv-12629-MCR-GRJ); Greg Backer (Cause No. 7:21-cv-12630-MCR-GRJ); Jerome Iyeke (Cause No. 7:21-cv-12632-MCR-GRJ); Willie Parks (Cause No. 7:21-cv-12633-MCR-GRJ); Brandon Patten (Cause No. 7:21-cv-12634-MCR-GRJ); Donavin Abeita (Cause No. 7:21-cv-12635-MCR-GRJ); Michael Brewington (Cause No. 7:21-cv-12636-MCR-GRJ); Will Lore (Cause No. 7:21-cv-12638-MCR-GRJ); Richard Butcher (Cause No. 7:21-cv-12639-MCR-GRJ); Terance Newsome (Cause No. 7:21-cv-12640-MCR-GRJ); Alvin Argomido (Cause No. 7:21-cv-12642-MCR-GRJ); Miles Hall (Cause No. 7:21-cv-12643-MCR-GRJ); Roxanna Harris (Cause No. 7:21-cv-12644-MCR-GRJ); Anthony Scheeler (Cause No. 7:21-cv-12647-MCR-GRJ); Kristen Kelley (Cause No. 7:21-cv-12650-MCR-GRJ); Erving Otero (Cause No. 7:21-cv-12651-MCR-GRJ); Debbie Bean (Cause No. 7:21-cv-12652-MCR-GRJ); Alexander Huff (Cause No. 7:21-cv-12654-MCR-GRJ); Stephanie Mccumbee (Cause No. 7:21-cv-12657-MCR-GRJ); David Walker (Cause No. 7:21-cv-12658-MCR-GRJ); Joann Ward (Cause No. 7:21-cv-12659-MCR-GRJ); George Mayer (Cause No. 7:21-cv-12668-MCR-GRJ); Jimmy Hooghe (Cause No. 7:21-cv-12669-MCR-GRJ); Jason Wilcock (Cause No. 7:21-cv-12670-MCR-GRJ); Traequan Shaw (Cause No. 7:21-cv-12671-MCR-GRJ); Raymond Raper (Cause No. 7:21-cv-12673-MCR-GRJ); Angelique Figueroa (Cause No. 7:21-cv-12676-MCR-GRJ); Johnathan Gaines (Cause No. 7:21-cv-12677-MCR-GRJ); Sean Lewis (Cause No. 7:21-cv-12678-MCR-GRJ); Mikal Sanders (Cause No. 7:21-cv-12679-MCR-GRJ); Joshua Zapsky (Cause No. 7:21-cv-12683-MCR-GRJ); Wankeisha Ross (Cause No. 7:21-cv-12685-MCR-GRJ); Brandon Freeman (Cause No. 7:21-cv-12686-MCR-GRJ); Walter Laney (Cause No. 7:21-cv-12687-MCR-GRJ); Shaun Bradley (Cause No. 7:21-cv-12689-MCR-GRJ); Mike Heiny (Cause No. 7:21-cv-12690-MCR-GRJ); Kevin Gutter (Cause No. 7:21-cv-12691-MCR-GRJ); Sirgeorge Wordlaw (Cause No. 7:21-cv-12692-MCR-GRJ); Deaundre

Nash (Cause No. 7:21-cv-12693-MCR-GRJ); Jose Acosta (Cause No. 7:21-cv-12694-MCR-GRJ); James Boswell (Cause No. 7:21-cv-12696-MCR-GRJ); Andrew Stokes (Cause No. 7:21-cv-12879-MCR-GRJ); Willard Doughty (Cause No. 7:21-cv-12880-MCR-GRJ); Gretta Rosser (Cause No. 7:21-cv-12881-MCR-GRJ); Ryan Mckenzie (Cause No. 7:21-cv-12883-MCR-GRJ); Aaron Gable (Cause No. 7:21-cv-12884-MCR-GRJ); Alexis Villafuerte-Silva (Cause No. 7:21-cv-12886-MCR-GRJ); Michael Sibley (Cause No. 7:21-cv-12888-MCR-GRJ); Stephen Clower (Cause No. 7:21-cv-12889-MCR-GRJ); Buford Baylis (Cause No. 7:21-cv-12892-MCR-GRJ); Jarod Flagg (Cause No. 7:21-cv-12893-MCR-GRJ); Larry Taylor (Cause No. 7:21-cv-12894-MCR-GRJ); Aslam Farooq (Cause No. 7:21-cv-12895-MCR-GRJ); Babette Rushing (Cause No. 7:21-cv-12896-MCR-GRJ); Victor Jimenez (Cause No. 7:21-cv-12898-MCR-GRJ); Alberto Fernandez (Cause No. 7:21-cv-12900-MCR-GRJ); Daniel Jansen (Cause No. 7:21-cv-12901-MCR-GRJ); Charles Franklin (Cause No. 7:21-cv-12902-MCR-GRJ); Matthew Medlin (Cause No. 7:21-cv-12903-MCR-GRJ); Oneal Simmons (Cause No. 7:21-cv-12904-MCR-GRJ); Brenda Smith (Cause No. 7:21-cv-12906-MCR-GRJ); Isis Ward (Cause No. 7:21-cv-12907-MCR-GRJ); Jenelle Youngeagle (Cause No. 7:21-cv-12908-MCR-GRJ); Deanna Erdmann (Cause No. 7:21-cv-12910-MCR-GRJ); Tommy Reddick (Cause No. 7:21-cv-12912-MCR-GRJ); Christopher Hilstock (Cause No. 7:21-cv-12918-MCR-GRJ); Glendon Jackson (Cause No. 7:21-cv-12919-MCR-GRJ); Eric Jenkins (Cause No. 7:21-cv-12920-MCR-GRJ); Mario Martelo (Cause No. 7:21-cv-12921-MCR-GRJ); Barry Purnell (Cause No. 7:21-cv-12922-MCR-GRJ); Chad Corbett (Cause No. 7:21-cv-12924-MCR-GRJ); Richard Smith (Cause No. 7:21-cv-12927-MCR-GRJ); Jevon White (Cause No. 7:21-cv-12928-MCR-GRJ); Brent Youngeagle (Cause No. 7:21-cv-12929-MCR-GRJ); Xavier Clark (Cause No. 7:21-cv-12930-MCR-GRJ); John Odom (Cause No. 7:21-cv-12931-MCR-GRJ); Daniel Schirmer (Cause No. 7:21-cv-12934-MCR-GRJ); Brian Thompson (Cause No. 7:21-cv-12935-MCR-GRJ); Andrijan Smiac (Cause No. 7:21-cv-12940-MCR-GRJ); Robert Williams (Cause No. 7:21-cv-12941-MCR-GRJ); Christian Awoh (Cause No. 7:21-cv-12942-MCR-GRJ);

