erUNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| **Document Relates to All Cases** | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

v.

**3M COMPANY, ET AL.**

**DEFNDANTS**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Katelyn Ashton of the law firm Butler Snow, LLP, has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

1

DATED:     June 6, 2022

                    Respectfully submitted,

                    */s/ Katelyn Ashton*
                    Katelyn Ashton
                    TN Bar No. 036722
                    BUTLER SNOW LLP
                    6075 Poplar Avenue, Suite 500
                    Memphis, TN 38119

                    Email:
                    katelyn.ashton@butlersnow.com

                    *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

2

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 6th day of June, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

                                          */s/ Katelyn Ashton*
                                          Katelyn Ashton