AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

EARL WILBURN
*Plaintiff*
v.
3M COMBAT ARMS
*Defendant*

Case No. 3:19-MD-02885

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

EARL WILBURN .

Date: 06/06/2022

/s/ Ken Moll
*Attorney's signature*

Ken Moll - 6199874
*Printed name and bar number*

22 West Washington Street, 15th Floor
Chicago, Illinois 60602
*Address*

info@molllawgroup.com
*E-mail address*

(312) 462-1700
*Telephone number*

(312) 756-0045
*FAX number*

Print Save As... Reset