IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION § § § § § This Document Relates to: § § *All Cases* § § | CASE NO. 3:19-MD-2885-MCR-GRJ JUDGE M. CASEY RODGERS MAGISTRATE JUDGE GARY R. JONES |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's pretrial Order No. 3 and Northern District of Florida Local Rule 11.1, I, Michael A. Downey, respectfully move for admission to practice *pro hac vice* in the above referenced case. Movant certifies as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the Texas State Bar dated within 30 days is attached to this motion as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of this District, completed the Attorney Admission Tutorial (Confirmation Number: **FLND16546428836316**), and completed the CM/ECF online tutorials.

4. Movant has paid the required $208.00, *pro hac vice* admission fee.

5. Movant has an upgraded PACER account.

6. Movant represents Plaintiff in the following action: *Surdo v. 3M*, 7:20-cv-86584.

WHEREFORE, Michael A. Downey, respectfully requests that the Court enter an Order granting his motion to appear *pro hac vice* on behalf of Plaintiffs and direct the Clerk to provide notice of Electronic Case Filings to the undersigned.

**Dated: June 7, 2022**　　　　　　　　　　　　　　　　**Respectfully Submitted,**

BY:　*/s/ Michael A. Downey*
　　　Michael A. Downey
　　　Texas Bar No. 24087445
　　　**Mostyn Law**
　　　3810 W. Alabama St.
　　　Houston, TX 77027
　　　Phone: 713-714-0000
　　　Fax: 713-714-1111
　　　epefile@mostynlaw.com

## CERTIFICATE OF SERVICE

In compliance with Local Rule 5/1(f), the undersigned herby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system, which will provide electronic notice of same to all counsel of record.

**Dated: June 7, 2022**          BY:   */s/ Michael A. Downey*
                                             Michael A. Downey