UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and Rule 11.1(I) of the Local Rules for the United States District Court for the Northern District of Florida, Dana C. Lumsden, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-captioned case only, and in support thereof state as follows:

1. Movant resides in North Carolina and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the United States District Court for the Northern District of Florida and is a member in good standing of the Bar of the State of North Carolina. A copy of a Certificate of Good Standing from the Bar of the State of North Carolina dated within 30 days of this motion is attached as Exhibit "A" hereto.

3. Movant has reviewed the Attorney Admission Memo, the Local Rules of the United States District Court for the Northern District of Florida, completed the online Attorney Admission Tutorial, Confirmation Number

FLND16546124286314, and completed the CM/ECF Online Tutorials.

4. Dana C. Lumsden has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Dana C. Lumsden has upgraded his PACER account to "NextGen."

6. Movant represents the Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC.

**WHEREFORE,** Dana C. Lumsden respectfully requests that this Court enter an Order granting him admission *pro hac vice* in this case.

Respectfully submitted on this the 8th day of June, 2022.

/s/ *Dana C. Lumsden*
Dana C. Lumsden, Esq. [NC Bar No. 32497]
BRADLEY ARANT BOULT CUMMINGS LLP
Truist Center, 214 North Tryon Street, Suite 3700, Charlotte, North Carolina 28202
Telephone: (704) 338-6000
Facsimile: (704) 338-6067
dlumsden@bradley.com

COUNSEL for the DEFENDANTS 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO TECHNOLOGIES LLC, AEARO HOLDING, LLC, AEARO INTERMEDIATE, LLC, and AEARO, LLC

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing **MOTION TO APPEAR** *PRO HAC VICE* was served electronically via the CM/ECF system, which will automatically serve and send e-mail notification of the filing to all registered attorneys of record.

This the 8th day of June, 2022.

                                                */s/ Dana C. Lumsden*
                                                Dana C. Lumsden