UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Ryan Sevilla v. 3M Co. et al.*<br><br>Case No.: 7:20cv04513 | Case No. 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## JOINT SUBMISSION REGARDING THE PARTIES' VENUE AND CHOICE OF LAW AGREEMENTS

Pursuant to Case Management Orders 31 and 45, the parties submit the following Joint Submission Regarding Parties' Venue and Choice of Law Agreements.

Ryan Sevilla and Defendants have not agreed on a venue and hereby submit the following:

    a. Ryan Sevilla prefers the following Venue:

        USDC Central District of California as Ryan Sevilla enlisted in Los Angeles, California and was discharged in Los Angeles, California.

  b. Defendants prefer the following Venue:

  USDC Western District of Washington. Defendants object to venue in the U.S. District Court for the Central District of California because Plaintiff did not use the product in that venue and "a substantial part of the events or omissions giving rise to the claim" did not take place there, 28 U.S.C. § 1391; Defendants submit that venue is more appropriate in the U.S. District Court for the Western District of Washington, where Plaintiff received and used the product.

Ryan Sevilla and Defendants have not agreed on choice-of-law analysis. Pursuant to CMO 45, the Parties will submit choice-of-law briefing on July 21, 2022.

Dated: June 9, 2022

| /s/ Michael Akselrud<br>THE LANIER LAW FIRM<br>Michael Akselrud<br>21550 Oxnard Street, 3rd floor<br>Woodland Hills, CA 91367<br>3 10/277-5100 Telephone<br>212/421-2878 Fax<br>Michael.akselrud@lanierlawfirm<br><br>*Counsel for Plaintiff, Ryan Sevilla* | s/ Kari L. Sutherland<br>Kari L. Sutherland<br>BUTLER SNOW LLP<br>1200 Jefferson Ave., Suite 205<br>Oxford, MS 38655<br>Telephone: (662) 513-8000<br>Kari.sutherland@butlersnow.com |
|---|---|

|  | Susan M. Robinson<br>THOMAS COMBS & SPANN, PLLC<br>300 Summers Street, Suite 1380<br>Charleston, WV 25301<br>Telephone: (304) 414-1808<br>srobinson@tcspllc.com<br><br>Kimberly Branscome<br>DECHERT LLP<br>633 W. 5th St., Suite 4900<br>Los Angeles, CA 90071<br>Telephone: (213) 808-5762<br>kimberly.branscome@dechert.com<br><br>Robert C. "Mike" Brock<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5991<br>mike.brock@kirkland.com<br><br>Mark J. Nomellini<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-3254<br>mark.nomellini@kirkland.com<br><br><br>*Counsel for Defendants 3M Company,*<br>*3M Occupational Safety LLC,*<br>*Aearo Technologies LLC,*<br>*Aearo Holding, LLC,*<br>*Aearo Intermediate, LLC and Aearo, LLC* |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2022, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

*/s/ Michael Akselrud*
Michael Akselrud