UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This document Relates to:<br>John Wilcox<br><br>Plaintiff.<br><br>Case No.: 7:20cv04677 | Case No. 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## JOINT SUBMISSION REGARDING THE PARTIES' VENUE AND CHOICE OF LAW AGREEMENTS

Pursuant to Case Management Orders 31 and 45, the parties submit the following Joint Submission Regarding Parties' Venue and Choice of Law Agreements.

John Wilcox and Defendants have agreed to the following Venue: USDC District of Maryland.

John Wilcox and Defendants have agreed to the following state law for choice-of-law analysis: Maryland.

Dated: June 9, 2022

| | |
|---|---|
| */s/ Michael Akselrud*<br>THE LANIER LAW FIRM<br>Michael Akselrud<br>21550 Oxnard Street, 3rd floor<br>Woodland Hills, CA 91367<br>3 10/277-5100 Telephone<br>212/421-2878 Fax<br>Michael.akselrud@lanierlawfirm<br><br>*Counsel for Plaintiff, John Wilcox* | *s/ Kari L. Sutherland*<br>Kari L. Sutherland<br>BUTLER SNOW LLP<br>1200 Jefferson Ave., Suite 205<br>Oxford, MS 38655<br>Telephone: (662) 513-8000<br>Kari.sutherland@butlersnow.com<br><br>Susan M. Robinson<br>THOMAS COMBS & SPANN, PLLC<br>300 Summers Street, Suite 1380<br>Charleston, WV 25301<br>Telephone: (304) 414-1808<br>srobinson@tcspllc.com<br><br>Kimberly Branscome<br>DECHERT LLP<br>633 W. 5th St., Suite 4900<br>Los Angeles, CA 90071<br>Telephone: (213) 808-5762<br>kimberly.branscome@dechert.com<br><br>Robert C. "Mike" Brock<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5991<br>mike.brock@kirkland.com<br><br>Mark J. Nomellini<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-3254<br>mark.nomellini@kirkland.com<br><br><br>*Counsel for Defendants 3M Company,*<br>*3M Occupational Safety LLC,*<br>*Aearo Technologies LLC,*<br>*Aearo Holding, LLC,*<br>*Aearo Intermediate, LLC and Aearo, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2022, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

*/s/ Michael Akselrud*
Michael Akselrud
