**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Leonel Hernandez v. 3M Co. et al.*<br><br>Case No.:  7:20cv04391 | Case No. 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## JOINT SUBMISSION REGARDING THE PARTIES' VENUE AND CHOICE OF LAW AGREEMENTS

Pursuant to Case Management Orders 31 and 45, the parties submit the following Joint Submission Regarding Parties' Venue and Choice of Law Agreements.

Leonel Hernandez and Defendants have agreed to the following Venue: USDC Western District of Texas

Leonel Hernandez and Defendants have agreed to the following state law for choice-of-law analysis: Texas.

Dated: June 9, 2022

*/s/ Michael Akselrud*
THE LANIER LAW FIRM
Michael Akselrud
21550 Oxnard Street, 3rd floor
Woodland Hills, CA 91367
3 10/277-5100 Telephone
212/421-2878 Fax
Michael.akselrud@lanierlawfirm

*Counsel for Plaintiff, Leonel Hernandez*

*s/ Kari L. Sutherland*
Kari L. Sutherland
BUTLER SNOW LLP
1200 Jefferson Ave., Suite 205
Oxford, MS 38655
Telephone: (662) 513-8000
Kari.sutherland@butlersnow.com

Susan M. Robinson
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Suite 1380
Charleston, WV 25301
Telephone: (304) 414-1808
srobinson@tcspllc.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mark.nomellini@kirkland.com

*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding, LLC, Aearo*
*Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2022, I caused a copy of the foregoing to be

filed through the Court's CM/ECF system, which will serve all counsel of record.


*/s/ Michael Akselrud*
Michael Akselrud