| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| DAVILA-AGUAYO, JOEL RENE | ARMY/RA | 8379 |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| 1SG | E08 | 1963 | 00000000 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| RIO PIEDRAS, PUERTO RICO | RD 397 BO LAS CUEVAS 21<br>LOIZA PUERTO RICO 00672 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| TASS-RCE FT MONROE TZ | FORT KNOX, KY 40121-5000 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| USAR CON GP (RET) AR-PERSCOM, 1 RESERVE WAY, ST LOUIS, MO 63132 | AMOUNT: $400,000.00 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 92Y58 2S UNIT SUPPLY SPEC - 19 YRS 10 MOS//<br>89B5L 2B AMMUNITION SPECIALIST - 20 YRS 8 MOS//NOTHING FOLLOWS | a. DATE ENTERED AD THIS PERIOD | 1986 | 04 | 17 |
| | b. SEPARATION DATE THIS PERIOD | 2006 | 04 | 30 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0020 | 00 | 14 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 04 | 15 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0003 | 00 | 12 |
| | f. FOREIGN SERVICE | 0007 | 09 | 29 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2001 | 02 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| MERITORIOUS SERVICE MEDAL (4TH AWARD)//JOINT SERVICE COMMENDATION MEDAL (2ND AWARD)//ARMY COMMENDATION MEDAL (3RD AWARD)//ARMY ACHIEVEMENT MEDAL (4TH AWARD)//JOINT MERITORIOUS UNIT AWARD (2ND AWARD)//ARMY GOOD CONDUCT MEDAL (6TH AWARD)//NATIONAL DEFENSE SERVICE MEDAL (2ND AWARD)//CONT IN BLOCK 18 | ADV NCO CRS (ANCOC), 8 WEEKS, DEC 1994//AIR ASSAULT, 2 WEEKS, JAN 1993//AIRBORNE, 3 WEEKS, JAN 1992//BASIC NCO CRS (BNCOC), 8 WEEKS, JAN 1992//BATTLE STAFF, 2 WEEKS, JAN 1998//PR LDRSHP DEV CRS, 4 WEEKS, JUL 1989//SF/SP OPS TNG CRS, 1 WEEK, JUL 1989//SUPPORT OP CRS PHASE I, 2 WEEKS, NOV 1997//CONT IN BLOCK 18 |

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | | YES | X NO |
|---|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | | X YES | NO |

| 16. DAYS ACCRUED LEAVE PAID 0.5 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | X NO |

**18. REMARKS**
IMMEDIATE REENLISTMENTS THIS PERIOD -- 1991/02/04-1997/02/12, 1997/02/13-1998/08/02, 1998/08/03-2004/08/02, 2004/08/03-2006/04/30//SUBJECT TO ACTIVE DUTY RECALL BY THE SECRETARY OF THE ARMY//SERVICE IN IRAQ 2002/12/01-2003/06/01//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//US FLAG ISSUED////CONT FROM BLOCK 13: //GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//HUMANITARIAN SERVICE MEDAL//NON COMMISSIONED OFFICER PROFESSIONAL DEVELOPMENT RIBBON (3RD AWARD)//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON (3RD AWARD)//PARACHUTIST BADGE//AIR ASSAULT BADGE//KOREA DEFENSE SERVICE MEDAL//CONT FROM BLOCK 14: 7//SUPT OP CRS (PHASE II), 2 WEEKS, MAR 1998//TOTAL ARMY INSTR TNG, 2 WEEKS, FEB 2004//NOTHING FOLLOWS

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address – include ZIP Code) |
|---|---|
| 5831 BASSETT AVENUE<br>ORLANDO FLORIDA 32833 | MILDRED DAVILA<br>7303 BROOKE BLVD<br>REYNOLDSBURG OHIO 43068 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO | FL | DIRECTOR OF VETERANS AFFAIRS | X YES | NO |

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| [signature] | LEWIS W SHEPHERD, CHIEF, TRANS CTR |

**SPECIAL ADDITIONAL INFORMATION** (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| RETIREMENT | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-200, CHAP 12 | RBD | 4R |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| SUFFICIENT SERVICE FOR RETIREMENT |

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | 30. MEMBER REQUESTS COPY 4 (Initials) |
|---|---|
| NONE | [initials] |

DD FORM 214-AUTOMATED, FEB 2000   PREVIOUS EDITION IS OBSOLETE   MEMBER