# EXHIBIT A



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Drew Christopher Bencie, Esq.

**DATE OF ADMISSION**

**February 18, 2022**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: June 1, 2022

Patricia A. Johnson
Chief Clerk