# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILTY LITIGATION | MDL Case No. 3:19-md-02885-MCR-GRJ |
| This Document Relates to: | Judge M. Casey Rodgers |
| CODY DLOUHY | Magistrate Judge Gary R. Jones |
| Case No.: 8:20-cv-15158-MCR-GRJ | |

## NOTICE OF WITHDRAWAL OF LINDSAY STEVENS, ESQ.

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of Lindsay Stevens on behalf of plaintiff, Cody Dlouhy is hereby WITHDRAWN, and you are respectfully requested to remove the undersigned from all service and notice lists.

Date: June 13, 2022

Respectfully Submitted,

/s/ Lindsay R. Stevens
Lindsay R. Stevens (CA Bar #: 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Ste. 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619)237-3496
lstevens@thegomezfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served by e-filing through the Northern District of Florida Electronic Filing System, this 13th day of June 2022.

/s/ Lindsay R. Stevens
Lindsay R. Stevens (CA Bar #: 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Ste. 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619)237-3496
lstevens@thegomezfirm.com