- 1 -

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILTY LITIGATION | MDL Case No. 3:19-md-02885-MCR-GRJ |
| This Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| RYAN BURGAN | |
| Case No.: 9:20-cv-11331-MCR-GRJ | |

## NOTICE OF WITHDRAWAL OF LINDSAY STEVENS, ESQ.

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that the appearance of Lindsay Stevens on behalf of plaintiff, Ryan Burgan is hereby WITHDRAWN, and you are respectfully requested to remove the undersigned from all service and notice lists.

Date: June 13, 2022            Respectfully Submitted,

                     /s/ Lindsay R. Stevens
                     Lindsay R. Stevens (CA Bar #: 256811)
                     GOMEZ TRIAL ATTORNEYS
                     655 West Broadway, Ste. 1700
                     San Diego, CA 92101
                     Tel: (619) 237-3490
                     Fax: (619)237-3496
                     lstevens@thegomezfirm.com

- 2 -

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served by e-filing through the Northern District of Florida Electronic Filing System, this 13th day of June 2022.

/s/ Lindsay R. Stevens
Lindsay R. Stevens (CA Bar #: 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Ste. 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619)237-3496
lstevens@thegomezfirm.com