**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, June 13, 2022 6:48 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Monday, June 13, 2022 11:47:37 AM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/13/2022 at 7:47 AM EDT and filed on 6/13/2022

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | [MDL No. 2885](#) |
| **Filer:** | |
| **Document Number:** | [1737](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-164) - 10 action(s)** *re: pldg. ([1724] in MDL No. 2885, 1 in MN/0:22-cv-01431, 1 in MN/0:22-cv-01433, 1 in MN/0:22-cv-01435, 1 in MN/0:22-cv-01437, 1 in MN/0:22-cv-01441, 1 in MN/0:22-cv-01443, 1 in MN/0:22-cv-01446, 1 in MN/0:22-cv-01447, 1 in MN/0:22-cv-01448, 1 in MN/0:22-cv-01450)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/13/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01431, MN/0:22-cv-01433, MN/0:22-cv-01435, MN/0:22-cv-01437, MN/0:22-cv-01441, MN/0:22-cv-01443, MN/0:22-cv-01446, MN/0:22-cv-01447, MN/0:22-cv-01448, MN/0:22-cv-01450 (JC)**

| | |
|---|---|
| **Case Name:** | Oberheuser v. 3M Company et al |

| | |
|---|---|
| Case Number: | MN/0:22-cv-01446 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-164) - 10 action(s)** *re: pldg. ( [1724] in MDL No. 2885, 1 in MN/0:22-cv-01431, 1 in MN/0:22-cv-01433, 1 in MN/0:22-cv-01435, 1 in MN/0:22-cv-01437, 1 in MN/0:22-cv-01441, 1 in MN/0:22-cv-01443, 1 in MN/0:22-cv-01446, 1 in MN/0:22-cv-01447, 1 in MN/0:22-cv-01448, 1 in MN/0:22-cv-01450)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/13/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01431, MN/0:22-cv-01433, MN/0:22-cv-01435, MN/0:22-cv-01437, MN/0:22-cv-01441, MN/0:22-cv-01443, MN/0:22-cv-01446, MN/0:22-cv-01447, MN/0:22-cv-01448, MN/0:22-cv-01450 (JC)**

| | |
|---|---|
| Case Name: | Ramirez v. 3M Company et al |
| Case Number: | MN/0:22-cv-01448 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-164) - 10 action(s)** *re: pldg. ( [1724] in MDL No. 2885, 1 in MN/0:22-cv-01431, 1 in MN/0:22-cv-01433, 1 in MN/0:22-cv-01435, 1 in MN/0:22-cv-01437, 1 in MN/0:22-cv-01441, 1 in MN/0:22-cv-01443, 1 in MN/0:22-cv-01446, 1 in MN/0:22-cv-01447, 1 in MN/0:22-cv-01448, 1 in MN/0:22-cv-01450)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/13/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01431, MN/0:22-cv-01433, MN/0:22-cv-01435, MN/0:22-cv-01437, MN/0:22-cv-01441, MN/0:22-cv-01443, MN/0:22-cv-01446, MN/0:22-cv-01447, MN/0:22-cv-01448, MN/0:22-cv-01450 (JC)**

| | |
|---|---|
| Case Name: | Collins v. 3M Company et al |
| Case Number: | MN/0:22-cv-01441 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-164) - 10 action(s)** *re: pldg. ( [1724] in MDL No. 2885, 1 in MN/0:22-cv-01431, 1 in MN/0:22-cv-01433, 1 in MN/0:22-cv-01435, 1 in MN/0:22-cv-01437, 1 in MN/0:22-cv-01441, 1 in MN/0:22-cv-01443, 1 in MN/0:22-cv-01446, 1 in MN/0:22-cv-01447, 1 in MN/0:22-cv-01448, 1 in MN/0:22-cv-01450)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/13/2022.**

Associated Cases: MDL No. 2885, MN/0:22-cv-01431, MN/0:22-cv-01433, MN/0:22-cv-01435, MN/0:22-cv-01437, MN/0:22-cv-01441, MN/0:22-cv-01443, MN/0:22-cv-01446, MN/0:22-cv-01447, MN/0:22-cv-01448, MN/0:22-cv-01450 (JC)

