## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Rachel E. Moynihan, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1.      Movant resides in New Hampshire and is not a resident of the State of Florida.

2.      Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the Commonwealth of Massachusetts. A copy of a Certificate of Good Standing from the Commonwealth of Massachusetts dated within 30 days of this motion are attached hereto as Exhibit "A."

3.      Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

Admission Tutorial, confirmation number **FLND16506480676098** and completed the CM/ECF Online Tutorials.

4.     Rachel E. Moynihan has submitted to the Clerk the required $208.00 *prohac vice* admission fee.

5.     Rachel E. Moynihan has upgraded her PACER account to "NextGen."

6.     Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Rachel E. Moynihan respectfully request that this Court enter an Order granting Rachel E. Moynihan of MG+M The Law Firm, *pro hac vice* in this case.

Respectfully submitted on this 13th day of June, 2022.

*/s/ Rachel E. Moynihan*
Rachel E. Moynihan (MA #663887)
Manning Gross + Massenburg, LLP
125 High Street, 6th Floor
Oliver Street Tower
Boston, MA 02110
Telephone: (617) 670-8800
Facsimile: (617) 670-8801
Email: rmoynihan@mgmlaw.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 13th day of June, 2022.

/s/ *Rachel E. Moynihan*

Rachel E. Moynihan, Mass Bar No. 663887