# Exhibit A

| Case Name | Case Number |
|---|---|
| Iain Dow | 7:20-cv-77375 |
| Eric Downey | 7:20-cv-77383 |
| Michael Eagan | 7:20-cv-77470 |