# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

_____ Mr. James B Letten _____

whose address is _____ 201 Saint Charles Ave Ste 2700 _____

_____ New Orleans, LA 70170-2700 _____

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the _____5th_____ day of _____October_____, __1979__.

Given over my hand and the Seal of the Louisiana State Bar Association, this ___8th___ day of ___June___, __2022__.

_____
*Executive Director*
*Louisiana State Bar Association*