# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION ) ) ) ) This Document Relates to: ) ) Phillips, William A ) Case No. 7:20-cv-90230-MCR-GRJ ) | Case No. 3:19-md-2885-MCR-GRJ Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**DEFENDANTS' NOTICE OF DEFENSE**
**MEDICAL EXAMINATION OF PLAINTIFF**

**TO:** ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

Please take notice that a Defense Medical Examination ("DME") is presently scheduled to occur in the captioned matter as follows:

**Plaintiff:** Phillips, William A

**Provider:** Syracuse Hearing Solutions

**Location:** 5639 W. Genesee St Camillus, NY 13031

**Date/Time:** 5/9/2022 3:00 PM

The medical provider has been provided and has acknowledged receipt of Pretrial Order No. 56 – Medical Examinations of Plaintiffs in Group A Cases, ECF No. 1477 (Filed 10/20/20) and Case Management Order No. 31 – Wave Order #1, ECF No. 2304 (Filed 11/22/21).

63137423.v1

Accordingly, the medical provider will perform audiological testing as follows:

| AUDIOLOGY TEST | To Be Performed: | AUDIOLOGY TEST | To Be Performed: |
| --- | --- | --- | --- |
| Acoustic Reflex Decay | Yes | Acoustic Reflex Threshold | Yes |
| Auditory Brain Stem Response Testing | Yes | Bone Conduction Threshold Audiogram | Yes |
| Otoacoustic Emissions | Yes | Pure Tone Air Threshold Audiogram | Yes |
| Speech in Noise Threshold | Yes | Speech Reception Threshold | Yes |
| Tinnitus Masking Threshold | Yes | Tinnitus Matching Test | Yes |
| Tone in Noise Threshold | Yes | Tympanometry | Yes |
| Video Otoscopy | Yes | Word Recognition Testing | Yes |
| | | | |

This list will not be expanded but Defendants reserve the right to not have certain of the tests administered based on the course of the examination. Further, Defendants reserve the right to seek relief from the Court for additional testing at a later time.

2

Dated: 4/27/2022                  Respectfully submitted,

/s/ Mark A. Dreher
Mark A. Dreher, MS Bar No. 100797
BUTLER SNOW LLP
1020 Highland Colony Parkway
Post Office Box 6010
Ridgeland, Mississippi 39158-6010
(601) 985-4573 Telephone
(601) 985-4500 Facsimile
mark.dreher@butlersnow.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mark.nomellini@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding,*

3

63137423.v1

*LLC, Aearo Intermediate, LLC and Aearo, LLC*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on  4/27/2022  , a true and correct copy of the foregoing:

## DEFENDANTS' NOTICE OF DEFENSE MEDICAL EXAMINATION OF PLAINTIFF

was served as follows:

☒  **[MDL Centrality]** By electronically serving the above document via the MDL Centrality website pursuant to Pretrial Order No. 15 (ECF No. 630) and Case Management Order No. 31 (ECF No. 2304).

| | |
|---|---|
| BRYAN F. AYLSTOCK,<br>    LEAD COUNSEL<br>DOUGLASS A. KREIS<br>NEIL D. OVERHOLTZ<br>AYLSTOCK, WITKIN, KREIS &<br>OVERHOLTZ, PLLC<br>17 EAST MAIN STREET<br>SUITE 200<br>PENSACOLA, FL 32502<br>(850) 202-1010<br>baylstock@awkolaw.com<br>dkreis@awkolaw.com<br>noverholtz@awkolaw.com | SHELLEY V. HUTSON,<br>    CO-LEAD COUNSEL<br>CLARK, LOVE & HUTSON, GP<br>440 LOUISIANA STREET<br>SUITE 1600<br>HOUSTON, TX 77002<br>(713) 757-1400<br>shutson@triallawfirm.com |
| CHRISTOPHER A. SEEGER,<br>    CO-LEAD COUNSEL<br>DAVID R. BUCHANAN<br>SEEGER WEISS LLP<br>77 WATER STREET<br>8TH FLOOR<br>NEW YORK, NY 10005<br>TEL.: (212) 587-0700<br>cseeger@seegerweiss.com<br>dbuchanan@seegerweiss.com | MICHAEL A. BURNS,<br>    CO-LIAISON COUNSEL<br>MOSTYN LAW FIRM<br>3810 W. ALABAMA STREET<br>HOUSTON, TX 77027<br>(713) 714-0000<br>epefile@mostynlaw.com |

63137423.v1

| | |
|---|---|
| EVAN D. BUXNER,<br>   PLAINTIFFS' EXECUTIVE<br>   COMMITTEE<br>GORI JULIAN & ASSOCIATES<br>156 NORTH MAIN STREET<br>EDWARDSVILLE, IL 62025<br>(618) 659-9833<br>evan@gorijulianlaw.com | BRIAN H. BARR,<br>   CO-LIAISON COUNSEL<br>WINSTON TROY BOUK<br>LEVIN, PAPANTONIO, THOMAS,<br>MITCHELL, RAFFERTY, &<br>PROCTOR, P.A.<br>316 SOUTH BAYLEN STREET<br>PENSACOLA, FL 32502<br>(850) 435-7044<br>bbarr@levinlaw.com<br>tbouk@levinlaw.com |
| TAYLOR C. BARTLETT<br>WILLIAM L. GARRISON, JR.<br>   DISCOVERY & ESI<br>   SUBCOMMITTEE<br>HENINGER GARRISON DAVIS LLC<br>2224 1ST AVENUE NORTH<br>BIRMINGHAM, AL 35203<br>(205) 326-3336<br>taylor@hgdlawfirm.com<br>lewis@hgdlawfirm.com | KATHERINE E. CHARONKO<br>   DISCOVERY & ESI<br>   SUBCOMMITTEE<br>BAILEY & GLASSER LLP<br>209 CAPITOL STREET<br>CHARLESTON, WV 25301<br>(304) 345-6555<br>kcharonko@baileyglasser.com |
| VIRGINIA E. ANELLO<br>   DISCOVERY & ESI<br>   SUBCOMMITTEE<br>DOUGLAS & LONDON<br>59 MAIDEN LN, 6TH FLOOR<br>NEW YORK, NY 10038<br>(212) 566-7500<br>vanello@douglasandlondon.com | J. NIXON DANIEL, III<br>   DISCOVERY & ESI<br>   SUBCOMMITTEE<br>BEGGS & LANE<br>501 COMMENDENCIA STREET<br>PENSACOLA, FLORIDA 32502<br>(850) 469-3306<br>jnd@beggslane.com |

Dated: 4/27/2022                              */s/ Mark A. Dreher*
                                                                                                 Mark A. Dreher