# EXHIBIT 2

**From:** Ashley Meigs <ashleym@syracusehearing.com>
**Sent:** Thursday, May 12, 2022 1:56 PM
**To:** Karen Westerlin <Karen.Westerlin@butlersnow.com>
**Subject:** Re: No Show

Karen,

William Phillips no showed his appointment again today.

Ashley Meigs
Patient Care Coodinator
Syracuse Hearing Solutions
5639 W. Genesee St.
P: 315-468-2985
F: 315-320-0245





*Confidentiality Statement: This email communication and any attachments may contain confidential information which also may be legally privileged and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. Additionally, if you have received this communication in error, please immediately notify us by replying to this email, delete the communication and destroy all copies.*

---

**From:** Karen Westerlin <Karen.Westerlin@butlersnow.com>
**Sent:** Monday, May 9, 2022 3:54 PM
**To:** Ashley Meigs <ashleym@syracusehearing.com>
**Subject:** RE: No Show

Thank you for letting us know.

**Karen Westerlin**
*Paralegal*
**Butler Snow LLP**

D: (505) 545-6061 | F: (505) 545-6101
2155 Louisiana Boulevard NE, Suite 10400, Albuquerque, NM 87110

Karen.Westerlin@butlersnow.com | vCard

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

**From:** Ashley Meigs <ashleym@syracusehearing.com>
**Sent:** Monday, May 9, 2022 1:50 PM
**To:** Karen Westerlin <Karen.Westerlin@butlersnow.com>
**Subject:** No Show

William Phillips was scheduled today at 3:00pm with us. He no showed this appointment and then showed up 45 minutes late. We were unable to see him for this visit as our provider would not have enough time in her schedule. I rescheduled him for Thursday 5/12 @ 3:30pm.

Ashley Meigs
Patient Care Coodinator
Syracuse Hearing Solutions
5639 W. Genesee St.
P: 315-468-2985
F: 315-320-0245





*Confidentiality Statement: This email communication and any attachments may contain confidential information which also may be legally privileged and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. Additionally, if you have received this communication in error, please immediately notify us by replying to this email, delete the communication and destroy all copies.*

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.