# EXHIBIT 3

| | |
|---|---|
| **From:** | Shawn Fox <sfox@traceylawfirm.com> |
| **Sent:** | Tuesday, June 7, 2022 2:23 PM |
| **To:** | Mark Dreher |
| **Cc:** | Sean P. Tracey; Dana Lizik; 3M; Karen Westerlin; Angela Spragins; Katelyn Ashton; 3MExams; Kari Sutherland; Susan Robinson |
| **Subject:** | RE: DME Wave 2 plaintiff - William Phillips |

Mark-

We understand your need to proceed with a motion. We've done everything we can do for Mr. Phillips. We appreciate you working with us previously.

**From:** Mark Dreher <Mark.Dreher@butlersnow.com>
**Sent:** Tuesday, June 7, 2022 11:51 AM
**To:** Shawn Fox <sfox@traceylawfirm.com>
**Cc:** Sean P. Tracey <stracey@traceylawfirm.com>; Dana Lizik <dlizik@johnsonlawgroup.com>; 3M <3M@traceylawfirm.com>; Karen Westerlin <Karen.Westerlin@butlersnow.com>; Angela Spragins <Angela.Spragins@butlersnow.com>; Katelyn Ashton <Katelyn.Ashton@butlersnow.com>; 3MExams <3MExams@butlersnow.com>; Kari Sutherland <Kari.Sutherland@butlersnow.com>; Susan Robinson <srobinson@tcspllc.com>
**Subject:** RE: DME Wave 2 plaintiff - William Phillips

Shawn,
I understand Mr. Phillips has no-showed again for his latest scheduled DME (last Thursday).
We're going to have to proceed with the motion this time.
Let me know if you want to discuss this any further.
Thanks,
Mark

**Mark A. Dreher**
**Butler Snow LLP**

D: (601) 985-4573 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Mark.Dreher@butlersnow.com | vCard | Bio

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

**From:** Shawn Fox <sfox@traceylawfirm.com>
**Sent:** Wednesday, May 18, 2022 3:50 PM
**To:** Mark Dreher <Mark.Dreher@butlersnow.com>
**Cc:** Sean P. Tracey <stracey@traceylawfirm.com>; Dana Lizik <dlizik@johnsonlawgroup.com>; 3M <3M@traceylawfirm.com>; Karen Westerlin <Karen.Westerlin@butlersnow.com>; Angela Spragins <Angela.Spragins@butlersnow.com>; Katelyn Ashton <Katelyn.Ashton@butlersnow.com>; 3MExams

1

<3MExams@butlersnow.com>; Kari Sutherland <Kari.Sutherland@butlersnow.com>; Susan Robinson <srobinson@tcspllc.com>
**Subject:** RE: DME Wave 2 plaintiff - William Phillips

Thanks Mark.  Appreciate your understanding.

---

**From:** Mark Dreher <Mark.Dreher@butlersnow.com>
**Sent:** Wednesday, May 18, 2022 3:36 PM
**To:** Shawn Fox <sfox@traceylawfirm.com>
**Cc:** Sean P. Tracey <stracey@traceylawfirm.com>; Dana Lizik <dlizik@johnsonlawgroup.com>; 3M <3M@traceylawfirm.com>; Karen Westerlin <Karen.Westerlin@butlersnow.com>; Angela Spragins <Angela.Spragins@butlersnow.com>; Katelyn Ashton <Katelyn.Ashton@butlersnow.com>; 3MExams <3MExams@butlersnow.com>; Kari Sutherland <Kari.Sutherland@butlersnow.com>; Susan Robinson <srobinson@tcspllc.com>
**Subject:** Re: DME Wave 2 plaintiff - William Phillips

Shawn,
Thanks for letting me know, and for rescheduling the DME.

I've copied Kari and Susan here, in case you have any deposition scheduling issues to work out.

I'll also reach out to our motions team and ask them to stand down, based on your representation.

Thanks,
Mark


> On May 18, 2022, at 2:48 PM, Shawn Fox <sfox@traceylawfirm.com> wrote:
>
>
> Mark-
>
> We found out today that Mr. Phillips has been incarcerated at Jefferson County Jail in Watertown, NY since last Thursday, May 12th.  We took steps to secure his release today.  Mr. Phillips was release this afternoon and is now available to reschedule and attend a DME.  An exam has been rescheduled for May 23rd at 4 pm EST at Advanced Audiology - NYC, 461 Park Ave S 3rd Floor New York, NY 10016.  Mr. Phillips understands the urgency of the situation and will not miss or be late for this appointment.  Hopefully, we will have no additional issues with Mr. Phillips.
>
> I understand you may need to add this situation to a show cause order, but wanted to inform you of the situation.  Let me know if you would like to discuss.  Thanks.
>
>
> **SHAWN P. FOX** | PARTNER
>
> **Offices in Houston | Dallas | San Antonio**
> Main 713.495.2333 Ext . 2323 | Fax 866.709.2333
> www.traceylawfirm.com

2

**From:** Mark Dreher <Mark.Dreher@butlersnow.com>
**Sent:** Monday, May 16, 2022 11:55 AM
**To:** Sean P. Tracey <stracey@traceylawfirm.com>; Dana Lizik <dlizik@johnsonlawgroup.com>; 3M <3M@traceylawfirm.com>
**Cc:** Karen Westerlin <Karen.Westerlin@butlersnow.com>; Angela Spragins <Angela.Spragins@butlersnow.com>; Katelyn Ashton <Katelyn.Ashton@butlersnow.com>; 3MExams <3MExams@butlersnow.com>
**Subject:** DME Wave 2 plaintiff - William Phillips

Counsel,
I wanted to raise the following with you:

- Plaintiff **William Phillips** was originally scheduled and noticed for DME on 5/9/2022 at 3PM.
- According to the provider, he "no showed this appointment and then showed up 45 minutes late. We were unable to see him for this visit as our provider would not have enough time in her schedule. I rescheduled him for Thursday 5/12 at 3:30PM.
- On 5/12, according to the provider "**William Phillips** no showed his appointment again today."

We have been asked to add plaintiffs who have two no-shows to their scheduled DMEs to a motion for a show cause order.

Please let me know if you'd like to meet or discuss further, regarding that course of action.

Thanks,
Mark

**Mark A. Dreher**
**Butler Snow LLP**

D: (601) 985-4573 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Mark.Dreher@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use

3

of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.