# EXHIBIT 5

| | |
|---|---|
| **From:** | MDL Centrality Administrator <noreply@mdlcentrality.com> |
| **Sent:** | Monday, May 23, 2022 9:47 AM |
| **To:** | Mark Dreher |
| **Subject:** | In Re 3M Earplugs – Cancelled DME appointment |
| **Importance:** | High |

This is an automated message from the MDL Centrality Administrator. A new appointment request was submitted as set forth below.

**Plaintiff:** 24134 Phillips, William A
**Provider:** Advanced Audiology - NYC
**Date and Time:** 05/23/2022 4:00 PM

This appointment time has been cancelled by the plaintiff.

Thank you,

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (888) 361-0741
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

1