UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Kenya C. Bodden, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1.  Movant resides in Minnesota and is not a resident of the State of Florida.

2.  Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Minnesota. A copy of a Certificate of Good Standing from the State of Minnesota dated within 30 days of this motion is attached hereto as Exhibit "A."

3.  Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

Admission Tutorial, confirmation number FLND16547913836327 and completed the CM/ECF Online Tutorials.

4. Kenya C. Bodden has submitted to the Clerk the required $208.00 *prohac vice* admission fee.

5. Kenya C. Bodden has upgraded his PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Kenya C. Bodden respectfully request that this Court enter an Order granting Kenya C. Bodden of Thompson Coe, LLP, *pro hac vice* in this case.

Respectfully submitted on this 14th day of June, 2022.

/s/ Kenya C. Bodden
Kenya C. Bodden, MN Bar No. 0318425

THOMPSON COE, LLP
408 Saint Peter Street, Suite 510
Saint Paul, MN 55102
Telephone: (651) 389-5032
Facsimile: (651) 389-5089
Email: kbodden@thompsoncoe.com

*Counsel for Defendants 3M Company, 3MOccupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 14th day of June, 2022.

                                             */s/ Kenya C. Bodden*
                                             Kenya C. Bodden, MN Bar No. 0318425

10774343v1
05313.065

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

KENYA CHAGON BODDEN

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

September 11, 2002

Given under my hand and seal of this court on

June 10, 2022

Emily J. Eschweiler, Director
Office of Lawyer Registration