UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | )<br>)<br>)<br>)<br>)<br>) Case No: 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Teresa A. Curtin, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and, in support thereof, state as follows:

1. Movant resides in the State of Maine and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Maine. A copy of a Certificate of Good Standing from the State of Maine dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16542735906301, and the CM/ECF online tutorials.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents the Plaintiffs in the following actions that were filed independent of the JPML transfer process:

1. Douglas Blackall v. 3M Company, et al.; Case No.: 7:20-cv-19116-MCR-GRJ
2. David Cooke v. 3M Company, et al., Case No.: 7:20-cv-30309-MCR-GRJ
3. Robert Dimich v. 3M Company, et al., Case No.: 7:20-cv-33672-MCR-GRJ
4. Michael Floyd v. 3M Company, et al., Case No.: 7:20-cv-28108-MCR-GRJ
5. Justin Hanley v. 3M Company, et al., Case No.: 7:20-cv-27658-MCR-GRJ
6. Jarrod Harrison v. 3M Company, et al., Case No.: 7:20-cv-27060-MCR-GRJ
7. Joseph McBride v. 3M Company, et al., Case No.: 7:20-cv-26522-MCR-GRJ
8. John Pettit v. 3M Company, et al., Case No.: 7:20-cv-29480-MCR-GRJ
9. Ryan Powell v. 3M Company, et al., Case No.: 7:20-cv-24192-MCR-GRJ

WHEREFORE, Teresa A. Curtin, respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*.

Dated:  June 15, 2022

By:   /s/ Teresa A. Curtin
Teresa A. Curtin

Weitz & Luxenberg, P.C.
700 Broadway
New York, NY  10003
(212) 558-5907
(212) 344-5461 - Fax
tcurtin@weitzlux.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on June 15, 2022 and served electronically on all counsel of record.

/s/ Teresa A. Curtin
Teresa A. Curtin
