UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Erik Moore (20-17708) | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Mag. Judge Gary R. Jones |

## NOTICE OF APPEARANCE

Gregory Lawrence of Lockridge Grindal Nauen P.L.L.P. hereby enters his appearance as counsel for Plaintiff Erik Moore, case number 8:20-cv-17708. Mr. Lawrence has previously been granted *Pro Hac Vice* admission by the Court. Counsel requests all further papers and pleadings in this matter be served upon him.

Dated: June 15, 2022          LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By:  s/ Gregory Lawrence
Yvonne M. Flaherty
Gregory Lawrence
100 Washington Avenue South,
Suite 2200
Minneapolis, MN  55401
Phone: (612) 339-6900
ymflaherty@locklaw.com
gblawrence@locklaw.com

**Counsel for Plaintiff Erik Moore**

538352.1

## CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(F), the undersigned certifies that a true and correct copy of the foregoing was filed via the Court's CM/ECF system which sends notice to all counsel of record.

By: s/ Gregory Lawrence