## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

N RE: 3M COMBAT ARM                                    Case No. 3:19-md-02885
SEARPLUG PRODUCTS
LIABILITY LITIGATION

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Matthew P. Smith of the law firm Butler Snow, LLP, has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

DATED:      June 15, 2022

Respectfully submitted,

*/s/ Matthew P. Smith*
Matthew P. Smith
BUTLER SNOW LLP
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
Telephone: (615) 651-6796
matt.smith@butlersnow.com

*Counsel for Defendants 3M Company, 3M
Occupational Safety LLC, Aearo
Technologies LLC, Aearo Holding, LLC,
Aearo Intermediate, LLC and Aearo, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this 15th day of June 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Matthew P. Smith*
Matthew P. Smith