UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION,<br><br>Document Relates to:<br>WILCOX, JOHN,<br><br>      Plaintiff,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>      Defendants. | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>Civil Action No.<br>7:20-cv-04677-MCR-GRJ |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and Rule 11.1(I) of the Local Rules for the United States District Court for the Northern District of Florida, Douglas Robertson, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-captioned case only, and in support thereof states as follows:

    1.    Movant resides in Alabama and is not a resident of the State of Florida.

    2.    Movant is not admitted to practice in the United States District Court for the Northern District of Florida and is a member in good standing of the Bar of the State of Alabama. A copy of a Certificate of Good Standing from the Bar of the

State of Alabama dated within 30 days of this motion is attached as Exhibit "**A**" hereto.

3. Movant has reviewed the Attorney Admission Memo, the Local Rules of the United States District Court for the Northern District of Florida, completed the online Attorney Admission Tutorial, Confirmation Number FLND16553269856351, and completed the CM/ECF Online Tutorials.

4. Douglas Robertson has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Douglas Robertson has upgraded his PACER account to "NextGen."

6. Movant represents the Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC.

**WHEREFORE,** Douglas Robertson respectfully requests that this Court enter an Order granting him admission *pro hac vice* in this case.

Respectfully submitted on this the 16th day of June 2022.

/s/ Douglas Robertson
Douglas Robertson (ROB159)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
Email: drobertson@bradley.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June 2022, a true and correct copy of the foregoing was filed electronically, via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Douglas Robertson
Douglas Robertson (ROB159)