# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, June 16, 2022 6:52 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Thursday, June 16, 2022 11:51:42 AM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/16/2022 at 7:51 AM EDT and filed on 6/16/2022
**Case Name:**   IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   [MDL No. 2885](#)
**Filer:**
**Document Number:** [1740](#)

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-166) - 4 action(s)** *re: pldg. ([1730] in MDL No. 2885, 1 in MN/0:22-cv-01496, 1 in MN/0:22-cv-01497, 1 in MN/0:22-cv-01498, 1 in MN/0:22-cv-01499)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/16/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01496, MN/0:22-cv-01497, MN/0:22-cv-01498, MN/0:22-cv-01499 (JC)**

**Case Name:**   Pender v. 3M Company
**Case Number:**   [MN/0:22-cv-01499](#)
**Filer:**

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-166) - 4 action(s)** *re: pldg. ( [1730] in MDL No. 2885, 1 in MN/0:22-cv-01496, 1 in MN/0:22-cv-01497, 1 in MN/0:22-cv-01498, 1 in MN/0:22-cv-01499)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/16/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01496, MN/0:22-cv-01497, MN/0:22-cv-01498, MN/0:22-cv-01499 (JC)**

| | |
|---|---|
| **Case Name:** | Flores v. 3M Company |
| **Case Number:** | MN/0:22-cv-01497 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-166) - 4 action(s)** *re: pldg. ( [1730] in MDL No. 2885, 1 in MN/0:22-cv-01496, 1 in MN/0:22-cv-01497, 1 in MN/0:22-cv-01498, 1 in MN/0:22-cv-01499)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/16/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01496, MN/0:22-cv-01497, MN/0:22-cv-01498, MN/0:22-cv-01499 (JC)**

| | |
|---|---|
| **Case Name:** | Blascyk v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01496 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-166) - 4 action(s)** *re: pldg. ( [1730] in MDL No. 2885, 1 in MN/0:22-cv-01496, 1 in MN/0:22-cv-01497, 1 in MN/0:22-cv-01498, 1 in MN/0:22-cv-01499)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/16/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01496, MN/0:22-cv-01497, MN/0:22-cv-01498, MN/0:22-cv-01499 (JC)**

| | |
|---|---|
| **Case Name:** | Pelkey v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01498 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-166) - 4 action(s)** *re: pldg. ( [1730] in MDL*

**No. 2885, 1 in MN/0:22-cv-01496, 1 in MN/0:22-cv-01497, 1 in MN/0:22-cv-01498, 1 in MN/0:22-cv-01499)** Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 6/16/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01496, MN/0:22-cv-01497, MN/0:22-cv-01498, MN/0:22-cv-01499 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-01499 Notice has been electronically mailed to:**

Amanda M Williams     awilliams@gustafsongluek.com

Karla M. Gluek     kgluek@gustafsongluek.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01499 Notice will not be electronically mailed to:**

**MN/0:22-cv-01497 Notice has been electronically mailed to:**

Amanda M Williams     awilliams@gustafsongluek.com

Karla M. Gluek     kgluek@gustafsongluek.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01497 Notice will not be electronically mailed to:**

**MN/0:22-cv-01496 Notice has been electronically mailed to:**

Amanda M Williams     awilliams@gustafsongluek.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01496 Notice will not be electronically mailed to:**

**MN/0:22-cv-01498 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01498 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/16/2022] [FileNumber=1120611-0]
[39191dad44e62701d458a5cf2bbb651d1e7ff65762b8f6ba68268b7bd79334f71f6e
9f283e168d69d74863594567f600d8d449a00ce4ba9eee00d4971231139c]]