AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

## CERTIFICATE OF GOOD STANDING

I, _____ ARTHUR JOHNSTON _____ , Clerk of this Court,

certify that _____ Richard W. Sliman _____ , Bar # _____ 9305 _____ ,

was duly admitted to practice in this Court on ___ 04/30/1992 ___ , and is in good standing as a member of the Bar of this Court.

Dated at _____ Gulfport _____ on _____ 06/15/2022 _____
                      (Location)                          (Date)



ARTHUR JOHNSTON
CLERK

DEPUTY CLERK