# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | Case No. 3:19md2885 |
| | Judge M. Casey Rodgers |
| This Document Relates to Joshua C. George 9:20-cv-04395-MCR-GRJ | Magistrate Judge Gary R. Jones |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that attorney Triel D. Culver of the law firm of Edwards & Culver hereby withdraws as an attorney of record in the above referenced action for Plaintiff, Joshua C. George, Cause No.: 9:20-cv-04395-MCR-GRJ.

Beth Middleton Burke of Rogers, Patrick Westbrook & Brickman, LLC has filed a notice of appearance and will continue to represent Mr. George.

Attorney Triel D. Culver respectfully requests that he be removed from all notice and service lists, including all electronic filing and service lists, related to the above referenced action.

DATED this 16th day of June, 2022.

By: */s/ Triel D. Culver*
Triel D. Culver
EDWARDS & CULVER
1648 Poly Drive, Suite 206
Billings, MT 59102

1

Triel@edwardslawfirm.org
Phone: 406-256-8155
Fax: 406-256-8159
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 16th day of June, 2022, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

By: /s/ Triel D. Culver
Triel D. Culver
EDWARDS & CULVER
1648 Poly Drive, Suite 206
Billings, MT 59102
Triel@edwardslawfirm.org
Phone: 406-256-8155
Fax: 406-256-8155
Attorney for Plaintiff