UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Phillips*, 7:20cv90230<br>*Bryant*, 7:20cv72773 | Case No. 3:19md2885<br><br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

On February 22, 2022, the Court entered the second in a series of "Wave Orders" setting an eight-month discovery schedule for 500 cases. *See* Wave Order #2, ECF No. 2787. Pursuant to the Court's Order, plaintiffs in the second Wave are required to, among other things, undergo a Defense Medical Exam ("DME") and appear for a deposition by specified deadlines. The Court has been advised that Plaintiff Phillips has failed to undergo a DME, and Plaintiff Bryant has failed to appear for a deposition.[1] ECF No. 3200. Thus, both plaintiffs have failed to comply with Wave 2 discovery requirements.

Accordingly, it is **ORDERED** that:

1. Defendants' Motion for Order to Show Cause Based on Plaintiffs' Failure to Comply with Discovery, ECF No. 3200, is **GRANTED**.

---

[1] The deadline for Wave 2 plaintiffs' depositions was June 7, 2022. ECF No. 2787 at 2. Although the July 5, 2022 deadline for fact discovery has not yet expired, it is inconceivable that Plaintiff Phillips will be able to schedule and appear for a DME by the deadline given his repeated failure to appear for his previously scheduled DME appointments. ECF No. 3200 at 2.

2. Plaintiffs Phillips and Bryant are hereby **ORDERED TO SHOW GOOD CAUSE** why their cases should not be dismissed with prejudice for failure to comply with an order of the Court by **June 22, 2022.**[2] Each plaintiff's response to the show cause Order must be filed on the docket of his or her individual case only.

3. Failure to comply with this Order will result in dismissal of a case with prejudice. *See In re Phenylpropanolamine (PPA) Prod. Liab. Litig.*, 460 F.3d 1217 (9th Cir. 2006) (affirming dismissals of individual cases with prejudice for failure to comply with case management orders).

4. The Clerk is directed to enter a copy of this Order on the MDL docket and on the individual docket for each case.

**SO ORDERED**, on this 16th day of June, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[2] The Court notes that counsel for Plaintiff Bryant filed a motion to withdraw as counsel. Before being permitted to withdraw, counsel must respond to the Court's show cause Order or file a motion to dismiss plaintiff's case. Counsel's inability to communicate with a plaintiff does not constitute good cause for failing to comply with a court-imposed deadline.
.