# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION,<br><br>Document Relates to:<br>WILCOX, JOHN,<br><br>    Plaintiff,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>    Defendants. | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>Civil Action No.<br>7:20-cv-04677-MCR-GRJ |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Douglas Robertson of the law firm Bradley Arant Boult Cummings LLP has been admitted *pro hac vice* in this Court and hereby enters his appearance as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

Dated:  June 16, 2022

Respectfully submitted,

*/s/ Douglas Robertson*
Douglas Robertson (ROB159)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
Email: drobertson@bradley.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June 2022, a true and correct copy of the foregoing was filed electronically, via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Douglas Robertson*
Douglas Robertson (ROB159)