AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

## CERTIFICATE OF GOOD STANDING

I, _____ Arthur Johnston _____, Clerk of this Court,

certify that _____ Paul S. Murphy _____, Bar # _____ 101396 _____,

was duly admitted to practice in this Court on _____ 05/04/2004 _____, and is in good standing as a member of the Bar of this Court.

Dated at _____ Gulfport, Mississippi _____ on _____ 06/16/2022 _____
(Location) (Date)

Arthur Johnston
CLERK

DEPUTY CLERK