# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, June 21, 2022 6:30 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Tuesday, June 21, 2022 11:28:57 AM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/21/2022 at 7:28 AM EDT and filed on 6/21/2022

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | [MDL No. 2885](#) |
| **Filer:** | |
| **Document Number:** | [1744](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 10 action(s)** *re: pldg. ([1735] in MDL No. 2885, 1 in MN/0:22-cv-01519, 1 in MN/0:22-cv-01520, 1 in MN/0:22-cv-01521, 1 in MN/0:22-cv-01523, 1 in MN/0:22-cv-01524, 1 in MN/0:22-cv-01525, 1 in MN/0:22-cv-01527, 1 in MN/0:22-cv-01528, 1 in MN/0:22-cv-01530, 1 in MN/0:22-cv-01531)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/21/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01519, MN/0:22-cv-01520, MN/0:22-cv-01521, MN/0:22-cv-01523, MN/0:22-cv-01524, MN/0:22-cv-01525, MN/0:22-cv-01527, MN/0:22-cv-01528, MN/0:22-cv-01530, MN/0:22-cv-01531 (JC)**

| | |
|---|---|
| **Case Name:** | Ash v. 3M Company et al |

| | |
|---|---|
| **Case Number:** | MN/0:22-cv-01528 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 10 action(s)** *re: pldg. ( [1735] in MDL No. 2885, 1 in MN/0:22-cv-01519, 1 in MN/0:22-cv-01520, 1 in MN/0:22-cv-01521, 1 in MN/0:22-cv-01523, 1 in MN/0:22-cv-01524, 1 in MN/0:22-cv-01525, 1 in MN/0:22-cv-01527, 1 in MN/0:22-cv-01528, 1 in MN/0:22-cv-01530, 1 in MN/0:22-cv-01531)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/21/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01519, MN/0:22-cv-01520, MN/0:22-cv-01521, MN/0:22-cv-01523, MN/0:22-cv-01524, MN/0:22-cv-01525, MN/0:22-cv-01527, MN/0:22-cv-01528, MN/0:22-cv-01530, MN/0:22-cv-01531 (JC)**

| | |
|---|---|
| **Case Name:** | Pingree v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01525 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 10 action(s)** *re: pldg. ( [1735] in MDL No. 2885, 1 in MN/0:22-cv-01519, 1 in MN/0:22-cv-01520, 1 in MN/0:22-cv-01521, 1 in MN/0:22-cv-01523, 1 in MN/0:22-cv-01524, 1 in MN/0:22-cv-01525, 1 in MN/0:22-cv-01527, 1 in MN/0:22-cv-01528, 1 in MN/0:22-cv-01530, 1 in MN/0:22-cv-01531)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/21/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01519, MN/0:22-cv-01520, MN/0:22-cv-01521, MN/0:22-cv-01523, MN/0:22-cv-01524, MN/0:22-cv-01525, MN/0:22-cv-01527, MN/0:22-cv-01528, MN/0:22-cv-01530, MN/0:22-cv-01531 (JC)**

| | |
|---|---|
| **Case Name:** | Hobbs v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01524 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 10 action(s)** *re: pldg. ( [1735] in MDL No. 2885, 1 in MN/0:22-cv-01519, 1 in MN/0:22-cv-01520, 1 in MN/0:22-cv-01521, 1 in MN/0:22-cv-01523, 1 in MN/0:22-cv-01524, 1 in MN/0:22-cv-01525, 1 in MN/0:22-cv-01527, 1 in MN/0:22-cv-01528, 1 in MN/0:22-cv-01530, 1 in MN/0:22-cv-01531)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/21/2022.**

**Associated Cases:** MDL No. 2885, MN/0:22-cv-01519, MN/0:22-cv-01520, MN/0:22-cv-01521, MN/0:22-cv-01523, MN/0:22-cv-01524, MN/0:22-cv-01525, MN/0:22-cv-01527, MN/0:22-cv-01528, MN/0:22-cv-01530, MN/0:22-cv-01531 (JC)

| | |
|---|---|
| **Case Name:** | Stock v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01527 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 10 action(s)** *re: pldg. ( [1735] in MDL No. 2885, 1 in MN/0:22-cv-01519, 1 in MN/0:22-cv-01520, 1 in MN/0:22-cv-01521, 1 in MN/0:22-cv-01523, 1 in MN/0:22-cv-01524, 1 in MN/0:22-cv-01525, 1 in MN/0:22-cv-01527, 1 in MN/0:22-cv-01528, 1 in MN/0:22-cv-01530, 1 in MN/0:22-cv-01531)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/21/2022.**

