UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | CASE NO.: 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and Northern District of Florida Local Rule 11.1, I, James William Manuel, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support state as follows:

1. Movant resides in Mississippi and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Mississippi. A copy of a Certificate of Good Standing from the State of Mississippi dated within 30 days of this motion is attached as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo and the Local Rules of the Northern District of Florida; completed the online Attorney Admission Tutorial, confirmation number FLND16557382166371; and completed the CM/ECF Online Tutorials.

1

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen".

6. Movant represents Defendants 3M Company; 3M Occupational Safety LLC; Aearo Technologies LLC; Aearo Holdings, LLC; Aearo Intermediate, LLC; and Aearo LLC.

WHEREFORE, James William Manuel, respectfully requests that this Court enter an Order granting James William Manuel, of Bradley Arant Boult Cummings LLP, admission to practice *pro hac vice* in this case.

Respectfully submitted, this the 21st day of June, 2022.

/s/ James William Manuel
James William Manuel, MS Bar No. 9891
BRADLEY ARANT BOULT CUMMINGS LLP
188 East Capitol Street, Suite 1000
Post Office Box 1789
Jackson, MS 39215-1780
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
Email: wmanuel@bradley.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Respectfully submitted, this the 21st day of June, 2022.

*/s/ James William Manuel*
James William Manuel