IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
IN THE PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Cases | Case No.: 3:19-md-2885<br><br>Judge M. Casey Rogers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I **EDWARD T. AUTRY** hereby moves this Honorable Court for Admission to Practice *Pro Hac Vice* in the above styled case, and in support states the following:

1. I reside in Memphis, Shelby County, Tennessee. I am not a resident citizen of Florida.

2. I am admitted to practice and am a member in good standing of the Bar of the State of Tennessee (TN Bar No. 017865). A copy of a certificate of Good Standing from the state Bar of Tennessee dated within 30 days of this Motion is attached hereto as **EXHIBIT A**.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, I have reviewed the local rules for the Northern District of Florida, successfully completed the online attorney admission tutorial (Confirmation **FLND16545466656313**), and reviewed the PACER CM/ECF tutorials.

1

4. I have submitted to the Clerk the required $208.00 *Pro Hac Vice* admission fee.

5. My Pacer account is an individual account and upgraded to NextGen.

6. I am an attorney of record in the related cases identified here among others:

Erwin Rendon v. 3M Company et al. - Docket No. 8:20-cv-09824-MCR-GRJ

Clinton Hulslander v. 3M Company et al. – Docket No. 8:20-cv-14909-MCR-GRJ

Jude Floyd v. 3M Company et al. – Docket No. 8:20-cv-14917-MCR-GRJ

Jamie Taschetti v. 3M Company et al. – Docket No. 8:20-cv-09815-MCR-GRJ

Wherefore, the movant respectfully requests this Honorable Court enter an Order Granting this Motion to Appear *Pro Hac Vice* and directs the clerk to provide notice of electronic case filings to the undersigned as well as to ssnyder@williamsmcdaniel.com and svincent@williamsmcdaniel.com.

Respectfully submitted,

WILLIAMS MCDANIEL, PLLC,

By: /s/ Edward T. Autry
EDWARD T. AUTRY (#17865)
717 S. White Station Road, Suite 1
Memphis, Tennessee 38117
(901) 766-0887 (Phone)
(901) 766-0915 (Facsimile)
eautry@williamsmcdaniel.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing Motion for Admission *pro hac vice* was filed electronically with the Clerk of the Court using the CM/ECF system on **June 21, 2022**, which will send notification to all counsel of record.

/s/ Edward T. Autry
EDWARD T. AUTRY (#17865)