UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | MDL No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION OF ZOEY M. SURDIS TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order. No 3 and the Northern District of Florida Local Rule 11.1, I, Zoey M. Surdis, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above styled case, and in support thereof states as follows:

1. Movant resides in California and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of California (State Bar No. 332605). A copy of a Certificate of Good Standing from California dated within 30 days of this Motion is attached hereto as Exhibit "A."

3. Pursuant to Pretrial Order NO. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, Admission Tutorial, confirmation number **FLND16554128896360**, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen."

6. Once this Motion is granted, Movant will file a Notice of Appearance in the master docket, *In re 3M Combat Arms Earplug Products Liability Litigation*, No. 3:19-md-2885. Movant will also file Notices of Appearance as attorney of record for Plaintiffs in individual actions as needed.

WHEREFORE, Zoey M. Surdis respectfully requests that this Court enter an Order granting Zoey M. Surdis of Gibbs Law Group to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: June 21, 2022                                    Respectfully submitted,

*/s/ Zoey M. Surdis*
Zoey M. Surdis
GIBBS LAW GROUP LLP
zms@classlawgroup.com
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 929-4425
Fax: (510) 350-9701
CA Bar #: 332605

## CERTIFICATE OF SERVICE

I do hereby certify that on this 21st day June 2022, a true and correct copy of the foregoing Motion of Zoey M. Surdis to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

> */s/ Zoey M. Surdis*
> Zoey M. Surdis
> GIBBS LAW GROUP LLP
> zms@classlawgroup.com
> 1111 Broadway, Suite 2100
> Oakland, CA 94607
> Telephone: (510) 929-4425
> Fax: (510) 350-9701
> CA Bar #: 332605

# EXHIBIT A



## Zoey M. Surdis #332605

License Status: Active

Address: Gibbs Law Group, 1111 Broadway, Ste 2100, Oakland, CA 94607-4036
Phone: 510-929-4425  |  Fax: Not Available
Email: zms@classlawgroup.com  |  Website: Not Available

### More about This Attorney ▼

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|---|---|---|---|
| Present | Active | | |
| 1/11/2021 | Admitted to the State Bar of California | | |

**Additional Information:**
- About the disciplinary system

Copyright © 2022 The State Bar of California

