UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: EM COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Patrick J. Kelly, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Minnesota and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Minnesota. A copy of a Certificate of Good Standing form the State of Minnesota dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, review the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16547913516326 and completed the CM/ECF Online Tutorials.

4. Patrick J. Kelly has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

    5.     Patrick J. Kelly has upgraded his PACER account to "NextGen."

    6.     Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Patrick J. Kelly respectfully requests that this Court enter an Order granting Patrick J. Kelly of Thompson, Coe, Cousins & Irons, L.L.P., *pro hac vice* in this case.

Respectfully submitted on this 21st day of June, 2022.

                           **THOMPSON, COE, COUSINS & IRONS, L.L.P.**

                           */s/ Patrick J. Kelly*
                           Patrick J. Kelly (MN Bar #0247698)
                           408 St. Peter Street, Suite 510
                           St. Paul, MN 55102
                           Telephone: (651) 389-5000
                           Facsimile: (228) 868-1531
                           Email: pkelly@thompsoncoe.com

                           *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 21st day of June, 2022.

>  */s/ Patrick J. Kelly*
> Patrick J. Kelly (MN Bar #0247698)

# EXHIBIT A

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

PATRICK JEREMIAH KELLY

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 28, 1994

Given under my hand and seal of this court on

June 13, 2022

Emily J. Eschweiler, Director
Office of Lawyer Registration