# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>Case No: 3:19-md-02885 |
| This Document Relates to All Cases |  |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Paul N. Schlemmer, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and, in support thereof, state as follows:

1. Movant resides in Connecticut and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bars of the States of New York, New Jersey and Indiana.  Movant's law office is in New York and this is the state where he regularly practices law.  Pursuant to Local Rule 11.1, a copy of a Certificate of Good Standing from the State of New York (the state where he regularly practices law) dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16556399026369**, and is familiar with the CM/ECF e-filing system.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has an "Upgraded PACER Account."

6. Movant intends to perform legal services in this MDL as an of counsel attorney for the plaintiff's law firm DOUGLAS & LONDON, P.C., 59 Maiden Lane, 6th Floor, New York, NY 10038 (212) 566-7500.

WHEREFORE, Paul N. Schlemmer, respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*.

Dated: June 22, 2022

By:  */s/ Paul N. Schlemmer*
Paul N. Schlemmer
**THE SCHLEMMER FIRM, LLC**
110 E. 59th Street, 23rd Floor
New York, NY 10022
Tel: (212) 390-8030
Fax: (212) 390-8010
Email: paul@schlemmerfirm.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on June 22, 2022 and served electronically on all counsel of record.

*/s/ Paul N. Schlemmer*
Paul N. Schlemmer
