UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
|---|---|

**MOTION TO APPEAR *PRO HAC VICE***

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Pamela L. Ferrell, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Georgia and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Georgia. A copy of a Letter of Good Standing from the State of Georgia dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

1

Admission Tutorial, confirmation number **FLND16557545566375** and completed the CM/ECF Online Tutorials.

4. Pamela L. Ferrell has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Pamela L. Ferrell has upgraded her PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Pamela L. Ferrell respectfully requests that this Court enter an Order granting Pamela L. Ferrell of Butler Snow PLLC, *pro hac vice* in this case.

Respectfully submitted on this 22nd day of June 2022.

/s/ Pamela L. Ferrell
Pamela L. Ferrell
GA Bar No. 569713
**BUTLER SNOW PLLC**
1170 Peachtree Street NE, Suite 1900
Telephone: (678) 515-5000
Facsimile: (678) 515-5001
Email: pamela.ferrell@butlersnow.com

*Counsel for Defendants 3M Company, 3MOccupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 22nd day of June 2022.

/s/ *Pamela L. Ferrell*
Pamela L. Ferrell
Georgia Bar No. 569713