UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to all Cases: | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on June 21, 2022

Motion/Pleadings: MOTION TO APPEAR *PRO HAC VICE*.
Filed by Zoey M. Surdis on June 21, 2022 Doc. #'s 3228
RESPONSE:
 on Doc. #'s

____ Stipulated   ____ Joint Pleading
____ Unopposed   ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Patricia G. Romero*
Deputy Clerk:     Patricia G. Romero

---

On consideration, the motion is DENIED without prejudice for failure to identify any individual case **pending within the MDL** in which counsel appears as attorney of record.  See ECF No. 86, ¶ II.

**DONE** and **ORDERED** this 23rd day of June 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**

**UNITED STATES DISTRICT JUDGE**