**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to all Cases: | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on ____June 23, 2022____

Motion/Pleadings: MOTION TO APPEAR *PRO HAC VICE*.
Filed by  Paul N. Schlemmer   on  June 22, 2022   Doc. #'s 3233
RESPONSE:_____ on _____ Doc. #'s

 ____ Stipulated     ____ Joint Pleading
 ____ Unopposed     ____ Consented

JESSICA J. LYUBLANOVITS<br>
CLERK OF COURT<br>
<i>/s/ Patricia G. Romero</i><br>
Deputy Clerk:     Patricia G. Romero

---

On consideration, the motion is DENIED without prejudice for failure to identify any individual case **pending within the MDL** in which counsel appears as attorney of record.  *See* ECF No. 86, ¶ II.

**DONE** and **ORDERED** this 23rd day of June 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**