UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS  　　　　Case No. 3:19-md-02885
EARPLUG PRODUCTS
LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　Judge M. Casey Rodgers
This Document Relates to All Cases　 Magistrate Judge Gary R. Jones

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Daniel Kaufmann, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof state as follows:

　　1.　　Movant resides in Alabama and is not a resident of the State of Florida.

　　2.　　Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Alabama. A copy of a Certificate of Good Standing from the United States District Court for the Northern District of Alabama dated within 30 days of this motion is attached hereto as Exhibit "A."

　　3.　　Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

Admission Tutorial, confirmation number FLND16560164106396, and completed the CM/ECF Online Tutorials.

4. Daniel Kaufmann has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Daniel Kaufmann has upgraded his PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo, LLC.

WHEREFORE, Daniel Kaufmann respectfully requests that this Court enter an Order granting Daniel Kaufmann of Bradley Arant Boult Cummings LLP *pro hac vice* admission in this case.

Respectfully submitted on this 24th day of June, 2022.

        */s/ Daniel Kaufmann*
        Daniel Kaufmann
        (AL Bar No. ASB2569E36K)
        BRADLEY ARANT BOULT CUMMINGS LLP
        200 Clinton Avenue West, Suite 900
        Huntsville, AL 35801
        Telephone: (256) 517-5100
        Facsimile: (256) 517-5200
        E-Mail:  dkaufmann@bradley.com

        *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 24th day of June, 2022.

*/s/ Daniel Kaufmann*
Of Counsel

# EXHIBIT A

# UNITED STATES DISTRICT COURT

Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris
Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon N. Harris**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **Daniel Kaufmann** was duly admitted to practice in said Court on 1/24/2003, and is in good standing as a member of the bar of said Court.

Dated at Huntsville, Alabama, on June 23, 2022.

SHARON N. HARRIS, CLERK

By: *[signature]*
Deputy Clerk