UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | Case No. 3:19-md-2885 |
| | Judge M. Casey Rodgers |
| This Document Relates to: | Magistrate Judge Gary R. Jones |
| *Marks v. 3M Co. et al.*, No. 8:20cv05384 | |
| *Williams v. 3M Co. et al.*, No. 7:20cv15866 | |
| *Allen v. 3M Co. et al.*, No. 7:20cv25452 | |
| *Wray v. 3M Co. et al.*, No. 7:20cv15966 | |
| *Twitty v. 3M Co. et al.*, No. 7:20cv42494 | |
| *Wright v. 3M Co. et al.*, No. 7:20-cv-20763 | |

### DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS FOR WAVE 2 FACT WITNESS DEPOSITIONS

A number of Wave 2 non-party fact witnesses have simply failed to appear for their subpoenaed depositions, without filing any motion to quash or other request for relief. Defendants respectfully request that the Court enter an order compelling these witnesses' compliance. Defendants reserve the right to request that the Court enter orders of contempt should the noncompliance continue.

### I.  FACTUAL BACKGROUND

In August 2021, citing concern for "the unprecedented backlog of cases," the Court deemed it necessary to accelerate discovery for the then-more-than 280,000 cases remaining in this MDL.  CMO 21 at 2 (Dkt. No. 1881).  The Court notified the

1

parties of its intention "to enter a new Wave Order every 3 months with an 8-month discovery schedule for each wave." *Id.* On February 22, 2022, the Court entered Wave Order #2, setting an accelerated discovery schedule for 500 cases, including these. *See* CMO 34 (Dkt. No. 2787).

Pertinent here, CMO 34 requires that fact depositions be taken by July 5, 2022. The witnesses addressed in this motion are former spouses or partners and family members of Plaintiffs who were subpoenaed to provide fact witness testimony relevant to the facts and allegations in these lawsuits. Yet none of these witnesses appeared for their depositions. Specifically:

1. **Amy L. Marks Dollins (*Marks v. 3M Co. et al.*, No. 8:20-cv-05384).** Witness Amy L. Marks Dollins is the former spouse of Plaintiff Andrew L. Marks (Case No. 8:20-cv-05384). She was personally served by process server on May 9, 2022. Ex. 1. She failed to appear at her June 1, 2022, deposition. *See* Tr., Ex. 2.

2. **Christopher Williams (*Williams v. 3M Co. et al.*, No. 7:20cv15866).** Witness Christopher Williams is the brother of Plaintiff Joseph Williams (Case No. 7:20cv15866) and was identified as a fact witness in Mr. Williams's Rule 26(a)(1) disclosures. Ex. 3. He was personally served by process server on May 4, 2022. Ex. 4. He failed to appear at his June 1, 2022, deposition. *See* Tr., Ex. 5.

3. **Lana Golinder (*Allen v. 3M Co. et al.*, No. 7:20cv25452).** Witness Lana Golinder is the former spouse of Plaintiff Sean Joshua Allen (Case No.

7:20cv25452). She was personally served by process server on May 26, 2022. Ex. 6. She failed to appear at her June 7, 2022, deposition. *See* Tr., Ex. 7.

4. **Erina Henry (*Wray v. 3M Co. et al.*, No. 7:20cv15966).** Witness Erina Henry is the former partner of Plaintiff Donna-Lee Mickala Wray (Case No. 7:20cv15966). She was personally served by process server on May 28, 2022. Ex. 8. She failed to appear at her June 9, 2022, deposition. *See* Tr., Ex. 9.

5. **Angel Engle (*Twitty v. 3M Co. et al.*, No. 7:20cv42494).** Witness Angel Engle is the mother of Plaintiff James Austin Twitty (Case No. 7:20cv42494). She was personally served by process server on June 9, 2022. Ex. 10. She failed to appear at her June 15, 2022, deposition. *See* Tr., Ex. 11. [1]

6. **Celena Fisher (*Wright v. 3M Co. et al.*, No. 7:20-cv-20763).** Witness Celena Fisher is the former spouse of Plaintiff Marcus Wright (Case No. :20-cv-20763). She was personally served by process server on May 31, 2022. Ex. 12. She failed to appear at her June 7, 2022, deposition. *See* Tr., Ex. 13.

## II.   ANALYSIS

This Court undoubtedly has authority to compel compliance with a lawful deposition subpoena. *See* 28 U.S.C. § 1407(b) (providing that MDL Court "may exercise the powers of a district judge in any district for the purpose of conducting pretrial depositions in such coordinated or consolidated pretrial proceedings."); Fed.

---

[1] Exhibit 11 is not yet available to the parties.

R. Civ. P. 45(g) (stating that a court "may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it."); *Hernandez v. Tregea*, 2:07-CV-149-FTM34SPC, 2008 WL 3157192, at *3 (M.D. Fla. Aug. 4, 2008) ("Rule 45(a)(2) (B) authorizes a party to compel a non-party to appear and provide deposition testimony").

Plaintiffs cannot dispute that these witnesses—all family members or former spouses or partners of Plaintiffs—possess relevant information concerning their observations of the Plaintiffs' hearing loss and/or tinnitus, Plaintiffs' usage of hearing protection, Plaintiffs' alleged damage, and Plaintiffs' daily behaviors and potential alternative causes. *See* Fed. R. Civ. P. 26(b) ("Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case"). Accordingly, discovery of their testimony is proper, and the witnesses have not raised any concern about undue burden or other circumstance requiring that the deposition not proceed.

### III.   CONCLUSION

For these reasons, Defendants respectfully request that the Court compel compliance with the above-listed fact witness deposition subpoenas. Specifically, Defendants request that the Court issue an order advising the deponents that upon receipt of the Court's order they must (1) immediately contact defense counsel to

4

reschedule their depositions prior to the July 5 discovery deadline, and (2) sit for the deposition, or else they will be found in contempt of Court.

DATED: June 24, 2022

/s/ *Kimberly Branscome*
Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel.: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel.: (312) 862-3254
mnomellini@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)**

Pursuant to Local Rule 7.1(F), counsel for Defendants certify that this memorandum contains 820 words, excluding the case style, signature block, and certificates of compliance with the Local Rules.

DATED: June 24, 2022                    */s/ Kimberly Branscome*
                                                        Kimberly Branscome

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, a copy of the foregoing was filed on the Court's CM/ECF system, which will serve all counsel of record.

/s/ *Kimberly Branscome*
Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*