# EXHIBIT 1

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 8:20-cv-05384-MCR-GRJ

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Amy L. Marks Dollins on *(date)* May 9, 2022, 10:28 am.

[X] I served the subpoena by delivering a copy to the named individual as follows: Amy L. Marks Dollins on *(date)* Mon, May 09 2022; or

[ ] I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 09/10/2022

_____
*Server's signature*

Rayland Miller, Process Server
_____
*Printed name and title*

P.O. Box 11042 (UPDATED), Killeen, TX 76547
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: May 9, 2022, 1:05 pm CDT at 1204 Mildred Lee Ln, Harker Heights, TX 76548
Attempt made, not served. I talked to her husband, and he said that she was at work.

2) Successful Attempt: May 9, 2022, 5:33 pm CDT at 1204 Mildred Lee Ln, Harker Heights, TX 76548 received by Amy L. Marks Dollins. Age: 40; Ethnicity: Caucasian; Gender: Female; Weight: 180; Height: 5'8"; Hair: Brown;

DOCUMENTS SERVED: LETTER TO MS. DOLLINS; DEFENDANTS' NOTICE OF REMOTE ORAL AND VIDEOTAPED DEPOSITION OF AMY L. MARKS DOLLINS; SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION