# EXHIBIT 2

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:   3M COMBAT ARMS | ) Case Number: |
| EARPLUG PRODUCTS | ) 3:19-md-2885-MCR-GRJ |
| LIABILITY LITIGATION | ) |
| | ) Judge M. Casey Rodgers |
| The Deposition Relates to: | ) Magistrate Judge |
|     Andrew L. Marks | ) Gary R. Jones |
| | ) |
| Case Number: | ) |
| 8:20-cv-05384-MCR-GRJ | ) |

- - -

CERTIFICATE OF NONAPPEARANCE
ORAL DEPOSITION
(VIA ZOOM VIDEOCONFERENCING)
OF
AMY L. MARKS DOLLINS
JUNE 1, 2022

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 | 917.591.5672 - Fax
www.deps@golkow.com

Certificate of Non-Appearance - Amy L. Marks Dollins

Page 2

```
 1              I, Tommi Rutledge Gray, Certified
 2   Shorthand Reporter, Registered Professional
 3   Reporter, and Certified Realtime Reporter in and
 4   for the State of Texas, hereby certify to the
 5   following facts to wit:
 6              That I appeared via Zoom
 7   videoconferencing on the 1st day of June, 2022
 8   for the purpose of taking the Oral Deposition of
 9   Amy L. Marks Dollins, scheduled to begin at 9:00
10   a.m. CST pursuant to Defendants' Notice of Remote
11   Oral and Videotaped Deposition of Amy L. Marks
12   Dollins.
13              The Notice as referred to above is
14   attached as Deposition Exhibit No. 1 and made a
15   part hereof.
16              Defendants' Notice of Intent to Serve
17   Subpoena and Subpoena to Testify at a Deposition
18   in a Civil Action are attached as Deposition
19   Exhibit No. 2 and made a part hereof.
20              That also appearing via Zoom
21   videoconferencing at said time and place were:
22              Katherine A. Kiziah, Esq., Counsel
23   for the Plaintiff, Andrew L. Marks, who is with
24   the Law Offices of Searcy, Denney, Scarola,
25   Barnhart & Shipley, P.A., located at 2139 Palm
```

Certificate of Non-Appearance - Amy L. Marks Dollins

Page 3

1  Beach Lakes Boulevard, West Palm Beach, Florida
2  33409-6601; and
3              Sherrie Armstrong Davis, Esq.,
4  Counsel for the Defendants, 3M Company, 3M
5  Occupational Safety LLC, Aearo Technologies LLC,
6  Aearo Holding, LLC, Aearo Intermediate, LLC, and
7  Aearo, LLC, who is with the Law Offices of Thomas
8  Combs & Spann, PLLC, located at 300 Summers
9  Street, Suite 1380, Charleston, West Virginia
10 25301; and
11             Mr. Mark Ancalade, Video Technician
12 with Golkow Litigation Services, LLC, 1650 Market
13 Street, Suite 5150, Philadelphia, Pennsylvania
14 19103.
15             At 9:16 a.m. CST, the witness, AMY L.
16 MARKS DOLLINS, having failed to appear, the
17 following statement was made:
18       (Audio record only.)
19             THE COURT REPORTER:  Okay.
20       We're going on the record.  This
21       is June 1st, 2022, and the time
22       is 9:16 a.m.
23             MS. DAVIS:  Good
24       morning.  This is Sherrie
25       Armstrong Davis with Thomas

Page 4

1      Combs & Spann, PLLC.
2          I am the attorney
3      representing the Defendants, 3M
4      Company, 3M Occupational Safety
5      LLC, Aearo Technologies LLC,
6      Aearo Holding, LLC, Aearo
7      Intermediate, LLC, and Aearo,
8      LLC in this case.
9          Counsel for Plaintiff, Ms.
10     Katherine Kiziah — forgive me
11     if I mispronounce that — is
12     also present.
13          The court reporter and
14     videographer are present.
15     Today is June 1st of 2022 and
16     the time is currently 10:16
17     a.m. Eastern time/9:16 a.m.
18     Central Time.
19          The Plaintiff in this
20     particular case is Andrew L.
21     Marks.
22          I have asked the
23     videographer not to go on the
24     record today.
25          We're here for the

Certificate of Non-Appearance - Amy L. Marks Dollins

Page 5

1	deposition of Amy L. Marks
2	Dollins, Plaintiff's ex-wife,
3	an individual who we have
4	reason to believe has information
5	relevant to Mr. Marks's case
6	and claims.
7	     Ms. Dollins is not currently
8	present.
9	     I've asked the court
10	reporter to mark the Notice of
11	Deposition as Exhibit 1.
12	     The Notice of Deposition
13	dated May 9th of 2022 states
14	that Ms. Amy L. Marks Dollins'
15	deposition would take place
16	today, June 1st, at 9:00 a.m.
17	Central Time remotely over
18	Zoom.
19	     Ms. Dollins was advised
20	to contact Golkow to obtain
21	the Zoom information, and our
22	understanding is that she did
23	not do so after some research
24	by our court reporter.
25	     On May 9th of 2022,

Page 6

1      Defendants also filed an Intent
2      to Serve a Subpoena on Amy L.
3      Marks Dollins, which I've asked
4      the court reporter to mark as
5      Exhibit 2.
6              Defendants personally
7      served the Subpoena on Ms.
8      Amy L. Marks Dollins, who is
9      unrepresented, on May 9th,
10     2022.
11             Again, it is now 9:18
12     a.m. (EST).  Ms. Dollins has
13     not appeared for her deposition.
14             Given that it is now 18
15     minutes past our scheduled
16     start time and Ms. Dollins has
17     not appeared, Defendants are
18     terminating this deposition.
19             Defendants reserve the
20     right to file any motions with
21     the Court related to Ms.
22     Dollins' failure to appear for
23     her deposition today.
24             Thank you.
25                 THE COURT REPORTER:  And

Certificate of Non-Appearance - Amy L. Marks Dollins

Page 7

1        we're going off the record at
2        9:18 a.m.
3             GIVEN UNDER MY HAND of office on this
4    1st day of June, 2022.
5
6
7
8
9
         _____
10        TOMMI RUTLEDGE GRAY, CSR, RPR, CRR
          Texas CSR 1693
11        Expiration Date:  10/31/2023
12
13
14
15
16
17
18
19
20
21
22
23
24
25