# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS | Case No. 3:19md2885 |
| EARPLUG PRODUCTS | Judge M. Casey Rodgers |
| LIABILITY LITIGATION | Magistrate Judge Gary R. Jones |

This Document Relates to:

*Joseph Hugh Williams, Jr.*,
Civil Case No. 7:20-cv-15866-MCR-GRJ

## PLAINTIFF'S RULE 26(a) INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Joseph Hugh Williams, Jr. ("Plaintiff") provides the following initial disclosures:

1. **Potential Witnesses:**

   **a.   Disclosures Pursuant to Rule 26(a)(1)(A)(i)- the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

   **RESPONSE:**

   Individuals known at this time who are likely to possess discoverable information are as follows:

   **Joseph Hugh Williams, Jr., Plaintiff**
   c/o
   Aylstock, Witkin, Kreis & Overholtz
   17 East Main Street, Suite 200
   Pensacola, FL 32502
   Phone: (850) 202-1010
   Facsimile: (850) 916-7449

1

Bryan F. Aylstock
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
baylstock@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

Plaintiff is knowledgeable concerning his military service in the U.S. Army and usage, including instruction, of the CAEv2 issued by the U.S. Army. Plaintiff additionally possesses knowledge regarding his noise exposure. He also has knowledge of his medical history, pain and suffering, injuries, and damages.

**3M Company, Defendant**
c/o
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (2020) 389-5991
mike.brock@kirkland.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
 mark.nomellini@kirkland.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com
*Counsel for Defendants 3M Company,*

*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

**3M Occupational Safety, LLC, Defendant**
c/o
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (2020) 389-5991
mike.brock@kirkland.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
 mark.nomellini@kirkland.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

**Aearo Technologies, LLC, Defendant**
c/o
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (2020) 389-5991
mike.brock@kirkland.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mark.nomellini@kirkland.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

**Aearo Intermediate, LLC, Defendant**
c/o
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (2020) 389-5991
mike.brock@kirkland.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mark.nomellini@kirkland.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900

Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

**Aearo, LLC, Defendant**
c/o
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (2020) 389-5991
mike.brock@kirkland.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
 mark.nomellini@kirkland.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Plaintiff further identifies the following individuals and/or medical physicians who may possess knowledge and information pertaining to Plaintiff's relevant injuries, and knowledge of Plaintiff's weapon exposure, including training and hearing protection:

| Name | Contact Information | Role/Knowledge/Information |
|---|---|---|
| Victor Dollarson | unknown | Served in Military Unit with Plaintiff |
| Christopher Williams | 252-417-8072 Fox Hollow Lane Greenville, NC | Plaintiff's brother |
| Lixue Dong | 231 WB McLean Drive Cape Carteret NC 28584 | Medical Professional |
| Patricia Roberson | Fort Benning, GA | Medical Professional |
| Samuel J. Valdes | Fort Benning, GA | Medical Professional |

To the best of Plaintiff's knowledge, by and through the discovery conducted thus far by counsel, Plaintiff identifies the following former and/or current employees of Defendants and U.S. Army Personnel who may possess knowledge of relevant facts, information related to the CAEv2, Plaintiff's causes of actions and injuries, or Defendants' defenses.

| Person | Deposition Date(s) | Role, Knowledge, Information |
|---|---|---|
| Adams, Lindsay | N/A | Defendant's Sales and Marketing of CAEv2 |
| Anthony, Marc | N/A | Contracting Officer, Defense Logistics Agency; Military Procurement of CAEv2 |
| Augustine, Rick | N/A | Military Procurement of CAEv2 |
| Babeu, Lorraine | 3/10/2020 (MDL) | Lieutenant Colonel, U.S. Army (retired); Audiologist; lack of specifications for the CAEv2 |
| Bair, Jeffrey | N/A | Defendant's Sales and Marketing of CAEv2, Instructions and Packaging of CAEv2 |
| Bealer, Joel | N/A | Commander, U.S. Navy (ret.); Former Deputy Director of Safety and Occupational Health, Bureau of |

