# EXHIBIT 4

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 7:20-cv-15866-MCR-GRJ

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Christopher Williams on *(date)* Apr 26, 2022, 9:57 am.

[X] I served the subpoena by delivering a copy to the named individual as follows: Christopher Williams on *(date)* Wed, May 04 2022; or

[ ] I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 05/05/22

_____
Server's signature

Angela E.O. Alcock
*Printed name and title*

714 W Vernon Ave, Kinston, NC 28501
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Apr 28, 2022, 6:30 pm EDT at 1598 Hollow Dr Apt. B, Greenville, NC 27858
Attempt made, not served. Apartment B: No one home, No answer, No vehicle. I spoke with Apartment A (neighbor), a White older male on crutches, and he VERIFIED subject living there. Gave me his number, 252-214-5957. I called, and the cell could not take calls but allowed text. I texted him twice to call me and why. No response. Just text him again, and I will wait for the call.
2) Unsuccessful Attempt: Apr 30, 2022, 11:40 am EDT at 1598 Hollow Dr Apt. B, Greenville, NC 27858
No one came to the door. No vehicles. Called the cell number. No answer or return call after text.
3) Unsuccessful Attempt: Apr 30, 2022, 1:15 pm EDT at 1598 Hollow Dr Apt. B, Greenville, NC 27858
Attempt made, not served. No answer.
4) Successful Attempt: May 4, 2022, 2:25 pm EDT at 112 NC 102 W, Ayden, NC 28513 received by Christopher Williams. Age: 31; Ethnicity: African American; Gender: Male; Weight: 275 lbs; Height: 6'4"; Hair: Black; Christopher returned my call and requested to meet at 112 NC 102 W, Ayden, NC 28513. He accepted service in hand

DOCUMENTS SERVED: Cover Letter; Defendants' Notice of Remote Oral and Videotaped Depostiion of Christopher Williams; Subpoena to Testify at a Deposition in a Civil Action