# EXHIBIT 5

```
 1                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF FLORIDA
 2                       PENSACOLA DIVISION
 3   IN RE:  3M COMBAT ARMS        )
     EARPLUG PRODUCTS              )   Case No.
 4   LIABILITY LITIGATION          )   3:19-md-2885-MCR-GRJ
                                   )
 5                                 )   Judge M. Casey Rodgers
                                   )   Magistrate Judge Gary R. Jones
 6   This Document Relates to:     )
                                   )
 7   Joseph Williams               )
     Civil Case No.                )
 8   7:20-cv-15866-MCR-GRJ         )
 9   _____
10          STATEMENT ON THE RECORD RE DEPOSITION
11                           OF
12                   CHRISTOPHER WILLIAMS
13   _____
14              Wednesday, June 1, 2022
15                    10:29 a.m.
16          (Taken virtually by Defendants)
17
18   Stenographically
     Reported by:  Peter DeCrescenzo
19
     Videographer:  Corey Parker
20
21
22
23
24            GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
25               deps@golkow.com
```

```
 1    REMOTE APPEARANCES

 2    On Behalf of the Plaintiff:

 3        Aylstock Witkin Kreis & Overholtz PLLC

 4        By: E. Samuel Geisler, Esquire

 5        17 East Main Street, Suite 200

 6        Pensacola, Florida 32502

 7        (850) 202-1010

 8        sgeisler@awkolaw.com

 9        (Via Zoom)

10

11    On Behalf of the Defendants:

12        Thomas Combs & Spann PLLC

13        By: M. David Griffith, Jr., Esquire

14        300 Summers Street, Suite 1380

15        Charleston, West Virginia 25301

16        (304)414-1810

17        dgriffith@tcspllc.com

18        (Via Zoom)

19

20    Also Present:  Corey Parker, Videographer (Via Zoom)

21

22

23

24

25
```

```
 1                THE VIDEOGRAPHER:  All right.  We are now

 2     on the record.  My name is Corey Parker.  I'm a

 3     videographer for Golkow Litigation Services.

 4                Today's date is June 1st, 2022, and the

 5     time is 10:29 a.m.  This remote video deposition is

 6     being held in the matter of 3M Combat Arms Earplug

 7     Litigation for the U.S. District Court, Northern

 8     District of Florida, Pensacola Division.

 9                The deponent is Christopher Williams.  All

10     parties to this deposition are appearing remotely,

11     and have agreed to be -- to the witness being read

12     the perjury statement.  Due to the nature of remote

13     reporting, please pause briefly before speaking to

14     ensure all parties are heard completely.

15                Counsel will identify themselves, and then

16     the court reporter would swear or read the perjury

17     statement to the witness.

18                MR. GRIFFITH:  This is David Griffith from

19     Thomas Combs & Spann in Charleston, West Virginia,

20     on behalf of the defendants, 3M Company and others.

21     I am the attorney representing the defendants in

22     this case.  Counsel for the plaintiff, Joseph

23     Williams, is present.  The court reporter and

24     videographer are also present.

25                Today's date is June 1st, 2022, and the
```

```
 1    time is currently 10:30 a.m. Eastern.  The plaintiff
 2    in this case is Joseph Williams, and the defendant
 3    served a notice of deposition on fact witness
 4    Christopher Williams, which is attached hereto as
 5    Exhibit 1 to the deposition, indicating that the
 6    videotaped deposition would occur remotely at this
 7    time -- actually at 10:00 on this date. And the
 8    witness has not appeared for his deposition.
 9             The notice states that Mr. Williams'
10    deposition would take place at 10:00 a.m.  We --
11    counsel for the defendants had no prior contact
12    directly with this witness, however, there was a
13    process server which made contact with the witness
14    and was able to serve a subpoena in person via hand
15    delivery upon Mr. Williams on May 4th, 2022, at
16    2:25 p.m. Eastern at 112 NC-102 West Ayden,
17    North Carolina, that's A-Y-D-E-N, North Carolina
18    28513, and the witness accepted service of the
19    subpoena and deposition notice in hand.
20             The process server was provided with a
21    telephone number to reach the witness of
22    (252)214-5957.  I have made multiple attempts to
23    reach Mr. Williams at that number.  The telephone
24    call that was placed this morning to that number at
25    10:06 a.m. received a message that the number had
```

 1   changed or was no longer in service.  I was able to

 2   send text messages to the number and sent a text at

 3   10:09 a.m. which stated:  Mr. Williams, this is

 4   Attorney Griffith reaching out about your deposition

 5   scheduled for 10:00 a.m. this morning.  Please call

 6   me ASAP, or join the videoconference with the

 7   instructions provided with your subpoena served May

 8   4, 2022.

 9           At 10:18 a.m. I also resent the video link

10   that Golkow provided for the Zoom deposition to take

11   place.  I received no responses to my phone call or

12   to the texts that were sent.  Again, the time right

13   now is 10:33 a.m. and Mr. Williams has not appeared

14   for his deposition.  And given the passage of time,

15   more than 30 minutes since the deposition was

16   scheduled to begin, Mr. Williams has not appeared.

17   The defendants are terminating the deposition.

18           The defendants reserve the right to file

19   any motions with the Court related to Mr. Williams'

20   failure to appear for his deposition.  I will also

21   note for the record that Mr. Christopher Williams is

22   identified as a fact witness in the plaintiff's

23   26(a)(1) disclosures, which are marked as Exhibit 3

24   to the deposition.

25           Exhibit 2 to this deposition shall be the

1  return of service -- reflecting service of the

2  subpoena and deposition notice on Mr. Williams on

3  May 4, 2022.  That is all.

4          MR. GEISLER:  Just very briefly, this is

5  Sam Geisler, on behalf of the plaintiff, with

6  Alystock, Witkin, Kreis & Overholtz.  My office has

7  not had any communication with the witness and

8  cannot speak as to why he isn't here, or the extent

9  to which he was served.  But that, you know, that's

10 all I have.

11         THE VIDEOGRAPHER:  Off the record at

12 10:35 a.m.

13              (Concluded at 10:35 a.m.)

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    STATE OF NORTH CAROLINA

 2    MECKLENBURG COUNTY

 3

 4                   C E R T I F I C A T E

 5

 6           I, Peter DeCrescenzo, court reporter in

 7    and for the aforesaid county and state, do hereby

 8    certify that the foregoing pages are an accurate

 9    transcript of the Statement on the Record Regarding

10    the Deposition of Christopher Williams, which was

11    taken on behalf of defendant by me in machine

12    shorthand and transcribed by computer-aided

13    transcription.

14           I further certify that I am not

15    financially interested in the outcome of this

16    action, a relative, employee, attorney or counsel of

17    any of the parties, nor am I a relative or employee

18    of such attorney or counsel.

19

20             This 1st day of June, 2022

21

22    _____

23    Peter DeCrescenzo, Professional Court Reporter

24

25
```