# EXHIBIT 6

Civil Action No. 7:20-cv-25452-MCR-GRJ

**EXHIBIT 2**
Golinder 6-7-22
Stenographer: Amie Rumbo

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Svetlana Golinder on *(date)* May 26, 2022, 9:07 am.

[X] I served the subpoena by delivering a copy to the named individual as follows: Svetlana Golinder on *(date)* Thu, May 26 2022; or

[ ] I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 05/27/22

_____
*Server's signature*

James Burke
_____
*Printed name and title*

P.O. Box 51576, Boston, MA 02205
_____
*Server's address*

Additional information regarding attempted service, etc.:

1) Unsuccessful Attempt: May 26, 2022, 12:10 pm EDT at 59A Springdale St, Malden, MA 02148
The address is the residence of Igor Golinder, father of Svetlana Golinder. He stated she did not live there but gave me her phone number (978) 294-5594.

2) Successful Attempt: May 26, 2022, 12:25 pm EDT at 314 Washington St. #2, Malden, MA 02148 received by Svetlana Golinder. Age: 40; Ethnicity: Caucasian; Gender: Female; Weight: 150 lbs; Other: Svetlana "Lana" Golinder was contacted by phone. She provided her current address and has lived there for the past 6 months. ;

DOCUMENTS SERVED: LETTER TO MS. GOLINDER; DEFENDANTS' NOTICE OF REMOTE ORAL AND VIDEOTAPED DEPOSITION OF SVETLANA GOLINDER; SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION