# EXHIBIT 7

Svetlana Golinder (Certificate of Non-Appearance)

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION

Case No. 3:19-md-2885-MCR-GRJ

-----------------------------------------------------

IN RE: 3M COMBAT ARMS

EARPLUG PRODUCTS

LIABILITY LITIGATION,

Judge M. Casey Rodgers

Magistrate Judge Gary R. Jones

This Document Relates to:

Sean Joshua Allen

C.A. No.: 7:20-cv-25452

-----------------------------------------------------

SCHEDULED DEPOSITION OF SVETLANA GOLINDER

June 7, 2022

Held Remotely

Massachusetts

Court Reporter: Amie D. Rumbo

Golkow Litigation Services - 877.370.DEPS

Svetlana Golinder (Certificate of Non-Appearance)

Page 2

```
 1   APPEARANCES:
 2    AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
 3    Katie Mitchell, Esq.
 4    17 E. Main Street, Suite 200
 5    Pensacola, Florida  32502
 6    kmitchell@awkolaw.com
 7    Counsel for the Sean Joshua Allen
 8
 9    THOMAS COMBS & SPANN, PLLC
10    Andrew Cooke, Esq.
11    300 Summers Street, Suite 1380
12    Charleston, West Virginia  25301
13    304-414-1808
14    acooke@tcspllc.com
15    Counsel for the 3M Company, et al.
16
17
18
19
20
21
22
23
24
```

Svetlana Golinder (Certificate of Non-Appearance)

```
                                                          Page 3
 1                         I N D E X
 2
 3
 4                        E X H I B I T S
 5   NO.                                                    PAGE
 6   Exhibit 1     Notice of Deposition                        4
 7   Exhibit 2     Affidavit of Service                        4
 8
 9   ***EXHIBITS MARKED DURING THIS DEPOSITION
10      ARE INCLUDED.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

1              PROCEEDINGS

2   ---------------------------------------------------------

3               Morning Session

4                 10:06 a.m.

5   ---------------------------------------------------------

6       (Exhibit 1 marked for identification.)

7       (Exhibit 2 marked for identification.)

8              ATTORNEY COOKE:  All right.  This

9       is Andy Cooke, from Thomas Combs & Spann

10      representing the defendants in a matter filed

11      by Sean Joshua Allen versus 3M and some other

12      defendants.

13              We had noticed a deposition of

14      Svetlana Golinder for 10:00 a.m. Eastern

15      June 7th, 2022.  It was to be done remotely

16      via in accordance with the court management

17      order.  It's 30, No. 30 I think.  And

18      Ms. Golinder was served on May 26th.  Since

19      that time, my office, either me or my

20      paralegal, have tried to reach her at the

21      telephone number that the process server used

22      to contact her.  That number is 978-294-5594.

23      Other than obtaining service, we were not

24      able to speak with her.  I just tried a few

Svetlana Golinder (Certificate of Non-Appearance)

Page 5

1   minutes ago to reach her.  I did get her
2   voicemail and asked her to call about the
3   subpoena she received and a deposition that
4   was to start at 10:00 a.m.
5            I have marked as Exhibits 1 and 2
6   the notice of deposition as well as the
7   affidavit of service.  And so, sorry, I
8   didn't -- at the beginning of this statement
9   I forget to give Katie an opportunity to
10  introduce herself.  Katie would you like to
11  do so?
12           ATTORNEY MITCHELL:  Sure.  Katie
13  Mitchell with Aylstock, Witkin, Kreis &
14  Overholtz for the plaintiff.  I'm present.
15           ATTORNEY COOKE:  And just I think
16  Katie, you don't have any record of
17  Ms. Golinder trying to reach out to you as
18  well.
19           ATTORNEY MITCHELL:  Correct.  And I
20  just confirmed with our case manager that
21  we've had no contact with her.
22           ATTORNEY COOKE:  We'll proceed as
23  appropriate but wanted to make a record of
24  the proper service, and Ms. Golinder did not

Golkow Litigation Services - 877.370.DEPS

Svetlana Golinder (Certificate of Non-Appearance)

Page 6

1        show for her deposition.
2
3        (Whereupon the statement was concluded at
4                   10:08 a.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Svetlana Golinder (Certificate of Non-Appearance)

Page 7

```
 1                    C E R T I F I C A T E
 2
 3     Commonwealth of Massachusetts
 4     Middlesex, SS.
 5
 6          I, Amie D. Rumbo, Stenographic Court
 7     Reporter and Notary Public in and for the
 8     Commonwealth of Massachusetts, do hereby certify
 9     that the foregoing Pages 1-7 to be a true,
10     complete, and accurate transcript of the
11     proceedings held at the time and place
12     hereinbefore set forth, to the best of my
13     knowledge, skill, and ability.
14
15
16
17
18
19                                  _____
20                                  Amie D. Rumbo
21                                  Notary Public
22                                  My Commission Expires:
23                                  11/18/2027
24
```