# EXHIBIT 8

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 7:20-CV-15966-MCR-GRJ

**EXHIBIT Henry-2**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* <u>Erina Henry</u> on *(date)* <u>May 18, 2022, 3:06 pm.</u>

[X] I served the subpoena by delivering a copy to the named individual as follows: <u>Mary L. Doe</u> on *(date)* <u>Sat, May 28 2022</u>; or

[ ] I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 06/02/2022

_____
Server's signature

John L Hudak
_____
Printed name and title

1204 Avenue U Ste 1012, Brooklyn, NY 11229
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 28, 2022, 4:12 pm EDT at 1391 Stanley Ave Apt 3, Brooklyn, NY 11208 received by Mary L. Doe. Age: 30; Ethnicity: African American; Gender: Female; Weight: 150; Height: 5'6"; Hair: Black; Relationship: Co-resident; Other: The person served refused to provide her last name.;

DOCUMENTS SERVED: LETTER TO MS. HENRY; DEFENDANTS' NOTICE OF REMOTE ORAL AND VIDEOTAPED DEPOSITION OF ERINA HENRY; SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION