# EXHIBIT 9

```
   IN THE UNITED STATES DISTRICT COURT
  FOR THE NORTHERN DISTRICT OF FLORIDA
          PENSACOLA DIVISION
                - - -


IN RE:   3M COMBAT ARMS    :
EARPLUG PRODUCTS           :
LIABILITY LITIGATION       :
                           :   NO.
                           :   3:19-md-2885-
This Document Relates      :   MCR-GRJ
to:                        :
Donna-Lee Mickala Wray     :   Judge M. Casey Rodgers
Case No.                   :
7:20-cv-15966-MCR-GRJ      :   Magistrate Judge Gary R. Jones
                - - -
              June 9, 2022
                - - -
```

Statement on the record, via Zoom Videoconference, beginning at 9:23 a.m., on the above date, before Michelle L. Gray, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Realtime Reporter, and Notary Public


- - -


GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672
deps@golkow.com

```
 1    ZOOM APPEARANCES:
 2
 3
          AYLSTOCK, WITKIN, KREIS
 4        & OVERHOLTZ, PLLC
          BY: CHELSIE WARNER, ESQ.
 5        SAMANTHA KATEN, ESQ.
          17 East Main Street
 6        Suite 200
          Pensacola, Florida 32502
 7        (850) 202-1010
          Cwarner@awkolaw.com
 8        skaten@awkolaw.com
          Representing the Plaintiff
 9
10
          THOMAS COMBS & SPANN, PLLC
11        BY:  M. DAVID GRIFFITH, ESQ.
          300 Summers Street
12        Suite 1380
          Charleston, West Virginia 25301
13        (304) 414-1800
          dgriffith@tcspllc.com
14        Representing the Defendants, 3M
          Company, 3M Occupational Safety,
15        LLC, Aero Technologies, LLC, Aero
          Holdings, LLC, Aero Intermediate,
16        LLC and Aero LLC
17
18        VIDEOTAPE TECHNICIAN:
              Danny Ortega
19
                      -  -  -
20
21
22
23
24
```

```
 1                      -  -  -
 2                   E X H I B I T S
 3                      -  -  -
 4
 5   NO.           DESCRIPTION               PAGE
 6   Henry-1       Notice of Deposition      5
 7   Henry-2       Proof of Service          6
                   Subpoena to Testify
 8
 9
                        -  -  -
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

1                    - - -
2            MR. GRIFFITH:  My name is
3       David Griffith from the Law Firm
4       of Thomas Combs & Spann in
5       Charleston, West Virginia.
6            It is 9:21 a.m., eastern
7       time, on Thursday June 9, 2022.
8            I am the attorney
9       representing the defendants in
10      this case.
11           Counsel for the plaintiff is
12      also present.
13           The court reporter and the
14      videographer are present.
15           This case involves plaintiff
16      in 3M Combat Arms Version 2
17      litigation in the MDL in the
18      Northern District of Florida,
19      involving individual plaintiff,
20      Donna-Lee Wray.
21           Today's deposition was for
22      Erina Henry.
23           Ms. Henry has not appeared
24      today.

Page 5

1           I have made a copy of her
2      notice of deposition, Exhibit 1,
3      to this transcript which reflects
4      that she was to appear today at
5      9:00 a.m. eastern time via zoom
6      link for her deposition in this
7      matter.
8           (Document marked for
9      identification as Exhibit
10     Henry-1.)
11          MR. GRIFFITH:  As Exhibit
12     Number 2, I have attached a proof
13     of service that was issued by our
14     process server, indicating that on
15     May 28, 2022, at 4:12 p.m.,
16     eastern, Ms. Henry was served with
17     a subpoena and notice of
18     deposition at 1391 Stanley Avenue
19     Apartment 3, Brooklyn, New York,
20     11208.
21          I have made the affidavit of
22     service Exhibit 2 to the
23     deposition transcript.
24          (Document marked for

1   identification as Exhibit
2   Henry-2.)
3           MR. GRIFFITH:  When Ms.
4   Henry did not appear at 9 o'clock
5   this morning, I did place phone
6   calls to the three telephone
7   numbers we have.  Two of those
8   numbers indicated they have been
9   disconnected.
10          However, I was able to place
11  a successful attempt to phone
12  number 845-237-7004 and received a
13  voicemail message.
14          I left a voicemail for Ms.
15  Henry at 9:03 a.m., asking that
16  she call my cell phone immediately
17  to appear for her deposition.
18          It is now 9:24 a.m.,
19  eastern, and I have not heard from
20  her.
21          So again, this is David
22  Griffith.  It is 9:24 a.m.
23          Erina Henry has not appeared
24  for her deposition.

1        Given that 24 minutes have
2    now passed since the deposition
3    was to begin and Ms. Henry has not
4    appeared, the defendants are
5    terminating this deposition and
6    reserve the right to file any
7    motions with the Court related to
8    Ms. Henry's failure to appear for
9    deposition today.
10        That's the end of my
11   statement.  And I'll allow
12   plaintiff's counsel to make a
13   statement if they so desire.
14        MS. WARNER:  Good morning.
15   Chelsie Warner from Aylstock
16   Witkin, Kreis & Overholtz.
17        I understand that we did
18   receive an affidavit of service.
19   We've had no contact with the
20   deponent.  That's all I have this
21   morning.
22              ********
23          (Excused 9:24 a.m.)
24

```
 1              C E R T I F I C A T E
 2
 3         I, MICHELLE L. GRAY, CCR, CRR,
 4    RPR, License Number 30XI00212600, a
 5    Certified Realtime Reporter, do hereby
 6    certify the foregoing to be prepared in
 7    full compliance with the Current
 8    Transcript Format for Judicial
 9    Proceedings and is a true and accurate
10    compressed transcript to the best of my
11    knowledge and ability.
12
13
14
15
16
17    _____
18    MICHELLE L. GRAY, CCR, CRR, RPR
      Dated:   June 9, 2022
19
20
21
22
23
24
```