# EXHIBIT 10

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 7:20-cv-42494-MCR-GRJ

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* <u>Angel Engle</u> on *(date)* <u>Jun 7, 2022, 2:24 pm</u>.

[X] I served the subpoena by delivering a copy to the named individual as follows: <u>Angel Engle</u> on *(date)* <u>Thu, Jun 09 2022</u>; or

[ ] I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 06/13/22

_____
*Server's signature*

Ray Meade
_____
*Printed name and title*

128 S. Locust St., Versailles, KY 40383
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Jun 8, 2022, 10:28 am EDT at 301 Briarcliff Ave Apt. G2, Oak Ridge, TN 37830
Attempt made, not served. No answer at door. No noise coming from the apartment.

2) Successful Attempt: Jun 9, 2022, 5:38 pm EDT at 301 Briarcliff Ave Apt. G2, Oak Ridge, TN 37830 received by Angel Engle. Age: 37; Ethnicity: Caucasian; Gender: Female; Weight: 145 lbs; Height: 5'7"; Hair: Brown;

DOCUMENTS SERVED: Cover Letter; Defendants' Amended Notice of Remote Oral and Videotaped Deposition of Angel Engle; Subpoena to Testify at a Deposition in a Civil Action