# EXHIBIT 12

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      **7:20-cv-20763**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Celena M. Fisher**
was recieved by me on  *(date)*    **5/30/2022**

[X]   I personally served the summons on the individual at *(place)* **2441 Broward Road, Jacksonville, FL 32218** on *(date)* **05/31/2022**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*  on *(date)* ; or

[ ]   I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and **$ 59.00** for services, for a total of **$ 59.00**.

I declare under penalty of perjury that this information is true.

Date:   05/31/2022

_____
*Server's signature*

**Belinda Fowler**
*Printed name and title*

**9602 Stottswood Rd W.
Jacksonville, FL 32208**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Celena M. Fisher with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 35-45 years of age, 5'-5'4" tall and weighing 140-160 lbs. I identified an Orange 2019 HONDA HR-V CLGP64 registered to the subject.**





Tracking #: **0087826614**