# EXHIBIT 13

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION


CASE NUMBER: 3:19-MD-2885-MCR-GRJ


IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS

LIABILITY LITIGATION


This Document Relates to:

Marcus Wright

Case Number: 7:20CV20763-MCR-GRJ




CERTIFICATE OF NONAPPEARANCE

OF

CELENA M. FISHER

June 7, 2022




REPORTED BY:

J. Ashley Arrowood, RPR, CRR

Golkow Litigation Services

Golkow Litigation Services - 877.370.DEPS

Celena M. Fisher (Certificate of Non-Appearance)

Page 2

```
 1              A P P E A R A N C E S
 2
 3   APPEARING ON BEHALF OF THE PLAINTIFF:
 4      Clark, Love & Hutson, PLLC
 5      Ms. Analisa Guasch
 6      440 Louisiana Street
 7      Suite 1700
 8      Houston, Texas 77002
 9      aguasch@triallawfirm.com
10
11   APPEARING ON BEHALF OF THE DEFENDANTS:
12      Butler Snow LLP
13      Mr. Edderek "Beau" Cole
14      1020 Highland Colony Parkway
15      Suite 1400
16      Ridgeland, Mississippi 39157
17      beau.cole@butlersnow.com
18
19   ALSO PRESENT:
20      Ms. Julie Robinson, Videographer
21
22
23
24
25
```

Celena M. Fisher (Certificate of Non-Appearance)

Page 3

1                    INDEX OF EXHIBITS
2                                                    PAGE:
3    Defendant's Exhibit 1                             6
4      Notice of Deposition
5    Defendant's Exhibit 2                             6
6      Proof of Service
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Celena M. Fisher (Certificate of Non-Appearance)

Page 4

1          I, J. Ashley Arrowood, RPR, CRR, a
2    Court Reporter and Notary Public of the State
3    of Alabama, acting as Commissioner, do certify
4    that on this date, as provided by the Alabama
5    Rules of Civil Procedure and the foregoing
6    stipulation of counsel, before me, via Zoom
7    videoconferencing on June 7, 2022, beginning
8    at 10:17 a.m., the following proceedings were
9    had:
10
11              THE VIDEOGRAPHER:  We are now on
12    the record.  My name is Julie Robinson.  I'm a
13    videographer for Golkow Litigation Services.
14    Today's date is June 7th, 2022, and the time
15    is 10:17 a.m. Eastern Time.
16              This remote video deposition is
17    being held in the matter of Marcus Wright
18    versus 3M, for the United States District
19    Court, Northern District of Florida, Pensacola
20    Division.  The witness is Celena M. Fisher.
21              All parties to this deposition are
22    appearing remotely and have agreed to the
23    witness being sworn in remotely.  Due to the
24    nature of remote reporting, please pause
25    briefly before speaking to ensure all parties

Celena M. Fisher (Certificate of Non-Appearance)

Page 5

1   are heard completely.
2              Will counsel please identify
3   themselves?
4              MS. GUASCH:  Analisa Guasch with
5   Clark, Love & Hutson on behalf of the
6   plaintiff, Marcus Wright.
7              MR. COLE:  This is Beau Cole of
8   Butler Snow LLP on behalf of the 3M
9   defendants.
10             We're ready to proceed, Madam
11  Court Reporter?  Thank you.
12             This is Beau Cole.  Again, I am
13  the attorney representing the 3M defendants in
14  this case.
15             The court reporter and
16  videographer are present here today, along
17  with counsel for Plaintiff Marcus Wright.
18  Today is June 7th, 2022.  The time now is
19  10:18 a.m.
20             The plaintiff in this case, again,
21  is Marcus Wright.  And the 3M defendants
22  served a Notice of Deposition and a deposition
23  subpoena on the deponent, Celena Fisher, for
24  today's deposition.
25             And the time being now 10:19 a.m.,

Celena M. Fisher (Certificate of Non-Appearance)

Page 6

1  Ms. Fisher has not appeared for the deposition
2  which was duly noticed and a subpoena properly
3  served pursuant to the Federal Rules of Civil
4  Procedure.
5           We would now like to mark
6  Exhibit 1, which is appearing in the chat, as
7  an official exhibit to this Certificate of
8  Nonappearance, as well as the proof of
9  service, which also appears in the chat, as
10 Exhibit 2.
11              (Whereupon, Defendants'
12              Exhibits 1 and 2 were
13              marked for identification.)
14              MR. COLE:  Again, it is now time
15 10:19 a.m. Eastern Standard Time, and
16 Ms. Fisher has not appeared for her
17 deposition.
18           Given that the deposition was duly
19 noticed and this issue was properly served,
20 the 3M defendants are now terminating this
21 deposition and reserve the right to file any
22 motions with the Court related to Ms. Fisher's
23 nonappearance, and also reserve the right to
24 reschedule and reconvene the deposition at a
25 time that's mutually agreeable with counsel

Celena M. Fisher (Certificate of Non-Appearance)

Page 7

1  for 3M defendants as well as counsel for
2  plaintiffs.
3            THE VIDEOGRAPHER:  All right.
4  That concludes the deposition.  The time is
5  10:20 a.m. Eastern Time.
6
7      (Deposition concluded at 10:20 a.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Celena M. Fisher (Certificate of Non-Appearance)

Page 8

```
 1               C E R T I F I C A T E
 2
 3          I do hereby certify that the above and
 4     foregoing transcript of proceedings in the
 5     matter aforementioned was taken down by me in
 6     machine shorthand, and the proceedings thereto
 7     were reduced to writing under my personal
 8     supervision, and that the foregoing represents
 9     a true and correct transcript of the
10     proceedings given by said witness upon said
11     hearing.
12          I further certify that I am neither of
13     counsel nor of kin to the parties to the
14     action, nor am I in anywise interested in the
15     result of said cause.
16
17
18
19
20
21
22
23                      _____
24         J. ASHLEY ARROWOOD, RPR, CRR
           REGISTERED PROFESSIONAL REPORTER
25         CERTIFIED REALTIME REPORTER
```