**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS
EARPLUG
PRODUCTS LIABILITY
LITIGATION

This Document Relates to:

*All Wave Cases*

Case No. 3:19-md-2885-MCR-GRJ

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

**3M COMBAT ARMS EARPLUG MDL
STIPULATION REGARDING WORD LIMITATIONS
FOR MOTIONS IN WAVE CASES**

Unless otherwise stipulated or ordered by the Court, this stipulation applies to all dispositive motions, dispositive motions responses, and choice of law motions in the wave cases.

1. *Dispositive motions.* Dispositive motions and dispositive motion responses shall be limited to 4,500 words.

2. *Choice of law motions.* Choice of law motions shall be limited to 1,000 words and shall be filed contemporaneously by both Plaintiffs and Defendants.

3. *Daubert motions*.  The parties' prior stipulation governs word limitations for *Daubert* motions and oppositions.  ECF No. 3072, p. 8.

4.  Under Local Rule 7.1(E), a supporting memorandum may be filed in the same document with, or at the same time as, the motion. The word limitations

described herein apply to the combined motion and memorandum, whether filed in the same document or separately.

5.  Consistent with Local Rule 7.1(F), dispositive, *Daubert*, and choice of law motions must include a certificate stating the number of words in the motion. Headings, footnotes, and quotations count toward the word limit.  The case style, signature block, and any certificate of service do not count toward the word limit.

DATED: June 24, 2022                    Respectfully submitted,

*/s/ Bryan F. Aylstock*                   */s/ Kimberly Branscome*
Bryan F. Aylstock, Lead Counsel           Robert C. "Mike" Brock
Aylstock, Witkin, Kreis & Overholtz,      KIRKLAND & ELLIS LLP
PLLC                                      1301 Pennsylvania Avenue, N.W.
17 East Main Street Suite 200             Washington, D.C. 20004
Pensacola, FL 32502                       Telephone: (202) 389-5991
Tel.: (850) 202-1010                      mike.brock@kirkland.com
baylstock@awkolaw.com

Shelley V. Hutson, Co-Lead Counsel        Kimberly Branscome
Clark, Love & Hutson, GP                  DECHERT LLP
440 Louisiana Street                      633 W. 5th St., Suite 4900
Suite 1600                                Los Angeles, CA 90071
Houston, TX 77002                         Telephone: (213) 808-5762
Tel.: (713) 757-1400                      kimberly.branscome@dechert.com
shutson@triallawfirm.com

Christopher A. Seeger, Co-Lead            Mark J. Nomellini
Counsel                                   KIRKLAND & ELLIS LLP
Seeger Weiss LLP                          300 North LaSalle
77 Water Street, 8th Floor                Chicago, Illinois 60654
New York, NY 10005                        Telephone: (312) 862-3254
Tel.: (212) 587-0700                      mark.nomellini@kirkland.com
cseeger@seegerweiss.com

Michael A. Burns, Co-Liaison Counsel
Mostyn Law Firm
3810 W. Alabama Street
Houston, TX 77027
Tel.: (713) 714-0000
maburns@mostynlaw.com

Brian H. Barr, Co-Liaison Counsel
Levin, Papantonio, Thomas, Mitchell,
Rafferty, & Proctor, P.A.
316 S Baylen St. Ste 600
Pensacola, FL 32502
Tel.: (850) 435-7045
bbarr@levinlaw.com

*Counsel for Plaintiffs*

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2022, I caused a copy of the foregoing to be

filed through the Court's CM/ECF system, which will serve all counsel of record.

*/s/ Kimberly Branscome*

Kimberly Branscome