**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document relates to:<br>*Stephen Pecorelli v. 3M Company, et al.*<br><br>Case No.: 3:21-CV-00019 | ) ) ) ) ) ) ) ) | |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Notice Requiring Attorney Admission (entered June 24, 2022) and the Northern District of Florida Local Rule 11.1, I, Salvatore J. Siciliano, Esquire, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in New Jersey and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of New Jersey. Copy of Certification of good standing from the State of New Jersey dated within 30 days of this motion is attached hereto as **Exhibit "A"** and made a part hereof.

LAW OFFICES
SICILIANO & ASSOCIATES, LLC
2 KINGSHIGHWAY WEST • HADDONFIELD, NEW JERSEY 08033
TELEPHONE (856) 795-0500

3. Pursuant to the Notice Requiring Attorney Admission and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16541932966297 and the CM/ECF online tutorial.

4. Movant has paid the required $208.00 *pro hac vice* admission fee via Pacer.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents the Plaintiff in the following action that was directly filed into the MDL:

    a. **PECORELLI v. 3M COMPANY, et al., Case No.: 3:21-CV-00019**

WHEREFORE, Salvatore J. Siciliano, Esquire, respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: June 27, 2022                          Respectfully Submitted,

*Salvatore J Siciliano*
Salvatore J. Siciliano, Esquire

Salvatore J. Siciliano, Esquire
sjs@sicilianolaw.com
**Siciliano & Associates, LLC**
2 Kings Highway West
Haddonfield, NJ 08033
Telephone No.: (856) 795-0500
Facsimile No.: (856) 795-0500
NJ Bar: 027561992

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on June 27, 2022 served electronically on all counsel of record.

*Salvatore J Siciliano*
Salvatore J. Siciliano

# Exhibit A

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Salvatore J Siciliano** (No. **027561992**) was constituted and appointed an Attorney at Law of New Jersey on **December 22, 1992** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 14th day of June, 20 22.

_Heather J Baker_
Clerk of the Supreme Court

-453a-