IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,                                    Case No. 3:19-md-2885

                                               Judge M. Casey Rodgers
                                               Magistrate Judge Gary R. Jones

This Document Relates to:

Wave 2 Cases
*Marks v. 3M Co., et al*., 8:20-cv-05384
*Williams v. 3M Co., et al*.,7:20-cv-15866
*Allen v. 3M Co., et al*., 7:20-cv-25452
*Wray v. 3M Co., et al*.,7:20-cv-15966
*Twitty v. 3M Co., et al*.,7:20-cv-42494
*Wright v. 3M Co., et al*., 7:20-cv-20763
_____/

## ORDER

Pending before the Court is Defendants' Motion to Compel Compliance
with Subpoenas for Wave 2 Fact Witness Depositions.  Master Docket ECF
No. 3240. [1]   The motion has been referred to the undersigned for resolution.
Because time is of the essence in resolving this issue, the Court directs the
Plaintiffs to file their response to Defendants' Motion, Master Docket ECF
No. 3240, **by the close of business on Tuesday, June 27, 2022**.

_____

[1] The motions apply to but have not been filed in the individual cases. See *Marks v. 3M
Co., et al*., 8:20-cv-05384; *Williams v. 3M Co., et al*.,7:20-cv-15866; *Allen v. 3M Co., et
al*., 7:20-cv-25452; *Wray v. 3M Co., et al*.,7:20-cv-15966; *Twitty v. 3M Co., et al*.,7:20-
cv-42494; and *Wright v. 3M Co., et al*., 7:20-cv-20763.

**DONE AND ORDERED** this 27th day of June 2022.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge

.