UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | Case No. 3:19-md-2885 |
| | Judge M. Casey Rodgers |
| This Document Relates to: | Magistrate Judge Gary R. Jones |
| *Marks v. 3M Co. et al.*, No. 8:20cv05384 | |
| *Williams v. 3M Co. et al.*, No. 7:20cv15866 | |
| *Allen v. 3M Co. et al.*, No. 7:20cv25452 | |
| *Wray v. 3M Co. et al.*, No. 7:20cv15966 | |
| *Twitty v. 3M Co. et al.*, No. 7:20cv42494 | |
| *Wright v. 3M Co. et al.*, No. 7:20-cv-20763 | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS FOR WAVE 2 FACT WITNESS DEPOSITIONS**

Comes now, the Plaintiffs Williams, Allen, and Wray, and file this response to Defendants' motion to compel[1].

The Defendants motion has sought to compel the depositions of Christopher Williams (brother to Plaintiff Joseph Williams, case number 7:20-cv-15866); Lana Golinder (former spouse of Plaintiff Sean Joshua Allen, case number 7:20-cv-25452); and Erina Henry (former partner of Plaintiff Donna-Lee Mickala Wray, case number 7:20-cv-15966), third party witnesses over whom neither the Plaintiffs nor the undersigned attorneys have any control. Although unaware of 3M's subpoena

---

[1] The motions were not filed in the individual cases. Therefore, response is not being filed in the individual cases.

until just before 3M filed its motion, Plaintiffs did not oppose 3M's attempt to take the deposition, assuming of course that 3M properly subpoenaed the correct witness, and coordinated with the undersigned as to a convenient date. In a prior wave, 3M subpoenaed the incorrect witness who unfortunately was unsure as to why he was being subpoenaed and attended a deposition that turned out to be completely unnecessary. (See Exhibit 1, Mar. 23, 2022 Depo. Tr. of C. Jimenez, in *David Vejarano v. 3M et al*; Case No. 7:20-cv-15495). For this reason, while Plaintiffs do not (and did not) oppose the subpoenas in question, care should be taken to ensure that the witnesses were in fact the proper witnesses, properly subpoenaed, who are likely to have information relevant to the case in which Defendants are seeking their testimony.

DATED: June 28, 2022

                        Respectfully Submitted,

                        /s/ Bryan F. Aylstock
                        Bryan F. Aylstock, Lead Counsel
                        Florida State Bar No. 078263
                        AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
                        17 East Main Street, Suite 200
                        Pensacola, FL 32502
                        Tel.: (850) 202-1010
                        baylstock@awkolaw.com
                        *Lead Counsel for Plaintiffs*

*/s/ Daniel J. Thornburgh*
Daniel J. Thornburgh, FL Bar No. 42661
E. Samuel Geisler, FL Bar No. 83817
Stephen H. Echsner, FL Bar No. 304719
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC
dthornburgh@awkolaw.com
sgeisler@awkolaw.com
sechsner@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449
*Attorney for Plaintiff Williams*

*/s/ Catherine Mitchell*
Catherine Mitchell,
AL State Bar No. 3504V13M
Douglass A. Kreis, FL Bar No. 129704
Caitlyn P. Miller, FL Bar No. 126097
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC
kmitchell@awkolaw.com
dkreis@awkolaw.com
cmiller@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449
*Attorney for Plaintiff Allen*

*/s/ Jennifer M. Hoekstra*
Jennifer M. Hoekstra, LA Bar No. 31476
Bryan F. Aylstock, FL Bar No. 78263
Chelsie R. Warner, MT Bar No. 11975
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC
jhoekstra@awkolaw.com
baylstock@awkolaw.com
cwarner@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449
*Attorney for Plaintiff Wray*

6

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

Pursuant to Local Rule 7.1(F), counsel for Defendants certify that this response contains 256 words, excluding the case style, signature block, and certificates of compliance with the Local Rules.

DATED: June 28, 2022                         */s/ Bryan F. Aylstock*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2022, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

*/s/Bryan F. Aylstock*