# EXHIBIT 1

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF FLORIDA
 3                    PENSACOLA DIVISION
 4   IN RE:  3M COMBAT ARMS          )   Civil Action No.
     EARPLUG PRODUCTS LIABILITY      )   3:19-md-2885-MCR-
 5   LITIGATION                      )   GRJ
                                     )
 6   THIS DOCUMENT RELATES TO        )   Judge M. Casey Rodgers
     DAVID VEJARANO,                 )   Mag. Judge Gary R. Jones
 7   CASE NO.:                       )
     7:20-cv-15495-MCR-GRJ           )
 8                                   )
     _____ )
 9
10
11
12        VIDEOTAPED DEPOSITION OF CONRAD JIMENEZ
13                 APPEARING REMOTELY FROM
14                  PITTSBURG, CALIFORNIA
15              WEDNESDAY, MARCH 23RD, 2022
16
17
18
19
20   REPORTED BY:
     MONICA LEPE-GEORG
21   CSR No. 11976
     APPEARING REMOTELY FROM CLOVERDALE, CALIFORNIA
22
23
24
25
```

```
 1

 2

 3            REMOTE VIDEOTAPED DEPOSITION OF CONRAD

 4    JIMENEZ, taken on behalf of Defendant, at Pittsburg,

 5    California, beginning at 9:01 a.m. and ending at

 6    9:06 a.m., on Wednesday, March 23rd, 2022, before

 7    Monica Lepe-Georg, Certified Shorthand Reporter

 8    No. 11976.

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    REMOTE APPEARANCES

 2

 3    FOR PLAINTIFF:

 4         AYLSTOCK WITKIN KREIS OVERHOLTZ PLLC

 5         BY:  JENNIFER M. HOEKSTRA, ESQ.

 6              SAMANTHA KATEN, ESQ.

 7              CHELSIE WARNER, ESQ.

 8         17 East Main Street

 9         Suite 200

10         Pensacola, Florida 32502

11         Telephone:  880.202.1010

12         Fax:  n/a

13         E-mail:  jhoekstra@awkolaw.com

14                  skaten@awkolaw.com

15                  cwarner@awkolaw.com

16

17    FOR DEFENDANTS:

18         THOMAS COMBS & SPANN, PLLC

19         BY:  ANDREW B. COOKE, ESQ.

20         300 Summers Street

21         Suite 1380

22         Charleston, West Virginia 25301

23         Telephone:  304.414.1825

24         Fax:  304.414.1801

25         E-mail:  acooke@tcspllc.com
```

```
 1    REMOTE APPEARANCES (Continued):

 2

 3    ALSO PRESENT:

 4         David Kim, Videographer

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                  INDEX OF EXAMINATIONS
 2
 3                                                    PAGE
 4      EXAMINATION BY MR. COOKE                         7
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1            REPORTED REMOTELY FROM CLOVERDALE, CALIFORNIA

 2                    WEDNESDAY, MARCH 23RD, 2022

 3                       9:01 a.m. - 9:06 a.m.

 4                             ---oOo---

 5            GOLKOW VIDEO TECHNICIAN:  We are now on the

 6   record.  My name is David Kim.  I'm a videographer

 7   for Golkow Litigation Services.  Today's date is

 8   March 23rd, 2022, and the time is 9:01 a.m. Pacific

 9   Time.

10            This remote video deposition is being held

11   in the matter of 3M Combat Arms Earplug Litigation

12   Wave 1, David Vejarano for the United States

13   District Court, Northern District of Florida,

14   Pensacola Division.  The deponent is Conrad Jimenez.

15            All parties to this deposition are

16   appearing remotely and have agreed to the witness

17   being sworn in remotely.  Due to the nature of

18   remote reporting, please pause briefly before

19   speaking to ensure all parties are heard completely.

20            Will counsel please identify themselves.

21            MR. COOKE:  My name is Andy Cooke from the

22   law firm of Thomas Combs and Spann on behalf of 3M,

23   the defendants.

