# EXHIBIT A

# The State Bar of California

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

## CERTIFICATE OF STANDING

June 21, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CASSANDRA NICOLE LOVE-OLIVO, #342723 was admitted to the practice of law in this state by the Supreme Court of California on January 25, 2022 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

David Carranza
Custodian of Records