**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases<br><br>_____ | ) Case No. 3:19-md-2885<br>)<br>)<br>) Judge M. Casey Rodgers<br>)<br>) Magistrate Judge Gary R. Jones<br>)<br>) |

## MOTION OF KENNETH M. COCHRAN FOR ADMISSION *PRO HAC VICE* AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Kenneth M. Cochran ("Movant") of the law firm Dechert LLP, 633 West 5th Street, Suite 4900, Los Angeles, California 90071-2032, respectfully moves for admission *pro hac vice* to appear as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC, and to receive Notices of Electronic Filings in this action. In support of this motion, Movant states:

1. Movant resides in Newport Beach, California, and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice and is a member in good standing of the bar for the State of California.

4. A copy of a Certificate of Good Standing from the State Bar of the State of California, dated within 30 days of this motion, is attached as **Exhibit A**.

5. Movant certifies that he has successfully completed both the online Local Rules tutorial exam (confirmation number FLND16558403986386) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

6. Movant has remitted simultaneously with the filing of the motion the Court's $208.00 *pro hac vice* admission fee.

7. Movant has updated his PACER account to "NextGen."

8. Upon admission, Kenneth M. Cochran respectfully requests that he be provided Notice of Electronic filings to the following email address: kenny.cochran@dechert.com.

WHEREFORE, Kenneth M. Cochran respectfully requests that this Court enter an order granting his motion to appear *pro hac vice* on behalf of Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC, and directing the clerk to provide Notice of Electronic Filings to the undersigned.

Dated:  June 28, 2022                     */s/ Kenneth M. Cochran*
                                            Kenneth M. Cochran
                                            California Bar No. 325426

                                            DECHERT LLP
                                            633 West 5th Street, Suite 4900
                                            Los Angeles, California 90071-2032
                                            Tel: (213) 808-5709
                                            kenny.cochran@dechert.com


                                            *Attorney for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of Court via the CM/ECF system on June 28, 2022 and served electronically on all counsel of record.

*/s/ Kenneth M. Cochran*
Kenneth M. Cochran

# EXHIBIT A

Case 3:19-md-02885-MCR-HTC   Document 3248   Filed 06/28/22   Page 6 of 6



**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

888-800-3400     AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

June 24, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KENNETH MAECHTLEN COCHRAN, #325426 was admitted to the practice of law in this state by the Supreme Court of California on May 21, 2019 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Records