UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DEVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS ) | |
| EARPLUG PRODUCTS ) | CASE NO. 3:19-MD-2885 |
| LIABILITY LITIGATION ) | |
| ) | Judge M. Casey Rodgers |
| This Document Relates to: ) | |
| ) | Magistrate Judge Gary R. Jones |
| Marcus Wright ) | |
| Case No. 7:20-cv-20763-MCR-GRJ ) | |

**PLAINTIFF MARCUS WRIGHT'S RESPONSE TO DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS FOR WAVE 2 FACT WITNESSES DEPOSITIONS**

COMES NOW, Plaintiff, Marcus Wright, and files this response to Defendants' Motion to Compel. The Defendants' motion seeks to compel the deposition of Celena M. Fisher (former spouse), a third-party witness over whom neither the Plaintiff nor the undersigned attorneys have any control. Plaintiff does not oppose 3M's attempt to take the deposition, presuming that 3M properly subpoenaed the correct witness and coordinated with the undersigned as to a convenient date.

Dated: June 28, 2022                    **Respectfully submitted,**

By: /s/ *Analisa Guasch*
Shelley V. Hutson
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
CLARK, LOVE & HUTSON, PLLC
440 Louisiana St., Ste. 1700
Houston, TX 77002
Phone: (713) 757-1400
Facsimile: (713) 759-1217
Email: *shutson@triallawfirm.com*

Analisa Guasch
(Admitted Pro Hac Vice)

1

Texas State Bar No. 24103754
CLARK, LOVE & HUTSON, PLLC
440 Louisiana Street, Ste 1700
Houston, TX 77002
Telephone (713) 757-1400
Email: *aguasch@triallawfirm.com*

***Attorneys for Plaintiff Marcus Wright***

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

Pursuant to Local Rule 7.1(F), counsel for Plaintiffs certify that this response contains 259 words, excluding the case style, signature block, and certificates of compliance with the Local Rules.

*/s/ Analisa Guasch*
Analisa Guasch

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2022, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

*/s/ Analisa Guasch*
Analisa Guasch