UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Wave 1 Cases Identified in Exhibit A | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

Pursuant to Wave Order #1, the parties submitted joint venue recommendations for the remaining Wave 1 cases. Venue is disputed in the thirty-nine Wave 1 cases identified in Exhibit A. The parties are directed to submit simultaneous briefs regarding their position on the proper venue for these cases. The parties' briefs should be no more than ten (10) pages and are due by August 9, 2022. The briefs should be filed in the individual cases only.

The Clerk is directed to enter a copy of this Order on the main MDL docket and in the individual cases identified in Exhibit A.

**DONE and ORDERED** on this 29th day of June, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

**Exhibit A**

| Plaintiff |
|---|
| Aubrey, 7:20cv75257 |
| Barker, 7:20cv42913 |
| Bobbe, 7:20cv42194 |
| Bobo, 7:20cv76576 |
| Bowen, 7:20cv72233 |
| Boxton, 7:20cv72317 |
| Buckland, 7:20cv71515 |
| Chavez, 8:20cv34479 |
| Clayton, 7:20cv73625 |
| Cooper, 7:20cv63901 |
| Cortez, 7:20cv73289 |
| Cullifer, 7:20cv73554 |
| Davis, 7:20cv76824 |
| Delgado, 7:20cv77005 |
| Dudley, 7:20cv77412 |
| Eakes, 8:20cv14273 |
| Esposito, 7:20cv77587 |
| Fleming, 7:20cv79613 |
| Grimberg-Phillips, 7:20cv74021 |
| Gromacki, 8:20cv21119 |
| Hunter, 7:20cv44365 |
| Hutcherson, 7:20cv74949 |
| Ino, 7:20cv12207 |
| Kaeding, 8:20cv23021 |
| Keller, 7:20cv76486 |
| King, 7:20cv76763 |
| Lancaster, 7:20cv78599 |
| Lee, 7:20cv79151 |
| Lewis, 7:20cv80556 |
| Manning, 7:20cv81970 |
| Marin, 7:20cv82050 |
| Moats, 7:20cv77802 |
| Moore, 8:20cv34730 |
| Peacock, 7:20cv79194 |
| Rios Cortes, 7:20cv13339 |
| Sevilla, 7:20cv4513 |
| Soto, 7:20cv36424 |
| Struck, 8:20cv35155 |
| Taylor, 8:20cv27891 |