UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Wave 1 Cases Identified in Exhibit A | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

Pursuant to Wave Order #1, the parties submitted joint filings regarding choice of law agreements and disputes for the remaining Wave 1 cases. The choice of law is disputed in the fifty-five Wave 1 cases identified in Exhibit A. The parties in each case are directed to submit simultaneous briefs regarding the legal standard to be applied by the Court and whether that standard permits the Court to resolve questions of fact when making the choice-of-law determinations. The parties' briefs are due by July 14, 2022 and must be filed in the individual cases only.

The Clerk is directed to enter a copy of this Order on the main MDL docket and in the individual cases identified in Exhibit A.

**DONE and ORDERED** on this 29th day of June, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

**Exhibit A**

| Plaintiff |
|---|
| Austin, 7:20cv88546 |
| Avery, 7:20cv55570 |
| Barker, 7:20cv42913 |
| Blackall, 7:20cv19116 |
| Bobbe, 7:20cv42194 |
| Bowen, 7:20cv72233 |
| Carter, 7:20cv56246 |
| Chapman, 7:20cv82261 |
| Clayton, 7:20cv73625 |
| Cooper, 7:20cv63901 |
| Cortez, 7:20cv73289 |
| Craig, 7:20cv89249 |
| Cullifer, 7:20cv73554 |
| Darnell, 7:20cv50731 |
| Davies, 7:20cv76745 |
| Delgado, 7:20cv77005 |
| Domke, 7:20cv19984 |
| Dudley, 7:20cv77412 |
| Eakes, 8:20cv14273 |
| Esposito, 7:20cv77587 |
| Fay, 8:20cv16535 |
| Gallardo, 7:20cv79770 |
| Golden, 7:20cv79953 |
| Green, 7:20cv04234 |
| Grimberg-Phillips, 7:20cv74021 |
| Gromacki, 8:20cv21119 |
| Hardman, 7:20cv47817 |
| Hunter, 7:20cv44365 |
| Hutcherson, 7:20cv74949 |
| Jolly, 7:20cv75859 |
| Kaeding, 8:20cv23021 |
| Kaiser, 7:20cv49295 |
| Keller, 7:20cv76486 |
| King, 7:20cv76763 |
| Lancaster, 7:20cv78599 |
| Mclean, 7:20cv08445 |
| Medhanie, 8:20cv05659 |
| Moats, 7:20cv77802 |
| Moore, 8:20cv34730 |
| Norton, 8:20cv32809 |
| Ortiz, 7:20cv99631 |

| |
|---|
| Peacock, 7:20cv79194 |
| Rataj, 7:20cv64733 |
| Rice, 7:20cv58665 |
| Rivera, 8:20cv00691 |
| Robinson, 7:20cv48014 |
| Rodolph, 7:20cv72113 |
| Rollins, 7:20cv00328 |
| Sevilla, 7:20cv04513 |
| Soto, 7:20cv36424 |
| Taylor, 8:20cv27891 |
| Vasquez, 7:20cv81062 |
| Wallace, 7:20cv49224 |
| Walton, 7:20cv18143 |
| Washington, 7:20cv96442 |