# EXHIBIT C

**From:** Saira Ahmed
**Sent:** Tuesday, April 05, 2022 3:41 PM
**To:** Andrea McGinnis <amcginnis@bchlaw.com>
**Subject:** Error On milConnect through VA





**Saira Ahmed** | Legal Administrative Assistant
Bailey Cowan Heckaman PLLC
1360 Post Oak Blvd. Suite 2300 | Houston, Texas 77056
tel 713-425-7100 | direct 713-425-7112 | fax 713-425-7101

**website** | **email**

Our client Clay Yonts (Wave 3; 3:20cv05210; PID: 179626) has been trying to log into milConnect for several weeks to upgrade his account to a Premium account so that he can access his records. Below is the error message he received. When he clicks "click here" he is taken back to the main page, and not given the option to upgrade his account. We, the client and I, have contacted support ((800) 368-3665) on 5+ occasions about this and were told they need to reset his account and will do so, but the reset never happens. We've also been told he should now be able to login and upgrade, and as of today he still cannot.

We look forward to any assistance on this issue. Thank you.

![milConnect error screenshot: DMDC – Serving Those Who Serve Our Country. milConnect Logo. The following error has occurred: A Premium DS Logon Account is required to access this application. Please click here to begin the process of upgrading your Basic DS Logon to a Premium DS Logon. Upon completing the upgrade process you will have a Premium [DS Logon and] will be able to access this application.]



**Brittni DeJurnett**
**Senior Mass Torts Paralegal**

**SINGLETON SCHREIBER, LLP**
(619) 780-3627| bdejurnett@singletonschreiber.com
450 A Street, 5th Floor
San Diego, California 92101

I am emailing regarding our Wave 3 Plaintiff, Mr. Stephen Corey. Mr. Corey has been unable to access his personnel records from MilConnect. We have worked with him trying two different web browsers – Microsoft Edge and Google Chrome – but still no luck. Messages on the MilConnect website do indicate that they are aware of the issue. Have you been recommending that Plaintiffs reach out to support on this issue, or do you know if they are working on a fix?

Screenshots below, showing:
1.) Unable to download a single merged PDF, as "Download All Files" button is greyed out, and
2.) Individual PDF files save without a file extension and are therefore corrupted/unable to be opened or viewed. (More specifically, you can see that the first file downloaded as "1.1" and Windows has interpreted "1" as the file type. Adding a ".pdf" extension does not repair the file.)



**Lindsey H. Pittman | Paralegal**
**Tracey & Fox law Firm**
Main 713.495.2333 Ext . 2327 | Direct 713.255.0809 | Fax 866.709.2333

# Defense Personnel Records Information Retrieval System (DPRIS) 

 **About DPRIS**  **Request Personnel File** 

 **Warning!** ***milConnect iPERMS OMPF Requests*** Army Veterans requesting their OMPF via milConnect are experiencing issues with downloading documents. We are aware of the issue and working on a solution ASAP.

 **Warning!** ***EMPRS FUM*** Follow-up messaging is currently down with EMPRS (Navy). Until EMPRS FUM is back online, send follow up messages to P312VA@navy.mil and include the request ID, full name, and the submission date. Do NOT include SSN or other sensitive information in the email. This includes those who have submitted already and are waiting on FUM response, contact the EMPRS email for your FUM response.

 **Warning!** Issues have been reported when using some web browsers. We recommend using Google Chrome, make sure your pop-up blockers are turned OFF, have the free version of Adobe Reader downloaded from https://get.adobe.com/reader/ to open PDFs, and use a computer as mobile devices are not currently supported.

## How can DPRIS help me?

# Defense Personnel Records Information Retrieval System (DPRIS) 

✓ OMPF Request submitted.

‹ quest Personnel File     DPRIS Support ›

## OMPF Requests

Access documents from your Official Military Personnel File (OMPF) by selecting the 'Request my Personnel File' button. Requests should receive responses in 24-48 hours, and DPRIS will send you an email notification when your request is completed.

**Request my Personnel File**

Refresh OMPF Request List

Search

Status[1]   Request ID[2] ↑   Service[3]

Processing9pX38OU3nc9k42816564_arArmy

1 - 1 of 1    

Items per page: 5