# EXHIBIT D



**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY LEGAL SERVICES AGENCY
LITIGATION DIVISION
9275 GUNSTON ROAD
FORT BELVOIR, VA  22060-5546

April 22, 2022

Subject:  Response to *Touhy* Request for DOEHRS data in the case of *In Re.: 3M Combat Arms Earplug Products Liability Litigation,* Civil Action File No.: 3:19-md-02885, United States District Court for the Northern District of Florida

Shelley Hutson
Clark, Love, and Hutson LLC
440 Louisiana St.
Suite 1700
Houston, TX 77002

Justin Witkin
Aylstock, Witkin, Kreis, and Overholtz
17 East Main Street
Suite 200
Pensacola, FL 32502
(Via Email)

Dear Ms. Hutson and Mr. Witkin:

    This letter responds to your request submitted August 8, 2019, and your follow-on letter dated November 30, 2021, requesting all DOEHRS-HC records for the entire pool of plaintiffs in the above-captioned case. On February 10, 2022, you provided updated spreadsheets segregated by service agency and status (active/inactive) containing 277,826 names.

    The time required to pull these data is extraordinary. To use the personnel currently assigned to this task would take well over a year, dependent on other mission requirements, and would impose an undue burden on the Department of Defense (DOD). However, in accordance with 32 C.F.R. § 97.6(d), the DOD is exploring a potential solution that would utilize a contractor to collect these data at your expense more quickly. We have been informed that the cost of the data pull will be $30,000 and the expected time to pull the data will be three months if the contract is approved.

-2-

Before the government researches this issue further, please indicate in writing whether the parties will cover the expense of any contractor hired to conduct this data pull.

Should you have any questions, please contact Department of Justice attorney Joshua Kolsky at joshua.kolsky@usdoj.gov.

                                                Sincerely,

                                                *Robert Wald*

                                                Robert E. L. Wald
                                                Major, U.S. Army
                                                General Litigation Branch