| | |
|---|---|
| **From:** | Katherine Cornell <kcornell@pulaskilawfirm.com> |
| **Sent:** | Tuesday, June 28, 2022 10:51 AM |
| **To:** | Mark Dreher; Kathy Zamorski |
| **Cc:** | Hannah Mason; 'Adriane Theis'; Katelyn Ashton |
| **Subject:** | RE: 3M Litigation - Ricardo Duncan - 2X No Show |

Thank you for letting me know.

**From:** Mark Dreher <Mark.Dreher@butlersnow.com>
**Sent:** Tuesday, June 28, 2022 10:49 AM
**To:** Katherine Cornell <kcornell@pulaskilawfirm.com>; Kathy Zamorski <Kathy.Zamorski@butlersnow.com>
**Cc:** Hannah Mason <Hannah.Mason@butlersnow.com>; 'Adriane Theis' <Adriane.Theis@RKGAttorneys.com>; Katelyn Ashton <Katelyn.Ashton@butlersnow.com>
**Subject:** RE: 3M Litigation - Ricardo Duncan - 2X No Show

Katherine,
I just received word that Mr. Duncan did not appear for his rescheduled DME. We will proceed with motion practice.
Thanks,
Mark

**Mark A. Dreher**
**Butler Snow LLP**

D: (601) 985-4573 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Mark.Dreher@butlersnow.com | vCard | Bio

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

**From:** Katherine Cornell <kcornell@pulaskilawfirm.com>
**Sent:** Monday, June 27, 2022 3:05 PM
**To:** Kathy Zamorski <Kathy.Zamorski@butlersnow.com>
**Cc:** Mark Dreher <Mark.Dreher@butlersnow.com>; Hannah Mason <Hannah.Mason@butlersnow.com>
**Subject:** Re: 3M Litigation - Ricardo Duncan - 2X No Show

He will be there

Sent from my iPhone

> On Jun 27, 2022, at 10:24 AM, Kathy Zamorski <Kathy.Zamorski@butlersnow.com> wrote:
>
> Good morning Katherine,

The only availability the provider has is tomorrow, June 28, 11:00 am at the Haslett location.  We will issue a manual notice through centrality.

Advanced Audiology, 1536 Haslett Road, Haslett, MI  48840

Thank you,
Kathy

**Kathleen M. Zamorski, Pa.C.P.**
*Paralegal*
**Butler Snow LLP**

D: (267) 705-4906 | F: (267) 705-4901
500 Office Center Drive, Suite 400, Fort Washington, PA 19034
Kathy.Zamorski@butlersnow.com | vCard

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

**From:** Mark Dreher <Mark.Dreher@butlersnow.com>
**Sent:** Friday, June 24, 2022 8:51 AM
**To:** Katherine Cornell <kcornell@pulaskilawfirm.com>
**Cc:** Kathy Zamorski <Kathy.Zamorski@butlersnow.com>
**Subject:** Re: 3M Litigation - Ricardo Duncan - 2X No Show

Thanks, Katherine.
We'll see if the provider has any remaining availability.

> On Jun 24, 2022, at 7:47 AM, Katherine Cornell <kcornell@pulaskilawfirm.com> wrote:
>
>
>
> Mark - I should add that I will send a paralegal to personally accompany him to his DME to ensure we have no further issues with failure to appear.
>
> Sent from my iPhone
>
>> On Jun 23, 2022, at 8:02 PM, Mark Dreher <Mark.Dreher@butlersnow.com> wrote:
>>
>> Counsel,
>> We have less than 1 week to complete the Wave 2 DMEs. We are pursuing motions for show cause orders in cases such as this one with repeated cancellations or no-show appointments. We have made

2

significant efforts to accommodate plaintiff scheduling, but we are now in a position requiring motion practice.

Please let me know if you would like to meet and confer further on this case.
Thanks,
Mark


**Mark A. Dreher**
**Butler Snow LLP**

D: (601) 985-4573 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Mark.Dreher@butlersnow.com | vCard | Bio

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

**From:** Katherine Cornell <kcornell@pulaskilawfirm.com>
**Sent:** Wednesday, June 22, 2022 8:36 PM
**To:** Kathy Zamorski <Kathy.Zamorski@butlersnow.com>
**Cc:** Kenya Hylton <kenya@pulaskilawfirm.com>; Hannah Mason <Hannah.Mason@butlersnow.com>; 3MExams <3MExams@butlersnow.com>; Mark Dreher <Mark.Dreher@butlersnow.com>
**Subject:** Re: 3M Litigation - Ricardo Duncan - 2X No Show


Ricardo had a COVID exposure and is waiting on test results. Can you please provide a new date option? The one below is for today. I'll inform you as soon as we have his test results

Sent from my iPhone


> On Jun 22, 2022, at 3:45 PM, Kathy Zamorski <Kathy.Zamorski@butlersnow.com> wrote:
>
> Counsel,
>
> Your client Ricardo Duncan was a no show to his appointment, again. Please reach out to your client and advise that the provider only has the following to offer.
>
> Haslett Location – June 22, 2022 @12:00 pm.

