**From:** Becca Rancourt <becca@watervilleaudiology.com>
**Sent:** Wednesday, June 29, 2022 10:42 AM
**To:** Angela Spragins <Angela.Spragins@butlersnow.com>
**Cc:** Kathy Zamorski <Kathy.Zamorski@butlersnow.com>
**Subject:** RE: 3M Litigation - DME Notice

Hello,

William Ofarrell no showed today. He also no showed on 5/2/2022. We are unable to reschedule this patient with our office at this time.

Thank you!

**From:** Angela Spragins <Angela.Spragins@butlersnow.com>
**Sent:** Tuesday, June 21, 2022 1:03 PM
**To:** Becca Rancourt <becca@watervilleaudiology.com>
**Subject:** 3M Litigation - DME Notice

Good afternoon,

We have attached the Notice of DME for William Ofarrell, which you have confirmed for June 29, 2022 at 10:15 AM.  The Notice of DME identifies the tests you have agreed to perform on the Plaintiff.  You are not permitted to perform any tests other than what is identified in the DME notice.

Please also refer to the attached communication which reiterates important requirements and limitations set forth in the Court's orders controlling these examinations.  We previously submitted this to you, but given its importance we are re-attaching here to confirm that your office will comply with these requirements. When you have completed the exam, please submit available diagnostic data, available otoscopy images, and objective test results. If you have any questions at all about the conduct of these DMEs pursuant to the Court's orders, please let us know immediately.

> We are asking you to **not** conduct the following tests:
>
> - Otoacoustic emissions
> - Auditory brainstem response
> - Acoustic reflex threshold
> - Acoustic reflex decay
>
> If you have any questions, please do not hesitate to contact us.

Thank you,

**Angela Spragins, JD**
*Paralegal*
**Butler Snow LLP**

D: (662) 513-8005 | F: (662) 513-8001
1200 Jefferson Avenue, Suite 205, Oxford, MS 38655
P.O. Box 1138, Oxford, MS 38655-1138
Angela.Spragins@butlersnow.com | vCard

Twitter | LinkedIn | Facebook | YouTube

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.