| | |
|---|---|
| **From:** | Adria Martinez <amartinez@wattsguerra.com> |
| **Sent:** | Wednesday, June 29, 2022 11:03 AM |
| **To:** | Mark Dreher |
| **Cc:** | Kathy Zamorski; Katelyn Ashton; Angela Spragins; Chris Morris; Adriane Theis |
| **Subject:** | Re: [EXTERNAL] Wave 2 - DME - Plaintiff William O'Farrell |

That's unfortunate.  Understood.

Adria

**From:** Mark Dreher <Mark.Dreher@butlersnow.com>
**Date:** Wednesday, June 29, 2022 at 9:53 AM
**To:** Adria Martinez <amartinez@wattsguerra.com>
**Cc:** Kathy Zamorski <Kathy.Zamorski@butlersnow.com>, Katelyn Ashton <Katelyn.Ashton@butlersnow.com>, Angela Spragins <Angela.Spragins@butlersnow.com>, Chris Morris <Chris.Morris@butlersnow.com>, Adriane Theis <Adriane.Theis@rkgattorneys.com>
**Subject:** [EXTERNAL] Wave 2 - DME - Plaintiff William O'Farrell

Adria,
I just received word that plaintiff William O'Farrell did not appear for his rescheduled DME this morning. The provider is unable to accommodate any other time and today is the Wave 2 DME deadline.

We will proceed with motion practice.
Thanks,
Mark

**Mark A. Dreher**
**Butler Snow LLP**

D: (601) 985-4573 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Mark.Dreher@butlersnow.com | vCard | Bio

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

**CAUTION: This email originated from outside of Watts Guerra. Do not click links or open attachments unless you recognize the sender and know the content is safe.**