| | |
|---|---|
| **From:** | Adria Martinez <amartinez@wattsguerra.com> |
| **Sent:** | Wednesday, June 29, 2022 8:57 AM |
| **To:** | Mark Dreher |
| **Cc:** | Karen Westerlin; Kathy Zamorski; Jay Bolin; Erin Rogiers; 3MExams; Jon Still; Adriane Theis; Katelyn Ashton |
| **Subject:** | Re: [EXTERNAL] 3M Litigation - Daniel Perrine |

Understood. I am sorry I was unable to make this appointment happen.

Adria

---

**From:** Mark Dreher <Mark.Dreher@butlersnow.com>
**Date:** Wednesday, June 29, 2022 at 6:51 AM
**To:** Adria Martinez <amartinez@wattsguerra.com>
**Cc:** Karen Westerlin <Karen.Westerlin@butlersnow.com>, Kathy Zamorski <Kathy.Zamorski@butlersnow.com>, Jay Bolin <Jay.Bolin@butlersnow.com>, Erin Rogiers <erogiers@wattsguerra.com>, 3MExams <3MExams@butlersnow.com>, Jon Still <Jon.Still@butlersnow.com>, Adriane Theis <Adriane.Theis@RKGAttorneys.com>, Katelyn Ashton <Katelyn.Ashton@butlersnow.com>
**Subject:** Re: [EXTERNAL] 3M Litigation - Daniel Perrine

Adria,
Thanks for the update. Such scheduling is not among our available options. We will necessarily proceed with motion practice.
Mark

> On Jun 28, 2022, at 9:24 PM, Adria Martinez <amartinez@wattsguerra.com> wrote:
>
> Counsel:
>
> My apologies but Mr. Perrine is unable to make the 8:30 a.m., appointment due to his work schedule. Additionally, he explained that he's recently missed work as well as his previous appointment because his wife has been in and out of the hospital, requiring his extra assistance, as she is an amputee. He is scheduled to be off from work next week if the parties are able and agreeable to scheduling beyond the current deadline.
>
> Adria
>
> ---
>
> **From:** Adria Martinez <amartinez@wattsguerra.com>
> **Sent:** Tuesday, June 28, 2022 5:51 PM
> **To:** Karen Westerlin <Karen.Westerlin@butlersnow.com>; Kathy Zamorski <Kathy.Zamorski@butlersnow.com>; Mark Dreher <Mark.Dreher@butlersnow.com>; Jay Bolin <Jay.Bolin@butlersnow.com>; Erin Rogiers <erogiers@wattsguerra.com>
> **Cc:** 3MExams <3MExams@butlersnow.com>; Jon Still <Jon.Still@butlersnow.com>; 'Adriane Theis'

1

<Adriane.Theis@RKGAttorneys.com>; Katelyn Ashton <Katelyn.Ashton@butlersnow.com>
**Subject:** Re: [EXTERNAL] 3M Litigation - Daniel Perrine

Thank you kindly.  I'll respond as soon as I have confirmation from Mr. Perrine.

Adria

---

**From:** Karen Westerlin <Karen.Westerlin@butlersnow.com>
**Date:** Tuesday, June 28, 2022 at 5:50 PM
**To:** Adria Martinez <amartinez@wattsguerra.com>, Kathy Zamorski <Kathy.Zamorski@butlersnow.com>, Mark Dreher <Mark.Dreher@butlersnow.com>, Jay Bolin <Jay.Bolin@butlersnow.com>, Erin Rogiers <erogiers@wattsguerra.com>
**Cc:** 3MExams <3MExams@butlersnow.com>, Jon Still <Jon.Still@butlersnow.com>, 'Adriane Theis' <Adriane.Theis@RKGAttorneys.com>, Katelyn Ashton <Katelyn.Ashton@butlersnow.com>
**Subject:** RE: [EXTERNAL] 3M Litigation - Daniel Perrine

Thank you for the update.   I just confirmed that the provider is holding 8:30 tomorrow morning for your client.

