| | |
|---|---|
| **From:** | Mark Dreher |
| **Sent:** | Monday, June 27, 2022 4:18 PM |
| **To:** | Lauren Crawford |
| **Cc:** | Kathy Zamorski; Micah Stewart; Christopher Spiro; Shannon Lukei; Paul Dagostino; Christy Westad; 3MExams; Hannah Mason; Lisa A. Smith; Adriane Theis; Chris Morris; Katelyn Ashton |
| **Subject:** | Re: 3M Lit - Wave 2 - Michael Sheppard DME |

All,

Mr Sheppard was a no show for his most recently scheduled DME. We intend to pursue a motion for show cause order.

Let me know if you see any need to meet and confer further on this.

Thanks,
Mark

> On Jun 23, 2022, at 3:26 PM, Lauren Crawford <lcrawford@robinsonfirm.com> wrote:
>
> Hi Kathy,
>
> We have reached out to Mr. Sheppard and he said he can attend the Monday June 27th 11am appointment. Please let us know when you have confirmed with the facility.
>
> Thank you,
>
> **Lauren Crawford**
> **Legal Secretary**
> **ROBINSON CALCAGNIE, INC.**
> 19 Corporate Plaza Drive
> Newport Beach, CA 92660
> Tel:  (949) 720-1288
> Dir:  (949) 395-4997
> Fax:  (949) 720-1292
> www.robinsonfirm.com
>
> CONFIDENTIALITY NOTICE: This communication and its attachments are the private, confidential property of its sender. The information contained herein is meant only for the email's intended recipients and may be privileged, confidential or subject to protective orders in state or federal jurisdictions. Any unauthorized viewing of this information by unintended recipients may be a violation of protective orders, state or federal statutes, or other law and result in sanctions or other legal action. Any unauthorized disclosure, copying, distribution, or reliance upon its contents is strictly prohibited. If you believe you may have received this message in error, please immediately notify the sender by email or telephone at (949) 720-1288.

**From:** Kathy Zamorski <Kathy.Zamorski@butlersnow.com>
**Sent:** Thursday, June 23, 2022 6:05 AM
**To:** Micah Stewart <Micah.Stewart@butlersnow.com>; Christopher Spiro <cspiro@robinsonfirm.com>; Shannon Lukei <slukei@robinsonfirm.com>; Paul Dagostino <pdagostino@robinsonfirm.com>; Lauren Crawford <lcrawford@robinsonfirm.com>; Christy Westad <cwestad@robinsonfirm.com>
**Cc:** 3MExams <3MExams@butlersnow.com>; Mark Dreher <Mark.Dreher@butlersnow.com>; Hannah Mason <Hannah.Mason@butlersnow.com>; Lisa A. Smith <LisaA.Smith@butlersnow.com>
**Subject:** RE: 3M Lit - Wave 2 - Michael Sheppard DME

Good morning Counsel,

Can I please ask that you help us get this DME scheduled. Would you let us know a status today regarding the date and time your client chooses. We need to confirm with the provider today or they will release the dates for their patients.

Thank you,
Kathy

**Kathleen M. Zamorski, Pa.C.P.**
*Paralegal*
**Butler Snow LLP**

D: (267) 705-4906 | F: (267) 705-4901
500 Office Center Drive, Suite 400, Fort Washington, PA 19034
Kathy.Zamorski@butlersnow.com | vCard

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

**From:** Kathy Zamorski
**Sent:** Wednesday, June 22, 2022 1:16 PM
**To:** Micah Stewart <Micah.Stewart@butlersnow.com>; 'Christopher Spiro' <cspiro@robinsonfirm.com>; Shannon Lukei <slukei@robinsonfirm.com>; Paul Dagostino <pdagostino@robinsonfirm.com>; Lauren Crawford <lcrawford@robinsonfirm.com>; Christy Westad <cwestad@robinsonfirm.com>
**Cc:** 3MExams <3MExams@butlersnow.com>; Mark Dreher <Mark.Dreher@butlersnow.com>; Hannah Mason <Hannah.Mason@butlersnow.com>; Lisa A. Smith <LisaA.Smith@butlersnow.com>
**Subject:** RE: 3M Lit - Wave 2 - Michael Sheppard DME

Good afternoon counsel,

Your client was a no show for his appointment yesterday. We have reached out to the provider for availability. The following is what they can offer:

Friday June 24th 9am
Friday June 24th 2pm
Friday June 24th 3pm

Monday June 27th 9am
Monday June 27th 10am
Monday June 27th 11am

Please reach out to your client and advise as to what date/time he chooses. Further, if Mr. Sheppard cancels or fails to appear, we'll be forced to add him to a motion for show cause order, given the time for DME will have been exhausted.

