UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Duncan*, 7:20cv3420<br>*O'Farrell*, 8:20cv25438<br>*Perrine*, 8:20cv25876<br>*Sheppard*, 7:20cv50862 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

On February 22, 2022, the Court entered the second in a series of "Wave Orders" setting an eight-month discovery schedule for 500 cases. *See* Wave Order #2, ECF No. 2787. Pursuant to the Court's Order, the plaintiffs are required to complete fact discovery by July 5, 2022, including a Defense Medical Exam ("DME"). The Court has been advised that Plaintiffs Duncan, O'Farrell, Perrine, and Sheppard failed to comply with this requirement by not attending their scheduled DME.[1] ECF No. 3256.

Accordingly, it is **ORDERED** that:

1. Defendants' Motion for Order to Show Cause Based on Wave 2 Plaintiffs' Failure to Comply with Discovery, ECF No. 3256, is **GRANTED**.

---

[1] Although the July 5, 2022 deadline for fact discovery has not yet expired, it is inconceivable that plaintiffs will be able to schedule and appear for a DME by the deadline given their repeated failure to appear for their previously scheduled DME appointments. ECF No. 3256.

2. Plaintiffs are hereby **ORDERED TO SHOW GOOD CAUSE** why their cases should not be dismissed with prejudice for failure to comply with an order of the Court by **July 8, 2022.** Each plaintiff's response to the show cause Order must be filed on the docket of his or her individual case only.

3. Failure to comply with this Order will result in dismissal of a case with prejudice. *See In re Phenylpropanolamine (PPA) Prod. Liab. Litig.*, 460 F.3d 1217 (9th Cir. 2006) (affirming dismissals of individual cases with prejudice for failure to comply with case management orders).

4. The Clerk is directed to enter a copy of this Order on the MDL docket and on the individual docket for each case.

**SO ORDERED**, on this 1st day of July, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**