# EXHIBIT 1

```
 1                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF FLORIDA
 2                     PENSACOLA DIVISION
 3
    IN RE: 3M COMBAT ARMS
 4  EARPLUG PRODUCTS LIABILITY
    LITIGATION
 5
                                No. Case No. 3:19-MD-2885-MCR
 6
    This Document Relates to:    Judge M. Casey Rodgers
 7  Jason Branch                 Magistrate Judge Gary R. Jones
    Case No. 7:20cv08577-MCR-GRJ
 8
 9       VIDEOTAPED DEPOSITION OF JASON H. BRANCH, JR.
            Taken on Behalf of the Defendants
10      On April 29, 2022, beginning at 2:00 p.m.
          All Parties Appearing Via Webconference
11
                         APPEARANCES
12
    Appearing on behalf of the PLAINTIFF:
13
         Cameron Throneberry
14       THE GORI LAW FIRM
         156 North Main Street
15       Edwardsville, Illinois 62025
         618-659-9833
16       cthroneberry@gorilaw.com
17
    Appearing on behalf of the DEFENDANTS, 3M COMPANY,
18  3M OCCUPATIONAL SAFETY LLC, AEARO TECHNOLOGIES, LLC,
    AEARO HOLDING, LLC, AEARO INTERMEDIATE, LLC, and
19  AEARO, LLC:
20       J. Mark Adams, Jr.
         BRADLEY ARANT BOULT CUMMINGS, LLP
21       One Federal Place
         1819 Fifth Avenue North
22       Birmingham, Alabama 35203
         205-521-8550
23       madams@bradley.com
24
    VIDEOTAPED BY:  JOSH COLEMAN
25  REPORTED BY:  MARY K. BECKHAM, CSR, RPR
```

```
 1      Q    (By Mr. Adams)  Why?
 2      A    Because I would get ringing in the ears
 3  after working around firearms, and they would be in
 4  my ears.
 5      Q    Any other reason?
 6      A    No.
 7      Q    Other than your medical providers and your
 8  lawyers, who have you told about your hearing loss
 9  or your tinnitus?
10      A    Family members, friends.
11      Q    Okay.  What family members?
12      A    My immediate family, my girlfriend.  She
13  hears about it all the time.
14      Q    What about your siblings?
15      A    Yeah.
16      Q    Your parents?
17      A    Yeah.
18      Q    Children?
19      A    Yes.
20      Q    Any other immediate family members?
21      A    Just the ones I associate myself with, my
22  immediate family.
23      Q    What about friends; who have you discussed
24  your hearing loss or your tinnitus with?
25      A    You want names?
```

```
 1      Q    Yes.
 2      A    Bradford Towry.
 3      Q    Okay.  Where does Bradford live?
 4      A    Broken Arrow.
 5      Q    And what did you tell him?
 6      A    I, you know, can't hear, ringing.  He has
 7   the same issues as I do.
 8      Q    When did you last discuss this with -- and
 9   I apologize.  I missed his last name, with Bradford?
10      A    Did you want his last name again, or did
11   you just want me to answer the question?
12      Q    I'm sure the court reporter got it.  You
13   can just answer the question.
14      A    Okay.  I don't know.  I can't put an exact
15   time on it.  I just -- we discussed it before.
16      Q    How frequently would you discuss this with
17   him?
18           MR. THRONEBERRY:  Object to form.
19      A    I mean, it's not like a hot topic, but I
20   mean, we had talked about it.
21      Q    (By Mr. Adams)  Any other friends you
22   discussed this with?
23      A    I'm sure I have, I just can't come up
24   with, like, names, exactly who.  I've just talked
25   about it.  Like anybody that's close to me, they
```

```
 1                        CERTIFICATE

 2

 3           I, Mary K. Beckham, Certified Shorthand

 4   Reporter, do hereby certify that the above-named JASON H.
     BRANCH, JR., was by me first duly sworn to testify the truth,

 5   the whole truth, and nothing but the truth, in the case

 6   aforesaid; that the above and foregoing videotaped

 7   deposition was by me taken in shorthand and

 8   thereafter transcribed; that the same was taken,

 9   pursuant to stipulations hereinbefore set out; and
     that I am not an attorney for nor relative of any of

10   said parties or otherwise interested in the event of
     said action.

11

12           IN WITNESS WHEREOF, I have hereunto set my
     hand and official seal this 13th day of May, 2022.

13

14

15

16

17

18
                          _Mary K. Beckham_____
19

20                         Mary K. Beckham, CSR, RPR

21                         CSR No. 01053

22

23

24

25
```