# EXHIBIT 2

Civil Action No. 7:20-cv-08577-MCR-GRJ

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Bradford Towry on *(date)* Jun 21, 2022, 11:10 am.

[X] I served the subpoena by delivering a copy to the named individual as follows: Bradford Towry on *(date)* Wed, Jun 22 2022; or

[ ] I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 06/22/22

_____
*Server's signature*

Danny Bacon
_____
*Printed name and title*

3000 W. Memorial Road Ste. 123-113, OKLAHOMA CITY, OK 73120
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Jun 21, 2022, 2:17 pm CDT at 1258 E San Antonio St, Broken Arrow, OK 74012
Spoke with Bradford thru the Ring Door Bell and he stated that he would be home tomorrow.

2) Successful Attempt: Jun 22, 2022, 9:22 am CDT at 1258 E San Antonio St, Broken Arrow, OK 74012 received by Bradford Towry. Age: 42; Ethnicity: Caucasian; Gender: Male; Weight: 220 lbs; Height: 5'10"; Hair: Black;

DOCUMENTS SERVED: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; DEFENDANTS' NOTICE OF REMOTE ORAL AND VIDEOTAPED DEPOSITION OF BRADFORD TOWRY