# EXHIBIT 3

AO 88A  (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

## for the

### Northern District of Florida

| | | |
|---|---|---|
| Thomas Lewis | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   7:20-cv-10872 |
| | ) | |
| 3M Defendants, et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:     Kelly J. Lockhart, aka Kelly Cunningham, Kelly Wright, Kelly Lockhart-Wright,
600 Jade Circle, Haughton, Louisiana 71037

*(Name of person to whom this subpoena is directed)*

☑ Testimony:  YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place:  Via remote deposition, See Attached Exhibit A | Date and Time:  06/23/2022 5:00 pm **CT** |
|---|---|

The deposition will be recorded by this method:   Stenographic and Videographic

❏ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   06/08/2022

| CLERK OF COURT | | |
|---|---|---|
| | OR | *Christina M. Seanor* |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
3M Company, et al.
, who issues or requests this subpoena, are:
Christina Seanor, cseanor@bradley.com, 188 E. Capitol Street, Suite 1000, Jackson, MS 39201, 601-592-9954

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 7:20-cv-10872

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Kelly J. Lockhart, aka Kelly Cunningham, Kelly Wright, Kelly Lockhart-Wright on *(date)* Jun 9, 2022, 10:08 am.

[X]    I served the subpoena by delivering a copy to the named individual as follows: Kelly J. Lockhart, aka Kelly Cunningham, Kelly Wright, Kelly Lockhart-Wright on *(date)* Thu, Jun 09 2022; or

[ ]    I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 06/10/22

_____
*Server's signature*

Michael Malpass
_____
*Printed name and title* Louisiana State Process Server
LA-00017

5825 Southern Avenue, Shreveport, LA 71106
_____
*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Jun 9, 2022, 7:10 pm CDT at 600 Jade Cir, Haughton, LA 71037 received by Kelly J. Lockhart, aka Kelly Cunningham, Kelly Wright, Kelly Lockhart-Wright. Age: 40; Ethnicity: Caucasian; Gender: Female; Weight: 150 lbs; Height: 5'8"; Hair: Brown; Eyes: Brown;

DOCUMENTS SERVED: Subpoena to Testify at a Deposition in a Civil Action with Exhibit A