# EXHIBIT 4

Kelly J. Lockhart (Certificate of Non-Appearance)

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

* * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| IN RE 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO. 3:19-md-02885-MCR-GRJ |
| This Document Relates to: Thomas Lewis Case No: 7:20cv10872-MCR-GRJ | Judge M. Casey Rodgers |
| | Magistrate Judge Gary R. Jones |

* * * * * * * * * * * * * * * * * * * * * * * *

Deposition of
Kelly J. Lockhart
taken on June 23, 2022
commencing at 5:17 p.m.

via Zoom videoconference

Kelly J. Lockhart (Certificate of Non-Appearance)

Page 2

```
 1   APPEARANCES:
 2
 3   ATTORNEYS FOR PLAINTIFFS:
      The Gori Law Firm
 4    156 North Main Street
      Edwardsville, Illinois 62025
 5    618.659.9833
      cthroneberry@gorilaw.com
 6     BY: CAMERON THRONEBERRY, ESQ.
 7
 8   ATTORNEYS FOR 3M DEFENDANTS:
      Bradley Arant Boult Cummings, LLP
 9    188 East Capitol Street, Suite 1000
      Jackson, Mississippi 39215
10    601.948.8000
      cseanor@bradley.com
11     BY: CHRISTINA SEANOR, ESQ.
12
13   ALSO PRESENT:
     Daniel Valentine, Videographer
14
15
16   Reported by:   Evangeline A. Langston, CCR, RPR
                    Certified Court Reporter
17                  in and for the State of Louisiana,
                    Federal Certified Realtime Reporter,
18                  Registered Professional Reporter
19
20
21
22
23
24
25
```

Kelly J. Lockhart (Certificate of Non-Appearance)

Page 3

```
 1       * * * * * * * * * * * * * * * * * * * * *
 2                         I N D E X
 3                                                      Page
 4    Caption                                              1
 5    Appearances                                          2
 6    Examination by
 7    Reporter's Certificate                               8
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Kelly J. Lockhart (Certificate of Non-Appearance)

```
                                                      Page 4
 1       * * * * * * * * * * * * * * * * * * * *
 2                      E X H I B I T S
 3    Number         Description                         Page
 4    Exhibit 1      Defendants' Notice of Remote          6
                     Oral and Videotaped
 5                   Deposition of Kelly J.
                     Lockhart
 6
      Exhibit 2      Subpoena for Kelly J.                 6
 7                   Lockhart
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Golkow Litigation Services - 877.370.DEPS

Kelly J. Lockhart (Certificate of Non-Appearance)

Page 5

1      THE VIDEOGRAPHER:  We are now on the
2  record.  My name is Daniel Valentine.
3  I'm the videographer for Golkow
4  Litigation Services.  Today's date is
5  June 23rd, 2022, and the time is
6  5:17 p.m. Central Time.  This remote
7  video deposition is being held in the
8  matter of 3M Combat Arms Ear Plug
9  Products Liability Litigation; this
10 document relates to Thomas Lewis for the
11 United States District Court, Northern
12 District of Florida, Pensacola Division.
13     The deponent is Kelly J. Lockhart.
14 All parties for this deposition are
15 appearing remotely and agree that the
16 witness is being sworn in remotely.  Due
17 to the nature of remote reporting, please
18 pause briefly before speaking and ensure
19 all parties are heard completely.
20     Counsel, please identify themselves.
21     MS. SEANOR:  This is Christina Seanor,
22 counsel for 3M defendants.
23     MR. THRONEBERRY:  Cameron Throneberry,
24 counsel for plaintiff.
25     MS. SEANOR:  And I'll take it from

Kelly J. Lockhart (Certificate of Non-Appearance)

Page 6

1      there, Daniel.
2          This is Christina Seanor.  It's 5:18
3      on June 23rd, 2022, and we are making a
4      record because the deponent did not
5      appear at the deposition at the noticed
6      date and time.
7          We are attaching two exhibits to this
8      transcript.
9          Exhibit A [sic] is Defendants' Notice
10     of Remote Oral and Videotaped Deposition
11     of Kelly J. Lockhart, advising
12     Ms. Lockhart of the deposition set for
13     today that 5:00 Central Time.
14         (Exhibit Number 1 was marked for
15         identification.)
16         MS. SEANOR:  And the deposition
17     subpoena is Exhibit 2, which is
18     commanding Ms. Lockhart to appear today
19     at June 23rd, 2022, at 5:00 Central, and
20     attaching a Zoom link for her reference
21     to access this deposition.
22         (Exhibit Number 2 was marked for
23         identification.)
24         MS. SEANOR:  She failed to appear.
25         Do you have anything you want to add,

Kelly J. Lockhart (Certificate of Non-Appearance)

Page 7

1         Cameron?
2              MR. THRONEBERRY:  I have nothing.
3              MS. SEANOR:  And we may go off the
4         record.
5              THE VIDEOGRAPHER:  We are off the
6         record at 5:19 p.m.
7              (Proceedings concluded at 5:19 p.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Kelly J. Lockhart (Certificate of Non-Appearance)

Page 8

1                REPORTER'S CERTIFICATE
2
        This certification is valid only for a
3   transcript accompanied by my original signature and
    original required seal on this page.
4        I, EVANGELINE A. LANGSTON, Certified Court
    Reporter in and for the State of Louisiana, as the
5   officer before whom this testimony was administered,
    do hereby certify that Kelly J. Lockhart, after
6   having been duly sworn by me upon authority of R.S.
    37:2554, did testify as hereinbefore set forth in
7   the foregoing 8 pages;
        That this testimony was reported by me in the
8   stenotype reporting method; was prepared and
    transcribed by me or under my personal direction and
9   supervision, and is a true and correct transcript to
    the best of my ability and understanding;
10       That the foregoing transcript has been
    prepared in compliance with transcript format
11  guidelines required by statute or by the Rules of
    the Louisiana Certified Shorthand Reporter Board;
12  and that I am informed about the complete
    arrangement, financial or otherwise, with the person
13  or entity making arrangement for deposition
    services; that I have acted in compliance with the
14  prohibition on contractual relationships, as defined
    by the Louisiana Code of Civil Procedure Article
15  1434 and in rules and advisory opinions of the
    board;
16       That I have no actual knowledge of any
    prohibited employment or contractual relationship,
17  direct or indirect, between a court reporting firm
    and any party litigant in this matter, nor is there
18  any such relationship between myself and a party
    litigant in this matter;
19       That I am not of counsel, not related to
    counsel or the parties herein, nor am I otherwise
20  interested in the outcome of this matter.
21
22
23                    _____
                      EVANGELINE A. LANGSTON, FCRR
24                    CCR #27019, RPR #31609
25

Golkow Litigation Services - 877.370.DEPS