# EXHIBIT 6

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | | |
|---|---|---|
| Aaron Brady | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 7:20cv68945-MCR-GRJ |
| | ) | |
| 3M Defendants, et al. | ) | |
| *Defendant* | ) | |

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

To: Sondra (Dalrymple) Brady, 36381 Rock River Rd., Barnesville, OH 43713-9773

*(Name of person to whom this subpoena is directed)*

☑ Testimony: YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Via remote deposition | Date and Time: 07/01/2022 12:00 pm Eastern |
|---|---|

The deposition will be recorded by this method: Stenographic and Videographic

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 06/15/2022

*CLERK OF COURT*

OR

/s/ W. Gregory Lockwood

*Signature of Clerk or Deputy Clerk*   *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendants, 3M Company, et al. , who issues or requests this subpoena, are:

Greg Lockwood, Gordon & Rees, 1300 SW Fifth, Ste. 2000, Portland, OR 97204 wglockwood@grsm.com 503-382-3855

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 7:20cv68945-MCR-GRJ

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Sondra (Dalrymple) Brady
on *(date)* 06/14/2022 .

☑ I served the subpoena by delivering a copy to the named individual as follows: Personal service to Sondra (Dalrymple) Brady at 36381 Rock River Rd., Barnesville, OH 43713, her usual place of abode, at 5:30PM
on *(date)* 06/15/2022 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/17/2022

_____
Server's signature

Pete Bendo -- Private Process Server, on behalf of
*Printed name and title*

MercuryPDX
PO Box 2274
Portland, OR 97208
503-247-8484

*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Cover Letter, Subpoena to Testify at a Deposition in a Civil Action, and Defendants' Notice of Remote Oral and Videotaped Deposition.