# EXHIBIT A

| Plaintiff ID | Plaintiff Name | Cause No. | Missing Discovery Responses |
|---|---|---|---|
| 5543 | Nicholas Baccus | 7:20-cv-00643-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| 8120 | Kedric Williams | 7:20-cv-47465-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| 57910 | Lisa Johnsonjewell | 7:20-cv-09077-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| 59507 | John Poper | 7:20-cv-08956-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| 61340 | Douglas Davis | 7:20-cv-14376-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| 61614 | Calvin Elliott | 7:20-cv-15487-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| 62971 | Christopher Kirkham | 7:20-cv-14756-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| 69246 | Wayne Mclean | 7:20-cv-82163-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| 76217 | Christopher Glavach | 8:20-cv-34007-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| 76232 | Cassandra Jackson | 8:20-cv-34040-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| 89938 | Billy Prince | 7:20-cv-21947-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| 93859 | Christopher Forsythe | 7:20-cv-73108-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| 134008 | Paul Porter | 7:20-cv-60338-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| 137377 | Garry Brown | 8:20-cv-36621-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| 137538 | Jason Clark | 8:20-cv-37809-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| 158606 | John Fuhrman | 7:20-cv-66248-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| 169819 | Jeffery Williams | 7:20-cv-63393-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| 188767 | Steven Humbert | 7:20-cv-96787-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| 190059 | Scott Rose | 8:20-cv-30296-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| 190394 | Richard Rodgers | 8:20-cv-32761-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| 195309 | Marcus Hamlett | 8:20-cv-39785-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| 196720 | Nelson Boyer | 8:20-cv-42645-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| 213623 | Jesse Dodrill | 8:20-cv-66120-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| 213717 | Gregory Harris | 8:20-cv-67382-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |

| | | | |
|---|---|---|---|
| **224273** | Stacy Baker | 8:20-cv-75427-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| **227102** | William Priest | 8:20-cv-77742-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| **227882** | Shannon Campbell | 8:20-cv-80191-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| **242985** | Michael Carlson | 8:20-cv-97933-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| **252743** | Jonas Sinegal | 9:20-cv-10201-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| **259412** | Christopher King | 9:20-cv-05116-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| **270794** | Edward Steele | 9:20-cv-13801-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| **272747** | Larissa Todd | 3:21-cv-01843-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| **281600** | James Farkas | 7:21-cv-03280-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| **282985** | Nuria Santos | 7:21-cv-05416-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| **285813** | Anthony Lewis | 7:21-cv-08298-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| **120224** | Johnroel Samaniego | 7:20-cv-26734-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| **121357** | Matthew Johnson | 7:20-cv-28326-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| **122986** | Robert Dimich | 7:20-cv-29413-MCR-GRJ | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| **129938** | Adam Bazar | 7:20-cv-51706-MCR-GRJ | Responses to First Set of Requests for Production |