UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-md-2885 ) ) ) |
| This Document Relates to the Master Docket | ) Judge M. Casey Rodgers ) Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, Tanja Engelhardt of The Gori Law Firm, hereby moves this Court for an Order granting admission to practice *pro hac vice* in the above-styled case, and in support states as follows:

1. Movant is admitted to practice and is a member in good standing of the bar of Illinois, where Movant regularly practices. A copy of the certificates of good standing from Illinois dated within 30 days of this motion are attached hereto as Exhibit "A."

2. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Attorney Admission Tutorial, tutorial confirmation FLND16565215696424, and the online CM/ECF Attorney User's Guide.

3. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

4. Movant has upgraded her PACER account to "NextGen."

5. Movant is an attorney of record in the following active docket cases: *Neil Moran v. 3M Company, et al., 3:22-cv-685* and Douglas Tise *v. 3M Company, et al. 3:22-cv-688*

WHEREFORE, Tanja Engelhardt respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted this 1st day of July 2022.

                                              THE GORI LAW FIRM

                                              */s/ Tanja Engelhardt*
                                              Tanja Engelhardt
                                              Illinois Bar No. 6334148
                                              156 N. Main Street
                                              Edwardsville, IL 62025
                                              (618) 659-9833 - Telephone
                                              (618) 659-9834 – Facsimile
                                              tengelhardt@gorilaw.com

CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(f), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system which will provide electronic notice of same to all counsel of record.

Dated this 1st day of July 2022

*/s/ Tanja Engelhardt*
Tanja Engelhardt
Illinois Bar No. 6334148
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 - Telephone
(618) 659-9834 – Facsimile
tengelhardt@gorilaw.com