UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: the Master Docket and<br>*Christopher Hume v. 3M Company, et al.*, Case No. 7:20-cv-46251-MCR-GRJ;<br>*Josh Jackson v. 3M Company, et al.*, Case No. 7:20-cv-46364-MCR-GRJ;<br>*Clair Nunes v. 3M Company, et al.*, Case No. 7:20-cv-44032-MCR-GRJ | MDL No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**AMENDED MOTION OF ZOEY M. SURDIS TO APPEAR *PRO HAC VICE***

This Motion is submitted in amendment to the prior motion (Docket #3228) and Order (Docket #3236) in this matter.

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Zoey M. Surdis, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above styled case, and in support thereof states as follows:

1. Movant resides in California and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing

   of the bar of California (State Bar No. 332605). A copy of a

Certificate of Good Standing from California dated within 30 days of this Motion is attached hereto as Exhibit "A."

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, Admission Tutorial, confirmation number **FLND16554128896360**, and the CM/ECF Online Tutorials.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen."

6. Movant intends to perform legal services in this MDL as an attorney for Plaintiff's law firm Gibbs Law Group, 1111 Broadway, Suite 2100 Oakland, CA 94607, representing their clients, including as counsel for Plaintiffs in:

- ***Christopher Hume v. 3M Company, et al.*, Case No. 7:20-cv-46251-MCR-GRJ**
- ***Josh Jackson v. 3M Company, et al.*, Case No. 7:20-cv-46364-MCR-GRJ**
- ***Clair Nunes v. 3M Company, et al.*, Case No. 7:20-cv-44032-MCR-GRJ**

7. Once this Motion is granted, Movant will file a Notice of Appearance in the master docket, *In re 3M Combat Arms Earplug Products Liability Litigation*, No. 3:19-md-2885. Movant will also file Notices of Appearance as attorney of record for Plaintiffs in the individual actions listed in Paragraph 6.

WHEREFORE, Zoey M. Surdis respectfully requests that this Court enter an Order granting Zoey M. Surdis of Gibbs Law Group to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: July 1, 2022                                                                 Respectfully submitted,

*/s/ Zoey M. Surdis*
Zoey M. Surdis
GIBBS LAW GROUP LLP
zms@classlawgroup.com
1111 Broadway, Suite 2100
Oakland, CA 94607
Work Phone: (510) 929-4425
Cell Phone: (415) 505-7504
Fax: (510) 350-9701
CA Bar #: 332605

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 1st day July 2022, a true and correct copy of the foregoing Amended Motion of Zoey M. Surdis to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Zoey M. Surdis*
Zoey M. Surdis
GIBBS LAW GROUP LLP
zms@classlawgroup.com
1111 Broadway, Suite 2100
Oakland, CA 94607
Work Phone: (510) 929-4425
Cell Phone: (415) 505-7504
Fax: (510) 350-9701
CA Bar #: 332605

**The State Bar**
*of California*

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

July 5, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ZOEY M. SURDIS, #332605 was admitted to the practice of law in this state by the Supreme Court of California on January 11, 2021 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records