# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-MD-2885 ) ) ) Judge M. Casey Rodgers ) |
| This Document Relates to: | ) Magistrate Judge Gary R. Jones ) |
| Charles Byrd Civil Case No. 7:20-cv-12573 | ) ) |

**DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF CHARLES BYRD**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure ("FRCP"), Defendants 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC (collectively "Defendants"), hereby request that Plaintiff Charles Byrd respond to the following First Set of Requests for Production no later than thirty (30) days after service of these requests, and produce the following Documents And things for inspection And copying at the offices of Dechert LLP, 633 West 5th Street, Suite 4900, Los Angeles, California 90071, the offices of Kirkland & Ellis LLP at 300 North LaSalle, Chicago, Illinois 60654, or by providing an electronic copy of the following Documents And things via email to 3MWave1PlaintiffProductionDelivery@kirkland.com.

**DEFINITIONS**

1

All Documents And Communications Concerning Any injuries, including Any exacerbated conditions, that You allege arise from Your use of the Relevant Earplugs.

**REQUEST FOR PRODUCTION NO. 7:**

All Documents And Communications Concerning Any damages sought in the Master Long Form Complaint And Your Master Short Form Complaint that You allege arise from Your use of the Relevant Earplugs.

**REQUEST FOR PRODUCTION NO. 8:**

All Documents And Communications identified in Exhibit B to Pretrial Order 18 And that You consulted in responding to Interrogatories And/Or the Initial Census Questions.

**REQUEST FOR PRODUCTION NO. 9:**

All Documents Or Communications Concerning Any litigation Or lawsuits Concerning the Relevant Earplugs.

**REQUEST FOR PRODUCTION NO. 10:**

All data And electronically stored information regarding your hearing And hearing health from Any and All smartphones, tablets, Apple Watches, hearing aids, Or other electronic devices from one year preceding the date you first used the CAEv2 earplugs until present, including but not limited to hearing aid usage, headphone audio level data, audiograms, environmental sound levels, noise

exposure levels, headphone notifications, And noise notifications. Defendants are prepared to meet and confer to discuss a process or protocol for production of this information.

DATED:  March 3, 2022                                  Respectfully submitted,

                                                  */s/ Mark Nomellini*
Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mark.nomellini@kirkland.com

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

*Attorneys for Defendant 3M Company*