# EXHIBIT 2



# *Hearing Health Data Navigation & Capture*

### *Gathering Audiogram, Environmental Sound Levels, Headphone Notifications, & Noise Notifications*

Apple iOS devices can hold sounds and haptics-related data within the iOS settings as well as hearing health-related data within the health application. This guide will outline the steps to navigate and capture this data within Apple iOS.

## Headphone Safety Data Navigation and Capture

1. **Navigate to the home screen of your iOS Device as shown below:**





2. **Open the settings application.**

1

3. Within the Settings application, navigate to "Sounds & Haptics" -> "Headphone Safety" as shown below:



4. **Capture a screen shot of the Headphone Safety screen as shown below:**



Note: To take a screenshot of this screen, simply refer to the link below provided by Apple support or see the instructions provided at the end of this document. Ref: https://support.apple.com/en-us/HT200289

# Health Application Hearing Data Navigation and Capture

**Step 1: Navigate to the health application by searching in the spotlight or by entering the application itself.**

Ref: [iOS - Health - Apple](#)

**Spotlight Search**                    **Health App Home Screen**




**Step 2: Once in the application navigate to the browse function at the lower right-hand side of the screen. (Highlighted in RED)**



**Step 3: Select the Hearing Health Category from the populated list. (Highlighted in RED) This will bring you to the Hearing landing page as shown below:**



**Step 4: Acquire screen captures of hearing data within the Hearing page and the following fields:**

When you arrive at this page you will see **(5) subcategories,** all of which give you different information depending on how your device is set up. The following is a step-by-step guide to capturing the data within these five subcategories and the "All Data Fields" category.

1. Take a screen shot of the Hearing landing page



1. *Headphone Audio Levels*

    2. Next, click on "Headphone Audio Levels," highlighted in **RED** below.

    

    3. Take screenshots of all available data shown on the "Headphone Audio Levels" screen.  After capturing the first screen, click on "Show More Data," highlighted in **RED** below.

    

4. This will bring up a new window. The top-most bar (Highlighted in **RED**) indicates the time frame captured and subsequently changes the data in the graph. For this set of captures, select the Month, 6-Month, and Year categories at the top of the screen and take a screenshot of each. These capture examples are highlighted in red below:



5. In addition, from each tab, you can access data for earlier date ranges by swiping left within the graph. Take a screenshot of each screen of available data.
6. Return to the main "Headphone Audio Levels" screen, scroll to the bottom and select "Show All Data."
7. Scroll to the bottom and take screenshots of all available data.

## *2. Audiogram*

1. Return to the Hearing landing page and select the Audiogram tab highlighted in **RED** below to access Audiogram data. If your device has a record of hearing tests through any linked applications, that data will show up here. Take screenshots of all available Audiogram data:



2. Return to the main "Audiogram" screen, scroll to the bottom and select "Show All Data."
3. Scroll to the bottom and take screenshots of all available data.

## *3. Environmental Sound Levels*

1. Return to the Hearing landing page and select Environmental Sound Levels, highlighted in **RED** below. The "Show More Data" path captures will be an identical process to the headphone audio levels data above. Take screenshots of all data available for the scrolling month, 6-month, and year categories. Examples are shown below:





2. Return to the main "Environmental Sound Levels" screen, scroll to the bottom and select "Show All Data."
3. Scroll to the bottom and take screenshots of all available data.

## 4. Headphone Notifications

1. Return to the Hearing landing page and select "Headphone Notifications", highlighted in **RED** below. The "Show More Data" path captures will be an identical process to the headphone audio levels data above. Take screenshots of all data available for the scrolling month, 6-month, and year categories.



2. Return to the main "Headphone Notifications" screen, scroll to the bottom and select "Show All Data."
3. Scroll to the bottom and take screenshots of all available data.

## 5. Noise Notifications

1. Return to the Hearing landing page and select "Noise Notifications", highlighted in **RED** below. The "Show More Data" path captures will be an identical process to the headphone audio levels data above. Take screenshots of the scrolling month, 6-month, and year categories.



2. Return to the main "Noice Notifications" screen, scroll to the bottom and select "Show All Data."
3. Scroll to the bottom and take screenshots of all available data.

# Creating a Screen Capture within iOS

## How to take a screenshot on iPhone 13 and other models with Face ID

1. Press the side button and the volume up button at the same time.



2. Quickly release both buttons.
3. After you take a screenshot, a thumbnail temporarily appears in the lower-left corner of your screen. Tap the thumbnail to open it or swipe left to dismiss it.

## How to take a screenshot on iPhone models with Touch ID and side button

1. Press the side button and the Home button at the same time.



2. Quickly release both buttons.

3. After you take a screenshot, a thumbnail temporarily appears in the lower-left corner of your screen. Tap the thumbnail to open it or swipe left to dismiss it.

## How to take a screenshot on iPhone models with Touch ID and top button

1. Press the top button and the Home button at the same time.



2. Quickly release both buttons.
3. After you take a screenshot, a thumbnail temporarily appears in the lower-left corner of your screen. Tap the thumbnail to open it or swipe left to dismiss it.

## Upload of user-created screen capture data

Counsel should produce screenshots to Defendants via MDL Centrality or via the Electronically Stored Information (ESI) email Mailbox that the Defendants' have created (3MWave1PlaintiffProductionDelivery@kirkland.com).  All deliveries to the ESI Mailbox must include the name and MDL Centrality Plaintiff ID for the plaintiff whose data is being delivered.