# EXHIBIT 4

7/1/22, 11:16 AM
Collect health and fitness data on iPhone - Apple Support (UK)
Case 3:19-md-02885-MCR-HTC   Document 3265-4   Filed 07/01/22   Page 2 of 4

**iPhone User Guide**   Communities   Contact Support

Select version:

iOS 13 ⌄

Table of Contents ⊕

# Collect health and fitness data on iPhone

The Health app 💟 can track your daily footsteps and the flights of stairs you climb. You can manually add other data like body weight and caffeine intake, and track additional data with other apps (such as nutrition and fitness apps) and devices that are compatible with Health (such as Apple Watch, AirPods, weight scales, and blood pressure monitors).



## Manually update your health profile

When you first open Health, you're asked to set up a health profile with basic information such as your date of birth and sex. If you don't supply all of the requested information, you can update your profile later.

1. Tap your profile picture at the top right of the Summary screen.

    If you don't see your profile picture, tap Summary at the lower left.

2. Tap Health Profile, then tap Edit.



3. Tap a field, make a change, then tap Done.

## Manually add data to a health category

1. Tap Browse at the bottom right to display the Health Categories screen, then do one of the following:

   - Tap a category. (To see all categories, scroll down.)

   - Tap the search field, then type the name of a category (such as body measurements) or a specific type of data (such as weight).

   If you don't see the Health Categories screen, tap Browse again at the bottom right.

2. Tap 〉 for the data you want to update.

3. Tap Add Data at the top-right corner of the screen.

4. Add your information, then tap Add or Done in the top-right corner of the screen.

## Collect data from other sources

- *From Apple Watch:* After you pair iPhone with Apple Watch, a periodic heart rate measurement is automatically sent from Apple Watch to Health. You can also set up Apple Watch to send activity metrics, noise levels, and more to Health. See the Apple Watch User Guide.

- *From headphones:* After you connect EarPods, AirPods, and other compatible headphones to your iPhone, the headphones' audio levels are automatically sent to Health.

- *From an app that you download from the App Store:* As you set up the app, you can allow it to share data with Health.

- *From another device:* Follow the setup instructions for the device.

7/1/22, 11:16 AM       Collect health and fitness data on iPhone – Apple Support (UK)

Case 3:19-md-02885-MCR-HTC   Document 3265-4   Filed 07/01/22   Page 4 of 4

If it's a Bluetooth device, you need to pair it with iPhone. Follow the instructions that came with the device to put it in discovery mode, go to Settings  > Bluetooth, turn on Bluetooth, then tap the name of the device.

**WARNING:** iPhone and Apple Watch aren't medical devices. See Important safety information for iPhone.

**Helpful?**   Yes    No

**Previous**
Adjust map settings

**Next**
View health and fitness information

Support    |   iPhone User Guide   |   Collect health and fitness data on iPhone

Copyright © 2022 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Site Map | Use of Cookies    UK

https://support.apple.com/en-gb/guide/iphone/iphbb8259c61/13.0/ios/13.0       3/3