# EXHIBIT 5

**Apple Watch User Guide**	Communities	Contact Support

Select version:

watchOS 8 ⌄

Table of Contents ⊕

# Measure noise levels with Apple Watch

The Noise app  on Apple Watch SE and Apple Watch Series 4 and later measures the ambient sound levels in your environment using the microphone and duration of exposure. When Apple Watch detects that the decibel level has risen to a point where hearing could be affected, it can notify you with a tap on the wrist.

*Note:* The Noise app uses the microphone to sample and measure the sound levels in your environment. Your Apple Watch doesn't record or save any sounds to measure these levels.



## Set up the Noise app

1. Open the Noise app  on your Apple Watch.
2. Tap Enable to turn on monitoring.
3. To measure the environmental noise around you in the future, open the Noise app or use the Noise complication.

## Get noise notifications

1. Open the Settings app ⚙ on your Apple Watch.
2. Go to Noise > Noise Notifications, then choose a setting.

You can also open the Apple Watch app on your iPhone, tap My Watch, then go to Noise > Noise Threshold.

## Turn off noise measuring

1. Open the Settings app ⚙ on your Apple Watch.

2. Go to Noise > Environmental Sound Measurements, then turn off Measure Sounds.

You can also open the Apple Watch app on your iPhone, tap My Watch, tap Noise, then turn off Environmental Sound Measurements.

---

📖 **Download this guide:** Apple Books | PDF

---

**Helpful?**  [ Yes ]  [ No ]

---

**‹ Previous**
News

**Next ›**
Monitor your environmental noise exposure

---

Support    Apple Watch User Guide    Measure noise levels with Apple Watch

---

Copyright © 2022 Apple Inc. All rights reserved.   Privacy Policy | Terms of Use | Sales and Refunds | Site Map | Use of Cookies    UK