# EXHIBIT 6

# Use the Noise app on your Apple Watch

With the Noise app, you can enable Noise notifications to alert you when your Apple Watch identifies sound levels in your environment that could affect your hearing.

## How Noise notifications work

Apple Watch will periodically measure the sound levels throughout the day while you're wearing your watch. This uses the microphone but does not record or save any sounds. If the average sound level over three minutes reaches or exceeds a chosen decibel threshold, your Apple Watch can notify you.

These notifications are only available with watchOS 6 on Apple Watch Series 4 or later.

## How to turn on Noise notifications

1. On your iPhone, open the Apple Watch app.
2. Tap the My Watch tab, then tap Noise.
3. Tap Noise Threshold, then choose a decibel level.

You can also adjust notifications directly from your Apple Watch. Go to Settings > Noise.

## How to turn off Noise notifications

1. On your iPhone, open the Apple Watch app.
2. Tap the My Watch tab, then tap Noise.
3. Tap Noise Threshold, then tap Off.

You can also adjust notifications directly from your Apple Watch. Go to Settings > Noise.



## How to measure the sound levels around you

After you set up the Noise app, you can open the app to measure sound levels around you or add a Noise complication to your watch face to view this information at a glance.

7/1/22, 11:21 AM
Case 3:19-md-02885-MCR-HTC   Document 3265-6   Filed 07/01/22   Page 3 of 4
Use the Noise app on your Apple Watch – Apple Support

You can also check Environmental Sound Levels, Headphone Audio Levels, and Noise Notifications in the Hearing category in the Health app on your iPhone. Learn how to set up and use the Health app.

To completely turn off Noise measurements, turn off Environmental Sound Measurements.

## Things you should know

- Sound levels are measured in A-weighted decibels.
- Long-term exposure to sounds below 80 decibels should not affect your hearing. Sounds measured at this level appear as OK in the app.
- Repeated, long-term exposure to sounds above 80 decibels can lead to permanent damage. Consider using hearing protection or moving to a quieter area. Sounds measured at this level appear as Loud in the app.
  - 80 decibels: Around 5 hours and 30 minutes a day at this level can cause temporary hearing loss. The weekly limit at this level is 40 hours.
  - 85 decibels: Around 1 hour and 45 minutes a day at this level can cause temporary hearing loss. The weekly limit at this level is around 12 hours and 30 minutes.
  - 90 decibels: Around 30 minutes a day at this level can cause temporary hearing loss. The weekly limit at this level is 4 hours.
  - 95 decibels: Just 10 minutes a day at this level can cause temporary hearing loss. The weekly limit at this level is around 1 hour and 15 minutes.
  - 100 decibels: Even a few minutes a day at this level can cause temporary hearing loss. The weekly limit at this level is around 20 minutes.
- Water and wind can affect the accuracy of sound levels. Consider using Water Lock while in water-based activities.
- Measurements are suspended when Apple Watch is in Water Lock or while the microphone or speaker is in use.

## Learn more

Safe listening devices and systems: a WHO-ITU standard

Information about products not manufactured by Apple, or independent websites not controlled or tested by Apple, is provided without recommendation or endorsement. Apple assumes no responsibility with regard to the selection, performance, or use of third-party websites or products. Apple makes no representations regarding third-party website accuracy or reliability. Contact the vendor for additional information.

Published Date: December 03, 2021

Helpful?   Yes   No

## Start a discussion in Apple Support Communities

7/1/22, 11:21 AM
Case 3:19-md-02885-MCR-HTC   Document 3265-6   Filed 07/01/22   Page 4 of 4
Use the Noise app on your Apple Watch – Apple Support

Ask other users about this article

Submit my question

See all questions on this article  >

Support    Use the Noise app on your Apple Watch

Copyright © 2022 Apple Inc. All rights reserved.    Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Site Map                    United States