# EXHIBIT 7

# iPhone User Guide

Communities     Contact Support

iOS 15

Search this guide

Table of Contents ⊕

# Check your headphone levels on iPhone

While using headphones with iPhone, you can check whether the audio level is OK by viewing the Hearing control in Control Center. In the Health app 🫀, you can review the history of your headphone listening habits.

## Check your headphone level while you listen

1. Go to Settings ⚙ > Control Center, then add Hearing.
2. Connect your headphones, then play audio.
3. Open Control Center, then tap 👂.

    The audio level (in decibels) of your headphones is displayed on the Headphone Level meter.

*Note:* You can also tap Live Listen (below the Headphone Level meter) to turn Live Listen on or off. See Use iPhone as a remote microphone with Live Listen. Typically, headphone level monitoring and Live Listen aren't used at the same time. The Headphone Level monitor is intended for listening to audio playback. Live Listen is intended for listening to external sounds with the iPhone microphone.

## Check your headphone levels over time

1. In Health, tap Browse at the bottom right, then tap Hearing.
2. Tap Headphone Audio Levels, then do any of the following:

    - *View exposure levels over a time period:* Tap the tabs at the top of the screen. (All levels are measured in decibels.)
    
    - *Learn about the sound level classifications:* Tap ⓘ.
    
    - *Change the time span displayed in the graph:* Swipe the graph left or right.
    
    - *See details about a moment in time:* Touch and hold the graph, then drag to move the selection.
    
    - *View details about average exposure:* Tap Show All Filters, then tap Daily Average.
    
    - *View a line representing average exposure:* Tap Exposure below the graph.

- *View the high and low range:* Tap Show All Filters, then tap Range.

- *Filter the data by headphones:* Tap Show All Filters, scroll to the bottom of the screen, then choose one of your headphones.

- *View highlights:* Scroll down; to see more, tap Show All.

Headphone audio measurements are most accurate when using Apple or Beats headphones. Audio played through other headphones can be estimated based on the volume of your iPhone.

See also

Improve the accuracy of audio measurements for third-party Bluetooth headphones

**Helpful?**  Yes  No

**Previous**
Use headphone audio level features

**Next**
Intro to sleep schedules

Support     iPhone User Guide     Check your headphone levels on iPhone

Copyright © 2022 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Site Map     United States