# EXHIBIT 11

```
 1                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF FLORIDA

 2                    PENSACOLA DIVISION

 3

    IN RE:  3M COMBAT ARMS     )Case No. 3:19-md-2885-MCR-GRJ

 4  EARPLUG PRODUCTS LIABILITY)

    LITIGATION                 )

 5                             )Judge M. Casey Rodgers

    This Document Relates to  )Magistrate Judge Gary R. Jones

 6                             )

    Charles Grant Byrd        )

 7  No. 7:20-cv-12573-MCR-GRJ )

 8

 9

10

11

12            Videotaped Remote Deposition of

                 CHARLES GRANT BYRD, III

13            taken on behalf of the Defendant

                     May 4, 2022

14                   * * * * * *

15

16

17

18

19

20

21

22

23

24

25
```

Charles Grame Byrd, III

 1   that when you submitted these responses to 3M's First

 2   Set of Interrogatories?

 3        A.   Yeah.  2022, yes.

 4        Q.   I'll mark these interrogations as Defendant's

 5   Exhibit 1.

 6             I'm going to scroll down here quickly to the

 7   bottom because I want to show you the last page.  This

 8   says Verification at the top, and you affirmed under

 9   oath that these responses are accurate; correct?

10        A.   Yes.

11        Q.   That's your signature there?

12        A.   Yes.

13        Q.   When you were reviewing these interrogatory

14   responses to prepare for your deposition, did you see

15   anything in there that you need to change today?

16        A.   No.

17        Q.   So the information contained in these

18   responses is still accurate; correct?

19        A.   Correct.  Yes.

20        Q.   Do you have an iPhone?

21        A.   Yes.

22        Q.   Have you ever looked at your hearing data

23   that's kept by your iPhone?

24        A.   No.

25        Q.   Did you look on your iPhone for that hearing

```
 1   data to respond to 3M's discovery in this case?

 2        A.   No.

 3        Q.   You first enlisted in the Army in 2005;

 4   correct?

 5        A.   Yes.

 6        Q.   Do you remember the exact date?

 7        A.   July 5th -- yeah.  That was when I was sworn

 8   in, July 5th.

 9        Q.   And you remained in the Army until you were

10   discharged on February 4th, 2009.  Do I have that right?

11        A.   Correct.

12        Q.   Let me ask you this:  Did you use the Combat

13   Arms Version 2 Earplugs during your military service?

14        A.   The 3M, yes.

15        Q.   Did you call them something when you were

16   using them?

17        A.   Earplugs.

18        Q.   Okay.  How do you know that they were made by

19   3M?

20        A.   It said it on -- it had 3M on the box and the

21   plastic, I believe.

22        Q.   And how do you know that they were the Combat

23   Arms Version 2 made by 3M?

24        A.   Because of the flanges, I guess.

25        Q.   Can you describe them to me?
```

Charles Grane Byrd, III

```
 1                    CERTIFICATE OF REPORTER

 2

 3

 4

 5              I, MARY JOY SPRINGER, a Certified

 6    Shorthand Reporter within, do hereby certify that the

 7    witness whose testimony appears in the foregoing deposition

 8    was duly sworn by me; that the testimony of said

 9    witness was taken by me to the best of my ability and

10    thereafter reduced to typewriting under my direction;

11    that I am neither counsel for, related to, nor employed

12    by any of the parties to the action in which this

13    deposition was taken, and further that I am not a

14    relative or employee of any attorney or counsel employed

15    by the parties thereto, nor financially or otherwise

16    interested in the outcome of the action.

17

18

19              _____
                      MARY JOY SPRINGER
                     Certified Shorthand Reporter

                MARY JOY SPRINGER,

20              Certified Shorthand Reporter

21

22

23

24

25
```