# EXHIBIT 12

```
 1                 UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF FLORIDA
 2                    PENSACOLA DIVISION

 3

     ------------------------------§
 4   IN RE:  3M COMBAT ARMS EARPLUG §Case No.
     PRODUCTS LIABILITY LITIGATION  §3:19-md-2885-MCR-GRJ
 5                                  §
     This Document Relates to:      §Judge M. Casey Rodgers
 6   Jonathon Bussart               §
                                    §Magistrate Judge Gary R.
 7   Case No. 7:20-cv-11456-MCR-GRJ §Jones

 8
                          - - -
 9
                      MAY 3, 2022
10
                          - - -
11

12        Videotaped virtual deposition of Jonathon
     Bussart, held remotely via Zoom, commencing at 2:05
13   p.m., on the above date, before Amanda L.
     Daniel-Ennis, Stenographic Court Reporter.
14

15

16

17

18

19

20

21

22                        - - -
23             GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
24                   deps@golkow.com
25
```

Jonathon Bussart

```
 1    alleged injuries have negatively impacted your marriage?

 2        A.    Yes, ma'am.

 3        Q.    How so?

 4        A.    Primarily, it's typically volume levels when

 5    it's audio devices.  It can be -- it can be frustrating

 6    at times it affects my hearing in social settings, and

 7    it's generally just frustrating.

 8        Q.    Frustrating for whom?

 9        A.    For myself and my wife at times.

10        Q.    Do you have an iPhone?

11        A.    I do.

12        Q.    Do you keep the software updated?

13        A.    Typically.  I think so, yeah.  I mean, it won't

14    update if I don't have it on WiFi or something like

15    that, but typically I do.

16        Q.    Have you checked your -- to respond to

17    discovery in this case, have you checked your iPhone for

18    any of the hearing data?

19        A.    I don't understand the question.

20        Q.    Okay.  I take it that means you haven't looked

21    for hearing data to send to your lawyers in this

22    lawsuit?

23        A.    If I have, it would've been whatever was in my

24    VA medical records.  I can't recall.

25        Q.    Okay.  So let me clarify.  Your iPhone keeps
```

Jonathon Bussard

```
 1    hearing data, right?

 2         A.    I'm not aware of that.  You'd have to defer to

 3    a technical expert.

 4         Q.    Okay.  So I just want to clarify it.  If you

 5    weren't aware of it, then you don't know how to find it,

 6    and presumably you didn't look for it, correct?

 7         A.    No, ma'am.

 8         Q.    Okay.  All right.  You said you have a son and

 9    daughter, what's your son's name and age?

10         A.    Stepson and daughter.  My stepson's W▓▓▓▓▓

11    T▓▓▓▓  Ho▓▓▓▓▓▓▓ is his full name.  He is freshly 16.

12    We have a new driver in the house.  And my daughter,

13    E▓▓, will be four this July.

14         Q.    So W▓▓▓▓▓▓, do you call him W▓▓▓▓▓?

15         A.    We call him B▓▓▓▓.

16         Q.    B▓▓▓▓?

17         A.    Yes, ma'am.

18         Q.    So B▓▓▓▓ is 16 and E▓▓▓ is four?

19         A.    Correct.

20         Q.    And both are your --

21         A.    Well, she will be 4, she's not 4 yet.

22         Q.    Okay.  Both are your stepchildren?

23         A.    No.

24         Q.    No, E▓▓▓ is yours?

25         A.    Yes, ma'am.
```

Jonathon Bussart

```
 1                C E R T I F I C A T E

 2

 3          I, AMANDA L. DANIEL-ENNIS, Stenographic Court

 4   Reporter, do hereby certify that, pursuant to notice,

 5   the deposition of JONATHON BUSSART was remotely taken on

 6   May 3, 2022 at 2:05 p.m. before me.

 7          The said JONATHON BUSSART was duly sworn by me

 8   according to law to tell the truth, the whole truth, and

 9   nothing but the truth, and thereupon did testify as set

10   forth in the above transcript of testimony.  The

11   testimony was taken down by me stenographically.  I do

12   further certify that the above deposition is full,

13   complete, and a true record of all the testimony given

14   by the said witness.

15

16   _____

17          AMANDA L. DANIEL-ENNIS, COURT REPORTER

18

19          (The foregoing certification of this transcript

20   does not apply to any reproduction of the same by any

21   means, unless under the direct control and/or

22   supervision of the certifying reporter.)

23

24

25
```