# EXHIBIT 13

```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF FLORIDA
 2                     PENSACOLA DIVISION

                         _____
 3

 4              Case No. 3:19-md-2885-MCR-GRJ
 5                 Judge M. Casey Rodgers
               Magistrate Judge Gary R. Jones

 6

 7   IN RE: 3M COMBAT ARMS EARPLUG       )
     PRODUCTS LIABILITY LITIGATION       )
 8                                       )
     This Document Relates to:           )
 9   Christa S. Weaver-Regester          )
     Case No: 7:20cv15741-MCR-GRJ        )
10                                       )
                                         )
     _____
11
12       VIDEOTAPED VIDEO CONFERENCING DEPOSITION OF
13              CHRISTA S. WEAVER-REGESTER
14
                Taken by counsel for 3M Defendants,
15   pursuant to Fed.R.Civ.P 30 and MDL 2885 Pretrial Order
     No. 35, before Twyla Donathan, Registered Professional
16   Reporter and Notary Public, via Zoom Videoconferencing,
     on May 9, 2022, at 9:03 a.m. EST.
17
18
19
20
21
22
23
24
```

```
 1      Q    What brands have you tried?
 2      A    No brands.  Just different apps for my
 3   phone.
 4      Q    Do you use them with in-the-ear earphones,
 5   or do you use over-the-ear earphones?
 6      A    Yeah, I'm sorry.  AirPods.  And I've got an
 7   old set of AirPod type things.  I believe that I've
 8   used those two a few times.
 9      Q    When you run those apps, do you run those
10   on your phone or on an iPad or on a CP?
11      A    On my phone.
12      Q    What type of phone do you have?
13      A    An iPhone 13 Mini.
14      Q    How long have you had that one?
15      A    Since January.
16      Q    What kind did you have before that?
17      A    Another iPhone 13 Mini that had been
18   broken.  I got it in October.  And before that I had
19   an iPhone 11, I believe.
20      Q    Have you taken any steps to secure any of
21   the audio-related data from either of your iPhones?
22      A    No, sir.
23      Q    Prior to your iPhone 13 Mini, did you have
24   a cellular phone?
```

```
 1   STATE OF WEST VIRGINIA,
 2   COUNTY OF KANAWHA, to-wit:
 3
 4              I, Twyla Donathan, RPR, a duly
     commissioned Notary Public for the County and State
 5   herein, do hereby certify that the foregoing
     deposition of CHRISTA S. WEAVER-REGESTER was duly taken
 6   by  and before me via Zoom Video Conferencing at the
     time and for the purpose specified in the caption
 7   hereof,  the said witness having been by me first duly
     sworn.
 8              That the foregoing is a true, correct, and
     full transcript of the testimony adduced, as taken by
 9   me in stenographic shorthand notes and thereafter
     accurately transcribed;
10              I further certify that I am neither
     attorney or counsel for, nor related to or employed
11   by, any of the parties to the action in which this
     deposition is taken; and further, that I am not a
12   relative or employee of any attorney or counsel
     employed by the parties or financially interested in
13   the action; and that the attached transcript meets
     the requirements set forth within Article 27,
14   Chapter  47 of the West Virginia Code.
15
16              IN WITNESS WHEREOF, I have hereunto set
17   my hand this 16th day of May, 2022.
18
19   _____
20                    TWYLA DONATHAN
                 Registered Professional Reporter
21          My commission expires September 11, 2022.
22
23
24
```