# EXHIBIT 14

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF FLORIDA
 3                     PENSACOLA DIVISION
 4
 5   IN RE:  3M COMBAT ARMS        )
     EARPLUG PRODUCTS LIABILITY    )
 6   LITIGATION                    )  CASE NO. 3:19md2885
                                   )
 7   This document relates to      )  JUDGE M. CASEY RODGERS
                                   )  MAGISTRATE JUDGE GARY R. JONES
 8   Tron Adrewin Coleman          )
     Case No: 7:20cv13554-MCR-GRJ  )
 9
10                     * * * * * * * * *
11
12
13
14              The remote video deposition of
15              TRON ADREWIN COLEMAN, taken via Zoom
16              videoconference on the 11th day
17              of May, 2022, commencing
18              at approximately 10:03 a.m. CST.
19
20
21
22
23
24
25
```

```
 1              Let me just get clear of what question
 2   we're at.  Question 8 says:  Describe all
 3   nonoccupational activities like sporting events,
 4   personal headphones, power tools, animal kennels
 5   you were exposed to.
 6   A        Uh-huh.
 7   Q        And the answer says "Exposure to
 8   outside military service noise, personal
 9   headphones -- headphones for music approximately
10   twice a week."
11            Let me ask you this.  Do you have a --
12   you obviously have a cell phone I think you're
13   using for this.  Is it an iPhone?
14   A        Yes, sir.
15   Q        Did you remember being asked for
16   information to disclose about your iPhone that
17   would have --
18            Are you -- well, are you aware that
19   your iPhone has data on it that would show what
20   setting you listen to music on in terms of
21   headphones?
22   MS. FINCH:
23            Object to form.  Foundation.
24   A        Yes.
25   MR. MAYHAN:
```

```
 1   Q        I'm sorry?
 2   A        Yes.
 3   Q        Okay.  Have you turned that information
 4   over to your counsel?
 5   A        No, I haven't.
 6   Q        Okay.  That'll be another outstanding
 7   request that we have.
 8            You maintain your lawn with an electric
 9   lawnmower and an electric leaf blower, and you
10   don't use hearing protection.  Is that right?
11   A        Yes, sir.
12   Q        Okay.  And how long have you been doing
13   that, mowing your lawn and leaf blowing?
14   A        Ooh, probably about six months now at
15   my --
16            My stepson was doing it before he moved
17   out, so...
18   Q        Yeah.  Bummer.  I know the feeling when
19   you lose your boys.
20            Okay.  Interrogatory number 9,
21   healthcare questions.  There's a -- there's three
22   individuals listed here for healthcare outside
23   the military.
24            Did you have a stomach surgery for
25   diverticulitis in about 2017?
```

```
 1   Q          I see that.  That's a better picture.
 2              Okay.  Thanks.  Appreciate it.
 3              And are those the kind that you use
 4   regularly at your job?
 5   A          Yes, sir.
 6   Q          Okay.  Let me ask something that you
 7   and your counsel -- or your counsel and I were
 8   talking about off the record.  I'm gonna mark
 9   this as another exhibit.  This will be Exhibit
10   11.  Give me a second.
11              (DEPOSITION EXHIBIT NUMBER 11
12               WAS MARKED FOR IDENTIFICATION.)
13   MR. MAYHAN:
14   Q          Exhibit 11 is a Request For Production
15   of Documents.  I'll tell you right up front this
16   is an answer that's filled out by lawyers,
17   uniformly.  It's for -- you know, defendant
18   lawyers and plaintiff lawyers answer this on
19   behalf of clients.  The client doesn't have to
20   sign it.  But I'm going to ask you a question
21   about one of these questions in particular.
22   Okay?
23   A          Okay.
24   Q          You see the highlighted Request For
25   Production number 10?
```

```
 1   A         Uh-huh.
 2   Q         It says "all data and electronically
 3   stored information regarding your hearing and
 4   hearing health from any smartphones, tablets,
 5   Apple watches, hearing aids, or other electronic
 6   devices from one year preceding the date you
 7   first used the CAEv2 until present, including
 8   hearing aid usage, headphone audio level data,
 9   audiograms, environmental sound levels, noise
10   exposure levels, headphone notifications."
11             And let me ask you, you said you had an
12   iPhone; right?
13   A         Yes, sir.
14   Q         And for how long do you remember using
15   an Apple product for your smartphone?
16   A         When did I switch?  I had an iPhone for
17   about five years now.
18   Q         Have you ever, and for purposes of this
19   lawsuit, looked on to your phone in the settings
20   or applications to determine if you could even
21   find information about, in answer to this
22   request, including the level of audio used for
23   headphones?
24   A         No, not that I know of.
25   Q         Okay.
```

```
 1   MR. MAYHAN:
 2           I'd ask counsel to supplement or at
 3   least make the request for that data.
 4           I'm gonna mark as Exhibit 12 a series
 5   of medical records, excerpts.
 6           (DEPOSITION EXHIBIT NUMBER 12
 7           WAS MARKED FOR IDENTIFICATION.)
 8   MR. MAYHAN:
 9   Q       These are 32 pages of records.  I'm
10   just gonna mark them for the record and I'm gonna
11   come back to them.  But let me --
12           Well, let me -- let me ask you a few
13   questions about some of these.  You have a lot
14   more than 32 pages of medical record,
15   Mr. Coleman.  But for purposes of this
16   deposition, I've only excerpted some of them and
17   made them a copy in this exhibit, which is now
18   12, medical records, excerpts, to be fair.
19           On this first page, this discusses the
20   septoplasty that you had; right?
21   A       Uh-huh.
22   Q       Is that a yes?
23   A       Yes.
24   Q       Yeah.  And was that surgery done
25   sometime around July of 2017?
```

```
 1                    C E R T I F I C A T E

 2

 3           I do hereby certify that the above and

 4   foregoing transcript of proceedings in the matter

 5   aforementioned was taken down by me in machine

 6   shorthand, and the questions and answers thereto

 7   were reduced to writing under my personal

 8   supervision, and that the foregoing represents a

 9   true and correct transcript of the proceedings

10   given by said witness upon said hearing.

11              I further certify that I am neither of

12   counsel nor of kin to the parties to the action,

13   nor am I in anywise interested in the result of

14   said cause.

15

16

17

18                    _____
                      LOIS ANNE ROBINSON, RPR, RMR

19                    REGISTERED DIPLOMATE REPORTER

                      CERTIFIED REALTIME REPORTER

20

21

22

23

24

25
```