# EXHIBIT 15

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF FLORIDA
 3                     PENSACOLA DIVISION
 4
 5   IN RE: 3M COMBAT ARMS       )
     EARPLUG PRODUCTS            )
 6   LIABILITY LITIGATION        )
                                 )
 7   This Document Relates to:   )
     ERNST SCHRAGAL              )  No.
 8                               )  3:19-md-2885-MCR-GRJ
     Case No.                    )
 9   7:20cv14067-MCR-GRJ         )  Judge M. Casey Rodgers
                                 )  Mag. Judge Gary R. Jones
10                               )
                                 )
11
12                           - - - -
13                            REMOTE
14                         VIDEO-RECORDED
15              DEPOSITION OF ERNST SCHRAGAL
16                     (Pages 1 - 175)
17          Thursday, April 21, 2022, 8:58 a.m.
18                           - - - -
19
20
21
22
23   REPORTED BY:  ELAINA BULDA-JONES, CSR 11720
24
25
```

```
 1       A.   Briefly, sir.
 2       Q.   Could you be any more specific?  Was it
 3  weeks or months?
 4       A.   Maybe a year, less than a year, somewhere
 5  around there.  About a year.
 6       Q.   And what -- what caused you to quit that
 7  again?
 8       A.   My PTSD, sir.
 9            MR. MAYHAN:  Let me switch to another
10  document real quick.
11            I'm going to mark this as Exhibit 6, okay.
12  This is the responses to request for production.
13            (Whereupon, Exhibit 6 was marked for
14  identification.)
15  BY MR. MAYHAN:
16       Q.   Do you remember ever seeing this?
17            I'll tell you up front, Mr. Schragal, this
18  is not something that you signed.  It's typically
19  signed by lawyers.  But it's a response to request
20  for documents and tangible things.
21            Do you remember seeing any of the
22  questions that are associated with such a request?
23       A.   I'm not too sure, sir.  These all look
24  alike to me.
25       Q.   Okay.  Well, there's a question at the end
```

```
 1    I'm going to ask you about specifically.  There's a
 2    question -- request for production 10.
 3             It asks for all data for electronically
 4    stored information from Smartphones, tablets, Apple
 5    watches, hearing aids, or other electronic devices
 6    including head -- hearing aid usage, headphone audio
 7    level data, and other such electronic information.
 8             Do you see that?
 9       A.    Yes, sir.
10       Q.    Do you ever remember taking a look at your
11    own iPhone device to see what information could be
12    captured from that in response to this request?
13       A.    I don't believe so.
14       Q.    You haven't looked or checked?
15       A.    I'm not too sure, sir.
16       Q.    Are you even aware that an iPhone device
17    can capture certain data including the level of
18    audio that is used throughout time on a device for a
19    period of time?
20       A.    I'm not too sure, sir.
21       Q.    But you're saying to me you haven't
22    checked your device to see what audio levels could
23    be captured from the device itself that you had used
24    over any period of time; is that correct?
25       A.    Yeah, I'm not sure, sir.
```

```
 1        Q.   Okay.
 2             MR. MAYHAN:  I don't want to bog down the
 3   deposition here about that.  But that's still a
 4   pending request.
 5             Let me switch to -- I think -- I'll mark
 6   as Exhibit 7 your DD 214.
 7             Are we still -- we're not sharing, are we?
 8             (Whereupon, Exhibit 7 was marked for
 9   identification.)
10   BY MR. MAYHAN:
11        Q.   Have you seen your DD 214 form,
12   Mr. Schragal?
13             I'll mark that as Exhibit 7.
14        A.   Not in a while, sir.
15        Q.   Okay.  Does it look like -- what I'm
16   showing you here, does it look like at least the top
17   portion of that?
18        A.   Yes.
19        Q.   Okay.  It's got your Social that ends in
20   1554.  Your date of birth, ██████76, is on it.
21             Do you see that?
22        A.   Yes, sir.
23        Q.   Okay.  And it's got you listed as primary
24   specialty 12 S2P, Sierra Two Papa, Avenger
25   Crewmember, 5 years 1 month; is that correct?
```

```
 1    STATE OF CALIFORNIA   )

 2    COUNTY OF YOLO        )

 3            I, ELAINA BULDA-JONES, a Certified Shorthand

 4    Reporter of the State of California, duly authorized

 5    to administer oaths pursuant to Section 2025 of the

 6    California Code of Civil Procedure, do hereby

 7    certify that

 8                          ERNST SCHRAGAL,

 9    the witness in the foregoing deposition, was by me

10    duly sworn to testify the truth, the whole truth and

11    nothing but the truth in the within-entitled cause;

12    that said testimony of said witness was reported by

13    me, a disinterested person, and was thereafter

14    transcribed under my direction into typewriting and

15    is a true and correct transcription of said

16    proceedings.

17            I further certify that I am not of counsel or

18    attorney for either or any of the parties in the

19    foregoing deposition and caption named, nor in any

20    way interested in the outcome of the cause named in

21    said deposition dated the 28th day of April, 2022.

22

23

24

25    ELAINA BULDA-JONES, CSR 11720
```