# EXHIBIT 16

```
 1            IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF FLORIDA
 2                     PENSACOLA DIVISION
                            - - -
 3    IN RE:   3M COMBAT ARMS       :
      EARPLUG PRODUCTS LIABILITY    :
 4    LITIGATION                    :
                                    :CASE NO.
 5                                  :3:19-MC-2885-MCR-GRJ
                                    :
 6    THIS DOCUMENT RELATES TO:     :Judge M. Casey Rodgers
      ADAM FLETCHER                 :Mag. Judge Gary R. Jones
 7                                  :
      CASE NO.                      :
 8    7:20-CV-41943 MCR-GRJ         :
 9                            - - -
10              Wednesday, April 27, 2022
11                            - - -
12             Videotaped deposition of ADAM
13    FLETCHER, taken remotely at the location of the
14    witness in Columbus, Georgia, commencing at 9:00
15    a.m., on the above date and recorded
16    stenographically by Theresa F. Franco, a Court
17    Reporter and Notary Public.
18
19                            - - -
20
21
22           GOLKOW LITIGATION SERVICES
23        877.370.3377 ph | 917.591.5672 fax
24                deps@golkow.com
25
```

Adam Fletcher

```
 1    with Amanda from your first marriage?
 2         A.     No.  That's why she's --
 3         Q.     Do you have or use an iPhone?
 4         A.     Yes.  I have an iPhone.
 5         Q.     One of the questions asked in
 6    Discovery was for you to produce any data and
 7    electronically stored information regarding
 8    your hearing.
 9                Did you ever screen or look on your
10    iPhone for noise data in response to these
11    Discovery requests?
12                MS. PITTARD:  Object to the form.
13                THE WITNESS:  I don't even know how
14        to look at that.
15    BY MR. HEWES:
16         Q.     So you never did?  You were never
17    asked to?
18                MS. PITTARD:  We objected to that
19        interrogatory and request for production.
20    BY MR. HEWES:
21         Q.     You were never ask -- you were
22    never asked to, Mr. Fletcher; is that correct?
23                MS. PITTARD:  I'm also going to
24        object to attorney-client privileged
25        communications.  We objected to that
```

1          request for production, and I will stand

2          on that objection.

3     BY MR. HEWES:

4          Q.    Let me ask you this.  Let me

5     rephrase it so I don't have to get

6     attorney-client communication.  Did you ever

7     research your iPhone to see if there's any

8     noise data in your iPhone related to your

9     iPhone use?

10         A.    I did not.

11         Q.    All right.  Were you ever told you

12    could not deploy due to hearing loss or

13    tinnit- -- or tinnitus?

14         A.    No.

15         Q.    You talked about your post

16    deployment assessments when you returned from

17    your deployments in Iraq.  Do you recall

18    telling me about that?

19         A.    Yes.

20         Q.    All right.  I'm going to show you

21    what we'll mark as Exhibit-10.  There's a

22    Post-deployment Health Assessment, and let's

23    talk about this for a second.

24                        - - -

25               (Whereupon the document was marked,

```
 1                C E R T I F I C A T E

 2

 3            I, Theresa Franco, Court Reporter, do

 4   hereby certify that prior to the commencement of

 5   the examination, ADAM FLETCHER, was duly,

 6   remotely sworn by me to testify to the truth,

 7   the whole truth, and nothing but the truth.

 8

 9            I DO FURTHER CERTIFY that the

10   foregoing is a verbatim transcript of the

11   testimony as taken stenographically by me at the

12   time, place and date hereinbefore set forth, to

13   the best of my ability.

14

15            I DO FURTHER CERTIFY that I am neither

16   a relative, nor employee, nor attorney, nor

17   counsel of any of the parties to this action,

18   and that I am neither a relative nor employee of

19   such attorney or counsel, and that I am not

20   financially interested in the action.

21

22

23
                     _____
24                   Theresa F. Franco
                     Notary Public
25                   Dated:  May 12th, 2022
```