# EXHIBIT 18

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS) Case No.:
EARPLUG PRODUCT ) 3:19-md-2885-MCR-GRJ
LIABILITY LITIGATION )
)
This Document Relates) Judge M. Casey Rodgers
to: ) Magistrate Judge
Daniel Salamanca ) Gary R. Jones
Case No.: )
8:20cv33191-MCR-GRJ )

DEPOSITION OF
DANIEL SALAMANCA

Taken the 6th day of May, 2022, via Zoom, at approximately 1:04 p.m.

Court Reporter: Karen Smith

sure the exact dates of when I made each account. I know my Facebook is relatively old.

Q When you access your social media accounts, do you do that with a personal computer or with a cellular phone device?

A I don't -- I don't do either. Like I said, I haven't posted since 2017. I don't really access them. The last time I accessed them was a while ago. Instagram I would use my phone when I did access it. Facebook I would use my computer when I did access it.

Q What phone platform do you use?

A I have an iPhone.

Q What model?

A I believe it's a 10, 10X.

Q How long have you had that iPhone 10X?

A I'm unsure at this time. My best estimate would be since 2018 when I got out, but I can't say for certain, sir.

Q And when you say when you got out, do you mean when you got out of the military?

A Yes, sir.
Q Have you taken any steps to retrieve any information related to audio levels on your iPhone?
A No, sir, I haven't.
Q Have you allowed any other person or entity to access your iPhone to retrieve information related to the audio levels?
A No, sir. Nobody's touched my phone but myself.
Q I asked you earlier what your birth date was. What is your place of birth?
A Queens, New York. I was born in Flushing, Queens.
Q And what is your current height -- what's your height?
A Five ten, 70 inches.
Q What's your current weight?
A 180.
Q Are you right-hand or left-hand dominant?
A Right-hand dominant.
Q Do you know what your body mass index is?

C E R T I F I C A T E

I hereby certify that the above and foregoing deposition was taken down by me in stenotype, and the questions and answers thereto were reduced to computer print under my supervision, and that the foregoing represents a true and correct transcript of the deposition given by said witness upon said hearing.

I further certify that I am neither of counsel nor of kin to the parties to the action, nor am I in anywise interested in the result of said cause.

Karen Smith, Commissioner

230