# EXHIBIT 19

| | |
|---|---|
| **From:** | Bryan Aylstock <BAylstock@awkolaw.com> |
| **Sent:** | Thursday, December 2, 2021 9:01 AM |
| **To:** | Casey Rodgers |
| **Cc:** | Justin Ferraro; Tevenia Jacobs; Judge David R. Herndon; David Horowitz; Nomellini, Mark J.; Sara Roitman; cseeger@seegerweiss.com; SHutson@triallawfirm.com; *lhill@mhw-law.com; Jennifer Hoekstra |
| **Subject:** | 3M Wave order ESI and DME protocol meet and confer |

Dear Judge Rodgers:

Pursuant to Paragraphs 3 and 4 of CMO 32, the parties have met and conferred regarding the application of (1) the DME protocols set out in Pretrial Order No. 56; and (2) the ESI protocols set out in Pretrial Orders No. 10 and 42 to the wave cases.

On the DME protocol, the parties agree that the same protocol may be entered here, with one clarification out of an abundance of caution. In this regard, the parties have discussed and agree that nothing in Pretrial Order No. 56 precludes Defendants from seeking leave to conduct additional testing of a given plaintiff on a case-specific basis depending on the circumstances of that particular case. We did not think it was necessary to modify the protocol to reflect as much, but if the Court would prefer that such language be inserted, we can submit a proposed draft.

On the ESI protocol, the parties agree that their ESI obligations in the wave cases may be covered solely by Fed. R. Civ. P. 34. The parties agree, however, that the fact that Pretrial Order Nos. 10 and 42 will not be expressly adopted here does not alleviate any wave plaintiff of their obligation to search for and produce responsive ESI, including e-mails, text/messenger app messages, and social media.

In addition, the parties agreed to alternative proposed methods for the service of discovery and expert materials and record authorizations to ensure as much efficiency as possible for the parties and the Court. We will follow up shortly with proposed language on those issues for the Court's consideration.

Please let us know if the Court has any questions.

Respectfully,

Bryan

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.