# EXHIBIT 20

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS | Case No. 3:19md2885 |
| EARPLUG PRODUCTS | Judge M. Casey Rodgers |
| LIABILITY LITIGATION | Magistrate Judge Gary R. Jones |

This Document Relates to:

*Charles Grant Byrd, III*,
Civil Case No. 7:20-cv-12573-MCR-GRJ

## PLAINTIFF'S RULE 26(a) INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Charles Grant Byrd, III ("Plaintiff") provides the following initial disclosures:

1. **Potential Witnesses:**

   **a. Disclosures Pursuant to Rule 26(a)(1)(A)(i)- the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

   **RESPONSE:**

   Individuals known at this time who are likely to possess discoverable information are as follows:

   **Charles Grant Byrd, III, Plaintiff**
   c/o
   Aylstock, Witkin, Kreis & Overholtz
   17 East Main Street, Suite 200
   Pensacola, FL 32502
   Phone: (850) 202-1010
   Facsimile: (850) 916-7449

   Bryan F. Aylstock
   AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
   baylstock@awkolaw.com
   17 East Main Street, Suite 200

1

calculation through the course of discovery and/or based upon information, conclusions or otherwise provided by any expert qualified to determine the same:

   a. **Non-Economic Damages to include pain, suffering, mental anguish, disability, disfigurement and all other non-economic damages allowed under the law.**

Plaintiff's non-economic damages range from $3,108,900.00 (@$150/day *approx. 20,726 days from injury to estimated death) to $5,181,500.00 (@$250/day *approx. 20,726 days from injury to estimated death).

Plaintiff reserves the right to supplement this response, including based on additional documents and information later obtained or discovered and/or forthcoming expert analyses.

   b. **Punitive Damages= 10% of 3M's net worth**

Plaintiff further seeks punitive damages to the fullest extent allowed by law. Defendants' net north will be the subject of further discovery and/or expert testimony, but at this time based on publicly available information Defendants' estimated net worth approximates $90,000,000,000.00.

Plaintiff reserves the right to supplement this response, including based on additional documents and information later obtained or discovered and/or forthcoming expert analyses.

   3. **Disclosures Pursuant to Rule 26(a)(1)(A)(iv)- for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

   **RESPONSE:**  Not applicable to Plaintiff.

Dated: April 22, 2022.	Respectfully submitted,

/s/ Bryan F. Aylstock
Bryan F. Aylstock, FL Bar No. 78263
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
baylstock@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449