# EXHIBIT 21

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | |
| EARPLUG PRODUCTS | ) | MDL NO. 2885 |
| LIABILITY LITIGATION | ) | |
| | ) | |
| | ) | |

## RULE 26 EXPERT REPORT OF CHRISTOPHER SPANKOVICH, AU.D., PH.D., M.P.H.

The following report is provided pursuant to Rule 26 of the Federal Rules of Civil Procedure. The opinions contained in my report are based upon my education, training, experience, discussions with peers, review of the scientific literature, and my own scientific studies and research. All of the opinions that I offer in this report I hold to reasonable degree of medical and scientific certainty.

My *curriculum vitae* ("CV") is attached as Exhibit "A," my testimony history is attached as Exhibit "B," and my reliance materials are attached as Exhibit "C." The materials I have relied on in forming my opinions in this report are included in this report and my reliance list.

### I.      Qualifications

I am an Associate Professor and Vice Chair of Research, Director of Audiology Education, and Clinical Audiologist at The University of Mississippi Medical Center in the Department of Otolaryngology and Communicative Sciences. In my current role as Vice Chair of Research, I provide oversight and direction to the Department's research mission and mentorship for resident and faculty research pursuits. I also lead the Division of Audiology's educational pursuits as the Director of Audiology Education, and I serve as our Department's ASHA Continuing Education Unit (CEU) Administrator and chair of the Promotion and Tenure Committee.

I hold a Doctor of Philosophy (Ph.D.) in Hearing Sciences with a minor in Molecular

Biology from Vanderbilt University, a Doctor of Audiology (Au.D.) from Rush University, a Master of Public Health (M.P.H.) in Behavioral Science Health Education from Emory University, and a Bachelor of Arts in Psychology from the University of North Carolina. Throughout my academic career, I received numerous awards, honors, and scholarships in the field of audiology, which are outlined in my *curriculum vitae* (Exhibit "A").

Following the award of my Ph.D. in 2010, I served as a Research Assistant Professor and Clinical Audiologist at The University of Florida in the Department of Speech, Language, and Hearing Sciences (2010-2015). In 2015 I became Adjunct Faculty at The University of Florida Distance Learning in the Department of Speech, Language, and Hearing Sciences as well as Salus University in the George S. Osborne College of Audiology. I hold these Adjunct Faculty positions to this day. In October 2019 I was appointed Adjunct Faculty at NOVA Southeastern University in the Department of Audiology, a position I hold today. I have served on academic committees at The University of Mississippi Medical Center in the Department of Otolaryngology and Communicative Sciences, such as the Tenure and Promotion Committee, AuD Program Development Committee, and AuD Admissions Committee. I served on the AuD Curriculum Committee and AuD Admissions Committee at the University of Florida.

In my roles at The University of Mississippi Medical Center, University of Florida, and NOVA Southeast University, I have directed undergraduate- and graduate-level courses in audiology on topics ranging from anatomy and physiology to clinical decision making to professional issues for both on-campus and distance learning delivery platforms. Some of my notable academic courses include Tinnitus and Sound Sensitivity, Audiometry and Hearing Disorders, Current Issues in Audiology, Medical Audiology, Clinical Decisions Making, Auditory System Anatomy and Physiology, and Counseling Adults and Children with Hearing Loss.

In addition to my academic experience, I am a clinical audiologist and currently licensed to practice audiology in Mississippi. As a clinical audiologist, I specialize in auditory electrophysiology, pediatric diagnostic assessment, tinnitus and decreased sound tolerance disorder evaluation and management. My current clinical case load is heavily weighted toward differential diagnosis of acquired forms of hearing loss and the evaluation and management of the tinnitus and sound sensitivity patient. In this role I am active in performing comprehensive case history, otoscopy, audiometry, and objective measures to aid in site of lesion identification and differential diagnosis and recommendation of management strategies.

I am a member of the American Speech-Language-Hearing Association (ASHA), American Academy of Audiology (AAA), American Auditory Society (AAS) and the Association for Research in Otolaryngology (ARO). I have served on several AAA councils and committees, including the Policy Practice Advisory Council, (2015 to present), Government Relations Committee (2013-present), and Featured Session Committee (2014).

My current academic research focus is on basic, clinical, and epidemiological investigations into identifying and leveraging modifiable risk factors for mitigating susceptibility to hearing loss and tinnitus. My research portfolio includes basic, clinical, and epidemiological research on noise induced pathology and cochlear synaptopathy, otherwise known as hidden hearing loss. I am also significantly involved in research in otoprotectant strategies for noise and drug induced hearing loss and developed a novel non-pharmaceutical approach to mitigating drug induced hearing loss. Finally, a major area of my work is in epidemiological studies for identifying modifiable and non-modifiable determinants of acquired hearing loss and tinnitus, including diet quality and cardiometabolic health. I have ongoing research support funding from both the American Otological Society (AOS) and the Department of Defense (DoD). My AOS-funded

research is focused on the prevention of drug-induced hearing loss, while my DoD-funded research is focused on the effect of military noise exposure on tinnitus and its outcomes in recently discharged veterans who are seeking healthcare from the Department of Veterans Affairs (VA). I have contributed to 39 peer-reviewed publications, 21 non-peer-reviewed publications, and 7 book chapters addressing noise-induced cochlear injury, hearing loss and impairment, tinnitus, hearing loss prevention, and related topics. My publications list may be found in my *curriculum vitae*, attached as Exhibit "A." I have presented my research at numerous conferences and workshops.

My current editorial appointments include Editorial Advisor for *Audiology Today*, Associate Editor for the *International Journal of Audiology*, and Invited Guest Editor for *Ear and Hearing*. As an expert in audiology, I have been a manuscript reviewer for numerous scholarly publications, including, but not limited to, *Scientific Reports*, *Journal of the American Academy of Audiology*, *Otology and Neurotology*, and the *American Journal of Audiology*. In my role as a peer reviewer, I assess the scholarly work of researchers and academics to evaluate the validity, significance, and originality of the work, and help improve the quality of articles and manuscripts that will eventually be published.

## II.    Methodology

I have reviewed and relied upon the scientific literature, my education, training, experience, discussions with peers, and my own scientific studies and research in the field of audiology in reaching the conclusions and opinions that I have set forth in this report. The materials relied upon are cited in this report and listed in my reliance list, Exhibit "C." I have also relied upon the guidelines used by audiologists set forth by American Academy of Audiology (AAA)[1] and the American Speech-Language Hearing Association (ASHA)[2].

---

[1] *Guidelines and Standards*, AAA (available at https://www.audiology.org/publications/guidelines-and-standards).
[2] *ASHA Practice Policy*, ASHA (available at https://www.asha.org/policy/).

I have arrived at my opinions after reviewing the reliance materials and performing a critical evaluation and analysis of the body of relevant evidence. The methodology I have employed in forming my opinions and in the preparation of this report is the same as the methodology I use in my career as a scientist, educator, researcher, and practitioner in the field of audiology.

All of the opinions that I offer in this report I hold to reasonable degree of medical and scientific certainty. I understand discovery is still ongoing in this case; I reserve my right to amend my opinions if further information is provided in any form including, but not limited to, depositions and the expert reports of both Plaintiff and Defense experts.

## III.    Opinions

### A.  Sound and Hearing

Sound is a form of energy like light, heat, or electricity, manifested by a propagated change of density and pressure in an elastic medium (most notably air). Sound in the simplest terms is vibrational energy (oscillation) at a rate and level to produce an audible percept. From a physical point of view, sound is routinely quantified in regards to *frequency* and *amplitude* and from a perceptual/psychological point of view *pitch* and *loudness*.  The auditory system is highly sensitive and can detect very small amounts of energy. Sound, like any other form of energy, when dissipated turns to heat, however, the energy levels of ordinary sound are minor and thus the heat generated is very small. Nonetheless, even sound can be made intense enough to cause physical damage and even loss of life (Glorig, 1965).

### 1.  Physics of Sound

*Acoustics* represents the branch of physics relative to measuring the physical qualities of sound. The fundamental physical quantities are mass, time, and distance. The combination of these

factor allows us to derive more complex physical elements critical to measuring energy, including sound energy. Quantities critical to sound include velocity, acceleration, inertia, force, and immittance. Physical measurements of sound can utilize various units. For example, sound amplitude can be measured in power, pressure, or intensity. The restrictions of this document limit our exploration of these concepts, but excellent resources are available including (Fletcher, 1929; Gelfand, 2001; Glorig, 1965; Hamill & Price, 2014; Roeser, Valente, & Hosford-Dunn, 2007). Instead, here we will provide a cursory overview of acoustics based on these references with a focus on two primary components: frequency and amplitude.

Frequency.  At rest, the molecules of air in a space are more or less evenly dispersed, moving about in a random fashion. When the air is vibrated, it causes a layer of air molecules to be more closely packed (called *condensation*) and causes a reciprocal layer of air molecules to be more dispersed (called *rarefaction*); the completion of a sequence of condensation and rarefaction is one cycle or oscillation. The areas of condensation and rarefaction continue to move outward and dissipate (dampen) over distance like the ripples from a stone dropped in a pond. Sound energy propagates due to properties of inertia and elasticity. Acoustic immittance is the general term to describe how sound flows through a system or medium. The components of acoustic immittance are equivalent to friction, mass, and stiffness of the system. In addition, the medium through which sound travels can influence the speed of sound and how frequency is transmitted; different systems can have preferred frequencies based on physical characteristics of the system. This preferred frequency of a system is called the *resonant frequency*.

The frequency ($f$) of a sound refers to the number of cycles or oscillations that occur in one second and is expressed in units of either *cycles per second* (cps) or *hertz* (Hz). For example, a tuning fork completing 500 vibrations in one second has a frequency of 500 Hz.  This example

represents a *single harmonic motion (SHM)*, repeating oscillations called *pure tones*. While frequency refers to the number of cycles per second; the *period,* how much time it takes to complete one cycle is calculated by 1s/*f*. For example, a 500 Hz pure tone has a period of 0.002 sec; the higher the frequency the shorter the period. On the other hand, the distance covered by one cycle of a propagating sound is its *wavelength*. The wavelength is inversely proportion to the frequency, i.e. the higher the frequency the shorter the wavelength.

Most sounds we encounter are not SHM pure tones, but rather complex sounds, examples include speech and music. The lowest frequency component of a complex sound is called its *fundamental frequency*; whole number integral multiples of the fundamental frequency are called *harmonics*. However, not all sounds are made of components that are harmonically related, these are called *aperiodic* sounds. Examples of aperiodic sound include a transient abrupt impulsive sound and random noise, such as white noise.

<u>Amplitude</u>. As sound propagates, we can also measure the amount of sound energy. Amplitude denotes the magnitude of displacement. Sound magnitude can be expressed in variable units including force, work, power, intensity, and pressure; which are all inter-related. The two most common ways to express sound magnitude are intensity and pressure.  Intensity is equivalent to power per unit area (watts per square meter). Pressure is defined as force per unit area (Newtons per square meter). The unit of pressure is the Pascal (Pa), where 1 Pa = 1 N/m$^2$. An important relationship among these quantities is that intensity is proportional to pressure squared, while pressure is proportional to the square root of intensity. We will revisit this concept later when describing increases in sound magnitude and effect of increased distance from a sound source.

A critical factor in sound measurement is relative to the range of sound magnitude for which the human auditory system is sensitive.  In terms of pressure units, the softest sound that is

audible to a young healthy adult is 20 microPascal (µPa). The loudest sound pressure we can tolerate is 200,000,000 µPa. This large range of sensitivity makes direct measurement of pressure cumbersome. To address this issue, the *bel (B)* was adapted, a logarithmic representation that provides a relative not an absolute measure.

The Bel is defined as the logarithm of the ratio between the sound magnitude of interest and a reference magnitude. If the ratio of sound were one 1,000,000 to 1, the more intense sound would equal 6 bel, because $10^6 = 1,000,000$ (count the number of zeros). The lack of sensitivity of the bel resulted in adoption of the decibel (dB), where 10 dB = 1 bel. An intensity ratio of 1,000,000 to 1 is equal to 60 dB (count zeros multiply by 10). However, the more common way to measure sound magnitude is in units of pressure. The same 1,000,000 to 1 intensity ratio is equivalent to 1,000 to 1 in pressure ratio or the square root of 1,000,000. To arrive at the same 60 dB we need to count our zeros (3 zeros in 1,000) and multiply by 20.

As mentioned, pressure is the more common unit to measure sound, called dB sound pressure level (SPL). The reference used in the United States is 20 µPa. Therefore, 0 dBSPL does not represent the absence of sound; rather it is the level equivalent to the reference (20 µPa). A negative value simply means the SPL is lower than the reference value (recall the reference value is simply the *average softest sound* a human can detect, meaning some can detect lower).

Since we are dealing with a ratio, we also must consider how these values change with increase and decreases relative to amplification or attenuation of sound. An amplifier that doubles the sound pressure, only adds 6 dBSPL. An amplifier that creates 10 times (count zeros multiply by 2) increase in sound pressure adds 20 dBSPL, while an amplifier that increases pressure by 100 times adds 40 dBSPL. On the other hand, a hearing protection device (HPD) that attenuates sound by 20 dBSPL is lowering the pressure by a factor of 10. The summation of sound sources is also

not simply additive with logarithms. If we take two speakers and set each at 80 dBSPL, the resulting level is not 160 dBSPL, but 86 dBSPL. How sound levels add is also related to how close they are independently in level.

A concept relative to sound magnitude is the relationship to distance from the sound emitting source.  As sound energy radiates in an outward path, the magnitude of the energy dissipates.  The term applied to this phenomenon is the *inverse square law*.  If distance from a sound source is doubled, the intensity will be one fourth as great and the pressure will be halved. For example, if we measure the output of a firearm at 1 meter from the muzzle at 160 dBSPL; at 2 meters we would find the level is approximates 154 dBSPL, 4 meters ~ 148 dB SPL, 8 meters ~ 142 dBSPL, and 16 meters ~ 136 dBSPL; a level now below recommendations for impulse noise exposure ≤ 140 dBSPL(Defense, 2010).

Time also plays an important role in the physics of sound. For example, the number of cycles per period of time (seconds) defines frequency, which is related to the period and wavelength of the sound frequency. Phase represents the point in time or moment a vibration as at in the condensation-rarefaction cycle. Phase is often used to describe the relationship between two sound waves, two sound waves that are mirror images of each other are called 180 degrees out of phase. Another concept of time to consider is duration, the length of time from the beginning to the end of a sound. Some sounds can be very brief in duration. There is a relationship between duration and the frequency content of a sound, called the *frequency spectrum*.  A pure tone as described above is a relatively long signal, lasting seconds in duration. A very brief tone lasting milliseconds in duration (called a tone burst) does not remain pure, rather due to the brief nature the energy spectrum spreads. An extremely brief sound is called a *click*, this refers to sound on the duration of microseconds and produces a broad frequency spectrum sound.

### 2. Psychoacoustics.

The physics of sound (acoustics) does not share a 1:1 relationship to the perception of sound, this branch of science is referred to as *Psychoacoustics*.

Pitch. Pitch is the subjective perception of the frequency of sound. Low frequency sounds correspond to low pitches and high frequency sounds to high pitches. The human auditory system has variable sensitivity based on the frequency, magnitude, and duration of a sound. Humans can detect sound frequencies as low as 2 Hz, however, the lowest frequency with tonal quality is approximately 20 Hz. There is also a duration necessary to perceive the tonal nature of sound which increases for sounds below 1000 Hz. For example, for a sound to be perceived tonal at 1000 Hz requires a duration of 10 msec, for 50 Hz requires 60 msec. The relationship between frequency and pitch is expressed by the unit, *mel*. The human auditory system compresses a broad range of frequencies into a smaller range of perception. For example, a doubling of pitch from 1000 mels to 2000 mels corresponds to a tripling of frequency from 1000 to 3000 Hz. Another psychophysical measure of sound perception is discrimination or detection of a difference. The smallest difference an observer can detect is called the just noticeable difference (JND). As frequency increases the amount of change in frequency needed to be perceptual also increases.

Loudness. The psychoacoustic correlation to the magnitude of a sound is loudness. Higher sound pressure in general corresponds to higher loudness. Loudness is measured in the unit *phon* when related to pressure and *sone* when based on intensity. To establishment of sound loudness is not independent from the frequency of the sound. Again, the human auditory system has differential sensitivity based on sound frequency, i.e. humans are more sensitive or able to detect specific frequency sounds better than others; simply stated the human ear is less sensitive to lower frequency sounds. To make a 100 Hz sound to be equivalent to a 1000 Hz sound perceptually

(loudness), will require a greater sound pressure level for the 100 Hz input. The levels required to achieve this equal loudness across frequency is called the *equal loudness contours* or *Fletcher-Munson curves*. In our example above, for a 100 Hz sound to perceived equal to a 1000 Hz sound at 40 dBSPL requires the 100 Hz sound to be presented at 10 dB higher. To put another way, a 1000 Hz sound played at 40 dBSPL will sound louder than a 100 Hz sound played at 40 dBSPL. The smallest difference an observer can detect relative to change in sound level is another just noticeable difference measure. As reviewed a double in sound pressure is equal to 6 dBSPL; a double in loudness requires an approximate 10 dBSPL increase.

Time. The duration of sound also has implications for loudness. In general, greater sound levels are required to detect/perceive very brief sounds, this is called temporal integration. The human auditory system provides full audibility or loudness perception when sound exceed 200 milliseconds at constant level with less loudness perceived with shorter durations (Hassall & Zaveri, 1979).

Masking and Critical Bands. Masking is the phenomenon of one sound interfering with the perception of another sound. Masking can provide insight on the limits of frequency and amplitude analysis. If a sound of a given frequency is masked by another, the system has failed to segregate the two sound in perception. Therefore, it is possible to characterize the sensitivity of the system by considered the critical band where one sound is masked by another. As we extend the bandwidth of a signal we reach a point where the sound becomes louder, this is called the critical band, the width of the critical band increases with frequency (B.C. Moore, 1995).

### 3. Sound Measurement

The physical aspects of sound can be measured using multiple tools. The sound level meter (SLM) is a device with a high-quality microphone that picks up sound and converts the sound into

an electrical signal that can be analyzed. There are numerous types of SLM with variable grades of accuracy. For DOD/military purposes, general requirements are for at Type 1 SLM as specified by the American National Standards Institute (ANSI) standard S1.4 (1983, 1997). The primary function of SLMs is to measure sound magnitude in decibels (dB), however, some SLM can determine equivalent continuous sound level (*Leq*) and other acoustic parameters including frequency spectrum analysis. The sampling rate of the SLM is related to how many digital samples of the signal per second occur. The sampling rate also influences the high frequency cutoff of the SLM frequency response, called the Nyquist limit frequency ($f_{max}$). To capture limits of human hearing (approximately 20,000 Hz) we theoretically require a sampling rate at least two times higher than the highest frequency of interest (Nyquist theorem). This requires a sampling rate of at least 40,000 Hz (samples per second in this case) (2 x 20,000).  The use of higher sampling rates can influence measurements of sound level due to greater number of samples to capture peak and wider frequency bandwidth (Lobarinas, Scott, Spankovich, & Le Prell, 2016). For accurate measures, it is important that the SLM is appropriately calibrated.

SLM allow for time weightings to control instrument dynamics, i.e. the response time.  The response time-weightings include SLOW, FAST, and IMPULSE.  These weightings date back to the time when SLM had analog meters, the purpose of the SLOW setting was to slow the needle down sufficiently to allows a person to get a reading. The SLOW meter response is standardized at 1 second, FAST at 0.125 seconds, and IMPULSE (0.035 seconds and decay of 1.5 seconds). A SLM may also have PEAK or INSTANTANEOUS setting that only records the highest level. Though, the IMPULSE setting was designed to measure impulse/impact sounds it is not recommended for that purpose.

In addition to time-weightings there are also frequency-weightings. In its linear setting

(now called Z-weighting) the SLM measures the overall SPL for all sound picked up by the microphone; however, this does not necessarily correlate with hearing perception, as our auditory system is not equally sensitive to all frequencies. The A-weighting, expressed as dB(A), applies filtering that de-emphasizes low frequency and essentially corresponds to the *equal loudness contour* for 40 phons. The B and C weightings also de-emphasize low frequency input, but not as extreme as dBA and correspond to the 70 and 100 phon contours, respectively (the C-weighting is very similar to the linear setting/dBZ with minimal filtering). The dBA setting is the most common used in occupational settings as it approximates the equal loudness perception of normal human hearing for pure tones relative to a reference of 40 dBSPL at 1 kHz (40 phon), i.e. better reflects the sensitivity of the human ear. Other "weighting" or frequency filtering options exists in SLM that allow measurement of sound in band filters, commonly octave or 1/3 octave bands. Sound level meters can also perform more advanced calculations such as the equivalent continuous sound level, which represents an average sound level as a function of time. Other devices include a dosimeter, a body-worn device that derives from the SLM to provide sound measures relative to human experience. The oscilloscope is a device that can allow a visual representation of sound once it is in electrical format.

For impulse noise (e.g. firearm), special dosimeters and/or integrating/averaging SLM are recommended. As a mere physical phenomenon, impulse sounds are not limited to acoustic properties, but include fluid dynamic, gas dynamics, and shock waves (Brinkmann, 2000). Impulse sound is characterized by duration, A-duration is the time from onset of the impulse to the first zero level crossing, B-duration the time during which the envelope of pressure fluctuation stays within 20 dB of the peak pressure level, C-duration is similar to B, but represents time level 10 dB down from peak, and D-duration the time from beginning of impulse until the drop of one

envelope around the pressure-time to a value of -10 dB below maximum. Guidance for SLM applications in the military are guided by the MIL-STD-1474E standard.

### B.  Anatomy and Physiology of Hearing

The auditory system includes peripheral and central components. It is also important to recognize the auditory system is not independent from the rest of the body. In reality, we do not hear with our ears, rather we hear with our brain and our ears simply serve as transformers or translators of the acoustic input to the electro-chemical language of the brain. The review provided is based on the references (Baloh, Hondrubia, & Kerber, 2011; Hall, 2014; Musiek & Baran, 2007).

Peripheral Auditory System: The peripheral auditory system is perhaps the more familiar to the layperson. This includes the external, middle, and inner ear.  The function of the peripheral auditory system includes resonance, gain, localization, and protection.

The External ear. The external ear is the outermost portion of the auditory system that is in part visible to the eye, represented by the auricle, or pinna, attached to the side of head and the external auditory meatus (ear canal). The auricle is characterized by ridges and folds with a dominant bowl shape (concha) that leads to the ear canal. The ear canal is an S-shaped tube-like structure that terminates at the tympanic membrane (ear drum); on average the adult ear canal is 2.5 cm in length (slight longer in males). The ear canal has two primary portions, the lateral portion consists of cartilage, while the medial portion is part of the temporal bone. Sebaceous and ceruminous glands line the lateral portion of the canal to produce a substance called cerumen, aka ear wax. The vascular supply to the external is supplied by the external carotid artery via two key branches, the superficial temporal artery and the posterior auricular artery; the venous system runs parallels and empty into the external and internal jugular veins. The ear canal is additionally supplied by deep auricular and maxillary arteries. The neural innervation of the external ear

includes branches from a rich supply of nerves for tactile sensitivity and pain perception including the trigeminal nerve, facial nerve, glossopharyngeal nerve, and vagus nerve. Stimulation of the ear canal can cause a coughing reflex as related to stimulation of the glossopharyngeal nerve.

