# EXHIBIT 25

4:09

< Back     **Headphone Safety**

HEADPHONE NOTIFICATIONS

**Last 6 Months**                                95

| 21 | 9 | 17 | 15 | 18 | 15 |
| Dec | Jan | Feb | Mar | Apr | May |

To protect your hearing, your iPhone will measure headphone audio levels. If you exceed the recommended 7-day limit, a notification is sent and the volume is turned down. In certain regions, these notifications are required. Learn more…

Reduce Loud Sounds                          [ON]

**85 decibels**
As loud as heavy city traffic

🔈 ▬▬▬▬▬⚪▬▬▬▬▬ 🔊

Your iPhone can analyze headphone audio and reduce any sound that is over a set decibel level. Learn more…

Lightning Adapters                                  >