# EXHIBIT 26

## **DECLARATION of Forensic Expert, Timothy Ferguson**

I, Timothy Ferguson, state under the penalties of perjury as follows:

1. My name is Timothy Ferguson. I am over the age of 18. All statements of fact made herein are based on my personal knowledge, or, where indicated, based on my investigation, in which case I believe them to be true.

2. I make this declaration on behalf of Defendants 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC in support of Defendants' Motion to Compel Wave Plaintiffs' Data and Electronically Stored Information Responsive to Defendants' Request for Production Number 10.

### BACKGROUND

3. I am a Senior Digital Forensic Analyst within the DFES – Digital Forensics and Expert Services division of Consilio LLC ("Consilio"). Consilio is a leading provider of electronic discovery ("ediscovery") and digital forensic services, including collection, preservation, processing, and analyzing electronically stored information ("ESI").

4. I am a Magnet Certified Forensic Examiner (MCFE) through Magnet Forensics. I received extensive training in the field of computer forensics and e-discovery from the SANS organization, and other industry institutions. Additionally, I hold a bachelor's degree in Computer Forensics and Digital Investigations from Champlain College.

5. Through my training and experience in computer forensics, I am familiar with commonly used and accepted processes and technology for reporting on data, storage, and operating systems of computers, servers, networks, and mobile devices.

6. An iOS device user's health information can be stored within iCloud. In accordance with a request to provide user health data within iOS, several steps can be taken by the device owner to manage and sync the data.

7. Health information settings can be managed and synced with iCloud by navigating within the iPhone settings as follows: "Settings > [Users Name] > iCloud > "Health" and ensuring that "Health" is enabled or turned on. i.e., engage the switch to make it green in color.

8. As a digital forensic practitioner, I am familiar with in-person and remote collection of iCloud data, including Health data, from an iOS user's device(s).

9. To initiate an iCloud synced data collection remotely for Health data, a digital forensic practitioner would require the user's iCloud password, two-factor authentication, and device pin code. For a remote collection, this information could be shared and collected via a brief coordinated call between the forensic practitioner and device owner.

10. Based on my education, knowledge, and experience, I estimate that, after

receiving the iOS device user's password, authentication, and pin code, a targeted remote collection of the iCloud-stored Health data would take a forensic practitioner approximately 15 minutes to complete.

11. The above-described remote collection would not alter or eliminate the existing data from a user's iCloud account or iOS device.

12. The above-described remote collection would not result in damage or destruction to the user's iOS device.

13. Based on my knowledge and experience, I estimate that the above-described remote collection would cost approximately $500, per iCloud account, per iOS device.

__06-30-2022__
Dated

Timothy Ferguson
Senior Forensic Analyst