IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

This Document Relates to:

Wave 2 Cases
*Branch v. 3M Co., et al.*, 7:20-cv-08577
*Lewis v. 3M Co., et al.*, 7:20-cv-10872
*Ellis v. 3M Co., et al.*, 7:20-cv-07894
*Brady v. 3M Co., et al.*, 7:20-cv-68945
_____/

## ORDER

Pending before the Court is Defendants' Motion to Compel Compliance with Subpoenas for Additional Wave 2 Fact Witness Depositions, Master Docket ECF No. 3259, which has been referred to the undersigned for resolution.[1]  Plaintiffs did not object to Defendants' original Motion to Compel the depositions of Wave 2 fact witnesses, which motion the Court granted, ECF No. 3253.  Defendants now say that four (4) additional witnesses failed to appear for their noticed depositions, so

---

[1] The motions apply to but have not been filed in the individual cases.

Defendants seek an order compelling the attendance of those witnesses as well. Upon due consideration, the Motion is due to be granted.

In the instant Motion, Defendants request an order compelling the attendance at deposition of the following witnesses:

1. Bradford Towry, Plaintiff's friend (*Branch v. 3M Co., et al.*, No. 7:20-cv-08577). Towry was personally served by process server on June 22, 2022, ECF No. 3259-2, and Defendants represent that he failed to appear at his June 28, 2022 deposition. ECF No. 3259 at 3.

2. Kelly Lockhart, Plaintiff's former spouse (*Lewis v. 3M Co., et al.*, No. 7:20-cv-10872). Lockhart was personally served by process server on June 9, 2022, ECF No. 3259-3, but she failed to appear at her June 23, 2022 deposition. Dep. Tr., ECF No. 3259-4.

3. Katrina Shores, Plaintiff's former spouse (*Ellis v. 3M Co., et al.*, No. 7:20-cv-07894). Shores was personally served by process server on June 10, 2022, ECF No. 3259-5, and Defendants represent that she failed to appear at her June 24, 2022 deposition. ECF No. 3259 at 3.

4. Sonya Dalrymple Brady, Plaintiff's former spouse (*Brady v. 3M Co., et al.*, No. 7:20-cv-68945). Brady was personally served by process server on June 15, 2022, ECF No. 3259-6, and Defendants represent that she failed to appear at her July 1, 2022 deposition. ECF No. 3259 at 3.

This Court has authority to compel compliance with a lawful deposition subpoena. *See* 28 U.S.C. § 1407(b) (providing that an MDL Court "may exercise powers of a district judge in any district for the purpose of conducting pretrial depositions in such coordinated or consolidated pretrial proceedings"); Fed. R. Civ. P. 45(g) (stating that a court "may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it"); *Hernandez v. Tregea*, Case No. 2:07-cv-149-FTM34SPC, 2008 WL 3157192, at *3 (M.D. Fla. Aug. 4, 2008) ("Rule 45(a)(2)(B) authorizes a party to compel a non-party to appear and provide deposition testimony.").

In this case, it appears that these four (4) witnesses possess relevant information concerning their observations of the Plaintiffs' hearing loss and/or tinnitus, Plaintiffs' usage of hearing protection, Plaintiffs' alleged damage, and Plaintiffs' daily behaviors and potential alternative causes as Defendants argue. *See* Fed. R. Civ. P. 26(b) ("Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case....").

Accordingly, it is **ORDERED** that:

1. Defendants' Motion to Compel, ECF No. 3259, is **GRANTED**. The following witnesses must appear for deposition as directed by Defendants' counsel:

   Bradford Towry, Plaintiff's friend (*Branch v. 3M Co., et al.*, No. 7:20-cv-08577); Kelly Lockhart, Plaintiff's former spouse (*Lewis v. 3M Co., et al.*, No. 7:20-cv-10872); Katrina Shores, Plaintiff's former spouse (*Ellis v. 3M Co., et al.*, No. 7:20-cv-07894); Sonya Dalrymple Brady, Plaintiff's former spouse (*Brady v. 3M Co., et al.*, No. 7:20-cv-68945).

2. Failure to attend a scheduled deposition will result in the Court's issuance of an order of contempt upon application by Defendants in the appropriate forum pursuant to Fed. R. Civ. P. 45(g).

3. In light of the July 5, 2022 deadline for fact discovery, the Court **extends the deadline for taking these depositions to July 14, 2022**.

**DONE AND ORDERED** this 5th day of July 2022.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

.