UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Dera C. Barlow ("Movant") of the law firm Clark, Love & Hutson, PLLC, 440 Louisiana Street, Suite 1700, Houston, Texas 77002, respectfully moves for admission to practice *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

1

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16563438136400**, and the CM/ECF online tutorial.

5. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

6. Movant has upgraded her PACER account to "NextGen."

7. Movant is the attorney of record in the following case: *Jake Robson, 8:20-cv-68408-MCR-GRJ*.

8. Upon admission, Dera C. Barlow respectfully requests that she be provided Notice of Electronic Filings to the following email address: dbarlow@triallawfirm.com

WHEREFORE, Dera C. Barlow respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: July 5, 2022                     Respectfully submitted,

              By: */s/ Dera C. Barlow*
              Dera C. Barlow
              (To Be Admitted Pro Hac Vice)
              Texas State Bar No. 24118614
              CLARK, LOVE & HUTSON, PLLC
              440 Louisiana Street, Ste 1700
              Houston, TX 77002
              Telephone (713) 757-1400
              Email: dbarlow@triallawfirm.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on July 5, 2022 and served electronically on all counsel of record.

              */s/ Dera C. Barlow*
              Dera C. Barlow

# Exhibit A

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

June 29, 2022

Re: Dera Chancinique Barlow, State Bar Number 24118614

To Whom It May Concern:

This is to certify that Dera Chancinique Barlow was licensed to practice law in Texas on April 24, 2020, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167