# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to: *All Wave Cases* | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019, Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, DeShawn H. Mitchell, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above- styled case only, and in support thereof states as follows:

1.     Movant resides in South Carolina and is not a resident of the State of Florida.

2.     Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of South Carolina.  A copy of a Certificate of Good Standing from the State of South Carolina dated within 30 days of this Motion is attached hereto as Exhibit "A."

3.     Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16564280446413 and completed the CM/ECF Online Tutorials.

4.      DeShawn H. Mitchell has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.      DeShawn H. Mitchell has upgraded her PACER account to "NextGen."

6.      Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, DeShawn H. Mitchell respectfully request that this Court enter an Order granting DeShawn H. Mitchell of BOWMAN AND BROOKE LLP, *pro hac vice* in this case.

Respectfully submitted on this 6th day of July, 2022.

/s/ DeShawn H. Mitchell
DeShawn H. Mitchell
SC Bar No. 101813 / SC Fed No. 12401
**BOWMAN AND BROOKE LLP**
1441 Main Street, Ste. 1200
Columbia, SC 29201-2897
Tel: (803) 726-7482
Fax: (803) 726-7421
deshawn.mitchell@bowmanandbrooke.com

***Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC***

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 6th day of July 2022.

*/s/ DeShawn H. Mitchell*
DeShawn H. Mitchell
SC Bar No. 101813 / SC Fed No. 12401