UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to<br>Brett James Bailey<br><br><br>PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY, ET AL.<br><br>DEFENDANTS. | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>Civil Action No. 7:20-cv-09637-MCR-GRJ |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Pamela L. Ferrell of the law firm Butler Snow, LLP, has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendants 3M Company, 3M Occupation Safety LLC, Aearo Technologies, LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

64938994.v1

DATED: July 6, 2022.

          Respectfully submitted,

          <u>s/Pamela L. Ferrell</u>
          Pamela L. Ferrell
          (*Admitted Pro Hac Vice*)
          BUTLER SNOW LLP
          1170 Peachtree Street NE, Suite 1900
          Atlanta, GA 30309
          Telephone: (678) 515-5011
          Pamela.Ferrell@butlersnow.com

          *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 6th day of July, 2022, a true and correct copy of the forgoing was electronically filed with the Clerk of the Court and served using the CM/ECF system.

          <u>/s/ Pamela L. Ferrell</u>
          Pamela L. Ferrell