UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| **Document Relates to All Cases** | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

v.

**3M COMPANY, ET AL.**

**DEFNDANTS**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Amanda B. Barbour of the law firm Butler Snow LLP, has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

64936804.v1                                1

DATED: July 6, 2022

                                        Respectfully submitted,

                                        */s/ Amanda B. Barbour*
Amanda B. Barbour
MS Bar No. 99119
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400
Ridgeland, Mississippi 39157
(P) 601-948-5711
(F) 601-985-4500
(E) Amanda.barbour@butlersnow.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 6th day of July, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Amanda B. Barbour*
Amanda B. Barbour