# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL Case No. 3:19md2885 |
| This Document Relates to: Cassandra Jackson: Case No.: 8:20-cv-34040 Christopher Glavach: Case No.: 8:20-cv-34007 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE BASED ON WAVE 3 PLAINTIFFS' FAILURE TO COMPLY WITH DISCOVERY

Comes now the Plaintiffs, Cassandra Jackson and Christopher Glavach, by and through their counsel of record, and hereby responds to Defendants Motion for Order to Show Cause (Document 3262) filed on July 1, 2022 as follows:

1. Counsel for Plaintiffs sent an e-mail on Friday, June 24, 2022 to Defendants' counsel requesting a ten (10) day extension to answer discovery in both Ms. Jackson's and Mr. Glavach's case.

2. Counsel for Plaintiffs answered, produced and served all discovery in Ms. Jackson's and Mr. Glavach's case on Tuesday, July 5, 2022.

3. The Motion for Order to Show Cause is moot in regards to Ms. Jackson's and Mr. Glavach's case since they have complied with CMO 47.

Plaintiffs Ms. Jackson and Mr. Glavach respectfully request that this Court remove their cases from Defendants' Motion for Order to Show Cause since they have complied with CMO 47.

Dated: July 6, 2022        Respectfully submitted,

*/s/ Karen Lawrence Puccio*
Karen Lawrence Puccio
Harold McCall
Wright McCall
5707 McDermott Fwy., I-10
San Antonio, TX 78201
Phone: 205-994-7402
E-mail: kpuccio@wrightmccall.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 6, 2022, a copy of the foregoing was filed on the Court's CM/ECF system, which will serve all counsel of record.

Dated: July 6, 2022        Respectfully submitted,

<div style="margin-left:2em">

*/s/ Karen Lawrence Puccio*
Karen Lawrence Puccio
Harold McCall
Wright McCall
5707 McDermott Fwy., I-10
San Antonio, TX 78201
Phone: 205-994-7402
E-mail: kpuccio@wrightmccall.com
*Attorneys for Plaintiffs*

</div>