UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL Case No. 3:19md2885 |
| This Document Relates to: Adam Bazar: Case Number 7:20-cv-51706 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE BASED ON WAVE 3 PLAINTIFFS' FAILURE TO COMPLY WITH DISCOVERY**

Comes now the Plaintiff, Adam Bazar, by and through their counsel of record, and hereby responds to Defendants' Motion for Order to Show Cause (Document 3262) filed on July 1, 2022 as follows:

1. Counsel for Plaintiff uploaded the following discovery responses on June 24, 2022 into MDL-Centrality:

   - Document ID 1856669 Response to 3M's Request for Production;
   - Document ID 1856670 Response to 3M's Request for Admissions;
   - Document ID 1856671 Response to 3M'S Request for Interrogatories.

2. Counsel for Plaintiff in advertently categorized the response to 3M's Request for Production as propounding a Request for Production.

3. As the document was inadvertently miscategorized, 3M's report did not pick up the proper and timely service of this discovery response.

4. Plaintiff was only afforded notice of this inadvertent miscategorization when 3M filed their Motion for an Order to Show Cause.

5. Once Plaintiff was on notice of the miscategorization of the properly and timely uploaded document, Plaintiff's counsel emailed Butler Snow and Brown Greer to change the categorization of the document and confirm receipt of the timely served discovery responses.

6. Butler Snow confirmed timely receipt of the discovery responses.

7. Brown Greer has updated the category of the document to Plaintiff's Response to Defendants' Request for Production.

8. The Motion for Order to Show Cause is moot in regard to Mr. Bazar's case since he has complied with CMO 47.

Plaintiffs Mr. Bazar respectfully request that this Court remove the case from Defendants' Motion for Order to Show Cause since they have complied with CMO 47.

Dated: July 6, 2022

Respectfully Submitted,

JUNELL & ASSOCIATES, PLLC

/s/ Deborah K. Levy
Deborah Kay Levy
Texas Bar No. 24083384
3737 Buffalo Speedway, 18th Floor
Houston, Texas 77098
DLevy@Junell-Law.com
Telephone: (713) 221-3750

BURNETT LAW FIRM

<u>/s/ Karen H. Beyea-Schroeder</u>
Karen H. Beyea-Schroeder
Texas Bar No. 24054324
Riley L. Burnett, Jr.
Texas Bar No. 3428900
3737 Buffalo Speedway, 18th Floor
Houston, Texas 77098
Karen.schroeder@rburnettlaw.com
Telephone: (832) 413-4410

***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 6, 2022, a copy of the foregoing was filed on the Court's CM/ECF system, which will serve all counsel of record.

Dated: July 6, 2022            Respectfully submitted,

*/s/ Karen Beyea-Schroeder*
Karen Beyea-Schroeder
*Attorneys for Plaintiffs*