## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL Case No. 3:19md2885 |
| This Document Relates to: James Farkas, Case Number 7:21-cv-03280 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

### RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE BASED ON WAVE 3 PLAINTIFFS' FAILURE TO COMPLY WITH DISCOVERY

Comes now the Plaintiff, James Farkas, by and through their counsel of record, and hereby responds to Defendants' Motion for Order to Show Cause (Document 3262) filed on July 1, 2022 as follows:

1. Counsel for Plaintiff uploaded the following discovery responses on June 30, 2022 into MDL Centrality:

    - Document ID 1864095 Response to 3M's Request for Production;
    - Document ID 1864094 Response to 3M's Request for Admissions;
    - Document ID 1864093 Response to 3M'S Request for Interrogatories.

2. Counsel for Plaintiff answered, produced and served all discovery in Mr. Farkas' case on June 30, 2022.

1

3. The Motion for Order to Show Cause is moot in regard to Mr. Bazar's case since he has complied with CMO 47.

Plaintiff, James Farkas, respectfully requests that this Court remove the case from Defendants' Motion for Order to Show Cause since they have complied with CMO 47.

Dated: July 7, 2022

Respectfully submitted,

*s/ Bryan F. Aylstock*
Bryan F. Aylstock, FL Bar No. 78263
AYLSTOCK, WITKIN, KREIS &
OVERHOLZ, PLLC
baylstock@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 7, 2022, a copy of the foregoing was filed on the Court's CM/ECF system, which will serve all counsel of record.

Dated: July 7, 2022

                                         *s/ Bryan F. Aylstock*
                                         Bryan F. Aylstock