UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) Case No. 3:19md2885 )  )  )  ) Judge M. Casey Rodgers ) |
| This Document Relates to: | ) Magistrate Judge Gary R. Jones ) |
| *James Farkas*, No. 7:21-cv-03280 | )  ) |

# NOTICE OF WITHDRAWAL OF PLAINTIFF JAMES FARKAS FROM DEFENDANTS' JULY 1, 2022 MOTION FOR ORDER TO SHOW CAUSE

On July 1, 2022, Defendants moved the Court for an Order to Show Cause as to why thirty-nine Wave 3 plaintiffs' cases should not be dismissed with prejudice for those plaintiffs' failure to comply with certain discovery obligations under Wave Order #3. Defs.' Mot. for Order to Show Cause (Dkt. 3262). As set forth in Defendants' Motion, Plaintiff James Farkas did not serve written discovery responses by the June 24, 2022 deadline. *Id.*; Ex. A (Dkt. 3262-1). Plaintiff served discovery responses on June 30, 2022, they day before Defendants filed their Motion. Pl.'s Resp. (Dkt. 3277). Defendants therefore respectfully ask that their Motion be withdrawn as to Plaintiff James Farkas.

DATED: July 7, 2022         */s/ Kari L. Sutherland*
                            Kari L. Sutherland
                            BUTLER SNOW LLP
                            1200 Jefferson Avenue, Suite 205

Oxford, Mississippi 38655
Tel.: (662) 513-8002
kari.sutherland@butlersnow.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Tel.: (213) 808-5762
kimberly.branscome@dechert.com

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel.: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel.: (312) 862-3254
mnomellini@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 7, 2022, a copy of the foregoing was filed on the Court's CM/ECF system, which will serve all counsel of record.

DATED: July 7, 2022

/s/ *Kari L. Sutherland*
Kari L. Sutherland
BUTLER SNOW LLP
1200 Jefferson Avenue, Suite 205
Oxford, Mississippi 38655
Tel.: (662) 513-8002
kari.sutherland@butlersnow.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*