**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION** | **Case No. 3:19-md-02885** |
| **Document Relates to All Cases** | **Judge M. Casey Rodgers** **Magistrate Judge Gary R. Jones** |

**v.**

**3M COMPANY, ET AL.**

**DEFNDANTS**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that E m e r s o n  B a r n e y  R o b i n s o n  III of the law firm Butler Snow LLP, has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

64948430.v1

1

DATED:      July 7, 2022

Respectfully submitted,

*/s/E. Barney Robinson III*
E. Barney Robinson III
MS Bar No. 9432
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400
Ridgeland, Mississippi 39157
(P) 601-948-5711
(F) 601-985-4500
(E) barney.robinson@butlersnow.com

*Counsel for Defendants 3M Company, 3M*
*Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding, LLC,*
*Aearo Intermediate, LLC and Aearo, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this 7th day of July, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ E. Barney Robinson III*
E. Barney Robinson III