UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Phillip R. Baker v. 3M Company<br>Case No. 3:22-cv-04906-MCR-GRJ | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the above-captioned action and Complaint without prejudice. The Defendants have not served an answer or a motion for summary judgment.

Dated this 7th day of July, 2022.

By: *s/ Ronald D. Baker*
Ronald D. Baker
Georgia Bar No. 988361
Baker & Company Law Group
11877 Douglas Road, Suite 102191
Alpharetta, GA 30005
Telephone: (404) 300-3515
Email: rb@bakercolaw.com

*Counsel for Plaintiff, Phillip Baker*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 7th day of July, 2022, I electronically filed the foregoing Notice of Voluntary Dismissal Without Prejudice with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day via transmission of the notices of Electronic Filing generated by the CM/ECF system on all counsel of record.

By: *s/ Ronald D. Baker*
Ronald D. Baker
Georgia Bar No. 988361
Baker & Company Law Group
11877 Douglas Road, Suite 102191
Alpharetta, GA 30005
Telephone: (404) 300-3515
Email: rb@bakercolaw.com

*Counsel for Plaintiff, Phillip Baker*