## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, July 7, 2022 7:14 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Thursday, July 7, 2022 12:12:22 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 7/7/2022 at 8:12 AM EDT and filed on 7/7/2022

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 1752 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 2 action(s) *re: pldg. ([1748] in MDL No. 2885, 1 in MN/0:22-cv-01654, 1 in MN/0:22-cv-01672)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 7/7/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01654, MN/0:22-cv-01672 (JC)**

| | |
|---|---|
| **Case Name:** | Pelkey (Estate of Warren Pelkey) v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01654 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 2 action(s) *re: pldg. ( [1748] in MDL No. 2885, 1 in MN/0:22-cv-01654, 1 in MN/0:22-cv-01672)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 7/7/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01654, MN/0:22-cv-01672 (JC)**

| | |
|---|---|
| **Case Name:** | Groenwold v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01672 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 2 action(s) *re: pldg. ( [1748] in MDL No. 2885, 1 in MN/0:22-cv-01654, 1 in MN/0:22-cv-01672)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 7/7/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01654, MN/0:22-cv-01672 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-01654 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01654 Notice will not be electronically mailed to:**

**MN/0:22-cv-01672 Notice has been electronically mailed to:**

Gregory Scott Malush     gmalush@milavetzlaw.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Barbara N Nevin     bnn101@aol.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01672 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=7/7/2022] [FileNumber=1123558-0]
[89f189d8e808b772e74e3dbad0d8d4d47a6cacedb9eb0d9951c30de11500c69e4ae62
b28f5b8c789f15bd5d64fe98f716bd08e2b2f8679abc28751ebf068b64b]]