# EXHIBIT A

| Plaintiff Name | Plaintiff ID | Cause No. |
| --- | --- | --- |
| Boyer, Nelson Kirk* | 196720 | 8:20cv42645 |
| Campbell, Shannon S.* | 227882 | 8:20cv80191 |
| Carlson, Michael B.* | 242985 | 8:20cv97933 |
| Davis, Douglas P.* | 61340 | 7:20cv14376 |
| King, Christopher* | 259412 | 9:20cv05116 |
| Kirkham, Christopher W.* | 62971 | 7:20cv14756 |
| Lewis, Anthony* | 285813 | 7:21cv08298 |
| Rose, Scott A.* | 190059 | 8:20cv30296 |
| Todd, Larissa* | 272747 | 3:21cv01843 |
| Weston, Robert | 67812 | 8:20cv15345 |
| Oliver, Jamie | 16415 | 8:20cv05704 |
| Dodrill, Jesse | 213623 | 8:20cv66120 |
| Hamlet, Marcus | 195309 | 8:20cv39785 |
| Prince, Billy Ray | 89938 | 7:20cv21947 |
| Sinegal, Jonas | 252743 | 9:20cv10201 |
| Stockley, Jason | 90056 | 7:20cv22182 |
| Wade, Forrest | 252858 | 9:20cv10318 |
| Wenzel, Justin | 276054 | 9:20cv19885 |
| Banister, Jonathan | 107497 | 7:20cv75731 |
| Deglandon, Cody | 109008 | 7:20cv76958 |
| Delpino, Anthony | 109033 | 7:20cv77030 |

* Plaintiff's counsel has moved to withdraw.

| | | |
|---|---|---|
| Dettmann, John | 109074 | 7:20cv77126 |
| Dow, Iain | 109196 | 7:20cv77375 |
| Earnhardt, Scott | 109301 | 7:20cv77476 |
| Finch, Stephen | 109537 | 7:20cv79579 |
| Flora, Ryan | 109580 | 7:20cv79621 |
| Flores, Raymond | 109582 | 7:20cv79623 |
| Fout, Luke | 109631 | 7:20cv79670 |
| Galan, Randal | 109730 | 7:20cv79766 |
| Gibson, Andrew | 109856 | 7:20cv79882 |
| Giroux, Raymond | 109895 | 7:20cv79919 |
| Gonzalez, Alejandro | 109962 | 7:20cv73749 |
| Goodnough, Neal | 109989 | 7:20cv73848 |
| Gray, Bryan | 110052 | 7:20cv73967 |
| Greer, Chris | 110082 | 7:20cv73999 |
| Gwaltney, Joshua | 110177 | 7:20cv74086 |
| Hall, Craig | 110218 | 7:20cv74126 |
| King, Donte | 111208 | 7:20cv76720 |
| Lang, Brandon | 111433 | 7:20cv78656 |
| Lawson, David | 111492 | 7:20cv78928 |
| Parker, Robert | 113006 | 7:20cv78925 |
| Payne, Jonathan | 113059 | 7:20cv26233 |
| Rowley, Steven | 113848 | 7:20cv80348 |
| Slate, Steven | 114283 | 7:20cv79111 |
| Sturgeon, Michael | 114630 | 7:20cv80410 |

| | | |
|---|---|---|
| Torrez, Daniel | 114910 | 7:20cv81089 |
| White, James | 115394 | 7:20cv82203 |
| Touchette, Timothy Joseph | 139339 | 3:19cv02925 |
| Jewel, William | 79676 | 7:20cv53478 |
| Ayson, Mark | 129801 | 7:20cv51292 |
| Daugherty, Michael | 130872 | 7:20cv54083 |
| Porter, Paul | 134008 | 7:20cv60338 |
| Baker, Stacy | 224273 | 8:20cv75427 |
| Williams, Jeffery | 169819 | 7:20cv63393 |
| Baccus, Nicholas E. | 5543 | 7:20cv00643 |
| Forsythe, Christopher D. | 93859 | 7:20cv73108 |
| Humbert, Steven | 188767 | 7:20cv96787 |
| Gomez, Carlos | 16118 | 7:20cv00150 |
| Yonts, Clay | 179626 | 3:20cv05210 |
| Acosta, Jessica | 6368 | 7:20cv43148 |
| Decapua, Leo | 4922 | 7:20cv00246 |
| Avila, Hector J. J. | 19430 | 7:20cv84010 |
| Besson, Joshua | 19665 | 7:20cv84928 |
| Jackson, Shonda | 22279 | 7:20cv86762 |
| Soares, Diego | 25192 | 7:20cv91298 |
| Alatorre, Antoni | 69458 | 8:20cv22121 |
| Cante, Omar | 70276 | 8:20cv21474 |
| Surrey, James | 141366 | 3:20cv01976 |
| Angel, Shadrika K. | 119211 | 7:20cv26795 |

| | | |
|---|---|---|
| Aramboles, Juan Carlos | 119048 | 7:20cv26445 |
| Bethea, Tommy Lee | 119376 | 7:21cv43331 |
| Dimich, Robert P. | 122986 | 7:20cv29413 |
| Enyart, Lacey C. | 119193 | 7:20cv26684 |
| Floyd, Michael B. | 121184 | 7:20cv28193 |
| Horton, Keith T. | 120065 | 7:20cv26348 |
| Johnson, Matthew | 121357 | 7:20cv28326 |
| Merrifield, Kenneth | 121216 | 7:20cv28323 |
| Park, Reese D. | 120269 | 7:20cv26939 |
| Rennicks, Nathaniel W. | 120292 | 7:20cv27126 |
| Tuttle, Gerald | 88294 | 7:20cv20031 |
| Weir, Debra | 119804 | 7:20cv24230 |