## **EXHIBIT B**

| Plaintiff Name | Plaintiff ID | Cause No. | Missing Discovery Responses |
|---|---|---|---|
| Robert Weston | 67812 | 8:20cv15345 | Responses to First Set of Interrogatories |
| | | | Responses to First Set of Requests for Production |
| Alejandro Gonzalez | 109962 | 7:20cv73749 | Responses to First Set of Interrogatories |
| | | | Responses to First Set of Requests for Production |
| Glenn Wickham | 115429 | 7:20cv82320 | Responses to First Set of Requests for Production |
| John Dettmann | 109074 | 7:20cv77126 | Responses to First Set of Interrogatories |
| | | | Responses to First Set of Requests for Production |

64939128.v1