UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Wave 3 Cases Identified on Exhibits A and B | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

# ORDER

On May 23, 2022, the Court entered the third in a series of "Wave Orders" setting an eight-month discovery schedule for 500 cases. *See* Wave Order #3, ECF No. 3126. Additionally, the parties reached a stipulation modifying the process for records authorizations and service of certain discovery in the Wave cases. *See* Joint Stipulation, ECF No. 2468. Pursuant to the Court's Order and the parties' stipulation, plaintiffs in the third Wave are required to, among other things, submit signed authorizations for the release of records and respond to Defendants' written discovery requests by specified deadlines. The Court has been advised that the plaintiffs identified on Exhibits A and B have failed to comply with these requirements by either failing to submit the required records authorizations, failing to respond to Defendants' discovery requests, or both.[1] ECF Nos. 3262 & 3283.

---

[1] The plaintiffs identified on Exhibit A have failed to respond to Defendants' discovery requests and those on Exhibit B have failed to submit records authorizations.

Accordingly, it is **ORDERED** that:

1. Defendants' Motions for Order to Show Cause Based on Wave 3 Plaintiffs' Failure to Comply With Discovery, ECF Nos. 3262 & 3283, are **GRANTED, in part**.[2]

2. All plaintiffs identified on Exhibits A and B are **required to**:

   a. Comply with the Court's Order, ECF No. 3126, and the parties' stipulation, ECF No. 2468, by submitting the required records authorizations and responding to Defendants' discovery requests by **July 14, 2022**. This is a new deadline for compliance and will be the last deadline set.

   b. File a response on his or her individual docket by **July 15, 2022**, that *either*:

      i. Confirms that the requisite materials were submitted to Defendants on July 14, 2022; *or*

      ii. If the requisite materials were not submitted, **SHOWS GOOD CAUSE** why his or her case should not be dismissed with prejudice for failure to prosecute and failure to comply with two of the Court's Orders.

3. Failure to comply with this Order will result in dismissal of a case with prejudice. *See In re Phenylpropanolamine (PPA) Prod. Liab. Litig.*, 460 F.3d 1217 (9th Cir. 2006) (affirming dismissals of individual cases

---

[2] The Court notes that counsel for fourteen plaintiffs identified in Defendants' motions filed motions to withdraw as counsel. Before being permitted to withdraw, counsel must respond to the Court's show cause Order or file a motion to dismiss plaintiff's case. Counsel's inability to communicate with a plaintiff does not constitute good cause for failing to comply with a court-imposed deadline.

Also, certain plaintiffs identified by Defendants are not included on Exhibits A or B because their cases have been dismissed. Additionally, Plaintiffs Garry Brown, Cassandra Jackson, Christopher Glavach, and Adam Bazar filed responses confirming that they have now submitted responses to Defendants' discovery requests. ECF Nos. 3275 & 3276; *Brown*, Case No. 8:20cv36621, ECF No. 12 at 1. Also, Defendants filed notices of withdrawal as to Plaintiff James Farkas and Jason Stockley. *In re 3M Combat Arms Earplug Prods. Liab. Litig.*, Case No. 3:19md2885, ECF Nos. 3278 & 3284.

with prejudice for failure to comply with case management orders by failing to timely file Plaintiff Fact Sheets and/or records authorizations, despite repeated instructions to do so).

4. The Clerk is directed to enter a copy of this Order on the MDL docket and on the individual docket for each of the cases identified on Exhibits A and B.

**SO ORDERED**, on this 8th day of July, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

## Exhibit A

| Plaintiff | Case No. | Missing Discovery Responses |
|---|---|---|
| Nicholas Baccus | 7:20-cv-00643 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| John Poper | 7:20-cv-08956 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Douglas Davis | 7:20-cv-14376 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Calvin Elliott | 7:20-cv-15487 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Christopher Kirkham | 7:20-cv-14756 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Wayne Mclean | 7:20-cv-82163 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Billy Prince | 7:20-cv-21947 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Christopher Forsythe | 7:20-cv-73108 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Paul Porter | 7:20-cv-60338 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Jason Clark | 8:20-cv-37809 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| John Fuhrman | 7:20-cv-66248 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Jeffery Williams | 7:20-cv-63393 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |

| Steven Humbert | 7:20-cv-96787 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
|---|---|---|
| Scott Rose | 8:20-cv-30296 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Marcus Hamlett | 8:20-cv-39785 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Nelson Boyer | 8:20-cv-42645 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Jesse Dodrill | 8:20-cv-66120 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Stacy Baker | 8:20-cv-75427 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| William Priest | 8:20-cv-77742 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Shannon Campbell | 8:20-cv-80191 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Michael Carlson | 8:20-cv-97933 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Jonas Sinegal | 9:20-cv-10201 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Christopher King | 9:20-cv-05116 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Edward Steele | 9:20-cv-13801 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Larissa Todd | 3:21-cv-01843 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |

| Nuria Santos | 7:21-cv-05416 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| --- | --- | --- |
| Anthony Lewis | 7:21-cv-08298 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Johnroel Samaniego | 7:20-cv-26734 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Matthew Johnson | 7:20-cv-28326 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Robert Dimich | 7:20-cv-29413 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Robert Weston | 8:20-cv-15345 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Alejandro Gonzalez | 7:20-cv-73749 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |
| Glenn Wickham | 7:20-cv-82320 | Responses to First Set of Requests for Production |
| John Dettmann | 7:20-cv-77126 | Responses to First Set of Interrogatories<br>Responses to First Set of Requests for Production |

