# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to all Cases: | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on June 29, 2022

Motion/Pleadings: MOTION TO APPEAR *PRO HAC VICE*.
Filed by  Syreeta Defrance-Poindexter  on  June 29, 2022     Doc. #'s 3250
RESPONSE:on Doc. #'s

  ____ Stipulated    ____ Joint Pleading
  ____ Unopposed    ____ Consented

             JESSICA J. LYUBLANOVITS
             CLERK OF COURT
             */s/ Patricia G. Romero*
             Deputy Clerk:  Patricia G. Romero

On consideration, the motion is DENIED without prejudice for failure to identify any individual case **pending within the MDL** in which counsel appears as attorney of record. *See* ECF No. 86, ¶ II.

**DONE** and **ORDERED** this 8th day of July 2022.

            *M. Casey Rodgers*
            **M. CASEY RODGERS**
            **UNITED STATES DISTRICT JUDGE**