UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUS PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| | Judge M. Casey Rodgers |
| | Magistrate Judge Gary R. Jones |
| This Document relates to: *Stephen Pecorelli v. 3M Company, et al.* | |
| Case No.: 3:21-CV-00019 | **NOTICE OF SUBSTIUTION OF COUNSEL** |

It is hereby stipulated, consented to, and agreed that Salvatore J. Siciliano, Esquire and Jennifer McPeak, Esquire, of Siciliano & Associates, LLC are hereby substituted as attorneys of record for the Plaintiff, in the above-entitled action, in place and instead of John Van Dyken, Esquire.

**SICILIANO & ASSOCIATES, LLC.**

_/s/ John Van Dyken, Esq._　　　　　　　　　_Salvatore J Siciliano_
JOHN VAN DYKEN, ESQUIRE　　　　　SALVATORE J. SICILIANO, ESQUIRE
*Withdrawing Attorney*　　　　　　　　　*Superseding Attorney for Plaintiff*

Dated: July 11, 2022

LAW OFFICES
SICILIANO & ASSOCIATES, LLC
2 KINGSHIGHWAY WEST • HADDONFIELD, NEW JERSEY 08033
TELEPHONE (856) 795-0500