# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to<br>Case No. 3:19-cv-00481 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

Considering the foregoing:

IT IS ORDERED that the May 4, 2022 Order, as it relates to this instant litigation, dismissing this case for failure cure census form deficiencies is vacated and Plaintiff's action is returned to the Active Docket.

IT IS ORDERED that Plaintiff immediately file his completed census form with Brown Greer, no later than _____.

SO ORDERED at Pensacola, Florida, this ____ day of July, 2022.

_____
JUDGE