# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Kelcie Reid, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof state as follows:

1.      Movant resides in Connecticut and is not a resident of the State of Florida.

2.      Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Connecticut. A copy of a Certificate of Good Standing from the State of Connecticut dated within 30 days of this motion is attached hereto as Exhibit "A."

3.      Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number **FLND16548806756333** and completed the CM/ECF Online Tutorials.

1

4.      Kelcie Reid has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.      Kelcie Reid has upgraded her PACER account to "NextGen."

6.      Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Kelcie Reid respectfully requests that this Court enter an Order granting Kelcie Reid of Gordon Rees Scully Mansukhani, *pro hac vice* in this case.

Respectfully submitted on this 11th day of July, 2022.

**GORDON REES SCULLY MANSUKHANI**

_____*/s/ Kelcie Reid*_____
Kelcie Reid
Connecticut Bar No. 438214

95 Glastonbury Blvd, Suite 206
Glastonbury, CT 06033
D: 860-494-7514

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 11th day of July, 2022.

_____/s/ Kelcie Reid_____
Kelcie Reid
Connecticut Bar No. 438214

# EXHIBIT A

# *State of Connecticut*

# *Supreme Court*

I, **Carl D. Cicchetti**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

*Do hereby certify,* *that, in the Supreme Court at*      **Hartford**

*on the*      **04**th  *day of*      **November, 2016**

**Kelcie Burns Reid**

*of*

**Glastonbury, CT**

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.*

*In Testimony Whereof,* *I have hereunto set my hand*

*and affix the Seal of the Supreme Court of the State of*

*Connecticut, at Hartford, this day*      **July 11,  2022**



*Carl D. Cicchetti*

*Chief Clerk*