# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| | Judge M. Casey Rodgers |
| Document Relates to: | Magistrate Judge Gary R. Jones |
| Carlos Rivera<br>Civil Action No. 7:20cv00166 -MCR-GRJ | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that DeShawn H. Mitchell of the law firm BOWMAN AND BROOKE LLP has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

        Respectfully submitted,

        */s/DeShawn H. Mitchell*
        DeShawn H. Mitchell (*Pro Hac Vice*)
        SC Bar No. 101813 / SC Fed No. 12401
        **BOWMAN AND BROOKE LLP**
        1441 Main Street, Ste. 1200
        Columbia, SC 29201-2897
        Tel: (803) 726-7482
        Fax: (803) 726-7421
        deshawn.mitchell@bowmanandbrooke.com

        Counsel for Defendants *3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Dated:  July 11, 2022

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 11th day of July 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/DeShawn H. Mitchell*
DeShawn H. Mitchell (*Pro Hac Vice*)
SC Bar No. 101813 / SC Fed No. 12401
