IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-11897-G
_____

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION

_____

On Appeal from the United States
District Court for the Northern District of Florida

_____

ORDER:

Due to the large volume of appellants in the district court, not all appellants have been added to the docket for this appeal. Within 14 days after the date of this order, the parties are DIRECTED to inform the Court of their positions regarding whether every appellant must appear on the docket for this appeal.

In addition, the Clerk's Office has added only the "Co-Liaison Counsel for Defendants" listed on the district court docket to the docket for this appeal on behalf of the appellees. To the extent that Co-Liaison Counsel for Defendants wish to participate in this appeal, they must file a notice of appearance and otherwise comply with this Court's rules. *See* 11th Cir. R. 46-5. In the light of the duties assigned to Co-Liaison Counsel by the district court (*see* Pretrial Orders Nos. 4, 7, and 11), Co-Liaison Counsel for Defendants are to inform any co-counsel who wish to participate in this appeal that they must file a notice of appearance and otherwise comply with this Court's rules to participate in this appeal.

/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE