UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> This Document Relates to All Cases ) | Case No: 3:19-md-02885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR PRO HAC VICE**

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Joshua Kristal, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and, in support thereof, state as follows:

1. Movant resides in New Jersey and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of New Jersey. A copy of a Certificate of Good Standing from the State of New Jersey dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16563545426404, and the CM/ECF online tutorials.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen."

6. Movant represents the Plaintiffs in the following actions that were filed independent of the JPML transfer process:

1. Sharika Angel v. 3M Company, et al., Case No.:  7:20-cv-26795-MCR-GRJ
2. Tommy Lee Bethea v. 3M Company, et al., Case No.:  7:21-cv-43331-MCR-GRJ
3. Charles H. Bishop v. 3M Company, et al., Case No.: 7:20-cv-18127-MCR-GRJ
4. Allen Buniger v. 3M Company, et al., Case No.: 7:21-cv-43451-MCR-GRJ
5. Ryan Powell v. 3M Company, et al., Case No.:  7:20-cv-24192-MCR-GRJ

WHEREFORE, Joshua Kristal, respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*.

Dated:  July 13, 2022

By:   /s/ Joshua Kristal
Joshua Kristal

Weitz & Luxenberg, P.C.
220 Lake Drive East, Suite 210
Cherry Hill, New Jersey 08002
(856) 406-3971
(646) 293-7961 - Fax
joshkristal@weitzlux.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on July 13, 2022 and served electronically on all counsel of record.

/s/ Joshua Kristal
Joshua Kristal