**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) Case No. 3:19md2885 |
| | ) |
| | ) |
| | ) |
| | ) Judge M. Casey Rodgers |
| This Document Relates to All Cases | ) |
| | ) Magistrate Judge Gary R. Jones |
| | ) |
| | ) |
| | ) |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3 (ECF No. 4), and Local Rule 11.1 of the United States District Court for the Northern District of Florida, Valeria F. Benitez ("Movant") of Moll Law Group, 22 West Washington St., Chicago, Illinois 60602, respectfully moves for admission *pro hac vice* to appear as counsel. In support of this motion Movant states:

1.      Movant resides in the state of Illinois and is not a resident of the State of Florida.

2.      Movant is not admitted to practice in the Northern District of Florida.

3.      Movant is licensed to practice and is a member in good standing of the Illinois state Bar.

4.      A copy of a Letter of Good Standing from the Supreme Court of Illinois, dated within 30 days of this motion, is attached as **Exhibit A**.

5.      Movant certifies that she has successfully completed both the online Local Rules tutorial exam (confirmation number FLND16577413646475) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

6.      Movant has remitted simultaneously with the filing of the motion the Court's $208.00 *pro hac vice* admission fee.

7.      Movant has updated her PACER account to "NextGen."

8.      Movant will be representing Plaintiff, Tyler Little, in Case No. 3:21-00739, Michael Chesney 3:20-cv-05644, Anthony Commiso 3:21-cv-00962, Robert Schell 3:21-cv-00108, Dylan Sturm 3:20-cv-05092, Tyris Alexander 3:20-cv-04500 and Earl Wilburn 3:21-cv-01498 and Timothy Rose, Case 3:19- 02885-MCR-GRJ.

9.      Upon admission, Valeria F. Benitez respectfully requests that she be provided Notice of Electronic Filings to the following email address: vbenitez@molllawgroup.com.

WHEREFORE, Valeria F. Benitez respectfully requests that this Court enter an order granting her motion to appear *pro hac vice* and directing the clerk to provide Notice of Electronic Filings to the undersigned.

DATED: July 14, 2021

By: */s/ Valeria F. Benitez*

Valeria F. Benitez
MOLL LAW GROUP
22 W. Washington St.,
Chicago, Illinois 60602
Tel.: (312)462-1700
Email: vbenitez@molllawgroup.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 14th day of July 2022, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

DATED:  July 14, 2022

*/s/  Valeria F. Benitez*
 Valeria F. Benitez