# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Wave Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## JOINT STIPULATION REGARDING CHOICE OF LAW

The Court has directed the parties to meet and confer about the scope and limitations of the Court's fact-finding. The parties advise the Court that they have agreed on the following stipulation for the Wave Cases:

The parties agree that the choice of law issues for the Wave 1 Cases may be decided by a federal district court under a preponderance of the evidence standard.[1]

Nothing in this stipulation shall be interpreted as an admission by Plaintiffs' counsel or Defendants' counsel that any Plaintiff was or was not injured,

---

[1] The Court has not sought briefing on the topic of whether and when remand may be appropriate or which federal district court should decide the issues, and this stipulation does not address that issue.

1

nor shall this stipulation be interpreted as a waiver of the parties' positions as to what state's law applies.

DATED: July 14, 2022                                  Respectfully submitted,

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock, Lead Counsel
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street
Suite 200 Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

Shelley V. Hutson, Co-Lead Counsel
Clark, Love & Hutson, GP
440 Louisiana Street
Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com

Christopher A. Seeger, Co-Lead Counsel
Seeger Weiss LLP
77 Water Street
8th Floor
New York, NY 10005
Tel.: (212) 587-0700
cseeger@seegerweiss.com

*Lead Counsel for Plaintiffs*

*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel.: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel.: (312) 862-3254
mnomellini@kirkland.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, California 90071
Tel.: (213) 808-5762
kimberly.branscome@dechert.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 14, 2022, a copy of the foregoing was filed on the Court's CM/ECF system, which will serve all counsel of record.

DATED: July 14, 2022

    /s/ Bryan F. Aylstock
Bryan F. Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ, LLP
17 East Main Street, Suite 200
Pensacola, Fl 32502
Tel.: (850) 2020-1010
baylstock@awkolaw.com

*Lead Counsel for Plaintiffs*