

# State of Colorado,

**STATE OF COLORADO,** ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Breann Joy Plasters**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **31st** day of **May** A.D. **2016** and that at the date hereof the said **Breann Joy Plasters** is in good standing at this Bar.

**IN WITNESS WHEREOF,** I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **12th** day of **July** A.D. **2022**

*Cheryl Stevens*
Clerk

By _Myra Sanchez_
Deputy Clerk