3M - Master Case List - 7/14/2022

| Name | Case Number (If Applicable) |
|---|---|
| 3M - Aarons, Aldane Anthony | 3:21-cv-01214 |
| 3M - Aarons, Clifton | 7:21-cv-28184 |
| 3M - Aarons, Mason | 7:21-cv-41917 |
| 3M - Adams, Curtis | 7:21-cv-41924 |
| 3M - Agneu, Mattison | 7:21-cv-41926 |
| 3M - Aguilar, Wilfredo | 8:20-cv-38625 |
| 3M - Ainsburg, Matthew Robert | 7:21-cv-28567 |
| 3M - Akil, Anthony | 8:20-cv-59667 |
| 3M - Akins, Dustin | 7:20-cv-35574 |
| 3M - Al-Mohanna, Hassan | 7:21-cv-44543 |
| 3M - Albert, Amos | 7:21-cv-44559 |
| 3M - Albert, Josef | 8:20-cv-90052 |
| 3M - Alcorn, Jimmy | 7:20-cv-89826 |
| 3M - Alejandro, Jaydon | 7:21-cv-41930 |
| 3M - Alexander, James A. | 7:21-cv-44540 |
| 3M - Alfred, Daniel | 7:21-cv-41934 |
| 3M - Allen, Brian | 7:21-cv-41936 |
| 3M - Allen, George | 8:20-cv-38641 |
| 3M - Allen, James | 7:21-cv-48763 |
| 3M - Allen, John M. | 7:20-cv-05128 |
| 3M - Allen, Roderick | 7:21-cv-44549 |
| 3M - Allen, Sean | 7:21-cv-41938 |
| 3M - Almonor, Kerntz | 7:20-cv-90017 |
| 3M - Alvarez, Aixa | 7:21-cv-52887 |
| 3M - Alvarez, John | 7:21-cv-52886 |
| 3M - Alvarez, Stefano | 7:20-cv-90019 |
| 3M - Anderson, Catherine | 8:20-cv-38646 |
| 3M - Anderson, DeAndre | 7:20-cv-90025 |
| 3M - Anderson, Exiquio Cooper | 9:20-cv-02812 |
| 3M - Anderson, Robert | 7:21-cv-52896 |
| 3M - Anthony, Aubrey | 7:21-cv-41940 |
| 3M - Antwine, Marilyn | 7:21-cv-10573 |
| 3M - Aramburu, Kevin | 7:20-cv-05282 |
| 3M - Arcia, Martin | 7:20-cv-36493 |
| 3M - Arifi, Adrian | 7:21-cv-41942 |
| 3M - Armstead, Jesse | 7:21-cv-41944 |
| 3M - Armstrong, Gregory | 7:20-cv-35239 |
| 3M - Arnold, William | 7:20-cv-05188 |
| 3M - Arrant, William | 7:20-cv-90032 |
| 3M - Ash, Curtis | 7:21-cv-52876 |
| 3M - Ashford, Arence | 8:20-cv-49856 |
| 3M - Atkins, Jamie | 7:20-cv-05219 |
| 3M - Auld, James | 7:20-cv-89782 |
| 3M - Avery, Brandon | 7:21-cv-41950 |
| 3M - Baca, Amanda | 7:20-cv-38081 |
| 3M - Bachim, Dale | 7:20-cv-90034 |

| Case | Number |
|---|---|
| 3M - Bachini, Kenneth | 7:20-cv-38083 |
| 3M - Baker, Howard | 7:21-cv-52844 |
| 3M - Baker, Jasun | 7:20-cv-90038 |
| 3M - Baker, Mark | 7:20-cv-05131 |
| 3M - Bakerbenitez, Jaime | 8:20-cv-38660 |
| 3M - Balderman, Gene | 7:20-cv-38085 |
| 3M - Baldwin, Anderson | 7:21-cv-44560 |
| 3M - Baldwin, Jennifer | 7:20-cv-38087 |
| 3M - Ball, Troy | 7:21-cv-41954 |
| 3M - Barker, Glenn | 7:21-cv-52881 |
| 3M - Barksdale, Yolondia | 7:21-cv-52821 |
| 3M - Barnes, Wendell | 7:21-cv-52868 |
| 3M - Barnett, Gaston A. III | 7:21-cv-14029 |
| 3M - Barnett, Michael | 3:21-cv-01727 |
| 3M - Barnett, Timothy | 7:21-cv-52829 |
| 3M - Barton, Adam | 7:21-cv-52877 |
| 3M - Bass, Shawn Michael | 7:21-cv-52878 |
| 3M - Battle, Terrell Lamont | 7:21-cv-52892 |
| 3M - Battles-Albritton, Kortney | 7:20-cv-90044 |
| 3M - Bayless, Todd | 8:20-cv-38670 |
| 3M - Bean, Jerome | 8:20-cv-38675 |
| 3M - Beaudet, David | 7:21-cv-52818 |
| 3M - Beckman, Zackary | 7:21-cv-10634 |
| 3M - Beecher, Christopher | 7:21-cv-52830 |
| 3M - Bellamy, Joseph | 7:21-cv-42012 |
| 3M - Bello, Raphael | 7:21-cv-48926 |
| 3M - Belton, Rayshon | 7:21-cv-52897 |
| 3M - Bender, Ronald | 7:21-cv-48778 |
| 3M - Bender, Skyler | 7:21-cv-52862 |
| 3M - Benson, Shawn | 7:20-cv-90046 |
| 3M - Bernal, Lonnie | 7:20-cv-89920 |
| 3M - Bernard, Ian | 7:20-cv-05210 |
| 3M - Berry, Christopher | 7:20-cv-05135 |
| 3M - Berry, Ryan | 7:20-cv-05181 |
| 3M - Bess, Donald | 3:21-cv-01246 |
| 3M - Betts, Robert | 7:20-cv-05208 |
| 3M - Bickers, Thomas | 7:20-cv-90050 |
| 3M - Biffel, Larry | 8:20-cv-38685 |
| 3M - Bingle, Ken | 7:20-cv-05234 |
| 3M - Biondo, Vito | 3:21-cv-01247 |
| 3M - Bishop, Joe | 8:20-cv-38697 |
| 3M - Bishop, William | 8:20-cv-38702 |
| 3M - Blackshear, David | 7:20-cv-90059 |
| 3M - Blake, Nickolas | 7:20-cv-38104 |
| 3M - Blasdel, Randy | 8:20-cv-66976 |
| 3M - Blunck, Anthony | 7:20-cv-36800 |
| 3M - Bocage, Grayling | 8:20-cv-38712 |

