UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, <br><br> This Document Relates to All Cases | ) ) ) ) ) ) ) ) ) CASE NO.: 3:19-MD-2885-MCR-GRJ <br><br> Judge M. Casey Rodgers <br><br> Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Tiffany deGruy of the law firm Bradley Arant Boult Cummings LLP enters her appearance as counsel for defendants in the cases identified in the table below. The undersigned has completed the administrative requirements outlined in Pretrial Order No. 3 (Tutorial Confirmation No. FLND16420439215338). All further papers and pleadings in this action should be served on her.

| Plaintiff | Case Number |
|---|---|
| Bailey, Joshua | 7:20-CV-75557 |
| Pacheco, Steve | 8:20-CV-25647 |
| Panaitov, Gloria | 7:20-CV-12722 |
| Parshall, Robert | 7:20-CV-12817 |
| Robinson, Lovie | 7:20-CV-48014 |

1

4864-9584-7977.2

| Plaintiff | Case Number |
|---|---|
| Roller, Jason | 7:20-CV-13671 |
| Roper, Shanika | 7:20-CV-02945 |
| Rosales, Neil | 7:20-CV-18790 |
| Sabey, Scott | 7:20-CV-92523 |
| Sayre, Jacob | 7:20-CV-48946 |
| Schaaf, Daniel | 8:20-CV-24835 |
| Scheiner, Matthew Justin | 8:20-CV-0560 |
| Seman, Dominic | 3:19-CV-00819 |
| Sevilla, Ryan | 7:20-CV-04513 |

Respectfully submitted this the 15th day of July, 2022.

        Respectfully submitted,

        */s/ Tiffany deGruy*
        Tiffany 7deGruy (pro hac appearance)
        Bradley Arant Boult Cummings LLP
        One Federal Place
        1819 Fifth Avenue North
        Birmingham, AL 35203-2119
        Telephone: (205) 521-8000
        Facsimile: (205) 521-8800
        tdeGruy@bradley.com

        Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding,

LLC, Aearo Intermediate, LLC, and Aearo, LLC

## CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(F), the undersigned certifies that a true and correct copy of the foregoing was filed via the Court's CM/ECF system, which sends notice to all counsel of record.

*/s/ Tiffany deGruy*
Tiffany deGruy

4864-9584-7977.2