# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Roy F. Viola Jr., respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in New Jersey and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Pennsylvania. A copy of a Certificate of Good Standing from the State of Pennsylvania dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number **FLND16548024866329** and completed the CM/ECF Online Tutorials.

4. Roy F. Viola Jr. has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Roy F. Viola Jr. has upgraded his PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Roy F. Viola Jr. respectfully requests that this Court enter an Order granting Roy F. Viola Jr. of Gordon Rees Scully Mansukhani, *pro hac vice* in this case.

Respectfully submitted on this 15th day of July, 2022.

**GORDON REES SCULLY MANSUKHANI**

/s/ Roy F. Viola Jr.
Roy F. Viola Jr.
Pennsylvania Bar No. 68845

18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
Telephone: 973-549-2552

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 15th day of July, 2022.

                                                      */s/ Roy F. Viola Jr.*
                                                   Roy F. Viola Jr.
                                                   Pennsylvania Bar No. 68845

# EXHIBIT A



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Roy Francis Viola Jr., Esq.*

**DATE OF ADMISSION**

*November 22, 1993*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated:  July 13, 2022**

Elizabeth E. Zisk
Chief Clerk