# EXHIBIT 2

**UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
FLORIDA PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## <u>DECLARATION OF CHRISTOPHER SPANKOVICH IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL WAVE PLAINTIFFS' DATA AND ELECTRONICALLY STORED INFORMATION RESPONSIVE TO DEFENDANTS' REQUEST FOR PRODUCTION NUMBER 10</u>

I, Christopher Spankovich Au.D., Ph.D., M.PH., CCC-A, declare and state as follows:

1.      My name is Christopher Spankovich, and I am a Tenured Professor and Vice Chair of Research, Director of Audiology Education, and Clinical Audiologist at The University of Mississippi Medical Center (UMMC) in the Department of Otolaryngology-Head and Neck Surgery.

2.      I know the facts and opinions contained in this declaration from my own experience and knowledge except where stated otherwise and will testify to the matters herein if called upon to do so.

3.      In my current role as Vice Chair of Research at UMMC, I provide oversight and direction to the Department's research mission and mentorship for resident and faculty research pursuits. I also lead the Division of Audiology's

1

educational pursuits as the Director of Audiology Education, and I serve as our Department's AmMr.an Speech Language Hearing Association (ASHA) Continuing Education Unit (CEU) Administrator and Chair of the Department's Promotion and Tenure Committee.

4.      I hold a Doctor of Philosophy (Ph.D.) in Hearing Sciences with a minor in Molecular Physiology from Vanderbilt University, a Doctor of Audiology (Au.D.) from Rush University, a Master of Public Health (M.P.H.) in Behavioral Science Health Education from Emory University, and a Bachelor of Arts in Psychology from the University of North Carolina at Wilmington. Throughout my academic career, I received numerous awards, honors, and scholarships in the field of audiology, which are outlined in my *curriculum vitae* (Exhibit "A").

5.      Following the award of my Ph.D. in 2010, I served as a Research Assistant Professor and Clinical Audiologist at The University of Florida (UF) in the Department of Speech, Language, and Hearing Sciences (2010-2015). In 2012 I became the Director of the Tinnitus and Hyperacusis Program at UF. In 2015 I left UF for my current position at the UMMC but remained Adjunct Faculty at The University of Florida as well as Salus University in the George S. Osborne College of Audiology. I hold these Adjunct Faculty positions to this day.

6.      In October 2019, I was appointed Adjunct Faculty at NOVA

Southeastern University (Fort Lauderdale, FL) in the Department of Audiology, a position I hold today. I recently became an Adjunct Faculty member for Towson University in Towson, Maryland since January 2021. I have served on numerous academic committees at the UMMC such as the Tenure and Promotion Committee, AuD Program Development Committee, and AuD Admissions Committee. I previously served on the AuD Curriculum Committee and AuD Admissions Committee at the University of Florida.

7.      In my roles at the UMMC, UF, and NOVA Southeast University, Salus University, and Towson University I have directed undergraduate- and, graduate-level, and/or post-graduate courses in audiology on topics ranging from anatomy and physiology to clinical decision making to professional issues for both on-campus and distance learning delivery platforms. Some of my notable academic courses include Tinnitus and Sound Sensitivity, Audiometry and Hearing Disorders, Current Issues in Audiology, Medical Audiology, Clinical Decisions Making, Auditory System Anatomy and Physiology, and Counseling Adults and Children with Hearing Loss.

8.      In addition to my academic experience, I am a clinical audiologist and currently licensed to practice audiology in Mississippi. As a clinical audiologist, I specialize in auditory electrophysiology, pediatric and adult diagnostic assessment, tinnitus and decreased sound tolerance disorder evaluation

3

and management. My current clinical case load is heavily weighted toward differential diagnosis of acquired forms of hearing loss and the evaluation and management of the tinnitus and sound sensitivity patient. In this role, I am active in performing comprehensive case history, otoscopy, audiometry, and objective measures of auditory function to aid in site of lesion identification, differential diagnosis, and recommendation of management strategies.

9.      I am a member of the American Speech-Language-Hearing Association (ASHA), American Academy of Audiology (AAA), American Auditory Society (AAS) and the Association for Research in Otolaryngology (ARO). I have served on several AAA councils and committees, including the Policy Practice Advisory Council, (2015 to 2020) and Government Relations Committee (2013-2019). I was recently elected to the Board of Directors of AAA for a 3-year term in 2020.

10.      My current academic research focus is on basic, clinical, and epidemiological investigations into identifying and leveraging modifiable risk factors for mitigating susceptibility to hearing loss and tinnitus. My research portfolio includes basic, clinical, and epidemiological research on noise induced pathology and cochlear synaptopathy, also known as hidden hearing loss. I am also significantly involved in research in otoprotectant strategies for noise- and drug- induced hearing loss and developed a novel non-pharmaceutical approach

to mitigating drug-induced hearing loss using localized mild therapeutic hypothermia to the ear canal. Finally, a major area of my work is in epidemiological studies for identifying modifiable and non-modifiable determinants of acquired hearing loss and tinnitus, including diet quality and cardiometabolic health. I have ongoing research support funding from the Department of Defense (DoD) on noise effects on the cochlea and synapses, serve as a consultant on DoD-funded research focused on the effect of military noise exposure on tinnitus and its outcomes in recently discharged veterans who are seeking healthcare from the Department of Veterans Affairs (VA), and serve as consultant on DOD (Air Force) funded research to develop a novel earplug incorporating mild therapeutic hypothermia to the ear canal for otoprotection.

11.     I have contributed to over 50 peer-reviewed publications, 22 non-peer-reviewed publications, and 7 book chapters addressing noise-induced cochlear injury, hearing loss and impairment, tinnitus, hearing loss prevention, and related topics. My publications list may be found in my *curriculum vitae*, attached as Exhibit "A." I have presented my research at numerous conferences and workshops.

12.     I was previously an Editorial Advisor for *Audiology Today* and currently serve as an Associate Editor for the *International Journal of Audiology*. I was recently an Invited Guest Editor for *Ear and Hearing*. As an expert in

audiology, I have been a manuscript reviewer for numerous scholarly publications, including, but not limited to, *Scientific Reports*, *Journal of the AmMr.an Academy of Audiology*, *Otology and Neurotology*, and the *AmMr.an Journal of Audiology*. In my role as a peer reviewer, I assess the scholarly work of researchers and academics to evaluate the validity, significance, and originality of the work, and help improve the quality of articles and manuscripts that will eventually be published.

13.     However, as an audiologist, I do not have experience in evaluating and colleting from unique and emerging electronic data sources, including iOS Health data. Accordingly, I cannot discuss the technical feasibility of complying with Defendants' RFP No. 10. As an audiologist, I have experience in evaluating audiological data, including in relation to noise exposure, and can competently opine on the veracity or reliability of any hearing health data captured by an electronic device, or the possible relevance or significance to the instant litigation, as this is within my background and expertise.

**Collection of Hearing Health Data Generally**

14.     In connection with that request, I have reviewed i) Defendants' First Set of Requests for Production to Plaintiff Justin Tompkins, particularly Defendants' Request for Production Number 10 ("RFP No. 10"); and ii) a 14-page document entitled "Hearing Health Data Navigation & Capture," prepared by

6

Defendants' ESI consultant Consilio, purporting to provide instructions for how a lay person can self-collect hearing health data from Apple iOS devices.

15.     Currently, these applications represent no more than a novelty to get a general idea of noise levels of an environment for end users; they currently do not have the capacity to provide an accurate measure of the user's noise exposures without a calibration being completed and the likely need for an external microphone. (Shahnaz & Brown, 2020)

16.     I agree that smart devices represent a potential tool for numerous biometric applications (e.g., counting steps), including measuring environmental sound levels and noise dose (i.e., risk). However, the gold standard for acoustical measurements are sound level meters and noise dosimeters. All instrumentation for noise analysis includes a microphone or accelerometer as the sensor. The type of microphone, preamplifier, and data acquisitions system can be dependent on the acoustics of interest. Nonetheless, an essential component of acoustical measurements is calibration of the measurement system and mechanical integrity of the system components. Defendants' collection methodology does not take this aspect of calibration into account.

17.     In general, I agree that smart devices (e.g., smartphone) have the components necessary for acoustic measurement (microphones, sophisticated processing) and thus numerous applications (apps) have been developed over the

7

past decade. However, the microphones of these devices are commonly embedded in the body of the device creating calibration complications and subject to wear and tear created by exposure to the elements (moisture, lint, oils, etc.).

18.     Several studies (Kardous & Shaw, 2014, 2016; Nast et al. 2014; Murphy & King 2016; Shahnaz & Brow, 2020) have examined various apps and platforms for noise measurement (Android and iOS). I am familiar with these studies through my professional research and expertise. I concur with the general conclusions of these studies including the following:

19.     In my opinion, android devices lack consistent hardware (microphones) and require a calibrated external microphone for any consideration for reliable data.

20.     Further, while iOS devices have potential use and reliability due to more uniform components, the measurements from iOS devices are highly influenced by the age and wear and tear of the device.

21.     In my opinion, the accuracy of data from iOS devices is dependent on acoustic properties (level, frequency spectrum, and impulsivity) as the built-in microphones have limited dynamic range and low frequency response, numerous studies show significant variance across devices and apps (even for iOS).

22.     I agree with the recent literature that data accuracy and reliability of the measurements taken will be dependent on how the device is held and

positioned (e.g., hand over microphone, in a bag, in a pocket, connected to an external speaker), furthermore adding a protective case will alter the factory-designed response characteristic of the microphone.

