# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, July 18, 2022 8:39 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Monday, July 18, 2022 1:38:11 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 7/18/2022 at 9:38 AM EDT and filed on 7/18/2022

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 1762 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-170) - 1 action(s) *re: pldg. ([1754] in MDL No. 2885, 19 in MN/0:20-cv-01161)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 7/18/2022.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-01161 (SM)**

| | |
|---|---|
| **Case Name:** | Taylor v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-01161 |
| **Filer:** | |
| **Document Number:** | 21 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-170) - 1 action(s)** *re: pldg. ( [1754] in MDL No. 2885, 19 in MN/0:20-cv-01161)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 7/18/2022.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-01161 (SM)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:20-cv-01161 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Richard M. Paul, III     Rick@PaulLLP.com, Amy@PaulLLP.com, Ashlea@PaulLLP.com, abi@paulllp.com, kendra@paulllp.com, laura@paulllp.com, pat@paulllp.com, sarah@paulllp.com, sean@paulllp.com, steven@paulllp.com

Amanda M Williams     awilliams@gustafsongluek.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Ashlea G Schwarz     Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jamal.faleel@nortonrosefulbright.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-01161 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=7/18/2022] [FileNumber=1125015-0]
[2a09f463f8f2cc28c884214502adcc246fe86271c5d39a95be276cc3ecf8585f7705
63a0ea203f5950576104b65d0774265e59a159ba374440f58a594ae397d4]]