UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | CASE NO.: 3:19-MD-2885-MCR-GRJ <br><br> Judge M. Casey Rodgers <br><br> Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kimberly Martin of the law firm Bradley Arant Boult Cummings LLP enters her appearance as counsel for defendants in the cases identified in the table below. The undersigned has completed the administrative requirements outlined in Pretrial Order No. 3 (Tutorial Confirmation No. FLND16506665606101). All further papers and pleadings in this action should be served on her.

| Plaintiff | Case Number |
|---|---|
| Burns, Benjamin R. | 7:20-CV-86068 |
| Button, Nathaniel Loren | 7:20-CV-69255 |
| Carter, Danny | 7:20-CV-56246 |
| Chaffin, Charles D. | 7:20-CV-88003 |
| Chavez, Rick | 7:20-CV-88312 |

1

4866-2096-6185.1

| Plaintiff | Case Number |
|---|---|
| Chavez, Ryan | 8:20-CV-34479 |
| Cihak, Dillon | 7:20-CV-52440 |
| Cooper, Timothy | 7:20-CV-63901 |
| Cortez, Raymond | 7:20-CV-63901 |
| Cottrill, Steve Paul | 8:20-CV-16163 |
| Cummings, Brook | 7:20-CV-06887 |
| Daniels, Jason Thomas | 7:20-CV-14286 |
| Davis, Brett F. | 7:20-CV-00842 |

Respectfully submitted this the 18th day of July, 2022.

Respectfully submitted,

*/s/ Kimberly Martin*
Kimberly Martin (pro hac appearance)
Bradley Arant Boult Cummings LLP
200 Clinton Ave. West
Huntsville, AL 35801
Telephone: (256) 517-5155
Facsimile: (256) 517-5200
kmartin@bradley.com

Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo, LLC

4866-2096-6185.1

## CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(F), the undersigned certifies that a true and correct copy of the foregoing was filed via the Court's CM/ECF system, which sends notice to all counsel of record.

                                                */s/ Kimberly Martin*
                                                Kimberly Martin

4866-2096-6185.1