# EXHIBIT 1

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| AUBREY Sawyer Clarke | USMC-11 | 6005 |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| Cpl | E-4 | 1988 | 20150822 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| Fort Meade, MD 20755 | 41170 John Mosby Highway, Aldie, VA 20105 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| WPTBn, TBS, Quantico, VA 22134 | IPAC, MCB, Quantico, VA 22134 (ARUC 46252) |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| CG, MOBCOM, 15303 Andrews Road, Kansas City, MO 64147-1207 (RUC 36005) | AMOUNT: $400,000 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 2111, Small Arms Repairer Technician, 3 years 5 months | a. DATE ENTERED AD THIS PERIOD | 2008 | 01 | 07 |
| | b. SEPARATION DATE THIS PERIOD | 2012 | 01 | 06 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 04 | 00 | 00 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 04 | 14 |
| | f. FOREIGN SERVICE | 00 | 03 | 16 |
| | g. SEA SERVICE | 00 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 00 | 03 | 24 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2011 | 08 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| Marine Corps Good Conduct Medal, Sea Service Deployment Ribbon, Iraq Campaign Medal, National Defense Service Medal, Global War on Terrorism Service Medal, Certificate of Commendation (Individual Award) (3d awd), Rifle Qualification Badge (Sharpshooter), Pistol Qualification Badge (Marksman) | Small Arms Repair, 10 weeks, Jul 2008 |

| | YES | NO |
|---|---|---|
| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | X |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | X |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If yes, years of commitment: ) | | X |
| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | | X |

| 16. DAYS ACCRUED LEAVE PAID |
|---|
| 3.0 |

**18. REMARKS**
While a member of the Marine Corps Reserve, you will keep the Commanding General, MOBCOM, (Toll free 1-800-255-5082) informed of any change of address, marital status, number of dependents, civilian employment, or physical standards.
Subject to active duty recall and or annual screening
Member contributed to the MGIB in the amount of $1,200.00
SER: 46252-2012-0008 CONT

The information contained here in is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 41170 John Mosby Highway, Aldie, VA 20105 | Christine Aubrey (Other), 41170 John Mosby Highway, Aldie, VA 20105 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) | VA OFFICE OF VETERANS AFFAIRS | X YES | NO |
|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | | X YES | NO |

| 21a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) | 22a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) | b. DATE (YYYYMMDD) |
|---|---|---|---|
| /signed/ | 20120106 | V. M. Nash, SSgt, Admin Chief, IPAC | 20120106 |

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| Released from active duty | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| MARCORSEPMAN par 1005 | MBK1 | RE-1A |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| COMPLETION OF REQUIRED ACTIVE SERVICE |

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | 30. MEMBER REQUESTS COPY 4 (Initials) |
|---|---|
| None | /initials/ |

DD FORM 214, AUG 2009     PREVIOUS EDITION IS OBSO...     MEMBER - 4
Adobe Designer 8.0

**DEPOSITION EXHIBIT 6** Aubrey 2/4/22

S_C_Aubrey-001420

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

**CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY** *(Continuation Sheet)*
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME *(Last, First, Middle)* AUBREY Sawyer Clarke | 2. DEPARTMENT, COMPONENT AND BRANCH USMC-11 | 3. SOCIAL SECURITY NUMBER 6005 |
|---|---|---|

*(Specify the item number of the block continued for each entry.)*

Item 18 CONT:
Good Conduct Medal period commences (20110107)
Non-creditable Delayed Entry Program time (20070823-20080106)
Participated in Task Force East Operation Iraqi Freedom 09.2 from 20090711 to 20091026
SER: 46252-2012-0008

| 21.a. MEMBER SIGNATURE | b. DATE *(YYYYMMDD)* 20120106 | 22.a. OFFICIAL AUTHORIZED TO SIGN *(Typed name, grade, title, signature)* V. M. Nash SSgt Admin Chief IPAC | b. DATE *(YYYYMMDD)* 20120106 |
|---|---|---|---|

DD FORM 214C, AUG 2009  MEMBER - 4
Adobe Designer 8.0

S_C_Aubrey-001421