# EXHIBIT 2

Sawyer C. Aubrey

```
 1              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF FLORIDA
 2                 PENSACOLA DIVISION

 3

 4   IN RE:  3M COMBAT ARMS        )   Case No.
     EARPLUG PRODUCTS LIABILITY    )   3:19-md-2885-MCR-GRJ
 5   LITIGATION                    )
                                   )   Judge M. Casey
 6   This Document Relates To:     )   Rodgers
                                   )
 7   Sawyer Aubrey                 )   Magistrate Judge
                                   )   Gary R. Jones
 8   Case No.                      )
     7:20-cv-75257-MCR-GRJ         )
 9                                 )

10

11

12       VIDEOTAPED VIDEOCONFERENCE DEPOSITION

13                     OF

14               SAWYER C. AUBREY

15           Friday, February 4, 2022

16

17

18

19

20

21

22

23

               GOLKOW LITIGATION SERVICES
24        877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com

25
```

Sawyer C. Aubrey

1                    VIDEOTAPED VIDEOCONFERENCE DEPOSITION

2        of SAWYER C. AUBREY, a witness in the

3        above-entitled action, taken pursuant to notice,

4        before CINDY A. HAYDEN, RMR, CRR, remotely, on the

5        4th day of February, 2022, at 8:56 a.m.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Sawyer C. Aubrey

```
 1   APPEARANCES:

 2          DOUGLAS & LONDON, P.C.
               BY:  VIRGINIA E. ANELLO, ESQ.
 3          59 Maiden Lane, 6th Floor
               New York, New York 10038
 4          212.566.7500
               vanello@douglasandlondon.com
 5          Counsel for Plaintiff

 6
               GORDON REES SCULLY MANSUKHANI, LLP
 7          BY:  ANDREW HUTTON, ESQ.
               901 South Mopac Expressway, Building 1
 8          Suite 480
               Austin, Texas 78746
 9          512.582.6478
               ahutton@grsm.com
10          Counsel for Defendants

11
     ALSO PRESENT:  Ingrid Rodriguez, Videographer
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Sawyer C. Aubrey

```
 1              Q.    Okay.  I want to shift gears here just
 2    a little bit, Mr. Aubrey, and talk about your
 3    military career.  You first enlisted in the
 4    Marine Corps in January 2008, right?
 5              A.    Yes.
 6              Q.    And you remained on active duty in the
 7    Marine Corps until your discharge in January 2012,
 8    correct?
 9              A.    Yes.
10              Q.    And then you remained in the reserves
11    until August 2015; is that right?
12              A.    Yes, it is.
13              Q.    Were you ever deployed?
14              A.    Yes, I was.
15              Q.    Okay.  When was that?
16              A.    It was 2009.
17              Q.    I should ask, how many times were you
18    deployed as -- in your service with the Marine
19    Corps?
20              A.    I was deployed once in my time in the
21    Marine Corps.
22              Q.    And where was that deployment?
23              A.    It was to Iraq.
24              Q.    And how long were you in Iraq?
25              A.    It was just over three months.
```

Sawyer C. Aubrey

```
 1          Q.   Do you recall what months in 2009 you

 2   were in Iraq?

 3          A.   July to October.

 4          Q.   When you first enlisted in the

 5   Marine Corps, did you undergo any kind of health

 6   screening?

 7          A.   Yes.

 8          Q.   And where did that screening happen?

 9          A.   A military entry processing station.  I

10   think it was Fort Meade in Maryland.

11          Q.   Did they put you through any specific

12   health tests at Fort Meade?

13          A.   I honestly do not remember.  That

14   was -- I went through that in 2007.

15          Q.   Okay.  I'm marking Exhibit Number 6,

16   and I placed that in the folder.  Please let me

17   know when that shows up in the file.

18               (AUBREY EXHIBIT 6, Certificate of

19   Release or Discharge from Active Duty, was marked

20   for identification.)

21               THE WITNESS:  It has showed up, yes.

22   BY MR. HUTTON:

23          Q.   Do you recognize that document,

24   Mr. Aubrey?

25          A.   Yes.
```

Sawyer C. Aubrey

```
1    regularly used the CAEv2 during his military

2    service whenever he felt he was being exposed to

3    noise that was dangerously loud and specifically in

4    the following circumstances:  at the rifle or

5    machine gun shooting range, at the grenade launcher

6    range, during every training event where loud noise

7    was expected, when using or around loud vehicles,

8    during combat, and while in helicopters.

