# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Documents Relates to:<br>Sawyer Aubrey v. 3M Company, et al.<br><br>Ind. Case No: 7:20-cv-75257 | MDL No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**CASE-SPECIFIC EXPERT REPORT OF**
**VEENA VANMALA VATS, MD, FACS**

**Introduction:**

In preparing this report, I reviewed and considered the relevant military and medical records, discovery documents, and medical history of Plaintiff Sawyer Aubrey. The documents I reviewed and relied upon in forming my opinions are contained on my Materials Considered list, attached as Exhibit A. Based upon these documents, my training, experience, and education, I offer the following opinions to a reasonable degree of medical and scientific certainty. I reserve the right to amend my opinions if I am presented with new information.

I am available to sit for my deposition June 8, 2022 and June 10, 2022.

Attached as Exhibit B is a copy of my curriculum vitae.

Attached as Exhibit C is a copy of my fee schedule.

Attached as Exhibit D is a copy of my testimony history for the last four years.





**Summary of Opinions:**

1. Mr. Aubrey has tinnitus, hearing loss, hearing damage and all associated auditory injuries.
2. The design of the CAEv2 earplugs used by Mr. Aubrey during his military service was flawed. In forming this opinion, I rely upon the general causations opinion of Mark Packer, M.D. Col. (ret), Richard McKinley, USAF, MC, FS, and Christopher Spankovich, Au.D., Ph.D., M.P.H., and my review of Defendant's Flange Report and other documents describing the CAEv2 adapter stem being made of hard stiff plastic that was too short and too wide. These opinions and documents demonstrate that the CAEv2 provided a poor fit and seal and imperceptibly loosened, thus, failing to provide adequate hearing protection for the users, including Mr. Aubrey.
3. These flaws and resulting poor fit, poor seal and poor seal retention, and imperceptible loosening of the CAEv2 in Sawyer Aubrey while he was exposed to hazardous impulsive and continuous noise during his military service were the cause and substantial contributing factors in causing Sawyer Aubrey to suffer tinnitus, hearing loss, hearing damage and all associated auditory injuries.
4. Mr. Aubrey's tinnitus, hearing loss, hearing damage and all associated auditory injuries, were directly and proximately caused by his use of the CAEv2. Had the CAEv2 performed as intended, Mr. Aubrey's noise-related tinnitus, hearing loss and hearing damage would have been prevented.
5. Mr. Aubrey's tinnitus, hearing loss and hearing damage are permanent and are likely to progress and place him at increased risk of further harm.
6. Mr. Aubrey's tinnitus, hearing loss and hearing damage have had and continue to have a substantial negative impact on his quality of life and his enjoyment of life with his family members.



W.

7. Based on my knowledge, experience and training, and in reliance upon the general causation opinions of Richard McKinley, Mark Packer, M.D. Col. (ret), USAF, MC, FS, and Christopher Spankovich, Au.D., Ph.D., M.P.H., there were safer alternative hearing protection devices available that would more likely than not have prevented Mr. Aubrey's hearing loss and tinnitus.

**Qualifications:**

I rely upon my medical education and training and clinical experience to formulate my opinions to a reasonable medical and scientific certainty. My current curriculum vitae is attached as Exhibit B.

I am an American Board-Certified Otolaryngologist. I have been in private practice in the field of general otolaryngology/head and neck surgery for over 15 years. I received my Bachelor of Arts from the University of Pennsylvania in 1994. I graduated from Case Western Reserve University School of Medicine in 1999. I completed my surgical internship at Temple University Hospital in 2000 and my residency in Otolaryngology/Head and Neck Surgery from 2000 to 2004. I was chief resident from 2002 to 2004. I completed a fellowship in Facial Plastics and Reconstructive Surgery through the American Academy of Facial Plastics and Reconstructive Surgery in Indianapolis in 2005. I am a Fellow of the American College of Surgeons.

I have been working in private practice since 2005. I have included and continue to include in my work up for my clinic patients on-site audiogram evaluations with a fully licensed Doctor of Audiology. I regularly treat Veterans in my community and receive referrals from the Department of Veterans Affairs Clinic that is within a one-mile radius of my private clinic. I routinely recommend hearing protection for veterans when they engage in shooting firearms at the firing





range, including custom fit ear plugs which can be obtained at any hearing aid dispensary. I will also recommend foam ear plugs (foamies) since they are easy to buy at any local pharmacy or grocer. In addition to Veterans, I commonly treat elderly individuals who complain of hearing loss and tinnitus. The two groups are similar in that both have very likely encountered some type of loud noise exposure in their lifetimes.

