**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) Case No. 3:19md2885 |
| | ) Judge M. Casey Rodgers |
| This Document Relates to All Wave 2 Plaintiffs | ) Magistrate Judge Gary R. Jones |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL WAVE PLAINTIFFS' DATA AND ELECTRONICALLY STORED INFORMATION RESPONSIVE TO DEFENDANTS' REQUEST FOR PRODUCTION NUMBER 10**

Pursuant to Local Rule 7.1(I), Defendants respectfully request leave to file a succinct reply in support of their Motion to Compel Wave Plaintiffs' Data and Electronically Stored Information Responsive to Defendants' Request for Production Number 10 (ECF No. 3265). If the Court grants Defendants leave, they will file their reply within 3 days of the Court's Order, and the reply will contain no more than 1,500 words—rather than the general 3,200-word limit provided for replies in this District. *See* L.R. 7.01(I).

Defendants acknowledge that the Court only permits replies in "extraordinary circumstances." *Id.* While Defendants certainly disagree with the arguments in Plaintiffs' Response (ECF No. 3304), in light of the "extraordinary circumstances"

standard, Defendants seek leave to file a reply pertaining only to Plaintiffs' assertions regarding Defendants' meet-and-confer efforts and obligations.

Specifically, Plaintiffs incorrectly assert that "Defendants refused to conduct pre-motion conferences" (*id.* at 20); that Defendants "confer[red] on RFP10 with individual counsel in only one of the hundreds of Wave 2 cases" (*id.* at 6); that Defendants "elected to negotiate [regarding RFP No. 10] with counsel other than the Plaintiffs' Leadership firms who had been involved in RFP10 discussions" (*id.*); that "<u>none</u> of the Plaintiffs' Leadership firms involved in prior discussions of Request for Production #10 received" meet-and-confer correspondence (*id.* at 6 n.4 (emphasis in original)); and that "Defendants declined to identify to Plaintiffs' leadership the cases in which Defendants purport to have conducted a meet-and-confer in advance of this motion" (*id.* at 6 n.6). These assertions are not mere misstatements—they are demonstrably false. Plaintiffs' reliance on these faulty assertions is also a primary basis for their argument that Defendants' Motion is "unripe." *See id.* at 21–22.

Defendants' counsel appropriately met and conferred with multiple Plaintiffs' firms—including Plaintiffs' leadership—on this issue, until counsel for the Parties agreed that further individualized meet-and-confer efforts would be inefficient in light of Plaintiffs' uniform position and objections. If permitted to file a brief reply, Defendants will refute Plaintiffs' procedural arguments by setting forth Plaintiffs'

leaderships' knowledge of and involvement in meet-and-confer efforts, including those involving the Special Master.

DATED: July 19, 2022

*/s/ Mark J. Nomellini*
Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel.: (312) 862-3254
mnomellini@kirkland.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel.: (202) 389-5991
mike.brock@kirkland.com

Kari L. Sutherland
BUTLER SNOW LLP
1200 Jefferson Ave., Suite 205
Oxford, Mississippi 38655
Telephone: (662) 513-8002
kari.sutherland@butlersnow.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B), (C)**

Pursuant to Local Rule 7.1(B), counsel for Defendants certify that on July 18, 2022, they conferred with Plaintiffs' counsel regarding the relief sought herein. Plaintiffs do not oppose this Motion.

DATED: July 19, 2022

*/s/ Mark J. Nomellini*
Mark J. Nomellini

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)**

Pursuant to Local Rule 7.1(F), counsel for Defendants certify that this memorandum contains 381 words, excluding the case style, signature block, and certificates of compliance with the Local Rules.

DATED: July 19, 2022

*/s/ Mark J. Nomellini*
Mark J. Nomellini

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 19, 2022, a copy of the foregoing was filed on the Court's CM/ECF system, which will serve all counsel of record.

DATED: July 19, 2022

*/s/ Mark J. Nomellini*
Mark J. Nomellini