| Name | Case Number |
| --- | --- |
| Alvarez, Jesse v. 3M Company, | 7:20-cv-45243 |
| Benefield, Cody v. 3M Company, | 7:20-cv-45244 |
| Brachetti, Felipe v. 3M Company, | 7:20-cv-45245 |
| Childress, John v. 3M Company, | 7:20-cv-45246 |
| Corley, Shannon v. 3M Company, | 7:20-cv-45247 |
| Daly, Richard v. 3M Company, | 7:20-cv-42844 |
| Diaz, George v. 3M Company, | 3:19-cv-02404 |
| Ferris, Justin v. 3M Company, | 7:20-cv-45249 |
| Guy, David v. 3M Company, | 7:20-cv-45250 |
| Hill, Henry v. 3M Company, | 7:20-cv-45253 |
| Melo, Marcel v. 3M Company, | 7:20-cv-45254 |
| Million, Nashoba v. 3M Company, | 7:20-cv-45255 |
| Roberts, Ritchie v. 3M Company, | 7:20-cv-45256 |
| Sanchez, Pete v. 3M Company, | 7:20-cv-45257 |
| Wilson, Jeannie v. 3M Company, | 7:20-cv-45260 |
| Wilson, Orion v. 3M Company, | 7:20-cv-45261 |
| Wilson, Patrick v. 3M Company, | 7:20-cv-45262 |
| Wright, Matthew v. 3M Company, | 9:20-cv-07063 |