# EXHIBIT 1

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF FLORIDA
 3                   PENSACOLA DIVISION
 4
                            Case No. 3:19-md-2885-MCR-GRJ
 5                          Judge M. Casey Rodgers
                            Magistrate Judge Gary R. Jones
 6
 7   IN RE:  3M COMBAT ARMS
 8   EARPLUG PRODUCTS LIABILITY LITIGATION
 9
10   This Document Relates to:
11   Christopher Blimka
12   Case No:  7:20cv06868-MCR-GRJ
13
14
15              VIDEO AND ORAL DEPOSITION
16                         OF
17                 CHRISTOPHER BLIMKA
18                  February 22, 2022
19
20   REPORTED BY:  Teresa Turquitt Davis
21                 Certified Court Reporter,
22                 Registered Professional
23                 Reporter and Notary Public
```

EXHIBIT 1

Page 2

```
 1              A P P E A R A N C E S
 2
 3  FOR THE PLAINTIFF:
 4      Ms. Anna Dean Kamins
 5      Attorney at Law
 6      CLARK, LOVE & HUTSON
 7      440 Louisiana Street
 8      Suite 1700
 9      Houston, Texas 77002
10
    FOR THE DEFENDANTS, 3M COMPANY, 3M
11  OCCUPATIONAL SAFETY LLC, AEARO
    TECHNOLOGIES LLC, AEARO HOLDING, LLC,
12  AEARO INTERMEDIATE, LLC AND AEARO, LLC:
13      Mr. Barton J. Freeman
14      Attorney at Law
15      THOMPSON COE
16      700 North Pearl Street
17      Twenty-Fifth Floor - Plaza of the Americas
18      Dallas, Texas 75201
19
20  OTHERS PRESENT:
21      Justin Bily, videographer
22
23
```

Page 3

```
 1              I N D E X
 2
 3           INDEX OF EXAMINATION
 4                               Page:
 5  EXAMINATION BY MR. FREEMAN     5
 6
 7
 8            INDEX OF EXHIBITS
 9                               Page:
10  Exhibit 1, depo notice                  13
11  Exhibit 2, unfiled case census form     64
12  Exhibit 3, declaration                  65
13  Exhibit 4, interrogatories              89
14  Exhibit 5, interrogatory verification   90
15  Exhibit 6, reference audiogram, 2005   136
16  Exhibit 7, reference audiogram, 2007   138
17  Exhibit 8, medical records             190
18
19
20
21
22
23
```

Page 4

```
 1          I, Teresa Turquitt Davis, a Certified
 2  Court Reporter and Registered Professional Reporter
 3  of Birmingham, Alabama, and a Notary Public for the
 4  State of Alabama at Large, acting as Commissioner,
 5  certify that on this date, as provided by the
 6  Federal Rules of Civil Procedure of the United
 7  States District Court, there came before me via
 8  remote videoconference on February 22, 2022,
 9  commencing at 3:05 P.M., CHRISTOPHER BLIMKA,
10  witness in the above cause, for oral examination,
11  whereupon the following proceedings were had:
12
13          THE VIDEOGRAPHER:  We are going on
14  the record at 3:05 on February 22nd, 2022.  This is
15  Media Unit One of the video-recorded deposition of
16  Christopher Blimka in the matter of Christopher
17  Blimka versus 3M Company.  My name is Justin Bily
18  from the firm Veritext and I'm the videographer.
19  The court reporter is Teresa Davis from the same
20  firm.
21          Would counsel please announce their
22  appearance for the record?
23          MS. KAMINS:  Anna Kamins from Clark,
```

Page 5

```
 1  Love & Hutson for the plaintiff.
 2          MR. FREEMAN:  And this is Bart
 3  Freeman for the defendant, of Thompson, Coe.
 4          THE VIDEOGRAPHER:  Thank you.  Would
 5  the court reporter please swear in the witness and
 6  then we can begin?
 7
 8          CHRISTOPHER BLIMKA,
 9  having been first duly sworn, was examined and
10  testified as follows:
11
12  EXAMINATION BY MR. FREEMAN:
13      Q.   Hi, sir, I'm going to be asking the
14  majority of the questions here today.  My name is
15  Bart Freeman.  Can you hear me okay?
16      A.   Yeah.
17      Q.   All right.  First, let's get some
18  background and some agreements at the front end.
19  If you would please state your first full name for
20  the record?
21      A.   Christopher James Blimka.
22      Q.   And do you go by Chris?
23      A.   Yes.
```

Page 66

1  was marked for identification.)
2  Q. So now we are looking at Exhibit 2.
3  We have your name; is that correct?
4  A. Yes, sir.
5  Q. And what I want to do very quickly as
6  efficiently as we can is kind of take you through
7  the document. And really what I'm looking for is I
8  want to confirm that the information and the dates
9  are right as opposed to you just kind of blanketly
10 agreeing that everything in here is correct. But
11 first we have that this, in fact, does relate to
12 you, correct?
13 A. Yes, sir.
14 Q. And you were in the military, and in
15 particular the Army, and we have a start date of
16 July 5th, 2001, and an end date of February 28th,
17 2009; is that correct?
18 A. I believe -- I believe they amended
19 it and it's February 26th, 2009.
20 Q. Amended February 26th, 2009? Okay.
21 So just a couple of days earlier; is that correct?
22 A. Yes, sir.
23 Q. And I understand there was a period

Page 67

1  kind of midway through that you reenlisted; is that
2  correct?
3  A. I reenlisted twice, sir.
4  Q. Reenlisted twice, all right.
5     Was there ever any periods where you
6  were not in the Army from July 5th, 2001, through
7  February 26, 2009?
8  A. No, sir.
9  Q. I just want to confirm that there was
10 never -- you didn't come home for a period of
11 months and do another type of job or separate from
12 the Army?
