# EXHIBIT 2

Page 1

1              UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF FLORIDA

3                 PENSACOLA DIVISION

4

5    CASE NO. 3:19-md-2885

6

7    Judge M. Casey Rodgers

8    Magistrate Judge Gary R. Jones

9

10   IN RE: 3M COMBAT ARMS EARPLUG

11   PRODUCTS LIABILITY LITIGATION

12   This Document Relates

13   to: Christopher Blimka

14   Civil Case No.: 7:20cv06868

15

16

17              REMOTE DEPOSITION OF

18              DENNIS AGLIANO, M.D.

19                 June 20, 2022

20

21

22   REPORTED BY:   Laura H. Nichols

23                  Certified Realtime Reporter,

24                  Registered Professional

25                  Reporter and Notary Public

EXHIBIT
2

Page 2

```
 1        A P P E A R A N C E S
 2
 3  FOR THE PLAINTIFF:
 4     Mr. J. Ryan Ziminskas
 5     Attorney at Law
 6     Clark, Love & Hutson, PLLC
 7     440 Louisiana Street
 8     Suite 1600
 9     Houston, Texas 77002
10     (713) 757-1400
11     rziminskas@triallawfirm.com
12
13  FOR THE DEFENDANTS, 3M COMPANY, 3M OCCUPATIONAL
14  SAFETY LLC, AEARO TECHNOLOGIES LLC, AEARO HOLDINGS,
15  LLC, AEARO INTERMEDIATE, LLC, AND AEARO, LLC:
16     Ms. Zandra Foley
17        and Mr. Daniel L. O'Neil
18     Attorneys at Law
19     Thompson, Coe, Cousins & Irons, LLP
20     One Riverway
21     Suite 1400
22     Houston, Texas, 77056
23     (713) 403-8210
24     zfoley@thompsoncoe.com
25     doneil@thompsoncoe.com
```

Page 3

```
 1          INDEX OF EXAMINATION
 2
 3                    Page:
 4  DEPONENT:  DENNIS AGLIANO, M.D.        5
 5  EXAMINATION BY MS. FOLEY              5
 6  EXAMINATION BY MR. ZIMINSKAS         73
 7
 8
 9      INDEX OF PLAINTIFF'S EXHIBITS
10
11
12                    Page:
13  Exhibit 1              6
14     Amended Notice of Remote Oral
15  Deposition of Witness Dennis Agliano,
16  M.D.
17  Exhibit 2             10
18     Case-Specific Expert Report of
19  Dennis S. Agliano, M.D., Regarding
20  Christopher Blimka
21
22
23
24
25
```

Page 4

```
 1          S T I P U L A T I O N
 2        IT IS STIPULATED AND AGREED, by and
 3  between the parties, through their respective
 4  counsel, that the deposition of DENNIS AGLIANO,
 5  M.D. may be taken before Laura H. Nichols,
 6  Commissioner, Certified Realtime Reporter,
 7  Registered Professional Reporter and Notary Public;
 8        That it shall not be necessary for
 9  any objections to be made by counsel to any
10  questions, except as to form or leading questions,
11  and that counsel for the parties may make
12  objections and assign grounds at the time of trial,
13  or at the time said deposition is offered in
14  evidence, or prior thereto.
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1        I, Laura H. Nichols, a Certified
 2  Realtime Reporter and Registered Professional
 3  Reporter of Birmingham, Alabama, and a Notary
 4  Public for the State of Alabama at Large, acting as
 5  Commissioner, certify that on this date, as
 6  provided by the Federal Rules of Civil Procedure of
 7  the United States District Court, Federal Rule of
 8  Civil Procedure 30, MDL 2885, Pretrial Order Number
 9  35, and other applicable orders, and the foregoing
10  stipulation of counsel, there came before me
11  remotely via Zoom, on June 20, 2022, commencing at
12  9:03 a.m. CDT, DENNIS AGLIANO, M.D., witness in the
13  above cause, for oral examination, whereupon the
14  following proceedings were had:
15
16              *   *   *
17
18        DENNIS AGLIANO, M.D.,
19  having been first duly sworn, was examined and
20  testified as follows:
21
22  EXAMINATION BY MS. FOLEY:
23     Q.    Could you please state your name for
24  the record?
25     A.    Dennis Agliano.
```

