# EXHIBIT 3

Page 1

1        IN THE UNITED STATES DISTRICT COURT
2        FOR THE NORTHERN DISTRICT OF FLORIDA
3                  PENSACOLA DIVISION
4
5   CASE NUMBER:  3:19-md-02885
6
7   Judge M. Casey Rodgers
8   Magistrate Judge Gary R. Jones
9
10  IN RE: 3M COMBAT ARMS EARPLUG
11  PRODUCTS LIABILITY LITIGATION
12  This Document Relates to All Cases
13
14
15
16
17           REMOTE ORAL AND VIDEOTAPED
18         DEPOSITION OF LTC LEANNE BATTLER
19                September 10, 2020
20
21
22  REPORTED BY: Angela S. McGalliard
23              Certified Realtime Reporter,
24              Registered Professional
25              Reporter and Notary Public

```
 1              A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFFS:
 4            Doug Monsour
 5            Attorney at Law
 6            The Monsour Law Firm
 7            404 North Green Street
 8            Longview, Texas 75601
 9            (903) 999-9999
10            doug@monsourlawfirm.com
11
12    ALSO FOR THE PLAINTIFFS:
13            Terry Griner
14            Aylstock, Witkin, Kreis & Overholtz
15            17 East Main Street
16            Pensacola, Florida 32502
17            (850) 202-1010
18            tgriner@awkolaw.com
19
20            Hannah Trevino
21            Aylstock, Witkin, Kreis & Overholtz
22            17 East Main Street
23            Pensacola, Florida 32502
24            (850) 202-1010
25            htrevino@awkolaw.com
```

```
 1    FOR THE DEFENDANTS, 3M COMPANY, 3M OCCUPATIONAL
 2    SAFETY LLC, AEARO TECHNOLOGIES LLC, AEARO
 3    HOLDINGS, LLC, AEARO INTERMEDIATE, LLC, AND
 4    AEARO, LLC:
 5              Mark J. Nomellini
 6              Attorney at Law
 7              Kirkland & Ellis
 8              300 North LaSalle Drive
 9              Chicago, Illinois 60654
10              (312) 862-2081
11              mark.nomellini@kirkland.com
12
13              Simon Gottlieb
14              Attorney at Law
15              Kirkland & Ellis
16              2049 Century Park East, 37th Floor
17              Los Angeles, California 90067
18              (213) 680-8543
19              simon.gottlieb@kirkland.com
20
21              Ken Dyche
22              Kirkland & Ellis
23              300 North LaSalle Drive
24              Chicago, Illinois 60654
25              ken.dyche@kirkland.com
```

```
 1    FOR THE UNITED STATES GOVERNMENT:
 2             Maj. Rob Wald
 3             Litigation Attorney
 4             U.S. Army Legal Services Agency
 5             9275 Gunston Road
 6             Fort Belvoir, Virginia 22060
 7             (703) 693-1092
 8
 9    ALSO PRESENT:
10              Corey Smith
11    VIDEOGRAPHER:
12             Jonathan Miller
13             Veritext Legal Solutions
14                  * * * * *
```

Page 151

1      A.      Okay.
2              MR. NOMELLINI:  Okay.  Why don't
3   we go off the Record and take a break.
4              VIDEOGRAPHER:  The time is 1:40
5   p.m.  We're off the Record.
6                   (Recess taken.)
7              VIDEOGRAPHER:  The time is 1:52.
8   We're back on the Record.
9      Q.      Okay.  Lieutenant Colonel
10  Battler, I think I have about ten minutes or
11  so, and then we can grab some lunch, if that
12  works for you.
13             We talked about the process of
14  instruction on the Combat Arms earplug by
15  medically trained personnel.  Do you recall
16  that?
17     A.      Yes, sir.
18     Q.      And am I correct that you did not
19  rely on Aearo or 3M to come by the
20  installations to provide fitting on the Combat
21  Arms Earplug Version 2 to soldiers?
22     A.      Correct.
23     Q.      And am I correct that you did not
24  invite Aearo or 3M to come by the installations
25  to provide fitting of the Combat Arms Version 2

1      to soldiers?
2           A.    Correct.
3           Q.    Am I also correct that you did
4      not rely on Aearo or 3M to provide any oral
5      instructions to soldiers relating to the Combat
6      Arms version?
7           A.    Correct.
8           Q.    And am I also correct that you
9      did not rely on Aearo or 3M to provide any
10     written instructions to soldiers on the Combat
11     Arms version?
12          A.    Correct.
13          Q.    And, in fact, based on your
14     investigation, you never provided any --
15     anything in writing from Aearo or 3M on the
16     Combat Arms Version 2 to soldiers; correct?
17          A.    The Version 2, correct.
18          Q.    Have you had conversations with
19     others in the audiologist community about the
20     number of audiologists who have been available
21     to the Army, over time, to provide fitting and
22     instructions on Combat Arms and other earplugs,
23     and whether that number of audiologists has
24     gone up or down over time?
25                MR. MONSOUR:  Objection.  Beyond

Page 255

1      REPORTER'S CERTIFICATE

2   STATE OF ALABAMA,

3   MONTGOMERY COUNTY,

4          I, Angela Smith McGalliard, Registered

5   Professional Reporter, Certified Realtime

6   Reporter, Certified Court Reporter and

7   Commissioner for the State of Alabama at Large,

8   do hereby certify that the above and foregoing

9   proceeding was taken down by me by stenographic

10  means, and that the transcript was produced by

11  computer aid under my supervision, and that the

12  foregoing represents a true and correct

13  transcript of the proceedings occurring on said

14  date and at said time.

15         I further certify that I am neither of

16  kin nor of counsel to the parties to the

17  action; nor in any manner interested in the

18  result of said case.

19         Signed the 15th day of September, 2020.

20  [signature]

21

    ANGELA SMITH MCGALLIARD, RPR, CRR, CCR

22  AL CCR Lic. No. 98, Expires 9/30/20

    Notary Expiration 8/13/2023

23

24

25