# EXHIBIT 4

Confidential - Pursuant To Protective Order

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | Case No. |
| EARPLUG PRODUCTS | ) | 3:19md2885 |
| LIABILITY LITIGATION | ) | |
| _____ | ) | Judge M. Casey |
| | ) | Rodgers |
| THIS DOCUMENT RELATES | ) | Magistrate Judge |
| TO ALL CASES | ) | Gary R. Jones |

TUESDAY, DECEMBER 3, 2019
CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
- - -

Videotaped deposition of Marc A. Santoro, held at the offices of the Indianapolis Marriott Downtown, 350 West Maryland Street, Indianapolis, Indiana, commencing at 9:06 a.m., on the above date, before Carrie A. Campbell, Registered Diplomate Reporter, Certified Realtime Reporter, Illinois, California & Texas Certified Shorthand Reporter, Missouri & Kansas Certified Court Reporter.
- - -

GOLKOW LITIGATION SERVICES
877.370.DEPS
deps@golkow.com

EXHIBIT 4

Confidential - Pursuant To Protective Order

Page 2

```
 1              A P P E A R A N C E S :
 2
 3       QUINN EMANUEL
         BY:  ADAM B. WOLFSON, ESQUIRE
 4            adamwolfson@quinnemanuel.com
              MATTHEW HOSEN, ESQUIRE
 5            matthosen@quinnemanuel.com
         865 South Figueroa Street, 10th Floor
 6       Los Angeles, California  90017
         (213) 443-3000
 7
         and
 8
         LAMINACK, PIRTLE & MARTINES, LLP
 9       BY:  THOMAS W. PIRTLE, ESQUIRE
         5020 Montrose Boulevard, 9th Floor
10       Houston, Texas   77006
         (713) 292-2750
11
         and
12
         TRACEY & FOX
13       BY:  LAWRENCE TRACEY, ESQUIRE
              ltracey@traceylawfirm.com
14            (VIA TELECONFERENCE)
         440 Louisiana Street, Suite 1901,
15       Houston, Texas   77002
         (713) 495-2333
16       Counsel for Plaintiffs
17
18       KIRKLAND & ELLIS LLP
         BY:  GARRET A. LEACH, P.C.
19            garret.leach@kirkland.com
         300 North LaSalle
20       Chicago, Illinois   60654
         (312) 862-2000
21
22       KIRKLAND & ELLIS LLP
         BY:  SAGHAR ESFANDIARIFARD, ESQUIRE
23            saghar.esfandiarifard@kirkland.com
         333 South Hope Street
24       Los Angeles, California   90071
         (213) 680-8122
25       Counsel for Defendants
```

Golkow Litigation Services - 877.370.DEPS

Confidential - Pursuant To Protective Order

```
 1   ALSO PRESENT:
 2       CHUCK HUNGER, paralegal, Laminack,
         Pirtle & Martines
 3
         ZACH HONE, trial technician, Golkow
 4       Litigation Services
 5
 6   V I D E O G R A P H E R :
         DAVID LANE,
 7       Golkow Litigation Services
 8                    - - -
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Confidential - Pursuant To Protective Order

Page 326

1  providing direction on how he wanted to see
2  the product packaged and sold to them.
3       Q.    Was there any particular
4  product that you recall discussing with him?
5       A.    Yes.
6       Q.    And what product is that?
7       A.    Combat Arms generation 2.
8       Q.    Was there any particular
9  package or size that you recall discussing
10 with Mr. Ohlin?
11      A.    Yes.  Doug requested the
12 generation 2 to be put in a bulk pack.
13      Q.    And did he indicate how he
14 wanted that packaged?
15      A.    Yes.  He requested that
16 specifically 50 pair in a box -- sorry, 50
17 pair in a plastic bag, with nothing else in
18 there, inside a box.
19      Q.    Did he tell you not to include
20 instructions in that box?
21      A.    He did.
22      Q.    Did he indicate why he didn't
23 want instructions in that box?
24      A.    He felt that personal training
25 was the most effective way to train the

Confidential - Pursuant To Protective Order

Page 327

```
 1   soldiers, and that the military audiologists
 2   were going to take on that responsibility of
 3   individually training every soldier.
 4        Q.    Did you follow Mr. Ohlin's
 5   requests?
 6        A.    Yes.
 7        Q.    And why is that?
 8        A.    Doug was the one that pretty
 9   much dictated how we were to provide hearing
10   protection to the military.
11             MR. LEACH:  I have no further
12        questions.
13             REDIRECT EXAMINATION
14   QUESTIONS BY MR. WOLFSON:
15        Q.    All right.  I have a few
16   follow-up to that.
17             That's a remarkable
18   recollection of a specific conversation, sir.
19             When about did that
20   conversation with Doug Ohlin occur?
21        A.    I don't recall specifically.
22        Q.    How about generally?
23        A.    First third of my employment
24   with 3M, Aearo.
25        Q.    So within about --
```

```
 1                    CERTIFICATE
 2
 3            I, CARRIE A. CAMPBELL, Registered
     Diplomate Reporter, Certified Realtime
 4   Reporter and Certified Shorthand Reporter, do
     hereby certify that prior to the commencement
 5   of the examination, Marc A. Santoro, was duly
     sworn by me to testify to the truth, the
 6   whole truth and nothing but the truth.
 7            I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
 8   testimony as taken stenographically by and
     before me at the time, place and on the date
 9   hereinbefore set forth, to the best of my
     ability.
10
              I DO FURTHER CERTIFY that I am
11   neither a relative nor employee nor attorney
     nor counsel of any of the parties to this
12   action, and that I am neither a relative nor
     employee of such attorney or counsel, and
13   that I am not financially interested in the
     action.
14
15
              _____
17            CARRIE A. CAMPBELL,
              NCRA Registered Diplomate Reporter
18            Certified Realtime Reporter
              California Certified Shorthand
19            Reporter #13921
              Missouri Certified Court Reporter #859
20            Illinois Certified Shorthand Reporter
              #084-004229
21            Texas Certified Shorthand Reporter #9328
              Kansas Certified Court Reporter #1715
22            Notary Public
23            Dated:  December 6, 2019
24
25
```