# EXHIBIT 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>*Christopher Blimka v 3M Company et al.*<br>Case No. 7:20-CV-06868-MCR-GRJ | CASE NO. 3:19-MD-2885 |

**PLAINTIFF CHRISTOPHER BLIMKA'S FIRST AMENDED OBJECTIONS AND ANSWERS TO DEFENDANT 3M'S AMENDED FIRST SET OF INTERROGATORIES TO PLAINTIFF**

TO:  Defendant 3M Company ("3M"), and through its Attorneys of Record: Mark Nomellini, Kirkland & Ellis LLP, 300 North LaSalle Chicago, IL 60654; and Mike Brock, Kirkland & Ellis LLP, 300 North LaSalle Chicago, IL 60654.

COMES NOW, Plaintiff, Christopher Blimka, through the undersigned attorney, and in accordance with the Federal Rules of Civil Procedure, submits the following Plaintiff's Amended Responses to Defendant 3M's ("Defendant" or "3M") Amended First Set of Interrogatories to Plaintiff. As discovery in this matter is ongoing, Plaintiff reserves the right to amend, supplement, modify, or change his answers.

Dated: January 19, 2022

**Respectfully Submitted,**

By: */s/ Randy A. Canche*
Shelley V. Hutson
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
CLARK, LOVE & HUTSON, PLLC
440 Louisiana St., Ste. 1700
Houston, TX 77002
Phone: (713) 757-1400
Facsimile: (713) 759-1217
Email: shutson@triallawfirm.com

1

**EXHIBIT 5**

        Anna Kamins
        (Admitted Pro Hac Vice)
        Texas State Bar No. 24032003
        CLARK, LOVE & HUTSON, PLLC
        440 Louisiana Street, Ste. 1700
        Houston, TX 77002
        Telephone (713) 757-1400
        Email: akamins@triallawfirm.com

        Randy Canche
        (Admitted Pro Hac Vice)
        Texas State Bar No. 24050374
        CLARK, LOVE & HUTSON, PLLC
        440 Louisiana Street, Ste. 1700
        Houston, TX 77002
        Telephone (713) 757-1400
        Email: rcanche@triallawfirm.com

        ***Attorneys for Plaintiff Christopher Blimka***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 19, 2022, a true and correct copy of the foregoing:

**PLAINTIFF CHRISTOPHER BLIMKA'S FIRST AMENDED OBJECTIONS AND ANSWERS TO DEFENDANT 3M'S AMENDED FIRST SET OF INTERROGATORIES TO PLAINTIFF**

was served as follows:

**[MDL Centrality]** By electronically serving the above document via the MDL Centrality Plaintiff Portal ID Number 42949 pursuant to CMO 31 (ECF No. 2304).

        /s/ *Randy A. Canche*
        Randy A. Canche

>Caroline King
>(863) 667-6540
>*Ms. King is Mr. Blimka's Mother-in-Law. She may testify to the damages Plaintiff suffered because of his hearing loss and/or tinnitus.*

>Donna Plum
>2450 Broadmoor Lane
>Spring Hill, FL 34606
>(352) 942-3802
>*Ms. Plum is the Material Grandmother to Trisha Blimka. She may testify to the damages Plaintiff suffered because of his hearing loss and/or tinnitus.*

Plaintiff reserves the right to supplement this answer in accordance with the Court's Discovery Orders.

**INTERROGATORY NO. 2:**

Describe in detail the injuries Or conditions that You allege were caused by Your use of the CAEv2, including but not limited to the date on which those injuries began.

**ANSWER:**

Plaintiff objects to this Interrogatory to the extent that Plaintiff is not an expert and is not qualified with the requisite skill, knowledge, education, experience, or training to render the expert or legal conclusions that this Interrogatory seeks. Plaintiff objects to this Interrogatory in that it is overbroad, unduly burdensome, and vague in that it fails to define "injury" or "condition." Plaintiff also objects to this Interrogatory to the extent that the information sought is equally accessible to both Parties in records both Parties have received and/or will receive pursuant to the medical or other authorizations provided by Plaintiff.

Notwithstanding said objections, and without waiving same, Plaintiff's injuries include tinnitus and hearing loss, from which Plaintiff believes he began to suffer in approximately 2005.

Plaintiff cannot hear, especially out of his right ear. If his right ear is ever covered or muffled, he cannot hear anything at all. Plaintiff also experiences always ringing in both of his ears. The tinnitus in both of his ears also causes extensive headaches. While Plaintiff believes he began to suffer from tinnitus and hearing loss in 2005, Plaintiff recalls that the injuries have gotten worse since 2005. Plaintiff's inability to hear well has affected every part of his life and that of his family. His safety is compromised, and his relationships are suffering as a result. Plaintiff's injuries have put a strain on his marriage.

Plaintiff reserves the right to supplement this answer in accordance with the Court's Discovery Orders.

**INTERROGATORY NO. 3:**

Describe in detail how You acquired Each pair of CAEv2 that You were issued, including

9

## VERIFICATION

I, Christopher Blimka, verify that I have read the foregoing Plaintiff Christopher Blimka's Amended Responses to Defendant 3M's Amended First Set of Interrogatories to Plaintiff and that the answers contained therein are true and correct to the best of my information, knowledge, and belief. I verify under penalty of perjury that the foregoing is true and correct.

Executed on January 19, 2022.

*Christopher Blimka*