# EXHIBIT 6

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to:<br>Christopher Blimka<br>Civil Action No. 7:20-cv-06868-MCR-GRJ | CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER |

## <u>EXPERT REPORT OF AVNER ALIPHAS, MD</u>

*Dr. Aliphas is available to be deposed on the following dates:*
Monday, June 20, 2022 at 7pm ET and Tuesday, June 21, 2022 at 7pm ET



1

# Avner Aliphas, M.D.
# Expert Report

*In re: 3M Combat Arms Earplug Products Liability Litigation,* MDL No. 2885
This report is pertaining to Christopher Blimka, Case No. 7:20-cv-06868-MCR-GRJ
Report issued May 9, 2022

### INTRODUCTION

Counsel for 3M requested review of the medical records of Christopher Blimka to evaluate his claims of hearing loss and tinnitus. I was further retained to review and evaluate the opinions submitted by Mr. Blimka's expert witness. The opinions I offer in this report are all held to a reasonable degree of medical and scientific certainty. In reaching my opinions I reviewed the materials cited in my Report and listed in Exhibit A, Materials Considered. Further, I relied upon my education, my experience, and my clinical judgment in reaching my opinions.

### PROFESSIONAL BACKGROUND

My qualifications, education, and work experience are detailed below, and my current CV is attached as Exhibit B.

I am currently an Otolaryngologist practicing in the Boston and the Greater Boston area. I have worked both in an academic setting at Boston University as well as in private practice since graduating residency in 2011. My undergraduate degree is in Biomedical Engineering with a Minor in Computer Science from Johns Hopkins University completed in 2000. I obtained a Master of Science in Biomedical Engineering from Boston University in 2002 and completed my medical degree from the University of Pennsylvania School of Medicine in 2006. My residency in Otolaryngology—Head and Neck Surgery was completed at the Boston Medical Center in 2011.

I am licensed to practice medicine in Massachusetts and board certified in Otolaryngology including sinus/allergy and otologic disease by the American Board of Otolaryngology.

I spent time treating veterans and less commonly active-duty soldiers during my medical school training both in a psychiatric unit and medical unit at the VA hospital in Philadelphia. As well, I spent time treating veterans and less commonly active-duty soldiers during my surgical internship and otolaryngology residency providing care in the outpatient clinical setting, inpatient setting, and operating room at the VA Hospitals in Boston. The evaluations did include patients with hearing loss, tinnitus, and other ear related disorders.

I spend 80% of my days in my clinical office at Newton Wellesley Hospital which is part of the Mass General Brigham Medical System. My current clinical practice includes treating patients with ear related disorders including hearing loss and tinnitus due to many different causes including noise exposure. I spend time explaining to patients the issues they are encountering and review the different treatment options that they have. I treat hearing loss with both medical and surgical approaches. I prescribe standard hearing aids, or other assistive listening technology such

as bone conduction hearing aids, personal amplification devices and captioning devices when appropriate. I will usually see a handful of patients on a given clinic day with ear or ear related concerns. I do not currently treat veterans on a regular basis but have from time to time evaluated veterans for hearing related issues in my current practice.

I spend 20% of my time at Boston Medical Center where I am dedicated to teaching otolaryngology residents how to evaluate and treat otologic disease. In addition, at Boston Medical Center we have the privilege of treating a population that has more social and economic challenges and often presents with more severe levels of disease.

I have been named a Boston Top Doc annually since 2000. I have given numerous lectures and have been published several times in connection with my research in the field of Otolaryngology.

## SUMMARY OF OPINIONS

Based on my review of the relevant materials, including all available medical and military records produced by Christopher Blimka (as set forth in Exhibit A), and my education, expertise, and experience (as set forth above and in Exhibit B), I have reached the following opinions:

1. Mr. Blimka claims he has hearing loss, however there is no evidence of hearing loss on extensive audiometric testing. I do not agree with the claim by Dennis S. Agliano, M.D. that Mr. Blimka has hearing loss or that his hearing loss will likely progress.

2. The CAEv2 earplugs protected Mr. Blimka's hearing while he was in the military.

3. Mr. Blimka's audiograms include otoacoustic emissions which check cochlear function and do not support clinically relevant cochlear injury.

4. Mr. Blimka's tinnitus cannot be attributed to his use of the CAEv2 earplugs. Mr. Blimka did not suffer from noise induced hearing loss during the time that he wore the CAEv2 earplugs. Thus, the CAEv2 could not have caused Mr. Blimka's tinnitus. The far more likely causes of Mr. Blimka's tinnitus are his opioid usage, headaches/migraine, somatic tinnitus, and medication side effects.

5. Opiate abuse is more likely than not an independent cause of cochlear injury and tinnitus.

## HEARING LOSS AND TINNITUS OVERVIEW

### Hearing Loss

Hearing is a series of complex pathways that translate sound pressure waves into neural signals that are then recognized by our brain. First, sound waves enter the outer ear—made up of the pinna (the part of the ear you can see) and the ear canal. The outer ear funnels sound from outside the body and provides access to the tympanic membrane (commonly known as the eardrum) which in turn vibrates in response to the sound pressure wave.

3

The tympanic membrane, along with three small bones called ossicles make up the middle ear. The ossicles comprise the incus, the malleus, and the stapes. These serve to link the tympanic membrane via the middle ear to the cochlea. The inner ear refers to the cochlea and the cochlear nerve. The cochlea is a fluid filled sensory organ.

After a sound pressure wave is transmitted to the tympanic membrane via the outer ear, it receives the vibratory signal and along with the ossicles allows efficient transmission of the sound pressure wave from an air filled medium (our atmosphere and middle ear space) into the fluid filled cochlea. The stapes (the final ossicle in the middle ear) transmits vibrations to the cochlea. It is in the cochlea where the vibrations activate hair cells which are at the beginning of a neural pathway that then transmits nerve impulses to our brain via the cochlear nerve and brainstem pathways where they are perceived as sound.



Source: NIDCD   Figure 1. Anatomy of ear

Broadly, there are two types of hearing loss—conductive or sensorineural.

