IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

This Document Relates to:
All Wave 2 Plaintiffs
_____/

## ORDER

Before the Court is Defendants' Unopposed Motion for Leave to File a Reply in Support of Defendants' Motion to Compel Wave 2 Plaintiffs' Data and Electronically Stored Information Responsive to Defendants' Request for Production Number 10.[1]  Master Docket ECF No. 3310.  In the motion, Defendants seek permission to file a 1,500-word reply memorandum to counter Plaintiffs' statements in their response to Defendants' Motion to Compel that Defendants "refused to conduct pre-trial conferences."  *Id*. at 2.  If granted leave to file a reply, "Defendants will refute Plaintiffs' procedural arguments by setting forth Plaintiffs' leaderships' knowledge of and involvement in meet-and-confer efforts, including those involving the Special Master."  *Id*. at 2-3.

---

[1] The instant Motion and the Motion to Compel were filed only in the Master Docket and not in each of the Wave 2 individual case dockets.

Ordinarily, reply memoranda are disfavored in this Court. Only "in extraordinary circumstances," may the Court grant leave to file a reply memorandum. N.D. Fla. Loc. R. 7.1(I). In this case, because Plaintiffs raised arguments that Defendants were not able to respond to and because Plaintiffs do not object to Defendants' request, the Court concludes the motion is due to be granted.

Accordingly, it is **ORDERED** that:

Defendants' Unopposed Motion for Leave to File Reply Memorandum, Master Docket ECF No. 3310, is **GRANTED.** Defendants must file their reply **no later than July 27, 2022.**

**DONE AND ORDERED** this 20th day of July 2022.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge