**The State Bar of California**

180 Howard Street, San Francisco, CA 94105    888-800-3400    AttorneyRegulation@calbar.ca.gov

OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES

# CERTIFICATE OF STANDING

June 24, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN ANTHONY BRUEGGER, #250494 was admitted to the practice of law in this state by the Supreme Court of California on August 1, 2007; that from the date of admission to February 28, 2010, he was an ACTIVE licensee of the State Bar of California; that on February 28, 2010, he transferred at his request to the INACTIVE status; that from that date to January 9, 2012, he was an INACTIVE licensee of the State Bar of California; that on January 9, 2012, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Records

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

John Anthony Bruegger

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 12/04/2002 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 24th day of June, 2022.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/19/2001,

### *John Anthony Bruegger*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 24th day of June, 2022.

*Betsy AuBuchon*

Clerk of the Supreme Court of Missouri