| Client Full Name | Case Number (If Applicable) |
|---|---|
| Aldane Anthony Aarons | 3:21-cv-01214-MCR-GRJ |
| Clifton Aarons | 7:21-cv-28184-MCR-GRJ |
| Mason Aarons | 7:21-cv-41917-MCR-GRJ |
| Curtis Adams | 7:21-cv-41924-MCR-GRJ |
| Thomas Adams | 7:20-cv-90013-MCR-GRJ |
| Mattison Agneu | 7:21-cv-41926-MCR-GRJ |
| Wilfredo Aguilar | 8:20-cv-38625-MCR-GRJ |
| Matthew Ainsburg | 7:21-cv-28567-MCR-GRJ |
| Anthony Akila | 8:20-cv-59667-MCR-GRJ |
| Dustin Akins | 7:20-cv-35574-MCR-GRJ |
| Hassan Al-Mohanna | 7:21-cv-44543-MCR-GRJ |
| Amos Albert | 7:21-cv-44559-MCR-GRJ |
| Josef Albert | 8:20-cv-90052-MCR-GRJ |
| Jimmy Alcorn | 7:20-cv-89826-MCR-GRJ |
| Jaydon Alejandro | 7:21-cv-41930-MCR-GRJ |
| James A. Alexander | 7:21-cv-44540-MCR-GRJ |
| Daniel Alfred | 7:21-cv-41934-MCR-GRJ |
| Brian Allen | 7:21-cv-41936-MCR-GRJ |
| George Allen | 8:20-cv-38641-MCR-GRJ |
| James Allen | 7:21-cv-48763-MCR-GRJ |
| John Mark Allen | 7:20-cv-05128-MCR-GRJ |
| Roderick Allen | 7:21-cv-44549-MCR-GRJ |
| Sean Allen | 7:21-cv-41938-MCR-GRJ |
| Kerntz Almonor | 7:20-cv-90017-MCR-GRJ |
| Aixa Alvarez | 7:21-cv-52887-MCR-GRJ |
| John Alvarez | 7:21-cv-52886-MCR-GRJ |
| Stefano Alvarez | 7:20-cv-90019-MCR-GRJ |
| Catherine Anderson | 8:20-cv-38646-MCR-GRJ |
| DeAndre Anderson | 7:20-cv-90025-MCR-GRJ |
| Exiquio Cooper Anderson | 9:20-cv-02812-MCR-GRJ |
| Robert D. Anderson | 7:21-cv-52896-MCR-GRJ |
| Aubrey Anthony | 7:21-cv-41940-MCR-GRJ |
| Marilyn Antwine | 7:21-cv-10573-MCR-GRJ |
| Kevin Aramburu | 7:20-cv-05282-MCR-GRJ |
| Martin Arcia | 7:20-cv-36493-MCR-GRJ |
| Adrian Arifi | 7:21-cv-41942-MCR-GRJ |
| Jesse Armstead | 7:21-cv-41944-MCR-GRJ |
| Gregory Allen Armstrong | 7:20-cv-35239-MCR-GRJ |
| William Arnold | 7:20-cv-05188-MCR-GRJ |
| William Arrant | 7:20-cv-90032-MCR-GRJ |
| Curtis Ash | 7:21-cv-52876-MCR-GRJ |
| Arence Lionel Ashford | 8:20-cv-49856-MCR-GRJ |
| Jamie Lynn Atkins | 7:20-cv-05219-MCR-GRJ |
| James Auld | 7:20-cv-89782-MCR-GRJ |
| Brandon Avery | 7:21-cv-41950-MCR-GRJ |
| Amanda Renea Baca | 7:20-cv-38081-MCR-GRJ |

| | |
|---|---|
| Dale Bachim | 7:20-cv-90034-MCR-GRJ |
| Kenneth Bachini | 7:20-cv-38083-MCR-GRJ |
| Howard Baker | 7:21-cv-52844-MCR-GRJ |
| Jasun Baker | 7:20-cv-90038-MCR-GRJ |
| Mark Baker | 7:20-cv-05131-MCR-GRJ |
| Jaime Bakerbenitez | 8:20-cv-38660-MCR-GRJ |
| Gene Balderman | 7:20-cv-38085-MCR-GRJ |
| Anderson Baldwin | 7:21-cv-44560-MCR-GRJ |
| Jennifer Baldwin | 7:20-cv-38087-MCR-GRJ |
| Troy Ball | 7:21-cv-41954-MCR-GRJ |
| Glenn Barker | 7:21-cv-52881-MCR-GRJ |
| Yolondia Barksdale | 7:21-cv-52821-MCR-GRJ |
| Wendell Barnes | 7:21-cv-52868-MCR-GRJ |
| Gaston A Barnett III | 7:21-cv-14029-MCR-GRJ |
| Michael Barnett | 3:21-cv-01727-MCR-GRJ |
| Timothy Barnett | 7:21-cv-52829-MCR-GRJ |
| Adam Barton | 7:21-cv-52877-MCR-GRJ |
| Shawn Michael Bass | 7:21-cv-52878-MCR-GRJ |
| Terrell Lamont Battle | 7:21-cv-52892-MCR-GRJ |
| Kortney Battles-Albritton | 7:20-cv-90044-MCR-GRJ |
| Todd Bayless | 8:20-cv-38670-MCR-GRJ |
| Jerome Bean | 8:20-cv-38675-MCR-GRJ |
| David Beaudet | 7:21-cv-52818-MCR-GRJ |
| Zackary Beckman | 7:21-cv-10634-MCR-GRJ |
| Christopher Beecher | 7:21-cv-52830-MCR-GRJ |
| Joseph Bellamy | 7:21-cv-42012-MCR-GRJ |
| Raphael Bello | 7:21-cv-48926-MCR-GRJ |
| Rayshon Belton | 7:21-cv-52897-MCR-GRJ |
| Ronald Bender | 7:21-cv-48778-MCR-GRJ |
| Skyler Bender | 7:21-cv-52862-MCR-GRJ |
| Shawn Benson | 7:20-cv-90046-MCR-GRJ |
| Lonnie Bernal | 7:20-cv-89920-MCR-GRJ |
| Ian Bernard | 7:20-cv-05210-MCR-GRJ |
| Christopher Berry | 7:20-cv-05135-MCR-GRJ |
| Ryan Berry | 7:20-cv-05181-MCR-GRJ |
| Donald Bess | 3:21-cv-01246-MCR-MJF |
| Robert Betts | 7:20-cv-05208-MCR-GRJ |
| Thomas Bickers | 7:20-cv-90050-MCR-GRJ |
| Larry Biffel | 8:20-cv-38685-MCR-GRJ |
| Ken Bingle | 7:20-cv-05234-MCR-GRJ |
| Vito Biondo | 3:21-cv-01247-TKW-EMT |
| Joe Bishop | 8:20-cv-38697-MCR-GRJ |
| William Bishop | 8:20-cv-38702-MCR-GRJ |
| David Blackshear | 7:20-cv-90059-MCR-GRJ |
| Nickolas Blake | 7:20-cv-38104-MCR-GRJ |
| Randy Jay Blasdel | 8:20-cv-66976-MCR-GRJ |
| Anthony Blunck | 7:20-cv-36800-MCR-GRJ |

