UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*All Wave 1 Cases* | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### DECLARATION OF BRYAN AYLSTOCK IN SUPPORT OF PLAINTIFFS' OMNIBUS MOTION AND MEMORANDUM OF LAW TO EXCLUDE DEFENDANTS' EXPERT OPINIONS AND TESTIMONY

1. My name is Bryan Aylstock, and I am a partner at Aylstock, Witkin, Kreis & Overholtz, PLLC. I am a member of the Plaintiffs' Steering Committee and Lead Counsel for the Plaintiffs in this MDL.

2. Attached hereto as PX1 is a true and correct copy of Defendants' Expert Witness Disclosures for John Bertelson, Kenneth Billheimer, Walter Winn Chatham, James Crawford, Dennis Driscoll, Scott Elledge, Jennifer LaBorde, Charles Liberman, Richard Neitzel, Stan Phillips, Karthik Rajasekaran, Jennifer Tufts, Gregory Flamme, William Murphy, Mark Stephenson, Steve Tasko, John Casali, and Harri Kytomaa.

3. Attached hereto as PX2 is a true and correct copy of the Rule 26 General Expert Report of James V. Crawford, M.D., dated May 11, 2022.

4. Attached hereto as PX3 is a true and correct copy of the 3M Technical Bulletin titled *Tinnitus and Hearing Protection: Fiction and Fact*, dated August 2018, and labeled as Trial Exhibit P-GEN-02523.

5. Attached hereto as PX4 is a true and correct copy of an excerpt from The Noise Manual (6th ed. 2022).

6. Attached hereto as PX5 is a true and correct copy of the Department of the Army Pamphlet 40-501, dated January 8, 2015, and labeled as Trial Exhibit S-GEN-0096.

7. Attached hereto as PX6 is a true and correct copy of R. Mirza, et al., *ACOEM Guidance Statement: Occupational Noise-Induced Hearing Loss*, 60(9) JOEM (2018).

8. Attached hereto as PX7 is a true and correct copy of the updated Rule 26 General Expert Report of James V. Crawford, M.D. in *Beal v. 3M Co.* (7:20-cv-00006), dated March 7, 2022.

9. Attached hereto as PX8 is a true and correct copy of the Department of the Army Pamphlet 40-501, dated December 10, 1998, and labeled as Trial Exhibit S-GEN-0060.

10. Attached hereto as PX9 is a true and correct copy of A. Joseph, et al., *Impact of Blast Injury on Hearing in a Screened Male Military Population*, 187(1) AMER. J. OF EPIDEMIOLOGY (2018).

11. Attached hereto as PX10 is a true and correct copy of Report to House Committee on Armed Services: Hearing Protection Measures, dated June 24, 2020, and labeled as Trial Exhibit P-GEN-04201.

12. Attached hereto as PX11 is a true and correct copy of excerpts from the trial transcript in *Adkins v. 3M Co.* (7:20-cv-00012), dated September 30, 2021.

13. Attached hereto as PX12 is a true and correct copy of an unclassified Department of Defense Hearing Program presentation titled *Counseling: Tri-Service Hearing Technician Certification Course.*

14. Attached hereto as PX13 is a true and correct copy of C. Coelho, et al., *Classification of Tinnitus: Multiple Causes with the Same Name*, 53 OTOLARYNGOL. CLIN. N. AM., 515-529 (2020).

15. Attached hereto as PX14 is a true and correct copy of S. Michiels, et al., *Conservative therapy for the treatment of patients with somatic tinnitus attributed to temporomandibular dysfunction: study protocol of a randomised controlled trial*, 19 TRIALS 554 (2018).

16. Attached hereto as PX15 is a true and correct copy of M. Ralli, et al., *Somatic Modulation of Tinnitus: A Review and Some Open Questions*, 2(4) OTOLARYNGOL. OPEN. J. 111-114 (2016).

