# PX1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-md-2885-MCR-GRJ )<br>)<br>) Judge M. Casey Rodgers<br>) Magistrate Gary R. Jones |
| **THIS DOCUMENT RELATES TO:** | ) |
| *All Wave 1 Cases* | )<br>) |

**DEFENDANTS' DISCLOSURE OF EXPERT WITNESS PURSUANT TO**
**CASE MANAGEMENT ORDER NO. 31 (WAVE ORDER #1)**

Pursuant to Case Management Orders Nos. 31 and 36 and the Fed. R. Civ. Pro. 26(a)(1)(B)(iv-vi), Defendants hereby disclose the following for expert witness John Bertelson, M.D., FAAN, who may be called upon to provide expert testimony in the above-captioned matter.  Defendants further disclose that Dr. Bertelson specializes in the area of Neurology.

1.      Pursuant to the requirements of Fed R. Civ. Pro. 26(a)(1)(B)(iv) and (v), attached as Exhibits B and C, please find a curriculum vitae outlining Dr. Bertelson's qualifications, including a list of all publications authored in the previous ten (10) years, as well as a listing of all expert testimony, at trial or by deposition, within the previous four (4) years.

2.      Pursuant to the requirements of Fed. R. Civ. Pro. 26(a)(1)(B)(vi), Dr. Bertelson's rates are as follows:

- Case Reviews and Preliminary Evaluations: $600 per hour

- Depositions (Austin area): $750 per hour plus expenses

- Depositions/Trial/Consulting (Out-of-town): $1,500 per day plus travel, lodging, meals, etc.

3.      Pursuant to Case Management Order No. 31, Defendants offer the following dates for the deposition of Dr. Bertelson:

| Date | Case Name and Case Number |
|------|---------------------------|
| May 27, 2022 | *All Wave 1 Cases*, Case No. 3:19-md-2885-MCR-GRJ |
| June 24, 2022 | *All Wave 1 Cases*, Case No. 3:19-md-2885-MCR-GRJ |

The attorney points of contact for scheduling Bertleson's deposition are:

- Ben Watson, Email: ben.watson@butlersnow.com
  Telephone: (601) 985-4551

Dated:  May 11, 2022                 Respectfully submitted,


*/s/ Benjamin M. Watson*
Benjamin M. Watson
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157
Telephone: (202) 389-5991
ben.watson@butlersnow.com


*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding,*
*LLC, Aearo Intermediate, LLC and*
*Aearo, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 11, 2022, pursuant to Case Management Order No. 31 and agreement of the parties, a true and correct copy of the foregoing document was electronically served through the Discovery Central portal in MDL-Centrality.


DATED:  May 11, 2022                    _/s/ Benjamin M. Watson_____
                                                          Benjamin M. Watson

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | )  Case No. 3:19-md-2885-MCR-GRJ )  )  Judge M. Casey Rodgers )  Magistrate Gary R. Jones |
| **THIS DOCUMENT RELATES TO:** | ) |
| *All Wave 1 Cases* | ) ) |
| | ) |

**DEFENDANTS' DISCLOSURE OF EXPERT WITNESS PURSUANT TO
CASE MANAGEMENT ORDER NO. 31 (WAVE ORDER #1)**

Pursuant to Case Management Orders Nos. 31 and 36 and the Fed. R. Civ. Pro. 26(a)(1)(B)(iv-vi), Defendants hereby disclose the following for expert witness Kenneth Billheimer, Au.D. who may be called upon to provide expert testimony in the above-captioned matter. Defendants further disclose that Dr. Billheimer specializes in the area of CAEv2 testing.

1.     Pursuant to the requirements of Fed R. Civ. Pro. 26(a)(1)(B)(iv), attached as Exhibit A, please find a curriculum vitae outlining Dr. Billheimer's qualifications, including a list of all publications authored in the previous ten (10) years.

2.     Pursuant to the requirements of Fed. R. Civ. Pro. 26(a)(1)(B)(v), Dr. Billheimer has not testified at a deposition or trial in the previous four (4) years.

3.      Pursuant to the requirements of Fed R. Civ. Pro. 26(a)(1)(B)(vi), Dr.

Billheimer's rates are as follows:

- Meetings, Conversations, Consultations, Review of Documents, Record Review, Report Writing: $475 per hour
- Deposition: $550 per hour
- Trial Testimony: $625 per hour
- Travel: $125 per hour (maximum $800 per day)

4.      Pursuant to Case Management Order No. 31, Defendants offer the

following dates for the deposition of Dr. Billheimer:

| Date | Plaintiff Name and Case Number |
|---|---|
| June 3, 2022 at 9:00 am PT<br>June 8, 2022 at 9:00 am PT<br>June 14, 2022 at 9:00 am PT | *All Wave 1 Cases* |

The attorney points of contact for scheduling Dr. Billheimer's deposition are:

- Diana Benton, Email: diana.benton@kirkland.com
  Telephone: (713) 836-3461
- Simon Gottlieb, Email: simon.gottlieb@kirkland.com
  Telephone: (312) 956-9114
- Nolan M. Leuthauser, Email: nolan.leuthauser@kirkland.com
  Telephone: (312) 862-3937

Dated:  May 11, 2022                    Respectfully submitted,


                                        */s/ Robert C. Brock*
                                        Robert C. "Mike" Brock
                                        KIRKLAND & ELLIS LLP
                                        1301 Pennsylvania Avenue, N.W.
                                        Washington, D.C. 20004
                                        Telephone: (202) 389-5991
                                        mike.brock@kirkland.com

                                        Mark J. Nomellini
                                        KIRKLAND & ELLIS LLP
                                        300 North LaSalle
                                        Chicago, Illinois 60654
                                        Telephone: (312) 862-3254
                                        mnomellini@kirkland.com

                                        *Counsel for Defendants 3M Company,
                                        3M Occupational Safety LLC, Aearo
                                        Technologies LLC, Aearo Holding,
                                        LLC, Aearo Intermediate, LLC and
                                        Aearo, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 11, 2022, pursuant to Case Management Order No. 31 and agreement of the parties, a true and correct copy of the foregoing document was electronically served through the Discovery Central portal in MDL-Centrality.

