# PX2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG | ) | Case No. 3:19-md-2885-MCR-GRJ |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | Judge M. Casey Rodgers |
| This document relates to: | ) | |
| All Wave 1 Cases | ) | |
| | ) | **CONFIDENTIAL - SUBJECT** |
| | ) | **TO PROTECTIVE ORDER** |
| _____ | ) | |

**<u>EXPERT REPORT OF JAMES V. CRAWFORD, M.D.</u>**

**Expert Report of James V. Crawford, M.D.**
*In re: 3M Combat Arms Earplug Products Liability Litigation,* MDL No. 2885

## I.   BACKGROUND

### A.   Introduction

Hearing is a primary survival resource for Servicemembers, particularly in dismounted or combat scenarios. Yet Servicemembers routinely operate in noisy environments that can impact this resource. In response, the U.S. Military provides Servicemembers with hearing protection and has established programs for hearing conservation. In spite of that, hearing loss and tinnitus are still the most commonly claimed U.S. Department of Veterans Affairs (VA) disabilities. Tinnitus is subjective, meaning that no test, no imaging study, and no laboratory test can either confirm or deny the claim of tinnitus. Veterans know this, and it is reported that over 90% of VA claims include tinnitus. Tinnitus is awarded a 10% disability nearly every time.

When it comes to hearing protection, it is not a "one size fits all" situation. External auditory canals have different shapes and sizes. In addition, hearing protection devices have different levels of attenuation. To help ensure that hearing protection will work as intended, the Army Research Laboratory tests and evaluates the devices being used within the Army prior to being fielded. And, regardless of the type of hearing protection, a correct fit is an important part of effectiveness.

I have been asked to offer my opinions—based on my knowledge and background as an otolaryngologist and neurotologist in the Army, the professional supervisor of the Army's Hearing Conservation Program at Ft. Lewis, and as part of the Department of Defense's (DoD) Hearing Center of Excellence—about the regulations governing the Army Hearing Program and areas in which the Army fell short of implementing those regulations and did not accomplish the task of preventing hearing loss and protecting Servicemembers' hearing.

I have also been asked, based on my experience as an otolaryngologist and neurotologist, about the biological mechanisms and processes related to hearing, hearing loss, and tinnitus. My experience as an otolaryngologist and neurotologist extends to clinical testing of hearing loss and tinnitus in both military and civilian settings.

### B.   Professional Background

After attending medical school at the Uniformed Services University, I completed a five-year residency in Otolaryngology—Head and Neck (ENT) surgery at Madigan Army Medical Center. During medical school, I was selected for membership in Alpha Omega Alpha, the Honor Medical Society. Following residency, I completed a two-year fellowship in Otology/Neurotology at the House Ear Clinic. Neurotology is a subspecialty dedicated to the rehabilitation of hearing loss and the medical and surgical management of disease of the ear and skull base. I am Board Certified in both Otolaryngology and Neurotology. After fellowship, I returned to Madigan Army Medical Center as an attending physician where I began to train ENT residents and served as the Chief of Otology/Neurotology. In 2010, I took over as the Residency Program Director at Madigan. I held that position for ten years. During that same period, I progressed through the military ranks. I served for 24 years on active duty and retired with the

rank of Colonel (0-6). I also served as the professional supervisor of the Army's Hearing Conservation Program at Ft. Lewis. In my capacity as professional supervisor, my responsibilities included, but were not limited to, supervising hearing technicians and audiologists in their treatment and testing of Servicemember hearing and hearing related injuries, analyzing and evaluating Servicemember audiograms (including, entry, annual, and termination) to ensure hearing readiness, treating Servicemember hearing and hearing related injuries, and ruling out medical causes of hearing loss and hearing related injuries. I am an Assistant Professor of Surgery at the Uniformed Services University and hold the position of clinical staff at the Keck USC School of Medicine. I am a fellow of the American Academy of Otolaryngology, the American Neurotology Society, and the Triological Society.

During my service, in 2013, I spent 45 days in Afghanistan for the specific purpose of setting up portable audiometers in theater. Prior to that deployment, I met with a Commander of a Ranger battalion at Ft. Lewis. As part of their mission statement, Rangers are committed to promote research that increases warfighting effectiveness and safety for their troops. The Commander agreed to a research protocol where I would test the hearing of a unit prior to and immediately upon return from patrols. This would document the temporary decrease in hearing that occurs when soldiers are part of a firefight. Unfortunately, the in-theater director of research, the person that approves all research on Servicemembers in theater, would not approve the project.

While on active duty, I represented the Army on the Executive Committee of the Hearing Center of Excellence (HCE). I was part of the committee that worked to stand up the HCE after it was mandated as part of the 2008 National Defense Authorization Act. The DOD recognized that, although the military stresses the importance of using hearing protection and monitoring risk through conservation programs, the need to hear during battle often overrides the use of hearing protection devices. Thus, in partnership with the VA, the HCE was created in response to the rising costs of military hearing loss and auditory injuries. Together, they lead a collaborative effort to address the prevention, diagnosis, mitigation, treatment, research, and rehabilitation of hearing loss and impairment, including audio-vestibular dysfunction often related to traumatic brain injury. As part of its mission, the HCE is tasked with setting up a registry to track the diagnosis, surgical intervention, treatment, and follow-up for hearing loss and auditory symptoms across Servicemembers. The HCE also seeks to coordinate record-sharing between the DoD and VA so that Servicemembers can access their records upon release from duty.

During the conflict in Iraq, the incidence of traumatic brain injury (TBI) secondary to IED blasts increased dramatically. Initially, there was little understanding about TBI: how to diagnose it, treat it, prevent it, etc. I have been actively engaged in research related to TBI. We developed a test relying on eye movements to diagnose TBI. Some of that research was funded by a grant through the National Football League and Under Armour. I also conducted unpublished research on how TBI affects hearing. TBI alters the ability of our brain to process speech, causing a central auditory processing disorder. I have treated many soldiers returning from deployment with TBI for dizziness and hearing-related issues.

In addition, I served as a panel member on two NATO Human Factors in Medicine (HFM) Research Task Groups (RTG). HFM-ET-151: "Minimizing Noise Induced Hearing Loss" and HFM-RTG-229: "Optimizing Hearing Loss Prevention and Treatment, Rehabilitation and

Reintegration of Servicemembers with Hearing Impairment." Those NATO groups were an international coalition of subject matter experts who met to develop programs for adoption by NATO.

I am currently a member of the Council on Accreditation for Occupational Hearing Conservation (CAOHC) and just completed two years as the Chairman of that organization. CAOHC sets the standard for training and organization of hearing conservation programs. CAOHC is referenced in the OSHA standards for the training of occupational hearing programs. CAOHC publications are used as the standard for hearing conservation programs throughout the world. I have served on multiple committees, including the Hearing Committee, the Implantable Hearing Device Committee, the Otology-Neurotology Education Committee, and the History and Archives Committee. I am on the Editorial Review Board Otology/Neurotology and the ENT journal. I have been awarded over one million dollars in research grants and have conducted research on hearing loss and tinnitus. I have over 30 papers, book chapters, and grants. I have been a guest lecturer and invited speaker nationally and internationally. As an active member of the American Academy of Otolaryngology, I have taught several courses on hearing and hearing rehabilitation.

I have given eight prior depositions in the past four years. Of those eight depositions, seven have been in this multidistrict litigation and took place on December 28, 2020, February 15, 2021, September 14, 2021, January 26, 2022, and March 11, 2022. The December 28, 2020 deposition related to my general expert report in this matter. The February 15, 2021 deposition related to my case-specific expert report for Brandon Adkins. The September 14, 2021 depositions related to my case-specific expert reports for Guillermo Camarillorazo and Theodore Finley. The January 26, 2022 depositions related to my case-specific reports for Steven Wilkerson and Denise Kelley. The March 11, 2022 deposition related to my case-specific report for James Beal. I also gave a deposition in February 2019 in Boise, Idaho in the case of Kvale vs. Wilson. I have also testified in eight trials in the past four years, all of which have been in this multidistrict litigation and took place on April 21, 2021 (Luke Estes, Stephen Hacker, Lewis Keefer), June 17, 2021 (Lloyd Baker), September 29 and 30, 2021(Brandon Adkins), November 9, 2021 (Guillermo Camarillorazo), December 9, 2021 (Theodore Finley), December 14, 2021 (Carter Stelling), March 21 and 22, 2022 (Steven Wilkerson), and April 6, 2022 (Denise Kelley).

### C.      Hourly Rate

I am being paid $650 an hour for my work on this case. I have never served as an expert witness prior to the 3M multi-district litigation. My publications for the past ten years are referenced in my CV, which is attached as Appendix B.

## II.      SUMMARY OF OPINIONS

I have dedicated my professional life to preserving and restoring hearing. I offer my expertise to help understand the difference between medical readiness and hearing conservation and to provide testimony as to the military's overall approach to hearing protection.

First, I review the military's role as it relates to instruction, training, and fitting with respect to hearing protection devices. The military has a prominent role in the evaluation and

3

testing of hearing protection devices to be used in service because, among other things, the military is in the best position to understand the needs of their Servicemembers. The military is also responsible for training and instruction relating to, and fitting of, those hearing protection devices so as to ensure that Servicemembers are wearing properly fitted devices in theater and otherwise. However, it was my experience that the training was inadequate because soldiers were not individually trained on hearing protection devices in a uniform manner and because the military did not adopt more precise "fit testing."

Second, though on paper the Army has a robust hearing conservation program, in practice there is not a focus on prevention. Instead, the Army focuses on "Medical Readiness," as is evident from the expert reports that I have reviewed in this case authored by Blaine Huston, Timothy J. Edens, and Christopher Marshall. In a "war readiness focus," the focus is on ensuring that Servicemembers have hearing protection on their person, not on whether they know how to use and fit such hearing protection properly. The military reports medical readiness using a classification system with the acronym: PULHES. The "H" represents hearing. The military standard for hearing was not, until recently, based on practical or functional levels of hearing. Indeed, a Servicemember could have barely functional hearing and still be "medically ready." This reinforces the fact that medical readiness and hearing conservation are distinct.

Third, sensorineural hearing loss occurs most often as a result of damage to the hair cells within the cochlea. Normal hearing occurs at thresholds up to 25 decibels (dB). This is supported by the standards set by the military and other organizations. Noise-induced hearing loss occurs, if at all, at or near the time of the noise exposure. A hallmark of noise-induced hearing loss is that it occurs in close proximity to hazardous noise exposure. Noise exposure cannot cause delayed onset of hearing loss or progression over time long after the noise exposure event. Hearing loss that develops months or years after noise exposure cannot be attributed to that noise exposure. Hearing loss does not progress after a person is removed from the noisy environment.

Fourth, there is no objective test for the theories of "noise-induced hidden hearing loss" or "cochlear synaptopathy" and it is impossible to diagnose someone with "noise-induced hidden hearing loss" or "cochlear synaptopathy." There is no diagnostic code for "noise-induced hidden hearing loss" or "cochlear synaptopathy." Likewise, there is no objective test for the theory of "accelerated age-related hearing loss" and it is impossible to diagnose someone with "accelerated age-related hearing loss." There is no diagnostic code for "accelerated age-related hearing loss" and the theory is unsupported by reliable scientific studies.

Fifth, tinnitus is subjective, common, and associated with a variety of factors. Tinnitus associated with noise occurs, if at all, at or near the time of the noise exposure. Tinnitus associated with noise rarely occurs in the absence of noise-induced hearing loss. A hallmark of tinnitus associated with noise is that it occurs in close proximity to hazardous noise exposure. Noise exposure cannot result in delayed onset of tinnitus or progression over-time long after the noise exposure event. Tinnitus that develops months or years after noise exposure cannot be attributed to that noise exposure. Nor can it be said that tinnitus can be a precursor to or symptom of noise-induced hearing loss that occurs later in time. In my experience, 95% of people with tinnitus develop coping strategies and have no significant problem with their tinnitus.

4

Sixth, traumatic brain injury (TBI) ranges from mild to severe. Mild TBI is subtler and often goes undiagnosed. It can cause a constellation of symptoms and problems, including problems with cognition, auditory processing, headaches, tinnitus, dizziness, insomnia, and poor concentration. There is a subset of patients with mTBI who do not recover quickly, or who do not recover fully or at all.

Seventh, military environments can include hazardous levels of noise. Noise-induced hearing loss is common in the military. The Army requires hearing protection at certain noise levels due to the risks of that noise. Moreover, it is possible for military noise to exceed the capabilities of any single hearing protection device or even double hearing protection.

## III.   OPINIONS

### A.   The Military Is Responsible For Instructions, Training, And Fitting Relating To Hearing Protection.

In my roles as Professional Supervisor of the Hearing Conservation Program at Ft. Lewis, Regional Director of the DoD Hearing Center for Excellence, and Assistant Program Director and Chief Otologist and Neurotologist at the Madigan Army Medical Center, I became familiar with the regulations governing the Army Hearing Conservation Program. Such regulations include DoD Instruction 6055.12 and DA PAM 40-501, as well as the various training and instructional tools at the disposal of Army Hearing Program managers. For purposes of this case, I will highlight certain provisions of 6055.12 that were in effect from approximately 1996 to 2010 and the provisions of DA PAM 40-501 that were in effect from 1998 to approximately 2015 as they relate to hearing protection devices.

### DOD 6055.12 (1996)

DoD Instruction 6055.12 applies to all branches of the United States military and represents the minimum requirements that all Hearing Conservation Programs must adhere to. In turn, each branch develops its own regulations that must meet or exceed the requirements of DoD Instruction 6055.12. Though many sections of DoD Instruction 6055.12 are critical to hearing protection and prevention, with respect to hearing protection devices, the instructions state:

6.6     Personal Hearing Protectors

6.6.1   The use of personal hearing protectors to limit noise exposure is considered to be an interim protective measure, while engineering control measures are being explored. Such devices shall constitute a permanent measure, only if engineering controls are not technologically, economically, or operationally possible.

