# PX4

Case 3:19-md-02885-MCR-HTC   Document 3319-5   Filed 07/21/22   Page 2 of 5

PLAINTIFFS' TRIAL EXHIBIT
P-Gen-06343

# The Noise Manual
## 6th edition



The leading resource about noise, addressing noise-related issues within the workplace and in the community with a focus on hearing loss prevention strategies.

Edited by
Deanna K. Meinke, PhD, CCC-A
Elliott H. Berger, MS, FAIHA
Dennis P. Driscoll, PE, FAIHA
Richard L. Neitzel, PhD, CIH, FAIHA
Kathryn Bright, PhD



AIHA
HEALTHIER WORKPLACES | A HEALTHIER WORLD

# The Noise Manual

**Sixth Edition**

## Disclaimer

The American Industrial Hygiene Association (AIHA®), as publisher, and the authors have been diligent in ensuring that the material and methods addressed in this book reflect prevailing toxicology, and occupational health and safety and industrial hygiene practices. It is possible, however, that certain procedures discussed will require modification because of changing federal, state, and local regulations, or heretofore unknown developments in research.

AIHA and the editors and authors disclaim any liability, loss, or risk resulting directly or indirectly from the use of the practices and/or theories discussed in this book. Moreover, it is the reader's responsibility to stay informed of any changing federal, state, or local regulations that might affect the material contained herein, and the policies adopted specifically in the reader's workplace.

Specific mention of manufacturers and products in this book does not represent an endorsement by AIHA®.

Copyright 2022 by the American Industrial Hygiene Association. All rights reserved. No part of this publication may be reproduced in any form, by Photostat, microfilm, retrieval system, or any other means, without prior permission of the publisher.

Stock Number: ENOM22-619
ISBN: 978-1-935082-98-9



AIHA
3141 Fairview Park Drive, Suite 777
Falls Church, VA 22042
Tel: (703) 849-8888
E-mail: Infonet@aiha.org
aiha.org

Printed in the United States of America

*Other Factors Influencing the Risk of Noise-Induced Hearing Loss*

Genetics and Individual Susceptibility and Ethnicity: For the same amount of noise exposure, some individuals may experience substantial hearing loss while others are unaffected (International Organization for Standardization [ISO], 1999). The large inter-individual variability in susceptibility to NIHL is attributed to the complex interactions of genetic and environmental factors. Sliwinska-Kowalska and Davis (2012) have suggested that up to 50% of the variability in risk of NIHL may be explained by genetic factors. Meta-analysis by Sliwinska-Kowalska and Pawelczyk (2013) indicated that two genes encoding potassium ion channels (KCNQ4 and KCNE1) as well as catalase (CAT), protocadherin 15 (PCDH15), myosin 14 (MYH14), and heat shock protein 70 (HSP70) were associated with susceptibility to NIHL in Polish, Swedish, and Chinese populations. The C47T polymorphism of the manganese superoxide dismutase gene (SOD2) was associated with an increased risk of NIHL in Chinese but not European study populations (Wang et al., 2017). Lastly, two polymorphisms of the heat shock protein 70 (HSP70) gene were associated with susceptibility to NIHL and may have a stronger association in Caucasians (Lei et al., 2017; Zong et al., 2017). At this time, there is no reliable genetic test that would identify people who are genetically susceptible or resistant to NIHL (Lie et al., 2016).

Environmental and Medical Factors: As mentioned above, environmental factors combine with genetic factors to put one individual more or less at risk of NIHL compared to another. Environmental factors besides noise include concomitant exposure to chemicals, ototoxic substances (aminoglycosides), heat, vibration, and cigarette smoke (Konings et al., 2009). Health factors such as increased blood pressure and cholesterol also increase the risk of NIHL (Konings et al., 2009). Solvents (e.g., ethylbenzene, methylstyrene, *n*-hexane, *n*-propylbenzene, *p*-xylene, styrene, tricholoroethylene, and toluene), asphyxiants (e.g., carbon monoxide and hydrogen cyanide), nitriles (e.g., acrylonitrile), and heavy metals (e.g., lead, mercury, and tin) may have a negative synergistic effect on hearing when exposures co-occur with hazardous noise (Mirza et al., 2018). The physiologic damage from these chemical exposures occurs in the central auditory system as well as at the hair cell level in the cochlea (see Chapter 7).

*Tinnitus*

Tinnitus is the perception of a ringing, buzzing, hissing, roaring, or other sound when no external acoustic stimulus is present. Tinnitus is often an accompanying symptom of noise-induced hearing loss and may be present even when the hearing loss is not considerable. As mentioned above, tinnitus can be the most noticeable sign of a temporary threshold shift (TTS). In a recent study of young adults exposed to recreational noise (primarily music), temporary tinnitus after noise exposure was found in 86% of subjects (Keppler et al., 2015). In a study of professional musicians, tinnitus was commonly reported even though the majority of hearing thresholds were considered within normal limits (Lindblad, 2014). In a 15-year longitudinal study of workers, Griest and Bishop (1998) noted that tinnitus is an early warning sign of workers at greater risk of NIHL, and earlier intervention should be considered when tinnitus symptoms are reported during audiometric examinations. There also appears to be indirect evidence that the greater the degree of NIHL, the more severe the tinnitus (Mazurek et al., 2010; Dias and Cordeiro, 2008). Eighty percent of noise-exposed military personnel suffer from chronic tinnitus (Yankaskas, 2013), and U.S. veterans may seek service-connected disability compensation for tinnitus. In 2004, the compensation payments to veterans with tinnitus as their major disability were approximately $190 million a year (Durch et al., 2006; Yankaskas, 2013). The number of civilian workers seeking compensation for tinnitus is unknown. Other studies further describe the impact of tinnitus on individuals in terms of anxiety, depression, sleep disorders, attention, and decreased quality of life (Axelsson and Coles, 1996; Mazurek et al., 2010; Bhatt et al. 2017).

*Acoustic Trauma*

While NIHL is a gradual loss of hearing function due to continuous noise exposure, acoustic trauma is the sudden loss of hearing and damage to the cochlea and other hearing structures due to massive overexposure to noise energy. An example is the hearing loss and blast ear injuries seen in military or terrorism-related exposures to barotrauma from explosive devices (Okpala, 2011; Darley and Kellman, 2010; Remenschneider et al., 2014). In the workplace, these injuries may occur when tires burst, high-pressure valves release, or if the worker is in close proximity to firecrackers or explosives. Sudden high levels of noise exposure in excess of 130 dB peak sound pressure level are capable of disrupting the conductive architecture of the guinea pig ear, including tympanic membrane rupture, dislocation of the ossicular chain, and direct damage to the oval window of the cochlea (Spoendlin, 1976; Henderson and Hamernik, 1986). Such trauma therefore produces a hearing loss that may be both conductive and sensorineural in nature. In the occupational setting, acoustic trauma incidents are usually accidental. However, it is prudent for health and safety personnel to identify potential risks and educate workers regarding strategies to avert these special hazards.

*Hyperacusis*

Hyperacusis is the reduced tolerance of environmental sound exposure that may develop in both children and adults (Aazh et al., 2014). Whether excessive noise exposure is a causative factor in this condition is unclear, and it appears that psychological factors, including anxiety, may play a significant role. At the same time, a clinical triad of tinnitus, hyperacusis, and hearing loss has been described