# PX7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | Case No. 3:19-md-2885-MCR-GRJ |
| EARPLUG PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | Judge M. Casey Rodgers |
| | ) | Magistrate Judge Gary R. Jones |
| This document relates to: | ) | |
| *James Beal* | ) | **CONFIDENTIAL – SUBJECT** |
| Civil Case No. 7:20-cv-00006-MCR-GRJ | ) | **TO PROTECTIVE ORDER** |

<u>**EXPERT REPORT OF JAMES V. CRAWFORD, M.D.**</u>

**UPDATED MARCH 7, 2022**

**James V. Crawford, MD**
**Expert Report**

*In re: 3M Combat Arms Earplug Products Liability Litigation*, MDL No. 2885
This report is pertaining to James Beal, Case No. 7:20-cv-006
Report issued 11 February, 2022

## I.    BACKGROUND

### A.    Introduction

I was asked by counsel for 3M to review the medical records and history of James Beal. The opinions I offer in this report are all held to a reasonable degree of medical and scientific certainty. In the process of formulating those opinions I reviewed the materials cited in my General Report and Materials Considered List, and the Beal case-specific Materials Considered List which is attached as Exhibit A. In addition, I relied upon my research and publications, my education, my 24 years of experience in the military, my more than a decade of experience as a practicing physician and Assistant Professor, and my clinical judgment.

### B.    Professional Background

My qualifications and background are detailed in my General Report and my current CV, which is attached as Exhibit B.

After obtaining a Bachelors of Science from Brigham Young University, I obtained a Doctorate of Medicine from the Uniformed Services University. While in medical school I was selected for membership in Alpha Omega Alpha, the Honor Medical Society. Following medical school, I completed a one-year General Surgery internship followed by a four-year residency in Otolaryngology – Head and Neck surgery (ENT) at Madigan Army Medical Center. Following residency, I completed a two-year fellowship in Otology/Neurotology at the House Ear Clinic. I am Board Certified by the American Board of Medical Specialties in both Otolaryngology and Neurotology. I am an Assistant Professor of Surgery at the Uniformed Services University and held the position of Clinical Professor at the Keck USC School of Medicine. I am a fellow of the American Academy of Otolaryngology, the Triological Society, and the American Neurotological Society.

After fellowship, I returned to Madigan Army Medical Center as an attending physician where I began to train ENT residents and served as the Chief of Otology/Neurotology. In 2010, I became the Residency Program Director at Madigan. I held that position for over ten years. During that same period, I progressed through the military ranks. I served for 24 years on active duty and retired with the rank of Colonel (O-6). As one of the only Neurotologists in the Army, I was the medical expert on issues related to noise induced hearing loss. I was the professional supervisor for the Hearing Conservation Program at Fort Lewis. I was deployed to Afghanistan in 2013 specifically to place stand-alone audiometers throughout theater.  Prior to this, the only way Servicemembers with hearing related issues were able to have an audiologic evaluation was to travel to Germany. With the audiometers in theater we were able to obtain an audiologic evaluation in Afghanistan which we could review via telemedicine.

1

I have over 30 papers, book chapters, and grants. I have been a guest lecturer and invited speaker nationally and internationally. I am on the Editorial Board for the peer reviewed journals, Otology and Neurotology and the ENT Journal.  In addition, I am an invited reviewer for three other peer reviewed journals. I have been awarded over one million dollars in research grants and conducted research on hearing loss and tinnitus.

As an active member of the American Academy of Otolaryngology, I have taught several courses on hearing and hearing rehabilitation. In addition, I have served on multiple committees, including the Hearing Committee, the Implantable Hearing Device Committee, the Otology-Neurotology Education Committee, and the History and Archives Committee.

I represented the Army on the Executive Committee of the Hearing Center of Excellence (HCE). I was part of the committee that worked to stand up the HCE after it was mandated as part of the 2008 National Defense Authorization Act. Once the HCE was established, I became a Regional Director. We worked to develop best practices for hearing conservation programs. We organized and encouraged research related to hearing preservation and other hearing related issues. Each branch of the service has its own standards and programs for hearing conservation. The HCE, unsuccessfully, attempted to standardize hearing conservation programs across the services. We were successful in changing the standards of medical readiness for hearing related issues, as documented in the most recent AR 40-501 and AR 40-502. Retention and readiness for hearing issues are now much more consistent with the Servicemembers' ability to perform their military occupational specialty (MOS).  They are based on Military Occupation Hearing Tests.

I served as a panel member on two NATO Human Factors in Medicine (HFM) Research Task Groups (RTG). HFM-ET-151: "Minimizing Noise Induced Hearing Loss" and HFM-RTG-229: "Optimizing Hearing Loss Prevention and Treatment, Rehabilitation and Reintegration of Soldiers with Hearing Impairment." Those NATO groups were an international coalition of subject matter experts who met to develop programs for adoption by NATO. We had representatives from most of the NATO countries. Through this work we were able to learn best practices from each other and develop training programs for NATO.

I am currently a member of the Council on Accreditation for Occupational Hearing Conservation (CAOHC) and just completed two years as the Chairman of that organization. CAOHC sets the standard for training and organization of hearing conservation programs. CAOHC is referenced in the OSHA standards for the training of occupational hearing programs. CAOHC publications are used as the standard for hearing conservation programs throughout the world.

## C.     Summary of Opinions

Based on my review of relevant materials, including all available medical and military records produced by Mr. Beal (as set forth in Exhibit A), and my education, expertise and experience set forth above, I have reached the following opinions, which are set forth in detail in this report:

1) Mr. Beal's hearing loss cannot be attributed to his use of the CAEv2. To the contrary, the evidence suggests that the CAEv2 worked for Mr. Beal as intended. Mr. Beal's hearing levels remained relatively stable while he used the CAEv2, despite significant exposure to loud noises.

2)  Mr. Beal's hearing loss extends into frequencies that are rarely associated with noise-induced hearing loss, including frequencies ranging from 500 to 1,000 hertz. This hearing loss suggests that conditions or factors other than noise more likely caused Mr. Beal's hearing loss. At the very least, Mr. Beal's audiometric data suggests that factors or conditions unrelated to the CAEv2 caused his hearing loss.

3)  The CAEv2 is a preformed ear plug. As such, Army regulations require that it be fit by a trained medical personnel. I have seen no indication in Mr. Beal's records that anyone within the Army ever examined the fit of Mr. Beal's earplug and concluded it did not fit him. To the extent Drs. Spankovich and Packer suggest that Mr. Beal did not obtain an adequate fit with the CAEv2, those claims are unsupported. And while both Dr. Spankovich and Dr. Packer could have objectively tested the fit of the CAEv2 in Mr. Beal's ear, I have seen no indication in their expert reports that they conducted such testing.

4)  Mr. Beal's tinnitus cannot be attributed to his use of the CAEv2. Mr. Beal has had numerous experiences, conditions, and exposures which all have strong association with tinnitus, including blows to his head and exposures to blasts and IEDs. Given that Mr. Beal's hearing levels remained steady during the time he used the CAEv2, which supports the efficacy of the CAEv2 for Mr. Beal, these other factors are more likely explanations for any tinnitus that Mr. Beal has claimed. As such, there is no way to attribute his tinnitus to hearing loss associated with the CAEv2 to any degree of medical certainty.

5)  Mr. Beal's hearing loss and tinnitus do not adversely affect his day-to-day functioning. To the extent they do, the hearing loss and tinnitus that Mr. Beal has is amenable to rehabilitation with hearing aids and tinnitus treatment, which are available to him at no cost through the military health care system.

6)  For the reasons stated above and expressed in detail in this report, I disagree with the opinions of Drs. Packer and Spankovich that Mr. Beal's use of the CAEv2 caused or has aggravated his hearing loss, tinnitus, sleep, or mental health.

## II.      OVERVIEW OF RELEVANT HEARING & MEDICAL CONDITIONS

### A.      Hearing Loss



In order to hear, sound waves enter the ear canal and cause movement of the tympanic membrane. This movement of the tympanic membrane is transmitted through the three hearing bones: malleus, incus, and stapes. The stapes moves in and out like a piston and creates a fluid wave in the cochlea. That fluid wave deflects hair cells within the cochlea.  When bent, those hair cells generate an electrical signal that passes through the hearing nerve to the brain.   The brain then processes/interprets the sound.   So, there are two components to the hearing process: one mechanical (called conductive hearing) and one electrical (called sensorineural hearing). If someone has both sensorineural and conductive hearing loss, it is referred to as mixed hearing loss. Anything that interferes with the mechanical process will cause a conductive hearing loss.  That can come from an ear plug occluding the ear canal, wax occluding the ear canal, damage to the ear drum, damage to the hearing bones, fluid in the middle ear, etc.

Sensorineural hearing loss occurs most often as a result of damage to the hair cells within the cochlea.  There are 15,000 to 20,000 hair cells in the cochlea.  These hair cells line the cochlea and are arranged according to frequency.  The cochlea is coiled for two and a half turns, similar to a snail shell.  The hair cells near the apex of the cochlea are for low frequencies and the hair cells in the basal turn of the cochlea are for high frequencies. There are many things which can cause damage to the hair cells: aging, excessive noise, certain chemicals, certain medications, congenital problems, etc. When those hair cells are damaged it results in sensorineural hearing loss. Noise exposure over time will cause damage to the hair cells in the basal turn, typically at the 4kHz range. Early noise damage generally manifests as normal hearing at the frequencies below 4kHz, an increase in the threshold at 4kHz, and a return to the normal thresholds above 4 kHz. With continued noise exposure the thresholds at 4 kHz continue to increase, as do the thresholds at surrounding frequencies (3kHz and 6kHz). If the noise continues, the thresholds will increase in a broad range of frequencies. As genetic testing has become more common, genetics are increasingly identified as a cause of hearing loss. When hearing loss is caused by genetic or other medical

4

disorders, it generally (though not always) presents in a different audiometric configuration than noise-induced hearing loss, with its characteristic notched configuration. Shearer et al., (2017). Genetics are also associated with tinnitus, which is addressed below. Lopez-Escamez et al., (2020).

The primary frequencies for understanding speech and language are between 0.5kHz and 3kHz. There are several "formulas" for determining percentage of hearing impairment which can be of value when trying to add some objectivity to the degree of hearing impairment. However, there is no universally accepted formula and impairment ratings are not necessarily a reflection of functional hearing. The standard reporting system for hearing loss is based on the pure tone average (PTA). The PTA is determined by averaging the thresholds at 0.5 kHz, 1kHz, and 2kHz. Conversational speech occurs in the frequencies between .5 kHz and 2 kHz – those are the critical frequencies for understanding speech. PTA includes those frequencies because it best represents functional hearing. Some people include 4kHz in the average (called a 4 frequency PTA). The most universally accepted classifications are as follows:

| Degree of hearing loss: | Threshold range: (dB) |
| --- | --- |
| Normal | -10 to 25 |
| Mild | 25 to 40 |
| Moderate | 41 to 55 |
| Moderately severe | 56 to 70 |
| Severe | 71 to 90 |
| Profound | Greater than 91 |

## B.    Tinnitus

Any abnormal auditory perception is referred to as tinnitus. There are two types of tinnitus: objective and subjective. Objective tinnitus is very rare. Objective tinnitus is able to be heard by both the person suffering the tinnitus and an observer. Muscle spams of the small muscles in the middle ear, middle ear tumors, or other abnormalities of the circulatory system are examples of objective tinnitus.

