# PX9

P4778.1

# Impact of Blast Injury on Hearing in a Screened Male Military Population 🆓

Antony R Joseph ✉, Jaime L Shaw, Mary C Clouser,
Andrew J MacGregor, Michael R Galarneau

*American Journal of Epidemiology*, Volume 187, Issue 1, January 2018,
Pages 7–15, https://doi.org/10.1093/aje/kwx199

**Published:** 01 June 2017    **Article history ▾**

> A correction has been published:
>
> *American Journal of Epidemiology*, Volume 187, Issue 3, March 2018,
> Page 636,          https://doi.org/10.1093/aje/kwx371

## Abstract

Exposure to hazardous intensity levels of combat noise, such as blast, may compromise a person's ability to detect and recognize sounds and communicate effectively. There is little previous examination of the onset of hearing health outcomes following exposure to blast in representative samples of deployed US military personnel. Data from the prospective Blast-Related Auditory Injury Database were analyzed. We included only those participants with qualified hearing tests within a period of 12 months prior to, and following, injury ($n$ = 1,574). After adjustment for relevant covariates and potential confounders, those who sustained a blast injury had significantly higher odds of postinjury hearing loss (odds ratio = 2.21; 95% confidence interval: 1.42, 3.44), low-frequency hearing loss (odds ratio = 1.95; 95% confidence interval: 1.01, 3.78), high-frequency hearing loss (odds ratio = 2.45; 95% confidence interval: 1.43, 4.20), and significant threshold shift compared with a group with non-blast-related injury. An estimated 49% of risk for hearing loss in these blast-injured, deployed military members could be attributed to the blast-related injury event. This study reinforced that it is imperative to identify at-risk populations for early intervention and





PLAINTIFFS'
TRIAL EXHIBIT
P-GEN-05341

P-GEN-05341.2

P4778.2

prevention, as well as to consistently monitor the effects of blast injury on hearing outcomes.

**Keywords:** audiogram, auditory injury, blast exposure, cohort, hazardous noise, hearing conservation, hearing loss, hearing threshold shift

**Topic:** audiometry, blast injuries, early intervention (education), hearing loss, high-frequency, hearing tests, military personnel, noise, hearing loss, health outcomes, basic local alignment search tool, prevention, hearing conservation

**Issue Section:** ORIGINAL CONTRIBUTIONS

An Institute of Medicine report indicated that blasts have been responsible for approximately 75% of all combat injuries in Operation Iraqi Freedom and Operation Enduring Freedom (1, 2). Reports have identified the ear as the most susceptible, and often the first, organ to sustain primary blast injury (3–5). Hence, auditory injury, especially from blast, has emerged as one of the most common combat-related injuries among deployed service members and has demonstrated the propensity to produce symptoms of tinnitus, hearing loss, otalgia, and vertigo (6, 7). Because the ear is one of the most sensitive pressure transducers in humans, it is commonly affected in persons who sustain blast injuries (8). This may be founded in the realization that the sound signature for steady-state, industrial-type noise is not the same as that of impulsive combat noises, such as a blast generated by military weaponry. Nevertheless, the severity of a blast's damaging effects on the auditory system is contingent upon these factors: 1) position of the ear in relation to an explosion, 2) the condition of the external ear canal, and 3) whether the explosion occurred within a confined space (3, 9).



The manner in which blast exposure permanently affects hearing sensitivity in the short and long term has not been adequately represented in the literature. Most reports have resulted from small samples involving civilian personnel. Several studies have reported

marginal sensorineural hearing loss in blast-exposed individuals (5, 6, 8, 10–14); however, reversible conductive hearing losses have been more consistently identified. The largest source of information on symptoms immediately following primary blast ear injury has been civilian literature (13, 15–20). In spite of this, blast injury among civilians is relatively uncommon and is generally studied following events of terrorism or industrial accidents. Published reports contain mostly descriptive statistics that address presenting injuries and symptoms (13–16, 20–22). The prevalence of symptoms among exposed civilian individuals remains unspecified. To assess the impact of blast injury on auditory outcomes, our investigation aimed to minimize the limitations of these previous studies by including military participants who sustained deployment-related blast injuries in the theater of war, documented by medical providers near the point of injury, and comparing them with participants who sustained non-blast injuries related to deployment. Our hypothesis was that blast injury is associated with significant overexposure to hazardous impulsive noise, and this exposure is associated with hearing-threshold shift and hearing loss.

## METHODS

### Study population

Human subjects participated in this study after giving their free and informed consent. This research was conducted in compliance with all applicable federal regulations governing the protection of human subjects in research (Protocol NHRC.2003.0025). All Navy and Marine Corps personnel who had a deployment-related injury and at least 1 valid audiogram in the Blast-Related Auditory Injury Database (BRAID) were considered for inclusion. The BRAID is a comprehensive database of a prospective cohort that combines audiometric data with injury event and demographic data; it has been described in detail elsewhere (23). Individuals from the BRAID who were missing key injury or demographic information were excluded. Because the goal was to examine and compare audiograms from before and after an injury in close proximity to the injury event,



individuals who did not have at least 1 audiogram within 12 months prior to and following injury were excluded. Two groups were formed: personnel with a blast-related injury (BRI) and those with a non-blast-related injury (NBRI). NBRIs included enemy-inflicted injuries such as gunshot wounds but also training incidents and other accidents to ensure a large unexposed population. Women ($n$ = 365) were excluded due to small numbers in the BRI group and differential exposures because of their occupational positions. In addition, service members who had hearing loss prior to injury were excluded from analyses in order to achieve a "disease-free" group when assessing the association between exposure and outcome.

