# PX12

# Counseling



**DEPARTMENT OF DEFENSE HEARING PROGRAM**

## Tri-Service Hearing Technician Certification Course

      

**Counseling**

# Learning Objectives

3.1.1   Describe the importance of counseling

3.1.2   Counsel a patient on their audiogram using common terms

3.1.3   Describe the required follow-up steps for an initial STS identification and/or referrals

3.1.4   Outline techniques that will allow for group explanation of test results that will not violate HIPAA requirements

3.1.5   Demonstration



**Counseling**

# Health Insurance Portability and Accountability Act HIPAA

- Impacts all patient care

- Protects individual's rights to privacy and confidentiality

- Assures the security of electronic transfer of personal information

- Applies in hearing conservation

  - Employers, i.e. DoD, who paid for the exam and are conducting the exam to be compliant with Federal regulations may have access to the record without consent of the employee

  - Information reported must be limited to information that is required by the agency



**Counseling**

# HIPAA Review

- Develop group counseling strategies that conform to HIPAA

    - Counseling sessions in a multi-test station clinic

    - High volume clinics necessitate explanation of test results in groups

    - Group counseling sessions create a potential for HIPAA violations

- Consults

- STS notifications to patient's chain of command



      

**Counseling**

# Counseling

- Effective counseling and education is one of the most effective ways to get noise exposed personnel into becoming more involved in their role as a member of the HCP team

- Give patient their audiogram

    – Is there a change in hearing? Yes/No

    – What changes occurred? Positive/Negative

    – Is hearing loss present? Yes/No

- Discuss the dangers of hazardous noise and that noise induced hearing loss is preventable

- Review the importance of periodic audiograms and/or schedule follow-up testing/evaluation



**Counseling**

# Counseling Agenda Overview

- Brief HIPAA review

- Efficient & effective group counseling strategy

- Audiogram explanation for patients

- Counseling difficult patients

- Referrals to an audiologist/provider and baseline re-sets

- Group counseling demonstration

- Practical exercise

      

**Counseling**

# Patient Demographics

- Ensure blocks (fields) 2-14 are correct

- Personal information correct?

- Unit information?



- Any changes to the audiogram need to occur in the edit audiogram window not the run test window

      

## Counseling

# Audiogram

| 15. AUDIOMETRY | | a. PURPOSE | | 1 - 90 DAY | | 2 - ANNUAL | | 3 - TERMINATION | | 4 - OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUDIOMETRIC DATA RE: ANSI S3.6 | | | LEFT | | | | | | RIGHT | | | |
| | | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
| b. CURRENT AUDIOGRAM DATE | | | | | | | | | | | | | |
| c. REFERENCE AUDIOGRAM DATE L: R: | | | | | | | | | | | | | |
| d. SIGNIFICANT THRESHOLD SHIFT (STS) L: R: 1 - NO 2 - YES | e. THRESHOLD SHIFT -------> | | | | | | | | | | | | |

**f. REMARKS** *(Include Exposure Data)*

**g. TYPE OF PERSONAL HEARING PROTECTION USED**

1 - SINGLE FLANGE (V51R)
2 - TRIPLE FLANGE
3 - HAND FORMED EARPLUG
4 - EAR CANAL CAPS
5 - NOISE MUFFS
6 - OTHER
7 - NONE

      

**Counseling**

# Audiogram

- Simplify terms for patients - avoid jargon

  – Use pitch in place of frequency

    • Women/Children voice - high frequency

    • Men voice - low frequency

  – Use loudness in place of intensity



- Describe test results, rather than thresholds

  – Explain frequencies (i.e., pitches) in terms of piano keys

  – Compare thresholds (i.e., test results) the lower the number, the better you can hear

- Employ similes and/or metaphors



**Counseling**

# Audiogram

- Acceptable hearing level thresholds

- Normal test results range from ⁻10 to 25 dB

- Normal (expected) test-retest variability 5-10 dB

- Comparison to reference/baseline

  – Change in hearing?

