# PX17

1              UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF FLORIDA

3                 PENSACOLA DIVISION

4

5    IN RE: 3M COMBAT ARMS          )

     EARPLUG PRODUCTS LIABILITY     )

6    LITIGATION                     )    Case No.

                                    )    3:19-md-2885-

7                                   )    MCR-GRJ

     This Document Relates to:      )

8                                   )    Judge M. Casey

                                    )    Rodgers

9    All Wave 1 Cases               )

                                    )    Magistrate Gary

10   _____  )    R. Jones

                                    )

11

12

13

14

15

16      VIDEOTAPED DEPOSITION OF JAMES CRAWFORD, M.D.

17                   June 24, 2022

18

19

20

21

22

23

24   Reported By:

     Maureen Welch, CSR No. 671, Notary Public

25

1            BE IT REMEMBERED that the videotaped

2    deposition of JAMES CRAWFORD, M.D., was held with

3    the assistance of videoconferencing technology, in

4    Boise, Idaho, before Maureen R. Welch, a Court

5    Reporter (Idaho CSR No. 671) and Notary Public in

6    and for the State of Idaho, on Friday, the 24th

7    day of June, 2022, commencing at the hour 9:08

8    a.m., in the above-entitled matter.

9

10               A P P E A R A N C E S

11

12   FOR THE PLAINTIFFS:

13           Bobby J. Bradford

             Brian Marbut

14           AYLSTOCK, WITKIN, KREIS, OVERHOLZ, PLLC

             17 E. Main Street, Suite 200

15           Pensacola, Florida  32502

16

17   FOR THE DEFENDANTS:

18           Saghar Esfandiarifard

             William Smith

19           KIRKLAND & ELLIS, LLP

             555 South Flower Street, Suite 3700

20           Los Angeles, California  90071

21

22

23

24

25

1    pressure are, can sometimes be used

2    interchangeably, but they are different things.

3           So in my experience, working 24 years in

4    the Army, with a lot of blast exposures, blast

5    injuries often, often have TM perforations.

6       Q.  I don't -- I'm at a hotel.  I don't know

7    if it was my internet glitch or yours, but I

8    didn't get your answer there, sir.  I apologize.

9    Could you restate it for me?

10      A.  Yes.  So there's a difference between

11   noise and sound pressure, which is what a blast

12   injury is.  And a blast injury -- and there's a

13   significant -- up to 60 to 70 percent of blast

14   exposures without any kind of hearing protection

15   in, will have a TM perforation.  So it's very

16   common in blast injuries.

17      Q.  For persons not wearing hearing

18   protection devices?

19           MS. ESFANDIARDIFARD:  Object to form.

20           THE WITNESS:  Correct.  The hearing

21   protection devices can help prevent that, but it's

22   still common in people with earplugs in.  Less

23   common, but...

24      Q.  (BY MR. BRADFORD)  What's, what's your

25   source or what support do you have for the opinion

1    that it's still common to have ruptured eardrums

2    from blast exposure while wearing hearing

3    protection devices?

4         A.   Again, personal experience.  Just taking

5    care of patients that have had that exact

6    scenario.

7         Q.   Any data or information to support that?

8         A.   I haven't personally.  There was a paper

9    written, and I don't, I don't -- I'm not at my

10   work site, and I couldn't pull it off from my

11   head.

12         But I -- there was a paper written about

13   concomitant injuries in people that have had

14   blasts during Iraq and Afghanistan.

15        Q.   Alright.  I may have misunderstood that.

16   That is or is not in your, the articles on your

17   materials reviewed?

18        A.   Was not.

19        Q.   You, back in 2004 or 2005 -- I forget --

20   you mentioned you did some research on TBI and

21   things, and I just want to be clear:  You don't

22   have any data on, personal data from your own

23   patients or your own military experience regarding

24   ruptured eardrum blast exposure or noise from

25   explosions; true?

James Crawford, M.D.

```
 1        A.   I don't.  I just have my personal
 2   experience.
 3        Q.   Now, when you have, for example, an IED
 4   or a foreign explosion, there are multiple energy
 5   phenomena that take place; true?
 6        A.   That's true.
 7        Q.   For example, you have, you have noise;
 8   correct?
 9        A.   Correct.
10        Q.   And then you have blast overpressure;
11   correct?
12        A.   Correct.
13        Q.   And then you can also have, you know,
14   other energy that can, you know, cause impaling
15   vehicles and orthopedic injuries and all kinds of
16   things like that also; true?
17        A.   Projectiles, yeah.
18        Q.   Okay.  I want to keep projectiles out of
19   the discussion for now and talk about the noise
20   from explosions and then the blast pressure, okay?
21        A.   Okay.
22        Q.   Alright.  You would agree, sir, that
23   noise from explosions can cause hearing damage;
24   true?
25        A.   Yes.  Explosions have a very high decibel
```

```
 1                    REPORTER'S CERTIFICATE

 2   STATE OF IDAHO          )

                            )

 3   COUNTY OF ADA           )

 4

 5          I, MAUREEN R. WELCH, a Notary Public in

 6   and for the State of Idaho, do hereby certify:

 7            That prior to being examined, the

 8   witness named in the foregoing deposition was by

 9   me duly sworn to testify the truth, the whole

10   truth, and nothing but the truth;

11            That said deposition was taken down by

12   me in shorthand at the time and place therein

13   named and thereafter reduced to computerized

14   transcription under my direction and supervision,

15   and I hereby certify the foregoing deposition is a

16   full, true and correct transcript of my shorthand

17   notes so taken;

18            I further certify that I have no

19   interest in the event of the action.

20            IN WITNESS WHEREOF, I have hereunto

21   subscribed my name this 1st day of July,

22   2022.

23                    Maureen Welch

24   Notary Public in and for the State of

     Idaho, residing in Meridian, Idaho.

25   My commission expires 9-6-25. CSR #671
```