# PX18

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) | Case No. 3:19-md-2885-MCR-GRJ |
| | ) ) | Judge M. Casey Rodgers Magistrate Gary R. Jones |
| **THIS DOCUMENT RELATES TO:** *All Wave 1 Cases* | ) ) ) | |
| | ) | **CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER** |

<u>**EXPERT REPORT OF JENNIFER LABORDE, AUD., CCC-A**</u>

**May 11, 2022**

**The Department of Audiology**

Jennifer LaBorde, Au.D., CCC-A

Medical Center Clinic | 8333 N. Davis Hwy, Pensacola, FL 32514 | P. 850.474.8328 | F. 850.474.8791 | Gulf Breeze, Florida |207 Gulf Breeze Parkway Gulf Breeze, FL 32507 | P. 850.969.2327 | F. 850.474.8183 | TheHearingCenterMCC.com

## I.     BACKGROUND

### A.     Dr. Jennifer LaBorde, Au.D.

Jennifer LaBorde, Au.D. is the Director of Audiology Services at Medical Center Clinic in Pensacola, Florida. She holds a Bachelor of Arts degree in Communication Disorders from the University of Mississippi, a Master of Science degree in Speech and Hearing Sciences from the University of South Alabama, and a Doctor of Audiology degree in Communicative Disorders from the University of Florida.

After earning a Master of Science degree in 1999, she worked as a clinical audiologist at Speech and Hearing Center of Ft. Walton Beach, Florida, in collaboration with speech-language pathologists to serve populations of individuals with complex communication needs in a non-profit environment. Dr. LaBorde's primary responsibilities were to prevent, assess, diagnose, and treat speech, language, hearing, and social/cognitive communication disorders. This involved working with hundreds of patients with hearing loss and tinnitus through amplification and aural rehabilitation therapy.

In 2001, Dr. LaBorde became a clinical audiologist at the Medical Center Clinic. While administering clinical and clerical duties, she pursued a Doctorate of Audiology degree from the University of Florida from 2002-2003. Following completion of the doctoral program in 2003, she became the Director of Audiology for The Hearing Center at Medical Center Clinic and has continued to serve in this position.

As a commitment to promoting and upholding the profession to the highest standard of audiological care, Dr. LaBorde created a clinical externship program accredited by The Medical Center Clinic and implemented within the practice. This resulted in establishing a professional and educational collaboration with universities across the region, including University of South Alabama, University of Florida, University of Memphis, Salus University, James Madison University, and East Carolina University.

Dr. LaBorde's director and supervisory responsibilities include the supervision and instruction of audiology doctoral candidates, particularly on implementation of theory into clinical practice at the beginning of their clinical experiences through the independent clinical externship year. This method led University of Southern Alabama students to select her as Best External Clinical supervisor in 2014.

In conjunction with academic supervisory experience, over her 23-year career, Dr. LaBorde has obtained professional leadership experience in audiology. Her professional focus has included diagnosing and treating thousands of individuals with auditory and related disorders, with an expertise spanning from an array of comprehensive audiological evaluations and aural rehabilitation. Her skill in providing continuity of care has been refined through extensive clinical experience in dispensing over 3,500 hearing aids resulting in over 20 years of healthcare management for some patients in the diagnosis, monitoring, and management of audiological disorders. The continuum of care and expertise does not end with amplification alone. Her expertise and treatment plan for hearing loss and tinnitus often continues through the assessment of cochlear implant services, referrals to specialized medical providers, programming of the external auditory processors, and ongoing aural rehabilitation.

In addition to aural rehabilitation and counseling, Dr. LaBorde endorses an empathetic approach to hearing healthcare with patients due to her personal experience of enduring progressive sensorineural hearing loss for which she has worn hearing aid amplification for over twenty years. Her personal experience allows for an understanding of patient experience, effects of hearing loss on daily living, as well as a compassionate and encouraging approach to hearing rehabilitation.

Dr. LaBorde also believes in the importance of education for the general public. Community outreach is achieved primarily through televised educational segments to guide the public through topics of hearing loss, tinnitus, and rehabilitative techniques that are broadcast to Northwest Florida, South Alabama, and parts of South Mississippi. In 1999, a partnership was formed with the non-profit organization Sertoma International and The Hearing Aid Bank to expand community outreach efforts and to aid individuals who need financial assistance for access to healthcare and hearing devices for treatment of hearing loss.

The outcome of all of the synergistic efforts to become a leader in hearing healthcare has led Dr. LaBorde to be involved in Pilot Programs directed toward the development of new hearing aid technology. The clinical trials and feedback provided by Dr. Laborde have led to the development and implementation of expanded access to audiological care through tele-health and remote programming capabilities.

Dr. LaBorde's professional affiliations and certifications include a membership of the American Speech-Language Hearing Association (ASHA), the nation's leading professional, scientific, and credentialing association for audiologists and speech language pathologists, as well as membership in the American Academy of Audiology (AAA). In addition to holding an audiology license in the State of Florida since 1999, she holds a Certificate of Clinical Competence in Audiology (CCC-A) from ASHA. The CCC-A certification denotes excellence in the field of audiology and requires certificate holders to meet rigorous academic and professional standards and to demonstrate knowledge, skills, and expertise providing high quality clinical services in audiology. The CCC-A certification also requires ongoing professional development.

Dr. LaBorde has not testified as an expert witness in the last four years other than in this litigation. Her billing rate is:

·Medical Records Review: $400 per hour ·Independent Audiological Evaluation: $200 ·Conference: $450 per hour ·Teleconference: $300 per hour ·Deposition: $450 per hour ·Court appearance: $3200 per day, plus expenses.

**B.     The Hearing Center**

Audiology services at the Medical Center Clinic were established within the department nearly half a century ago. Under the direction and supervision of Dr. Derek A. Jones, the senior physician and Chairman of the Ear, Nose, and Throat and Facial Plastic Surgery Department at the Medical Center Clinic, audiology services, now known as The Hearing Center, have nearly doubled in capacity. It is now and remains the area's largest provider of audiologic care for patients with hearing loss and tinnitus. The Hearing Center is a source of clinical care, instruction of students, and community outreach. As evidence, The Hearing Center has routinely won community awards for a commitment to hearing loss and tinnitus rehabilitation.

The interdisciplinary dynamic at the Medical Center Clinic has allowed for collaborative management of patient care in tandem with our otolaryngology colleagues to provide a medical perspective to audiologic healthcare. Dr. Jones and Dr. LaBorde have each seen approximately 500 patients per year for hearing loss and tinnitus, which amounts to over 12,000 patients during their respective careers.

Dr. LaBorde's experience in performing comprehensive audiological evaluations includes collecting a thorough case history from a patient, physically examining the patient, conducting a battery of audiologic tests, determining the need for further diagnostic procedures, conducting differential diagnoses to determine the cause of hearing loss, as well as recommending treatment plans for auditory disorders including hearing loss and tinnitus.

A substantial portion of professional services performed at The Hearing Center includes recommending and fitting appropriate amplification or tinnitus masking devices for patients for hearing loss and tinnitus. Living and practicing near a heavily populated military community and military bases, The Hearing Center serves a diverse patient population including active-duty military members as well as many retired military service members and veterans who have multiple etiologies of hearing loss, including service connected noise-induced hearing loss.

In an effort to promote healthy hearing practices and participate in prevention of hearing loss, The Hearing Center coordinated a Hearing Conservation Program to serve our community. Hearing screenings are conducted as part of the program on an annual basis for many local industries to monitor hearing sensitivity of employees using Occupational Safety and Health Administration (OSHA) standards for determining temporary and persistent hearing threshold shifts as a result of occupational noise exposure. Experience from this program further led to obtaining credentialing to perform hearing evaluation for The Florida Department of Health's Social Security Disability claimants and to assess Occupational Workers Compensation related injuries, including noise-induced hearing loss, chemical ototoxicity, and auditory injury.

As part of the collaborative effort in management of hearing loss with amplification, The Hearing Center works with the Florida Department of Vocational Rehabilitation to aid in uninterrupted employment of those individuals who have hearing loss that is severe enough to impact occupational duties by recommending accommodations such as hearing amplification or other assistive devices that allow people with hearing loss to continue working despite any handicapping effects of hearing loss.

## II.    THE FUNDAMENTALS OF PITCH, FREQUENCIES, AND HEARING

Psychoacoustics is the scientific study of how humans perceive sound. Two descriptive characteristics of sound are frequency and amplitude. Frequency is perceived as pitch, which is described as low to high. Amplitude is perceived as loudness, which is described as soft to loud.

Amplitude of sound is measured in decibels. Several scales of decibels are used for various purposes, though for measuring hearing sensitivity the decibel scale used is dBHL (decibels hearing level). 0 dBHL is a weighted scale that references an average amount of sound pressure level that is the softest that the average normal hearing ear can hear for each frequency. A negative dBHL level is not considered the absence of sound, but merely a softer level than the average normal hearing ear can barely detect. Another scale of decibels is dBA, which is a weighted scale to judge loudness of environmental sounds which relates to the hearing threshold of the human ear. Humans do not hear all frequencies the same with less sensitivity for the lower frequencies, so in a dBA scale, sound levels in the low frequency end of the spectrum are reduced. The lower the dB level of a sound, the softer it is perceived. For example, leaves rustling occur at approximately 20 dBA, which is perceived as a soft sound. For speech, whispers occur at approximately 30 dBA, also perceived as soft. Progressing higher in loudness, normal conversational speech occurs at 55-60 dBA, which is a moderate loudness level. Vacuum cleaners produce an approximate 70 dBA noise level. A powered lawn mower or hair dryer, which are considered loud sounds, occur at 90 dBA. Even louder, fireworks occur around 130 dBA.

Frequency of sound is measured in hertz (Hz). The range of audible sound to the human ear is from 20 Hz to 20,000 Hz typically. Most sounds that are experienced in normal day to day communication are complex, with a combination of sounds across the frequency spectrum. A primary function for human hearing is for communication purposes, and the majority of speech information is produced in the 500-4000 Hz frequency range. However, when assessing hearing ability, pure tones, which are sounds that have only one frequency component, are used as the stimulus to determine hearing ability across a range of frequencies. These frequencies are perceived by humans as pitch, described as low or high. A great example to facilitate understanding of perception of pitch is piano, with each key progressing from low to high pitched sounds moving from left to right across the piano. The highest pitch produced by a piano is approximately 4000 Hz. A typical audiometric assessment includes stimuli ranging from 250-8000 Hz.

## III.    HEARING LOSS AND TINNITUS BACKGROUND AND IDENTIFICATION

### A.    Hearing Loss

In assessing hearing status, audiologists and otolaryngologists are interested in determining the type, degree, and configuration of hearing ability to aid in differential diagnosis and management of hearing loss.

Hearing loss is categorized into three types: conductive, sensorineural, and mixed. Conductive hearing loss involves abnormalities with either the outer or middle ear space, which prevents normal conduction of sound to the inner ear. Examples of pathologies that may result in conductive hearing loss are tympanic membrane perforations, middle ear infections, middle-ear effusion, external ear malformations such as aural atresia, cerumen occlusion or other obstruction of the ear canal, ossicular chain disruption, otosclerosis, cholesteatoma, and Eustachian tube dysfunction, among others.

4

Sensorineural hearing loss results from pathologies that affect the cochlea, or hearing organ (sensory hearing loss), and/or the neural pathway to the brainstem (neural hearing loss). Sound vibration travels through the external auditory canal and is transmitted from the tympanic membrane through the ossicles, or bones of the middle ear, into the oval window of the cochlea, which then displaces the fluid of the cochlea. This triggers the vibration of the basilar membrane, which stimulates the Organ of Corti and generates electrical signals of the cochlear nerve. The cochlea is the spiral shaped organ of hearing that is encased in a bony structure and fluid filled. The basilar membrane supports the Organ of Corti within the fluid-filled scala media. The Organ of Corti has approximately 15,000 hair cells, categorized into inner and outer hair cells. When stimulated with endolymphatic fluid that is displaced by sound vibration, the hair cells then transduce the auditory signal of sound into an electric impulse that travels up the neural auditory pathway to the brain. The cochlea is organized tonotopically, meaning sections along the cochlea are responsible for transducing different frequencies. The basal end of the cochlea, closest to the bones of the middle ear is responsible for transducing high frequencies; the more apical, or the center and most deep part of the spiral, is responsible for transducing more low frequency sounds.

