# PX19

```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF FLORIDA
                              PENSACOLA DIVISION
_____
                                 )
IN RE:  3M COMBAT ARMS           )   Case No.:  3:19-MD-02885
EARPLUG LIABILITY LITIGATION     )
                                 )
This Document Relates To:        )
Denise Kelley                    )
Civil Case No. 7:20-CV-153       )
_____)
```

**VOLUME VII (pp. 1980-2288)**

**JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE THOMAS P. BARBER**

**April 5, 2022
8:33 a.m. to 5:50 p.m.**

**APPEARANCES:**

| | |
|---|---|
| **FOR THE PLAINTIFF:** | DANIEL P. BLOUIN, ESQUIRE<br>Simmons Hanly Conroy<br>112 Madison Avenue<br>7th Floor<br>New York, New York 10016 |
| | TRENT B. MIRACLE, ESQUIRE<br>GEORGE M. STEWART, ESQUIRE<br>Simmons Hanly Conroy<br>One Court Street<br>Alton, Illinois 62002 |
| | JENNIFER M. HOEKSTRA, ESQUIRE<br>DANIEL J. THORNBURGH, ESQUIRE<br>Aylstock Witkin Kreis & Overholtz<br>17 East Main Street<br>Suite 200<br>Pensacola, Florida 32502 |

(Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription.)

**REPORTED BY:**
Rebekah M. Lockwood, RDR, CRR
Official Court Reporter
(813) 301-5380 | r.lockwooduscr@gmail.com
P.O. Box 173496, Tampa, Florida 33672

**APPEARANCES (CONTINUED):**
**FOR THE PLAINTIFF:**         CALEB SEELEY, ESQUIRE
                               Seeger Weiss
                               55 Challenger Road
                               Ridgefield Park
                               New Jersey 07660

                               ROBERT W. COWAN, ESQUIRE
                               Bailey Cowan Heckaman, PLLC
                               1360 Post Oak Boulevard
                               Suite 2300
                               Houston, Texas 77056

**FOR THE DEFENDANTS:**        CHRISTA C. COTTRELL, ESQUIRE
                               KATIE R. LENCIONI, ESQUIRE
                               Kirkland & Ellis
                               300 North Lasalle
                               Chicago, Illinois 60654

                               ROBERT C. BROCK, ESQUIRE
                               ERIN C. JOHNSTON, ESQUIRE
                               Kirkland & Ellis
                               1301 Pennsylvania Avenue NW
                               Washington, DC 20004

                               DAVID I. HOROWITZ, ESQUIRE
                               Kirkland & Ellis
                               333 South Hope Street
                               Los Angeles, California 94104

                               CHARLES BEALL, ESQUIRE
                               Moore Hill & Westmoreland, PA
                               350 West Cedar Street
                               Suite 100
                               Pensacola, Florida 32502

                               SAGHAR ESFANDIARIFARD, ESQUIRE
                               WILLIAM L. SMITH, ESQUIRE
                               Kirkland & Ellis
                               555 South Flower Street
                               Suite 3700
                               Los Angeles, California 90071

                               PAUL SAMPSON, ESQUIRE
                               Kirkland & Ellis
                               60 East South Temple
                               Salt Lake City, Utah 84111

**ALSO PRESENT:**              DENISE KELLEY
                               ERIC RUCKER

               Rebekah M. Lockwood, RDR, CRR
                    Official Court Reporter
           (813) 301-5380 | r.lockwooduscr@gmail.com
             P.O. Box 173496, Tampa, Florida 33672

| | | |
|---|---|---|
| 10:53:47 | 1 | indicator of damage to the auditory system before hearing loss |
| 10:53:51 | 2 | later shows up.  Right? |
| 10:53:54 | 3 | **A.**    Not tinnitus alone. |
| 10:53:59 | 4 | **Q.**    Okay.  Do you remember testifying on March 23rd, 2022? |
| 10:54:05 | 5 | **A.**    Probably that date. |
| 10:54:12 | 6 | **Q.**    And it's at Page 240, Mr. Marbut. |
| 10:54:39 | 7 |        Okay.  Do you remember being asked this question, giving |
| 10:54:46 | 8 | this answer: |
| 10:54:47 | 9 | "**Q.**   You'd agree with me that tinnitus can be a leading |
| 10:54:51 | 10 | indicator of damage to the auditory system before hearing loss |
| 10:54:54 | 11 | later shows up." |
| 10:54:56 | 12 |        And you answered what? |
| 10:54:57 | 13 | **A.**    The answer says, "Tinnitus can be an indicator of |
| 10:55:00 | 14 | something happening in the auditory system, but that auditory |
| 10:55:03 | 15 | symptom is not 100 percent attributed to only hearing related |
| 10:55:07 | 16 | issues." |
| 10:55:08 | 17 | **Q.**    Now, without reading from the document, I totally |
| 10:55:11 | 18 | understand it -- that, but tinnitus can be a leading indicator |
| 10:55:16 | 19 | of damage to the auditory system before the hearing loss shows |
| 10:55:19 | 20 | up.  Do you agree with that? |
| 10:55:21 | 21 | **A.**    Again, tinnitus -- I agree with that in part. |
| 10:55:25 | 22 | **Q.**    Okay. |
| 10:55:26 | 23 | **A.**    Tinnitus and other symptoms can give you indication that |
| 10:55:30 | 24 | something is happening in the auditory system before permanent |
| 10:55:33 | 25 | hearing loss. |

**CERTIFICATE OF REPORTER**

STATE OF FLORIDA

COUNTY OF ESCAMBIA

I, Rebekah M. Lockwood, RDR, CRR, do hereby certify that I was authorized to and did stenographically report the foregoing proceedings; and that the foregoing pages constitute a true and complete computer-aided transcription of my original stenographic notes to the best of my knowledge, skill, and ability.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my hand at Pensacola, Escambia County, Florida, this 5th day of April 2022.

_____
REBEKAH M. LOCKWOOD, RDR, CRR
Official Court Reporter
United States District Court
Middle District of Florida