# PX24

INTERNATIONAL JOURNAL OF AUDIOLOGY
https://doi.org/10.1080/14992027.2020.1743884

   


ARTICLE

# Clinical audiometric patterns of hearing loss following blast-related injury in U.S. military personnel

Antony R. Joseph[a,b], Jaime L. Shaw[a,c], Mary C. Clouser[a,c], Andrew J. MacGregor[a], Amber L. Dougherty[a,c] and Michael R. Galarneau[a]

[a]Medical Modeling, Simulation, and Mission Support Department, Naval Health Research Center, San Diego, CA, USA; [b]Hearing Loss Prevention Laboratory, Communication Sciences and Disorders Department, Illinois State University, Normal, IL, USA; [c]Leidos, Inc., San Diego, CA, USA

## ABSTRACT

**Objective:** To identify clinical audiometric patterns of hearing loss following blast-related injury (BRI) in US military personnel.

**Design:** Retrospective cohort study.

**Study sample:** A total of 1186 male Navy and Marine Corps service members with normal hearing thresholds on pre-injury audiograms who had post-injury audiograms in the Blast-Related Auditory Injury Database.

**Results:** Low- and high-frequency pure-tone averages (PTAs) were significantly higher in those with BRI than non-blast-related injury (NBRI) for both ears ($p < 0.001$ for all comparisons). Overall, 172 (15%) service members met criteria for post-injury hearing loss and were categorised into PTA or single-frequency hearing loss subgroups. PTA hearing loss was more common in the BRI group (50% vs. 33%, $p < 0.036$), whereas single-frequency hearing loss was more common in the NBRI group. Most hearing loss was mild to moderate in degree, and the three distinct audiometric patterns emerged (i.e. flat, sloping and rising). A flat pattern was the most prevalent configuration among those with PTA hearing loss, especially bilateral loss. Single-frequency hearing loss was mostly unilateral and high frequency.

**Conclusions:** In this study, BRI produced hearing loss across test frequencies, generating more clinically actionable post-injury audiograms than NBRI. We found that post-injury audiometric patterns of hearing loss among military personnel may vary.

## ARTICLE HISTORY

Received 17 September 2019
Revised 11 March 2020
Accepted 12 March 2020

## KEYWORDS

Audiometric pattern; blast injury; hearing loss; military; noise exposure; severity of hearing loss


PLAINTIFFS' TRIAL EXHIBIT
P-GEN-06372

## Introduction

Continuous exposure to common steady-state hazardous industrial noise produces gradual hearing threshold shift and, in time, noise-induced hearing loss (NIHL), which is typically an inner ear, cochlear pathology (Cho et al. 2013; Coles, Lutman, and Buffin 2000; Cooper and Owen 1976; Mantysalo and Vuori 1984; Mirza et al. 2018; Rabinowitz 2000; Sliwinska-Kowalska and Davis 2012). Noise exposure duration may be brief or continuous, and chronic exposure usually leads to hearing impairment in the high-frequency range, namely 3000–6000 Hz (Cooper and Owen 1976; Mirza et al. 2018; Rabinowitz 2000; Rabinowitz et al. 2006). Blast impulse noise, in comparison, is characterised by brief in duration and exposure is generally acute, and available studies have reported a variety of associated hearing loss patterns (Berger et al. 1997; Coles et al. 1968; Segal et al. 1988; Teter, Newell, and Aspinall 1970). The effect of intense impulse noise, such as those caused by gunfire and explosives, has been described as mechanically and metabolically injurious to the auditory system, resulting in high-frequency NIHL that develops rapidly (Tambs et al. 2006; Salmivalli 1978; Ylikoski 1987). It remains unclear whether blasts produce the same type of audiometric threshold pattern as non-blast occupational exposures.

Much of the blast injury literature has debated the diagnostic classification of hearing loss in exposed populations and has not described the audiometric pattern or severity of impairment (Mrena et al. 2004; Rivière et al. 2008; Walsh et al. 1995; Ziv et al. 1973). It is apparent from the literature that blasts can produce hearing threshold loss at a substantial rate (Hirsch 1968; Melinek, Naggan, and Altman 1976; Mrena et al. 2004; Oleksiak et al. 2012; Remenschneider et al. 2014; Teter, Newell, and Aspinall 1970; Ziv et al. 1973), although lower rates of impairment have been observed in some reports (Joseph et al. 2016, 2018). A variety of audiometric patterns have been reported in civilian blast-exposed groups (Bruins and Cawood 1991; Nageris, Attias, and Shemesh 2008; Remenschneider et al. 2014), but definitive audiometric patterns of blast-injured military personnel have not been adequately described in the literature. For example, a pattern of flat and sloping losses was observed most frequently in civilian blast-exposed populations (Bruins and Cawood 1991; Nageris, Attias, and Shemesh 2008; Remenschneider et al. 2014). A sloping audiogram is defined by Katz (2015) as <20 dB/octave. This is clinically plausible because low-frequency hearing loss related to tympanic membrane rupture resolves over time, whereas high-frequency hearing loss related to cochlear dysfunction may persist (Nageris, Attias, and Shemesh 2008). The extent of blast-related hearing loss in the literature ranged from mild (30–45 dBHL) to severe (70–85 dBHL) (Man, Naggan, and Bergman 1981; Melinek, Naggan, and Altman 1976; Remenschneider et al. 2014). Audiometric

**CONTACT** Antony R. Joseph  arjoseph@ilstu.edu  Hearing Loss Prevention Laboratory, Communication Sciences and Disorders Department, Illinois State University, Normal, IL, USA

This article has been republished with minor changes. These changes do not impact the academic content of the article.

This work was authored as part of the Contributor's official duties as an Employee of the United States Government and is therefore a work of the United States Government. In accordance with 17 USC. 105, no copyright protection is available for such works under US Law.

configurations and levels of hearing loss severity applied in routine clinical settings have been described by Margolis and Saly (2007).