Alejandra Reyes (Cause No. 7:21-cv-12943-MCR-GRJ); Taylor Sims (Cause No. 7:21-cv-12944-MCR-GRJ); Alfredo Delgado (Cause No. 7:21-cv-12945-MCR-GRJ); Philip Frazier (Cause No. 7:21-cv-12946-MCR-GRJ); Jonathan Worden (Cause No. 7:21-cv-12950-MCR-GRJ); Craig Summers (Cause No. 7:21-cv-12952-MCR-GRJ); Veronica Campos (Cause No. 7:21-cv-12960-MCR-GRJ); Hubert Smith (Cause No. 7:21-cv-12961-MCR-GRJ); Raymond Jordan (Cause No. 7:21-cv-12962-MCR-GRJ); Catherine Timms (Cause No. 7:21-cv-12966-MCR-GRJ); Pablo Hernandez (Cause No. 7:21-cv-12975-MCR-GRJ); Christopher Boyd (Cause No. 7:21-cv-12976-MCR-GRJ); Bradley Stone (Cause No. 7:21-cv-12977-MCR-GRJ); Alan Hoffman (Cause No. 7:21-cv-12978-MCR-GRJ); Kirk Mason (Cause No. 7:21-cv-12979-MCR-GRJ); Daniel Oller (Cause No. 7:21-cv-12981-MCR-GRJ); Ezekiel Smith (Cause No. 7:21-cv-12982-MCR-GRJ); Chris De Bie (Cause No. 7:21-cv-12990-MCR-GRJ); Timothy Huber (Cause No. 7:21-cv-12991-MCR-GRJ); Howard Johnson (Cause No. 7:21-cv-12992-MCR-GRJ); Lajuan Prescott (Cause No. 7:21-cv-12993-MCR-GRJ); Daniel Reitz (Cause No. 7:21-cv-12995-MCR-GRJ); Kelly Allsman (Cause No. 7:21-cv-12996-MCR-GRJ); Cesar Canales (Cause No. 7:21-cv-12999-MCR-GRJ); Robert Tiedemann (Cause No. 7:21-cv-13001-MCR-GRJ); John Kergosien (Cause No. 7:21-cv-13003-MCR-GRJ); Calvin Toone (Cause No. 7:21-cv-13005-MCR-GRJ); Kirk Forest (Cause No. 7:21-cv-19408-MCR-GRJ); Diacono Rodrigo (Cause No. 7:21-cv-19409-MCR-GRJ); Deon Walker (Cause No. 7:21-cv-19417-MCR-GRJ); Michael Weiss (Cause No. 7:21-cv-19418-MCR-GRJ); William Ringeisen (Cause No. 7:21-cv-19658-MCR-GRJ); John Lennon (Cause No. 7:21-cv-19732-MCR-GRJ); Steve Melton (Cause No. 7:21-cv-19735-MCR-GRJ); Billy Burnett (Cause No. 7:21-cv-19737-MCR-GRJ); Cody Allen (Cause No. 7:21-cv-19738-MCR-GRJ); Willie Burnett (Cause No. 7:21-cv-21521-MCR-GRJ); Bobby Alston (Cause No. 7:21-cv-23104-MCR-GRJ); Austin Hatch (Cause No. 7:21-cv-23105-MCR-GRJ); Daniel Olson (Cause No. 7:21-cv-23107-MCR-GRJ); Thomas Rogers (Cause No. 7:21-cv-23110-MCR-GRJ); Billy Lentz (Cause No. 7:21-cv-23111-MCR-GRJ); Sandy Thomas (Cause No. 7:21-cv-23112-MCR-GRJ); Andrew Mcnear (Cause

No. 7:21-cv-23113-MCR-GRJ); David Schneider (Cause No. 7:21-cv-23114-MCR-GRJ); Michael

Wormely (Cause No. 7:21-cv-23115-MCR-GRJ); Victor Young (Cause No. 7:21-cv-23116-MCR-

GRJ); Keisha Ellis (Cause No. 7:21-cv-23117-MCR-GRJ); Eric Epps (Cause No. 7:21-cv-23118-

MCR-GRJ); Matthew Halligan (Cause No. 7:21-cv-23119-MCR-GRJ); Sonja Harris (Cause No. 7:21-

cv-23120-MCR-GRJ); Abraham Hernandez (Cause No. 7:21-cv-23121-MCR-GRJ); Denver Holder

(Cause No. 7:21-cv-23123-MCR-GRJ); Arazo Cooper (Cause No. 7:21-cv-23124-MCR-GRJ); Danette

Dinkins (Cause No. 7:21-cv-23125-MCR-GRJ); Virgil Hardin (Cause No. 7:21-cv-23127-MCR-GRJ);

Lyndon Likiak (Cause No. 7:21-cv-23128-MCR-GRJ); Brandon Ortiz (Cause No. 7:21-cv-23129-

MCR-GRJ); Robert Shook (Cause No. 7:21-cv-23130-MCR-GRJ); William Enos (Cause No. 7:21-cv-

23131-MCR-GRJ); Tommie Padgett (Cause No. 7:21-cv-23132-MCR-GRJ); Dennis Rhodes (Cause

No. 7:21-cv-21522-MCR-GRJ); Jmarcus Atkins (Cause No. 7:21-cv-23133-MCR-GRJ); Jeffrey

Hancock (Cause No. 7:21-cv-23134-MCR-GRJ); Johnnie Creekmore (Cause No. 7:21-cv-23135-

MCR-GRJ); Joshua Edwards (Cause No. 7:21-cv-23136-MCR-GRJ); Michael Salaz (Cause No. 7:21-

cv-23138-MCR-GRJ); Russell Parks (Cause No. 7:21-cv-23139-MCR-GRJ); Paul Vanderlugt (Cause