**Case Name:** McCool v. 3M Company et al
**Case Number:** MN/0:22-cv-01450
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-164) - 10 action(s)** *re: pldg. ( [1724] in MDL No. 2885, 1 in MN/0:22-cv-01431, 1 in MN/0:22-cv-01433, 1 in MN/0:22-cv-01435, 1 in MN/0:22-cv-01437, 1 in MN/0:22-cv-01441, 1 in MN/0:22-cv-01443, 1 in MN/0:22-cv-01446, 1 in MN/0:22-cv-01447, 1 in MN/0:22-cv-01448, 1 in MN/0:22-cv-01450)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/13/2022.**

Associated Cases: MDL No. 2885, MN/0:22-cv-01431, MN/0:22-cv-01433, MN/0:22-cv-01435, MN/0:22-cv-01437, MN/0:22-cv-01441, MN/0:22-cv-01443, MN/0:22-cv-01446, MN/0:22-cv-01447, MN/0:22-cv-01448, MN/0:22-cv-01450 (JC)

**Case Name:** Pierce v. 3M Company et al
**Case Number:** MN/0:22-cv-01431
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-164) - 10 action(s)** *re: pldg. ( [1724] in MDL No. 2885, 1 in MN/0:22-cv-01431, 1 in MN/0:22-cv-01433, 1 in MN/0:22-cv-01435, 1 in MN/0:22-cv-01437, 1 in MN/0:22-cv-01441, 1 in MN/0:22-cv-01443, 1 in MN/0:22-cv-01446, 1 in MN/0:22-cv-01447, 1 in MN/0:22-cv-01448, 1 in MN/0:22-cv-01450)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/13/2022.**

Associated Cases: MDL No. 2885, MN/0:22-cv-01431, MN/0:22-cv-01433, MN/0:22-cv-01435, MN/0:22-cv-01437, MN/0:22-cv-01441, MN/0:22-cv-01443, MN/0:22-cv-01446, MN/0:22-cv-01447, MN/0:22-cv-01448, MN/0:22-cv-01450 (JC)

**Case Name:** Krause v. 3M Company et al
**Case Number:** MN/0:22-cv-01447
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-164) - 10 action(s)** *re: pldg. ( [1724] in MDL No. 2885, 1 in MN/0:22-cv-01431, 1 in MN/0:22-cv-01433, 1 in MN/0:22-cv-01435, 1 in MN/0:22-cv-01437, 1 in MN/0:22-cv-01441, 1 in MN/0:22-cv-01443, 1 in MN/0:22-cv-01446, 1 in*

*MN/0:22-cv-01447, 1 in MN/0:22-cv-01448, 1 in MN/0:22-cv-01450)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/13/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01431, MN/0:22-cv-01433, MN/0:22-cv-01435, MN/0:22-cv-01437, MN/0:22-cv-01441, MN/0:22-cv-01443, MN/0:22-cv-01446, MN/0:22-cv-01447, MN/0:22-cv-01448, MN/0:22-cv-01450 (JC)**

| | |
|---|---|
| **Case Name:** | Scanlon v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01437 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-164) - 10 action(s)** *re: pldg. ( [1724] in MDL No. 2885, 1 in MN/0:22-cv-01431, 1 in MN/0:22-cv-01433, 1 in MN/0:22-cv-01435, 1 in MN/0:22-cv-01437, 1 in MN/0:22-cv-01441, 1 in MN/0:22-cv-01443, 1 in MN/0:22-cv-01446, 1 in MN/0:22-cv-01447, 1 in MN/0:22-cv-01448, 1 in MN/0:22-cv-01450)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/13/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01431, MN/0:22-cv-01433, MN/0:22-cv-01435, MN/0:22-cv-01437, MN/0:22-cv-01441, MN/0:22-cv-01443, MN/0:22-cv-01446, MN/0:22-cv-01447, MN/0:22-cv-01448, MN/0:22-cv-01450 (JC)**