**Associated Cases:** MDL No. 2885, MN/0:22-cv-01519, MN/0:22-cv-01520, MN/0:22-cv-01521, MN/0:22-cv-01523, MN/0:22-cv-01524, MN/0:22-cv-01525, MN/0:22-cv-01527, MN/0:22-cv-01528, MN/0:22-cv-01530, MN/0:22-cv-01531 (JC)

| | |
|---|---|
| **Case Name:** | Fisher v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01523 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 10 action(s)** *re: pldg. ( [1735] in MDL No. 2885, 1 in MN/0:22-cv-01519, 1 in MN/0:22-cv-01520, 1 in MN/0:22-cv-01521, 1 in MN/0:22-cv-01523, 1 in MN/0:22-cv-01524, 1 in MN/0:22-cv-01525, 1 in MN/0:22-cv-01527, 1 in MN/0:22-cv-01528, 1 in MN/0:22-cv-01530, 1 in MN/0:22-cv-01531)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/21/2022.**

**Associated Cases:** MDL No. 2885, MN/0:22-cv-01519, MN/0:22-cv-01520, MN/0:22-cv-01521, MN/0:22-cv-01523, MN/0:22-cv-01524, MN/0:22-cv-01525, MN/0:22-cv-01527, MN/0:22-cv-01528, MN/0:22-cv-01530, MN/0:22-cv-01531 (JC)

| | |
|---|---|
| **Case Name:** | Rollins v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01521 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 10 action(s)** *re: pldg. ( [1735] in MDL No. 2885, 1 in MN/0:22-cv-01519, 1 in MN/0:22-cv-01520, 1 in MN/0:22-cv-01521, 1 in MN/0:22-cv-01523, 1 in MN/0:22-cv-01524, 1 in MN/0:22-cv-01525, 1 in MN/0:22-cv-01527, 1 in*

MN/0:22-cv-01528, 1 in MN/0:22-cv-01530, 1 in MN/0:22-cv-01531) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 6/21/2022.

Associated Cases: MDL No. 2885, MN/0:22-cv-01519, MN/0:22-cv-01520, MN/0:22-cv-01521, MN/0:22-cv-01523, MN/0:22-cv-01524, MN/0:22-cv-01525, MN/0:22-cv-01527, MN/0:22-cv-01528, MN/0:22-cv-01530, MN/0:22-cv-01531 (JC)

| | |
|---|---|
| Case Name: | McMills v. 3M Company et al |
| Case Number: | MN/0:22-cv-01519 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 10 action(s) re: pldg. ( [1735] in MDL No. 2885, 1 in MN/0:22-cv-01519, 1 in MN/0:22-cv-01520, 1 in MN/0:22-cv-01521, 1 in MN/0:22-cv-01523, 1 in MN/0:22-cv-01524, 1 in MN/0:22-cv-01525, 1 in MN/0:22-cv-01527, 1 in MN/0:22-cv-01528, 1 in MN/0:22-cv-01530, 1 in MN/0:22-cv-01531) Inasmuch as no objection is pending at this time, the stay is lifted.**

Signed by Clerk of the Panel John W. Nichols on 6/21/2022.

Associated Cases: MDL No. 2885, MN/0:22-cv-01519, MN/0:22-cv-01520, MN/0:22-cv-01521, MN/0:22-cv-01523, MN/0:22-cv-01524, MN/0:22-cv-01525, MN/0:22-cv-01527, MN/0:22-cv-01528, MN/0:22-cv-01530, MN/0:22-cv-01531 (JC)

| | |
|---|---|
| Case Name: | Goerdt v. 3M Company et al |
| Case Number: | MN/0:22-cv-01530 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 10 action(s) re: pldg. ( [1735] in MDL No. 2885, 1 in MN/0:22-cv-01519, 1 in MN/0:22-cv-01520, 1 in MN/0:22-cv-01521, 1 in MN/0:22-cv-01523, 1 in MN/0:22-cv-01524, 1 in MN/0:22-cv-01525, 1 in MN/0:22-cv-01527, 1 in MN/0:22-cv-01528, 1 in MN/0:22-cv-01530, 1 in MN/0:22-cv-01531) Inasmuch as no objection is pending at this time, the stay is lifted.**

Signed by Clerk of the Panel John W. Nichols on 6/21/2022.