| Person | Deposition Date(s) | Role, Knowledge, Information |
|---|---|---|
| | | Medicine and Surgery; Military Testing of CAEv2, Military Procurement of CAEv2 |
| Berger, Elliott | 4/2/2013 (Moldex I); 10/8/2015 (Moldex II); 11/12/2019 (MDL) 11/13/2019 (MDL) 12/10/2019 (MDL) 12/11/2019 (MDL) 12/18/2020 (MDL) | Defendant's Audiologist and co-inventor of CAEv2; Testing and Development of the CAEv2, lack of specifications for the CAEv2, Instructions for the CAEv2, interactions between Defendants and military regarding CAEv2 |
| Binseel, Mary | 10/6/2020 (MDL) | Audiologist in Army Research Laboratory Auditory Research Team; interactions between Defendants and military re CAEv2 and lack of specifications for CAEv2 |
| Brock, Charles D. ("Dan") | 9/10/2020 (MDL) | Owner of Brock Sales Company, distribution, sales, and instructions of CAEv2 |
| Buccellato, Gina | N/A | Defendant's Technical Director involved in the Design and Testing of CAEv2 |
| Bushman, Julie | 10/20/2015 (Moldex II) | Defendant's Head of Regulatory Affairs; Sales and Marketing of CAEv2 |
| Charton, Daryl | N/A | Defendant's former National Sales Manager with knowledge of the Sales and Marketing of CAEv2 |
| Cheek, Scott | N/A | Defendant's Sr. Marketing Manager with knowledge of the Sales and Marketing of CAEv2 |
| Cimino, Mike | 12/11/2019 (MDL) | Defendant 3M Marketing Manager; Marketing and Sales of the CAEv2 |

| Person | Deposition Date(s) | Role, Knowledge, Information |
|---|---|---|
| Cleveland Battler, Leanne, AuD | 9/10/2020 | Army Audiologist; interactions between Defendants and military re CAEv2 |
| Clingman, John | N/A | Manufacturing and Quality Assurance for CAEv2 |
| Coleman, Jennifer | 3/3/2020 (MDL) | Special Agent for the Department of Justice and investigated Defendants' fraud on the U.S. Government relating to the CAEv2 |
| Colston, Mary | N/A | Defendant's Engineering Support who with knowledge of the Design and Testing of CAEv2 |
| Doty, Marc | 7/28/2020 (MDL) | Testing and Development of CAEv2 |
| Dugan, Latricia ("Trisha") | N/A | Defendant's Administrative assistant to Gary Warren |
| Dunn, Christine | N/A | Defendants Graphic Analyst for 3M Personal Safety Division with knowledge of the Instructions and Packaging for the CAEv2 |
| Edwards, Mike | 10/8/2020 | Defendants Sales and Marketing of CAEv2 |
| Falco, Robert ("Bob") | 2/11/2020 (MDL) 2/12/2020 (MDL) | Defendant's Design Engineer and Co-Inventor of CAEv2, Testing and Development of the CAEv2, Instructions for the CAEv2 |
| Fallon, Eric | 9/3/2020 (MDL) 9/4/2020 (MDL) | Defendant's Technical Service Specialist with knowledge of the Sales and Marketing of the CAEv2. Mr. Fallon is also a former military audiologist. |
| Foley, George | N/A | Defendant's former business |

8

| Person | Deposition Date(s) | Role, Knowledge, Information |
|---|---|---|
| | | development manager with knowledge of the Sales and Marketing of CAEv2, Military Procurement of CAEv2 |
| Franks, John R. | 2/17/2016 (Moldex II) | Moldex Audiology and Acoustics Expert with knowledge of Defendant's Defective design of CAEv2 |
| Gates, Kathy | 5/29/2020 (MDL) | Army Audiologist (retired) Head of Hearing Conservation Program and assistant to Surgeon General, interactions between Defendants and Military re CAEv2, instructions and product specifications for use |
| Gatica, Albert | N/A | Supervisor, Defense Logistics Agency; Military Procurement of CAEv2, Military Specifications for CAEv2 |
| Gavin, Frank | 1/29/2020 (MDL) | Defendant's Director of Government Sales; Marketing and Sales of the CAEv2, Military Procurement of CAEv2 |
| Geier, Tom | N/A | Defendant's Head of Federal Government Affairs with knowledge of the Military Procurement of CAEv2 |
| Grannis, Vaughn B. | N/A | Defendant's Global Business Director with knowledge of the Sales and Marketing of CAEv2 |
| Hager, Lee | N/A | Defendant's Hearing Loss Consultant and Hearing Conservationist with knowledge of Defendant's Instructions and Packaging for CAEv2 |
| Hamer, Jeffrey ("Jeff") | 10/17/2015 (Moldex II); 12/18/2019 (MDL) | Defendant's EARcal Lab Supervisor; Testing and Development of the |