24            MS. HOEKSTRA:  Jennifer Hoekstra from

25   Aylstock, Witkin, Kreis, and Overholtz on behalf of
```

1  plaintiff David Vejarano.  My associates Samantha
2  Katen and Chelsea Warner are on as well.
3          MR. COOKE:  Terrific, okay.
4          GOLKOW VIDEO TECHNICIAN:  The court
5  reporter is Monica Lepe-Georg and she will now swear
6  in the witness.
7          THE STENOGRAPHER:  Mr. Jimenez, will you
8  please raise your right hand.
9          (Witness sworn.)
10                    ---oOo---
11                 CONRAD JIMENEZ,
12  having been administered an oath, was examined and
13  testified as follows:
14                    EXAMINATION
15  BY MR. COOKE:
16      Q.  Sir, would you please state your name for
17  the record?
18      A.  Conrad Jimenez.
19      Q.  Mr. Jimenez, my name is Andy Cooke.  Thank
20  you for appearing here today.  We are not going to
21  take a whole bunch of your time, but we certainly
22  appreciate you being available today.
23          And just from a technical standpoint, I
24  have a siren going off in the background, can you
25  all hear that?  Is that interfering at all?

```
 1                 THE STENOGRAPHER:  No.
 2                 MS. HOEKSTRA:  We cannot hear anything on
 3     our end.
 4                 MR. COOKE:  All right.  Terrific.
 5     BY MR. COOKE:
 6         Q.   Mr. Jimenez, I just want to ask you a few
 7     questions about someone who we understand you work
 8     with -- and not meaning to pry or anything, but just
 9     want to -- your name came up in a lawsuit that David
10     Vejarano has filed and so we just wanted to talk to
11     you about that for -- just briefly.
12                 So let me ask you first, do you know David
13     Vejarano?
14         A.   No.
15         Q.   You don't recognize him at all?
16         A.   No.
17         Q.   Okay.  Do you -- do you --
18                 Can you tell me where you work?
19         A.   I work for DHL right now -- DHL Express.
20         Q.   Okay.  All right.
21                 In what town, please?
22         A.   That's in Fremont.
23         Q.   Okay.
24         A.   California.
25         Q.   And have you ever worked at Dryer's Ice
```

1    Cream?

2        A.   No.

3        Q.   All right.  Before you appeared today, I

4    know you sent me an e-mail regarding this Zoom link.

5    Did you have any conversations with anybody about

6    litigation involving a 3M company?

7        A.   No.

8        Q.   Okay.  And so you -- you never worked in

9    Bakersfield, California, at Dryer's Ice Cream?

10       A.   No.

11       Q.   Okay.  And -- so here's what we're going to

12   do, we're not going to waste your time at all.  It

13   sounds like you have been identified and selected

14   inaccurately and that -- we -- I apologize for that,

15   but we are looking for a coworker of David Vejarano

16   at Dryer's Ice Cream in Bakersfield, so that -- that

17   would not be you?

18       A.   That is correct; it's not me.

19       MR. COOKE:  Okay.  I don't see any reason,

20   Jennifer, to go any further.

21       MS. HOEKSTRA:  I would agree with that.

22       MR. COOKE:  Okay.  So if you will accept

23   our apologies, we hope we haven't inconvenienced you

24   too much, and we are all done.

25       THE WITNESS:  Thank you.

```
 1                MR. COOKE:  Okay.
 2                GOLKOW VIDEO TECHNICIAN:  Okay.  This
 3    concludes the video deposition of Conrad Jimenez.
 4                We are now going off the record and the
 5    time is 9:05 a.m.
 6                MR. COOKE:  All right.  Thanks, everybody.
 7                Go ahead and prepare the record just as if
 8    we had a regular deposition.
 9                THE STENOGRAPHER:  Okay.  And I just want
10    to confirm, we are not on for the 2:00 today?
11                MR. COOKE:  That's correct.  That's my
12    understanding.
13                THE STENOGRAPHER:  Thank you.
14                (THE VIDEOTAPED DEPOSITION OF CONRAD
15                JIMENEZ WAS CONCLUDED AT 9:06 A.M.)
16
17
18
19
20
21
22
23
24
25
```