3

Further, if Mr. Duncan cancels or fails to appear, we'll be forced to add him to a motion for show cause order, given the time for DME will have been exhausted.

Thanks for working with us to get the DME accomplished. Please do us the courtesy of a reply today, as the date/time is tomorrow and we need to confirm with the provider.

Thank you,
Kathy

**Kathleen M. Zamorski, Pa.C.P.**
*Paralegal*
**Butler Snow LLP**

D: (267) 705-4906 | F: (267) 705-4901
500 Office Center Drive, Suite 400, Fort Washington, PA 19034
Kathy.Zamorski@butlersnow.com | vCard

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

**From:** Hannah Mason <Hannah.Mason@butlersnow.com>
**Sent:** Wednesday, June 22, 2022 3:38 PM
**To:** Kathy Zamorski <Kathy.Zamorski@butlersnow.com>
**Subject:** FW: 3M Litigation - Ricardo Duncan

*Contract Paralegal*

Hannah.Mason@butlersnow.com

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

**From:** Kenya Hylton <kenya@pulaskilawfirm.com>
**Sent:** Wednesday, June 15, 2022 2:46 PM
**To:** Kathy Zamorski <Kathy.Zamorski@butlersnow.com>
**Cc:** Hannah Mason <Hannah.Mason@butlersnow.com>; Katherine Cornell <kcornell@pulaskilawfirm.com>; Mark Dreher <Mark.Dreher@butlersnow.com>; 3MExams <3MExams@butlersnow.com>
**Subject:** RE: 3M Litigation - Ricardo Duncan

Wednesday June 22, 2:30 pm will work for him. Thank you

4

**From:** Kathy Zamorski <Kathy.Zamorski@butlersnow.com>
**Sent:** Wednesday, June 15, 2022 12:10 PM
**To:** Hannah Mason <Hannah.Mason@butlersnow.com>; Katherine Cornell <kcornell@pulaskilawfirm.com>
**Cc:** Mark Dreher <Mark.Dreher@butlersnow.com>; 3MExams <3MExams@butlersnow.com>
**Subject:** RE: 3M Litigation - Ricardo Duncan
**Importance:** High

Hi Katherine,

Please advise as to the status of rescheduling your client's DME. There is very limited availability from the provider at this time and I have listed all below.

Friday, June 17, 2:30 pm
Wednesday June 22, 2:30 pm.

Thank you,
Kathy

**Kathleen M. Zamorski, Pa.C.P.**
*Paralegal*
**Butler Snow LLP**

D: (267) 705-4906 | F: (267) 705-4901
500 Office Center Drive, Suite 400, Fort Washington, PA 19034
Kathy.Zamorski@butlersnow.com | vCard

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

**From:** Hannah Mason <Hannah.Mason@butlersnow.com>
**Sent:** Monday, June 13, 2022 2:17 PM
**To:** 'kcornell@pulaskilawfirm.com' <kcornell@pulaskilawfirm.com>
**Cc:** Mark Dreher <Mark.Dreher@butlersnow.com>; 3MExams <3MExams@butlersnow.com>; Kathy Zamorski <Kathy.Zamorski@butlersnow.com>
**Subject:** RE: 3M Litigation - No Show - Ricardo Duncan
**Importance:** High

Katherine,

Good afternoon. I am circling back on the below regarding your client, Ricardo Duncan. Are there any

5

preferred dates and/or time frames that I should ask the provider for in order to accommodate Mr. Duncan?

Please let me know, thanks,

**Hannah Mason**
*Contract Paralegal*

Hannah.Mason@butlersnow.com

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

---

**From:** Hannah Mason
**Sent:** Friday, June 10, 2022 5:08 PM
**To:** 'kcornell@pulaskilawfirm.com' <kcornell@pulaskilawfirm.com>
**Cc:** Mark Dreher <Mark.Dreher@butlersnow.com>; 3MExams <3MExams@butlersnow.com>
**Subject:** 3M Litigation - No Show - Ricardo Duncan
**Importance:** High

Katherine,

Good afternoon. This email is to make you aware that Ricardo Duncan was a no show for his DME scheduled for 2pm today at Advanced Audiology. Please let me know if there's a day and time preferable for the exam, and I will ask the provider about availability.

Thanks,

**Hannah Mason**
*Contract Paralegal*

Hannah.Mason@butlersnow.com

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

---

CONFIDENTIALITY NOTE: This e-mail and any

attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.