Have a great evening,
Karen

**Karen Westerlin**
*Paralegal*
**Butler Snow LLP**

D: (505) 545-6061  |  F: (505) 545-6101
2155 Louisiana Boulevard NE, Suite 10400, Albuquerque, NM 87110
Karen.Westerlin@butlersnow.com  |  vCard

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter  |  LinkedIn  |  Facebook  |  YouTube

---

**From:** Adria Martinez <amartinez@wattsguerra.com>
**Sent:** Tuesday, June 28, 2022 4:37 PM
**To:** Karen Westerlin <Karen.Westerlin@butlersnow.com>; Kathy Zamorski <Kathy.Zamorski@butlersnow.com>; Mark Dreher <Mark.Dreher@butlersnow.com>; Jay Bolin <Jay.Bolin@butlersnow.com>; Erin Rogiers <erogiers@wattsguerra.com>
**Cc:** 3MExams <3MExams@butlersnow.com>; Jon Still <Jon.Still@butlersnow.com>; 'Adriane Theis' <Adriane.Theis@RKGAttorneys.com>; Katelyn Ashton <Katelyn.Ashton@butlersnow.com>
**Subject:** Re: [EXTERNAL] 3M Litigation - Daniel Perrine
**Importance:** High

Karen,

I've made connection with Mr. Perrine and am trying to confirm for tomorrow morning at 8:30 a.m.  Unfortunately a change in his work schedule has him limited on time to even respond or otherwise

communicate with me, although he stated he is completely free all next week. I am aware of the pending deadline, but while I am awaiting his response I thought I would let counsel know.

Adria

---

**From:** Adria Martinez <amartinez@wattsguerra.com>
**Date:** Tuesday, June 28, 2022 at 10:13 AM
**To:** Karen Westerlin <Karen.Westerlin@butlersnow.com>, Kathy Zamorski <Kathy.Zamorski@butlersnow.com>, Mark Dreher <Mark.Dreher@butlersnow.com>, Jay Bolin <Jay.Bolin@butlersnow.com>, Erin Rogiers <erogiers@wattsguerra.com>
**Cc:** 3MExams <3MExams@butlersnow.com>, Jon Still <Jon.Still@butlersnow.com>, 'Adriane Theis' <Adriane.Theis@RKGAttorneys.com>, Katelyn Ashton <Katelyn.Ashton@butlersnow.com>
**Subject:** Re: [EXTERNAL] 3M Litigation - Daniel Perrine

Good morning. Thank you. I am working quickly to confirm one way or the other.

Adria

---

**From:** Karen Westerlin <Karen.Westerlin@butlersnow.com>
**Date:** Tuesday, June 28, 2022 at 10:09 AM
**To:** Kathy Zamorski <Kathy.Zamorski@butlersnow.com>, Adria Martinez <amartinez@wattsguerra.com>, Mark Dreher <Mark.Dreher@butlersnow.com>, Jay Bolin <Jay.Bolin@butlersnow.com>, Erin Rogiers <erogiers@wattsguerra.com>
**Cc:** 3MExams <3MExams@butlersnow.com>, Jon Still <Jon.Still@butlersnow.com>, 'Adriane Theis' <Adriane.Theis@RKGAttorneys.com>, Katelyn Ashton <Katelyn.Ashton@butlersnow.com>
**Subject:** RE: [EXTERNAL] 3M Litigation - Daniel Perrine

Good morning,

The provider has opened two slots: Today (6/28/2022) at 4:00 pm and tomorrow 6/29/2022 at 8:30 am. Please let us know if one of these times will work for your client.