Thanks for working with us to get the DME accomplished.

Thank you,
Kathy

**Kathleen M. Zamorski, Pa.C.P.**
*Paralegal*
**Butler Snow LLP**

D: (267) 705-4906 | F: (267) 705-4901
500 Office Center Drive, Suite 400, Fort Washington, PA 19034
Kathy.Zamorski@butlersnow.com | vCard

Twitter | LinkedIn | Facebook | YouTube

**From:** Micah Stewart <Micah.Stewart@butlersnow.com>
**Sent:** Friday, June 10, 2022 2:56 PM
**To:** 'Christopher Spiro' <cspiro@robinsonfirm.com>; Shannon Lukei <slukei@robinsonfirm.com>; Paul Dagostino <pdagostino@robinsonfirm.com>; Lauren Crawford <lcrawford@robinsonfirm.com>; Christy Westad <cwestad@robinsonfirm.com>
**Cc:** 3MExams <3MExams@butlersnow.com>; Mark Dreher <Mark.Dreher@butlersnow.com>; Hannah Mason <Hannah.Mason@butlersnow.com>; Kathy Zamorski <Kathy.Zamorski@butlersnow.com>; Lisa A. Smith <LisaA.Smith@butlersnow.com>
**Subject:** RE: 3M Lit - Wave 2 - Michael Sheppard DME

The following dates for the Bakersfield provider are now available on our scheduler.

| | |
|---|---|
| 06/15/2022 | 10:00 AM |
| 06/16/2022 | 10:00 AM |
| 06/21/2022 | 10:00 AM |

Thank you.

**Micah Stewart**
*Contract Paralegal*

Micah.Stewart@butlersnow.com

**From:** Christopher Spiro <cspiro@robinsonfirm.com>
**Sent:** Thursday, June 9, 2022 11:17 AM
**To:** Micah Stewart <Micah.Stewart@butlersnow.com>; Shannon Lukei <slukei@robinsonfirm.com>; Paul Dagostino <pdagostino@robinsonfirm.com>; Lauren Crawford <lcrawford@robinsonfirm.com>; Christy

Westad <cwestad@robinsonfirm.com>
**Cc:** 3MExams <3MExams@butlersnow.com>; Mark Dreher <Mark.Dreher@butlersnow.com>; Hannah Mason <Hannah.Mason@butlersnow.com>; Kathy Zamorski <Kathy.Zamorski@butlersnow.com>
**Subject:** Re: 3M Lit - Wave 2 - Michael Sheppard DME

Could you please provide dates for the Bakersfield location? Sherman Oaks is over 3 hours away from Mr. Sheppard's home.

Thanks.

---

**From:** Micah Stewart <Micah.Stewart@butlersnow.com>
**Sent:** Wednesday, June 8, 2022 6:29 AM
**To:** Shannon Lukei <slukei@robinsonfirm.com>; Christopher Spiro <cspiro@robinsonfirm.com>; Paul Dagostino <pdagostino@robinsonfirm.com>; Lauren Crawford <lcrawford@robinsonfirm.com>; Christy Westad <cwestad@robinsonfirm.com>
**Cc:** 3MExams <3MExams@butlersnow.com>; Mark Dreher <Mark.Dreher@butlersnow.com>; Hannah Mason <Hannah.Mason@butlersnow.com>; Kathy Zamorski <Kathy.Zamorski@butlersnow.com>
**Subject:** 3M Lit - Wave 2 - Michael Sheppard DME

Good morning,

We see that Michael Sheppard has still not completed a DME. He previously scheduled an appointment with Sherman Oaks Hearing Loss in California but did not show up for it. Please let us know if we need to obtain more dates from this provider.

Thank you.

**Micah Stewart**
*Contract Paralegal*

Micah.Stewart@butlersnow.com

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.