The external ear serves multiple functions. First, the external has resonance characteristics that give emphasis (gain) to frequencies important for speech understanding (peak ~2,000-3000 Hz), called the external ear transfer function or head related transfer function, when taking into account the whole head (Shaw, 1974). Second, the external ear is critical for sound localization. The presence of two ears on either side of the head and positioning of the ear canal relative to sound source (in front, side, behind) plays a significant role in localizing sound. For example, if a sound is delivered 45 degrees to the right ear of an individual, the sound will reach the right ear prior to the left ear and be louder on the right side compared to the left ear; this is related to a head shadow effect. The level and time difference between ears are call the interaural level (ITL) and interaural time difference (ITD), respectively. The head shadow is also related to the frequency of the signal; the shorter wavelength of a high frequency sound is more prone to the effects of the head and torso than the longer wavelength of low frequency sounds. Of course, sound coming from the rear is attenuated by the positioning of the auricle and opening of the ear canal. The resonance characteristics of the external ear can be altered by placement of an ear plug or hearing aid; the amount of sound loss is called *insertion loss*. Finally, the external ear provides a barrier to the more sensitive structures of the middle and inner ear.

The Middle Ear. The middle ear consists of the tympanic membrane (ear drum), an air-filled cavity in the temporal bone behind the ear drum, the ossicular chain, and the Eustachian tube (along with other anatomical features).  The tympanic membrane is a thin multilayered structure with a concaved orientation; the peak of the inward displacement is called the *umbo*. The outer rim

of the tympanic membrane connects to the bony walls of the external ear canal via the fibrocartilaginous *annulus*. The tympanic membrane is characterized by two portions, the *pars tensa* and the *pars flaccida*.; the pars tensa representing the larger region.  The outer layer of the tympanic membrane is epidermal and can renew, allowing small perforations to heal. The tympanic membrane is connected to the *malleus*, which is the first of the three middle ear bones called the *ossicular chain*. The head of the *malleus* connects with the short process of the *incus*, the next bone in the chain. The *lenticular process* of the *incus* is connected to the head of the *stapes* (the final bone). The most medial portion of the *stapes* forms an oval plate, the *footplate*, which connects to the *oval window* of the inner ear promontory (the medial wall of the middle ear). The cavity (air-filled space) of the middle ear is called the tympanum or tympanic cavity.      The posterior-superior portion is referred to as the attic, the ceiling of the middle ear is separated from the brain by the *tegmen tympani*. The floor of the tympanic cavity separates it from the jugular bulb.  On the anterior wall near the floor is the opening of the Eustachian tube (ET). The ET provides a connection between the tympanic cavity and the nasopharynx.

There are several middle ear muscles that are noteworthy. Supplying the malleus is the *tensor tympani* and the stapes, the *stapedius muscle*. Two other muscles are located in the middle ear, the *tensor veli palatini* and *levator veli palatini* supplying the ET. The middle ear vascular supply mainly comes from branches of the internal carotid, external carotid, and subclavian arteries. Neural innervation of the middle ear includes the facial nerve innervating the stapedius muscle, the trigeminal nerve to the tensor tympani and ET; the ET is also innervated by the vagus nerve and glossopharyngeal nerve. Jacobson's nerve, a portion of the inferior portion of the glossopharyngeal nerve forms the tympanic plexus located on the surface of the cochlear promontory.

The extent of vibration or displacement of the tympanic membrane is very small on the order of 5 to 7 angstrom (one angstrom is equal to one ten-billionth of a meter). The primary function of the middle ear is to overcome the impedance mismatch of the air-filled middle ear and fluid bound cochlea. This is accomplished by the combination of three mechanisms: 1) the area ratio of the tympanic membrane to the oval window, 2) the buckling effect of the tympanic membrane and 3) the lever action of the ossicular chain. The area ratio of the tympanic membrane to the oval window dominates and is similar to the force created by a hammer head driving a nail into wood. The combined effects of these 3 factors increases sound energy by 26 to 30 dB. The middle ear muscles have reflexive contraction related to high level sound stimulation and internal sound vocalizations; the purpose of middle ear muscle reflexes has been speculated to include protection from noise, reduction of background noise, and modulation of own voice. Finally, the ET functions in pressure equalization between the external world and the middle ear space. The ET is normally closed, however, when we swallow, yawn, or move our jaw, the muscles of the ET can be activated causing the ET to open briefly.

The Inner Ear. The inner ear consists of two primary parts, the vestibule and the cochlea. The inner ear is setup with a labyrinth inside a labyrinth. The outer labyrinth is made up of the surrounding bone of the temporal bone called the osseous or bony labyrinth. The inner labyrinth is made up of a membrane and is called the membranous labyrinth. Each of these labyrinthine are filled with fluid, the osseous labyrinth with perilymph and the membranous with endolymph; perilymph is consistent with the composition of cerebral spinal fluid (low in potassium, high in sodium) and endolymph with cytosol (high in potassium, low in sodium). The difference in fluid ionic composition is critical to cochlear function described later. The presence of a labyrinth inside a labyrinth creates 3 chambers or ducts, the scala vestibuli (upper), the scala media (middle), and

the scala tympani (lower). The scala vestibuli houses the oval window upon which the stapes of the middle ear sits (introduced above). The scala vestibuli is separated from the scala media by the vestibular (Reissner's) membrane. However, the scala vestibuli and the scala tympani are connected via the helicotrema in the extreme apex of the cochlea; a reciprocal window is located on the scala tymapni side of the cochlear promontory called the round window. The scala media is the chamber/duct on the other side of the vestibular membrane and is separated from the lower scala tympani by the basilar membrane. The cochlea is approximately 35 mm in length and in a cone-shaped spiral that appears similar to a snail shell (cochlea is Latin for snail). The central core is called the modiolus, which has an extension called the osseous spiral lamina, similar to threads from a screw. The outer wall or lateral wall is covered in a connective tissue called the spiral ligament. The basilar membrane mentioned above is the connecting band of tissue between the lateral wall and the osseous spiral lamina. The basilar membrane width and thickness is graded, with a smaller width and thickness (higher stiffness) in the basal region of the cochlea (portion closer to middle ear) and gradual increase in width and thickness (higher mass) toward the apical end. Positioned on top of the basilar membrane is the organ of Corti, a complex arrangement of delicate structures including supporting and sensory cells. The primary sensory cells of the inner ear are the outer hair cells (OHC) and the inner hair cells (IHC). There are approximately 3500 IHC (in a single row) and 12000 OHC (in multiple rows, 3-4 in humans). The IHC are ovoid shaped, while the OHC are test-tube shaped. Both hair cells have rows of hair-like projections called stereocilia at their top end. The tops of the hair cells and supporting cells form a layer called the reticular lamina. Above the stereocilia projecting above the reticular lamina is a membrane called the Tectorial membrane. The bottom portion of the hair cells (basolateral surface) have surrounding supporting cells and afferent and efferent neural fiber innervation. The lateral wall,

mentioned previously, includes a rich network of capillaries and receptors called the stria vascularis.

The vestibule portion of the inner ear houses maculae and semicircular canals (SCC) that are critical for balance; due to space limitations we will limit our discussion of the vestibular portion of the inner ear. In brief, the vestibular apparatus includes 3 SCC oriented to form a coordinate system, called the horizontal canal, anterior canal, and posterior canal.  The horizontal canal makes a 30-degree angle with the horizontal plane and the vertical canals make 45-degree angles with the frontal plane. The ampulla of the SCC contains the cristae, which is sensitive to the fluid dynamics of the SCCs. In addition, the vestibular system includes two macula regions in the saccule and the utricle. The surface of the maculae are covered by the otolithic membrane, a structure consisting of a mesh of fibers embedded in a gel with a superficial layer of calcium carbonate crystals, called otoconia. The vestibular cristae and maculae also contain hair cells, type I and type II. These hair cells are sensitive to applied external force related to motion and gravity and display comparable mechanotransduction to the cochlear hair cells.

The vascular supply to the inner ear is the vetebro-basilar vascular system traced to the vertebral arteries that join to form the basilar artery. The basilar artery gives rise to the internal auditory artery called the labyrinthine artery, either directly from the basilar artery or from the anterior inferior cerebellar artery. Once the artery enters the IAM it branches into a cochlear and vestibular branch. The cochlear portion further branches into the spiral modiolar artery and the cochlear-vestibular artery.  The spiral modiolar vessels spiral around the modiolus and supply the apical portion of the cochlea, while the cochlear-vestibular artery supplies the basal turn. From these artery branches vessels supply the lateral wall, namely the spiral ligament and stria vascularis. A reciprocal venous network exists.

The auditory function of the inner ear is to translate the mechanical vibration of the middle ear into an electrochemical signal. In brief, when the stapes pushes the oval window in this creates fluid displacement that causes the round window to push out; recall the oval window of the scala vestibuli communicates with the round window of the scala tympani via the helicotrema in the extreme apex (the compensatory displacement is nearly instantaneous). The pressure differential generated induces a wave-like movement of the basilar membrane. The peak of the traveling wave along the basilar membrane is related to the frequency of the input signal. In simple terms, the cochlea is arranged like a piano, where high frequencies are located in basal region (closer to the middle ear) and lower frequencies toward the apical portion; this is related to the mass and stiffness characteristics of the Basilar membrane (base = greater stiffness; apex = greater mass). The traveling wave is initiated in the basal portion of the cochlea for all sounds and peaks at its characteristic frequency. This fundamental property of cochlear mechanics is related to the phenomenon of *basal spread of excitation* or *upward spread of masking*. The traveling wave envelope of a low frequency sound stimulates a broad region of the cochlea, where a high frequency sound the traveling wave dissipates near the peak. The traveling wave creates a radial force near its peak that results in shearing of the stereocilia of the OHC against the tectorial membrane above. The bending of the stereocilia causes the opening of ion channels that cause the OHC to become depolarized (activated) and a motility action, where the OHC elongates and contract. This motility functions as an amplifier that feeds and accentuates the vibration of the basilar membrane. The gain offered by the cochlear amplifier is critical to the dynamic range of human hearing. The gain of the normal functioning inner ear is non-linear, meaning greater for low level signals and less for higher input signals. The other set of hair cells, the IHC do not make direct contact with the tectorial membrane and do not demonstrate motility. Rather, the local forces

created by the vibration of the basilar membrane and enhancement of those forces by OHC motility causes displacement of the stereocilia of the IHC. As the IHC is depolarized, the cell functions as a true sensory cell and releases neurotransmitters (NT), primarily the excitatory NT, glutamate. The release of glutamate into the region between the basolateral surface of the IHC (bottom) and the dendrites of the afferent neural fibers of the vestibulocochlear nerve results in binding with glutamate receptors of the neural fibers. This results in depolarization and activation of the auditory nerve. The neural pattern generated is then propagated along the central auditory pathway through a series of depolarizing events.

A critical factor in the function of the cochlea is the ionic composition of the cochlear fluids, perilymph, and endolymph. The endolymph has a high electrical potential (80 mV) that creates a driving force of potassium (K+) into the hair cell upon the deflection of the stereocilia. The lateral wall of the cochlea is comprised of the spiral ligament, spiral prominence, and stria vascularis and is critical for metabolic homeostasis and recycling of K+. After K+ enters the hair cell, it flows back out into supporting cells to the spiral ligament to the stria vascularis and back into the endolymph.

<u>Auditory nerve</u>. The cochleovestibular nerve is comprised of afferent and efferent fibers that innervate the hair cells of the cochlea and the vestibular system; we will focus on the auditory portion. Auditory neurons are bipolar in nature, i.e. they consist of a single cell body (the collection of cell bodies is called the spiral ganglion) and two axons. Afferent neural fibers carry information from the ear to the brainstem in a rostral direction. The majority of afferent fibers, 95%, innervate the IHC, called type I afferent nerve fibers.  The other 5% of afferent neural fibers (type II) innervate the OHC. This innervation pattern refers to how the terminal boutons of the nerve fibers communicate with the basolateral surface of the hair cells. Type I afferent fibers are surrounded

by insulation called myelin created by Schwann cells. Many type I afferent fibers innervate a single IHC. On the contrary, the type II afferent fibers are mostly unmyelinated and run in a line parallel to the rows of OHC; a single fiber branches off and innervates numerous OHC. In addition to the ascending afferent pathway, the nerve also contains efferent neural fibers that provide top down input, the innervation pattern of the efferent system is reciprocal to the afferent, where a greater number of efferent fibers communicate with the OHC compared to the IHC/afferent neural fibers. The neural fibers enter the cochlea via the internal auditory meatus (IAM) then through the habenula perforata, a bony structure of the osseous spiral lamina to innervate the hair cells. The ganglion (cell bodies) of the auditory nerve converge in a slightly enlarged area called the Rosenthal's canal, which collect in smaller area to form the trunk of the modiolus as the nerve proceeds into the IAM. The more external portion of the auditory nerve innervates the basal (high frequency) portion of the cochlea, whereas more centrals portion of the nerve communicate more progressively with the apical portion of the cochlea (lower frequency); this is called *tonotopicity*.

The auditory nerve is critical in the coding of sound frequency, intensity, and temporal characteristics of the input sound stimulus primarily accomplished by type I afferent fibers. Interestingly, type II afferents have been implicated in modulating OHC function and demonstrate properties consistent with *nociception* (pain reception) and excitation during cochlear damage and sound sensitivity (K. D. Zhang & Coate, 2017). Auditory nerve fibers have ongoing spontaneous activity which is variable with some neural fibers displaying high spontaneous activity and other moderate and low spontaneous activity. The spontaneous activity of the auditory nerve has been correlated to the threshold of stimulus derived activation, where high spontaneous rate fibers have low thresholds of stimulus activation and low spontaneous rate fibers have higher thresholds for stimulus activation. This differential activation of neurons based on signal level has been suggested

to contribute to speech understanding in noise and release from masking (Costalupes, Young, & Gibson, 1984).

Central Auditory Pathways. The neural signal from the cochleovestibular nerve is refined at each step of the central auditory nervous system (CANS) related to variable neurons types that respond in differential fashion based on timing and level characteristics of the input signal. The nerve enters into the brainstem at the cochlear nucleus, the next step is the superior olivary complex which ascend to the inferior colliculus via the lateral lemniscus. Rostral to the inferior colliculus is the medial geniculate body of the thalamus and radiations to the auditory cortex and secondary cortices located in the temporal lobe of the brain. Similar to the cochlea and the cochleovestibular nerve, the central pathways maintain a tonotopicity of frequency representation. Of course, the system is not this simple, there are inputs from both ears and both ipsilateral and contralateral projections that decussate (cross). In addition to this afferent pathway, there is also a parallel neural system that is top-down called the efferent pathway that refines peripheral function.

Non-classical Auditory Pathways.  Even beyond the complexities of the classical auditory pathway, the central auditory pathways do not exist in a silo. These central pathways communicate with other major central neural systems and brain regions including the limbic system, basal ganglia, prefrontal cortex, cerebellum, somatosensory system, etc. in coordinating hearing perception and tinnitus perception and reactions (Aitkin, Byers, & Nelson, 1986; Haider et al., 2018; Husain, 2016; A. R. Moller & Rollins, 2002; Plakke & Romanski, 2014; Upadhyay et al., 2007).

Hearing Theory. Hearing is a complex sensory experience that extends beyond the classical auditory pathway. Several theories have been postulated on how sound is converted from the analog acoustic signal to the neural digital like signal and processed by the brain. For frequency,

the primary theories are the place theory, temporal theory, and volley theory. The place theory accounts for frequency discrimination in terms of highly localized areas of response along the basilar membrane. The temporal theory suggests that the neural discharge pattern corresponds to the frequency of the sound stimulus, i.e. a 500 Hz sound would result in the neural fiber discharging 500 times per second. A limitation to the temporal theory is that nerve fibers do not appear to be capable of discharging at a rate greater than approximately 1000 time per second. The volley theory suggests for higher frequency sounds (> 1000 Hz) the auditory nerve fibers may depolarize at different phases of the stimulus and the cumulative response represents higher frequency signals. For intensity, coding is accomplished by the number of neural fibers activated (more for higher intensity), the firing rate, and variance in the threshold of the neural fibers as related to their spontaneous rate.

### C.  Measuring Hearing Ability and Auditory Function

There are numerous measures that can be applied to evaluate hearing and auditory function. Many of the measures we commonly use are subjective in nature, this is not unexpected as hearing is a psychophysiological process and the human auditory system has differential sensitivity to sound compared to other animal species. Nonetheless, there are also objective measures of auditory function; objective measures do not specifically measure hearing (which is a subjective experience), but rather measure functional status of different portions of the pathway. Here we will briefly review common audiological tests of hearing and auditory function.

### 1.  Psychophysical Tests

<u>Non-audiometry evaluation of hearing</u>. Numerous attempts over time have been applied to determine hearing status. Prior to the advent of the audiometer and calibration standards several simple assessments were utilized including the whisper test, watch test, handclap and others

(Glorig, 1965). For example, in the 1940s, the Army, Navy and Veterans Administration used a conversational voice test at 20 feet (meant to be similar to vision assessment). The tester would say a phrase to the patient at 20 feet and approach foot by foot until all words were repeated correctly; 20/20 was considered normal hearing and 10/20 partial hearing loss (H. A. Carter, 1943).

Tuning fork tests. The tuning fork has existed since the year 1711, however, applications to hearing assessment were not developed until the 1800s. A tuning for is a "fork" shaped instrument that when struck produces a pure tone stimulus; mass and stiffness characteristics of the fork determine its resonance frequency. Numerous applications of tuning fork tests exist including the Weber test, Rinne test, Bing test, and Schwabach test and can be helpful in screening for asymmetrical hearing loss and distinguishing conductive and sensorineural pathologies.

Pure tone audiometry. The pure tone audiogram is considered by many the gold standard of hearing measures. Pure tone audiometry involves the presentation of simple pure tone stimuli, most commonly at frequencies from 250-8000 Hz; frequencies critical for speech understanding. The lowest sound pressure level detectable is called the threshold for that sound. Pure tone audiometry represents a simplified way to determine audibility of sound frequencies important to human hearing and most critically speech perception; the simple nature of the stimuli (SHM pure tones) was essentially less burdensome than attempting to generate standardized speech-based material (Harris, Haines, & Myers, 1956).

Though pure tone audiometry is a foundational measure of hearing, it has numerous limitations, namely we live in a world of complex sounds and rarely encounter pure tone stimuli and pure tone audiometry is not sensitive to several forms of auditory pathology. Pure tone audiometry is completed using a calibrated audiometer and transducers in an appropriate test environment, most commonly a sound treated room meeting specific ANSI standards. The method

pure tone audiometry is administered for detecting threshold is an important consideration. Three basic methods exist: the method of constant stimuli, the method of limits, and the method of adjustment. The most common clinical method used is a version of the method of limits called the modified Hughson-Westlake procedure detailed by Carhart and Jerger (1959) and detailed in ANSI S3.21-1978 (R-1992). In this procedure the stimulus is first presented at a level that should be detected easily by a person with normal hearing sensitivity (e.g. 30 dBHL). If the patient perceives the sound they respond via voice, hand raise, button press or other method.  If indeed detected the stimulus is reduced in a fixed-size amount, most commonly 10 dB.  If the patient responds again the stimulus is reduced by the same fixed amount. If the stimulus goes undetected the stimulus level is raised by a fixed amount, most commonly 5 dB. The level that elicits a response when the stimulus is being increased, to which the patient responds two out of three times is recorded as the threshold. In addition to threshold testing pure tones can also be used to determine *loudness discomfort levels* (LDLs); the level at which sound elicits an uncomfortable experience.

*Air Conduction*. Pure tone audiometry using air conduction (AC) stimuli involves playing sound via an earphone/headphone/speaker to the ear. Numerous earphones/headphone options exist, called transducers. Sound can be presented under traditional headphones, earphones that insert into the ear canal (inserts), or specialized earphones for extended high frequency testing. Sound can also be played in the free-field through calibrated speakers. For AC pure tone audiometry thresholds are commonly found for octave frequencies from 250 to 8000 Hz, half-octaves are also tested if a 20 dB or greater difference is observed between octaves or if there is a history of noise exposure or tinnitus.

*Bone Conduction*. Pure tone audiometry can also be completed using a bone oscillator transducer via the bone conduction (BC) pathway. Audiometry via BC involves placing

a calibrated oscillator that provides localized vibration force, most commonly at the mastoid region behind the auricle or at the forehead (Note: only ANSI standards exists for mastoid placement). The BC pathway includes 3 primary sources 1) osseotympanic, 2) inertial, and 3) distortional/compressional. The osseotympanic source is due to acoustical radiation created by vibration of the cartilaginous portion of the ear canal and vibration of the air in the ear canal which are then transmitted to the tympanic membrane and conducted via the air-conduction pathway. The inertial component represents the middle ear component of the BC mechanism due to motion of the ossicular chain. Finally, the distortional/compressional source is due to vibration of the inner ear. For BC audiometry thresholds are commonly measured for octave frequencies from 250-4000 Hz. The limitation of high frequency testing is related to issues with acoustic radiation at frequencies above 4000 Hz (i.e. Hearing the BC signal via the AC pathway). The BC pathway also represents a limitation to the effectiveness of HPDs.

The results of pure tone audiometry are plotted on a graphical form called the audiogram. The audiogram depicts hearing thresholds in dBHL on the vertical y-axis, plotted as a function of the frequency in Hz on the horizontal, x-axis. The intensity level sis commonly shown from -10 dBHL to 120 dBHL in 5 to 10 dB increments with softer levels at the top and higher toward the bottom. Audiometric frequencies are traditionally depicted in octaves 250 to 8000 Hz and inter-octaves at 750 to 6000 Hz. Variations are common and can include extended high frequencies, separate ear presentation, numerical tables, and inclusion of other test results. A legend or key is provided to inform interpretation. For example, X = Left ear and O = right ear. An average of various frequencies is called the *pure tone average* (PTA), the most common is the traditional *speech PTA*, an average of 500, 1000, 2000 Hz thresholds. Other variations exist and are discussed further in a subsequent section.

Speech Testing.  Though humans hear from 20 to 20000 Hz, the critical frequency range for speech recognition and phoneme detection falls between 250 to 8000 Hz; this range of frequencies and intensity for hearing speech at conversational levels is commonly represented by a banana-like shaped region of the audiogram, called the speech banana (based on the work (French & Steinberg, 1947; Liden & Fant, 1954). In general, vowels and nasal sound are lower frequency (250-2000 Hz) and stops and fricatives higher frequency (2000-8000 Hz). When hearing loss is observed this can compromise the perception of speech sounds depending on the severity and configuration of the hearing loss. A tool to determine the effect of hearing loss on speech recognition is call the Articulation Index (AI) or Speech Intelligibility Index (SII). The AI is used to describe the percentage of speech that is audible based on pure tone audiometric thresholds. Various methods exist for calculating AI, the simplest is called the count-the-dots approach where dots are depicted on an audiogram showing the relative importance of frequency for hearing speech with the highest concentration in the 1000 to 4000 Hz region(Killion & Muller, 2004). The SII is another approach to quantify the portion of speech information that is audible to the listener; the SII calculation is described in ANSI S3.5-1997 (R2017).