**Exhibit B**

| Plaintiff | Case No. |
|---|---|
| Boyer, Nelson Kirk | 8:20cv42645 |
| Campbell, Shannon S. | 8:20cv80191 |
| Carlson, Michael B. | 8:20cv97933 |
| Davis, Douglas P. | 7:20cv14376 |
| King, Christopher | 9:20cv05116 |
| Kirkham, Christopher W. | 7:20cv14756 |
| Lewis, Anthony | 7:21cv08298 |
| Rose, Scott A. | 8:20cv30296 |
| Todd, Larissa | 3:21cv01843 |
| Weston, Robert | 8:20cv15345 |
| Oliver, Jamie | 8:20cv05704 |
| Dodrill, Jesse | 8:20cv66120 |
| Hamlet, Marcus | 8:20cv39785 |
| Prince, Billy Ray | 7:20cv21947 |
| Sinegal, Jonas | 9:20cv10201 |
| Wade, Forrest | 9:20cv10318 |
| Wenzel, Justin | 9:20cv19885 |
| Deglandon, Cody | 7:20cv76958 |

| | |
|---|---|
| Delpino, Anthony | 7:20cv77030 |
| Dettmann, John | 7:20cv77126 |
| Dow, Iain | 7:20cv77375 |
| Earnhardt, Scott | 7:20cv77476 |
| Finch, Stephen | 7:20cv79579 |
| Flora, Ryan | 7:20cv79621 |
| Flores, Raymond | 7:20cv79623 |
| Fout, Luke | 7:20cv79670 |
| Galan, Randal | 7:20cv79766 |
| Gibson, Andrew | 7:20cv79882 |
| Giroux, Raymond | 7:20cv79919 |
| Gonzalez, Alejandro | 7:20cv73749 |
| Goodnough, Neal | 7:20cv73848 |
| Gray, Bryan | 7:20cv73967 |
| Greer, Chris | 7:20cv73999 |
| Gwaltney, Joshua | 7:20cv74086 |
| Hall, Craig | 7:20cv74126 |
| King, Donte | 7:20cv76720 |
| Lang, Brandon | 7:20cv78656 |

| | |
|---|---|
| Lawson, David | 7:20cv78928 |
| Parker, Robert | 7:20cv78925 |
| Payne, Jonathan | 7:20cv26233 |
| Rowley, Steven | 7:20cv80348 |
| Slate, Steven | 7:20cv79111 |
| Sturgeon, Michael | 7:20cv80410 |
| Torrez, Daniel | 7:20cv81089 |
| White, James | 7:20cv82203 |
| Touchette, Timothy Joseph | 3:19cv02925 |
| Jewel, William | 7:20cv53478 |
| Ayson, Mark | 7:20cv51292 |
| Daugherty, Michael | 7:20cv54083 |
| Porter, Paul | 7:20cv60338 |
| Baker, Stacy | 8:20cv75427 |
| Williams, Jeffery | 7:20cv63393 |
| Baccus, Nicholas E. | 7:20cv00643 |
| Forsythe, Christopher D. | 7:20cv73108 |
| Humbert, Steven | 7:20cv96787 |
| Gomez, Carlos | 7:20cv00150 |

| Yonts, Clay | 3:20cv05210 |
| --- | --- |
| Acosta, Jessica | 7:20cv43148 |
| Decapua, Leo | 7:20cv00246 |
| Avila, Hector J. J. | 7:20cv84010 |
| Besson, Joshua | 7:20cv84928 |
| Jackson, Shonda | 7:20cv86762 |
| Soares, Diego | 7:20cv91298 |
| Alatorre, Antoni | 8:20cv22121 |
| Cante, Omar | 8:20cv21474 |
| Angel, Shadrika K. | 7:20cv26795 |
| Aramboles, Juan Carlos | 7:20cv26445 |
| Bethea, Tommy Lee | 7:21cv43331 |
| Dimich, Robert P. | 7:20cv29413 |
| Enyart, Lacey C. | 7:20cv26684 |
| Floyd, Michael B. | 7:20cv28193 |
| Horton, Keith T. | 7:20cv26348 |
| Johnson, Matthew | 7:20cv28326 |
| Merrifield, Kenneth | 7:20cv28323 |
| Park, Reese D. | 7:20cv26939 |

| Rennicks, Nathaniel W. | 7:20cv27126 |
| --- | --- |
| Tuttle, Gerald | 7:20cv20031 |
| Weir, Debra | 7:20cv24230 |