| Case | Number |
|---|---|
| 3M - Bodiford, Christopher Michael | 7:21-cv-10592 |
| 3M - Boeltz, Jesse | 7:20-cv-35088 |
| 3M - Boerner, Michael | 7:20-cv-90061 |
| 3M - Bogan, Oliva | 8:20-cv-38717 |
| 3M - Boggess, James | 7:20-cv-05253 |
| 3M - Bojorquez, Peter | 8:20-cv-28482 |
| 3M - Bolanos, Jorge Galvan | 7:20-cv-38110 |
| 3M - Bonilla, Kevin | 7:20-cv-89844 |
| 3M - Boone, Bradley | 8:20-cv-66780 |
| 3M - Bougor, Michael | 8:20-cv-38726 |
| 3M - Boyea, Niytahssia | 7:21-cv-27497 |
| 3M - Boykin, Tommy | 3:22-cv-07825 |
| 3M - Bradford, Candace | 9:20-cv-10722 |
| 3M - Branch, James | 3:22-cv-07618 |
| 3M - Brantley, James | 7:20-cv-89743 |
| 3M - Bravo, Myra | 9:20-cv-10736 |
| 3M - Breneman, John | 7:20-cv-05719 |
| 3M - Bresett, Michael | 7:20-cv-90067 |
| 3M - Brewer, Napleon | 7:20-cv-38116 |
| 3M - Brinson, Emmanuel | 8:20-cv-38741 |
| 3M - Brooks, Dale | 8:20-cv-38751 |
| 3M - Brooks, Derrick | 8:20-cv-38756 |
| 3M - Brown, Ambrose | 3:22-cv-07742 |
| 3M - Brown, Eric | 7:21-cv-28572 |
| 3M - Brown-Pratt, Daphne | 8:20-cv-62609 |
| 3M - Brownson, Leo | 8:20-cv-62612 |
| 3M - Brummel, Kevin | 8:20-cv-38772 |
| 3M - Brunner, Raymond | 7:20-cv-90072 |
| 3M - Bryant, Amy | 8:20-cv-38777 |
| 3M - Bundick, Brad | 3:22-cv-07746 |
| 3M - Burbano, Sandra P. | 7:20-cv-05182 |
| 3M - Burge, David | 7:20-cv-38156 |
| 3M - Burgess, Christopher | 7:20-cv-05127 |
| 3M - Burleson, Jerry Dean | 7:21-cv-10594 |
| 3M - Byarse, Rudolph | 7:21-cv-27444 |
| 3M - Byrd, Geoffrey | 7:21-cv-24145 |
| 3M - Calhoon, John | 8:20-cv-62618 |
| 3M - Camacho, Leonard | 7:21-cv-48984 |
| 3M - Camejo, Milton | 7:20-cv-89930 |
| 3M - Carcamo, Marco | 7:20-cv-05121 |
| 3M - Cardin, Michael | 8:20-cv-38802 |
| 3M - Carroll, Derek Winston | 8:20-cv-62625 |
| 3M - Carroll, John W. (Jody Carroll for | 7:20-cv-90078 |
| 3M - Carter, Brandon (Sharon Carter f | 7:21-cv-52833 |
| 3M - Carter, Conor D. | 8:20-cv-38806 |
| 3M - Carter, Melvin | 7:20-cv-89798 |
| 3M - Carter, Monaleatha Lynn | 7:21-cv-10567 |

| Case | Number |
|---|---|
| 3M - Cartledge, John | 7:20-cv-89820 |
| 3M - Cartrett, Jonathan | 7:20-cv-05173 |
| 3M - Case, George H. | 7:21-cv-10564 |
| 3M - Casiano, Jorge | 3:22-cv-07812 |
| 3M - Caswell, Todd | 8:20-cv-67022 |
| 3M - Causey, Branden | 8:20-cv-38811 |
| 3M - Charles, Ryan (Audra Charles PO | 7:21-cv-10587 |
| 3M - Chavez, Julian | 7:21-cv-10654 |
| 3M - Chellman, Ronald | 7:21-cv-49054 |
| 3M - Chesworth, Evan | 8:20-cv-28604 |
| 3M - Chevalier, Chaz | 9:20-cv-04328 |
| 3M - Choate, Jed | 7:20-cv-38180 |
| 3M - Christion, Delancy | 7:21-cv-27431 |
| 3M - Cisneros, Fidel Ignacio | 7:21-cv-28574 |
| 3M - Clarke, Raphael | 7:20-cv-05793 |
| 3M - Clary, Martin | 7:20-cv-05165 |
| 3M - Clearwater, Benjamin | 7:21-cv-10678 |
| 3M - Clement, Calvin | 8:20-cv-28569 |
| 3M - Clements, Zachary | 7:20-cv-90089 |
| 3M - Clinkscales, Antonio | 7:20-cv-38189 |
| 3M - Cloninger, David | 8:20-cv-38816 |
| 3M - Cole, Evan | 7:20-cv-90091 |
| 3M - Coleman, Shenna | 7:20-cv-90093 |
| 3M - Collins, Shaun | 7:21-cv-42020 |
| 3M - Collman, Charles | 8:20-cv-90056 |
| 3M - Compton, William Charles | 7:21-cv-28575 |
| 3M - Conrey, Clint | 8:20-cv-38828 |
| 3M - Conwell, John | 7:20-cv-90095 |
| 3M - Cook, Michael | 7:20-cv-34704 |
| 3M - Cook-Blackmon, Nicole | 7:20-cv-90097 |
| 3M - Cooper, Brandy | 8:20-cv-49870 |
| 3M - Copechal, Louis | 7:20-cv-90099 |
| 3M - Coppage, Matthew | 8:20-cv-38833 |
| 3M - Cordova, Robert | 8:20-cv-38838 |
| 3M - Corpening, Marcus | 7:21-cv-10669 |
| 3M - Cottom, John | 8:20-cv-38852 |
| 3M - Cousins, Terrence | 8:20-cv-49876 |
| 3M - Cowan, Rick | 8:20-cv-38857 |
| 3M - Cox, Andrew | 7:21-cv-48919 |
| 3M - Cox, Jake | 7:21-cv-52858 |
| 3M - Cox, Richard | 8:20-cv-38863 |
| 3M - Crane, Runnar | 7:20-cv-05212 |
| 3M - Crawford, Geoffrey | 7:21-cv-10685 |
| 3M - Crook, James | 3:22-cv-07673 |
| 3M - Crump, Jeffrey | 8:20-cv-38873 |
| 3M - Cruz Caro, Walter | 7:21-cv-33570 |
| 3M - Cruz, Chano | 7:20-cv-05179 |

| Case | Number |
|---|---|
| 3M - Cruz, Luis Eduardo | 7:20-cv-05756 |
| 3M - Cruz-Fargas, Nicky | 7:20-cv-05166 |
| 3M - Cucinotta, Jason | 3:22-cv-07732 |
| 3M - Daly, James | 7:20-cv-05167 |
| 3M - Daniels, Samuel D. | 7:20-cv-90104 |
| 3M - Davenport, Adam | 7:21-cv-14047 |
| 3M - Davis, Johnny Max | 3:22-cv-07805 |
| 3M - Davis, Jordan | 7:20-cv-35998 |
| 3M - Davis, William | 7:20-cv-05171 |
| 3M - Dawkins, Willard Gregory | 8:20-cv-49890 |
| 3M - Dawson, John | 7:20-cv-05229 |
| 3M - Deaton, Herschel | 7:20-cv-34859 |
| 3M - Decamps, Mark | 7:20-cv-05174 |
| 3M - Dehaven, Daniel | 8:20-cv-49900 |
| 3M - Dehoyos, Juan | 8:20-cv-38898 |
| 3M - Delbarone, Matthew | 8:20-cv-62640 |
| 3M - Deleonlopez, Johnathan | 8:20-cv-38903 |
| 3M - Demers, Kenneth | 8:20-cv-62642 |
| 3M - Denis, Dalton | 3:22-cv-07741 |
| 3M - Detlefsen, Daniel | 3:21-cv-01248 |
| 3M - Devor, Ezra | 3:21-CV-01250 |
| 3M - Devore, Shekia | 9:20-cv-10739 |
| 3M - Dietz, John | 3:21-cv-01252 |
| 3M - Diggs, Robert | 3:21-CV-01254 |
| 3M - Dingman, Harold | 7:20-cv-89909 |
| 3M - Dixon, Michael | 3:21-cv-01262 |
| 3M - Doczi, Jason | 3:21-cv-01264 |
| 3M - Dominguez, Felipe | 3:21-cv-01265 |
| 3M - Dow, Gerard | 8:20-cv-59630 |
| 3M - Downey, Shannon | 3:22-cv-07778 |
| 3M - Downing, Barrett | 7:20-cv-38199 |
| 3M - Doyle, Jefferson | 3:21-cv-01309 |
| 3M - Doyle, Larry | 7:20-cv-36092 |
| 3M - Drake, Jody | 7:21-cv-27457 |
| 3M - Drefus, Raymond Walter | 8:20-cv-62651 |
| 3M - Driver, William | 7:20-cv-36852 |
| 3M - Drummond, Carlton | 7:20-cv-34358 |
| 3M - Drysdale, Dorraine | 7:21-cv-48944 |
| 3M - Duffee, Brian | 7:20-cv-05221 |
| 3M - Dunbar, Michael | 7:20-cv-38201 |
| 3M - Duncan, Robert | 7:20-cv-90118 |
| 3M - Dunnavant, Raymond | 7:21-cv-05004 |
| 3M - Duran, David | 7:20-cv-35447 |
| 3M - Durst, Terry | 8:20-cv-38938 |
| 3M - Eady, Gwentanna | 7:21-cv-48915 |
| 3M - Earhart, Joshua | 8:20-cv-28623 |
| 3M - Edde, Kraig | 8:20-cv-28589 |