23.     Smart devices and mobile technology make acoustical measurement more accessible to the general public. However, at this time the amount of inconsistency between apps and devices creates substantial limitations for application as an accurate sound level meter or dosimeter for determining noise risk (Shahnaz & Brown, 2020).

24.     Murphy et al. (2022) write in the most recent edition (6th) of the Noise Manual; "In summary, mobile applications might provide accurate results, but like all other sound measurements, the user must calibrate and understand the potential limitations of the equipment."

25.     In my experience, collecting electronic hearing health data is a unique litigation request and not something that is supported in the audiologic community, or by any of the experts retained by either Plaintiffs or Defendants, which can be supported as something likely to provide accurate results without uniform calibration and uniform technology. [1]

---

[1] There is no peer-reviewed literature on accuracy of headphone/AirPods, Bluetooth speakers or apple watches for monitoring noise levels. The same wear and tear issues, usage issues, and lack of calibration apply to additional accessory-based audio data. Further, Without an appropriate noise survey protocol in place, sampling may be biased based on product use and not reflect true sound levels of the end user.

26.     I swear under penalty of perjury that the foregoing is true and correct.

DATED: JULY 14, 2022

CHRISTOPHER SPANKOVICH, AU.D., PH.D.,
M.P.H.

EXHIBIT A



# Christopher Spankovich, Au.D., Ph.D., M.P.H.

## Contact

University of Mississippi Medical Center
Department of Otolaryngology-Head and Neck Surgery
2500 N. State St
Jackson, MS 39216
Tel: 601-984-4558
Fax: 601-815-5999
Email: cspankovich@umc.edu

## Citizenship

United States (Birthplace: Staten Island, New York)

## Education

**Ph.D.**, Hearing Sciences, Minor: Molecular Physiology                                   2006-2010
**Vanderbilt University**, Nashville, Tennessee
Lead Advisor: Linda J. Hood, Ph.D.
Dissertation: Early indices of auditory pathology in young adults with type-1 diabetes
Fellowship: **Eaton-Peabody Laboratory at Mass. Eye and Ear Infirmary**
Fellowship project: Physiological consequences of primary afferent neural degeneration
Mentor: Sharon G. Kujawa, Ph.D.

**Au.D.**, Doctor of Audiology                                                             2002-2006
**Rush University**, Chicago, Illinois
Advisor: Joanne E. Schupbach, M.S., M.A.
Externship: **University of California, San Francisco**
Lead Preceptor: Robert W. Sweetow, Ph.D.
Internships: Loyola University Medical Center, Lake Forest Hospital, GN Resound Research Group, Edward Hinds Jr. VA Hospital

**M.P.H.**, Behavioral Science Health Education                                            2000-2002
**Emory University**, Atlanta, Georgia
Advisor: Kathleen R. Miner, Ph.D.
Thesis: Telehealth applications to spinal cord injury
Internship: **Shepherd Center, Atlanta, Georgia**
Internship project: Epidemiology of risk taking behavior in spinal cord injury
Mentor: James Krause, Ph.D.

**B.A.**, Psychology                                                                       1995-1999
**University of North Carolina-W**, Wilmington, North Carolina

## Professional Appointments

**Professor with Tenure and Vice Chair of Research**                    **July 2021-present**
**Director of Audiology Education; Clinical Audiologist;**
**UMMC ASHA CE Administrator**
**University of Mississippi Medical Center**
      **Department of Otolaryngology-Head and Neck Surgery**
      **2500 N. State St**
      **Jackson, MS 39216**

Associate Professor and Vice Chair of Research                    July 2017-June 2021
Director of Audiology Education; Clinical Audiologist;
UMMC ASHA CE Administrator
University of Mississippi Medical Center
      Department of Otolaryngology-Head and Neck Surgery
      2500 N. State St
      Jackson, MS 39216

Associate Professor and Director of Clinical Research;                    June 2015-July 2017
Director of Audiology Education; Clinical Audiologist
      University of Mississippi Medical Center
      Department of Otolaryngology and Communicative Sciences
      2500 N. State St
      Jackson, MS 39216

Adjunct Faculty                    October 2019-present
      NOVA Southeastern University
      Department of Audiology
      Dr. Pallavi Patel College of Health Care Sciences
      3301 College Ave.
      Fort Lauderdale, FL 33314-7796

Adjunct Faculty                    October 2015-present
      Salus University
      George S Osborne College of Audiology
      8360 Old York Rd.
      Elkins Park, PA 19027-1598

Adjunct Faculty                    September 2015-present
      University of Florida Distance Learning
      Department of Speech, Language, and Hearing Sciences
      1225 Center Dr. Rm 3111
      Gainesville, Florida 32611

Research Assistant Professor and Clinical Audiologist                    October 2010- June 2015
      University of Florida
      Department of Speech, Language, and Hearing Sciences
      1225 Center Dr. Rm 3111
      Gainesville, Florida 32611

## Honors, Awards, and Scholarships (limited to last 15 years)

- Tenure, University of Mississippi Medical Center, 2021

- Millsaps Business Advantage Program for Professionals, MBA Certificate Program, 2015

2

- Future Leaders of Audiology Conference Fellow, American Academy of Audiology, 2012

- Rush University, Au.D. Alumni Distinguished Achievement Award, 2011

- American Speech-Language-Hearing Association Lessons for Success Research Fellowship Travel Award, 2011 Grant writing workshop

- University of Florida Institute of Food & Agricultural Sciences, Grant Writing Seminar Scholarship, 2010

- American Academy of Audiology Foundation, STAR Travel Award, 2010

- National Institute of Health, Mentored Student Poster Award, American Auditory Society, 2009

- American Academy of Audiology Foundation, Student Research Forum Award, AudiologyNOW!, 2009

- National Hearing Conservation Association, Student Research Award, NHCA Conference, 2009

- American Academy of Audiology Foundation, Summer Research Fellowship Award, 2008

- Audiology Foundation of America, Leo Doerfler, PhD Memorial Scholarship, 2008

- Department of Education, Tomorrows Leaders in Pediatric Audiology and Early Intervention Scholarship, Vanderbilt University, 2006-2010

- Rush University, Outstanding Student in Audiology Award, June 2006

- Rush University, Dean's Award for Outstanding Academic Achievement, June 2006 (4.0 out of 4.0 GPA)

- Audiology Foundation of America, Outstanding 3rd Year AuD, 2005

## Licensure & Certification

- **State license in Audiology, Mississippi State Board of Health, A3968, May 2015-present**

- State license in Audiology, Florida Board of Speech-Language Pathology and Audiology, AY1666, 2011-December 2015

- State license in Audiology, California State Board of Examiners in Speech Pathology and Audiology, AU2445, 2006-2008

- American Speech-Language-Hearing Association (ASHA, CCC-A, 12097813), 2006-2007, 2011-2020

## Research Support

**Ongoing:**

National Institutes of Health-National Institute on Deafness and other Communication Disorders   2022-2024
Title: Ear Level Cooling for Otoprotection, 1R21DC020312
Role: **Principal Investigator**, total awarded $426,250

Department of Defense Air Force Small Business Innovation Research (PI: Smith)                2021-2022
Title: Adjustable Noise Reduction Earplugs to Prevent Tinnitus and Hearing Loss, FA864921P0803
Role: **Consultant**

Department of Defense (PI: Walters)                                                    2020-2022
Title: Matrix metalloproteinases in degeneration of cochlear synapse, W81XWH-20-1-0772
Role: **Co-Investigator**, total awarded $387,500

National Institutes of Health-National Institute of Aging (PI: Lin)                    2017-2022
Title: Aging and Cognitive Health Evaluation in Elders (ACHIEVE) Trial
Role: **Supervisory Audiologist at UMMC**

**Completed:**

American Otological Society (**PI: Spankovich**)                                       2018-2020
Title: Cool Vestibular Caloric as a Novel Approach to Prevention of Drug Induced Hearing Loss
Role: **Principal Investigator**, total awarded $50,000 direct cost, $5,000 indirect

Department of Defense (PI: Henry)                                                      2016-2020
Title: The Effect of Military Noise Exposure on Tinnitus and its Outcomes in Recently Discharged Veterans Seeking VA
Health Care, NOISE Study
Role: **Consultant**

Department of Defense (ONR)(PI: Grill; **Co-PI: Spankovich** N000141812716)            2018-2019
Title: Request for Zeiss 880 confocal with Airyscan to study auditory/vestibular function
Role: **Co- Principal Investigator**, total awarded: $775,467
*Award for purchase of new confocal microscope

University of Mississippi Medical Center, Intramural Research Support (**PI:Spankovich**)  2017-2018
Title: Effects of Noise on Auditory Physiology & Perception
Role: **Principal Investigator**, total awarded $30,000 direct cost.