9              Did I read that correctly?

10        A.   Yes.

11        Q.   Okay.  I want to just briefly talk --

12   touch on each of these.  You say you used the CAEv2

13   at the rifle or machine gun shooting range.  How

14   often during your time as a small arms repair

15   technician at Quantico were you at the rifle or

16   machine gun shooting range?

17        A.   So -- let me see.  The first year, a

18   year -- so 2009 was -- I was doing predeployment

19   training.  So that was the annual rifle training

20   after I got issued the CAEv2 earplugs.

21              And there was also machine gun and

22   grenade launcher ranges for predeployment workup,

23   and I think we had those eight or ten times during

24   that predeployment six-month workup.

25        Q.   Okay.  How many -- I'll break that up a
```

Sawyer C. Aubrey

1    be using.

2           Q.   Did you use any other

3    hearing-protection devices during your time in

4    Iraq?

5           A.   Not that I can think of, no.

6           Q.   And then prior to your time in Iraq,

7    during your annual rifle training and predeployment

8    training, did you use the CAEv2 earplugs in

9    connection with that training?

10          A.   Once they were issued to us, yes.

11          Q.   Okay.  Did you use any other

12   hearing-protection devices prior to deployment to

13   Iraq?

14               MS. ANELLO:  Objection.  Asked and

15   answered.

16               You can answer.  Sorry.

17               THE WITNESS:  The rolled foam ones for

18   the rifle training before deployment.  And we had

19   to use double ear protection, to include the CAEv2

20   earplugs, for pistol ranges.

21   BY MR. HUTTON:

22          Q.   Did you use the rolled foam earplugs in

23   your time at Quantico, or was that only at

24   Camp Lejeune?

25          A.   Honestly, I'm not entirely sure when my

Sawyer C. Aubrey

1   annual rifle training in 2009 was.  Because if it

2   was in January, I wouldn't have been issued the

3   CAEv2 earplugs yet because I don't think we got

4   those until middle of February of 2009.

5        Q.   Have we talked about all of the weapon

6   systems that you used or fired as an active duty

7   marine, or are there others?

8        A.   I'm trying to think because -- I -- I

9   don't know some of them, and some of them I can't

10  really talk about because I don't know where we got

11  them from or who we got them from.

12       Q.   Okay.  Is there any that you can recall

13  the name of today other than the ones we've talked

14  about that you utilized in your time with the

15  Marine Corps?

16       A.   Not that I can think of, no.

17       Q.   Okay.  Moving a little bit further down

18  in your interrogatory response, you talk about at

19  the grenade launcher range, you were exposed to

20  loud noise.  How often were you at the grenade

21  launcher range?

22       A.   That was that one time for

23  predeployment -- the -- the times for the

24  predeployment in 2009.

25       Q.   Okay.  Any other occasions in your time

1    in the Marine Corps that you were at the grenade

2    launcher range other than your predeployment

3    activity in 2009?

4         A.   No, because they were not standard

5    issue at Quantico.

6         Q.   Okay.  And then the next clause in your

7    response says:  During every training event where

8    loud noise was expected.

9              What training events did you

10   participate in where loud noise was expected?

11        A.   Other than the ranges, there was a

12   demonstration done at one point by the combat

13   engineers group on Quantico to show what different

14   forms of improvised explosive device would look

15   like and how it would sound when it went off.

16        Q.   Was that on one occasion or multiple

17   occasions, that training?

18        A.   I believe that was once during the

19   predeployment workup training.

20        Q.   So that would have been in 2009, prior

21   to your deployment to Iraq?

22        A.   Yes.

23        Q.   And did you wear hearing protection

24   during that training?

25        A.   Yes, because they wanted you to know

Sawyer C. Aubrey