**Background on Hearing Loss and Tinnitus:**




The ear is divided into three areas – the external ear or pinna, the middle ear containing the bones of hearing behind the ear drum and finally the inner ear comprised of the cochlea (hearing organ) and labyrinth (balance center). Hearing loss can result from any one or multiple parts of the ear that are affected.

There are generally three main types of hearing loss – conductive, sensorineural and auditory neuropathy spectrum disorder. Think of conductive

loss as there being a mechanical reason for the loss, such as wax or foreign material in the ear canal, ear drum holes, damaged bones in the middle ear, or fluid in the middle ear space. Often, conductive hearing losses are temporary and reversible, and amenable to procedures or surgery.

By contrast, sensorineural hearing loss (SNHL) relates to non-functional inner ear structures and neural tissue, including brain tissue and nerves. Causes of SNHL can be hereditary, noise induced (NIHL), trauma, toxins, and autoimmune disorders to name a few. Noise trauma is the most common preventable cause of SNHL (Isaacson 2003). Symptoms of SNHL include loss of hearing, tinnitus, muffled hearing, fullness of the ear, and difficulty understanding spoken words. SNHL can be divided into cochlear and retrocochlear lesions. Lesions behind the cochlea include tumors of the brainstem, or damage to the nerves leading to the auditory cortex (Hirsch 1996).

Hearing thresholds on an audiogram are described as bone and air conduction. Think of sound waves traveling through the air and either hitting the scalp or traveling down the ear canal to the ear drum activating the stapes bone and cochlea. In the former, hearing is attained via bone conduction and the latter via air conduction. With conductive hearing loss, thresholds for bone conduction will be normal or less than thresholds for air conduction (the bone conduction line will be above the air conduction line on the hearing test). Sensorineural hearing loss will demonstrate higher thresholds on bone and air conductions (the lines will be lower on the graph).

Mixed hearing losses are described as a combination of both conductive and sensorineural losses.

Auditory neuropathy spectrum disorder (ANSD) is characterized by dysfunctional transmission of sound from the cochlea to the brain due to defective synaptic function or neural conduction (synaptopathy and neuropathy) (Shearer



mw

2019). ANSD can be diagnosed by pure tone audiometry, speech audiometry, acoustic reflex testing, otoacoustic emission testing, electrocochleography, and auditory brainstem response testing.

Excessively high noise levels are common in military settings and are pertinent to members in the armed forces (Smalt 2017). Jet engines, helicopters and other heavy machinery are known to produce hazardous noise levels. The three main types of hazardous noise military personnel will encounter are continuous, intermittent and impulse.




(Smalt 2017)

Continuous noise could be noise while riding in a cargo plane or armored vehicle. Examples of intermittent noise could be jet or helicopter take offs. Impulse noise is most commonly heard with gun fire and explosions.

Military personnel rely heavily on their hearing. Sharp hearing is required to maintain safety. Hearing is required for proper communication and again to maintain safe and accurate communications.

The inner ear contains nerve endings within the cochlea which include Outer Hair Cells (OHC) and Inner Hair Cells (IHC). Mild to moderate hearing losses are believed to affect the OHC and severe hearing losses over 55 decibels likely affect the IHC. Several studies comparing non-military noise exposures to military noise





exposures have shown that noise exposure during military service can increase the progression of hearing loss at frequencies where the hearing loss is up to 50 dB (Moore 2021). Hearing losses greater that 55 dB likely have dysfunctional OHC and there is little room for additional damage to the OHC, and any further damage would like be to dysfunction of the IHC. Therefore, earplugs that provide adequate ear protection are essential for our military personnel.

Tinnitus is the perception of sound in the absence of a corresponding external stimulus. Tinnitus is often subjective, meaning the individual experiences it alone. It is usually described as a ringing or hissing, or sometimes like static. Uncommonly, an observer can hear it or music is perceived. Sounds can vary in intensity, frequency, consistency and laterality.