13 A. No, sir.
14 Q. Okay. All right. Let's move on to
15 the next page, which is full of places and dates.
16 Now, this lists your duty stations while you were
17 in the Army; is that correct?
18 A. Yes, sir.
19 Q. And if I'm following correctly, it's
20 in chrono order, but it's starting from the bottom
21 going up. Okay?
22 A. Some of the dates there, the order is
23 wrong, sir.

Page 68

1  Q. Okay. Well, why don't we try to do
2  our best to correct it as we go, okay?
3  A. Okay.
4  Q. And that's part of the reason we do
5  this exercise. For starting, it was your first
6  duty station at Fort Jackson in South Carolina?
7  A. Yes, sir.
8  Q. All right. And that start date was
9  July 5th, 2001; is that correct?
10 A. Yes, sir.
11 Q. Through October 5th, 2001?
12 A. I believe so, sir, yes.
13 Q. All right. And the next duty station
14 is identified as OEF. What is OEF?
15 A. That would have been Operation Iraqi
16 Freedom. And actually it's Fort Benning, Georgia
17 after Fort Jackson.
18 Q. Okay. So this is probably our first
19 change is that Fort Benning, Georgia is next.
20     And what are the correct dates -- and
21 I see it's not Fort Beginning, Georgia, it's Fort
22 Benning, right?
23 A. Yes, sir.

Page 69

1  Q. All right. Probably like an auto
2  correct.
3     And would that have been -- what
4  dates would Fort Benning, Georgia have been?
5  A. I believe -- I believe the dates are
6  somewhat accurate, just it would have been Fort
7  Benning, Georgia, OEF -- or Fort Bragg, then OEF,
8  OIF, Fort Lewis, Fort Richardson and then Fort
9  Lewis.
10 Q. Well, let's -- okay. Take me through
11 that again. What was the order, correct order in
12 chronological order?
13 A. So I went to Fort Jackson first and
14 then did my basic training in Fort Jackson. And
15 then I went to Fort Benning, Georgia for airborne
16 school for two weeks. Oh, and then I went to
17 Maryland for my MOS training.
18 Q. Which is where?
19 A. That would be Aberdeen Proving
20 Grounds.
21 Q. Aberdeen. So that's actually not on
22 the list; is that correct?
23 A. Yes, sir.

Page 78

1  Q.  So what sort of vehicles would you
2  have worked on under the MOS?
3  A.  Anything that didn't have a track.
4  So LMTVs, HIMITs, Humvees, forklifts.
5  Q.  What was the first thing you said,
6  EMITS?
7  A.  HIMITs.
8  Q.  HIMITs.  What's a HIMIT?
9  A.  A HIMIT is like a -- it's got four
10 wheels in the front and four wheels in the back.
11 The four wheels in the front turn, it's kind of
12 like maybe a version of the fire truck, I guess you
13 can say.
14 Q.  What do you use it for?
15 A.  Troop carries, recovering vehicles.
16 Q.  You load things in the back of it?
17 A.  You can, yes, sir.
18 Q.  Okay.  And then you mentioned Humvees
19 and then I heard LMTs.  What are -- what's an LMT?
20 A.  LMTVs, light -- light tactical
21 vehicles.  They're -- it's like cargo trucks.
22 Q.  What type of cargo is usually
23 transported on it?

Page 79

1  A.  Anything from ammunition to troops.
2  Q.  Okay.  Any other type of vehicles you
3  commonly worked around when you were working on the
4  MOS in the military?
5  A.  Not that I'm aware of, sir.
6  Q.  And as far as you mentioned HIMITs,
7  Humvees -- did you say LMTVs?
8  A.  LM, as in Mike, TVs.
9  Q.  TVs.  Okay.  And then we have
10 forklifts.  Of those four different kinds of
11 vehicles, do you happen to know the brand names or
12 model numbers of any of them?
13 A.  No, sir.
14 Q.  All right.  Were some of those
15 vehicles noisy, in your opinion?
16      MS. KAMINS:  Objection to the form.
17 A.  I mean, any vehicle is noisy.
18 Q.  (BY MR. FREEMAN:)  All right.  We'll
19 talk a little bit about that in a minute.  Stick to
20 the task at hand.
21      Kind of scrolling back down, we've
22 now identified the years, duty stations and
23 military occupational specialties you were on when

Page 80

1  you were using the Combat Arms Earplugs.  Do you
2  see that?
3  A.  Yes, sir.
4  Q.  Now we'll talk about kind of the
5  specific instances, but one thing I notice is that
6  you have your two deployments, you stated you wore
7  the earplugs on those two deployments, correct?
8  A.  Yes, sir.
9  Q.  All right.  And just to be clear,
10 that those two deployments lasted seven months
11 each, right?  They'd range in the year or scope
12 that -- that's there, right?
13 A.  No, sir.
14 Q.  Is that correct?
15 A.  Yes, sir, that's correct.
16 Q.  All right.  And then we also have
17 that you used the earplugs at Fort Lewis and at
18 Fort Jackson; is that correct?
19 A.  I believe Fort Bragg was the first
20 time -- I believe Fort Bragg was the first time
21 that I --
22 Q.  That you used them?
23 A.  Yes, sir.

Page 81

1  Q.  All right.  And thank you for that
2  clarification.