2 (Pages 2 - 5)

1    A.    The earplug itself? Oh, yeah, I saw
2  him do that. I mean, I'm sorry. When you said
3  tug, I was thinking about tugging his ear.
4          When he tugged at it, yes, it seemed
5  like it wasn't, I mean, as you see things when they
6  fit snug and not snug, it did seem very snug.
7    Q.    Okay. And while he was doing the
8  demonstration, did he make any complaints to you
9  about the fit or the feel?
10    A.    He said it wasn't the most
11  comfortable feel. You know, usually that is
12  because of that stem. You know, it is kind of hard
13  and it is very stiff. So I am sure that somehow
14  when you push it into the ear, you start feeling
15  the discomfort.
16    Q.    Anything else?
17    A.    No.
18    Q.    And so did you have him fill out any
19  documents related to your interview?
20    A.    No, I did not.
21    Q.    And so since it was only a virtual
22  interview, you weren't able to, for instance,
23  measure his ear canal, correct?
24    A.    No, other than visually.
25    Q.    Do you have any opinions about his

1  ear canal, based on what you saw?
2    A.    He looked like he had an ample ear
3  canal. He didn't look like he had a smaller ear
4  canal, as far as the width. You know, I had him
5  pull on his pinna, that is the earlobe, you know,
6  this part of the ear. And you can see sometimes,
7  you can see in, and it looked like it was pretty --
8  a pretty good-sized ear canal.
9    Q.    Okay. Were you able to do any
10  testing virtually with him?
11    A.    Well, the things I said, I had him
12  move, I had him turn his head, I had him stick out
13  his tongue, move his jaw and things that people
14  just do naturally to see how the effects were, the
15  best I could tell on a virtual.
16    Q.    Okay. Was that the first time you
17  have spoken to Mr. Blimka?
18    A.    That was the only time, yes.
19    Q.    Have you spoken to him since?
20    A.    No, I have not.
21    Q.    Did y'all discuss whether or not he
22  is currently treating with any physician related to
23  his tinnitus?
24    A.    Not presently that I -- no. Not at
25  the time I talked to him.

1    Q.    Okay. During that interview, did
2  y'all discuss anything he may be doing to cope
3  with, deal with or treat his symptoms related to
4  tinnitus?
5    A.    I did not because I wasn't going to
6  be the treating provider or physician, so I did not
7  go into the details of what to do and not to do.
8    Q.    Okay. But did he tell you if he was
9  doing anything already?
10    A.    Let's see. It was three months ago.
11  I mean he told me that at night that, you know, he
12  tried to have soft music on the radio. He tried
13  different little techniques like that. He took
14  sleeping pills trying to, you know, get -- help him
15  go to sleep because he was having insomnia. It
16  affected him that way.
17          Remember, I am talking to him, what,
18  sixteen years after the onset of the tinnitus, and
19  it had gone from recurrent to constant. So it was
20  worse for him. It got worse over the years.
21    Q.    Before I go any further, in your
22  expert report, obviously you have the opinions in
23  here related to hearing loss and tinnitus. So my
24  question is, are you still going to have any
25  opinions in this case related to Mr. Blimka's

1  alleged hearing loss?
2    A.    No.
3    Q.    And so are any of your opinions
4  regarding the hearing loss in any way related to
5  your opinions regarding tinnitus?
6    A.    No. They are separate items.
7    Q.    So we cannot discuss any of your
8  opinions related to the hearing loss, correct?
9    A.    That's correct.
10    Q.    All right. Okay. Going back to
11  where I was at.
12    A.    Am I talking loud enough for you?
13          THE REPORTER: Yes, you are. Thank
14  you.
15    A.    All right. Okay.
16    Q.    (BY MS. FOLEY:) So you said part of
17  the interview, you also discussed some of his
18  social history, correct?
19    A.    Yes, I did.
20    Q.    Did you discuss with him his drug
21  abuse?
22    A.    Yes, I did.
23    Q.    And what was that discussion?
24    A.    I asked him about when it started,
25  why it started, how long he was doing it. That is