Conductive hearing loss describes hearing loss that is caused by a dysfunction of the outer or middle ear structures. Causes of conductive hearing loss include but are not limited to: ear wax, middle ear fluid or infection, tympanic membrane perforation, ossicular fixation or discontinuity, other middle ear disease such as cholesteatoma or neoplasm. Conductive hearing loss can be due to abnormalities in the inner ear as well via a phenomenon called the third window effect where abnormalities in the cochlea allow for energy loss.

Sensorineural hearing loss is caused by dysfunction of the inner ear. Sensorineural hearing loss is one of the most common clinical disorders. Etiologies of sensorineural hearing loss include disorders in many categories of medical disease such as genetic, infectious, vascular, neoplastic, traumatic, iatrogenic, degenerative, immunologic, and inflammatory causes. Sensorineural hearing loss results from cochlear or auditory nerve dysfunction.

4

The term mixed hearing loss is used when there is both conductive and sensorineural hearing loss.

**Hearing Testing**

Hearing loss is measured using audiometry. Clinically, audiometric threshold data are displayed on a graphic plot called an audiogram. Thresholds that fall in the 0-25dBHL range are considered normal whereas thresholds above 25dBHL represent various levels of hearing loss.

Pure-tone air conduction thresholds provide a measure of hearing sensitivity as a function of frequency and intensity. Normal hearing levels for pure tones are defined by international standards. Audiometers which are the machines used for testing hearing also require calibration from time to time. Short duration pure tone beeps at selected frequencies are presented through earphones (air conduction) or a via bone-conduction oscillator placed on the mastoid bone or forehead (bone conduction). Pure-tone air-conduction thresholds measure the function of the total hearing system, including the external, middle, and inner ear. Pure-tone bone-conduction testing provides auditory threshold information starting at the cochlea with stimuli that bypass external- and middle-ear structures.

Classifications include normal hearing, mild hearing loss, moderate hearing loss, moderately severe hearing loss, severe hearing loss and profound hearing loss (see table below).

| Degree of Hearing Loss | Threshold Range (dBHL) |
|---|---|
| Normal | -10 to 25 |
| Mild | 26 to 40 |
| Moderate | 41 to 55 |
| Moderately severe | 56 to 70 |
| Severe | 71 to 90 |
| Profound | Exceeding 91 |

(Salmon, et al.)

The pure tone audiogram indicates the lowest intensity(quietest) at which a person can hear at a given frequency and displays the degree (in dBHL - decibels hearing loss) and configuration (sensitivity loss as a function of frequency) of a hearing loss. Thresholds in audiology are usually defined as the lowest intensity signal a person can detect approximately 50% of the time during a given number of presentations. Comparison of thresholds obtained through air and bone conduction is used to determine the type of hearing loss (normal hearing vs. conductive loss [CHL] vs. sensorineural hearing loss [SNHL] vs. mixed loss) and to define the magnitude of the sensorineural and conductive components.

Hidden hearing loss, or cochlear synaptopathy, is currently a theoretical explanation for noise-induced hearing loss, not a proven diagnosis in human beings. It is a topic of research and scrutiny for hearing scientists but, at this point, does not have a notable clinical application in the diagnosis and treatment of hearing loss.

## Tinnitus

Tinnitus is a disorder where one perceives sounds whose source is not external to that person. Tinnitus is very common and almost everyone will experience tinnitus at some point in their life, be it spontaneously (this is usually self limited and brief in duration) or in conjunction with hearing loss or other etiology. The sounds are described in many ways. Often a ringing sound is described, however crickets, buzzing, hissing and other descriptions are common.

Objective tinnitus is defined as sounds that are produced outside of the auditory system that can sometimes be heard by an observer or examiner. The most common example of objective tinnitus is pulsatile tinnitus which is when someone can hear one's own pulse.

Subjective tinnitus is defined by tinnitus that is perceived by the patient alone and thus cannot be evaluated via objective testing. Subjective tinnitus etiologies include, but are not limited to, hearing loss of any type, medication side effects, stress, anxiety, head and neck injuries, and temporomandibular joint disorder. Sometimes we do not have an identifiable cause for tinnitus—this is called idiopathic tinnitus.

## Differential Diagnosis

It is common medical practice to consider a differential diagnosis when evaluating any medical condition. Creating a differential diagnosis involves developing a list of possible causes of a given medical condition. One can then consider this differential and the list that was developed is addressed item by item to evaluate the likelihood of it being a cause or contributor to the medical condition. The differential diagnosis of hearing loss and tinnitus are quite broad and includes physical trauma, head trauma specifically, barotrauma (injuries due to pressure changes such as those which occur with scuba diving or flying), noise exposure (such as explosive blasts), chemical exposure, medication side effects, psychiatric conditions, and other causes as well. A detailed differential diagnosis for hearing loss and tinnitus will be considered in reviewing the personal and medical history of Mr. Blimka.

### CHRISTOPHER BLIMKA'S MILITARY AND NOISE EXPOSURE HISTORY

## Military Noise Exposure

Mr. Blimka served in the U.S. Army from July 5, 2001, to February 26, 2009.

From July 5, 2001, through October 5, 2001, Mr. Blimka completed his basic training at Fort Jackson in South Carolina.  Mr. Blimka estimates he spent 60% of his time during basic training at the gun range.  He practiced with an M16. He claims that he used hearing protection at the gun range, but he does not recall what kind of hearing protection he used.  He agrees that it was prior to his use of the CAEv2.  He insists he always wore hearing protection at the gun range as he was subject to discipline if he did not.

In October of 2001, Mr. Blimka went to Fort Benning in Georgia for airborne school for two weeks. In his last week at Fort Benning, Mr. Blimka was exposed to noise from aircraft, including

C-130s and C-17s, as he would practice jumping from those aircraft.  Mr. Blimka claims to have worn hearing protection at that time.  He does not recall what hearing protection he wore but he agrees it was not the CAEv2.