| | |
|---|---|
| Grayling Bocage | 8:20-cv-38712-MCR-GRJ |
| Christopher Bodiford | 7:21-cv-10592-MCR-GRJ |
| Jesse Boeltz | 7:20-cv-35088-MCR-GRJ |
| Michael Boerner | 7:20-cv-90061-MCR-GRJ |
| Oliva Bogan | 8:20-cv-38717-MCR-GRJ |
| James Boggess | 7:20-cv-05253-MCR-GRJ |
| Peter Bojorquez | 8:20-cv-28482-MCR-GRJ |
| Jorge Galvan Bolanos | 7:20-cv-38110-MCR-GRJ |
| Kevin Bonilla | 7:20-cv-89844-MCR-GRJ |
| Bradley Boone | 8:20-cv-66780-MCR-GRJ |
| Michael Bougor | 8:20-cv-38726-MCR-GRJ |
| Niytahssia Boyea | 7:21-cv-27497-MCR-GRJ |
| Tommy Boykin | 3:22-cv-07825-MCR-GRJ |
| Candace Bradford | 9:20-cv-10722-MCR-GRJ |
| James Branch | 3:22-cv-07618-MCR-GRJ |
| James Brantley | 7:20-cv-89743-MCR-GRJ |
| Myra Bravo | 9:20-cv-10736-MCR-GRJ |
| John Breneman | 7:20-cv-05719-MCR-GRJ |
| Michael Bresett | 7:20-cv-90067-MCR-GRJ |
| Napleon Brewer | 7:20-cv-38116-MCR-GRJ |
| Emmanuel Brinson | 8:20-cv-38741-MCR-GRJ |
| Dale Brooks | 8:20-cv-38751-MCR-GRJ |
| Derrick Brooks | 8:20-cv-38756-MCR-GRJ |
| Ambrose Brown | 3:22-cv-07742-MCR-GRJ |
| Eric Brown | 7:21-cv-28572-MCR-GRJ |
| Daphne Brown-Pratt | 8:20-cv-62609-MCR-GRJ |
| Leo Brownson | 8:20-cv-62612-MCR-GRJ |
| Kevin Brummel | 8:20-cv-38772-MCR-GRJ |
| Raymond Brunner | 7:20-cv-90072-MCR-GRJ |
| Amy Bryant | 8:20-cv-38777-MCR-GRJ |
| Brad Bundick | 3:22-cv-07746-MCR-GRJ |
| Sandra P. Burbano | 7:20-cv-05182-MCR-GRJ |
| David Burge | 7:20-cv-38156-MCR-GRJ |
| Christopher Burgess | 7:20-cv-05127-MCR-GRJ |
| Jerry Dean Burleson | 7:21-cv-10594-MCR-GRJ |
| Rudolph Byarse | 7:21-cv-27444-MCR-GRJ |
| Geoffrey Byrd | 7:21-cv-24145-MCR-GRJ |
| John Calhoon | 8:20-cv-62618-MCR-GRJ |
| Leonard Camacho | 7:21-cv-48984-MCR-GRJ |
| Milton Camejo | 7:20-cv-89930-MCR-GRJ |
| Marco Carcamo | 7:20-cv-05121-MCR-GRJ |
| Michael Cardin | 8:20-cv-38802-MCR-GRJ |
| Derek Winston Carroll | 8:20-cv-62625-MCR-GRJ |
| John William Carroll | 7:20-cv-90078-MCR-GRJ |
| Brandon Carter | 7:21-cv-52833-MCR-GRJ |
| Conor D. Carter | 8:20-cv-38806-MCR-GRJ |
| Melvin Carter | 7:20-cv-89798-MCR-GRJ |

| | |
|---|---|
| Monaleatha Lynn Carter | 7:21-cv-10567-MCR-GRJ |
| John Cartledge | 7:20-cv-89820-MCR-GRJ |
| Jonathan Cartrett | 7:20-cv-05173-MCR-GRJ |
| George H. Case | 7:21-cv-10564-MCR-GRJ |
| Jorge Casiano | 3:22-cv-07812-MCR-GRJ |
| Todd A. Caswell | 8:20-cv-67022-MCR-GRJ |
| Branden Causey | 8:20-cv-38811-MCR-GRJ |
| Ryan Devin Ray Charles | 7:21-cv-10587-MCR-GRJ |
| Julian Chavez | 7:21-cv-10654-MCR-GRJ |
| Ronald Chellman | 7:21-cv-49054-MCR-GRJ |
| Evan Chesworth | 8:20-cv-28604-MCR-GRJ |
| Chaz A. Chevalier | 9:20-cv-04328-MCR-GRJ |
| Anthony Choate | 8:20-cv-62627-MCR-GRJ |
| Jed Choate | 7:20-cv-38180-MCR-GRJ |
| Delancy Christion | 7:21-cv-27431-MCR-GRJ |
| Fidel Ignacio Cisneros | 7:21-cv-28574-MCR-GRJ |
| Raphael Clarke | 7:20-cv-05793-MCR-GRJ |
| Martin Clary | 7:20-cv-05165-MCR-GRJ |
| Benjamin Clearwater | 7:21-cv-10678-MCR-GRJ |
| Calvin Clement | 8:20-cv-28569-MCR-GRJ |
| Zachary Clements | 7:20-cv-90089-MCR-GRJ |
| Antonio Clinkscales | 7:20-cv-38189-MCR-GRJ |
| David Cloninger | 8:20-cv-38816-MCR-GRJ |
| Evan Cole | 7:20-cv-90091-MCR-GRJ |
| Shenna Coleman | 7:20-cv-90093-MCR-GRJ |
| Shaun Collins | 7:21-cv-42020-MCR-GRJ |
| Charles Collman | 8:20-cv-90056-MCR-GRJ |
| William Charles Compton | 7:21-cv-28575-MCR-GRJ |
| Clint Conrey | 8:20-cv-38828-MCR-GRJ |
| John Conwell | 7:20-cv-90095-MCR-GRJ |
| Michael Cook | 7:20-cv-34704-MCR-GRJ |
| Nicole Cook-Blackmon | 7:20-cv-90097-MCR-GRJ |
| Brandy Cooper | 8:20-cv-49870-MCR-GRJ |
| Louis Copechal | 7:20-cv-90099-MCR-GRJ |
| Matthew Coppage | 8:20-cv-38833-MCR-GRJ |
| Robert Cordova | 8:20-cv-38838-MCR-GRJ |
| Marcus Corpening | 7:21-cv-10669-MCR-GRJ |
| John Cottom | 8:20-cv-38852-MCR-GRJ |
| Terrence Cousins | 8:20-cv-49876-MCR-GRJ |
| Rick Cowan | 8:20-cv-38857-MCR-GRJ |
| Andrew Cox | 7:21-cv-48919-MCR-GRJ |
| Jake Cox | 7:21-cv-52858-MCR-GRJ |
| Richard Cox | 8:20-cv-38863-MCR-GRJ |
| Runnar Crane | 7:20-cv-05212-MCR-GRJ |
| Geoffrey Crawford | 7:21-cv-10685-MCR-GRJ |
| James Crook | 3:22-cv-07673-MCR-GRJ |
| Jeffrey Crump | 8:20-cv-38873-MCR-GRJ |

| | |
|---|---|
| Walter Cruz Caro | 7:21-cv-33570-MCR-GRJ |
| Chano Cruz | 7:20-cv-05179-MCR-GRJ |
| Luis Eduardo Cruz | 7:20-cv-05756-MCR-GRJ |
| Nicky Cruz-Fargas | 7:20-cv-05166-MCR-GRJ |
| Jason Cucinotta | 3:22-cv-07732-MCR-GRJ |
| Joseph William Daigle | 7:20-cv-35333-MCR-GRJ |
| James Daly | 7:20-cv-05167-MCR-GRJ |
| Samuel D. Daniels | 7:20-cv-90104-MCR-GRJ |
| Adam Davenport | 7:21-cv-14047-MCR-GRJ |
| Johnny Max Davis | 3:22-cv-07805-MCR-GRJ |
| Jordan Davis | 7:20-cv-35998-MCR-GRJ |
| William Davis | 7:20-cv-05171-MCR-GRJ |
| Willard Gregory Dawkins | 8:20-cv-49890-MCR-GRJ |
| John Edward Dawson | 7:20-cv-05229-MCR-GRJ |
| Herschel Deaton | 7:20-cv-34859-MCR-GRJ |
| Mark Decamps | 7:20-cv-05174-MCR-GRJ |
| Daniel Dehaven | 8:20-cv-49900-MCR-GRJ |
| Juan Dehoyos | 8:20-cv-38898-MCR-GRJ |
| Matthew Delbarone | 8:20-cv-62640-MCR-GRJ |
| Johnathan Deleonlopez | 8:20-cv-38903-MCR-GRJ |
| Kenneth Demers | 8:20-cv-62642-MCR-GRJ |
| Dalton Denis | 3:22-cv-07741-MCR-GRJ |
| Daniel Detlefsen | 3:21-cv-01248-TKW-EMT |
| Arianna Devor | 3:21-CV-01250-MCR-GRJ |
| Shekia Devore | 9:20-cv-10739-MCR-GRJ |
| John Dietz | 3:21-cv-01252-MCR-GRJ |
| Robert Diggs | 3:21-CV-01254-MCR-GRJ |
| Harold Dingman | 7:20-cv-89909-MCR-GRJ |
| Michael Dixon | 3:21-cv-01262-MCR-GRJ |
| Jason Doczi | 3:21-cv-01264-TKW-MJF |
| Felipe Dominguez | 3:21-cv-01265-MCR-GRJ |
| Gerard Dow | 8:20-cv-59630-MCR-GRJ |
| Shannon Downey | 3:22-cv-07778-MCR-GRJ |
| Barrett Downing | 7:20-cv-38199-MCR-GRJ |
| Jefferson Doyle | 3:21-cv-01309-MCR-GRJ |
| Larry Doyle | 7:20-cv-36092-MCR-GRJ |
| Jody Drake | 7:21-cv-27457-MCR-GRJ |
| Raymond Walter Drefus | 8:20-cv-62651-MCR-GRJ |
| William Driver | 7:20-cv-36852-MCR-GRJ |
| Carlton Drummond | 7:20-cv-34358-MCR-GRJ |
| Dorraine Drysdale | 7:21-cv-48944-MCR-GRJ |
| Brian Duffee | 7:20-cv-05221-MCR-GRJ |
| Michael Dunbar | 7:20-cv-38201-MCR-GRJ |
| Robert Dante Duncan | 7:20-cv-90118-MCR-GRJ |
| Raymond Dunnavant | 7:21-cv-05004-MCR-GRJ |
| David Duran | 7:20-cv-35447-MCR-GRJ |
| Terry Durst | 8:20-cv-38938-MCR-GRJ |