17. Attached hereto as PX16 is a true and correct copy of S. Michiels, et al., *Diagnostic Criteria for Somatosensory Tinnitus: A Delphi Process and Face-to-Face Meeting to Establish Consensus*, 22 TRENDS IN HEARING 1-10 (2018).

18. Attached hereto as PX17 is a true and correct copy of excerpts from the deposition transcript of James V. Crawford, M.D., dated June 24, 2022.

19. Attached hereto as PX18 is a true and correct copy of the Rule 26 General Expert Report of Jennifer LaBorde, Au.D., CCC-A, dated May 11, 2022.

20. Attached hereto as PX19 is a true and correct copy of excerpts from the trial transcript in *Kelley v. 3M Co.* (7:20-cv-153), dated April 5, 2022.

21. Attached hereto as PX20 is a true and correct copy of G. Effgen, et al., *Primary Blast Exposure Reduces Brain Tolerance to Subsequent Blast*, IRCOBI CONFERENCE (2015).

22. Attached hereto as PX21 is a true and correct copy of C. Tate, et al., *Serum Brain Biomarker Level, Neurocognitive Performance, and Self-Reported Symptom Changes in Soldiers Repeatedly Exposed to Low-Level Blast: A Breacher Pilot Study*, 30 J. NEUROTRAUMA 1620-1630 (2013).

23. Attached hereto as PX22 is a true and correct copy of A. Boutté, et al., *Neurotrauma Biomarker Levels and Adverse Symptoms Among Military and Law Enforcement Personnel Exposed to Occupational Overpressure Without Diagnosed Traumatic Brain Injury*, 4(4) JAMA NETWORK OPEN E216445 (2021).

24. Attached hereto as PX23 is a true and correct copy of W. Carr, et al., *Association of MOS-Based Blast Exposure with Medical Outcomes*, 11 FRONT. NEUROL. 619 (2020).

25. Attached hereto as PX24 is a true and correct copy of A. Joseph, et al., *Clinical audiometric patterns of hearing loss following blast-related injury in U.S. military personnel*, 59(10) INT'L J. AUD. 772-779 (Oct. 2020).

26. Attached hereto as PX25 is a true and correct copy of R. Perez, et al., *Audiometric Configurations Following Exposure to Explosions*, 126(10) ARCH OTOLARYNGOL. HEAD NECK SURG. 1249-1252 (2000).

27. Attached hereto as PX26 is a true and correct copy of G. Gates, et al., *Longitudinal threshold changes in older men with audiometric notches*, 141 HEARING RES. 220-228 (2000).

28. Attached hereto as PX27 is a true and correct copy of the Rule 26 General Expert Report of Karthik Rajasekaran, M.D., FACS, dated May 11, 2022.

29. Attached hereto as PX28 is a true and correct copy of excerpts from the deposition transcript of Karthik Rajasekaran, M.D., dated June 24, 2022.

30. Attached hereto as PX29 is a true and correct copy of A. Vyskocil, et al., *A weight of evidence approach for the assessment of the ototoxic potential of industrial chemicals*, 28(9) TOXICOL. & IND. HEALTH 796-819 (2012).

31.    Attached hereto as PX30 is a true and correct copy of A. Emamifar, et al., *Is Hearing Impairment Associated with Rheumatoid Arthritis? A Review*, 10 OPEN RHEUMATOL. J. 26-32 (2016).

32.    Attached hereto as PX31 is a true and correct copy of O. Dikici, et al., *Subjective audiological tests and transient evoked otoacoustic emissions in patients with rheumatoid arthritis: analysis of the factors affecting hearing levels*, 266 EUR. ARCH. OTORHINOLARYNGOL. 1719-1726 (2009).

33.    Attached hereto as PX32 is a true and correct copy of K. Cruickshanks, et al., *Cigarette Smoking and Hearing Loss*, 279(21) JAMA 1715-1719 (1998).