DATED:  May 11, 2022                         */s/ Robert C. Brock*
                                                          Robert C. "Mike" Brock

4

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) | Case No. 3:19-md-2885-MCR-GRJ |
| | ) | Judge M. Casey Rodgers |
| **THIS DOCUMENT RELATES TO:** | ) ) | Magistrate Gary R. Jones |
| *All Wave 1 Cases* | ) ) ) | |
| | ) | |

## DEFENDANTS' DISCLOSURE OF EXPERT WITNESS PURSUANT TO CASE MANAGEMENT ORDER NO. 31 (WAVE ORDER #1)

Pursuant to Case Management Orders Nos. 31 and 36 and the Fed. R. Civ. Pro. 26(a)(1)(B)(iv-vi), Defendants hereby disclose the following for expert witness Walter Winn Chatham, M.D. who may be called upon to provide expert testimony in the above-captioned matter. Defendants further disclose that Dr. Chatham specializes in the area of Rheumatology.

1.     Pursuant to the requirements of Fed R. Civ. Pro. 26(a)(1)(B)(iv), attached as Exhibit A, please find a curriculum vitae outlining Dr. Chatham's qualifications, including a list of all publications authored in the previous ten (10) years.

2.     Pursuant to the requirements of Fed. R. Civ. Pro. 26(a)(1)(B)(v), attached as Exhibit B, please find Dr. Chatham's deposition and trial testimony for the previous four (4) years.

3.      Pursuant to the requirements of Fed R. Civ. Pro. 26(a)(1)(B)(vi), Dr.

Chatham's rates are as follows:

- Case Review and Consultations: $400 per hour
- Depositions and Trial Testimony: $500 per hour

4.      Pursuant to Case Management Order No. 31, Defendants offer the

following dates for the deposition of Dr. Chatham:

| Date | Plaintiff Name and Case Number |
|---|---|
| June 20, 2022<br>June 22, 2022 | *All Wave 1 Cases* |

The attorney points of contact for scheduling Dr. Chatham's deposition are:

- Diana Benton, Email: diana.benton@kirkland.com
  Telephone: (713) 836-3461

- Simon Gottlieb, Email: simon.gottlieb@kirkland.com
  Telephone: (312) 956-9114

- Nolan M. Leuthauser, Email: nolan.leuthauser@kirkland.com
  Telephone: (312) 862-3937

Dated:  May 11, 2022

Respectfully submitted,

*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mnomellini@kirkland.com

*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding,*
*LLC, Aearo Intermediate, LLC and*
*Aearo, LLC*

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 11, 2022, pursuant to Case Management Order No. 31 and agreement of the parties, a true and correct copy of the foregoing document was electronically served through the Discovery Central portal in MDL-Centrality.

DATED:  May 11, 2022                    */s/ Robert C. Brock*
                                        Robert C. "Mike" Brock

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 3:19-md-2885-MCR-GRJ |
| | ) | Judge M. Casey Rodgers |
| | ) | Magistrate Gary R. Jones |
| **THIS DOCUMENT RELATES TO:** | ) | |
| 1.  *All Wave 1 Cases* | ) | |
| 2.  *Francis Ash*, No. 7:20-cv-58164-MCR-GRJ | ) ) ) | |
| 3.  *Raymond Milam*, No. 7:20-cv-77355-MCR-GRJ | ) ) ) | |
| | ) | |

### DEFENDANTS' DISCLOSURE OF EXPERT WITNESS PURSUANT TO CASE MANAGEMENT ORDER NO. 31 (WAVE ORDER #1)

Pursuant to Case Management Orders Nos. 31 and 36 and the Fed. R. Civ. Pro. 26(a)(1)(B)(iv-vi), Defendants hereby disclose the following for expert witness James Crawford, M.D. who may be called upon to provide expert testimony in the above-captioned cases. Defendants further disclose that Dr. Crawford specializes in the area of Neurotology and Otolaryngology.

1.      Pursuant to the requirements of Fed R. Civ. Pro. 26(a)(1)(B)(iv), attached as Exhibit A, please find a curriculum vitae outlining Dr. Crawford's qualifications, including a list of all publications authored in the previous ten (10) years.

2.      Pursuant to the requirements of Fed. R. Civ. Pro. 26(a)(1)(B)(v), attached as Exhibit B, please find Dr. Crawford's deposition and trial testimony for the previous four (4) years.

3.      Pursuant to the requirements of Fed R. Civ. Pro. 26(a)(1)(B)(vi), Dr. Crawford's hourly rate is $650.

4.      Pursuant to Case Management Order No. 31, Defendants offer the following dates for the deposition of Dr. Crawford:

| Date | Plaintiff Name and Case Number |
|------|-------------------------------|
| June 10, 2022<br>June 24, 2022 | All Wave 1 Cases |
| June 18, 2022<br>June 24, 2022 | *Francis Ash*, No. 7:20-cv-58164 |
| June 25, 2022<br>June 26, 2022 | *Raymond Milam*, No. 7:20-cv-77355 |

The attorney points of contact for scheduling Dr. Crawford's deposition are:

- Diana Benton, Email: diana.benton@kirkland.com
  Telephone: (713) 836-3461

- Simon Gottlieb, Email: simon.gottlieb@kirkland.com
  Telephone: (312) 956-9114

- Nolan M. Leuthauser, Email: nolan.leuthauser@kirkland.com
  Telephone: (312) 862-3937

Dated:  May 11, 2022

Respectfully submitted,

*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mnomellini@kirkland.com

*Counsel for Defendants 3M Company,
3M Occupational Safety LLC, Aearo
Technologies LLC, Aearo Holding,
LLC, Aearo Intermediate, LLC and
Aearo, LLC*

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 11, 2022, pursuant to Case Management Order No. 31 and agreement of the parties, a true and correct copy of the foregoing document was electronically served through the Discovery Central portal in MDL-Centrality.

DATED:  May 11, 2022                    _/s/ Robert C. Brock_____
                                         Robert C. "Mike" Brock

4

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) |

Case No. 3:19-md-2885-MCR-GRJ

Judge M. Casey Rodgers
Magistrate Gary R. Jones

**THIS DOCUMENT RELATES TO:**

*All Wave 1 Cases*

## DEFENDANTS' DISCLOSURE OF EXPERT WITNESS PURSUANT TO CASE MANAGEMENT ORDER NO. 31 (WAVE ORDER #1)

Pursuant to Case Management Orders Nos. 31 and 36 and the Fed. R. Civ. P. 26(a)(1)(B)(iv-vi), Defendants hereby disclose the following for expert witness Dennis Driscoll, P.E. who may be called upon to provide expert testimony in the above-captioned matter.  Defendants further disclose that Mr. Driscoll specializes in the area of Noise Exposure.

1.     Pursuant to the requirements of Fed R. Civ. P. 26(a)(1)(B)(iv), attached as Exhibit A, please find a curriculum vitae outlining Mr. Driscoll's qualifications, including a list of all publications authored in the previous ten (10) years.