6.6.2   The DoD Components shall issue personal hearing protectors free to all personnel who work in designated "hazardous noise areas" or operate noise-hazardous equipment.

6.6.3   All DoD facilities with hazardous noise areas and employing individuals trained in fitting of preformed earplugs shall maintain an adequate supply of all sizes of

approved preformed earplugs. All other facilities shall maintain disposable earplugs and muffs.

6.6.4   The hearing protectors provided must be capable of attenuating worker noise exposure below a TWA of 85 dB A. If hearing protectors do not provide sufficient attenuation, administrative control of exposure shall be necessary.

6.6.5   Personnel shall be allowed to choose personal hearing protectors from among those approved devices, available through supply channels unless medically contraindicated or inappropriate for a particular hazardous noise exposure. Local activities may choose not to maintain stocks of all approved devices, but will then inform individuals of their ability to choose other protectors. Enclosure 4 provides National Stock Numbers (NSNs) for earplugs, noise muffs, noise muff replacement seals, and noise muff replacement filters that have been approved by all Military Service medical authorities. That does not restrict the DoD Components from purchase of hearing protective devices not included on the list for special applications. Noise muffs with built-in radios that are designed for recreational listening must not be used in place of, or with, approved hearing protectors. Hearing aids must not be used in place of approved hearing protectors. Certain hearing aids may be used with over -the -ear hearing protectors after evaluation and approval by a military audiologist or otolaryngologist, on a case-by-case basis.

6.6.6   An earplug carrying case (NSN 6515-01-100-1674) must be provided at no cost with each set of preformed earplugs. That case can also be used for hand formed earplugs.

6.6.7   Preformed earplugs shall be fitted and issued only under the supervision of personnel who have been specifically trained to fit earplugs.

6.6.8   Personnel may use custom earplugs only if they cannot be properly fitted with approved hearing protectors or if a custom device is required for special circumstances. Preformed or custom molded musician's earplugs shall be provided to Service band members. In that instance, only audiologists, otolaryngologists, or trained medical technicians may take impressions of the ear necessary to make the custom earplugs.

6.6.9   Medically trained personnel must examine the fit and condition of preformed and custom earplugs at least annually.

6.6.10  Personnel shall receive adequate and effective training in the proper care and use of personal hearing protectors (enclosures 5 through 10).

6.6.11  Personnel working in or entering designated "hazardous noise areas" shall always carry hearing protectors. When noise sources are operating, personnel shall wear their hearing protection devices regardless of exposure time. All personnel exposed to gunfire or artillery fire in test or training situations must wear hearing protectors (enclosure 10).

6.6.12 The DoD Components must assess the adequacy of hearing protectors when used in very high noise environments or for extended exposure periods.

6.6.13 All levels of supervision and management, by personal example and precept, shall enforce the use of hearing protectors. Additionally, DoD Component programs should stimulate peer pressure to strengthen compliance. For noncompliance, management shall consider disciplinary action as a corrective measure against the offender and the supervisor.

### DA PAM 40-501

DA PAM 40-501 was the Army's effort to implement the requirements of DoD 6055.12. For example, as set forth in more detail under section 1-4, the hearing conservation program manager was tasked with ensuring that medically trained personnel fit individuals with preformed earplugs and then examine individuals at least annually to ensure proper earplug condition and fit. DA PAM 40-501 also noted that, while in combat, Servicemembers should wear hearing protectors, especially when firing weapons or riding in noisy vehicles or aircraft, but they should NOT wear hearing protectors when they impair necessary hearing, for example, with dismounted infantry operations. *See* DA Pam 40-501, 6-2(d)(2). This was because, in my experience, and as military audiologists have acknowledged, the military was concerned with balancing hearing protection and situational awareness as anytime a Servicemember wears hearing protection it affects that Servicemember's ability to hear his or her surroundings. (LTC Merkley Deposition p. 37).

Based on the DoD Instructions, DA PAM 40-501, and my experience with members of the Army Hearing Program, when using preformed earplugs, the Army required medically-trained personnel to do the initial fit of preformed hearing protection devices in Servicemembers followed by annual fittings. (DoD 6055.12, DA PAM 40-501, LTC Fallon Deposition pp. 759-760, LTC Merkley Deposition pp. 24-26, 31-35, LTC Battler Deposition pp. 23-24). In practice, this often resulted in, among other things, a "tug test" and a visual test by an audiologist or a technician to determine if the hearing protection device created a good seal. (LTC Merkley Dep. pp. 33-34). If, upon fitting the hearing protection device, the medically-trained personnel could not achieve a proper fit with the preformed hearing protection device, then the DoD Instructions and Army Pamphlet required medically- trained personnel to fit the service member with another hearing protection device that achieved a seal. (LTC Fallon Deposition p. 217, LTC Battler Deposition p. 24). It was well-known within the military audiologist community and among relevant medical staff that certain movements such as jaw movements could loosen hearing protection devices. *(See* LTC Merkley Deposition pp. 226-228). If a hearing protection device loosens, the wearer would immediately notice because the sound would be louder in one ear than the other. (LTC Merkley Deposition pp. 226-228, LTC Battler Deposition p. 62).

In addition to requirements related to hearing protection devices, the military (including the Army) also maintains regulations requiring that Servicemembers' hearing be monitored regularly. There are also reporting requirements for Servicemembers and their leaders to ensure that changes in hearing are appropriately reported. *See, e.g.* DoD 6055.12 (2004), section 6.8; DA Pam 40-501, Chapter 1, Section 1-4; Special Text, Chapter 1 Section 1, Chapter 3. As the

regulations make clear, and consistent with my own experience, such reporting is critical to maintaining the efficacy of a military unit, including in combat.

### Testing and Instructions

Based on my experience in the military, the Army Research Lab (ARL) or the U.S. Army Aeromedical Research Laboratory (USAARL) tested many, if not all, of the hearing protection devices that Servicemembers used. (Deposition of LTC Merkley p. 20). For example, I understand that the ARL conducted testing of the hearing protection device in this case, the CAEv2s. (Deposition of LTC Merkley, Exhibit 7). My experience is consistent with that of LTC Fallon, who was formerly the head of the Army Hearing Conservation Program. LTC Fallon agreed that information coming from the ARL, especially with respect to the CAEv2s, was the most important information to him in evaluating whether to use the device. (Deposition of LTC Fallon, pp. 129-131). Similarly, the Navy Medical Department Hearing Conservation Program Procedures indicate that when investigating any hearing protection product, the Navy should ensure that the product has been tested by an approved laboratory. An approved laboratory is "one that meets general industry accreditation standards and is not affiliated with a manufacturer or product." (Navy and Marine Corps Public Health Center Technical Manual NMCPHC – TM 6260.51.99-2, Navy Medical Department Hearing Conservation Program Procedures, September 2008, at C1.4.2.3).

Information from the ARL and other military entities was generally relied upon within the Army, especially because of the limited information that a Noise Reduction Rating (NRR) from the manufacturer provides. The NRR is determined by finding the average attenuation of the device in a small group of people. The NRR is not a real-world estimate of the function of the device. In fact, most recommend a 25% to 70% "derating" of the NRR. (DHHS (NIOSH) Publication No. 96-110.) Regardless of the design, it was understood within the military that earplugs are only effective if they are properly inserted and fit appropriately. In my experience, because an NRR is virtually meaningless outside of a lab, the military placed greater emphasis on its own testing over NRR values.

In addition to testing and selecting hearing protection devices, it has been my experience that the military undertook responsibility for providing instruction and training on the use of hearing protection. This training has often come from CHPPM (now known as the Army Public Health Command). The training materials came in the form of PowerPoint Presentations, instructions, and wallet cards. In my experience, I never observed the military relying upon instructions or testing from the manufacturer of the hearing protection devices to use in training Servicemembers or evaluating the device. According to the testimony in this case, my experience is consistent with that of LTC Eric Fallon, LTC Leanne Battler, and LTC Merkley. (Deposition of LTC Fallon pp. 42, 99, 107, 166, Deposition of LTC Battler p. 71-73).

More recently, the Hearing Center for Excellence has worked on providing training materials regarding hearing and hearing protection to Servicemembers. The HCE developed a set of training materials called HEAR—Hearing Education And Readiness.[1] The HEAR training materials provide Servicemembers, including Hearing Conservation Program Managers, with

---

[1]     hearing.health.mil/Resources/Training/Hearing-Education-and-Readiness-Course-or- HEAR.

pertinent information about noise-induced hearing loss, hearing protection devices, and the fit of those devices. The purpose of these training materials was to help Servicemembers understand the risks of hearing loss as well as to become better prepared in the use of hearing protection devices—two areas that the military identified as in need of improvement. In fact, this was a training module that I was personally involved in developing and thought would be useful to distribute to Servicemembers of all ranks.

To illustrate, in the required training module on hearing protection devices, the HCE notes that employers, including the military, must ensure that employees comply with DoD HPD requirements. The training materials also convey additional information:

- "The following factors may affect the attenuation of hearing protection devices: inadequate seal, poor fit, incorrect size, and other PPE interference with seal."

- "According to the Department of Veterans affairs, tinnitus and hearing loss are the two most prevalent service connected disabilities."

- "The consistent use of properly fitted hearing protection reduced hazardous noise exposure and your risk of developing a noise-induced hearing loss (NIHL). Other benefits are improved communication and relief from noise related annoyance. Proper selection of hearing protection based on individual need and/or mission is important to avoid overprotection, which may result in impaired communication and compromised situational awareness."

- "Most earplugs are not a one-size-fits all and require fitting for both ears to ensure they provide an adequate seal."

- "The amount of protection advertised by the Noise Reduction Rating or NRR is based on a "best fit" method that in reality is probably not how much protection you will actually receive from the earplug. In fact, because the amount of protection you will receive is not accurate, the National Institute for Occupational Safety and Health, along with the National Hearing Conservation Association, recommend personal fit testing to determine the amount of protection you actually receive from the hearing protection you use. Did you know? The NRR is determined in a laboratory! Due to the variability in how you might insert your hearing protection, the amount of noise reduction provided may actually be less."

- "The use of Fit Test equipment is a recommended best practice for DOD and may or may not be available at your location. Using such equipment allows you to know how much hearing protection you are receiving from your individual hearing protection device. This test provides you with a Personal Attenuation Rating, or PAR, measured while the hearing protection is inserted in your ears. This provides you an objective measurement of your earplug fit and immediate feedback on whether you have inserted your earplug properly. Check with your local hearing conservation office to see if fit testing is available."

- "Remember no hearing protection is not one-size fits all and it is important that you have both ears fit by trained personnel. You should also receive instructions on how to properly insert your hearing protection to ensure a seal is obtained. This is especially important when the earplug comes in multiple sizes. Select each category of hearing protection device to learn the advantages and disadvantages of each."

- "Depth of earplug insertion makes a difference as to how well your hearing is protected. Foam or hand-formed earplugs involve the greatest margin of error. Be sure to insert them deeply into the ears to ensure adequate protection."

In addition to providing general information about the use of hearing protection devices, the required training also provides data about the pros and cons of using one type of hearing protection device over another. *See* Appendix A (excerpts from training materials).

The required training also offers information for Hearing Conservation Program Managers, including by identifying the roles that the Program Managers play in implementing the Hearing Conservation Program. As specified in greater detail in the regulations, Hearing Conservation Program Managers bear responsibility for, among other things, ensuring that: (a) personnel are provided with hearing protection suitable for their needs and job responsibilities; (b) hearing protection, including preformed earplugs, is medically fit as applicable; (c) personnel are provided with hearing protection at no cost; and (d) the hearing protection issued will work appropriately in the noise hazardous operations expected. The training also emphasizes the role of the Hearing Conservation Program Manager in providing education about hearing prevention strategies.

The military was best situated to inform Servicemembers regarding the hearing protection devices it was issuing. The reason for this is twofold. First, under the regulations, the military was responsible for fitting and training Servicemembers, and therefore was having direct interactions with soldiers to assess the fit and use of those Servicemembers' hearing protection devices. Second, because the military had unique information about the roles in which each Servicemember would serve, they had the ability, through the training and fitting of hearing protection devices, to assess which device would best suit their purposes in combat or otherwise and what further instruction or fitting needed to be provided.

Despite this responsibility, in my experience, there were significant gaps in the training and fitting of hearing protection devices. First, it was my understanding that Servicemembers were often provided hearing protection and, in particular, preformed hearing protection, without instruction or individual fitting. This was especially true during the Rapid Fielding Initiative and when, for example, earplugs like the CAEv2 were distributed without instruction and fitting. (Battler Dep. pp. 107-108). This not only violated DoD policy but also had the practical effect of providing Servicemembers with hearing protection devices without medically-trained personnel fitting such devices and providing instruction on how to use them most effectively. That is highly problematic, as the fit of a hearing protection device informs in significant part the effectiveness of that device.

To use an analogy to make this point, weapons training is a critical component of the overall training efforts provided to Servicemembers. The military would never provide a

10

Servicemember with a weapon without first instructing the Servicemember on how to properly use the weapon. The military instructs Servicemembers on how to load weapons, fire weapons and, ultimately, use weapons in a way that maximizes the Servicemember's safety and effectiveness. Like weapons, hearing protection devices are tools that are critical to combat readiness and, unlike civilian users, Servicemembers must often use such devices under pressure and in combat scenarios. In order to achieve peak effectiveness of the hearing protection device, the military should be providing Servicemembers with the best tools and training at their disposal. During my time at the military, they did not.