Subjective tinnitus can only be heard by the patient. Subjective tinnitus cannot be measured, and, as a result, it cannot be objectively established whether the patient actually has the tinnitus or not. Subjective tinnitus is by far the most common type of tinnitus. No one has yet established the pathophysiology of tinnitus, which means we cannot say definitively where tinnitus comes from or what causes tinnitus. Almost everyone has had moments in life when their ears "ring". Often it occurs following exposure to a loud noise (i.e. a concert). That tinnitus usually stops after a short period – it is temporary. There is a long list of things which have been associated with tinnitus. Hearing loss, many medications, stress, anxiety, head injuries, marijuana usage etc. have all been associated with tinnitus. I have extensive experience managing patients with tinnitus. In my experience, 95% of people with tinnitus develop coping strategies and have no significant problem with their tinnitus. In my experience in diagnosing and evaluating Service Members, tinnitus is common amongst those with head injuries or with excessive noise exposures.

5

In some patients, I have had to remove tumors that develop on the balance nerve. In the process of resecting those tumors, the hearing nerve is transected. This means that there is no connection between the inner ear and the brain. Many of those patients will still have tinnitus.  This means that the brain must be able to generate the tinnitus. This again highlights that is it not possible to definitively attribute tinnitus to any one thing.

## C.      Hearing Testing

A complete discussion of the testing process is beyond the scope of this report and a complete evaluation of hearing is a lengthy process. Briefly, testing is typically performed in a sound dampened booth. The testor presents a tone to the testee through an audiometer. The tone is presented at a specific frequency and a certain sound pressure level that is on a decibel (dB) scale. The decibel scale is a logarithmic scale and established based on testing of normative patients. The tones are presented at different dB levels until they are audible to the person being tested. The lowest tone that is consistently recognized is recorded.  Typically, the test will include 0.5kHz, 1kHz, 2kHz, 3kHz, 4kHz, 6kHz, and occasionally 8kHz – although there is some variation and not all frequencies are tested every time. That establishes the hearing "thresholds" which represents simply how loud a sound has to be for a person to hear it.

The other part of hearing is comprehension. At times, people are able to hear a sound (the sound meets the "threshold") but they aren't able to understand what they hear (imagine Charlie Brown's teacher).  To evaluate the ear's ability to understand, they use speech discrimination or word recognition testing. The first step in determining word recognition is to establish a speech reception threshold (SRT). The SRT is established by presenting a list of phonetically balanced words, typically starting at the PTA. Phonetically balanced words are various phenomes that occur at approximately the same frequency they occur in normal conversation. The SRT is the dB level where a person is able to correctly repeat 50% of phonetically balanced words. Once the SRT is established, word recognition testing can be performed. Word recognition testing is done by presenting a list of spondees (words with two equally stressed syllables – i.e. football, popcorn) at a presentation level that is 40dB greater than the SRT. The results are recorded as a percentage of correctly repeated words. There is great variability in how word recognition testing is performed. Sometimes the word list is read by the tester, sometimes it is presented by a recorded list. There are also tests which account for speech in noise, which are meant to approximate a patient's ability to hear in the presence of background noise.

## D.      Medical Decision Making

When evaluating, diagnosing, or treating patients, medical providers typically rely on their clinical experience and other well-accepted sources of scientific or medical information. Those sources, however, must be reliable. For example, medical providers often consider medical research that is published in peer-reviewed journals. The peer review process often involves subjecting medical research to judgment for scientific merit by other experts in the field and thereby serves as a check on the research's trustworthiness. And even then, peer reviewed literature must be scrutinized and assessed carefully, including with respect to the journal's reliability, the article's purpose, and the study's methodology. Unlike well-conducted medical or scientific research accepted in the field, internal company documents and correspondence may be for varying internal purposes and are not subject to the same review and analysis that goes with the type of research clinicians generally rely

6

upon in my experience. As such, in my experience, internal company documents are not the types of materials relied upon by medical providers when evaluating, diagnosing, or treating patients. *See* Corbridge (2011), at 1-11.


## III.    SUMMARY OF MR. BEAL'S BACKGROUND AND MEDICAL HISTORY

### A.    Mr. Beal's Military Background

Mr. Beal served in the United States Army as a combat engineer from 2005 to 2009; he was in the Reserves from 2009 to 2011. Beal Deposition p. 117, 197; J_E_BEAL_DOD_TOUHY_000014, 38. As a combat engineer, Mr. Beal's primary responsibilities included demolition training and route clearance.

Shortly after entering the Army in 2005 in Kansas City, Missouri, he completed basic training at Fort Leonard Wood, Missouri for three month, which involved noise exposures from weapons fire such as M-16s and training with hand grenades. Beal Deposition p. 98, 102-104. He remained at Fort Leonard Wood until February 2006, when he transferred to Schofield Barracks, Hawaii. Mr. Beal deployed to Iraq from October 2006 to October 2007, and then returned to Schofield Barracks where he stayed until the end of his active duty. Beal Deposition p. 108. Mr. Beal was in the Reserves from 2009 to 2011 in Springfield, Missouri. Beal Deposition p. 116-117.

Mr. Beal testified that he was first issued the CAEv2 around October 2005, shortly after arriving at Fort Leonard Wood. Beal Deposition p. 104-105. Mr. Beal testified that he was told "at some point during basic" about when to wear the green end versus the yellow end, but could not recall any other details. Beal Deposition p. 130, 169-174. Mr. Beal reported that he occasionally felt the CAEv2 loosen in his ears, at which point he would reseat them. Beal Deposition p. 193-194. He testified he was never offered any other hearing protection device other than the CAEv2 while he was in the military. Beal Deposition p. 174.

Mr. Beal testified that he always wore the yellow end of the CAEv2 while going through weapons training, but sometimes would wear the green end while shooting if no one was communicating around him. Beal Deposition p. 105, 123-125. During deployment, Mr. Beal testified that he wore the yellow end of the CAEv2 while performing his route clearance duties. Beal Deposition p. 233. At times, he also wore a helmet in addition to wearing the CAEv2. Beal Deposition p.233-234. While he was in the Reserves, Mr. Beal claims to have worn the CAEv2 at the range; he had weapons training two or three times during his three years in the Reserves. Beal Deposition p. 136-138.

While he was in the military, Mr. Beal had significant noise exposures including from weapons, generators, vehicles, and heavy machinery. In addition, Mr. Beal was also exposed to various blasts and explosions, which resulted in several head injuries.

For example, during his deployment in Iraq, Mr. Beal reported that he was riding in a vehicle that was hit with an IED. The explosion resulted in Mr. Beal hitting his head and blacking out for about 5 seconds. Beal Deposition p. 252. Mr. Beal also reported another incident where an IED caused Mr. Beal's vehicle to go in the air; Mr. Beal again hit his head and lost consciousness for about

15-30 seconds. Beal Deposition p. 253-256; Beal Deposition Exhibit 22. After these blasts, Mr. Beal reported ringing in his ears, as well as trouble concentrating, dizziness, and blurred vision. Beal Deposition p. 164, 234-235, 254-255, 282. In addition, Mr. Beal's Sergeant reported that Mr. Beal was exposed to blasts from IEDs, mortars, and urban breaching on several other occasions as well. McGuire Deposition p. 89-100. Mr. Beal was also involved in a live fire incident while he was deployed. Beal Deposition p. 158-159. In sum, Mr. Beal was exposed to over 300 concussive blasts during his time in the Army, which resulted in at least 2 mild TBIs. Beal Deposition p. 282-283; Beal Deposition Exhibit 27.

During his time in the Army, Mr. Beal was also exposed to various ototoxic agents (as discussed further below). In addition, he was subject to an Article 15 for alcoholism. Beal Deposition p. 62-64.

**B.    Mr. Beal's Hearing Loss and Tinnitus**

Based on Mr. Beal's medical records, he had mild hearing loss at the time he initially enlisted in the Army. Throughout his service, Mr. Beal's audiograms show relatively stable hearing. His mild hearing loss did not progress until well after his use of the CAEv2 and his time in the military.

| LEFT EAR | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | 0.25kHz | 0.5kHz | 1kHz | 2kHz | 3khz | 4kHz | 6kHz | 8kHz |
| 09/19/05 | - | 10 | 15 | 15 | 10 | 20 | 30 | - |
| 07/06/06 | - | 10 | 10 | 15 | 15 | 25 | 30 | - |
| 10/29/07 | - | 25 | 15 | 15 | 15 | 20 | 30 | - |
| 01/14/08 | - | 20 | 15 | 20 | 15 | 35 | 25 | - |
| 05/05/09 | - | 20 | 20 | 20 | 25 | 40 | - | - |
| 04/13/12 | - | 35 | 35 | 45 | 50 | 50 | 60 | 60 |
| 04/27/21 | - | 35 | 45 | 40 | 40 | 45 | 65 | 65 |
| 12/15/21 | 25 | 25 | 30 | 30 | 30 | 30 | 30 | 30 |
| 01/05/22 | 35 | 35 | 35 | 40 | 35 | 45 | 55 | 50 |
| 01/11/22 | 20 | 25 | 30 | 30 | 30 | 40 | 40 | 50 |

| RIGHT EAR | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | 0.25kHz | 0.5kHz | 1kHz | 2kHz | 3khz | 4kHz | 6kHz | 8kHz |
| 09/19/05 | - | 25 | 25 | 10 | 15 | 15 | 30 | - |
| 07/06/06 | - | 20 | 20 | 10 | 15 | 30 | 15 | - |
| 10/29/07 | - | 15 | 15 | 15 | 15 | 20 | 40 | - |
| 01/14/08 | - | 15 | 15 | 15 | 15 | 30 | 45 | - |
| 05/05/09 | - | 15 | 15 | 25 | 20 | 35 | - | - |
| 04/13/12 | - | 35 | 30 | 45 | 45 | 50 | 50 | 50 |
| 04/27/21 | - | 35 | 40 | 25 | 30 | 30 | 50 | 45 |
| 12/15/21 | 20 | 25 | 25 | 25 | 20 | 20 | 30 | 25 |
| 01/05/22 | 35 | 35 | 30 | 35 | 30 | 35 | 50 | 50 |
| 01/11/22 | 20 | 25 | 25 | 30 | 30 | 35 | 40 | 45 |

Mr. Beal claims that he first noticed tinnitus during basic training in 2005, and hearing loss about a year later in 2006 while he was deployed. Beal Deposition p. 206-207. His complaints are that the tinnitus and hearing loss impact his daily life, including his social behavior and ability to sleep. Beal Deposition. 356-359.

However, Mr. Beal's reports of tinnitus and hearing loss in the medical record are inconsistent. For example, in a May 2009 medical record, Mr. Beal reported no complaints of tinnitus or hearing loss. J_E_BEAL_VA_TOUHY_002387. In addition, Mr. Beal testified that he has worn his hearing aids every day since he received them in 2012, Beal Deposition p. 224-225, but his medical records indicate that Mr. Beal would not wear his hearing aids when he should be. J_E_BEAL_VA_TOUHY_1973. And according to his wife, Mr. Beal lost his hearing aids about two years ago and has not worn them since. H. Beal Deposition p. 44.