## Audiometric outcomes

Audiometric test dates and pure-tone hearing threshold levels for left and right ears at 6 test frequencies (500 Hz, 1,000 Hz, 2,000 Hz, 3,000 Hz, 4,000 Hz, and 6,000 Hz) were acquired from the BRAID (23). Postinjury hearing loss was defined as a response exceeding 25 dB at any frequency. Low- and high-frequency pure-tone averages were calculated by averaging hearing thresholds for the 3 lower and 3 higher frequencies for each ear. Lower-frequency hearing loss was indicated if the subject's low-frequency pure-tone average was greater than 25 dB (e.g., 30 dB) postinjury, and high-frequency pure-tone average was used similarly to identify high-frequency hearing loss. A significant threshold shift was calculated using the following criteria derived from a Department of Defense Instruction (24): a 30-dB or greater increase in the sum of each hearing threshold at 2,000 Hz, 3,000 Hz, and 4,000 Hz from preinjury to postinjury. For this study, an early-warning shift was defined as a 15-dB or greater increase in 1 or more hearing thresholds at test frequencies 500–6,000 Hz from preinjury to postinjury (25).



## Primary exposure

BRI and NBRI event data contained in the BRAID were originally derived from the Expeditionary Medical Encounter Database (EMED). EMED was designed to collate information from multiple points of care for each subject, beginning on the battlefield and its contiguous battalion aid stations and culminating with military treatment

facilities that provided tertiary care (26). Variables contained in EMED include date of injury, Abbreviated Injury Scale, Injury Severity Score, mechanism of injury (e.g., blast, gunshot wound), description of injury, number of injuries, and clinical diagnostic codes from the *International Classification of Diseases*, *Ninth Revision*. Patient medical charts and injury event descriptions were abstracted, reviewed, coded, and quality assured by certified nurse-medical coders. These data were then entered into the EMED. If any type of blast event—for example, involving an improvised explosive device, mortar, or grenade—was mentioned in the patient profile or mechanism of injury, then those personnel were categorized as blast-exposed and subsequently included in the BRI group. If a participant experienced multiple blast injury events, only the first blast injury event was included in the study; however, individuals were excluded if they sustained multiple blast injuries prior to the postinjury audiogram. The NBRI group consisted of personnel who sustained an NBRI injury and had no prior record of blast injuries.

## Covariates

Demographic variables included age at the time of injury, and Armed Forces–specific variables included occupational specialty code, service branch (US Marine Corps or US Navy), pay grade, and component status (active duty or reserve). Time from injury to postinjury audiogram was examined as well. Traumatic brain injury was indicated if it was documented in the medical chart at the time of injury.

## Statistical analyses

Univariate analyses and $\chi^2$ statistics were used to evaluate differences between groups according to injury type (BRI vs. NBRI). Hearing outcomes were determined using standard clinical definitions to classify and analyze the audiometric data. Multivariable logistic regression was used to examine the associations between blast injury and audiometric outcomes, while adjusting for relevant covariates and potential confounders. All variables mentioned above (see Table 1) were considered and examined individually with the exposure and outcome to assess potential confounding. Variables conceptually



PDF

Help

known to be risk factors, such as age, were included in all models a priori, and all variables that changed the measure of association between blast injury and the outcome by more than 10% were retained (27). Model diagnostic tests were conducted, and model fit was assessed using the Hosmer-Lemeshow goodness-of-fit test. To identify the existence of multicollinearity in the models, all variance inflation factors were examined using a value of 4 or greater to indicate a potential problem (28). Additionally, because this is a prospective cohort design and participants were free of the outcome and exposure prior to the injury event, a causal association of blast injury and the subsequent hearing outcome was assumed. Attributable risk was calculated to estimate the amount of risk for each auditory outcome that might be attributed to blast exposure, while adjusting for age and occupation. Using the observed stratum-specific rates for BRI exposure and those of the NBRI (reference) group, expected numbers of events were calculated for each stratum. Data management and statistical analyses were performed using SAS statistical software, version 9.3 (SAS Institute, Inc., Cary, North Carolina).

**Table 1.**

Characteristics of Deployment-Injured, Male Navy and Marine Corps Members With Screening Audiograms, According to Blast Exposure (*n* = 1,574), United States, 2001–2013

| Characteristic | NBRI *n* = 913 | | BRI *n* = 661 | | *P* Value |
|---|---|---|---|---|---|
| | No. of Individuals | %[a] | No. of Individuals | %[a] | |
| Age at time of injury, years | | | | | <0.001 |
| <21 | 189 | 20.7 | 164 | 24.8 | |
| 21–25 | 479 | 52.5 | 365 | 55.2 | |
| 26–34 | 168 | 18.4 | 112 | 16.9 | |
| ≥35 | 77 | 8.4 | 20 | 3.0 | |
| Pay grade | | | | | <0.001 |