  – Definition of a significant or standard threshold shift

  – Is there a change in hearing (STS)

  – Definition of an early warning shift

  – Is there an early warning shift (EWS)

- Follow-up testing/evaluation is required to determine if the change is permanent

      

# Counseling

# Group Counseling Demonstration

| 2. DOD COMPONENT | | | 3. SERVICE COMPONENT | | | |
|---|---|---|---|---|---|---|
| | A - ARMY | F - AIR FORCE | C - COAST GUARD | | R - REGULAR | G - NATIONAL GUARD |
| | N - NAVY | M - MARINE CORPS | 1 - OTHER | | V - RESERVE | 1 - OTHER |

| 4. SOCIAL SECURITY NUMBER | 5. NAME *(Last, First, Middle Initial)* | 6. DATE OF BIRTH | 7. SEX |
|---|---|---|---|
| | | | M - MALE  F - FEMALE |

| 8. PAY GRADE UNIFORMED SERVICES | 9. PAY GRADE CIVILIAN | 10. SERVICE DUTY OCCUPATION CODE | 11. MAILING ADDRESS OF ASSIGNMENT |
|---|---|---|---|
| | | | |

| 12. LOCATION - PLACE OF WORK | 13. MAJOR COMMAND | 14. DUTY TELEPHONE *(Include area code)* |
|---|---|---|
| | | |

| 15. AUDIOMETRY | a. PURPOSE | 1 - 90 DAY | 2 - ANNUAL | 3 - TERMINATION | 4 - OTHER |
|---|---|---|---|---|---|

| AUDIOMETRIC DATA RE: ANSI S3.6 | LEFT | | | | | | RIGHT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
| b. CURRENT AUDIOGRAM DATE | | | | | | | | | | | | |
| c. REFERENCE AUDIOGRAM DATE  L:  R: | | | | | | | | | | | | |
| d. SIGNIFICANT THRESHOLD SHIFT (STS)  L:  R:   1 - NO   2 - YES | e. THRESHOLD SHIFT  ----------> | | | | | | | | | | | |

| f. REMARKS *(Include Exposure Data)* | g. TYPE OF PERSONAL HEARING PROTECTION USED | |
|---|---|---|
| | 1 - SINGLE FLANGE (V51R)  2 - TRIPLE FLANGE  3 - HAND FORMED EARPLUG | 4 - EAR CANAL CAPS  5 - NOISE MUFFS  6 - OTHER  7 - NONE |

      

**Counseling**

# Group Counseling Strategy

- Have visual aids to help explain results

- Review and prepare audiograms

- Print and review test results prior to assembling patients for counseling

- Identify individuals with problem audiograms that will require follow-up or referral

  - You will need to meet individually with them later

  - Be careful not to "call them out" in front of peers or other patients

- Provide verbal guidance that results are confidential, patients must view only their results

      

**Counseling**

# Group Counseling Strategy

- Distribute tests

  - Caution patients to respect others' privacy

  - Protect medical information

- Verify demographic information (visual aid)

  - Ask patients to review blocks 2-14 for accuracy

- Mark top of any audiograms that requires data to be edited or fixed



**Counseling**

# Group Counseling Strategy
# Serial Audiogram Orientation

- Frequencies tested for left/right ears

- Current test results location

- Intensity explanation

    – Lower numbers = better hearing

    – Normal hearing parameters

- Baseline results explanation

- Normal test-retest differences

    – Definition of a significant threshold shift

    – Is there a change in hearing (STS)

    – Is there a early warning shift (EWS)





**Counseling**

# Group Counseling Strategy
# Serial Audiogram Orientation

- Retain:

  – Those who have questions

  – Those requiring further evaluation (highlighted forms)

- Individually review abnormal results with patient

  – Maintain privacy

  – Provide instructions for follow-up procedures

  – Obtain patient signature for test results (as applicable)

- Provide referral information (as applicable)

      

**Counseling**

# Retest and/or Referrals

- DD 2215/2216 or NHC
  - Follow Professional Supervisor guidance on referrals to audiologist or physician for further evaluation
  - Instruct patient to be 14 hours noise free prior to any diagnostic testing

       

**Counseling**

# Retest and/or Referrals

- DD 2216 positive STS
  - Follow Professional Supervisor guidance on retesting and referrals for additional evaluation
  - Potential conductive issues, i.e. cerumen impaction, should be addressed and resolved prior to retest
  - Complete follow-up testing as soon as possible
  - All positive STS follow-up tests require the patient to be at least 14 hours noise free

- DD 2216 negative STS
  - Review audiometric history
  - Retest immediately if needed