The type of hearing loss is determined primarily through measuring hearing thresholds through both air and bone conduction pathways. When a difference in hearing thresholds occurs, resulting in air conduction thresholds higher than bone conduction thresholds by greater than 10 dB, this is considered a conductive component to hearing loss. Conversely, when a 10 dB difference or less is measured between air conduction and bone conduction, sensorineural hearing loss is considered if the intensity of the threshold is greater than 25 dBHL.

The degree of hearing sensitivity is measured evaluating the lowest level of sound a person can detect. When hearing thresholds are measured between 0 dBHL and 25 dBHL, hearing sensitivity is considered normal. When thresholds range from 26-39 dBHL, hearing loss is considered mild. When thresholds range from 40-54 dBHL, hearing loss is considered moderate. When thresholds range from 55-69 dBHL, hearing loss is considered moderately-severe. When the range of thresholds is from 70-89 dBHL hearing loss is considered severe, and any threshold measuring from 90 dBHL and louder is considered profound hearing loss. When describing the degree of hearing loss, descriptive terms are typically used, as described above.

Configuration of hearing thresholds plays an important role in differential diagnosis of hearing loss as well as understanding the handicapping effects of hearing loss or the functional ability of one's hearing status. When describing an audiometric configuration of the severity of hearing loss at each pitch, several categories are used. Sloping hearing loss occurs when thresholds are occurring at equal or successively higher levels for increasing pitch. Sloping hearing loss is the most common configuration in adults from various etiologies such as presbycusis, idiopathic sensorineural hearing loss, ototoxicity, and others. Research supports that this is a common configuration of hearing loss in adults, with some reports at 50% incidence. In contrast, a U-shaped or notched configuration is characterized by threshold shifts in the lower frequencies with a recovery at 8000 Hz of more than 20 dB compared to the mid frequency thresholds. This pattern is typically seen with noise-induced hearing loss or early-onset genetic hearing loss that typically presents in childhood, depending on the frequency range of where the notching occurs. A rising configuration occurs at equal or successively softer intensity levels for increasing pitch (*i.e.* hearing loss observed at lower frequencies rather than higher frequencies). A rising configuration of hearing loss can occur with Meniere's disease, conductive hearing loss, and certain genetic type hearing losses. A flat configuration is described as having thresholds within 20 dB from each other across the frequency range. Other non-typical configurations can exist as well, which can indicate a combination of these configurations.

5

Configuration of hearing loss should be considered when determining impacts of hearing loss on speech understanding and handicapping effects on communication and daily living. With high-frequency hearing loss configuration, an individual can hear lower or mid-pitch sounds better or normally, which aids with the perception of volume not needing to be louder but certain sounds needing to be clearer or more discernible. The frequency at which hearing loss begins in a high frequency hearing loss can determine the impacts on communication as well as the need for treatment. The frequencies at which speech occurs must be considered. Vowels and most consonant sounds occur from 250-3000 Hz, with a few voiceless fricatives occurring around 4000 Hz. The speech frequencies can be represented in a range that is superimposed on an audiogram displaying softest speech energy to loudest speech energy present for speech sound. This is referred to as the "speech banana". This graph shows that there is less speech information in the high consonant area and that this information is generally produced at very soft levels. A descriptive way to understand speech frequencies and people's perception of speech is to consider the frequency range of a traditional telephone network, which utilizes a narrowband 300-3400 Hz for transmission of sound, which allows for the listener to hear and understand the caller, even despite the absence of frequencies below or above that frequency range.

Common symptoms of high-frequency hearing loss, for example, are trouble hearing high consonants, as well as the perception that others are not speaking clearly, and difficulty understanding words especially in crowds or noisy environments. High-frequency hearing loss is often not noticed, and the handicap is minimal because the brain uses compensatory methods or strategies to fill in missing information by relying on other sensory modalities, like the eyes to speech-read or watch a person's face when they are talking. If a word is not clear, then the brain can rely on context of the conversation to fill in missing information. To compensate for hearing in the presence of background noise, the brain then uses anticipatory strategies to compensate, such as context, knowledge of the language, and subject matter to anticipate words based on the large amount of information present. This can be illustrated with the idea of a jigsaw puzzle, where the brain can fill in for missing puzzle pieces and still see a complete picture by anticipating what the missing pieces are based on the images of all other pieces present.

While no single descriptor can completely summarize all the aforementioned dimensions of hearing loss identification, there are times when a single-number scale is useful and necessary. This scale is used to convey a more concrete delivery of results within the confines of impairment, without relying solely upon the subjective input of the perceived impairment in which the patient is the unit of analysis, and instead relies on objective audiometric data obtained for the individual.

Terms such as hearing impairment, hearing handicap, and hearing disability are occasionally used interchangeably, though they do convey different meanings from an audiologist's perspective. The ASHA Task Force on Definition of Hearing Handicap and similarly the American Medical Association define these terms in the following ways. "Hearing impairment is used to mean a deviation or change for the worse in either auditory structure or auditory function, usually outside the range of normal. Hearing handicap means the disadvantage imposed by a hearing impairment on a person's communicative performance in the activities of daily living, and hearing disability means the determination of a financial award for the loss of function caused by any hearing impairment that results in significant hearing handicap." [ASHA 1981]

Defining the parameters of hearing handicap can be challenging as the types of difficulties experienced are not the same for each person depending on the type of hearing loss or site of lesion, such as peripheral hearing loss compared to central auditory problems. How handicapping an impairment is depends on the interaction of a several factors, however the use of objective measures of hearing ability as a means to determine hearing handicap should not be abandoned.

These scales help to determine if hearing impairment is considered a handicapping condition. However, clinical applications of assessing hearing impairment depend on the interaction of a number of variables. Specialists in communicative disorders deal with these variables in a clinical setting on a daily basis and are considered the qualified professionals who possess the expert knowledge of communication and its disorders. The use of a scale or rating allows for relaying the hearing impairment in a quantified manner. This allows an untrained individual to arrive at a reasonable determination of hearing disability.

The most widely used single-number descriptor of hearing loss for American adults is obtained through use of the American Medical Association (AMA) Guides to the Evaluation Of Permanent Impairment. The AMA's "binaural hearing impairment" (BHI) utilizes the same standard as the American Academy of Otolaryngology-Head and Neck Surgery (AAO-HNS) 1979 method of calculation for hearing handicap. In brief, the AMA method considers air-conduction thresholds at 500, 1000, 2000, and 3000 Hz. It establishes a "low fence" of 25 dB HL and a "high fence" of 92 dB HL. The measure also gives five times more weight to the better ear than to the worse ear. BHI is calculated from these eight thresholds, and ranges from 0%, for people whose pure-tone averages are both 25 dB HL or less, to 100%, for those whose pure-tone averages are greater than 92 dB HL for both ears.

From the perspective of an accredited affiliation for qualified professionals who possess the expert knowledge of communication and its disorders, the American Speech-Language-Hearing Association (ASHA) created a formula for determining when a hearing impairment becomes a hearing handicap. The committee used a variant AMA formula and recommended that the method for predicting handicap include the frequencies 1000, 2000, 3000 and 4000 Hz. The threshold at each of these frequencies is averaged and the low fence (25 dB) is subtracted from it. The high fence used in this formula is 75 dB. However, it is applied somewhat differently than the high fence in the AMA formula. The value of 75 dB is used at each individual frequency for every threshold that exceeds 75 dB prior to the calculation of the average. The ASHA formula uses a linear rate of growth of hearing handicap from the low fence to the high fence. This rate is 2% per dB. The ASHA formula also uses the 5:1 better/poorer ear ratio.

The American Academy of Ophthalmology and Otolaryngology (AAOO) formula uses a simple average of hearing thresholds at 500, 1000, 2000, and 3000 Hz with a low fence and high fence cutoff for determining minimum and maximum impairment. Percent hearing handicap for each ear is predicted by averaging hearing thresholds at the four frequencies, subtracting 25 from the average, and multiplying the result by 11/2.

Disability ratings are an example of a commonly calculated scale to determine a percentage of hearing loss in social security/disability evaluations as well as workman's compensation cases to determine the extent of impairment a person has from hearing loss. Many states follow AMA guidelines for evaluating permanent impairment, but some states have developed their own impairment schedules. For Workman's Compensation in the State of Florida, guidelines require the use of the 1996 Florida Uniform Permanent Impairment Rating Schedule, which was adopted by a three-member panel, in cooperation with the Florida Division of Workers' Compensation as mandated by Section 440.15(3)(a)2, Florida Statutes, as amended. For purposes of calculating disability impairments, the Florida disability guidelines require that each ear is tested separately, and thresholds are measured for 500, 1000, 2000, and 3000 Hz. The sum of the thresholds of these 4 frequencies are then referred to as DSHL (decibel sum of hearing thresholds) and a table is consulted for the monaural hearing impairment percentage. Tables for binaural hearing impairment and impairment to the whole person are then consulted based on

7

either the monaural impairment percentage or utilization of the DSHL for each ear to determine binaural impairment.

## B.    Tinnitus & Other Sound Disorders

Tinnitus is the perception of sound or an auditory symptom that is present in the absence of external or electrical stimulation. It can be present in one or both ears. According to the American Tinnitus Association (ATA), over 45 million Americans have tinnitus, over 15% of the general public, making it one of the most common health conditions in the United States. Most individuals experience tinnitus or sounds in their ears at some time. A classic study by Heller and Bergman in 1953 demonstrated that 94% of normal hearing individuals who do not complain about tinnitus report experiencing tinnitus when isolated for several minutes in an anechoic chamber. For most of these individuals, the tinnitus is non-bothersome but for some individuals tinnitus can be perceived as more severe. The neurophysiological model of tinnitus strongly argues that systems in the brain other than the auditory system are dominant in clinically relevant tinnitus. (*Jastreboff 1999)*. Tinnitus can be objective (able to be heard by other people), but it is far more common for it to be entirely subjective (only heard by the individual). Tinnitus can be experienced as intermittent or constant. Patients can describe tinnitus as ringing, buzzing, humming, pulsing, etc. Loudness of the tinnitus can fluctuate or remain constant and is purely a subjective experience. Tinnitus is not considered a condition itself; it is a symptom of an underlying condition, such as, hearing loss, central auditory pathology, Ménière's disease, vestibular disorders nicotine use, excessive alcohol use, noise exposure, migraines, head and neck injuries, lack of sleep or fatigue, Temporomandibular Joint Disorders ("TMJ"), effects from allergies, high blood pressure, stress, impacted ear wax, ototoxic medications, autoimmune disorders, and excessive caffeine use, among others. Significant, debilitating, bothersome tinnitus is a much less prevalent problem, with approximately only 3-6% of those who have tinnitus having this level of handicap. (*American Tinnitus Association; derived from the CDC's 2011-2012 NHANES ; Dawes et al, 2020; Nondahl 2011*)

Subjective tinnitus is not objectively measurable, and no clear etiology can be determined by objective measurement. The extent of a patient's tinnitus is likewise not objectively measureable. One must rely upon an examination of historical reports and a patient's subjective characterization. Etiology of tinnitus is often not determinable, and the presence of tinnitus and perception of its severity can be influenced by many factors. For example, use of caffeine and/or nicotine, as well as stress and fatigue can cause an increase in the perceived tinnitus, and treatment for these underlying conditions often reduces the bothersome nature of tinnitus experienced by some individuals. In addition, in individuals with progressive hearing loss—a decline in hearing over time—the severity of perceived tinnitus can increase as the individual's hearing declines.

An auditory symptom that is induced or present with external stimulation is hyperacusis. Hyperacusis is not simply discomfort around loud sounds but is instead considered a rare hearing disorder that causes sounds, which would otherwise be perceived as normal to most people, to sound unbearably loud. An audiologist's role is to first identify if the sensitivity to sound is accompanying hearing loss or if the hearing sensitivity of the individual is normal.