According to the convention, NIHL that occurs after exposure to hazardous industrial noise has been diagnostically validated by the presence of a high-frequency, sloping-notched audiogram (Coles, Lutman, and Buffin 2000; McBride and Williams 2001; Mirza et al. 2018; Moon et al. 2011; Ristovska, Jachova, and Atanasova 2015; Sliwinska-Kowalska and Davis 2012). Although a sloping-notched audiogram is a marker for noise exposure in younger individuals, as higher-frequency thresholds worsen due to aging (Demeester et al. 2009), a notched pattern can fade away and become absorbed by a precipitously sloping pattern. Multiple distinguishable audiometric configurations, however, have been associated with exposure to blast noise, one of which is a high-frequency, sloping-notched audiogram (Berger et al. 1997; Bruins and Cawood 1991; Coles et al. 1968; Man, Naggan, and Bergman 1981; Nageris, Attias, and Shemesh 2008; Remenschneider et al. 2014; Segal et al. 1988; Teter, Newell, and Aspinall 1970). Audiometric pattern and hearing loss severity data following blast exposure varied widely in the literature because of individual exposure conditions and susceptibility. In addition, sample sizes for most studies, with few exceptions, were relatively small and ranged from 29 and 94 subjects (Mrena et al. 2004; Nageris, Attias, and Shemesh 2008; Remenschneider et al. 2014; Teter, Newell, and Aspinall 1970; Yetiser and Ustun 1993).

The Blast-Related Auditory Injury Database (BRAID) was created to investigate the effect of blast-related injury (BRI) on hearing sensitivity in a representative military cohort with previous combat deployment (Joseph et al. 2016). Previous work using the BRAID has shown that BRI, compared with non-blast-related injury (NBRI), was associated with an increased risk of new-onset post-injury hearing loss after combat deployment (Joseph et al. 2018). The main objectives of this retrospective cohort study were to identify clinical audiometric patterns of hearing loss following BRI among US military personnel in the BRAID and compare them with audiometric patterns among military personnel with NBRI.

## Materials and methods

### Data sources

Data for this retrospective cohort study were obtained from the BRAID, a comprehensive database of US Navy and Marine Corps personnel that combines audiometric records from the Defense Occupational and Environmental Health Readiness System-Hearing Conservation (DOEHRS-HC) with demographic and deployment-related injury event data from the Expeditionary Medical Encounter Database (EMED) (Joseph et al. 2016). The DOEHRS-HC is the information system that collects, maintains, compares and reports hearing conservation data for all military personnel. Audiometric testing was conducted by trained technicians under the oversight of a licenced audiologist. Computerised audiometers were used to test patients and electronically record the results. Testing was administered in a certified sound-treated enclosure using audiometers that were acoustically calibrated annually and biologically calibrated daily. Additional details on the test environment used by the DOEHRS-HC are available elsewhere (Department of Defense 2010). The EMED contains information on service members treated for injury or illness during combat deployment and collates this information from multiple points of care for each patient, beginning at the point of injury or illness through long-term rehabilitative outcome (Galarneau et al. 2006).

### Study population

The BRAID was queried for male service members with pre- and post-injury audiograms within 12 months prior to or following their injury (i.e. BRI or NBRI). Only service members with no prior hearing loss on their pre-injury audiogram (i.e. hearing level ≤25 dB at every frequency) were included. Information on additional auditory deficits, such as difficulty with the perception of speech in noise secondary to inner-ear cochlear hair cell damage, synaptopathy, or neural processing dysfunction, were not available for analysis. Females were excluded because of differential occupational exposures and small numbers within subgroups of the population (e.g. BRI group). As shown in Figure 1, the study population consisted of 1574 service members from the BRAID. Three hundred and eighty-eight individuals with hearing loss on their pre-injury audiogram were excluded. The final study sample included 1186 male US military personnel.

### Audiometric measures

Mean audiometric thresholds were computed for the left and right ear at six audiometric test frequencies (500, 1000, 2000, 3000, 4000 and 6000 Hz) for the pre- and post-injury audiograms. Low- and high-frequency pure-tone averages (LFPTAs and HFPTAs, respectively) were calculated by averaging responses at the three lowest (500, 1000 and 2000 Hz) and three highest (3000, 4000 and 6000 Hz) frequencies for each ear. Consistent with our previous work (Joseph et al. 2016, 2018), new-onset post-injury hearing loss was defined as a threshold >25 dBHL at any frequency. As shown in Figure 1, service members with new-onset hearing loss were categorised into one of three categories of PTA hearing loss (low-frequency hearing loss only [LFPTA >25 dBHL], high-frequency hearing loss only [HFPTA >25 dBHL], or both low- and high-frequency hearing loss [LFPTA and HFPTA >25 dBHL]), or single-frequency hearing loss (hearing loss at only one frequency). Hearing loss severity was categorised per previous literature as mild (30–45 dBHL), moderate (50–65 dBHL), severe (70–85 dBHL) and profound (≥90 dBHL) (Joseph et al. 2016, 2018).

### Covariates

Variables from the EMED used in this study included age at the time of injury (18–20, 21–25, 26–34 or ≥35 years), military service branch (Marine Corps or Navy), occupational specialty (infantry or non-infantry), injury mechanism (blast or other) and Injury Severity Score (ISS). The ISS is an anatomic scoring system that assesses the combined effects of multiple injuries in a patient and ranges from 0 (*no injury*) to 75 (*maximal injury*) (Baker et al. 1974). The injury mechanism variable was used to categorise the exposure of interest (i.e. injury type) as BRI or NBRI. For those with multiple BRI events, only the first event was included. The NBRI group consisted of service members who sustained other injuries while deployed (e.g. gunshot wounds) and had no prior injuries involving blasts.

## Statistical analysis

Chi-square tests were used to compare differences in categorical variables (i.e. age at time of injury, service branch and occupational specialty) by injury type, and a $t$ test was used to assess ISS as a continuous variable by injury type. Audiometric data were reviewed by a senior occupational audiologist (A. R. J.). $t$ tests were used to compare mean LFPTAs and HFPTAs by left and right ears and injury type. Mean audiometric data for the hearing loss subgroups (low frequency only, high frequency only, both low and high frequency, or single frequency only) were plotted for the left and right ears by injury type. Mean severity of hearing loss was calculated across the test frequencies. Statistical significance was set at alpha level of 0.05. Data management and statistical analyses were performed using SAS software, version 9.3 (SAS Institute, Inc., Cary, NC, USA).