No. 7:21-cv-21523-MCR-GRJ); William Aboko-Cole (Cause No. 7:21-cv-23141-MCR-GRJ); John

Gunning (Cause No. 7:21-cv-23143-MCR-GRJ); Joseph Smith (Cause No. 7:21-cv-23144-MCR-GRJ);

Frederick Brown (Cause No. 7:21-cv-23145-MCR-GRJ); Charles Thornhill (Cause No. 7:21-cv-

23146-MCR-GRJ); Brian Oliver (Cause No. 7:21-cv-23148-MCR-GRJ); Michael Holbrook (Cause

No. 7:21-cv-23149-MCR-GRJ); Vincent Buggs (Cause No. 7:21-cv-23150-MCR-GRJ); Mark Stumpf

(Cause No. 7:21-cv-23152-MCR-GRJ); Eric Tipton (Cause No. 7:21-cv-23153-MCR-GRJ); Jeremy

Schulte (Cause No. 7:21-cv-23158-MCR-GRJ); Ramona Haley (Cause No. 7:21-cv-23160-MCR-GRJ);

Brandon Sobers (Cause No. 7:21-cv-23162-MCR-GRJ); Molee Keita (Cause No. 7:21-cv-23163-

MCR-GRJ); Vincent Arriola (Cause No. 7:21-cv-23165-MCR-GRJ); Ivan Giga (Cause No. 7:21-cv-

23166-MCR-GRJ); Darek Gorenflo (Cause No. 7:21-cv-23167-MCR-GRJ); Malcolm Kearns (Cause

No. 7:21-cv-23168-MCR-GRJ); Jacob Graffis (Cause No. 7:21-cv-23170-MCR-GRJ); David Hutsonpillar (Cause No. 7:21-cv-23172-MCR-GRJ); Rick Riggio (Cause No. 7:21-cv-23173-MCR-GRJ); Douglas Wygant (Cause No. 7:21-cv-23174-MCR-GRJ); Zion Johnson (Cause No. 7:21-cv-23175-MCR-GRJ); Ronnie Jones (Cause No. 7:21-cv-23177-MCR-GRJ); Danny Ray (Cause No. 7:21-cv-23178-MCR-GRJ); Mackenzie Woodford (Cause No. 7:21-cv-23179-MCR-GRJ); Michael Taravella (Cause No. 7:21-cv-23180-MCR-GRJ); Arthur Artis (Cause No. 7:21-cv-21544-MCR-GRJ); Flavia Ciampi (Cause No. 7:21-cv-21545-MCR-GRJ); Reynold Walcott (Cause No. 7:21-cv-21548-MCR-GRJ); William Watts (Cause No. 7:21-cv-24394-MCR-GRJ); Myritah Knighten (Cause No. 7:21-cv-24396-MCR-GRJ); Jonathan Granata (Cause No. 7:21-cv-24398-MCR-GRJ); Travis Wells (Cause No. 7:21-cv-24399-MCR-GRJ); Tina Merhoff (Cause No. 7:21-cv-24401-MCR-GRJ); Allan Dunlap (Cause No. 7:21-cv-24402-MCR-GRJ); Tyrous Brown (Cause No. 7:21-cv-24403-MCR-GRJ); Stephen Stone (Cause No. 7:21-cv-24405-MCR-GRJ); Yealonda Johnson (Cause No. 7:21-cv-24406-MCR-GRJ); Jose Vega (Cause No. 7:21-cv-24407-MCR-GRJ); Jerron Thompson (Cause No. 7:21-cv-24408-MCR-GRJ); Torrance Cannon (Cause No. 7:21-cv-23748-MCR-GRJ); Elijah Askins (Cause No. 7:21-cv-24411-MCR-GRJ); Lawrence Culp (Cause No. 7:21-cv-24413-MCR-GRJ); Edward Vandyke (Cause No. 7:21-cv-24414-MCR-GRJ); Jerry Watson (Cause No. 7:21-cv-24417-MCR-GRJ); Jason Gaudette (Cause No. 7:21-cv-24419-MCR-GRJ); Eric Boswell (Cause No. 7:21-cv-24420-MCR-GRJ); Paul Cooke (Cause No. 7:21-cv-24423-MCR-GRJ); Bryan Buckley (Cause No. 7:21-cv-24424-MCR-GRJ); Sharlene Taylor (Cause No. 7:21-cv-26117-MCR-GRJ); Franklin Aycock (Cause No. 7:21-cv-26118-MCR-GRJ); Daniel Barrington (Cause No. 7:21-cv-26120-MCR-GRJ); James Burton (Cause No. 7:21-cv-26121-MCR-GRJ); Austin Lipari (Cause No. 7:21-cv-26123-MCR-GRJ); Crasean Roy (Cause No. 7:21-cv-26129-MCR-GRJ); Frank Martinez-Acevedo (Cause No. 7:21-cv-26130-MCR-GRJ); Tyler Wade (Cause No. 7:21-cv-26132-MCR-GRJ); Nicholas Simon (Cause No. 7:21-cv-26133-MCR-GRJ); Jordan Pages (Cause No. 7:21-cv-26135-MCR-GRJ); Christopher Altpeter (Cause