| | |
|---|---|
| **Case Name:** | Allen v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01433 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-164) - 10 action(s)** *re: pldg. ( [1724] in MDL No. 2885, 1 in MN/0:22-cv-01431, 1 in MN/0:22-cv-01433, 1 in MN/0:22-cv-01435, 1 in MN/0:22-cv-01437, 1 in MN/0:22-cv-01441, 1 in MN/0:22-cv-01443, 1 in MN/0:22-cv-01446, 1 in MN/0:22-cv-01447, 1 in MN/0:22-cv-01448, 1 in MN/0:22-cv-01450)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/13/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01431, MN/0:22-cv-01433, MN/0:22-cv-01435, MN/0:22-cv-01437, MN/0:22-cv-01441, MN/0:22-cv-01443, MN/0:22-cv-01446, MN/0:22-cv-01447, MN/0:22-cv-01448, MN/0:22-cv-01450 (JC)**

| | |
|---|---|
| **Case Name:** | Malgaonkar v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01435 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-164) - 10 action(s) *re: pldg. ( [1724] in MDL No. 2885, 1 in MN/0:22-cv-01431, 1 in MN/0:22-cv-01433, 1 in MN/0:22-cv-01435, 1 in MN/0:22-cv-01437, 1 in MN/0:22-cv-01441, 1 in MN/0:22-cv-01443, 1 in MN/0:22-cv-01446, 1 in MN/0:22-cv-01447, 1 in MN/0:22-cv-01448, 1 in MN/0:22-cv-01450)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/13/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01431, MN/0:22-cv-01433, MN/0:22-cv-01435, MN/0:22-cv-01437, MN/0:22-cv-01441, MN/0:22-cv-01443, MN/0:22-cv-01446, MN/0:22-cv-01447, MN/0:22-cv-01448, MN/0:22-cv-01450 (JC)**

| | |
|---|---|
| **Case Name:** | Griffith v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01443 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-164) - 10 action(s) *re: pldg. ( [1724] in MDL No. 2885, 1 in MN/0:22-cv-01431, 1 in MN/0:22-cv-01433, 1 in MN/0:22-cv-01435, 1 in MN/0:22-cv-01437, 1 in MN/0:22-cv-01441, 1 in MN/0:22-cv-01443, 1 in MN/0:22-cv-01446, 1 in MN/0:22-cv-01447, 1 in MN/0:22-cv-01448, 1 in MN/0:22-cv-01450)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/13/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01431, MN/0:22-cv-01433, MN/0:22-cv-01435, MN/0:22-cv-01437, MN/0:22-cv-01441, MN/0:22-cv-01443, MN/0:22-cv-01446, MN/0:22-cv-01447, MN/0:22-cv-01448, MN/0:22-cv-01450 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-01446 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com


Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01446 Notice will not be electronically mailed to:**

**MN/0:22-cv-01448 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01448 Notice will not be electronically mailed to:**

**MN/0:22-cv-01441 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01441 Notice will not be electronically mailed to:**

**MN/0:22-cv-01450 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01450 Notice will not be electronically mailed to:**

**MN/0:22-cv-01431 Notice has been electronically mailed to:**

Amanda M Williams    awilliams@gustafsongluek.com

Daniel E Gustafson    dgustafson@gustafsongluek.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01431 Notice will not be electronically mailed to:**

**MN/0:22-cv-01447 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01447 Notice will not be electronically mailed to:**

**MN/0:22-cv-01437 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01437 Notice will not be electronically mailed to:**

**MN/0:22-cv-01433 Notice has been electronically mailed to:**

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01433 Notice will not be electronically mailed to:**

**MN/0:22-cv-01435 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01435 Notice will not be electronically mailed to:**

**MN/0:22-cv-01443 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01443 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/13/2022] [FileNumber=1119877-0]
[a7e3ba44e7b903e0d4993b3f3035df3655d0bf88404469dfe856d72b7b907554f461
5cbc731e57e4ae6300e87e8d46731e8216d30d8f08343c0146f88a9bd8ea]]