Associated Cases: MDL No. 2885, MN/0:22-cv-01519, MN/0:22-cv-01520, MN/0:22-cv-01521, MN/0:22-cv-01523, MN/0:22-cv-01524, MN/0:22-cv-01525, MN/0:22-cv-01527, MN/0:22-cv-01528, MN/0:22-cv-01530, MN/0:22-cv-01531 (JC)

| | |
|---|---|
| Case Name: | Rodriguez v. 3M Company et al |
| Case Number: | MN/0:22-cv-01520 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 10 action(s)** *re: pldg. ( [1735] in MDL No. 2885, 1 in MN/0:22-cv-01519, 1 in MN/0:22-cv-01520, 1 in MN/0:22-cv-01521, 1 in MN/0:22-cv-01523, 1 in MN/0:22-cv-01524, 1 in MN/0:22-cv-01525, 1 in MN/0:22-cv-01527, 1 in MN/0:22-cv-01528, 1 in MN/0:22-cv-01530, 1 in MN/0:22-cv-01531)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/21/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01519, MN/0:22-cv-01520, MN/0:22-cv-01521, MN/0:22-cv-01523, MN/0:22-cv-01524, MN/0:22-cv-01525, MN/0:22-cv-01527, MN/0:22-cv-01528, MN/0:22-cv-01530, MN/0:22-cv-01531 (JC)**

| | |
|---|---|
| **Case Name:** | Kampsen v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01531 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 10 action(s)** *re: pldg. ( [1735] in MDL No. 2885, 1 in MN/0:22-cv-01519, 1 in MN/0:22-cv-01520, 1 in MN/0:22-cv-01521, 1 in MN/0:22-cv-01523, 1 in MN/0:22-cv-01524, 1 in MN/0:22-cv-01525, 1 in MN/0:22-cv-01527, 1 in MN/0:22-cv-01528, 1 in MN/0:22-cv-01530, 1 in MN/0:22-cv-01531)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/21/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01519, MN/0:22-cv-01520, MN/0:22-cv-01521, MN/0:22-cv-01523, MN/0:22-cv-01524, MN/0:22-cv-01525, MN/0:22-cv-01527, MN/0:22-cv-01528, MN/0:22-cv-01530, MN/0:22-cv-01531 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-01528 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01528 Notice will not be electronically mailed to:**

**MN/0:22-cv-01525 Notice has been electronically mailed to:**

Amanda M Williams    awilliams@gustafsongluek.com

Daniel E Gustafson    dgustafson@gustafsongluek.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01525 Notice will not be electronically mailed to:**

**MN/0:22-cv-01524 Notice has been electronically mailed to:**

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer    shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01524 Notice will not be electronically mailed to:**

**MN/0:22-cv-01527 Notice has been electronically mailed to:**

Amanda M Williams    awilliams@gustafsongluek.com

Daniel E Gustafson    dgustafson@gustafsongluek.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01527 Notice will not be electronically mailed to:**

**MN/0:22-cv-01523 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01523 Notice will not be electronically mailed to:**

**MN/0:22-cv-01521 Notice has been electronically mailed to:**

Amanda M Williams     awilliams@gustafsongluek.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01521 Notice will not be electronically mailed to:**

**MN/0:22-cv-01519 Notice has been electronically mailed to:**

Amanda M Williams     awilliams@gustafsongluek.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01519 Notice will not be electronically mailed to:**

**MN/0:22-cv-01530 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01530 Notice will not be electronically mailed to:**

**MN/0:22-cv-01520 Notice has been electronically mailed to:**

Amanda M Williams     awilliams@gustafsongluek.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01520 Notice will not be electronically mailed to:**

**MN/0:22-cv-01531 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01531 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/21/2022] [FileNumber=1121017-0]
[ad95e15b9b505c5fe89d14b0c2af593d0d5ed62a687660f360cad8b63c3183abfb49
f6044751bf3205df20bdafdd269f3e87f53729f1571dbbe5427794a35e33]]