9

| Person | Deposition Date(s) | Role, Knowledge, Information |
|---|---|---|
| | | CAEv2 |
| Harrison, Michael ("Mike") | 10/6/2020 | Defendant's employee with knowledge Sales and Marketing of CAEv2 |
| Hobbs, Brian | 7/16/2020 | Supervisory Audiologist, Navy and Marine Corps Public Health Center; Military Specifications for CAEv2, Military Testing of CAEv2 |
| Jokel, Chuck | N/A | Noise Control Engineer, U.S. Army Hearing Program; Military Procurement of CAEv2, Military Specifications for CAEv2, Military Testing of CAEv2 |
| Jones, Jason | 6/19/2020 (MDL) 9/24/2020 (MDL) | Defendant's Business Manager with knowledge of the Sales and Marketing of CAEv2 |
| Jurney, John | N/A | Defendant's Design and Testing of CAEv2, Manufacturing and Quality Assurance of CAEv2 |
| Kieper, Ronald W. | 10/9/2015 (Moldex II) 12/19/2019 (MDL) 12/20/2019 (MDL) | Defendant's EARcal Laboratory Acoustic Technician; Testing and Development of the CAEv2 |
| Kladden, Cynthia ("Cyd") | 1/31/2020 (MDL) | Defendant's Technical Secretary; Testing and Development of CAEv2, Instructions for the CAEv2, Labeling of CAEv2 |
| Klun, Robert ("Bob") | N/A | Defendant's R&D Manager with knowledge of Defendant's Testing and Development of CAEv2 |
| Knauer, Richard ("Dick") | 12/17/2019 (MDL) | Defendant's EARcal Laboratory Supervisor; Testing and Development |

| Person | Deposition Date(s) | Role, Knowledge, Information |
|---|---|---|
| | | of the CAEv2 |
| Komada, John | N/A | Military Procurement of CAEv2 |
| Kronzer, Joseph | N/A | Defendant's Global R&D Manager with knowledge of Defendants Testing and Development of CAEv2 |
| LaValle, Tom | N/A | Military Procurement of CAEv2 |
| Levinson, Eric | 9/30/2015 (Moldex II) | Testing and Development of the CAEv2 |
| Little, Frank | N/A | Defendants former employee with knowledge of Defendant's Sales and Marketing of CAEv2 |
| Lovejoy, James | 6/24/2020 (MDL) | Idaho National Lab |
| Madison, Ted | 12/10/2019 (MDL) | Defendant 3M Hearing Technical Specialist; Instructions and Packaging for CAEv2, Testing and Development of CAEv2, Regulations for Hearing Protection Devices |
| Martinez, Rafael | N/A | Defendant's National Sales Supervisor with knowledge of Defendant's Manufacturing and Quality Assurance for CAEv2 |
| McGinley, Brian S. | 4/2/2013 (Moldex I) 12/20/2019 (MDL) | Defendant's Business Director for Hearing Protection; Marketing and Sales of the CAEv2 |
| McNamara, Timothy K. | 3/11/2020 (MDL) | Defendant's Sales Manager for CAEv2 with knowledge of Defendant's Marketing and Sales of the CAEv2 and training on military bases |
| Merkley, John | 2/26/2020 (MDL) | Lieutenant Colonel, U.S. Army; |