```
 1                DEPOSITION ERRATA SHEET
 2
 3
 4   In Re:  3M Combat Arms Earplug Products Liability
 5   Litigation
 6
 7
 8         DECLARATION UNDER PENALTY OF PERJURY
 9
10        I declare under penalty of perjury that I
11   have read the entire transcript of my deposition
12   taken in the captioned matter or the same has been
13   read to me, and the same is true and accurate, save
14   and except for changes and/or corrections, if any,
15   as indicated by me on the DEPOSITION ERRATA SHEET
16   hereof, with the understanding that I offer these
17   changes as if still under oath.
18         Signed on the _____ day of _____,
19   20___.
20
21              _____
22                       CONRAD JIMENEZ
23
24
25
```

```
 1                    DEPOSITION ERRATA SHEET

 2      Page No._____Line No._____Change to:_____

 3      _____

 4      Reason for change:_____

 5      Page No._____Line No._____Change to:_____

 6      _____

 7      Reason for change:_____

 8      Page No._____Line No._____Change to:_____

 9      _____

10      Reason for change:_____

11      Page No._____Line No._____Change to:_____

12      _____

13      Reason for change:_____

14      Page No._____Line No._____Change to:_____

15      _____

16      Reason for change:_____

17      Page No._____Line No._____Change to:_____

18      _____

19      Reason for change:_____

20      Page No._____Line No._____Change to:_____

21      _____

22      Reason for change:_____

23

24      SIGNATURE:_____DATE:_____

25               CONRAD JIMENEZ
```

```
 1                DEPOSITION ERRATA SHEET

 2     Page No._____Line No._____Change to:_____

 3     _____

 4     Reason for change:_____

 5     Page No._____Line No._____Change to:_____

 6     _____

 7     Reason for change:_____

 8     Page No._____Line No._____Change to:_____

 9     _____

10     Reason for change:_____

11     Page No._____Line No._____Change to:_____

12     _____

13     Reason for change:_____

14     Page No._____Line No._____Change to:_____

15     _____

16     Reason for change:_____

17     Page No._____Line No._____Change to:_____

18     _____

19     Reason for change:_____

20     Page No._____Line No._____Change to:_____

21     _____

22     Reason for change:_____

23

24     SIGNATURE:_____DATE:_____

25              CONRAD JIMENEZ
```

```
 1                    DEPOSITION ERRATA SHEET

 2      Page No._____Line No._____Change to:_____

 3      _____

 4      Reason for change:_____

 5      Page No._____Line No._____Change to:_____

 6      _____

 7      Reason for change:_____

 8      Page No._____Line No._____Change to:_____

 9      _____

10      Reason for change:_____

11      Page No._____Line No._____Change to:_____

12      _____

13      Reason for change:_____

14      Page No._____Line No._____Change to:_____

15      _____

16      Reason for change:_____

17      Page No._____Line No._____Change to:_____

18      _____

19      Reason for change:_____

20      Page No._____Line No._____Change to:_____

21      _____

22      Reason for change:_____

23

24      SIGNATURE:_____DATE:_____

25                    CONRAD JIMENEZ
```

```
 1    STATE OF CALIFORNIA  )
                           )
 2    COUNTY OF SONOMA     )

 3

 4            I, Monica Lepe-Georg, a Certified Shorthand

 5    Reporter of the State of California, do hereby

 6    certify:

 7            That prior to being examined, the witness

 8    in the foregoing proceedings was by me duly sworn to

 9    testify to the truth, the whole truth, and nothing

10    but the truth;

11            That said proceedings were taken remotely

12    before me at the time and places therein set forth

13    and were taken down by me in shorthand and

14    thereafter transcribed into typewriting under my

15    direction and supervision;

16            I further certify that I am neither counsel

17    for, nor related to, any party to said proceedings,

18    not in anywise interested in the outcome thereof.

19            IN WITNESS WHEREOF, I have this date

20    subscribed my name.

21    Dated:  March 24th, 2022

22

23                         _____
                           MONICA LEPE-GEORG, No. 11976
24

25
```