Thank you,
Karen

**Karen Westerlin**
*Paralegal*
**Butler Snow LLP**

D: (505) 545-6061 | F: (505) 545-6101
2155 Louisiana Boulevard NE, Suite 10400, Albuquerque, NM 87110
Karen.Westerlin@butlersnow.com | vCard

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

**From:** Kathy Zamorski <Kathy.Zamorski@butlersnow.com>
**Sent:** Tuesday, June 28, 2022 7:49 AM
**To:** 'Adria Martinez' <amartinez@wattsguerra.com>; Mark Dreher <Mark.Dreher@butlersnow.com>; Karen Westerlin <Karen.Westerlin@butlersnow.com>; Jay Bolin <Jay.Bolin@butlersnow.com>; Erin Rogiers <erogiers@wattsguerra.com>
**Cc:** 3MExams <3MExams@butlersnow.com>; Jon Still <Jon.Still@butlersnow.com>; 'Adriane Theis' <Adriane.Theis@RKGAttorneys.com>; Katelyn Ashton <Katelyn.Ashton@butlersnow.com>
**Subject:** RE: [EXTERNAL] 3M Litigation - Daniel Perrine

Adria – we will offer any availability after we contact the provider.

**Kathleen M. Zamorski, Pa.C.P.**
*Paralegal*
**Butler Snow LLP**

D: (267) 705-4906 | F: (267) 705-4901
500 Office Center Drive, Suite 400, Fort Washington, PA 19034
Kathy.Zamorski@butlersnow.com | vCard

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

**From:** Adria Martinez <amartinez@wattsguerra.com>
**Sent:** Monday, June 27, 2022 5:50 PM
**To:** Kathy Zamorski <Kathy.Zamorski@butlersnow.com>; Mark Dreher <Mark.Dreher@butlersnow.com>; Karen Westerlin <Karen.Westerlin@butlersnow.com>; Jay Bolin <Jay.Bolin@butlersnow.com>; Erin Rogiers <erogiers@wattsguerra.com>
**Cc:** 3MExams <3MExams@butlersnow.com>; Jon Still <Jon.Still@butlersnow.com>; 'Adriane Theis' <Adriane.Theis@RKGAttorneys.com>; Katelyn Ashton <Katelyn.Ashton@butlersnow.com>
**Subject:** Re: [EXTERNAL] 3M Litigation - Daniel Perrine

Kathleen,

My apologies, but I've not been able to reach my client. Is there any chance for availability tomorrow? Although, I cannot guarantee that I will be able to reach him today to try and confirm an appointment for tomorrow, but will continue to try.

Please advise. Thank you.

Adria

**From:** Kathy Zamorski <Kathy.Zamorski@butlersnow.com>
**Date:** Monday, June 27, 2022 at 4:23 PM
**To:** Adria Martinez <amartinez@wattsguerra.com>, Mark Dreher <Mark.Dreher@butlersnow.com>, Karen Westerlin <Karen.Westerlin@butlersnow.com>, Jay Bolin <Jay.Bolin@butlersnow.com>, Erin Rogiers <erogiers@wattsguerra.com>
**Cc:** 3MExams <3MExams@butlersnow.com>, Jon Still <Jon.Still@butlersnow.com>, 'Adriane Theis' <Adriane.Theis@RKGAttorneys.com>, Katelyn Ashton

4

<Katelyn.Ashton@butlersnow.com>
**Subject:** RE: [EXTERNAL] 3M Litigation - Daniel Perrine

Adria – do you have any update that we can pass onto the provider?

**Kathleen M. Zamorski, Pa.C.P.**
*Paralegal*
**Butler Snow LLP**

D: (267) 705-4906 | F: (267) 705-4901
500 Office Center Drive, Suite 400, Fort Washington, PA 19034
Kathy.Zamorski@butlersnow.com | vCard

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Adria Martinez <amartinez@wattsguerra.com>
**Sent:** Monday, June 27, 2022 12:52 PM
**To:** Mark Dreher <Mark.Dreher@butlersnow.com>; Karen Westerlin <Karen.Westerlin@butlersnow.com>; Kathy Zamorski <Kathy.Zamorski@butlersnow.com>; Jay Bolin <Jay.Bolin@butlersnow.com>; Erin Rogiers <erogiers@wattsguerra.com>
**Cc:** 3MExams <3MExams@butlersnow.com>; Jon Still <Jon.Still@butlersnow.com>; 'Adriane Theis' <Adriane.Theis@RKGAttorneys.com>; Katelyn Ashton <Katelyn.Ashton@butlersnow.com>
**Subject:** Re: [EXTERNAL] 3M Litigation - Daniel Perrine

Yes sir, I understand. I have reached out to Mr. Perrine and will respond as quickly as possible.