*Speech Audiometry in Quiet.* Speech is fundamental to human communication, though alternative non-speech languages exist, e.g. American Sign Language. Pure tone audiometry is an essential audiometric, but does not capture processing of complex sound. To determine how hearing loss affects speech understanding we need to use speech stimuli. Modern audiometers include speech testing capability, either through an external input or internal material using the same transducer options as pure tone audiometry. The two most common speech measures in quiet are 1) speech recognition threshold (SRT) and 2) word recognition score (WRS). The SRT has a similar function to pure tone audiometry, i.e. to determine threshold (lowest level)

that words can be correctly identified (simple detection of speech without understanding is called speech detection thresholds). SRT is usually determined using spondee words, two-syllable words that have equal emphasis on both syllables, e.g. baseball. The spondee words (recorded or monitored live voice) are presented using comparable methods for pure tone threshold determination. WRS testing is different from our threshold-based evaluations, instead of determining softest level or detection or speech recognition, we are determining speech recognition when stimuli are played at a suprathreshold or audible level. WRS is most commonly completed with an open-set (no prior knowledge of list) of monosyllable words. The first monosyllabic word material to enjoy wide use were phonetically balanced (Harvard PAL PB-50 list), meaning the frequencies of phonemes on the list represent the distribution of speech sounds used in the English language; the current version used clinically is the Central Institute of the Deaf W-22 (Hirsh et al., 1952). Another common list used today is the Northwestern University Auditory Test No. 6 or the NU-6 Test. The NU-6 is phonemically balanced rather than phonetically balanced, meaning balanced based on groups of speech sounds rather than attempting a true phonetic balance. In WRS testing the list of words is presented (preferably a recorded and calibrated material) at an audible level to the listener and the percent correct is determined. The testing level is an important consideration and numerous approaches exist, however, if the goal is to determine best performance the evidence-based approach is to present the words 5-10 dB lower than the maximum tolerable level (Guthrie & Mackersie, 2009). Other considerations are the number of words presented and mechanism of presentation (recorded vs live voice) which can have important implications for determination of clinical significance (Dubno, Lee, Klein, Matthews, & Lam, 1995; Thornton & Raffin, 1978).  Speech testing in quiet can also be performed for determining ability to understand conversational level speech or changes observed with intervention, such as a

hearing aid. Alternative speech tests include closed-set tests, modified rhyme test, non-sense syllable tests, and sentence tests.

*Speech Audiometry in Noise.* Excellent performance on speech in quiet measures does not predict capacity to understand speech with competing noise (R. H. Wilson, 2011). The world is not a space devoid of competing sound. Perhaps a more relevant assessment of "real-world" speech recognition is the use of a competing noise while the speech stimuli are administered. Numerous speech-in-noise (SIN) tests are available including, but not limited to the word-in-noise (WIN) test, hearing in noise test (HINT), Bamford-Kowal-Bench Speech-in-Noise (BKB-SIN), Quick-SIN, and Speech Recognition in Noise Test (SPRINT). For example, the SPRINT test was designed by the United States Army to identify active duty soldiers with hearing difficulty. The test includes 200 monosyllabic words that are pre-recorded with a multi-talker babble at a 9-dB ratio (speech 9 dB above babble). Solider are expected to hear at least 95% of words correctly.

Masking. Masking for the purpose of hearing testing (rather than as a psychophysical function) has a comparable function of covering one eye when undergoing a vision assessment. Masking is necessary due to bone conduction that allow detection of sound in the ear contralateral to the ear with a sound presentation. Another phenomenon is *upward spread of masking*. A single neuron cannot encode two signals simultaneously. A lower frequency sound stimulates a broad region of the cochlea due to traveling wave characteristics (travels from base to apex) can mask or suppress perception of a high frequency sound due to the overlapping traveling waves.

Testing environment. Audiological assessment often requires an appropriately quiet test environment to allows the audiologist to control the sound delivery. Testing is commonly completed in specially constructed sound isolated rooms. Specific ANSI standards exist (ANSI

S3.1-1999). Nonetheless, it is sometimes necessary to complete testing in a quiet room in a school or building, the ambient noise levels may limit frequencies that can be tested or limit testing to a screening rather than establishing thresholds.

Interpretation. From the audiogram and speech testing we can determine type of hearing loss (sensorineural, conductive, mixed), severity/degree of hearing loss, configuration of the hearing loss (rising, flat, sloping, notched, etc.), and symmetry; the type, severity/degree, configuration, and symmetry of hearing loss can insight on causal factors relative to the corresponding history. For example, an audiogram showing a notched pattern with poorer thresholds at 4000-6000 Hz and better hearing at immediate frequencies (3000 Hz and 8000 Hz) is most often suggestive of a noise induced hearing loss. An asymmetry in notched hearing with poorer hearing in the left ear can indicate use of long barreled firearms; this interpretation would be further supported by the corresponding case history.  Speech testing can help inform correlation of speech threshold to PTA and determine ability to understand speech in quiet or in noise. Poorer speech understanding relative to thresholds can suggest *phonemic regression* or certain pathologies, such as a neural deficit.

## 2. Objective Measures of Auditory Function

An objective measure represents a measure that does not require a psychophysical response. Objective measures applied to auditory function are not measures of hearing, but rather represent functional status at different levels of the pathway. More central measures are in general dependent on the functional status of the more peripheral pathway. It is possible that objective measures can show reduced function with limited change in subjective measures such as the audiogram, as physiological redundancy and compensatory neuroplasticity can obscure perceptual consequences.

Otoacoustic Emissions (OAE). OAEs represent an objective measure of Otoacoustic

emissions represent measurable sounds produced as a by-product of cochlear function (Kemp, 1978). The primary sources of OAEs are dependent on the evoking stimuli. The proposed mechanics include a non-linear distortion source (non-linear referring to compressive growth with increase in stimulus level) and coherent-reflection source, both involving a backward travelling wave on the basilar membrane, fast wave compression (instantaneous fluid compression), and multiple interactions not fully understood and debated (He & Ren, 2013; Shera, 2004). Four primary categories of OAEs exist, spontaneous otoacoustic emissions (SOAE), stimulus frequency otoacoustic emissions (SFOAE), transient evoked otoacoustic emissions (TEOAE), and distortion product otoacoustic emissions (DPOAE). SOAEs represent the simplest form of an OAE, as they do not require an evoking stimulus. SOAEs are theoretically generated by repeated coherent-reflections (from existing perturbations) of a travelling wave back and forth on the basilar membrane (Shera, 2004). These reflections become "in phase" and result in a measurable SOAE (Boul & Lineton, 2010). SFOAEs are evoked by a single tone and believed to be due primarily to the coherent-reflection source similar to SOAEs, but acquired by an evoking stimulus (Shera, 2004). The more common clinical OAE measures are the DPOAE and the TEOAE.

   *Distortion Product OAE.* DPOAEs are evoked using two simultaneous pure-tones at slightly different frequencies ($f_1$, $f_2$; with $f_2 > f_1$) and variable intensities. The abbreviation $f_1$ denotes the lower frequency in the pair and $f_2$, the higher frequency. Similarly, $L_1$ represents the intensity level of the lower frequency tone and $L_2$, the intensity of the higher frequency. The $f_2/f_1$ represents the ratio of the frequencies of the two tones, with a ratio in the range of 1.20 to 1.22 typically used in humans as these ratios yield the higher DPOAEs. The largest distortion product in humans is the cubic distortion product, noted as $2f_1$-$f_2$. DPOAEs include contributions from both the coherent-reflection and the non- linear distortion sources (two-source model, not to be

confused with the "nonlinear" click mode for TEOAEs), but at different locations along the basilar membrane. The distortion source component arises from nonlinear interaction of two relatively high-level stimuli at a location near the $f_2$ place where the DPOAE is generated, while the reflection component is generated near the $2f_1$-$f_2$ (typically the largest DPOAE) characteristic place from a relatively low-level stimulation. Both sources contribute to the DPOAE measured in the ear canal (Shera & Guinan, 1999).

*Transient Evoked OAE.* TEOAEs (typically evoked with a click stimulus) have been demonstrated primarily to have a coherent-reflection source (Kalluri & Shera, 2001), but also have been shown to have a non-linear distortion portion (Yates & Withnell, 1999). For TEOAEs, the 80 dB peak SPL "nonlinear" mode represents the traditional screening protocol. The term "nonlinear" refers to a change in the stimulus polarity (three 80 dB peak SPL positive polarity clicks and one 90 dB peak SPL negative polarity click). This should not be confused with the nonlinear distortion source

Both DPOAEs and TEOAEs have been demonstrated to be highly sensitive to the effects of noise. Indeed, changes in the amplitude of DPOAE and TEOAEs can be observed prior to changes in audiometric thresholds. Numerous studies have demonstrated that OAEs (all types) show susceptibility to cochlear pathology, with change in pure tone thresholds and even prior to changes in pure tone thresholds. For example, Attias et al. (1995) found reduced TEOAE (80 dB peak SPL "nonlinear" clicks) responses in military personnel with significant noise exposure, but normal pure tone thresholds. Marshall et al. (2009) observed significant reduction in OAE amplitudes for US Marines after exposure to weapon firing and simulated artillery but no change in audiometric thresholds. Similar findings using TEOAEs and DPOAEs were reported by Lucertini, Moleti, and Sisto (2002) and Sisto et al. (2007).

Immittance Measures. Immittance measures refers to a selection of tests aimed at measuring changes in the immittance of the middle ear. Immittance refers to the combination of the term impedance and admittance, which are reciprocal. The most common immittance measures used are tympanometry, acoustic reflexes, and reflex decay; other measures include tests of Eustachian tube function and wide-band reflectance. Tympanometry is a measure of middle ear function performed by placing a hermetically sealed plug in the external ear, while playing a probe tone and varying the air pressure. The output provides a measure middle ear admittance, ear canal volume, middle ear pressure, and tympanometric width or gradient. The results can be classified based on the results. Type A refers to normal middle ear pressure and static admittance, Type B represents little to no admittance, and Type C refers to normal admittance, but negative middle ear pressure. Other types and subtypes exist (J. Jerger, 1970; Liden, Peterson, & Bjorkman, 1970). The results can inform differential diagnosis of conductive pathologies. Acoustic reflex testing refers to the measurement of muscle contraction (stapedius muscle) in the middle ear when a sound is presented to the ear, called a middle ear muscle reflex (MEMR). In a normal system this reflex occurs in both ears even with presentation to only one ear. Immittance equipment is used to measure the change in the position of the tympanic membrane as the stapedius muscle contracts and pulls on the ossicular chain. The physiology of the acoustic reflex involves the middle ear, inner ear, auditory nerve, cochlear nucleus, superior olivary complex, and the motor nucleus of the facial nerve with ipsilateral and contralateral pathways, called the acoustic reflex arc. The acoustic reflex reduced transmission of low frequency sounds below 1000 to 2000 Hz due to the stiffening effect of the middle ear. Acoustic reflex patterns can help inform differential diagnosis of conductive, sensory, and auditory neural and brainstem level pathologies.

Auditory Evoked Potentials. Evoked potentials (EP) are an electrical potential in a specific

pattern recorded from part of the nervous system. An EP is comparable to spontaneous potentials such as electroencephalography (EEG), but is measured following an evoking stimulus. Auditory evoked potentials (AEPs) use sound stimuli to evoke a response from the auditory pathway. To measure AEPs a repetitive sound stimulus is played to the ear while neural activity is measured by electrodes placed at specific locations on the head. The neural activity is of an extremely small voltage and requires special equipment to amplify and average the signal to separate the evoked activity from spontaneous neural activity (i.e. noise). The change in latency of the response after the signal represents different levels of the auditory pathway, with the earliest response reflective of the action potential occurring at approximately 2-3 milliseconds, the late responses occurring within 1 second. The predominated AEP used clinically is the auditory brainstem response (ABR), which reflects the first 10 milliseconds of the response (Hall, 1992).

### 3. Special Tests

Otoscopy. Examination of the ear using a light and magnifying glass is called otoscopy. The tool used is called an otoscope. Otoscopy involves placing a disposable or sterilized speculum in the ear canal and viewing the status of the ear canal and the landmarks of the tympanic membrane.

Extended High Frequency Testing. The traditional audiogram consists of tests frequencies between 250 to 8000 Hz. Of course, humans can perceive sound well above 8000 Hz, though the relative importance for speech recognition is limited. Despite the limited implications of high frequency hearing for speech recognition there is evidence that extended high frequencies contribute to speech understanding, particularly with competing noise (Badri, Siegel, & Wright, 2011; Hunter et al., 2020; B. C. Moore, 2016). It is also evident that the high frequency portion of the cochlea (basal region) are more susceptible to the effects of noise, age, and ototoxic drugs

(Salvi et al., 2018). For example, studies in soldiers exposed to military noise showed not only notching at the expected 3000-6000 Hz, but also 11000-14000 Hz (Buchler, Kompis, & Hotz, 2012). Therefore, testing beyond 8000 Hz can allow for earlier identification of early indices of auditory pathology and perceived hearing loss despite fairly normal audiometric thresholds at frequencies < 8000 Hz.

Tinnitus Assessment. Tinnitus is the perception of a sound without an external source; tinnitus is further discussed in a later section (see Tinnitus). Tinnitus assessment involves measuring different attributes of a person's tinnitus perception using psychophysical procedures. The assessment involves matching the tinnitus pitch, loudness, identifying the minimal masking level, and determining evidence of residual inhibition (Henry et al., 2004). Other components of a tinnitus assessment include functional measures of impact of tinnitus on daily life. Noise induced hearing loss usually matches to sounds of 3 kHz and higher or no more than an octave below the noise-affected frequencies. Loudness commonly falls within 15 dB above the audiometric threshold. Though no objective measure of tinnitus exists, if a tinnitus assessment achieves results consistent with audiometric deficits and the patient provide reliable responses, confidence in presence of tinnitus can be achieved (R.A. Dobie, 2015). Coles (2000) noted "whatever caused the hearing loss, most probably caused the tinnitus"

Stenger Test. If a sound is presented to both ears simultaneously, the perception of the tone will be localized to the better hearing ear or if a sound is presented to both ears simultaneously, but of a higher level in one ear, the person will localize the sound to the ear with the more intense stimulus (Glorig, 1965; Stenger, 1900). The Stenger Test is used when determining if an asymmetrical or unilateral hearing loss is organic or false/exaggerated.

Loudness Discomfort Levels. Loudness discomfort testing involves progressive increase

in sound stimulus level (pure tones or speech) and subjective report of when the sound becomes uncomfortable or causes discomfort (Cox, Alexander, Taylor, & Gray, 1997).

Central Auditory Processing. Numerous measures of hearing that require higher level processing are commonly used to determine central deficits including dichotic listening tasks, temporal processing, binaural interaction, speech discrimination with degraded or competing signals (ASHA, 1996).

### 4.  Case History & Functional Indexes

A critical portion of the audiological assessment is a thorough case history and consideration of how the hearing loss or tinnitus is impacting daily function. In the clinical setting, the case history or patient history refers to information about the patient's past and present health status, including complaints, symptoms, diagnosed diseases/disorders, medications, test results, and family history. For hearing and tinnitus, it is important to identify the patient's chief complaint, temporal nature of symptoms, nature of onset (sudden vs. gradual), correlation of symptoms with causal factors, medical history, psychological history, and impact on quality of life and day to day function.

A number of inventory-based assessments exists for estimating impact of hearing loss and tinnitus on a patient's function. For hearing loss, a commonly used self-report communication scale is the Hearing Handicap Inventory, which includes adult and elderly versions (Ventry & Weinstein, 1982; Weinstein & Ventry, 1982). The HHI focuses on the social and the emotional impact of hearing loss. For tinnitus, the Tinnitus Handicap Inventory (Newman, Jacobson, & Spitzer, 1996) and the Tinnitus Functional Index) (Meikle et al., 2012). Both the THI and TFI provide insight on the functional impact of tinnitus on factors such as sleep, concentration, and emotional reaction.

### D.  Pathology of the Auditory System

Defining Hearing Loss. Hearing loss has been defined in many ways depending on the purpose. The military/Department of Defense (DOD), Veteran's Affairs (VA), state-based workers compensation regulations, and professional organizations use variable definitions. For example, prior to the existence of calibrated audiometers, the Army, Navy, and Veterans Administration used a conversation voice test at 20 feet. The tester would speak and the service member would repeat the words. If incorrect, the tester would approach foot by foot until the words were spoken correctly; 20/20 (could repeat words at 20 feet) was considered normal hearing and 10/20 partial hearing loss (H. A. Carter, 1943). A common way hearing loss is defined, is self-perceived hearing difficulty; indeed, numerous population-based epidemiological studies use self-reported hearing difficulty or self-reported diagnosed hearing loss as outcome measures to determine prevalence of hearing loss, this includes the Nurse's Health Study and the Health Professions Study (Curhan, Eavey, Shargorodsky, & Curhan, 2010; Curhan, Shargorodsky, Eavey, & Curhan, 2012). However, there are a number of limitations to assessments simply based on self-reported hearing loss (Angara, Tsang, Hoffer, & Snapp, 2020; Curti, Taylor, Su, & Spankovich, 2019; Spankovich, Gonzalez, Su, & Bishop, 2018; Tsimpida, Kontopantelis, Ashcroft, & Panagioti, 2020).  Another common method of defining hearing loss is based on pure tone audiometry and an average of frequencies important for communication, the *pure-tone average* (PTA), introduced previously. The average lowest level detectable by a young adult with presumed normal hearing represents the 0 dB hearing loss (HL) for each frequency, also called the *audiometric zero*. The audiometric zero (0 dBHL) is based on decades of research aimed at identifying the lowest sound pressure on average detectable by humans; as referenced previously this is 20 uPA (see review by Spankovich, 2020). In other words, 0 dBHL is the softest sound on average a human can hear, and refers to 0 *decibels of hearing loss*, later a more neutral term was adopted, *decibel hearing level* (dBHL)

(Glorig, 1965). The earliest basis for audiometric zero was derived from the U.S. National Public Healthy Survey in 1935-1936 and became the American Standards Association, 1951 specification (ASA, 1951). The audiometric zero was revised over subsequent decades as more standardized testing procedures became utilized (e.g. testing environment, psychophysical methods of adjustment). When the audiogram was initially developed, anything above 0 dBHL was considered some level of hearing loss. Though, anything above 0 dBHL is poorer than average normal, the level of hearing loss that creates hearing difficulty is another manner and not universally applied.

Prominent early hearing scientists worked on identifying the relationship between hearing loss and speech understanding e.g. (Fletcher, 1929; Fowler, 1942; Sabine, 1942). In 1937 the Council on Physical Therapy of the American Medical Association, assisted by its Consultants on Audiometers and Hearing Aids were tasked with formulating a method for determining percentage loss of useful hearing for medico-legal purposes. The original procedures were outlined in 1942 and involved measuring frequencies between 256 and 4098 Hz on a chart with percent hearing loss based on dB above 15 dBHL; additional frequency weightings were applied in 1947 (Harris et al., 1956; Therapy, 1942). This frequency range was chosen as experiments filtering frequencies below 300 Hz or above 4000 Hz had little impact on speech understanding in quiet (Fowler, 1942).

This work became the foundation for standardizing audiometry and in documenting disabling hearing loss for legal purposes. In July, 1948, the New York State Court of Appeals decided in favor of the claimant in Slawinski vs. J.H. Williams and Company with an award of $1,661.25 for hearing loss caused by occupational noise and established hearing loss as an occupational injury (Glorig, 1961). A flood of claims followed that necessitated re-addressing how hearing impairment was calculated. As described above the method proposed by the Council on Physical Therapy and adopted by the American Medical Association (AMA, 1942, revised 1947)

incorporated 4000 Hz, a frequency sensitive to the effects of noise. This created dissatisfaction to the liable businesses and government agencies, that in 1950 a joint committee with members from the AMA and AAOO was appointed. The result was the 1959 Guide for Evaluation of Hearing Impairment (AAOO, 1959). The AAOO 1959 formula averaged thresholds (PTA) at 500, 1000, and 2000 Hz, removing 4000 Hz from the consideration to determine hearing impairment for speech in quiet, also known as (aka) the *Speech PTA*. Monaural hearing impairment for each ear was based on this PTA-5,1,2, beginning at 25 dBHL (rather than the original 15 dBHL) and multiplying by 1.5% per dB with a maximum of 100% hearing handicap at 92 dBHL, a better to worse ear weighting was applied 5:1.

A limitation of this "speech PTA" is that the higher frequency portions of the auditory pathway are more susceptible to damage and indeed have important contributions to the phonemic content of speech, harmonic perception, and ability to understand speech in noisy backgrounds (Hunter et al., 2020; Kryter, 1962; B. C. Moore, 2016). In 1979, the AAO-HNS recognized this factor and included 3000 Hz in their PTA recommendations for determining disability and worker compensation. The AAO-HNS formula maintained the 25 dBHL low fence for hearing handicap, but did imply that impairment begins at approximately 15 dBHL and described hearing levels between 15-25 dBHL to be non-material and that above 25 dBHL indicated material impairment (again limited to the "speech frequencies").  Both the AAOO 1959 and the AAO-HNS 1979 remain common formula used by states for determination of hearing handicap/impairment for occupational claims (R.A. Dobie, 2015). B. C. Moore (2016) suggested inclusion of 4000 and 6000 Hz in medico-legal context given their importance in speech understanding in noise and localization.

Other groups such as the World Health Organization (WHO) define hearing loss as greater

than 25 dBHL in the better ear and disabling hearing loss as greater than 40 dBHL in the better ear of adults (30 dBHL in children) using a PTA of 500, 1000, 2000, and 4000 Hz. A group called the Global Burden of Disease Expert Group on Hearing Impairment recommend the WHO lower the fence to consider thresholds greater than 20 dBHL as the cutoff for normal hearing and removing the disabling hearing loss cutoff (Olusanya, Davis, & Hoffman, 2019).  The Occupational Safety and Health Administration (OSHA) defines hearing loss as a 25-dB loss, which applies an average of 2000, 3000, and 4000 Hz is equal or greater than 25 dBHL (OSHA, 1904.10b(2)ii). The National Institute of Occupational Safety and Health (NIOSH) defines hearing impairment as a binaural PTA of 1000, 2000, 3000, and 4000 Hz greater than 25 dBHL (NIOSH 1997). The VA defines hearing impairment based on a PTA of 1000, 2000, 3000, and 4000 Hz and speech discrimination using a table specified in VA documents 4.85/.86. Hearing impairment begins when PTA-1,2,3,4 exceeds 40 dB and/or when speech discrimination scores reduce below 90%. There are also adjustments for certain patterns of hearing loss. The military applies various standards for hearing status to determine fitness for duty, these are dependent on branch and assigned duty. For example, the Army uses the H1, H2, and H3 nomenclature. H1 is considered fit for duty for most applications, H1 requires that thresholds are no more than 25 dBHL for average at 500, 1000, and 2000 Hz and not over 30 dBHL at any individual frequency from 500 to 2000 Hz, and threshold at 4000 Hz is not over 45 dB HL. Therefore, H1 status does not indicate normal hearing, but rather the hearing loss for speech frequencies is not greater than a mild degree of hearing loss. H2 and H3 profiles are consistent with greater hearing deficits. Other tests including the SPRINT test and Modified Rhyme Test. Finally, the professional organization of audiology, the American Academy of Audiology (AAA) and the American Speech-Language Hearing Association (ASHA) recommend a cutoff of normal pure-tone sensitivity as 15 dBHL (Clark, 1981).

A related consideration is defining a *significant threshold shift*. For example, the OSHA, MSHA, and the DOD use the term Standard Threshold Shift (STS) to describe the average change in hearing from baseline levels of 10 dB of greater at the frequencies 2000, 3000, and 4000 Hz (29 CFR 1910.95(g)(10)(i)). Upon identification of an STS certain actions are mandated. NIOSH uses the term STS to describe a change in threshold from baseline levels of 15 dB or greater at any single frequency 500-6000 Hz (NIOSH, 1998). For the DOD, a single frequency with a 15 dB shift is considered an early warning flag with no requirements for follow-up. On the other hand, a significant negative STS (improvement in hearing) is defined by the DOD as an improvement of 10 dB or greater for the average of 2000, 3000, and 4000 Hz in either ear.