| Case | Number |
|---|---|
| 3M - Edwards, Anthony J. | 3:22-cv-07779 |
| 3M - Edwards, James John | 7:20-cv-35588 |
| 3M - Edwards, Linda | 3:21-cv-01313 |
| 3M - Edwards, Tamara | 7:20-cv-90120 |
| 3M - Edwell, Shawn | 8:20-cv-66821 |
| 3M - EITREM, JOSEPH MICHAEL | 8:20-cv-38943 |
| 3M - Elder, Kevin | 8:20-cv-66828 |
| 3M - Elias, Trey Marquis | 7:21-cv-10639 |
| 3M - Elliott, Steven | 7:20-cv-38204 |
| 3M - Ellis, Lance | 7:20-cv-38206 |
| 3M - Enrique, Alberto | 8:20-cv-28466 |
| 3M - Escalante, Oscar | 7:20-cv-05790 |
| 3M - Evans, Christopher | 7:21-cv-27336 |
| 3M - Evans, Jordan | 3:21-cv-01315 |
| 3M - Ezro, Jonathan | 7:20-cv-05213 |
| 3M - Fadda, Michael | 8:20-cv-38959 |
| 3M - Fallon, Paul | 3:21-cv-01317 |
| 3M - Farmer, Andrew | 7:20-cv-05248 |
| 3M - Faulk, Archie | 7:21-cv-42026 |
| 3M - Favreau, William R. | 7:21-cv-27325 |
| 3M - Fearon, Stewart | 7:20-cv-90126 |
| 3M - Felan, Eric | 8:20-cv-38963 |
| 3M - Felch, Grover | 8:20-cv-62655 |
| 3M - FELDER, JOSHUA | 7:20-cv-90128 |
| 3M - Finkle, James Estate of (Melissa | 8:20-cv-38976 |
| 3M - Fisher, Jeremy | 7:21-cv-24250 |
| 3M - Fisher, Randall | 3:22-cv07845 |
| 3M - FitzPatrick, Brian (Sandra Fitzpat | 7:20-cv-38209 |
| 3M - Fleming, Christopher | 3:22-cv-04915 |
| 3M - Flink, Christopher | 3:22-cv-07849 |
| 3M - Flores, Jose | 8:20-cv-66839 |
| 3M - Follweiler, Michael | 8:20-cv-49832 |
| 3M - Forbes, Scott | 8:20-cv-62667 |
| 3M - Fortunato, Noah | 3:21-cv-01327 |
| 3M - Foster, Brady | 9:20-cv-10843 |
| 3M - Foster, Jr., Warren | 7:21-cv-10570 |
| 3M - Foster, Matt | 8:20-cv-39008 |
| 3M - Francies, Drake | 3:21-cv-01317 |
| 3M - Francis, James | 8:20-cv-62669 |
| 3M - Franklin, Richard | 7:21-cv-10676 |
| 3M - Franks, Briane | 3:22-cv-07780 |
| 3M - Frazer, Tod | 7:21-cv-10608 |
| 3M - Freytes, Walter | 7:20-cv-38211 |
| 3M - Friend, Kevin | 9:20-cv-20191 |
| 3M - Frierson, Terry | 8:20-cv-28520 |
| 3M - Frisby, Ronald | 8:20-cv-28391 |
| 3M - Fryar, Sr., Jimmy Christopher | 7:20-cv-38212 |

| Case | Number |
|---|---|
| 3M - Gadson, Terrence | 3:21-cv-01330 |
| 3M - Gage, Joshua | 3:21-cv-01332 |
| 3M - Galam, John | 7:20-cv-90134 |
| 3M - Galvan, Edgar | 7:21-cv-42028 |
| 3M - Ganshorn, Andrew | 7:20-cv-35165 |
| 3M - Garand, Francois | 7:20-cv-90136 |
| 3M - Garcia, Adam | 3:21-cv-1358 |
| 3M - Garcia, Erdwin | 7:21-cv-28578 |
| 3M - Garcia, Feliciano | 7:20-cv-05164 |
| 3M - Gardner, Zachary James | 3:22-cv-07782 |
| 3M - Garland, David | 7:21-cv-28579 |
| 3M - Genberg, Joshua | 3:22-cv-07783 |
| 3M - Getzel, Jason James | 8:20-cv-59571 |
| 3M - Ghering, Shea | 7:20-cv-38215 |
| 3M - Gillis, Sherisa | 3:21-cv-1365 |
| 3M - Gilyard, James | 7:20-cv-89779 |
| 3M - Gipson, LyVell | 7:20-cv-05791 |
| 3M - Glass, James | 7:20-cv-34861 |
| 3M - Glass, Nathaniel | 7:21-cv-24256 |
| 3M - Glenn, Keith | 3:21-cv-1378 |
| 3M - Glenn, Kelvin | 7:20-cv-38216 |
| 3M - Glynn, Bradley | 3:21-cv-1385 |
| 3M - Goins, Trevah | 7:21-cv-10646 |
| 3M - Golden, Cornelius | 3:21-cv-1386 |
| 3M - Golding, Regina | 7:21-cv-42030 |
| 3M - Gomez, Carlos | 7:20-cv-38218 |
| 3M - Gonzales, Jacob | 7:20-cv-05772 |
| 3M - Gonzalez, Israel | 3:21-cv-1387 |
| 3M - Good, Nathaniel | 8:20-cv-39054 |
| 3M - Goodermote, Chad Warren | 3:22-cv-07785 |
| 3M - Goodman, Timothy Daniel | 3:22-cv-07787 |
| 3M - Graham, Emmett | 7:21-cv-10692 |
| 3M - Grant, Garrett | 8:20-cv-39069 |
| 3M - Gray, Demarko | 3:21-cv-01384 |
| 3M - Green, Dustin | 3:22-cv-07788 |
| 3M - Green, Justin N. | 8:20-cv-28597 |
| 3M - Green, Kourtne | 3:22-cv-07653 |
| 3M - Green, Megan | 7:21-cv-42032 |
| 3M - Green, Robert Allen | 7:21-cv-10562 |
| 3M - Green, Tyrone | 3:22-cv-07853 |
| 3M - Greenough, David | 8:20-cv-39082 |
| 3M - Gregory, Dylan | 3:22-cv-07883 |
| 3M - Gresham, Michael | 7:20-cv-90151 |
| 3M - Griem, Joshua | 3:21-cv-01382 |
| 3M - Grigsby, Dominick | 3:21-cv-01381 |
| 3M - Groseclose, John | 3:21-cv-01380 |
| 3M - Grubbs, Justin | 7:21-cv-27478 |