Edison Pharmaceuticals (PI: Le Prell)                                                  2014-2015
Title: A Phase 2 Randomized, Placebo Controlled Double Blind Study of the Protective Effects of EPI-743 (Vincerinone)
on Noise Induced Hearing Loss
Role: Co-Investigator, Lead Audiologist (0.30 FTE)

Sound Pharmaceuticals, Inc.        (PI: Le Prell)                                      2014-2015
Title: Temporary changes in function after music player use: performance on word-in-noise tests
Role: Co-investigator, Lead Audiologist (0.20 FTE)

American Silencer Foundation (**Co-PI: Spankovich**, Le Prell, Lobarinas)              July to Oct. 2014
Title: Sound Level Attenuation using Suppressors: Field Data
Role: **Co- Principal Investigator**, total awarded: $20,258 direct cost

Sound Pharmaceuticals, Inc.        (PI: Le Prell)                                      2012-2013
Title: SPI-1005 to Reduce Noise Induced Hearing Loss
Role: Co-Investigator and Lead Audiologist (0.30 FTE, completed November 2013)

National Institute of Health, National Institute on Deafness and Other Communication   2011-2013
Disorders (NIH-NIDCD), ARRA Supplement to U01 DC 008423 (PI: Miller)
Title: Micronutrient Intervention to Reduce Noise-Induced Hearing Loss
Role: Lead Audiologist (0.50 FTE)

Auris Medical
Title: Comparison of Single versus Repeat Doses of AM-101 in the Treatment                2011-2013
of Acute Inner ear Tinnitus (PI at UF: Antonelli)
Role: Lead Audiologist at UF Site

4

American Academy of Audiology Foundation   (**PI: Spankovich**)                    2010-2011
Student Investigator Research Award
Title: Type-1 Diabetes and Susceptibility to Noise Induced Hearing Loss
Role: **Principal Investigator**; Total Awarded: $5,000

National Hearing Conservation Association (**PI: Spankovich**)                    2008-2009
Student Research Award
Title: Type-1 Diabetes and Susceptibility to Noise Induced Hearing Loss
Role: **Principal Investigator**; Total Awarded: $1,500

American Academy of Audiology Foundation (**PI: Spankovich**)                    2008
Summer Research Fellowship Award
Title: Noise Exposure: Acute Insults and Delayed Neurodegenerative Outcomes
Role: **Principal Investigator** and Trainee; Mentor: Sharon Kujawa, Total Awarded: $2,500

## Publications

*Peer-Reviewed* (*student or resident)

1. Jordan J.*, Baiduc, R.R., **Spankovich, C.** (2022). Hearing screening age considerations for adults: National Health and Nutrition Examination Survey, *J Am Acad Audio*, 33 (2).

2. Trpchevska N. et al.,…**Spankovich, C.** (2022). Genome-wide association meta-analysis identifies 48 risk variants and highlights the role of the stria vascularis in hearing loss, *Am J Hum Genet*, 109 (6): 1077-1091. PMID: 35580588

3. Baiduc, R.R., Sun, J.W., **Spankovich, C.**, Vance, E.A. (2022). Tobacco, but neither cannabis smoking nor co-drug use, is associated with hearing loss in the National Health and Nutrition Examination Survey, 2011 to 2012 and 2015 to 2016, *Ear Hear*, pre-pub. PMID: 35383601

4. Shepherd, B.*, **Spankovich, C.**, Bishop, C.E., Su, D., Valle, K., Schweinfurth, J. (2022). Central auditory processing and relationship to perceived hearing difficulty: the Jackson Heart Study, *Otol Neurotol*, 43 (3): 295-303.

5. McManus, B.*, Harbarger, C., Prewitt, M.G., Baiduc, R., Block, D.*, Paul, O., **Spankovich, C.** (2021). Otoscopy and tympanometry outcomes from the National Health and Nutrition Examination Survey (NHANES), *Am. J Otolaryngol*, 43 (2), 103332. PMID: 34953248

6. **Spankovich, C.** & Walters, B.J. (2021). Mild therapeutic hypothermia and putative mechanisms of hair cell survival in the cochlea, *Antioxid Redox Signal*, prepub. PMID: 34619988.

7. Black, R.D., Bell, R.P., Riska, K.M., Spankovich, C., Peters, R.W., Lascola, C.D., Whitlow, C.T. (2021). The acute effects of time-varying caloric vestibular stimulation as assessed with fMRI, *Front Sys Neurosci*, prepub,. PMID: 34434093

8. Moore, C.* Pegues, J.*, Narisetty, V., **Spankovich, C.**, Jackson, L., Jefferson, G.D. (2021). Enhanced recovery after surgery nutrition protocol for major head and neck cancer surgery, *OTO Open*, 5(2). PMID 34212121

9. Ray, A.*, **Spankovich, C.**, Bishop, C.E., Su, D., Min, Y.I., Schweinfurth, J.M. (2021). Association between cardiometabolic factors and dizziness in African Americans: The Jackson Heart Study, *J. Am Acad Audiol*, prepub. PMID 34030194.

10. Stanford, J.K.*, Bosworth, N.A.*, Morgan, D.S.*, Chen, T., **Spankovich, C**. (2021). A clinically derived guinea

pig dosing model of cisplatin ototoxicity, *Hear Res*, prepub. PMID: 33621791.

11. Jordan, J.W.*, **Spankovich, C**., Stringer, S.P. (2021). Feasibility of implementing opioid stewardship recommendations for sinonasal surgery, Otolaryngol Head Neck Surg, 164 (4), 895-900. PMID 33138720

12. Stanford, J.*, Morgan, D.S.*, Bosworth, N.A.*, Proctor, G., Chen, T., Palmer, T.T.*, Thapa, P. Walters, B.J., Vetter, D.E., Black, R.D., Rogers, L.L., **Spankovich, C** (2020). Cool OtOprotective ear Lumen (COOL) Therapy for Cisplatin Induced Hearing Loss, *Oto Neuroto*, 42(3), 466-474. PMID 33351563

13. Eby, T.L., Arteaga, A.A.*, **Spankovich C.** (2020). Otologic and Audiologic Considerations for COVID-19, *Otolaryngol Head Neck Surg*, pre-pub. PMID 32396446

14. Buck, L.S.*, Stockton, S., **Spankovich, C**., Jordan, J.R. (2020). Pediatric orbital floor fracture and the oculocardiac reflex: experience from a level I trauma center, *Am. J. Otolaryngol* 41 (4). PMID 32485298

15. Sorrel, J.E.*, **Spankovich, C**., Bishop, C.E., Su, D., Valle, K., Schweinfurth, J.M. (2020). Stroke risk in African Americans with subclinical auditory dysfunction evidenced by Distortion Product Otoacoustic Emissions: The Jackson Heart Study, *Int J. Audiol*, pre-pub. PMID 32250182

16. **Spankovich, C.** & Le Prell, C.G. (2019). The role of diet in vulnerability to noise-induced cochlear injury and hearing loss, *JASA*, 145 (5). PMID 31795697.

17. Buck, L.S.*, Frey, H.*, Davis, M. Robbins, M., **Spankovich, C**., Narisetty, V., Carron, J.D. (2020). Characteristics and considerations for children with ankyloglossia undergoing frenulectomy for dysphagia and aspiration, *Am. J. Otolaryngol*, epub. PMID 31932026.

18. Curti, S.A.*, DeGruy, J.A.*, **Spankovich, C**., Bishop, C.E., Su, D., Valle, K., O'Brien, E, Min, Y.I., Schweinfurth, J.M. (2019). Relationship of overall cardiovascular health and hearing loss in the Jackson Heart Study, *Laryngoscope*, epub. PMID 31876299.

19. Nagategaal, A.P., Broer, L., Zihao, N.F., …**Spankovich, C.** (2019). Genome-wide association meta-analysis identified five novel loci for age-related hearing impairment, *Sci Rep*, 9 (1), 15192. PMID 31645637.

20. **Spankovich, C.** & Yerraguntla, K. (2019). Evaluation and management of patients with diabetes and hearing loss, *Semin Hear*, 40 (4), 208-314. PMID: 31602094.

21. Elangovan, S. & **Spankovich, C.** (2019). Diabetes and auditory-vestibular pathology, *Semin Hear*, 40 (4), 292-299. PMID: 31602092.

22. Morgan, D.S.*, Arteaga, A.A.*, Bosworth, N.A.*, Proctor, G., Vetter, D.E., Lobarinas, E., **Spankovich, C.** (2019). Repeated temporary thresholds shift and changes in cochlear and neural function, *Hear Res*, prepub, PMID 31437651.

23. Curti, S.A.*, Taylor, E.N.*, Su,D., **Spankovich, C.** (2019). Prevalence and characteristics associated with self-reported good hearing in a population with elevated audiometric thresholds, *JAMA Otolaryngol Head Neck Surg*, epub. PMID 31169892.

24. Bishop, C.E, **Spankovich, C**., Lin, F.R., Seals, S.R., Su, D., Valle, K., Schweinfurth, J.M. (2019). Audiologic profile of the Jackson Heart Study cohort and comparison to other cohorts, *Laryngoscope* epub. PMID 30339290.

25. Pitts, K.D.*, Arteaga, A.A.*, Stevens, B.P.*, White, W.C., Su, D., **Spankovich, C**., Jefferson, G.D., and Jackson, L.L. (2019). Frailty as a predictor of postoperative outcomes among patients with head and neck cancer, *Otolaryngol Head Neck Surg*, 160 (4), 664-671. PMID 30691350

26. **Spankovich, C**., Long, G.C., Hood, L.J. (2018). Early indices of reduced cochlear function in young adults with type-1 diabetes, *J. Am. Acad. Audio*, epub. PMID 30461415.

27. Smith, E.H.*, Bishop, C.E. **Spankovich, C.**, Su, D., Valle K., Schweinfurth J. (2018). The relationship of cardiometabolic risk and auditory processing in African Americans: The Jackson Heart Study, J. *Am Acad of Oto Head Neck Surg*, epub. PMID 30526309.

28. Ordemann A.G.*, Hartzog A.J., Seals S.R., **Spankovich C.**, Stringer S.P. (2018). Is weight predictive risk factor of postoperative tonsillectomy bleed?. *Laryngoscope Investig Otolaryngol*, 3 (3), 238-243. PMID 3006141.