```
 1    what it would sound like even with the hearing
 2    protection in.
 3         Q.   How far were you from the -- well, I
 4    assume they -- they detonated the improvised
 5    explosive device --
 6         A.   Yes.
 7         Q.   -- during your training?
 8         A.   Yes.
 9         Q.   How many detonations happened during
10    that training?
11         A.   I believe it was around six.
12         Q.   And how far were you from the
13    detonations during that training?
14         A.   It varied, depending on how large they
15    were making the detonation actually going to be.
16    It -- it ranged anywhere from about 10 feet to
17    about two or 300 feet for safety purposes.
18         Q.   You were 10 feet from an -- I'm sorry.
19    You were 10 feet from an IED?
20         A.   It was a demonstration of -- around the
21    same size as a fire -- slightly larger firecracker.
22         Q.   Okay.  Did you wear the Combat Arms
23    Earplugs during that training?
24         A.   Yes, because they were the ones we were
25    issued and told we had to be using.
```

Sawyer C. Aubrey

1     Q.   Did you use any other hearing

2  protection during that training?

3     A.   Not that I can think of, no.

4     Q.   Other than that demonstration by the

5  combat engineers about IEDs and your time on the

6  range, can you think of any other training events

7  that you attended during your time in the Marine

8  Corps where loud noise was expected?

9          MS. ANELLO:  Objection to form -- I

10  withdraw that objection.  Continue.

11          THE WITNESS:  The only ones I can

12  really think of is we -- the -- sort of the

13  vehicular training, just because military vehicles

14  are not quiet in the slightest.

15  BY MR. HUTTON:

16     Q.   And you mention that in your response

17  as well, when using or around loud vehicles.

18          Were you around any loud vehicles in

19  the Marine Corps other than that vehicle training

20  that you mentioned?

21     A.   Being in Humvees in Iraq.

22     Q.   Okay.  Well, let me ask this:  What

23  loud vehicles were you exposed to in the Marine

24  Corps?

25     A.   That would be the Up-Armored Humvee,

Sawyer C. Aubrey

```
 1          A.   I believe it was twice when I was in
 2   Iraq, to fly to and then from the base that I
 3   was -- I was assigned to.
 4          Q.   Any other times that you can recall
 5   during your time in the Marine Corps other than in
 6   Iraq?
 7          A.   Not that I can think of, no.
 8          Q.   And did you wear the CAEv2 earplugs
 9   while you were in those helicopters?
10          A.   Yes.
11          Q.   Did you wear any other hearing
12   protection while you were in helicopters?
13          A.   I think they also gave us the over-ear
14   ones as double protection because of just how loud
15   the helicopters were.
16          Q.   And did you wear those over-ear
17   protection as well in the helicopters?
18          A.   Yes.
19          Q.   Okay.  Other than what we've discussed
20   already from your interrogatory response, are there
21   any other occasions when you were in the Marine
22   Corps that you recall wearing the CAEv2 earplugs?
23          A.   Not that I can recall, no.
24          Q.   Okay.  When did you first become aware
25   of the Combat Arms Earplugs as a hearing-protection
```

Sawyer C. Aubrey

```
 1   device?
 2        A.   When they got issued to me in 2009.
 3        Q.   What was your understanding of the
 4   Combat Arm Earplugs at the time in 2009?
 5        A.   That they were the ones being issued by
 6   the military and were the only ones authorized for
 7   wear while in uniform for any occasion where
 8   earplugs would be required.
 9        Q.   So in your interrogatory responses, you
10   say you were first issued Combat Arms Earplugs in
11   either 2008 or 2009 at Quantico marine base or
12   Camp Lejeune, North Carolina; is that right?
13             MS. ANELLO:   I just object to the
14   question, kind of mischaracterizes his testimony.
15   And can you direct him to his response?
16   BY MR. HUTTON:
17        Q.   Do you recall where you were first
18   issued the Combat Arms Earplugs?
19        A.   I -- I believe it was -- I'm not
20   entirely sure, but I think it was Quantico, the
21   foam ones.  We got issued a lot of -- we were doing
22   a lot of gear-moving from Lejeune to Quantico, back
23   to Lejeune, back to Quantico for the predeployment
24   training.  So the issuing of certain items was kind
25   of -- "haphazard" is honestly the best word,
```

1  because they changed where we were going four times

2  in six months.

3         Q.   Do you remember if they were issued in

4  conjunction with that predeployment training that

5  you did?

6         A.   Yes, it was with the predeployment

7  training -- when we started doing the predeployment

8  training.

9         Q.   And that would have been in 2009,

10  correct?

11         A.   Yes.

12              MS. ANELLO:  Could you just do me a

13  favor and just move your hands down a little so it

14  doesn't cover your mouth?  Thank you.

15  BY MR. HUTTON:

16         Q.   Describe for me the setting where you

17  first received the Combat Arm Earplugs.

18         A.   I think it was our -- they -- they

19  called it "provisional rifle company."  So I'm

20  going to refer to it as that.

21              We were doing an initial gear issue for

22  what we -- when we thought we were going to

23  Afghanistan.  So we were being issued body armor,

24  helmets and all the other issued items.  And they

25  then handed us a little -- it was a greenish tin

Sawyer C. Aubrey