The most common risk factors for tinnitus are high frequency hearing loss and noise exposure (Baguley 2013). Hazardous noise exposure that leads to tinnitus can be singular or over a long period of time. Tinnitus can occur gradually or immediately. Tinnitus rates are rising among military personnel (Moore 2019). Many sufferers hear the sounds when they are in quiet settings, for example, when they are trying to fall sleep or concentrate on a task. Others can hear their tinnitus even in loud environments. Tinnitus can be intrusive and debilitating contributing to poor sleep, depression, anxiety, and inability to concentrate (Alster 1993, Moore 2019). Commonly, patients will present to my office with complaints of long-standing tinnitus and hearing loss, and concern and anxiety over the new symptom. Patients with tinnitus often describe hypersensitivity to loud sounds and often avoid noisy environments and, thus, social interactions. Many will complain that they have to leave the television or a fan on in the background to distract them when going to sleep. Their bed partners often leave the room since these distractions are affecting them as well.

Hearing loss and tinnitus can lead to depression and self-isolation. Sufferers will retract themselves from social situations due to their inability to engage in conversations. For example, many of my own patients will describe themselves as avoiding going out to dinner since they cannot hear over the ambient noise of a restaurant. Misinterpretation of conversations can lead to misunderstandings, some harmless, and some not so harmless. Military personnel self-report a lower level of health in the presence of tinnitus (MacGregor 2020).

Posttraumatic stress disorder (PTSD) affects a high percentage of military personnel. PTSD and tinnitus can have similar characteristics including exaggerated startle responses to loud noises and sensitivity to loudness. And, tinnitus is often exacerbated by sounds that trigger PTSD related anxiety (Fagelson 2007). Patients with tinnitus often describe insomnia and poor sleep quality. Further, poor sleep and anxiety contribute to tinnitus (Sun 2021). Lack of good sleep has far-reaching poor consequences of which are well documented in the media and medical literature and include but are not limited to motor vehicle accidents, reduced alertness, high blood pressure, heart attack, reduced libido, depression, memory loss, and weight gain.

Treatment for hearing loss is largely unchanged over the past several decades and amounts to amplification, hearing aids. Hearing aids are expensive, with a typical cost range from $4,500 to $7,000 for bilateral aids. I generally recommend buying hearing aids for both ears even if one ear exhibits better hearing than the other since continuous activation of neural hearing centers provides balanced brain activity and may assist in reducing listening effort.

Technology for hearing aids continues to evolve and improve. Most hearing aids should be upgraded every five to seven years. There are also available headphones that can act as hearing aids, notably the Apple AirPod Pro. However, hearing aids are not great at drowning out background noise and can often amplify

external sounds making it too difficult to hear. For patients with profound hearing loss, cochlear implants can be offered.

By contrast, there is no treatment for tinnitus. Rather, white noise, such as sound machines, fans, etc., are traditionally recommended to distract the individual from the tinnitus. Studies into cognitive behavior therapy and music therapy are being performed. Results are mixed and more studies need to be performed (Feng 2020, Phillips 2010).

There is no treatment for ANSD (also referred to as auditory processing disorder or hidden hearing loss) and the proposed synaptopathy is difficult to treat. Therapy is centered on helping individuals focus on the speaker and avoiding distractions.

**Sawyer Aubrey's History and Background:**

**Military:**

Mr. Sawyer Aubrey enlisted in the military in January 2008. He joined the Marine Corps. He remained active duty until January 2012, and he remained in reserves until August 2015. He was deployed once during his time in the Marine Corps to Iraq in July to October 2009. (Aubrey Filed Case Census Form, Aubrey Deposition February 4, 2022, Aubrey Objections and Responses to Defendant 3M's Amended First Set of Interrogatories, Aubrey DD214.)

In basic training at Parris Island, SC, he was exposed to loud noises during M16A2 rifle training daily for a week. During this training, he was issued red foam ear plugs. He then went to Camp Lejeune, NC for marine combat training on April 15, 2008. There, he used the red foam ear plugs at the machine gun range where he fired approximately 300 rounds. Following Camp Lejeune, NC he went to Aberdeen Proving Grounds, MD where he was trained to be a 2111 small weapons repair technician which entails repairing, testing, gauging and inspecting



W

small arms ranging from pistols to large mortars. He was there for 2 months doing this and did not fire any weapons and was not exposed to loud noises there. (Aubrey Filed Case Census Form, Aubrey Deposition February 4, 2022.)