3       So now I'm going to flip back up --
4  actually I probably need to go to my own sheet
5  since it's changed a little bit.  What do you think
6  the first year was that you actually used the
7  Combat Arms Earplugs?
8  A.  End of 2001, 2002.
9  Q.  So end of 2001 or -- when in 2002?
10 A.  Right -- right when I got to Fort
11 Bragg, I believe.
12 Q.  Okay.  So whenever you first arrived
13 at Fort Bragg is whenever you first used the Combat
14 Arms Earplugs; is that correct?
15 A.  I believe so, sir, yes.
16 Q.  All right.  And since we're on the
17 topic, when is the last year that you wore the
18 Combat Arms Earplugs?
19 A.  Right before I got out, sir, 2009.
20 Q.  So as late as February of 2009, or
21 would it have been before that?
22 A.  Probably before that, sir.  I don't
23 think I was going to the range right before I got

Page 82

1  out, so --
2     Q.   When is the last time you think you
3  actually wore it?  Was it the end of 2008 or was it
4  January or --
5     A.   2008.
6     Q.   Do you have a rough idea if you were
7  to estimate what month it would have been?
8     A.   The end of 2008.
9     Q.   Okay.  So by the end, you're meaning
10 like November or December of 2008?
11    A.   Yes, sir.
12    Q.   All right.  So to sum it up, you
13 think the first time that you wore the Combat Arms
14 Earplugs Version 2 was when you arrived -- first
15 arrived at Fort Bragg, which we think was at the
16 end of 2001 or early 2002; correct?
17    A.   Yes, sir.
18    Q.   And the last time that you wore the
19 Combat Arms Version 2 Earplugs was at the end of
20 2008?
21    A.   Yes, sir.
22    Q.   All right.  Okay.  Let me see if
23 there's anything else that we need to cover on this

Page 83

1  census form.  I think this is kind of more of the
2  same, but it talks about the changes in your
3  military occupational specialty, but if I'm
4  understanding you correctly, the change from 63
5  Whiskey to 63 Bravo was in title only and it really
6  didn't matter as far as your day-to-day activities;
7  is that correct?
8     A.   That's correct, sir.
9     Q.   Yeah.  You're doing the same thing is
10 what you're telling me; yes?
11    A.   Yes, sir.
12    Q.   Okay.  And do you recall roughly when
13 they did change it?  Maybe you told me and I missed
14 it.  I think you said --
15    A.   I don't recall, sir.
16    Q.   Okay.  Do you remember which
17 deployment it was before or after that the MOS
18 changed, or you don't remember that?
19    A.   I don't remember, sir.
20    Q.   Okay. All right.  Let's keep
21 scrolling down.  Now, this is the census form where
22 you're making claims, and it shows that you were
23 making a claim -- let's talk about the tinnitus

Page 84

1  first.  The tinnitus, left ear, right ear, and the
2  extent was checked off as unknown; is that correct?
3     A.   Yes, sir.
4     Q.   Okay.  And we also see it down here.
5  And then we also note that you were making a claim
6  at the time of the census form for a partial
7  hearing loss of the right ear; is that correct?
8     A.   And the left ear, sir.
9     Q.   Oh, and the left ear.  All right.
10 That was going to be my next question.
11         And I see on this census form it
12 notes the percentage or grade of hearing loss if
13 known, and it's noted as 35.  Is that for the right
14 ear?
15    A.   Yes, sir.
16    Q.   All right.  And do you know the
17 percentage, if any, of the hearing loss in your
18 left ear?
19    A.   No, sir.
20    Q.   And then how do you -- how was it
21 obtained as far as do you know how it was -- where
22 that information came from, that you had a
23 35 percent loss of hearing in your right ear?

Page 85

1     A.   When I got out of the military that
2  was -- I had to do a hearing test, and I believe it
3  was in that hearing test that they told me that.
4     Q.   Okay.  And was this in 2009 or 2010
5  or later?
6     A.   2009.
7     Q.   Okay.  And do you remember where you
8  went for that hearing test?
9     A.   It was a military doctor, so it would
10 have been Fort Lewis.
11    Q.   Was it in connection with applying
12 for VA benefits?
13    A.   Yes, sir.
14    Q.   Was it in connection with applying
15 for VA disability?
16    A.   Yes, sir.
17    Q.   Is it your understanding that you
18 were awarded -- well, let me back up.  Is it your
19 understanding that the VA found that you actually
20 had a hearing loss in either ear?
21    A.   Yes, sir.
22    Q.   And was it both ears or just the
23 right ear?

22 (Pages 82 - 85)

Page 118

1  off the record.
2        THE VIDEOGRAPHER: We're going off
3  the record. This is the end of Media Unit 2.
4  We're going off the record.
5        (Whereupon, a brief recess was
6  taken.)
7        THE VIDEOGRAPHER: The time is 5:31.
8  This begins Media Unit Number 3. We're back on the
9  record.
10       Q. (BY MR. FREEMAN:) Sir, you
11 understand you're still under oath?
12       A. Yes, sir.
13       Q. Usually these breaks give me a chance
14 to look back and I want to make sure I've
15 summarized this correctly. We know -- we know you
16 were wearing other hearing protection prior to the
17 Combat Arms Earplugs, but we just don't know what;
18 is that correct?
19       MS. KAMINS: Objection, form.
20       A. Yes, sir.
21       Q. (BY MR. FREEMAN:) And are you able
22 to describe this other hearing protection in any
23 detail at all?

Page 119

1        A. I don't remember, sir.
2        Q. Okay. And do you -- I take it you
3  don't know the brand name, model or manufacturers
4  of this other hearing protection, correct?
5        A. No, sir.
6        Q. Is that correct?
7        A. That's correct.
8        Q. All right. And do you know after you
9  were issued the Combat Arms -- well, let me phrase
10 it this way, did you only wear the Combat Arms
11 Earplugs or did you wear any other hearing
12 protection as well, or don't you recall?