Page 58

1    A.   12?  Okay.  What about that?
2    Q.   Okay.  Do you know whether or not
3  Mr. Blimka, when he was in the military, complained
4  about the earplugs loosening at all?
5    A.   I don't recall.
6    Q.   Do you know if he complained when he
7  was in the military about not getting a good seal?
8    A.   In my conversation with him, he told
9  me he felt that sometimes he did not have a good
10  seal, yes.
11    Q.   Do you know if he made any complaints
12  while he was in the military when he was wearing
13  them?
14    A.   I don't know that.
15    Q.   And other than your interview with
16  him, you have not done anything to measure the
17  length and width and depth of his ear canal,
18  correct?
19         MR. ZIMINSKAS:  Object to the form.
20    A.   No.  There is a report --
21    Q.   (BY MS. FOLEY:)  No, go ahead.
22    A.   There is a report on his ear canal
23  volume.  It is a 1.6, so that means it is a medium
24  to large ear canal.
25    Q.   Okay.  And have you done any, I

Page 59

1  guess, analysis to determine, given he has a 1.6
2  ear volume, as to whether or not he could get a
3  good seal or fit with the Combat Arms earplug?
4    A.   Well, from my reading, what I have
5  read and what I understand, the people with medium
6  to large ear canals were having more trouble with
7  the fit than not.
8    Q.   Okay.  And that is based on your
9  review of those general expert reports, correct?
10    A.   That is -- yes, the review.
11         THE REPORTER:  Please keep your voice
12  up.
13    A.   Okay.  I'm sorry.  I'm sorry.
14    Q.   (BY MS. FOLEY:)  If you go to Page 13
15  of your report, these are your specific causation
16  opinions.  And that first --
17    A.   13?
18    Q.   Yes, sir, 13.
19    A.   Okay.
20    Q.   And that first -- that top paragraph
21  at the end it says:  These conditions -- and you
22  are talking about his tinnitus.
23         It says:  These conditions are
24  permanent, likely to progress and greatly impact
25  his quality of life and exacerbate and aggravate

Page 60

1  his PTSD, anxiety, depression and sleep disorders.
2         Do you see that?
3    A.   Yes, I do.
4    Q.   Okay.  What is the basis for your
5  opinion that his tinnitus is going to exacerbate or
6  aggravate his PTSD, anxiety, depression and sleep
7  disorders?
8    A.   Okay.  Well, take the fact that you
9  have tinnitus and it is a constant noise in your
10  ear, always something ringing, buzzing, static, you
11  know, whichever sound it is -- people vary a little
12  bit with the sound.  Number one, it makes that
13  person irritable.  And, of course, then they have
14  difficulty with sleep.  They get insomnia; they
15  don't get a good night's sleep.  Over a period of
16  time, what happens is they get anxious and
17  depressed about the situation, wanting it to stop.
18  What does that do?
19         They start then remembering how this
20  all started, the military, okay, when they were --
21  throughout their military career, that is when it
22  started.
23         So what does that do?  They, already
24  to some degree, are in the throes of PTSD, which a
25  lot of the military are.  They are out there in the

Page 61

1  battle and their comrades are dying, they are
2  losing an arm, they are losing a leg, their blood
3  is squirting out.
4         So it is kind of a vicious cycle.  So
5  it just exacerbates itself.  So the more you have
6  the tinnitus or, in your mind, you have it, the
7  less sleep you get, the more irritable you become
8  to your family and friends.
9         Okay.  Your recollection is now in
10  your own process.  When you are by yourself, you
11  are always remembering and thinking and all that.
12  You become a cycle of post-traumatic stress
13  syndrome.  I'm not saying it is the only one, but
14  certainly it is one of them.
15    Q.   Okay.  Do you know when he was first
16  diagnosed with PTSD?
17    A.   I would have to look.  I think -- I
18  don't know, let me look.  I think it is on -- hold
19  on.  Let me just clear it up.  2013.
20    Q.   Okay.  And do you know when he was
21  first diagnosed with anxiety and depression?
22    A.   My recollection is around -- well,
23  let's see.  He had a depressive disorder in 2008,
24  so that is like the circle starting or already
25  started for a while.