From about October until approximately December of 2001, Mr. Blimka went to Aberdeen Proving Grounds in Baltimore, Maryland for his MOS training. Mr. Blimka believes he was exposed to noise from air compressors and vehicles at Aberdeen.  He does not recall the brand names or models of the air compressors or vehicles.  He believes 50% of his eight-hour shifts was spent around the air compressor or vehicle noise.  Again, this period of time was prior to being issued CAEv2 at Fort Bragg.

During his service he was first stationed at Fort Jackson, Fort Benning, and Fort Bragg. He then served in Afghanistan from July 14, 2002, until January 09, 2003, followed by deployment in Iraq from August 9, 20032 to March 20, 2004. Following this he was stationed at Fort Lewis, Fort Richardson and then completed his time in the military at Fort Lewis.

While at Fort Bragg he was exposed to air compressors, vehicles, gun range, and airplane noises. Gun range was about once per year. C130, C17 and the Chinook helicopter were the aircraft he spent some time in. While at Fort Bragg he claims to have used the CAEv2 any time he was exposed to noise.  His later stations at military bases had similar sound exposure and he used CAEv2 Plugs.

Mr. Blimka is a left-handed shooter. His primary specialty was 63B2P which is a wheeled vehicle mechanic for 6 years. His military education included airborne, army substance abuse program management, Combat life savers, and wheeled vehicle mechanic.  (Deposition 77:10-13)[1]  In his words, "Anything with wheels, I fixed." (Deposition 77:22-23) Under this MOS, Mr. Blimka fixed LMTVs [light tactical vehicles – like cargo trucks], HIMITs [a vehicle with four wheels in the front and four wheels in the back], Humvees, and forklifts. Mr. Blimka worked on engine replacements, transmissions, fuel problems, and starter problems. Air compressors were used for air tools such as air wrenches, ratchets, and hoses to fill up tires.  While the engines on the vehicles on which he was working were often off, Mr. Blimka testified that other vehicles were operating around him for purposes including diagnosis, inspection, and maintenance.

In 2002/2003 he suffered from injuries sustained during a parachuting incident and he has had chronic post injury pain.

In addition to the noise exposure mentioned above, Mr. Blimka notes additional IED explosions that occurred on two occasions about one football field away. He notes he was wearing hearing protection during those episodes.

**CAEv2 Usage**

In December of 2001 or January of 2002, Mr. Blimka went to Fort Bragg, North Carolina where he testified that he was issued the CAEv2.  When he was first issued CAEv2 by a supply sergeant,

---

[1] 63B MOS is defined as "Supervises and performs unit maintenance and recovery operations on gasoline and diesel light-wheel vehicles."

he was told how to put them in his ears. He does not recall any other verbal instructions. He believes some written instructions came with the earplugs. He says he read the written instructions and they described how to insert the CAEv2. He also believes the instructions explained what noise exposures the green and yellow sides of the CAEv2 were for. He recalls the yellow side was for gunfire and to hear commands and the green side was for constant, long term noise. Mr. Blimka does not recall any other written or oral instructions he received about the CAEv2.

Mr. Blimka used the CAEv2 through the end of 2008. He testified that once he was issued the CAEv2, he did not wear any other type of hearing protection for the rest of his time in the military.

While at Fort Bragg from December of 2001 or January of 2002 through about April 1, 2005 (excepting the two times he was deployed – see below), Mr. Blimka claims exposure to significant noise from four different sources at Fort Bragg: air compressors (he does not know the makes or models), vehicles (LMTVs, HIMITs, Humvees, and forklifts), gun range, and aircraft (C-130s, C-17s, and Chinooks). Since he was a mechanic, he estimates he was around air compressors and vehicles about 70 percent of his time. He claims he wore CAEv2 about 90 percent of his typical shift as a mechanic. He went to the gun range for weapons qualification once a year for 30 to 120 minutes each time. He was exposed to aircraft during jump training once every three months. He would be in the airplane anywhere from 30 minutes to up to four hours, depending on the location of the jump zone. He testified he wore the CAEv2 while he was on the plane.

During his time at Fort Bragg, Mr. Blimka was deployed twice – once to Afghanistan (2001-2002) and once to Iraq (2002 or 2003) for seven months each time. Mr. Blimka testified that his noise exposures were similar for both deployments: vehicle noises, air compressors, gunfire, RPGs, and mortar rounds. Mr. Blimka described work on deployment as 8-12 hours (at least) per day for seven days each week. About 70% of his time was spent on base. Mr. Blimka testified that most of his time on base was working around vehicles and air compressors and he claims to have worn the CAEv2 during these times. He was exposed to noise from gunfire and mortars once every three days on average for about 30 minutes each time. He says he wore the CAEv2 during these times. When he was off base on deployment, he would be patrolling in a HIMIT about once per week for 30-60 minutes. Mr. Blimka claims he always wore the CAEv2 when in the HIMIT on patrol and he would never be in the vehicle without wearing the CAEv2. Mr. Blimka estimates that about 30% of his patrols involved some sort of attack by gunfire or mortar fire. The attacks would last a couple of minutes. The HIMIT had a 50-caliber weapon that returned fire from the top of it. Mr. Blimka also carried a SAW249 in Afghanistan and an M4 in Iraq. Mr. Blimka says he wore the CAEv2 during combat. Once on each deployment, an IED exploded about a football field away from Mr. Blimka's vehicle. Mr. Blimka claims to have been wearing the CAEv2 during those explosions. His vehicle was not damaged.

From May 1, 2005 through August 1, 2005, Mr. Blimka was stationed at Fort Lewis. Mr. Blimka testified that he did the same sort of work as he did at Fort Bragg, he was around the same sorts of noise exposures as Fort Bragg at the same frequency, and he wore the CAEv2 around these noises.

From August of 2005 to January 1, 2008, Mr. Blimka was stationed at Fort Richardson. Again, Mr. Blimka testified that he did the same sort of work as he did at Fort Bragg, he was around the

same sorts of noise exposures as Fort Bragg at the same frequency, and he wore the CAEv2 around these noises.