| | |
|---|---|
| Gwentanna Eady | 7:21-cv-48915-MCR-GRJ |
| Joshua Earhart | 8:20-cv-28623-MCR-GRJ |
| Kraig Edde | 8:20-cv-28589-MCR-GRJ |
| Anthony James Edwards | 3:22-cv-07779-MCR-GRJ |
| James John Edwards | 7:20-cv-35588-MCR-GRJ |
| Linda Edwards | 3:21-cv-01313-MCR-GRJ |
| Tamara Edwards | 7:20-cv-90120-MCR-GRJ |
| Shawn Edwell | 8:20-cv-66821-MCR-GRJ |
| Joseph Michael Eitrem | 8:20-cv-38943-MCR-GRJ |
| Kevin Elder | 8:20-cv-66828-MCR-GRJ |
| Trey Marquis Elias | 7:21-cv-10639-MCR-GRJ |
| Steven Elliot | 7:20-cv-38204-MCR-GRJ |
| Lance P. Ellis | 7:20-cv-38206-MCR-GRJ |
| Alberto Enrique | 8:20-cv-28466-MCR-GRJ |
| Oscar Escalante | 7:20-cv-05790-MCR-GRJ |
| Joe Estrada | 8:20-cv-67061-MCR-GRJ |
| Christopher Evans | 7:21-cv-27336-MCR-GRJ |
| Jordan Evans | 3:21-cv-01315-MCR-GRJ |
| Jonathan Ezro | 7:20-cv-05213-MCR-GRJ |
| Michael Fadda | 8:20-cv-38959-MCR-GRJ |
| Paul Fallon | 3:21-cv-01317-MCR-GRJ |
| Andrew Farmer | 7:20-cv-05248-MCR-GRJ |
| Archie Faulk | 7:21-cv-42026-MCR-GRJ |
| William Richard Favreau | 7:21-cv-27325-MCR-GRJ |
| Stewart Fearon | 7:20-cv-90126-MCR-GRJ |
| Eric Felan | 8:20-cv-38963-MCR-GRJ |
| Grover Felch | 8:20-cv-62655-MCR-GRJ |
| Joshua Felder | 7:20-cv-90128-MCR-GRJ |
| James Finkle | 8:20-cv-38976-MCR-GRJ |
| Jeremy Fisher | 7:21-cv-24250-MCR-GRJ |
| Randall Fisher | 3:22-cv-07845-MCR-GRJ |
| Brian Fitzpatrick | 7:20-cv-38209-MCR-GRJ |
| Christopher Fleming | 3:22-cv-04915-MCR-GRJ |
| Christopher Flink | 3:22-cv-07849-MCR-GRJ |
| Jose Flores | 8:20-cv-66839-MCR-GRJ |
| Jon Fluitt | 9:20-cv-10841-MCR-GRJ |
| Michael Follweiler | 8:20-cv-49832-MCR-GRJ |
| Scott Forbes | 8:20-cv-62667-MCR-GRJ |
| Noah Fortunato | 3:21-cv-01327-MCR-GRJ |
| Brady Foster | 9:20-cv-10843-MCR-GRJ |
| Warren Foster | 7:21-cv-10570-MCR-GRJ |
| Matt Foster | 8:20-cv-39008-MCR-GRJ |
| Drake Francies | 3:21-cv-01317-MCR-GRJ |
| James Francis | 8:20-cv-62669-MCR-GRJ |
| Richard Franklin | 7:21-cv-10676-MCR-GRJ |
| Briane Franks | 3:22-cv-07780-MCR-GRJ |
| Tod Frazer | 7:21-cv-10608-MCR-GRJ |

| | |
|---|---|
| Walter Freytes | 7:20-cv-38211-MCR-GRJ |
| Kevin Friend | 9:20-cv-20191-MCR-GRJ |
| Terry Frierson | 8:20-cv-28520-MCR-GRJ |
| Ronald Frisby | 8:20-cv-28391-MCR-GRJ |
| Jimmy Christopher Fryar, Sr. | 7:20-cv-38212-MCR-GRJ |
| Terrence Gadson | 3:21-cv-01330-MCR-GRJ |
| Joshua Gage | 3:21-cv-01332-MCR-GRJ |
| John Galam | 7:20-cv-90134-MCR-GRJ |
| Edgar Galvan | 7:21-cv-42028-MCR-GRJ |
| Andrew Ganshorn | 7:20-cv-35165-MCR-GRJ |
| Francois Garand | 7:20-cv-90136-MCR-GRJ |
| Adam Garcia | 3:21-cv-01358-MCR-GRJ |
| Erdwin Garcia | 7:21-cv-28578-MCR-GRJ |
| Feliciano Garcia | 7:20-cv-05164-MCR-GRJ |
| Zachary James Gardner | 3:22-cv-07782-MCR-GRJ |
| David Garland | 7:21-cv-28579-MCR-GRJ |
| Joshua Genberg | 3:22-cv-07783-MCR-GRJ |
| Jason James Getzel | 8:20-cv-59571-MCR-GRJ |
| Shea Ghering | 7:20-cv-38215-MCR-GRJ |
| Sherisa Gillis | 3:21-cv-01365-MCR-GRJ |
| James Gilyard | 7:20-cv-89779-MCR-GRJ |
| LyVell Gipson | 7:20-cv-05791-MCR-GRJ |
| James Glass | 7:20-cv-34861-MCR-GRJ |
| Nathaniel Glass | 7:21-cv-24256-MCR-GRJ |
| Keith Glenn | 3:21-cv-01378-MCR-GRJ |
| Kelvin Glenn | 7:20-cv-38216-MCR-GRJ |
| Bradley Glynn | 3:21-cv-01385-MCR-GRJ |
| Trevah Goins | 7:21-cv-10646-MCR-GRJ |
| Cornelius Golden | 3:21-cv-1386-MCR-GRJ |
| Regina Golding | 7:21-cv-42030-MCR-GRJ |
| Carlos Gomez | 7:20-cv-38218-MCR-GRJ |
| Jacob Gonzales | 7:20-cv-05772-MCR-GRJ |
| Israel Gonzalez | 3:21-cv-01387-MCR-GRJ |
| Nathaniel Good | 8:20-cv-39054-MCR-GRJ |
| Chad Warren Goodermote | 3:22-cv-07785-MCR-GRJ |
| Timothy Daniel Goodman | 3:22-cv-07787-MCR-GRJ |
| Emmett Graham | 7:21-cv-10692-MCR-GRJ |
| Garrett Grant | 8:20-cv-39069-MCR-GRJ |
| Demarko Gray | 3:21-cv-01384-MCR-GRJ |
| Dustin Green | 3:22-cv-07788-MCR-GRJ |
| Jewondo Green | 8:20-cv-67069-MCR-GRJ |
| Justin Nole Green | 8:20-cv-28597-MCR-GRJ |
| Kourtne Green | 3:22-cv-07653-MCR-GRJ |
| Megan Green | 7:21-cv-42032-MCR-GRJ |
| Robert Allen Green | 7:21-cv-10562-MCR-GRJ |
| Tyrone Green | 3:22-cv-07853-MCR-GRJ |
| David Greenough | 8:20-cv-39082-MCR-GRJ |