34.    Attached hereto as PX33 is a true and correct copy of E. Smith and H. Riechelmann, *Cumulative Lifelong Alcohol Consumption Alters Auditory Brainstem Potentials*, 28(3) ALCOHOL CLIN. EXP. RES. 508-515 (2004).

35.    Attached hereto as PX34 is a true and correct copy of J. Park and M. Suh, *Hazardous Alcohol Consumption and the Risk of Hearing Impairment in Adults Based on the Korean National Health and Nutrition Survey: A Retrospective Study*, 23(2) J. AUD. OTOL. 63-68 (2019).

36.    Attached hereto as PX35 is a true and correct copy of excerpts from the deposition transcript of M. Charles Liberman, Ph.D., dated June 26, 2022.

37.    Attached hereto as PX36 is a true and correct copy of the Rule 26 General Expert Report of M. Charles Liberman, Ph.D., dated May 11, 2022.

38. Attached hereto as PX37 is a true and correct copy of the Rule 26 General Expert Report of John A. Bertelson, M.D., FAAN, dated May 11, 2022.

39. Attached hereto as PX38 is a true and correct copy of excerpts from the deposition transcript of John Bertelson, M.D., dated June 24, 2022.

40. Attached hereto as PX39 is a true and correct copy of the Rule 26 General Expert Report of W. Chatham, M.D., dated May 11, 2022.

41. Attached hereto as PX40 is a true and correct copy of the updated Rule 26 General Expert Report of Kenneth Billheimer, Au.D., dated June 10, 2022.

42. Attached hereto as PX41 is a true and correct copy of excerpts from the deposition transcript of Kenneth D. Billheimer, Au.D, dated June 14, 2022.

43. Attached hereto as PX42 is a true and correct copy of Kieper & Berger, *How Folding the Flanges Back Affects REAT Results of the UltraFit Earplug End of the Combat Arms Plug* ("Flange Report"), dated July 10, 2000, labeled as Trial Exhibit P-GEN-00001.

44. Attached hereto as PX43 is a true and correct copy of Test 215512, dated June 30, 2005, labeled as Trial Exhibit D-GEN-270.

45. Attached hereto as PX44 is a true and correct copy of an email thread between T. Sidor and B. Myers, dated July 7, 2006, labeled as Trial Exhibit P-GEN-00094.

46. Attached hereto as PX45 is a true and correct copy of a Department of the Army memorandum, dated December 13, 2018, and labeled as Trial Exhibit P-GEN-00009.

47. Attached hereto as PX46 is a true and correct copy of a Department of the Air Force memorandum, dated July 30, 2019, and labeled as Trial Exhibit P-GEN-02586.

48. Attached hereto as PX47 is a true and correct copy of the Rule 26 General Expert Report of Jennifer Tufts, Ph.D., dated May 11, 2022.

49. Attached hereto as PX48 is a true and correct copy of excerpts from the deposition transcript of Jennifer Tufts, Ph.D., dated June 23, 2022.

50. Attached hereto as PX49 is a true and correct copy of the Rule 26 General Expert Report of Richard Neitzel, dated May 11, 2022.

51. Attached hereto as PX50 is a true and correct copy of excerpts from the deposition transcript of Richard L. Neitzel, Ph.D., dated June 24, 2022.

52. Attached hereto as PX51 is a true and correct copy of the updated Rule 26 General Expert Report of Gregory A. Flamme, Ph.D., William Murphy, Ph.D., Mark Stephenson, Ph.D., and Steve Tasko, Ph.D., dated July 8, 2022.

53. Attached hereto as PX52 is a true and correct copy of an email thread from Elliott Berger to Ted Madison, dated July 2014, and labeled as Trial Exhibit P-GEN-00122.

54. Attached hereto as PX53 is a true and correct copy of excerpts from the deposition transcript of Gregory Flamme, Ph.D., dated June 21, 2022.

55. Attached hereto as PX54 is a true and correct copy of excerpts from the deposition transcript of Stephen Tasko, Ph.D., dated June 23, 2022.