2.     Pursuant to the requirements of Fed. R. Civ. P. 26(a)(1)(B)(v), attached as Exhibit B, please find Mr. Driscoll's deposition and trial testimony for the previous four (4) years.

3.     Pursuant to the requirements of Fed R. Civ. P. 26(a)(1)(B)(vi), Mr. Driscoll's hourly rate is $325.

4.     Pursuant to Case Management Order No. 31, Defendants offer the following dates for the deposition of Mr. Driscoll:

| Date | Plaintiff Name and Case Number |
|------|-------------------------------|
| June 8, 2022 at 10:00 am MDT<br>June 15, 2022 at 10:00 am MDT | *All Wave 1 Cases* |

5.     The attorney points of contact for scheduling Mr. Driscoll's deposition are:

- Christopher Burrichter, Email: christopher.burrichter@dechert.com
  - Telephone: (630) 631-9847
- Jenna Newmark, Email: jenna.newmark@dechert.com
  - Telephone: (212) 649-8723

Dated: May 11, 2022                    Respectfully submitted,

*/s/ Kimberly Branscome*
Kimberly Branscome
Jay Bhimani
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com
jay.bhimani@dechert.com

Jonathan Tam
DECHERT LLP
One Bush Street, Suite 1600 San
Francisco, CA 94104-4446
Telephone: (415) 262-4500
jonathan.tam@dechert.com

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding,*
*LLC, Aearo Intermediate, LLC and*
*Aearo, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 11, 2022, pursuant to Case Management Order No. 31 and agreement of the parties, a true and correct copy of the foregoing document was electronically served through the Discovery Central portal in MDL-Centrality.

DATED:  May 11, 2022                    */s/ Robert C. Brock*_____
                                        Robert C. "Mike" Brock

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-md-2885-MCR-GRJ ) ) |
| | ) Judge M. Casey Rodgers |
| **THIS DOCUMENT RELATES TO:** | ) Magistrate Gary R. Jones ) |
| *All Wave 1 Cases* | ) ) ) ) |

## DEFENDANTS' DISCLOSURE OF EXPERT WITNESS PURSUANT TO CASE MANAGEMENT ORDER NO. 31 (WAVE ORDER #1)

Pursuant to Case Management Orders Nos. 31 and 36 and the Fed. R. Civ. Pro. 26(a)(1)(B)(iv-vi), Defendants hereby disclose the following for expert witness Scott Elledge, M.D. who may be called upon to provide expert testimony in the above-captioned matter. Defendants further disclose that Dr. Elledge specializes in the area of Otolaryngology and Military Hearing Conservation.

1.      Pursuant to the requirements of Fed R. Civ. Pro. 26(a)(1)(B)(iv), attached as Exhibit A, please find a curriculum vitae outlining Dr. Elledge's qualifications, including a list of all publications authored in the previous ten (10) years.

2.      Pursuant to the requirements of Fed. R. Civ. Pro. 26(a)(1)(B)(v), Dr. Elledge has not testified at a deposition or trial in the previous four (4) years.

3.      Pursuant to the requirements of Fed R. Civ. Pro. 26(a)(1)(B)(vi), Dr.

Elledge's rates are the following:

- Document Review, Preparing Reports, Telephone Calls, Zoom or Other Meetings: $800 per hour

- Deposition Prep Time: $1000 per hour

- Deposition Time: $1500 per hour

4.      Pursuant to Case Management Order No. 31, Defendants offer the

following dates for the deposition of Dr. Elledge:

| Date | Plaintiff Name and Case Number |
|---|---|
| June 24, 2022 at 2:00 pm CST<br>June 25, 2022 at 10:00 am CST | *All Wave 1 Cases* |

The attorney points of contact for scheduling Dr. Elledge's deposition are:

- Diana Benton, Email: diana.benton@kirkland.com
  Telephone: (713) 836-3461

- Simon Gottlieb, Email: simon.gottlieb@kirkland.com
  Telephone: (312) 956-9114

- Nolan M. Leuthauser, Email: nolan.leuthauser@kirkland.com
  Telephone: (312) 862-3937

Dated:  May 11, 2022    Respectfully submitted,

        */s/ Robert C. Brock*
        Robert C. "Mike" Brock
        KIRKLAND & ELLIS LLP
        1301 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004
        Telephone: (202) 389-5991
        mike.brock@kirkland.com

        Mark J. Nomellini
        KIRKLAND & ELLIS LLP
        300 North LaSalle
        Chicago, Illinois 60654
        Telephone: (312) 862-3254
        mnomellini@kirkland.com

        *Counsel for Defendants 3M Company,*
        *3M Occupational Safety LLC, Aearo*
        *Technologies LLC, Aearo Holding,*
        *LLC, Aearo Intermediate, LLC and*
        *Aearo, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 11, 2022, pursuant to Case Management Order No. 31 and agreement of the parties, a true and correct copy of the foregoing document was electronically served through the Discovery Central portal in MDL-Centrality.

DATED:  May 11, 2022                    _/s/ Robert C. Brock_____
                                                          Robert C. "Mike" Brock

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-md-2885-MCR-GRJ ) ) |
| | ) Judge M. Casey Rodgers ) Magistrate Gary R. Jones |
| **THIS DOCUMENT RELATES TO:** | ) |
| *All Wave 1 Cases* | ) ) |
| | ) |
| | ) |

## DEFENDANTS' DISCLOSURE OF EXPERT WITNESS PURSUANT TO CASE MANAGEMENT ORDER NO. 31 (WAVE ORDER #1)

Pursuant to Case Management Orders Nos. 31 and 36 and the Fed. R. Civ. Pro. 26(a)(1)(B)(iv-vi), Defendants hereby disclose the following for expert witness Jennifer LaBorde, Au.D., CCC-A, who may be called upon to provide expert testimony in the above-captioned matter. Defendants further disclose that Dr. LaBorde specializes in the area of Audiology.

1.     Pursuant to the requirements of Fed R. Civ. Pro. 26(a)(1)(B)(iv), attached as Exhibit A, please find a curriculum vitae outlining Dr. LaBorde's qualifications, including a list of all publications authored in the previous ten (10) years.

2.     Pursuant to the requirements of Fed. R. Civ. Pro. 26(a)(1)(B)(v), attached as Exhibit B, please find Dr. LaBorde's deposition and trial testimony for the previous four (4) years.