Moreover, when Servicemembers were "fit" with hearing protection devices, in my experience the military primarily employed a tug test and a visual test during the fitting. These are appropriate tools for a Servicemember to use in the field to determine whether a preformed earplug is forming an appropriate seal. But in fittings conducted by medically-trained personnel, including audiologists, the military could also have used individual fit testing. During individual fit testing, a Servicemember will sit with hearing protection devices in while personnel control an external sound. The personnel will then slowly increase the amount of sound until the Servicemember indicates that they can hear the sound. This testing allows the personnel to confirm the level of attenuation that a particular hearing protection device provides on an individual level for ear Servicemember. Because ear canals are different, this is a preferred way for audiologists during fittings to evaluate whether a hearing protection device is achieving the appropriate level of attenuation. The military has inconsistently adopted the idea of fit testing, and as a result, very few Servicemembers are fit tested. Though this tactic has now been adopted in some circumstances, during my time at the HCE, my requests to implement this Army-wide were met with resistance.

## B.    The Military Values Medical Readiness Over Hearing Conservation

In addition to problems with the implementation of the Army Hearing Program, there are also issues with respect to the military's overall approach to hearing conservation and hearing loss prevention. The focus of the leadership in the military is on unit readiness—including medical readiness. The current senior leadership in the military has made that a primary focus since operations began in Iraq and Afghanistan. Medical readiness includes things like making sure that Servicemembers have hearing protection as a part of their uniform and that they have their hearing screened annually. Ultimately, the success or failure of any program is determined by the outcomes it achieves. The intended outcome of a hearing conservation program should be prevention of hearing loss. Instead, with a readiness focus, the outcome measures are things like how many Servicemembers wear hearing protection in a container on their uniform. Whether a Servicemember has hearing protection on their person is only part of the calculus—the more important part being ensuring that Servicemembers are fitted appropriately and trained on how to use the device properly in the field. The military reports medical readiness using a classification system with the acronym: PULHES. The "H" represents hearing. The military standard for hearing was not, until recently, based on practical or functional levels of hearing. A Servicemember can have barely functional hearing and still be "medically ready." When the acceptable standard includes hearing loss, hearing loss becomes acceptable.

C.      **Hearing and Hearing Loss**



In order to hear, sound waves enter the ear canal and cause movement of the tympanic membrane. This movement of the tympanic membrane is transmitted through the three hearing bones: malleus, incus, and stapes. The stapes moves in and out like a piston and creates a fluid wave in the cochlea. That fluid wave deflects hair cells within the cochlea. When bent, those hair cells generate an electrical signal that passes through the hearing nerve to the brain. The brain then processes/interprets the sound. So, there are two components to the hearing process: one mechanical (called conductive hearing) and one electrical (called sensorineural hearing). If someone has both sensorineural and conductive hearing loss, it is referred to as mixed hearing loss. Anything that interferes with the mechanical process will cause a conductive hearing loss. That can come from an earplug occluding the ear canal, wax occluding the ear canal, damage to the ear drum, damage to the hearing bones, fluid in the middle ear, etc.

Sensorineural hearing loss occurs most often as a result of damage to the hair cells within the cochlea. There are 15,000 to 20,000 hair cells in the cochlea. These hair cells line the cochlea and are arranged according to frequency. The cochlea is coiled for two and a half turns, similar to a snail shell. The hair cells near the apex of the cochlea are for low frequencies and the hair cells in the basal turn of the cochlea are for high frequencies. There are many factors which can cause damage to the hair cells: aging, excessive noise, genetics, certain chemicals, certain medications, congenital problems, certain illnesses, etc. When those hair cells are damaged, it results in sensorineural hearing loss. Hair cells located near the apex of the cochlea remain unaffected by noise exposure, which is why noise-induced hearing loss does not affect low frequencies. Instead, those hair cells remain protected from the mechanical force that's produced when noise enters the middle ear. Noise exposure over time will cause damage to the hair cells located in the basal turn, typically at the 4kHz range, because those hair cells are exposed to the mechanical force produced when noise enters the middle ear.

The primary frequencies for understanding speech and language are between 0.5kHz and 2kHz. There are several "formulas" for determining percentage of hearing impairment which can be of value when trying to add some objectivity to the degree of hearing impairment. However, there is no universally accepted formula and impairment ratings are not necessarily a reflection of functional hearing. The standard reporting system for hearing loss is based on the pure tone average (PTA). The PTA is determined by averaging the thresholds at 0.5 kHz, 1kHz, and 2kHz. Some people include 4kHz in the average (called a 4 frequency PTA). The most universally accepted classifications are as follows:

| Degree of hearing loss: | Threshold range: (dB) |
|---|---|
| Normal | -10 to 25 |
| Mild | 26 to 40 |
| Moderate | 41 to 55 |
| Moderately severe | 56 to 70 |
| Severe | 71 to 90 |
| Profound | Greater than 91 |

Multiple governmental authorities define normal hearing as occurring at 25 decibels (dB) and below. 25 dB was established as the cutoff for functional hearing loss because anything at or below 25 dB does not affect a person's ability to communicate. As a result, the military defines hearing loss as one or more thresholds exceeding 25 dB, when confirmed by an audiologist. (DoDi 6055.12, Hearing Conservation Program (HCP), Aug. 14, 2019.) Noise induced hearing loss brings about hearing loss in the higher frequencies. The National Institute for Occupational Safety & Health (NIOSH) defines material hearing impairment due to noise as an average of the thresholds for both ears that exceeds 25 dB at 1kHz, 2kHz, 3kHz, and 4kHz. (NIOSH Pub. No. 98-126; NIOSH Pub. No. 2008-102). The Occupational Health and Safety Administration (OSHA) uses the average of 2kHz, 3kHz, and 4 kHz. An average of 25 dB or more at those frequencies is considered a hearing loss. (29 CFR 1904.10(b)(2)(H)).

Additionally, multiple non-governmental organizations define normal hearing as occurring at 25 dB and below. The American Academy of Otolaryngology describes the "normal hearing" standard as -10 dB to 25 dB HL. The Council for Accreditation in Occupational Hearing Conservation also defines "normal hearing" as 0 to 25 dB HL. (CAOHC Hearing Conservation Curriculum Guide (2017)).

**D.    Hearing Testing**

1.    Audiograms

A diagnostic pure tone audiogram is typically performed in a sound dampened booth. In a diagnostic audiogram, the audiologist conducts the test one-on-one with the testee. The tone is presented at a specific frequency and a certain sound pressure level that is on a decibel (dB) scale. The decibel scale is a logarithmic scale and established based on testing of normative patients. The tones are presented at different dB levels until they are audible to the person being

tested. The lowest tone that is consistently recognized is recorded. Typically, the test will include 0.5kHz, 1kHz, 2kHz, 3kHz, 4kHz, 6kHz, and 8kHz – although there is some variation and not all frequencies are tested every time. That establishes the hearing "thresholds" which represent simply how loud a sound has to be for a person to hear it. Diagnostic audiograms are the gold standard in hearing tests. In the military, screening audiograms are relied on for determining hearing readiness and whether Servicemembers are fit for duty. All audiograms produce objective results but there is an element of subjectivity to them--specifically, audiograms rely on the subject to respond accurately to the tones when presented. That subjectivity is reduced by the method of testing.

Frequencies above 8kHz are not normally tested on audiograms. Such frequencies are not typically encountered in everyday life. Most everyday sounds fall between 250Hz and 6kHz and most speech falls between 500Hz and 3kHz. In fact, it is common - even among young people with normal hearing - to have thresholds above 25dB at frequencies above 8kHz. Hearing thresholds above 25dB at frequencies above 8kHz are not indicative of abnormal hearing.

The military uses multi-booth screening audiograms to conduct annual hearing tests as part of its Hearing Conservation Program. The use of multi-booth screening audiograms is standard across hearing conservation programs, both military and civilian. Screening audiograms are conducted by a computer and monitored by a licensed hearing technician or medically trained professional. The computer presents a tone to the testee through an audiometer. The audiometer usually starts with a soft tone - around 30 dB - and then slowly increases the level until the Servicemember physically responds to the sound. The computer then decreases and increases the volume of the sound to bracket the dB range where the Servicemember first responded. The computer completes this bracketing process multiple times at each frequency to ensure accurate results. If the Servicemember is providing inconsistent results, the computer notifies the audiologist who will then have the Servicemember retake the hearing test. If the Servicemember repeatedly provides inconsistent results, the audiologist will conduct a one-on-one diagnostic audiogram of the Servicemember.

Under DoD 6055.12, all Servicemembers are required to get reference audiograms. Service members must receive reference audiograms as soon as possible after entering the military and before exposure to hazardous noise. Reference audiograms are also taken to establish new baselines following exposures in noise duties. Reference audiograms are recorded on DD Form 2215 (see below). DD Form 2215 charts the results of the Servicemember's pure tone thresholds and also includes: (1) personal identifying information; (2) branch of service; (3) service duty occupation code; (4) examiner name, training number, service duty occupation code, and office symbol; (5) information on the audiometer--including when it was last calibrated; (6) type of personal hearing protection issued; and (7) a remarks section.

REFERENCE AUDIOGRAM
(This form is subject to the Privacy Act of 1974 - use Blanket PAS - DD Form 2005)

DD FORM 2215, JAN 2000    PREVIOUS EDITION MAY BE USED.    Adobe Professional 7.0

Under DoD 6055.12, all Servicemembers are also required to get annual audiograms. Annual military audiograms are recorded on DD Form 2216 (see below). DD Form 2216 charts the results of the Servicemember's pure tone thresholds and keeps track of any Significant Threshold Shifts (STS). The military defines an STS as an average change of +/- 10dB at 2kHz, 3kHz, and 4kHz relative to the reference audiogram. Shifts at 500Hz, 1kHz, and 6kHz are not included in the military's calculation of an STS because those frequencies are not affected by noise exposure. DD Form 2216 also includes sections on: (1) personal identifying information; (2) branch of service; (3) service duty occupation code; (4) examiner name, training number, service duty occupation code, and office symbol; (5) information on the audiometer--including when it was last calibrated; (6) type of personal hearing protection used; and (7) a remarks section. If the type of personal hearing protection a particular Servicemember uses is not listed

15

on the form, the Servicemember will mark "Other" and provide information to the audiologist on what type of personal hearing protection they use. The audiologist will note that in the "Remarks" section of the form. If a Servicemember complains of tinnitus or ringing in the ears at an annual audiology appointment, that information is further reflected in the "Remarks" section. The "Remarks" section may include pertinent information related to the Servicemember's noise exposure.



Pure tone audiograms, whether diagnostic or screening, are subject to some measure of test-retest variability. The generally accepted test-retest variability between two screening audiograms is +/-10-15 dB. The generally accepted test-retest variability between two diagnostic audiograms is +/-5dB.

2.      Speech Reception Thresholds

The first step in determining word recognition is to establish a speech reception threshold (SRT). SRT is used to gauge what level of speech is understandable by an individual. SRT testing is conducted by presenting the patient with various words using a spondee word list, typically read by a recorded male voice. The spondees words are words with two equally stressed syllables. The testing notes the softest level at which the patient can repeat the presented words. SRT testing is another way to obtain an understanding of a patients hearing levels or hearing loss. While there are checks for internal validity, SRT still has a subjective element in that it relies on the testees to respond honestly, to the best of their ability.

3.      Word Recognition Scores

Word recognition scores are obtained for each ear using phonetically balanced, monosyllabic words and are expressed as a percent correct. Those words are presented at a level 40dB higher than the individual's SRT. Word recognition scores can help clinicians understand the extent to which hearing loss may affect a patient's ability to understand speech. Word recognition scores are percentages of the correct words scored out of the number of words presented to the patient, and can be interpreted as follows: 90% and above is considered excellent, scores ranging from 78 to 88% are considered good, scores ranging from 66 to 76% are considered fair, scores ranging from 54 to 64% are considered poor, and scores below 52% are considered very poor. Word recognition testing has an element of subjectivity in that it relies on testees to respond honestly, to the best of their ability.

4.      Speech in Noise

A speech in noise (SIN) test measures an individuals' ability to perceive sounds in background noise.  The goal of a SIN test is to evaluate an individual's ability to process sound such that they can distinguish between useful information (speech) and irrelevant information (background noise). Accurate speech recognition in background noise requires both auditory and cognitive processes - meaning that it requires an individual to have a functional auditory system and nervous system. Functionally, comprehending speech in the presence of noise requires central nervous system involvement including, but not limited to, memory, intelligence, language skills, and attention. It is not uncommon for a patient to have difficulty understanding speech in noise, despite normal hearing thresholds. This is true of adults both with and without significant noise exposure history. SIN testing has an element of subjectivity in that it relies on testees to respond honestly, to the best of their ability. Because of these subjective factors, speech in noise testing is not typically relied on as a diagnostic tool or a predictor of hearing performance.

The relevance of a post-CAEv2 SIN test is difficult to assess without a baseline test prior to CAEv2 use. Additionally, the ability to detect speech in noisy backgrounds declines with age. Goossens *et al.* reports a decline in SIN performance in normal hearing individuals due to aging, beginning around middle age. (Goossens, Tine *et al.* "Masked speech perception across the adult lifespan: Impact of age and hearing impairment." Hearing research vol. 344 (2017)).

5.      Acoustic Reflex Testing

Acoustic reflex testing measures the reflex generated by the stapedius muscle in response to high intensity sounds or stimuli. When a sound is sufficiently intense (e.g. 70-90 dB above the threshold of hearing), the stapedius muscle contracts involuntarily. Acoustic reflex testing determines the lowest intensity level at which the stapedius will contract at each frequency in a given patient. Acoustic reflexes are a measurement of stapedius muscle contractions, not hearing thresholds. An elevated or absent acoustic reflex may help identify and differentiate between retrochochlear pathology and certain causes of conductive hearing loss.

Various factors can affect acoustic reflexes, including, ossicular abnormalities, otosclerosis, middle ear dysfunction, tympanic membrane perforation, facial nerve dysfunction, retrochoclear pathology (vestibular schwannomas), etc. Likewise, testing conditions can affect or otherwise limit acoustic reflex measurements; these include, proper placement of probes and physiological factors (jaw movements, jaw clenching, swallowing, talking, movement generally, etc.)