Notably, Mr. Beal has never complained to his wife about his hearing loss or tinnitus. H. Beal Deposition p. 29. Mrs. Beal also testified that there are no hobbies that Mr. Beal can no longer perform because of his hearing loss or tinnitus. H. Beal Deposition p. 21.

**C.     Mr. Beal's Exposure to Ototoxic Agents**

Mr. Beal has had exposures to a variety of ototoxic agents during the time period in which he claims to have experienced hearing loss or tinnitus. During his service, Mr. Beal abused pain killers for about two years. J_E_BEAL_VA_TOUHY_002045-2047. While he was deployed, Mr. Beal huffed "dust-off" as a means of self-medicating and smoked up to 2 cartons of cigarettes per day. J_E_BEAL-000052-54; J_E_BEAL_VA_TOUHY_002045-2047. Following his deployment, Mr. Beal indicated that he was concerned about his health due to exposure to JP8 or other fuels, vehicle or truck exhaust fumes, loud noises, radars/microwaves, smoke from oil fire, industrial pollution, paints, and sand/dust. J_E_BEAL_VA_TOUHY_002606-2609. In addition, Mr. Beal currently

9

works in a civilian occupation around different machinery and heavy equipments, which include carbon monoxide exposures. Emerson Deposition p. 87. Carbon monoxide is a substance with known ototoxic properties. Morata, LePrell, Spankovich, and Fuente (in press).

## D.     Mr. Beal's Other Medical Conditions

Mr. Beal has a whole host of other medical conditions, including PTSD, asthma, and chronic pain. According to Mr. Beal, his PTSD affects his speech, concentration, memory issues, and ability to sleep, among other things. J_E_BEAL_VA_TOUHY_2512-41.

In addition to his chronic medical conditions, Mr. Beal has had several visits to the emergency room and doctors for a variety of complaints. For example, in 2010, Mr. Beal was seen for a forehead laceration after he fired a gun that recoiled and hit his forehead. J_E_BEAL_VA_TOUHY_2329-2331. In 2014, Mr. Beal was seen for complaints of left ear pain and reported green drainage from his ear. J_E_BEAL_VA_TOUHY_1864-1865; J_E_BEAL_000238.

## E.     Mr. Beal's Post-Service Civilian Occupations

After Mr. Beal left active duty in 2009, he had his own business working as a handyman. He mowed grass and performed construction jobs that involved using a saw or drill, among other things. Mr. Beal wore foam earplugs and/or earmuffs while working as a handyman. Beal's Response to Third Set of Rogs. at p. 5.

From 2009 until 2020, Mr. Beal had several jobs. For example, in 2011, Mr. Beal worked for Domino's as a delivery person for 2-3 months and at a walnut processing plant husking walnuts until he discovered he was allergic to walnuts; he worked as a groundskeeper for county cemeteries in 2012 for 2 weeks. J_E_BEAL_VA_TOUHY_002197-2198. In 2014, Mr. Beal worked at United Poly Systems making plastic pipes. J_E_BEAL_VA_TOUHY_001860-1861. From 2015-2020, Mr. Beal worked as a truck driver at multiple companies. Beal Deposition p. 287-301. Where available, records document that Mr. Beal passed whisper hearing tests without the use of hearing aids for these jobs. BEALJ-MDL2885-38HEX-00007; BEALJ-MDL2885-18SNC-00077.

Records indicate that Mr. Beal left these jobs due to various reasons including limited pay, issues with performance (including drug and alcohol rule violation), and seasonal nature, but never because of any hearing-related issue. J_E_BEAL_VA_TOUHY_001955-1965; BEALJ-MDL2885-69FFL-00021-22.

Since August 2020, Mr. Beal has been working as a machine operator/materials handler at Emerson making motors for air conditioner units. Beal Deposition p. 298. As a machine operator, Mr. Beal is exposed to metal working fluids and carbon monoxide; as a materials handler, he is also exposed to monoethanol amine, isopropanol, and trans-1, 2-dicholoroethylene. Emerson Deposition p. 87-88.

As part of Emerson's hearing conservation program, Mr. Beal is subject to an annual audiogram and is required to wear hearing protection on the job. His most recent, and only, audiogram with Emerson was on April 27, 2021. ScrollCompressors_0088. He is next due for an audiogram in April 2022. Emerson Deposition p. 113.

Mr. Beal's employer does not have any knowledge of any difficulties Mr. Beal has performing his job due to hearing issues, nor has Mr. Beal claimed he is unable to perform any aspect of his job due to hearing issues. Emerson Deposition p. 74-75.

## F.    Mr. Beal's Nonoccupational Noise Exposures

Mr. Beal also had nonoccupational noise exposures before and after his use of the CAEv2, including:

- He has hunted since childhood, for about 30 years, and never wore hearing protection. Causey Deposition p. 23-26; Beal Deposition p. 48. After firing his gun, Mr. Beal reported ringing in his ears and that he had trouble hearing. Causey Deposition p. 27-28.

- Mr. Beal goes shooting with his wife and children at least once a year and wears foam earplugs or earmuffs. Beal Deposition p. 309-310.

- He raced a stock V-6 Mustang once a week from 2006-2009 with no hearing protection. Beal Deposition p. 32-34.

- He has ridden a UTV and a 4-wheeler with no hearing protection. Beal Deposition p. 29-31.

- He has operated power tools his whole life while wearing earmuffs (except when operating a power drill, when he would wear no hearing protection). Beal Deposition p. 39-40.

- He attended three concerts in 2019 with no hearing protection. Beal Deposition p. 35-37.

- He has been exposed to noise from firecrackers without hearing protection once a year for his whole life. Beal Deposition p. 41-42.

## IV.    OPINIONS

## A.    Mr. Beal's Hearing Loss Is Not Attributable to His Use of the CAEv2

Based on information in the records and relayed by Mr. Beal, as well my understanding of the deployed environment, and my own experience in the military and in treating soldiers for 24 years, it is my opinion that Mr. Beal's hearing loss is not the result of his use of the CAEv2 earplugs, let alone any purported defect in the plug.

Before joining the Army, and before Mr. Beal ever used the CAEv2, Mr. Beal hunted for decades without wearing any hearing protection. He reports this caused him to have ringing in his ears and trouble hearing. Thus, Mr. Beal's mild hearing loss at the time he enlisted in the Army (as demonstrated by the first available audiogram) may be explained by his exposure to hazardous noises long before using the CAEv2.

While in the regular Army, Mr. Beal claims to have used the CAEv2 throughout his service while training and during deployment. Yet, Mr. Beal's hearing remained relatively stable throughout the

entire time he claims to have used the CAEv2. In order for hearing loss to be attributed to noise, that hearing loss has to be temporally associated with the noise exposure and have a pattern typical of noise exposure. That is not the case for Mr. Beal. Indeed, Mr. Beal's hearing was tested before and after his deployment to Iraq, where he had significant hazardous noise exposures including live fire and IED blasts. In spite of those significant exposures, the post-deployment audiogram revealed no significant threshold shifts compared to the pre-deployment audiogram. Indeed, Mr. Beal had no significant threshold shifts during his entire period of military service. If the CAEv2 were defective, and Mr. Beal used the CAEv2 around such hazardous noise exposures, the results of his post-deployment audiogram would be much worse. Moreover, to the extent that Mr. Beal experienced any hearing loss on his deployment, he was exposed to several known ototoxic agents as described above, which no hearing protection device can protect against. The combination of ototoxic agents and noise can intensify the harmful effects of both. Morata, LePrell, Spankovich, and Fuente (in press). However, it is important to remember, he suffered no hearing loss during that deployment. After Mr. Beal returned from his Iraq deployment, his hearing remained relatively stable for the rest of his time in the military.

It was not until after Mr. Beal completed his military service that his hearing loss began to progress. Notably, Mr. Beal's audiograms demonstrate some variability and fluctuation in his hearing. That fluctuation, combined with the fact that his hearing loss does not have the typical noise pattern in that it affects both the low and high frequencies, leads me to believe that something other than noise caused or contributed to his hearing loss. Indeed, the progression of Mr. Beal's hearing loss is not consistent with hearing loss induced solely by exposure to noise. Noise typically causes a "notch" around 4,000 hertz with some recovery at 6,000 and 8,000 hertz. For example, according to the American College of Occupational Environmental Medicine (ACOEM), noise exposure alone usually does not produce a loss greater than 40 dB in lower frequencies. In Mr. Beal's case, his hearing loss extended into frequencies that are less associated with noise-induced hearing loss, reaching 45 dB in the left ear at 1,000 hertz in 2021. The medical exam performed by the plaintiffs demonstrated that Mr. Beal had type C tympanograms. That, combined with the medical reports showing purulent drainage from his ear may indicate he suffers from chronic otitis media. Chronic otitis media may cause hearing loss that involves the lower frequencies and may explain the fluctuations that occur in his testing. Based on Mr. Beal's audiometric data, his hearing-loss progression is likely not due to noise alone and certainly cannot be attributed to a defect in the CAEv2. Given Mr. Beal's history of exposure to blasts and IEDs, among other things, I cannot rule out that he has some subjective auditory complaints that are related to a processing disorder from his head trauma. *See* Werff and Rieger (2017). In sum, it is more likely that other medical conditions or factors caused or contributed to Mr. Beal's hearing loss.

Overall, I am of the opinion that the CAEv2 worked for Mr. Beal. As discussed above, Mr. Beal reportedly noticed when the CAEv2 loosened in his ears. By his own testimony, this permitted Mr. Beal to recognize when it loosened and know when it was necessary to reinsert and reseal the device. In any event, it is well known that all earplugs may loosen. Indeed, Department of Defense Instruction 6055.12 (2004) Enclosure 6 provides general information about earplugs, stating, "Plugs tend to work loose as a result of talking and chewing and must be reseated." In addition, he had no progression in his hearing loss during his time in the military in spite of significant noise exposures – which is exactly what the CAEv2 was intended to do.

**B.      Mr. Beal's Tinnitus Cannot Be Causally Associated with the CAEv2**

Mr. Beal's tinnitus is not attributable to the CAEv2. There are many things that are associated with tinnitus. Mr. Beal has suffered head traumas, has been exposed to high levels of steady state noise, and has had exposure to various ototoxins (including huffing compressed air, being exposed to JP8, and abusing prescription painkillers—all of which are associated with tinnitus). In addition, as mentioned above, Mr. Beal had mild hearing loss when he entered the Army, before he had ever worn the CAEv2. It is well-established that tinnitus may accompany hearing loss. It is not possible to rule out any of these things as the cause of his tinnitus with any degree of medical certainty.

**C.      Mr. Beal Suffered Multiple Head Traumas Which Were Not Preventable by Hearing Protection Devices**

As set forth above, Mr. Beal suffered multiple head traumas, including ones where he reported ringing in his ears right after the incident, and was diagnosed with a mild TBI. Mr. Beal reported serious symptoms from his head trauma that persisted for years following his deployment, including dizziness, headaches, trouble concentrating, blurred vision, and various functional impairments documented in medical records. These symptoms were temporally attributed to Mr. Beal being in close proximity to IED blasts and hitting his head. These events are unrelated to any claimed defect in the CAEv2. Mr. Beal's head traumas and blast exposures cannot be ruled out as a cause of his hearing loss and tinnitus. *See* Theodoroff et al., (2015); Henry et al., (2021).