| | | | | | |
|---|---|---|---|---|---|
| E1–E3 | 139 | 15.2 | 154 | 23.3 | |
| E4–E6 | 629 | 68.9 | 451 | 68.2 | |
| E7–E9 | 80 | 8.8 | 31 | 4.7 | |
| Officer | 65 | 7.1 | 25 | 3.8 | |
| Occupation | | | | | <0.001 |
| Noninfantry | 596 | 65.3 | 185 | 28.0 | |
| Infantry | 317 | 34.7 | 476 | 72.0 | |
| Service branch | | | | | 0.212 |
| Marine Corps | 846 | 92.7 | 623 | 94.3 | |
| Navy | 67 | 7.3 | 38 | 5.7 | |
| Service component | | | | | 0.437 |
| Active duty | 834 | 91.3 | 611 | 92.4 | |
| Reserves | 79 | 8.7 | 50 | 7.6 | |
| Time from injury to postinjury audiogram, months | | | | | 0.035 |
| <3.00 | 64 | 7.0 | 70 | 10.6 | |
| 3.00–5.99 | 239 | 26.2 | 188 | 28.4 | |
| 6.00–8.99 | 334 | 36.6 | 217 | 32.8 | |
| 9.00–12.00 | 276 | 30.2 | 186 | 28.1 | |
| Traumatic brain injury | | | | | <0.001 |
| No | 870 | 95.3 | 272 | 41.1 | |
| Yes | 43 | 4.7 | 389 | 58.9 | |
| No. of injuries | | | | | <0.001 |
| 1 | 708 | 77.5 | 208 | 31.5 | |
| 2–3 | 164 | 18.0 | 275 | 41.6 | |



| | | | | | |
|---|---|---|---|---|---|
| ≥4 | 41 | 4.5 | 178 | 26.9 | |
| Injury Severity Score | | | | | <0.001 |
| 1–3 | 848 | 92.9 | 471 | 71.3 | |
| 4–8 | 29 | 3.2 | 139 | 21.0 | |
| 9–15 | 22 | 2.4 | 40 | 6.1 | |
| ≥16 | 14 | 1.5 | 11 | 1.7 | |

Abbreviations: BRI, blast-related injury; NBRI, non-blast-related injury.

[a] Percentages may not add to 100.0 due to rounding.

# RESULTS

As described in Figure 1, 16,525 Navy and Marine Corps personnel in the BRAID were considered for inclusion in this study. Individuals with missing or indeterminable injury information ($n$ = 3,138) and women ($n$ = 365) were excluded. Additionally, those who did not have audiometric tests within the 12 months prior to and after injury ($n$ = 11,448) were removed. The final study population included a total of 1,574 individuals, consisting of 661 personnel with a BRI and 913 with an NBRI from 2003 to 2012. Overall, 10% of the initial BRI group and 9% of the NBRI group qualified for analysis, which together represented approximately 10% of the original cohort. A sensitivity analysis was performed to compare the final study population with those who had to be excluded from the study because of a lack of pre- or postinjury audiograms within the time frame. Those included in the study were proportionally more likely to be younger Marines with a lower Injury Severity Score ($P$ < 0.01 for all). Those who had a preinjury audiogram but not a postinjury audiogram were more likely to have experienced a blast injury event ($P$ = 0.014) and have more severe injuries ($P$ < 0.001). Those with a postinjury audiogram but no preinjury audiogram in the time frame did not differ in age, occupation, injury severity, or service branch from members of the final population who had both pre- and postinjury audiograms.



**Figure 1.**



Flow diagram of inclusion criteria for the final study population of deployment-injured Navy and Marine Corps personnel with valid audiograms, United States, 2001–2013. BRAID, Blast-Related Auditory Injury Database; BRI, blast-related injury; NBRI, non-blast-related injury.



Table 1 displays the demographic characteristics of BRI and NBRI participants. The study population consisted of male US Navy and Marine Corps personnel with a mean age of 24 (standard deviation, 5.4) years at the time of injury, and was made up predominantly of enlisted Marines. More than half of both groups were aged 21–25 years. A small proportion of each group was aged 35 years or older. Those with a BRI were proportionally more likely to be younger in age, junior in rank, and classified as infantry. More than twice as many participants in the BRI group (72%) than in the NBRI group (35%) were infantry. Furthermore, participants in the BRI group were proportionally more likely to sustain additional injuries, have a higher Injury Severity Score, and suffer from a traumatic brain injury.

Blast injuries were inflicted primarily by improvised explosive devices (82%), followed by rockets or grenades (9%) and mines or mortars (8%). Ten percent of NBRIs were caused by gunshot wounds or small arms fire, and the remaining 90% were caused by a wide array of training incidents and other accidents, such as aggravated range of motion, blunt accidents, falls, and motor vehicle accidents (data not shown). Ninety percent of the BRI and NBRI participants were active-duty personnel. Seventy percent of both groups had a postinjury audiometric test within 9 months, although the duration from the date of injury to postinjury audiometric test was generally less for the BRI group.