**Counseling**

# Group Counseling Demonstration



- Group counseling 8 patients

  - 6 patients do not have an STS or audiometric changes

  - 1 patient has a negative STS

  - 1 patient has a positive STS

- Conduct an efficient and effective group counseling session

  - All patients have a basic understanding of test results

  - HIPAA is maintained

  - Patients with STS receive correct follow-up testing and/or additional guidance



# Counseling

# Group Counseling Demonstration

## HEARING CONSERVATION DATA

*(This form is subject to the Privacy Act of 1974 - use Blanket PAS - DD Form 2005)*

| 1. ZIP CODE/APO/FPO/PAS |
|---|
| OP0RFC3N |

**2. DOD COMPONENT**  F
A - ARMY   F - AIR FORCE   C - COAST GUARD
N - NAVY   M - MARINE CORPS   1 - OTHER

**3. SERVICE COMPONENT**  R
R - REGULAR   G - NATIONAL GUARD
V - RESERVE   1 - OTHER

**4. SOCIAL SECURITY NUMBER**  990990001

**5. NAME**   *(Last, First, Middle Initial)*   CLEMONS, ZACHARY J

**6. DATE OF BIRTH**  10 Jan 1997

**7. SEX**  M    M - MALE   F - FEMALE

**8. PAY GRADE UNIFORMED SERVICES**  E02

**9. PAY GRADE CIVILIAN**

**10. SERVICE DUTY OCCUPATION CODE**  3D1

**11. MAILING ADDRESS OF ASSIGNMENT**  0689-SCOW-074A   51 COM SQD
OSAN AB ROK   AP   96278

**12. LOCATION - PLACE OF WORK**  OSAN AB

**13. MAJOR COMMAND**  PACAF

**14. DUTY TELEPHONE**   *(Include area code)*   (315) 555-5555

**15. AUDIOMETRY**  2   **a. PURPOSE**   1 - 90 DAY   2 - ANNUAL   3 - TERMINATION   4 - OTHER

| AUDIOMETRIC DATA RE: ANSI 83.6 | LEFT | | | | | | RIGHT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
| **b. CURRENT AUDIOGRAM** DATE 02 Dec 2019 | 0 | 5 | -5 | 5 | 0 | 15 | -5 | 0 | -5 | 0 | 15 | 0 |
| **c. REFERENCE AUDIOGRAM** DATE L: 10 Dec 2018 R: 10 Dec 2018 | 0 | 10 | 5 | 15 | 20 | 10 | 0 | 5 | -5 | 0 | 15 | 0 |
| **d. SIGNIFICANT THRESHOLD SHIFT (STS)** L: 2- R: 1  1 - NO  2 - YES  **e. THRESHOLD SHIFT** -------> | -5 | -10 | -10 | -20 | | | -5 | 0 | 0 | 0 | | |

**f. REMARKS** *(Include Exposure Data)*
Steady Noise Exp(TWAdBA): 93, Impulse Noise Exp(dBP): < 120, Neg STS(L), HPD Fit Today , Health Ed Prov, *****TRAINING AUDIOGRAM*****, H-1.

**g. TYPE OF PERSONAL HEARING PROTECTION USED**  3
1 - SINGLE FLANGE (V51R)   4 - EAR CANAL CAPS
2 - TRIPLE FLANGE   5 - NOISE MUFFS
3 - HAND FORMED EARPLUG   6 - OTHER   7 - NONE



**Counseling**

# Group Counseling Demonstration



## HEARING CONSERVATION DATA
*(This form is subject to the Privacy Act of 1974 - use Blanket PAS - DD Form 2005)*

| Field | Value |
|---|---|
| 1. ZIP CODE/APO/FPO/PAS | 47583 |

| 2. DOD COMPONENT | 3. SERVICE COMPONENT |
|---|---|
| M | R |

A - ARMY   F - AIR FORCE   C - COAST GUARD
N - NAVY   M - MARINE CORPS   1 - OTHER

R - REGULAR   G - NATIONAL GUARD
V - RESERVE   1 - OTHER

| 4. SOCIAL SECURITY NUMBER | 5. NAME *(Last, First, Middle Initial)* | 6. DATE OF BIRTH | 7. SEX |
|---|---|---|---|
| 990990021 | KORDYLAS, DANIEL J | 05 Mar 1995 | M |