Misophonia is another sound sensitivity condition which is considered a neurobehavioral condition. Misophonia is essentially the strong negative reaction to sounds that are typically produced by humans, such as chewing, breathing, tapping, or clicking of a pen. Misophonia is not related to any auditory disorders such as hearing loss or tinnitus, as a large study found the concurrence less than the rate of both in the general population. The neurobehavioral underlying

8

component of misophonia is the presence of "trigger sounds". Aversion to certain sounds is a common psychoacoustic perception, such as, nails scraping on a chalkboard, open-mouthed chewing or a clicking pen. The reaction with misophonia is out of proportion to the sound's qualities as it can result in an emotional reaction like aggravation, anger/disgust, and a desire to leave and avoid the sound. The audiologist's role in assessment and treatment is to provide counseling, education techniques, and provide sound-therapy.

It is important to initially address the perceptual handicapping nature of tinnitus and other sound disorders and to differentially diagnose misophonia and hyperacusis in persons with sound tolerance disorders. Retraining counseling as well as desensitization and habituation therapy can help patients who suffer from auditory symptoms and sensitivity to sounds.

## IV.    THE FUNDAMENTALS OF AN AUDIOLOGICAL EXAMINATION

During an independent audiological exam, otoscopy and tympanometry are performed. Otoscopy is a visual inspection of the ears through illumination and magnification, specifically inspecting the external ear canal, tympanic membrane, and portions of the middle ear space.  A video otoscopy may also be performed. Video otoscopy is visual inspection of the ears through illumination and magnification with a video camera, specifically inspecting the external ear canal, tympanic membrane, and portions of the middle ear space, and is used to capture an image in digital format. Tympanometry is a continuous measurement of middle ear impedance as air pressure is increased or decreased. This assesses the compliance of the tympanic membrane as well as the pressure of the middle ear space where the tympanic membrane reaches peak compliance. This testing assesses both tympanic membrane and middle ear function, and in conjunction with audiometric results can aid in differential diagnosis of hearing loss.

During the exam, acoustic reflex thresholds are measured through both ipsilateral and contralateral stimulation.   Acoustic reflex thresholds are a measurement of stapedial muscle contraction in response to tones presented at varying intensity levels. The threshold represents the lowest intensity level at which a reflex is measured. This is a clinically useful measure as it aids in confirmation of hearing sensitivity and differentiation of auditory disorder sites such as middle ear, inner ear, eight nerve, seventh nerve, or brainstem. Results within normal limits rule out the likelihood of seventh and eighth cranial nerve involvement, retrocochlear lesion, conductive hearing loss, otosclerosis, and severe sensory hearing loss.

Acoustic reflex decay is also measured. Acoustic reflex decay testing is the measure of the duration of time that the acoustic reflex is sustained. Reflexes that rapidly decay or weaken are classic signs of 8th nerve involvement such as an acoustic neuroma. Acoustic reflex decay is measured with contralateral stimulation. A negative test rules out retrocochlear pathology such as acoustic or other cerebellopontine angle tumor.

Basic comprehensive audiometric testing is also performed, which includes pure tone air conduction thresholds, pure tone bone conduction thresholds, speech reception thresholds (SRTs), and word recognition scores.

Pure tone air thresholds are typically referred to as air conduction, since the sounds travel through the outer and middle ear. This test helps find the quietest sound an individual can hear at different pitches, or frequencies. Use of insert earphones will provide ear specificity in which sounds are presented to one ear at a time. Audiologists use this type of testing for every patient who receives a hearing evaluation. It helps determine whether something, such as wax or fluid, is blocking the outer or middle ear. Bone conduction thresholds are obtained by placing a bone

oscillator on the mastoid bone, which then transmits sounds through this device causing the skull to gently vibrate. This vibration travels directly to the inner ear, or cochlea, and skips the outer and middle ear. This test tells the audiologist how well the person can hear and if there is a problem in the outer or middle ear. Pure tone threshold evaluation is a subjective test that requires responses from the patient which are consistent with test instructions of responding to the softest sound that a person can hear. A person can exaggerate or elevate responses by waiting for sounds to be louder than the softest level that is perceived, creating an exaggerated hearing level. Diagnostic audiology uses a test battery of multiple tests that can be used to cross-check for reliability to aid in determining if any subjective bias or malingering is present. Further, hearing thresholds at ultra-high frequencies tend to begin to worsen in the third decade of life, so testing in this range typically results in hearing thresholds that are worse than the typical normal hearing range for frequencies at 250-8000 Hz once a person is in the third to fourth decade of life and worsen with aging. High-frequency audiometry is primarily used for comparison purposes using the initial auditory threshold obtained before exposure for comparison in the same patient using the same equipment. However, adequate evaluation using high frequency auditory thresholds still requires standardization (dB NPS or NA), calibration, and transducer positioning, for reliable comparison. High frequency audiometry should not be interpreted in isolation as a diagnostic method because normal standards have not yet been defined. Individuals with loss in the high frequencies can, and often do, have functionally normal hearing because speech and other everyday sounds do not occur at the high frequencies.

The speech testing portion of the comprehensive exam begins with obtaining Speech Reception Thresholds (SRTs). Recorded presentation of the test material is presented to the individual, typically in the form of a recorded Male Voice using Spondee Word list, and the task is to repeat the words. The audiologist will record the softest speech the individual can repeat. The results are compared to pure-tone test results to help identify hearing loss and confirm reliability of testing. The SRT is also a general way to understand at what level speech is audible and understandable to a person, providing a general view of degree of hearing level and/or hearing loss. This test allows for audiologists to make judgements on reliability of testing by comparing the results of SRT evaluation and that of air conduction thresholds. Both of these measures are searching for the softest level at which a person can hear or understand two different stimuli (speech or pure tones). These two measures should be in agreement in order for a test to be judged reliable. Both measures have a subjective component in that they require a person to accurately respond at the softest level at which they are perceiving these stimuli.

Word recognition scores, also known as speech discrimination scores, are obtained for each ear using phonetically balanced monosyllabic words presented at a comfortable listening level, typically 40dB louder than the SRT. These scores are expressed as a percent correct. This test helps to determine the impact that hearing loss can have on speech perception and thus communication, one of the primary purposes of human hearing. Scores above 90% are considered excellent. Scores from 78-88% are considered good. Fair word recognition ability is described with scores from 66-76% and 54%-64% are considered poor. Scores below 52% are considered very poor. Word recognition testing also has a subjective component in that it requires a person to accurately repeat the word they hear.

Additionally, assessing word understanding ability in the presence of background noise will provide an indication of functional ability of speech perception in a more real world type of listening environment without generalizing predictions of performance based on audiometric configuration alone or patient's self-perceived functional status. Central deficits can be detected with speech in noise tests such as the HINT (Hearing In Noise Test) or the Quick Sin. The QuickSIN test results in a measurement of SNR loss (signal-to-noise ratio loss). The results of

the testing are then categorized as SNR Loss, Degree of SNR loss, and Expected Improvement with use of Directional Microphones found in hearing aid technology.

| SNR Loss | Degree of SNR Loss | Expected Improvement with Direction Microphones |
|---|---|---|
| 0-3 dB | Normal / near normal | May hear better than normal in noise |
| 3-7 dB | Mild SNR loss | May hear almost as well as normal in noise |
| 7-15 dB | Moderate SNR Loss | Directional microphones help. Consider array mic |
| > 15 dB | Severe SNR Loss | Maximum SNR improvement is needed. Consider FM system or streaming remote mic |

The measurement of Distortion Product Otoacoustic Emissions (DPOAEs) is objective testing that is used to supplement subjective audiometric testing. The OAE test is used to find out how well the inner ear, or cochlea, works. It measures otoacoustic emissions, or OAEs, which are sounds given off by the inner ear when responding to frequency specific stimuli. There are hair cells in the inner ear that respond to sound by vibrating. The vibration produces a quiet sound that echoes back into the middle ear and this sound is then measured. If an individual has normal hearing, generally OAEs are measurable, though even people who have normal hearing sensitivity with no auditory symptoms have been known to have abnormal or absent OAEs. Meaning, the frequencies at which an individual has abnormal or absent OAEs does not necessarily correlate with their hearing levels at those same frequencies. However, if peripheral hearing loss is greater than 25–30 decibels (dB), the ear will not produce these very soft sounds. Other considerations for absent or reduced OAEs are susceptibility to noise in the external auditory canal or exam room or a compromised result due to excessive cerumen or middle ear anomalies, or aging, as I would expect the amplitude of otoacoustic emissions to decline as someone gets older . Examples of anomalies include otitis media, ossicular chain discontinuity, otosclerosis, or perforated tympanic membrane. Overall, the presence or absence of otoacoustic emissions cannot estimate the type or etiology of hearing loss. OAEs are not a test of hearing ability and the presence or absence of OAEs cannot identify the etiology of hearing loss. The presence, status, and absence of OAEs provide information about auditory function and help to provide a cross-check to the behavioral audiogram and other tests in the assessment battery. OAE testing is variable and dependent on stimulus parameters, as the measure is something that is evoked by stimulating cochlear structures in a particular way.  Because of the different stimulus parameters possible, the amplitude of the emissions can have significant variability, making it

impossible to use OAE data in a vacuum to diagnose the etiology of hearing loss. Further, because of the large range of normality and the crossover of acceptable results between normal hearing and ears with hearing loss, conclusions about any change in cochlear status can be impossible to draw without a baseline result to compare to.  Put differently you cannot draw conclusions about a patient's OAE results without having a prior OAE test to compare it to. This is especially true when discerning the cause of a patient's hearing injuries. You would need OAE test results from before the injury or exposure to determine any potential cause. Baseline OAEs are primarily used for comparison purposes using standardized methods to obtain objective data regarding outer hair cell function of the cochlea before exposure for comparison in the same patient. Use of the same equipment in the same clinical setting decreases the potential of confounding results because of noise-floor or artifact. Abnormal OAE results can be measured due to any cochlear dysfunction from sensorineural hearing loss, including but not limited to noise-induced hearing loss, as well as from other non-cochlear problems that can obscure the measurement of OAEs.  These include excessive cerumen or various middle ear anomalies, such as otitis media, otosclerosis, or a perforated tympanic membrane. Otoacoustic emissions attempt to provide identification of hearing status, however there are no stimulus methods of otoacoustic emissions which completely separate normal hearing from impaired hearing, which means that even a person with normal hearing sensitivity can have abnormal or absent OAEs, and vice versa. OAEs are not a measure of hearing sensitivity in that the presence of OAEs does not rule out mild, neural or central hearing loss and the absence of OAEs does not inform of any severity of hearing loss either. Therefore, the OAE should be interpreted as one piece of the entire battery of tests in an audiological assessment.

Auditory Brainstem Response (ABR) testing is another form of objective testing used to complement subjective audiometric testing. The test allows for the assessment of the function of the inner ear and the brain pathways for hearing. The ABR testing is also used if symptoms might be due to hearing loss resulting from pathologies impacting the neural pathways leading from the cochlea to the brainstem. Auditory evoked potentials are electrical signals that are generated by the neural structures in the auditory pathway in response to a click stimulus. During the testing, presence of waves at expected latencies are identified and latencies are compared between waves of the same ear and the response for each ear is compared to the other to determine if latencies are significantly different between ears. Additionally, a rate study is performed to generally tax the neural system.

A typical audiological assessment is a battery of behavioral and objective tests which are designed to aid in determining the site of lesion for auditory difficulties. A secondary and important function of the complete audiological test battery is for the clinician to have a cross-check ability to ensure reliability of test results by comparing performance on each of the tests to ensure that they are providing similar results. Should the tests not be in good agreement, the reliability and validity of any test result should be questioned and malingering can be considered. While the aforementioned tests may be useful in a clinical setting (as described above), none can be used independently to diagnose someone with hearing loss (including noise-induced) in the absence of abnormal audiogram thresholds.

A physical examination may also be performed by an otolaryngologist or neurotologist, who are able to diagnose, treat, and in many cases surgically correct medical conditions concerning speech and voice, facial movement, ears, nose, throat, and neck.

In order to assess auditory conditions such as tinnitus, misophonia, and hyperacusis, no objective measures are available. Psychoacoustic evaluation of tinnitus characteristics can be assessed in asking patients to match the pitch and loudness of tinnitus experience, as well as

measuring levels that allow for masking of the tinnitus perception. Further, inventories or questionnaires are used to help characterize a person's perception of the auditory symptom and how they feel it is affecting their daily life. These are subjective characterizations and not measures that objectively validate the presence of a condition nor the handicapping nature of that condition. Examples are the Tinnitus Handicap Index (THI) and the Tinnitus Functional Index (TFI).