## Results

The final study sample included 1186 male military personnel, 482 (41%) with BRI and 704 (59%) with NBRI (Figure 1). Age ranged from 18 to 51 years. Demographic and injury characteristics of the study sample are provided by injury type in Table 1. The proportion of individuals aged 18–25 years was higher in the BRI than NBRI group (84 vs. 77%, $p < 0.001$). In addition, the BRI group was composed of more infantry personnel than the NBRI group (72 vs. 33%, $p < 0.001$). Approximately 15% (172 of 1186) of the study sample met the criteria for new-onset post-injury hearing loss, with significantly higher prevalence in the BRI than NBRI group (21 vs. 10%, $p < 0.001$). PTAs for each ear were compared for the entire study sample by injury type (Table 2). Mean post-injury LFPTAs and HFPTAs were statistically higher in the BRI than NBRI group for both ears ($p < 0.001$ for all comparisons).

**Table 1.** Demographic and injury characteristics of the study sample by injury type ($n = 1186$).

| Characteristic | NBRI ($n = 704$) | BRI ($n = 482$) | p |
|---|---|---|---|
| Age (years), no. (%) | | | <0.001 |
| 18–20 | 161 (22.9) | 146 (30.3) | |
| 21–25 | 381 (54.1) | 258 (53.5) | |
| 26–34 | 121 (17.2) | 70 (14.5) | |
| ≥35 | 41 (5.8) | 8 (1.7) | |
| Occupational specialty, no. (%) | | | <0.001 |
| Infantry | 230 (32.7) | 349 (72.4) | |
| Non-infantry | 474 (67.3) | 133 (27.6) | |
| Service branch, no. (%) | | | 0.10 |
| Marine Corps | 654 (92.9) | 459 (95.2) | |
| Navy | 50 (7.1) | 23 (4.8) | |
| ISS, mean (SD) | 2.0 (3.1) | 3.6 (4.0) | <0.001 |

BRI: blast-related injury; NBRI: non-blast-related injury; ISS: Injury Severity Score.

**Table 2.** Means and standard deviations for low- and high-frequency pure-tone averages for left and right ears by injury type ($n = 1186$).

| Audiometry | NBRI ($n = 704$) Mean (SD) | BRI ($n = 482$) Mean (SD) | p |
|---|---|---|---|
| LFPTA | | | |
| Left ear | 7.4 (7.4) | 9.5 (8.6) | <0.001 |
| Right ear | 6.7 (7.2) | 8.7 (8.3) | <0.001 |
| HFPTA | | | |
| Left ear | 9.4 (8.6) | 11.5 (9.6) | <0.001 |
| Right ear | 7.7 (8.0) | 10.1 (9.5) | <0.001 |

BRI: blast-related injury; HFPTA: high-frequency pure-tone average; LFPTA: low-frequency pure-tone average; NBRI: non-blast-related injury; SD: standard deviation.



**Figure 1.** Diagram of study population queried from the Blast-Related Auditory Injury Database.

**Table 3.** Number and per cent of blast-related injury (BRI) and non-blast-related injury (NBRI) patients with unilateral and bilateral pure-tone average hearing loss by severity.

| Degree of hearing loss | Unilateral No. (%) | Bilateral No. (%) | Total No. (%) |
|---|---|---|---|
| BRI | $n = 21$ | $n = 30$ | $n = 51$ |
| Mild (30 − 45 dBHL) | 14 (67%) | 19 (63%) | 33 (65%) |
| Moderate (50 − 65 dBHL) | 7 (33%) | 7 (23%) | 14 (27%) |
| Severe (70 − 85 dBHL) | 0 (0) | 2 (7%) | 2 (4%) |
| Profound (≥90 dBHL) | 0 (0) | 2 (7%) | 2 (4%) |
| NBRI | $n = 12$ | $n = 11$ | $n = 23$ |
| Mild (30 − 45 dBHL) | 9 (75%) | 5 (45%) | 14 (61%) |
| Moderate (50 − 65 dBHL) | 2 (17%) | 3 (27%) | 5 (22%) |
| Severe (70 − 85 dBHL) | 1 (8%) | 2 (18%) | 3 (13%) |
| Profound (≥90 dBHL) | 0 (0) | 1 (9%) | 1 (4%) |

### PTA hearing loss

Overall, 43% (74 of 172) of service members with new-onset post-injury hearing loss had PTA hearing loss (i.e. low-frequency hearing loss only, high-frequency hearing loss only or both high- and low-frequency hearing loss), which was more common in the BRI (51 of 103; 50%) than NBRI group (23 of 69; 33%; $p < 0.036$). Of the 51 BRI subjects with new-onset PTA hearing loss, 21 (41%) had unilateral and 30 (59%) had bilateral impairment (Table 3), and most demonstrated a mild ($n = 33$; 65%) or moderate degree of hearing loss ($n = 14$; 27%). Of the unilateral losses ($n = 21$), 13 (62%) were in the left ear and 8 were in the right ear (38%). In Table 3, data for the NBRI group with new-onset PTA hearing loss indicate that the majority had mild hearing loss ($n = 14$; 61%), followed by moderate ($n = 5$; 22%), severe ($n = 3$; 13%) and profound loss of hearing ($n = 1$; 4%).