No. 7:21-cv-33470-MCR-GRJ); Marvin Ashby (Cause No. 7:21-cv-33472-MCR-GRJ); Logan Black (Cause No. 7:21-cv-33475-MCR-GRJ); Destiny Blevins (Cause No. 7:21-cv-33477-MCR-GRJ); Eugene Blye (Cause No. 7:21-cv-33478-MCR-GRJ); Chad Brannon (Cause No. 7:21-cv-33481-MCR-GRJ); Stephen Carty (Cause No. 7:21-cv-33484-MCR-GRJ); Christopher Christie (Cause No. 7:21-cv-33485-MCR-GRJ); Alexander Collazo (Cause No. 7:21-cv-33487-MCR-GRJ); Tyler Crane (Cause No. 7:21-cv-33490-MCR-GRJ); William Cromack (Cause No. 7:21-cv-33491-MCR-GRJ); Seth Cypert (Cause No. 7:21-cv-33493-MCR-GRJ); Lisa Dobson (Cause No. 7:21-cv-33495-MCR-GRJ); Avery Francis (Cause No. 7:21-cv-33497-MCR-GRJ); Danny Gabriel (Cause No. 7:21-cv-33498-MCR-GRJ); Anthony Garrett (Cause No. 7:21-cv-33501-MCR-GRJ); Kwame Gibson (Cause No. 7:21-cv-33502-MCR-GRJ); Daniel Gildea (Cause No. 7:21-cv-33503-MCR-GRJ); Andrew Grochowsky (Cause No. 7:21-cv-33504-MCR-GRJ); Zachary Guminski (Cause No. 7:21-cv-33505-MCR-GRJ); Chris Harnage (Cause No. 7:21-cv-33507-MCR-GRJ); Dwayne Hoke (Cause No. 7:21-cv-33509-MCR-GRJ); Damon Johnson (Cause No. 7:21-cv-33513-MCR-GRJ); Matthew Jones (Cause No. 7:21-cv-33514-MCR-GRJ); Allen Kendrick (Cause No. 7:21-cv-33516-MCR-GRJ); Jordan King (Cause No. 7:21-cv-33517-MCR-GRJ); Michael Kowalski (Cause No. 7:21-cv-33520-MCR-GRJ); Ralph Legan (Cause No. 7:21-cv-33522-MCR-GRJ); Johnathon Loder (Cause No. 7:21-cv-33523-MCR-GRJ); Navkirat Mann (Cause No. 7:21-cv-33526-MCR-GRJ); Ivan Martin (Cause No. 7:21-cv-33527-MCR-GRJ); Audel Mokler (Cause No. 7:21-cv-33529-MCR-GRJ); M Nash (Cause No. 7:21-cv-33532-MCR-GRJ); Jose Navarro (Cause No. 7:21-cv-33533-MCR-GRJ); Clinton Owens (Cause No. 7:21-cv-33536-MCR-GRJ); Helio Pereira (Cause No. 7:21-cv-33537-MCR-GRJ); Joseph Perry (Cause No. 7:21-cv-33538-MCR-GRJ); Kasandra Pond (Cause No. 7:21-cv-33539-MCR-GRJ); Cassandra Primous (Cause No. 7:21-cv-33541-MCR-GRJ); Anthony Pryce (Cause No. 7:21-cv-33542-MCR-GRJ); Harland Robinson (Cause No. 7:21-cv-33544-MCR-GRJ); Jason Rodriguez (Cause No. 7:21-cv-33546-MCR-GRJ); Mark Segura (Cause No. 7:21-cv-33547-MCR-GRJ); Ben Shivers (Cause No. 7:21-cv-33548-MCR-GRJ);

Greg Sii (Cause No. 7:21-cv-33549-MCR-GRJ); Gary Sinischo (Cause No. 7:21-cv-33550-MCR-GRJ); Henery Smith (Cause No. 7:21-cv-33551-MCR-GRJ); Keegan Smith (Cause No. 7:21-cv-33552-MCR-GRJ); Matthew Smith (Cause No. 7:21-cv-33553-MCR-GRJ); Martin Sterling (Cause No. 7:21-cv-33555-MCR-GRJ); Joyce Stewart (Cause No. 7:21-cv-33556-MCR-GRJ); Armanni Thompson (Cause No. 7:21-cv-33558-MCR-GRJ); Travis Thompson (Cause No. 7:21-cv-33559-MCR-GRJ); Donald Timon (Cause No. 7:21-cv-33560-MCR-GRJ); Antonyo Tucker (Cause No. 7:21-cv-33561-MCR-GRJ); Antonio Vazquezcollazo (Cause No. 7:21-cv-33563-MCR-GRJ); Russell Ward (Cause No. 7:21-cv-33565-MCR-GRJ); Justin Wisdom (Cause No. 7:21-cv-33567-MCR-GRJ); Ryan Moody (Cause No. 7:21-cv-36713-MCR-GRJ); Johnathan Daniel (Cause No. 7:21-cv-36715-MCR-GRJ); Tristan Rivera (Cause No. 7:21-cv-36717-MCR-GRJ); Michael Jackson (Cause No. 7:21-cv-36724-MCR-GRJ); Jesus Olivas (Cause No. 7:21-cv-36727-MCR-GRJ); Elisa Ross (Cause No. 7:21-cv-36728-MCR-GRJ); Brandon Carbajal (Cause No. 7:21-cv-36730-MCR-GRJ); Daniel Gunn (Cause No. 7:21-cv-36735-MCR-GRJ); Herbert Porter (Cause No. 7:21-cv-36736-MCR-GRJ); Frank Rubi (Cause No. 7:21-cv-36737-MCR-GRJ); Carter Pope (Cause No. 7:21-cv-36739-MCR-GRJ); Janet Watson (Cause No. 7:21-cv-36740-MCR-GRJ); Tristan Brock (Cause No. 7:21-cv-36741-MCR-GRJ); Brianna Forte (Cause No. 7:21-cv-36743-MCR-GRJ); Joshua Smith (Cause No. 7:21-cv-36744-MCR-GRJ); James Lee (Cause No. 7:21-cv-36747-MCR-GRJ); Trusten Brown (Cause No. 7:21-cv-36749-MCR-GRJ); Franklin Parks (Cause No. 7:21-cv-36751-MCR-GRJ); Dari Thornton (Cause No. 7:21-cv-36752-MCR-GRJ); Felipe Colon (Cause No. 7:21-cv-36754-MCR-GRJ); Chris Nimely (Cause No. 7:21-cv-36755-MCR-GRJ); Robert Bumcrot (Cause No. 7:21-cv-36756-MCR-GRJ); Andre Anderson (Cause No. 7:21-cv-36757-MCR-GRJ); Andy Nicolae (Cause No. 7:21-cv-36758-MCR-GRJ); William Boram (Cause No. 7:21-cv-36759-MCR-GRJ); Matthew Brown (Cause No. 7:21-cv-36761-MCR-GRJ); Milton Holliday (Cause No. 7:21-cv-36762-MCR-GRJ); Elissa Towles (Cause No. 7:21-cv-36763-MCR-GRJ); Jabali Umstead (Cause No. 7:21-cv-36765-MCR-GRJ); Daniel Driscoll (Cause No. 7:21-