| Person | Deposition Date(s) | Role, Knowledge, Information |
|---|---|---|
| | | Audiologist; Military hearing protection needs, Military interactions with Defendants regarding the CAEv2. |
| Michael, Kevin L. | 10/29/2015 (Moldex II) | Design and Testing of CAEv2 |
| Morris, Rick | N/A | Marketing and Sales of CAEv2 |
| Moses, Doug | 4/4/2013 (Moldex I)<br>20/21/2015 (Moldex II)<br>10/17/2019 (MDL)<br>12/5/2019 (MDL)<br>12/6/2019 (MDL) | Defendant's CAEv2 Brand Manager; Marketing and Sales of the CAEv2 and Distribution of the CAEv2 |
| Murphy, Peter ("Pete") | 1/29/2020 (MDL) | Vice President of Aearo Consumer and Construction Marketing; Marketing and Sales of the CAEv2 |
| Myers, Brian | 9/29/2015 (Moldex II)<br>10/18/2019 (MDL)<br>12/12/2019 (MDL)<br>12/13/2019 (MDL) | Defendant's CAEv2 Brand Manager; lack of specifications for CAEv2; Instructions and Packaging for the CAEv2; Marketing and Sales of the CAEv2, Testing and Development of the CAEv2 |
| Noblitt, April | N/A | Marketing and Sales of CAEv2, Instructions and Packaging for CAEv2 |
| Nostin, Ann | N/A | Marketing and Sales of the CAEv2 |
| Notter, Ronda E. | 10/9/2020 | Defendant's Sales Representative and Military Channel Manger with knowledge of Defendant's Marketing and Sales of the CAEv2 |
| Ohlin, Doug | 5/24/2013 (Moldex I) | Civilian Military Audiologist, 3M Consultant; Design and Testing of CAEv2, Marketing and Sales of the CAEv2, Military Procurement of |

| Person | Deposition Date(s) | Role, Knowledge, Information |
|---|---|---|
| | | CAEv2 |
| Pawlowski, Walter C. | 10/23/2015 (Moldex II) | Marketing, Sales and Distribution of CAEv2, Military Procurement of CAEv2 |
| Price, G. Richard, Ph.D. | 8/26/2020 (MDL) | Former Army Research Lab, Military Procurement of CAEv2, interactions between Defendants and Military re CAEv2 |
| Ramirez, Selina | N/A | Manufacturing and Quality Assurance for CAEv2 |
| Robinette, Marty | N/A | Colonel, Hearing Center of Excellence; Design and procurement of CAEv2 |
| Rosen, Gilad | N/A | Procurement of CAEv2; testing of CAEv2; Defendants' fraud on the U.S. Government |
| Saleem, Mohammed | N/A | Design and Testing of CAEv2 |
| Salon, Martin ("Marty") | 1/29/2020 (MDL) | Defendant Vice President of Aearo Consumer and Military Sales; Marketing and Sales of the CAEv2 |
| Santoro, Mark | 12/3/2019 (MDL) | Defendant's Brand Manager for CAEv2 with knowledge of Defendant's Marketing and Sales of the CAEv2 |
| Savage, David ("Dave") | N/A | Defendant Aearo Technologies former VP of Sales and current Natinoal Channel Manager for Defendant 3M with knowledge of Defendants Sales and Marketing of CAEv2 |
| Schott, Brian | N/A | Chief of DLA Medical Surgical Manufacture Division |
| Shaver, Annette | 9/23/2020 (MDL) | Instructions and Packaging for CAEv2, |

| Person | Deposition Date(s) | Role, Knowledge, Information |
|---|---|---|
| | | Testing and Development of CAEv2 |
| Sidor, Thomas | N/A | Contracting Officer at DLA; Government Procurement of the CAEv2 |
| Smith, Pegeen | N/A | Defendant's Advanced Technical Service Specialist with knowledge of Defendant's Sales and Marketing of CAEv2, Instructions and Packaging for CAEv2 |
| Spahn, Kevin | N/A | Defendants former Digital Marketing Lead with knowledge of Defendant's Instructions and Packaging for CAEv2 |
| Stergar, Michael ("Mike") | N/A | Design and Testing of CAEv2 |
| Stobbie, Chuck W. | N/A | Defendant's Director of Marketing Technology & Digital Experience with knowledge of Defendants Sales and Marketing of CAEv2 |
| Throndsen, Ron | N/A | Sales and Marketing of CAEv2 |
| Todor, Steve | 8/24/2020 | Testing and Development of CAEv2, Manufacturing and Quality Assurance for CAEv2 |
| Tomson, Tom | N/A | Sales and Marketing of CAEv2 |
| Tremblay, Julie | 12/9/2019 (MDL) | Defendants Head of Regulatory Affairs; Regulations for Hearing Protection Devices, Instructions and Packaging for the CAEv2 |
| Van de Werken, Philip | N/A | Sales and Marketing of CAEv2 |
| Viele, David A. | N/A | Defendant's Global Marketing |