Adria

---

**From:** Mark Dreher <Mark.Dreher@butlersnow.com>
**Date:** Monday, June 27, 2022 at 11:19 AM
**To:** Adria Martinez <amartinez@wattsguerra.com>, Karen Westerlin <Karen.Westerlin@butlersnow.com>, Kathy Zamorski <Kathy.Zamorski@butlersnow.com>, Jay Bolin <Jay.Bolin@butlersnow.com>, Erin Rogiers <erogiers@wattsguerra.com>
**Cc:** 3MExams <3MExams@butlersnow.com>, Jon Still <Jon.Still@butlersnow.com>, 'Adriane Theis' <Adriane.Theis@RKGAttorneys.com>, Katelyn Ashton <Katelyn.Ashton@butlersnow.com>
**Subject:** RE: [EXTERNAL] 3M Litigation - Daniel Perrine

Adria,
The provider reports that Mr. Perrine was a no-show for his 6/23 appointment.
The only remaining available slot for the provider prior to Wednesday's Wave 2 DME deadline is **today, 6/27 at 4PM**.

Please let us know **at once** if you intend to reserve this slot for Mr. Perrine to appear for DME. Otherwise, we'll proceed with a Motion for Show Cause Order. Just let me know, as we have made significant efforts to accommodate.

Thanks,
Mark

**Mark A. Dreher**
**Butler Snow LLP**

D: (601) 985-4573 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Mark.Dreher@butlersnow.com | vCard | Bio

[FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE]

Twitter | LinkedIn | Facebook | YouTube

**From:** Adria Martinez <amartinez@wattsguerra.com>
**Sent:** Monday, June 13, 2022 5:00 PM
**To:** Karen Westerlin <Karen.Westerlin@butlersnow.com>; Kathy Zamorski <Kathy.Zamorski@butlersnow.com>; Jay Bolin <Jay.Bolin@butlersnow.com>; Erin Rogiers <erogiers@wattsguerra.com>
**Cc:** 3MExams <3MExams@butlersnow.com>; Jon Still <Jon.Still@butlersnow.com>
**Subject:** Re: [EXTERNAL] 3M Litigation - Daniel Perrine

Reserved. Thanks.

Adria

**From:** Karen Westerlin <Karen.Westerlin@butlersnow.com>
**Date:** Monday, June 13, 2022 at 12:43 PM
**To:** Adria Martinez <amartinez@wattsguerra.com>, Kathy Zamorski <Kathy.Zamorski@butlersnow.com>, Jay Bolin <Jay.Bolin@butlersnow.com>, Erin Rogiers <erogiers@wattsguerra.com>
**Cc:** 3MExams <3MExams@butlersnow.com>, Jon Still <Jon.Still@butlersnow.com>
**Subject:** RE: [EXTERNAL] 3M Litigation - Daniel Perrine

Hello, The date should be available to reserve on the scheduler.

**Karen Westerlin**
*Paralegal*
**Butler Snow LLP**

D: (505) 545-6061 | F: (505) 545-6101
2155 Louisiana Boulevard NE, Suite 10400, Albuquerque, NM 87110
Karen.Westerlin@butlersnow.com | vCard

[FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE]

Twitter | LinkedIn | Facebook | YouTube

**From:** Adria Martinez <amartinez@wattsguerra.com>
**Sent:** Friday, June 10, 2022 2:45 PM
**To:** Karen Westerlin <Karen.Westerlin@butlersnow.com>; Kathy Zamorski <Kathy.Zamorski@butlersnow.com>; Jay Bolin <Jay.Bolin@butlersnow.com>; Erin Rogiers <erogiers@wattsguerra.com>
**Cc:** 3MExams <3MExams@butlersnow.com>; Jon Still <Jon.Still@butlersnow.com>
**Subject:** Re: [EXTERNAL] 3M Litigation - Daniel Perrine


Great!  Thank you.