Finally, we need to also consider what constitutes significant asymmetry between ears. The AAO-HNS define asymmetrical hearing impairment as a difference in air conduction thresholds between ears of 15 dB or greater at 500, 1000, 2000, and 3000 Hz. The National Hearing Conservation Association (NHCA) defines asymmetrical hearing loss as 25 dB or more at any two consecutive test frequencies or 40 dB at any single frequency. Other definitions exist in the literature (Durakovic, Valente, Goebel, & Wick, 2019).

It is important to note that normal pure tone audiometry does not rule out an STS or dysfunction within the auditory pathway. For example, a 20-30% loss of OHC can exist without effects on threshold sensitivity (Bohne & Harding, 1992; Davis, Qiu, & Hamernik, 2005), further up to an 80% loss of auditory afferent neural fibers can exist with little to no effect on threshold(Kujawa & Liberman, 2009; Schuknecht & Woellner, 1953). In addition, how hearing loss is defined is critical. For example, if a threshold cutoff of 25 dBHL is applied for normal, a significant change may have been incurred but undetected due to lack of a baseline tests. The average normal audiometric thresholds is called audiometric zero, i.e. 0 dBHL. An 18-year old

with hearing thresholds at -5 to 5 dBHL that experiences a 20-25 dB shift will likely perceive a hearing change/deficit, but may be labeled "normal" despite a significant change in hearing status. Therefore, the establishment of a baseline audiogram is important to detecting change in hearing without relying only on an absolute measure at one point in time (Spankovich, 2020). Furthermore, dysfunction is not limited to the peripheral auditory system, central auditory deficits can exist independent of peripheral function. It is clear that perceived hearing difficulty, compromised speech understanding in noise, and phenomenon such as tinnitus and sound sensitivity can exists even when pure tone audiometry thresholds are within the normal range.

Types of Hearing Loss. The type of hearing loss is dependent on the portion of the auditory pathway implicated in the compromised hearing percept.  The three primary types of hearing loss are conductive, sensorineural, and the combination of the two, called mixed hearing loss.

*Conductive*. A conductive hearing loss (CHL) refers to a compromise in transmission of air-borne vibrations to the cochlea. The audiometric findings of a conductive hearing loss show normal bone conduction thresholds with elevated air conduction thresholds. Pathologies that can create conductive hearing losses include generally benign factors such as occluding cerumen (ear wax) and more intrusive pathologies such as a cholesteatoma or disarticulation of the ossicular chain. CHL is often only temporary in nature; once the source of compromised conductive function is removed (ear wax removed or fluid removed from middle ear) hearing can return to normal.

*Sensorineural*. A sensorineural hearing loss (SNHL) refers to damage to the cochlear portion of the inner ear and auditory-vestibular nerve. SNHL is manifested by damage to the structures of the inner ear and auditory nerve. The most common causes of SNHL are noise, age-related factors, and ototoxic drugs. The pathological effects of noise, age, and ototoxic drugs

have overlap, but their contributions can be in part differentiated based on history and site of lesion testing. In general, for all three causal factors, the OHC and the auditory synapse appear to be most sensitive to damage (Salvi et al., 2018; Wu, O'Malley, de Gruttola, & Liberman, 2020). The audiometric findings of a SNHL show elevated air conduction and bone conduction thresholds that are within 10 dB of each other.

*Mixed*. A mixed hearing loss (MHL) refers to a combination of a conductive and sensorineural hearing loss. The audiometric findings of an MHL are elevated air conduction and bone conduction thresholds with a > 10 dB difference (Hall, 2014).

*Central*. A central hearing deficit, aka central auditory processing disorder/deficit refers to compromised function of the central auditory pathway. CAPD can manifest independent of peripheral dysfunction (ASHA, 1996).

Hearing versus Listening. Another concept to acknowledge the physiological process of hearing as detailed in the anatomy and physiology section extends beyond the classical auditory pathway. Listening is an important consideration, as this requires attention and effort on part of the listener to attend to a specific speaker or sound source (Picou & Ricketts, 2018).

Tinnitus defined. Tinnitus is the perception of sound without an external source. Various nomenclature has been applied to describe tinnitus including terms such as subjective and objective tinnitus. The AAO-HNS recently released guidelines for tinnitus with updated description recommendations (Tunkel et al., 2014). The AAO-HNS referred to primary tinnitus as tinnitus that is idiopathic and may or may not be associated with sensorineural hearing loss, e.g. noise induced tinnitus. Secondary tinnitus refers to tinnitus that is associated with a specific underlying cause (other than sensorineural hearing loss) or an identifiable organic condition, e.g. pulsatile tinnitus related to benign intracranial hypertension. Our discussion here will be focused on primary tinnitus

which is the type of tinnitus relative to noise related pathology.

*Primary tinnitus Neuroscience*. The understanding of the physiological source of tinnitus has significantly expanded over the past 30 years. Numerous portions of the auditory pathway and non-auditory pathways have been implicated in tinnitus perception and reaction, however, the exact mechanisms underlying primary tinnitus remains elusive. In brief, tinnitus source theory has traditionally been categorized by peripheral and central mechanisms. More recently, research points to both peripheral and central factors that underlie tinnitus perception and reaction. In other words, peripheral changes to cochlear and auditory neural integrity result in maladaptive neural plasticity at more rostral (central) segments of the pathway. These changes include increase spontaneous neural firing (bursting) of excitatory neurons and neurotransmitters and reciprocal decrease in activity of inhibitory neurons and neurotransmitters resulting in central gain. Distortions in frequency representation as input to more central regions is restricted due to peripheral damage. These changes in classical auditory regions are observed from the cochlear nucleus to the auditory cortex.  In addition, numerous non-auditory structures have been implicated in tinnitus perception suggested a distributed brain network implicated in mediating tinnitus perception (Henry, Roberts, Caspary, Theodoroff, & Salvi, 2014; Husain, 2016; Leaver, Seydell-Greenwald, & Rauschecker, 2016; Leaver, Turesky, et al., 2016).

Primary tinnitus is often categorized further based upon its temporal nature. An often-quoted "classic" definition of tinnitus is ear/head noise lasting at least 5 minutes and occurring at least twice a week (Tyler, Aran, & Dauman, 1992). *Occasional tinnitus* is defined as tinnitus lasting at least 5 minutes, but experienced less than weekly (Henry & Manning, 2019). *Intermittent tinnitus* meets the classical definition and defined as tinnitus that is experienced at least daily or weekly (Henry & Manning, 2019). *Constant tinnitus* refers to a continual perception of tinnitus

presence, particularly in quiet environments.

It is possible that persons with occasional or intermittent tinnitus have constant tinnitus, but are not aware of the constant nature, as it may be easily masked by ambient sound or the person may be easily distracted from the perception (Henry & Manning, 2019). The tinnitus may be primarily perceived when in quiet or when under stress.

Other temporal categories of tinnitus include *spontaneous tinnitus* and *temporary tinnitus*. Spontaneous tinnitus also called a *transient ear noise* or *sudden brief unilateral tapering tinnitus (SBUTT)* refers to an experience of a sudden and seemingly random onset of a tone accompanied by a sense of ear fullness (plugged feeling) (Oron, Roth, & Levine, 2011). The experience decays rapidly as the ear recovers to its normal state within seconds to minutes. In general, a spontaneous tinnitus that occurs randomly a few times a year is considered benign (Henry & Manning, 2019). This is in contrast to spontaneous-like tinnitus that happens more frequently, such a weekly or daily. Oron et al. (2011)suggested that frequency of sudden tinnitus episodes may be indicate enhanced risk for constant tinnitus and that persons with constant or intermittent tinnitus with frequent sudden bursts may represent a distinct tinnitus form. This episodic spiking or bursting behavior is consistent with neuronal behavior observed in animal tinnitus models. Sudden spikes or burst in tinnitus can also be accompanied with aural/ear pain (otalgia) suggesting a role of the somatosensory pathway (Koehler & Shore, 2013; Norena & Eggermont, 2003). *Temporary tinnitus* refers to an event related tinnitus, most commonly noise related, but can include stress or medications. *Temporary tinnitus* can last seconds to days, but is not just a random experience, rather the onset can be related to a specific event/factor. A related form of tinnitus is called *reactive tinnitus. Reactive tinnitus* is a form of tinnitus worsened by presence of sound enrichment opposed to the more common experience of tinnitus suppression with sound enrichment.)Schnurr and

Jankowski (1999) reported that sudden tinnitus episodes and reactive tinnitus were more common in individuals with history of post-traumatic stress disorder (PTSD). Fagelson (2007) observed that veterans with PTSD were twice as likely to report sudden onset tinnitus and more than twice as likely to experience aural pain.

Epidemiological studies such as the National Health and Nutrition Examination Survey (NHANES) use the question "In the past 12 months, (have you/has SP) ever had ringing, roaring, or buzzing in (your/his/her) ears?" This definition is consistent with at least a temporary tinnitus. The was updated in 2005 with "lasting at least 5 minutes" which corresponds to at least occasional tinnitus (CDC, 2020). How tinnitus is defined has critical importance for determining prevalence and significance, in other words, less stringent definitions will suggest a higher prevalence. The estimated prevalence of experiencing tinnitus any amount of time is 25.3%, whereas more frequency tinnitus defined as at least daily is approximately 7.9% (Shargorodsky, Curhan, & Farwell, 2010).

Tinnitus is perceived/reported by more than 50 million people in the United States (Shargorodsky et al., 2010), conservatively 1 in 10 U.S. adults has tinnitus (J. M. Bhatt, Lin, & Bhattacharyya, 2016). It is estimated that 20-25% of patients with tinnitus consider the symptoms to be a significant problem (Seidman & Jacobson, 1996). Tinnitus is the number one disability claim among recently discharged veterans, followed by hearing loss and post-traumatic stress disorder (Veteran Affairs, 2014). In the military tinnitus has been indicated to have significant impact of service members, including deficit in task performance. Henry et al. (2019) reported tinnitus significantly impacted job performance, concentration, sleep, and experience of anxiety and depression among service members.

A critical distinction is the perception of tinnitus versus the reaction to tinnitus. The

perception is simply experiencing the phantom sound percept. The reaction refers to the impact the tinnitus has on a person's functional status (Jastreboff & Hazell, 1993). Almost everyone with tinnitus, whether bothersome or not, would want the percept eliminated if possible (Tyler, 2012). It makes sense that tinnitus is not perceived as a positive experience, the onset of tinnitus perception does not generally evoke a response or feeling of improved health or wellbeing. If you hear a grinding noise in your car engine, your first reaction is not, this is good(Spankovich, 2019). This reaction may further be compounded by tinnitus related to a negative event, where the tinnitus (though by itself has limited meaning) is a reminder of that experience (Fagelson, 2007; Spankovich, 2019). For example, a person with an acoustic neuroma and accompanying tinnitus may experience enhanced sensitivity to tinnitus changes and exacerbated reaction due to concern that it is a sign the tumor is larger or more invasive. A soldier that experienced tinnitus during or following an active engagement may now be reminded of that experience by the presence of the tinnitus; this may reinforce in their mind that they cannot escape the tinnitus nor escape or leave the past behind them. Furthermore, despite decades of research there is no "cure" for tinnitus, no medication or surgery can remove the tinnitus perception from the brain. In the absence of a cure, interventions focus on mitigating the tinnitus reaction (Tunkel et al., 2014).

The most common effect of tinnitus is sleep disturbance, concentration, loss of silence/feeling of inability to escape, and emotional/stress-based issues (Tyler & Baker, 1983). Tinnitus has been determined to affect employee productivity and in severe cases ending a person's occupation (Tunkel et al., 2014). Tinnitus has been demonstrated to exacerbate PTSD (Fagelson, 2007) and though rare result in suicidal ideation and suicide (Lewis, Stephens, & McKenna, 1994; Szibor, Makitie, & Aarnisalo, 2019). It is also common for persons with tinnitus to attribute their hearing difficulties to their tinnitus perception (Henry et al., 2015). This is in general unsupported,

tinnitus does not cause hearing loss, rather hearing loss causes tinnitus. Nonetheless, tinnitus can affect concentration which can impact listening (Burns-O'Connell, Stockdale, & Hoare, 2019; Tyler & Baker, 1983) and speech understanding with competing noise (Oosterloo, Homans, & Goedegebure, 2020).

A number of validated tinnitus questionnaires exist to establish functional implications including the Tinnitus Handicap Inventory (Newman et al., 1996), Tinnitus Functional Index (Meikle et al., 2012), and Tinnitus Reaction Questionnaire (P. H. Wilson, Henry, Bowen, & Haralambous, 1991).

### E.  Cause of Hearing loss and Tinnitus

<u>Sound</u>. A common cause of damage to the auditory pathway is high level sound. The first record of the injurious nature of high-level sound/noise as related to industry was made by Fosbroke in 1830, when he discussed hearing loss noted among blacksmiths. Later, Weber commented on hearing loss in boilermakers and railway men in 1862 (Glorig, 1961). A query was made in an 1866 issue of Lancet that asked readers "Can anyone of your readers suggest a remedy for preventing hearing loss caused by rifle shooting"?". The response in a later issue suggested "use of cotton in the ears" (Glorig, 1961).

A basic tenant of NIHL is that damage risk is related to the level and the duration of the exposure.  In other words, the higher the level the shorter duration of exposure that can be experienced without risk for damage. High level sound can cause damage to the middle ear such as tympanic membrane perforation, but the primary effects of noise are the inner ear and auditory nerve. A common characteristic of noise exposure is the audiometric notch or *noise notch*. The noise notch is represented by a decrease in hearing sensitivity in the frequency region between 3000-6000 Hz with a pattern of conserved hearing at 1500-2000 Hz and 8000 Hz.  Numerous

approaches exist to defining a noise notch (I. S. Bhatt & Guthrie, 2017). For example, Niskar et al. (2001) defined a notch as thresholds at 500 and 1000 H ≤15 dBHL and thresholds worse by ≥ 15 at 3000, 4000, or 6000 Hz than the lower frequencies and then the threshold at 8000 Hz 10 dB improved compared to the worse threshold at 3000, 4000 or 6000 Hz. The noise notch is a byproduct of the resonance characteristics of the external, middle, and inner ear resulting in enhanced vibration of the basilar membrane in the 3000 to 6000 Hz region. The frequency spectrum of the damaging sound and use of hearing protection can potentially alter susceptibility. For example, a low pass noise (sound filtered to only allow low frequencies) or a high-level low frequency tone or narrow band noise can cause noise induced pathology at regions of the cochlea below 3000 Hz and relative to the spectrum of the sound (McIlwain, 2008; Mills, Osguthorpe, Burdick, Patterson, & Mozo, 1983). However, in general broadband noise (the more common noise experience with industrial exposures and impulse sounds) is filtered by the pathway and related to the resonance characteristics describe above.

Animal studies of noise in general show primary damage to the basal/high frequency portion of the inner ear. Interestingly, studies in soldiers exposed to military noise showed not only notching at the expected 3000-6000 Hz, but also 11000-14000 Hz (Buchler et al., 2012). Nonetheless, audiometric thresholds are not sensitive to all forms of sound/noise induced pathology; specifically damage at the level of the synapse can be incurred acutely to a noise event with perceived change in hearing, tinnitus, or sound sensitivity, but no overt change in thresholds (Kujawa & Liberman, 2006).

*Temporary Threshold Shift (TTS).* A transient change in audiometric thresholds or perception that recovers within seconds to weeks is considered a TTS. Prior to 2009, the previously held dogma was that recovered TTS, i.e. recovered audiometric thresholds was without significant

perceptual, physiological, or anatomical changes. Kujawa and Liberman (2009) report created a paradigm shift in understanding the effects of noise with the discovery that TTS without overt loss of hair cells can damage the synapse and that measures of threshold are insensitive to its detection.

*Permanent Threshold Shift (PTS).* Permanent threshold shift refers to a sustained threshold shift. Various definitions exist for PTS. PTS is usually evident after two weeks post noise exposure, during which TTS mostly resolves.

The pathophysiological consequences of TTS and PTS have been studied extensively. Early studies of TTS and PTS pathophysiological sought to identify anatomical changes that differentiate the two.  Historically, TTS was largely thought to be a mechanical process disrupting connections between the tectorial membrane and stereocilia of the OHC or causing bending or compromise of stereocilia bundles. More recently, TTS has been shown to involve numerous inner ear structures and include metabolic consequences including pro-inflammatory and pro-apoptotic processes, changes in endocochlear potential, and synaptic integrity. On the other hand, PTS creates permanent damage to structures of the inner ear including damage to hair cells (preferentially OHC), auditory synapse, and auditory neurons (Nordmann, Bohne, & Harding, 2000). There is also extensive evidence of metabolic pathway activation that contributes to further damage (Ryan, Kujawa, Hammill, Le Prell, & Kil, 2016). Decades of research attempted to draw correlations between TTS and susceptibility to PTS, however, the relationship did not hold true particularly for individual susceptibility (Melnik, 1991; Themann et al., 2015).

Lack of PTS does not imply that auditory function is normal. In 2009, it was discovered that TTS was not so temporary (Kujawa & Liberman, 2009). Indeed, a robust TTS could elicit acute and permanent damage to the auditory synapse, called *cochlear synaptopathy*. This effect of noise had remained hidden due to the limited impact on hearing thresholds. Remarkably, a loss of

up to 80% of auditory synapses can exist with limited to no effect on threshold. Furthermore, technological limitations existed for detecting subtle changes at the level of the synapse, as the auditory nerve integrity, commonly measured by the intactness of the spiral ganglion is not acutely implicated. Nonetheless, not all TTS nor high level sound exposure causes synaptopathy. Numerous studies in young adult populations with common recreational noise exposure experiences have failed to show physiological evidence supportive of synaptopathy (Fulbright, Le Prell, Griffiths, & Lobarinas, 2017; Grinn, Wiseman, Baker, & Le Prell, 2017; Spankovich, Le Prell, Lobarinas, & Hood, 2017).  However, a population that has shown evidence supportive of synaptopathy is Veterans with higher noise exposure reports(Bramhall, Konrad-Martin, & McMillan, 2018; Bramhall, Konrad-Martin, McMillan, & Griest, 2017; Bramhall, McMillan, Gallun, & Konrad-Martin, 2019).

*Steady vs Impulse Noise/Sound.*  Steady noise is characterized by small fluctuations of level within the period of observation (e.g. engine noise). Impulse noise represents sound that is created by a sudden release of energy usually by explosion. Impulse noise is often defined as noise consisting of single bursts with a duration of less than one second with peak levels 15 dB higher than background noise. Impulse noise differs from steady state noise by the properties in the time domain. Impulse noise contains rapid sound pressure transients. The physical properties of impulse noise are characterized by peak level, rise and decay time, duration and number of impulses, spectral content, and level distribution (Hamernik, Ahroon, & Hsueh, 1991; Hamernik & Hsueh, 1991; Lahti & Starck, 1980; Pekkarinen, 1995; Starck, Pekkarinen, & Pyykko, 1988; Ylikoski, Pekkarinen, Starck, Paakkonen, & Ylikoski, 1995). For example, the duration of a handgun is < 1 millisecond and several milliseconds for large cannons. The human auditory system will provide full audibility when duration of a sound exceeds 200 ms at constant level. For shorter duration of

sound less loudness is perceived.

The attributes of the sound exposure can also significantly influence the pathological consequences and recommendations for hearing conservation. High level, short duration impulses have been suggested to present a greater risk for NIHL than steady-state continuous noise of similar equivalent energy levels (W. J. Murphy, Fackler, Berger, Shaw, & Stergar, 2015). The level and duration of steady compared to impulse noise underly the cutoff levels considered to be of consequence. Common cutoffs for steady-state noise necessitating hearing protection and hearing conservation measures is 85 dBSPL (A), where impulse noise due to the short duration has a cutoff of 140 dBpeakSPL. Noise damage criteria are further discussed in a subsequent section. Firearms represent a common source of impulse noise. The characteristics of firearm sound output are dependent on the barrel length, gas system, ammunition, accessories (muzzle or suppressor) and measuring equipment (Lobarinas et al., 2016).

*Conditioning vs. Progression.*  Repeated exposure to high level sounds has been shown to lead to increased susceptibility to subsequent exposures (C. Zhang et al., 2020). Furthermore, repeated TTS can lead to eventual PTS (Lonsbury-Martin, Martin, & Bohne, 1987). However, this is dependent on the nature of the sound exposure. For example, moderate level sound exposure can potentially serve to protect against a subsequent high-level exposure, this phenomenon has been called conditioning or toughening (Canlon, Borg, & Flock, 1988).  This effect is dependent on the preceding sound being non-hazardous (Morgan et al., 2019). There is also evidence that the effects of noise exposure can extend beyond the acute time frame relative to the exposure (Gates, Schmid, Kujawa, Nam, & D'Agostino, 2000; Kujawa & Liberman, 2006). As described previously cochlear synaptopathy can occur immediately post a moderately high exposure or robust TTS, despite recovery of threshold. Though, the synaptic damage is acute, the neural damage at the level

of the spiral ganglion is delayed and progressive, event without further exposure (Kujawa & Liberman, 2006). The limiting factor to synaptopathy is the lack of sensitivity to the pathology based on audiometric thresholds. Noise induced damage before aging reduces the effects of aging at noise-associated frequencies, but accelerates the deterioration of hearing in adjacent frequencies (Gates et al. 2000). Findings from the longitudinal and cross-sectional gerontological and geriatric population study of 70-year-olds in Gothenburg, Sweden supports these observations (Rosenhall, 2003). Rosenhall (2003) also suggested that tinnitus onset was also related to hearing loss and not age alone.

*Military Noise.* Walden, Proske, and Worthington (1975) performed an analysis of mean hearing thresholds among Army enlisted men. The configuration of hearing loss showed the classic noise notch at higher frequencies. Interestingly, the poorest thresholds were at 6000 Hz, a pattern seen among numerous reports of military noise exposure and reviewed by L.E. Humes, Joellenbeck, and Durch (2006) in their report on *Noise and Military Service*. Some noise exposures may exceed HPD capabilities such as on a flight deck or close approximation to an explosion or other ordinance exposures upward of 180 dB peak SPL. Though it is possible maximal attenuation may be overcome resulting in hearing damage, appropriately fit and functioning HPD can at minimal mitigate severity of the damage or reduce risk for co-morbidities (e.g. tinnitus). **See HPD Section**. Though the risk for noise induced hearing loss and tinnitus is significant for active war theatre, studies have suggested that the most common cause of acute acoustic trauma is in trainings and at camps during exercises (Medina-Garin et al., 2016).