| | |
|---|---|
| 3M - Guidry, Nina | 7:20-cv-38222 |
| 3M - Gunsallus, Daniel | 3:21-cv-01377 |
| 3M - Gutierrez, Ernesto | 8:20-cv-39085 |
| 3M - Gutierrez, Garett | 7:20-cv-05249 |
| 3M - Hagberg, Joshua | 8:20-cv-66845 |
| 3M - Haigood, Julian | 7:21-cv-23966 |
| 3M - Hairrell, Larry | 8:20-cv-39090 |
| 3M - Halkmon, Norris J. | 8:20-cv-66851 |
| 3M - Hall, Blake | 7:20-cv-90155 |
| 3M - Hall, Robert | 3:21-cv-01374 |
| 3M - Hall, Shanise | 8:20-cv-39094 |
| 3M - Hamilton, Joshua | 7:20-cv-05207 |
| 3M - Hampton, Detrick | 7:20-cv-05158 |
| 3M - Hampton, Jordan | 3:22-cv-07739 |
| 3M - Hansell, William | 7:20-cv-38230 |
| 3M - Hansen, Andrew K | 3:22-cv-07885 |
| 3M - Hanski, Stefanie | 7:20-cv-38232 |
| 3M - Hardy, Richard | 7:20-cv-89912 |
| 3M - Hargis, George | 8:20-cv-39097 |
| 3M - Hargis, Richard | 8:20-cv-28470 |
| 3M - Harper, Eric | 7:20-cv-90157 |
| 3M - Harper, Joshua | 3:21-cv-01372 |
| 3M - Harris, Jared | 8:20-cv-39100 |
| 3M - Harrison, William | 3:22-cv-07889 |
| 3M - Harvey, Brian | 7:20-cv-90161 |
| 3M - Hatcher, Clay | 7:20-cv-35198 |
| 3M - Hauger, Kevin | 7:20-cv-90164 |
| 3M - Hawkins, Michael | 7:20-cv-05161 |
| 3M - Haywood, Germaine Adam | 7:21-cv-27413 |
| 3M - Heffelfinger, Jesse | 7:20-cv-38243 |
| 3M - Heisterman, Scott | 8:20-cv-62702 |
| 3M - Helms, Nicole | 7:20-cv-35472 |
| 3M - Helton, David | 3:22-cv-07784 |
| 3M - Henderson, Bruce | 8:20-cv-39116 |
| 3M - Henderson, Clarence Jamal | 7:20-cv-05199 |
| 3M - Henderson, Gregory | 7:20-cv-90166 |
| 3M - Henderson, Russell J. | 9:20-cv-10724 |
| 3M - Henderson, Steven | 7:20-cv-05160 |
| 3M - Hendricks, Daniel | 7:21-cv-42034 |
| 3M - Hendrix, Shane Lee | 8:20-cv-62850 |
| 3M - Henning, Christopher | 8:20-cv-39120 |
| 3M - Henrickson, William | 7:20-cv-89900 |
| 3M - Herburger, Justin | 8:20-cv-28611 |
| 3M - Herlick, Mark | 8:20-cv-39124 |
| 3M - Hernandez, Eduardo | 8:20-cv-39128 |
| 3M - Hernandez, Joe Daniel | 8:20-cv-62852 |
| 3M - Hernandez, Megan | 3:22-cv-07833 |

| Case | Number |
|---|---|
| 3M - Hernandez, Sebastian | 8:20-cv-39137 |
| 3M - Hernandez, Victor | 8:20-cv-39132 |
| 3M - Hernandez, William | 9:20-cv-10725 |
| 3M - Herrera, Jose | 7:20-cv-34718 |
| 3M - Hess, Renee | 3:22-cv-07890 |
| 3M - Hieronymous, Andrew | 8:20-cv-62854 |
| 3M - Hight, William | 7:20-cv-38249 |
| 3M - Hill, Anthony | 7:20-cv-90172 |
| 3M - Hill, Brian | 3:22-cv-07892 |
| 3M - Hill, Darren | 7:20-cv-38252 |
| 3M - Hince, Matthew | 3:21-cv-01364 |
| 3M - Hines, Etorian | 7:21-cv-28586 |
| 3M - Hinojo, Rogelio | 7:21-cv-14033 |
| 3M - Hitchcock, Patrick | 3:22-cv-07895 |
| 3M - Hite, Thomas | 3:22-cv-07902 |
| 3M - Hobbs, Jerry | 8:20-cv-62859 |
| 3M - Hodges, David John | 3:22-cv-07906 |
| 3M - Hoffman, Alex | 8:20-cv-59643 |
| 3M - Hoffman, Michael | 8:20-cv-59664 |
| 3M - Holbert, Terry | 8:20-cv-39153 |
| 3M - Holder, Ashley | 7:20-cv-90174 |
| 3M - Holland, Mik | 7:20-cv-05184 |
| 3M - Holmes, Joshua | 7:20-cv-38255 |
| 3M - Honesto, Marcelo | 8:20-cv-39157 |
| 3M - Hong, Ji | 3:21-cv-01356 |
| 3M - Horn, Quentin | 7:21-cv-27334 |
| 3M - Hoskins, Gary | 8:20-cv-39161 |
| 3M - Howard, Steven | 7:20-cv-35303 |
| 3M - Howard, Takeiya | 8:20-cv-39169 |
| 3M - Howell, Joshua | 8:20-cv-28575 |
| 3M - Huff, Devin | 8:20-cv-62863 |
| 3M - Huff, Eddie | 8:20-cv-67096 |
| 3M - Huggins, Torrance Cahn | 7:21-cv-10598 |
| 3M - Hull, Mitchell | 3:22-cv-07424 |
| 3M - Humble, Dane J. | 7:21-cv-28588 |
| 3M - Hunt, Shane | 8:20-cv-28592 |
| 3M - Huskinson, Cleon | 8:20-cv-62867 |
| 3M - Hyslop, Ian | 8:20-cv-39181 |
| 3M - Irvin, Dakota | 7:21-cv-27377 |
| 3M - Jackson, Jamica | 3:22-cv-07624 |
| 3M - Jackson, William | 3:22-cv-07786 |
| 3M - Jacobson, Erik | 7:20-cv-05722 |
| 3M - James, Christopher | 8:20-cv-49949 |
| 3M - Jameson, Kevin | 7:20-cv-38070 |
| 3M - Jean, Frantz | 7:20-cv-05263 |
| 3M - Jenkins, Kareem | 3:22-cv-07908 |
| 3M - Jennings, Leodis | 7:20-cv-89805 |

| Case | Number |
|---|---|
| 3M - Jernigan, Ryan | 7:20-cv-35540 |
| 3M - Jimenez, Raul | 8:20-cv-66871 |
| 3M - Johnson, Bianca | 7:20-cv-90188 |
| 3M - Johnson, Darin | 3:22-cv-07909 |
| 3M - Johnson, David | 7:20-cv-90192 |
| 3M - Johnson, Ethan | 7:21-cv-27495 |
| 3M - Johnson, Jonathan L. | 3:22-cv-07914 |
| 3M - Johnson, Joseph | 7:20-cv-38074 |
| 3M - Johnson, Joshua Terrell | 7:20-cv-38076 |
| 3M - Johnson, Lyndon | 8:20-cv-49953 |
| 3M - Johnson, Maurice J. | 3:22-cv-07918 |
| 3M - Johnson, Ray W. | 3:22-cv-07932 |
| 3M - Johnson, Scott | 7:20-cv-38078 |
| 3M - Johnson, Sherrie R. | 3:22-cv-07700 |
| 3M - Jones, Bryce | 8:20-cv-62868 |
| 3M - Jones, Cylus | 3:22-cv-07975 |
| 3M - Jones, Jeffrey Michael | 8:20-cv-38198 |
| 3M - Jones, John A. | 3:22-cv-07980 |
| 3M - Jones, Richard | 7:20-cv-05256 |
| 3M - Jones, Roger | 7:20-cv-90202 |
| 3M - Jordan, Kristopher | 8:20-cv-38208 |
| 3M - Journigan, Lenora | 7:20-cv-89833 |
| 3M - JUAREZ, RAUL | 7:21-cv-27422 |
| 3M - Kadetz, Douglas | 8:20-cv-62872 |
| 3M - Karamargin, Constantine M. | 7:20-cv-38084 |
| 3M - Keenan, Pete | 7:20-cv-90217 |
| 3M - Kell, William David | 7:21-cv-27446 |
| 3M - Kelley, Peter J | 7:21-cv-10619 |
| 3M - Kelso, Glen | 9:20-cv-10727 |
| 3M - Kent, Beau | 8:20-cv-38216 |
| 3M - Kershaw, Kodey | 7:20-cv-05200 |
| 3M - Kewitz, William | 3:22-cv-07987 |
| 3M - Khammar, Benjamin | 7:21-cv-27400 |
| 3M - Kheir, Jeries | 9:20-cv-10728 |
| 3M - Kim, Keebum | 7:21-cv-42038 |
| 3M - King, Richard | 7:20-cv-90222 |
| 3M - Kitts, Elmer | 8:20-cv-28496 |
| 3M - Kleimann, Trista Lynne | 3:22-cv-07799 |
| 3M - Klein, William | 7:20-cv-38091 |
| 3M - Knowles, Troy | 3:22-cv-07537 |
| 3M - Knudsen, Jason M. | 3:22-cv-07990 |
| 3M - Koliscz, Thomas | 8:20-cv-38228 |
| 3M - Kosobud, Dale | 8:20-cv-38231 |
| 3M - Kovatch, Avery | 7:20-cv-38097 |
| 3M - Krajnik, Mark | 7:20-cv-05724 |
| 3M - Kuluski, Kenneth | 7:21-cv-27416 |
| 3M - Kure, Mariam | 7:20-cv-89714 |