29. Pitts K.D.*, Arteaga A.A.*, Hardy E.T.*, Stevens B.P.*, **Spankovich C.**, Lewis A.F. (2018). The effect of continuous positive airway pressure therapy on nasal patency, *Int Forum Allergy Rhinol*, Epub. PMID 29897663.

30. Le Prell, C.G., Siburt, H.W., Lobarinas, E., Griffiths, S., and **Spankovich, C.** (2018). No reliable association between recreational noise exposure and threshold sensitivity, distortion product otoacoustic emissions amplitude, or word-in-noise performance in a college-student population, *Ear Hear*, Epub. PMID 29543608.

31. **Spankovich, C.**, Gonzalez V.B., Su, D., Bishop, C.E. (2017). Self-reported hearing difficulty, tinnitus, and normal audiometric thresholds. The National Health and Nutrition Examination Survey, 1999-2002. Hear Res. Epub. PMID 29254853.

32. House, L.*, Bishop, C.E **Spankovich, C.**, Su, D., Valle, K., and Schweinfurth, J.M. (2017). Tinnitus and its risk factors in African Americans: The Jackson Heart Study, *Laryngoscope*, Epub, PMID: 29193110.

33. McKay, D., Kim S., Manusci, L., Storch, E.A., **Spankovich, C.** (2017). Profile analysis of psychological symptoms associated with misophonia: a community sample, Behv. Therapy, epub. PMID: 29530266.

34. Bishop, C.E., Hamadain, E., Galster J.A., Johnson, M.F., **Spankovich, C.**, and Windmill, I. (2017). Outcomes of hearing aid use by individuals with unilateral sensorineural hearing loss (USNHL), *J Am Acad Audiol* 28(10), 941-949. PMID: 29130442.

35. Sorrel, J.E.*, Bishop, C.E., **Spankovich, C.**, Su, D., Valle, K., Seals S., and Schweinfurth, J.M. (2017). Relationship of stroke and hearing loss in African Americans: The Jackson Heart Study*, Laryngoscope*, Epub, PMID 28990660.

36. **Spankovich, C.** Bishop, C., Johnson, M.F., Elkins, A., Su, D., Lobarinas, E., Le Prell, C.G. (2017). Relationship between dietary quality, tinnitus, and hearing level: data from the national health and nutrition examination survey, 1999-2002, *Int J Audiol* 27, 1-7. PMID28553744.

37. **Spankovich, C.** Le Prell, C.G., Lobarinas, E., and Hood, L.J. (2017). Noise history and auditory function in young adults with and without type-1 diabetes mellitus, *Ear Hear*, PMID 28678080.

38. Kil, J., Lobarinas, E., **Spankovich, C.**, Griffiths, S.K., Antonelli, P.J., Lynch, E.D., and Le Prell, C.G. (2017). Safety and efficacy of ebselen for the prevention of noise-induced hearing loss: a randomized, double-blind, placebo-controlled, phase 2 trial, *Lancet*, PMID28716314.

39. Lobarinas, E., **Spankovich, C.**, Le Prell, C.G. (2016). Evidence of "hidden hearing loss" following noise exposure that produce robust TTS and ABR wave-I amplitude reductions, *Hear Res*. PMID 28003148.

40. Le Prell, C.G., Fullbright, A., **Spankovich, C.**, Griffiths, S., Lobarinas, E. Campbell, K.C.M., Antonelli, P.J., Green, G.E., Guire, K., and Miller, J.M. (2016). Dietary supplement comprised of B-carotene, vitamin C, vitamin E, and magnesium: failure to prevent music-induced temporary threshold shift. *Audiology & Neurotology Extra* 6, 20-39. PMID 27990155.

41. **Spankovich, C.**, Lobarinas, E., Ding, D., Salvi, R., and Le Prell, C.G. (2016). Assessment of thermal treatment via irrigation of external ear canal to reduce cisplatin-induced hearing loss, *Hear Res*. PMID 26639015.

42. Lobarinas, E., Scott R., **Spankovich, C.**, and Le Prell, C.G. (2016). Differential effects of suppressors on

hazardous sound pressure levels generated by AR-15 rifles: Considerations for recreational shooters, law enforcement, and the military, *Int J Audiol*. 55, Suppl: S59-71.  PMID 26821935.

43. Lobarinas, E., Blair, C., **Spankovich, C.**, and Le Prell, C.G. (2015).  Partial to complete suppression of unilateral noise induced tinnitus in rats after cyclobenzaprine treatment, *J Assoc Res Oto.*, 16 (2), 263-272. PMID 25526855.

44. **Spankovich, C.** (2014).  The role of nutrition in healthy hearing, SIG 6, *Perspectives on Hearing and Hearing Disorders: Research and Diagnostics, ASHA*, 18, 27-34.

45. **Spankovich, C.** and Le Prell, C. G. (2014).  Associations between dietary quality, noise, and hearing: data from the National Health and Nutrition Examination Survey 1999-2002. *International Journal of Audiology,* PMID 24975234.

46. **Spankovich, C**., Griffiths, S., Lobarinas, E., Morgenstein, K.E., de la Calle, S., Ledon, V., Guercio, D., Le Prell, C.G. (2014).  Temporary threshold shift after impulse-noise during video game play: laboratory data. *International Journal of Audiology*, 53, S53-65. PMID 24564694.

47. Le Prell, C.G., **Spankovich, C.**, Lobarinas, E., Griffiths, S.K. (2013). Extended high frequency thresholds in college students: effects of music player use and other recreational noise *J. Am Acad of Audio, 24(8,) 725-739*. PMID 24131608.

48. **Spankovich, C.** and Le Prell, C.G. (2013).  Healthy diets, healthy hearing: National health and nutrition examination survey, 1999-2002. *International Journal of Audiology,* 52, 369-76. PMID:  23594420.

49. **Spankovich, C**., Hood, L. J., Silver, H. J., Lambert, W., Flood, V., and Mitchell, P (2011).  Associations Between Diet and Both High and Low Pure Tone Averages and Transient Evoked Otoacoustic Emissions in an Older Adult Population-based Study. J. *Am Acad Audiol. 22, 49-58.* PMID 21419069.

50. Gopinath, B., Flood V. M., McMahon, C. M., Burlutsky,  G., **Spankovich, C.**, Hood, L. J., and Mitchell, P (2011).  Dietary Antioxidant Intake is Associated with Prevalence but not Incidence of Age-Related hearing Loss *J. Nutr Health Aging*, 15 (10), 896-900. PMID 22159779.

51. Polley, D. B., Hillock, A. R., **Spankovich, C**., Popescu, M. V., Royal, D. W., and Wallace, M. T. (2008). Development and Plasticity of Intra- and Inter-Sensory Information Processing *J. Am Acad Audiol*. 19 (10), 780-798. PMID 19358458.

52. **Spankovich, C**., Hood, L. J., Grantham, D.W., and Polley, D.B. (2008).  Application of Frequency Modulated Chirp Stimuli for Rapid and Sensitive ABR Measurements in the Rat, *Hear Res.* 245 (1-2), 92-7. PMID 18812220.

53. McLean M. J., Engström E., **Spankovich C**, Qinkun Z. and Polley D. B. (2008*).* Effects of a Static Magnetic Field on Audiogenic Seizures in Black Swiss Mice.  *Epilepsy Res.* 80 (2-3), 119-31. PMID 18561409.

54. **Spankovich, C**. & Lustig L. R. (2007).  Restoration of Brain Stem Auditory Evoked Potential in Maple Syrup Urine Disease, *Otol & Neurotol.* 28 (4), 566-9. PMID 17414178.

*Non-Peer Reviewed*

1. **Spankovich, C.** and Arteaga, A.A. (2022). COOL therapy for cisplatin-induced hearing loss, ENT & Audiology News, July 2022. https://www.entandaudiologynews.com/features/audiology-features/post/cool-therapy-for-cisplatin-induced-hearing-loss

2. **Spankovich, C**., Faucette, S, Escabi, C., Lobarinas, E. (2021). Psychoacoustics of tinnitus: lost in translation, Acoustics Today, Spring 17 (1), 35-42.

3. **Spankovich, C.** (2020). "Normal" Hearing and Hearing Loss, Audiology Today, Sept-Oct.

4. **Spankovich, C.** (2020). Otolaryngology and Audiology: A Direct Access Future, Audiology Today, Mar-Apr.

5. **Spankovich, C.** (2019). Tinnitus-Developing a Practical Management Protocol, 20 Q with Gus Mueller, *Audiology Online*, Sept.

6. **Spankovich, C.** (2019). Eyes, Ears, and Teeth, *Audiology Today*, Jan-Feb.

7. Beck, DL, Danhauer, JL, Abrams, HB, Atcherson SR, Brown, DK, Chasin, M,...**Spankovich, C.** (2018). Audiologic considerations for people with normal hearing sensitivity yet difficulty hearing and/or speech-in-noise problems, *Hearing Review*, Sept 21, 2018.

8. **Spankovich, C.** (2018). Eyes and Ears, *Audiology Today*, Mar-Apr.

9. **Spankovich, C**. and Le Prell CG. (2017). Perspectives on Perceived Hearing Loss with Normal Hearing, *Audiology Today*, Nov-Dec.

10. **Spankovich, C.** (2017). The Role of Nutrition in Healthy Hearing, *ASHA Access Audiology*, March.

11. **Spankovich, C.** (2017). Site of Lesion Teasing, *Audiology Today*, Mar-Apr, 72-75.

12. **Spankovich, C**. (2016). Understanding the Appropriate Application of OAE CPT Codes, *Audiology Today,* Nov-Dec, 64-65

13. **Spankovich, C.** (2016). Nutrition, physical activity, and hearing health: Helping the world hear, *Innovations* 6 (2), 38-44.