```
 1   box with a black -- I -- I called it a chain, but
 2   it was like the little -- those kind of cheap
 3   chains you use to clip on things.  They said,
 4   "These are your earplugs you're going to be using
 5   from here on out."
 6        Q.   Okay.  Who issued the earplugs to you?
 7        A.   I -- I know it was the -- I think it
 8   was the central issue facility or rapid issue
 9   facility.  They've changed the name so many times.
10   It was the issue facility for all major end-item
11   equipment, other than weapons.
12        Q.   Okay.  So would it have been somebody
13   in the military?
14        A.   Either somebody in the military or one
15   of the civilian contractors that the military hires
16   to work in those facilities at times.
17        Q.   A military employee?
18        A.   Yes.
19        Q.   Would any other civilians have been
20   involved in issuing those Combat Arms Earplugs to
21   you, that you recall?
22        A.   If they weren't a military employee, I
23   can't think of why they would be involved at all.
24        Q.   Were you fitted for your pair of
25   Combat Arms Earplugs?
```

Sawyer C. Aubrey

```
 1                MS. ANELLO:  Objection to form.

 2                You can answer.

 3                THE WITNESS:  I don't think so.  There

 4   was just -- they looked at your head and went,

 5   "You're either a small, medium or large" is kind

 6   of -- "Here, you're going to use these."

 7   BY MR. HUTTON:

 8        Q.   And when you say "they," are you

 9   referring to the supply group --

10        A.   Yeah.

11        Q.   -- there --

12        A.   Just --

13        Q.   -- at Quantico or Camp Lejeune?

14             Is that a "yes"?

15        A.   Yes.  Yes, the supply personnel.

16        Q.   Other than the box that you described,

17   do you remember the Combat Arms Earplugs coming in

18   any packaging?

19        A.   I honestly do not recall.

20        Q.   Do you remember any labeling or words

21   on the box that you described?

22        A.   On the box itself?  Not that I can

23   think of.  I think it was just a plain, nondescript

24   box, because anything that would be reflective was

25   a -- not -- was something that they wouldn't let be
```

Sawyer C. Aubrey

```
 1    put on something that was expected to be kept with

 2    you at all times.

 3         Q.   To clarify, were you ever issued --

 4    were you ever issued more than one pair of

 5    Combat Arms Earplugs?

 6         A.   Not that I can think of.  I think there

 7    was only one that we got issued.

 8         Q.   So the pair that you received in 2009

 9    are the only pair that you were issued?

10         A.   Yes.

11              MS. ANELLO:  Objection to form.

12              You can answer.

13              THE WITNESS:  Yes, I believe that was

14    the only pair that was issued.

15    BY MR. HUTTON:

16         Q.   Did you ever buy your own Combat Arms

17    Earplugs?

18         A.   No, I did not.

19         Q.   Were you ever issued a Combat Arms

20    Earplug Version 3 or Version 4?

21         A.   I don't know what those look like, and

22    I don't believe so.

23         Q.   Okay.  When was the first time that you

24    remember using the Combat Arms Earplugs?

25         A.   I believe April or -- March or April of
```

Sawyer C. Aubrey

1    2009.

2         Q.   And was that at Camp Lejeune or

3    Quantico?

4         A.   I think that was at Quantico.

5         Q.   And do you remember -- what was the

6    setting for that, the first time you used them?

7         A.   I believe it was one of our first

8    machine gun familiarization ranges we did that

9    didn't involve vehicles.

10        Q.   Do you remember the last time you used

11   the Combat Arms Earplugs?

12        A.   I think October 2011.

13        Q.   And can you describe for me what that

14   setting was?

15        A.   That was a company-only rifle

16   qualification.

17        Q.   Were you able to choose which hearing

18   protection you used while you were in the military?

19        A.   No.  I was lower enlisted.  So as --

20   you use what you're told to use, and you don't get

21   to choose what you're using.

22        Q.   So is it your testimony that the

23   Marine Corps required you to wear the Combat Arms

24   Earplugs?

25        A.   Yes.  They were considered standard

Sawyer C. Aubrey

1    issue and the only ones authorized for use in

2    uniform, at least where I was.  I don't know if it

3    was different for other bases, but where I was, it

4    was required.

5         Q.   Were there any other periods in your

6    military service where you used Combat Arms

7    Earplugs and other hearing-protection devices

8    interchangeably?

9              MS. ANELLO:  Objection to form.

10             You can answer.

11             THE WITNESS:  Not that I can think of.

12   As I said, the double ear protection for the pistol

13   range, but that was in conjunction with, not in

14   place of.

15   BY MR. HUTTON:

16        Q.   And when you described double ear

17   protection, what do you mean?

18        A.   The -- that would be the in-ear -- the

19   Combat Earplugs in your actual ears and then a

20   second set of, like, the construction earmuffs over

21   top of them.

22        Q.   Okay.  When you first were issued the

23   Combat Arms Earplugs, did you get any verbal

24   instructions from anybody?

25        A.   I honestly do not entirely remember.

Sawyer C. Aubrey

```
 1   no.