He next went to Quantico Marine Corps Base on July 25, 2008 where he was stationed until he retired from active duty on January 6, 2015 and from the reserves on August 22, 2015. Mr. Aubrey was a small weapons repair technician for his active military career, except for a brief period of time from January to May 2010 when he worked for the Tax Center at Quantico Marine Corps Base. (Aubrey Filed Case Census Form, Aubrey Deposition February 4, 2022.)

Mr. Aubrey was deployed to Iraq in July 2009 and prior to deployment, he trained at both Quantico Marine Corps Base and Camp Lejeune, NC. Mr. Aubrey recalls being issued the CAEv2 earplugs for the first time at either Quantico Marine Corps Base or Camp Lejeune, NC in approximately February 2009 in preparation for his deployment to Iraq. He was issued one pair of earplugs that he recalls using during his deployment and until October 2011. (Aubrey Filed Case Census Form, Aubrey Deposition February 4, 2022, Aubrey Objections and Responses to Defendant 3M's Amended First Set of Interrogatories.)

Mr. Aubrey recalls using the CAEv2 ear plugs at Quantico Marine Corps Base and Camp Lejeune, NC, for pre-deployment training, whenever he was exposed to loud noise which included: shooting three different automatic weapons – a M2 .50 caliber machine gun, a M240 and a M249 Squad Automatic Weapons – at the rifle and machine gun shooting ranges, training on a M203 grenade launcher with four high explosive grenades, shooting an M16, and training on a Mk 19 40 mm automatic grenade launchers. The rifle training involved two weeks of training, initially three days of rifle shooting 150 rounds total, then over two days, shooting 400 rounds. This was to also qualify his M16 rifle. He fired the .50 caliber machine gun five times, 200 rounds each time during training. The .50





caliber machine gun training involved a machine gun mounted on a Humvee. He fired the M240 five times with about 600 rounds each time as well during training. The M249 Squad Automatic Weapon also was fired about five times with 600 rounds each during pre-deployment training. He fired the Mk 19 twice with 40 rounds each time. (Aubrey Deposition February 4, 2022, Aubrey Objections and Responses to Defendant 3M's Amended First Set of Interrogatories.)

Mr. Aubrey also attended one demonstration by combat engineers at Quantico Marine Corps Base prior to deployment to show what different types of improvised explosive devices would look and sound like. There were six explosions during that demonstration, and he was standing at times as close as 10 feet to 300 feet away for safety. He wore the CAEv2 earplugs during that demonstration. (Aubrey Deposition February 4, 2022.)

In pre-deployment training, Mr. Aubrey rode in Humvees and wore the CAEv2 so he could hear the radio for instructions. The 5- and 7-ton trucks were also loud, and he wore CAEv2s while riding and driving in those as well. (Aubrey Deposition February 4, 2022.)

In Iraq on deployment, Mr. Aubrey fired the M16A4 and M9 service pistol for zeroing and qualifying. He fired the M240, M2 .50 caliber and M249 SAW as well. He recalls having to zero the guns twice during the deployment. The M240, M2 0.50 caliber machine gun, and M249 SAW machine guns were fired 100 rounds each time and the M16 rifle was fired approximately 200 rounds each time. He did not fire any other guns while in Iraq. (Aubrey Deposition February 4, 2022.)

Mr. Aubrey rode in helicopters twice in Iraq and recalls wearing the CAEv2 ear plugs and overhead earmuffs too, since the helicopters were so loud. He did not sleep with ear plugs in his ears. He recalls nearly being asleep and hearing a



W

loud explosion approximately 900 yards away of what turned out to be an Iraqi police car exploding on an IED. (Aubrey Deposition February 4, 2022.)

When Mr. Aubrey returned from Iraq, he worked for the Tax Center for five months. After that, he transferred to marksmanship training where for one week at a time every two weeks, he was on the range watching and making repairs to all the different weapons being fired there for qualification and prequalification. During that week of being at the range every day, he was typically standing 10 feet behind those firing weapons. There were anywhere from two to 300 shooters firing in a day. (Aubrey Deposition February 4, 2022.)

Beginning in approximately 2011 to 2012, he was also test firing weapons. He would fire anywhere between 30 to 120 rounds to try and determine what was causing the malfunction. Types of weapons systems he was testing was a 5.56 by 45 mm NATO M27 Infantry Automatic Rifle, a M38, a M110 7.62 Rifle, and a M40A5 sniper rifle. He used the CAEv2 earplugs during his time in Iraq and after his return stateside. (Aubrey Deposition February 4, 2022.)