13       A. Only the Combat Arms Earplugs.
14       Q. So is it your testimony under other
15 that once you were issued the Combat Arms Earplugs,
16 whether it's the very end of 2001 or the beginning
17 of 2002, if you needed hearing protection, Combat
18 Arms Earplugs were the only hearing protection you
19 ever used?
20       A. Yes, sir.
21       Q. Okay. All right. Then let's go back
22 to -- we're kind of going through your different
23 duty stations, we're about to hit the deployment,

Page 120

1  I'm hoping to save a little bit of time here. You
2  just described the type of work you did at Fort
3  Bragg as a mechanic and the noise exposures you
4  were exposed to, right?
5        A. Yes, sir.
6        Q. My question is, did you do the same
7  sort of work at your later duty stations at Fort
8  Richardson and Fort Lewis as you did at Fort Bragg?
9        A. Yes, sir.
10       Q. And were you around the same sorts of
11 noise exposures at Fort Lewis and Fort Richardson
12 as you were at Fort Bragg?
13       A. Yes, sir.
14       Q. And did you wear the same -- did you
15 wear -- was it the same frequency that you were
16 exposed to those noises and that type of work?
17       A. Yes, sir.
18       Q. And were you -- did you wear hearing
19 protection around those noises at Fort Lewis and
20 Fort Richardson?
21       A. Yes, sir.
22       Q. And was it -- what kind of hearing
23 protection was it?

Page 121

1        A. The Combat Arms 2, sir.
2        Q. And can you very briefly, like in
3  twenty or thirty seconds, just explain what kind of
4  work a mechanic commonly does for your MOS? I know
5  you explained the type of vehicles you worked on,
6  but what are you generally doing to fix? I'm sure
7  it varies so I'm just asking, you know, on a
8  day-to-day, what are some of the more common work
9  that you're doing on these vehicles?
10       A. Engine replacements, transmissions,
11 fuel problems, starting problems.
12       Q. And typically when you were -- when
13 you work on a vehicle, I take it it was turned off;
14 is that correct?
15       A. Yes, sir.
16       Q. And are others -- are there many
17 operating vehicles around you when you're working
18 on a typical day?
19       A. Yes, sir.
20       Q. And what would -- why would those be
21 operating?
22       A. You have to diagnose them, you're got
23 to inspect the problem when they're done, and then

Page 122

1  you've just got to maintain the vehicle too.
2      Q.   And when you say maintain, what's
3  involved with that?
4      A.   Checking the oil, checking the
5  transmission fluid, make sure it's running right.
6      Q.   We talked about air compressors.
7  What are the air compressors being used for, by the
8  way?
9      A.   Air tools.
10     Q.   So what type of air tools, to give us
11 all an idea?
12     A.   Air wrenches, ratchets, filling up
13 tires.
14     Q.   Okay.  All right.  Let's now move to
15 the deployments.  We already have the dates of the
16 two deployments, so we won't go through those
17 again.  We understand each deployment was seven
18 months, one was to Afghanistan, one was to Iraq,
19 correct?
20     A.   Yes, sir.
21     Q.   Were you exposed to noise during both
22 of those deployments?
23     A.   Yes, sir.

Page 123

1      Q.   Were there similar noises at each
2  deployment, or were there different noise
3  exposures, depending on if you were in Afghanistan
4  or Iraq?
5      A.   Similar noises.
6      Q.   Well, we'll take them together, then.
7  What types of noises did you experience when you
8  were on deployment to both of those countries?
9      A.   It was the same as my duty station,
10 vehicle noises, and then there was gunfire, RPGs,
11 mortar rounds.
12     Q.   Anything else?
13     A.   Not that I can recall.
14     Q.   You mentioned air compressors as well
15 under your MOS.  Did you experience that type of
16 noise too?
17     A.   Yes, sir.
18     Q.   Now, under your MOS, I take it that
19 you were primarily fixing vehicles on the base.
20 Were you also fixing them in the field?
21     A.   Yes, sir.
22     Q.   And can you give me an idea where you
23 spent most of your time?  Was most of your time

Page 124

1  spent on the base or most of your time in the field
2  or was it an even split?  You tell me.
3      A.   It was a even split.  Even though you
4  have a job to do, you still got to go out on
5  patrols and things like that.
6      Q.   Okay.  So am I following you
7  correctly that when you go out on the field, it was
8  less to do the MOS-type work as a mechanic, it was
9  more to be involved with potential combat?  Is that
10 what I'm hearing?
11     A.   Yes, sir.
12     Q.   Okay.  Do you ever do any type of
13 mechanic -- well, I'm sure maybe you did sometimes,
14 but was it common for you to do mechanical work in
15 the field, are you primarily working as a soldier?
16          MS. KAMINS:  Objection, form.
17     A.   Mostly at the base doing the mechanic
18 work.
19     Q.   (BY MR. FREEMAN:)  Okay.  So how much
20 of your time do you think was spent -- of your
21 typical working shift do you think was spent at
22 base versus on patrol or on the field?
23     A.   I can't really say.  I mean, when

Page 125

1  you're deployed you're working twenty-four hours a
2  day.  So, I mean, you could be out on patrol and
3  then back on base working, so I mean --
4      Q.   Okay.  Well, we can agree there was
5  some time to sleep, right?
6      A.   Yes, sir.
7      Q.   Okay.  And there was some down time,
8  or hopefully you -- unless you were under attack or
9  something, which we'll talk about in a minute,
10 hopefully you have some down time in your average
11 day too, correct?