16 (Pages 58 - 61)

Page 74

1  subsequently later we just surmise that it affected
2  his spine, lower back.
3      Q.   Okay.  In your opinion, can trauma to
4  the knee cause tinnitus?
5      A.   No.
6      Q.   And what do you base that opinion on?
7      A.   There's no direct connection of any
8  sort.  I mean we don't have head injury, and
9  certainly significant head injury, if he had any.
10 But he did not complain of any type of head trauma
11 at the time of that.
12     Q.   Okay.  You also just mentioned, I
13 believe, low back pain.  Did Mr. Blimka tell you
14 anything specifically about his lower back pain?
15     MS. FOLEY:  Object to the form.
16     A.   He just mentioned that he had had
17 lower back pain and then subsequently he ended up
18 having a procedure to fix it.
19     Q.   (BY MR. ZIMINSKAS:)  Okay.  In your
20 opinion, can lower back pain cause tinnitus?
21     A.   No.
22     Q.   And what do you base that opinion on?
23     A.   On my knowledge of the anatomy of the
24 body.
25     Q.   And Dr. Agliano, have all of the

Page 75

1  opinions you have given today been made with a
2  reasonable degree of medical certainty?
3      A.   Yes.
4      MR. ZIMINSKAS:  I don't have any
5  further questions.  Thank you, Doctor.
6      MS. FOLEY:  I will pass the witness.
7      MR. ZIMINSKAS:  All right.  I believe
8  we may go off the record.
9      A.   Okay.  Thank you.
10     (Off-the-record discussion.)
11     MR. ZIMINSKAS:  I believe we would
12 like a copy in three days.
13
14
15     (Deposition concluded at 10:55 a.m. CDT)
16
17     FURTHER THE DEPONENT SAITH NOT
18
19
20
21
22
23
24
25

Page 76

1      DEPONENT'S CERTIFICATE
2
3      I, DENNIS AGLIANO, M.D., the witness herein,
4  have read the transcript of my testimony and the
5  same is true and correct, to the best of my
6  knowledge.  Any corrections and/or additions, if
7  any, are listed separately.
8
9
10     DENNIS AGLIANO, M.D.
11     c/o Mr. J. Ryan Ziminskas
       Attorney at Law
12     Clark, Love & Hutson, PLLC
       440 Louisiana Street
13     Suite 1600
       Houston, Texas 77002
14     (713) 757-1400
       rziminskas@triallawfirm.com
15
16
17     Sworn to and subscribed before me, this the
18 day of      , 2022, to certify which witness my
19 hand and seal of office.
20
21
22
23
24
25     NOTARY PUBLIC

Page 77

1      C E R T I F I C A T E
2
3
4  STATE OF ALABAMA
5  JEFFERSON COUNTY
6
7      I hereby certify that the above and
8  foregoing deposition was taken down by me in
9  stenotypy, and the questions and answers thereto
10 were reduced to typewriting under my supervision,
11 and that the foregoing represents a true and
12 correct transcript of the deposition given by said
13 witness upon said hearing, to the best of my
14 ability.
15     I further certify that I am neither
16 of counsel nor of kin to the parties to the action,
17 nor am I in anywise interested in the result of
18 said cause.
19
20
21 _____
   Commissioner-Notary Public, State of AL
22 ACCR License No. 3, Exp. 9/30/2022
   GA CCR No. 2714, Exp. 4/1/2023
23 TN LCR No. 679, Exp. 6/30/2022
   Transcript Certified on 6/21/2022
24
25

20 (Pages 74 - 77)