Mr. Blimka returned to Fort Lewis where he was stationed from January 1, 2008, through his discharge from the military on February 26, 2009. As before, Mr. Blimka testified that he did the same sort of work as he did at Fort Bragg, he was around the same sorts of noise exposures as Fort Bragg at the same frequency, and he wore the CAEv2 around these noises.

Generally speaking, once the CAEv2 became available, Mr. Blimka testified that he wore the yellow side of the CAEv2 when he was at the gun range or on patrol. He wore the green side of the CAEv2 when he was working on a vehicle or in an aircraft. Mr. Blimka never raised any concerns or complaints about the CAEv2 during his military service

Mr. Blimka admits to using other HPD prior to being issued the CAEv2 but Mr. Blimka repeatedly stated he does not recall what kinds of hearing protection he wore. He is not able to state the brand names, models, or manufacturers of the other hearing protection. Some medical records indicate he wore foam earplugs and quad flange earplugs, but he claims he does not remember.

**Non-Military Noise Exposure**

According to his deposition testimony, from about 2009 to 2017, Mr. Blimka used lawn equipment a couple of times per month. He used a push mower and a weed whacker (he does not recall brand names). Mr. Blimka testified that he wore hearing protection about 80% of the time he would use the lawn equipment. Mr. Blimka would wear foam earplugs (he does not know the brand name) as hearing protection. Mr. Blimka denies any other hobbies or forms of recreation that exposed him to noise outside of the military. As far as occupational work, Mr. Blimka worked with outdoor sprinkler systems and does not believe that any of his jobs outside the military exposed him to significant noise. Further, Mr. Blimka has not held a job since the spring of 2019.

### SUMMARY OF CHRISTOPHER BLIMKA'S MEDICAL HISTORY

Mr. Blimka has no documented hearing loss currently or throughout his military career. He reports subjective hearing loss and tinnitus.

**Hearing Loss and Tinnitus History**

Mr. Blimka's audiograms are summarized below.

| LEFT EAR | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Date** | **500Hz** | **1000Hz** | **2000Hz** | **3000Hz** | **4000Hz** | **6000Hz** | **8000Hz** |
| 6/8/2001 | 0 | 0 | 5 | 0 | 0 | 0 | - |
| 2/1/2002 | 0 | 0 | 5 | 0 | 0 | 0 | - |

| 10/6/2004 | 5 | 0 | 0 | 0 | 0 | 0 | - |
| 1/21/2005 | 5 | 0 | 0 | 0 | 0 | 5 | - |
| 3/27/2007 | 5 | 0 | 5 | -5 | 5 | 0 | - |
| 8/24/2007 | 5 | 0 | 5 | 0 | 0 | 0 | - |
| 1/31/2008 | 10 | 0 | 0 | -5 | -5 | - | - |
| 6/1/2008 | 0 | 0 | 5 | 0 | 0 | 0 | - |
| 2/28/2022 | 20 | 15 | 15 | 15 | 20 | 10 | 10 |

| RIGHT EAR | | | | | | | |
|-----------|--------|---------|---------|---------|---------|---------|---------|
| Date | 500Hz | 1000Hz | 2000Hz | 3000Hz | 4000Hz | 6000Hz | 8000Hz |
| 6/8/2001 | 5 | 0 | 10 | 0 | 0 | 0 | - |
| 2/1/2002 | 5 | 0 | 10 | 0 | 0 | 0 | - |
| 10/6/2004 | 15 | 10 | 10 | 0 | 0 | 0 | - |
| 1/21/2005 | 5 | 5 | 10 | 0 | 0 | 0 | - |
| 3/27/2007 | 5 | 5 | 20 | 0 | 5 | 0 | - |
| 8/24/2007 | 10 | 5 | 10 | 5 | 5 | 5 | - |
| 1/31/2008 | 15 | 10 | 10 | 5 | 0 | - | - |
| 6/1/2008 | 5 | 5 | 10 | 0 | 0 | 0 | - |
| 2/28/2022 | 20 | 20 | 15 | 20 | 20 | 15 | 15 |

Mr. Blimka characterizes his hearing as "perfect" before entering the military. Mr. Blimka has not had an ear infection as an adult but "maybe" had one as a baby.  Mr. Blimka testified that none of his family members, extended or immediate, have a history of hearing loss.

Mr. Blimka's entry exam in 06/08/2001 and follow up exams 2/1/2002, 8/24/2007 all note no reported ear issues. Mr. Blimka has no prior otologic history. The audiograms summarized below show consistently normal responses

Mr. Blimka's first recorded audiogram of June 8, 2001, found both ears to be within normal ranges with hearing thresholds ranging from 0 to 5dBHL in the left ear and ranging from 0 to 10dBHL in the right ear.

From 2001 through 2008, Mr. Blimka's audiograms report no testing thresholds at any frequency greater than 10dBHL for his left ear. In fact, the 10dBHL threshold was only recorded once in January 2008 at 500Hz. All other thresholds are 5 dBHL or less.

Mr. Blimka's audiograms for his right ear from 2001 to 2008, report thresholds at all tested frequencies at 15dBHL or lower except for one result in March 2007 of 20dBHL at 2000Hz.

A Chronological Record of Medical Care dated August 23, 2007, reports on a hearing screening. Under "Reported History", the record states, "Physical trauma from explosion of Improvised explosive device (OIF) Pt deployed to Iraq and Afghanistan for a total of 15 mths, pt reports multiple exposure to mortars." Diagnosis history is "no hearing loss". Test conclusions of this report is "Pure tone testing showed normal hearing." (Record bates-labeled 00449)   A related record dated August 24, 2007, contains audiometric results finding both ears to be within normal ranges with hearing thresholds ranging from 0 to 5dBHL in the left ear and ranging from 5 to 10dBHL in the right ear. (Record bates-labeled 00138)

An audiogram graph with handwritten notations is dated January 31, 2008. The graph documents findings indicating both ears are within normal ranges with hearing thresholds ranging from -5 to 10dBHL in the left ear and ranging from 0 to 15dBHL in the right ear. (Record bates-labeled 00146; see also record bates-labeled 00015) A medical record reports on the findings of this last audiogram. More specifically, a January 31, 2008, medical record from Ellen Ingham with QTC Medical Group in Tacoma, WA concludes, "The examination revealed the claimant had no hearing problems." That same record reports speech recognition at 100% for the right and left ears. (Record bates-labeled 00015-00016)

These results all indicate normal hearing throughout the entirety of Mr. Blimka's military career.