| | |
|---|---|
| Dylan Gregory | 3:22-cv-07883-MCR-GRJ |
| Michael Gresham | 7:20-cv-90151-MCR-GRJ |
| Joshua Griem | 3:21-cv-01382-MCR-GRJ |
| Dominick Grigsby | 3:21-cv-01381-MCR-GRJ |
| John Groseclose | 3:21-cv-01380-MCR-GRJ |
| Justin Grubbs | 7:21-cv-27478-MCR-GRJ |
| Nina Guidry | 7:20-cv-38222-MCR-GRJ |
| Daniel Gunsallus | 3:21-cv-01377-MCR-GRJ |
| Ernesto Gutierrez | 8:20-cv-39085-MCR-GRJ |
| Garett Gutierrez | 7:20-cv-05249-MCR-GRJ |
| Joshua Hagberg | 8:20-cv-66845-MCR-GRJ |
| Julian Haigood | 7:21-cv-23966-MCR-GRJ |
| Larry Hairrell | 8:20-cv-39090-MCR-GRJ |
| Norris J. Halkmon | 8:20-cv-66851-MCR-GRJ |
| Blake Hall | 7:20-cv-90155-MCR-GRJ |
| Robert Hall | 3:21-cv-01374-MCR-GRJ |
| Shanise Hall | 8:20-cv-39094-MCR-GRJ |
| Joshua Hamilton | 7:20-cv-05207-MCR-GRJ |
| Detrick Hampton | 7:20-cv-05158-MCR-GRJ |
| Jordan Hampton | 3:22-cv-07739-MCR-GRJ |
| William Hansell | 7:20-cv-38230-MCR-GRJ |
| Andrew K Hansen | 3:22-cv-07885-MCR-GRJ |
| Stefanie Hanski | 7:20-cv-38232-MCR-GRJ |
| Richard Hardy | 7:20-cv-89912-MCR-GRJ |
| George Hargis | 8:20-cv-39097-MCR-GRJ |
| Richard Hargis | 8:20-cv-28470-MCR-GRJ |
| Eric Harper | 7:20-cv-90157-MCR-GRJ |
| Joshua Harper | 3:21-cv-01372-MCR-GRJ |
| Jared Harris | 8:20-cv-39100-MCR-GRJ |
| William Harrison | 3:22-cv-07889-MCR-GRJ |
| Brian Harvey | 7:20-cv-90161-MCR-GRJ |
| Clay Hatcher | 7:20-cv-35198-MCR-GRJ |
| Kevin Hauger | 7:20-cv-90164-MCR-GRJ |
| Michael Hawkins | 7:20-cv-05161-MCR-GRJ |
| Germaine Adam Haywood | 7:21-cv-27413-MCR-GRJ |
| Jesse Heffelfinger | 7:20-cv-38243-MCR-GRJ |
| Scott Heisterman | 8:20-cv-62702-MCR-GRJ |
| Nicole E. Helms | 7:20-cv-35472-MCR-GRJ |
| David Helton | 3:22-cv-07784-MCR-GRJ |
| Bruce Henderson | 8:20-cv-39116-MCR-GRJ |
| Clarence Jamal Henderson | 7:20-cv-05199-MCR-GRJ |
| Gregory Henderson | 7:20-cv-90166-MCR-GRJ |
| Russell John Henderson | 9:20-cv-10724-MCR-GRJ |
| Steven Henderson | 7:20-cv-05160-MCR-GRJ |
| Daniel Hendricks | 7:21-cv-42034-MCR-GRJ |
| Shane Lee Hendrix | 8:20-cv-62850-MCR-GRJ |
| Christopher Henning | 8:20-cv-39120-MCR-GRJ |

| | |
|---|---|
| William Henrickson | 7:20-cv-89900-MCR-GRJ |
| Justin Herburger | 8:20-cv-28611-MCR-GRJ |
| Mark Herlick | 8:20-cv-39124-MCR-GRJ |
| Eduardo Hernandez | 8:20-cv-39128-MCR-GRJ |
| Joe Daniel Hernandez | 8:20-cv-62852-MCR-GRJ |
| Megan Hernandez | 3:22-cv-07833-MCR-GRJ |
| Sebastian Hernandez | 8:20-cv-39137-MCR-GRJ |
| Victor Hernandez | 8:20-cv-39132-MCR-GRJ |
| William Hernandez | 9:20-cv-10725-MCR-GRJ |
| Jose Herrera | 7:20-cv-34718-MCR-GRJ |
| Renee Hess | 3:22-cv-07890-MCR-GRJ |
| Andrew Hieronymus | 8:20-cv-62854-MCR-GRJ |
| William Hight | 7:20-cv-38249-MCR-GRJ |
| Anthony Hill | 7:20-cv-90172-MCR-GRJ |
| Brian Samuel Hill | 3:22-cv-07892-MCR-GRJ |
| Darren Hill | 7:20-cv-38252-MCR-GRJ |
| Matthew Hince | 3:21-cv-01364-MCR-GRJ |
| Etorian Hines | 7:21-cv-28586-MCR-GRJ |
| Rogelio Hinojo | 7:21-cv-14033-MCR-GRJ |
| Patrick Hitchcock | 3:22-cv-07895-MCR-GRJ |
| Thomas Hite | 3:22-cv-07902-MCR-GRJ |
| Jerry Hobbs | 8:20-cv-62859-MCR-GRJ |
| David John Hodges | 3:22-cv-07906-MCR-GRJ |
| Alex Jason Hoffman | 8:20-cv-59643-MCR-GRJ |
| Michael Hoffman | 8:20-cv-59664-MCR-GRJ |
| Terry Holbert | 8:20-cv-39153-MCR-GRJ |
| Ashley Holder | 7:20-cv-90174-MCR-GRJ |
| Mik Holland | 7:20-cv-05184-MCR-GRJ |
| Joshua Holmes | 7:20-cv-38255-MCR-GRJ |
| Marcelo Honesto | 8:20-cv-39157-MCR-GRJ |
| Ji Hong | 3:21-cv-01356-MCR-GRJ |
| Quentin Horn | 7:21-cv-27334-MCR-GRJ |
| Gary Hoskins | 8:20-cv-39161-MCR-GRJ |
| Steven Howard | 7:20-cv-35303-MCR-GRJ |
| Takeiya Howard | 8:20-cv-39169-MCR-GRJ |
| Joshua Howell | 8:20-cv-28575-MCR-GRJ |
| Devin Huff | 8:20-cv-62863-MCR-GRJ |
| Eddie Joe Huff | 8:20-cv-67096-MCR-GRJ |
| Torrance Cahn Huggins | 7:21-cv-10598-MCR-GRJ |
| Mitchell Hull | 3:22-cv-07424-MCR-GRJ |
| Dane J. Humble | 7:21-cv-28588-MCR-GRJ |
| Shane Hunt | 8:20-cv-28592-MCR-GRJ |
| Cleon Huskinson | 8:20-cv-62867-MCR-GRJ |
| Ian Hyslop | 8:20-cv-39181-MCR-GRJ |
| Dakota Irvin | 7:21-cv-27377-MCR-GRJ |
| Jamica Jackson | 3:22-cv-07624-MCR-GRJ |
| William Jackson | 3:22-cv-07786-MCR-GRJ |

| | |
|---|---|
| Erik Jacobson | 7:20-cv-05722-MCR-GRJ |
| Christopher James | 8:20-cv-49949-MCR-GRJ |
| Kevin Jameson | 7:20-cv-38070-MCR-GRJ |
| Frantz Jean | 7:20-cv-05263-MCR-GRJ |
| Kareem Jenkins | 3:22-cv-07908-MCR-GRJ |
| Leodis Jennings | 7:20-cv-89805-MCR-GRJ |
| Ryan Jernigan | 7:20-cv-35540-MCR-GRJ |
| Raul Jimenez | 8:20-cv-66871-MCR-GRJ |
| Bianca Johnson | 7:20-cv-90188-MCR-GRJ |
| Darin Johnson | 3:22-cv-07909-MCR-GRJ |
| David Johnson | 7:20-cv-90192-MCR-GRJ |
| Ethan Johnson | 7:21-cv-27495-MCR-GRJ |
| Jonathan Lee Johnson | 3:22-cv-07914-MCR-GRJ |
| Joseph Johnson | 7:20-cv-38074-MCR-GRJ |
| Joshua Terrell Johnson | 7:20-cv-38076-MCR-GRJ |
| Lyndon Johnson | 8:20-cv-49953-MCR-GRJ |
| Maurice Jamal Johnson | 3:22-cv-07918-MCR-GRJ |
| Ray William Johnson | 3:22-cv-07932-MCR-GRJ |
| Scott Johnson | 7:20-cv-38078-MCR-GRJ |
| Sherrie R Johnson | 3:22-cv-07700-MCR-GRJ |
| Anissa Jones | 8:20-cv-38203-MCR-GRJ |
| Bryce Dennis Jones | 8:20-cv-62868-MCR-GRJ |
| Cylus Jones | 3:22-cv-07975-MCR-GRJ |
| Jeffrey Michael Jones | 8:20-cv-38198-MCR-GRJ |
| John Anthony Jones | 3:22-cv-07980-MCR-GRJ |
| Richard Jones | 7:20-cv-05256-MCR-GRJ |
| Roger Jones | 7:20-cv-90202-MCR-GRJ |
| Kristopher Jordan | 8:20-cv-38208-MCR-GRJ |
| Lenora Journigan | 7:20-cv-89833-MCR-GRJ |
| Raul Juarez | 7:21-cv-27422-MCR-GRJ |
| Douglas Michael Kadetz | 8:20-cv-62872-MCR-GRJ |
| Constantine M. Karamargin | 7:20-cv-38084-MCR-GRJ |
| Pete Keenan | 7:20-cv-90217-MCR-GRJ |
| William David Kell | 7:21-cv-27446-MCR-GRJ |
| Peter John Kelley | 7:21-cv-10619-MCR-GRJ |
| Glen Kelso | 9:20-cv-10727-MCR-GRJ |
| Beau Kent | 8:20-cv-38216-MCR-GRJ |
| Kodey Kershaw | 7:20-cv-05200-MCR-GRJ |
| William Kewitz | 3:22-cv-07987-MCR-GRJ |
| Benjamin Khammar | 7:21-cv-27400-MCR-GRJ |
| Jeries Kheir | 9:20-cv-10728-MCR-GRJ |
| KeeBum Kim | 7:21-cv-42038-MCR-GRJ |
| Richard King | 7:20-cv-90222-MCR-GRJ |
| Elmer Kitts | 8:20-cv-28496-MCR-GRJ |
| Trista Lynne Kleimann | 3:22-cv-07799-MCR-GRJ |
| William Klein | 7:20-cv-38091-MCR-GRJ |
| Troy Knowles | 3:22-cv-07537-MCR-GRJ |