56. Attached hereto as PX55 is a true and correct copy of N. Schaal, et al., *Noise characterization of "effective quiet" areas on a U.S. Navy aircraft carrier*, 16(5) J. OCCUP. & ENVIRON. HYG. 329-335 (2019).

57. Attached hereto as PX56 is a true and correct copy of a letter from N. Wasdin to R. Redfield, re: Touhy Request, dated February 6, 2020, and labeled as Trial Exhibit D-GEN-1643.

58. Attached hereto as PX57 is a true and correct copy of the Declaration of William J. Murphy, dated July 29, 2020.

59. Attached hereto as PX58 is a true and correct copy of excerpts from the deposition transcript of William Murphy, dated January 15, 2021.

60. Attached hereto as PX59 is a true and correct copy of the Notice to Take the Remote Deposition by Videoconference of William Murphy, Ph.D., dated June 6, 2022.

61. Attached hereto as PX60 is a true and correct copy of Defendants' Responses and Objections to Plaintiffs' Notice to Take the Remote Deposition by Videoconference of William Murphy, Ph.D., dated June 17, 2022.

62. Attached hereto as PX61 is a true and correct copy of excerpts from the deposition transcript of William Murphy, Ph.D., dated June 28, 2022.

63. Attached hereto as PX62 is a true and correct copy of excerpts from the trial transcript in *Beal v. 3M Co.* (7:20-cv-00006), dated May 9, 2022.

64. Attached hereto as PX63 is a true and correct copy of the Rule 26 General Expert Report of Scott Elledge, M.D., F.A.C.S., dated May 11, 2022.

65. Attached hereto as PX64 is a true and correct copy of excerpts from the deposition transcript of E. Scott Elledge, M.D., dated June 24, 2022.

66. Attached hereto as PX65 is a true and correct copy of D. McIlwain, et al., *Heritage of Army Audiology and the Road Ahead: The Army Hearing Program*, 98 AM. J. PUB. HEALTH 2167-2172 (2008).

67. Attached hereto as PX66 is a true and correct copy of L. Humes, et al., Institute of Medicine of the National Academies, *Noise and Military Service: Implications for Hearing Loss and Tinnitus* (2006).

68. Attached hereto as PX67 is a true and correct copy of the updated Rule 26 General Expert Report of Dennis P. Driscoll, dated June 14, 2022.

69. Attached hereto as PX68 is a true and correct copy of excerpts from the deposition transcript of Dennis Driscoll, dated June 15, 2022.

70. Attached hereto as PX69 is a true and correct copy of the Rule 26 General Expert Report of Stan D. Phillips, M.D., dated May 11, 2022.

71. Attached hereto as PX70 is a true and correct copy of excerpts from the deposition transcript of Stan D. Phillips, M.D., dated June 16, 2022.

72. Attached hereto as PX71 is a true and correct copy of D. Mattie, *Inhalation Exposure to JP-8 Jet Fuel Enhances Susceptibility to Noise Induced Hearing Loss in Rats*, 1 AFMS MED. RES. SYMPOSIUM 1330 (Aug. 2, 2011)

73. Attached hereto as PX72 is a true and correct copy of L. Fechter, et al., *JP-8 Jet Fuel Can Promote Auditory Impairment Resulting From Subsequent Noise Exposure in Rats*, 98(2) TOXICOL. SCI. 510-525 (2007).

74. Attached hereto as PX73 is a true and correct copy of O. Guthrie, et al., *Exposure to Low Levels of Jet-Propulsion Fuel Impairs Brainstem Encoding of Stimulus Intensity*, 77 J. TOXICOL. & ENVIRONMENTAL HEALTH 261-280 (2014).

75. I swear under penalty of perjury that the foregoing is true and correct.

DATED: July 21, 2022

s/ Bryan F. Aylstock
Bryan F. Aylstock, FL Bar No. 78263
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
baylstock@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449