3.      Pursuant to the requirements of Fed R. Civ. Pro. 26(a)(1)(B)(vi), Dr. LaBorde's rates are as follows:

- Medical Records Review: $400 per hour
- Independent Audiological Evaluation: $200
- Conference: $450 per hour
- Teleconference: $300 per hour
- Deposition: $450 per hour
- Court Appearance: $3,200 per day plus expenses

4.      Pursuant to Case Management Order No. 31, Defendants offer the following dates for the deposition of Dr. LaBorde:

| Date | Plaintiff Name and Case Number |
|------|-------------------------------|
| June 20, 2022 at 9:00 am CST<br>June 22, 2022 at 9:00 am CST | *All Wave 1 Cases* |

The attorney points of contact for scheduling Dr. LaBorde's deposition are:

- Diana Benton, Email: diana.benton@kirkland.com
  Telephone: (713) 836-3461
- Simon Gottlieb, Email: simon.gottlieb@kirkland.com
  Telephone: (312) 956-9114
- Nolan M. Leuthauser, Email: nolan.leuthauser@kirkland.com
  Telephone: (312) 862-3937

Dated:  May 11, 2022

Respectfully submitted,

*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mnomellini@kirkland.com

*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding,*
*LLC, Aearo Intermediate, LLC and*
*Aearo, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 11, 2022, pursuant to Case Management Order No. 31 and agreement of the parties, a true and correct copy of the foregoing document was electronically served through the Discovery Central portal in MDL-Centrality.

DATED:  May 11, 2022

*/s/ Robert C. Brock*
Robert C. "Mike" Brock

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-md-2885-MCR-GRJ |
| | ) |
| | ) Judge M. Casey Rodgers |
| | ) Magistrate Gary R. Jones |
| **THIS DOCUMENT RELATES TO:** | ) |
| | ) |
| *All Wave 1 Cases* | ) |
| | ) |

**DEFENDANTS' DISCLOSURE OF EXPERT WITNESS PURSUANT TO**
**CASE MANAGEMENT ORDER NO. 31 (WAVE ORDER #1)**

Pursuant to Case Management Orders Nos. 31 and 36 and the Fed. R. Civ. Pro. 26(a)(1)(B)(iv-vi), Defendants hereby disclose the following for expert witness M. Charles Liberman, Ph.D. who may be called upon to provide expert testimony in the above-captioned matter. Defendants further disclose that Dr. Liberman specializes in the area of Hearing Loss.

1.      Pursuant to the requirements of Fed R. Civ. Pro. 26(a)(1)(B)(iv), attached as Exhibit A, please find a curriculum vitae outlining Dr. Liberman's qualifications, including a list of all publications authored in the previous ten (10) years.

2.      Pursuant to the requirements of Fed. R. Civ. Pro. 26(a)(1)(B)(v), Dr. Liberman has not testified at a deposition or trial in the previous four (4) years.

3.      Pursuant to the requirements of Fed. R. Civ. Pro. 26(a)(1)(B)(vi), Dr. Liberman's rates are as follows:

- Case Reviews and Preliminary Evaluations: $400 per hour

- Depositions (Boston area): $400 per hour plus expenses

- Depositions/Trial/Consulting (Out-of-town): $1,500 per day plus travel, lodging, meals, etc.

- In cases requiring travel, additional fees will include:
  – $500 per travel day for 1 consulting day
  – $250 per travel day for 2 or more consecutive consulting days

4.      Pursuant to Case Management Order No. 31, Defendants offer the

following dates for the deposition of Dr. Liberman:

| Date | Case Name and Case Number |
|------|---------------------------|
| June 18, 2022 | *All Wave 1 Cases*, Case No. 3:19-md-2885-MCR-GRJ |
| June 25, 2022 | *All Wave 1 Cases*, Case No. 3:19-md-2885-MCR-GRJ |

The attorney points of contact for scheduling Liberman's deposition are:

- Diana Benton, Email: diana.benton@kirkland.com
  Telephone: (713) 836-3461

- Simon Gottlieb, Email: simon.gottlieb@kirkland.com
  Telephone: (312) 956-9114

- Nolan M. Leuthauser, Email: nolan.leuthauser@kirkland.com
  Telephone: (312) 862-3937

Dated:  May 11, 2022

Respectfully submitted,

*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mnomellini@kirkland.com

*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding,*
*LLC, Aearo Intermediate, LLC and*
*Aearo, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 11, 2022, pursuant to Case Management Order No. 31 and agreement of the parties, a true and correct copy of the foregoing document was electronically served through the Discovery Central portal in MDL-Centrality.

DATED:  May 11, 2022           */s/ Robert C. Brock*_____
                               Robert C. "Mike" Brock

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-md-2885-MCR-GRJ ) ) ) Judge M. Casey Rodgers ) Magistrate Gary R. Jones |
| **THIS DOCUMENT RELATES TO:** | ) |
| *All Wave 1 Cases* | ) ) ) |
| | ) |

**DEFENDANTS' DISCLOSURE OF EXPERT WITNESS PURSUANT TO**
**CASE MANAGEMENT ORDER NO. 31 (WAVE ORDER #1)**

Pursuant to Case Management Orders Nos. 31 and 36 and the Fed. R. Civ. Pro. 26(a)(1)(B)(iv-vi), Defendants hereby disclose the following for expert witness Richard L. Neitzel, Ph.D. who may be called upon to provide expert testimony in the above-captioned matter. Defendants further disclose that Dr. Neitzel specializes in the area of CAEv2 testing.

1.      Pursuant to the requirements of Fed R. Civ. Pro. 26(a)(1)(B)(iv), attached as Exhibit A, please find a curriculum vitae outlining Dr. Neitzel's qualifications, including a list of all publications authored in the previous ten (10) years.

2.      Pursuant to the requirements of Fed. R. Civ. Pro. 26(a)(1)(B)(v), attached as Exhibit B, please find Dr. Neitzel's deposition and trial testimony for the previous four (4) years.

3.      Pursuant to the requirements of Fed R. Civ. Pro. 26(a)(1)(B)(vi), Dr. Neitzel's hourly rate is $300 and $450 per hour for testifying.

4.      Pursuant to Case Management Order No. 31, Defendants offer the following dates for the deposition of Dr. Neitzel:

| Date | Plaintiff Name and Case Number |
|------|-------------------------------|
| June 23, 2022 (Before 1:00 pm EST)<br>June 24, 2022 (Before 3:00 pm EST) | *All Wave 1 Cases* |

The attorney points of contact for scheduling Dr. Neitzel's deposition are:

- Diana Benton, Email: diana.benton@kirkland.com
  Telephone: (713) 836-3461

- Simon Gottlieb, Email: simon.gottlieb@kirkland.com
  Telephone: (312) 956-9114

- Nolan M. Leuthauser, Email: nolan.leuthauser@kirkland.com
  Telephone: (312) 862-3937

Dated:  May 11, 2022                    Respectfully submitted,

*/s/ Robert C. Brock*           

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mnomellini@kirkland.com

*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding,*
*LLC, Aearo Intermediate, LLC and*
*Aearo, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 11, 2022, pursuant to Case Management Order No. 31 and agreement of the parties, a true and correct copy of the foregoing document was electronically served through the Discovery Central portal in MDL-Centrality.