A relationship between elevated or absent acoustic reflexes and noise induced hearing loss has not been demonstrated. Indeed, in 2018, McGregor and colleagues demonstrated that acoustic reflexes were not pervasive as defined by the inability to demonstrate acoustic reflexes with a 95% confidence in at least 95% of normal hearing people. (McGregor, Kara D et al. "Acoustic reflexes are common but not pervasive: evidence using a diagnostic middle ear analyser." International journal of audiology vol. 57,sup1 (2018): S42-S50. ).

6.      Tympanometry

Tympanometry is an objective test of middle ear function. A tympanometer induces pressure in the ear canal, which causes movement of the tympanic membrane. It then records the resulting displacement. The results are plotted on a chart known as a tympanogram.

Tympanometry is not a hearing test. Rather, it provides information regarding factors such as tympanic membrane mobility, ear canal volume, the presence of middle ear fluid, tympanic membrane perforation, and negative pressure in the middle ear space as the result of Eustachian tube dysfunction. Fluid in the middle ear is a very common cause of abnormal tympanometry results.

7.      Distortion Product Otoacoustic Emissions

Distortion Product Otoacoustic Emissions (DPOAE or DPOAEs) reflect the function and integrity of the outer hair cells of the cochlea. DPOAE testing is conducted by placing a probe or earphone in a patient's ear, transmitting a tone via the earphone or probe to the inner ear, and measuring the tone or signal that is produced at a particular frequency. DPOAE testing is often used for newborns or children who may not be able to respond to pure tone hearing tests. DPOAE testing may also be effective in ototoxicity monitoring of certain drugs by conducting the testing before and after exposure, (i.e. obtaining DPOAEs for a patient before and after administration of ototoxic medications).  DPOAE testing is highly variable — including among patients with normal hearing. DPOAE tests should be repeated for test-retest reliability. In general, DPOAE testing is difficult to perform and many factors may interfere with the results.

DPOAE testing is very sensitive to external variables such as ambient noise, earphone or probe placement and fitting, patient movement, patient breathing, cerumen or ear wax in the ear canal, etc.  In addition to factors that affect DPOAE *testing*, evaluation of the results can also present challenges — for example, it can be more difficult to assess DPOAEs at the ultra-high frequencies, because patients typically produce varying results in this region. This is especially true as an individual ages. DPOAE results are also difficult to analyze in lower frequencies (1-1.5kHz) due to the interference of ambient noise.

In order to assign any meaning to DPOAE test results, there must be a baseline to compare the results with. In other words, in order to interpret or obtain any meaningful information from an individual's present-day DPOAE results you need to compare these results to DPOAE results prior to any hazard, exposure, or potential cause of any hearing injuries. For example, if there are no DPOAE test results prior to a Servicemember's CAEv2 use, then there is no way to attribute diminished or absent DPOAEs to military noise exposure while using the CAEv2.

It should further be noted that a DPOAE test is not considered a "hearing test" that measures hearing loss like an audiogram, nor does it definitively identify auditory injury. A patient or Servicemember may have diminished or absent DPOAEs and have normal hearing or otherwise report no difficulty with hearing. Likewise, a patient or Servicemember may have difficulty hearing or abnormal hearing and have robust or present DPOAEs. Additionally, there are many possible causes of reduced or absent DPOAEs — including, certain medications, hazardous noise, head and neck trauma, ear infections, among others. Further complicating matters, individuals with normal hearing can have absent and/or reduced DPOAEs. The likelihood of absent and/or reduced DPOAEs increases with age. (Murthy, Ashok V. and Kalyan, G Kirthi "Effects of ageing on otoacoustic emission." Indian journal of otolaryngology and head and neck surgery: official publication of the Association of Otolaryngologists of India vol. 65,Suppl 3 (2013)). In a 2013 study conducted by Murthy and Kalyan, 22% of healthy individuals aged 45 to 50 had absent DPOAEs with simultaneous normal pure tone audiograms. In that same study, 94% of healthy individuals aged 55 to 60 had absent DPOAEs with simultaneous normal pure tone audiograms. (Murthy & Kalyan, 2013).  This data supports the contention that DPOAEs naturally decline with age, even in individuals with clinically normal hearing. *See also* Glavin, Courtney Coburn et al. "Distortion Product Otoacoustic Emission (DPOAE) Growth in Aging Ears with Clinically Normal Behavioral Thresholds." Journal of the Association for Research in Otolaryngology: JARO vol. 22,6 (2021); Uchida, Yasue et al. "The effects of aging on distortion-product otoacoustic emissions in adults with normal hearing." Ear and hearing vol. 29, 2 (2008).

In short, while DPOAE testing — when conducted carefully (including by obtaining a baseline) and repeated for variability — may be a helpful clinical tool, it cannot be used in isolation to test hearing thresholds or diagnose auditory dysfunction.

### E.      Tinnitus

Any abnormal auditory perception is referred to as tinnitus. There are two types of tinnitus: objective and subjective. Objective tinnitus is very rare. Objective tinnitus is able to be heard by both the person suffering the tinnitus and an observer. Muscles spasms of the small

muscles in the middle ear, middle ear tumors, or other abnormalities of the circulatory system are examples of objective tinnitus.

Subjective tinnitus can only be heard by the patient. Subjective tinnitus cannot be measured, and, as a result, it cannot be objectively established whether the patient actually has the tinnitus or not. Nor can we objectively establish the extent of a patient's tinnitus. Subjective tinnitus is by far the most common type of tinnitus. No one has yet established the pathophysiology of tinnitus, which means we cannot say definitively where tinnitus comes from or what causes tinnitus. Almost everyone has had moments in life when their ears "ring." Often it occurs following exposure to a loud noise (e.g. a concert). That tinnitus usually stops after a short period - it is temporary. More than 50 million Americans report suffering from tinnitus, making it one of the most common health conditions in the United States. Of those 50 million individuals, 16 million report suffering from frequent tinnitus. Even among those Americans who suffer from frequent tinnitus, only a small percentage suffer from bothersome (as opposed to non-bothersome) tinnitus.

There is a long list of things which have been associated with tinnitus including various types of hearing loss, medications, fatigue, stress, anxiety, depression, allergies, TMJ, bruxism, vestibular disorders, impacted cerumen, infections, autoimmunity, metabolic disorders, blood vessel disorders, anemia, tumor-related disorders, head or neck injuries, TBIs, cerebral arteriosclerosis, migraines, and lifestyle habits such as nicotine usage, marijuana usage, and drinking excessively, among many others. I have extensive experience managing patients with tinnitus. In my experience, 95% of people with tinnitus develop coping strategies and have no significant problem with their tinnitus. Those who do struggle often have associated mental health issues and poor coping skills. Tinnitus, in my experience does not cause mental health issues, but mental health issues may make tinnitus more bothersome.

In some patients, I have had to remove tumors that develop on the balance nerve. In the process of resecting those tumors, the hearing nerve is transected. This means that there is no connection between the inner ear and the brain. Many of those patients will still have tinnitus. This means that the brain must be able to generate the tinnitus. This again highlights that it is not possible to definitively attribute tinnitus to any one thing.

### F.    Causes of Hearing Loss and Tinnitus

The below is an extensive, but not exhaustive, list of potential causes of hearing loss, tinnitus, and other auditory injuries.

1.    Presbycusis

Presbycusis, or age-related hearing loss, is a form of sensorineural hearing loss arising from aging of the inner ear. Presbycusis usually affects the high frequencies initially but can spread to lower frequencies with further aging. The frequencies most affected by presbycusis are those above 2kHz. Pure-tone audiograms usually present as a downward sloping, high-frequency sensorineural hearing loss. Hearing loss associated with presbycusis is generally bilateral, symmetrical, and slowly progressive. Presbycusis hearing loss can also be accompanied by a gradual onset of tinnitus. This tinnitus is usually bilateral. (Coelho, Claudia Barros et al.

20

"Classification of Tinnitus: Multiple Causes with the Same Name." Otolaryngologic clinics of North America vol. 53,4 (2020)). Poor speech discrimination and speech in noise results may also be seen.

        2.        Hazardous Noise Exposure

Exposure to hazardous levels of noise may cause a person to experience a temporary or permanent shift in hearing thresholds. These threshold shifts can be objectively measured by a pure tone audiogram, which is the gold standard for measuring hearing. A temporary threshold shift can reduce or disappear in time. If a temporary threshold shift does not completely disappear, it becomes a permanent threshold shift.  Where the shift does disappear, there has been no permanent change to the individual's hearing or permanent damage to their auditory system.

Temporary threshold shifts are defined as a temporary shift in auditory thresholds that can occur after a high level of noise, a situation in which most people would experience reduced hearing. The temporary shift in threshold values then returns to baseline levels. It is the policy of the military to retest any Servicemember that shows a threshold shift on an audiogram within 90 days in order to determine whether such threshold shift is temporary or permanent. (DoD 6055.12; DA-PAM 40-501).

Noise-induced hearing loss occurs, if at all, at or near the time of the noise exposure. It does not develop *de novo* when a person has not been exposed to noise in the proximate period. This hearing loss can be measured objectively by a pure tone audiogram. Noise exposure cannot cause hearing loss that manifests later in time. Further, noise exposure does not cause hearing loss to grow progressively worse after the noise exposure. The scientific literature does not support a time lag or progression of noise-induced hearing loss long after the noise exposure event. (Humes, Larry E. *et al*. "Noise and Military Service: Implications for Hearing Loss and Tinnitus." Washington, DC: The National Academies Press. (2006); Gopinath, Bamini *et al*. "Workplace noise exposure and the prevalence and 10-year incidence of age-related hearing loss." PloS one vol. 16,7 e0255356 (2021)). Once an individual is removed from the hazardous noise, any changes in their hearing or auditory system cannot be said to be connected to or affiliated with the prior potentially hazardous noise. In other words: when the noise stops, and risk associated with the noise stops along with it.

Tinnitus associated with noise is usually associated with noise-induced hearing loss. It is rare to see tinnitus associated with noise in the absence of noise-induced hearing loss. Similar to noise-induced hearing loss, tinnitus associated with noise first manifests proximally to the noise exposure. Tinnitus associated with noise is immediate. It does not show up weeks, months, or years after a noise exposure. Tinnitus associated with noise is usually bilateral, continuous, and high-pitched. (Coelho, 2020).

        3.        Blasts & Acoustic Trauma

Acoustic trauma is a blast at a sound pressure level that is not noise. Acoustic trauma has been associated with hearing loss and immediate tinnitus. For instance, if a Servicemember is within close proximity to an IED when it explodes it can cause an acoustic trauma that may

result in ruptured eardrums, ear pain, immediate tinnitus, and immediate hearing loss. The acoustic trauma can cause a completely flat loss that results in a "dead ear." However, there are various patterns of hearing loss that can result from acoustic trauma including upward sloping, downward sloping, peaked, and flat. Permanent sensorineural hearing loss is among the most prevalent types of blast-trauma related auditory injuries, accounting for 34-54% of auditory injury. (Kuchinsky, Stefanie E. *et al*. "Objective and Subjective Auditory Effects of Traumatic Brain Injury and Blast Exposure in Service Members and Veterans." Frontiers in neurology vol. 11 613 (2020)).

Blasts cause an immense pressure wave that affects the entire body, including the brain, head, neck, and inner ear. It is the pressure from the blast that results in injury. In my experience, I have observed Servicemembers experience post-blast symptoms including ear pain, tinnitus, hearing loss, aural fullness, bleeding from the ear, vertigo, hyperacusis, dizziness, headache, disturbed balance, tympanic membrane perforation, among other symptoms. Blast waves can also result in loss of consciousness, traumatic brain injury, and labyrinthine concussion.

Servicemembers exposed to blasts that result in any of the above symptoms should be treated by medical professionals as soon as feasible. Servicemembers should report any auditory or cognitive symptoms to such medical professionals as such symptoms can impact military medical readiness. The Servicemember should be taken out of active service if any of the above symptoms are found to impact military readiness.

4.    Traumatic Brain Injury

Traumatic brain injury (TBI) is a condition that develops secondary to concussive trauma to our heads. Our brains "float" inside our skulls in cerebrospinal fluid. When our heads strike an object with enough force, the brain shifts and can strike the skull. If severe enough, this causes damage to the brain. Even if the head does not strike an object, exposure to a concussive wave - such as a large explosion - can cause the same sort of injury to the brain. These injuries vary in severity. The wars in Iraq and Afghanistan have increased our understanding of TBI dramatically. Early in this conflict, our soldiers were exposed to a large number of improvised explosive devices (IEDs). The improvement in body armor protected our soldiers from fatal injuries and allowed them to survive significant blast injuries. This increased survival rate lead to a dramatic increase in the incidence of TBIs. Severe TBI is often fatal and typically obvious. It involves open head injuries and skull fractures. Mild TBI (mTBI) is subtler and often goes undiagnosed. I have been engaged in research trying to increase the accuracy and ease with which mTBI is diagnosed.

Mild TBI can cause a constellation of symptoms and problems. This includes problems with cognition (memory and executive processing), auditory processing, headaches, tinnitus, dizziness, insomnia, poor concentration, etc. Typically, people who experience mTBI recover over a period of 3-6 months. Repeated physical trauma during that period of recovery increases the likelihood of suffering a repeat TBI and can exacerbate the severity of symptoms. There is a subset of patients with mTBI who do not recover quickly, or who do not recover fully or at all. Comorbidities, such as mental health disorders, can increase the likelihood of long-term sequelae from mTBI.