**D.      Mr. Beal's Hearing Loss and Tinnitus Do Not Adversely Affect His Daily Life**

Based on my review of Mr. Beal's file, Mr. Beal's hearing loss and tinnitus to do not adversely affect his daily life. Although Mr. Beal claims that his hearing loss and tinnitus affect his ability to engage in sports, his desire to engage in social activities, and his ability to sleep, the records directly contradict his testimony. For example, medical records note that Mr. Beal reported reduced interest in social activities because of his PTSD and difficulty trusting others; his PTSD also affects his mood and gives him panic attacks and nightmares, making it difficult for him to sleep. J_E_BEAL_VA_TOUHY_1955-1965, 2514-2541, 2045-2047. In addition, medical records also note that Mr. Beal has limited time for sports and social activities due to his martial, parenting, academic, and work obligations. J_E_BEAL_VA_TOUHY_1955-1965.

Mr. Beal's quality of life appears to be more affected by his other medical conditions, such as his chronic pain (which was noted to impact his ability to work, J_E_BEAL_VA_TOUHY_2454-2460); asthma and shortness of breath (which was noted to impact his sleep, J_E_BEAL_VA_TOUHY_2081-2084, 2057-2058), and his PTSD as noted above. In addition, his wife testified that Mr. Beal has been stressed over issues entirely unrelated to his hearing loss and tinnitus, including employment issues and money stressors. H. Beal Deposition p. 95-96.

Any hearing loss and tinnitus that is bothersome to Mr. Beal is amenable to rehabilitation with hearing aids and tinnitus treatment, which are available to him at no cost through the military health care system. In fact, Mr. Beal used hearing aids for a period of time, which were provided to him by the VA in 2012.

With respect to Mr. Beal's hearing, specifically, Mr. Beal has retained excellent speech understanding in spite of increased thresholds. Every single time Mr. Beal's word recognition was

tested, he scored at least 92% or higher. Most recently, at Plaintiff's expert's examination, Mr. Beal received word recognition scores of 100% and 96% in the left and right ears, respectively.

With respect to Mr. Beal's tinnitus, Plaintiff's expert's examination results demonstrate that it can be managed. His tinnitus was masked effectively at a sensation level of 5 dB louder than the tinnitus in the right ear and 0 dB louder than the tinnitus in the left ear. Thus, the use of an ear-level masking device would effectively minimize or eliminate Mr. Beal's perception of tinnitus while wearing the device.

## V.      CONCLUSION

Mr. Beal has documented hearing loss that developed after he used the CAEv2. For the reasons described in this report, it is not possible to attribute his hearing loss to the CAEv2. His hearing loss is not consistent hearing loss induced by exposure to noise alone. Mr. Beal also has multiple factors that account for his tinnitus and cannot be ruled out as a cause of his tinnitus: hearing loss (that is not attributable to the CAEv2), head traumas, steady-state noise and blast exposures, and ototoxic agents. The evidence suggests that his hearing loss and tinnitus do not affect his day-to-day functioning.

_____          _____2/11/2022_____
James V. Crawford, MD

# **EXHIBIT A**

## EXHIBIT A: LIST OF MATERIALS CONSIDERED

### Case Materials

All documents cited in my report that are not cited herein.
Each cited document as well as any attachments to that document.
All documents cited in my General Report.

### EXPERT REPORTS

Rule 26 Case Specific Expert Report of Mark Packer, M.D. dated January 14, 2022
Rule 26 Case Specific Expert Report of Christopher Spankovich, AU.D., PH.D., M.P.H. dated January 14, 2022

### DEPOSITION TESTIMONY

Deposition of James Beal, dated December 1, 2021, and related exhibits 1 – 31
Deposition of Steven Causey, dated January 3, 2022, and related exhibit 1
Deposition of M. Todd McGuire, dated January 4, 2022, and related exhibits 1-8
Deposition of Heather Beal, dated January 5, 2022, and related exhibits 1-2
Deposition of Dala Hemeyer, dated January 20, 2022, and related exhibits 1-14
Deposition of Donald Hanger, dated January 26, 2022, and related exhibits 1-5

### DISCOVERY

Plaintiff James E. Beal Objections and Answers to Defendant 3M's First Set of Interrogatories to Plaintiff, 4/10/2020 (93638)
Plaintiff James E. Beal Objections and Answers to Defendant 3M's Second Set of Interrogatories to Plaintiff, 4/10/2020 (93639)
Plaintiff James E. Beal Objections and Responses to Defendant 3M's First Set of Requests for Production to Plaintiff, 4/10/2020 (93640)
Plaintiff James E. Beal's Supplemental Objections and Responses to Defendant 3M's First Set of Requests for Production to Plaintiff, 5/15/2020 (95849)
Plaintiff James E. Beal Supplemental Objections and Answers to Defendant 3M's First Set of Interrogatories to Plaintiff, 5/15/2020 (95851)
Plaintiff James E. Beal Supplemental Objections and Answers to Defendant 3M's Second Set of Interrogatories to Plaintiff, 5/15/2020 (95853)
Plaintiff James E. Beal Supplemental Objections and Answers to Defendant 3M's First Set of Interrogatories to Plaintiff, 5/15/2020 (132617)
Plaintiff James E. Beal Supplemental Objections and Answers to Defendant 3M's First Set of Interrogatories to Plaintiff, 5/15/2020 (132618)
Plaintiff James E. Beal Supplemental Objections and Answers to Defendant 3M's Second Set of Interrogatories to Plaintiff, 5/15/2020 (132619)
Plaintiff James E. Beal June 2, 2020, Supplemental Objections and Answers to Defendant 3M's First Set of Interrogatories to Plaintiff, 6/2/2020 (96514)

James V. Crawford, M.D.
March 7, 2022

Plaintiff James E. Beal June 2, 2020, Supplemental Objections and Answers to Defendant 3M's First Set of Interrogatories to Plaintiff, 6/2/2020 (132620)
ESI Certification for Bellwether Plaintiff James E. Beal, 7/29/2020 (132621)
Plaintiffs' Rule 26(a) Initial Disclosures, 11/24/2021 (132622)
Plaintiff James E. Beal Responses to Defendant 3M's Second Set of Requests for Production, 1/4/2021 (134980)
Plaintiff James E. Beal Responses to Defendant 3M's Third Set of Interrogatories to Plaintiff James E. Beal, 1/4/2021 (134979)
Responses and Objections of Third-Party Witness Scroll Compressors, LLC, 1/24/2022

## PRODUCTION DOCUMENTS

| Document Description | Beg Bates | End Bates | MDL Centrality No. |
|---|---|---|---|
| MRC Record - Brown, Thomas W., DC_Medical_77 | BEALJ-MDL2885-77TWB-00001 | BEALJ-MDL2885-77TWB-00044 | 1512261 |
| MRC Record - Dairy Farmers of America_Employment_73 | BEALJ-MDL2885-73DFA-00001 | BEALJ-MDL2885-73DFA-00028 | 1445036 |
| MRC Record - CRST_Employment_40 | BEALJ-MDL2885-40CRST-00001 | BEALJ-MDL2885-40CRST-00126 | 862199 |
| MRC Record - Frog Freight LLC_Employment_69 | BEALJ-MDL2885-69FFL-00001 | BEALJ-MDL2885-69FFL-00022 | 1412806 |
| MRC Record - Homer Express LLC_38 | BEALJ-MDL2885-38HEX-00001 | BEALJ-MDL2885-38HEX-00034 | 861298 |
| MRC Record - Updated Bates Range | BEALJ-MDL2885-4MCFM-00001 | BEALJ-MDL2885-4MCFM-00055 | 892598 |
| MRC Record - Mercy Clinic Family Medicine - Mountain Grove_Medical_9 | BEALJ-MDL2885-9MCFMMG-00001 | BEALJ-MDL2885-9MCFMMG-00001 | 811412 |
| MRC Record - Mercy Clinic Family Medicine - Mountain Grove_Medical_10 | BEALJ-MDL2885-10MCFMMG-00002 | BEALJ-MDL2885-10MCFMMG-00002 | 811413 |
| MRC Record - Mercy Clinic Family Medicine_Medical_19 | BEALJ-MDL2885-19MCFM-00056 | BEALJ-MDL2885-19MCFM-00057 | 851847 |
| MRC Record - Physical Therapy Specialist_Medical_71 | BEALJ-MDL2885-71PTS-00001 | BEALJ-MDL2885-71PTS-00001 | 1412807 |

2

James V. Crawford, M.D.
March 7, 2022

| Document Description | Beg Bates | End Bates | MDL Centrality No. |
|---|---|---|---|
| MRC Record - Texas County Memorial Hospital_Medical_70 | BEALJ-MDL2885-70TCMH-00001 | BEALJ-MDL2885-70TCMH-00035 | 1412808 |
| MRC Record - Phelps County Regional Medical Center_Medical_75 | BEALJ-MDL2885-75PCRMC-00001 | BEALJ-MDL2885-75PCRMC-00095 | 1461577 |
| MRC Record - Schneider National Carriers, Inc_Employment_18 | BEALJ-MDL2885-18SNC-00001 | BEALJ-MDL2885-18SNC-00086 | 851846 |
| MRC Record - University of Phoenix_Academic_41 | BEALJ-MDL2885-41UPH-00001 | BEALJ-MDL2885-41UPH-00030 | 873805 |
| Verification of Census Form (12/3/2019) | | | 576758 |
| Bellwether Selection Sheet | | | 582869 |
| File Stamped Short Form Complaint - Beal, James Edward - 2020-01-17 - SFC dated stamped | | | 688951 |
| File Stamped Short Form Complaint - Beal, James Edward - 2020-07-01 - Date stamped Second Amended SFC | | | 835501 |
| Unfiled Case Census Form (12/9/2019) | | | 315671 |
| IME – The University of Kansas Health System | | | |
| IME – M3206662 | | | |
| IME – M3206665 | | | |
| 2021-11-18 VA Form 10-2364 | | | |
| 2021-12-02 VA Form 10-2364 | | | |

3

James V. Crawford, M.D.
March 7, 2022

| Document Description | Beg Bates | End Bates | MDL Centrality No. |
|---|---|---|---|
| Plaintiff Jame Beal's Production - Beal_Facebook_Messenger_ Messages | | | |
| Plaintiff Jame Beal's Production - Beal_Facebook_Timeline | | | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000001.001 | Beal_Facebook_000000 01.001 | Beal_Facebook_000000 01.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000002.001 | Beal_Facebook_000000 02.001 | Beal_Facebook_000000 02.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000003.001 | Beal_Facebook_000000 03.001 | Beal_Facebook_000000 03.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000004.001 | Beal_Facebook_000000 04.001 | Beal_Facebook_000000 04.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000006.001 | Beal_Facebook_000000 06.001 | Beal_Facebook_000000 06.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000007.001 | Beal_Facebook_000000 07.001 | Beal_Facebook_000000 07.001 | |