Table 2 shows outcomes as defined by audiometric data, and Table 3 presents hearing outcomes in the study population according to injury group. Overall, unilateral or bilateral hearing loss was not significantly different between the BRI and NBRI groups prior to injury event ($P$ = 0.06); however, after excluding those with preinjury hearing loss, postinjury hearing loss was significantly higher ($P$ < 0.001) for the BRI compared with the NBRI group (21% vs. 10%). Bilateral postinjury hearing loss was higher for the BRI group (35% vs. 19%, $P$ < 0.001). There was twice as much low- and high-frequency hearing loss observed in the BRI group. Early-warning shift was evident in 45% of the BRI group and 30% of the NBRI population ($P$ < 0.001), while a significant threshold shift was seen in 22% of those with a BRI and 10% with an NBRI ($P$ < 0.001). The most prevalent postinjury shift of hearing thresholds occurred bilaterally for the BRI group (39%), followed closely by left-ear unilateral shift (35%), and unilaterally in the left ear for the NBRI group (42%). Asymmetrical hearing loss was twice as common among those who suffered a blast injury than among those who sustained an NBRI ($P$ = 0.01). Flat hearing loss was rare for both groups (3% or less), and the difference was not significant ($P$ = 0.13).

**Table 2.**

Audiometric Outcomes Definitions[a] Used in Assessments of US Military Members

| Outcome or Term | Definition |
| --- | --- |
| Hearing loss | Hearing level >25 dB at any frequency on an audiogram |



| | |
|---|---|
| LFPTA | The average value of the 3 lowest frequencies (500 Hz, 1,000 Hz, and 2,000 Hz) |
| HFPTA | The average value of the 3 highest frequencies (3,000 Hz, 4,000 Hz, and 6,000 Hz) |
| Low-frequency hearing loss | LFPTA exceeds 25 dB |
| High-frequency hearing loss | HFPTA exceeds 25 dB |
| Early-warning shift | There was a 15-dB or greater increase in any of the frequencies, 500–6,000 Hz, on the postinjury audiogram compared with the preinjury audiogram |
| Significant threshold shift | There was a 30-dB or greater increase in the sum of responses at 2,000 Hz, 3,000 Hz, and 4,000 Hz on the postinjury audiogram compared with the preinjury audiogram |
| Flat loss | Flat loss indicated if all thresholds were 20 dB or greater and within ±7.5 dB of the mean threshold |
| Asymmetrical loss | Asymmetrical hearing indicated if there was a difference of 25 dB or more between ears at 2 consecutive frequencies. |

Abbreviations: HFPTA, high-frequency pure-tone average; LFPTA, low-frequency pure-tone average.

[a] Audiometric outcomes were defined primarily as a result of subject matter expertise and standard clinical practice in the United States except for the following: Early-warning shift is a modification of the National Institutes for Occupational Safety and Health Recommended Standard (35), and significant threshold shift is based on guidance from the Occupational Safety and Health Administration (36) and the Department of Defense (24).



### Table 3.

Audiometric Outcomes for Deployment-Injured, Male Navy and Marine Corps Personnel With Screening Audiograms, According to Blast Injury (*n* = 1,574), United States, 2001–2013

| Outcome | NBRI *n* = 913 | BRI *n* = 661 | *P* Value[b] |
|---|---|---|---|

|  | No. of Individuals | %[a] | No. of Individuals | %[a] |  |
|---|---|---|---|---|---|
| Preinjury hearing loss |  |  |  |  |  |
| None | 704 | 77.1 | 482 | 72.9 |  |
| Any | 209 | 22.9 | 179 | 27.1 | 0.057 |
| Bilateral | 81 | 38.8 | 67 | 37.4 | 0.281 |
| Left ear, unilateral | 89 | 42.6 | 68 | 38.0 | 0.523 |
| Right ear, unilateral | 39 | 18.7 | 44 | 24.6 | 0.028 |
| Postinjury hearing loss[c] |  |  |  |  |  |
| None | 635 | 90.2 | 379 | 78.6 |  |
| Any | 69 | 9.8 | 103 | 21.4 | <0.001 |
| Bilateral | 13 | 18.8 | 36 | 35.0 | <0.001 |
| Left ear, unilateral | 34 | 49.3 | 39 | 37.9 | 0.007 |
| Right ear, unilateral | 22 | 31.9 | 28 | 27.2 | 0.010 |
| Postinjury low-frequency hearing loss[d] |  |  |  |  |  |
| None | 872 | 97.0 | 600 | 93.3 |  |
| Any | 27 | 3.0 | 43 | 6.7 | <0.001 |
| Bilateral | 16 | 59.3 | 21 | 48.8 | 0.055 |
| Left ear, unilateral | 7 | 25.9 | 12 | 27.9 | 0.056 |
| Right ear, unilateral | 4 | 14.8 | 10 | 23.3 | 0.030 |



| Postinjury high-frequency hearing loss[e] | | | | | |
|---|---|---|---|---|---|
| None | 771 | 94.8 | 489 | 87.2 | |
| Any | 42 | 5.2 | 72 | 12.8 | <0.001 |
| Bilateral | 13 | 31.0 | 21 | 29.2 | 0.009 |
| Left ear, unilateral | 19 | 45.2 | 32 | 44.4 | 0.001 |
| Right ear, unilateral | 10 | 23.8 | 19 | 26.4 | 0.006 |
| Early-warning shift | | | | | |
| None | 640 | 70.1 | 362 | 54.8 | |
| Any | 273 | 29.9 | 299 | 45.2 | <0.001 |
| Bilateral | 81 | 29.7 | 121 | 40.5 | <0.001 |
| Left ear, unilateral | 101 | 37.0 | 100 | 33.4 | <0.001 |
| Right ear, unilateral | 91 | 33.3 | 78 | 26.1 | 0.013 |
| Significant threshold shift | | | | | |
| None | 818 | 89.6 | 519 | 78.5 | |
| Any | 95 | 10.4 | 142 | 21.5 | <0.001 |
| Bilateral | 34 | 35.8 | 55 | 38.7 | <0.001 |
| Left ear, unilateral | 40 | 42.1 | 50 | 35.2 | 0.002 |
| Right ear, unilateral | 21 | 22.1 | 37 | 26.1 | <0.001 |
| Flat hearing loss[f] | | | | | |
| No | 893 | 98.2 | 635 | 97.1 | |
| Yes | 16 | 1.8 | 19 | 2.9 | 0.131 |