M - MALE
F - FEMALE

| 8. PAY GRADE UNIFORMED SERVICES | 9. PAY GRADE CIVILIAN | 10. SERVICE DUTY OCCUPATION CODE | 11. MAILING ADDRESS OF ASSIGNMENT |
|---|---|---|---|
| E04 | 1371 | V | 11400193   1ST CEB 1ST MARDIV |

CAMP PENDLETON   CA   92055

| 12. LOCATION - PLACE OF WORK | 13. MAJOR COMMAND | 14. DUTY TELEPHONE *(Include area code)* |
|---|---|---|
| MAC | I MARDIV | (760) 555-5555 |

| 15. AUDIOMETRY | 2 | a. PURPOSE | 1 - 90 DAY | 2 - ANNUAL | 3 - TERMINATION | 4 - OTHER |
|---|---|---|---|---|---|---|

| AUDIOMETRIC DATA RE: ANSI S3.6 | LEFT | | | | | | RIGHT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
| b. CURRENT AUDIOGRAM DATE 02 Dec 2019 | 5 | 10 | 5 | 20 | 15 | 30 | 10 | 10 | 10 | 20 | 30 | 10 |
| c. REFERENCE AUDIOGRAM DATE L: 16 Dec 2014  R: 16 Dec 2014 | 15 | 20 | 10 | 15 | 15 | 20 | 10 | 15 | 0 | 15 | 10 | 5 |
| d. SIGNIFICANT THRESHOLD SHIFT (STS) L: 1 R: 2+  e. THRESHOLD SHIFT --------> | -10 | -5 | 5 | 0 | | | -5 | 10 | 5 | 20 | | |

1 - NO
2 - YES

**f. REMARKS** *(Include Exposure Data)*
Steady Noise Exp(TWAdBA): Not Entered, Impulse Noise Exp(dBP): Not Entered, Health Ed Prov, HPD Fit Today, HPD Prev Fit, Tinnitus, *****TRAINING AUDIOGRAM*****, Pos STS(R), I am aware of a change in my hearing and the need to return for a follow-up(R), Signature _____(R), H-1.

**g. TYPE OF PERSONAL HEARING PROTECTION USED**

| 3 | 1 - SINGLE FLANGE (V51R) | 4 - EAR CANAL CAPS |
|---|---|---|
| | 2 - TRIPLE FLANGE | 5 - NOISE MUFFS |
| | 3 - HAND FORMED EARPLUG | 6 - OTHER |
| | | 7 - NONE |

       

**Counseling**

# Group Counseling Overview

- Have patients review personal data for errors

- Release those with no issues

  – Return for testing in 1 year

  – Fit, counsel, continue wearing HPDs in hazardous noise

- Retain those requiring further testing/evaluation or have questions

  – Individually review abnormal results with patient

  – Retest those requiring further technician audio testing

  – Maintain privacy; provide instructions for follow-up procedures/obtain patient signature (as applicable)



# Counseling

# Role Play

## HEARING CONSERVATION DATA

*(This form is subject to the Privacy Act of 1974 - use Blanket PAS - DD Form 2005)*

| | |
|---|---|
| 1. ZIP CODE/APO/FPO/PAS | 68094 |

| 2. DOD COMPONENT | | | 3. SERVICE COMPONENT | |
|---|---|---|---|---|
| A | A - ARMY    F - AIR FORCE    C - COAST GUARD    N - NAVY    M - MARINE CORPS    1 - OTHER | | V | R - REGULAR    G - NATIONAL GUARD    V - RESERVE    1 - OTHER |

| 4. SOCIAL SECURITY NUMBER | 5. NAME *(Last, First, Middle Initial)* | 6. DATE OF BIRTH | 7. SEX |
|---|---|---|---|
| 990990020 | BECKERS, JOHN M | 10 Apr 1992 | M    M - MALE    F - FEMALE |

| 8. PAY GRADE UNIFORMED SERVICES | 9. PAY GRADE CIVILIAN | 10. SERVICE DUTY OCCUPATION CODE | 11. MAILING ADDRESS OF ASSIGNMENT |
|---|---|---|---|
| E05 | | 91H    V | WZ2WA0    0315 EN BN SUPPORT COMPANY    CAMP PENDLETON   CA   92055 |

| 12. LOCATION - PLACE OF WORK | 13. MAJOR COMMAND | 14. DUTY TELEPHONE *(Include area code)* |
|---|---|---|
| CAMP PENDLETON, CA | USARC | (760) 555-5555 |