For the standard clinical test battery of assessing auditory status, clinical protocols exist for method of measurement, which includes presentation levels of stimulus as well as standards for interpretation of those results to determine what is considered normal or abnormal. Researchers are currently utilizing current clinical tests to attempt to quantify sub-clinical changes in auditory status by pointing to differences in a variety of tests among various groups compared to control groups. While some studies point to various differences among results in the "variable" group compared to controls, no clinical standards or protocols exist in order for clinicians to reliably diagnose these sub-clinical changes. As an example, some research studies point to differences in amplitude or presence of otoacoustic emissions, SP/AP ratio in electrocochleography, and amplitude of wave I in auditory brainstem response as evidence of "hidden hearing loss" or cochlear synaptopathy, however no clinical standard exists to use these tests to diagnose this hypothesized sub-clinical change.

## V.      ETIOLOGY OF HEARING LOSS AND TINNITUS

### A.      Etiology of Noise-Induced Hearing Loss

The anatomy of the ear contributes to which frequencies are affected by noise exposure. Frequencies at and around 4000 Hz are most affected by noise, most likely due to the resonance frequency of the outer ear and ear canal as well as mechanical properties of the middle ear. As previously noted, noise-induced hearing loss typically has characteristic notching of thresholds in this region with recovery of thresholds at 8000 Hz. This "notching" pattern is in contrast to age-related hearing loss, which also produces high frequency hearing loss, but in a down-sloping pattern without recovery at 8000 Hz.

Several hypotheses exist regarding how high noise levels impact cochlear structures and thus hearing ability that results in decrease in hearing thresholds from 2000-6000 Hz. One widely accepted concept is the movement of the stapes causes a fluid displacement in the cochlea that results in damage to the hair cells within the area of the cochlea responsible for detecting 4000 Hz. Another generally accepted proposition is the consideration of the resonance frequency of the ear canal that results in an increase in gain of 15-20 dB at that frequency of approximately 2000-3000 Hz. Noise damage typically is seen at the region of the cochlea that is a half octave higher than the stimulus itself, which would result in a threshold effect of around 4000 Hz.

Characteristics of noise-induced hearing loss that are well supported in the literature indicate a sensorineural hearing loss that is greater at the frequencies 3000-6000 Hz than at 500-2000 Hz. Loss is usually greatest around 4000 Hz. The 4000-Hz notch is often preserved even in advanced stages of noise exposure and noise-induced hearing loss. When consulting guidelines in Clinical Otolaryngology and Applied Sciences, an indicator of the probable presence of noise-induced hearing loss is where the hearing threshold at at least one frequency between 3000-6000 Hz is at least 10 dB greater than at 1000 or 2000 Hz and at 6000 or 8000 Hz.

Sensorineural hearing loss occurs when hair cells of the cochlea are damaged. There are many causes of hair cell loss in the cochlea, only one of which is excessive noise. When

significantly loud enough sound is experienced by the hair cells for significant duration, the hair cells can become damaged and are unable to regenerate. This can result in permanent hearing loss. The anatomy of the ear contributes to which frequencies are affected by noise exposure. Frequencies at and around 4000 Hz are most affected by noise. Some researchers believe this may be due to the resonance frequency of the outer ear and ear canal, as well as mechanical properties of the middle ear and shape and placement of the cochlea in relation to the middle ear structures that transmit acoustic energy. Noise-induced hearing loss typically has characteristic "notching" of thresholds in this frequency range, with recovery of thresholds at 8000 Hz. This region of the cochlea is not typically stimulated during a noise exposure due to the frequency of the stimuli. This notched configuration of hearing loss is in contrast to age-related hearing loss. This type of hearing loss is typically at high frequencies, but results in a down-sloping pattern; there is no recovery of hearing thresholds at 8000 Hz. Findings from a studies examining hearing sensitivity with noise-induced hearing loss resulting from impulse and impact type noise (as opposed to chronic, steady-state noise exposure) suggest the greatest effects of such hearing loss are at 6000 Hz, with some effect at 8000 Hz, though not as significant as 6000 Hz. This data still suggests a notching effect and certainly no worse hearing thresholds at 8000 Hz than 3000-6000Hz.

Importantly, when noise-exposure results in hair cell loss, the damage to the cochlea and resulting hearing loss occur at the time of the noise exposure and do not continue to progress after the noise exposure has ceased. Put another way, previous exposure to noise (even if hearing loss is present on an audiogram) does not "accelerate" any naturally occurring, age-related hearing loss that every human experiences. The damage is done at the time of the noise exposure—hearing loss will present on audiogram, or it will not. And if the hearing loss is not present, it will not appear on an audiogram years later. Additionally, noise-induced hearing loss is permanent, in that we are unable to regenerate hair cells and would not expect hearing sensitivity to improve over time or fluctuate. Similarly, tinnitus as a result of noise-injury will also occur at the time of the injury. However, noise-induced tinnitus is not likely to occur in the absence of noise-induced hearing loss. The idea of persistent noise-induced tinnitus in the absence of permanent noise-induced injury is unlikely. Should tinnitus occur in the time of noise exposure, the requirement of some other auditory symptoms are necessary, such as aural fullness, hearing shift or muffling of hearing sensitivity.

However, not all shifts in hearing (even some shifts seen on an audiogram) are permanent in nature. Every person experiences changes in their hearing over their lifetime, irrespective of noise-induced hearing loss or damage. Those changes can be identified in audiograms and often result in what is referred to in Hearing Conservation Programs as "Temporary Threshold Shifts" and by definition resolve. Hearing Conservation Programs are especially sensitive to Temporary Threshold Shifts because those programs are designed to identify and flag *any* changes in a person's hearing, regardless if the change is temporary or permanent, or even rises to a threshold level that is considered to be hearing loss (above 25dB). Only a follow up examination with an audiologist and/or ENT (and subsequent audiograms) can confirm whether or not any temporary shift actually resulted in permanent hearing change.  In other words, previous shifts in a person's hearing **does not** indicate any permanent hearing loss, especially if the person has a currently normal audiogram. And Temporary Threshold Shifts are certainly not indicative of any hidden auditory injury--whether it be "Hidden Hearing Loss" or "Age-Accelerated-Hearing Loss." Where a temporary threshold shift resolves, it cannot be said to have caused any permanent or long term change to a patient's hearing or auditory system. As explained above, noise induced hearing loss and noise induced tinnitus occur in proximity to the noise and it cannot be said that a temporary threshold shift can cause hearing loss or tinnitus down the line.

**B.      Etiology of Other Types of Hearing and Auditory Processing Disorders**

Other etiologies that result in sensorineural hearing loss include presbycusis (age-related hearing loss), Meniere's disease, acoustic neuroma, ototoxicity, autoimmune disorders, genetics, various diseases and viruses, chronic ear infections, congenital atresia, skull-base tumors, sudden sensorineural hearing loss, and superior semi-circular canal dehiscence. Many times a specific etiology is unidentifiable, resulting in an idiopathic sensorineural hearing loss. This can be the result of a variety of infectious, inflammatory, and/or metabolic causes or associations.  In these instances, these non-noise-causes of hearing loss will generally result in tinnitus as well because tinnitus is generally a symptom or consequence of the underlying hearing loss. While this report discusses dozens of known causes and risk factors for hearing loss and tinnitus, it does not include every single known cause or risk factor because it would be impossible to iterate each and every one as they are so numerous.  Further, not every etiology of tinnitus or hearing loss is able to be known. Not all genetic causes have been fully identified and testing does not exist to identify all causes.  Because the inner ear is so small and housed in the skull, the cochlea itself cannot be examined in living humans, not allowing for a visual inspection or confirmation of cochlear status. Many of the changes and problems that develop with hearing loss occur at a cellular level that simply cannot be fully observed or investigated.

The literature supports that adult-onset hearing loss can be the result of acquired or genetic causes or of the combination of these factors, and that many times a specific etiology is difficult to determine or is not obvious for reasons stated above. The same pattern of hearing loss normally deemed to be presbycusis, when present in younger adults in the absence of other identifiable etiologies is typically labeled as idiopathic. Some disease processes that result in progressive hearing loss are easily identifiable by history, symptoms and configuration of audiogram data, such as Meniere's disease, diabetes, or auto-immune processes. However, in a large number of cases, it is difficult to recognize the etiology of hearing loss if the medical history and physical examination appear normal at that time.

**1.      Infectious Causes of Hearing Loss**

Both viral and bacterial infections can result in sensorineural hearing loss. (Cohen, et. al., 2014) The hearing loss can range in severity (*i.e.*, it can be very mild (30dB) or profound) and is not limited to unilateral or bilateral hearing loss. Common viral infections that attack the inner ear structures include measles, Varicella-Zoster Virus (the virus that causes Chickenpox and Shingles), and the mumps. This can be a congenital virus such as cytomegalovirus (CMV) and rubella.  Acquired viruses such as measles, mumps, and herpes-zoster can result in hearing loss. Other viruses that result in hearing loss can present through either acquired or congenital infection such as HIV and HSV. HIV, for example, can lead to conductive hearing loss through bacterial and fungal infections, which become more frequent following the immunosuppression caused by that virus.  And a viral etiology has been proposed for otosclerosis. The mechanisms producing this type of hearing loss vary greatly, and can be caused by damage directly to the inner-ear structures, like the hair cells or organ of Corti. This type of hearing loss can resolve and be limited, or even reversed, by the appropriate antiviral therapy specific to the underlying viral pathology. With respect to treatment, effective vaccines are becoming more and more available to treat and prevent viral infections, which can lead to substantial changes in the incidences of these infections.  As such, fewer viral infections likely means fewer cases of resulting SNHL.

Bacterial infections that are associated with hearing loss include meningitis and syphilis. Treatment of both of these underlying diseases will typically reduce the risk, or consequences, of associated hearing loss. In order to diagnose SNHL from a virus or bacteria, changes in hearing

(or subjective auditory complaints/symptoms) near in time to reports other symptoms of the underlying disease are helpful. This will include identifying shifts of resolution when other symptoms dissipate. But it is important to remember that the onset of hearing loss associated with a virus or bacteria can vary, therefore, simply the presence of a virus in a person's history or the lack of other obvious cause can make viral etiology suspicious in idiopathic presentations of sensorineural hearing loss. From an audiologist's perspective, the audiogram configuration or pattern of SNHL associated with an infection can be widely variable from reverse-sloped hearing loss, sloping sensorineural hearing loss, and flat loss, depending on the pathogen affecting hearing sensitivity.

## 2.  Inflammatory Causes of Hearing Loss

Inflammatory causes of hearing loss and tinnitus impair hearing by damaging the ears or the nerves that send signals to and from the brain. These causes primarily occur from the rheumatologic family of diseases. Primary autoimmune inner ear disease (AIED) is specific to the hearing organ.  Hearing loss can also be secondary to more systemic autoimmune disorders like lupus, rheumatoid arthritis, autoimmune thyroid disease, fibromyalgia, Sjögren's syndrome, Wegener's granulomatosis, etc. Hearing loss can present over the course of days to months, fluctuates (can fluctuate over periods of time absent a known stimuli) and has a variable presentation in terms of symmetry and configuration. Autoimmune hearing loss can characteristically be responsive to pharmaceutical treatment such as steroids or other biologics that also treat the underlying autoimmune disorder (in the case of secondary AIED).  However, not all AIED patients will necessarily benefit from steroid use and the efficacy of steroid treatment may decrease over time.

In the case of primary AIED, the inner ear is typically inflamed and the only organ affected. Symptoms will largely include dizziness or imbalance problems or other vestibular issues (in approximately 50% of cases), along with ringing in the ears/tinnitus, and ear fullness. Tinnitus often accompanies AIED. Although there are no known causes of tinnitus, it is believed that the inflammation that causes autoimmune hearing loss also results in tinnitus. Conductive hearing loss may also be present due to Eustachian tube obstruction from the inflamed middle-ear space. There are several different causes of AIED, all unrelated to noise exposure. For example, the uncontrolled immune system can essentially "attack" the Cochlin proteins in the inner-ear and form complexes and antibodies that result in bilateral progressive hearing loss. Or the inner-ear structure itself can be responsible, where the Endolymphatic sac can become dilated as part of the immune response from the inner-ear. The onset, however, is typically slower than sudden sensorineural hearing loss because this type of hearing loss typically evolves between three and 90 days. Symptoms of autoimmune related hearing loss in systemic autoimmune disorders generally occur alongside symptoms of the systemic disease, including fatigue, achy muscles, swelling, etc… Secondary autoimmune hearing loss can present in conjunction with any symptom of the underlying systemic disease. Prevalence of hearing loss among these systemic diseases can vary widely depending on the disease itself and the sample studied.