### Single-frequency hearing loss

The remaining 98 of 172 (57%) service members with new-onset post-injury hearing loss were defined as single-frequency hearing loss. Although the majority occurred in the BRI group (52 of 98; 53%), single-frequency hearing loss accounted for a higher proportion of new-onset hearing loss in the NBRI (46 of 69; 67%) than BRI group (52 of 103; 50%; $p < 0.036$). In the BRI group ($n = 52$), single-frequency hearing loss occurred mostly in the left ear ($n = 27$; 52%), followed by the right ear ($n = 20$; 38%), and bilaterally ($n = 5$; 10%). Single-frequency hearing loss occurred at 6000 Hz more than any other test frequency (56%), followed by 4000 Hz (24%), and, at these frequencies, in the left (63%) more than the right ear (53%). A single-frequency hearing loss occurred in every test frequency except 1000 Hz. Almost 97% of left ear single-frequency hearing losses were less than 50 dBHL, and 53% were mild hearing losses. All right ear single-frequency hearing losses were less than 50 dBHL, and 63% were mild hearing losses.

### Audiometric patterns

#### PTA hearing loss

Hearing thresholds from post-injury audiograms were examined in service members with new-onset PTA hearing loss to determine whether discernible audiometric patterns emerged by ear and injury type. Mean hearing thresholds were plotted from 500 to 6000 Hz for the left (Figure 2) and right (Figure 3) ears by injury type and PTA hearing loss group: (1) low-frequency hearing loss only, (2) high-frequency hearing loss only or (3) both low- and high-frequency hearing loss. The hearing loss





**Figure 2.** Mean post-injury audiograms for the left ear among service members with new-onset pure-tone average hearing loss by injury type and hearing loss group: (A) blast-related injury (BRI) low-frequency (LF) hearing loss only ($n = 6$), high-frequency (HF) hearing loss only ($n = 19$) and both LF and HF hearing loss ($n = 26$); (B) non-blast-related injury (NBRI) low-frequency (LF) hearing loss only ($n = 2$), high-frequency (HF) hearing loss only ($n = 7$), and both LF and HF hearing loss ($n = 14$).

subgroups included individuals with hearing loss in either or both ears, such that, if a subject had high-frequency loss in the left ear, but not in the right ear, they were still considered to be in the high-frequency hearing loss group and their data contributed to both the left and right ear audiograms.

In the BRI group with new-onset PTA hearing loss ($n = 51$), 6 (12%) had a rising low-frequency hearing loss pattern, 19 (37%) had a sloping high-frequency hearing loss pattern and 26 (51%) had a flat hearing loss pattern encompassing the low- and high-frequency range. In the NBRI group with new-onset PTA hearing loss ($n = 23$), 2 (9%) had a rising low-frequency hearing loss pattern, 7 (30%) had a sloping high-frequency hearing loss pattern and 14 (61%) had a flat hearing loss pattern in the low- and high-frequency range.

As shown in Figure 2, the BRI and NBRI low-frequency hearing loss audiograms for the left ear presented a rising





**Figure 3.** Mean post-injury audiograms for the right ear among service members with new-onset pure-tone average hearing loss by injury type and hearing loss group: (A) blast-related injury (BRI) low-frequency (LF) hearing loss only ($n = 6$), high-frequency (HF) hearing loss only ($n = 19$) and both LF and HF hearing loss only ($n = 26$); (B) non-blast-related injury (NBRI) low-frequency (LF) hearing loss only ($n = 2$), high-frequency (HF) hearing loss only ($n = 7$), and both LF and HF hearing loss ($n = 14$).

audiometric pattern, with mild low- and mid-frequency hearing loss that improved to within normal limits in the higher frequencies (4000–6000 Hz). High-frequency hearing loss audiograms produced a sloping audiometric configuration where hearing was within normal limits for the low- and mid-frequencies and sloped down to mild hearing loss in the high frequencies (4000–6000 Hz) on the BRI audiogram, and sharp ($\geq$20 dB/octave), or precipitous, for the NBRI mean thresholds. The groups with low- and high-frequency hearing loss exhibited a flat audiometric shape from the low- to high-frequency range (500–6000 Hz). Audiograms for the three hearing loss subgroups were less disparate in the BRI than NBRI group. Specifically, the low-frequency thresholds (500 and 1000 Hz) in the BRI group were extremely similar for the low-frequency and low- and high-frequency subgroups.





**Figure 4.** Mean postinjury audiograms for service members with single-frequency hearing loss only by injury type: (A) blast-related injury (BRI), $n = 46$; (B) non-blast-related injury (NBRI), $n = 52$.

The mean thresholds of service members with new-onset PTA hearing loss from 500 to 6000 Hz in the right ear (Figure 3) were different from the left ear. Overall, audiograms for BRI and NBRI with low-frequency hearing loss demonstrated a rising audiometric pattern, and NBRI mean audiometric thresholds for the low-frequency hearing loss audiograms remained entirely within normal limits for the right ear. Audiograms for NBRI with high-frequency hearing loss showed a rising pattern from 500 to 2000 Hz with a small notch evident at 3000 Hz. The BRI audiograms showed a mild low-frequency hearing loss at 500 Hz that improved to within normal limits for the mid to high frequencies (1000–6000 Hz). In contrast to the left ear, the high-frequency hearing loss audiograms demonstrated a gradually sloping audiometric configuration for BRI and NBRI in the right ear, but hearing remained within normal limits at all test frequencies (i.e. <25HL dB at 500–6000 Hz).

### Single-frequency hearing loss

As shown in Figure 4, mean audiograms for service members with new-onset single-frequency hearing loss appear to be similar for each ear and injury group. A discernible audiometric configuration emerged from these threshold data that may be described as normal-hearing thresholds from 500 to 6000 Hz with a downward-sloping (worsening) pattern from 2000 to 6000 Hz.

## Discussion

This study identified audiometric patterns of hearing loss after BRI in US military service members, and compared them by injury type, ear and severity. Overall, several frequency patterns emerged for both BRI and NBRI groups; a "signature" audiometric pattern did not emerge for either group. In the BRI group, only 1% was classified with low-frequency hearing loss compared with 15% of blast-exposed civilian patients in a study by Bruins and Cawood (1991). It should be noted that most individuals in this study who incurred low-frequency hearing impairment had concomitant high-frequency loss, which collectively produced a flat audiometric pattern. Approximately, 5% of the study sample had a flat configuration hearing loss pattern, which is consistent with previous research by Ziv et al. (1973) who identified 6% of blast-exposed military personnel with a flat hearing loss pattern. Single-frequency threshold dips were found in 34% (Bruins and Cawood 1991) and 76% of civilian blast victims (Mrena et al. 2004). In contrast, only 11% of blast-injured service members in this study had single-frequency hearing loss, but this hearing loss pattern was analysed separately and not categorised with low- or high-frequency audiometric patterns.