cv-36766-MCR-GRJ); Isaias Gonzalez (Cause No. 7:21-cv-36768-MCR-GRJ); Greg Smith (Cause No. 7:21-cv-36770-MCR-GRJ); Lewis Keefer (Cause No. 7:21-cv-36773-MCR-GRJ); Luke Francka (Cause No. 7:21-cv-36776-MCR-GRJ); Jeffrey Sparenberg (Cause No. 7:21-cv-36777-MCR-GRJ); Katrina Ferguson (Cause No. 7:21-cv-36779-MCR-GRJ); Robert Richards (Cause No. 7:21-cv-36780-MCR-GRJ); Tiffanie Roper (Cause No. 7:21-cv-36781-MCR-GRJ); Nathaly Fernandez (Cause No. 7:21-cv-36782-MCR-GRJ); Anderson Amador (Cause No. 7:21-cv-36783-MCR-GRJ); Eddie Edmunds (Cause No. 7:21-cv-48691-MCR-GRJ); John Spence (Cause No. 7:21-cv-48693-MCR-GRJ); James Gill (Cause No. 7:21-cv-48694-MCR-GRJ); Brian James (Cause No. 7:21-cv-48700-MCR-GRJ); Ronnie Hurt (Cause No. 7:21-cv-48702-MCR-GRJ); Keith Moulton (Cause No. 7:21-cv-48703-MCR-GRJ); Rodney Mathis (Cause No. 7:21-cv-48704-MCR-GRJ); David Bryan (Cause No. 7:21-cv-48707-MCR-GRJ); Dennis Liska (Cause No. 7:21-cv-48708-MCR-GRJ); Joseph Khan (Cause No. 7:21-cv-48709-MCR-GRJ); David Hedge (Cause No. 7:21-cv-48711-MCR-GRJ); San Chuong (Cause No. 7:21-cv-48715-MCR-GRJ); Aaron Smith (Cause No. 7:21-cv-48716-MCR-GRJ); Timothy Munford (Cause No. 7:21-cv-48720-MCR-GRJ); Timothy Cyprian (Cause No. 7:21-cv-48722-MCR-GRJ); Joel Welty (Cause No. 7:21-cv-48724-MCR-GRJ); Travell Weatherspoon (Cause No. 7:21-cv-48726-MCR-GRJ); Lulene Segovia (Cause No. 7:21-cv-48728-MCR-GRJ); Kern Leopold (Cause No. 7:21-cv-48733-MCR-GRJ); Mary Ahrens (Cause No. 7:21-cv-48735-MCR-GRJ); Patrick Mikhail (Cause No. 7:21-cv-48736-MCR-GRJ); Spencer Richardson (Cause No. 7:21-cv-48737-MCR-GRJ); Pablo Gaitan (Cause No. 7:21-cv-48738-MCR-GRJ); Zachary Rippel (Cause No. 7:21-cv-48739-MCR-GRJ); Mark Tarrant (Cause No. 7:21-cv-48740-MCR-GRJ); Melvin Maldonado (Cause No. 7:21-cv-48742-MCR-GRJ); Mark Mays (Cause No. 7:21-cv-48743-MCR-GRJ); Jeff Davidson (Cause No. 7:21-cv-48745-MCR-GRJ); Timothy Nuqui (Cause No. 7:21-cv-48746-MCR-GRJ); Deviene Scott (Cause No. 7:21-cv-48747-MCR-GRJ); Thomas Vetter (Cause No. 7:21-cv-48749-MCR-GRJ); Juanda Arline (Cause No. 7:21-cv-48750-MCR-GRJ); Wilbert Sanon (Cause No. 7:21-cv-48751-MCR-GRJ); Hector

Rodriguez (Cause No. 7:21-cv-48752-MCR-GRJ); Audra Carman (Cause No. 7:21-cv-48786-MCR-GRJ); Ricky Roberts (Cause No. 7:21-cv-48787-MCR-GRJ); Nicolas Guerrero (Cause No. 7:21-cv-48788-MCR-GRJ); Michael Peterson (Cause No. 7:21-cv-48789-MCR-GRJ); Marvin Pender (Cause No. 7:21-cv-48790-MCR-GRJ); Jeremy Nunn (Cause No. 7:21-cv-48793-MCR-GRJ); Daniel Clifford (Cause No. 7:21-cv-48795-MCR-GRJ); Tyler True (Cause No. 7:21-cv-48796-MCR-GRJ); Garland Banta (Cause No. 7:21-cv-48801-MCR-GRJ); Antonio Carter (Cause No. 7:21-cv-48802-MCR-GRJ); Roseland Cabrera (Cause No. 7:21-cv-48804-MCR-GRJ); Tracy Meadows (Cause No. 7:21-cv-48806-MCR-GRJ); Dale Yealey (Cause No. 7:21-cv-48807-MCR-GRJ); Chevonne Campbell (Cause No. 7:21-cv-48808-MCR-GRJ); John Rogers (Cause No. 7:21-cv-48809-MCR-GRJ); Edgar Miranda (Cause No. 7:21-cv-48810-MCR-GRJ); Charles Frybarger (Cause No. 7:21-cv-48812-MCR-GRJ); Raul Rodriguez (Cause No. 7:21-cv-48813-MCR-GRJ); Erick Eads (Cause No. 7:21-cv-48815-MCR-GRJ); Santavus Bledsoe (Cause No. 7:21-cv-48816-MCR-GRJ); Marites Crow (Cause No. 7:21-cv-48817-MCR-GRJ); Johnny Griffin (Cause No. 7:21-cv-48819-MCR-GRJ); James Twitty (Cause No. 7:21-cv-48820-MCR-GRJ); Rached Banjak (Cause No. 7:21-cv-48821-MCR-GRJ); Christopher Tooke (Cause No. 7:21-cv-48823-MCR-GRJ); Michael Treglazoff (Cause No. 7:21-cv-48824-MCR-GRJ); Kendell Baldwin (Cause No. 7:21-cv-48826-MCR-GRJ); Francis Mcgovern (Cause No. 7:21-cv-48827-MCR-GRJ); Froilan Irizarry (Cause No. 7:21-cv-48828-MCR-GRJ); Francisco Agosto (Cause No. 7:21-cv-48831-MCR-GRJ); Felix Rubio (Cause No. 7:21-cv-48832-MCR-GRJ); Christopher Cherney (Cause No. 7:21-cv-48833-MCR-GRJ); Roger Lasiter (Cause No. 7:21-cv-48834-MCR-GRJ); Sandra Barnes (Cause No. 7:21-cv-48838-MCR-GRJ); Jenifer Hernandez (Cause No. 7:21-cv-48839-MCR-GRJ); Tommy Daugherty (Cause No. 7:21-cv-48840-MCR-GRJ); Raymond Clevinger (Cause No. 7:21-cv-48844-MCR-GRJ); William Toliver (Cause No. 7:21-cv-48847-MCR-GRJ); Joe Gilbert (Cause No. 7:21-cv-48848-MCR-GRJ); Samantha Martin (Cause No. 7:21-cv-48850-MCR-GRJ); Taja Logan (Cause No. 7:21-cv-48852-MCR-GRJ); Geczel Rivera (Cause No. 7:21-cv-48853-MCR-GRJ); Chris