| Person | Deposition Date(s) | Role, Knowledge, Information |
|---|---|---|
|  |  | Manager for Hearing Protection Solutions with knowledge of Defendant's Instructions and Packaging for CAEv2 |
| Warren, D. Garrad ("Gary") | 1/23/2020 (MDL) | President of Aearo North American Safety Products Group; Marketing and Sales of the CAEv2 |
| Wells, Lauraine ("Laurie") | N/A | Regulations for Hearing Protection Devices, Instructions and Packaging for CAEv2 |
| Zielinski, Robert ("Bob") | N/A | Manufacturing and Quality Assurance of CAEv2, Military Procurement of CAEv2 |

Plaintiff identifies the following who may possess information and knowledge pertaining to Plaintiff's training and military history: Department of Veterans Affairs and Department of Defense.

Plaintiff has not, at this time, retained any expert He may use at trial to provide testimony.

Plaintiff reserves the right to supplement this response as to the identity of additional individuals with discoverable information through the course of discovery. Plaintiff further reserves the right to call any of the listed individuals to testify concerning matters or subjects other than those listed.

  b. **Disclosures Pursuant to Rule 26(a)(1)(A)(ii)**- a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

**RESPONSE:** A description of Plaintiff's document production has been produced, pursuant to agreement and Court order, through MDL Centrality. Plaintiff may use the below to support his claims or rebut defenses:

1. Photographs;
2. Plaintiff-produced records;
3. Military records;
4. VA Records;
5. VA Touhy records;
6. DOD records;
7. DOD Touhy records;
8. Employment records;
9. Medical records;
10. Sworn testimony; and,
11. Experts reports and associated documents.

Plaintiff reserves the right to provide supplemental information as it becomes available.

**2. Damages**

a. **Disclosures Pursuant to Rule 26(a)(1)(A)(iii) - a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

**RESPONSE:**

Plaintiff will seek to recover all damages recoverable at law. Plaintiff expects testimony and documentary evidence to show that his injuries and damages are anticipated to worsen through the course of time, consistent with medical and scientific principles supporting the same. Total

16

medical expenses are still pending at this time and if within Plaintiff's possession, have been produced to Defendants.

The following sets forth a reasonable calculation of Plaintiff's damages based on the information available to him at this stage of the litigation, which is made without any opinions or conclusions from a qualified expert, and for which Plaintiff reserves all rights to amend this calculation through the course of discovery and/or based upon information, conclusions or otherwise provided by any expert qualified to determine the same:

   a. **Non-Economic Damages to include pain, suffering, mental anguish, disability, disfigurement and all other non-economic damages allowed under the law.**

Plaintiff's non-economic damages range Plaintiff's non-economic damages range from $3,239,475.00 (@$150/day *approx. 21,596.5 days from injury to estimated death) to $5,399,125.00 (@$250/day *approx. 21,596.5 days from injury to estimated death).

Plaintiff reserves the right to supplement this response, including based on additional documents and information later obtained or discovered and/or forthcoming expert analyses.

   b. **Punitive Damages= 10% of 3M's net worth**

Plaintiff further seeks punitive damages to the fullest extent allowed by law. Defendants' net north will be the subject of further discovery and/or expert testimony, but at this time based on publicly available information Defendants' estimated net worth approximates $90,000,000,000.00.

Plaintiff reserves the right to supplement this response, including based on additional documents and information later obtained or discovered and/or forthcoming expert analyses.

   3. **Disclosures Pursuant to Rule 26(a)(1)(A)(iv)- for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

**RESPONSE:**  Not applicable to Plaintiff.

Dated:  April 8, 2022.                    Respectfully submitted,

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock, FL Bar No. 78263
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
baylstock@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449