Adria

**From:** Karen Westerlin <Karen.Westerlin@butlersnow.com>
**Date:** Friday, June 10, 2022 at 3:31 PM
**To:** Adria Martinez <amartinez@wattsguerra.com>, Kathy Zamorski <Kathy.Zamorski@butlersnow.com>, Jay Bolin <Jay.Bolin@butlersnow.com>, Erin Rogiers <erogiers@wattsguerra.com>
**Cc:** 3MExams <3MExams@butlersnow.com>, Jon Still <Jon.Still@butlersnow.com>
**Subject:** RE: [EXTERNAL] 3M Litigation - Daniel Perrine

Hello,

This is confirmed with the provider.  We will post it on the scheduler so it can be reserved .  Thank you!

**Karen Westerlin**
*Paralegal*
**Butler Snow LLP**

D: (505) 545-6061 | F: (505) 545-6101
2155 Louisiana Boulevard NE, Suite 10400, Albuquerque, NM 87110
Karen.Westerlin@butlersnow.com | vCard

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

**From:** Adria Martinez <amartinez@wattsguerra.com>
**Sent:** Friday, June 10, 2022 2:24 PM
**To:** Kathy Zamorski <Kathy.Zamorski@butlersnow.com>; Jay Bolin <Jay.Bolin@butlersnow.com>; Erin Rogiers <erogiers@wattsguerra.com>
**Cc:** 3MExams <3MExams@butlersnow.com>; Karen Westerlin <Karen.Westerlin@butlersnow.com>; Jon Still <Jon.Still@butlersnow.com>
**Subject:** Re: [EXTERNAL] 3M Litigation - Daniel Perrine


June 23rd at 9:00 a.m., will work for Mr. Perrine.

Because it is not currently listed on the scheduler, we will await confirmation from you regarding this appointment.  Thank you again.

Adria

From: Kathy Zamorski <Kathy.Zamorski@butlersnow.com>
Date: Friday, June 10, 2022 at 7:52 AM
To: Adria Martinez <amartinez@wattsguerra.com>, Jay Bolin <Jay.Bolin@butlersnow.com>, Erin Rogiers <erogiers@wattsguerra.com>
Cc: 3MExams <3MExams@butlersnow.com>, Karen Westerlin <Karen.Westerlin@butlersnow.com>, Jon Still <Jon.Still@butlersnow.com>
Subject: RE: [EXTERNAL] 3M Litigation - Daniel Perrine

Good morning Adria,

We are following up on the below dates for your client, Daniel Perrine.

If you could advise at your earliest convenience that would be great.

Thank you,
Kathy

**Kathleen M. Zamorski, Pa.C.P.**
*Paralegal*
**Butler Snow LLP**

D: (267) 705-4906 | F: (267) 705-4901
500 Office Center Drive, Suite 400, Fort Washington, PA 19034
Kathy.Zamorski@butlersnow.com | vCard

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

From: Kathy Zamorski
Sent: Tuesday, June 7, 2022 3:04 PM
To: 'Adria Martinez' <amartinez@wattsguerra.com>; Jay Bolin <Jay.Bolin@butlersnow.com>; Erin Rogiers <erogiers@wattsguerra.com>
Cc: 3MExams <3MExams@butlersnow.com>; Karen Westerlin <Karen.Westerlin@butlersnow.com>; Jon Still <Jon.Still@butlersnow.com>
Subject: RE: [EXTERNAL] 3M Litigation - Daniel Perrine

Counsel,

We have secured a provider for your client's exam and can offer the following.

Pacific Northwest Audiology, LLC
2205 NW Shevlin Park Rd
Bend, Oregon 97703

| | |
|---|---|
| June 17 – | 9:30am – 11:00 am |
| June 21 – | 11:00am – 12:30 pm |
| June 23 – | 9:00am – 11:30 am |
| | 2:30pm – 4:00 pm |
| June 24 – | 2:00pm – 3:30 pm |

Please let us know as soon as you can so we can confirm with the provider.