*Damage Risk Criteria for Noise/Sound.* The current standards for the U.S. were originally formulated in 1968/1969 as part of the Walsh-Healy Act for Federal Contractors. The standards are based on data from a number of large-scale epidemiological studies of hearing loss in industrial

settings and consideration of a lifetime of exposure and set permissible exposure levels (PEL) and exchange rate (ER) based on equal energy rules. The OSHA (1983) recommends a permissible exposure limit at 90 dB(A) time-weighted average (TWA) for an 8-hour day and uses a 5 dB exchange rate. The TWA is a calculation of the average levels of noise exposed normalized to a time frame, commonly the 8-hr workday. The OSHA recommends an 85 dBA TWA action level requiring implementation of a hearing conservation program. From the TWA we can calculate the *noise dose*, for OSHA a TWA of 90 dB(A) is equivalent to a 100% dose. A 5 dB increase in TWA (95 dBA) indicates a noise dose of 200%. The NIOSH recommends an 85 dB(A) TWA for an 8-hour day (85 dBA = 100% noise dose) and a 3 dB exchange rate. The DOD (2019) requires implementation of hearing conservation programs when noise levels at 85 dB(A) or greater as an 8-hr TWA. For impulse noise, a 140 dBpeakSPL limit is recommended, this dates back to the 1968 U.S. National Research Council Committee on Hearing, Bioacoustics (CHABA) report on impulse noise hazard. The 1968 report was defined in terms of peak pressure and impulse duration; the shorter the duration, the higher permitted peak pressure. However, U.S. Army standards simplified recommendations by setting a limit of 140 dB peak pressure irrespective of impulse duration. The US MIL-STD 1474E (DOD, 2015) has two different metrics: Auditory Risk Units (ARU), calculated with the Auditory Hazard Assessment Algorithm for Humans (AHAAH) and the Equal Energy Equivalent Averaged over 100 milliseconds Intervals ($L_{IAeq100ms}$), which is used to calculate the noise dose. The AHAAH is a mathematical model of the ear that was developed to provide a risk evaluation for impulse noise. Software produced by the US Army Research Laboratory (ARL) can be used to calculate the hazard in ARU which refers to the number of permitted rounds and includes consideration of activation of the middle ear muscle reflex. On the other hand, the $L_{IAeq100ms}$ is similar to the $L_{Aeq8hr}$ used for steady state noise, the dose calculation

is calculated for a single exposure and then multiplied by number of impulses to obtain the total dose. The AHAAH has been criticized by numerous reports (e.g. American Institute of Biological Sciences, AIBS) related to basis on a cat model and limited application to the hazards from a complex military noise environment (AIBS, 2010). The AIBS panel recommended use of the noise dose approach. The NIOSH performed a review of the AHAAH and reported similar findings, further arguing that the MEMR has limited utility in protection and is absent in many (W.J. Murphy & Kardous, 2012).

*Music and Recreational Noise.* The impact of recreational noise is less clear, outside of recreational firearm use, studies suggest limited impact of recreational noise on hearing except for recreational use of firearms (L. Carter, Williams, Black, & Bundy, 2014; R.A. Dobie, 2015). High level music may present a risk, though this risk is primarily related to amplified music. For example, music exposure from playing in a high school band showed no difference in hearing compared to controls (Jin, Nelson, Schlauch, & Carney, 2013). Even professional orchestra musicians tend to show limited evidence of music induced hearing loss (Royster, Royster, & Killion, 1991). Nonetheless, professional musicians are at risk for hearing loss and risk is related to the level and duration of exposure. On the other hand, few music fans accumulate durations of exposure while attending live shows. Personal music systems have potential for damage, but the levels and duration of common exposures is not considered risky (Portnuff, Fligor, & Arehart, 2011). Even at high levels (maximum level on an iPod = 100 dBA) for 4 hours incurred a mild TTS (3-6 dB) and most subjects reported this was much louder than their preferred listening level (C. G. Le Prell et al., 2012). Furthermore, it has been shown that psychological interpretation of noise can influence threshold shift. In other words, a sound that is perceived as pleasurable has been shown to elicit less threshold shift compared to equivalent sound perceived as noxious or as

noise (Chasin, 2019).

Age.  Changes in hearing related to age is often referred to as *presbycusis* or *age-related hearing loss (ARHL).*  Longitudinal studies suggest that ARHL is a slow gradual process with < 1 dB change per year (Lee et al. 2005). The effects of age initiate in the extreme base of the cochlea and progress to more apical regions over time. Though some level of high frequency hearing loss (>8000 Hz) related to age is inevitable; changes at frequencies critical for speech understanding 250-8000 Hz are not. ARHL also refers to a person's lifetime of noise exposure, medications, health, and genetics; without serial audiological evaluation it can prove difficult to assign these factors to account for specific percent of the observed hearing loss. A classic study by)Rosen, Bergman, Plester, El-Mofty, and Satti (1962) attempted to describe the effects of age alone in an isolated tribe with limited noise (no man-made machinery, impulse weapons, or amplified sound exposure) in the Southeast Sudan, called the Maabans. Rosen and colleagues observed that the tribal members out to the oldest ages tested (8th decade) had audiometric thresholds within 20-25 dBHL out to 6000 Hz, suggesting normal to no greater than a slight hearing loss. They suggested that the much more significant hearing loss observed in more modern society were attributed to the effects of noise. A similar study in the Easter Islands showed a comparable finding (Goycoolea et al., 1986). Recent evidence from temporal bone studies suggest that noise exposure and noise damage is a significant factor in the aging ear (Wu et al., 2020).

Drugs.  There are a number of drugs labeled ototoxic, i.e. damaging to the inner ear. The vast majority of these drugs are assigned this label due to side effects of dizziness, even without direct mechanistic data to support the ototoxic profile. Further, some drugs considered ototoxic, do not incur permanent changes, but rather disrupt function of a specific receptor/channel within the inner ear that returns to normal once the drug is metabolized. Applying more rigorous standards

to drugs considered ototoxic (objective evidence of pathology and described mechanism), limits the list to a handful of agents. These include a specific subclass of antibiotics called aminoglycosides and a specific subclass of chemotherapeutic agents, called platinum neoplastics. Yet, even among aminoglycosides and platinum neoplastics there is significant variance in the level of damage; this is further altered by age, health (in particular kidney and liver function) of the patient, and dosage, duration, and method of drug delivery (Monsell, 1997; Ramma, Schellack, & Heinze, 2019).

Drugs that can have predominantly transient effects on the auditory pathway include salicylate-based drugs and other analgesics, quinine-derived drugs, and loop diuretics. Hearing changes or tinnitus related to these agents is almost always temporary in nature or permanency dependent upon extreme dosage levels or specific methods of delivery (Alvan et al., 2017; B. M. Lin et al., 2016; Pokharel & Bhandary, 2017). For example, loop diuretics which act on the thick ascending limb of the loop of Henle in the nephron can alter auditory function, but this is usually only transient, risk for hearing loss is considered low and only when delivered intravenously (B. M. Lin et al., 2016). Salicylate or aspirin-based drugs can also induce temporary hearing effects and tinnitus, but has also been used as an otoprotection (Alkhatib et al., 2018; McFadden, Plattsmier, & Pasanen, 1984). Analgesics such as acetaminophen, naproxen, and ibuprofen have also been implicated a role in hearing loss or tinnitus, but studies suggest a minimal impact (Joo et al., 2020; Kyle, Wang, & Shin, 2015; Pokharel & Bhandary, 2017). In the case of acetaminophen, animal studies that do exists suggest need for levels that cause liver failure to results in any hearing effects, which questions if the drug is ototoxic or if the systemic toxicity is responsible for the eventual sensory damage (Yorgason, Kalinec, Luxford, Warren, & Kalinec, 2010). For naproxen, the available data is limited to two case studies in the literature; the

relationship both cases were confounded by the existence of potential evidence of autoimmune disease or meningitis in the patient (Chapman, 1982; McKinnon & Lassen, 1998). Data suggestive of ibuprofen as ototoxic is limited to epidemiological studies that lack audiometry and based on self-reported diagnosis of hearing loss alone (Curhan et al., 2012). Furthermore, studies with audiological measures did not support a relationship for incident hearing loss with analgesics when adjusting for age and sex (Joo et al., 2020).

Numerous drugs have been postulated in creating ototoxic effects, however, the effect may be limited to a spontaneous report and the onset of change in hearing or onset of a symptoms such as tinnitus, may be simply coincidental to use of the drug (McFerran, 2019). An example is opioids. Hearing loss and tinnitus are not listed side effects for the most commonly prescribed opioid drugs. There are a handful of case reports/case series implicating ototoxicity to use of opioids, however these studies are mostly limited to persons that used extreme doses or overdosed on opioids or illicit substances such as heroin, which can be cut with quinine that can cause a temporary hearing loss, or that result in systemic toxicity (Aulet, Flis, & Sillman, 2014). Studies examining use of prescribed opioids used as directed found no evidence of ototoxicity (Campbell et al., 2017; Palangio et al., 2000). There is recent evidence that opioid receptors exist within the inner ear, but their existence does not dictate a toxic role, indeed study of these opioid receptors showed they could both enhance and suppress auditory function, suggesting a modulatory role, but not evident of a toxicity (Ramirez, Soto, & Vega, 2020). Other drugs such as cocaine, methamphetamines, heroin, and ecstasy have shown negligible relationship to hearing loss or tinnitus and limited to a cross-sectional study and handful of case studies with high abuse/overdose (Qian & Alyono, 2020; Sharma, 2001). Qian and Alyono (2020) found a relationship between marijuana use and tinnitus, but the study was cross-sectional and does not allow inference of a causal relationship; rather a

fair interpretation is that persons with tinnitus were more like to use marijuana as a method of self-management.

Erectile dysfunction drugs, specifically sildenafil (Viagra) has shown a relationship to increased risk for sudden hearing loss, though the risk was considered very rare and not identified in other erectile drugs such as tadalafil (Cilais) or vardenafil (Levitra) (McGwin, 2010) . On the other hand, blood pressure lowering drugs and lipid lowering drugs have in general shown no evidence as causes of tinnitus or hearing loss (Borghi et al., 2005; B. M. Lin et al., 2016; Liu, Alafris, Longo, & Cohen, 2012; Yucel et al., 2019). Similar, vaccines (Baxter et al., 2016), anti-anxiety, anti-depressants, and anti-convulsants show negligible risk for hearing loss or tinnitus, and if experienced are transient and limited to high doses (Bauer & Brozoski, 2006; Bayar, Boke, Turan, & Belgin, 2001; Gananca et al., 2002; Hoekstra, Rynja, van Zanten, & Rovers, 2011; Robinson, Viirre, & Stein, 2007).

According to (R. A. Dobie, 2008; R.A. Dobie, 2015), *Two drugs are responsible for almost all documented cases of permanent human ototoxicity: aminoglycoside antibiotics and platinum-based anti-cancer drugs.*

<u>Health and Other Factors</u>. Numerous factors influence susceptibility to hearing loss both intrinsic and extrinsic. The primary intrinsic factor of consideration is genetics. Hereditary hearing loss or hearing loss related to genetics is mostly considered relative to congenital onset, an autosomal recessive or dominant condition of potential syndromic or non-syndromic presentation. However, genetics also refers to our cellular and metabolic capacity. The genetics of acquired hearing loss such as related to noise, age, or ototoxic drugs are not as clear cut and early in understanding clinical implications; similar to our understanding of genetics and age and susceptibility to heart disease. In humans, gene-by-environment (G × E) interactions are being

considered (Kang et al., 2014), but few of the studies have been replicated to date. A major hurdle to human studies is the inability to control and quantitate environmental exposures in a consistent fashion, which leads to the lack of well-characterized and monitored populations for study. This is notably the case for NIHL, and only a few modestly characterized and underpowered studies have been published (Sliwinska-Kowalska & Pawelczyk, 2013). The genetic architecture of age-related hearing impairment remains unclear and to date few genetic variants have been convincingly identified in humans (Nagtegaal et al., 2019). It is for this reason that many investigators are turning toward model organisms, such as mice, allowing them to circumvent these limitations, but also confounding translation to humans. Single nucleotide polymorphisms, frequently called SNPs (pronounced "snips"), are the most common type of genetic variation among people. Each SNP represents a difference in a single DNA building block, called a nucleotide. For example, a SNP may replace the nucleotide cytosine (C) with the nucleotide thymine (T) in a certain stretch of DNA. SNPs occur almost once in every 1,000 nucleotides on average, which means there are roughly 4 to 5 million SNPs in a person's genome. Most SNPs have no effect on health or development. Some of these genetic differences, however, have proven to be very important in the study of human health. Researchers have found SNPs that may help predict an individual's response to certain drugs, susceptibility to environmental factors such as toxins, and risk of developing particular diseases. The relationship is complicated by G X E interactions and other health factors.

Our health is also a factor for consideration. Numerous studies suggest that cardiometabolic health factors such as hypertension, hyperlipidemia, smoking, diet quality, diabetes can influence susceptibility to acquired forms of hearing loss. However, the combination of these factors has been suggested to have a statistically significant relationship, but only a small effect size, 0.4% of

the variance of hearing loss (Engdahl, Aarhus, Lie, & Tambs, 2015). Studies of alcohol intake in general show minimal relationship to hearing loss or tinnitus and some studies showing a protective effect with moderate intake (Curhan, Eavey, Shargorodsky, & Curhan, 2011; Popelka et al., 2000). While some studies have shown a relationship between smoking and hearing loss, others have not when controlling for confounding factors (F. R. Lin, Thorpe, Gordon-Salant, & Ferrucci, 2011; Nondahl et al., 2002; Spankovich & Le Prell, 2014). Of note, Dengerink, Lindgren, Axelsson, and Dengerink (1987) reported smokers had less evidence of TTS compared to non-smokers.

Environmental Chemicals. Environmental chemicals (e.g. toluene, styrene, lead, carbon monoxide) have been reported as potential risk for ototoxicity, but mostly stand to increase odds of hearing loss marginally (Dobie 2015, 2008; Staudt et al. 2019) (R. A. Dobie, 2008; R.A. Dobie, 2015; Staudt, Whitworth, Chien, Whitehead, & Gimeno Ruiz de Porras, 2019). Many studies in humans show mixed results Johnson and Nylen (1995) and quality-controlled trials are lacking (Campo, Morata, & Hong, 2013). Though evidence of chemicals and hearing pathology and exacerbation of chemicals on noise induced pathology exists, the animal's studies use levels of exposure not commonly experienced by humans and delivered in non-related methods (injection vs aerosol). A recent review of military chemicals reported that evidence in humans is limited and further research is needed (Hammill, McKenna, Hecht, Buchanan, & Pryor, 2019). R.A. Dobie (2015) reported that environment chemicals including organic solvents and heavy metals do not tend to cause damage when levels are within OSHA recommended exposure levels and when toxic levels are present more central brain effects are observed than ear related issues.  Furthermore, appropriate use of PPE when around environmental toxins should further mitigate risk.

Diseases of the Ear. The ear and auditory pathway are susceptible to disease. The portion

of the pathway impacted corresponds to the type of hearing loss presentation. Disease/disorders of the external ear that can cause hearing loss include simple over accumulation of cerumen (ear wax) and infections of the ear canal (e.g. otitis externa). Dysfunction of the middle ear can be related to presence of fluid, tympanic membrane perforation, ossicular chain damage, cholesteatoma, otosclerosis, etc. Disease of the inner ear include idiopathic sudden SNHL, Meniere's disease, viral labyrinthitis, vestibular schwannoma, infections, autoimmune inner ear disease, etc. Diseases/disorders of the ear and auditory pathway are rare causes of hearing loss in adults (Monsell, 1997). For example, sudden hearing loss affects account for approximately 1% of SNHL (Ben-David, Danino, & Podoshin, 1982) and has a prevalence of 0.02% (Rauch, 2008). Vestibular schwannomas have a prevalence of approximately 0.002% of the population (Tos, Stangerup, Caye-Thomasen, Tos, & Thomsen, 2004). The vast majority of hearing loss is related to noise and age-related factors (Hoffman, Dobie, & Flamme, 2017; Monsell, 1997).

### F. Differential Diagnosis

<u>Case History</u>. The case history is a critical component of the differential diagnosis of hearing loss and tinnitus. The elements of a history include identification of the chief complaint, present illness, past medical-surgical history, current medications, family history, social history and specific information on the onset of the hearing loss/tinnitus, temporal correlation, noise history, occupational history, other otologic symptom (e.g. otalgia, otorrhea, vertigo/dizziness), and impact on daily function (Spankovich, 2018).

<u>Site of Lesion & Crosscheck</u>. Over 90% of hearing loss in adults is sensorineural in nature (Hoffman et al. 2017). The array of audiological tests options and imaging can help inform site of lesion, i.e. part of pathway responsible for hearing loss. Evidence of a conductive pathology can often be determined via simple otoscopy, evidence of air-bone gaps upon pure tone audiometry,

or immittance measures. Evidence of SNHL can be diagnosed by audiometry and can suggest a cochlear or neural deficit; reduced or absent OAEs can help identify the role of cochlear dysfunction underscoring the hearing loss. Presence of robust OAEs despite evidence of a significant SNHL may suggest a non-organic cause or synaptic/neural pathology. The crosscheck principle represents confirming behavioral results with objective measures (J. F. Jerger & Hayes, 1976). The original application of the crosscheck principle was to pediatric population, but the principle holds true for supporting evidence of pathology underlying hearing and tinnitus complaints for patients of all ages.

### G.  Consequences of Hearing Loss and Tinnitus

Hearing loss and tinnitus can be debilitating sensory deficits. An often-used quote on the importance of hearing comes from Helen Keller a deaf-blind author and activist, who said "blindness separates you from things, but deafness separates you from people.

Communication. The obvious effect of hearing loss is impact on speech recognition and ability to communicate. This is particularly evident with competing sounds or understanding speech in noise. In addition, to binaural hearing loss, asymmetrical hearing loss (difference between ears) can further exacerbate difficulty in noise. Tinnitus has minimal impact on hearing per se (Bures et al., 2019), but can impact concentration, listening, and auditory processing.

Localization. Our ability to localize sound source is dependent on hearing sensitivity and symmetry. Inability to localize sound (such as a warning signal or alarm) can lead to increased risk for injury (Arlinger, 2003; Kumpik & King, 2019).

Growth of Loudness. Hearing loss, specifically SNHL can lead to abnormal growth of loudness due to a phenomenon called recruitment or sound sensitivity related to central gain (Auerbach, Rodrigues, & Salvi, 2014).  Recruitment refers to an abnormal growth of loudness due

to elevated thresholds and reduction in dynamic range from where that sound is perceived and when it becomes uncomfortably loud. Sound sensitivity called hyperacusis refers to an abnormal tolerance to everyday sounds; other variations exist including developing fear of sound called phonophobia (Spankovich, 2019; Tyler et al., 2014). It is also possible to experience sustained ear pain. Recently, nociception receptors (pain receptors) were identified on type II afferent neural fibers (K. D. Zhang & Coate, 2017).

Isolation. Hearing loss and effect on communication can compromise social interaction. Inability to follow conversation and word confusion can lead to frustration, embarrassment, perception by others of disinterest, conceit, and withdrawal (Mick, Kawachi, & Lin, 2014).

Mental/Cognitive Health. Dating back to the 1970s the role of hearing loss in cognitive decline has been postulated. Recently, a Lancet Commission identified middle age hearing loss as the most significant factor in risk for cognitive decline with age, greater than education and diabetes (Livingston et al., 2020; Livingston et al., 2017). Tinnitus has further been implicated in risk for cognitive decline with age (Wang et al., 2018). Hearing loss and tinnitus are also significantly related to anxiety, depression, and social withdrawal/isolation (Jafari, Kolb, & Mohajerani, 2019). Those experiencing hearing problems are more prone to having anxiety and depressive symptoms and are likely to experience feelings of social inferiority and irritability (Monzani, Galeazzi, Genovese, Marrara, & Martini, 2008). Hearing impairment in adults is also associated with an increase in depression by at least 50% compared to adults with normal hearing (Li et al., 2014).  In general, poorer quality of life is linked with hearing impairment (Dalton et al., 2003).

Sleep Disturbance.  Sleep issues are a common complaint among individual with tinnitus (Tyler & Baker, 1983). Disruption of sleep or reduced quality of sleep can have significant

implications for mood and day to day function (J. M. Bhatt, Bhattacharyya, & Lin, 2017).

Fatigue. Hearing loss and tinnitus can both lead to listening-related fatigue. The hearing loss or presence of tinnitus may require greater cognitive resources to listen and focus on sounds for communication or warning and can lead to the person becoming fatigued (Alhanbali, Dawes, Lloyd, & Munro, 2018; Hornsby & Kipp, 2016; Oosterloo et al., 2020).

Economic burden. Hearing loss can significantly affect productivity and economic opportunity (Jung & Bhattacharyya, 2012).  Estimates of burden in the US range from $69 451 per person with onset in the retired elderly population (aged 65years or older) to $673 339 per person with onset in early adulthood (aged 18-44years)(Mohr, Feldman, & Dunbar, 2000). Inability to hear or localize sounds may have future employment restrictions including military job assignments and civilian job opportunities that require intact hearing and sound localization (e.g. law enforcement). Tinnitus also has significant economic costs (Maes, Cima, Vlaeyen, Anteunis, & Joore, 2013), in particular to the U.S. Military (Veteran Affairs 2014). Henry et al. (2019) reported service members and veterans with tinnitus reported significant impact on job performance. Persons with tinnitus have also been shown to have a greater number of missed work days (Bhatt et al. 2017).

### H.  Prevention and Treatment of Hearing Loss and Tinnitus

Hearing loss and tinnitus are not inevitable events even with noise exposure events.  Numerous options exist for mitigating risk for hearing and tinnitus. We cannot stop the process of aging, but we can eat healthy and remain active; these tactics will not necessarily resolve risk for hearing loss and studies suggest a very small effect size of lifestyle and cardiometabolic health factors, but they are not likely to have negative consequences (Spankovich 2018).  For drugs, it is plausible to use alternative agents or change dosing parameters and mitigate risk for ototoxic events. Yet, there is

not always a more viable option and preservation of life outweighs preservation of hearing (though preservation of both is preferred).  On the other hand, noise induced pathology is in many cases preventable.

Hearing Conservation is a term applied to programs dedicated to the preservation of hearing. Regulations requirements for hearing conservation programs are detailed by numerous agencies including the OSHA, MSHA, FRA, and NIOSH, and DOD. These regulations describe exposure limits for steady-state and impulse noise, noise controls, use of HPD, and monitoring requirements.

Physiological factors.  Not all sound/noise exposure is damaging. The auditory pathway has a number of endogenous mechanisms to help mediate protection.  The acoustic reflex, has been suggested to have some role in protection from NIHL, however, evidence suggests the latency of the contraction and fatigue of the contraction provides limited to no effect on noise, particularly impulse noise (A. Moller, 2012; Price & Kalb, 1999). Strength of the olivocochlear function (efferent pathway) has been implicated in protection from NIHL, however again due to the latency of the efferent system feedback protection from impulses is limited(Zheng, McFadden, Ding, & Henderson, 2000).  Furthermore, our cells contain endogenous and exogenous derived factors that serve to mediate oxidative stress, pro-inflammatory, and pro-cell death pathways(C. Le Prell & Spankovich, 2013).

Hearing Protection Devices. Hearing protection devices (HPD) are physical barriers to attenuate sound. Any ear worn/level hearing protection device, including passive and electronic, have a limitation to attenuation created by the bone conduction pathway (E. H. Berger, Kieper, & Gauger, 2003).  Nonetheless, functioning and appropriate fit hearing protection devices can significantly reduce risk/odds of noise induced pathology (E.H. Berger, Royster, Royster, Driscoll,

& Layne, 2003). Numerous military studies support HPDs in mitigating risk for hearing loss and tinnitus, e.g.(Dougherty et al., 2013; Mrena, Savolainen, Kiukaanniemi, Ylikoski, & Makitie, 2009). There is further evidence that HPD can mitigate risk for traumatic brain injury (Dougherty et al., 2018). A common assumption is that any HPD is better than none, but this is simply not true; the ample array of options for hearing protection with suitable attenuation and comfort allow individuals to choose an HPD that is appropriate for their application/sound environment. A poorly fit HPD device whether due to device design or improper training on use can significantly influence attenuation levels and compromise the realized protection (E.H. Berger et al., 2003; W. J. Murphy, Stephenson, Byrne, Witt, & Duran, 2011). Improper fitting of HPD and/or inadequate insertion can lower attenuation to 0 dB NRR (E.H. Berger, 1983, 2013; Bjorn, Albery, Shilling, & McKinley, 2005), even a small air leak/slit can reduce attenuation up to 15 dB (E.H. Berger et al., 2003). Furthermore, inconsistent use can significantly reduce the effective noise reduction. An HPD with an NRR of 25 dB that is removed for 15 min during an 8-hour work day provides only an effective NRR of 20 dB (Berger et al. 2003). For example, Medina-Garin (2016) report on increased observation of hearing protection falling out of the ear attributed to an unnamed one-size fits all non-linear HPD in early 2000s.