| | |
|---|---|
| 3M - Lam, Christopher | 7:20-cv-05286 |
| 3M - Lamb, J.B. | 7:20-cv-90231 |
| 3M - Landry, Joseph | 3:22-cv-07744 |
| 3M - Landry, Travis | 3:22-cv-04914 |
| 3M - Lane, Abenayaa | 7:20-cv-05175 |
| 3M - Lang, Donna | 7:20-cv-38109 |
| 3M - Lanier, John | 7:21-cv-27403 |
| 3M - Lara, Christopher | 3:22-cv-07993 |
| 3M - LaRoche, Jonathan Christopher | 7:20-cv-35590 |
| 3M - Leach, Bryan Curtis | 7:21-cv-68311 |
| 3M - Lee, Carnell | 8:20-cv-62880 |
| 3M - Lee, Lynuel | 7:20-cv-38118 |
| 3M - Lee, Sara | 7:20-cv-38121 |
| 3M - Leffler, Darren | 7:20-cv-36848 |
| 3M - Lema, Ryan | 7:20-cv-90242 |
| 3M - Levesque, David | 7:20-cv-05111 |
| 3M - Lewis, Wanda | 7:20-cv-90250 |
| 3M - Lewison, Chad | 8:20-cv-38242 |
| 3M - Lietz, Jacob | 3:22-cv-07998 |
| 3M - Lightfoot, Casey | 7:20-cv-90254 |
| 3M - Lilly, Chris | 3:22-cv-08000 |
| 3M - Lindsey, Chad | 3:22-cv-07850 |
| 3M - Link, Vincent | 7:20-cv-89741 |
| 3M - Little, Daniel | 7:20-cv-36571 |
| 3M - Littrell, Christopher | 3:22-cv-07716 |
| 3M - Liwai Lopes, Paul L. | 7:21-cv-10674 |
| 3M - Loftin, Jordan | 7:20-cv-90257 |
| 3M - Lombardi, Angelo Jr | 7:20-cv-90260 |
| 3M - Long, Delvon | 7:20-cv-38125 |
| 3M - Longfield, Greg | 3:22-cv-08007 |
| 3M - Lonsdale, Jimmy | 7:21-cv-42040 |
| 3M - Lopez, Hernan | 7:20-cv-38131 |
| 3M - Lopez, Jonathan | 7:21-cv-27420 |
| 3M - Love, Rhonda | 7:21-cv-10663 |
| 3M - Loyd, Jamal | 7:20-cv-90264 |
| 3M - Luehring, Timothy | 7:20-cv-05763 |
| 3M - Lunsford, William | 8:20-cv-38264 |
| 3M - Macinsky, Samuel | 7:21-cv-27476 |
| 3M - Mackley, David | 7:20-cv-90268 |
| 3M - Mahoney, Christopher | 8:20-cv-38268 |
| 3M - Maldonado, Julio C. | 8:20-cv-62889 |
| 3M - Maldonado, Rosa A. | 7:20-cv-90269 |
| 3M - Mangum, Timothy | 7:21-cv-52891 |
| 3M - Manuia, Solomon P. (Makanani | 8:20-cv-62893 |
| 3M - Marcum, Stephen | 7:20-cv-05768 |
| 3M - Marden, James | 7:21-cv-27392 |
| 3M - Marino, Ohnjay A. | 7:20-cv-90680 |

| Case | Number |
|---|---|
| 3M - Markley, Michael | 7:20-cv-36664 |
| 3M - Martin, Christopher | 7:20-cv-05236 |
| 3M - Martin, Kevin | 3:22-cv-07672 |
| 3M - Martinez, Jesus | 7:20-cv-05754 |
| 3M - Martinez, Michael Louie Rivera | 3:22-cv-08015 |
| 3M - Martinez-Cordova, Jose | 7:20-cv-35799 |
| 3M - Mason, Michael | 8:20-cv-90060 |
| 3M - Mass, Anthony | 7:20-cv-36173 |
| 3M - Matsudo, Alan | 7:20-cv-90695 |
| 3M - Matter, Jason | 7:20-cv-89898 |
| 3M - Matthews, Antonio Sr | 7:20-cv-90698 |
| 3M - Matthews, Kenneth | 7:20-cv-90700 |
| 3M - Mauro, Richard | 7:21-cv-10633 |
| 3M - Maxson, Sean | 7:20-cv-90703 |
| 3M - Mayala, Steve | 8:20-cv-38291 |
| 3M - Mayberry, LeMar | 9:20-cv-10730 |
| 3M - Mayo, Larry | 7:20-cv-38137 |
| 3M - Mays, William | 7:20-cv-35752 |
| 3M - Mboob, Seedy | 8:20-cv-49993 |
| 3M - McAfee, Eileen | 8:20-cv-38295 |
| 3M - McArthur, Jeremy | 7:20-cv-05197 |
| 3M - McBride, Mike | 8:20-cv-38300 |
| 3M - McCafferty, David | 8:20-cv-66905 |
| 3M - McClary, Sean | 7:20-cv-90709 |
| 3M - McClure, George Karl | 7:21-cv-00082 |
| 3M - McCollum, Charles | 7:20-cv-05774 |
| 3M - McCormick, William E. | 8:20-cv-62899 |
| 3M - McCray, Randall | 7:21-cv-52848 |
| 3M - McCummings, Mark | 7:20-cv-90712 |
| 3M - McDaniel, Charles | 7:21-cv-24094 |
| 3M - McDonald, David | 8:20-cv-38317 |
| 3M - McDonald, Henry | 8:20-cv-59652 |
| 3M - McGinnis, Charles | 8:20-cv-38322 |
| 3M - McGraw, Daniel | 7:20-cv-38140 |
| 3M - Mckeehan, Adam | 7:20-cv-38144 |
| 3M - McKinney, Steven | 8:20-cv-38326 |
| 3M - McKinney, Timothy | 7:20-cv-36035 |
| 3M - Mclaren, Jonathan | 7:20-cv-05149 |
| 3M - McLimore, James | 3:22-cv-07736 |
| 3M - McNamara, Trevor | 7:20-cv-05244 |
| 3M - Mealy, Kimberly | 3:22-cv-08029 |
| 3M - Metcalfe, Marci | 8:20-cv-38341 |
| 3M - Micheli, Ella | 7:20-cv-38151 |
| 3M - Middleton, David | 7:20-cv-34444 |
| 3M - Miles, Gary Wayne | 7:21-cv-00160 |
| 3M - Millan, Lazaro | 8:20-cv-28631 |
| 3M - Miller, Ammon | 7:21-cv-27385 |