14. **Spankovich, C.** and Dhar, S. (2016). The finer points of DPOAE fine structure, *Audiology Today*, (May-June)

15. **Spankovich C.** and Hall J.W. 3rd**.** (2014).  The Misunderstood Misophonia, *Audiology Today*, July-August.

16. **Spankovich C**. (2013). Future Leaders Unite. Audiology Today, January-February 2013.

17. **Spankovich, C.** (2013). In Review: Student Research Forum 2013, Audiology Today, September-October.

18. **Spankovich, C**. (2012).  Healthy Eating Makes for Healthy Hearing: Today's Special, *Audiology Online*, November 2012.

19. **Spankovich, C**. (2012).  Healthy Eating Makes for Healthy Hearing: The Recipe, *Audiology Online*, October.

20. **Spankovich, C**. (2012).  Audiology Global Health Update, *Audiology Today*, May-June, 20-29.

21. **Spankovich, C**. (2011). You Ear What You Eat!, *Audiology Today*, July-August, 32-41.

22. **Spankovich, C**. (2011). Public Health in Audiology, *Audiology Today*, March-April, 32-35.

23. **Spankovich, C**. (2005). Doctor of Audiology Education: Formula for Change, *NAFDA News*, 5-6

24. Killion MC, **Spankovich C**, and Schau N. (2004).  Speechmap Measurements on Seven First Fit Digital Hearing Aids, Elk Gove Village, IL, Etymotic Research.

25. **Spankovich, C**. (2004).  Audiology:  The Quest for Professional Sovereignty, *Feedback* 14 (4), 22-27 and *Audiology Online*

*Book Chapters*

1. Jansen, C., Le Prell, C.G., and **Spankovich** (2022). Health Determinants of Tinnitus. In Hall J.W. and Deshpande, A. Recent Advancements in Tinnitus, Plural Publishing, San Diego, CA.

2. Morata, T.C., Le Prell, C.G., **Spankovich, C**., Fuente, A (2022).  Ototoxicity and Otoprotection: Complex interactions between noise and chemicals.  In:  Noise Manual (chapter written in 2013)

3. Ohlemiller, K. & **Spankovich, C.** (2019). The Aging Auditory System. In Fay R.S. and Popper, A.N. (Eds.) Springer Handbook of Auditory Research. New York, NY.

4. **Spankovich, C** (2018). Tinnitus and Sound Sensitivity. In Galster J. (Ed.), Audiology: Treatment. Thieme, New York, NY.

5. Hillock-Dunn, A. & **Spankovich, C** (2016). Prevention of hearing loss in pediatric populations. In Tharpe A.M. (Ed.), Comprehensive Handbook of Pediatric Audiology, 2nd Edition. Plural Publishing.

6. **Spankovich, C.** (2015).  Role of nutrition in healthy hearing: dietary antioxidants and more. In Miller, J. (Ed.), Free Radicals in ENT Pathology, Springer.

7. Le Prell, C.G. & **Spankovich, C**. (2013).  Noise-induced hearing loss: detection, prevention, and management. In: de Souza, C. (Ed.), Otology-Neurotology. Thieme, New York, NY.


*Uncredited Works (limited selection)*

1. Tinnitus? Or Notched or Sloped Hearing Loss?, *In the News*, Am Acad of Audiology, audiology.org, May 27, 2020.

2. COVID-19: Considerations for Treatments Using Quinine Derivatives and Other Ototoxic Compounds, *Academy News*, Am Acad of Audiol, audiology.org, April 20, 2020.

3. Hearing Aids and Cognitive Function, *In the News*, Am. Acad of Audiology, audiology.org, March 4, 2020

4. Top Dogs: Preventing Hearing Loss, *In the News*, Am Acad of Audiology, audiology.org, November 26, 2019.

5. Marijuana and tinnitus, *In the News*, Am Acad of Audiology, audiology.org, November 21, 2019.

6. Eerie Experience of the Ear (Inner), *In the News*, Am Acad of Audiology, audiology.org, October 31, 2019.

7. Ototoxicity and Quality of Life for Cancer Survivors, *In the News*, Am Acad of Audiology, audiology.org, October 7, 2019.

8. Conductive Hearing Loss and Speech Intelligibility, *In the News*, Am Acad of Audiology, audiology.org, September 16, 2019.

9. Pure tone Average and Speech in Noise, *In the News*, Am Acad of Audiology, audiology.org, September 5, 2019.

10. Surfer's Ear-External Auditory Exostoses, *In the News*, Am Acad of Audiology, audiology.org, August 19, 2019.

11. I Hear Fine, Others Need to Just Stop Mumbling, *In the News*, Am Acad of Audiology, audiology.org, June 18, 2019.

12. What is the Best Approach to Tinnitus Management, *In the News*, Am Acad of Audiology, audiology.org, May 28, 2019.

13. There is an App for That Too!, *In the News*, Am Acad of Audiology, May 3, 2019.

14. Sound Approach to Treating Alzheimer's Disease, *In the News*, Am Acad of Audiology, March 17, 2019.

15. Shocking Tinnitus Treatment Approaches, *In the News*, Am Acad of Audiology, March 5, 2019.

16. Ears and Brain, *In the News*, Am Acad of Audiology, October 23, 2019.

17. Can Zombies Hear?, *In the News*, Am Acad of Audiology, October 22, 2019.

18. Warm Coffee with Your Warm Caloric, *In the News*, Am Acad of Audiology, July 6, 2018.

19. Hears to Your Health, *In the News*, Am Acad of Audiology, June 15, 2018.

20. The Listening Project: Interview with Jane Madell, PhD, *In the News*, Am Acad of Audiology, May 16, 2018.

21. Eyes and Ears-Letter to the Editor, *In the News*, Am Acad of Audiology, March 22, 2018.

## Conference and Other Presentations (role noted)

1. Arteaga, A.A.*, Beatrous, B.*, Eby, T.L., Smith, J., Yoder, M. Meritt, R., Molinaro, N., **Spankovich, C.** (2022). Ear Level Cooling and Intracochlear Temperature Modulation, American Auditory Society, Scottsdale, AZ.

2. **Spankovich, C.** (2021). Tinnitus Management, Newfoundland and Labrador Association of Speech-Language Pathologist and Audiologist (Keynote Speaker), September 23, 2021.

3. **Spankovich, C.** (2021). Holistic Approach to Tinnitus Management, Signia Tinnitus Workshop (Keynote Speaker). June 24, 2021.

4. **Spankovich, C.**, Eby, T., Gonzalez, V., Bishop, C., and Elkins, A (2020). Grand rounds: Tinnitus evaluation and management, in partnership with UMMC (Invited Speakers). July 16, 2020, Audiology Online.

5. **Spankovich, C.** (2020). Ask the Expert Series: Hydroxychloroquine and tinnitus (Invited Speaker), Audigy Virtual Meeting. June 1, 2020.

6. Stanford, J., Morgan, D., Bosworth, N., Thapa, P., Chen, T., Proctor, G., Walters, B.J., Vetter, D.E., Black, R., Rogers, L., **Spankovich, C.** (2020). Cool Otoprotective Outer Ear Lavage (COOL) Therapy for Cisplatin Induced Hearing Loss. (Virtual Poster) Am Otological Society at COSM. **Won 3rd Place.**

7. Stanford, J., Morgan, D., Bosworth, N., Thapa, P., Chen, T., Proctor, G., Walters, B.J., Vetter, D.E., Black, R., Rogers, L., **Spankovich, C.** (2020). Cool Otoprotective Outer Ear Lavage (COOL) Therapy for Cisplatin Induced Hearing Loss. (Poster) ARO MidWinter Meeting, San Jose, CA.

8. **Spankovich, C.** (July 2019). Approaches to Tinnitus Management (Invited Speaker). Signia Student University, Piscataway, NJ.

9. **Spankovich, C.** (June 2019). Tinnitus Evaluation and Management Workshop (Keynote Speaker). Signia, Chicago IL.

10. **Spankovich, C.** (April 2019). Translational Research in Synaptopathy (Invited Speaker), Central Institute of the Deaf, Washington University of St. Louis, St. Louis, MO.

11. Morgan, D., Bosworth, N., Arteaga, A., Proctor, G., Vetter, D., **Spankovich, C** (February 2019). Evidence of conditioning in preventing synaptopathy (Podium), American Auditory Society, Scottsdale, AZ.

12. **Spankovich, C.** (January 2019). Translational Research in Synaptopathy, Callier Center Flash Talk (Invited Speaker), UT-Dallas Callier Center, Dallas, TX.

13. **Spankovich, C.** (October 2018). Epidemiology of "Hidden Hearing Loss" (Podium), World Congress of Audiology, Cape Town, South Africa.

14. **Spankovich, C**. (March 2018). Epidemiology of Hidden Hearing Loss (Podium), American Auditory Society, Scottsdale, AZ.

15. **Spankovich, C.** & Hall JW III (April 2018). Tinnitus Assessment and Management is Primary Care Audiology (Podium), American Academy of Audiology, AAA, Nashville, TN.

16. **Spankovich, C.** (July 2017). Translational Research in Synaptopathy and Tinnitus Management (Invited Keynote Speaker), Colorado Academy of Audiology, Summer Symposium, Denver, CO.

17. **Spankovich, C**. & Hall JW III (April 2017). Tinnitus Assessment and Management is Primary Care Audiology (Podium), American Academy of Audiology, Audiology Now!, Indianapolis, IN.