 2   BY MR. HUTTON:

 3        Q.   Did those verbal instructions include

 4   any kind of demonstration?

 5        A.   Not that I can think of, no.

 6        Q.   Did you get any kind of written

 7   instructions about the Combat Arm Earplugs?

 8        A.   I'm sure there was a written

 9   instruction, but I don't remember what it would

10   have looked like.

11        Q.   Well, do you remember reading written

12   instructions?

13        A.   I remember reading it, but I don't

14   remember a whole lot from it.  It's 13 years, and

15   I --

16        Q.   Okay.  Tell me what -- everything --

17   I'm sorry.  I didn't mean to cut you off.  Go

18   ahead.

19        A.   I mean, it's been 13 years since I've

20   looked at it, so -- and I've -- I read a lot, so a

21   lot of stuff has been left for other things that

22   were at the time more important.

23        Q.   Well, tell me what you remember from

24   those instructions, if anything.

25        A.   That it was -- since it was a two-sided
```

Sawyer C. Aubrey

```
 1    one, one side was supposed to let you hear other

 2    sounds, while the other was supposed to be more of

 3    a -- block out more -- more noise.

 4          Q.   Was one side a different color than the

 5    other side?

 6          A.   I think it -- they were -- one was --

 7    it was like a dark -- really dark green.  And,

 8    like, the other was almost like a yellowish color.

 9          Q.   Okay.  And which side was for blocking

10    out all sounds versus which side that was for

11    hearing certain instructions?

12          A.   I believe the green side was supposed

13    to be for blocking out all the sounds, and the

14    yellow was for letting through some external noise.

15          Q.   Okay.  Do you remember anything else

16    about the instructions you claim to have read?

17          A.   Not really at this point.

18          Q.   Do you remember how many times you read

19    those instructions?

20          A.   At the time, maybe once or twice.

21          Q.   Did you receive the instructions when

22    you were issued the earplugs or at a different

23    time?

24          A.   I think they were at the same time.  I

25    think it was -- I can't remember if it was -- if it
```

Sawyer C. Aubrey

```
 1   was, like, at the exact same time or if it was
 2   like, "Oh, hey, we forgot to give you these.  We
 3   need to give you these now."
 4        Q.   Do you recall if you got your own set
 5   of instructions, or were they just a group -- an
 6   instruction that anybody could access?
 7        A.   I do not recall, honestly.
 8        Q.   Do you remember what the instructions
 9   looked like?
10             MS. ANELLO:  Objection.  Asked and
11   answered.
12             You can answer.  I'm sorry.
13             THE WITNESS:  Not really sure exactly
14   what they look like.  I think it was just like a
15   little -- almost like a flash card.
16   BY MR. HUTTON:
17        Q.   Do you remember any instructions you
18   received, whether written or verbal, addressing the
19   fit of the earplugs?
20             MS. ANELLO:  Objection.
21             You can answer.
22             THE WITNESS:  Not that I can really
23   think of.  I can't recall anything about fit of the
24   earplugs that was being said.
25   BY MR. HUTTON:
```

Sawyer C. Aubrey

```
1           Q.   Do you remember any instructions,

2    whether written or verbal, discussing anything

3    about folding back the flanges on the earplugs to

4    assist with fit?

5                MS. ANELLO:   Objection to form.

6                You can answer.

7                THE WITNESS:   No, I don't recall

8    anything of that being said at all.

9    BY MR. HUTTON:

10          Q.   Did you ever fold back the flanges on

11   your Combat Arms Earplugs?

12               MS. ANELLO:   Objection.   Same

13   objection.

14               You can answer.

15               THE WITNESS:   I'm going to be honest.

16   I'm not entirely sure what you mean by "flange."

17   Are you talking about the -- the plastic where

18   they -- the -- the rubber folded pieces that were

19   almost --

20   BY MR. HUTTON:

21          Q.   Yes.

22          A.   Not that I can think of ever folding

23   those back, no.