**Non-Military Noise Exposure:**

Mr. Aubrey used to hunt at age 10 or younger and shoot firearms recreationally. He used over-the-head noise eliminating earmuffs when doing so. (Aubrey Deposition February 4, 2022.)

In 2013 to 2014, as a civilian contractor, Mr. Aubrey was deployed to Afghanistan. Mr. Aubrey worked for a company named Academi and was deployed to Iraq as a small weapons repair technician and armed security. He wore hearing protection that was he had bought himself. The hearing protection were custom molded ear plugs he obtained in the US prior to deployment. (Aubrey Deposition February 4, 2022, Aubrey Objections and Responses to Defendant 3M's Amended First Set of Interrogatories.)

Mr. Aubrey began working for a company named AC First and returned to Afghanistan from October 2014 to December 16, 2016. He was a small weapons repair technician, and he was not required to wear ear plugs. He was on a helicopter once while there and wore the over-ear headsets. Mr. Aubrey recalls hearing artillery battery firing once every four days but it was at least 400 yards away at the time. (Aubrey Deposition February 4, 2022, Aubrey Objections and Responses to Defendant 3M's Amended First Set of Interrogatories.)

In 2017, Mr. Aubrey began working for Omnisec International Securities Services, in armed security. He wore over-head earmuffs and foam earplugs while pistol training at an indoor firing range. (Aubrey Deposition February 4, 2022, Aubrey Objections and Responses to Defendant 3M's Amended First Set of Interrogatories.)

Between 2017 to 2018, Mr. Aubrey worked for Pinehurst Resort as security but earplugs were not required. (Aubrey Objections and Responses to Defendant 3M's Amended First Set of Interrogatories.)

Between 2018 to 2019, Mr. Aubrey worked for Lockheed Martin in Fort Bragg, NC doing small arms repair. He used earplugs on the indoor range approximately once every three to four months when help was needed with something specific. (Aubrey Deposition February 4, 2022, Aubrey Objections and Responses to Defendant 3M's Amended First Set of Interrogatories.)

Between 2019 to, at least, the date of his deposition, Mr. Aubrey has worked for the U.S. Army Special Operations Commands, Fort Bragg, NC doing small arms repair. As of the date of his deposition, he had not had the occasion to go to the range so he has not used ear protection there. (Aubrey Deposition February 4, 2022, Aubrey Objections and Responses to Defendant 3M's Amended First Set of Interrogatories.)



W

Plaintiff cannot recall non-occupational activities in which he was exposed to loud noise. (Aubrey Deposition February 4, 2022, Aubrey Objections and Responses to Defendant 3M's Amended First Set of Interrogatories.)

**Mr. Aubrey's Tinnitus and Hearing loss:**

Based on all available records and Sawyer Aubrey's reports, he had no complaints of tinnitus or hearing loss prior to entering the military.

Mr. Aubrey first noticed the tinnitus when he was working at the Tax Center in Quantico between January and May 2010 . He had just returned from his deployment in Iraq. Mr. Aubrey describes the tinnitus he experienced in the beginning as a loud, painful ringing. The intense ringing could last from 15 to 30 seconds to 4 to 5 minutes. It could happen sometimes several times in one day or just once in a month. (Aubrey Deposition February 4, 2022, Aubrey Objections and Responses to Defendant 3M's Amended First Set of Interrogatories, Aubrey Objections and Responses to Defendant 3M's Second Set of Interrogatories.)

Since the tinnitus began in 2010, Mr. Aubrey notices that it would be loud enough to drown out rifle fire. And, since it began, the tinnitus sometimes lasts up to 10 minutes. The tinnitus is so painful that he will drop to his knees in pain. He stops whatever he is doing at the time and waits for the pain and ringing to abate. To make the tinnitus and pain go away, he cups his hands over his ears and then leans his head down and this seems to help. Mr. Aubrey is fearful that he will be driving with his two children in the car and a tinnitus episode will grip him. He fears for the safety of his children. (Aubrey Deposition February 4, 2022, Aubrey Objections and Responses to Defendant 3M's Amended First Set of Interrogatories.)