12     A.   Yes, sir.
13     Q.   Okay.  So when you're deployed, you
14 tell me, how many hours do you think you're on duty
15 on average, realizing each day is a little
16 different?
17     A.   At least eight to twelve hours.
18     Q.   Okay.  And is that typically five
19 days a week, is it more or less than that?
20     A.   No, it's seven days a week.
21     Q.   Okay.  So you don't have any days off
22 when you're deployed, is that what I'm hearing?
23     A.   Yes, sir.

32 (Pages 122 - 125)

Page 142

1   Q.   And would that be true all the way
2   through your final -- the final time you were
3   issued in 2008 sometime?
4   A.   Yes, sir.
5   Q.   Okay.  The first time that you were
6   issued the Combat Arms Earplugs -- well, all of the
7   times you were issued, was it always issued by
8   someone in the military?
9   A.   Yes, sir.
10  Q.   Typically who would be issuing the
11  Combat Arms Earplugs?
12  A.   Your supply sergeant.
13  Q.   And that was true in the first time
14  too?
15  A.   Yes, sir.
16  Q.   Do you recall the name of the supply
17  sergeant?
18  A.   I don't recall the names.
19  Q.   Were you ever fitted for your first
20  pair or any pair of the Combat Arms Earplugs that
21  you were issued?
22  A.   Not that I can recall, sir.
23  Q.   Did the Combat Arms Earplugs come in

Page 143

1   any packaging?
2   A.   Not that I can recall, sir.
3   Q.   I take it you never purchased the
4   Combat Arms Earplugs, did you?
5   A.   No, sir.
6   Q.   And just to be clear, you only wore
7   the Combat Arms Earplugs while you were in the
8   military, correct?
9   A.   Yes, sir.
10  Q.   We talked about the first time that
11  you were issued them.  When was the first time that
12  you actually used the Combat Arms Earplugs?
13  A.   Well, as soon as you got issued them
14  and you started your job.
15  Q.   So you would have used them at Fort
16  Bragg?
17  A.   Yes, sir.
18  Q.   Before you were -- it was before your
19  first deployment?
20  A.   Yes, sir.
21  Q.   Did you ever wear dual hearing
22  protection?  So, for example, you had a
23  communication headset or earmuffs that you put over

Page 144

1   the Combat Arms at any time?
2   A.   No, sir.
3   Q.   Did the military require you to wear
4   the hearing protection?
5   A.   Yes, sir.
6   Q.   Did the military -- slightly
7   different question.  Did they allow you to decide
8   what hearing protection you chose to wore?
9   A.   You just wore what you were issued,
10  sir.
11  Q.   Were you ever offered any other type
12  of hearing protection other than the Combat Arms
13  once they became available?
14  A.   Not that I recall, sir.
15  Q.   So in your recollection, you didn't
16  have a choice between different types of hearing
17  protection, you just wore what you were given,
18  namely the Combat Arms, once they were available,
19  right?
20  A.   Yes, sir.
21  Q.   And I take it from your prior
22  answers, once you were issued the Combat Arms
23  Earplugs, you can't recall a particular instance

Page 145

1   that you wore any other type of hearing protection;
2   is that correct?
3   A.   Yes, that's correct, sir.
4   Q.   When you were first issued the Combat
5   Arms Earplugs or any subsequent time to that, did
6   you ever receive any verbal instructions --
7   A.   Yes, sir.
8   Q.   -- about the Combat Arms?
9   A.   Yes, sir.
10  Q.   What do you recall them telling you?
11  A.   How to put them in.
12  Q.   Was there any other -- we'll get to
13  the description in a minute, but was there any
14  other information they gave you other than how to
15  put them in?
16  A.   Not that I can recall, sir.
17  Q.   And what did they say about putting
18  them in, if you could demonstrate while you explain
19  on the video?
20  A.   You just take your opposite arm to
21  the ear that you're going into, hold your ear up
22  and insert the plug in and drop your arm -- or drop
23  your ear.  Excuse me.

37 (Pages 142 - 145)

Page 146

1   Q.   Do you recall anything else they told
2   you other than what you just described?
3   A.   Not that I can recall, sir.
4   Q.   Any other verbal instructions they
5   might have passed along to you?
6   A.   Not that I can recall, sir.
7   Q.   Did you ever receive or see any type
8   of written instructions about the Combat Arms
9   Earplugs?
10   A.   I believe it came with the earplug
11   itself.
12   Q.   When you say -- are you saying
13   written instructions did come with the earplugs
14   themselves?
15   A.   Yes, sir.
16   Q.   Was that just the first time or was
17   that every time?
18   A.   Every time that it was issued, sir.
19   Q.   Did you ever read or review those
20   written instructions?
21   A.   Yes, sir.
22   Q.   Do you recall what those written
23   instructions said?

Page 147

1   A.   Just what I described, sir.
2   Q.   As far as putting them in?
3   A.   Yes, sir.
4   Q.   Do you remember anything else the
5   written instructions communicated other than how to
6   put them in?
7   A.   Um, I believe they also said for what
8   side, because they're green and yellow.  And I
9   believe they said what each side did for noise
10   exposure.
11   Q.   And what do you recall what they said
12   about what each side did?
13   A.   The yellow side is for like gunfire
14   so you can hear commands.  And then the green side
15   was for long-term exposure, noise -- constant
16   noise.
17   Q.   While we're talking about it, what
18   times would you wear the yellow side -- well, let
19   me back up, did you wear the yellow side?
20   A.   Yes, sir.
21   Q.   And what occasions did you wear the
22   yellow side of the Combat Arms Earplugs?