Mr. Blimka testified that he first noticed his alleged hearing loss in 2009. Mr. Blimka testified that when he got out of the military in 2009, he had to do a hearing test and he was told that he had hearing loss in both ears. He does not recall if he ever saw the results. He claims he was told his right ear had a 35% hearing loss.  He believes he was told by a military doctor at Fort Lewis.  He explained this testing was in connection with his application for VA disability.  (Deposition 84-88, 165, 175) Notably, the VA documents located to date do not reference any hearing loss.  (See, e.g., records bates-labeled "BLIMKA-VA/DOD0518" and "Blimka-CP0302") On a related note, since his purported diagnosis with hearing loss by VA doctors in 2009, no other doctors have diagnosed him with hearing loss. Mr. Blimka states that his hearing loss has stayed about the same since he first noticed it in 2009.

Mr. Blimka's most recent audiogram from February 28, 2022, also indicates normal hearing in both ears across all tested frequencies, with no thresholds for either ear rising above 20dBHL.

Mr. Blimka has not been treated for hearing loss in any way.  He has never been seen by an ear, nose, or throat doctor or ENT.

Mr. Blimka initially testified that he first noticed his tinnitus in 2005 but later in his deposition, Mr. Blimka changed his testimony, claiming that he first noticed his tinnitus back in 2003.

Mr. Blimka notes that his tinnitus began in 2005 around when he returned from Operation Iraqi Freedom. In a deposition he described the tinnitus like a low hum, refrigerator running sound. It was a continuous, constant sound. Feels like it has gotten worse and slightly changed in character, now needs the TV to fall asleep. He notes it "caused migraines" and he gets migraines one per year. Migraines first noticed in 2009.  He stated 2009 was the year when the tinnitus became worse.

A January 31, 2008, medical record from Ellen Ingham with QTC Medical Group in Tacoma, WA addresses Mr. Blimka's tinnitus. "The current symptoms are ringing and sharp pain both ears, right greater than left.  The claimant is not receiving any treatment for his condition.  He reports tinnitus for 4 years.  It began gradually.  The tinnitus occurs in both ears and it is recurrent.  The tinnitus recurs at the frequency of 4 time(s) per day and each time lasts for .25 hours . . ."  The report concludes, "For the claimant's claimed condition of TINNITUS, the diagnosis is recurrent tinnitus both ears.  The subjective factors are recurrent ringing in both ears.  The objective factors are a history of noise exposure . . . The etiology of bilateral tinnitus is at least as likely as not due to noise in the service." (Record bates-labeled 00018-00019)

Mr. Blimka alleges that his tinnitus has progressively gotten worse over the years since 2005.  His tinnitus started as a low hum "like a refrigerator running type of hum."  It was and is constant without any periods of relief [but see January 31, 2008 medical record cited above which indicates the tinnitus was not constant in earlier years]. According to Mr. Blimka, it has gotten worse gradually over time.  It is "louder, more annoying, more irritating.  I have to have the TV on just to fall asleep."  It has moved from a hum to a "hum ring" now.  (Deposition 167-168, 171)

Mr. Blimka has not sought treatment for the tinnitus.

Mr. Blimka states that his subjective hearing loss and tinnitus are factors that prevent him from being able to work. However, he admits that other factors preventing him from being able to work include, his extensive criminal background; his ongoing back, spine, and knee problems; and his mental conditions which include, depression, his bipolar condition, and his PTSD.

**Other Diagnoses and Medical Issues**

Mr. Blimka testified that he was diagnosed with major depression, severe depression, and a bipolar condition in 2009.  He states he was recently diagnosed with PTSD in 2021.

Other medical records list a long series of medical conditions, including the following:

- Chronic Low Back Pain
- Major Depressive Disorder
- Erythrocytosis

- PTSD
- Mixed Hyperlipidemia
- Erythrocytosis
- Kidney Pain
- Herniated Disk
- Renal Calculi status post lithotripsy
- Excision posterior neck lipoma
- PCL reconstruction
- Knee Derangement
- Chronic Pain due to Trauma
- Testicular pain following Inguinal Hernia Repair
- L45, S1-2 Laminectomy
- Dental Infection

Mr. Blimka began taking opioids in 2005. Mr. Blimka admitted to an opiate addiction ranging from 2009 to 2021. Opioids he took included oxycodone, hydrocodone, morphine, and heroin. He was addicted to heroin, oxycodone, hydrocodone, and methamphetamine. Once he started using heroin in 2018 or 2019, he believes he probably used heroin more than the other opiates. He is currently obtaining outpatient addiction recovery. Mr. Blimka testified that he became addicted to prescription hydrocodone after getting injured from a jump as a paratrooper in 2005. Since that time, he took some form of opiate off and on until June 30, 2021.

Mr. Blimka's records reflect that he has been prescribed the following medications:

- Gabapentin
- Tramadol (Opiate)
- Oxycodone (Opiate)
- Morphine (Opiate)
- Hydrocodone (Opiate)
- Codeine (Opiate)
- Ibuprofen (NSAID)
- Aspirin (NSAID)
- Etodolac (NSAID)
- Methocarbamol
- Prednisone
- Baclofen
- Hydrochlorothiazide
- Methylprednisolone
- Piroxicam
- Lamotrigine
- Lidocaine Topical
- Menthol/M-Salicylate topical
- Augmentin
- Colace
- Oxybutynin
- Tamsulosin

- Doxycycline
- Hydroxyzine
- Bactrim
- Chlorhexidine
- Ciprofloxacin tab
- Zofran
- Clonidine
- Nicotine patch
- Acetaminophen
- Azithromycin
- Cyclobenzaprine
- Dexamethasone
- Vivitrol