| Name | Case Number |
|---|---|
| Jason M Knudsen | 3:22-cv-07990-MCR-GRJ |
| Thomas Koliscz | 8:20-cv-38228-MCR-GRJ |
| Dale Kosobud | 8:20-cv-38231-MCR-GRJ |
| Avery Kovatch | 7:20-cv-38097-MCR-GRJ |
| Mark Krajnik | 7:20-cv-05724-MCR-GRJ |
| Kenneth Kuluski | 7:21-cv-27416-MCR-GRJ |
| Mariam Kure | 7:20-cv-89714-MCR-GRJ |
| Christopher Lam | 7:20-cv-05286-MCR-GRJ |
| J.B. Lamb | 7:20-cv-90231-MCR-GRJ |
| Joseph Kenneth Landry | 3:22-cv-07744-MCR-GRJ |
| Travis Landry | 3:22-cv-04914-MCR-GRJ |
| Abenayaa Lane | 7:20-cv-05175-MCR-GRJ |
| Donna Lang | 7:20-cv-38109-MCR-GRJ |
| John Lanier | 7:21-cv-27403-MCR-GRJ |
| Christopher Lara | 3:22-cv-07993-MCR-GRJ |
| Jonathan Christopher LaRoche | 7:20-cv-35590-MCR-GRJ |
| Bryan Curtis Leach | 7:21-cv-68311-MCR-GRJ |
| Carnell Lee | 8:20-cv-62880-MCR-GRJ |
| Lynuel Lee | 7:20-cv-38118-MCR-GRJ |
| Sara Lee | 7:20-cv-38121-MCR-GRJ |
| Darren Leffler | 7:20-cv-36848-MCR-GRJ |
| Ryan Lema | 7:20-cv-90242-MCR-GRJ |
| David Levesque | 7:20-cv-05111-MCR-GRJ |
| Wanda Lewis | 7:20-cv-90250-MCR-GRJ |
| Chad Lewison | 8:20-cv-38242-MCR-GRJ |
| Jacob Lietz | 3:22-cv-07998-MCR-GRJ |
| Casey Lightfoot | 7:20-cv-90254-MCR-GRJ |
| Chris Lilly | 3:22-cv-08000-MCR-GRJ |
| Chad Lindsey | 3:22-cv-07850-MCR-GRJ |
| Vincent Link | 7:20-cv-89741-MCR-GRJ |
| Daniel Little | 7:20-cv-36571-MCR-GRJ |
| Christopher Littrell | 3:22-cv-07716-MCR-GRJ |
| Paul Lawrence Liwai Lopes | 7:21-cv-10674-MCR-GRJ |
| Jordan Loftin | 7:20-cv-90257-MCR-GRJ |
| Angelo Lombardi Jr | 7:20-cv-90260-MCR-GRJ |
| Delvon Long | 7:20-cv-38125-MCR-GRJ |
| Greg Longfield | 3:22-cv-08007-MCR-GRJ |
| Jimmy Lonsdale | 7:21-cv-42040-MCR-GRJ |
| Hernan Lopez | 7:20-cv-38131-MCR-GRJ |
| Jonathan Lopez | 7:21-cv-27420-MCR-GRJ |
| Rhonda Denise Gill Love | 7:21-cv-10663-MCR-GRJ |
| Jamal Loyd | 7:20-cv-90264-MCR-GRJ |
| Timothy Luehring | 7:20-cv-05763-MCR-GRJ |
| William Lunsford | 8:20-cv-38264-MCR-GRJ |
| Reginald Lyons | 8:20-cv-28557-MCR-GRJ |
| Samuel Macinsky | 7:21-cv-27476-MCR-GRJ |
| David Mackley | 7:20-cv-90268-MCR-GRJ |

| | |
|---|---|
| Christopher Patrick Mahoney | 8:20-cv-38268-MCR-GRJ |
| Julio Cesar Maldonado | 8:20-cv-62889-MCR-GRJ |
| Rosa A. Maldonado | 7:20-cv-90269-MCR-GRJ |
| Timothy Mangum | 7:21-cv-52891-MCR-GRJ |
| Solomon P. Manuia | 8:20-cv-62893-MCR-GRJ |
| Stephen Marcum | 7:20-cv-05768-MCR-GRJ |
| James Marden | 7:21-cv-27392-MCR-GRJ |
| Ohnjay A. Marino | 7:20-cv-90680-MCR-GRJ |
| Michael Markley | 7:20-cv-36664-MCR-GRJ |
| Christopher Martin | 7:20-cv-05236-MCR-GRJ |
| Kevin Martin | 3:22-cv-07672-MCR-GRJ |
| Jesus Martinez | 7:20-cv-05754-MCR-GRJ |
| Michael Louie Rivera Martinez | 3:22-cv-08015-MCR-GRJ |
| Robert Martinez | 21-CV-21-12001 |
| Jose Martinez-Cordova | 7:20-cv-35799-MCR-GRJ |
| Michael Mason | 8:20-cv-90060-MCR-GRJ |
| Anthony Mass | 7:20-cv-36173-MCR-GRJ |
| Alan Matsudo | 7:20-cv-90695-MCR-GRJ |
| Jason Matter | 7:20-cv-89898-MCR-GRJ |
| Antonio Matthews Sr | 7:20-cv-90698-MCR-GRJ |
| Kenneth Matthews | 7:20-cv-90700-MCR-GRJ |
| Lafoia Mauga | 8:20-cv-38287-MCR-GRJ |
| Richard Barry Mauro | 7:21-cv-10633-MCR-GRJ |
| Sean Maxson | 7:20-cv-90703-MCR-GRJ |
| Steve Mayala | 8:20-cv-38291-MCR-GRJ |
| LeMar Mayberry | 9:20-cv-10730-MCR-GRJ |
| Larry Mayo | 7:20-cv-38137-MCR-GRJ |
| William Mays | 7:20-cv-35752-MCR-GRJ |
| Seedy Mboob | 8:20-cv-49993-MCR-GRJ |
| Eileen McAfee | 8:20-cv-38295-MCR-GRJ |
| Jeremy McArthur | 7:20-cv-05197-MCR-GRJ |
| Mike McBride | 8:20-cv-38300-MCR-GRJ |
| David McCafferty | 8:20-cv-66905-MCR-GRJ |
| Sean McClary | 7:20-cv-90709-MCR-GRJ |
| George Karl McClure | 7:21-cv-00082-MCR-GRJ |
| Charles McCollum | 7:20-cv-05774-MCR-GRJ |
| William E McCormick | 8:20-cv-62899-MCR-GRJ |
| Randall McCray | 7:21-cv-52848-MCR-GRJ |
| Mark McCummings | 7:20-cv-90712-MCR-GRJ |
| Charles McDaniel | 7:21-cv-24094-MCR-GRJ |
| David McDonald | 8:20-cv-38317-MCR-GRJ |
| Henry McDonald III | 8:20-cv-59652-MCR-GRJ |
| Charles McGinnis | 8:20-cv-38322-MCR-GRJ |
| Daniel McGraw | 7:20-cv-38140-MCR-GRJ |
| Adam McKeehan | 7:20-cv-38144-MCR-GRJ |
| Steven McKinney | 8:20-cv-38326-MCR-GRJ |
| Timothy McKinney | 7:20-cv-36035-MCR-GRJ |