DATED:  May 11, 2022                         */s/ Robert C. Brock*_____
                                             Robert C. "Mike" Brock

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-md-2885-MCR-GRJ ) ) ) Judge M. Casey Rodgers ) Magistrate Gary R. Jones |
| **THIS DOCUMENT RELATES TO:** | ) ) |
| *All Wave 1 Cases* | ) ) ) ) |

**DEFENDANTS' DISCLOSURE OF EXPERT WITNESS PURSUANT TO**
**CASE MANAGEMENT ORDER NO. 31 (WAVE ORDER #1)**

Pursuant to Case Management Orders Nos. 31 and 36 and the Fed. R. Civ. Pro. 26(a)(1)(B)(iv-vi), Defendants hereby disclose the following for expert witness Stan D. Phillips, M.D. who may be called upon to provide expert testimony in the above-captioned matter. Defendants further disclose that Dr. Phillips specializes in the area of Somatic Tinnitus.

1.     Pursuant to the requirements of Fed R. Civ. Pro. 26(a)(1)(B)(iv), attached as Exhibit A, please find a curriculum vitae outlining Dr. Phillips's qualifications, including a list of all publications authored in the previous ten (10) years.

2.     Pursuant to the requirements of Fed. R. Civ. Pro. 26(a)(1)(B)(v), attached as Exhibit B, please find Dr. Phillips's deposition and trial testimony for the previous four (4) years.

3.      Pursuant to the requirements of Fed R. Civ. Pro. 26(a)(1)(B)(vi), Dr.

Phillips's rates are as follows:

- Hourly Rate: $450
- Record Review: $750 per hour
- Deposition Appearance/ Full Day in Court: $7000
- Deposition: $900 per hour
- Record Review: $500 per hour
- Court Appearance: $8,000 for full day, plus expenses

4.      Pursuant to Case Management Order No. 31, Defendants offer the

following dates for the deposition of Dr. Phillips:

| Date | Plaintiff Name and Case Number |
|---|---|
| June 15, 2022 at 10:00 am EST<br>June 16, 2022 at 10:00 am EST | *All Wave 1 Cases* |

The attorney points of contact for scheduling Dr. Phillips's deposition are:

- Diana Benton, Email: diana.benton@kirkland.com
  Telephone: (713) 836-3461

- Simon Gottlieb, Email: simon.gottlieb@kirkland.com
  Telephone: (312) 956-9114

- Nolan M. Leuthauser, Email: nolan.leuthauser@kirkland.com
  Telephone: (312) 862-3937

Dated:  May 11, 2022

Respectfully submitted,

*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mnomellini@kirkland.com

*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holding,*
*LLC, Aearo Intermediate, LLC and*
*Aearo, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 11, 2022, pursuant to Case Management Order No. 31 and agreement of the parties, a true and correct copy of the foregoing document was electronically served through the Discovery Central portal in MDL-Centrality.

DATED:  May 11, 2022                           */s/ Robert C. Brock*_____
                                                              Robert C. "Mike" Brock

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | )  Case No. 3:19-md-2885-MCR-GRJ )  )  Judge M. Casey Rodgers )  Magistrate Gary R. Jones |
| **THIS DOCUMENT RELATES TO:** | ) |
| *All Wave 1 Cases* | )  )  ) |
| | ) |

## DEFENDANTS' DISCLOSURE OF EXPERT WITNESS PURSUANT TO CASE MANAGEMENT ORDER NO. 31 (WAVE ORDER #1)

Pursuant to Case Management Orders Nos. 31 and 36 and the Fed. R. Civ. P. 26(a)(1)(B)(iv-vi), Defendants hereby disclose the following for expert witness Karthik Rajasekaran, MD FACS who may be called upon to provide expert testimony in the above-captioned matter.  Defendants further disclose that Dr. Rajasekaran specializes in the area of Otolaryngology.

1.     Pursuant to the requirements of Fed R. Civ. P. 26(a)(1)(B)(iv), attached as Exhibit A, please find a curriculum vitae outlining Dr. Rajasekaran's qualifications, including a list of all publications authored in the previous ten (10) years.

2.     Pursuant to the requirements of Fed. R. Civ. P. 26(a)(1)(B)(v), Dr. Rajasakeran has not testified at deposition or trial in the previous four (4) years.

3.     Pursuant to the requirements of Fed R. Civ. P. 26(a)(1)(B)(vi), attached as Exhibit B, please find a fee schedule for Dr. Rajasekaran's work in this matter.

4.     Pursuant to Case Management Order No. 31, Defendants offer the following dates for the deposition of Dr. Rajasekaran:

| Date | Plaintiff Name and Case Number |
|---|---|
| June 17, 2022 at 10:00 am EST <br> June 24, 2022 at 10:00 am EST | *All Wave 1 Cases* |

5.     The attorney points of contact for scheduling Dr. Rajasekaran's deposition are:

- Christopher Burrichter, Email: christopher.burrichter@dechert.com
  - Telephone: (630) 631-9847

- Jenna Newmark, Email: jenna.newmark@dechert.com
  - Telephone: (212) 649-8723

Dated: May 11, 2022                    Respectfully submitted,

*/s/ Kimberly Branscome*
Kimberly Branscome
Jay Bhimani
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com
jay.bhimani@dechert.com

Jonathan Tam
DECHERT LLP
One Bush Street, Suite 1600 San
Francisco, CA 94104-4446
Telephone: (415) 262-4500
jonathan.tam@dechert.com

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company,
3M Occupational Safety LLC, Aearo
Technologies LLC, Aearo Holding,
LLC, Aearo Intermediate, LLC and
Aearo, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 11, 2022, pursuant to Case Management Order No. 31 and agreement of the parties, a true and correct copy of the foregoing document was electronically served through the Discovery Central portal in MDL-Centrality.