Research on low-level blast exposures shows that repeated exposure to even low-level blasts can cause neurological trauma. Low-level blast exposures cause neurotrauma associated with other symptoms that include hearing loss, tinnitus, cognitive problems, and sleep problems. Studies found this true even without any diagnosis of TBI or only a mild TBI diagnosis. (Boutté, Angela M. *et al*. "Neurotrauma Biomarker Levels and Adverse Symptoms Among Military and Law Enforcement Personnel Exposed to Occupational Overpressure Without Diagnosed Traumatic Brain Injury." JAMA network open vol. 4,4 e216445 (2021); Modica, Claire M. *et al*. "Hearing Loss and Irritability Reporting Without Vestibular Differences in Explosive Breaching Professionals." Frontiers in neurology vol. 11 588377. 16 Dec. 2020; Tate, Charmaine M *et al*. "Serum brain biomarker level, neurocognitive performance, and self-reported symptom changes in soldiers repeatedly exposed to low-level blast: a breacher pilot study." Journal of neurotrauma vol. 30,19 (2013): 1620-30).

Research also indicates mild blast exposure causes long-term changes in brain volume, which has functional consequences on memory and executive function. (DoD, Seventh Annual Department of Defense State-of-the-Science Meeting, The Neurological Effects of Repeated Exposure to Military Occupation Blast, Implications for Prevention and Health, 12-14 March 2018). Further, studies indicate that primary blast exposure decreases the brain's resilience to subsequent blasts. (Effgen, "Primary Blast Exposure Reduces Brain Tolerance to Subsequent Blast," IRCOBI Conference 2015, at 1-2). Research on the impact of TBIs on tinnitus shows that the incidence of tinnitus associated with TBI is at least double that of noise-induced or age-related causes of tinnitus. Further, mTBI is reported to be associated with up to a 75.7% incidence of tinnitus. (Clifford, Royce E *et al*. "Impact of TBI, PTSD, and Hearing Loss on Tinnitus Progression in a US Marine Cohort." Military medicine vol. 184, 11-12 (2019), 184).

5.    Infections

Infections, such as otitis media, can result in a conductive hearing loss and tinnitus. Symptoms of infection may include earaches, decreased hearing, redness or bulging of the tympanic membrane, fluid buildup, and tinnitus, among others. During an active infection, a patient's hearing may fluctuate. (Katz, J. *et al*. (2015) Handbook of Clinical Audiology, Seventh Edition. Wolters Kluwer Health, at 43). Usually when the infection resolves, the infection-related tinnitus resolves. However, some patients continue to experience tinnitus after the infection has cleared. (Coelho, 2020). Sinus infections and other causes of congestion can also results in conductive hearing loss and tinnitus. Viral infections including HIV, HSV, measles, varicella zoster virus, mumps, among others, can result in sensorineural hearing loss and tinnitus. Bacterial infections—including bacterial meningitis, severe otitis media, and skull-base osteomyelitis—can also cause sensorineural hearing loss and be associated with tinnitus.

6.    Ototoxicity

Ototoxicity refers to the ability of a drug or medication to damage the inner ear causing auditory damage such as hearing loss, tinnitus, poor balance, and other vestibular issues. Types of drugs that can cause ototoxicity include salicylates, aminoglycoside antibiotics, macrolide antibiotics, vancomycin, loop diuretics, certain chemotherapeutic agents, certain illicit drugs, and quinine, among others. Ototoxic drugs usually cause a reduction in high-frequency hearing before causing any reduction to the speech range. (Katz, J. *et al*. (2015) Handbook of Clinical

23

Audiology, Seventh Edition. Wolters Kluwer Health, at 43). Certain antibiotics and toxic solvents can cause a flat hearing loss. Hearing loss caused by ototoxicity is usually bilateral and symmetrical and often presents with associated tinnitus. (Coelho, 2020).

7. Autoimmune

Autoimmune disorders are commonly associated with hearing loss and tinnitus. Autoimmune disorders occur when the body's immune system attacks healthy tissue and causes inflammation. Hearing loss associated with immune system dysfunction is generally referred to as immune-mediated inner ear disease (IMIED). IMIED presents in two forms: primary, meaning only the ears are involved, and secondary, meaning one or more additional organs or organ systems are involved. IMIED can occur in the absence of a diagnosed autoimmune disease. IMIED hearing loss can also be accompanied by tinnitus and vestibular symptoms including dizziness, lightheadedness, and ataxia. (Ciorba, Andrea et al. "Autoimmune inner ear disease (AIED): A diagnostic challenge." International journal of immunopathology and pharmacology vol. 32 (2018)). Individuals with IMIED may also manifest physiological comorbidities such as depression, anxiety, PTSD, and reduced sleep quality.

Immune-mediated hearing loss typically manifests as a rapidly progressive sensorineural hearing loss in both ears, although it may be unilateral. It typically affects all frequencies, including the lower frequencies, and may fluctuate over time.  It may also affect only the lower frequencies or only the higher frequencies. Immune-mediated hearing loss will often follow a pattern of decline with partial recovery followed by another decline, progressing in a "stair step" pattern. It often affects the ears' ability to discriminate speech. It is also often associated with tinnitus. If identified early, or if the autoimmune disorder is treated with immune modulating medications, the hearing loss may stabilize or improve. The hearing loss may also be treated with steroids.

Hearing loss that develops in the presence of a systemic autoimmune disorder is suggestive of IMIED. The inner ear is very susceptible to the body's immune system. There are a variety of underlying comorbidities such as iron deficiency anemia, chronic kidney disease, systemic lupus erythematosus, diabetes mellitus, skin diseases, osteoporosis, arthritis, thyroid disorders, and other gastrointestinal and rheumatological diseases, which often occur simultaneously with hearing loss and tinnitus in IMIED. (T. Mijovic *et al*., *Autoimmune sensorineural hearing loss: the otology-rheumatology interface*, Rheumatology, 52: 780-789 (2013)). There is also a significant association between adults with atopic dermatitis and autoimmune diseases. Multiple studies have concluded that those with atopic dermatitis are more likely to possess multiple autoimmune diseases, including systemic lupus.

A diagnosis of IMIED is indicated when a patient develops hearing loss while also suffering from an autoimmune disorder. However, IMIED can occur without also having a specific autoimmune disorder diagnosis. Lab tests reflective of an overactive immune system may help confirm the diagnosis. In addition, certain patterns of hearing loss are suggestive of IMIED even when there has not been a confirmed diagnosis of a systemic autoimmune disorder. Rapidly progressive, bilateral, sensorineural hearing loss across all frequencies is strongly suggestive of IMIED. The hearing loss may be unilateral, but the typical pattern is bilateral.

IMIED also frequently presents with tinnitus. One study on primary IMIED demonstrated that, in addition to hearing loss, tinnitus was present in up to 50% of patients.  (T. Mijovic *et al*., *Autoimmune sensorineural hearing loss: the otology-rheumatology interface*, Rheumatology, 52: 780-789 (2013)). Another study found that 77% of patients with autoimmune disorders and associated hearing loss also suffered from tinnitus. (Psillas, George *et al*. "Audiological Patterns in Patients with Autoimmune Hearing Loss." Audiology & neuro-otology, 1-10. 10 Sep. 2021).

8.      Otosclerosis

Otosclerosis is a condition that causes hearing loss and tinnitus due to abnormal bone remodeling. The inner ear is contained within the densest bone in the body, called the otic capsule. Whereas every other bone in our bodies is constantly undergoing a process of remodeling, the otic capsule does not. In the case of otosclerosis, an area of the otic capsule attempts to remodel. Since it does not have the normal structure that allows remodeling, it creates an area of new bone growth. This occurs near the smallest of the middle ear hearing bones called the stapes. This new bone growth fixes the stapes in place and does not allow it to vibrate. When the stapes does not vibrate, sound cannot travel through the middle ear to the inner ear, causing a mechanical hearing loss (conductive hearing loss). Otosclerosis is associated with measles infections, stress fractures, and autoimmune disorders, among other things. On a hearing test, otosclerosis is characterized by a pan frequency conductive hearing loss with a "Carhart's notch" on diagnostic audiograms. A Carhart's notch is a depression of bone conduction thresholds classically at 2 kHz. The Carhart's notch is a classic indication of otosclerosis. Otosclerosis is a fairly common phenomenon, affecting millions of people.

9.      Meniere's Disease

Meniere's disease is an inner ear disease characterized by attacks of vertigo lasting 20 minutes to 12 hours. Meniere's disease usually presents with low to mid-frequency sensorineural haring loss unilaterally. It can also present with fluctuating hearing loss, tinnitus, and aural fullness. Tinnitus usually sounds like a low-pitched buzzing. Diagnostic criteria for Meniere's disease includes: (1) two or more spontaneous attacks of vertigo, each lasting 20 minutes to 12 hours; (2) audiometrically detected fluctuating low to mid-frequency sensorineural hearing loss before, during, or after the episodes of vertigo; (3) fluctuating aural symptoms such as tinnitus or aural fullness; and (4) other causes excluded by testing. (Basura, Gregory J *et al*. "Clinical Practice Guideline: Ménière's Disease." Otolaryngology--head and neck surgery: official journal of American Academy of Otolaryngology-Head and Neck Surgery vol. 162,2_suppl (2020), at S1).

10.      Metabolic Disorders

Diabetes is associated with sensorineural hearing loss. Diabetes can damage small blood vessels and nerves of the inner ear, leading to sensorineural hearing loss. The cochlea is a target of hyperglycemia. Abnormal blood glucose levels can damage the cochlea resulting in hearing loss and tinnitus. Hearing loss is twice as prevalent in individuals with diabetes as it is in age-matched individuals without diabetes. Even people with prediabetes have a higher rate of hearing loss than people with normal blood sugar levels.

Patients with diabetes usually present with low-frequency hearing loss that may or may not be accompanied by mid or high-frequency hearing loss. For similar reasons, thyroid disorders can also damage the cochlea resulting in hearing loss and tinnitus. Hearing loss associated with hypothyroidism usually presents as bilateral, mild to moderate, with a flat audiogram. (Coelho, 2020).

11.    Acoustic Tumors

Acoustic tumors can also cause hearing loss and are associated with tinnitus. Types of tumors that can affect the ear include vestibular schwannomas, meningiomas, adenomas, hemangiomas, and glomus tumors, among others. Magnetic resonance imaging (MRI) is used to identify and diagnose acoustic tumors. Pure tone audiometry should also be considered to identify acoustic tumors. Acoustic tumors often present with unilateral or asymmetrical hearing loss. (Katz, J. et al. (2015) Handbook of Clinical Audiology, Seventh Edition. Wolters Kluwer Health, at 42). Glomus tumors are the most common tumors of the middle ear. Clinical manifestations of glomus tumors include hearing loss, tinnitus - which can be pulsatile, dizziness, facial palsy, dysphagia, otalgia, headache, hoarseness, and pain. Physical exam may reveal a red, pulsatile mass in the middle ear.  (Coelho, 2020). Acoustic neuromas or vestibular schwannomas are rare and can be removed surgically. Any patient with auditory asymmetry should undergo imaging to rule out retrocochlear pathology.

12.    Genetics

There are numerous genetic and congenital causes of hearing loss. Genetic hearing loss can be syndromic - associated with a recognized syndrome or disorder - or appear in the absence of any syndrome or disorder. Some of the genetic causes include Usher syndrome, Pendred syndrome, Waardenburg syndrome, Treacher Collin syndrome, Paget's disease, mitochondrial deafness, and nonsyndromatic hereditary hearing loss, among others. (Katz, J. et al. (2015) Handbook of Clinical Audiology, Seventh Edition. Wolters Kluwer Health, at 490). The medical community now recognizes hundreds of genes that cause hearing loss. Those genes have variable penetrance and expression. Meaning, they may vary in how severe the symptoms are and how strongly they are passed on. Genetic causes of hearing losses may present with varying types and configurations of hearing loss: complete deafness, delayed (adult onset) hearing loss, high frequency hearing loss, mid-frequency hearing loss, or flat hearing loss, among others, with varying levels of severity (mild to profound).

13.    Cerumen

Cerumen or "earwax" is a naturally occurring substance that can be found in the external auditory canal.  Although usually harmless, excess cerumen can result in conductive hearing loss, tinnitus, aural fullness, otalgia, ear discharge, odor, cough, and itching. Hearing loss caused by cerumen buildup can usually be resolved by removal of the excess cerumen by a medical professional. (Schwartz, Seth R *et al*. "Clinical Practice Guideline (Update): Earwax (Cerumen Impaction)." Otolaryngology--head and neck surgery: official journal of American Academy of Otolaryngology-Head and Neck Surgery vol. 156,1_suppl (2017), at S2).

14.    Migraines

Migraines are also significantly associated with tinnitus.  Atypical migraine, or vestibular migraine, is a common disorder.  It does not require an actual headache to be diagnosed. Tinnitus has been reported to be present in about 46% to 68% of cases of vestibular migraine. Clinical presentation of migraines may also include headache, visual aura, photophobia, phonophobia, fluctuating hearing loss, aural fullness, and tinnitus. (Coelho, 2020). Studies have shown that the risk of tinnitus and other cochlear disorders is significantly higher among patients with a history of migraines. (Hwang, Juen-Haur *et al*. "Association of Tinnitus and Other Cochlear Disorders With a History of Migraines." JAMA otolaryngology-- head & neck surgery vol. 144,8 (2018)).

### 15.    Somatic Tinnitus

Somatic tinnitus, also known as somatosensory tinnitus, is a subtype of subjective tinnitus that is influenced by input from the cervical spine or temporomandibular area. There are various diagnostic criteria that can suggest a somatosensory influence on a patient's tinnitus — including, a patient's ability to modulate the volume or pitch of their tinnitus via certain voluntary movements (including movement of the head, neck, jaw, or eyes and/or pressure on myofascial trigger points). (Ralli, Massimo *et al*., "Somatic Modulation of Tinnitus: A Review and Some Open Questions." Otolaryngology Open J., 2(4), 111-114 (2016); Michiels, Sarah, Somatic/Somatosensory Tinnitus (2019)). However, modulation is not an absolute requirement for somatic tinnitus. (Michiels, Sarah *et al.*, Diagnostic Criteria for Somatosensory Tinnitus: A Delphi Process and Face-to-Face Meeting to Establish Consensus, Trends in Hearing, Volume 22: 1-10 (2018)).