James V. Crawford, M.D.
March 7, 2022

| Document Description | Beg Bates | End Bates | MDL Centrality No. |
|---|---|---|---|
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000008.001 | Beal_Facebook_00000008.001 | Beal_Facebook_00000008.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000009.001 | Beal_Facebook_00000009.001 | Beal_Facebook_00000009.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000010.001 | Beal_Facebook_00000010.001 | Beal_Facebook_00000010.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000011.001 | Beal_Facebook_00000011.001 | Beal_Facebook_00000011.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000012.001 | Beal_Facebook_00000012.001 | Beal_Facebook_00000012.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000012.002 | Beal_Facebook_00000012.002 | Beal_Facebook_00000012.002 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000012.003 | Beal_Facebook_00000012.003 | Beal_Facebook_00000012.003 | |

James V. Crawford, M.D.
March 7, 2022

| Document Description | Beg Bates | End Bates | MDL Centrality No. |
|---|---|---|---|
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000012.004 | Beal_Facebook_000000 12.004 | Beal_Facebook_000000 12.004 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000013.001 | Beal_Facebook_000000 13.001 | Beal_Facebook_000000 13.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000015.001 | Beal_Facebook_000000 15.001 | Beal_Facebook_000000 15.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000015.002 | Beal_Facebook_000000 15.002 | Beal_Facebook_000000 15.002 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000015.003 | Beal_Facebook_000000 15.003 | Beal_Facebook_000000 15.003 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000015.004 | Beal_Facebook_000000 15.004 | Beal_Facebook_000000 15.004 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000015.005 | Beal_Facebook_000000 15.005 | Beal_Facebook_000000 15.005 | |

James V. Crawford, M.D.
March 7, 2022

| Document Description | Beg Bates | End Bates | MDL Centrality No. |
|---|---|---|---|
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000016.001 | Beal_Facebook_000000 16.001 | Beal_Facebook_000000 16.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000017.001 | Beal_Facebook_000000 17.001 | Beal_Facebook_000000 17.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000017.002 | Beal_Facebook_000000 17.002 | Beal_Facebook_000000 17.002 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000018.001 | Beal_Facebook_000000 18.001 | Beal_Facebook_000000 18.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000020.001 | Beal_Facebook_000000 20.001 | Beal_Facebook_000000 20.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000021.001 | Beal_Facebook_000000 21.001 | Beal_Facebook_000000 21.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000021.002 | Beal_Facebook_000000 21.002 | Beal_Facebook_000000 21.002 | |

James V. Crawford, M.D.
March 7, 2022

| Document Description | Beg Bates | End Bates | MDL Centrality No. |
|---|---|---|---|
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000022.001 | Beal_Facebook_00000022.001 | Beal_Facebook_00000022.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000022.002 | Beal_Facebook_00000022.002 | Beal_Facebook_00000022.002 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000023.001 | Beal_Facebook_00000023.001 | Beal_Facebook_00000023.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000024.001 | Beal_Facebook_00000024.001 | Beal_Facebook_00000024.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000025.001 | Beal_Facebook_00000025.001 | Beal_Facebook_00000025.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000026.001 | Beal_Facebook_00000026.001 | Beal_Facebook_00000026.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000026.002 | Beal_Facebook_00000026.002 | Beal_Facebook_00000026.002 | |

8

James V. Crawford, M.D.
March 7, 2022

| Document Description | Beg Bates | End Bates | MDL Centrality No. |
|---|---|---|---|
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000027.001 | Beal_Facebook_00000027.001 | Beal_Facebook_00000027.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000031.001 | Beal_Facebook_00000031.001 | Beal_Facebook_00000031.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000032.001 | Beal_Facebook_00000032.001 | Beal_Facebook_00000032.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000033.001 | Beal_Facebook_00000033.001 | Beal_Facebook_00000033.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000034.001 | Beal_Facebook_00000034.001 | Beal_Facebook_00000034.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000034.002 | Beal_Facebook_00000034.002 | Beal_Facebook_00000034.002 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000035.001 | Beal_Facebook_00000035.001 | Beal_Facebook_00000035.001 | |

9

| Document Description | Beg Bates | End Bates | MDL Centrality No. |
|---|---|---|---|
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000037.001 | Beal_Facebook_00000037.001 | Beal_Facebook_00000037.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000038.001 | Beal_Facebook_00000038.001 | Beal_Facebook_00000038.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000038.002 | Beal_Facebook_00000038.002 | Beal_Facebook_00000038.002 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000038.003 | Beal_Facebook_00000038.003 | Beal_Facebook_00000038.003 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000039.001 | Beal_Facebook_00000039.001 | Beal_Facebook_00000039.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000040.001 | Beal_Facebook_00000040.001 | Beal_Facebook_00000040.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000041.001 | Beal_Facebook_00000041.001 | Beal_Facebook_00000041.001 | |

10

| Document Description | Beg Bates | End Bates | MDL Centrality No. |
|---|---|---|---|
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000042.001 | Beal_Facebook_000000 42.001 | Beal_Facebook_000000 42.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000043.001 | Beal_Facebook_000000 43.001 | Beal_Facebook_000000 43.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000043.002 | Beal_Facebook_000000 43.002 | Beal_Facebook_000000 43.002 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000043.003 | Beal_Facebook_000000 43.003 | Beal_Facebook_000000 43.003 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000043.004 | Beal_Facebook_000000 43.004 | Beal_Facebook_000000 43.004 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000043.005 | Beal_Facebook_000000 43.005 | Beal_Facebook_000000 43.005 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000045.001 | Beal_Facebook_000000 45.001 | Beal_Facebook_000000 45.001 | |

James V. Crawford, M.D.
March 7, 2022

| Document Description | Beg Bates | End Bates | MDL Centrality No. |
|---|---|---|---|
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000046.001 | Beal_Facebook_00000046.001 | Beal_Facebook_00000046.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000046.002 | Beal_Facebook_00000046.002 | Beal_Facebook_00000046.002 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000048.001 | Beal_Facebook_00000048.001 | Beal_Facebook_00000048.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000049.001 | Beal_Facebook_00000049.001 | Beal_Facebook_00000049.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000050.001 | Beal_Facebook_00000050.001 | Beal_Facebook_00000050.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000051.001 | Beal_Facebook_00000051.001 | Beal_Facebook_00000051.001 | |
| Plaintiff Jame Beal's Facebook Production Attachment - Beal_Facebook_00000052.001 | Beal_Facebook_00000052.001 | Beal_Facebook_00000052.001 | |
| Medical Records - J_E_BEAL-000001 | J_E_BEAL-000001 | J_E_BEAL-000001 | 823802 |

James V. Crawford, M.D.
March 7, 2022

| Document Description | Beg Bates | End Bates | MDL Centrality No. |
|---|---|---|---|
| Medical Records - J_E_BEAL-000002 | J_E_BEAL-000002 | J_E_BEAL-000003 | 823803 |
| Other - J_E_BEAL-000004 (CP Military Photo) | J_E_BEAL-000004 | J_E_BEAL-000004 | 803289 |
| Other - J_E_BEAL-000005 (CP Military Photo) | J_E_BEAL-000005 | J_E_BEAL-000005 | 803290 |
| Medical Records - J_E_BEAL-000006 | J_E_BEAL-000006 | J_E_BEAL-000006 | 823804 |
| Medical Records - J_E_BEAL-000007 | J_E_BEAL-000007 | J_E_BEAL-000008 | 823805 |
| Medical Records - J_E_BEAL-000009 | J_E_BEAL-000009 | J_E_BEAL-000018 | 823807 |
| Medical Records - J_E_BEAL-000019 | J_E_BEAL-000019 | J_E_BEAL-000690 | 823856 |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000691 | J_E_BEAL-000691 | J_E_BEAL-000691 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000692 | J_E_BEAL-000692 | J_E_BEAL-000692 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000693 | J_E_BEAL-000693 | J_E_BEAL-000693 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000694 | J_E_BEAL-000694 | J_E_BEAL-000694 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000695 | J_E_BEAL-000695 | J_E_BEAL-000695 | |

James V. Crawford, M.D.
March 7, 2022

| Document Description | Beg Bates | End Bates | MDL Centrality No. |
|---|---|---|---|
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000696 | J_E_BEAL-000696 | J_E_BEAL-000696 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000697 | J_E_BEAL-000697 | J_E_BEAL-000697 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000698 | J_E_BEAL-000698 | J_E_BEAL-000698 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000699 | J_E_BEAL-000699 | J_E_BEAL-000699 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000700 | J_E_BEAL-000700 | J_E_BEAL-000700 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000701 | J_E_BEAL-000701 | J_E_BEAL-000701 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000702 | J_E_BEAL-000702 | J_E_BEAL-000702 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000703 | J_E_BEAL-000703 | J_E_BEAL-000703 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000704 | J_E_BEAL-000704 | J_E_BEAL-000704 | |

14

James V. Crawford, M.D.
March 7, 2022

| Document Description | Beg Bates | End Bates | MDL Centrality No. |
|---|---|---|---|
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000705 | J_E_BEAL-000705 | J_E_BEAL-000705 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000706 | J_E_BEAL-000706 | J_E_BEAL-000706 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000707 | J_E_BEAL-000707 | J_E_BEAL-000707 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000708 | J_E_BEAL-000708 | J_E_BEAL-000708 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000709 | J_E_BEAL-000709 | J_E_BEAL-000709 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000710 | J_E_BEAL-000710 | J_E_BEAL-000710 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000711 | J_E_BEAL-000711 | J_E_BEAL-000711 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000712 | J_E_BEAL-000712 | J_E_BEAL-000712 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000713 | J_E_BEAL-000713 | J_E_BEAL-000713 | |

James V. Crawford, M.D.
March 7, 2022

| Document Description | Beg Bates | End Bates | MDL Centrality No. |
|---|---|---|---|
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000714 | J_E_BEAL-000714 | J_E_BEAL-000714 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000715 | J_E_BEAL-000715 | J_E_BEAL-000715 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000716 | J_E_BEAL-000716 | J_E_BEAL-000716 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000717 | J_E_BEAL-000717 | J_E_BEAL-000717 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000718 | J_E_BEAL-000718 | J_E_BEAL-000718 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000719 | J_E_BEAL-000719 | J_E_BEAL-000719 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000720 | J_E_BEAL-000720 | J_E_BEAL-000720 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000721 | J_E_BEAL-000721 | J_E_BEAL-000721 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000722 | J_E_BEAL-000722 | J_E_BEAL-000722 | |

James V. Crawford, M.D.
March 7, 2022

| Document Description | Beg Bates | End Bates | MDL Centrality No. |
|---|---|---|---|
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000723 | J_E_BEAL-000723 | J_E_BEAL-000723 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000724 | J_E_BEAL-000724 | J_E_BEAL-000724 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000725 | J_E_BEAL-000725 | J_E_BEAL-000725 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000726 | J_E_BEAL-000726 | J_E_BEAL-000726 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000727 | J_E_BEAL-000727 | J_E_BEAL-000727 | |
| 7/24/2020 Plaintiff James Beal's ESI Production Attachment - J_E_BEAL-000728 | J_E_BEAL-000728 | J_E_BEAL-000728 | |
| Medical Records - J_E_BEAL_001000 | J_E_BEAL_001000 | J_E_BEAL_001001 | 1282354 |
| Medical Records - J_E_BEAL_001002 | J_E_BEAL_001002 | J_E_BEAL_001057 | 1282402 |
| Medical Records - J_E_BEAL_001058 | J_E_BEAL_001058 | J_E_BEAL_001058 | 1349940 |
| 2021-12-29 J_E_BEAL_001059-1218 | J_E_BEAL_001059 | J_E_BEAL_001218 | 1411212 |
| Photographs - J_E_BEAL_001219 | J_E_BEAL_001219 | J_E_BEAL_001219 | 1360372 |
| 2021-12-07 Medical Records – J_E_BEAL_001220 | J_E_BEAL_001220 | J_E_BEAL_001222 | 1387855 |