| Asymmetrical hearing loss[g] | | | | | |
|---|---|---|---|---|---|
| No | 859 | 97.9 | 593 | 95.6 | |
| Yes | 18 | 2.1 | 27 | 4.4 | 0.010 |

Abbreviations: BRI, blast-related injury; NBRI, non-blast-related injury.

[a] Percentages may not add to 100.0 due to rounding.

[b] *P* values are for the presence of any hearing loss compared with none.

[c] Personnel with preinjury hearing loss were excluded (*n* = 388).

[d] Personnel with preinjury low-frequency hearing loss were excluded (*n* = 32).

[e] Personnel with preinjury high-frequency hearing loss were excluded (*n* = 200).

[f] Personnel with preinjury flat hearing loss were excluded (*n* = 11).

[g] Personnel with preinjury asymmetrical hearing loss were excluded (*n* = 77).

The adjusted odds of adverse audiometric outcomes were calculated (Table 4). Service members with a BRI had 2.21 (95% confidence interval: 1.42, 3.44) higher odds of postinjury hearing loss than the NBRI group, after adjustment for age, occupation, concurrent traumatic brain injury, injury severity, and number of injuries. Similarly, the BRI group had 1.95 (95% confidence interval: 1.01, 3.78) higher odds of postinjury low- frequency hearing loss and 2.45 (95% confidence interval: 1.43, 4.20) higher odds of postinjury high-frequency hearing loss. An early-warning shift was 1.63 times more likely in those with a blast injury, and a significant threshold shift was 1.86 times more likely in the BRI group than in the NBRI group. Attributable risk of hearing loss was calculated to estimate the excess risk of the outcome associated with blast injury. Adjusting for age and occupation, approximately 49% of hearing loss in the BRI group could be attributed to the blast injury. Approximately 63% of high- and low-frequency hearing loss in the BRI group could be attributed to the blast-injury event. For hearing threshold shifts, 24% of early-warning shifts and 42% of significant threshold shifts could be attributed to the blast injury.



PDF

Help

**Table 4.**

Adjusted Odds of Adverse Hearing Outcomes After Injury in Male Navy and Marine Corps Personnel With a BRI Compared With Those With an NBRI, United States, 2001–2013

| Outcome[a] | NBRI | | BRI | | OR | 95% CI | AR[b] |
|---|---|---|---|---|---|---|---|
| | No. of Individuals | % | No. of Individuals | % | | | |
| Hearing loss[c] | 69 | 9.8 | 103 | 21.4 | 2.21[d] | 1.42, 3.44 | 0.49 |
| Low-frequency hearing loss[e] | 27 | 3.0 | 43 | 6.7 | 1.95[f] | 1.01, 3.78 | 0.63 |
| High-frequency hearing loss[g] | 42 | 5.2 | 72 | 12.8 | 2.45[f] | 1.43, 4.20 | 0.63 |
| Early-warning shift | 273 | 29.9 | 299 | 45.2 | 1.63[h] | 1.23, 2.17 | 0.24 |
| Significant threshold shift | 95 | 10.4 | 142 | 21.5 | 1.86[d] | 1.28, 2.71 | 0.42 |

Abbreviations: AR, attributable risk; BRI, blast-related injury; CI, confidence interval; NBRI, non-blast-related injury; OR, odds ratio.

[a] All models controlled for age, occupation, concurrent traumatic brain injury, Injury Severity Score, and number of injuries.

[b] AR, the amount of risk of the outcome that could be attributed to the blast exposure for the BRI group, was adjusted for age and occupation.

[c] Those with preinjury hearing loss were excluded ($n$ = 388).

[d] $P < 0.01$.

[e] Those with preinjury low-frequency hearing loss were excluded ($n$ = 32).

[f] $P < 0.05$.



[g] Those with preinjury high-frequency hearing loss were excluded ($n$ = 200).

[h] $P$ < 0.001.

## DISCUSSION

Exposure to blast noise is an occupational source of hearing injury among deployed military personnel. Our data demonstrated that blast-injured combat personnel are at increased risk for various forms of degraded hearing sensitivity, including hearing-threshold shift and hearing loss. The BRAID revealed that blast injury results in more than twice as much bilateral hearing loss as was observed among unexposed personnel; this coincides with self-reported Millennium Cohort Study data ([29]). In addition, blast injury generated twice as much low-frequency and high-frequency hearing loss, significant threshold shift, and asymmetrical hearing loss. A larger proportion of early-warning hearing-threshold shift was observed in blast-injured personnel.