| 15. AUDIOMETRY | 2 | a. PURPOSE    1 - 90 DAY    2 - ANNUAL    3 - TERMINATION    4 - OTHER |
|---|---|---|

| AUDIOMETRIC DATA RE: ANSI 93.6 | LEFT | | | | | | RIGHT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
| b. CURRENT AUDIOGRAM DATE 02 Dec 2019 | 5 | 15 | 25 | 45 | 55 | 45 | 0 | 0 | 5 | 20 | 20 | 15 |
| c. REFERENCE AUDIOGRAM DATE L: 17 Jul 2009 R: 17 Jul 2009 | 0 | 15 | 10 | 30 | 25 | 20 | 0 | 0 | 5 | 25 | 15 | 5 |
| d. SIGNIFICANT THRESHOLD SHIFT (STS) L: 2+  R: 1    1 - NO    2 - YES    e. THRESHOLD SHIFT ---------> | 0 | 15 | 15 | 30 | | | 0 | 0 | -5 | 5 | | |

| f. REMARKS *(Include Exposure Data)* | g. TYPE OF PERSONAL HEARING PROTECTION USED |
|---|---|
| Steady Noise Exp(TWAdBA): Not Entered, Impulse Noise Exp(dBP): Not Entered, Pos STS(L), I am aware of a change in my hearing and the need to return for a follow-up(L), Signature _____(L), Asymmetric Loss, *****TRAINING AUDIOGRAM*****, H-2. | 5    1 - SINGLE FLANGE (V51R)    4 - EAR CANAL CAPS    2 - TRIPLE FLANGE    5 - NOISE MUFFS    3 - HAND FORMED EARPLUG    6 - OTHER    7 - NONE |



# Counseling

# Role Play

## HEARING CONSERVATION DATA
*(This form is subject to the Privacy Act of 1974 - use Blanket PAS - DD Form 2005)*

| 1. ZIP CODE/APO/FPO/PAS |
| --- |
| TE1MFB34 |

**2. DOD COMPONENT**

F

| A - ARMY | F - AIR FORCE | C - COAST GUARD |
| --- | --- | --- |
| N - NAVY | M - MARINE CORPS | 1 - OTHER |

**3. SERVICE COMPONENT**

1

| R - REGULAR | G - NATIONAL GUARD |
| --- | --- |
| V - RESERVE | 1 - OTHER |

**4. SOCIAL SECURITY NUMBER**
990990022

**5. NAME** *(Last, First, Middle Initial)*
RAMIREZ, SAMANTHAR

**6. DATE OF BIRTH**
02 Jul 1993

**7. SEX**
F
M - MALE
F - FEMALE

**8. PAY GRADE** UNIFORMED SERVICES

**9. PAY GRADE** CIVILIAN
WG03

**10. SERVICE DUTY OCCUPATION CODE**
3806

**11. MAILING ADDRESS OF ASSIGNMENT**
0188-XXXX-391A    76 AMXG/MXAAT KC 135 SHEET
TINKER AFB    73145

**12. LOCATION - PLACE OF WORK**
TINKER AFB

**13. MAJOR COMMAND**
AFMC

**14. DUTY TELEPHONE** *(Include area code)*
(405) 555-5555

**15. AUDIOMETRY**    2    **a. PURPOSE**    1 - 90 DAY    2 - ANNUAL    3 - TERMINATION    4 - OTHER

| AUDIOMETRIC DATA RE: ANSI S3.6 | LEFT | | | | | | RIGHT | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
| **b. CURRENT AUDIOGRAM** DATE 02 Dec 2019 | 5 | 0 | 5 | 0 | 0 | -5 | 15 | 0 | 0 | 5 | 35 | 35 |
| **c. REFERENCE AUDIOGRAM** DATE L: 16 Mar 2016 R: 16 Mar 2016 | 15 | 10 | 5 | 10 | 10 | 20 | 10 | 0 | 5 | 10 | 25 | 30 |
| **d. SIGNIFICANT THRESHOLD** SHIFT (STS) L: 1 R: 1  1 - NO  2 - YES | **e. THRESHOLD SHIFT** ----------> | -10 | 0 | -10 | -10 | | 0 | -5 | -5 | 10 | |

**f. REMARKS** *(Include Exposure Data)*
Steady Noise Exp(TWAdBA): Not Entered, Impulse Noise Exp(dBP): Not Entered, Asymmetric Loss, Masking Req, Health Ed Prov, HPD Fit Today, HPD Prev Fit, HPD Present, *****TRAINING AUDIOGRAM*****.