## 3.  Metabolic Causes of Hearing Loss

Evidence in the literature supports the association of hearing loss and systemic metabolic diseases or metabolic syndrome. Increased blood pressure, higher BMI, advanced age, and lower physical activity are risk factors that are associated with both hearing loss and Metabolic Syndrome. Further, the literature supports the association of hearing loss and other metabolic diseases such as diabetes and thyroid disease generally.

Various mechanisms for this association are suggested and include increase in infections in patients with diabetes, potential ototoxicity of medications for diabetes and diabetes related symptoms, as well as disruptions in the vascular supply of the inner ear, similar to how small vessel disease in diabetic patients result in vision changes.  Further, negative effects of abnormal glucose levels on the composition of inner ear fluids can result in tissue damage, cell death, and interruption of metabolic processes. This can result in both hearing loss as well as vestibular effects. People with diabetes can present with hearing loss earlier in life, and literature has supported greater incidence of hearing loss in younger persons with diabetes than older persons with diabetes and their age-matched peers without diabetes. Hearing loss in persons with diabetes can present as high-frequency hearing loss, though studies also support mechanisms of hearing loss in persons with diabetes that can affect all frequencies.  Hearing loss with diabetes has been shown to be progressive and is a greater risk for those with untreated or uncontrolled diabetes.

Similarly, the literature also supports a causal relationship with hearing loss in those patients with hypothyroidism. The pathophysiology is unknown, but the incidence of hearing loss in those with hypothyroidism has been reported between 25-35% or higher in congenital hypothyroidism. Similar to diabetes, suggested effects on the auditory system include small vessel changes affecting oxygenation of cochlear structures, changes in central cellular tissues, and neural changes can all contribute to hearing changes in patients with hypothyroidism. Studies involving assessment of auditory electrophysiology including auditory brainstem response and otoacoustic emissions can show abnormal results even in normal behavioral audiograms.

### 4.      Head Injuries, Blasts, Hearing Loss, and Understanding Speech

As explained below, central auditory deficits, as a result from brain injuries, can impact a person's ability to *process* the speech that they are able to *hear* through their cochlea and auditory system. But some head injuries, if sufficiently severe, (regardless of whether a formal diagnosis of a TBI or concussion exists) can actually result in hearing loss, mostly high-frequency SNHL. The injury to the brain can impact the sensory neuron signals between the brain and the auditory system (via the brain stem), where the communication and signals between the brain and auditory system is interrupted. In other words, head injuries can actually impede a person's ability to detect sounds, as opposed to just impeding the ability to process. (Oleksiak, 2012) Because of this neurological connection, a person may have difficulty understanding speech, or even experience tinnitus, without also experiencing hearing loss on an audiogram.

Head injuries can result in one of two ways:  direct, physical force; or by way of pressure waves from blasts and explosions. After an explosion or a blast, extreme heat and pressure waves are released that move through objects, including physical bodily tissue. The pressure waves are more intense closer to the source of the blast or explosion, so close exposure to the blasts may expose someone to more significant pressure waves. When the pressure waves hit the human body, the neural tissues can stretch, compress, and impact the brain against the skull, which as a result, disrupt neural connections and damage blood vessels throughout the brain (Cullis, 2001; Magnuson et al., 2012) which are important components of the central auditory pathway. And secondary injuries can occur when the body impacts other objects as a result of a force from a blast (or a direct blow to the head in a non-blast scenario). In addition to direct blows to the head and larger explosions, there is also research that shows repeated exposures to lower-level blasts over time can result in increased levels of brain injury and inflammation, which in turn can result in concussion-like symptoms, including hearing loss, tinnitus, and difficulty understanding speech (Tate, et. al., 2013; Effgen, et. al., 2015; Boutte, et. al., 2021; Carr, et. al., 2020). In either scenario,

17

it is not noise injuring the cochlea, but rather pressure or force injuring the brain, that produces the associated tinnitus, hearing loss, and/or difficulty understanding speech.

### 5.     Genetic Causes of Hearing Loss

In the majority of individuals, hearing loss is multifactorial—meaning that hearing loss is caused both by genetic and environmental factors. In the case of genetics, some people are pre-disposed to greater hearing loss from their family genetics—and these incidences are considered a monogenic disorder with either an autosomal dominant, autosomal recessive, X-linked, or mitochondrial form of inheritance. More than 25 genes, including GJB2 and GJB6 have been associated with autosomal dominant non-syndromic hearing loss. And 70 genes have been implicated in autosomal recessive, non-syndromic hearing impairment, like MYO7A as well as DFNB1 which is characterized by congenital non-progressive mild to profound sensorineural hearing impairment. Hearing loss in cases of X-linked non-syndromic hearing loss can either be congenital or progressive. Even single-gene mutations can lead to hearing loss. For example, DFNB1 (Connexin 26) is the most common form of genetic hearing loss. It presents as prelingual deafness, but can sometimes be associated with mild-to-moderate haring loss. It is caused by a mutation in the gap junction protein. Different genetic mutations/malformations may also cause hearing loss, like an aural atresia, for example. This is a common condition where a person's ear canal does not develop normally. The ear canal structure, and certain spaces within the middle-ear space, do not ever completely develop. Certain genetic components or variations, as mentioned above, are responsible for these types of malformations.  In addition, other structural malformations can result in hearing loss. One example is a Chiari One Malformation—which occurs when the cerebellar tonsils are descended below the foramen magnum. This then exerts pressure on the cerebellum which, in turn, disrupts the auditory nerve pathway and can result in SNHL. Another example of auditory structural malformation is called a Mondini Malformation, which is a malformation of the cochlea. And the precise cause of these malformations is not definitively known. Rather, genetic components and mutations, as described above, and congenital considerations are responsible. From an audiologist's perspective, common audiogram configurations include a "cookie-bite" configuration, a flat configuration, or a downward sloping configuration.

### 6.     Conductive Hearing Loss

Conductive hearing loss is determined through audiometric testing described above as the ability to hear sounds at a softer level when bypassing the outer and middle ear contribution to hearing and testing hearing by stimulating the cochlea directly through bone conduction. Conductive hearing loss can arise from a number of pathologies such as occluding cerumen, a perforation of the tympanic membrane, Eustachian tube dysfunction, otosclerosis, ossicular chain discontinuity, cholesteatoma, otitis media, middle-ear effusion (or drainage), canal atresia, among others.    While conductive hearing loss is thought to primarily affect the lower frequencies, it can also impact the higher frequencies. The underlying cause of the conductive hearing loss will largely dictate what frequencies are impacted. Any factor that introduces stiffness to the middle ear system will characteristically impact the lower frequencies and factors that introduce mass to the middle ear system will characteristically affect the higher frequencies.

And because tinnitus is most often an associated consequence of the underlying hearing loss, tinnitus will likely be present in persons or patients who suffer from conductive hearing loss, from whatever sources. For example, a person with Eustachian tube dysfunction will likely

experience tinnitus as a consequence of conductive hearing loss when the Eustachian Tubecannot properly drain fluid from the middle-ear space. Not only does the fluid impede that person's ability to hear as effectively--the reduction in perceived sound will likely result in tinnitus. And of course, treating the underlying cause of the conductive hearing loss will generally treat the resulting tinnitus too.

Mixed hearing loss is the result of a combination of conductive hearing loss and sensorineural hearing loss. In fact, the underlying issues or disorder that can result in chronic conductive hearing loss, if severe enough, can even result in sensorineural hearing loss over time. For example, lifelong middle-ear issues, like drainage and fluid build-up and infections, can deteriorate the ear system over time and attack the cochlear structure and inner-ear.

## AUDITORY PROCESSING DISORDER

Auditory processing is the perceptual processing of auditory information in the central auditory nervous system. Auditory processing can affect listening, communication ability, and perception of psychosocial wellness, which can result in the perception of increased handicapping in regards to an individual's communication ability.

Central Auditory Processing Disorder (CAPD) is characterized by difficulty recognizing speech in noise. Objective assessments such as speech-in-noise testing illuminate functional ability with an objective assessment. Causes of CAPD can range from genetics, head trauma, blast injury, and even unknown origins, similar to a learning disorder. Recent research suggests that "in addition to the risk of noise-induced peripheral hearing loss and tinnitus, service members and veterans are at risk to acquire CAPD by exposure to blast, head injury, hazardous noise, ototoxic solvents, and jet fuel." (*Tepe, Papesh 2020*). Hearing difficulties among noise-exposed individuals with normal hearing thresholds cannot be attributed simply to noise exposure and resulting cochlear damage, as a relationship between the two has yet to be established by researchers.

The audiologist's role is to carefully consider an individual's history, including the severity of an incident, like a head injury, and hazardous noise exposure or ototoxic solvents, in relation to changes in personality or abilities. The processes that power auditory processing are the ability to preserve, refine, analyze, modify, organize, and interpret information from the auditory periphery and these processes are tested by way of assessing auditory discrimination, temporal processing, and binaural processing. Intervention of CAPD involves communicating more effectively in everyday contexts.

## HYPERACUSIS

Although it is considered a disorder, it more often than not accompanies diseases or other disorders like, Meniere's disease, posttraumatic stress disorder, depression, and Autism. Additionally, hyperacusis can be found in patients who have experienced a head trauma, such as an air bag deployment, surgery to the jaw or face, or a viral infection of the inner ear. Another consideration is loud noise exposure. Hyperacusis may be triggered by a single intense noise such as a gunshot, or it may develop gradually from listening to loud noise. Additionally, auditory symptoms such as hyperacusis and other sound tolerance disorders are found as a result of damage to the central auditory nervous system. Examples of this type of damage are the result of head injury, traumatic brain injury, or blast injury. The treatment approach is introduced in the form of sound therapy, such as sound desensitization, and counseling.

19

**MISOPHONIA**

Determination of etiology of misophonia requires a multi-disciplinary approach. An audiologist's role is to help provide differential diagnosis, provide counseling on hearing and processing, offer sound-based therapy, and make appropriate referrals, as it primarily accompanies conditions such as personality disorders, personality types, and PTSD, and not peripheral hearing loss. Studies have shown the pre-frontal cortex and limbic system to become reactive when these trigger sounds are present, similar to the reaction of tinnitus patients, and therefore treatments are similar in aiding an individual to desensitize, habituate, and alter the emotional reaction to these trigger sounds. A large study found co-morbidities of OCD, ADHD, mood disorders, and autism spectrum disorders (ASD). In the same study, misophonia did not have co-morbities of any auditory disorders such as hearing loss, tinnitus, or hyperacusis, which found the co-occurrence less than the rate of all auditory disorders in the general population. (*Jager et al 2020*). Little is known about misophonia and much more research is needed.

C.     **Etiology of Tinnitus**

Tinnitus is subjective, and the etiology of tinnitus is often not determinable. Tinnitus is most commonly associated with hearing loss, likely due to a reduction of sound input to the brain and the auditory perception of tinnitus becoming more noticeable. Tinnitus is common in both age-related hearing loss (presbycusis) as well as noise-induced hearing loss. The onset of tinnitus may be initiated by a disruption in the spontaneous activity across auditory nerve fibers with different characteristic frequencies, causing changes in the central auditory system. This assumes that the effects of noise exposure and the resulting hearing loss or auditory system damage disrupt the balance between excitation and inhibition in the central auditory pathways. It is highly unlikely to experience noise-induced tinnitus without damage to the peripheral auditory system. This damage may be during a temporary threshold shift, with the person reporting auditory symptoms such as aural fullness, immediate onset of tinnitus, and/or muffling of sound. A common example is the phenomena of leaving a concert with slightly decreased hearing and temporary tinnitus.  These audiological symptoms are indicative of noise exposure but often times does not result in permanent damage.  These temporary shifts, and even temporary episodes of tinnitus, are not indicative or predictive of more severe, permanent injuries to the auditory system.