High-frequency hearing loss with a 4000-Hz noise notch has been described as a primary audiometric feature following exposure to blast in military personnel (Ziv et al. 1973), but was not evident in this study, where only 18% of the BRI group had sloping high-frequency hearing loss. Higher rates of high-frequency hearing loss have been reported in other military studies. For example, Ziv et al. (1973) indicated that 22% of their military sample had hearing loss at 3000 and 4000 Hz. Likewise, hearing loss at 4000 and 6000 Hz was reported in 56% of the cohort by Collée et al. (2011). Yetiser and Ustun (1993) classified 36% of explosive-handling military personnel with a sloping pattern, and roughly 76% of civilian subjects in Mrena et al.'s (2004) study exhibited mild sloping high-frequency hearing loss after an explosion in a shopping area. Gradually-sloping high-frequency hearing loss was observed in this study, as defined by Katz (2015), but not at a rate comparable with other military and civilian data. Although Collée et al.'s (2011) study was similar in sample size to this study, subjects were older, and thus, age-related high-frequency hearing loss would be prevalent. Differences from other investigations (e.g. Mrena et al. 2004; Yetiser and Ustun 1993; Ziv et al. 1973) may be due to their small sample sizes, selection bias and inclusion criteria. Importantly, this study required that all personnel had no existing hearing loss at baseline prior to the injury event.

Despite differences in audiometric patterns, findings related to hearing loss severity were comparable to the existing literature. The majority of new-onset hearing loss in this study was categorised as mild to moderate for both the BRI and NBRI groups. In a large study of Belgian military personnel with hazardous noise exposure, the majority of hearing loss was 58% slight (25–40 dBHL), followed by 24% moderate (45–60 dBHL), and 18% severe (>60 dBHL) (Collée et al. 2011). Furthermore, in a small study of military personnel exposed to explosives, Yetiser and Ustun (1993) found 48% of individuals had mild hearing loss (20–30 dBHL), 39% had moderate (35–55 dBHL) and 13% had severe (above 55 dBHL). Although most service members with BRI had audiometric thresholds within normal limits, and most of those with hearing loss suffered only mild impairment, providers should be aware of subclinical conditions, such as cochlear hair cell damage, synaptopathy, and central processing and cognitive disorders that may coexist with normal hearing sensitivity (Gallun et al. 2012; Kujawa and Liberman

2009; Ryan et al. 2016). Further research is needed to clearly understand these areas (Tepe et al. 2017). Providers should ensure that blast-injured military personnel obtain timely referral for diagnostic audiological evaluation and rehabilitation since these patients were more likely than those with other injuries to have moderate-to-severe hearing loss, which may have a significant impact on long-term quality of life (Dalton et al. 2003; Hallberg, Hallberg, and Kramer 2008).

Overall, the highest degree of hearing loss for all mean thresholds was mild in severity, so the expected impact on general communication should be minimal. Nevertheless, the wider range of impaired frequencies may present more challenges to affected listeners. Although service members with BRI suffered more hearing loss with a higher probability of flat threshold patterns than those with NBRI, their audiometric threshold configurations were not exceptionally different. Nevertheless, military personnel with BRI had audiograms that were less jagged, more gradually sloping, and flat, and a larger proportion of them demonstrated bilateral impairment. Notably, the observed flat hearing loss pattern for the right ear in service members with NBRI was in the upper range of mild hearing loss, which would likely require intervention, including, at a minimum, audiological rehabilitation and counselling. The audiograms for all three BRI patterns were less dissimilar than the NBRI audiograms. High-frequency thresholds (4000 and 6000 Hz) were similar for the low- and high-frequency group mean threshold data. According to the data treatment protocols described in the study by Joseph et al. (2016), the BRAID does not contain audiograms consistent with outer or middle ear congestion (conductive hearing loss), which suggests that any remaining pathologic hearing loss patterns most likely represent a sensorineural diagnosis, as indicated elsewhere (Nageris, Attias, and Shemesh 2008; Van Campen et al. 1999). Further, all individuals with flat configuration hearing loss and moderate through profound degree of loss were impaired bilaterally. In other words, more severe blast-related hearing loss is likely to be bilateral, which is consistent with findings from a study of Israeli military personnel (Man, Naggan, and Swet 1975).

A rating system for audiometric data collected from blast-injured military personnel has been reported in the literature (Man, Naggan, and Bergman 1981), not to be confused with the middle ear tympanometry rating convention (Jerger 1970). In the Man, Naggan, and Bergman (1981) report, blast-related hearing loss was classified as follows: hearing within normal limits (Type A), flat configuration with PTAs >25 dBHL (Type B), high-frequency hearing loss only with PTAs >25 dBHL (Type C) and low-frequency hearing loss only with PTAs >25 dBHL (Type D). Following this typology, 79% of the BRI group in this study were classified as Type A, 5% as Type B, 4% as Type C and 1% as Type D. The remaining 11% had single-frequency hearing loss. These results suggest a fifth category, Type E, could be added to this classification system to categorise those with single-frequency hearing loss that are not included in Types A–D. Following deployment, individuals classified by medical staff as Types B, C, D or E should be referred for comprehensive clinical diagnostic audiological consultation. Individuals classified as Type B should also receive an evaluation for hearing assistance technology candidacy. Furthermore, military personnel classified as Type A should receive a diagnostic audiological assessment that includes an examination for auditory processing dysfunction.