Fisher (Cause No. 7:21-cv-48854-MCR-GRJ); Daniel Williams (Cause No. 7:21-cv-48855-MCR-GRJ); Arturo Tafoya (Cause No. 7:21-cv-48857-MCR-GRJ); Alexander Meade (Cause No. 7:21-cv-48858-MCR-GRJ); Jeannette Clayton (Cause No. 7:21-cv-48859-MCR-GRJ); Alexander Smith (Cause No. 7:21-cv-48860-MCR-GRJ); Donald Nyden (Cause No. 7:21-cv-48861-MCR-GRJ); Makia Peter (Cause No. 7:21-cv-48863-MCR-GRJ); Brandon Buchanan (Cause No. 7:21-cv-48873-MCR-GRJ); Jeff Frederickson (Cause No. 7:21-cv-48874-MCR-GRJ); Toninette Payne-Pierson (Cause No. 7:21-cv-48875-MCR-GRJ); James Sanders (Cause No. 7:21-cv-48877-MCR-GRJ); Louis Hernandez (Cause No. 7:21-cv-48881-MCR-GRJ); Jeremy Green (Cause No. 7:21-cv-48882-MCR-GRJ); Roel Perez (Cause No. 7:21-cv-48883-MCR-GRJ); Robert Schmidt (Cause No. 7:21-cv-48884-MCR-GRJ); Jose Esparza (Cause No. 7:21-cv-48885-MCR-GRJ); Marlon Hernandez (Cause No. 7:21-cv-48894-MCR-GRJ); Raymond Clark (Cause No. 7:21-cv-48895-MCR-GRJ); Alex Patton (Cause No. 7:21-cv-48897-MCR-GRJ); Quentin Larkins (Cause No. 7:21-cv-48899-MCR-GRJ); Lemuel White (Cause No. 7:21-cv-48900-MCR-GRJ); Stacey Stump (Cause No. 7:21-cv-48908-MCR-GRJ); Miranda Ahumada (Cause No. 7:21-cv-48909-MCR-GRJ); Mark Diaz (Cause No. 7:21-cv-51217-MCR-GRJ); Tamara Hughes-Diai (Cause No. 7:21-cv-51218-MCR-GRJ); Brandon Standridge (Cause No. 7:21-cv-51221-MCR-GRJ); Devan Coley (Cause No. 7:21-cv-51222-MCR-GRJ); Rodney Ellis (Cause No. 7:21-cv-51227-MCR-GRJ); Makana Lowe (Cause No. 7:21-cv-51228-MCR-GRJ); Theoda Metcalf (Cause No. 7:21-cv-51229-MCR-GRJ); Jess Conyers (Cause No. 7:21-cv-51230-MCR-GRJ); Keith Williams (Cause No. 7:21-cv-51231-MCR-GRJ); Marvin Young (Cause No. 7:21-cv-51232-MCR-GRJ); James Brooks (Cause No. 7:21-cv-51233-MCR-GRJ); Patricia Slatton (Cause No. 7:21-cv-51234-MCR-GRJ); Tony Jackson (Cause No. 7:21-cv-51235-MCR-GRJ); Charles Dougherty (Cause No. 7:21-cv-51237-MCR-GRJ); Scott Van (Cause No. 7:21-cv-51239-MCR-GRJ); Cathy Brooks (Cause No. 7:21-cv-51241-MCR-GRJ); Damian Leblanc (Cause No. 7:21-cv-51245-MCR-GRJ); Alexander Hall (Cause No. 7:21-cv-51248-MCR-GRJ); Christopher Brooks (Cause No. 7:21-cv-51249-MCR-GRJ); Dan

Showalter (Cause No. 7:21-cv-51250-MCR-GRJ); Decora Mealing (Cause No. 7:21-cv-51252-MCR-GRJ); Jeremiah Patterson (Cause No. 7:21-cv-51254-MCR-GRJ); Joshua Dixon (Cause No. 7:21-cv-51255-MCR-GRJ); Jayangela Hoel (Cause No. 7:21-cv-51256-MCR-GRJ); Jasmine Brennan (Cause No. 7:21-cv-51257-MCR-GRJ); Stephen Hess (Cause No. 7:21-cv-51259-MCR-GRJ); Anthony Garrett (Cause No. 7:21-cv-51260-MCR-GRJ); Alexis Bell (Cause No. 7:21-cv-51261-MCR-GRJ); Terry Ormand (Cause No. 7:21-cv-51262-MCR-GRJ); James Macrae (Cause No. 7:21-cv-51265-MCR-GRJ); Antonio Robles (Cause No. 7:21-cv-51266-MCR-GRJ); Brandon Swaringim (Cause No. 7:21-cv-51267-MCR-GRJ); Andrew Clement (Cause No. 7:21-cv-51268-MCR-GRJ); Mark Phillips (Cause No. 7:21-cv-51270-MCR-GRJ); Marvin Farmer (Cause No. 7:21-cv-51272-MCR-GRJ); Larry Rodriguez (Cause No. 7:21-cv-51273-MCR-GRJ); Darrell Tomokane (Cause No. 7:21-cv-51274-MCR-GRJ); Roland Ray (Cause No. 7:21-cv-51275-MCR-GRJ); Andrew Kovach (Cause No. 7:21-cv-51278-MCR-GRJ); Brendan Corcione (Cause No. 7:21-cv-51279-MCR-GRJ); Rashaldo Martin (Cause No. 7:21-cv-51283-MCR-GRJ); Gregory Tate (Cause No. 7:21-cv-51287-MCR-GRJ); Stoney Anderson (Cause No. 7:21-cv-51292-MCR-GRJ); Shaina Kuykendall-Johnson (Cause No. 7:21-cv-51294-MCR-GRJ); Cody Middleton (Cause No. 7:21-cv-51300-MCR-GRJ); Charles Ray (Cause No. 7:21-cv-51302-MCR-GRJ); Alexander Lapenta (Cause No. 7:21-cv-51305-MCR-GRJ); Raquel Beltran (Cause No. 7:21-cv-51309-MCR-GRJ); Jeanisha Bell-Jackson (Cause No. 7:21-cv-51312-MCR-GRJ); Dylan Lawson (Cause No. 7:21-cv-51316-MCR-GRJ); Justin Gainey (Cause No. 7:21-cv-51318-MCR-GRJ); Roger Rees (Cause No. 7:21-cv-51321-MCR-GRJ); Brittany Bean (Cause No. 7:21-cv-51323-MCR-GRJ); John King (Cause No. 7:21-cv-51325-MCR-GRJ); Renee Levine (Cause No. 7:21-cv-51327-MCR-GRJ); Ricardo Garcia (Cause No. 7:21-cv-51330-MCR-GRJ); Derek Skinner (Cause No. 7:21-cv-51338-MCR-GRJ); Trevor Hughes (Cause No. 7:21-cv-51340-MCR-GRJ); Seth Schmidt (Cause No. 7:21-cv-51345-MCR-GRJ); Kelly Dunbar (Cause No. 7:21-cv-51347-MCR-GRJ); Matthew Whelihan (Cause No. 7:21-cv-51349-MCR-GRJ); Nijah Rico (Cause No. 7:21-cv-51354-