Thank you,
Kathy

**Kathleen M. Zamorski, Pa.C.P.**
*Paralegal*
**Butler Snow LLP**

D: (267) 705-4906 | F: (267) 705-4901
500 Office Center Drive, Suite 400, Fort Washington, PA 19034
Kathy.Zamorski@butlersnow.com | vCard

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

**From:** Adria Martinez <amartinez@wattsguerra.com>
**Sent:** Wednesday, May 25, 2022 2:20 PM
**To:** Jay Bolin <Jay.Bolin@butlersnow.com>; Erin Rogiers <erogiers@wattsguerra.com>
**Cc:** 3MExams <3MExams@butlersnow.com>; Karen Westerlin <Karen.Westerlin@butlersnow.com>
**Subject:** Re: [EXTERNAL] 3M Litigation - Daniel Perrine


I will reach out to Mr. Perrine and advise as soon as possible.

Thanks.

Adria

**From:** Jay Bolin <Jay.Bolin@butlersnow.com>
**Date:** Wednesday, May 25, 2022 at 1:18 PM
**To:** Erin Rogiers <erogiers@wattsguerra.com>, Adria Martinez <amartinez@wattsguerra.com>
**Cc:** 3MExams <3MExams@butlersnow.com>, Karen Westerlin <Karen.Westerlin@butlersnow.com>
**Subject:** RE: [EXTERNAL] 3M Litigation - Daniel Perrine

Erin,

Would Salem, OR work during the week?  We have a prospect there and I wanted to check first.  The odds of us securing anything closer seem slim and even slimmer for a weekend appointment.  Please let me know.  Thanks,

**James H. (Jay) Bolin**
**Butler Snow LLP**

D: (601) 985-4595 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Jay.Bolin@butlersnow.com | vCard | Bio

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Erin Rogiers <erogiers@wattsguerra.com>
**Sent:** Tuesday, May 24, 2022 7:26 PM
**To:** Jay Bolin <Jay.Bolin@butlersnow.com>; Adria Martinez <amartinez@wattsguerra.com>
**Cc:** 3MExams <3MExams@butlersnow.com>; Karen Westerlin <Karen.Westerlin@butlersnow.com>
**Subject:** Re: [EXTERNAL] 3M Litigation - Daniel Perrine


Thanks

Get Outlook for iOS

---

**From:** Jay Bolin <Jay.Bolin@butlersnow.com>
**Sent:** Tuesday, May 24, 2022 7:16:12 PM
**To:** Erin Rogiers <erogiers@wattsguerra.com>; Adria Martinez <amartinez@wattsguerra.com>
**Cc:** 3MExams <3MExams@butlersnow.com>; Karen Westerlin <Karen.Westerlin@butlersnow.com>
**Subject:** RE: [EXTERNAL] 3M Litigation - Daniel Perrine


Erin,


Thanks for reaching out.  I know our team continues to search for additional options but last time I checked nothing had materialized outside of Portland including specifically Eugene.  I will check with the team tomorrow to see if there is any optimism on this front and if not, I will check with the Portland facility about weekend options.



Jay



**James H. (Jay) Bolin**

**Butler Snow LLP**

D: (601) 985-4595 | F: (601) 985-4500

1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157

P.O. Box 6010, Ridgeland, MS 39158-6010

Jay.Bolin@butlersnow.com| vCard | Bio

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

**From:** Erin Rogiers <erogiers@wattsguerra.com>
**Sent:** Tuesday, May 24, 2022 6:16 PM
**To:** Jay Bolin <Jay.Bolin@butlersnow.com>; Adria Martinez <amartinez@wattsguerra.com>
**Subject:** Re: [EXTERNAL] 3M Litigation - Daniel Perrine

Hi Jay,

**I am reaching out about scheduling the DME for Daniel Perrine.  I am told that the only option offered is Portland.  This is a long trip for Mr. Perrine who has a disabled son and works full time during the week.  We are requesting a location in Bend, Springfield or Eugene.  If it's Bend, he can go during the week.  If it's the other two, it must be a weekend.**

**Could you find a place in one of those locations?**

**Thank you.**

**Erin**

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us

immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.