Numerous HPD options exists from earplugs that are placed in or against the ear canal, earmuffs, which fit over the ears, and helmets that encased the entire head. In addition to style of HPD, the attenuation characteristics of the HPD can be altered based on type of material and use of electronics. Foam earplugs are the most common used.

*Attenuation Ratings*. The Noise Reduction Rating (NRR) is a single-number, laboratory-derived rating used by the U.S. EPA on the label of each hearing protector (EPA 1979). The NIOSH proposed a derating method to account for real world use. The NRR is calculated

using a pink noise and measuring thresholds with and without the HPD in a calibrated sound field, called the real ear attenuation threshold (REAT). Another approach to measuring noise reduction is using the microphone in real ear (MIRE). The MIRE involves measurement of insertion loss using a microphone placed in the ear canal and is an objective measure. A similar measure analogous to the MIRE is use of an acoustical test fixture. The NRR can also be adjusted to account for real-world performance (Berger 1993). The NRR and REAT method upon which it is based has limited application to impulse noise. As reported by Murphy et al. 2012 the attenuation performance of an HPD is assumed to be constant throughout the linear acoustic regime, levels below 140 dBSPL. Above 140 dB SPL, the attenuation exhibits a small increase by a few tenths of a decibel per decibel increase in peak level (Allen & Berger, 1990; Murphy, 2003). For a hearing protector, with a nonlinear orifice and for earmuffs, the attenuation can increase as much as a 0.5 dB/dB at levels of 140 to 170 dB peak SPL (Dancer et al, 1999; Zera & Mlynski, 2007; Berger & Hamery, 2008).

Nonlinear orifice protectors such as Racal GunFender, Hocks Noise Brakers or EAR Combat Arms exhibit low NRRs, but have increasing attenuation above about 110 dB SPL (Berger & Hamery, 2008). In 2009, the EPA proposed an impulse noise reduction rating (NRR) for hearing protection devices.  The new method for uses impulse peak insertion loss (IPIL) of a hearing protection device by evaluating multiple product samples with three ranges of impulse levels, and multiple placements/replacements of the samples on an acoustic test fixture (ATF). In a parallel effort, the Acoustical Society of America Committee on Standards developed a new American National Standard ANSI S12.42 (2010) to define the measurement technique that the EPA was proposing.

*Passive (linear).* The passive linear HPD refers to a device that provides

comparable levels of attenuation independent of level of input. However, there is differences in regards to how frequency is attenuated with more attenuation in the higher frequencies and less in the lower frequencies. Most standard earplugs and earmuffs on the market are passive linear devices.

*Passive (non-linear).* A passive non-linear HPD provides variable protection depending on the signal level, with greater protection at higher sound levels. These devices have a special diaphragm that provides greater attenuation with increased level. As sound gets louder and becomes more turbulent in flow the sound is attenuation due to increasing acoustic resistance. Non-linear HPD have been touted for applications to impulse noise with lower steady state noise to conserve speech understanding and situational awareness. Surefire Sonic Defender EP4 Moldex Battleplug, and the Combat Arms version 4 (CAEv4) represent current models. The CAEv2 (an earlier version of the CAE) was promoted to the U.S. Military as a device that would provide adequate noise attenuation for steady state and impulse pressure insertion loss for weapons. However, internal testing performed during a patent lawsuit revealed that the product had fit and seal issues due to problems with insertion, opposing flanges coming into contact with the outer ear and imperceptible loosening. The revelation of these defects led to a $9.1 Million settlement with the Department of Defense for violation of the False Claims Act (https://www.hearingreview.com/hearing-loss/hearing-loss-prevention/industrial-military/3m-pay-9-1-million-settlement-selling-defective-earplugs-military).

*Passive (flat attenuation).* As noted above the more traditional passive linear HPD provides greater attenuation with higher frequency, this can compromise the wearer's perception of pitch and speech and music appreciation. Uniform or flat attenuation devices attempt to provide similar levels of attenuation across frequency that match the resonance characterizes of the ear

canal, they are sometimes called *musician earplugs*. To achieve this overall uniform attenuation requires a special filter, but also lower overall attenuation capability.

      *Active.* Active HPD incorporates microphones and amplifiers comparable to a hearing aid, but provides attenuation when sound reaches a certain level. Active HPD can also have noise reduction capability that can use destructive interference causing energy cancellation. Noise reduction capability is primarily limited to continuous or repetitive noise of an invariant spectrum and level (e.g. airplane noise), to allow the system to perform phase cancellation.

Otoprotection Strategies. As previously described the consequences of noise extend beyond mechanical damage and include metabolic changes that further exacerbate loss of sensory and neural elements. Numerous pharmacological treatments have been postulated to confer additional protection. These pharmacological treatments are based on reducing stress induced factors including oxidative stress, inflammation, and apoptotic cell death pathway. Though many agents have shown protection in animal models, translation to humans has been less compelling (Spankovich & Le Prell, 2019). Some of these agents include N-acetylcysteine (NAC), D-methionine (D-MET), Ebselen, vitamins including A, C, E, and minerals such as magnesium.

**I.   Combat Arms Earplugs Version 2 ("CAEv2")**

In my preparation to render my opinion in this case, I reviewed additional materials concerning the Combat Arms Version 2 ("CAEv2"). According to those materials, the CAEv2 was developed in the late 1990s as a novel double ended earplug, meant to provide situational awareness with a special non-linear filter on the "open" end, and a traditional passive HPD on the "closed" end. (3M_MDL000259866). The CAEv2 was developed by Aearo, a company that was subsequently purchased by 3M (referred to simply as "3M" in this report). The CAEv2 was marketed primarily to the military, although consumer versions of the plugs were also sold.

(3M_MDL000019058, *see* e.g. 3M_MDL000425552). Related to my research on the CAEv2, I examined numerous testing reports as well as internal 3M documents and corporate testimony. Of note, the CAEv2 was not tested prior to its sale to the U.S. military (3M_MDL000257805).

The documents I reviewed include a memorandum entitled, "How Folding the Flanges Back Affects REAT Results of the UltraFit Earplug End of the Combat Arms Plug" ("the Flange Report") (3M_MDL000728811–3M_MDL000728816). The "Flange Report" discussed multiple design defects that were discovered once 3M decided to test the plug. These defects prevented the earplug from providing consistent hearing protection during the test, and included the following: 1) 3M found the length of the closed end of the plug was "too short for proper insertion," making it "difficult . . . to insert the plug deeply," especially for individuals with "medium and larger" ear canals; 3M also found that 2) "[t]he geometry of the ear canal opening sometimes prevented … deep plug insertion," inhibiting proper fit, and the earplug "imperceptibly" loosened during the study due to the basal edge of the third flange of the outward facing plug pressing against the ear, folding up, and then returning to its original shape once the inward pressure on the plug was released (3M_MDL000728812). In addition, the "Flange Report" and other internal 3M testing documents describe low and variable NRR results, despite the claimed NRR label of 22 for the closed end of the plug.

These defects would be concerning to any reasonably prudent audiologist or hearing conservation expert. The appropriate fit and seal of an HPD is a critical factor in its efficacy. The fact that fit and seal were of concern to 3M in laboratory conditions means that the likely real-world performance of the plug in the hands of end users, particularly users learning to operate a novel product, was likely worse. (Berger, EARLOG5, 1980.) In addition, the CAEv2 was developed and marketed to end users who were exposed to extremely hazardous occupational

noise, including gunfire, blasts, and long-term exposure to vehicle and other steady state noise. Therefore, it is my opinion that any defects in the plug affecting fit and seal of the plug would be reasonably likely to cause damage to the auditory system of users who were exposed to hazardous noise.

I also reviewed labeling, packaging, and instructions created and approved by 3M for the CAEv2. None of these documents appear to have warned any end users about the issue with the plug. In my experience, patients who believe their hearing is protected are likely to feel that their hearing is safe around hazardous noise, and may expose themselves to it not knowing they are damaging their auditory systems. In addition, 3M's representations that the plug was safe for impulse noise while offering situational awareness likely enticed many users to adopt the plug, not knowing that in fact, the plug had serious defects known to the company. Accordingly, my opinion is that 3M's failure to warn users of these known defects also contributed to damage to the auditory systems of users who were exposed to hazardous noise while wearing the plug.

### J.  Treatment and Rehabilitation

Hearing loss and tinnitus related to noise exposure is primarily sensorineural in nature, however, high pressure exposures (e.g. IED) can result in damage to the middle or external ear structures. Damage related to noise exposure is primarily SNHL with greatest susceptibly to the outer hair cells and synaptic regions of neural innervation. The cells of the inner ear and synaptic connections have limited ability to recover from pathology due to their post-mitotic status, in other words, the cells cannot regenerate. Therefore, damage to the inner ear is almost always permanent.

**There is no medical treatment for SNHL** once damage is created no drug or surgery can return normal function. Currently, the only forms of treatment for SNHL and related sequalae (e.g. tinnitus) is use of amplification (e.g. hearing aids), aural rehabilitation therapies, or for severe to

profound hearing loss, cochlear implants. **None of these treatments restore normal function and have significant limitations**.

Damage to the inner ear related to noise is not an isolated consequence. Peripheral damage (i.e. damage to the inner ear) results in central changes in an attempt to compensate for loss of peripheral input.  These central changes include changes in neural mapping, increase in net neural excitation (central gain and loss of inhibition), and cross-modal reorganization. These central changes can alter utilization of peripheral input (i.e. ability of the brain to interpret a sound), create sound sensitivity, and create tinnitus (Cardon & Sharma, 2018; Haider et al., 2018). Indeed, SNHL leads to many comparable central changes that occur with the loss of a limb (De Ridder, Elgoyhen, Romo, & Langguth, 2011), but rather than a phantom limb percept of pain, the person with SNHL can experience aural fullness (i.e. plugged sensation), tinnitus, sound sensitivity including pain percept with loud sound.

SNHL has significant implications beyond loss of audibility and fidelity/clarity (reviewed by Arlinger 2003 and Barnett et al. 2017(Arlinger, 2003; Barnett et al., 2017)):

1) SNHL diminishes the ability to detect, identify, and localize sounds

2) SNHL compromises communication

3) SNHL can lead to social isolation

4) SNHL can lead to diminished quality of life

5) SNHL increases risk of falls

6) SNHL increases risk for depression and anxiety

7) SNHL can lead to loss of job performance and productivity (Huddle et al. 2017)

Furthermore, a recent Lancet Commission (Livingston et al. 2017) reported that hearing loss presence at mid-life was the strongest modifiable predictor for risk of dementia/cognitive

decline (note: this was stronger than education, smoking, and diabetes).

Hearing aids remain the common treatment for SNHL. Yet, hearing aids do not restore normal hearing or repair damage to the peripheral auditory system, nor cure tinnitus (Sereda, Xia, El Refaie, Hall, & Hoare, 2018). Further, success with hearing aids requires correctly fit devices using appropriate prescription and verification methods, but also significant patient compliance including daily use during awake hours, cleaning and maintenance, and follow-up to monitor hearing and programming needs. In addition, there is a stigma related to hearing aid use, with fear of social implications and view as disabled. Though hearing aids can be very beneficial, use may be compromised by attempts to conceal there is an issue (Ruusuvuori et al., 2019).

Even with appropriate fit and compliance in use, the outcomes with hearing aids are limited by the integrity of the auditory pathway and ability of the brain to utilize the new amplified signal (L. E. Humes, Kidd, & Lentz, 2013). Hearing loss is not like the common vision loss, presbyopia, which is a mechanical change in the lens of the eye. Rather, the more common variant of hearing loss, SNHL is comparable to macular degeneration, for which glasses only have limited benefit.

Common complaints of hearing aids include occlusion, acoustic feedback, discomfort in fit (in particular with long hours of use), susceptibility to moisture necessitating repair, and insufficient gain or fidelity (Lerner, 2019). The most common issues for those with hearing loss is speech understanding in noise (McCormack & Fortnum, 2013). Unfortunately, despite advances in directionality, noise reduction algorithms, and remote microphones, hearing aids perform the poorest in noisy environments, which is the exact situation a person with hearing loss needs them the most. These limitations and unrealistic expectations can reinforce the stigma of hearing aids. Despite these limitations, hearing aids are an essential tool in the management of hearing loss and related hearing issues, but they do not resolve these issues (Jafari et al., 2019).

There is no cure for tinnitus, no pharmaceutical or surgical procedure can resolve tinnitus. Rather, treatments are focused on mitigating the reaction to tinnitus through counseling and sound therapy (Spankovich 2018). A recent study from the United States has redressed this by circulating questionnaires to a group of audiologists and a group of patients Husain et al., 2018 (Husain, Gander, Jansen, & Shen, 2018). Data from 230 adults with tinnitus and 68 audiologists were analyzed and revealed a large disconnect between the aspirations of the two communities. When asked to define treatment success, audiologists identifying decreased awareness (77%) and stress/anxiety relief (63%) whereas patients sought reduction of tinnitus loudness (63%), and elimination of tinnitus (57%). The area of greatest agreement was that both groups felt that supplying more information regarding tinnitus is helpful. When patients were asked "how effectively is your healthcare provider able to treat or manage your tinnitus?" 82.6% of respondents replied, "not at all effectively" or "not very effectively." Only 3.5% thought that their tinnitus had been managed "very effectively" or "extremely effectively."

## IV.    Summary of Opinions

Hearing loss and tinnitus are sensory-neural medical disorders that have significant ramifications for quality of life, risk for comorbidities (e.g. falls, anxiety, depression, cognitive decline, worsened PTSD), and job opportunities/productivity. Sensorineural hearing loss and tinnitus related to noise is almost always permanent and though management approaches exist (e.g. hearing aids), there is no cure or way to restore normal function once damage is incurred. Furthermore, the effects of hearing loss and tinnitus related to noise events earlier in life can show potentiation with age. Hearing protection devices can help mitigate risk for noise induced hearing loss, however, fit or quality defects can significantly alter the effective attenuation placing the user at elevated risk despite active precautions by the user. The failure the CAEv2 to provide and

maintain adequate fit and seal, and 3M's failure to warn about issues with the plug, likely contributed to the hearing loss and tinnitus of many end users who were exposed to hazardous noise.

I hold these opinions to a reasonable degree of medical and scientific certainty. I reserve the right

to supplement this report as if and when additional reliance materials become available to me.

Dated: October 9, 2020

_____

CHRISTOPHER SPANKOVICH, AU.D.,
PH.D., M.P.H.

# References

AIBS. (2010). *Peer review of injury presenting and reduction*. Retrieved from https://www.arl.army.mil/wp-content/uploads/2019/12/ahaah-modeling_noise_hazard.pdf

Aitkin, L. M., Byers, M., & Nelson, J. E. (1986). Brain stem auditory nuclei and their connections in a carnivorous marsupial, the northern native cat (Dasyurus hallucatus). *Brain Behav Evol, 29*(1-2), 1-16. doi:10.1159/000118668

Alhanbali, S., Dawes, P., Lloyd, S., & Munro, K. J. (2018). Hearing Handicap and Speech Recognition Correlate With Self-Reported Listening Effort and Fatigue. *Ear Hear, 39*(3), 470-474. doi:10.1097/AUD.0000000000000515

Alkhatib, T., Alqarni, K., Aashi, M., Alsebai, S., Merdad, M., & Marzouki, H. (2018). The effect of low dose Aspirin on age-related hearing loss. *Otolaryngology-ENT Research, 10*(5).

Alvan, G., Berninger, E., Gustafsson, L. L., Karlsson, K. K., Paintaud, G., & Wakelkamp, M. (2017). Concentration-Response Relationship of Hearing Impairment Caused by Quinine and Salicylate: Pharmacological Similarities but Different Molecular Mechanisms. *Basic Clin Pharmacol Toxicol, 120*(1), 5-13. doi:10.1111/bcpt.12640

Angara, P., Tsang, D. C., Hoffer, M. E., & Snapp, H. A. (2020). Self-Perceived Hearing Status Creates an Unrealized Barrier to Hearing Healthcare Utilization. *Laryngoscope*. doi:10.1002/lary.28604

Arlinger, S. (2003). Negative consequences of uncorrected hearing loss--a review. *Int J Audiol, 42 Suppl 2*, 2S17-20. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/12918624

ASHA. (1996). Central Auditory Processing. *American Journal of Audiology, 5*(2), 41-52.

Attias, J., Furst, M., Furman, V., Reshef, I., Horowitz, G., & Bresloff, I. (1995). Noise-induced otoacoustic emission loss with or without hearing loss. *Ear Hear, 16*(6), 612-618. doi:10.1097/00003446-199512000-00007

Auerbach, B. D., Rodrigues, P. V., & Salvi, R. J. (2014). Central gain control in tinnitus and hyperacusis. *Front Neurol, 5*, 206. doi:10.3389/fneur.2014.00206

Aulet, R. M., Flis, D., & Sillman, J. (2014). A case of heroin induced sensorineural hearing loss. *Case Rep Otolaryngol, 2014*, 962759. doi:10.1155/2014/962759

Badri, R., Siegel, J. H., & Wright, B. A. (2011). Auditory filter shapes and high-frequency hearing in adults who have impaired speech in noise performance despite clinically normal audiograms. *J Acoust Soc Am, 129*(2), 852-863. doi:10.1121/1.3523476

Baloh, R. W., Hondrubia, V., & Kerber, K. A. (2011). *Clincal Neurophysiology of the Vestibular System* (4th ed.). Oxford: Oxford University Press.

Barnett, M., Hixon, B., Okwiri, N., Irungu, C., Ayugi, J., Thompson, R., . . . Bush, M. L. (2017). Factors involved in access and utilization of adult hearing healthcare: A systematic review. *Laryngoscope, 127*(5), 1187-1194. doi:10.1002/lary.26234

Bauer, C. A., & Brozoski, T. J. (2006). Effect of gabapentin on the sensation and impact of tinnitus. *Laryngoscope, 116*(5), 675-681. doi:10.1097/01.MLG.0000216812.65206.CD

Baxter, R., Lewis, N., Bohrer, P., Harrington, T., Aukes, L., & Klein, N. P. (2016). Sudden-Onset Sensorineural Hearing Loss after Immunization: A Case-Centered Analysis. *Otolaryngol Head Neck Surg, 155*(1), 81-86. doi:10.1177/0194599816639043

Bayar, N., Boke, B., Turan, E., & Belgin, E. (2001). Efficacy of amitriptyline in the treatment of subjective tinnitus. *J Otolaryngol, 30*(5), 300-303. doi:10.2310/7070.2001.19597

Ben-David, Y., Danino, J., & Podoshin, L. (1982). Idiopathic Sudden Deafness. *Ear Nose Throat J, 61*, 54-60.

Berger, E. H. (1983). The Naked Truth About NRRs. Indianapolis: Aearo.

Berger, E. H. (2013). *Calibrating the insertion depth of roll-down foam earplugs.* Paper presented at the Proc. of Meeting on Acoustics, Montreal.

Berger, E. H., Kieper, R. W., & Gauger, D. (2003). Hearing protection: surpassing the limits to attenuation imposed by the bone-conduction pathways. *J Acoust Soc Am, 114*(4 Pt 1), 1955-1967. doi:10.1121/1.1605415

Berger, E. H., Royster, L. H., Royster, J. D., Driscoll, D. P., & Layne, M. (2003). *The Noise Manual* (5th ed.). Fairfax: AIHA.

Bhatt, I. S., & Guthrie, O. (2017). Analysis of audiometric notch as a noise-induced hearing loss phenotype in US youth: data from the National Health And Nutrition Examination Survey, 2005-2010. *Int J Audiol, 56*(6), 392-399. doi:10.1080/14992027.2017.1278799

Bhatt, J. M., Bhattacharyya, N., & Lin, H. W. (2017). Relationships between tinnitus and the prevalence of anxiety and depression. *Laryngoscope, 127*(2), 466-469. doi:10.1002/lary.26107

Bhatt, J. M., Lin, H. W., & Bhattacharyya, N. (2016). Prevalence, Severity, Exposures, and Treatment Patterns of Tinnitus in the United States. *JAMA Otolaryngol Head Neck Surg, 142*(10), 959-965. doi:10.1001/jamaoto.2016.1700

Bjorn, V. S., Albery, C. B., Shilling, R., & McKinley, R. L. (2005). *U.S. Navy Flight Deck Hearing Protection Use Tresnds: Survey Results.* Paper presented at the New Directions for Improving Audio Effectiveness.

Bohne, B. A., & Harding, G. W. (1992). Neural regeneration in the noise-damaged chinchilla cochlea. *Laryngoscope, 102*(6), 693-703. doi:10.1288/00005537-199206000-00017

Borghi, C., Brandolini, C., Prandin, M. G., Dormi, A., Modugno, G. C., & Pirodda, A. (2005). Prevalence of tinnitus in patients withhypertension and the impact of different anti hypertensive drugs on the incidence of tinnitus: A prospective, single-blind, observational study. *Curr Ther Res Clin Exp, 66*(5), 420-432. doi:10.1016/j.curtheres.2005.10.001

Boul, A., & Lineton, B. (2010). Spontaneous otoacoustic emissions measured using an open ear-canal recording technique. *Hear Res, 269*(1-2), 112-121. doi:10.1016/j.heares.2010.06.020

Bramhall, N. F., Konrad-Martin, D., & McMillan, G. P. (2018). Tinnitus and Auditory Perception After a History of Noise Exposure: Relationship to Auditory Brainstem Response Measures. *Ear Hear, 39*(5), 881-894. doi:10.1097/AUD.0000000000000544

Bramhall, N. F., Konrad-Martin, D., McMillan, G. P., & Griest, S. E. (2017). Auditory Brainstem Response Altered in Humans With Noise Exposure Despite Normal Outer Hair Cell Function. *Ear Hear, 38*(1), e1-e12. doi:10.1097/AUD.0000000000000370

Bramhall, N. F., McMillan, G. P., Gallun, F. J., & Konrad-Martin, D. (2019). Auditory brainstem response demonstrates that reduced peripheral auditory input is associated with self-report of tinnitus. *J Acoust Soc Am, 146*(5), 3849. doi:10.1121/1.5132708

Brinkmann, H. (2000). *Techniques and procedures for the measurements of impulse noise*. Paper presented at the RTO HFM Lecture Series on "Damaging Risk from Impulse Noise", Maryland.

Buchler, M., Kompis, M., & Hotz, M. A. (2012). Extended frequency range hearing thresholds and otoacoustic emissions in acute acoustic trauma. *Otol Neurotol, 33*(8), 1315-1322. doi:10.1097/MAO.0b013e318263d598

Bures, Z., Profant, O., Svobodova, V., Tothova, D., Vencovsky, V., & Syka, J. (2019). Speech Comprehension and Its Relation to Other Auditory Parameters in Elderly Patients With Tinnitus. *Front Aging Neurosci, 11*, 219. doi:10.3389/fnagi.2019.00219

Burns-O'Connell, G., Stockdale, D., & Hoare, D. J. (2019). Soldiering on: a survey on the lived experience of tinnitus in aged military veterans in the UK. *Med Humanit, 45*(4), 408-415. doi:10.1136/medhum-2019-011671

Campbell, K., Kutz, J. W., Jr., Shoup, A., Wen, W., Lynch, S. Y., He, E., & Ripa, S. R. (2017). Evaluation of the Ototoxicity Potential of Once-Daily, Single-Entity Hydrocodone in Patients with Chronic Pain: Results of Two Phase-3 Clinical Studies. *Pain Physician, 20*(1), E183-E193. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/28072811

Campo, P., Morata, T. C., & Hong, O. (2013). Chemical exposure and hearing loss. *Dis Mon, 59*(4), 119-138. doi:10.1016/j.disamonth.2013.01.003

Canlon, B., Borg, E., & Flock, A. (1988). Protection against noise trauma by pre-exposure to a low level acoustic stimulus. *Hear Res, 34*(2), 197-200. doi:10.1016/0378-5955(88)90107-4

Cardon, G., & Sharma, A. (2018). Somatosensory Cross-Modal Reorganization in Adults With Age-Related, Early-Stage Hearing Loss. *Front Hum Neurosci, 12*, 172. doi:10.3389/fnhum.2018.00172

Carhart, R., & Jerger, J. F. (1959). Preferred methods for clinical determination of pure-tone thresholds. *Journal of Speech and Hearing Disorders, 24*(4), 330-345.