| Case | Number |
|---|---|
| 3M - Miller, Andrew | 7:21-cv-52869 |
| 3M - Miller, Andrew Allen | 7:21-cv-10688 |
| 3M - Miller, Caronda | 7:21-cv-52823 |
| 3M - Miller, David W. | 8:20-cv-50008 |
| 3M - Miller, Dennis | 8:20-cv-28399 |
| 3M - Miller, Gary | 7:21-cv-52842 |
| 3M - Miller, Jessie | 8:20-cv-38350 |
| 3M - Miranda, Isaac | 7:20-cv-05749 |
| 3M - Misters, Glenn | 7:20-cv-90739 |
| 3M - Mitchelle-Briggs, Austin | 7:20-cv-05203 |
| 3M - Moffitt, Casey | 7:21-cv-27506 |
| 3M - Mogavero, Gregory | 9:20-cv-10752 |
| 3M - Montes, Danny | 7:20-cv-90742 |
| 3M - Montes, Emilio | 7:20-cv-90745 |
| 3M - Mooney, Patrick | 8:20-cv-62910 |
| 3M - Moore, Christopher James | 7:21-cv-27499 |
| 3M - Moore, Richard | 8:20-cv-38361 |
| 3M - Mora, Christopher | 3:22-cv-07444 |
| 3M - Mora, Irving Omar | 3:22-cv-08039 |
| 3M - Morales, Raphael | 7:21-cv-49036 |
| 3M - Morgan, Kelvin | 7:21-cv-10578 |
| 3M - Morgan, Shayla | 8:20-cv-62912 |
| 3M - Morris, David | 7:20-cv-90747 |
| 3M - Mosley, Shelia | 3:22-cv-08046 |
| 3M - Moss, Joshua | 7:20-cv-34822 |
| 3M - Moten, Elizabeth | 3:22-cv-08077 |
| 3M - Moulton, Jeffrey | 7:21-cv-10596 |
| 3M - Moya, Frances | 3:22-cv-08078 |
| 3M - Mrzyglocki, Phillip | 7:20-cv-05258 |
| 3M - Murphy, Sandi | 3:22-cv-08079 |
| 3M - Murray, Michael | 8:20-cv-67132 |
| 3M - Muyard, Thomas | 8:20-cv-38380 |
| 3M - Myers, Nickalous | 3:22-cv-08080 |
| 3M - Najera, Nicholas | 8:20-cv-38384 |
| 3M - Napier, Samuel | 7:21-cv-27368 |
| 3M - Naputi, Christobal | 3:22-cv-08081 |
| 3M - Neal, Tanner | 3:22-cv-08082 |
| 3M - Neary, Timothy | 7:20-cv-90758 |
| 3M - Newbern, Jason | 8:20-cv-38392 |
| 3M - Newberry, Justin | 3:22-cv-08085 |
| 3M - Newsome, Harold | 8:20-cv-38395 |
| 3M - Newson, Marlon | 7:21-cv-28597 |
| 3M - Newton, Dustin | 8:20-cv-62922 |
| 3M - Newton, Roy | 8:20-cv-38400 |
| 3M - Nguyen, Thomas | 8:20-cv-38405 |
| 3M - Nichols, Bradley | 7:20-cv-35430 |
| 3M - Nichols, Michael | 7:20-cv-89803 |

| | |
|---|---|
| 3M - Nieto, Michael | 8:20-cv-66930 |
| 3M - Niffen, Kenneth W. | 3:22-cv-08088 |
| 3M - Nilsen, Katelynn | 7:21-cv-48956 |
| 3M - Noland, Christopher | 7:21-cv-48930 |
| 3M - Nunez, Daniel | 7:20-cv-05119 |
| 3M - O'Rourke, Matt | 7:21-cv-10641 |
| 3M - Ogan, Marshall | 3:22-cv-07823 |
| 3M - Olinger, Martin | 3:22-cv-08103 |
| 3M - Olsen, Torjus | 7:21-cv-48952 |
| 3M - Olsen, Troy | 8:20-cv-38424 |
| 3M - Ortiz, Emmanuel | 7:21-cv-10647 |
| 3M - Oyler, Jason (Susan Cuzzort for t | 7:21-cv-10638 |
| 3M - Pace, Daniel | 7:20-cv-05202 |
| 3M - Padilla, Manuel | 8:20-cv-38432 |
| 3M - Page, Anthony L. | 3:22-cv-08117 |
| 3M - Palacios, Andres Ruben | 7:21-cv-27467 |
| 3M - Palmer, Dell | 7:20-cv-90776 |
| 3M - Palumbo, Jeffrey | 7:20-cv-38223 |
| 3M - Parker, Michael | 7:20-cv-35889 |
| 3M - Parker, Trent | 8:20-cv-38449 |
| 3M - Pascoe, Brian | 9:20-cv-10732 |
| 3M - Passafiume, III, Jerome | 3:22-cv-07706 |
| 3M - Patten, Dylan | 7:20-cv-90782 |
| 3M - Patterson, James Frank | 7:21-cv-27340 |
| 3M - Patterson, Jonathan | 7:20-cv-05239 |
| 3M - Patton, Greg | 8:20-cv-62927 |
| 3M - Paulsen, Shannon | 7:20-cv-38224 |
| 3M - Payne, Christopher | 7:20-cv-90785 |
| 3M - Peace, Stanton | 8:20-cv-38475 |
| 3M - Pelayo, Jesse | 7:21-cv-49003 |
| 3M - Pels, Jeffrey | 7:20-cv-38225 |
| 3M - Penn, Alfred | 3:22-cv-08139 |
| 3M - Perdue, Craig | 8:20-cv-50031 |
| 3M - Pereira, Rodrigo A. | 7:20-cv-90787 |
| 3M - Perkins, Kevin | 7:20-cv-35268 |
| 3M - Perry, Colby | 7:21-cv-48981 |
| 3M - Perry, Rickell | 7:21-cv-33573 |
| 3M - Pete, Jeffrey | 8:20-cv-62933 |
| 3M - Peters, Dale | 3:22-cv-08145 |
| 3M - Peters, Joseph | 7:20-cv-89815 |
| 3M - Peterson, Gregg | 7:20-cv-90792 |
| 3M - Peterson, Jalesa | 7:20-cv-90794 |
| 3M - Peterson, Jerahmey | 7:20-cv-38229 |
| 3M - Peuser, Charles | 7:20-cv-89785 |
| 3M - Phinazee, Marion | 7:20-cv-90798 |
| 3M - Pichardo, Arthur | 8:20-cv-28615 |
| 3M - Piel, George | 7:20-cv-38231 |

| Case | Number |
|---|---|
| 3M - Pierre, Kemny | 7:20-cv-89717 |
| 3M - Pierri, Anthony | 7:21-cv-10662 |
| 3M - Pinsonneault, Derek Paul | 7:21-cv-10583 |
| 3M - Pirolli, John | 7:20-cv-05278 |
| 3M - Pitts, Booker | 8:20-cv-28540 |
| 3M - Pitts, Jimmy | 7:20-cv-90800 |
| 3M - Pollpeter, Brock | 7:21-cv-10589 |
| 3M - Poole, William Tracy | 7:20-cv-38233 |
| 3M - Pos, Dakota | 3:22-cv-08150 |
| 3M - Posten, Christopher | 7:20-cv-90802 |
| 3M - Potempa, Scott | 8:20-cv-28567 |
| 3M - Potvin, Mitchell | 8:20-cv-38497 |
| 3M - Poulter, Michael | 8:20-cv-38503 |
| 3M - Powell, Randall A. | 7:20-cv-38235 |
| 3M - Prall, Jordan | 3:22-cv-08152 |
| 3M - Pratt, Dominic | 3:22-cv-07425 |
| 3M - Pratt, Pamela | 7:20-cv-38238 |
| 3M - Presgraves, Jon | 3:22-cv-07553 |
| 3M - Pride, Larry | 8:20-cv-38514 |
| 3M - Quick, Brian Scott | 8:20-cv-50039 |
| 3M - Rabaste, Jordan | 7:21-cv-10616 |
| 3M - Radcliffe, Daniel | 7:20-cv-05195 |
| 3M - Ramirez, Joe Raymond | 8:20-cv-38524 |
| 3M - Ramirez, Luis | 8:20-cv-66947 |
| 3M - Rattenborg, Joel | 3:22-cv-08157 |
| 3M - Rayl, Justin | 7:20-cv-05789 |
| 3M - Reed, Matthew R. | 7:20-cv-90816 |
| 3M - Reed, Travis | 8:20-cv-59612 |
| 3M - Reeder, John Russell | 7:20-cv-38247 |
| 3M - Reges, Bruce | 7:20-cv-38250 |
| 3M - Register, Mitchell | 8:20-cv-50043 |
| 3M - Reid, Jared | 8:20-cv-50047 |
| 3M - Reid, Jefferson | 3:22-cv-08217 |
| 3M - Reitman, Mark Anthony | 8:20-cv-38529 |
| 3M - Renigar, Raymond | 3:22-cv-08219 |
| 3M - Reyes Bermudez, Max Alexande | 7:21-cv-27439 |
| 3M - Rhoades, Johnathan | 3:22-cv-07795 |
| 3M - Rice, James | 7:20-cv-90822 |
| 3M - Rice, Kwuantae D | 7:21-cv-10689 |
| 3M - Rice, Mary | 8:20-cv-38539 |
| 3M - Richardson, Christopher | 8:20-cv-67141 |
| 3M - Richey, Brian Edward | 8:20-cv-50051 |
| 3M - Rickers, Michael | 7:20-cv-38256 |
| 3M - Ritter, Robert Scott | 8:20-cv-59654 |
| 3M - Rivas, Justin | 7:21-cv-27450 |
| 3M - Robbins, Kyle | 7:21-cv-49001 |
| 3M - Robinson IV, Seth | 7:21-cv-48959 |