18. **Spankovich C.,** Lobarinas E., Fullbright A. (April 2017). Translational Research in Noise and Synaptopathy (Podium), American Academy of Audiology, Audiology Now!, Indianapolis, IN.

19. **Spankovich, C**., McNichol, L, Johnson MF, Schweinfurth J, Bishop CE (March 2017). Jackson Heart Study: Central Auditory Processing Deficits and Normal Hearing (Podium and Poster), American Auditory Society, Scottsdale, AZ.

20. **Spankovich, C** (November 2016). Dietary and Lifestyle Factors in Healthy Hearing and Tinnitus (Invited Speaker), North Carolina Audiology Fall Conference, Durham NC.

21. Le Prell, C.G. and **Spankovich C**. (November 2016). Hearing (Loss) & Nutrition: Does Healthy Eating Support Healthy Hearing (Invited Speaker), ASHA Conference, Philadelphia, PA.

22. **Spankovich C**. (October 2016). Dietary Factors in Hearing and Tinnitus (Invited Speaker), Michigan Audiology Coalition Conference, East Lansing, MI.

23. **Spankovich C**. (October 2016). Management of the Sound Sensitivity Patient (Invited Speaker), Michigan Audiology Coalition Conference, East Lansing, MI.

24. **Spankovich C**. (September 2016). Tinnitus overview and management (Invited Speaker), Louisiana Academy of Audiology, New Orleans, LA.

25. **Spankovich C.,** Le Prell, C.G., Lobarinas E., Bishop C. (April 2016). Association between dietary quality and tinnitus, NHANES 1999-2002 (Podium), American Academy of Audiology, Audiology Now!, Phoenix, AZ.

26. **Spankovich, C.** (March 2016). Type-1 diabetes and hidden hearing loss (Podium), American Auditory Society Meeting, Scottsdale, AZ.

27. **Spankovich, C.** (February 2016). Nutrition + Lifestyle: Roles in risk modification of hearing loss and tinnitus (Invited Speaker), Joint Defense Veterans Audiology Conference, St. Louis, MO.

28. **Spankovich, C.** (October 2015). We hear with our brain not our ears: Misophonia primer (Invited Speaker), Misophonia Conference, Chicago, Illinois.

29. **Spankovich C**.  (July 2015) Sound approaches to tinnitus management (Invited Speaker), Sivantos Student University, Piscataway, New Jersey.

30. **Spankovich, C**., Lobarinas, E., Le Prell, C.G. (March 2014). Signal detection in noise in rats following TTS (General Poster), American Auditory Society Meeting.

31. **Spankovich, C**. (February 2014). Health Determinants of Hearing Loss: Identification and Modification (Invited Speaker), Georgia Academy of Audiology.

32. Lobarinas, E., **Spankovich, C**., Le Prell, C.G. (February 2015). Normal thresholds but poorer hearing in noise in rats following a "deaffernating" noise exposure (General Poster), Association for Research in Otolaryngology.

33. Le Prell, C.G., **Spankovich, C** White, K., and Lobarinas, E. (February 2015). Prevention of hearing loss using dietary supplements (General Poster), Association for Research in Otolaryngology.

34. Kil, J.,Lynch, ED, Griffiths S, Lobarinas E, **Spankovich, C**., Antonelli PJ, and Le Prell C.G. (September 2014). Efficacy of SPI-1005 for Prevention of noise induced hearing loss: Phase 2 clinical trial results (Podium Contributor), American Academy of Otolaryngology-HNS Annual Meeting.

35. **Spankovich, C**. (August 2014).  The still misunderstood misophonia (Invited Speaker), Florida Academy of Audiology

36. **Spankovich, C**. (July 2014). Sound approach to tinnitus (Invited Speaker), Siemens Student University, Piscataway, New Jersey

37. **Spankovich, C**. (May 2014). Risk factors for susceptibility to acquired hearing loss (Invited Speaker), Arkansas Academy of Audiology

38. **Spankovich, C**. (May 2014). The relationship between nutrient enhanced diet and dietary quality with hearing sensitivity (Invited Speaker), Arkansas Academy of Audiology

39. Lobarinas E., Le Prell C.G., **Spankovich C**., Scott, R.L. (April 2014). Extreme sound pressure levels: The underestimated hearing hazard of firearms (Podium Contributor), American Academy of Audiology, Audiology Now!

40. **Spankovich, C**. (April 2014).  Effect of Localized Thermal Exposure on Cisplatin Induced Ototoxicity (Speaker), American Academy of Audiology, Audiology Now!

41. **Spankovich, C**. (April 2014). Holistic Approach to Tinnitus (Speaker), American Academy of Audiology, Audiology Now!

42. **Spankovich, C**. (April 2014). Telehealth Principles and Practices Applied in Audiology (Speaker), American Academy of Audiology, Audiology Now!

43. Le Prell, C.G., Lobarinas, E., **Spankovich, C**., and Scott R.L. (February, 2014). Quiet down. The effects of rifle barrel length and suppressors on AR-15 sound level measurements (Contributor). Annual National Hearing Conservation Association Conference.

44. **Spankovich, C**., Lobarinas, E., Le Prell, C. (February 2014). Diametric Effect of "Localized" Thermal Exposure on Cisplatin Induced Ototoxicity (Poster), Association for Research in Otolaryngology Midwinter Meeting.

45. Le Prell, C., White, K., Simmons, C., Babcock, T., Park, Y., **Spankovich, C**. (March 2014).  Hearing loss in C57BL6/J Mice is not Influenced by Dietary Supplement with ACEMg or CEMg (Poster), Association for Research in Otolaryngology Midwinter Meeting.

46. **Spankovich, C**. (October 2013).  Food for thought and good hearing (Invited Speaker), Michigan Audiology Coalition Conference.

13

47. **Spankovich, C.** (October 2013). Everything You Wanted to Know About OAEs, But Were Afraid to Ask! (Invited Speaker), Scott Haug Foundation, New Braunfels, Texas.

48. **Spankovich, C.** (August 2013). The Misunderstood Misophonia (Invited Speaker), Florida Academy of Audiology.

49. **Spankovich, C.** (April 2013). Tinnitus (All the Buzz). American Academy of Audiology (Speaker), Audiology Now!

50. **Spankovich, C.**  (April 2013). What Kind of Audiologist Will I Be? (Speaker), American Academy of Audiology, Audiology Now!

51. **Spankovich, C.** (February 2013). Healthy Diet = Healthy Ears? (Speaker), National Hearing Conservation Association Conference.

52. Le Prell C.G., Lobarinas, E., Griffiths S., and **Spankovich, C**. (February 2013). Effects of recreational noise on otoacoustic emission and high frequency thresholds (Contributor). National Hearing Conservation Association Conference.

53. **Spankovich, C.,** Le Prell, C.G., Lobarinas, E., Boa, J., Ohlemiller, K., and Campbell, K. (February 2013). Can't I Just Take A Pill for That? (Invited Speaker), National Hearing Conservation Association Workshop.

54. Morgenstein K., de la Calle, S., Guercio D., Ledon V., Le Prell C.G., Griffiths S.K., and **Spankovich, C.** (February 2014).  Impulse noise paradigm developed for otoprotection trials (Student Poster), National Hearing Conservation Association Conference.

55. **Spankovich, C.** (January 2013). Early Detection of Hearing Loss with OAEs, Audiology Online.

56. **Spankovich, C.** (August 2012). Basic Science of Audiologic Diagnostics (Invited Speaker), Florida Academy of Audiology.

57. **Spankovich, C.** (March 2012).  Intro to Public Health in Audiology (Invited Speaker & Moderator), American Academy of Audiology, Audiology Now!

58. **Spankovich, C**. and Le Prell C.G. (March 2012).  Diet and Hearing: National Health and Nutrition Examination Survey, 2001-2002 (General Poster), American Auditory Society Meeting.

59. **Spankovich, C**. (January 2012).  You Ear What You Eat (Invited Speaker).  Georgia Academy of Audiology.

60. **Spankovich, C**., Hood, L.J., and Long, G. R. (March 2011).  Sex, Noise, and DPOAE Fine Structure (General Poster).  American Auditory Society Meeting.

61. Gerhardt, K., Henderson, D., and **Spankovich, C**. (February 2011).  Hearing Conservation: Innovative Teaching Strategies (Invited Speaker).  National Hearing Conservation Association Conference.

62. **Spankovich, C**., Long, G. R., Talmadge, C. L., and Hood, L. J. ( February 2011). Early Indices of Auditory Pathology in Young Adults with Type-1 Diabetes (General Poster).  National Hearing Conservation Association Conference.

63. **Spankovich, C**., Hood, L. J., Silver, H. J., Lambert, W., Flood, V., and Mitchell, P. (April 2009).  Dietary intake and auditory function in an adult population (Invited Speaker).  American Academy of Audiology, AudiologyNow!

14

64. **Spankovich, C**., Hood, L. J., Liberman, M. C., and Kujawa, S. G. (March 2009). Consequences of noise-induced neural degeneration on peripheral auditory processing (NIH Mentored Poster, Mentor: Kujawa). American Auditory Society Annual Meeting.

65. **Spankovich, C**., Hood, L. J., Grantham, D. W., and Polley, D. B. (March 2008). Application of Frequency Modulated Chirp Stimuli for Rapid and Sensitive ABR Measurements In the Rat. (General Poster). American Auditory Society Annual Meeting.

66. **Spankovich, C**. & Lustig L. R. (February 2007). Restoration of brain stem auditory evoked potential in maple syrup urine disease (General Poster). Association for Research in Otolaryngology MidWinter Meeting.