24          Q.   Do you know of anybody else that you

25   remember who -- or who you served with that folded
```

Sawyer C. Aubrey

```
 1   back the flanges on their Combat Arms Earplugs?
 2        A.   Not that I can think of.  I don't think
 3   anyone ever folded it back to put them in their
 4   ear.  I think -- I think they may have folded them
 5   just to see what it looked like when you did fold
 6   it outwards, because it was a bunch of 20-,
 7   21-year-old guys who were just like, "I don't know
 8   what this is, and I want to see what happens if I
 9   do this."  But they always got folded back to the
10   original shape when they got put into the ear.
11        Q.   Did you ever receive -- or do you know
12   what a wallet card is?
13        A.   I can guess by the sound of it, but I'm
14   not entirely sure what it is in reference to this.
15        Q.   Did you ever receive a wallet card that
16   was -- that described the Combat Arms Earplugs?
17        A.   Not that I can think of.
18        Q.   Other than the instructions, the
19   written instructions that you described, did you
20   ever see any posters regarding Combat Arms
21   Earplugs, that you remember?
22        A.   Not that I can think of.  Not where I
23   was.  They didn't really put up much.  The -- we
24   were in temporary barracks.  So there was no real
25   posters or anything else being put up.
```

Sawyer C. Aubrey

```
 1            A.    I can't recall if it had -- if any of

 2     them had it.  I honestly don't remember.

 3            Q.    Okay.  Do you remember any of the oral

 4     instructions you received discussing an NRR for the

 5     Combat Arms Earplugs?

 6            A.    Not really discussing NRR.  I can't

 7     really think of anything where they would have

 8     discussed that at all.  Most of the briefings were

 9     kind of done almost off the cuff.

10            Q.    So it's safe to say that the NRR was a

11     factor you didn't consider when deciding to use the

12     Combat Arms Earplugs personally?

13            MS. ANELLO:  Objection to form.

14     Objection to form.

15            You can answer.

16            THE WITNESS:  It wasn't really a

17     decision that was made personally.  It was a "This

18     was what you're instructed to wear," and as an E3,

19     you do what the E6 tells you to wear.

20     BY MR. HUTTON:

21            Q.    Sitting here today, do you know the NRR

22     for the Combat Arms Earplugs?

23            A.    I do not.

24            Q.    Okay.  Fair enough.

25            Did you receive any other written or
```

Sawyer C. Aubrey

1        Q.    Okay.  Now, other than tinnitus, are

2    you alleging any hearing loss in this lawsuit as a

3    result of your use of the CAEv2 earplugs?

4               MS. ANELLO:  Objection to form.

5               You can answer.

6               THE WITNESS:  No, I am not at the

7    moment.  As far as I can know, there's been no real

8    change in my actual hearing.

9    BY MR. HUTTON:

10       Q.    Okay.  Before joining the military, did

11   you ever experience tinnitus?

12       A.    Not that I can recall, no.

13       Q.    According to your interrogatory

14   responses, you first noticed tinnitus in about 2010

15   and thereafter; is that right?

16       A.    Yes.

17       Q.    Describe for me the moment you first

18   noticed your tinnitus.

19       A.    I was working at the tax center

20   because -- and because it's an office, it's quiet,

21   there's nobody talking.  It was still getting our

22   certifications, so we were just doing online

23   courses to learn tax law.  I noticed that my ears

24   were ringing painfully and loudly.

25       Q.    So would that have been when you were

Sawyer C. Aubrey

```
 1                REPORTER'S CERTIFICATE

 2

 3          I, Cindy A. Hayden, RMR, CRR, do hereby

 4    certify that there came before me SAWYER C. AUBREY.

 5    The person hereinbefore named agreed to testify

 6    under the penalty of perjury concerning the matters

 7    in controversy in this cause; that the witness was

 8    thereupon examined under penalty of perjury, the

 9    examination reduced to typewriting under my

10    direction, and the deposition is a true record of

11    the testimony given by the witness.

12               I further certify that I am neither

13    attorney or counsel for, nor related to, or

14    employed by any attorney or counsel employed by the

15    parties hereto or financially interested in the

16    action.

17               IN WITNESS WHEREOF, I have hereto set

18    my hand this 18th day of February, 2022.

19

20          _____

21            Cindy A. Hayden, CRR-RMR

22

23

24

25
```