Mr. Aubrey's tinnitus occurs spontaneously without warning. It has negatively impacted his marriage. His spouse often thinks that he is not listening





to her when instead the tinnitus is affecting his hearing and he cannot hear her. Often an argument will ensue. The tinnitus and arguments with his spouse worsened after leaving active Marine Corps service in January 2012. Mr. Aubrey states the tinnitus continues to negatively impact his relationship with his wife because it distracts him from conversations and activities related to those. The distraction includes terrible pain that he cannot engage with his wife. (Aubrey Deposition February 4, 2022.)

Currently, the tinnitus still happens spontaneously, for up to ten minutes, sometimes several times per day or sporadically. He uses a fan in the bedroom as white noise to drown out the sound so he can sleep. The tinnitus does not prevent him from falling asleep or from staying asleep. When the tinnitus happens, it can prevent him from spending time with his children or from doing his work. He usually returns later that day after taking a short break for the tinnitus to pass. He has had to stop driving due to tinnitus. (Aubrey Deposition February 4, 2022, Aubrey Objections and Responses to Defendant 3M's Amended First Set of Interrogatories,

Mr. Aubrey was granted evaluation for the tinnitus by the military upon discharge of 10%. (Aubrey VA Records, S_Aubrey-000687.)

Below are Mr. Aubrey's pure tone audiometric thresholds reviewed from his military health records. The final set of thresholds is gleaned from an audiogram after discharge from the armed forces. (See Defense Medical Exam dated March 7, 2022.)

| Date | 500 Hz | 1000Hz | 2000Hz | 3000Hz | 4000Hz | 6000Hz |
|---|---|---|---|---|---|---|
| 1/5/08 | L 10 | 0 | 5 | 0 | 5 | 10 |
| | R 10 | 0 | -5 | 10 | 5 | 5 |
| 2/2/09 | L 10 | 0 | 0 | 5 | 0 | 10 |
| | R 5 | 5 | 0 | 10 | 0 | 20 |



W

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/9/11 | L 5 | 0 | 10 | 5 | 10 | 15 |
| | R 10 | 0 | 5 | 15 | 10 | 20 |
| 5/17/11 | L 5 | -5 | 5 | 5 | 10 | 5 |
| | R 10 | 0 | 5 | 10 | 5 | 15 |
| 9/22/11 | L 5 | -5 | 5 | 5 | 10 | 5 |
| | R 10 | 0 | 5 | 10 | 5 | 15 |
| 8/25/13 | L 0 | -5 | -10 | -10 | 10 | 5 |
| | R 0 | 5 | -5 | 10 | 10 | 15 |
| 3/7/22 | L 15 | 15 | 20 | 15 | 25 | 20 |
| | R 20 | 15 | 20 | 25 | 25 | 15 |

The hearing thresholds on the audiograms before 2022 are within normal limits, yet they do show him to have greater thresholds at the higher frequencies. Mr. Aubrey describes his tinnitus as high pitched which would concur with his higher thresholds in the higher frequencies. Otoacoustic emissions (OAEs) were performed on March 7, 2022 On the left side he does not pass in the higher frequencies which is consistent with the greater thresholds on the audiogram that day.

**Other Medical Conditions:**

In 2019, Mr. Aubrey was diagnosed as a high functioning autistic. His neuropsychologist also says the autism is linked to social phobia. His medical records show his complaints of constant low back pain that started after his deployment due to the heavy loads he would have to carry. He was diagnosed with non allergic rhinitis from being behind the burn pit in Iraq.





Mr. Aubrey was involved in a car accident in 2011, and was taken to a civilian hospital in Maryland.

Mr. Aubrey suffered an ankle injury while on non-military deployment in Afghanistan in 2014. He fell out of a truck and suffered the ankle injury. He returned to the United States and could not drive a car from February 2014 to October 2014.

Mr. Aubrey applied for benefit of symptoms of PTSD that he feels he suffered due to mental trauma while on deployment; however his claim was denied.

Mr. Aubrey denies any history of head injury or concussion at any time.

**Medications**:

Mr. Aubrey does not have any prescribed long-term medications listed during military service other than Fexofenadine (Allegra). Mr. Aubrey has been prescribed ibuprofen for limited and brief periods of time during his military career.

**Tobacco, Drugs, Alcohol:**

Mr. Aubrey does not smoke cigarettes and does not abuse alcohol or use drugs.