23   A.   When we were at a range or on patrol.

Page 148

1   Q.   So the times that you went on patrol
2   and you're in your vehicle and in any combat, you
3   were wearing the yellow side of the Combat Arms
4   Earplugs?
5   A.   Yes, sir.
6   Q.   Okay.  And then when did you wear the
7   green side of the Combat Arms Earplugs?
8   A.   When I was working on vehicles or in
9   an aircraft.
10   Q.   For example, on the jumps?
11   A.   Yes, sir.
12   Q.   Did your day-to-day job as a mechanic
13   require you to communicate much or not really?
14   A.   No, sir.
15   Q.   So you were working kind of on your
16   own?
17   A.   Yes, sir.
18   Q.   And you would wear the -- so that's
19   why you would wear the green side at those times?
20   A.   Yes, sir.
21   Q.   When you would wear the yellow side,
22   whether you're at the range or on patrol, could you
23   hear other people talking?

Page 149

1   A.   Yes, sir.  That was the whole purpose
2   of the earplug.
3   Q.   And would you agree that was a
4   benefit to the earplug?
5        MS. KAMINS:  Objection, form.
6   A.   I -- I thought that it would help,
7   yes, sir.
8   Q.   (BY MR. FREEMAN:)  Well, let's --
9   you've heard the phrase situational awareness,
10   correct?
11   A.   Yes, sir.
12   Q.   The importance of being aware of your
13   surroundings, especially when you're in a
14   potentially hostile environment; is that correct?
15   A.   Yes, sir.
16   Q.   Would you agree that it's helpful to
17   be able not only to hear commands and instructions,
18   but also, you know, clues -- noise clues as to the
19   location of potential snipers or enemy combatants.
20   Is that fair?
21        MS. KAMINS:  Objection to form.
22   A.   I mean, I thought that was what the
23   earplug was supposed to be for, yes, sir.

38 (Pages 146 - 149)

Page 150

```
 1      Q.   (BY MR. FREEMAN:)  Well, and we can
 2   talk about -- we'll talk in a minute about how you
 3   feel that you were damaged by the earplug, so, you
 4   know, we will get there.  I'm just trying to look
 5   at if you see the practical side to them being
 6   used.  And it did enable you to hear each speech,
 7   correct?
 8      A.   Yes, sir.
 9      Q.   And it did enable you to, you know,
10   identify approximately where enemy combatants were
11   shooting from, true?
12      A.   Yes, sir.
13      Q.   Okay.  All right.  Going back to the
14   original question -- oh, before I forget to ask,
15   was there any other times you wore the green side
16   other than when you were working on vehicles and on
17   aircrafts right before jumps?
18      A.   No, sir.
19      Q.   Okay.  And was there any other time
20   you wore the yellow side other than when you were
21   at ranges or on patrol?
22      A.   No, sir.
23      Q.   Okay.  Did you ever fold back the
```

Page 151

```
 1   flanges of the opposite end of the Combat Arms
 2   Earplugs for any reason?
 3      A.   No, sir.
 4      Q.   Did you ever receive what they call a
 5   wallet card for the Combat Arms Earplugs?
 6      A.   No, sir.
 7      Q.   Do you recall receiving any other
 8   written or oral instructions about the Combat Arms
 9   Earplugs other than what we've already talked
10   about?
11      A.   Not that I can recall, sir.
12      Q.   Do you recall anything else the
13   written instructions, for example, said, other than
14   what you already described?
15      A.   Not that I can recall, sir.
16      Q.   And I think I asked you when you were
17   first issued the Combat Arms Earplugs if you were
18   fitted.  Did you ever get fitted at any time for
19   the Combat Arms Earplugs?
20      A.   Not that I can recall, sir.
21      Q.   Do you recall receiving any other
22   training regarding the Combat Arms Earplugs other
23   than what we've already talked about?
```

Page 152

```
 1      A.   Not that I recall, sir.
 2      Q.   Do you recall receiving any training
 3   about any of the other hearing protection that you
 4   may have worn at any time?
 5      A.   No, sir, not that I can recall.
 6      Q.   I take it since you were told to wore
 7   what you were given and you were given no choices
 8   to what you wore, there was not any particular
 9   statements that you were relying upon in choosing
10   the Combat Arms Earplugs versus any others, true?
11           MS. KAMINS:  Objection to form.
12      A.   True, sir.
13      Q.   (BY MR. FREEMAN:)  You never saw any
14   advertisements for the Combat Arms Earplugs, did
15   you?
16      A.   No, sir.
17      Q.   When you were wearing the green end
18   of the Combat Arms Earplugs in, how would you
19   communicate with others?
20      A.   Like I said, I was mostly by myself
21   working, so there wasn't really any communication
22   to be done.
23      Q.   When you would wear the yellow end of
```

Page 153

```
 1   the Combat Arms Earplugs, we talked about how you
 2   could hear commands and certain noises.  Did you
 3   ever feel like they impeded your ability to hear
 4   sounds that you wanted to hear?
 5      A.   No, sir.
 6      Q.   Would you agree that the Combat Arms
 7   Earplugs on the yellow side allowed you to hear low
 8   level sounds that other hearing devices wouldn't
 9   necessarily allow you to hear?
10           MS. KAMINS:  Objection to form.
11      A.   I -- yes, sir.
12      Q.   (BY MR. FREEMAN:)  Did you ever wear
13   the green end in one ear and the yellow end in the
14   other?
15      A.   No, sir.
16      Q.   Did you ever forget or not pay
17   attention to what end you were putting in when you
18   were you putting them in?
19      A.   No, sir.
20      Q.   Did you ever insert the Combat Arms
21   so quickly that you were not able to confirm which
22   end you were using?