**OPINIONS**

## 1.     Mr. Blimka has not suffered sensorineural (noise induced) hearing loss

Mr. Blimka claims he suffered bilateral hearing loss and tinnitus that was caused by his use of the CAEv2 earplugs. However, Mr. Blimka has hearing that is within normal range in both ears as the charts below illustrate.



| | 250Hz | 500Hz | 1000Hz | 1500Hz | 2000Hz | 3000Hz | 4000Hz | 6000Hz | 8000Hz |
|---|---|---|---|---|---|---|---|---|---|
| 6/8/2001 | | 5 | 0 | | 10 | 0 | 0 | 0 | |
| 2/1/2002 | | 5 | 0 | | 10 | 0 | 0 | 0 | |
| 10/6/2004 | | 15 | 10 | | 10 | 0 | 0 | | |
| 1/21/2005 | | 5 | 5 | | 10 | 0 | 0 | 0 | |
| 3/27/2007 | | 5 | 5 | | 20 | 0 | 5 | 0 | |
| 8/24/2007 | | 10 | 5 | | 10 | 5 | 5 | 5 | |
| 1/31/2008 | | 15 | 10 | | 10 | 5 | 0 | | |
| 6/1/2008 | | 5 | 5 | | 10 | 0 | 0 | 0 | |
| 2/28/2022 | 20 | 20 | 20 | 15 | 15 | 20 | 20 | 15 | 15 |

14



The above figures summarize the audiometric information available to date. As noted above, all audiograms are within normal limits at all frequencies tested. The last audiogram in 2022 showed an essentially flat threshold shift in the right and left ear as compared to his prior audiogram in 2008, however, even in the 2022 audiogram, his responses are within the normal range. It is possible that the differences in the findings are due to variability in testing methods, patient reliability, or slight progression of his hearing loss. This difference isn't clinically significant no matter the cause for the shifts noted. As noted below on the DP-gram, his cochlear function as tested by otoacoustic emissions shows normal cochlear function at all frequencies except at 6000Hz on the right side. All frequencies tested on the left side had normal responses.



Additional testing performed including tinnitus matching which matched at 6000Hz in the left ear and at 250Hz in the right ear.

Quick Speech in Noise testing in 2022 revealed an 8dBHL signal to noise threshold - this is on the lower border of the moderate range.

Elevation in Speech in Noise (SIN) testing thresholds can occur due to significant hearing loss, however since Mr Blimka has normal hearing thresholds, alternative causes of this finding must be considered.

Holmes et al. revealed that small changes in hearing thresholds can produce elevations in SIN testing. Mr Blimka had a minimal shift in both ears noted on his 2022 audiogram as compared to his 2008, while still within normal limits, this could explain his elevated SIN findings. However, this does not suggest a noise exposure etiology since this hearing change occurred after his time in the military. Additionally, we learn from Holmes et al. that central processing issues can also lead to abnormalities in SIN testing. (Holmes, et al.)

Hearing loss is defined as greater than 25dBHL threshold for pure tone average. All of Mr. Blimka's audiograms from 2001 to 2022, show pure tone average thresholds that are all below this level. On review of his hearing evaluations throughout his service (from 2001 to 2008) his hearing was routinely within normal limits. And his 2022 audiogram shows the same thing—that his hearing is within normal limits.

In order to evaluate Mr. Blimka's claims, I have listed a differential diagnosis. This is a diagnostic tool I routinely use in my clinical practice to evaluate patients for hearing loss and tinnitus. Using this method, I considered all possible causes for Mr. Blimka's alleged hearing impairments, and rule them in or out, to arrive at the correct diagnosis.  In Mr. Blimka's case, I have considered the following potential etiologies:

**Pre-military noise exposure, including occupational noise exposure**: I have been presented with no evidence that Mr. Blimka underwent substantial pre-military noise exposure. Additionally, his June 8, 2001 audiogram shows normal thresholds in both his left ear (0-5dBHL) and his right ear (0-10dBHL).  Therefore, I can rule this out as a cause of any alleged hearing loss.

**Military noise exposure**: As stated above, during the period in which he served in the military, Mr. Blimka underwent 8 audiometric tests. All of these tests showed normal hearing with no clinically significant threshold shifts.

Therefore, I rule out noise induced hearing loss that occurred while in the military because no evidence exists that Mr. Blimka had hearing loss when he left the military.

**Post-military noise exposure**: On February 28, 2022, Mr. Blimka underwent another audiometric test.  While still showing normal values (10-20dBHL) left ear and (15-20dBHL) right ear, these thresholds were higher than his last military audiogram. Therefore, although his hearing remains in the normal range, his hearing has worsened since he left the military.

However, I do not find that Mr. Blimka's clinical presentation is indicative of sensorineural hearing loss. First, as mentioned, he tested at levels quieter than 25dBHL which is the accepted limit for hearing loss.

Second, when a patient suffers sensorineural (noise induced) hearing loss, I expect to see a pattern known as a "noise notch". In this noise notch pattern, we would expect to see higher thresholds around 4,000Hz. However, that is not present in Mr. Blimka's 2022 audiogram. Rather we see a flat threshold shift in which the thresholds are 10 to 20dBHL (left ear) and 15 to 20dBHL (right ear). There is no evidence that Mr. Blimka has suffered sensorineural hearing loss through pre-military, military, or post-military noise exposure.

**Congenital hearing loss due to abnormal cochlear development**: Congenital anatomic variation is unlikely the cause of his progressive hearing loss. Mr Blimka's entrance audiogram was normal, ruling out this possibility.

**Genetic hearing loss**: I have no information that Mr. Blimka has suffered a familial history of hearing loss. I therefore ruled out a genetic condition as a cause of his alleged hearing loss.

**TBI and blast exposure**: Mr. Blimka testified that he has never been diagnosed with a TBI. (Deposition 176:13-15). However, he was exposed to substantial impulse noise while he was in the military. In his deposition he testified that he was frequently exposed to gun fire, machine gun fire, and mortars while deployed. He also testified that he was exposed to two IEDs that exploded a football field away. (Deposition 134:5-17). Mr. Blimka has no evidence of abnormality on otologic examination and no evidence of conductive hearing loss on audiometry therefore this is not likely contributory.