| | |
|---|---|
| Jonathan McLaren | 7:20-cv-05149-MCR-GRJ |
| James Nathanael McLimore | 3:22-cv-07736-MCR-GRJ |
| Trevor McNamara | 7:20-cv-05244-MCR-GRJ |
| Kimberly Mealy | 3:22-cv-08029-MCR-GRJ |
| Marci Metcalfe | 8:20-cv-38341-MCR-GRJ |
| Ella Micheli | 7:20-cv-38151-MCR-GRJ |
| David Middleton | 7:20-cv-34444-MCR-GRJ |
| Gary Wayne Miles | 7:21-cv-00160-MCR-GRJ |
| Lazaro Millan | 8:20-cv-28631-MCR-GRJ |
| Ammon Miller | 7:21-cv-27385-MCR-GRJ |
| Andrew Miller | 7:21-cv-52869-MCR-GRJ |
| Andrew Allen Miller | 7:21-cv-10688-MCR-GRJ |
| Caronda Miller | 7:21-cv-52823-MCR-GRJ |
| David W Miller | 8:20-cv-50008-MCR-GRJ |
| Dennis Miller | 8:20-cv-28399-MCR-GRJ |
| Gary Miller | 7:21-cv-52842-MCR-GRJ |
| Jessie Miller | 8:20-cv-38350-MCR-GRJ |
| Isaac Miranda | 7:20-cv-05749-MCR-GRJ |
| Glenn Misters | 7:20-cv-90739-MCR-GRJ |
| Austin Mitchelle-Briggs | 7:20-cv-05203-MCR-GRJ |
| Casey Moffitt | 7:21-cv-27506-MCR-GRJ |
| Gregory Mogavero | 9:20-cv-10752-MCR-GRJ |
| Danny Montes | 7:20-cv-90742-MCR-GRJ |
| Emilio Montes | 7:20-cv-90745-MCR-GRJ |
| Patrick Mooney | 8:20-cv-62910-MCR-GRJ |
| Christopher James Moore | 7:21-cv-27499-MCR-GRJ |
| Richard Moore | 8:20-cv-38361-MCR-GRJ |
| Christopher G Mora | 3:22-cv-07444-MCR-GRJ |
| Irving Omar Mora | 3:22-cv-08039-MCR-GRJ |
| Raphael Morales | 7:21-cv-49036-MCR-GRJ |
| Kelvin Morgan | 7:21-cv-10578-MCR-GRJ |
| Shayla Morgan | 8:20-cv-62912-MCR-GRJ |
| David Morris | 7:20-cv-90747-MCR-GRJ |
| Shelia Mosley | 3:22-cv-08046-MCR-GRJ |
| Joshua Moss | 7:20-cv-34822-MCR-GRJ |
| Elizabeth Moten | 3:22-cv-08077-MCR-GRJ |
| Jeffrey Moulton | 7:21-cv-10596-MCR-GRJ |
| Frances Moya | 3:22-cv-08078-MCR-GRJ |
| Phillip Mrzyglocki | 7:20-cv-05258-MCR-GRJ |
| Sandi Murphy | 3:22-cv-08079-MCR-GRJ |
| Michael Murray | 8:20-cv-67132-MCR-GRJ |
| Thomas Muyard | 8:20-cv-38380-MCR-GRJ |
| Nickalous Myers | 3:22-cv-08080-MCR-GRJ |
| Nicholas Najera | 8:20-cv-38384-MCR-GRJ |
| Samuel Napier | 7:21-cv-27368-MCR-GRJ |
| Christobal Naputi | 3:22-cv-08081-MCR-GRJ |
| Jonathan Neal | 7:21-cv-24234-MCR-GRJ |

| | |
|---|---|
| Tanner Neal | 3:22-cv-08082-MCR-GRJ |
| Timothy Neary | 7:20-cv-90758-MCR-GRJ |
| Jason Newbern | 8:20-cv-38392-MCR-GRJ |
| Justin Newberry | 3:22-cv-08085-MCR-GRJ |
| Harold Newsome | 8:20-cv-38395-MCR-GRJ |
| Marlon Newson | 7:21-cv-28597-MCR-GRJ |
| Dustin Newton | 8:20-cv-62922-MCR-GRJ |
| Roy Newton | 8:20-cv-38400-MCR-GRJ |
| Thomas Nguyen | 8:20-cv-38405-MCR-GRJ |
| Bradley Nichols | 7:20-cv-35430-MCR-GRJ |
| Michael Nichols | 7:20-cv-89803-MCR-GRJ |
| Michael Nieto | 8:20-cv-66930-MCR-GRJ |
| Kenneth Wayne Niffen | 3:22-cv-08088-MCR-GRJ |
| Katelynn Nilsen | 7:21-cv-48956-MCR-GRJ |
| Christopher Noland | 7:21-cv-48930-MCR-GRJ |
| Daniel Nunez | 7:20-cv-05119-MCR-GRJ |
| Matt O'Rourke | 7:21-cv-10641-MCR-GRJ |
| Marshall Ogan | 3:22-cv-07823-MCR-GRJ |
| Martin Olinger | 3:22-cv-08103-MCR-GRJ |
| Torjus Olsen | 7:21-cv-48952-MCR-GRJ |
| Troy Olsen | 8:20-cv-38424-MCR-GRJ |
| Emmanuel Ortiz | 7:21-cv-10647-MCR-GRJ |
| Jason Oyler | 7:21-cv-10638-MCR-GRJ |
| Daniel Pace | 7:20-cv-05202-MCR-GRJ |
| Manuel Padilla | 8:20-cv-38432-MCR-GRJ |
| Anthony Louis Page | 3:22-cv-08117-MCR-GRJ |
| Andres Ruben Palacios | 7:21-cv-27467-MCR-GRJ |
| Dell Palmer | 7:20-cv-90776-MCR-GRJ |
| Jeffrey Palumbo | 7:20-cv-38223-MCR-GRJ |
| Michael Parker | 7:20-cv-35889-MCR-GRJ |
| Trent Parker | 8:20-cv-38449-MCR-GRJ |
| Brian Pascoe | 9:20-cv-10732-MCR-GRJ |
| Jerome Passafiume III | 3:22-cv-07706-MCR-GRJ |
| Dylan Patten | 7:20-cv-90782-MCR-GRJ |
| James Frank Patterson | 7:21-cv-27340-MCR-GRJ |
| Jonathan Patterson | 7:20-cv-05239-MCR-GRJ |
| Greg Patton | 8:20-cv-62927-MCR-GRJ |
| Shannon Paulsen | 7:20-cv-38224-MCR-GRJ |
| Christopher Payne | 7:20-cv-90785-MCR-GRJ |
| Stanton Peace | 8:20-cv-38475-MCR-GRJ |
| Jesse Pelayo | 7:21-cv-49003-MCR-GRJ |
| Jeffery Pels | 7:20-cv-38225-MCR-GRJ |
| Alfred Penn | 3:22-cv-08139-MCR-GRJ |
| Craig Perdue | 8:20-cv-50031-MCR-GRJ |
| Rodrigo A. Pereira | 7:20-cv-90787-MCR-GRJ |
| Kevin Perkins | 7:20-cv-35268-MCR-GRJ |
| Colby Jovan Perry | 7:21-cv-48981-MCR-GRJ |

| | |
|---|---|
| Rickell Perry | 7:21-cv-33573-MCR-GRJ |
| Jeffrey Pete | 8:20-cv-62933-MCR-GRJ |
| Dale Peters | 3:22-cv-08145-MCR-GRJ |
| Joseph Peters | 7:20-cv-89815-MCR-GRJ |
| Gregg Peterson | 7:20-cv-90792-MCR-GRJ |
| Jalesa Peterson | 7:20-cv-90794-MCR-GRJ |
| Jerahmey Peterson | 7:20-cv-38229-MCR-GRJ |
| Charles Peuser | 7:20-cv-89785-MCR-GRJ |
| Marion Phinazee | 7:20-cv-90798-MCR-GRJ |
| Arthur Pichardo | 8:20-cv-28615-MCR-GRJ |
| George Piel | 7:20-cv-38231-MCR-GRJ |
| Kemny Pierre | 7:20-cv-89717-MCR-GRJ |
| Anthony Pierri | 7:21-cv-10662-MCR-GRJ |
| Derek Paul Pinsonneault | 7:21-cv-10583-MCR-GRJ |
| John Pirolli | 7:20-cv-05278-MCR-GRJ |
| Booker Pitts | 8:20-cv-28540-MCR-GRJ |
| Jimmy Pitts | 7:20-cv-90800-MCR-GRJ |
| Brock Pollpeter | 7:21-cv-10589-MCR-GRJ |
| William Tracy Poole | 7:20-cv-38233-MCR-GRJ |
| Dakota Pos | 3:22-cv-08150-MCR-GRJ |
| Christopher Posten | 7:20-cv-90802-MCR-GRJ |
| Scott Potempa | 8:20-cv-28567-MCR-GRJ |
| Mitchell Potvin | 8:20-cv-38497-MCR-GRJ |
| Michael Poulter | 8:20-cv-38503-MCR-GRJ |
| Randall Alan Powell | 7:20-cv-38235-MCR-GRJ |
| Jordan Prall | 3:22-cv-08152-MCR-GRJ |
| Dominic Pratt | 3:22-cv-07425-MCR-GRJ |
| Pamela Pratt | 7:20-cv-38238-MCR-GRJ |
| Jon Presgraves | 3:22-cv-07553-MCR-GRJ |
| Larry Pride | 8:20-cv-38514-MCR-GRJ |
| Brian Scott Quick | 8:20-cv-50039-MCR-GRJ |
| Jordan Rabaste | 7:21-cv-10616-MCR-GRJ |
| Daniel Radcliffe | 7:20-cv-05195-MCR-GRJ |
| Joe Raymond Ramirez | 8:20-cv-38524-MCR-GRJ |
| Luis Ramirez | 8:20-cv-66947-MCR-GRJ |
| Joel Rattenborg | 3:22-cv-08157-MCR-GRJ |
| Justin Rayl | 7:20-cv-05789-MCR-GRJ |
| Matthew Richard Reed | 7:20-cv-90816-MCR-GRJ |
| travis Reed | 8:20-cv-59612-MCR-GRJ |
| John Russell Reeder | 7:20-cv-38247-MCR-GRJ |
| Bruce Reges | 7:20-cv-38250-MCR-GRJ |
| Mitchell Register | 8:20-cv-50043-MCR-GRJ |
| Jared Reid | 8:20-cv-50047-MCR-GRJ |
| Jefferson Reid | 3:22-cv-08217-MCR-GRJ |
| Mark Anthony Reitman | 8:20-cv-38529-MCR-GRJ |
| Raymond Renigar | 3:22-cv-08219-MCR-GRJ |