DATED:  May 11, 2022                    */s/ Robert C. Brock*
                                        Robert C. "Mike" Brock

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | )  Case No. 3:19-md-2885-MCR-GRJ )  )  )  Judge M. Casey Rodgers )  Magistrate Gary R. Jones |
| **THIS DOCUMENT RELATES TO:** | ) |
| *All Wave 1 Cases* | ) ) ) |

## DEFENDANTS' DISCLOSURE OF EXPERT WITNESS PURSUANT TO CASE MANAGEMENT ORDER NO. 31 (WAVE ORDER #1)

Pursuant to Case Management Orders Nos. 31 and 36 and the Fed. R. Civ. Pro. 26(a)(1)(B)(iv-vi), Defendants hereby disclose the following for expert witness Jennifer Tufts, Ph.D. who may be called upon to provide expert testimony in the above-captioned matter. Defendants further disclose that Dr. Tufts specializes in the area of CAEv2 testing.

1.      Pursuant to the requirements of Fed R. Civ. Pro. 26(a)(1)(B)(iv), attached as Exhibit A, please find a curriculum vitae outlining Dr. Tufts' qualifications, including a list of all publications authored in the previous ten (10) years.

2.      Pursuant to the requirements of Fed. R. Civ. Pro. 26(a)(1)(B)(v), Dr. Tufts has not testified at a deposition or trial in the previous four (4) years..

3.      Pursuant to the requirements of Fed R. Civ. Pro. 26(a)(1)(B)(vi), Dr. Tufts' hourly rate is $400 and $500 per hour for depositions and deposition preparations.

4.      Pursuant to Case Management Order No. 31, Defendants offer the following dates for the deposition of Dr. Tufts:

| Date | Plaintiff Name and Case Number |
|------|-------------------------------|
| June 23, 2022 at 9:00 am ET<br>June 24, 2022 at 9:00 am ET | *All Wave 1 Cases* |

The attorney points of contact for scheduling Dr. Tufts' deposition are:

- Diana Benton, Email: diana.benton@kirkland.com
  Telephone: (713) 836-3461

- Simon Gottlieb, Email: simon.gottlieb@kirkland.com
  Telephone: (312) 956-9114

- Nolan M. Leuthauser, Email: nolan.leuthauser@kirkland.com
  Telephone: (312) 862-3937

Dated:  May 11, 2022                    Respectfully submitted,


                                        */s/ Robert C. Brock*_____
                                        Robert C. "Mike" Brock
                                        KIRKLAND & ELLIS LLP
                                        1301 Pennsylvania Avenue, N.W.
                                        Washington, D.C. 20004
                                        Telephone: (202) 389-5991
                                        mike.brock@kirkland.com

                                        Mark J. Nomellini
                                        KIRKLAND & ELLIS LLP
                                        300 North LaSalle
                                        Chicago, Illinois 60654
                                        Telephone: (312) 862-3254
                                        mnomellini@kirkland.com

                                        *Counsel for Defendants 3M Company,*
                                        *3M Occupational Safety LLC, Aearo*
                                        *Technologies LLC, Aearo Holding,*
                                        *LLC, Aearo Intermediate, LLC and*
                                        *Aearo, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 11, 2022, pursuant to Case Management Order No. 31 and agreement of the parties, a true and correct copy of the foregoing document was electronically served through the Discovery Central portal in MDL-Centrality.

DATED:  May 11, 2022                          */s/ Robert C. Brock*_____
                                                           Robert C. "Mike" Brock

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) | Case No. 3:19-md-2885-MCR-GRJ |
| | ) ) | Judge M. Casey Rodgers Magistrate Gary R. Jones |
| **THIS DOCUMENT RELATES TO:** | ) ) | |
| *All Wave 1 Cases* | ) ) ) | |
| | ) | |

## DEFENDANTS' DISCLOSURE OF EXPERT WITNESS PURSUANT TO CASE MANAGEMENT ORDER NO. 31 (WAVE ORDER #1)

Pursuant to Case Management Orders Nos. 31 and 36 and the Fed. R. Civ. P. 26(a)(1)(B)(iv-vi), Defendants hereby disclose the following for expert witness Gregory A. Flamme, Ph.D. who may be called upon to provide expert testimony in the above-captioned matter.  Defendants further disclose that Dr. Flamme specializes in the area of Noise Exposure.

1.      Pursuant to the requirements of Fed R. Civ. P. 26(a)(1)(B)(iv), attached as Exhibit A, please find a curriculum vitae outlining Dr. Flamme's qualifications, including a list of all publications authored in the previous ten (10) years.

2.      Pursuant to the requirements of Fed. R. Civ. P. 26(a)(1)(B)(v), Dr. Flamme's deposition and trial testimony for the previous four (4) years are identified in his report.

3.      Pursuant to the requirements of Fed R. Civ. P. 26(a)(1)(B)(vi), Dr. Flamme's hourly rate is $500 to testify, $150 per hour for original data collection and $250 per hour for case preparation.

4.      Pursuant to Case Management Order No. 31, Defendants offer the following dates for the deposition of Dr. Flamme:

| Date | Plaintiff Name and Case Number |
|---|---|
| June 21, 2022 at 10:00 am PST<br>June 22, 2022 at 10:00 am PST | *All Wave 1 Cases* |

5.      The attorney points of contact for scheduling Dr. Flamme's deposition are:

- Christopher Burrichter, Email: christopher.burrichter@dechert.com
  - Telephone: (630) 631-9847
- Jenna Newmark, Email: jenna.newmark@dechert.com
  - Telephone: (212) 649-8723

Dated: May 11, 2022                    Respectfully submitted,

*/s/ Kimberly Branscome*
Kimberly Branscome
Jay Bhimani
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com
jay.bhimani@dechert.com

Jonathan Tam
DECHERT LLP
One Bush Street, Suite 1600 San
Francisco, CA 94104-4446
Telephone: (415) 262-4500
jonathan.tam@dechert.com

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company,
3M Occupational Safety LLC, Aearo
Technologies LLC, Aearo Holding,
LLC, Aearo Intermediate, LLC and
Aearo, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 11, 2022, pursuant to Case Management Order No. 31 and agreement of the parties, a true and correct copy of the foregoing document was electronically served through the Discovery Central portal in MDL-Centrality.


DATED:  May 11, 2022                    */s/ Robert C. Brock*
                                        Robert C. "Mike" Brock

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-md-2885-MCR-GRJ ) ) ) Judge M. Casey Rodgers ) Magistrate Gary R. Jones |
| **THIS DOCUMENT RELATES TO:** | ) ) |
| *All Wave 1 Cases* | ) ) ) |
| | ) |

## DEFENDANTS' DISCLOSURE OF EXPERT WITNESS PURSUANT TO CASE MANAGEMENT ORDER NO. 31 (WAVE ORDER #1)

Pursuant to Case Management Orders Nos. 31 and 36 and the Fed. R. Civ. P. 26(a)(1)(B)(iv-vi), Defendants hereby disclose the following for expert witness William Murphy, Ph.D. who may be called upon to provide expert testimony in the above-captioned matter.  Defendants further disclose that Dr. Murphy specializes in the area of Noise Exposure.