In addition to tinnitus modulation, other criteria may be considered in diagnosing somatic tinnitus, such as: (i) simultaneous complaints of neck or jaw pain and tinnitus, (ii) variation of tinnitus pitch, locations, and/or loudness, (iii) tinnitus accompanied by certain symptoms or conditions, such as, TMJ, increased muscle tension in the sub-occipital muscles, frequent pain in the cervical spine, head or shoulder girdle, muscle tension in the extensor muscles of the cervical spine, teeth clenching, and/or dental disease. (Michiels, Sarah, "Diagnosing and Managing Somatic Tinnitus." Audiology Feature, Vol 29, No 5 (2020)). Treatment of these accompanying conditions or symptoms can often successfully treat the patient's somatic tinnitus. In my practice, patients with any of these features are referred to physical therapy for treatment.

Somatic tinnitus is widespread among tinnitus sufferers. Fortunately, somatic tinnitus is associated with a good prognosis for relief of the tinnitus. Additionally, somatic tinnitus is completely unassociated with noise-exposure.

### 16.    Sudden Sensorineural Hearing Loss

Sudden sensorineural hearing loss is characterized by a rapid loss of hearing over a matter of hours or days (less than 72 hours). (Coelho, 2020). The majority of sudden sensorineural hearing loss is idiopathic - meaning it has no identifiable cause. However, sudden sensorineural hearing loss can result from immune-mediated inner-ear disorders. It is also associated with posterior circulation events, coagulation disorders, neoplasms, demyelinating disease, and various infections. (*See* Schreiber, Benjamin E et al. "Sudden sensorineural hearing loss." Lancet (London, England) vol. 375,9721 (2010)) Sudden sensorineural hearing loss may

appear on an audiogram as a flat or high frequency loss and is associated with symptoms such as aural fullness, tinnitus, dizziness, and other vestibular symptoms.

17.     Superior Canal Dehiscence

Superior canal dehiscence is a result of an abnormal opening - the "third window" - in the thin bone that covers the superior canal of the inner ear. (Ward, Bryan K et al. "Superior semicircular canal dehiscence syndrome: Diagnostic criteria consensus document of the committee for the classification of vestibular disorders of the Bárány Society." Journal of vestibular research: equilibrium & orientation vol. 31,3 (2021): 131-141). Such dehiscence may be present from birth but can also be caused by certain infections, head trauma, or be idiopathic. Superior canal dehiscence causes low frequency, conductive hearing loss that is accompanied by dizziness, vertigo, autophony, aural pressure, hyperacusis, headache, and tinnitus. (Katz, J. *et al.* (2015) Handbook of Clinical Audiology, Seventh Edition. Wolters Kluwer Health, at 181-82). In addition, intracranial hypertension and other sources of intracranial pressure can put further pressure on the already thin bone, which can cause or exacerbate existing dehiscence.

18.     Benign Growths

In addition to acoustic tumors, benign auditory growths can also result in hearing loss and tinnitus. For example, exostoses - also known as Surfer's Ear - is a condition where the bone of the ear canal develops bony growths called exostoses. (House, John W, and Eric P Wilkinson. "External auditory exostoses: evaluation and treatment." Otolaryngology--head and neck surgery: official journal of American Academy of Otolaryngology-Head and Neck Surgery vol. 138,5 (2008): 672-8). This condition is primarily caused by prolonged exposure to cold water or wind. The exostoses grow in the ear canal and block off the opening to the ear canal resulting in a conductive hearing loss and tinnitus. Hearing loss associated with Surfer's Ear may start out as a low frequency loss but can progress to a flat loss across all frequencies as the exostoses grow. Exostoses can be surgically removed through a procedure known as a canalplasty. Surfer's Ear is associated with symptoms such as tinnitus and recurrent otitis media.

Cholesteatoma is another example of a growth that causes hearing loss and tinnitus.  In the instance of cholesteatoma, trapped squamous epithelial cells become embedded behind the eardrum resulting in conductive hearing loss and tinnitus. (Bhutta, Mahmood F et al. "Cholesteatoma." BMJ (Clinical research ed.) vol. 342 d1088. 3 Mar. 2011). Cholesteatoma can result from trauma, tympanic membrane perforation, Eustachian tube dysfunction, or can be congenital. Cholesteatomas start out with low frequency hearing loss but can progress to flat hearing loss across all frequencies as the cholesteatoma grows. Cholesteatomas can cause symptoms including hearing loss, tinnitus, ear drainage, recurrent ear infections, aural fullness, dizziness, and ear pain, among other symptoms. (Coelho, 2020).

**G.     Hidden Hearing Loss**

Occasionally, patients will present normal hearing thresholds, but with the complaint of difficulty understanding speech in noisy environments. Over the years, there have been many different theories as to why that happens. One recent theory hypothesizes that something,

possibly noise, causes damage to the neural pathway between the inner ear and the brain without effecting the hair cells in the inner ear. This has been referred to as "noise-induced hidden hearing loss" or "cochlear synaptopathy." This hypothesis has been explored in animal models and limited post mortem studies. However, it has not been demonstrated to cause hearing problems in humans with normal audiometric thresholds. In addition, there is no established test battery or diagnostic criteria for hidden hearing loss. It is not, at present, a generally accepted medical diagnosis. In other words, it is impossible to diagnose a patient with "noise-induced hidden hearing loss." It is more likely that the problem is due to the established fact that background noise competes with our ability to understand consonants. Therefore, nearly everyone has more difficulty understanding speech in the presence of background noise. Moreover, the ability to detect speech in noise depends not only on sound perception but central processing of that sound.

In a 2019 paper, Bramhall *et al*. synthesized the existing data on "cochlear synaptopathy" and any potential impact on the human auditory system. Bramhall *et al*. identified only five studies that showed evidence consistent with "synaptopathy" and twelve studies that did not show evidence consistent with "synaptopathy." The number of individuals evaluated in the studies that showed evidence consistent with "synaptopathy" totaled only 228 whereas the number of individuals evaluated in the studies that did not show evidence consistent with "synaptopathy" totaled 819. (Bramhall, Naomi *et al*. "The search for noise-induced cochlear synaptopathy in humans: Mission impossible?" Hearing research vol. 377 (2019)). In the studies that did not show evidence consistent with "synaptopathy," the tests performed included Wave 1 Auditory Brainstem Response, Speech in Noise/Speech Perception in Noise, Envelope Following Responses, and SP/AP noting no link between noise exposure and the results of those tests. (Bramhall, 2019).

The hypothesis of "noise-induced hidden hearing loss" is not widely accepted in the medical or audiological community, and it cannot be said that noise exposure can result in hearing loss or changes in a patients hearing down the line. Noise-induced hearing loss occurs in proximity to the noise exposure, not months or years later.

## H.     Accelerated Age-Related Hearing Loss

It is also theorized that the same damage to the neural pathway between the inner ear and the brain referenced above (i.e. cochlear synaptopathy) may accelerate presbycusis. This theory is referred to as accelerated age-related hearing loss. Similar to the theory of hidden hearing loss, the theory of accelerated age-related hearing loss is not generally accepted in the medical field nor is it a medical diagnosis. There is no diagnostic code for accelerated age-related hearing loss. Not only has the damage to the neural pathway between the inner ear and the brain not been demonstrated in humans, but there are no scientifically proven links between such damage and acceleration of presbycusis.

An oft-cited study on the concept of accelerated age-related hearing loss was conducted by Gates *et al*. in 2000. (Gates, G A *et al*. "Longitudinal threshold changes in older men with audiometric notches." Hearing research vol. 141,1-2 (2000)). That study included 203 men aged 58 to 80 with noise notched audiograms and a history of noise exposure. Among other flaws, that study lacked a control group and did not account for any intervening noise exposure in the time

29

period where the audiograms were being conducted.  Additionally, the results of that study were specifically limited to apply only to "the 15 year span in people from 58 to 83 years at the first hearing test and 72 to 95 years at the second test, and should not be extrapolated to other age groups or time spans."

More recent studies regarding the theory of accelerated age-related hearing loss have found it not to be supported by credible scientific evidence. A longitudinal study of this phenomenon conducted by Lee *et al.* in 2005 concluded that "[t]he rates of threshold change for subjects with a positive noise history were not statistically different from those with a negative noise history." (Lee, Fu-Shing *et al.* "Longitudinal study of pure-tone thresholds in older persons." Ear and hearing vol. 26,1 (2005)). A 2006 report entitled "Noise and Military Service" conducted by the Committee on Noise-Induced Hearing Loss and Tinnitus Associated With Military Service from World War II to the Present, also addressed this issue.  George Gates, the chief author of the 2000 study cited in support of the theory of age-acceleration, was a member of the Committee that produced this report.  In the report, the Committee concluded that "[t]here is not sufficient evidence from longitudinal studies in laboratory animals or humans to determine whether permanent noise-induced hearing loss can develop much later in one's lifetime, long after the cessation of that noise exposure." The Committee also concluded "it was unlikely that such delayed effects occur. (Humes, Larry E. *et al.*, Noise and Military Service, Institute of Medicine of the National Academies, (2006)). Similarly, a 2016 study conducted by Hederstierna and Rosenhall concluded that there was no significant difference in hearing decline at any frequency in older persons with and without noise exposure. "The concept of different patterns of hearing decline between persons exposed and not exposed to occupational noise could thus not be verified."

In short: (i) the theory of accelerated age-related hearing loss is not widely accepted in the medical or audiological community, (ii) accelerated age-related hearing loss is not a medical diagnosis, (iii) studies that explored the hypothesis of accelerated age-related hearing loss are limited, flawed, and cannot be extrapolated to conclude that any one person is suffering from "accelerated age-related hearing loss," and (iv) as explained above, noise induced hearing loss occurs close in time to the underlying hazardous noise exposure.

## I.     Medical Decision Making

When evaluating, diagnosing, or treating patients, medical providers typically rely on their clinical experience and other well-accepted sources of scientific or medical information. Those sources, however, must be reliable. For example, medical providers often consider medical research that is published in peer-reviewed journals. The peer review process often involves subjecting medical research to judgment for scientific merit by other experts in the field and thereby serves as a check on the research's trustworthiness. And even then, peer reviewed literature must be scrutinized and assessed carefully, including with respect to the journal's reliability, the article's purpose, and the study's methodology. Unlike well-conducted medical or scientific research accepted in the field, internal company documents and correspondence may be for varying internal purposes and are not subject to the same review and analysis that goes with the type of research clinicians generally rely upon in my experience. As such, in my experience, internal company documents are not the types of materials relied upon by medical

providers when evaluating, diagnosing, or treating patients. *See* Corbridge, R.J. (2011). Essential ENT (2nd ed.), at 1-11.

### J.      Military Noise Exposure and Hearing Protection

The Army requires personnel to wear hearing protection when exposed to impulse noise levels between 140 and 165 dBP. (DA PAM 40-501). The Army also requires hearing protection for steady state noise levels between 85 dB A and 103 dB A. At impulse noise levels above 165 dBP, and steady state noise levels above 103 dB A, the Army requires the use of double hearing protection. Double hearing protection is earplugs and a helmet, or earplugs and noise muffs. In combat, these requirements may change based on the need to wear other protective combat equipment and maintain situational awareness.

Military environments can include hazardous levels of noise. Certain military noise exceeds the capabilities of any single hearing protection device and can even exceed the capabilities of double hearing protection. Noise-induced hearing loss is common in the military. Annual testing of military Servicemembers shows that they have significant threshold shifts at higher rates than considered appropriate in industrial hearing conservation programs. (Humes, Larry E. et al. "Noise and Military Service: Implications for Hearing Loss and Tinnitus." Washington, DC: The National Academies Press. (2006)). The prevalence of noise-induced hearing loss in the military is not surprising, given the amount of noise exposure.

## IV.     CONCLUSION

As described in greater detail above, under DoD regulations and Army procedure, the Army was responsible for evaluation, fitting, instruction, and training as it relates to hearing protection devices for Servicemembers. But the military's efforts fell short, as they did not uniformly and consistently instruct, fit and train soldiers and focused on medical readiness rather than hearing conservation.

The military requires hearing protection at certain levels of impulse noise exposure, and double hearing protection at higher levels. However, given the amount of hazardous noise in the military, and constraints on wearing hearing protection in certain environments, it is not surprising that many Servicemembers experience hearing loss.

Sensorineural hearing loss occurs most often from damage to the hair cells within the cochlea. Hearing loss can be measured through audiograms, and normal hearing occurs at thresholds up to 25 decibels. In contrast, tinnitus is subjective, common, and associated with many things, including traumatic brain injury. Some patients never recover from mild TBI. Additionally, there is no way to identify definitively the cause of an individual's tinnitus. The pathogenesis of tinnitus remains unproven despite extensive research on the subject.

Although this report encompasses many potential causes and risk factors for hearing loss, tinnitus, and other auditory injuries, it is not an exhaustive list of all potential causes or risk factors.