James V. Crawford, M.D.
March 7, 2022

| Document Description | Beg Bates | End Bates | MDL Centrality No. |
|---|---|---|---|
| Photographs - J_E_BEAL_001223 | J_E_BEAL_001223 | J_E_BEAL_001223 | 1436463 |
| Medical Records - J_E_BEAL_000673 | J_E_BEAL_000673 | J_E_BEAL_000675 | 1282217 |
| 2021-12-29 J_E_BEAL_000676-999 | J_E_BEAL_000676 | J_E_BEAL_000999 | 1411206 |
| Medical Records - J_E_BEAL_001224 | J_E_BEAL_001224 | J_E_BEAL_001258 | 1471202 |
| Other - J_E_BEAL-000001 RFP Production | J_E_BEAL-000001 | J_E_BEAL-000690 | 791200 |
| Bates Stamped DOD Touhy Response - J_E_BEAL_DOD_TOUHY_000001 | J_E_BEAL_DOD_TOUHY_000001 | J_E_BEAL_DOD_TOUHY_000001 | 803079 |
| Bates Stamped DOD Touhy Response - J_E_BEAL_DOD_TOUHY_000002 | J_E_BEAL_DOD_TOUHY_000002 | J_E_BEAL_DOD_TOUHY_000002 | 803080 |
| Bates Stamped DOD Touhy Response - J_E_BEAL_DOD_TOUHY_000003 | J_E_BEAL_DOD_TOUHY_000003 | J_E_BEAL_DOD_TOUHY_000003 | 803081 |
| Bates Stamped DOD Touhy Response - J_E_BEAL_DOD_TOUHY_000004 | J_E_BEAL_DOD_TOUHY_000004 | J_E_BEAL_DOD_TOUHY_000041 | 803083 |
| Bates Stamped VA Touhy Response - J_E_BEAL-VA-000001 | J_E_BEAL-VA-000001 | J_E_BEAL-VA-000023 | 801880 |
| Bates Stamped VA Touhy Response - J_E_BEAL-VA-000024 | J_E_BEAL-VA-000024 | J_E_BEAL-VA-000347 | 801882 |
| Bates Stamped VA Touhy Response - J_E_BEAL-VA-000348 | J_E_BEAL-VA-000348 | J_E_BEAL-VA-000677 | 801896 |

18

| Document Description | Beg Bates | End Bates | MDL Centrality No. |
|---|---|---|---|
| Bates Stamped VA Touhy Response - J_E_BEAL-VA-000678 | J_E_BEAL-VA-000678 | J_E_BEAL-VA-000679 | 801897 |
| Bates Stamped VA Touhy Response - J_E_BEAL-VA-000680 | J_E_BEAL-VA-000680 | J_E_BEAL-VA-001679 | 801899 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_001680 | J_E_BEAL_VA_TOUHY_001680 | J_E_BEAL_VA_TOUHY_002279 | 828854 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_002280 | J_E_BEAL_VA_TOUHY_002280 | J_E_BEAL_VA_TOUHY_002879 | 828857 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_002880 | J_E_BEAL_VA_TOUHY_002880 | J_E_BEAL_VA_TOUHY_002979 | 828232 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_002980 | J_E_BEAL_VA_TOUHY_002980 | J_E_BEAL_VA_TOUHY_003004 | 828233 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_003005 | J_E_BEAL_VA_TOUHY_003005 | J_E_BEAL_VA_TOUHY_003029 | 828240 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_003030 | J_E_BEAL_VA_TOUHY_003030 | J_E_BEAL_VA_TOUHY_003054 | 828241 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_003055 | J_E_BEAL_VA_TOUHY_003055 | J_E_BEAL_VA_TOUHY_003154 | 828242 |

James V. Crawford, M.D.
March 7, 2022

| Document Description | Beg Bates | End Bates | MDL Centrality No. |
|---|---|---|---|
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_003155 | J_E_BEAL_VA_TOUHY_003155 | J_E_BEAL_VA_TOUHY_003254 | 828859 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_003255 | J_E_BEAL_VA_TOUHY_003255 | J_E_BEAL_VA_TOUHY_003354 | 828861 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_003355 | J_E_BEAL_VA_TOUHY_003355 | J_E_BEAL_VA_TOUHY_003379 | 828243 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_003380 | J_E_BEAL_VA_TOUHY_003380 | J_E_BEAL_VA_TOUHY_003404 | 828245 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_003405 | J_E_BEAL_VA_TOUHY_003405 | J_E_BEAL_VA_TOUHY_003429 | 828246 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_003430 | J_E_BEAL_VA_TOUHY_003430 | J_E_BEAL_VA_TOUHY_003454 | 828247 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_003455 | J_E_BEAL_VA_TOUHY_003455 | J_E_BEAL_VA_TOUHY_003479 | 828249 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_003480 | J_E_BEAL_VA_TOUHY_003480 | J_E_BEAL_VA_TOUHY_003598 | 828254 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_003599 | J_E_BEAL_VA_TOUHY_003599 | J_E_BEAL_VA_TOUHY_003717 | 828255 |

James V. Crawford, M.D.
March 7, 2022

| Document Description | Beg Bates | End Bates | MDL Centrality No. |
|---|---|---|---|
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_003718 | J_E_BEAL_VA_TOUHY_003718 | J_E_BEAL_VA_TOUHY_003719 | 833097 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_003720 | J_E_BEAL_VA_TOUHY_003720 | J_E_BEAL_VA_TOUHY_003721 | 993210 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_003822 | J_E_BEAL_VA_TOUHY_003822 | J_E_BEAL_VA_TOUHY_003824 | 996049 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_003825 | J_E_BEAL_VA_TOUHY_003825 | J_E_BEAL_VA_TOUHY_003841 | 996050 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_003842 | J_E_BEAL_VA_TOUHY_003842 | J_E_BEAL_VA_TOUHY_003844 | 993211 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_003845 | J_E_BEAL_VA_TOUHY_003845 | J_E_BEAL_VA_TOUHY_003846 | 996381 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_003847 | J_E_BEAL_VA_TOUHY_003847 | J_E_BEAL_VA_TOUHY_003869 | 996643 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_003870 | J_E_BEAL_VA_TOUHY_003870 | J_E_BEAL_VA_TOUHY_004869 | 1494783 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_004870 | J_E_BEAL_VA_TOUHY_004870 | J_E_BEAL_VA_TOUHY_005199 | 1006854 |

James V. Crawford, M.D.
March 7, 2022

| Document Description | Beg Bates | End Bates | MDL Centrality No. |
|---|---|---|---|
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_005200 | J_E_BEAL_VA_TOUHY_005200 | J_E_BEAL_VA_TOUHY_005201 | 996382 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_005202 | J_E_BEAL_VA_TOUHY_005202 | J_E_BEAL_VA_TOUHY_005202 | 996380 |
| Bates Stamped VA Touhy Response - J_E_BEAL_VA_TOUHY_005203 | J_E_BEAL_VA_TOUHY_005203 | J_E_BEAL_VA_TOUHY_005491 | 1038271 |
| Industrial Hygiene Survey – Emerson Climate Technologies Production Areas | ScrollCompressors_0001 | ScrollCompressors_0092 | |
| Hearing Protection Policy | ScrollCompresors_0093 | ScrollCompresors_0093 | |
| Required Personal Protective Equipment | ScrollCompresors_0094 | ScrollCompresors_0095 | |
| Third Party Produced Records | TODD-MCGUIRE_SUBPOENA000001 | TODD-MCGUIRE_SUBPOENA000011 | |
| Third Party Produced Records | TODD-MCGUIRE_SUBPOENA000012 | TODD-MCGUIRE_SUBPOENA000012 | |

## LITERATURE

Agoston (2018). 2018 DOD Meeting, The Neurological Effects of Repeated Exposure to Military Occupation Blast.

Ahroon W., Hill M., and Goodes D. (2011). Analysis of army-wide hearing conservation database for hearing profiles related to crew-served and individual weapon systems, Noise and Health, 13(50):76-83

AICUZA Handbook. A Guidance Document for Air Installation Compatible Use Zone (AICUZ) Program, Volume III, Appendices. HQ U.S. Air Force (January 1992).

James V. Crawford, M.D.
March 7, 2022

Amrein B. and Letowski T. (May 2012). "High Level Impulse Sounds and Human Hearing: Standards, Physiology, Quantification." Army Research Laboratory. (D-GEN-1344)

Amrein B.E. and Letowski T. Predicting and ameliorating the effect of very intense sounds of the ear: The auditory hazard assessment algorithm for humans (AHAAH). RTO-MP-HFM-207.

Army (2020). Health Hazard Assessor's Guide Volume 1: Acoustic Energy. Technical Guide 351A. U.S. Army Public Health Center.

Army Public Health Center (July 2020). Health Hazard Assessor's Guide, Technical Guide 351A, Volume 1: Acoustic Energy.

Army Training Guide 250 (2014). Hearing Loss Prevention, DA PAM 40-501, 2015.

Ashkenazi A., et al., (2009). Ictal and interictal phonobia in migraine - a quanitive controlled study. Cephalalgia.

Ashley M.J., et al., (2018). Traumatic Brain Injury: Rehabilitation, Treatment, and Case Management, 4th Edition, CRC Press.

Barr L. (2020). Center Develops tool to help service members select optimal hearing protection.

Berger E.H. and Kieper R.W. (2003). Hearing Protection: Surpassing the Limits to Attenuation Imposed by the Bone-Conduction Pathways, Acoustical Society of America.

Boutté A.M., et al., (2021). Neurotrauma Biomarker Levels and Adverse Symptoms Among Military and Law Enforcement Personnel Exposed to Occupational Overpressure Without Diagnosed Traumatic Brain Injury. JAMA Network Open.

Callaway D.W. and Burstein J.L. (2020). Operational and Medical Management of Explosive and Blast Incidents.

Campo P., Morata T., Hong O., (2013). Chemical exposure and hearing loss. Dis Mon.

K. Charles, I. Nooyi, and F. Wolfe, Study: Improved Video Game Technology Contributed to Decline Work by Younger Men. Source URL: https://insights.som.yale.edu/insights/studyimproved-video-game-technology-contributed-to-decline-in-work-by-youngermen?fbclid=IwAR0uZffAuFlU.

Chivers C.J. (2009). In Bleak Afghan Outpost, Troops Slog On, New York Times. Source URL: https://www.nytimes.com/2009/05/14/world/asia/14korangal.html.

Chivers C.J. (2009). In Afghanistan, Soldiers Bridge 2 Stages of War, New York Times. Source URL: https://www.nytimes.com/2009/04/13/world/asia/13afghan.html.