One of the most common symptoms reported in blast victims is auditory injury, with a significant proportion of individuals reporting hearing loss ([7]). Previous studies have reported variable, but generally higher, rates of combat and blast-related hearing loss than BRAID rates. For example, an investigation of deployed military personnel by Cave et al. ([9]) reported that approximately 50% of their subjects demonstrated persistent hearing loss. They attributed this higher rate to data extraction from an audiology clinic database. Mrena et al. ([19]) assessed the otologic and audiologic outcomes of 29 patients treated for ear injury after a Finland shopping mall explosion. They found that 66% reported tinnitus as their initial symptom, and 55% reported hearing loss. Twelve of the 29 patients (41%) experienced both tinnitus and hearing loss.



Our sample included young, healthy, deployed US military personnel who were required to present for routine audiometric screening, regardless of symptoms. Our investigation identified a rate of 21.4% of new-onset hearing loss within 12 months after blast injury (Table [4]), applying a commonly accepted clinical definition of hearing

within normal limits. Although our data revealed a rate of postinjury, new-onset loss of 14.5% for the entire population, our NBRI group (unexposed) demonstrated a postinjury hearing loss rate of 9.8% (Table 3). By comparison, an investigation that used self-reported nonaudiometric data from the Millennium Cohort Study identified a 7.5% rate of new-onset "significant hearing loss" (29), which is half the estimated rate of hearing loss discovered by analysis of objective BRAID data. However, this discrepancy is likely due to our more sensitive definition and objective measurement of hearing loss (>25 dB hearing level at any frequency), encompassing moderate and severe hearing losses, classifications clinically consistent with "significant" hearing impairment.

Studies have reported noise-exposure level-specific risk rates for work-related hearing impairment. For example, the National Institute for Occupational Safety and Health presented the excess risk of hearing impairment for 1,000–4,000 Hz at age 60 years, following 40 years of exposure to workplace noise (25). This report estimated the risk of hearing loss for specified noise-exposure levels as 90 A-weighted decibels (dBA) (25%), 85 dBA (8%), and 80 dBA (1%). Similarly, the International Organization for Standardization published risk estimates for a population of longstanding exposed workers (30): 90 dBA (17%), 85 dBA (6%), and 80 dBA (1%). Comparable risk rates for young employees or combat military personnel have not been reported by governmental sources.

In an earlier analysis of the BRAID, Joseph et al. (23) reported a hearing loss rate of 39%; however, this rate was derived from hearing loss on any audiogram in a subject's record, including baseline, predeployment, postdeployment, or annual surveillance hearing tests. The earlier BRAID report encompassed a large cohort, whereas this report used a smaller number of participants from that data set, approximately 10% of the original sample, in a tight time frame. A lower rate of hearing loss was observed because, in the present study, we reported new-onset hearing loss within 12 months postinjury and excluded individuals with only 1 audiogram or with audiograms that fell outside the range of 12 months before and after injury. Individuals with marginal hearing loss on their preinjury baseline audiogram, resulting from 5-dB test-retest variability, would also be included in



PDF

Help

the prior study but not in the present one. In addition, combat personnel without a postinjury audiogram tended to have more severe injuries. It is possible that severely injured personnel were screened at a later time, and we might have observed a higher rate of hearing loss if our 12-month timeline had been extended to 24 months.

## Study limitations

Occupational specialty was controlled for, but it is possible that noninfantry personnel had some prior exposure to firearms. Our study sample was entirely male, but this is because few women in this population are exposed to blasts. It is possible that this population had other exposures or conditions that we were unaware of or could not measure, which may have affected the association between the exposure and outcome. Finally, we did not control for size of or distance from blast; however, injury severity was controlled for and may be a proxy for blast size and distance.

## Study strengths

The BRAID is a comprehensive database of a prospective cohort with wide application to numerous areas of future research in the occupational hearing health of military personnel. EMED, available within the BRAID, contains records of all medical encounters in the theater of war (26). The accurate dates of injury within EMED, coupled with available pre- and postinjury hearing test data, provided a platform for prospective research and a temporal assessment of risk between exposure (blast injury) and hearing outcomes. Furthermore, inclusion of additional personnel records—such as demographic data, military-specific information, and injury descriptors—provides the opportunity to adjust for multiple confounders. The BRAID's large sample size affords sufficient power to detect differences in the population's subgroups. This analysis involved a young, operational military sample with auditory data obtained prior to the onset of age-related hearing loss. This is a characteristic well-suited for investigating the effects of combat noise on human hearing.



Studies on the short- and long-term impact of blast exposure on human hearing that have large, representative samples that were objectively measured are scant in the literature. Most studies present the influence of overexposure to continuous, hazardous industrial noise on hearing rather than impulsive combat noise. Our study addressed these issues by analyzing the occupational hearing test data of 1,574 military personnel from the BRAID who were examined before and after blast injury.

## Conclusions

Blast-injured personnel are at a higher risk for hearing loss in both ears and should receive a postinjury audiometric test with a referral for definitive audiological evaluation when indicated. Clinicians should ensure that an appropriate traumatic brain injury work-up has been conducted for personnel who present with a blast injury and bilateral hearing shift. Audiometric tests should be administered to personnel identified for theater-of-war deployment, and a test should be conducted postdeployment for individuals who were exposed to blast. Recent reports have demonstrated that even with normal audiometric responses, the auditory system may still be impaired at the inner-ear level of the hair cell or in the central auditory processing pathways (31–33). In this case, auditory screening may still serve a key purpose: to verify normal threshold responses. In addition, self-assessment measures may be administered to identify personnel who may be candidates for specialty auditory-processing testing.