**g. TYPE OF PERSONAL HEARING PROTECTION USED**

5

| 1 - SINGLE FLANGE (V51R) | 4 - EAR CANAL CAPS |
| --- | --- |
| 2 - TRIPLE FLANGE | 5 - NOISE MUFFS |
| 3 - HAND FORMED EARPLUG | 6 - OTHER |
| | 7 - NONE |




**Counseling**

# Role Play

## HEARING CONSERVATION DATA
*(This form is subject to the Privacy Act of 1974 - use Blanket PAS - DD Form 2005)*

| | |
|---|---|
| 1. ZIP CODE/APO/FPO/PAS | 66442 |

2. DOD COMPONENT: **A**

A - ARMY   F - AIR FORCE   C - COAST GUARD
N - NAVY   M - MARINE CORPS   1 - OTHER

3. SERVICE COMPONENT: **R**

R - REGULAR   G - NATIONAL GUARD
V - RESERVE   1 - OTHER

4. SOCIAL SECURITY NUMBER: 990990023
5. NAME *(Last, First, Middle Initial)*: REED, SARAH
6. DATE OF BIRTH: 08 Jul 1986
7. SEX: F    M - MALE   F - FEMALE

8. PAY GRADE UNIFORMED SERVICES: E05
9. PAY GRADE CIVILIAN:
10. SERVICE DUTY OCCUPATION CODE: 91D    V
11. MAILING ADDRESS OF ASSIGNMENT: WDYFE0    02 0001 AV CO E FORWARD SP    FT RILEY    KS   66442

12. LOCATION - PLACE OF WORK: FORT RILEY
13. MAJOR COMMAND: FORSCOM
14. DUTY TELEPHONE *(Include area code)*: (785) 555-5555

15. AUDIOMETRY    2    a. PURPOSE    1 - 90 DAY    2 - ANNUAL    3 - TERMINATION    4 - OTHER

| AUDIOMETRIC DATA RE: ANSI 83.6 | LEFT | | | | | | RIGHT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
| b. CURRENT AUDIOGRAM DATE 02 Dec 2019 | 20 | 35 | 20 | 10 | 0 | 0 | 10 | 15 | 20 | 10 | 15 | -5 |
| c. REFERENCE AUDIOGRAM DATE L: 12 Apr 2011 R: 12 Apr 2011 | 5 | 20 | 15 | 0 | 5 | 0 | 10 | 10 | 20 | 0 | 5 | -5 |
| d. SIGNIFICANT THRESHOLD SHIFT (STS) L: 1 R: 1   1 - NO   2 - YES   e. THRESHOLD SHIFT --------> | 15 | 5 | 10 | -5 | | | 5 | 0 | 10 | 10 | | |

f. REMARKS *(Include Exposure Data)*
Steady Noise Exp(TWAdBA): Not Entered, Impulse Noise Exp(dBP): Not Entered, Early warning for a decrease in hearing _____(L), Health Ed Prov, Tinnitus, *****TRAINING AUDIOGRAM*****, H-2

g. TYPE OF PERSONAL HEARING PROTECTION USED: 7

1 - SINGLE FLANGE (V51R)
2 - TRIPLE FLANGE
3 - HAND FORMED EARPLUG
4 - EAR CANAL CAPS
5 - NOISE MUFFS
6 - OTHER
7 - NONE



**Counseling**

# Counseling Tips

- If validity of test results is in question and reinstructing patient is not successful, refer patient to Professional Supervisor

- Ensure patient privacy

- Fit and counsel patients on the use of hearing protection whether or not hearing has changed

- Counseling session equals patient education

- Do not diagnose hearing loss

    - Pure tone air conduction is not a diagnostic hearing evaluation

    - Test cannot identify the type of hearing loss or the possible presence of a medical pathology

- Results of the diagnostic hearing evaluation will determine type of hearing loss and whether a referral to a medical doctor is necessary



**Counseling**

# Summary

- Counseling

- Audiogram forms/fields

- Counsel a patient on their audiogram

- Describe the required follow-up steps for a STS and/or referrals

- Group explanation of test results

- Demonstration and role-play



**Counseling**

# Questions