Many other causes of tinnitus exist, including obstruction of the middle ear from cerumen, pressure changes, and ear infections. Obstructions in the middle ear and blockages in the ear canal can cause pressure to build up in the inner ear, affecting the operation of the ear drum. Moreover, objects directly touching the ear drum can irritate the organ and cause the perception of tinnitus symptoms. Common obstructions include excessive ear wax, head congestion, hair in the ear canal, dirt or foreign objects The removal of the blockage will alleviate tinnitus symptoms. However, in some situations, the blockage may have caused permanent damage that leads to persistent symptoms of tinnitus.

Somatic tinnitus is a type of tinnitus that is typically related to physical movement. Essentially, the sensory information from the cervical spine or jaw area, that is ultimately connected to the brain via the brainstem, changes the perception of a person's tinnitus. This tinnitus can be caused by musculoskeletal disorders. The tinnitus is influenced by sensory input in the body, specifically from problems with the head, neck, mouth and jaw. Symptoms can include change in perception of tinnitus, such as diminished or enhanced perception during teeth grinding, side-to-side head or jaw movement, or resisted head twisting. Tinnitus from TMJ disorder is an example of a potential somatic tinnitus. The lower jaw connects to the skull, and is located in front of the ears. Damage to the muscles, ligaments, or cartilage in this area can lead to tinnitus

20

symptoms. The TMJ is adjacent to the auditory system and shares some ligaments and nerve connections with structures in the middle ear. Tinnitus patients with a TMJ disorder will experience pain in the face and/or jaw, limited ability to move the jaw, and regular popping sounds while chewing or talking. Persons with somatic tinnitus may be able to modulate the tone or pitch of their tinnitus through voluntary movements of the area associated with physical pain, or by simply putting pressure on those problem areas.  This modulation effect is most commonly seen in those with TMJ. But this "modulation" ability is not required in order to diagnose somatic tinnitus. A dentist, craniofacial surgeon, or other oral health professional can appropriately diagnose and often fix TMJ issues, often resulting in alleviating tinnitus symptoms. The most important consideration in associating tinnitus with physical neck/back/jaw injuries is a temporal relationship between the onset of tinnitus and physical injury.

Head and neck injury can cause the perception of tinnitus, with these patients reporting louder tinnitus and more perceived bothersome effects. Neck and/or cervical injury cause nerve, blood flow, and muscle issues that result in the perception of tinnitus. Individuals experiencing these symptoms report higher tinnitus volume and perceived handicap, as well a greater variability in both sound, frequency, and location of their tinnitus. Pulsatile tinnitus, a rhythmic beating sound corresponding with the heart rate, can be perceived with this type of injury.

Further, tinnitus can also derive from more central issues, as described in more detail above. Traumatic brain injury, caused by concussive shock, can damage the brain's auditory processing areas and generate tinnitus symptoms. However, a diagnosed head injury is not required in order to cause audiological symptoms, such as tinnitus. Rather, the blow to the head must be of sufficient force to result in auditory symptoms--and the force required to have such a result is different for each person and surrounding circumstances. TBI is one of the major catalysts for tinnitus in military and veteran populations. Nearly 60% of all tinnitus cases diagnosed by the U.S. Veterans Administration are attributable to mild-to-severe traumatic brain injuries.  Research also indicates that repeated exposures to lower-intensity blast waves can produce similar TBI-like symptoms, including auditory symptoms like tinnitus. In these instances, the risk goes up with each exposure--and the risk is especially prevalent for military populations who fire heavy weapon systems like AT4's and other blast-propelled weapons. The same causal mechanisms, as explained above in the hearing loss section, are at play with respect to tinnitus. The result--whether it be tinnitus or hearing loss--depends on specific interruption of the auditory pathway/connection to the brain.

Ototoxic medications can also be associated with tinnitus. Tinnitus can be a potential side-effect of several prescription medications. In most cases, the perceived tinnitus is acute, short-lived, and ceases with changes in medication.  However, there are some ototoxic drugs known to cause more persistent tinnitus symptoms. These include: certain antibiotics, cancer medications, diuretics. Other more common drugs, like NSAIDs, painkillers, and opioids can also cause tinnitus, especially if taken in high dosages.

## VI.    TREATMENT OF HEARING LOSS, TINNITUS, AUDITORY PROCESSING, AND AUDITORY SYMPTOMS

To further assess and treat an individual claiming to be experiencing permanent impairment and to further examine the limits of these subjective reports, objective ways to quantify the impairment can be used to determine if treatment is warranted. The AMA's Binaural Hearing Impairment calculation, as well as the Florida Impairment Rating Guide 1996 and other objective

scales, can be used to supplement the information needed to assess the effects of the impairment. Evaluation of permanent impairment can be achieved through an appraisal of the nature and extent of the patient's illness or injury as it affects his personal efficiency in activities of daily living, for example, self-care, communication, and the potential of vocational limitations.

Hearing loss can be successfully treated with hearing amplification. Hearing aids and accessories are discreet, effective, and in many cases allow a person to function very competently in daily living. Hearing amplification is also a treatment for tinnitus complaints both with or without the presence of hearing loss. Further, the use of ear level devices for implementation of tinnitus retraining therapy and/or tinnitus sound therapy can be effective methods of tinnitus treatment.

Auditory processing is known to affect listening, communication ability, and psychosocial wellness. The goal of treatment is for an individual to communicate more effectively in everyday contexts. The most common treatment approaches are through computer-based training with direct skills remediation, use of compensatory strategies, and environmental modifications.

If tinnitus is impacting an individual significantly and more conservative treatment options have not been effective, a referral for psychological evaluation and counseling as well as cognitive behavioral therapy have proven to be effective in tinnitus management. The options for management of tinnitus symptoms are readily available and allow patients to have control over tinnitus.

Treatment for sound sensitivity disorders, such as hyperacusis and misophonia, have been similar to those of tinnitus treatment. The general population assumes that the logical response to these sound sensitivity disorders such as hyperacusis is through the use of earplugs/earmuffs to reduce incoming sound levels that may be bothersome or by withdrawing from social situations that may have uncomfortable sounds present. Unfortunately, avoidance techniques further poor tolerance to relatively soft or average level sounds. The treatment approach that is effective in these disorders involves extensive counseling regarding sound desensitization or auditory integration therapy (AIT). If the individual experiences hearing loss, the use of hearing aid technology allows for an automated acclimation in which the hearing aids are set at a comfort setting and gradually increases the sound until prescriptive targets are met. Specifically, in cases of trauma to the brain or hearing system, there is a chance that the sensitivity to sounds will become more tolerable.

The approach for treatment of those with auditory symptoms and/or sensitivities such as tinnitus, hyperacusis, and misophonia focuses on adapting thoughts and emotions, maintaining or improving hearing and communication, and mitigating effects on sleep and concentration.

Sincerely yours,

Jennifer LaBorde, Au.D., CCC-A

APPENDIX: LIST OF MATERIALS CONSIDERED

## MATERIALS CONSIDERED

1996 Florida Uniform Permanent Impairment Rating Schedule, p. 93-94.

Aghazadeh-Attari, J., et. al., (2017). Assocation Between Metabolic Syndrome and Sensornueral Hearing Loss: A Cross-Sectional Study of 11,114 Participants. Diabetes Meta. Syndr. Obes., 2017; 10:459-465.

Allen SB, Goldman J. Syndromic Sensorineural Hearing Loss. [Updated 2021 Jul 21]. In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2022 Jan-. Available from: https://www.ncbi.nlm.nih.gov/books/NBK526088/

American College of Occupational and Environmental Medicine. (2018). *Noise induced hearing loss.* [Position Statement]

American Medical Association. (1979). Guide for the evaluation of hearing handicap. *J Amer Med Assn, 241*, 2055–2059

Angeli SI, Yan D, Telischi F, et al. Etiologic diagnosis of sensorineural hearing loss in adults. *Otolaryngology–Head and Neck Surgery*. 2005;132(6):890-895 doi:10.1016/j.otohns.2005.03.001.

ASHA (1981). American Speech-Language-Hearing Association Task Force on the Definition of Hearing Handicap, "On the definition of hearing handicap," Asha 23, 293–297

Baguley DM. Hyperacusis. J R Soc Med. 2003;96(12):582-585. doi:10.1258/jrsm.96.12.582

Baguley, David, Fagelson, Marc. (2016). Tinnitus: Clinical and Research Perspectives. Plural Publishing

Berthold Langguth, Verena Hund, Volker Busch, Tim P. Jürgens, Jose-Miguel Lainez, Michael Landgrebe, Martin Schecklmann, "Tinnitus and Headache", BioMed Research International, vol. 2015, Article ID 797416, 7 pages, 2015 https://doi.org/10.1155/2015/797416

Brian C. J. Moore , "Diagnosis and quantification of military noise-induced hearing loss", The Journal of the Acoustical Society of America. 148, 884-894 (2020). https://doi.org/10.1121/10.0001789

Brout JJ, Edelstein M, Erfanian M, Mannino M, Miller LJ, Rouw R, Kumar S, Rosenthal MZ. Investigating Misophonia: A Review of the Empirical Literature, Clinical Implications, and a Research Agenda. Front Neurosci. 2018 Feb 7;12:36. doi: 10.3389/fnins.2018.00036. PMID: 29467604; PMCID: PMC5808324

Calculations and applications of age corrections to audiograms. Occupational and Safety Health Standards, part 1910, subpart G. United States Department of Labor

Chole, Richard A.*; McKenna, Michael, Pathophysiology of Otosclerosis, Otology & Neurotology. (March 2001). Vol. 22, Issue 2; 249-257

Clifford, Royce, Baker, Dewleen, et al. (2019), Impact of TBI, PTSD, and Hearing Loss on Tinnitus Progression in a US Marine Cohort, Military Medicin, 184

Cho S-I, Gao SS, Xia A, Wang R, Salles FT, et al. (2013) Mechanisms of Hearing Loss after Blast Injury to the Ear. PLoS ONE 8(7): e67618. doi:10.1371/ journal.pone.0067618

Coles, R., Lutman, M. and Buffin, J. (2000), Guidelines on the diagnosis of noise-induced hearing loss for medicolegal purposes. Clinical Otolaryngology & Allied Sciences, 25: 264-273. doi:10.1046/j.1365-2273.2000.00368.x

Colucci, Dennis (2016), AMA Hearing Loss/ Tseinnitus Guidelines, The Hearing Guidelines

Conrado, L., et. al., (2007). Analysis of High Frequency Auditory Thresholds in Individuals Aged Between 18 and 29 Years with no Otological Complaints. Brazilian J. of Otorhinolaryngology. Vol. 73, Issue 2; 21-225

Cruickshanks KJ, Klein R, Klein BE, Wiley TL, Nondahl DM, Tweed TS: Cigarette smoking and hearing loss: the epidemiology of hearing loss study. JAMA. 1998, 279: 1715-1719. 10.1001/jama.279.21.1715

David M. Nondahl, Karen J. Cruickshanks, Guan-Hua Huang, Barbara E. K. Klein, Ron Klein, F. Javier Nieto & Ted S. Tweed (2011) Tinnitus and its risk factors in the Beaver Dam Offspring Study, International Journal of Audiology, 50:5, 313-320, DOI:10.3109/14992027.2010.551220.