The findings of this study must be considered in light of some limitations. Noise exposure dosimetry data, at the group or

individual level, were not available for analysis, and measurement technology for impulsive sound, at this time, is incompatible with austere combat environments. Service members identified as audiometrically within normal limits may not be otologically normal. It is possible that other exposures affected hearing within the 12-month period following injury. For example, hearing thresholds may be within normal limits with the presence of a noise notch, and otoacoustic emission results might show that high-frequency responses are reduced or absent, which is a marker for outer hair cell injury. The same case may demonstrate normal otoacoustic emissions with evidence of central auditory dysfunction. The study findings may also be limited by sample sizes. Although the overall study sample was large, upon stratification, sample sizes for hearing loss subgroups were small, and this may have reduced the statistical power needed to identify differences in audiometric patterns by injury type. Future research with larger samples is needed.

Despite the limitations of this study, there are notable strengths. Primarily, normal hearing was verified with physical audiometric data, not by self-report, and BRAID subjects with pre-exposure hearing loss were removed, which established a pre-injury cohort without the outcome. It has been reported that cochlear hearing sensitivity ceases to improve after 6 months (Bruins and Cawood 1991). The average time between injury and post-injury audiograms was about 7 months and was not statistically different between the injury groups (data not shown), indicating the post-injury data were collected during a period when audiometric thresholds may be considered stable. Another strength of this study was the use of demographic and injury data from the EMED, which is verified by trained nurse coders. Lastly, cases of hearing loss were defined according to Occupational Safety and Health Administration (OSHA) (1983) recommendations (i.e. >25 dbHL) and, thus, were consistent with occupational standards.

Noise has been cited in government surveys (Institute of Medicine 2006; U.S. Government Accountability Office 2011) as a common occupational health hazard for military personnel that should be mitigated by consistent use of hearing protection, as well as continuous improvement of audiometric monitoring programme compliance. It might be prudent for blast-exposed personnel to be granted some noise-free time because this method has been shown to reduce progressive loss of hearing (Melinek, Naggan, and Altman 1976). To increase hearing loss prevention, another strategy could be to provide coordinated audiometric screenings before and after combat deployment that include diagnostic otologic follow-low-up care for blast-exposed individuals. Ideally, to be even more proactive, training should be aimed at improving hearing protection device fittings, including fit-testing procedures, which, in turn, could be expected to prevent hearing loss for new personnel exposed to blast as well as continuous hazardous noise.

## Conclusions

This study demonstrated that BRI produces hearing loss across frequencies, and the post-injury audiometric patterns of hearing loss among military personnel may vary. As such, it is apparent that blast impulse noise may produce an audiometric threshold pattern that is like typical steady-state occupational noise (e.g. 4000-Hz notch), but can produce several other audiometric patterns as well. It is imperative to continue to monitor and analyse the effects of BRI on hearing sensitivity and configurations of audiometric threshold data over time. The results of this investigation provide some insight about at-risk populations for the purposes of early intervention and hearing loss prevention, and

aid in the development of the best practice guidelines for clinicians and supportive hearing health policies.

## Ethical approval

The study protocol was approved by the Naval Health Research Center Institutional Review Board in compliance with all applicable Federal regulations governing the protection of human subjects. Research data were derived from an approved Naval Health Research Center Institutional Review Board protocol, number NHRC.2003.0025.

## Acknowledgments

We thank Carrie Brown and Michelle LeWark for technical review and support.

## Disclosure statement

I am a military service member or employee of the US Government. This work was prepared as part of my official duties. Title 17, U.S.C. §105 provides that copyright protection under this title is not available for any work of the US Government. Title 17, U.S.C. §101 defines a US Government work as work prepared by a military service member or employee of the US Government as part of that person's official duties.

Report No. 19-52 was supported by the Congressionally Directed Medical Research Program award number W81XWH-14-CRMRP-NSRRA under work unit no. 60808. The views expressed in this article are those of the authors and do not necessarily reflect the official policy or position of the Department of the Navy, Department of Defense, nor the US Government. No potential conflict of interest was reported by the author(s).

## Funding

This work was supported by the Congressionally Directed Medical Research Program award number W81XWH-14-CRMRP-NSRRA.

## References

Baker, S. P., B. O'Neil, W. Haddon, and W. B. Long. 1974. "The Injury Severity Score: A Method for Describing Patients with Multiple Injuries and Evaluating Emergency Care." *Journal of Trauma* 14 (3): 187–196. doi:10.1097/00005373-197403000-00001.

Berger, S., Y. Finkelstein, S. Avraham, and M. Himmelfarb. 1997. "Patterns of Hearing Loss in Non-Explosive Blast Injury of the Ear." *The Journal of Laryngology and Otology* 111 (12): 1137–1141. doi:10.1017/S0022215100139544.

Bruins, W. R., and R. H. Cawood. 1991. "Blast Injuries of the Ear as a Result of the Peterborough Lorry Explosion: 22 March 1989." *The Journal of Laryngology and Otology* 105 (11): 890–895. doi:10.1017/S002221510011775X.

Cho, S. I., S. S. Gao, A. Xia, R. Wang, F. T. Salles, P. D. Raphael, H. Abaya, et al. 2013. "Mechanisms of Hearing Loss after Blast Injury to the Ear." *PLOS One* 8 (7): e67618. doi:10.1371/journal.pone.0067618.

Coles, R. R., G. R. Garinther, D. C. Hodge, and C. G. Rice. 1968. "Hazardous Exposure to Impulse Noise." *The Journal of the Acoustical Society of America* 43 (2): 336–343. doi:10.1121/1.1910785.

Coles, R. R., R. E. Lutman, and J. T. Buffin. 2000. "Guidelines on the Diagnosis of Noise-Induced Hearing Loss for Medicolegal Purposes." *Clinical Otolaryngology and Allied Sciences* 25 (4): 264–273. doi:10.1046/j.1365-2273.2000.00368.x.

Collée, A., C. Legrand, B. Govaerts, P. Van Der Veken, F. De Boodt, and E. Degrave. 2011. "Occupational Exposure to Noise and the Prevalence of

Hearing Loss in a Belgian Military Population: A Cross-Sectional Study." *Noise and Health* 13 (50): 64–70. doi:10.4103/1463-1741.73997.