MCR-GRJ); Elward Cortez (Cause No. 7:21-cv-51358-MCR-GRJ); Chinonso Nwosu (Cause No. 7:21-cv-51360-MCR-GRJ); Leonel Gonzalezsoto (Cause No. 7:21-cv-51362-MCR-GRJ); John Fenelus (Cause No. 7:21-cv-51365-MCR-GRJ); John Verwiel (Cause No. 7:21-cv-51367-MCR-GRJ); Daniel Digati (Cause No. 7:21-cv-51369-MCR-GRJ); Terry Nelson (Cause No. 7:21-cv-51376-MCR-GRJ); Angel Oretega Ortiz (Cause No. 7:21-cv-51479-MCR-GRJ); Eric Rapacz (Cause No. 7:21-cv-51484-MCR-GRJ); Dorothy Gant (Cause No. 7:21-cv-51485-MCR-GRJ); Baldemar Gonzales (Cause No. 7:21-cv-51486-MCR-GRJ); Nicholas Rivera (Cause No. 7:21-cv-51489-MCR-GRJ); Thomas Mize (Cause No. 7:21-cv-51490-MCR-GRJ); Dexter Parker (Cause No. 7:21-cv-51494-MCR-GRJ); Phillip Chang (Cause No. 7:21-cv-51496-MCR-GRJ); Steven Parsons (Cause No. 7:21-cv-51497-MCR-GRJ); George Day (Cause No. 7:21-cv-51498-MCR-GRJ); Jeremy Saylor (Cause No. 7:21-cv-51499-MCR-GRJ); Travis Mcclure (Cause No. 7:21-cv-51500-MCR-GRJ); Philip Mcdaniel (Cause No. 7:21-cv-51503-MCR-GRJ); Michael Hamm (Cause No. 7:21-cv-51504-MCR-GRJ); Robert Kunard (Cause No. 7:21-cv-51505-MCR-GRJ); Rodrigo Flores (Cause No. 7:21-cv-51507-MCR-GRJ); Sean O'Neil (Cause No. 7:21-cv-51511-MCR-GRJ); Michael Sides (Cause No. 7:21-cv-51512-MCR-GRJ); Damion Hayes (Cause No. 7:21-cv-51513-MCR-GRJ); Shane Leidig (Cause No. 7:21-cv-51515-MCR-GRJ); Rickie Darden (Cause No. 7:21-cv-51517-MCR-GRJ); Ryan Westcott (Cause No. 7:21-cv-51522-MCR-GRJ); Johnathan Miller (Cause No. 7:21-cv-51525-MCR-GRJ); Deondre Allen (Cause No. 7:21-cv-51528-MCR-GRJ); Lauren Vannewhouse (Cause No. 7:21-cv-51530-MCR-GRJ); Brian Heesaker (Cause No. 3:21-cv-03913-MCR-GRJ); Thomas Pelfrey (Cause No. 3:22-cv-02023-MCR-GRJ); Diana Horton-Barnett (Cause No. 3:21-cv-03536-MCR-GRJ); Josh Cote (Cause No. 3:21-cv-03543-MCR-GRJ); Cynthia Chevrestt (Cause No. 3:22-cv-04151-MCR-GRJ); Larry Cheley (Cause No. 3:21-cv-03648-MCR-GRJ); Derek Wheelwright (Cause No. 3:21-cv-04912-MCR-GRJ); Armin Hoes (Cause No. 3:21-cv-03827-MCR-GRJ); Timothy Clark (Cause No. 3:21-cv-03760-MCR-GRJ); Charles Nielsen (Cause No. 3:21-cv-03703-MCR-GRJ); Benjamin Morris (Cause No. 3:21-cv-03737-MCR-