Carter, H. A. (1943). Estimation of percentage of hearing loss. *Journal of the Acoustical Society of America, 15*(2), 87.

Carter, L., Williams, W., Black, D., & Bundy, A. (2014). The leisure-noise dilemma: hearing loss or hearsay? What does the literature tell us? *Ear Hear, 35*(5), 491-505. doi:10.1097/01.aud.0000451498.92871.20

Chapman, P. (1982). Naproxen and sudden hearing loss. *J Laryngol Otol, 96*(2), 163-166. doi:10.1017/s0022215100092367

Chasin, M. (2019). *Hear the Music: Hearing Loss Prevention for Musicians*. Canada.

Clark, J. G. (1981). Uses and abuses of hearing loss classification. *ASHA, 23*(7), 493-500. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/7052898

Coles, R. R. A. (2000). *Medicolegal Issues*. San Diego: Singular.

Costalupes, J. A., Young, E. D., & Gibson, D. J. (1984). Effects of continuous noise backgrounds on rate response of auditory nerve fibers in cat. *J Neurophysiol, 51*(6), 1326-1344. doi:10.1152/jn.1984.51.6.1326

Cox, R. M., Alexander, G. C., Taylor, I. M., & Gray, G. A. (1997). The contour test of loudness perception. *Ear Hear, 18*(5), 388-400. doi:10.1097/00003446-199710000-00004

Curhan, S. G., Eavey, R., Shargorodsky, J., & Curhan, G. C. (2010). Analgesic use and the risk of hearing loss in men. *Am J Med, 123*(3), 231-237. doi:10.1016/j.amjmed.2009.08.006

Curhan, S. G., Eavey, R., Shargorodsky, J., & Curhan, G. C. (2011). Prospective study of alcohol use and hearing loss in men. *Ear Hear, 32*(1), 46-52. doi:10.1097/AUD.0b013e3181f46a2f

Curhan, S. G., Shargorodsky, J., Eavey, R., & Curhan, G. C. (2012). Analgesic use and the risk of hearing loss in women. *Am J Epidemiol, 176*(6), 544-554. doi:10.1093/aje/kws146

Curti, S. A., Taylor, E. N., Su, D., & Spankovich, C. (2019). Prevalence of and Characteristics Associated With Self-reported Good Hearing in a Population With Elevated Audiometric Thresholds. *JAMA Otolaryngol Head Neck Surg, 145*(7), 626-633. doi:10.1001/jamaoto.2019.1020

Dalton, D. S., Cruickshanks, K. J., Klein, B. E., Klein, R., Wiley, T. L., & Nondahl, D. M. (2003). The impact of hearing loss on quality of life in older adults. *Gerontologist, 43*(5), 661-668. doi:10.1093/geront/43.5.661

Davis, B., Qiu, W., & Hamernik, R. P. (2005). Sensitivity of distortion product otoacoustic emissions in noise-exposed chinchillas. *J Am Acad Audiol, 16*(2), 69-78. doi:10.3766/jaaa.16.2.2

De Ridder, D., Elgoyhen, A. B., Romo, R., & Langguth, B. (2011). Phantom percepts: tinnitus and pain as persisting aversive memory networks. *Proc Natl Acad Sci U S A, 108*(20), 8075-8080. doi:10.1073/pnas.1018466108

Defense, D. o. (2010). *Instruction: Hearing Conservation Program.* (DODI 6055.12).

Dengerink, H. A., Lindgren, F., Axelsson, A., & Dengerink, J. E. (1987). The effects of smoking and physical exercise on temporary threshold shifts. *Scand Audiol, 16*(3), 131-136. doi:10.3109/01050398709042167

Dobie, R. A. (2008). The burdens of age-related and occupational noise-induced hearing loss in the United States. *Ear Hear, 29*(4), 565-577. doi:10.1097/AUD.0b013e31817349ec

Dobie, R. A. (2015). *Medical-Legal Evaluation of Hearing Loss* (3rd ed.). San Diego: Plural Publishing.

Dougherty, A. L., MacGregor, A. J., Han, P. P., Viirre, E., Heltemes, K. J., & Galarneau, M. R. (2013). Blast-related ear injuries among U.S. military personnel. *J Rehabil Res Dev, 50*(6), 893-904. doi:10.1682/JRRD.2012.02.0024

Dougherty, A. L., MacGregor, A. J., Viirre, E., Clouser, M. C., Han, P. P., Quinn, K. H., & Galarneau, M. R. (2018). Preliminary study of hearing protection and non-impact, blast-induced concussion in US military personnel. *Brain Inj, 32*(11), 1423-1428. doi:10.1080/02699052.2018.1496476

Dubno, J. R., Lee, F. S., Klein, A. J., Matthews, L. J., & Lam, C. F. (1995). Confidence limits for maximum word-recognition scores. *J Speech Hear Res, 38*(2), 490-502. doi:10.1044/jshr.3802.490

Durakovic, N., Valente, M., Goebel, J. A., & Wick, C. C. (2019). What defines asymmetric sensorineural hearing loss? *Laryngoscope, 129*(5), 1023-1024. doi:10.1002/lary.27504

Engdahl, B., Aarhus, L., Lie, A., & Tambs, K. (2015). Cardiovascular risk factors and hearing loss: The HUNT study. *Int J Audiol, 54*(12), 958-966. doi:10.3109/14992027.2015.1090631

Fagelson, M. A. (2007). The association between tinnitus and posttraumatic stress disorder. *Am J Audiol, 16*(2), 107-117. doi:10.1044/1059-0889(2007/015)

Fletcher, H. (1929). *Speech and Hearing.* New York: D. Van Nostrand Company, Inc.

Fowler, E. P. (1942). A simple method of measuring percentage of capacity for hearing speech. *Arch Otolaryngol, 36*(6), 874-890.

French, N. R., & Steinberg, J. C. (1947). Factors governing the intelligibility of speech sounds. *J. Acoust Soc Am, 19*, 90-119.

Fulbright, A. N. C., Le Prell, C. G., Griffiths, S. K., & Lobarinas, E. (2017). Effects of Recreational Noise on Threshold and Suprathreshold Measures of Auditory Function. *Semin Hear, 38*(4), 298-318. doi:10.1055/s-0037-1606325

Gananca, M. M., Caovilla, H. H., Gananca, F. F., Gananca, C. F., Munhoz, M. S., da Silva, M. L., & Serafini, F. (2002). Clonazepam in the pharmacological treatment of vertigo and tinnitus. *Int Tinnitus J, 8*(1), 50-53. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/14763236

Gates, G. A., Schmid, P., Kujawa, S. G., Nam, B., & D'Agostino, R. (2000). Longitudinal threshold changes in older men with audiometric notches. *Hear Res, 141*(1-2), 220-228. doi:10.1016/s0378-5955(99)00223-3

Gelfand, S. A. (2001). *Essentials of Audiology* (2 ed.). New York: Thieme.

Glorig, A. (1961). The problem of noise in industry. *Am J Public Health Nations Health, 51*, 1338-1346. doi:10.2105/ajph.51.9.1338

Glorig, A. (1965). *Audiometry Priciples and Practices*. Baltimore: The Williams & Wilkins Company.

Goycoolea, M. V., Goycoolea, H. G., Farfan, C. R., Rodriguez, L. G., Martinez, G. C., & Vidal, R. (1986). Effect of life in industrialized societies on hearing in natives of Easter Island. *Laryngoscope, 96*(12), 1391-1396. doi:10.1288/00005537-198612000-00015

Grinn, S. K., Wiseman, K. B., Baker, J. A., & Le Prell, C. G. (2017). Hidden Hearing Loss? No Effect of Common Recreational Noise Exposure on Cochlear Nerve Response Amplitude in Humans. *Front Neurosci, 11*, 465. doi:10.3389/fnins.2017.00465

Guthrie, L. A., & Mackersie, C. L. (2009). A comparison of presentation levels to maximize word recognition scores. *J Am Acad Audiol, 20*(6), 381-390. doi:10.3766/jaaa.20.6.6

Haider, H. F., Bojic, T., Ribeiro, S. F., Paco, J., Hall, D. A., & Szczepek, A. J. (2018). Pathophysiology of Subjective Tinnitus: Triggers and Maintenance. *Front Neurosci, 12*, 866. doi:10.3389/fnins.2018.00866

Hall, J. W. I. (1992). *Handbook of Auditory Evoked Responses*. Massachusetts: Allyn & Bacon.

Hall, J. W. I. (2014). *Introduction to Audiology Today*. New Jersey: Pearson.

Hamernik, R. P., Ahroon, W. A., & Hsueh, K. D. (1991). The energy spectrum of an impulse: its relation to hearing loss. *J Acoust Soc Am, 90*(1), 197-204. doi:10.1121/1.402344

Hamernik, R. P., & Hsueh, K. D. (1991). Impulse noise: some definitions, physical acoustics and other considerations. *J Acoust Soc Am, 90*(1), 189-196. doi:10.1121/1.401287

Hamill, T. A., & Price, L. L. (2014). *The Hearing Sciences* (2nd ed.). San Diego: Plural Publishin.

Hammill, T. L., McKenna, E., Hecht, Q., Buchanan, K., & Pryor, N. (2019). I'm Wearing My Hearing Protection - Am I Still At Risk for Hearing Loss? Lurking Ototoxins in the Military Environment. *Mil Med, 184*(Suppl 1), 615-620. doi:10.1093/milmed/usy329

Harris, J. D., Haines, H. L., & Myers, C. K. (1956). A new formula for using the audiogram to predict speech hearing loss. *AMA Arch Otolaryngol, 63*(2), 158-176. doi:10.1001/archotol.1956.03830080044011

Hassall, J. R., & Zaveri, K. (1979). *Acoustic Noise Measurements* (4th ed.): Bruel & Kjaer.

He, W., & Ren, T. (2013). Basilar membrane vibration is not involved in the reverse propagation of otoacoustic emissions. *Sci Rep, 3*, 1874. doi:10.1038/srep01874

Henry, J. A., Griest, S., Zaugg, T. L., Thielman, E., Kaelin, C., Galvez, G., & Carlson, K. F. (2015). Tinnitus and hearing survey: a screening tool to differentiate bothersome tinnitus from hearing difficulties. *Am J Audiol, 24*(1), 66-77. doi:10.1044/2014_AJA-14-0042

Henry, J. A., Griest, S. E., Blankenship, C., Thielman, E. J., Theodoroff, S. M., Hammill, T., & Carlson, K. F. (2019). Impact of Tinnitus on Military Service Members. *Mil Med, 184*(Suppl 1), 604-614. doi:10.1093/milmed/usy328

Henry, J. A., & Manning, C. (2019). Clinical Protocol to Promote Standardization of Basic Tinnitus Services by Audiologists. *Am J Audiol, 28*(1S), 152-161. doi:10.1044/2018_AJA-TTR17-18-0038

Henry, J. A., Roberts, L. E., Caspary, D. M., Theodoroff, S. M., & Salvi, R. J. (2014). Underlying mechanisms of tinnitus: review and clinical implications. *J Am Acad Audiol, 25*(1), 5-22; quiz 126. doi:10.3766/jaaa.25.1.2

Hirsh, I. J., Davis, H., Silverman, S. R., Reynolds, E. G., Eldert, E., & Benson, R. W. (1952). Development of materials for speech audiometry. *J Speech Hear Disord, 17*(3), 321-337. doi:10.1044/jshd.1703.321

Hoekstra, C. E., Rynja, S. P., van Zanten, G. A., & Rovers, M. M. (2011). Anticonvulsants for tinnitus. *Cochrane Database Syst Rev*(7), CD007960. doi:10.1002/14651858.CD007960.pub2

Hoffman, H. J., Dobie, R. A., & Flamme, G. A. (2017). The Reduction in the Age-Adjusted Prevalence of Hearing Impairment in the United States-Reply. *JAMA Otolaryngol Head Neck Surg, 143*(9), 957-958. doi:10.1001/jamaoto.2017.0687

Hornsby, B. W., & Kipp, A. M. (2016). Subjective Ratings of Fatigue and Vigor in Adults With Hearing Loss Are Driven by Perceived Hearing Difficulties Not Degree of Hearing Loss. *Ear Hear, 37*(1), e1-10. doi:10.1097/AUD.0000000000000203

Humes, L. E., Joellenbeck, L. M., & Durch, J. S. (2006). *Noise and Military Service*. Washington D.C.: The National Academies Press

Humes, L. E., Kidd, G. R., & Lentz, J. J. (2013). Auditory and cognitive factors underlying individual differences in aided speech-understanding among older adults. *Front Syst Neurosci, 7*, 55. doi:10.3389/fnsys.2013.00055

Hunter, L. L., Monson, B. B., Moore, D. R., Dhar, S., Wright, B. A., Munro, K. J., . . . Siegel, J. H. (2020). Extended high frequency hearing and speech perception implications in adults and children. *Hear Res*, 107922. doi:10.1016/j.heares.2020.107922

Husain, F. T. (2016). Neural networks of tinnitus in humans: Elucidating severity and habituation. *Hear Res, 334*, 37-48. doi:10.1016/j.heares.2015.09.010

Husain, F. T., Gander, P. E., Jansen, J. N., & Shen, S. (2018). Expectations for Tinnitus Treatment and Outcomes: A Survey Study of Audiologists and Patients. *J Am Acad Audiol, 29*(4), 313-336. doi:10.3766/jaaa.16154

Jafari, Z., Kolb, B. E., & Mohajerani, M. H. (2019). Age-related hearing loss and tinnitus, dementia risk, and auditory amplification outcomes. *Ageing Res Rev, 56*, 100963. doi:10.1016/j.arr.2019.100963

Jastreboff, P. J., & Hazell, J. W. (1993). A neurophysiological approach to tinnitus: clinical implications. *Br J Audiol, 27*(1), 7-17. doi:10.3109/03005369309077884

Jerger, J. (1970). Clinical experience with impedance audiometry. *Arch Otolaryngol, 92*(4), 311-324. doi:10.1001/archotol.1970.04310040005002

Jerger, J. F., & Hayes, D. (1976). The cross-check principle in pediatric audiometry. *Arch Otolaryngol, 102*(10), 614-620. doi:10.1001/archotol.1976.00780150082006

Jin, S. H., Nelson, P. B., Schlauch, R. S., & Carney, E. (2013). Hearing conservation program for marching band members: a risk for noise-induced hearing loss? *Am J Audiol, 22*(1), 26-39. doi:10.1044/1059-0889(2012/11-0030)

Johnson, A. C., & Nylen, P. R. (1995). Effects of industrial solvents on hearing. *Occup Med, 10*(3), 623-640. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/8578423

Joo, Y., Cruickshanks, K. J., Klein, B. E. K., Klein, R., Hong, O., & Wallhagen, M. I. (2020). The Contribution of Ototoxic Medications to Hearing Loss Among Older Adults. *J Gerontol A Biol Sci Med Sci, 75*(3), 561-566. doi:10.1093/gerona/glz166

Jung, D., & Bhattacharyya, N. (2012). Association of hearing loss with decreased employment and income among adults in the United States. *Ann Otol Rhinol Laryngol, 121*(12), 771-775. doi:10.1177/000348941212101201

Kalluri, R., & Shera, C. A. (2001). Distortion-product source unmixing: a test of the two-mechanism model for DPOAE generation. *J Acoust Soc Am, 109*(2), 622-637. doi:10.1121/1.1334597

Kang, E. Y., Han, B., Furlotte, N., Joo, J. W., Shih, D., Davis, R. C., . . . Eskin, E. (2014). Meta-analysis identifies gene-by-environment interactions as demonstrated in a study of 4,965 mice. *PLoS Genet, 10*(1), e1004022. doi:10.1371/journal.pgen.1004022

Kemp, D. T. (1978). Stimulated acoustic emissions from within the human auditory system. *J Acoust Soc Am, 64*(5), 1386-1391. doi:10.1121/1.382104

Killion, M. C., & Muller, G. H. (2004). Twenty years later: A New count the dot method. *Hearing Journal, 63*(1), 10-17.

Koehler, S. D., & Shore, S. E. (2013). Stimulus timing-dependent plasticity in dorsal cochlear nucleus is altered in tinnitus. *J Neurosci, 33*(50), 19647-19656. doi:10.1523/JNEUROSCI.2788-13.2013

Kryter, K. D. (1962). Methods for the calcuation and use of the articulation index. *J. Acoust Soc Am, 34*, 1689.

Kujawa, S. G., & Liberman, M. C. (2006). Acceleration of age-related hearing loss by early noise exposure: evidence of a misspent youth. *J Neurosci, 26*(7), 2115-2123. doi:10.1523/JNEUROSCI.4985-05.2006

Kujawa, S. G., & Liberman, M. C. (2009). Adding insult to injury: cochlear nerve degeneration after "temporary" noise-induced hearing loss. *J Neurosci, 29*(45), 14077-14085. doi:10.1523/JNEUROSCI.2845-09.2009

Kumpik, D. P., & King, A. J. (2019). A review of the effects of unilateral hearing loss on spatial hearing. *Hear Res, 372*, 17-28. doi:10.1016/j.heares.2018.08.003

Kyle, M. E., Wang, J. C., & Shin, J. J. (2015). Impact of nonaspirin nonsteroidal anti-inflammatory agents and acetaminophen on sensorineural hearing loss: a systematic review. *Otolaryngol Head Neck Surg, 152*(3), 393-409. doi:10.1177/0194599814564533

Lahti, T., & Starck, J. (1980). Industrial impulse noise measurements. *Scand Audiol Suppl*(Suppl 12), 61-69. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/6939110

Le Prell, C., & Spankovich, C. (2013). *Noise-induced hearing loss: detection, prevention, and management*. New York: Thieme.

Le Prell, C. G., Dell, S., Hensley, B., Hall, J. W., 3rd, Campbell, K. C., Antonelli, P. J., . . . Guire, K. (2012). Digital music exposure reliably induces temporary threshold shift in normal-hearing human subjects. *Ear Hear, 33*(6), e44-58. doi:10.1097/AUD.0b013e31825f9d89

Leaver, A. M., Seydell-Greenwald, A., & Rauschecker, J. P. (2016). Auditory-limbic interactions in chronic tinnitus: Challenges for neuroimaging research. *Hear Res, 334*, 49-57. doi:10.1016/j.heares.2015.08.005

Leaver, A. M., Turesky, T. K., Seydell-Greenwald, A., Morgan, S., Kim, H. J., & Rauschecker, J. P. (2016). Intrinsic network activity in tinnitus investigated using functional MRI. *Hum Brain Mapp, 37*(8), 2717-2735. doi:10.1002/hbm.23204

Lerner, S. (2019). Limitations of Conventional Hearing Aids: Examining Common Complaints and Issues that Can and Cannot Be Remedied. *Otolaryngol Clin North Am, 52*(2), 211-220. doi:10.1016/j.otc.2018.11.002

Lewis, J. E., Stephens, S. D., & McKenna, L. (1994). Tinnitus and suicide. *Clin Otolaryngol Allied Sci, 19*(1), 50-54. doi:10.1111/j.1365-2273.1994.tb01147.x

Li, C. M., Zhang, X., Hoffman, H. J., Cotch, M. F., Themann, C. L., & Wilson, M. R. (2014). Hearing impairment associated with depression in US adults, National Health and Nutrition Examination Survey 2005-2010. *JAMA Otolaryngol Head Neck Surg, 140*(4), 293-302. doi:10.1001/jamaoto.2014.42

Liden, G., & Fant, G. (1954). Swedish word material for speech audiometry and articulation tests. *Acta Otolaryngol Suppl, 116*, 189-204. doi:10.3109/00016485409130295

Liden, G., Peterson, J. L., & Bjorkman, G. (1970). Tympanometry. *Arch Otolaryngol, 92*(3), 248-257. doi:10.1001/archotol.1970.04310030038009

Lin, B. M., Curhan, S. G., Wang, M., Eavey, R., Stankovic, K. M., & Curhan, G. C. (2016). Hypertension, Diuretic Use, and Risk of Hearing Loss. *Am J Med, 129*(4), 416-422. doi:10.1016/j.amjmed.2015.11.014

Lin, F. R., Thorpe, R., Gordon-Salant, S., & Ferrucci, L. (2011). Hearing loss prevalence and risk factors among older adults in the United States. *J Gerontol A Biol Sci Med Sci, 66*(5), 582-590. doi:10.1093/gerona/glr002

Liu, M., Alafris, A., Longo, A. J., & Cohen, H. (2012). Irreversible atorvastatin-associated hearing loss. *Pharmacotherapy, 32*(2), e27-34. doi:10.1002/PHAR.1040

Livingston, G., Huntley, J., Sommerlad, A., Ames, D., Ballard, C., Banerjee, S., . . . Mukadam, N. (2020). Dementia prevention, intervention, and care: 2020 report of the Lancet Commission. *Lancet, 396*(10248), 413-446. doi:10.1016/S0140-6736(20)30367-6

Livingston, G., Sommerlad, A., Orgeta, V., Costafreda, S. G., Huntley, J., Ames, D., . . . Mukadam, N. (2017). Dementia prevention, intervention, and care. *Lancet, 390*(10113), 2673-2734. doi:10.1016/S0140-6736(17)31363-6

Lobarinas, E., Scott, R., Spankovich, C., & Le Prell, C. G. (2016). Differential effects of suppressors on hazardous sound pressure levels generated by AR-15 rifles: Considerations

for recreational shooters, law enforcement, and the military. *Int J Audiol, 55 Suppl 1*, S59-71. doi:10.3109/14992027.2015.1122241

Lonsbury-Martin, B. L., Martin, G. K., & Bohne, B. A. (1987). Repeated TTS exposures in monkeys: alterations in hearing, cochlear structure, and single-unit thresholds. *J Acoust Soc Am, 81*(5), 1507-1518. doi:10.1121/1.394503

Lucertini, M., Moleti, A., & Sisto, R. (2002). On the detection of early cochlear damage by otoacoustic emission analysis. *J Acoust Soc Am, 111*(2), 972-978. doi:10.1121/1.1432979

Maes, I. H., Cima, R. F., Vlaeyen, J. W., Anteunis, L. J., & Joore, M. A. (2013). Tinnitus: a cost study. *Ear Hear, 34*(4), 508-514. doi:10.1097/AUD.0b013e31827d113a

Marshall, L., Lapsley Miller, J. A., Heller, L. M., Wolgemuth, K. S., Hughes, L. M., Smith, S. D., & Kopke, R. D. (2009). Detecting incipient inner-ear damage from impulse noise with otoacoustic emissions. *J Acoust Soc Am, 125*(2), 995-1013. doi:10.1121/1.3050304

McCormack, A., & Fortnum, H. (2013). Why do people fitted with hearing aids not wear them? *Int J Audiol, 52*(5), 360-368. doi:10.3109/14992027.2013.769066

McFadden, D., Plattsmier, H. S., & Pasanen, E. G. (1984). Aspirin-induced hearing loss as a model of sensorineural hearing loss. *Hear Res, 16*(3), 251-260. doi:10.1016/0378-5955(84)90114-x

McFerran, D. (2019). *Drugs and Tinnitus*. Retrieved from

McGwin, G., Jr. (2010). Phosphodiesterase type 5 inhibitor use and hearing impairment. *Arch Otolaryngol Head Neck Surg, 136*(5), 488-492. doi:10.1001/archoto.2010.51

McIlwain, D. (2008). *A Comparison of Routine Physical Exams vs. Hearing Protected Acoustic Traumas in Amry War Veterans: A Cohort Case Study*. American Journal of Audiology.