| Case | Number |
|---|---|
| 3M - Robinson, Gregory | 3:22-cv-07671 |
| 3M - Robinson, Jason | 7:21-cv-28600 |
| 3M - Robinson, Robert | 7:20-cv-05123 |
| 3M - Robles, Martin | 8:20-cv-38557 |
| 3M - Rodriguez, Gabriel | 3:22-cv-07796 |
| 3M - Rogers, Robert | 7:20-cv-90827 |
| 3M - Romero, Jacob | 3:22-cv-07801 |
| 3M - Romero, Jordan | 7:20-cv-89745 |
| 3M - Rosewarne, Jeff | 7:20-cv-35750 |
| 3M - Ross, Adam | 7:21-cv-04919 |
| 3M - Ross, David | 7:21-cv-49007 |
| 3M - Rowell, Gregory | 8:20-cv-62950 |
| 3M - Rowland, Robert | 7:20-cv-05113 |
| 3M - Rozier, Awilda | 8:20-cv-28404 |
| 3M - Rucker, Thomas E. | 3:22-cv-08221 |
| 3M - Ruiz, Daniel | 7:20-cv-90835 |
| 3M - Rush, Marty | 7:20-cv-90837 |
| 3M - Rushing, Bonnie | 7:20-cv-38272 |
| 3M - Russ, Jasmine | 3:22-cv-08222 |
| 3M - Ryks, Angela | 7:20-cv-38273 |
| 3M - Saavedra, Alonso | 7:20-cv-05265 |
| 3M - Saeger, Joshua | 7:21-cv-27387 |
| 3M - Salisburygum, Treyton John | 8:20-cv-50055 |
| 3M - Salter, Michael | 7:20-cv-36616 |
| 3M - Salva, Rosalio Ramonal | 7:21-cv-10686 |
| 3M - Samuels, Charles | 3:22-cv-08225 |
| 3M - Sanchez, David M. | 8:20-cv-28619 |
| 3M - Sanchez, Vicente | 7:20-cv-38274 |
| 3M - Santa Cruz, Pablo | 8:20-cv-38567 |
| 3M - Santiago, Eugenio | 7:20-cv-05114 |
| 3M - Sarkis, Joyce | 8:20-cv-38571 |
| 3M - Scarborough, Christopher | 3:22-cv-08254 |
| 3M - Schafer, Chad | 7:21-cv-42051 |
| 3M - Schlabach, Matthew | 7:20-cv-38275 |
| 3M - Schmidt, Jeffrey | 8:20-cv-38576 |
| 3M - Schreiner, Michael | 7:20-cv-90841 |
| 3M - Schuh, Anthony | 7:20-cv-38283 |
| 3M - Schuller, Theodore | 7:20-cv-05157 |
| 3M - Schultz, Brett | 7:20-cv-89914 |
| 3M - Schwarzman, Richard | 7:20-cv-38278 |
| 3M - Scott, Eric L. | 7:21-cv-49060 |
| 3M - Scott, Franklin | 7:20-cv-05761 |
| 3M - Scott, Zackery | 8:20-cv-67147 |
| 3M - Scovill, Shane | 7:21-cv-27469 |
| 3M - Scoville, Jonathan | 3:22-cv-08257 |
| 3M - Seegmiller, Jared | 7:20-cv-89932 |
| 3M - Seiuli, Faapaia | 7:20-cv-34428 |

| | |
|---|---|
| 3M - Sellards, Anthony | 7:20-cv-90845 |
| 3M - Seneca, Keith Raymond | 7:21-cv-10581 |
| 3M - Serna, Clyde | 7:20-cv-05116 |
| 3M - Serrato, Reynaldo | 8:20-cv-59640 |
| 3M - Settles, Michael | 7:20-cv-34536 |
| 3M - Sewell, Addison | 7:20-cv-38280 |
| 3M - Sharp, Lloyd | 3:22-cv-07813 |
| 3M - Sharpe, Joshua Thomas | 7:21-cv-49023 |
| 3M - Shea-Hovestadt, Patrik | 7:20-cv-38281 |
| 3M - Shealy, Jonathan | 7:20-cv-05152 |
| 3M - Shelton, Hans | 8:20-cv-38589 |
| 3M - Sherman, Dave | 9:20-cv-10845 |
| 3M - Sherman, James | 7:20-cv-34685 |
| 3M - Shields, Kyle | 7:20-cv-38282 |
| 3M - Shockome, James | 7:20-cv-90849 |
| 3M - Shofner, Kevin | 3:22-cv-08258 |
| 3M - Shook, Bryan | 7:21-cv-28604 |
| 3M - Sidney, Tasha | 7:21-cv-49038 |
| 3M - Sieniarecki, Al | 9:20-cv-10754 |
| 3M - Simmons, Kenneth | 8:20-cv-38598 |
| 3M - Simon, Kent | 7:20-cv-34873 |
| 3M - Simpson, Julie | 8:20-cv-38608 |
| 3M - Simpson, Tony | 7:20-cv-90851 |
| 3M - Sims, Joseph | 8:20-cv-38618 |
| 3M - Sims, Rashonda | 7:21-cv-48922 |
| 3M - Skinner, Herbert Cesar | 7:21-cv-10582 |
| 3M - Smith, Airen | 9:20-cv-10756 |
| 3M - Smith, Brandon | 3:21-cv-01735 |
| 3M - Smith, Kenneth | 3:22-cv-08260 |
| 3M - Smith, Michael | 7:21-cv-27452 |
| 3M - Smith, Phonso Christopher | 3:22-cv-08272 |
| 3M - Smith, Robert | 7:21-cv-33569 |
| 3M - Smith, Robert A. | 8:20-cv-38635 |
| 3M - Smith, Robert James | 7:20-cv-34563 |
| 3M - Smith-Bordas, Dallas | 8:20-cv-62963 |
| 3M - Snyder, James | 8:20-cv-62965 |
| 3M - Songao, Kenneth Michael | 7:21-cv-68314 |
| 3M - Sorrels, Carl | 8:20-cv-28599 |
| 3M - Springer, Melody | 3:22-cv-08281 |
| 3M - Staab, Matthew | 8:20-cv-38649 |
| 3M - Starks, Jeffrey | 7:20-cv-38285 |
| 3M - Stauffer, Phillip William | 8:20-cv-38659 |
| 3M - Stearns, Nathan | 7:20-cv-89860 |
| 3M - Stebens, Kody | 8:20-cv-38664 |
| 3M - Steele, James | 7:20-cv-05725 |
| 3M - Steeley, Deshawn | 8:20-cv-28450 |
| 3M - Stein, Michael | 8:20-cv-38668 |