67. Shafiro V, **Spankovich C**., and Meirele E (2005). Effects of training on the perception of spectrally smeared environmental sounds (General Poster). Conference on Implantable Auditory Prostheses.

## Reviewing and Editorial Experiences

**Associate Editor: International Journal of Audiology, 2019-present**

**Editorial Advisor: Audiology Today, 2011-2015; 2016-2020**

**Invited Guest Editor: Ear and Hearing, 2018**

Ad hoc manuscript review: Scientific Reports, 2018-present

Ad hoc manuscript review: Journal of the Acoustical Society of America, 2018-present

Ad hoc manuscript review: Journal of the American Academy of Audiology, 2011-present

Ad hoc manuscript review:  Ear and Hearing, 2010-present

Ad hoc manuscript review:  International Journal of Audiology, 2011-present

Ad hoc manuscript review: American Journal of Clinical Nutrition, 2013-present

Ad hoc manuscript review: Otology and Neurotology, 2014-present

Ad hoc manuscript review: Hearing Research, 2016-present

Ad hoc manuscript review: Anatomical Record, 2014-present

Ad hoc manuscript review: PLOS one, 2014-present

Ad hoc manuscript review: American Journal of Audiology, 2016-present

Ad hoc manuscript review: Journal of the American Geriatrics Society, 2015-present

Ad hoc manuscript review: Therapeutic Hypothermia and Temperature Management, 2017-preseent

### *Grant Review Panels*

| | |
|---|---|
| CDC: National Center on Birth Defects and Developmental Disabilities (DD17-001) | 2018 |
| DOD: MRDC-BAA CRM CT Panel: Hearing Regeneration | 2018 |
| DOD: MRMC Auditory Health Panel | 2020 |

| | |
|---|---|
| DOD: MRDC Auditory Health Panel | 2021 |
| DOD: MRDC Auditory Health Panel | 2021 |

**Teaching Experience**

*Research Conference,* Conference Series, Otolaryngology Resident Program, **University of Mississippi Medical Center**, 2015- present

*Tinnitus Considerations for ENT*, Lecture, Otolaryngology Resident Program, **University of Mississippi Medical Center**, 2017, 2020

*Sound Sensitivity for ENT*, Lecture, Otolaryngology Resident Program, **University of Mississippi Medical Center**, 2018

*Dentistry and Hearing Considerations,* Lecture, Dentistry Residents and 1st Year Dentistry Students, DENT 622, **University of Mississippi Medical Center**, Summer and Fall 2019, Fall 2020

*Tinnitus and Sound Sensitivity*, AUD6508, Course Director, **NOVA Southeastern University**, Winter 2018, Summer 2019, Fall 2019, Fall 2020.

*Tinnitus and Hyperacusis: Rehabilitation*, Instructor, **Salus University**, Fall 2015; Spring 2021.

*Medical Audiology*, ACSD 723, Course Director, **Towson University**, Spring 2021.

*AuD Extern Professional Development*, Director, **University of Mississippi Medical Center**, 2015-present Monthly Seminar Series as part of Audiology Externship. Topics include basic science if audiometry, advanced immittance measures, advanced otoacoustic emissions, advanced electrophysiology, CV and resume design, interviewing tips, etc.

*Tinnitus*, SPA6581, Course Director, **University of Florida**, Doctor of Audiology Program, Summer 2014, Fall 2014, Summer 2015

*Audiometry and Hearing Disorders*, SPA4302, Course Director, **University of Florida**, Communication Sciences and Disorders Undergraduate, Fall 2013, Spring 2014, Spring 2015; Also, distance learning version Spring 2014

*Current Issues in Audiology*, SPA 6315, Course Director, **University of Florida**, Doctor of Audiology Program, Spring 2013

*Medical Audiology*, SPA6311, Course Director, **University of Florida**, Doctor of Audiology Program, Summer 2012, 2013, Spring 2014; Also distance learning version Spring 2014, Fall 2015, Fall 2016, Spring 2017, Fall 2018

*Clinical Decisions Making*, SPA5315, Course Director, **University of Florida**, Doctor of Audiology Program, Summer 2012, 2013, Spring 2014

*Auditory System Anatomy and Physiology*, SPA5102, Course Director, **University of Florida**, Doctor of Audiology Program, Fall 2011, 2012, 2013, 2014

*Vestibular System Anatomy and Physiology*, SPA5102, Course Director, **University of Florida**, Doctor of Audiology Program, Fall 2013, 2014

*Counseling Adults and Children with Hearing Loss*, SPA6581, Course Director, **University of Florida**, Doctor of Audiology Program, Spring 2011, 2012, 2013

*Integrative Aging Physiology*, GMS6417, **University of Florida**, Lecturer, Fall 2013

*Sound and Hearing*, **Vanderbilt School of Math and Science**, 2008-2010

*Hereditary Hearing Loss*, MED.AUD.5303 Co-Instructor, **Vanderbilt University**, Doctor of Audiology Program, Fall 2009

*Hearing Conservation*, MED.AUD.5343, Co-Instructor, **Vanderbilt University**, Doctor of Audiology Program, Spring 2009

*Hereditary Hearing Loss*, MED.AUD.5303, Teaching Assistant, **Vanderbilt University**, Doctor of Audiology Program, Fall 2008

## Student Projects Directed or Co-Directed (AuD and PhD only) Student Name Italicized

*Kelley J, Jolley M*., and Spankovich, C. (2015).  The correlation between dietary intake and high frequency audiological results in young adult population, AuD Project. **Student Research Forum Award at the American Academy of Audiology Meeting**

*Srinivasan S*., Spankovich C., Smith DW (2014).  Effects of cross-modal selective attention on DPOAE fine structure, PhD Project Srinivasan S.

*Vrooman SD, Marcus AE, Christ KL*, and Spankovich C. (2013).  Correlation between diet and auditory function in young adult population, AuD Project. Presented at PHHP Research Day.

*de la Calle S*. and Spankovich C. (2012). Validity and fidelity of rolled tissue paper as hearing protection device, AuD Project. Presented at PHHP Research Day.

*Longstreet L, Lustik E, Silcox E,* and Spankovich C. (2011).  Sex, Noise, and OAEs. AuD Project.

## PhD Student Committees

| | | |
|---|---|---|
| White, Karessa | Member | University of Florida |
| Bishop, Charles | Reader | University of Mississippi |
| Bornman, Maria | Reader | University of Pretoria, South Africa |
| Graham Casey | Member | University of Mississippi |
| Charles Barnes | Member | University of Mississippi |

## AuD Students Precepted (Clinical Supervision, limited selection)

*University of Florida*
Caitlin Simmons
Angela Vandoli
Samantha Vroomna
Kelsey Christ
Sasha Allen
Janelle Kelley
Erika Ortiz
Meghan Jolley
Ryan Funderburk
Natalie Carrie
Melissa Autcher
Laura Davison

William Speer
Daniel Nast
Yunea Park
Heather Simmons
Brooke Lewandowski
Mitch Aquilina

*University of Mississippi Medical Center*
Kayla Fuzer
Pablo Galicia
Tracy Hoeppner
Cassie Bedore
Aubrey Ellis
Michelle Wong
Sarah Willis
Ashley McDonald
Catherine Sassano
Lauren Langan
Ashleigh Harrison
Clarissa Story
Kendra Stubbins

## Professional Associations Membership

American Speech-Language-Hearing Association, Certified Member, 2002-2007, 2011-present

American Academy of Audiology, Fellow, 2002- present

American Auditory Society, member, 2006 - present

Association for Research in Otolaryngology, Member, 2006-present

Florida Academy of Audiology, Member, 2011-2015

Illinois Academy of Audiology, Student Member, 2002-2006

National Association of Future Doctors of Audiology, Member, 2002-2006

## Professional Activities (bold denotes leadership)

**American Academy of Audiology, Board of Directors, 2020-2023**

American Auditory Society, Communications Committee, Member, 2018-2020

Phonak eAudiology Expert Circle, Sonova Group, Member, 2018-present

American Academy of Audiology, Student Research Review Panel, 2017-2018

American Academy of Audiology, Policy Practice Advisory Council, Member, 2015-present

Department of Defense, Hearing Center of Excellence, Pharmaceutical Interventions for Hearing Loss, Member, 2012-present

American Academy of Audiology, Featured Session Committee, Member, 2014

American Academy of Audiology, Tele-audiology Taskforce, Member, 2014-2016

American Academy of Audiology, Government Relations Committee, Member, 2013-2019

**American Academy of Audiology, Student Development Committee, Chair, 2012**

American Academy of Audiology, Student Development Subcommittee, Member, 2011

**American Academy of Audiology, Student Research Committee, Chair, 2010**

Mississippi Department of Health, Early Intervention Program, Early Hearing & Detection Intervention Advisory Council, 2017-present

The Audiology Project (TAP), Chronic Disease and Hearing & Balance, Team member, 2016-present

**National Association of Future Doctors of Audiology, National Vice President, 2004-2005**

National Association of Future Doctors of Audiology, Rush University Chapter, Founding President, 2003-2004

**Academic Service and Committees**

Graduate Council, Member as Director of new Doctor of Audiology Program, School of Graduate Studies in the Health Sciences, University of Mississippi Medical Center, 2019-present

ASHA CE Administrator for UMMC, Director, Department of Otolaryngology and Communicative Sciences, University of Mississippi Medical Center, 2019-present

Tenure and Promotion Committee, Chair, Department of Otolaryngology and Communicative Sciences, University of Mississippi Medical Center, 2018-present