**Family History of Hearing Loss:**

Other than a cousin on his mother's side who had hearing aids when he younger, Mr. Aubrey does not know of anyone in his family who has a history of hearing loss or tinnitus.



W

**Medical Opinion:**

It is my opinion to a reasonable degree of medical certainty that Mr. Aubrey suffers from tinnitus, hearing loss, hearing damage and all associated injuries.

As described above, Mr. Aubrey was subject to hazardous levels of continuous, intermittent and impulsive noise exposure when wearing the CAEv2 earplugs, he has suffered tinnitus since 2010 that has gotten progressively worse, and a recent hearing test performed in March 2022 demonstrated hearing loss. Regarding his hearing loss, it is my opinion that Mr. Aubrey's noise exposure in the military due to the CAEv2 earplugs not providing him adequate protection accelerated presbycusis altering the aging process in the cochlea. Ears with presumed cochlear damage from prior noise exposure show exacerbation of hearing loss progression with age. This effect has been followed in humans and repeated in mice models. Cochlear deterioration of neural responses and corresponding histologic changes were found in mice exposed to high sound levels compared to aged mice that had not been exposed to loud noise (Kujawa 2006).

It is also my opinion, to a reasonable degree of medical certainty, that flaws in the CAEv2 design were the direct and proximate cause and/or were a substantial contributing factor of, Sawyer Aubrey's tinnitus, hearing loss, hearing damage and all associated injuries. Specifically, his tinnitus, hearing loss, hearing damage and all associated injuries were as a direct result of hazardous noise exposure in the military due to inadequate hearing protection provided by the CAEv2 earplugs. My opinion is based upon my training, education and experience and in reliance upon the general causation opinions of Mark Packer, M.D. Col. (ret), Richard McKinley, USAF, MC, FS, and Christopher Spankovich, Au.D., Ph.D., M.P.H., which I find to be comprehensive and complete.

With the background of my education, training, and experience, I also reviewed and considered the Flange Report, design drawings of the CAEv2, and





other documents in forming my opinion that the CAEv2 is defective in that it does not adequately fit, seal and maintain a continued seal sufficient to protect against hearing damage.

Specifically, these defects include that: the CAEv2 was too short for proper insertion; contained an opposing, non-inserted end with basal edges and material that contacted and/or deformed against the outer ear; contained a hard, stiff and excessively wide adapter stem component which failed to adequately accommodate the dynamic human ear canal; and, as a result, had a propensity to imperceptibly loosen over excessively short duration. Based on the Flange Report, testimony of 3M employees and former employees, and other internal 3M documents, 3M did not provide this information to the military.

In determining the cause of Mr. Aubrey's tinnitus, hearing loss and hearing damage, I applied the differential diagnosis method, which is the method that I regularly utilize in my practice when evaluating patients with hearing loss and tinnitus. In so doing, I considered a variety of reasonable potential causes of Mr. Aubrey's hearing loss and tinnitus, including but not limited to noise exposure, hearing protection device use, age, ototoxicity, head trauma, vascular injury, ear infections, acoustic neuroma, sudden sensorineural hearing loss, autoimmune disorders, neoplasms, metabolic conditions, otosclerosis, otitis media, Meniere's disease, ear drum perforation, cholesteatoma, myringosclerosis or other potential medical conditions, and I ruled out all of the unlikely causes as explained herein.

When Mr. Aubrey enlisted in the Marines for the first time in 2008, he was healthy and did not have any hearing loss or tinnitus. This was confirmed by his audiograms. Mr. Aubrey does not recollect any history of concussion and does not have a traumatic brain injury.

Mr. Aubrey began using the CAEv2 earplugs in approximately February 2009, prior to his deployment to Iraq, and there is no evidence of tinnitus or





hearing loss, or the symptoms related thereto, before 2009. However, following his use of the CAEv2, he was exposed to multiple hazardous noise exposures while wearing the CAEv2 earplugs as detailed previously, and then develop tinnitus by 2010, with documented hearing loss in March 2022.

I also considered Mr. Aubrey's noise exposure after leaving the military. As discussed above, since leaving the military, Mr. Aubrey has shot guns at pistol ranges and overseas. However, when he does so, he wears ear protection, including ear protection that was specifically molded to his ear. Additionally, this exposure was years after the onset of the debilitating and painful tinnitus. Thus, I was able to rule out Mr. Aubrey's post-military noise exposure as a cause for his hearing loss and tinnitus.