23      A.   No, sir.
```

Page 162

1  was going on.
2      Q.   For example, did you ever see a
3  comrade killed near you?
4      A.   Yes, sir.
5      Q.   Okay.  In fact, didn't the VA connect
6  your -- well, did the VA find that you were
7  disabled as far as depression and PTSD?
8      A.   Yes, sir.
9      Q.   And you're getting compensated for
10 that too, correct?
11     A.   Yes, sir.
12     Q.   And part of that process is they find
13 that the PTSD and depression and bipolar all
14 related to your service in the military, correct?
15     A.   Yes, sir.
16     Q.   Do you agree with them?
17     A.   Yes, sir.
18     Q.   By the way, have you ever had any
19 type of ear surgery?
20     A.   No, sir.
21     Q.   Have you ever had tubes put in your
22 ears?
23     A.   No, sir.

Page 163

1      Q.   Have you ever had an ear infection?
2      A.   Maybe when I was a baby.
3      Q.   Not as an adult?
4      A.   No, sir.
5      Q.   And you don't know one way or the
6  other as far as when you were a baby or a child?
7      A.   No, sir, I don't.
8      Q.   Who is your current primary care
9  physician?
10     A.   The VA.
11     Q.   Do you remember, is there any
12 particular doctor at the VA that you see more than
13 others?
14     A.   No, sir.
15     Q.   Do you know the name of any of the
16 doctors at the VA?
17     A.   I just moved offices when I -- this
18 last time I got out of jail, so I've only seen her
19 once.  So I don't know her name.
20     Q.   Do you know the names of any of the
21 previous doctors you've seen at the VA?
22     A.   No, sir.
23     Q.   To your knowledge, have you ever been

Page 164

1  seen by an ear, nose and throat doctor, or ENT?
2      A.   No, sir.
3      Q.   Prior to you joining the military,
4  did you have any hearing loss or condition
5  affecting your ears or hearing, including tinnitus?
6      A.   No, sir.
7      Q.   And I don't have -- well, hold on.  I
8  think your prior testimony was you first noticed
9  the symptoms of hearing loss in your ear, both
10 ears, and also tinnitus in February of 2009; is
11 that correct?
12     A.   That's when I noticed it, yeah.
13     Q.   The way you answered that, was there
14 -- is there a reason to believe that it was
15 occurring prior to February of 2009?
16          MS. KAMINS:  Objection, form.
17     A.   No, sir.
18     Q.   (BY MR. FREEMAN:)  Okay.  And can you
19 -- when you first noticed, did you notice them both
20 at the same time, the tinnitus and the hearing
21 loss?
22     A.   I mean, the tinnitus kind of came on
23 gradually.

Page 165

1      Q.   Okay.  We'll talk about that more in
2  a second.  And when -- what about the hearing loss?
3      A.   The hearing loss, about the time my
4  wife kept saying huh.
5      Q.   And that was in 2009, too, though?
6      A.   Yes, sir.
7      Q.   Just to be clear, while you were in
8  the military as opposed to after, while you were in
9  the military, were you ever diagnosed with hearing
10 loss or tinnitus or any other hearing-related
11 condition by any medical provider?
12     A.   Not that I can recall, sir.
13     Q.   And you've already talked to me about
14 your first time the VA diagnosing you with both of
15 these conditions, as far as you understand, in
16 2009; is that correct?
17     A.   That's correct, sir.
18     Q.   Other than 2009, was there any
19 subsequent times that a doctor or medical provider
20 ever diagnosed you with hearing loss or tinnitus?
21          MS. KAMINS:  Objection to form.
22     A.   No.
23     Q.   (BY MR. FREEMAN:)  I know you're not

| Page 174 | Page 176 |
|---|---|
| 1  tinnitus until February of 2009, right?<br>2      A.   Well, that's when I like became<br>3  really aware of it.  I mean --<br>4      Q.   Let me put it this way.<br>5      A.   I -- sorry.<br>6      Q.   No, go ahead.<br>7      A.   I didn't know what the humming or<br>8  ringing in my ear was, you know, from coming back<br>9  from deployment, and that's -- that's when it<br>10 really started.<br>11     Q.   Which deployment?<br>12     A.   When I got back from Iraq.<br>13     Q.   So is that in about 2003?<br>14     A.   Yes, sir.<br>15     Q.   Okay.  So a minute ago you said 2005<br>16 or 2006, so another way to ask the question, when<br>17 did you first start noticing any type of ringing or<br>18 humming in your ears?<br>19     A.   When did I start to notice it?  When<br>20 I got back from Iraq.<br>21     Q.   So in 2003?<br>22     A.   Yes, sir.<br>23     Q.   And then it continued to get worse | 1      A.   I had a fender-bender one time.<br>2      Q.   Any other accidents?<br>3      A.   Not that I can recall.<br>4      Q.   When was the fender-bender?<br>5      A.   It would have been in between my two<br>6  deployments.<br>7      Q.   And were you injured in that?<br>8      A.   No, sir.<br>9      Q.   At any point in time have you ever<br>10 had a head injury for any reason, whether you were<br>11 in combat or not?<br>12     A.   No, sir.<br>13     Q.   Have you ever been diagnosed with a<br>14 traumatic brain injury, or TBI?<br>15     A.   No, sir.<br>16     Q.   Have you ever been told or to your<br>17 belief ruptured an eardrum from an IED or any other<br>18 cause?<br>19     A.   No, sir.<br>20     Q.   Other than the event involving the<br>21 parachute jump, has your back, neck or spine ever<br>22 been injured at any other time?<br>23     A.   No, sir. |