**Conductive hearing loss**: I have been provided with no bone conduction audiograms from his time in the military, however since his thresholds are all in the normal range one can deduce that there is no clinically significant conductive hearing loss. His 2022 audiogram does include bone thresholds and there is no evidence of conductive hearing loss. We have no information that Mr. Blimka suffers diminished hearing sensitivity attributable to conductive hearing loss, including fluid in the ear, ruptured eardrum, or impacted cerumen. This is not likely a contributory etiology.

**Toxin exposure**: I have no evidence that Mr. Blimka was exposed to toxins that have caused him to have hearing loss. Based on the information currently in my possession, I rule this out as a cause of any potential hearing loss.

**Presbycusis**: Mr. Blimka is 39 years old. His last audiogram in 2022 showed a slight shift in his hearing since he was last tested in the military over a decade earlier. The tested threshold shift is still within normal limits. The change in hearing from 2008 to 2022 is more likely due to mild change associated with age. The threshold shift is not likely related to military noise exposure as it occurred after his time in the military and if attributed to noise exposure it is more likely associated with the noise exposure he had on the days he mowed his lawn and did not wear earplugs.

17

**Non-prescription drug use**: At his deposition, Mr. Blimka testified that he was addicted to opiates from 2009-2021. (Deposition 7:22-8:9). It is well known that opiate addiction can lead to sensorineural hearing loss. (Hughes, et al.; Mozeika et al., Oroei et al.) Reports of SNHL due to the abuse of opioid suggests that the inner ear is sensitive and often impacted by opiate use. (Lopez et al.) Thus, if Mr. Blimka has suffered sensorineural hearing loss, I believe it is more likely than not that opiate addiction, especially heroin use is a likely cause.

For Mr. Blimka, opiate abuse is more likely than not an independent cause of cochlear injury and tinnitus. In a study published in the journal of toxicology in a retrospective review of 41 cases that included both hearing loss and recent opioid use. Hearing loss was described as tinnitus in 24% of cases, deafness in 29% of cases. Opioid-associated ototoxicity was most commonly associated with heroin exposure and appeared independent of hypoxic events. Initially Mr Blimka's tinnitus was intermittent, only later did it become chronic, consistent with his opioid use. He only recently has been off opiates. His opioid use was frequent and almost daily since it began after his paratrooper injury while in the military and he admitted heroin use as well as other opiates in the past.

**Ototoxic prescription medications**: Mr. Blimka has taken numerous medications that are potentially ototoxic. For example, he has taken OTC pain medication (Ibuprofen, Acetaminophen, aspirin, etc.) which are known to be ototoxic. (Curhan, et al.) Additionally, Mr. Blimka has taken medications such as oxycodone, codeine, and tramadol that are also known to be ototoxic.

**Use of the CAEv2**: Given that Mr. Blimka's last audiogram in the military was totally normal (June 2008), I rule out the CAEv2 as a cause of any hearing loss alleged by Mr. Blimka.

## 2.     The CAEv2 were protective of Mr. Blimka's hearing while he was in the military.

As Mr. Blimka does not currently demonstrate hearing loss, at any threshold, the CAEv2s did a good job of protecting his hearing while he was in the military. Mr. Blimka testified that he was exposed to substantial noise in the military. This includes repeated noise exposures during training (gun ranges and aircraft such as C-130s, C-17s, and Chinooks) and from his military specialty (vehicle maintenance) from various vehicles (LMTVs, HIMITs, Humvees, and forklifts). Since he was a mechanic, he estimates he was around air compressors and vehicles about 70 percent of his time. And while deployed Mr. Blimka was repeatedly exposed to machine gun fire, artillery, and explosions. Given the fact that he was exposed to substantial noise but had totally normal audiograms on his June 2008 audiogram, I find that the CAEv2 was protective of his hearing.

## 3.     Mr. Blimka's tinnitus cannot be attributed to his use of the CAEv2.

Mr. Blimka testified in his deposition that he has suffered from tinnitus that started in either 2003 or 2005.

Initially Mr Blimka's tinnitus was temporally associated with ear pain. Ear pain suggests other somatic etiologies such as temporomandibular joint disorder, cervicogenic pain as possible etiologies/exacerbating factors for his tinnitus. Somatic tinnitus is suspected when tinnitus is associated with recurrent pain episodes in head, neck or shoulder girdle, and temporal coincidence

of onset or increase of both pain and tinnitus. (Michiels, et al.)  It is more likely than not that he had an element of somatic tinnitus in his initial presentation as the tinnitus was associated temporally with bilateral ear pain.

I have also performed a differential diagnosis of Mr. Blimka's claimed tinnitus.

**Hearing loss while using the CAEv2**:  Hearing loss is the most common cause of tinnitus. However, as stated above, there is no evidence that Mr. Blimka suffered any hearing loss while in the military.  From 2001 to 2008, every audiogram administered to him showed normal results. Therefore, I can rule out the CAEv2 as a cause of Mr. Blimka's tinnitus.

**Opioid use**: Mr. Blimka admits to a prolonged opioid addiction. Opiate abuse is an independent cause of cochlear injury and tinnitus. and cannot be ruled out as a cause of tinnitus in this case. (Rawool, et al., Mozeika, et al., Lopez, et al., Oroei et al.)

**Prescription drug usage**: Mr. Blimka has taken numerous medications that are potentially ototoxic as noted above including ibuprofen, acetaminophen, aspirin, oxycodone, and codeine.

**Mental conditions/PTSD:**  Mr. Blimka testified that he suffers from depression, bipolar disease, and PTSD.  (Deposition 160:13-15; 161: 2-7) PTSD is known to be associated with tinnitus. (Fagelson) Similarly, depression is also associated with tinnitus. (Salazar, et al.) Therefore, I cannot rule out PTSD and depression as causes of Mr. Blimka's tinnitus.