| | |
|---|---|
| Max Alexander Reyes Bermudez | 7:21-cv-27439-MCR-GRJ |
| Johnathan Rhoades | 3:22-cv-07795-MCR-GRJ |
| James Rice | 7:20-cv-90822-MCR-GRJ |
| Kwuantae D Rice | 7:21-cv-10689-MCR-GRJ |
| Mary Rice | 8:20-cv-38539-MCR-GRJ |
| Christopher D Richardson | 8:20-cv-67141-MCR-GRJ |
| Brian Edward Richey | 8:20-cv-50051-MCR-GRJ |
| Michael Rickers | 7:20-cv-38256-MCR-GRJ |
| Robert Scott Ritter | 8:20-cv-59654-MCR-GRJ |
| Justin Rivas | 7:21-cv-27450-MCR-GRJ |
| Kyle Robbins | 7:21-cv-49001-MCR-GRJ |
| Seth Robinson IV | 7:21-cv-48959-MCR-GRJ |
| Gregory Del Robinson | 3:22-cv-07671-MCR-GRJ |
| Jason Robinson | 7:21-cv-28600-MCR-GRJ |
| Robert Robinson | 7:20-cv-05123-MCR-GRJ |
| Martin Robles | 8:20-cv-38557-MCR-GRJ |
| Gabriel Rodriguez | 3:22-cv-07796-MCR-GRJ |
| Robert Rogers | 7:20-cv-90827-MCR-GRJ |
| Jacob Romero | 3:22-cv-07801-MCR-GRJ |
| Jordan Romero | 7:20-cv-89745-MCR-GRJ |
| Jeff Rosewarne | 7:20-cv-35750-MCR-GRJ |
| Adam Timothy Ross | 7:21-cv-04919-MCR-GRJ |
| David Lee Ross | 7:21-cv-49007-MCR-GRJ |
| Gregory Rowell | 8:20-cv-62950-MCR-GRJ |
| Robert Rowland | 7:20-cv-05113-MCR-GRJ |
| Awilda Rozier | 8:20-cv-28404-MCR-GRJ |
| Thomas Earl Rucker | 3:22-cv-08221-MCR-GRJ |
| Daniel Ruiz | 7:20-cv-90835-MCR-GRJ |
| Marty Rush | 7:20-cv-90837-MCR-GRJ |
| Bonnie Rushing | 7:20-cv-38272-MCR-GRJ |
| Jasmine Russ | 3:22-cv-08222-MCR-GRJ |
| Angela Ryks | 7:20-cv-38273-MCR-GRJ |
| Alonso Saavedra | 7:20-cv-05265-MCR-GRJ |
| Joshua Saeger | 7:21-cv-27387-MCR-GRJ |
| Treyton John Salisburygum | 8:20-cv-50055-MCR-GRJ |
| Michael Salter | 7:20-cv-36616-MCR-GRJ |
| Rosalio Ramonal Salva | 7:21-cv-10686-MCR-GRJ |
| Charles Samuels | 3:22-cv-08225-MCR-GRJ |
| David M. Sanchez | 8:20-cv-28619-MCR-GRJ |
| Vicente Sanchez | 7:20-cv-38274-MCR-GRJ |
| Pablo Santa Cruz | 8:20-cv-38567-MCR-GRJ |
| Eugenio Santiago | 7:20-cv-05114-MCR-GRJ |
| Joyce Sarkis | 8:20-cv-38571-MCR-GRJ |
| Christopher Scarborough | 3:22-cv-08254-MCR-GRJ |
| Chad Schafer | 7:21-cv-42051-MCR-GRJ |
| Matthew Schlabach | 7:20-cv-38275-MCR-GRJ |

| | |
|---|---|
| Jeffrey Schmidt | 8:20-cv-38576-MCR-GRJ |
| Michael Schreiner | 7:20-cv-90841-MCR-GRJ |
| Anthony Schuh | 7:20-cv-38283-MCR-GRJ |
| Theodore Schuller | 7:20-cv-05157-MCR-GRJ |
| Brett Schultz | 7:20-cv-89914-MCR-GRJ |
| Richard Schwarzman | 7:20-cv-38278-MCR-GRJ |
| Eric Lamar Scott | 7:21-cv-49060-MCR-GRJ |
| Franklin Scott | 7:20-cv-05761-MCR-GRJ |
| Zackery Scott | 8:20-cv-67147-MCR-GRJ |
| Shane Scovill | 7:21-cv-27469-MCR-GRJ |
| Jonathan Scoville | 3:22-cv-08257-MCR-GRJ |
| Jared Seegmiller | 7:20-cv-89932-MCR-GRJ |
| Faapaia Seiuli | 7:20-cv-34428-MCR-GRJ |
| Anthony Sellards | 7:20-cv-90845-MCR-GRJ |
| Keith Raymond Seneca | 7:21-cv-10581-MCR-GRJ |
| Clyde Serna | 7:20-cv-05116-MCR-GRJ |
| Reynaldo Serrato | 8:20-cv-59640-MCR-GRJ |
| Michael Settles | 7:20-cv-34536-MCR-GRJ |
| Addison Sewell | 7:20-cv-38280-MCR-GRJ |
| Lloyd Sharp | 3:22-cv-07813-MCR-GRJ |
| Joshua Thomas Sharpe | 7:21-cv-49023-MCR-GRJ |
| Patrik Shea-Hovestadt | 7:20-cv-38281-MCR-GRJ |
| Jonathan Shealy | 7:20-cv-05152-MCR-GRJ |
| Hans Shelton | 8:20-cv-38589-MCR-GRJ |
| Dave Eugene Sherman | 9:20-cv-10845-MCR-GRJ |
| James Sherman | 7:20-cv-34685-MCR-GRJ |
| Kyle Shields | 7:20-cv-38282-MCR-GRJ |
| James Shockome | 7:20-cv-90849-MCR-GRJ |
| Kevin Shofner | 3:22-cv-08258-MCR-GRJ |
| Bryan Shook | 7:21-cv-28604-MCR-GRJ |
| Tasha Sidney | 7:21-cv-49038-MCR-GRJ |
| Al Sieniarecki | 9:20-cv-10754-MCR-GRJ |
| Kenneth Simmons | 8:20-cv-38598-MCR-GRJ |
| Kent Simon | 7:20-cv-34873-MCR-GRJ |
| Julie Simpson | 8:20-cv-38608-MCR-GRJ |
| Tony Simpson | 7:20-cv-90851-MCR-GRJ |
| Joseph Sims | 8:20-cv-38618-MCR-GRJ |
| Rashonda Sims | 7:21-cv-48922-MCR-GRJ |
| Herbert Cesar Skinner | 7:21-cv-10582-MCR-GRJ |
| Michael Latone Smallwood | 8:20-cv-38621-MCR-GRJ |
| Airen Smith | 9:20-cv-10756-MCR-GRJ |
| Brandon Smith | 3:21-cv-01735-MCR-GRJ |
| Kenneth Braxton Smith | 3:22-cv-08260-MCR-GRJ |
| Michael Darling Smith | 7:21-cv-27452-MCR-GRJ |
| Phonso Christopher Smith | 3:22-cv-08272-MCR-GRJ |
| Robert Smith | 7:21-cv-33569-MCR-GRJ |
| Robert A. Smith | 8:20-cv-38635-MCR-GRJ |