1.      Pursuant to the requirements of Fed R. Civ. P. 26(a)(1)(B)(iv), attached as Exhibit A, please find a curriculum vitae outlining Dr. Murphy's qualifications, including a list of all publications authored in the previous ten (10) years.

2.      Pursuant to the requirements of Fed. R. Civ. P. 26(a)(1)(B)(v), Dr. Murphy has not testified as an expert at trial or by deposition.

3.     Pursuant to the requirements of Fed R. Civ. P. 26(a)(1)(B)(vi), Dr. Murphy's hourly rate is $500 to testify, $150 per hour for original data collection and $250 per hour for case preparation.

4.     Pursuant to Case Management Order No. 31, Defendants offer the following dates for the deposition of Dr. Murphy:

| Date | Plaintiff Name and Case Number |
|------|-------------------------------|
| June 22, 2022 at 10:00 am EST<br>June 23, 2022 at 10:00 am EST | *All Wave 1 Cases* |

5.     The attorney points of contact for scheduling Dr. Murphy's deposition are:

- Christopher Burrichter, Email: christopher.burrichter@dechert.com

    - Telephone: (630) 631-9847

- Jenna Newmark, Email: jenna.newmark@dechert.com

    - Telephone: (212) 649-8723

Dated: May 11, 2022                    Respectfully submitted,

*/s/ Kimberly Branscome*
Kimberly Branscome
Jay Bhimani
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com
jay.bhimani@dechert.com

Jonathan Tam
DECHERT LLP
One Bush Street, Suite 1600 San
Francisco, CA 94104-4446
Telephone: (415) 262-4500
jonathan.tam@dechert.com

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company,
3M Occupational Safety LLC, Aearo
Technologies LLC, Aearo Holding,
LLC, Aearo Intermediate, LLC and
Aearo, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 11, 2022, pursuant to Case Management Order No. 31 and agreement of the parties, a true and correct copy of the foregoing document was electronically served through the Discovery Central portal in MDL-Centrality.

DATED:  May 11, 2022                    */s/ Robert C. Brock*
                                                            Robert C. "Mike" Brock

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) | Case No. 3:19-md-2885-MCR-GRJ |
| | ) ) | Judge M. Casey Rodgers Magistrate Gary R. Jones |
| **THIS DOCUMENT RELATES TO:** | ) ) | |
| *All Wave 1 Cases* | ) ) ) | |
| | ) | |

## DEFENDANTS' DISCLOSURE OF EXPERT WITNESS PURSUANT TO CASE MANAGEMENT ORDER NO. 31 (WAVE ORDER #1)

Pursuant to Case Management Orders Nos. 31 and 36 and the Fed. R. Civ. P. 26(a)(1)(B)(iv-vi), Defendants hereby disclose the following for expert witness Mark Stephenson, Ph.D. who may be called upon to provide expert testimony in the above-captioned matter.   Defendants further disclose that Dr. Stephenson specializes in the area of Noise Exposure.

1.      Pursuant to the requirements of Fed R. Civ. P. 26(a)(1)(B)(iv), attached as Exhibit A, please find a curriculum vitae outlining Dr. Stephenson's qualifications, including a list of all publications authored in the previous ten (10) years.

2.      Pursuant to the requirements of Fed. R. Civ. P. 26(a)(1)(B)(v), Dr. Stephenson's deposition and trial testimony for the previous four (4) years are identified in his report.

3.    Pursuant to the requirements of Fed R. Civ. P. 26(a)(1)(B)(vi), Dr. Stephenson's hourly rate is $500 to testify, $150 per hour for original data collection and $250 per hour for case preparation.

4.    Pursuant to Case Management Order No. 31, Defendants offer the following dates for the deposition of Dr. Stephenson:

| Date | Plaintiff Name and Case Number |
|------|-------------------------------|
| June 15, 2022 at 10:00 am EST<br>June 17 2022 at 10:00 am EST | *All Wave 1 Cases* |

5.    The attorney points of contact for scheduling Dr. Stephenson's deposition are:

- Christopher Burrichter, Email: christopher.burrichter@dechert.com
    - Telephone: (630) 631-9847
- Jenna Newmark, Email: jenna.newmark@dechert.com
    - Telephone: (212) 649-8723

Dated: May 11, 2022                Respectfully submitted,

*/s/ Kimberly Branscome*
Kimberly Branscome
Jay Bhimani
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com
jay.bhimani@dechert.com

Jonathan Tam
DECHERT LLP
One Bush Street, Suite 1600 San
Francisco, CA 94104-4446
Telephone: (415) 262-4500
jonathan.tam@dechert.com

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company,
3M Occupational Safety LLC, Aearo
Technologies LLC, Aearo Holding,
LLC, Aearo Intermediate, LLC and
Aearo, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 11, 2022, pursuant to Case Management Order No. 31 and agreement of the parties, a true and correct copy of the foregoing document was electronically served through the Discovery Central portal in MDL-Centrality.


DATED:  May 11, 2022                    */s/ Robert C. Brock*
                                         Robert C. "Mike" Brock

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*All Wave 1 Cases* | ) Case No. 3:19-md-2885-MCR-GRJ<br>)<br>)<br>) Judge M. Casey Rodgers<br>) Magistrate Gary R. Jones<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' DISCLOSURE OF EXPERT WITNESS PURSUANT TO CASE MANAGEMENT ORDER NO. 31 (WAVE ORDER #1)

Pursuant to Case Management Orders Nos. 31 and 36 and the Fed. R. Civ. P. 26(a)(1)(B)(iv-vi), Defendants hereby disclose the following for expert witness Steve Tasko, Ph.D. who may be called upon to provide expert testimony in the above-captioned matter.  Defendants further disclose that Dr. Tasko specializes in the area of Noise Exposure.

1.     Pursuant to the requirements of Fed R. Civ. P. 26(a)(1)(B)(iv), attached as Exhibit A, please find a curriculum vitae outlining Dr. Tasko's qualifications, including a list of all publications authored in the previous ten (10) years.

2.     Pursuant to the requirements of Fed. R. Civ. P. 26(a)(1)(B)(v), Dr. Tasko has not testified as an expert at trial or by deposition.

3.      Pursuant to the requirements of Fed R. Civ. P. 26(a)(1)(B)(vi), Dr. Tasko's hourly rate is $500 to testify, $150 per hour for original data collection and $250 per hour for case preparation.