Dated:  May 11, 2022

_____
James V. Crawford, MD

## Appendix A

| Hearing Protection Type | Advantages | Disadvantages |
|---|---|---|
| Pre-formed Earplugs | • Less expensive than most types of HPDs<br>• Used for continuous and impulse noise<br>• Different sizes available<br>• Easily stored in earplug case<br>• Stem helps with ease of insertion<br>• Washable and reusable | • Inadequate insertion reduces effectiveness<br>• Frequent insertions may cause skin irritation<br>• May work loose with normal jaw movements |
| Hand-formed Earplugs (Foam) | • Relatively inexpensive for infrequent use<br>• Hygienic, disposable<br>• Easily stored in earplug case<br>• Usually provides the greatest attenuation if inserted properly | • Requires frequent replacement<br>• Requires good manual dexterity for a proper insertion<br>• Hard to fit small, curved, or unusually large ear canals<br>• Misconception that one size fits all<br>• Should not be handled by dirty/soiled hands |

| Hearing Protection Type | Advantages | Disadvantages |
|---|---|---|
| Tactical/Shooter's Earplugs | • Different sizes available<br>• Easily stored in earplug case<br>• Washable and reusable (ear tip only)<br>• Dual function allows the user to place the earplug in the open (tactical/shooter) or closed (traditional) mode<br>• Open - Protect against impulse noise hazards (weapon fire or blasts) while maintaining situational awareness<br>• Closed - Protect against continuous noise hazards (generators, tactical vehicles, and aircraft) | • Inadequate insertion reduces effectiveness |

Source: Materials downloaded from, https://hearing.health.mil/Resources/Training/Hearing-Education-and-Readiness-Course-or-HEAR

**<u>Appendix B</u>**

(Curriculum Vitae)

**James V. Crawford, MD**
**COL (retired), USA**

**Work Address:**                                    **Home Address:**
Idaho Ear Clinic                                        Boise, ID 83713
13900 W Wainright Dr STE #102                Cell: (253) 278-4304
Boise, ID 83713                                        jcrawford@idahoear.com

## Education

| | |
|---|---|
| Fellowship, House Ear Clinic, Los Angeles, CA | 2003-2005 |
| Residency, Madigan Army Medical Center, Tacoma, WA | 1999-2003 |
| Internship, Madigan Army Medical Center, Tacoma, WA | 1998-1999 |
| M.D., Uniformed Services University, Bethesda, MD | 1994-1998 |
| B.S. in Science, Brigham Young University, Provo, UT | 1987-1994 |

## Current Position

Idaho Ear Clinic, Owner                                        2018 - present
13900 W Wainright Dr STE#102
Boise, ID
Idahoear.com

Idaho Ear Foundation, President                            2019 - present
13900 W Wainright Dr STE#102
Boise, ID

## Professional Experience

Chief Otology/Neurotology                                    2017-2018
Walter Reed National Military Medical Center
Bethesda, MD

Chief Otology/Neurotology                                    2005-2017
Madigan Army Medical Center
Tacoma, WA

Residency Program Director, Otolaryngology            2010-2016
Madigan Army Medical Center
Tacoma, WA

Regional Director                                                2009-present
DoD Hearing Center of Excellence
San Antonio, TX

Assistant Program Director                                    2005-2010
Madigan Army Medical Center
Tacoma, WA

**Military Experience**

Colonel, Medical Corps, US Army (Retired)                    24 years service

**Academic Appointments**

Assistant Professor                                          2006-present
Department of Surgery Uniformed
Services University Bethesda, MD

Clinical Faculty                                            2003-2005
Keck School of Medicine Los
Angeles, CA

Attending Faculty                                          2017-present
Walter Reed National Medical Center
Bethesda, MD

Attending Faculty                                          2005-2017
Madigan Army Medical Center
Tacoma, WA 98327

Clinical Faculty                                           2020-present
Idaho College of Osteopathic Medicine
Boise, ID

**Other Positions and Employment**

Franciscan Medical Group                                   2009-present
Physician
Tacoma, WA

Multicare Health System                                    2007-present
Physician
Tacoma, WA

**Certification/licensing**

Diplomate, American Board of Otolaryngology                2004-present
Diplomate, American Board of Neurotology                   2006-present
Idaho medical license, active

**Professional Memberships and Activities**

Panel member, HFM-ET-151 on Minimizing noise-induced hearing    2016-present loss

Panel member, NATO RTG HFM-229: "Optimizing Hearing            2010-2015
Loss Prevention and Treatment, Rehabilitation and Reintegration of
Soldiers with Hearing Impairment."

Auditory Research Working Group San Antonio, TX                2010-present

| | |
|---|---|
| Fellow, American Academy of Otolaryngology-Head and Neck Surgery (AAO-HNS) | 2000-present |
| Fellow, American Neurotological Society | 2012-present |
| Fellow, Triological Society | 2010-present |
| Fellow, American Academy of Otolaryngologic Allergy | 2000-present |
| Association of Military Surgeons of the United States | 1999-present |
| Northwest Academy of Otolaryngology | 1999-present |
| Collegium Aesculapium | 1999-present |
| Alpha Omega Alpha | 1993-present |

**Committee Assignments and Administrative Services**

| | |
|---|---|
| Council for the Accreditation of Occupational Hearing Conservation, Chairman, Vice-chairman and council member | 2009-2019 |
| Otology/Neurotology Education Committee, AAO-HNS | 2013-present |
| History and Archives Committee, AAO-HNS | 2015-present |
| Hearing Committee, AAO-HNS | 2009-2013 |
| Grant Reviewer, American Institute of Biological Sciences | 2007-2012 |

**Reviewer/Review Board Appointments**

| | |
|---|---|
| Editorial Review Board, ENT Journal | 2009-present |
| Editorial Review Board, Otology/Neurotology | 2012-present |
| Reviewer, Laryngoscope | 2011-present |
| Reviewer, Otolaryngology – Head and Neck Surgery | 2010-present |

**Grants and Contract Awards**

1. Efficacy and Safety of AM-111 as Acute Sudden Sensorineural Hearing Loss Treatment (ASSENT). Auris Medical Cochlear Therapies. $100,000 over two years.
2. Development of a Device for Objective Assessment of Tinnitus in Humans. Funded by OtoScience Labs, LLC. Funded $50,000 over two years.
3. A comparison of MED-EL, Inc MAESTRO™ cochlear implant device to bone-anchored hearing and Contralateral Routing of Sound devices for the treatment of single-sided deafness- sponsored by MED-EL, Inc. $750K over four years

4. Assessment of oculomotor, vestibular and reaction time response following a concussive event. Supported by Head Health Challenge II grant (National Football League, Underarmor, General Electric) and Department of Defense grant W81XWH- 12-C-0205.

5. Development of a Device for Objective Assessment of Tinnitus in Humans- sponsored by OtoScience Labs, Inc. ~$100K/year for two years.

6. Efficacy and Safety of AM-101 in the Treatment of Acute Peripheral Tinnitus 2 (TACTT2)- sponsored by Auris Medical, Inc. $11,145.00 contract.

7. AM-101 in the Post-Acute Treatment of Peripheral Tinnitus 1 (AMPACT1) – an open-label extension to the TACTT2 study- sponsored by Auris Medical, Inc. $157,340.00 contract.

8. A Prospective, Randomized, Double-Blind, Placebo-Controlled, Multicenter, Phase 2b Study of OTO-104 Given as a Single Intratympanic Injection in Subjects with Unilateral Meniere's Disease - sponsored by Otonomy, Inc. $90,100.00 contract.

9. Use of elastin patch for repair of traumatic tympanic membrane perforations in the Chinchilla (*Chinchilla langier*) as principal investigator with MAJ Paulino Goco, M.D. Grant from the Oregon Medical Laser Center.

10. Effect of general anesthesia on the vestibular system as principal investigator with George Gates, MD. Grant from American Otologic Society.

11. Advancement of Medical Practice Award, DOD. $250,000 grant to build a temporal bone dissection lab at Madigan Army Medical Center.

## Publications

1. Oney RM, Sloneker D, Avillion MP, Chen BS, Crawford JV. Cerebrospinal fluid otorrha after a routine tympanostomy tube placement: a review of the literature on Hyrtl Fissure. ENT Jour. Accepted for publication. DOI:10.1177/014556132111039045.

2. Kullmann A, et al. Normative data for ages 18-45 for ocular motor and vestibular testing using eye-tracking. Lar Invest Oto, 2021;6:1116-1127. DOI: 10.1002/lio2.

3. Occupational Noise-Induced Hearing Loss. Mirza R, Kirchner DB, Dobie RA, **Crawford J**; ACOEM Task Force on Occupational Hearing Loss. J Occup Environ Med. 2018 Sep;60(9):e498-e501. doi: 10.1097/JOM.0000000000001423. PMID: 30095587

4. Hoffer ME, Balaban C, Szczupak M, Buskirk J, Snapp H, **Crawford J**, et al. "The Use of Oculomotor, Vestibular and Reaction Time Tests to Asses Mild Traumatic Brain Injury (mTBI) Over Time." PLoS ONE 11(9):e0162168. DOI: 10.1371/journal.pone.0162168.

5. Balaban C, Hoffer ME, Szczupak M, Snapp H, **Crawford J**, et al. "Oculomotor, Vestibular, and Reaction Time Tests in Mild Traumatic Brain Injury". PLoS One. 2016; 11(9): e0162168. doi:  10.1371/journal.pone.0162168.

6. Liming BJ, Westbrook B, Bakken H, **Crawford JV**. "Cadaveric Study of an Endoscopic Keyhole Middle Fossa Craniotomy Approach to the Superior Semicircular Canal." Otol Neurotol. 2016 Jun; 37(5): 533-538. doi: 10.1097/MAO.0000000000000995.

7. Chen B, House J, **Crawford J**. "Laser myringoplasty for tympanic membrane retraction." ENT – Ear, Nose, and Throat Journal. Feb. 2016 (ePub ahead of print).

8. Hoffer ME, Szczupak M, Kiderman A, **Crawford J**, Murphy S, Marshall, K, Pelusso C, Balaban C. "Neurosensory Symptom Complexes after Acute Mild Traumatic Brain Injury." PLoS One. 2016 Jan 4;11(1):e0146039. PMID: 26727256

9. Chen B, Liming B, **Crawford J**. "The operculum: A new landmark for identification of

the internal auditory canal through the middle cranial fossa approach." Manuscript under review. Laryngoscope.

10. Occupational noise-induced hearing loss: ACOEM Task Force on Occupational Hearing Loss. ACOEM Task Force on Occupational Hearing Loss, Kirchner DB, Evenson E, Dobie RA, Rabinowitz P, **Crawford J**, Kopke R, Hudson TW. J Occup Environ Med. 2012 Jan;54(1):1068. doi:10.1097/JOM.0b013e318242677d. PMID: 22183164

11. Spear S, **Crawford J**. "Comparison of Nitinol stapes pistons with conventional stapes pistons: A cadaver study." ISRN Otolaryngology Volume 2011 (2011), Article ID 932849, doi:10.5402/2011/932849

12. Poss J, Boseley M, **Crawford J**. "Pacific Northwest survey: posttympanostomy tube water precautions". Arch Otolaryngol Head Neck Surg. 2008 Feb;134(2):133-5. PMID: 18283153

13. Demars, S, **Crawford JV**. "The Effects of Smoking on the Rate of Post-tonsillectomy Hemorrhage." Arch Otolaryngol Head Neck Surg. 2008 Aug;134(8):811-4. doi: 10.1001/archotol.134.8.811. PMID:18711053

14. Harsha WJ, **Crawford JV**, Sorensen D. "Unusual case adult airway obstruction lymphovenous malformation." Ear Nose Throat J. 2003 Jul;82(7):520-1. PMID:18633936

15. Steele SR, Martin MJ, Mullenix PS, **Crawford JV**, Cuadrado DS, Anderson CA. "Focused high-risk population screening for carotid arterial stenosis after radiation for head and neck cancer". AM J Surg May 2004; 187(5):594-98. PMID:15135672

16. Harsha WJ, Goco PE, **Crawford JV**. "Remission of chronic inflammatory demyelinating polyneuropathy following adenotonsillectomy)". ENT Jul. 2003; 83(7):520-21

17. William E Bolger, M.D., **James V Crawford, M.D**., Kimberly Peele Cockerham, M.D. "Retained Stenting Material: An Unusual Cause of Dacrocystorhinostomy Failure" Ophthalmology July 1999; 106:1306-1309.

18. **Crawford, James V**. "DoD News" Journal of the Military Medical Student Association, VIII (2): 24-25

19. Chen B, **Crawford JV**. Congenital Conductive Hearing Loss. In, Encyclopedia of Otolaryngology. <u>Kountakis</u>, Stilianos E. (Editor), Springer, 2013.

20. Bevans S, **Crawford JV**. Congenital Sensorineural Hearing Loss. In, Encyclopedia of Otolaryngology. <u>Kountakis</u>, Stilianos E. (Editor), Springer, 2013.

21. Brackmann DE, **Crawford JV**. Cerebellopontine Angle Tumors. In, Head and Neck Surgery – Otolaryngology, third Edition. Bailey, et al (Editors), Lippincott-Raven, Philadelphia, 2006.

**Abstracts and Presentations**

**Oral Presentations (abbreviated)**
National/International Meetings

1. *Noise induced hearing loss. XIV Congreso Latinoamericano de Salud Ocupaional. Lima, Peru. October, 2015.

2. Occupation Hearing Loss: Prevention and Management. Council on Accreditation for Occupational Hearing Conservation. Mexico City, Mexico. January, 2014.*Current Management of Sudden Sensorineural Hearing Loss. The 35th Annual Vanderbilt Otolaryngology Symposium (George A. Sisson International Workshop). February, 2013.

3. Pediatric cochlear implantation." European Society of Pediatric Otolaryngology. Amsterdam, Netherlands. May 2012.
4. Comparison of smart crimp versus traditional crimp of stapes prosthesis: A cadaver study. Presented at the 2007 AAO-HNSF Annual Meeting & OTO EXPO in Washington, D.C. in Sept 2007.

APPENDIX C

**LIST OF MATERIALS CONSIDERED**

**Case Materials**

All documents cited in my report that are not cited herein.

Each cited document as well as any attachments to that document.