James V. Crawford, M.D.
March 7, 2022

Corbridge R. (2011). Essential ENT (2d ed.). CRC Press.

Colucci D.A. (2015). Mild traumatic brain injury a prelude to CAPD. The Hearing Journal.

Cook (2018). 2018 DOD Meeting, The Neurological Effects of Repeated Exposure to Military Occupation Blast.

Department of the Army (1998). Hearing Conservation Program. Department of the Army Pamphlet 40-501.

Department of the Army (2008). Army Hearing Program, Pamphlet ST 4-02.501.

Dille M.F. (2010). Tinnitus Onset Rates from Chemotherapeutic Agents and Ototoxic Antibiotics: Results of a Large Prospective Study. J Am Acad Audiol.

Effgen G. (2015). Primary Blast Exposure Reduces Brain Tolerance to Subsequent Blast, IRCOBI Conference.

Enzler F., Loriot C., et al., (2021). A psychoacoutic test for misophonia assessment.

French L.M. (2010). Military traumatic brain injury: An examination of important differences. Ann NY Acad of Sci.

Friedman R.A., et al., (2000). Profound hearing loss associated withhydrocodone/acetaminophen abuse. Am J of Oto.

GAO, Hearing Loss Prevention, Improvements to DOD Hearing Conservation Programs Could Lead to Better Outcomes, January 2011

Hallberg L. R-M, et al., (2005). Daily living with hyperacusis due to head injury 1 year after a treatment programme at the hearing clinic. Nordic College of Caring Sciences, Scand J Carring Sci.

Helfer T.M. (2011). Noise-induced hearing injuries, active component U.S. Armed Forces, 2007-2010. MSMR.

Henry, J. A., et al., (2021). Noise Outcomes in Servicemembers Epidemiology (NOISE) Study: Design, Methods, and Baseline Results. Ear Hear.

Jager I., Koning P., et al., (2020). Misophonia Phenomenology, comorbidity and demographics in a large sample.

Joo Y. (2020). The Contribution of Ototoxic Medications to Hearing Loss Among Older Adults. J Gerontol A Biol Sci Med Sci.

Kamimori G., et al., (2019). Evaluation of the Effects of High Level Overpressure (8+ psi) on

James V. Crawford, M.D.
March 7, 2022

Cognitive Performance, Brain Blood Biomarkers and Symptom Reporting.

Kamimori G., et al., (2017). Occupational overpressure exposure of breachers and military personnel, Shock Waves.

Knoll R.M., et al., (2020). Patient-Reported Auditory Handicap Measures Following Mild Traumatice Brain Injury, The Laryngoscope.

Koliatsos V.E., et al., (2020). The Behavioralorial Neuroscience of Traumatic Brain Injury, Traumatic Brain Injury.

Kontos AP, Kotwal RS, Elbin RJ, et al., (2013). Residual effects of combat-related mild traumatic braininjury. J of Neurotrama.

Kumar Munjal S., et al., (2010). Relationship between severity of traumatic brain injury (TBI) and extent of auditory dysfunction. Brain Injury.

Kumar S., et al., (2017). The Brain Basis for Misophonia, Current Biology Survey of Ototoxicity Monitoring Practices in VA Development Plan. NCRAR.

Langguth B., et al, (2011). Tinnitus and Depression. World J of Psych.

Lopez-Escamez J. and Amanat S. (2020). Heritability and Genetics Contribution to Tinnitus. Otolaryngol Clin North Am.

Mcllwain D.S., et al., (2008). Heritage of Army Audiology and the Road Ahead: The Army Hearing Program, Vol. 98, No. 12.

Meier M., et al. (2012). Persistent cannabis users show neuropsychological decline from childhood to midlife. PNAS.

Mirza R., Kirchner D., Dobie R., Crawford J. (2018). ACOEM Task Force on Occupational Hearing Loss. Occupational Noise-Induced Hearing Loss. J Occup Environ Med.

Callahan M.L., et al., (2018). Sensory sensitivity and posttraumatic stress disorder in blast exposed veterans with mild traumatic brain injury, Appplied Neuropsychology: Adult.

Military Health System Research Symposium, (2018). Poster Session 1 & 2, August 2018.

McGwin G., Jr. (2010). Phosphodiesterase Type 5 Inhibitor Use and Hearing Impairment, Arch Otolaryngol Head Neck Surg.

McKinnon B. (1998). Naproxen-Associated Sudden Sensorineural Hearing Loss, Military Medicine.

Military Deployment Periodic Occupational and Environmental Monitoring Summary

James V. Crawford, M.D.
March 7, 2022

(POEMS): Bagram Airfield and vicinity, Afghanistan Calendar Years: (2013 to 2014).

Modica C. et al., (2020). Hearing Loss and Irritability Reporting Without Vestibular Differences in Explosive Breaching Professionals.

Morata T.C. (2003). Chemical Exposure as a Risk Factor for Hearing Loss, J Occup Environ Med.

Morata, T. C., LePrell, C. G., Spankovich, C., & Fuente, A. (in press). Chapter 7: Ototoxicity and Otoprotection: Complex Interactions Between Noise and Chemicals. In D. K. Meinke, E. H. Berger, R. Neitzel, & D. P. Driscoll (Eds.), The Noise Manual (Vol. 6): American Industrial Hygiene Association.

Morgan W. (2021). The Hardest Place.

Narwani V., Bourdillon A., Nalamada K., Manes R.P., Hildrew D.M., (2020). Does cannabis alleviate tinnitus? A review of the current literature. Laryngoscope Investigative Otolaryngology.

Noyes R., Brunk S.F, Avery D.A., Canter A.C., (1975). The analgesic properties of delta - 9 - tetrahydrocannabinol and codeine. Clin Pharmacol Ther.

Pettersson H., et al., (2012). Noise and hand-arm vibration exposure in relation to the risk of hearing loss. Noise & Health.

Plontke S. and Zenner H-P (2004). Current aspects of hearing loss from occupational and leisure noise. Curr Top Otorhinolaryngo Head Neck Surgery.

Qian Z.J. and Alyono J.C. (2019). An association between marijuana use and tinnitus. Am J Oto.

Rouw R. and Erfanian M. (2017). A Large-Scale Study of Misophonia, J Clin Psychol.

RAND, (2018). 7th annual Department of Defense State-ofpThe-Science Meeting, The Neurological Effects of Repeated Exposure to Military Occupational Blast: Implications for Prevention and Health, 12-14 March 2018

Rachana D. and Shabnam S. (2017), Sensorineural hearing loss in patients with multidrug-resistant tuberculosis: Case Studies. Acta Oto-Laryngologica Case Reports.

Roozenbeek B., Mass A.I., Menon D.K., (2013). Changing patterns in epidemiology of traumatic brain injury. Nat Rev Neur.

Rouw R and Erfanian M (2017). A large scale study of misophonia. J Clin Psychol.

Rubovitch V., et al., (2011). A mouse model of blast-induced mild traumatic brain injury. Exp Neurol.

James V. Crawford, M.D.
March 7, 2022

Schroder A., Vulink N., and Denys D., (2013). Misophonia: Diagnostic Criteria for a New Psychiatric Disorder, Volume 8, Issue 1.

Schroder A., et al., (2019) Misophonia is associated with altered brain activity in the auditory cortex and salience network, Scientific Reports.

Shearer A. et al., (Updated 2017). Hereditary Hearing Loss and Deafness Overview. In: GeneReviews

Spankovich C. and Hall J., III (2014). The Misunderstood Misophonia, Audiology Today (Jul/Aug 2014).

Starck J., et al., (1988). Impulse noise and hand-arm vibration in relation to sensory neural hearing loss. Scand J Work Environ Health.

Sullivan K., Kempe C., Edmed S., Bonanno G.. Resilience and other possible outcomes after mild traumatic brain injury: A systematic review. Neuropsych Rev. 2016; 26(2):173-185.

Tate C.M., et al., (2013). Serum Brain Biomarker Level, Neurocognitive Performance, and Self-Reported Symptom Changes in Soldiers Repeatedly Exposed to Low-Level Blast: A Breacher Pilot Study. J of Neurotrauma.

Theodoroff S., et al., (2015). Hearing impairment and tinnitus: prevalence, risk factors, and outcomes in US service members and veterans deployed to the Iraq and Afghanistan wars. Epidemiol Rev.

U.S. Army Hearing Program Department of the Army Pamphlet (2015). 40-501, Published January 8, 2015

U.S. Army Medical Research and Material Command (2011)., Internations State-of-the-Science Meeting on Blast Induced Tinnitus, November 15-17, 2011

USAPHC (no date) Fact Sheet 51-002-0713. Occupational Ototoxins (Ear Poisons) and Hearing Loss. Aberdeen Proving Ground, MD.

USAPHC, (2014). Readinessng through Hearing Loss Prevention, USAPHC, Technical Guide 250, July 2014

Siva Sai Suhith Sajja V., et al., (2019). The Role of Very Low Level Blast Overpressure in Symptomatology: Brief Research Report. Frontiers in Neurology.

Vernick D.M. and Kelley J.H. (1986). Sudden hearing loss associated with piroxicam, Am J. Otol.

Walter Reed Army Institute of Research (2021). Chronic exposure to low levels of blasts may be associated with Neurotrama. Science Daily.

James V. Crawford, M.D.
March 7, 2022

Wanat, Combat Action in Afghanistan (2008). The Staff of the US Army Combat Studies Institute.

Ward, W.D., Cushing, E.M., and Burns, E.M. (1976). Effective quiet and moderate TTS: Implications for noise exposure standards. J Acoust Soc Am.

Yale Insights (Ideas from the Yale School of Management), "Study Improved Video Game Technology Contributed to Decline in Work by Younger Men"

Yong J.S. and Wang D.Y. (2015). Impact of noise on hearing in the military. Mil Med Res.