To our knowledge, this is the first report of the true hearing-shift and hearing-loss risk rate for a postdeployment, injured cohort that is based on audiometric data. Blasts yielded low-frequency hearing loss, even when using conservative controls, exclusionary criteria, and data-quality algorithms. We found that blast exposure affects high-frequency hearing sensitivity, which is consistent with other reports (13, 14, 16, 19, 20, 22, 34). Our study highlights the necessity of improved and accessible hearing protection for deployed military personnel, particularly those assigned to occupations where blast exposures will be encountered. Last, for this population, it is

imperative that the audiometric pattern and hearing–loss progression be further explored.

## ACKNOWLEDGMENTS

Author affiliations: Medical Modeling, Simulation, and Mission Support Department, Naval Health Research Center, San Diego, California (Antony R. Joseph, Jaime L. Shaw, Mary C. Clouser, Andrew J. MacGregor, Michael R. Galarneau). A.R.J. is currently at the Communication Sciences and Disorders Department, Illinois State University, Normal, Illinois.

This work was supported by the Navy Bureau of Medicine and Surgery Wounded, Ill, and Injured Program under work unit number 60808 and the Congressionally Directed Medical Research Program under number MR141219.

The authors thank the Naval Health Research Center, especially Carrie Brown and Kristina Stasko, for thorough technical review and support.

Disclaimer: The authors are employees of the US Government. This work was prepared as part of their official duties. Title 17, U.S.C. §105 provides the "Copyright protection under this title is not available for any work of the United States Government." Title 17, U.S.C. §101 defines a US Government work as work prepared by a military service member or employee of the US Government as part of that person's official duties. The views expressed in this article are those of the authors and do not necessarily reflect the official policy or position of the Department of the Navy, Department of the Army, Department of the Air Force, Department of Veterans Affairs, Department of Defense, or the US Government. Approved for public release; distribution unlimited.

Conflict of interest: none declared.

PDF

Help

## Abbreviations

**BRAID**   Blast-Related Auditory Injury Database

**BRI**   blast-related injury

**dBA**   A-weighted decibels

**EMED**   Expeditionary Medical Encounter Database

**NBRI**   non-blast-related injury

## REFERENCES

1   Institute of Medicine Committee on Gulf War Health: Brain Injury in Veterans Long-Term Health Outcomes. *Gulf War and Health: Volume 7: Long-Term Consequences of Traumatic Brain Injury*. Washington, DC: The National Academies Press; 2008.
Google Scholar

2   Humes LE, Joellenbeck LM, Durch JS. *Noise and Military Service: Implications for Hearing Loss and Tinnitus*. Washington, DC: The National Academic Press; 2005.
Google Scholar

3   Phillips YY, Zajtchuk JT. Blast injuries of the ear in military operations. *Ann Otol Rhinol Laryngol Suppl*. 1989;140:3–4.
Google Scholar      Crossref      PubMed

4   Shupak A, Doweck I, Nachtigal D, et al. . Vestibular and audiometric consequences of blast injury to the ear. *Arch Otolaryngol Head Neck Surg*. 1993;119(12):1362–1367.
Google Scholar      Crossref      PubMed

5   Lew HL, Jerger JF, Guillory SB, et al. . Auditory dysfunction in traumatic brain injury. *J Rehabil Res Dev*. 2007;44(7):921–928.
Google Scholar      Crossref      PubMed

6   Ritenour AE, Wickley A, Ritenour JS, et al. . Tympanic membrane perforation

and hearing loss from blast overpressure in Operation Enduring Freedom and Operation Iraqi Freedom wounded. *J Trauma*. 2008;64(suppl 2):S174–S178.

Google Scholar    Crossref    PubMed

7   Dougherty AL, MacGregor AJ, Han PP, et al. . Blast-related ear injuries among US military personnel. *J Rehabil Res Dev*. 2013;50(6):893–904.

Google Scholar    Crossref    PubMed

8   Cho SI, Gao SS, Xia A, et al. . Mechanisms of hearing loss after blast injury to the ear. *PLoS One*. 2013;8(7):e67618.

Google Scholar    Crossref    PubMed

9   Cave KM, Cornish EM, Chandler DW. Blast injury of the ear: clinical update from the global war on terror. *Mil Med*. 2007;172(7):726–730.

Google Scholar    Crossref    PubMed

10   Hirsch FG. Effects of overpressure on the ear—a review. *Ann N Y Acad Sci*. 1968;152(1):147–162.

Google Scholar    Crossref    PubMed

11   Kerr AG. Blast injuries to the ear. *Practitioner*. 1978;221(1325):677–682.

Google Scholar    PubMed

12   Van Campen LE, Dennis JM, Hanlin RC, et al. . One-year audiologic monitoring of individuals exposed to the 1995 Oklahoma City bombing. *J Am Acad Audiol*. 1999;10(5):231–247.

Google Scholar    PubMed

13   Nageris BI, Attias J, Shemesh R. Otologic and audiologic lesions due to blast injury. *J Basic Clin Physiol Pharmacol*. 2008;19(3–4):185–191.

Google Scholar    PubMed

14   Shah A, Ayala M, Capra G, et al. . Otologic assessment of blast and nonblast injury in returning Middle East-deployed service members. *Laryngoscope*. 2014;124(1):272–277.