Dawes P, Newall J, Stockdale D, Baguley DM. Natural history of tinnitus in adults: a cross-sectional and longitudinal analysis. *BMJ Open*. 2020;10(12):e041290. Published 2020 Dec 10. doi:10.1136/bmjopen-2020-041290

Department of Defense Instruction (December 3, 2010), Hearing Conservation Program (HCP) Number 6055.12

Department of Defense Instruction (March 5, 2004), DoD Hearing Conservation Program (HCP) Number 6055.12

Department of Defense, DoD Instruction 6055.12 (August 14, 2019), Hearing Conservation Program (HCP)

Department of the Air Force (May 10, 2013) Air Force Instruction 48-127

Department of the Army (Jan. 10, 2007), Army Hearing Program D Infantry Division (Mechanized) Hearing Program

Department of the Army Pamphlet 40-501 (Dec. 10, 1998), Hearing Conservation Program

Dobie, Robert A The AMA Method of Estimation of Hearing Disability: A Validation Study doi: 10.1097/AUD.0b013e31822228be

Ear and Hearing: November 2011 - Volume 32 - Issue 6 - p 732-740

Eisenhut, M. Evidence Supporting the Hypothesis that Inflammation-Induced Vasospasm is Involved in the Pathogens of Acquired Sensorineural Hearing Loss (2019)

Emanuel and Letowski (2009). Hearing Science-1st edition. Publisher: Lippincott Williams & Wilkins

Enzler, Falco et al., "A psychoacoustic test for misphonia assessment", Scientific Reports, Nature, pp. 1-14, (2021)

Fausti, Stephen A., et al. "Auditory and vestibular dysfunction associated with blast-related traumatic brain injury." *J Rehabil Res Dev* 46.6 (2009): 797-810

Feghali, J.G. and Bernstein, R.S. (1991), A new approach to serial monitoring of ultra—high frequency hearing. The Laryngoscope, 101: 825-829

Flamme, Gregory, Deiters, Kristy, et al. (2011), Distributions of pure-tone hearing threshold levels among adolescents and adults in the United States by gender, ethnicity and age, International Journal of Audiology 50

Gallun, F., Lewis, S., Folmer, R, Diedesch, A., Kubli,L., et al (2012 ) Implications of blast exposure for central auditory function: a review. *Journal of Rehabilitation Research and Development, Vol 49,* No7 p1059-1074

Gallun, Frederick J., Melissa A. Papesh, and M. Samantha Lewis (2017). "Hearing complaints among veterans following traumatic brain injury"  Brain injury 31.9: 1183-1187

Gallun, Frederick, Diedesch, Anna, et al. (2012), Performance on tests of central auditory processing by individuals exposed to high-intensity blasts, JRRD 49 (7)

Glorig, Aram et al.. (1961). Damage Risk Criteria and Noise-Induced Hearing Loss. Noise Research Center, Los Angeles. Archives of Otolaryngology. pp. 71-81.

Gordon, J.S., Griest, S.E., et al. (2017), Audiologic characteristics in a sample of recently-separated military Veterans: The Noise Outcomes in Servicemembers Epidemiology Sutdy (NOISE Study), Hearing Research 349

Gu JW, Halpin CF, Nam EC, Levine RA, Melcher JR (2010). Tinnitus, diminished sound-level tolerance, and elevated auditory activity in humans with clinically normal hearing sensitivity. J Neurophysiol. 2010 Dec;104(6):3361-70. doi: 10.1152/jn.00226.2010. Epub 2010 Sep 29. PMID: 20881196; PMCID: PMC3007631

Guidel for the Evaluation of Hearing Handicap (1979), American Academy of Otolaryngolofy Committee on Hearing and Equilibrium, and the American Council of Otolaryngology Committee on the Medical Aspects of Noise 241 (19)

Haktanir, F. Yücedag, et al., Association of Chiari Malformation and Cerebellar Ectopia with Sensorineural Hearing Loss, The Jornal of Craniofacial Surgrey Vol 24, No. 4 (2013)

Hearing Center of Excellence  (2005), Noice and Military Service: Implications for Hearing Loss and Tinnitus, Institute of Medicine of the National Academies

Hederstierna, Christina and Rosehall, Ulf (2016), Age-related hearing decline in individuals with and without occupational noise exposure, Noise Health 18(80)

Heller, M.F., & Bergman, M. (1953). Tinnitus aurium in normally hearing persons. Ann Otol Rhinol Laryngol, 62(1), 73-83. doi:10.1177/000348945306200107

Heur G,, Gabel B., et al., Chiari I Malformation Presenting with Hearing Loss: Surgical Treatment and Literature Review, Child Nerv Syst (2008) 24:1063-1066 (2008)

 Henry, et al, Noise Outcomes in Servicemembers Epidemiology (NOISE) Study: Design, Methods, and Baseline Results (2020)

Hoffman, H. J., Dobie, R. A., Ko, C. W., Themann, C. L., & Murphy, W. J. (2010). Americans hear as well or better today compared with 40 years ago: hearing threshold levels in the unscreened adult population of the United States, 1959–1962 and 1999–2004. Ear and hearing, 31(6), 725-734

https://www.caohc.org/pdfs/ACOEM%20noise%20induced%20hearing%20loss.pdf

Hoover, et al., Auditory and cognitive factors associated with speech-in-noise complaints following mild traumatic brain injury (2017)

Humes, Larry, Jollenbeck, Lois, et al. (2006), Noise and Military Service: Implications for Hearing Loss, Institute of Medicine of the National Academies

International Standard; Acoustics-Estimation of noice induced hearing loss; Third Edition; pp. 1-30, (2013)

International Standard; Acoustics- Statistical distribution of hearing thresholds related to age and gender; Third Edition; pp. 1-30, (2017)

Ishara Ramkissoona,c and Margaret Coleb Self-Reported Hearing Difficulty Versus Audiometric Screening in Younger and Older Smokers and Nonsmokers. J Clin Med Res. 2011 Aug; 3(4): 183–190. Published online 2011 Jul 26. doi: 10.4021/jocmr611w.

Jager, Inge et al., "Misophonia: Phenomenology, comorbidity and demographics in a large sample", PLOS One, pp. 1-16, (2020)

Jasterbroff, PJ (1999). The neurophysiological model of tinnitus and hyperacusis. Sixth International Tinnitus Seminar 1999. *Tinnitus & Hyperacusis Center, Emory University School of Medicine, NE Atlanta, USA.*

Jasterbroff, PJ. (1990). Phantom auditory perceptions (tinnitus): Mechanisms of generation and perception. *Neuroscience Research. Aug;8*(4):221-54. doi: 10.1016/0168-0102(90)90031-9.

John AB, Kreisman BM, Pallett S. Validity of hearing impairment calculation methods for prediction of self-reported hearing handicap. Noise Health 2012;14:13-20.

Johnson, E.W. and House, J. (1979), Meniere's Disease: Clinical Course, Auditory Findings, and Hearing Aid Fitting, Journal of the American Auditory Society 5 (2).

Karch, Stephanie J.; Capó-Aponte, José E.; McIlwain, D. Scott; Lo, Michael; Krishnamurti, Sridhar; Staton, Robert N.; Jorgensen-Wagers, Kendra (2016). Hearing Loss and Tinnitus in Military Personnel with Deployment-Related Mild Traumatic Brain Injury. *U.S. Army Medical Department Journal . Oct-Dec2016*, p52-63.

Katz, J. (1994). Handbook of Clinical Audiology. Germany: Williams & Wilkins.

King PJ, Ouyang X, Du L, Yan D, Angeli SI, Liu XZ. Etiologic Diagnosis of Nonsyndromic Genetic Hearing Loss in Adult vs Pediatric Populations. *Otolaryngology–Head and Neck Surgery*. 2012;147(5):932-936. doi:10.1177/0194599812453553.

Knoll, Renata, Herman, Seth, et al. (2020), Patient-Reported Auditory Handicap Measures Following Mild Traumatic Brain Inury, Laryngoscope 130.

Konrad-Martin, Dawn, Marshall, Lynne, et al. (2014), Pharmaceutical Interventions for Hearing Loss (PIHL), Hearing Center of Excellence.

Kristian Tambs, Howard J. Hoffman, Hans M. Borchgrevink, Jostein Holmen & Bo Engdahl (2006) Hearing loss induced by occupational and impulse noise: Results on threshold shifts by frequencies, age and gender from the Nord-Trøndelag Hearing Loss Study, International Journal of Audiology, 45:5, 309-317, DOI: 10.1080/14992020600582166.

Kuchinsky, Stefanie, Eitel, Megan, et al. (2020), Objective and Subjective Effectes of Traumatic Brian Injury and Blast Exposures in Service Members and Veterans, Frontiers in Neurology 11 (613).

Kumar, Arvind et al., The Chiari I Malformation and the Neurotologist, Otology & Neurotology 23:727-735 (2002).

Lavinsky J, Ge M, Crow AL, et al. The Genetic Architecture of Noise-Induced Hearing Loss: Evidence for a Gene-by-Environment Interaction. *G3 (Bethesda)*. 2016;6(10):3219-3228. Published 2016 Oct 13. doi:10.1534/g3.116.032516.

Le, T.N., Straatman, L.V., Lea, J. *et al.* Current insights in noise-induced hearing loss: a literature review of the underlying mechanism, pathophysiology, asymmetry, and management options. *J of Otolaryngol - Head & Neck Surg* 46, 41 (2017). https://doi.org/10.1186/s40463-017-0219-x

Lee FS, Matthews LJ, Dubno JR, Mills JH. Ear Hear. 2005 Feb; 26(1):1-11.

Lin, Frank, Yaffe, Kristine, et al. (2013), Hearing Loss and Cognitive Decline in Older Adults, JAMA Intern. Med. 173(4).

Lutman, Mark E.. (1992). Apportionment of noise-induced hearing disability and its prognosis in a medicolegal context: A modeling study. Bristish Journal of Audiology. https://www.tandfonline.com/loi/jap20

Malik, V., Shukla, G.K. & Bhatia, N. Hearing profile in hypothyroidism. Indian J Otolaryngol Head Neck Surg 54, 285 (2002). https://doi.org/10.1007/BF02993744

Markou, K., Goudakos, J. An overview of the etiology of otosclerosis. *Eur Arch Otorhinolaryngol* 266, 25 (2009). https://doi.org/10.1007/s00405-008-0790-x

Martines, F., Bentivegna, D., Martines, E. *et al.* Assessing audiological, pathophysiological and psychological variables in tinnitus patients with or without hearing loss. *Eur Arch Otorhinolaryngol* 267, 1685–1693 (2010). https://doi.org/10.1007/s00405-010-1302-3

Mary M. Prince, Leslie T. Stayner, Randall J. Smith, *and* Stephen J. Gilbert , "A re-examination of risk estimates from the NIOSH Occupational Noise and Hearing Survey (ONHS)", The Journal of the Acoustical Society of America 101, 950-963 (1997) https://doi.org/10.1121/1.418053

May, John J. (2000). Occupational Hearing Loss. American Journal of Industrial Medicine. 37. pp. 112-120.

Michiels et al., Conservative therapy for the treatment of patients with somatic tinnitus attributed to temporomandibular dysfunction, Trials (2018).

Michiels et al., Somatosensory Tinnitus Diagnosis: Diagnostic Value of Existing Criteria, Ear & Hearing (2021).

Michiels, S., Diagnosing and Managing Somatic Tinnitus, Audiology Feature, Vol 29, No 5 (2020)

Michiels, S., Hertogh, W. etal, Cervical Spine Dysfunctions in Patients With Chronic Subjective Tinnitus, Otology & Neurotology, 36:741-745 (2015)

Michiels, S., Heyning, P. et al., Diagnostic Value of Clinical Cervical Spine Tests in Patients With Cervicogenic Somatic Tinnitus, Physical Therapy, Volume 95, Number 11 (2015)

Michiels, S., Sanchez, T. etal., Diagnostic Criteria for Somatosensory Tinnitus: A Delphi Process and Face-to-Face Meeting to Establish Consensus, Trends in Hearing, Volume 22:1-10(2018)

Michiels, Somatic/Somatosensory Tinnitus (2019)

Mirza, Raul, Kirchner, Bruce et al. (2018), Occupational Noise-Induced Hearing Loss, JOEM, 60 (9)

National Health and Nutrition Examination Study (NHANES) 2011-2013. Centers for Disease Control and Prevention. Natinal Center for Health Statistics

Navy and Marine Corps Public Health Center (Sept. 15, 2008), Navy Medical Department Hearing Conservation Program Procedures, Technical Manual NPCPHC - TM 6260.51

NIOSH/ Criteria for a Recommended Standard - Occupational Exposure (1998), Chapter 3.2

Occupational Noise Exposure, Criteria for a Recommended Standard (1998), Chapter 3, National Institute for Occupational Safety and Health, Department of Health and Human Services. Publication No. 98-126.