Cooper, J. C., and J. H. Owen. 1976. "Audiologic Profile of Noise-Induced Hearing Loss." *Archives of Otolaryngology* 102 (3): 148–150. doi:10.1001/archotol.1976.00780080070007.

Dalton, D. S., K. J. Cruickshanks, B. E. Klein, R. Klein, T. L. Wiley, and D. M. Nondahl. 2003. "The Impact of Hearing Loss on Quality of Life in Older Adults." *The Gerontologist* 43 (5): 661–668. doi:10.1093/geront/43.5.661.

Demeester, K., A. van Wieringen, J. Hendrickx, V. Topsakal, E. Fransen, L. van Laer, G. Van Camp, and P. Van de Heyning. 2009. "Audiometric Shape and Presbycusis." *International Journal of Audiology* 48 (4): 222–232. doi:10.1080/14992020802441799.

Department of Defense. 2010. "December 3, DoD instruction 6055.12. Hearing Conservation Program (HCP)." https://www.med.navy.mil/sites/nmcphc/Documents/nepmu-6/DODI-6055-12-Hearing-Con-Dec2010.pdf.

Galarneau, M. R., W. C. Hancock, P. Konoske, T. Melcer, R. R. Vickers, G. J. Walker, and J. M. Zouris. 2006. "The Navy-Marine Corps Combat Trauma Registry." *Military Medicine* 171 (8): 691–697. doi:10.7205/MILMED.171.8.691.

Gallun, F. J., A. C. Diedesch, L. R. Kubli, T. C. Walden, R. L. Folmer, M. S. Lewis, D. J. McDermott, S. A. Fausti, and M. R. Leek. 2012. "Performance on Tests of Central Auditory Processing by Individuals Exposed to High-Intensity Blasts." *Journal of Rehabilitation Research and Development* 49 (7): 1005–1025. doi:10.1682/JRRD.2012.03.0038.

Hallberg, L. R., U. Hallberg, and S. E. Kramer. 2008. "Self-Reported Hearing Difficulties, Communication Strategies and Psychological General Well-Being (Quality of Life) in Patients with Acquired Hearing Impairment." *Disability and Rehabilitation* 30 (3): 203–212. doi:10.1080/09638280701228093.

Hirsch, F. G. 1968. "Effects of Overpressure on the Ear – a Review." *Annals of the New York Academy of Sciences* 152 (1): 147–162. doi:10.1111/j.1749-6632.1968.tb11972.x.

Institute of Medicine. 2006. *Noise and Military Service: Implications for Hearing Loss and Tinnitus.* Washington, DC: National Academies Press.

Jerger, J. 1970. "Clinical Experience with Impedance Audiometry." *Archives of Otolaryngology* 92 (4): 311–324. doi:10.1001/archotol.1970.04310040005002.

Joseph A. R., Horton, J. L., Clouser, M. C. MacGregor, A. J., Louie, M., and Galarneau, M. R. 2016. "Development of a Comprehensive Blast-Related Auditory Injury Database (BRAID)." *Journal of Rehabilitation Research and Development* 53 (3): 295–306. doi:10.1682/JRRD.2015.02.0031.

Joseph, A. R., J. L. Shaw, M. C. Clouser, A. J. MacGregor, and M. R. Galarneau. 2018. "Impact of Blast Injury on Hearing in a Screened Male Military Population." *American Journal of Epidemiology* 187 (1): 7–15. doi:10.1093/aje/kwx199.

Katz, J. 2015. *Handbook of Clinical Audiology.* 7th ed. Philadelphia: Wolter Kluwer Health.

Kujawa, S. G., and M. C. Liberman. 2009. "Adding Insult to Injury: Cochlear Nerve Degeneration after "Temporary" Noise-Induced Hearing Loss." *Journal of Neuroscience* 29 (45): 14077–14085. doi:10.1523/JNEUROSCI.2845-09.2009.

Man, A., L. Naggan, and M. Bergman. 1981. "Classification of the Severity of Acoustic Trauma Based on Pure Tone Threshold Audiometry." *Acta Oto-Laryngologica* 92 (1–6): 25–31. doi:10.3109/00016488109133234.

Man, A. L., L. Naggan, and D. V. Swet. 1975. "Bilateral Hearing Loss as a Sequel to Unilateral Acoustic Trauma." *Israel Journal of Medical Sciences* 11 (1): 5–9.

Mantysalo, S., and J. Vuori. 1984. "Effects of Impulse Noise and Continuous Steady State Noise on Hearing." *British Journal of Industrial Medicine* 41 (1): 122–132. doi:10.1136/oem.41.1.122.

Margolis, R. H., and G. L. Saly. 2007. "Toward a Standard Description of Hearing Loss." *International Journal of Audiology* 46 (12): 746–758. doi:10.1080/14992020701572652.

McBride, D. I., and S. Williams. 2001. "Audiometric Notch as a Sign of Noise Induced Hearing Loss." *Occupational and Environmental Medicine* 58 (1): 46–51. doi:10.1136/oem.58.1.46.

Melinek, M., L. Naggan, and M. Altman. 1976. "Acute Acoustic Trauma – a Clinical Investigation and Prognosis in 433 Symptomatic Soldiers." *Israel Journal of Medical Sciences* 12 (6): 560–569.

Mirza, R., D. B. Kirchner, R. A. Dobie, and J. Crawford. 2018. "Occupational Noise-Induced Hearing Loss." *Journal of Occupational and Environmental Medicine* 60 (9): e498–e501. doi:10.1097/JOM.0000000000001423.

Moon, I. S., S. Y. Park, H. J. Park, H. S. Yang, S. J. Hong, and W. S. Lee. 2011. "Clinical Characteristics of Acoustic Trauma Caused by Gunshot Noise in Mass Rifle Drills without Ear Protection." *Journal of Occupational and Environmental Hygiene* 8 (10): 618–623. doi:10.1080/15459624.2011.609013.