GRJ); Javelle Lewis (Cause No. 3:21-cv-03782-MCR-GRJ); Jesse Hetrick (Cause No. 3:21-cv-03821-MCR-GRJ); John Gant (Cause No. 3:21-cv-03846-MCR-GRJ); William Town (Cause No. 3:21-cv-03739-MCR-GRJ); Ingrid Brown (Cause No. 3:21-cv-03766-MCR-GRJ); Edward Bohy (Cause No. 3:21-cv-03793-MCR-GRJ); Jeremy Marrero (Cause No. 3:21-cv-03735-MCR-GRJ); Anthony Gaddy (Cause No. 3:21-cv-03797-MCR-GRJ); Louis Bohan (Cause No. 3:21-cv-03781-MCR-GRJ); Michael Zumwalt (Cause No. 3:21-cv-03772-MCR-GRJ); Shawn Mcananney (Cause No. 3:21-cv-03845-MCR-GRJ); Robin Kirchner (Cause No. 3:21-cv-03809-MCR-GRJ); Kelly Ervin (Cause No. 3:21-cv-03694-MCR-GRJ); Pablo Valdes (Cause No. 3:21-cv-03741-MCR-GRJ); Nicole Matthews (Cause No. 3:21-cv-03753-MCR-GRJ); Theodore Lind (Cause No. 3:21-cv-03802-MCR-GRJ); Charles Oxstien (Cause No. 3:21-cv-03692-MCR-GRJ); Dustin Dallas (Cause No. 3:21-cv-03747-MCR-GRJ); Brenda Quinones (Cause No. 3:21-cv-03787-MCR-GRJ); Steven Shelton (Cause No. 3:21-cv-03705-MCR-GRJ); Cristian Banu (Cause No. 3:21-cv-03784-MCR-GRJ); Sebastian Culberson (Cause No. 3:21-cv-03763-MCR-GRJ); Tiffany Needler (Cause No. 3:21-cv-03710-MCR-GRJ); Joshua Dietz (Cause No. 3:21-cv-03723-MCR-GRJ); Ryan Hoeye (Cause No. 3:21-cv-03768-MCR-GRJ); Ronald Blake (Cause No. 3:21-cv-03829-MCR-GRJ); Christopher Lauppe (Cause No. 3:21-cv-03732-MCR-GRJ); Fernando Guzman (Cause No. 3:21-cv-03729-MCR-GRJ); Brian Evancho (Cause No. 3:21-cv-03691-MCR-GRJ); Thomas Evans (Cause No. 3:21-cv-03686-MCR-GRJ); Taylor Schulz (Cause No. 3:21-cv-03702-MCR-GRJ); Travis Malik (Cause No. 3:21-cv-03758-MCR-GRJ); Eddie Lopez (Cause No. 3:21-cv-03800-MCR-GRJ); Manuel Maes (Cause No. 3:21-cv-03764-MCR-GRJ); Jonathan Buchanan (Cause No. 3:21-cv-03834-MCR-GRJ); Ryan Koehler (Cause No. 3:21-cv-03804-MCR-GRJ); Keegun Marsh (Cause No. 3:21-cv-03785-MCR-GRJ); Johnathan Brown (Cause No. 3:21-cv-03745-MCR-GRJ); Jasmine Covello (Cause No. 3:21-cv-03750-MCR-GRJ); David Decrescenzo (Cause No. 3:21-cv-03730-MCR-GRJ); Robert Cailouette (Cause No. 3:21-cv-03717-MCR-GRJ); Melissa Talley (Cause No. 3:21-cv-03740-MCR-GRJ); Marcus Desimone (Cause No. 3:21-cv-03728-MCR-GRJ); Nicholas

Buchanan (Cause No. 3:21-cv-03836-MCR-GRJ); Jesse Pagan (Cause No. 3:21-cv-03687-MCR-GRJ); Joseph King (Cause No. 3:21-cv-03823-MCR-GRJ); John Campini (Cause No. 3:21-cv-03779-MCR-GRJ); Donald Jackson (Cause No. 3:21-cv-04727-MCR-GRJ); Cameron Hodge (Cause No. 3:22-cv-00077-MCR-GRJ); Kevin Romero (Cause No. 3:21-cv-04901-MCR-GRJ); Timothy Alonzo (Cause No. 3:22-cv-02071-MCR-GRJ); James Weal (Cause No. 3:22-cv-04700-MCR-GRJ); Ramar Thompson (Cause No. 3:22-cv-04775-MCR-GRJ); Fred Jones (Cause No. 3:22-cv-04876-MCR-GRJ); Ariel Martinez (Cause No. 8:20-cv-28958-MCR-GRJ); Matthew Clawson (Cause No. 7:20-cv-71867-MCR-GRJ); Anthony Olivas (Cause No. 7:20-cv-88416-MCR-GRJ); Daniel Moore (Cause No. 8:20-cv-28307-MCR-GRJ); Jeremiah Vogl (Cause No. 7:21-cv-08596-MCR-GRJ); Brent Frisell (Cause No. 7:21-cv-12959-MCR-GRJ); Steven Johnson (Cause No. 7:21-cv-12971-MCR-GRJ); Sayre Guthrie (Cause No. 7:21-cv-51506-MCR-GRJ); Ryan Gamby (Cause No. 3:22-cv-04834-MCR-GRJ); Xavier Russey (Cause No. 3:22-cv-04838-MCR-GRJ); Daniel Seely (Cause No. 3:22-cv-04841-MCR-GRJ); Wesley Sartin (Cause No. 3:22-cv-04843-MCR-GRJ); Coty Chapel (Cause No. 3:22-cv-04845-MCR-GRJ); Jamel Blount (Cause No. 3:22-cv-04874-MCR-GRJ); Bobby Cunningham (Cause No. 3:22-cv-04875-MCR-GRJ); Jeremy Bolton (Cause No. 3:22-cv-04879-MCR-GRJ); Mason Benfield (Cause No. 3:22-cv-04881-MCR-GRJ); Kelly Abbott (Cause No. 3:22-cv-04882-MCR-GRJ); Rodriquez Coley (Cause No. 3:22-cv-04832-MCR-GRJ); Anna Goynes (Cause No. 3:22-cv-04877-MCR-GRJ); Christopher Belts (Cause No. 3:22-cv-04847-MCR-GRJ); Anthony Bowser (Cause No. 3:22-cv-04848-MCR-GRJ); and Ramon Deleon (Cause No. 3:22-cv-04849-MCR-GRJ) filing this Notice of Appeal.

The Plaintiffs this their Notice of Appeal, pursuant to Fed. R. App. P. 4, for the purpose of appealing to the United States Court of Appeals for the 11th Circuit from the district court's Orders dismissing cases for failure to produce a DD214 (Rec. Doc. No. 3076 and Rec. Doc. No. 3077) in the record of MDL-2885 dated May 5, 2022.

Date:  June 3, 2022

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/  Brent W. Coon
Brent W. Coon
Brent@bcoonlaw.com
Eric W. Newell
Eric@bcoonlaw.com
215 Orleans
Beaumont, TX  77701
(409)835-2666 – Telephone
(409)835-1912 - Facsimile