McKinnon, B. J., & Lassen, L. F. (1998). Naproxen-associated sudden sensorineural hearing loss. *Mil Med, 163*(11), 792-793. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/9819544

Medina-Garin, D. R., Dia, A., Bedubourg, G., Deparis, X., Berger, F., & Michel, R. (2016). Acute acoustic trauma in the French armed forces during 2007-2014. *Noise Health, 18*(85), 297-302. doi:10.4103/1463-1741.195802

Meikle, M. B., Henry, J. A., Griest, S. E., Stewart, B. J., Abrams, H. B., McArdle, R., . . . Vernon, J. A. (2012). The tinnitus functional index: development of a new clinical measure for chronic, intrusive tinnitus. *Ear Hear, 33*(2), 153-176. doi:10.1097/AUD.0b013e31822f67c0

Melnik, W. (1991). Human temporary threshold shift (TTS) and damage risk. *J. Acoust Soc Am, 90*(1), 147-154.

Mick, P., Kawachi, I., & Lin, F. R. (2014). The association between hearing loss and social isolation in older adults. *Otolaryngol Head Neck Surg, 150*(3), 378-384. doi:10.1177/0194599813518021

Mills, J. H., Osguthorpe, J. D., Burdick, C. K., Patterson, J. H., & Mozo, B. (1983). Temporary threshold shifts produced by exposure to low-frequency noises. *J Acoust Soc Am, 73*(3), 918-923. doi:10.1121/1.389016

Mohr, P. E., Feldman, J. J., & Dunbar, J. L. (2000). The societal costs of severe to profound hearing loss in the United States. *Policy Anal Brief H Ser, 2*(1), 1-4. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/11763878

Moller, A. (2012). *Acoustic Middle Ear Reflex*. San Diego: Plural Publishing.

Moller, A. R., & Rollins, P. R. (2002). The non-classical auditory pathways are involved in hearing in children but not in adults. *Neurosci Lett, 319*(1), 41-44. doi:10.1016/s0304-3940(01)02516-2

Monsell, E. M. (1997). Nonhereditary hearing loss. In G. B. Hughes & M. L. Pensak (Eds.), *Clinical Otology* (2nd ed.).

Monzani, D., Galeazzi, G. M., Genovese, E., Marrara, A., & Martini, A. (2008). Psychological profile and social behaviour of working adults with mild or moderate hearing loss. *Acta Otorhinolaryngol Ital, 28*(2), 61-66. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/18669069

Moore, B. C. (1995). *Handbook of perception and cognition: Hearing* (2nd ed.). New York: Academic Press.

Moore, B. C. (2016). A review of the perceptual effects of hearing loss for frequencies above 3 kHz. *Int J Audiol, 55*(12), 707-714. doi:10.1080/14992027.2016.1204565

Morgan, D. S., Arteaga, A. A., Bosworth, N. A., Proctor, G., Vetter, D. E., Lobarinas, E., & Spankovich, C. (2019). Repeated temporary threshold shift and changes in cochlear and neural function. *Hear Res, 381*, 107780. doi:10.1016/j.heares.2019.107780

Mrena, R., Savolainen, S., Kiukaanniemi, H., Ylikoski, J., & Makitie, A. A. (2009). The effect of tightened hearing protection regulations on military noise-induced tinnitus. *Int J Audiol, 48*(6), 394-400. doi:10.1080/14992020902777225

Murphy, W. J., Fackler, C. J., Berger, E. H., Shaw, P. B., & Stergar, M. (2015). Measurement of impulse peak insertion loss from two acoustic test fixtures and four hearing protector conditions with an acoustic shock tube. *Noise Health, 17*(78), 364-373. doi:10.4103/1463-1741.165067

Murphy, W. J., & Kardous, C. A. (2012). *A case for using A-weighted equivalent energy as a damage risk criterion*. Retrieved from

Murphy, W. J., Stephenson, M. R., Byrne, D. C., Witt, B., & Duran, J. (2011). Effects of training on hearing protector attenuation. *Noise Health, 13*(51), 132-141. doi:10.4103/1463-1741.77215

Murphy, W.J., Flamme, G.A., Meinke, D.K., et al.Measurement of impulse peak insertion loss for four hearing protection devices in field conditions, Int. J. Audiol, 51, S31-S42.

Musiek, F. E., & Baran, J. E. (2007). *The Auditor y System: Anatomy, Physiology, and Clinical Correlates*. Boston: Pearson Education, Inc.

Nagtegaal, A. P., Broer, L., Zilhao, N. R., Jakobsdottir, J., Bishop, C. E., Brumat, M., . . . Goedegebure, A. (2019). Genome-wide association meta-analysis identifies five novel loci for age-related hearing impairment. *Sci Rep, 9*(1), 15192. doi:10.1038/s41598-019-51630-x

Newman, C. W., Jacobson, G. P., & Spitzer, J. B. (1996). Development of the Tinnitus Handicap Inventory. *Arch Otolaryngol Head Neck Surg, 122*(2), 143-148. doi:10.1001/archotol.1996.01890140029007

Niskar, A. S., Kieszak, S. M., Holmes, A. E., Esteban, E., Rubin, C., & Brody, D. J. (2001). Estimated prevalence of noise-induced hearing threshold shifts among children 6 to 19 years of age: the Third National Health and Nutrition Examination Survey, 1988-1994, United States. *Pediatrics, 108*(1), 40-43. doi:10.1542/peds.108.1.40

Nondahl, D. M., Cruickshanks, K. J., Wiley, T. L., Klein, R., Klein, B. E., & Tweed, T. S. (2002). Prevalence and 5-year incidence of tinnitus among older adults: the epidemiology of hearing loss study. *J Am Acad Audiol, 13*(6), 323-331. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/12141389

Nordmann, A. S., Bohne, B. A., & Harding, G. W. (2000). Histopathological differences between temporary and permanent threshold shift. *Hear Res, 139*(1-2), 13-30. doi:10.1016/s0378-5955(99)00163-x

Norena, A. J., & Eggermont, J. J. (2003). Changes in spontaneous neural activity immediately after an acoustic trauma: implications for neural correlates of tinnitus. *Hear Res, 183*(1-2), 137-153. doi:10.1016/s0378-5955(03)00225-9

Olusanya, B. O., Davis, A. C., & Hoffman, H. J. (2019). Hearing loss grades and the International classification of functioning, disability and health. *Bull World Health Organ, 97*(10), 725-728. doi:10.2471/BLT.19.230367

Oosterloo, B. C., Homans, N. C., & Goedegebure, A. (2020). Tinnitus Affects Speech in Noise Comprehension in Individuals With Hearing Loss. *Otol Neurotol, 41*(9), e1074-e1081. doi:10.1097/MAO.0000000000002733

Oron, Y., Roth, Y., & Levine, R. A. (2011). Sudden brief unilateral tapering tinnitus: prevalence and properties. *Otol Neurotol, 32*(9), 1409-1414. doi:10.1097/MAO.0b013e3182355626

Palangio, M., Wideman, G. L., Keffer, M., Landau, C. J., Morris, E., Doyle, R. T., Jr., . . . de Padova, A. (2000). Combination hydrocodone and ibuprofen versus combination oxycodone and acetaminophen in the treatment of postoperative obstetric or gynecologic pain. *Clin Ther, 22*(5), 600-612. doi:10.1016/s0149-2918(00)80047-8

Pekkarinen, J. (1995). Noise, impulse noise, and other physical factors: combined effects on hearing. *Occup Med, 10*(3), 545-559. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/8578418

Picou, E. M., & Ricketts, T. A. (2018). The relationship between speech recognition, behavioural listening effort, and subjective ratings. *Int J Audiol, 57*(6), 457-467. doi:10.1080/14992027.2018.1431696

Plakke, B., & Romanski, L. M. (2014). Auditory connections and functions of prefrontal cortex. *Front Neurosci, 8*, 199. doi:10.3389/fnins.2014.00199

Pokharel, A., & Bhandary, S. (2017). Evaluation of hearing level in patients on long term aspirin therapy. *F1000Res, 6*, 445. doi:10.12688/f1000research.11131.2

Popelka, M. M., Cruickshanks, K. J., Wiley, T. L., Tweed, T. S., Klein, B. E., Klein, R., & Nondahl, D. M. (2000). Moderate alcohol consumption and hearing loss: a protective effect. *J Am Geriatr Soc, 48*(10), 1273-1278. doi:10.1111/j.1532-5415.2000.tb02601.x

Portnuff, C. D., Fligor, B. J., & Arehart, K. H. (2011). Teenage use of portable listening devices: a hazard to hearing? *J Am Acad Audiol, 22*(10), 663-677. doi:10.3766/jaaa.22.10.5

Price, G. R., & Kalb, J. T. (1999). Auditory hazard from airbag noise exposure. *J Acoust Soc Am, 106*(5), 2629-2637. doi:10.1121/1.428092

Qian, Z. J., & Alyono, J. C. (2020). An association between marijuana use and tinnitus. *Am J Otolaryngol, 41*(1), 102314. doi:10.1016/j.amjoto.2019.102314

Ramirez, T., Soto, E., & Vega, R. (2020). Opioid modulation of cochlear auditory responses in the rat inner ear. *Synapse, 74*(1), e22128. doi:10.1002/syn.22128

Ramma, L., Schellack, N., & Heinze, B. (2019). PRevention of treatment-induced ototoxicity: An update for clinicians. *The South African Meidcal Journal, 109*(3), 145-149.

Rauch, S. D. (2008). Clinical practice. Idiopathic sudden sensorineural hearing loss. *N Engl J Med, 359*(8), 833-840. doi:10.1056/NEJMcp0802129

Robinson, S. K., Viirre, E. S., & Stein, M. B. (2007). Antidepressant therapy in tinnitus. *Hear Res, 226*(1-2), 221-231. doi:10.1016/j.heares.2006.08.004

Roeser, R. J., Valente, M., & Hosford-Dunn, H. (2007). *Audiology Diagnosis*. New York: Thieme.

Rosen, S., Bergman, M., Plester, D., El-Mofty, A., & Satti, M. H. (1962). Presbycusis study of a relatively noise-free population in the Sudan. *Ann Otol Rhinol Laryngol, 71*, 727-743. doi:10.1177/000348946207100313

Rosenhall, U. (2003). The influence of ageing on noise-induced hearing loss. *Noise Health, 5*(20), 47-53. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/14558892

Royster, J. D., Royster, L. H., & Killion, M. C. (1991). Sound exposures and hearing thresholds of symphony orchestra musicians. *J Acoust Soc Am, 89*(6), 2793-2803. doi:10.1121/1.400719

Ruusuvuori, J. E., Aaltonen, T., Koskela, I., Ranta, J., Lonka, E., Salmenlinna, I., & Laakso, M. (2019). Studies on stigma regarding hearing impairment and hearing aid use among adults of working age: a scoping review. *Disabil Rehabil*, 1-11. doi:10.1080/09638288.2019.1622798

Ryan, A. F., Kujawa, S. G., Hammill, T., Le Prell, C., & Kil, J. (2016). Temporary and Permanent Noise-induced Threshold Shifts: A Review of Basic and Clinical Observations. *Otol Neurotol, 37*(8), e271-275. doi:10.1097/MAO.0000000000001071

Sabine, P. E. (1942). On estimating the percentage of hearing loss of useful hearing. *Transactions of the Am Acad Opth Oto, 46*, 179-196.

Salvi, R., Ding, D., Jiang, H., Chen, G. D., Greco, A., Manohar, S., . . . Ralli, M. (2018). Hidden Age-Related Hearing Loss and Hearing Disorders: Current Knowledge and Future Directions. *Hearing Balance Commun, 16*(2), 74-82. doi:10.1080/21695717.2018.1442282

Schnurr, P. P., & Jankowski, M. K. (1999). Physical health and post-traumatic stress disorder: review and synthesis. *Semin Clin Neuropsychiatry, 4*(4), 295-304. doi:10.153/SCNP00400295

Schuknecht, H. F., & Woellner, R. C. (1953). Hearing losses following partial section of the cochlear nerve. *Laryngoscope, 63*(6), 441-465. doi:10.1288/00005537-195306000-00001

Seidman, M. D., & Jacobson, G. P. (1996). Update on tinnitus. *Otolaryngol Clin North Am, 29*(3), 455-465. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/8743344

Sereda, M., Xia, J., El Refaie, A., Hall, D. A., & Hoare, D. J. (2018). Sound therapy (using amplification devices and/or sound generators) for tinnitus. *Cochrane Database Syst Rev, 12*, CD013094. doi:10.1002/14651858.CD013094.pub2

Shargorodsky, J., Curhan, G. C., & Farwell, W. R. (2010). Prevalence and characteristics of tinnitus among US adults. *Am J Med, 123*(8), 711-718. doi:10.1016/j.amjmed.2010.02.015

Sharma, A. (2001). A case of sensorineural deafness following ingestion of Ecstasy. *J Laryngol Otol, 115*(11), 911-915. doi:10.1258/0022215011909332

Shaw, E. A. (1974). Transformation of sound pressure level from the free field to the eardrum in the horizontal plane. *J Acoust Soc Am, 56*(6), 1848-1861. doi:10.1121/1.1903522

Shera, C. A. (2004). Mechanisms of mammalian otoacoustic emission and their implications for the clinical utility of otoacoustic emissions. *Ear Hear, 25*(2), 86-97. doi:10.1097/01.aud.0000121200.90211.83

Shera, C. A., & Guinan, J. J., Jr. (1999). Evoked otoacoustic emissions arise by two fundamentally different mechanisms: a taxonomy for mammalian OAEs. *J Acoust Soc Am, 105*(2 Pt 1), 782-798. doi:10.1121/1.426948

Sisto, R., Chelotti, S., Moriconi, L., Pellegrini, S., Citroni, A., Monechi, V., . . . Moleti, A. (2007). Otoacoustic emission sensitivity to low levels of noise-induced hearing loss. *J Acoust Soc Am, 122*(1), 387-401. doi:10.1121/1.2737668

Sliwinska-Kowalska, M., & Pawelczyk, M. (2013). Contribution of genetic factors to noise-induced hearing loss: a human studies review. *Mutat Res, 752*(1), 61-65. doi:10.1016/j.mrrev.2012.11.001

Spankovich, C. (2019). *Tinnitus and Sound Sensitivity*. New York: Thieme.

Spankovich, C. (2020). Some observation on "normal" hearing and hearing loss. *Audiology Today, October*, 32-42.

Spankovich, C., Gonzalez, V. B., Su, D., & Bishop, C. E. (2018). Self reported hearing difficulty, tinnitus, and normal audiometric thresholds, the National Health and Nutrition Examination Survey 1999-2002. *Hear Res, 358*, 30-36. doi:10.1016/j.heares.2017.12.001

Spankovich, C., & Le Prell, C. G. (2014). Associations between dietary quality, noise, and hearing: data from the National Health and Nutrition Examination Survey, 1999-2002. *Int J Audiol, 53*(11), 796-809. doi:10.3109/14992027.2014.921340

Spankovich, C., & Le Prell, C. G. (2019). The role of diet in vulnerability to noise-induced cochlear injury and hearing loss. *J Acoust Soc Am, 146*(5), 4033. doi:10.1121/1.5132707

Spankovich, C., Le Prell, C. G., Lobarinas, E., & Hood, L. J. (2017). Noise History and Auditory Function in Young Adults With and Without Type 1 Diabetes Mellitus. *Ear Hear, 38*(6), 724-735. doi:10.1097/AUD.0000000000000457

Starck, J., Pekkarinen, J., & Pyykko, I. (1988). Impulse noise and hand-arm vibration in relation to sensory neural hearing loss. *Scand J Work Environ Health, 14*(4), 265-271. doi:10.5271/sjweh.1922

Staudt, A. M., Whitworth, K. W., Chien, L. C., Whitehead, L. W., & Gimeno Ruiz de Porras, D. (2019). Association of organic solvents and occupational noise on hearing loss and tinnitus among adults in the U.S., 1999-2004. *Int Arch Occup Environ Health, 92*(3), 403-413. doi:10.1007/s00420-019-01419-2

Stenger, P. (1900). Ein Versuch zur objectiven Feststellund einseitiger Taubheit, bezw. Schwerhorigkeit mittels stimmgabien. *Arch. Ohrenheilk, 50*.

Szibor, A., Makitie, A., & Aarnisalo, A. A. (2019). Tinnitus and suicide: An unresolved relation. *Audiol Res, 9*(1), 222. doi:10.4081/audiores.2019.222

Themann, C. L., Byrne, D. C., Davis, R. R., Morata, T. C., Murphy, W. J., & Stephenson, M. R. (2015). Early prognosis of noise-induced hearing loss: prioritising prevention over prediction. *Occup Environ Med, 72*(2), 83-84. doi:10.1136/oemed-2014-102453

Therapy, C. o. P. (1942). Tenative standard procedure fore evaluating the percentage of useful hearing loss in medicolegal cases. *J. Am Med Assoc, 119*, 1105-1109.

Thornton, A. R., & Raffin, M. J. (1978). Speech-discrimination scores modeled as a binomial variable. *J Speech Hear Res, 21*(3), 507-518. doi:10.1044/jshr.2103.507

Tos, M., Stangerup, S. E., Caye-Thomasen, P., Tos, T., & Thomsen, J. (2004). What is the real incidence of vestibular schwannoma? *Arch Otolaryngol Head Neck Surg, 130*(2), 216-220. doi:10.1001/archotol.130.2.216

Tsimpida, D., Kontopantelis, E., Ashcroft, D., & Panagioti, M. (2020). Comparison of Self-reported Measures of Hearing With an Objective Audiometric Measure in Adults in the English Longitudinal Study of Ageing. *JAMA Netw Open, 3*(8), e2015009. doi:10.1001/jamanetworkopen.2020.15009

Tunkel, D. E., Bauer, C. A., Sun, G. H., Rosenfeld, R. M., Chandrasekhar, S. S., Cunningham, E. R., Jr., . . . Whamond, E. J. (2014). Clinical practice guideline: tinnitus. *Otolaryngol Head Neck Surg, 151*(2 Suppl), S1-S40. doi:10.1177/0194599814545325

Tyler, R. S. (2012). Patient preferences and willingness to pay for tinnitus treatments. *J Am Acad Audiol, 23*(2), 115-125. doi:10.3766/jaaa.23.2.6

Tyler, R. S., Aran, J. M., & Dauman, R. (1992). Recent Advances in Tinnitus. *Am J Audiol, 1*(4), 36-44. doi:10.1044/1059-0889.0104.36

Tyler, R. S., & Baker, L. J. (1983). Difficulties experienced by tinnitus sufferers. *J Speech Hear Disord, 48*(2), 150-154. doi:10.1044/jshd.4802.150

Tyler, R. S., Pienkowski, M., Roncancio, E. R., Jun, H. J., Brozoski, T., Dauman, N., . . . Moore, B. C. (2014). A review of hyperacusis and future directions: part I. Definitions and manifestations. *Am J Audiol, 23*(4), 402-419. doi:10.1044/2014_AJA-14-0010

Upadhyay, J., Ducros, M., Knaus, T. A., Lindgren, K. A., Silver, A., Tager-Flusberg, H., & Kim, D. S. (2007). Function and connectivity in human primary auditory cortex: a combined fMRI and DTI study at 3 Tesla. *Cereb Cortex, 17*(10), 2420-2432. doi:10.1093/cercor/bhl150

Ventry, I. M., & Weinstein, B. E. (1982). The hearing handicap inventory for the elderly: a new tool. *Ear Hear, 3*(3), 128-134. doi:10.1097/00003446-198205000-00006

Walden, B. E., Proske, R. A., & Worthington, D. W. (1975). *The prevalence of hearing loss within selected U.S. Army Branches.* Paper presented at the Walter Reed Army Medical Center, Washington, DC.

Wang, Y., Zhang, J. N., Hu, W., Li, J. J., Zhou, J. X., Zhang, J. P., . . . Li, M. (2018). The characteristics of cognitive impairment in subjective chronic tinnitus. *Brain Behav, 8*(3), e00918. doi:10.1002/brb3.918

Weinstein, B. E., & Ventry, I. M. (1982). Hearing impairment and social isolation in the elderly. *J Speech Hear Res, 25*(4), 593-599. doi:10.1044/jshr.2504.593

Wilson, P. H., Henry, J., Bowen, M., & Haralambous, G. (1991). Tinnitus reaction questionnaire: psychometric properties of a measure of distress associated with tinnitus. *J Speech Hear Res, 34*(1), 197-201. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/2008074

Wilson, R. H. (2011). Clinical experience with the words-in-noise test on 3430 veterans: comparisons with pure-tone thresholds and word recognition in quiet. *J Am Acad Audiol, 22*(7), 405-423. doi:10.3766/jaaa.22.7.3

Wu, P. Z., O'Malley, J. T., de Gruttola, V., & Liberman, M. C. (2020). Age-Related Hearing Loss Is Dominated by Damage to Inner Ear Sensory Cells, Not the Cellular Battery That Powers Them. *J Neurosci, 40*(33), 6357-6366. doi:10.1523/JNEUROSCI.0937-20.2020

Yates, G. K., & Withnell, R. H. (1999). The role of intermodulation distortion in transient-evoked otoacoustic emissions. *Hear Res, 136*(1-2), 49-64. doi:10.1016/s0378-5955(99)00108-2

Ylikoski, M., Pekkarinen, J. O., Starck, J. P., Paakkonen, R. J., & Ylikoski, J. S. (1995). Physical characteristics of gunfire impulse noise and its attenuation by hearing protectors. *Scand Audiol, 24*(1), 3-11. doi:10.3109/01050399509042203

Yorgason, J. G., Kalinec, G. M., Luxford, W. M., Warren, F. M., & Kalinec, F. (2010). Acetaminophen ototoxicity after acetaminophen/hydrocodone abuse: evidence from two parallel in vitro mouse models. *Otolaryngol Head Neck Surg, 142*(6), 814-819, 819 e811-812. doi:10.1016/j.otohns.2010.01.010

Yucel, H., Yucel, A., Arbag, H., Cure, E., Eryilmaz, M. A., & Ozer, A. B. (2019). Effect of statins on hearing function and subjective tinnitus in hyperlipidemic patients. *Rom J Intern Med, 57*(2), 133-140. doi:10.2478/rjim-2018-0035

Zhang, C., Frye, M. D., Sun, W., Sharma, A., Manohar, S., Salvi, R., & Hu, B. H. (2020). New insights on repeated acoustic injury: Augmentation of cochlear susceptibility and inflammatory reaction resultant of prior acoustic injury. *Hear Res, 393*, 107996. doi:10.1016/j.heares.2020.107996

Zhang, K. D., & Coate, T. M. (2017). Recent advances in the development and function of type II spiral ganglion neurons in the mammalian inner ear. *Semin Cell Dev Biol, 65*, 80-87. doi:10.1016/j.semcdb.2016.09.017

Zheng, X. Y., McFadden, S. L., Ding, D. L., & Henderson, D. (2000). Cochlear de-efferentation and impulse noise-induced acoustic trauma in the chinchilla. *Hear Res, 144*(1-2), 187-195. doi:10.1016/s0378-5955(00)00065-4