| | |
|---|---|
| 3M - Steinberg, Porsha | 3:22-cv-07826 |
| 3M - Sterling, Gilbert | 3:22-cv-08300 |
| 3M - Stewart, Derrance | 3:22-cv-07839 |
| 3M - Stewart, Hugh | 7:20-cv-38286 |
| 3M - Stewart, Ryan | 3:22-cv-07820 |
| 3M - Stewart, Ryan (KY) | 3:22-cv-08037 |
| 3M - Stewart, Shawn Michael | 7:21-cv-10584 |
| 3M - Stewart, Tracie | 7:20-cv-38287 |
| 3M - Still, Jesse Lee | 7:21-cv-28608 |
| 3M - Stokes, David Leonard | 3:22-cv-08312 |
| 3M - Stoops, Brandon | 7:21-cv-49025 |
| 3M - Story, Grayson | 7:20-cv-90866 |
| 3M - Straticiuc, Valentin | 7:20-cv-05240 |
| 3M - Strohl, William L. | 7:20-cv-38288 |
| 3M - Strong, Alvin | 7:20-cv-89775 |
| 3M - Stumbo, Dale | 8:20-cv-38692 |
| 3M - Tanner, Benjamin | 8:20-cv-38696 |
| 3M - Tanner, Corey | 7:20-cv-89818 |
| 3M - Tatum, Alvin L. | 9:20-cv-20199 |
| 3M - Taylor, Douglas | 7:20-cv-90880 |
| 3M - Taylor, Jamarc | 7:20-cv-05238 |
| 3M - Taylor, James D. | 7:20-cv-05238 |
| 3M - Taylor, Richie | 3:22-cv-08317 |
| 3M - Taylor, Rufus | 7:21-cv-48920 |
| 3M - Taylor, Ryan | 7:20-cv-90884 |
| 3M - Telles, Olivia | 7:20-cv-89862 |
| 3M - Terrell, David | 7:20-cv-38294 |
| 3M - Terry, Alan | 7:20-cv-05735 |
| 3M - Thames, Brett | 7:20-cv-38295 |
| 3M - Thomas, James | 7:20-cv-89733 |
| 3M - Thomas, John Edward | 7:20-cv-38296 |
| 3M - Thomas, Mark A | 3:22-cv-08325 |
| 3M - Thomas, Orlando | 7:20-cv-37134 |
| 3M - Thompson, Cody N. | 8:20-cv-38719 |
| 3M - Thompson, Frank | 7:20-cv-89885 |
| 3M - Thor, Anthony | 3:22-cv-08327 |
| 3M - Thorstensen, Ricky | 8:20-cv-38723 |
| 3M - Titus, Jason | 7:20-cv-38464 |
| 3M - Todd, Jimmy | 8:20-cv-38728 |
| 3M - Tolliver, Michael | 8:20-cv-67165 |
| 3M - Toman, Andrew | 8:20-cv-38733 |
| 3M - Tompkins, Kody | 7:20-cv-05728 |
| 3M - Toops, Brian | 8:20-cv-59658 |
| 3M - Torr, Paul | 7:20-cv-90892 |
| 3M - Torres, Isaias | 7:20-cv-90894 |
| 3M - Torres-Lopez, Gerardo | 7:20-cv-89917 |
| 3M - Travis, Marquis | 7:20-cv-05163 |

| Case | Number |
|---|---|
| 3M - Traylor, Gary | 7:21-cv-27305 |
| 3M - Trimbo, Danielle | 8:20-cv-62973 |
| 3M - Tuck, Brad | 8:20-cv-38758 |
| 3M - Tucker, Christopher Sharad | 7:21-cv-28612 |
| 3M - Turman, Billy | 7:20-cv-90898 |
| 3M - Turner, Rick | 7:21-cv-48963 |
| 3M - Turner, Shawn Marquanti | 3:22-cv-08356 |
| 3M - Turner, Tony | 7:21-cv-10614 |
| 3M - Ulrich, Ean Scott | 7:21-cv-28613 |
| 3M - Underwood, Shalena | 7:20-cv-90900 |
| 3M - Uribe, Jimmy | 7:21-cv-49019 |
| 3M - Valdiviesorentas, Daniel | 7:20-cv-36125 |
| 3M - Van Horn, Hunter | 8:20-cv-38767 |
| 3M - Vargas, David | 7:20-cv-38487 |
| 3M - Velasquez, Andrew | 3:22-cv-08357 |
| 3M - Velazquez, Abel | 8:20-cv-50091 |
| 3M - Vera, Ronald | 7:20-cv-05257 |
| 3M - Villagrana, Virginia | 8:20-cv-38785 |
| 3M - Vonschondorf, Michael | 7:20-cv-90907 |
| 3M - Voris, Steven | 8:20-cv-38790 |
| 3M - Wagers, Jessica | 7:20-cv-90909 |
| 3M - Waite, Jesse | 8:20-cv-38795 |
| 3M - Walker, Solan James | 8:20-cv-38804 |
| 3M - Walker, Tony | 8:20-cv-38799 |
| 3M - Wallace, Clyde | 7:20-cv-90911 |
| 3M - Walsh, Joseph | 7:21-cv-23965 |
| 3M - Ward, Delvin | 3:22-cv-08361 |
| 3M - Warner, Richard | 3:22-cv-08365 |
| 3M - Washington, Destavius | 7:21-cv-10615 |
| 3M - Weaver, Christopher | 7:20-cv-05216 |
| 3M - Weber, Walter | 7:21-cv-41958 |
| 3M - Weeks, Joshua Andrew | 7:21-cv-28614 |
| 3M - Welborn, Mark | 7:21-cv-24041 |
| 3M - Welch, Billy | 7:21-cv-41964 |
| 3M - Wells, Alvin | 8:20-cv-50094 |
| 3M - Wente, Patrick | 7:20-cv-05133 |
| 3M - West, Daniel | 8:20-cv-38841 |
| 3M - Whatley, Marlon | 7:21-cv-41969 |
| 3M - Whigham, Joseph | 7:20-cv-38523 |
| 3M - White, Benjamin | 7:20-cv-38532 |
| 3M - White, Daniel | 8:20-cv-50098 |
| 3M - White, James | 3:22-cv-07842 |
| 3M - Whitlock, Craig | 7:20-cv-90921 |
| 3M - Whitten, David Wayne | 3:22-cv-08379 |
| 3M - Wical, Timothy | 7:21-cv-27429 |
| 3M - Wiggins, Jeremy | 7:21-cv-41973 |
| 3M - Wilkerson, Ebony | 7:20-cv-90925 |

| | |
|---|---|
| 3M - Wilkins, David | 8:20-cv-38855 |
| 3M - Wilkinson, William | 7:21-cv-41977 |
| 3M - Williams, Jered | 7:21-cv-41981 |
| 3M - Williams, Patrice | 7:21-cv-27312 |
| 3M - Williams, Shamecca | 7:21-cv-41985 |
| 3M - Wilson, Alfred Lionel | 8:20-cv-50102 |
| 3M - Wilson, Christopher | 7:20-cv-89831 |
| 3M - Wilson, Justin | 7:20-cv-90929 |
| 3M - Winchester, Nomsa | 7:21-cv-41989 |
| 3M - Windyboy, Nathaniel | 7:21-cv-10601 |
| 3M - Wininger, Amanda | 7:21-cv-41991 |
| 3M - Wise, Michael | 7:21-cv-28617 |
| 3M - Witham, Kenneth | 7:20-cv-36224 |
| 3M - Wojcik, Edward | 7:21-cv-41995 |
| 3M - Wolf, Tonja | 7:21-cv-41997 |
| 3M - Woodard, Terry | 7:21-cv-10617 |
| 3M - Woodsmall, Daniel | 7:21-cv-28618 |
| 3M - Wortham, Brandon | 8:20-cv-38884 |
| 3M - Worthington, Robert | 7:21-cv-27515 |
| 3M - Woullard, Michael Joe | 7:20-cv-38589 |
| 3M - Wynne, Kenneth | 8:20-cv-38893 |
| 3M - Yocum, John | 8:20-cv-38897 |
| 3M - YODER, NIGEL | 7:21-cv-27508 |
| 3M - Zamora, Robert | 7:20-cv-36198 |
| 3M - Zapotoczny, Walter | 8:20-cv-28494 |
| 3M - Zimmerman, Barry N. | 7:20-cv-89796 |
| 3M - Zuniga, Christian | 7:20-cv-05272 |