Tenure and Promotion Committee, Co-Chair, Department of Otolaryngology and Communicative Sciences, University of Mississippi Medical Center, 2015-2018

Auditory-Vestibular Journal Club, Director, Department of Otolaryngology and Communicative Sciences, University of Mississippi Medical Center, 2015-present

AuD Program Development Committee, Chair, Department of Otolaryngology and Communicative Sciences, University of Mississippi Medical Center, 2015-present

AuD Admissions Committee, University of Florida, Doctor of Audiology Distance Learning Program, 2013-2015

AuD Curriculum Committee, University of Florida, Doctor of Audiology Program, 2013-2015

College of Public Health and Health Professions Collaboration Committee, 2012-2014

Faculty Advisor, Student Academy of Audiology, University of Florida, 2013-2015

Graduation Marshal, College of Public Health and Health Professions, 2012-2015

**Media Feature Examples and Podcasts**

What is the relationship between nutrition and hearing?        Audiology Online    2013
https://www.youtube.com/watch?v=AQsG--K73X4

19

Can good food protect your ears from loud noises?          Futurity          2015
https://www.futurity.org/healthy-eating-hearing-diet-927272/

The Dangers of Firework Sounds          WAPT          2016
https://www.wapt.com/article/special-report-big-bang-problem/1945305

Is it Yanny or Laurel?          WLBT          2018
https://twitter.com/Mike_Sands/status/996911391524171778

Misophonia: When Sounds Cause Panic, Rage, Physical          WEKU NPR          2017
https://www.weku.fm/post/misophonia-when-sounds-cause-panic-rage-physical-symptoms

Think your hearing is just fine? Consider these study results.          UMMC News          2019
https://www.umc.edu/news/News_Articles/2019/07/Hearing-Loss.html

The Hearing Journal Podcast: Ep2020-2 Interview with Christopher Spankovich.          2020
https://podcasts.apple.com/ca/podcast/ep-2020-2-interview-with-christopher-spankovich-aud-phd-mph/id1479054670?i=1000464609323

Do you have Hidden Hearing Loss? Interviewed for AARP Health Conditions and          2020
Treatments https://www.aarp.org/health/conditions-treatments/info-2020/hidden-hearing-loss.html

Diabetes and Hearing Loss, The Hearing Review, Interviewed for review          2020
https://www.hearingreview.com/wp-content/uploads/2020/06/Link-Between-Diabetes-Hearing-Loss.pdf

## Legal Consultation and Expert Witness

Occupational Noise Exposure Case (Expert witness); Gainesville, FL          2015

Motor Vehicle Incident Hearing Loss and Tinnitus (Fact witness);  Jackson, MS          2019

3M Earplug Defect  (Expert witness); Jackson, MS          2020

## Community Volunteer

**Mississippi Children's Museum**—Presentations on Sound and Hearing and presented "Good Vibrations" as part of MS Science Fest Night Fundraiser, 2015, 2019

**Mississippi Food Network**—Packaging foods for families in need, 2019

**MIND Center Hearing Screenings**—Hearing screening for older adults in the Jackson, MS community, 2019

**Special Olympics of Florida**—Performed hearing screenings for several years for the Special Olympics in Orlando, FL, 2012, 2013, 2014

**Emory Cares**---Volunteer for several community event through Emory University Alumni, 2014 and 2015

**Project Yucatan**---Volunteer Humanitarian trip to Yucatan Peninsula of Mexico to provider audiologic diagnostics and hearing aids, 2013 and 2014

**Brief Bio Sketch**

I am a Tenured Professor and the Vice Chair of Research for the Department of Otolaryngology-Head and Neck Surgery at the University of Mississippi Medical Center (UMMC). I obtained my Master of Public Health from Emory University (2002), Doctor of Audiology from Rush University (2006), and Doctor of Philosophy from Vanderbilt University (2010). My training has also included a clinical fellowship at the University of California San Francisco under the mentorship of Robert Sweetow, PhD and research fellowship at the Eaton-Peabody Laboratories (EPL) at the Massachusetts Eye and Ear Infirmary (MEEI) under the mentorship of Sharon Kujawa, PhD. My research focus is on basic, clinical, and epidemiological investigations into identifying and leveraging modifiable risk factors for mitigating susceptibility to hearing loss and tinnitus. My scientific contributions have been meaningful. I have contributed significantly to the characterization of a recently described phenomenon called cochlear synaptopathy/hidden hearing loss (normal audiometric thresholds despite significant loss of suprathreshold function related to synaptic damage) in not only animal models, but also humans and population-based data. I am also prominently published on the relationship of dietary quality and susceptibility to hearing loss and tinnitus. My work on this topic was recently featured in an issue of Tinnitus Today (the magazine of the American Tinnitus Association). Finally, I developed a novel method of prevention of drug induced hearing loss using localized mild therapeutic hypothermia; I am currently seeking to translate this approach to human clinical populations and other acquired forms of hearing loss (e.g. noise). I also served as the lead audiologist on numerous clinical trials for otoprotectant agents. I have contributed to more than 70 publications with over 45 in peer-reviewed journals (30 + peer-reviewed in the past 5 years at UMMC). My clinical work and research have been featured in stories on National Public Radio (NPR), AARP magazine, and local news channels in Gainesville, FL and Jackson, MS.

I am a licensed clinical audiologist with specialty in auditory electrophysiology, pediatric & adult diagnostic assessment, and tinnitus and decreased sound tolerance disorder evaluation and management. I am a highly effective and sought clinician with referrals from surrounding states. Further my clinical approach to tinnitus and sound sensitivity evaluation and management has been featured in numerous articles, continuing education platforms, and invited workshops. My clinical approach is also significantly shaped by my own hearing loss, tinnitus, and balance issues. At the age of 14, I experienced an idiopathic sudden sensorineural hearing loss and have tinnitus and a moderately-severe degree of hearing loss till today localized to my right ear. My own experience with hearing and balance issues has served as meaningful way to connect to patients and drives my purpose to help improve their hearing, tinnitus, and balance issues.

My current administrative role as Vice Chair of Research for the Department of Otolaryngology-Head and Neck Surgery is to provide oversight and direction of the department's research mission and mentorship for resident and faculty research pursuits. Under my leadership our department's research productivity has grown significantly, from an average of 7 peer-reviewed publications per year prior to my arrival to an average of 22 per year over the past 4 years. Also, resident publications increased from 2 per year to over 8 per year since my tenure as Vice Chair of Research. I streamlined our internal administrative processes and enhanced the resident research program with didactic presentations, including a Research Bootcamp, prospectus presentation, and grant writing experience. In addition, I lead the Division of Audiology's education pursuits as Director of Audiology Education, and serve as our department's ASHA CEU Administrator. I also serve as the Chair of the Promotion and Tenure Committee for our department.

I have directed courses in audiology undergraduate and graduate schools on topics ranging from anatomy and physiology to professional issues for both on-campus and distance learning delivery platforms at multiple universities including the University of Florida, NOVA Southeastern University, Salus University, and Towson University. I have led our departments efforts at UMMC over the past four years in securing approvals from the Mississippi Institute of Higher Learning and the Southern Association of Colleges and Schools Commission on Colleges (SACSCOC) for initiating a Doctor of Audiology (AuD) program at UMMC; our first cohort of students is planned for the Fall of 2022. For this program, I also led our team in devising a state-of-the-art/modern curriculum with input from an advisory group of esteemed colleagues and stakeholders; and currently leading

efforts in securing accreditation. Our AuD program will feature foundational courses in general physiology and neuroscience extending our students knowledge beyond the ear. Our students will complete a temporal bone lab, pharmacology course, public health/telehealth course, business and professional issues courses, and courses covering the wide array of audiology focused topics from acoustics & psychoacoustics to evaluation and management of auditory and vestibular systems. I am also a clinical preceptor for audiology students and residents. I have provided clinical training to students at the UF and as part of our externship program at UMMC. I have provided preceptorship to over 40 doctor of audiology (AuD) students in areas including adult and pediatric diagnostics, sedated and non-sedated auditory evoked potentials, hearing loss management with hearing aids and aural rehabilitation, and the evaluation and management of tinnitus.

I am a member of the American Speech-Language Hearing Association (ASHA), American Auditory Society (AAS), American Academy of Audiology (AAA), and the Association for Research in Otolaryngology (ARO). I was recently elected to the National Board of Directors for the AAA. I also currently serve on the Political Practice Advisory Committee for the AAA and as an Editorial Advisor for *Audiology Today* and an Associate Editor for the *International Journal of Audiology*. I have served as an Invited Guest Editor for the journal *Ear & Hearing*. I have served on grant review panels for the Centers for Disease Control and Prevention (CDC) and Department of Defense (DOD). My research portfolio includes funding by intramural and extramural sources including the American Academy of Audiology, American Otological Society, Office of Naval Research, Department of Defense, and the National Institute of Deafness and Other Communication Disorders-National Institutes of Health (NIDCD-NIH). I have received over $1.2 Million in research funding in the past 5 years at UMMC as a PI, Co-PI, or Co-I.

My 5-year goal is to continue advancing my service as an audiologist, educator, and hearing scientist. As a clinician I will continue to grow my expertise and increase our institutions already stellar reputation for audiologic services. As an educator I will oversee initiation of a new cutting-edge Doctor of Audiology program and impart knowledge to the next generation of audiologist. As a hearing scientist I will seek to make new discoveries with a focus on tangible translational outcomes.  As an administrator I will continue to lead by example, hard work, and open communication; I will seek to serve as a mentor for students and junior colleagues and advance the vision of our department and institution.