I considered whether family history could have been a cause, but Mr. Aubrey reported that other than a cousin on his mother's side, he was unaware of any hearing loss or tinnitus in his family. There is no evidence of a family history or genetic history that would support this as a cause. Thus, I was able to exclude this as a cause.

I was able to rule out medications because Mr. Aubrey does not have any long-term prescribed medications listed during military service other than Fexofenadine (Allegra) which is not associated with hearing loss or tinnitus. I was able to rule out his use of Ibuprofen because he was only prescribed it at limited times and was only to take it as needed for the pain. Tinnitus is associated with long term and high dose usage of ibuprofen. Therefore, it is highly unlikely to have contributed to Mr. Aubrey's tinnitus and hearing loss.

I considered infections such as ear infections, herpes zoster oticus, syphilis, but Mr. Aubrey did not have any history of these conditions.

I considered obstructive sleep apnea (OSA) but Mr. Aubrey has not been diagnosed with OSA.





I considered otosclerosis but that causes conductive hearing loss, and Mr. Aubrey does not have a conductive hearing loss.

I considered autoimmune disorders, but Mr. Aubrey has no history of autoimmune conditions.

After ruling out the above medical conditions and events that could have caused Mr. Aubrey's hearing loss and tinnitus, I considered the loud noises to which Mr. Aubrey was exposed during his military service as identified above, and the hearing protection that he used during his time in the military. Mr. Aubrey used the CAEv2 earplugs as his hearing protection from February 2009 to October 2011, up to and beyond when he began to experience tinnitus and hearing difficulties, and he made sure to wear hearing protection at all times when he was in an environment with dangerous noise levels. Prior to that, he had used the red foam earplugs, but there is no evidence that he experienced tinnitus and hearing difficulties while wearing these earplugs.

Additionally, I considered Mr. Aubrey's Hearing Loss and Tinnitus Questionnaire completed by Susanne Cover on August 28, 2017. She concluded that Mr. Aubrey's tinnitus was "at least as likely as not (50% probability or greater) caused by or a result of military noise exposure. Rationale: The Veteran was exposed to excessive noise exposure (acoustic trauma) during service. Excessive noise exposure (acoustic trauma) is known to cause tinnitus; therefore the tinnitus is at least as likely as not a result of military noise exposure." (Aubrey Hearing Loss and Tinnitus Disability Benefits Questionnaire - S_Aubrey-000730.)

Having considered and ruled out the above, it is my medical opinion beyond a reasonable degree of medical certainty that Mr. Aubrey's tinnitus, hearing loss, hearing damage and all associated injuries were directly and proximately caused by his exposure to loud noises in the military due to the inadequate hearing protection provided by the CAEv2 earplugs.





The design flaws and fit issues with the CAEv2 earplugs allowed hazardous noise levels to enter Mr. Aubrey's ears as evidenced by Defendant's Flange Report.

I have relied on general causation opinions, and it is my understanding that there were alternative hearing protection devices that were available and would have provided Mr. Aubrey with better hearing protection than the CAEv2 earplugs during his military service. For example, between 2009 through 2011, the following hearing protection devices were available or could have been available: the red foam earplugs he had previously used, triple flange earplugs, the Sonic Defenders Surefire EP3, the Sonic Defenders Surefire EP4, the combat arms earplugs version 1 in combination with the Ultrafit, the combat arms earplugs version 3, and the combat arms earplugs version 4.

It is my opinion to a reasonable degree of medical certainty that had Mr. Aubrey used one of these alternative hearing protection devices, his difficulty hearing, tinnitus and related injuries would more likely than not have been prevented.

There is currently no treatment for Mr. Aubrey's tinnitus and hearing loss. He will require future medical care for his hearing injuries. His tinnitus and hearing damage will continue, and he may likely benefit from bilateral hearing aids at some time in the future, which would need to be replaced every three years. He would also benefit from masking devices or tinnitus blockers, as well as cognitive behavioral therapy for tinnitus. Additionally, psychiatric or mental health care may be warranted as well for the sequelae of tinnitus and hearing loss, which often include anxiety and depression (Pattyn T, et al., 2016; Prewitt A, et al., 2021).



Veenavatsamo
4/11/2022