| Page 175 | Page 177 |
| 1  through 2009, is that what you're saying?<br>2      A.   Yes, sir.<br>3      Q.   And it was 2009 that you were<br>4  formally diagnosed with tinnitus?<br>5      A.   Yes, sir.<br>6      Q.   Well, in light of that testimony,<br>7  when did you notice that you had any type of<br>8  hearing loss?  Was it 2009 or was it before 2009?<br>9      A.   2009.<br>10     Q.   And prior -- just so we're clear,<br>11 prior to 2009, no one diagnosed you with hearing<br>12 loss or tinnitus, correct?<br>13     A.   That's correct, sir.<br>14     Q.   We've talked at length about how the<br>15 tinnitus and the hearing loss has affected you on<br>16 daily life.  Are there any other things that you<br>17 feel you can't do other than what you've already<br>18 described because of the hearing loss and tinnitus?<br>19     A.   No, sir.<br>20     Q.   Have you ever been injured in a -- in<br>21 any accident other than the parachute event, for<br>22 example, motor vehicle accidents, sports injuries,<br>23 accident at home, on the job? | 1      Q.   Are you making a claim in this case<br>2  that your alleged injuries of hearing loss or<br>3  tinnitus has caused or exacerbated your mental<br>4  health conditions?<br>5      A.   Yes, sir.<br>6      Q.   And how do you feel like they<br>7  affected them?<br>8      A.   Well, I believe that, you know, I<br>9  can't concentrate.  It's part of my PTSD.  You<br>10 know, I can't fall asleep.  My marital life suffers<br>11 from it, therefore my whole mental health is<br>12 affected by it.<br>13     Q.   Has any -- go ahead.<br>14     A.   I believe my drug problem is because<br>15 of it too.<br>16     Q.   And would you agree with me that the<br>17 drug problem is also related to a lot of other<br>18 issues other than just your tinnitus and hearing<br>19 loss?  Is that a fair statement?<br>20          MS. KAMINS:  Object to the form.<br>21     A.   Yes, sir.<br>22     Q.   (BY MR. FREEMAN:)  What other causes<br>23 do you think might have contributed to your drug |

| Page 194 | Page 196 |
|---|---|
| 1  MS. KAMINS: Oh, I don't.  We<br>2 reserve.<br>3  MR. FREEMAN: Okay.  That's simple<br>4 enough then.  All right.  We'll go off the record,<br>5 then.<br>6  MS. KAMINS: Thank you.<br>7  THE VIDEOGRAPHER: The time is 7:09.<br>8 We're going off the record.<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23 | 1 To: Anna Dean Kamins, Esq.<br>2 Re: Signature of Deponent Christopher Blimka<br>3 Date Errata due back at our offices: 30 days<br>4<br>5 Greetings:<br>6 This deposition has been requested for read and sign by the deponent.  It is the deponent's responsibility to<br>7 review the transcript, noting any changes or corrections on the attached PDF Errata.  The deponent may fill<br>8 out the Errata electronically or print and fill out manually.<br>9<br>10 Once the Errata is signed by the deponent and notarized, please mail it to the offices of Veritext (below).<br>11<br>12 When the signed Errata is returned to us, we will seal and forward to the taking attorney to file with the<br>13 original transcript.  We will also send copies of the Errata to all ordering parties.<br>14<br>15 If the signed Errata is not returned within the time above, the original transcript may be filed with the<br>16 court without the signature of the deponent.<br>17<br>18 Please Email the completed errata/witness cert page to readandsign@veritext.com<br>19 or mail to<br>20 Veritext Production Facility<br>21 2031 Shady Crest Drive<br>22 Hoover, AL 35216<br>23 205-397-2397 |

| Page 195 | Page 197 |
|---|---|
| 1  C E R T I F I C A T E<br>2<br>3 STATE OF ALABAMA)<br>4 JEFFERSON COUNTY)<br>5<br>6  I hereby certify that the above and<br>7 foregoing deposition was taken down by me in<br>8 stenotype, and the questions and answers thereto<br>9 were reduced to typewriting under my supervision,<br>10 and that the foregoing represents a true and<br>11 correct transcript of the deposition given by said<br>12 witness upon said hearing.<br>13  I further certify that I am neither<br>14 of counsel nor of kin to the parties to the action,<br>15 nor am I in anywise interested in the result of<br>16 said cause.<br>17<br>18  _Teresa T. Davis_<br>   TERESA TURQUITT DAVIS, CCR, RPR<br>   CCR #162, Expires 09/30/22<br>19 Commissioner for the<br>   State of Alabama at Large<br>20 My Commission Expires:  12/03/24<br>21<br>22<br>23 | 1 ERRATA for ASSIGNMENT #5087328<br>2 I, the undersigned, do hereby certify that I have read the transcript of my testimony, and that<br>3<br>4 ___  There are no changes noted.<br>5 ___  The following changes are noted:<br>6<br>   Pursuant to Civil Procedure, Rule 30. ALA. CODE § 5-30(e)<br>7 (2017). Rule 30(e) states any changes in form or substance which you desire to make to your testimony shall<br>8 be entered upon the deposition with a statement of the reasons given for making them.  To assist you in making any<br>9 such corrections, please use the form below.  If additional pages are necessary, please furnish same and attach.<br>10<br>11 Page _____ Line _____ Change _____<br>12 _____<br>13 Reason for change _____<br>14 Page _____ Line _____ Change _____<br>15 _____<br>16 Reason for change _____<br>17 Page _____ Line _____ Change _____<br>18 _____<br>19 Reason for change _____<br>20 Page _____ Line _____ Change _____<br>21 _____<br>22 Reason for change _____<br>23 Page _____ Line _____ Change _____ |

50 (Pages 194 - 197)