**Headache/migraine:** Mr. Blimka has a headache diagnosis and rare migraines. Both headache and migraine have been associated with tinnitus.  It is more likely than not that headache and migraine are contributing to his tinnitus. (Lugo, et al.) Therefore, I cannot rule out Mr. Blimka's headaches and migraines as a cause of his tinnitus.

**Somatic tinnitus:** Mr. Blimka, as noted earlier, first presented with tinnitus and pain together. This is common to see in patients with somatic tinnitus. He has documented spinal injuries as well as having had surgery for the spine. Somatic tinnitus is tinnitus that is caused by musculoskeletal pain. (Ralli) Mr. Blimka's spinal injuries and pain cannot be ruled out as a cause of his tinnitus.

**Idiopathic tinnitus:** It is not uncommon that when patients present with tinnitus and normal hearing a cause is unable to be determined. (Billue) A condition might be revealed later that is currently unknown or unidentified with testing. Given that the mechanisms that cause tinnitus are not completely understood, this is unsurprising. I cannot rule out idiopathic tinnitus.

Mr. Blimka has not sought treatment for his tinnitus. While no known cure for tinnitus exists, effective treatments are available. Treatment options include masking devices, avoidance of aggravating factors, and treatment of underlying hearing loss. Mr. Blimka's lack of treatment for tinnitus suggests that it does not impair his life in a meaningful way.

### RESPONSE TO DR. DENNIS AGLIANO

I have reviewed the Medical Opinion Report submitted on behalf of Mr. Blimka by Dr. Dennis Agliano. Nothing in the report causes me to change my opinions in any way.

Mr. Blimka claims he has hearing loss, however there is no evidence of hearing loss on extensive audiometric testing. I do not agree with Dr. Agliano that Mr. Blimka has hearing loss or that his hearing loss will likely progress.

Dr. Agliano states that on a March 27, 2007 audiogram there is a threshold shift at 2000Hz which is attributable to noise induced hearing loss. When the audiogram is compared to the multiple audiograms before and after it shows a shift of 10dBHL to a threshold of 20dBHL, a minimal shift, which is still within normal limits as well as falling within testing error. (Lemkens, et al.)  There is no evidence of any threshold shift at any other frequencies.

In addition, this temporary shift is not clinically relevant as he did not notice any hearing difficulties until 2009 when interacting with his wife and by then at least two follow up audiograms showed a return to the prior threshold results tested at 10dBHL at the 2000Hz frequencies. His final audiogram, as were all his prior audiograms while in the military, was completely normal.

Mr. Blimka has also claimed more specifically a 35% hearing loss in the right ear but I do not see evidence of this on his audiograms. This is confusing as he notes he was never diagnosed with hearing loss or tinnitus while he was in the military. He feels like his hearing has remained stable since 2009.

I do not agree with the claim made by Dennis S. Agliano, MD on page 13-14 of his expert report where he ruled out presbycusis as a cause of hearing loss and tinnitus. As noted earlier, Mr Blimka's 2022 audiogram shows a slight threshold shift as compared to the prior audiogram in 2008. This shift could be due to the onset of age-related hearing loss. Of note, statistics posted by the NIH show that 32% of males begin to have age related hearing loss between the ages of 20-39 years old. Given the audiometric finding and the statistics discussed I can not rule out age related hearing loss on the 2022 audiogram. (NIH)



I do not agree with Dr. Agliano's claim on page 14 where he states that somatic tinnitus is ruled out since he did not experience neck and back pain temporally with his tinnitus. A January 31, 2008 medical record specifically mentions Mr. Blimka's "sharp pain in both ears." Given the

temporal association of ear pain and tinnitus, somatic tinnitus cannot be ruled out as a possible cause.

I do not agree with Dr. Agliano's claim on page 14 where he states that he can rule out headache and or migraine as cause for Mr Blimka's tinnitus. Mr. Blimka has a headache diagnosis and rare migraines. Both headache and migraine have been associated with tinnitus. It is more likely than not that headache and migraine are contributing to his tinnitus. (Lugo, et al.) Therefore, I cannot rule out Mr. Blimka's headaches and migraine as a cause of his tinnitus.

I do not agree with Dr. Agliano's claim on page 15 of his expert report where he states that he can rule out ototoxic medication as a cause of Mr Blimka's tinnitus. Mr. Blimka has taken numerous medications that are potentially ototoxic, including ibuprofen, acetaminophen, aspirin, etc. which are known to be ototoxic. (Curhan, et al.) Additionally, Mr. Blimka has taken medications such as oxycodone, codeine, and tramadol that are also known to be ototoxic.

I do not agree with Dr. Agliano's claim on page 15 where he begins his paragraph discussing noise induced hearing loss – "After I was able to rule out the potential causes mentioned above, I then specifically considered Mr. Blimka's exposure to noise and its relation to his sensorineural hearing loss." This implies he had hearing loss. After reviewing Mr Blimka's audiograms there is no evidence of noise induced hearing loss.

I do not agree with Dr. Agliano's claim on page 16 where he rules out other hearing protection devices as possible causes for Mr. Blimka's alleged hearing loss. The argument he is making is that the CAEv2 earplugs are the cause, however there is no way to differentiate if the purported (but not substantiated) "hearing loss" occurred when using the CAEv2 vs the other hearing protection devices Mr. Blimka used earlier in his military career.

## CONCLUSION

Neither Mr. Blimka's claimed subjective hearing loss or tinnitus can be attributed to his CAEv2 earplug usage with any reasonable degree of medical or scientific certainty.

Mr. Blimka has normal hearing. There is no evidence of any hearing loss on extensive audiometric testing. The CAEv2 earplugs protected Mr. Blimka's hearing while he was in the military. Mr. Blimka's audiograms include otoacoustic emissions which check cochlear function and do not support clinically relevant cochlear injury.

Mr. Blimka did not suffer from noise induced hearing loss during the time that he wore the CAEv2 earplugs. Thus, the CAEv2 could not have caused Mr. Blimka's tinnitus. The far more likely causes of Mr. Blimka's tinnitus are his opioid usage, headaches/migraine, somatic tinnitus, and medication side effects.

**Avner Aliphas, M.D.**
**Date: May 9, 2022**