| | |
|---|---|
| Robert James Smith | 7:20-cv-34563-MCR-GRJ |
| William Smith | 8:20-cv-38630-MCR-GRJ |
| Dallas Smith-Bordas | 8:20-cv-62963-MCR-GRJ |
| James Snyder | 8:20-cv-62965-MCR-GRJ |
| Kenneth Michael Songao | 7:21-cv-68314-MCR-GRJ |
| Carl Sorrels | 8:20-cv-28599-MCR-GRJ |
| Melody Springer | 3:22-cv-08281-MCR-GRJ |
| Matthew Staab | 8:20-cv-38649-MCR-GRJ |
| Jeffrey Starks | 7:20-cv-38285-MCR-GRJ |
| Phillip William Stauffer | 8:20-cv-38659-MCR-GRJ |
| Nathan Stearns | 7:20-cv-89860-MCR-GRJ |
| Kody Stebens | 8:20-cv-38664-MCR-GRJ |
| James Steele | 7:20-cv-05725-MCR-GRJ |
| Deshawn Steeley | 8:20-cv-28450-MCR-GRJ |
| Michael Stein | 8:20-cv-38668-MCR-GRJ |
| Porsha Steinberg | 3:22-cv-07826-MCR-GRJ |
| Gilbert Sterling | 3:22-cv-08300-MCR-GRJ |
| Derrance Stewart | 3:22-cv-07839-MCR-GRJ |
| Hugh Stewart | 7:20-cv-38286-MCR-GRJ |
| Ryan Stewart | 3:22-cv-07820-MCR-GRJ |
| Ryan Stewart | 3:22-cv-08037-MCR-GRJ |
| Shawn Michael Stewart | 7:21-cv-10584-MCR-GRJ |
| Tracie Stewart | 7:20-cv-38287-MCR-GRJ |
| Jesse Lee Still | 7:21-cv-28608-MCR-GRJ |
| David Leonard Stokes | 3:22-cv-08312-MCR-GRJ |
| Brandon Stoops | 7:21-cv-49025-MCR-GRJ |
| Grayson Story | 7:20-cv-90866-MCR-GRJ |
| Jermaine Stranlund | 21-CV-21-12001-MCR-GRJ |
| Valentin Straticiuc | 7:20-cv-05240-MCR-GRJ |
| William L Strohl | 7:20-cv-38288-MCR-GRJ |
| Alvin Strong | 7:20-cv-89775-MCR-GRJ |
| Dale Stumbo | 8:20-cv-38692-MCR-GRJ |
| Benjamin Tanner | 8:20-cv-38696-MCR-GRJ |
| Corey Tanner | 7:20-cv-89818-MCR-GRJ |
| Alvin L Tatum | 9:20-cv-20199-MCR-GRJ |
| Douglas Taylor | 7:20-cv-90880-MCR-GRJ |
| Jamarc Taylor | 7:20-cv-05238-MCR-GRJ |
| James D Taylor | 7:20-cv-05238-MCR-GRJ |
| Richie Alexander Taylor | 3:22-cv-08317-MCR-GRJ |
| Rufus Taylor | 7:21-cv-48920-MCR-GRJ |
| Ryan Taylor | 7:20-cv-90884-MCR-GRJ |
| Olivia Telles | 7:20-cv-89862-MCR-GRJ |
| David Terrell | 7:20-cv-38294-MCR-GRJ |
| Alan Terry | 7:20-cv-05735-MCR-GRJ |
| Brett Thames | 7:20-cv-38295-MCR-GRJ |
| James Thomas | 7:20-cv-89733-MCR-GRJ |
| John Edward Thomas | 7:20-cv-38296-MCR-GRJ |

| | |
|---|---|
| Mark Allen Thomas | 3:22-cv-08325-MCR-GRJ |
| Orlando Thomas | 7:20-cv-37134-MCR-GRJ |
| Cody N Thompson | 8:20-cv-38719-MCR-GRJ |
| Frank Thompson | 7:20-cv-89885-MCR-GRJ |
| Anthony Raymond Thor | 3:22-cv-08327-MCR-GRJ |
| Ricky Thorstensen | 8:20-cv-38723-MCR-GRJ |
| Jason Titus | 7:20-cv-38464-MCR-GRJ |
| Jimmy Todd | 8:20-cv-38728-MCR-GRJ |
| Michael Tolliver | 8:20-cv-67165-MCR-GRJ |
| Andrew Toman | 8:20-cv-38733-MCR-GRJ |
| Kody Tompkins | 7:20-cv-05728-MCR-GRJ |
| Brian Toops | 8:20-cv-59658-MCR-GRJ |
| Paul Torr | 7:20-cv-90892-MCR-GRJ |
| Isaias Torres | 7:20-cv-90894-MCR-GRJ |
| Gerardo Torres-Lopez | 7:20-cv-89917-MCR-GRJ |
| Marquis Travis | 7:20-cv-05163-MCR-GRJ |
| Gary Traylor | 7:21-cv-27305-MCR-GRJ |
| Danielle Trimbo | 8:20-cv-62973-MCR-GRJ |
| Brad Tuck | 8:20-cv-38758-MCR-GRJ |
| Christopher Sharad Tucker | 7:21-cv-28612-MCR-GRJ |
| Billy Turman | 7:20-cv-90898-MCR-GRJ |
| Rick Turner | 7:21-cv-48963-MCR-GRJ |
| Shawn M. Turner | 3:22-cv-08356-MCR-GRJ |
| Tony Turner | 7:21-cv-10614-MCR-GRJ |
| Ean Ulrich | 7:21-cv-28613-MCR-GRJ |
| Shalena Underwood | 7:20-cv-90900-MCR-GRJ |
| Jimmy Uribe | 7:21-cv-49019-MCR-GRJ |
| Daniel Valdiviesorentas | 7:20-cv-36125-MCR-GRJ |
| Hunter Van Horn | 8:20-cv-38767-MCR-GRJ |
| David Vargas | 7:20-cv-38487-MCR-GRJ |
| Andrew Velasquez | 3:22-cv-08357-MCR-GRJ |
| Abel Velazquez | 8:20-cv-50091-MCR-GRJ |
| Ronald Vera | 7:20-cv-05257-MCR-GRJ |
| Virginia Villagrana | 8:20-cv-38785-MCR-GRJ |
| Michael Vonschondorf | 7:20-cv-90907-MCR-GRJ |
| Steven Voris | 8:20-cv-38790-MCR-GRJ |
| Jessica Wagers | 7:20-cv-90909-MCR-GRJ |
| Jesse Waite | 8:20-cv-38795-MCR-GRJ |
| Solan Walker | 8:20-cv-38804-MCR-GRJ |
| Tony Walker | 8:20-cv-38799-MCR-GRJ |
| Clyde Wallace | 7:20-cv-90911-MCR-GRJ |
| Joseph Walsh | 7:21-cv-23965-MCR-GRJ |
| Delvin Ward | 3:22-cv-08361-MCR-GRJ |
| Richard Eugene Warner | 3:22-cv-08365-MCR-GRJ |
| Destavius Washington | 7:21-cv-10615-MCR-GRJ |
| Christopher Weaver | 7:20-cv-05216-MCR-GRJ |
| Walter Weber | 7:21-cv-41958-MCR-GRJ |

| | |
|---|---|
| Joshua Andrew Weeks | 7:21-cv-28614-MCR-GRJ |
| Mark Welborn | 7:21-cv-24041-MCR-GRJ |
| Billy Welch | 7:21-cv-41964-MCR-GRJ |
| Alvin Wells | 8:20-cv-50094-MCR-GRJ |
| Patrick Wente | 7:20-cv-05133-MCR-GRJ |
| Daniel West | 8:20-cv-38841-MCR-GRJ |
| Marlon Whatley | 7:21-cv-41969-MCR-GRJ |
| Joseph Whigham | 7:20-cv-38523-MCR-GRJ |
| Benjamin White | 7:20-cv-38532-MCR-GRJ |
| Daniel White | 8:20-cv-50098-MCR-GRJ |
| James White | 3:22-cv-07842-MCR-GRJ |
| Craig Whitlock | 7:20-cv-90921-MCR-GRJ |
| David Wayne Whitten | 3:22-cv-08379-MCR-GRJ |
| Timothy Wical | 7:21-cv-27429-MCR-GRJ |
| Jeremy Wiggins | 7:21-cv-41973-MCR-GRJ |
| Ebony Wilkerson | 7:20-cv-90925-MCR-GRJ |
| David Wilkins | 8:20-cv-38855-MCR-GRJ |
| William Wilkinson | 7:21-cv-41977-MCR-GRJ |
| Jered Williams | 7:21-cv-41981-MCR-GRJ |
| Patrice Williams | 7:21-cv-27312-MCR-GRJ |
| Shamecca Williams | 7:21-cv-41985-MCR-GRJ |
| Alfred Lionel Wilson | 8:20-cv-50102-MCR-GRJ |
| Christopher Wilson | 7:20-cv-89831-MCR-GRJ |
| Justin Wilson | 7:20-cv-90929-MCR-GRJ |
| Nomsa Winchester | 7:21-cv-41989-MCR-GRJ |
| Nathaniel Windyboy | 7:21-cv-10601-MCR-GRJ |
| Amanda Wininger | 7:21-cv-41991-MCR-GRJ |
| Michael Wise | 7:21-cv-28617-MCR-GRJ |
| Kenneth Witham | 7:20-cv-36224-MCR-GRJ |
| Edward Wojcik | 7:21-cv-41995-MCR-GRJ |
| Tonja Wolf | 7:21-cv-41997-MCR-GRJ |
| Terry Woodard | 7:21-cv-10617-MCR-GRJ |
| Daniel Woodsmall | 7:21-cv-28618-MCR-GRJ |
| Brandon Wortham | 8:20-cv-38884-MCR-GRJ |
| Robert Worthington | 7:21-cv-27515-MCR-GRJ |
| Michael Joe Woullard | 7:20-cv-38589-MCR-GRJ |
| Kenneth Wynne | 8:20-cv-38893-MCR-GRJ |
| John Yocum | 8:20-cv-38897-MCR-GRJ |
| Nigel Yoder | 7:21-cv-27508-MCR-GRJ |
| Robert Zamora | 7:20-cv-36198-MCR-GRJ |
| WALTER ZAPOTOCZNY | 8:20-cv-28494-MCR-GRJ |
| Barry N. Zimmerman | 7:20-cv-89796-MCR-GRJ |
| Christian Zuniga | 7:20-cv-05272-MCR-GRJ |