4.      Pursuant to Case Management Order No. 31, Defendants offer the following dates for the deposition of Dr. Tasko:

| Date | Plaintiff Name and Case Number |
|---|---|
| June 23, 2022 at 10:00 am EST<br>June 24, 2022 at 10:00 am EST | *All Wave 1 Cases* |

5.      The attorney points of contact for scheduling Dr. Tasko's deposition are:

- Christopher Burrichter, Email: christopher.burrichter@dechert.com

  o  Telephone: (630) 631-9847

- Jenna Newmark, Email: jenna.newmark@dechert.com

  o  Telephone: (212) 649-8723

Dated: May 11, 2022                    Respectfully submitted,

                                       */s/ Kimberly Branscome*
                                       Kimberly Branscome
                                       Jay Bhimani
                                       DECHERT LLP
                                       633 W. 5th St., Suite 4900
                                       Los Angeles, CA 90071
                                       Telephone: (213) 808-5762
                                       kimberly.branscome@dechert.com
                                       jay.bhimani@dechert.com

Jonathan Tam
DECHERT LLP
One Bush Street, Suite 1600 San
Francisco, CA 94104-4446
Telephone: (415) 262-4500
jonathan.tam@dechert.com

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company,
3M Occupational Safety LLC, Aearo
Technologies LLC, Aearo Holding,
LLC, Aearo Intermediate, LLC and
Aearo, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 11, 2022, pursuant to Case Management Order No. 31 and agreement of the parties, a true and correct copy of the foregoing document was electronically served through the Discovery Central portal in MDL-Centrality.

DATED:  May 11, 2022                    */s/ Robert C. Brock*
                                         Robert C. "Mike" Brock

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | )  Case No. 3:19-md-2885-MCR-GRJ<br>)<br>)<br>)  Judge M. Casey Rodgers<br>)  Magistrate Gary R. Jones |
| **THIS DOCUMENT RELATES TO:** | ) |
| *All Wave 1 Cases* | )<br>)<br>) |
| | ) |

**DEFENDANTS' DISCLOSURE OF EXPERT WITNESS PURSUANT TO**
**CASE MANAGEMENT ORDER NO. 31 (WAVE ORDER #1)**

Pursuant to Case Management Orders Nos. 31 and 36 and the Fed. R. Civ. Pro. 26(a)(1)(B)(iv-vi), Defendants hereby disclose the following for expert witness John G. Casali, Ph.D., CPE, who may be called upon to provide expert testimony in the above-captioned matter. Defendants further disclose that Dr. Casali specializes in the area of CAEv2 performance, testing, and safety.

1.    Pursuant to the requirements of Fed R. Civ. Pro. 26(a)(1)(B)(iv), attached as Exhibit A, please find a curriculum vitae outlining Dr. Casali's qualifications, including a list of all publications authored in the previous ten (10) years.

2.    Pursuant to the requirements of Fed. R. Civ. Pro. 26(a)(1)(B)(v), attached as Exhibit B, please find Dr. Casali's deposition and trial testimony for the previous four (4) years.

3.      Pursuant to the requirements of Fed R. Civ. Pro. 26(a)(1)(B)(vi), Dr. Casali's hourly rate is $600.

The attorney points of contact for scheduling Dr. Casali's deposition are:

- Diana Benton, Email: diana.benton@kirkland.com
  Telephone: (713) 836-3461

- Simon Gottlieb, Email: simon.gottlieb@kirkland.com
  Telephone: (312) 956-9114

- Nolan M. Leuthauser, Email: nolan.leuthauser@kirkland.com
  Telephone: (312) 862-3937

Dated:  May 11, 2022                     Respectfully submitted,


*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mnomellini@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 11, 2022, pursuant to Case Management Order No. 31 and agreement of the parties, a true and correct copy of the foregoing document was electronically served through the Discovery Central portal in MDL-Centrality.

DATED:  May 11, 2022                        */s/ Robert C. Brock*
                                                      Robert C. "Mike" Brock

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | )  Case No. 3:19-md-2885-MCR-GRJ )  )  )  Judge M. Casey Rodgers )  Magistrate Gary R. Jones |
| **THIS DOCUMENT RELATES TO:** | ) |
| *All Wave 1 Cases* | )  ) |
| | ) |

**DEFENDANTS' DISCLOSURE OF EXPERT WITNESS PURSUANT TO**
**CASE MANAGEMENT ORDER NO. 31 (WAVE ORDER #1)**

Pursuant to Case Management Orders Nos. 31 and 36 and the Fed. R. Civ. Pro. 26(a)(1)(B)(iv-vi), Defendants hereby disclose the following for expert witness Harri K. Kytomaa, Ph.D., P.E., CFEI, FASME, who may be called upon to provide expert testimony in the above-captioned matter. Defendants further disclose that Dr. Kytomaa specializes in the area of Engineering.

1.     Pursuant to the requirements of Fed R. Civ. Pro. 26(a)(1)(B)(iv), attached as Exhibit A, please find a curriculum vitae outlining Dr. Kytomaa's qualifications, including a list of all publications authored in the previous ten (10) years.

2.     Pursuant to the requirements of Fed. R. Civ. Pro. 26(a)(1)(B)(v), attached as Exhibit B, please find Dr. Kytomaa's deposition and trial testimony for the previous four (4) years.

3.      Pursuant to the requirements of Fed R. Civ. Pro. 26(a)(1)(B)(vi), Dr.

Kytomaa's hourly rate is $700.

Dated:  May 11, 2022                              Respectfully submitted,

                                                 */s/ Robert C. Brock*
                                                 Robert C. "Mike" Brock
                                                 KIRKLAND & ELLIS LLP
                                                 1301 Pennsylvania Avenue, N.W.
                                                 Washington, D.C. 20004
                                                 Telephone: (202) 389-5991
                                                 mike.brock@kirkland.com

                                                 Mark J. Nomellini
                                                 KIRKLAND & ELLIS LLP
                                                 300 North LaSalle
                                                 Chicago, Illinois 60654
                                                 Telephone: (312) 862-3254
                                                 mnomellini@kirkland.com

                                                 *Counsel for Defendants 3M Company,*
                                                 *3M Occupational Safety LLC, Aearo*
                                                 *Technologies LLC, Aearo Holding,*
                                                 *LLC, Aearo Intermediate, LLC and*
                                                 *Aearo, LLC*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 11, 2022, pursuant to Case Management Order No. 31 and agreement of the parties, a true and correct copy of the foregoing document was electronically served through the Discovery Central portal in MDL-Centrality.

DATED:  May 11, 2022                    */s/ Robert C. Brock*_____
                                                              Robert C. "Mike" Brock