**EXPERT REPORTS**

Expert Report of Sergeant Major (Retired) Blaine Huston U.S. Army, dated 10/9/2020 (General)

Expert Report General Timothy J. Edens' Expert Report, dated 10/9/2020 (General)

Expert Report of Sergeant Major Christopher Marshall Retired United States Army, dated 10/9/2020 (General)

**Deposition Testimony**

Deposition of Eric Fallon, Vol. I, dated September 3, 2020 and related exhibits 1-42

Deposition of Eric Fallon, Vol. II, dated September 4, 2020 and related exhibits 43-71

Deposition of John A. Merkley, dated February 26, 2020 and related exhibits 1-18

Deposition of Kathy Gates, dated May 29, 2020 and related exhibits 1-28

Deposition of Leanne Battler, dated September 10, 2020 and related exhibits 1-24

Deposition of Lorraine Babeu, dated March 10, 2020 and related exhibits

**SUPPLEMENTAL DOCUMENTS**

29 CFR 1904.10

Ahroon, William A et al. "Analysis of army-wide hearing conservation database for hearing profiles related to crew-served and individual weapon systems." Noise & health vol. 13,50 (2011): 76-83.

Alford, Raye L et al. "American College of Medical Genetics and Genomics guideline for the clinical evaluation and etiologic diagnosis of hearing loss." Genetics in medicine: official journal of the American College of Medical Genetics vol. 16,4 (2014): 347-55.

Alkathiry, Abdulaziz A. et al. "Vestibular Dysfunction Associated With Mild Traumatic Brain Injury (mTBI)." Neurosensory Disorders in Mild Traumatic Brain Injury (2019): 133-148.

Basura, Gregory J et al. "Clinical Practice Guideline: Ménière's Disease." Otolaryngology--head and neck surgery: official journal of American Academy of Otolaryngology-Head and Neck Surgery vol. 162,2_suppl (2020): S1-S55.

Bhutta, Mahmood F et al. "Cholesteatoma." BMJ (Clinical research ed.) vol. 342 d1088. 3 Mar. 2011.

Boutté, Angela M et al. "Neurotrauma Biomarker Levels and Adverse Symptoms Among Military and Law Enforcement Personnel Exposed to Occupational Overpressure Without Diagnosed Traumatic Brain Injury." JAMA network open vol. 4,4 e216445 (2021).

Bramhall, Naomi et al. "The search for noise-induced cochlear synaptopathy in humans: Mission impossible?." Hearing research vol. 377 (2019): 88-103.

Choi, Mi Suk et al. "Clinical characteristics of labyrinthine concussion." Korean journal of audiology vol. 17,1 (2013): 13-7.

Ciorba, Andrea et al. "Autoimmune inner ear disease (AIED): A diagnostic challenge." International journal of immunopathology and pharmacology vol. 32 (2018).

Clifford, Royce E et al. "Impact of TBI, PTSD, and Hearing Loss on Tinnitus Progression in a US Marine Cohort." Military medicine vol. 184,11-12 (2019): 839-846.

Coelho, Claudia Barros et al. "Classification of Tinnitus: Multiple Causes with the Same Name." Otolaryngologic clinics of North America vol. 53,4 (2020): 515-529.

Cohen, Brandon E et al. "Viral causes of hearing loss: a review for hearing health professionals." Trends in hearing vol. 18 2331216514541361 (2014).

Colucci, Dennis. "Mild Traumatic Brian Injury: A Prelude to CAPD." Hearing Journal. 68. 38, 40 (2015).

Corbridge, R.J. (2011). Essential ENT (2nd ed.). CRC Press.

Department of Defense Hearing Program, Audiometric Testing and Follow-up Department of Defense Hearing Program, Counseling Department of Defense, DoD Hearing Conservation Program, DoD Instruction, (2004).

Department of Defense, International State-of-the-Science Meeting on Blast-Induced Tinnitus, November 15-17, 2011.

Department of Defense Instruction, DoD Hearing Conservation Program (HCP) (2010).

Department of Defense, Seventh Annual Department of Defense State-of-the-Science Meeting, The Neurological Effects of Repeated Exposure to Military Occupation Blast, Implications for Prevention and Health, 12-14 March 2018.

Department of the Air Force, AFOSH 161-20.

Department of the Air Force, AFOSH 48-20.

Department of the Air Force, AFI 48-127.

Department of the Army, Army Hearing Program- 3D Infantry Division (2007).

Department of the Army, Hearing Conservation Program, Pamphlet 40-501 (1998).

Department of the Navy, Navy and Marine Corps Public Health Center Technical Manual, Navy Medicine Hearing Conservation Program Technical Manual.

Department of the Navy, Navy and Marine Corps Public Health Center Technical Manual NMCPHC – TM 6260.51.99-2, Navy Medical Department Hearing Conservation Program Procedures, September 2008.

Department of the Navy, OPNAVINST 5100.19E.

Department of the Navy, OPNAVINST 5100.19F.

Department of the Navy, PNAVINST 5100.19D.

Department of the Marine Corps, NAVMC DIR 5100.8.

Department of the Marine Corps, MCO 6260.

Department of the Marine Corps, MCO 62060.1E.

Department of the Marine Corps, MCO 6260.3.

Department of the Marine Corps, MCO 62060.3A.

Demeester, Kelly et al. "Heritability of audiometric shape parameters and familial aggregation of presbycusis in an elderly Flemish population." Hearing research vol. 265, 1-2 (2010): 1-10.

DoD Instruction 6055.12, Hearing Conservation Program (HCP) (2019).

Army Special Text, 4-02.501 (1 February 2008).

Fausti, Stephen A et al. "Auditory and vestibular dysfunction associated with blast-related traumatic brain injury." Journal of rehabilitation research and development vol. 46, 6 (2009): 797-810.

Flamme et al., Acoustic reflexes are common but not pervasive: evidence from the National Health and Nutrition Examination Survey, 1999-2012, International Journal of Audiology, 1-11, (2016).

French, Louis M. "Military traumatic brain injury: an examination of important differences." Annals of the New York Academy of Sciences vol. 1208 (2010): 38-45.

Gordon, J S et al. "Audiologic characteristics in a sample of recently-separated military Veterans: The Noise Outcomes in Servicemembers Epidemiology Study (NOISE Study)." Hearing research vol. 349 (2017): 21-30.

Goossens, Tine et al. "Masked speech perception across the adult lifespan: Impact of age and hearing impairment." Hearing research vol. 344 (2017): 109-124.

Hederstierna, Christina, and Ulf Rosenhall. "Age-related hearing decline in individuals with and without occupational noise exposure." Noise & health vol. 18, 80 (2016): 21-5.

Helfer, Thomas M. "Noise-induced hearing injuries, active component, U.S. Armed Forces, 2007-2010." MSMR vol. 18, 6 (2011): 7-10.

House, John W, and Eric P Wilkinson. "External auditory exostoses: evaluation and treatment." Otolaryngology--head and neck surgery: official journal of American Academy of Otolaryngology-Head and Neck Surgery vol. 138, 5 (2008): 672-8.

Humes, Larry E. et al. "Noise and Military Service: Implications for Hearing Loss and Tinnitus." Washington, DC: The National Academies Press. (2006).

Hwang, Juen-Haur et al. "Association of Tinnitus and Other Cochlear Disorders With a History of Migraines." JAMA otolaryngology-- head & neck surgery vol. 144, 8 (2018): 712-717.

Gopinath, Bamini et al. "Workplace noise exposure and the prevalence and 10-year incidence of age-related hearing loss." PloS one vol. 16, 7 e0255356 (2021).

Katz, Jack et al. Handbook of Clinical Audiology, Seventh Edition. Wolters Kluwer Health (2015).

Koning, H., "Proprioception: The Missing Link in the Pathogenesis of Tinnitus." International Tinnitus Journal, 24(2), 102-107 (2020).

Koning, H., "Upper Cervical Nerves Can Induce Tinnitus." International Tinnitus Journal, Vol. 24, No 1 (2020).

Kontos, Anthony P et al. "Residual effects of combat-related mild traumatic brain injury." Journal of neurotrauma vol. 30,8 (2013): 680-6.

Kuchinsky, Stefanie E et al. "Objective and Subjective Auditory Effects of Traumatic Brain Injury and Blast Exposure in Service Members and Veterans." Frontiers in neurology vol. 11 613 (2020).

Lee, Fu-Shing et al. "Longitudinal study of pure-tone thresholds in older persons." Ear and hearing vol. 26, 1 (2005): 1-11.

Levine, R., Chapter 9: Somatic Tinnitus, Tinnitus: Theory and Management (2004).

McGregor, Kara D et al. "Acoustic reflexes are common but not pervasive: evidence using a diagnostic middle ear analyser." International journal of audiology vol. 57,sup1 (2018): S42-S50.

Michiels, Sarah, "Diagnosing and Managing Somatic Tinnitus." Audiology Feature, Vol 29, No 5 (2020).

Michiels, Sarah *et al.*, Diagnostic Criteria for Somatosensory Tinnitus: A Delphi Process and Face-to-Face Meeting to Establish Consensus, Trends in Hearing, Volume 22: 1-10 (2018)

Michiels, Sarah et al. "Diagnostic Value of Clinical Cervical Spine Tests in Patients With Cervicogenic Somatic Tinnitus." Physical therapy vol. 95, 11 (2015): 1529-35.

Michiels, Sarah, Somatic/Somatosensory Tinnitus (2019).

Mijovic, Tamara et al. "Autoimmune sensorineural hearing loss: the otology-rheumatology interface." Rheumatology (Oxford, England) vol. 52, 5 (2013): 780-9.

Modica, Claire M. *et al*. "Hearing Loss and Irritability Reporting Without Vestibular Differences in Explosive Breaching Professionals." Frontiers in neurology vol. 11 588377. 16 Dec. 2020.

Montazem, A., Secondary Tinnitus as a Symptom of Instability of the Upper Cervical Spine: Operative Management, International Tinnitus Journal, Vol. 6, No. 2, 130-133 (2000).

Murthy, Ashok V. and Kalyan, G Kirthi "Effects of ageing on otoacoustic emission." Indian journal of otolaryngology and head and neck surgery: official publication of the Association of Otolaryngologists of India vol. 65,Suppl 3 (2013): 477-9.

NIOSH Pub.No. 98-126.

Packer, Mark et al. "Integrated Care for Multisensory Injury." Psychiatric Annals. 43. (2013) 334-337.

Packer, Mark & Tepe, Victoria. "This issue: Issues, Diagnosis, and Management of Polytraumatic TBI." Psychiatric Annals. 43 (2013) 305-306.

Psillas, George et al. "Audiological Patterns in Patients with Autoimmune Hearing Loss." Audiology & neuro-otology, 1-10. 10 Sep. 2021.

Ralli, Massimo et al., "Somatic Modulation of Tinnitus: A Review and Some Open Questions." Otolaryngol Open J., 2(4), 111-114 (2016).

Ralli, Massimo et al. "Somatosensory Tinnitus: Correlation between Cranio-Cervico-Mandibular Disorder History and Somatic Modulation." Audiology & neuro-otology vol. 21, 6 (2016).

Ralli, Massimo, *et al.*, "Somatosensory tinnitus: Current Evidence and Future Perspectives." Journal of International Medical Research, Vol. 45(3) 933-947 (2017).

Roozenbeek, Bob et al. "Changing patterns in the epidemiology of traumatic brain injury." Nature reviews. Neurology vol. 9, 4 (2013): 231-6.

Schreiber, Benjamin E et al. "Sudden sensorineural hearing loss." Lancet (London, England) vol. 375,9721 (2010): 1203-11.

Schwartz, Seth R et al. "Clinical Practice Guideline (Update): Earwax (Cerumen Impaction)." Otolaryngology--head and neck surgery: official journal of American Academy of Otolaryngology-Head and Neck Surgery vol. 156,1_suppl (2017): S1-S29.

Shore, S E et al. "Dorsal cochlear nucleus responses to somatosensory stimulation are enhanced after noise-induced hearing loss." The European journal of neuroscience vol. 27,1 (2008): 155-68.

Shore, Susan et al. "Neural mechanisms underlying somatic tinnitus." Progress in brain research vol. 166 (2007): 107-23.

Sullivan, Karen A et al. "Resilience and Other Possible Outcomes After Mild Traumatic Brain Injury: a Systematic Review." Neuropsychology review vol. 26, 2 (2016): 173-85.

Swan, A A et al. "Prevalence of hearing loss and tinnitus in Iraq and Afghanistan Veterans: A Chronic Effects of Neurotrauma Consortium study." Hearing research vol. 349 (2017): 4-12.

Tate, Charmaine M et al. "Serum brain biomarker level, neurocognitive performance, and self-reported symptom changes in soldiers repeatedly exposed to low-level blast: a breacher pilot study." Journal of neurotrauma vol. 30, 19 (2013): 1620-30.

Theodoroff, Sarah M et al. "Hearing impairment and tinnitus: prevalence, risk factors, and outcomes in US service members and veterans deployed to the Iraq and Afghanistan wars." Epidemiologic reviews vol. 37 (2015): 71-85.

Uchida, Yasue et al. "The effects of aging on distortion-product otoacoustic emissions in adults with normal hearing." Ear and hearing vol. 29, 2 (2008): 176-84.

VA/DoD Clinical Practice Guideline for the Management of Concussion-Mild Traumatic Brain Injury (2016).

Vona, Barbara. "The Road Traveled and Journey Ahead for the Genetics and Genomics of Tinnitus." Molecular diagnosis & therapy vol. 26, 2 (2022): 129-136.

Ward, Bryan K et al. "Superior semicircular canal dehiscence syndrome: Diagnostic criteria consensus document of the committee for the classification of vestibular disorders of the Bárány Society." Journal of vestibular research: equilibrium & orientation vol. 31,3 (2021): 131-141.

Yong, Jenica Su-Ern, and De-Yun Wang. "Impact of noise on hearing in the military." Military Medical Research vol. 2 6. (2015).

Yurgil, Kate A et al. "Prospective Associations Between Traumatic Brain Injury and Postdeployment Tinnitus in Active-Duty Marines." The Journal of head trauma rehabilitation vol. 31, 1 (2016): 30-9.