Ziai K., et al. Tinnitus patients suffering from anxiety and depression. A review. Intl tinnitus J, 2017. 21(1): 68-73

James V. Crawford, M.D.
March 7, 2022

# EXHIBIT B

# James V. Crawford, MD
## COL (retired), USA

**Work Address:**                                  **Home Address:**
Idaho Ear Clinic                                   Boise, ID 83713
13900 W Wainwright Dr STE #102                     Cell: (253) 278-4304
Boise, ID 83713                                    jcrawford@idahoear.com

## Education

| | |
|---|---|
| Fellowship, House Ear Clinic, Los Angeles, CA | 2003-2005 |
| Residency, Madigan Army Medical Center, Tacoma, WA | 1999-2003 |
| Internship, Madigan Army Medical Center, Tacoma, WA | 1998-1999 |
| M.D., Uniformed Services University, Bethesda, MD | 1994-1998 |
| B.S. in Science, Brigham Young University, Provo, UT | 1987-1994 |

## Current Position

Idaho Ear Clinic, Owner                            2018 - present
13900 W Wainwright Dr STE#102
Boise, ID
Idahoear.com

Idaho Ear Foundation, President                    2019 - present
13900 W Wainwright Dr STE#102
Boise, ID

## Professional Experience

Chief Otology/Neurotology                          2017-2018
Walter Reed National Military Medical Center
Bethesda, MD

Chief Otology/Neurotology                          2005-2017
Madigan Army Medical Center
Tacoma, WA

Residency Program Director, Otolaryngology         2010-2016
Madigan Army Medical Center
Tacoma, WA

Regional Director                                  2009-present
DoD Hearing Center of Excellence
San Antonio, TX

Assistant Program Director                         2005-2010
Madigan Army Medical Center
Tacoma, WA

## Military Experience

Colonel, Medical Corps, US Army (Retired)      24 years service

## Academic Appointments

Assistant Professor      2006-present
Department of Surgery
Uniformed Services University
Bethesda, MD

Clinical Faculty      2003-2005
Keck School of Medicine
Los Angeles, CA

Attending Faculty      2017-present
Walter Reed National Medical Center
Bethesda, MD

Attending Faculty      2005-2017
Madigan Army Medical Center
Tacoma, WA 98327

Clinical Faculty      2020-present
Idaho College of Osteopathic Medicine
Boise, ID

## Other Positions and Employment

Franciscan Medical Group      2009-present
Physician
Tacoma, WA

Multicare Health System      2007-present
Physician
Tacoma, WA

## Certification/licensing

Diplomate, American Board of Otolaryngology      2004-present
Diplomate, American Board of Neurotology      2006-present
Idaho medical license, active

## Professional Memberships and Activities

Panel member, HFM-ET-151 on Minimizing noise-induced hearing      2016-present
loss

Panel member, NATO RTG HFM-229: "Optimizing Hearing      2010-2015
Loss Prevention and Treatment, Rehabilitation and Reintegration
of Soldiers with Hearing Impairment."

| | |
|---|---|
| Auditory Research Working Group San Antonio, TX | 2010-present |
| Fellow, American Academy of Otolaryngology-Head and Neck Surgery (AAO-HNS) | 2000-present |
| Fellow, American Neurotological Society | 2012-present |
| Fellow, Triological Society | 2010-present |
| Fellow, American Academy of Otolaryngologic Allergy | 2000-present |
| Association of Military Surgeons of the United States | 1999-present |
| Northwest Academy of Otolaryngology | 1999-present |
| Collegium Aesculapium | 1999-present |
| Alpha Omega Alpha | 1993-present |

**Committee Assignments and Administrative Services**

| | |
|---|---|
| Council for the Accreditation of Occupational Hearing Conservation, Chairman, Vice-chairman and council member | 2009-2019 |
| Otology/Neurotology Education Committee, AAO-HNS | 2013-present |
| History and Archives Committee, AAO-HNS | 2015-present |
| Hearing Committee, AAO-HNS | 2009-2013 |
| Grant Reviewer, American Institute of Biological Sciences | 2007-2012 |

**Reviewer/Review Board Appointments**

| | |
|---|---|
| Editorial Review Board, ENT Journal | 2009-present |
| Editorial Review Board, Otology/Neurotology | 2012-present |
| Reviewer, Laryngoscope | 2011-present |
| Reviewer, Otolaryngology – Head and Neck Surgery | 2010-present |

**Grants and Contract Awards**

1. Efficacy and Safety of AM-111 as Acute Sudden Sensorineural Hearing Loss Treatment (ASSENT).  Auris Medical Cochlear Therapies.  $100,000 over two years.
2. Development of a Device for Objective Assessment of Tinnitus in Humans.  Funded by OtoScience Labs, LLC.  Funded $50,000 over two years.

3. A comparison of MED-EL, Inc MAESTRO™ cochlear implant device to bone-anchored hearing and Contralateral Routing of Sound devices for the treatment of single-sided deafness- sponsored by MED-EL, Inc. $750K over four years

4. Assessment of oculomotor, vestibular and reaction time response following a concussive event.  Supported by Head Health Challenge II grant (National Football League, Underarmor, General Electric) and Department of Defense grant W81XWH-12-C-0205.

5. Development of a Device for Objective Assessment of Tinnitus in Humans- sponsored by OtoScience Labs, Inc. ~$100K/year for two years.

6. Efficacy and Safety of AM-101 in the Treatment of Acute Peripheral Tinnitus 2 (TACTT2)- sponsored by Auris Medical, Inc. $11,145.00 contract.

7. AM-101 in the Post-Acute Treatment of Peripheral Tinnitus 1 (AMPACT1) – an open-label extension to the TACTT2 study- sponsored by Auris Medical, Inc. $157,340.00 contract.

8. A Prospective, Randomized, Double-Blind, Placebo-Controlled, Multicenter, Phase 2b Study of OTO-104 Given as a Single Intratympanic Injection in Subjects with Unilateral Meniere's Disease - sponsored by Otonomy, Inc. $90,100.00 contract.

9. Use of elastin patch for repair of traumatic tympanic membrane perforations in the Chinchilla (*Chinchilla langier*) as principal investigator with MAJ Paulino Goco, M.D. Grant from the Oregon Medical Laser Center.

10. Effect of general anesthesia on the vestibular system as principal investigator with George Gates, MD.  Grant from American Otologic Society.

11. Advancement of Medical Practice Award, DOD.  $250,000 grant to build a temporal bone dissection lab at Madigan Army Medical Center.

**Publications**

1. Oney RM, Sloneker D, Avillion MP, Chen BS, Crawford JV. Cerebrospinal fluid otorrha after a routine tympanostomy tube placement: a review of the literature on Hyrtl Fissure. ENT Jour. Accepted for publication. DOI:10.1177/014556132111039045.

2. Kullmann A, et al. Normative data for ages 18-45 for ocular motor and vestibular testing using eye-tracking. Lar Invest Oto, 2021;6:1116-1127. DOI: 10.1002/lio2.

3. Occupational Noise-Induced Hearing Loss. Mirza R, Kirchner DB, Dobie RA, **Crawford J**; ACOEM Task Force on Occupational Hearing Loss. J Occup Environ Med. 2018 Sep;60(9):e498-e501. doi: 10.1097/JOM.0000000000001423. PMID: 30095587

4. Hoffer ME, Balaban C, Szczupak M, Buskirk J, Snapp H, **Crawford J**, et al. "The Use of Oculomotor, Vestibular and Reaction Time Tests to Asses Mild Traumatic Brain Injury (mTBI) Over Time."  PLoS ONE 11(9):e0162168. DOI: 10.1371/journal.pone.0162168.

5. Balaban C, Hoffer ME, Szczupak M, Snapp H, **Crawford J**, et al.  "Oculomotor, Vestibular, and Reaction Time Tests in Mild Traumatic Brain Injury".  PLoS One. 2016; 11(9): e0162168.  doi:  10.1371/journal.pone.0162168.

6. Liming BJ, Westbrook B, Bakken H, **Crawford JV**.  "Cadaveric Study of an Endoscopic Keyhole Middle Fossa Craniotomy Approach to the Superior Semicircular Canal." Otol Neurotol.  2016 Jun; 37(5): 533-538. doi: 10.1097/MAO.0000000000000995.

7. Chen B, House J, **Crawford J**.  "Laser myringoplasty for tympanic membrane retraction." ENT – Ear, Nose, and Throat Journal.  Feb. 2016 (ePub ahead of print).

8. Hoffer ME, Szczupak M, Kiderman A, **Crawford J**, Murphy S, Marshall, K, Pelusso C, Balaban C. "Neurosensory Symptom Complexes after Acute Mild Traumatic Brain Injury." PLoS One. 2016 Jan 4;11(1):e0146039. PMID: 26727256

9. Chen B, Liming B, **Crawford J**. "The operculum: A new landmark for identification of the internal auditory canal through the middle cranial fossa approach." Manuscript under review. Laryngoscope.

10. Occupational noise-induced hearing loss: ACOEM Task Force on Occupational Hearing Loss. ACOEM Task Force on Occupational Hearing Loss, Kirchner DB, Evenson E, Dobie RA, Rabinowitz P, **Crawford J**, Kopke R, Hudson TW. J Occup Environ Med. 2012 Jan;54(1):1068. doi:10.1097/JOM.0b013e318242677d. PMID: 22183164

11. Spear S, **Crawford J**. "Comparison of Nitinol stapes pistons with conventional stapes pistons: A cadaver study." ISRN Otolaryngology Volume 2011 (2011), Article ID 932849, doi:10.5402/2011/932849

12. Poss J, Boseley M, **Crawford J**. "Pacific Northwest survey: posttympanostomy tube water precautions". Arch Otolaryngol Head Neck Surg. 2008 Feb;134(2):133-5. PMID: 18283153

13. Demars, S, **Crawford JV**. "The Effects of Smoking on the Rate of Post-tonsillectomy Hemorrhage." Arch Otolaryngol Head Neck Surg. 2008 Aug;134(8):811-4. doi: 10.1001/archotol.134.8.811. PMID:18711053

14. Harsha WJ, **Crawford JV**, Sorensen D. "Unusual case adult airway obstruction lymphovenous malformation." Ear Nose Throat J. 2003 Jul;82(7):520-1. PMID:18633936

15. Steele SR, Martin MJ, Mullenix PS, **Crawford JV**, Cuadrado DS, Anderson CA. "Focused high-risk population screening for carotid arterial stenosis after radiation for head and neck cancer". AM J Surg May 2004; 187(5):594-98. PMID:15135672

16. Harsha WJ, Goco PE, **Crawford JV**. "Remission of chronic inflammatory demyelinating polyneuropathy following adenotonsillectomy)". ENT Jul. 2003; 83(7):520-21

17. William E Bolger, M.D., **James V Crawford, M.D.**, Kimberly Peele Cockerham, M.D. "Retained Stenting Material: An Unusual Cause of Dacrocystorhinostomy Failure" Ophthalmology July 1999; 106:1306-1309.

18. **Crawford, James V**. "DoD News" Journal of the Military Medical Student Association, VIII (2): 24-25

19. Chen B, **Crawford JV**. Congenital Conductive Hearing Loss. In, Encyclopedia of Otolaryngology. Kountakis, Stilianos E. (Editor), Springer, 2013.

20. Bevans S, **Crawford JV**. Congenital Sensorineural Hearing Loss. In, Encyclopedia of Otolaryngology. Kountakis, Stilianos E. (Editor), Springer, 2013.

21. Brackmann DE, **Crawford JV**. Cerebellopontine Angle Tumors. In, Head and Neck Surgery – Otolaryngology, third Edition. Bailey, et al (Editors), Lippincott-Raven, Philadelphia, 2006.

**Abstracts and Presentations**

**Oral Presentations (abbreviated)**
National/International Meetings

1. *Noise induced hearing loss. XIV Congreso Latinoamericano de Salud Ocupaional. Lima, Peru. October, 2015.

2. Occupation Hearing Loss: Prevention and Management. Council on Accreditation for Occupational Hearing Conservation. Mexico City, Mexico. January, 2014.

3.  *Current Management of Sudden Sensorineural Hearing Loss.  The 35th Annual Vanderbilt Otolaryngology Symposium (George A. Sisson International Workshop). February, 2013.
4.  Pediatric cochlear implantation."  European Society of Pediatric Otolaryngology. Amsterdam, Netherlands.  May 2012.
5.  Comparison of smart crimp versus traditional crimp of stapes prosthesis: A cadaver study.  Presented at the 2007 AAO-HNSF Annual Meeting & OTO EXPO in Washington, D.C. in Sept 2007.