Google Scholar    Crossref    PubMed

15   Remenschneider AK, Lookabaugh S, Aliphas A, et al. . Otologic outcomes after blast injury: the Boston Marathon experience. *Otol Neurotol*. 2014;35(10):1825–1834.

Google Scholar    Crossref    PubMed



16   Bruins WR, Cawood RH. Blast injuries of the ear as a result of the Peterborough lorry explosion: March 22, 1989. *J Laryngol Otol*. 1991;105(11):890–895.

Google Scholar       Crossref       PubMed

17   Cohen JT, Ziv G, Bloom J, et al. . Blast injury of the ear in a confined space explosion: auditory and vestibular evaluation. *Isr Med Assoc J*. 2002;4(7):559–562.

Google Scholar       PubMed

18   Darley DS, Kellman RM. Otologic considerations of blast injury. *Disaster Med Public Health Prep*. 2010;4(2):145–152.

Google Scholar       Crossref       PubMed

19   Mrena R, Paakkonen R, Back L, et al. . Otologic consequences of blast exposure: a Finnish case study of a shopping mall bomb explosion. *Acta Otolaryngol*. 2004;124(8):946–952.

Google Scholar       Crossref       PubMed

20   Walsh RM, Pracy JP, Huggon AM, et al. . Bomb blast injuries to the ear: the London Bridge incident series. *J Accid Emerg Med*. 1995;12(3):194–198.

Google Scholar       Crossref       PubMed

21   Breeze J, Cooper H, Pearson CR, et al. . Ear injuries sustained by British service personnel subjected to blast trauma. *J Laryngol Otol*. 2011;125(1):13–17.

Google Scholar       Crossref       PubMed

22   Helling ER. Otologic blast injuries due to the Kenya embassy bombing. *Mil Med*. 2004;169(11):872–876.

Google Scholar       Crossref       PubMed

23   Joseph AR, Horton JL, Clouser MC, et al. . Development of a comprehensive Blast-Related Auditory Injury Database (BRAID). *J Rehabil Res Dev*. 2016;53(3):295–306.

Google Scholar       Crossref       PubMed

24   Department of Defense. *Hearing Conservation Program (DoD Instruction 6055.12)*. Washington, DC: Office of Secretary of Defense; 2010.

25   US Department of Health and Human Services, National Institute of Occupational Safety and Health. *Criteria for a Recommended Standard:*



P-GEN-05341.24

P4778.24

*Occupational Noise Exposure, Revised Criteria 1998*. Cincinnati, OH: National Institute of Occupational Safety and Health; 1998.

26   Galarneau MR, Hancock WC, Konoske P, et al. . The Navy–Marine Corps Combat Trauma Registry. *Mil Med*. 2006;171(8):691–697.
Google Scholar      Crossref      PubMed

27   Greenland S. Modeling and variable selection in epidemiologic analysis. *Am J Public Health*. 1989;79(3):340–349.
Google Scholar      Crossref      PubMed

28   Glantz SA, Slinker BK. *Primer of Applied Regression and Analysis of Variance*. New York, NY: McGraw-Hill; 1990.
Google Scholar

29   Wells TS, Seelig AD, Ryan MA, et al. . Hearing loss associated with US military combat deployment. *Noise Health*. 2015;17(74):34–42.
Google Scholar      Crossref      PubMed

30   International Organization for Standardization. *Acoustics: Estimation of Noise-Induced Hearing Loss. ISO 1999.2013(en)*. 3rd ed. Geneva, Switzerland: International Organization for Standardization; 2013.
Google Scholar

31   Fausti SA, Wilmington DJ, Gallun FJ, et al. . Auditory and vestibular dysfunction associated with blast-related traumatic brain injury. *J Rehabil Res Dev*. 2009;46(6):797–810.
Google Scholar      Crossref      PubMed

32   Gallun FJ, Diedesch AC, Kubli LR, et al. . Performance on tests of central auditory processing by individuals exposed to high-intensity blasts. *J Rehabil Res Dev*. 2012;49(7):1005–1025.
Google Scholar      Crossref      PubMed

33   Gallun FJ, Lewis MS, Folmer RL, et al. . Implications of blast exposure for central auditory function: a review. *J Rehabil Res Dev*. 2012;49(7):1059–1074.
Google Scholar      Crossref      PubMed

34   Ziv M, Philipsohn NC, Leventon G, et al. . Blast injury of the ear: treatment and evaluation. *Mil Med*. 1973;138(12):811–813.
Google Scholar      Crossref      PubMed



Case 3:19-md-02885-MCR-HTC   Document 3319-10   Filed 07/21/22   Page 26 of 26
P-GEN-05341.25
P4778.25

35   National Institutes for Occupational Safety and Health. *Criteria for a Recommended Standard: Occupational Noise Exposure, Revised Criteria 1998*. Cincinnati, OH: Centers for Disease Control and Prevention, US Department for Health and Human Services; 1998.
Google Scholar

36   Occupational Safety and Health Administration. *Occupational Noise Exposure; Hearing Conservation Amendment; Final Rule*. Federal Register, no. 1910.95 (June 28, 1983):9738–9785.

Published by Oxford University Press on behalf of the Johns Hopkins Bloomberg School of Public Health 2017. This work is written by (a) US Government employee(s) and is in the public domain in the US.

PDF

Help