Occupational Noise Exposure, Criteria for a Recommended Standard. 1997. National Institute for Occupational Safety and Health, Department of Health and Human Services. Publication No. 98-126

Occupational Safety and Health Administration, 1904.10 - Recording criteria for cases involving occupational hearing loss

Oliveira, N.,Oliveira, R., et al., Late Otoneurologic Manifestations of Chiari I Malformation, Int. Arch. Otorhinolaryngol, 15(3), 382-384 (2011)

Packer, Mark and Tepe, Victoria (2013), Issues, Diagnosis, and Management of Polytraumatic TBI, Psychiatric Annals 43 (7)

Packer, Mark, Hammill, Tanisha, et al. (2013), Integrated Care for Multisensory Injury, Psychiatric Annals 43 (7)

Papesh M, Gallun, F. (2015) Auditory Impacts after Blast Exposure. *Pathways. Museik, F editor.* February 6, 2015

Papesh MA, Theodoroff SM, Gallun FJ. Traumatic brain injury and auditory processing. In: Fagelson M, Baguley DM, eds. Hyperacusis and Disorders of Sound Intolerance: Clinical and Research Perspectives. San Diego, CA: Plural Publishing Inc; 2018:149–166

Pittman, A. L.; Stelmachowicz, P. G. Hearing Loss in Children and Adults: Audiometric Configuration, Asymmetry, and Progression, Ear and Hearing: June 2003 - Volume 24 - Issue 3 - p 198-205 doi: 10.1097/01.AUD.0000069226.22983.80

Ramos JA, Kristensen SGB, Beck DL (2013). An overview of OAEs and normative data for DPOAEs. *Hearing Review*. 2013;20(11):30-33

Rop, Ilse et al. (1979). Study of the Hearing Losses of Industrial Workers with Occupational Noise Exposure, Using Statistical Methods for the Analysis of Qualitative Data. Audiology. 18. pp. 181-196.

Rouw, Romke and Erfanian, Mercede, "A Large-Scale Study of Misophonia", Journal of Clinical Psychology, pp. 1-27, (2017)

Santos, K., et. al., (July-August 2010). Audiologic Evaluation of Patients in Acquired Hypothyroidism. Brazilian Journal of Otorhinolaryngology. Vol. 74, Issue 4; 478-484.

Schroder, Arjan et al., "Misophonia: Diagnostic Criteria for a New Psychiatric Disorder", PLOS One, pp. 1-5, (2013)

https://www.sciencedirect.com/topics/medicine-and-dentistry/inner-ear-malformation

Sennaroglu, L, (2017), Classification and Current Management of Inner Ear Malformations. Balkan Med. J. 34(5): 397-411. DOI: 10.4274/balkanmedj.2017.0367

Sheldrake J, Diehl PU and Schaette R (2015) Audiometric characteristics of hyperacusis patients. *Front. Neurol.* 6:105. doi: 10.3389/fneur.2015.00105

Shore, S., Koehler, S. etal., Dorsal Cochlear Nucleus Reponses to Samotosensory Stimulation are enhanced after noise-induced hearing loss, Eur. J. Neurosci. (2007). DoiilO. 1111/j. 1460-9568.2007.05983.x.

Shore, S., Plasticity of Somatosensory Inputs to the Cochlear Nucleus - Implications for Tinnitus, Hearing Research, 281,28-46(2011).

Shore, S., Zhou, J. et al., Neural Mechanisms Underlying Somatic Tinnitus, Progress in Brain Research, Vol. 166 (2007) ISSN:0079-6123.

Simons, Jeffrey P., MD, et al., Sensorineural Hearing Impairment in Children With Chiari I Malformation, Annal of Otology, Rhinology & Laryngology 117(6)443-447 (2008)

Slide: "Audiogram," Counseling

Slide: "Degree of Hearing Loss," Audiometric Testing and Follup-Up

Snow, James Byron. (2004) *Tinnitus: Theory and Management.* PMPH-USA.

Spankovich, Chrisopher and Hall III., James W., "The Misunderstood Misophonia" Audiology Today, pp. 15-23, (2014)

Sperling, N., Franco, R., et al., Otologic Manifestations of Chiari I Malformation, Otology & Neurotology, 22: 678-681 (2001)

Steinmetz, L, Zeigelboim, B, Lacerda, A. (2009). The characteristics of tinnitus in workers exposed to noise. *Brazilian Journal of Otorhinolaryngology. Vol75,* Issue 1, January–February 2009, Pages 7-14. https://doi.org/10.1016/S1808-8694(15)30825-9

Swan, A.A., Nelson, J.T., et al. (2017), Prevalene of hearing loss and tinnitus in Iraq and Afghanistand Veterans: A Chronic Effects of Neurotrauma Consortium study, Hearing Research 349

Tepe, V., Papesh, M., et al. "Acquired Central Auditory Processing Disorder in Service Members and Veterans." T*he Journal of Speech, Language and Hearing Research,* Vol 63, Issue 3, p 834-857 (2020). https://doi.org/10.1044/2019_JSLHR-19-00293

Theodoroff, Sarah M., et al. (2020). "Concussion management guidelines neglect auditory symptoms." *Clinical journal of sport medicine*: 1-4.

Theodoroff, Sarah, Lewis, Samantha, et al. (2015), Hearing Impairment and Tinnitus: Prevelance, Risk Factors, and Outcomes in US Service Members and Veterans Deployed to the Iraq and Afghanistan Wars, Epidemilogic Reviews 37

Theodoroff, Sarah. Kaltenbach, James. (2019). The Role of the Brainstem in Generating and Modulating Tinnitus. *American Journal of Audiology* April 2019.28(1S): 225-238. DOI: 10.1044/2018_AJA-TTR17-18-0035

Thomas, J.P., (2011). Current Aspects of Etiology, Diagnosis and Therapy of Otosclerosis. Otolaryngologia Polksa. Vol. 65, Issue 3, 162-170.

Tunkel, David E., Bauer, Carol A., Sun, Gordon, et. al., (2014). Clinical Practice Guideline: Tinnitus. Otolaryngology- Head and Neck Surgery 2014. Vol 151 (2S) Si-S40. DOI: 10.11770/0194599814545325

Uchida, Yasue, Ando, Fujiko, et al. (2008), The Effecs of Aging on Distortion-Product Otoacoustic Emissions in Adults with Normal Hearing, Ear & Hearing 29

VA/ DoD Clinical Practice Guideline for the Management of Concission-Mild Traumati Brain Injury, Department of Veterans Affairs, Deparent of Defense

Veile A, Zimmermann H, Lorenz E, *et al* Is smoking a risk factor for tinnitus? A systematic review, meta-analysis and estimation of the population attributable risk in Germany *BMJ Open* 2018;8:e016589. doi: 10.1136/bmjopen-2017-016589

Veterans - Veterans Statistics, Hearing Health Foundation (2021)

V.T. Anand, S.B., et. al., (1989). Auditory Investigations in Hypothyroidism, Acta Oto-Laryngologica, 108:1-2, 83-86. DOI: 10.3109/00016488909107396

Wiley, T., Cruickshanks, K. , Nondahl, D., Tweed. T., Klein, R., Klein, B. (1998). Aging and High Frequency Hearing Sensitivity. *Journal of Speech, Language, Hearing Research.* 1993 October. Vol 41.61-1.072.

Yehudai, Noam et al., "Acute Acoustic Trauma among Soldiers during an Intense Combat", Journal of American Academy of Audiology, 28, 436-443, (2017)

Yurgil, Kate, Clifford, Royce, et al. (2016), Prospective Associations Between Traumatic Brain Injury and Postdeployment Tinnitus in Active-Duty Marines, J Head Trauma Rehabil 31 (1)

N. Uehara, T. Fujita, et al., Genetic Background in Late-Onset Sensorineural Hearing Loss Patients (2022)

A, Montazem, Secondary Tinnitus as a Sympton of Instability of the Upper Cervical Spine: Operative Management (2000)

N. Edvall, E. Gunan, et al., Impact of Temporomandibular Joint Complaints on Tinnitus-Related Distress (2019)

J. Henry, K. Reavis, et al., Traumatic Brain Injury and Tinnitus in Military Veterans and Active-Duty Service Members (2018)

A. Vambutas, FACS Autoimmune Hearing Loss (2017)

J. Aghazadeh-Attari, B. Mansorian, et al., Association between Metabolic Syndrome and Sensorineural Hearing Loss: A Cross-Sectional Study of 11,114 Participants (2017)

M. Rodeburg-Viot, L. Ruytjens, et al., Repeated Audiometry After Bacterial Meningitis Consequences for Future Management (2018)

A. Shearer, M. Hildebrand, et al., Hereditary Hearing Loss and Deafness Overview (1999) J. Feghali and R Bernstein, A New Approach to Serial Monitoring of Ultra-High Frequency Hearing (1991)

T. Frank, High-Frequency (8 to 16 KHz) Reference Thresholds and Intrasubject Threshold Variability Relative to Ototoxicity Criteria Using a Sennheiser HAD 200 Earphone (2001)

T. Wiley, K. Cruickshanks, et al., Aging and High Frequency Hearing Sensitivity (1998)

L. Barbosa de Sa, M. de Melo Tavares de Lima, et al.,Analysis of High Frequency Auditory Thresholds in Individuals Aged Between 18 and 29 Years With no Otological Complaints (2007)

V. Anad , B. Mann, et al,, Auditory Investigations in Hypothyroidism (1989)

V. Malik, G. Shukla, et al,, Hearing Profile in Hypothyroidism (2002)

K. Pinherio dos Santos, N. Dias et al., Audiologic Evaluation of Patients in Acquired Hypothyroidism (2010)

H. Saunders and K. Cienkowski, A Test to Measure Subjective and Objective Speech Intelligibility (2002)

B. Cohen, A. Durstenfeld, et al., Viral Causes of Hearing Loss: A Review of Hearing Health Professionals (2014)

S. Allen and J. Goldman Syndromic Sensorineural Hearing Loss (2021)

J. Germiller, Hearing Loss in Children (2007)

L. Sennaroglu and M. Bajin, Classification and Current Management of Innear Ear Malformations (2017)

C. Spankovich and K. Yerraguntla, Evaluation and Management of Patients with Diabetes and Hearing Loss (2019)

CDC, What No One is Saying: The Impact of Diabetes on Hearing and Balance (2021)

K. Bainbridge, H. Hoffman, et al., Diabetes and Hearing Impairment in the United States: Audiometric Evidence from the National Health and Nutrition Examination Surveys, 1999-2004 (2008)

E. Piker, C. Spankovich, et al., What you Need to Know About the Hearing and Vestibular Consequences of Diabetes (2020)

D. Austin, D. Konrad-Martin, et al., Diabetes-Related Changes in Hearing (2009)

C. Glavin, J. Siegel, et al., Disortion Product Otoacoustic Emission (DPOAE) Growth in Aging Ears With Clinically Normal Behavioral Thresholds (2021)

J. Kim and M. Koo, Mass and Stiffness Impact on the Middle Ear and the Cochlear Partition (2015)

S. Cho, S. Gao et al., Mechanisms of Hearing Loss After Blast Injury to the Ear (2013)

M. Akiyama, Slient Alarm: The Mosquito Youth Deterrent and the Politics of Frequency (2010)

W. Gawron, L. Pospiech, et al., Sudden Hearing Loss as a First Complication of Long-Standing Type 1 Diabetes Mellitus: A Case Report (2003)

L. Xipeng, L. Ruiyu, et al., Effects of Diabetes on Hearing and Cochlear Structures (2013)

Y. Lee, Y. Kim, et al., Type 1 Diabetes Induces Hearing Loss: Functional and Historical Findings in an Akita Mouse Model (2020)

C. Tate, K. Wang, et al., Serum Brain Biomarker Level, Neurocognitive Performance, and Self-Reported Sympton Changes in Soliders Repeatedly Exposed to Low-Level Blast: A Breacker Pilot Study (2013)

G. Effgen, T. Ong, et al., Primary Blast Exposure Reduces Brain Tolerance to Subsequent Blast (2015)

A. Boutte, B. Thangavelu, et al., Neurotrauma Biomarker Levels and Adverse Symptons Among Military and Law Enforcement Personnel Exposed to Occupational Overpressure Without Diagnosed Tramuatic Brain Injury (2021)

W. Carr, A. Kelley, et al., Association of MOS-Based Blast Exposure With Medical Outcomes (2020)