Mrena, R., R. Paakkonen, L. Back, U. Pirvola, and J. Ylikoski. 2004. "Otologic Consequences of Blast Exposure: A Finnish Case Study of a Shopping Mall Bomb Explosion." *Acta Oto-Laryngologica* 124 (8): 946–952. doi:10.1080/00016480310017045.

Nageris, B. I., J. Attias, and R. Shemesh. 2008. "Otologic and Audiologic Lesions Due to Blast Injury." *Journal of Basic and Clinical Physiology and Pharmacology* 19 (3–4): 185–191.

Occupational Safety and Health Administration (OSHA). 1983. US Occupational Safety and Health Administration, OSHA; Labor US Department of Labor, editor. 1910.95 CFR. 48 Federal Register. 1983. Occupational Noise Exposure: Hearing Conservation Amendment (Final Rule) Federal Register 9738–9785.

Oleksiak, M., B. M. Smith, J. R. St Andre, C. M. Caughlan, and M. Steiner. 2012. "Audiological Issues and Hearing Loss among Veterans with Mild Traumatic Brain Injury." *Journal of Rehabilitation Research and Development* 49 (7): 995–1004. doi:10.1682/JRRD.2011.01.0001.

Rabinowitz, P. M. 2000. Noise-induced hearing loss. *American Family Physician* 61 (9), 2749–2756; 2759–2760.

Rabinowitz, P. M., D. Galusha, M. D. Slade, C. Dixon-Ernst, K. D. Sircar, and R. A. Dobie. 2006. "Audiogram Notches in Noise-Exposed Workers." *Ear and Hearing* 27 (6): 742–750. doi:10.1097/01.aud.0000240544.79254.bc.

Remenschneider, A. K., S. Lookabaugh, A. Aliphas, J. R. Brodsky, A. K. Devaiah, W. Dagher, K. M. Grundfast, et al. 2014. "Otologic Outcomes after Blast Injury: The Boston Marathon Experience." *Otology and Neurotology* 35 (10): 1825–1834. doi:10.1097/MAO.0000000000000616.

Ristovska, L., Z. Jachova, and N. Atanasova. 2015. "Frequency of the Audiometric Notch following Excessive Noise Exposure." *Archives of Acoustics* 40 (2): 213–221. doi:10.1515/aoa-2015-0024.

Rivière, S., V. Schwoebel, K. Lapierre-Duval, G. Warret, M. Saturnin, P. Avan, A. Job, T. Lang, and the Expert Group. 2008. "Hearing Status after an Industrial Explosion: experience of the AZF Explosion, 21 September 2001, France." *International Archives of Occupational and Environmental Health* 81 (4): 409–414. doi:10.1007/s00420-007-0227-7.

Ryan, A. F., S. G. Kujawa, T. Hammill, C. Le Prell, and J. Kil. 2016. "Temporary and Permanent Noise-Induced Threshold Shifts: A Review of Basic and Clinical Observations." *Otology and Neurotology* 37 (8): e271–275. doi:10.1097/MAO.0000000000001071.

Salmivalli, A. 1978. "Military Audiological Aspects in Noise-Induced Hearing Losses." *Acta Oto-Laryngologica* 86 (S360): 96–97. doi:10.3109/00016487809123484.

Segal, S., M. Harell, A. Shahar, and M. Englender. 1988. "Acute Acoustic Trauma: Dynamics of Hearing Loss following Cessation of Exposure." *American Journal of Otolaryngology* 9 (4): 293–298.

Sliwinska-Kowalska, M., and A. Davis. 2012. "Noise-Induced Hearing Loss." *Noise Health* 14 (61): 274–280. doi:10.4103/1463-1741.104893.

Tambs, K., H. J. Hoffman, H. M. Borchgrevink, J. Holmen, and B. Engdahl. 2006. "Hearing Loss Induced by Occupational and Impulse Noise: Results on Threshold Shifts by Frequencies, Age and Gender from the Nord-Trøndelag Hearing Loss Study." *International Journal of Audiology* 45 (5): 309–317. doi:10.1080/14992020600582166.

Tepe, V., C. Smalt, J. Nelson, T. Quatieri, and K. Pitts. 2017. "Hidden Hearing Injury: The Emerging Science and Military Relevance of Cochlear Synaptopathy." *Military Medicine* 182 (9): e1785–e1795. doi:10.7205/MILMED-D-17-00025.

Teter, D. I., R. C. Newell, and K. B. Aspinall. 1970. "Audiometric Configurations Associated with Blast Trauma." *The Laryngoscope* 80 (7): 1122–1132. doi:10.1288/00005537-197007000-00010.

U.S. Government Accountability Office. 2011. "Hearing loss prevention: improvements to DOD hearing conservation programs could lead to better outcomes". Publication No. GAO-11-114. https://www.gao.gov/assets/320/315395.pdf.

Van Campen, L. E., J. M. Dennis, R. C. Hanlin, S. B. King, and A. M. Velderman. 1999. "One-Year Audiologic Monitoring of Individuals Exposed to the 1995 Oklahoma City Bombing." *Journal of the American Academy of Audiology* 10 (5): 231–247.

Walsh, R. M., J. P. Pracy, A. M. Huggon, and M. J. Gleeson. 1995. "Bomb Blast Injuries to the Ear: The London Bridge Incident Series." *Journal of Accident and Emergency Medicine* 12 (3): 194–198. doi:10.1136/emj.12.3.194.

Yetiser, S., and T. Ustun. 1993. "Concussive Blast-Type Aural Trauma, Eardrum Perforations, and Their Effects on Hearing Levels: An Update on Military Experience in Izmir, Turkey." *Military Medicine* 158 (12): 803–806. doi:10.1093/milmed/158.12.803.

Ylikoski, J. 1987. "Audiometric Configurations in Acute Acoustic Trauma Caused by Firearms." *Scandanavian Audiology* 16 (3): 115–122. doi:10.3109/01050398709042165.

Ziv, M., N. C. Philipsohn, G. Leventon, and A. Man. 1973. "Blast Injury of the Ear: Treatment and Evaluation." *Military Medicine* 138 (12): 811–813. doi:10.1093/milmed/138.12.811.