# PX26



Hearing Research 141 (2000) 220–228



www.elsevier.com/locate/heares

# Longitudinal threshold changes in older men with audiometric notches

George A. Gates [a,*], Peter Schmid [b], Sharon G. Kujawa [a], Byung-ho Nam [c], Ralph D'Agostino [c]

[a] *Department of Otolaryngology – Head and Neck Surgery, University of Washington School of Medicine, Seattle, WA, USA*
[b] *Department of Applied Mathematics, University of Washington, Seattle, WA, USA*
[c] *Department of Mathematics, Boston University, Boston, MA, USA*

Received 21 June 1999; received in revised form 30 November 1999; accepted 20 December 1999

**Abstract**

Age-related hearing loss (presbycusis) is a multifactorial process that results chiefly from the accumulating effects of noise damage and aging on the cochlea. Noise damage is typically evidenced clinically by a discrete elevation (notch) of the auditory thresholds in the 3–6 kHz region of the audiogram whereas aging affects the highest frequencies first. To determine whether the presence of such high-frequency notches influences auditory aging, we examined the 15 year change in audiometric thresholds in 203 men from the Framingham Heart Study cohort. The mean age at the first hearing test was 64 years (range 58–80). Occupational and recreational noise exposure over the 15 years was assumed to be minimal due to the age of the subjects. The presence or absence of a notch was determined using a piecewise linear/parabolic curve fitting strategy. A discrete elevation of the pure-tone thresholds of 15–34 dB in the 3–6 kHz region was deemed a small notch (N1), and elevations of 35 dB or greater were deemed large notches (N2). Absence of a notch (N0) was encoded those ears with < 15 dB elevation in the 3–6 kHz region. The presence and absence of notches correlated with the subjects' history of noise exposure. The 15 year pattern of change in age-adjusted pure-tone thresholds varied significantly by notch category. There was less change over time in the notch frequencies (3–6 kHz) and significantly greater change in the adjacent frequency of 2 kHz in the N2 group as compared to the N0 and N1 groups. The adjacent frequency of 8 kHz showed a significant, but smaller, change in the N1 group as compared to the N0 and N2 groups. The change at 2 kHz was independent of the starting hearing level at E15, whereas the changes at 4–8 kHz were influenced by the hearing level at E15. These data suggest that the noise-damaged ear does not 'age' at the same rate as the non-noise damaged ear. The finding of increased loss at 2 kHz suggests that the effects of noise damage may continue long after the noise exposure has stopped. The mechanism for this finding is unknown but presumably results from prior noise-induced damage to the cochlea. © 2000 Elsevier Science B.V. All rights reserved.

*Key words:* Hearing; Noise damage; Aging

## 1. Introduction

Chronic exposure to excessive (i.e. toxic) noise is an established cause of cochlear damage and hearing loss, and is known as noise-induced hearing loss (NIHL) (NIH Consensus Conference, 1990). The clinical pattern of NIHL from chronic noise exposure is influenced by the characteristics of the noise (e.g. frequency spectrum) and the acoustical transmission characteristics of the ear canal and middle ear. Typically, NIHL begins as a discrete elevation of the pure-tone thresholds in the 3–6 kHz region of the audiogram (Cooper and Owen, 1976). This audiometric pattern is commonly referred to as a 'noise notch', even though some notches may not be due to noise (Gates et al., 1999). The center frequency of notches due to impulse noise from gunfire is 5.9 kHz (Gravendeel and Plomp, 1958), whereas notches due to chronic environmental noise exposure have a lower center frequency, around 4 kHz (Ward et al., 1961). The location of the center frequency of the notch may vary with the resonance frequency of

* Corresponding author. Virginia Merrill Bloedel Hearing Research Center, University of Washington 357923, Seattle, WA 98195-7923, USA. Tel.: +1 (206) 685 2962; E-mail: ggates@u.washington.edu

0378-5955/00/$ – see front matter © 2000 Elsevier Science B.V. All rights reserved.
PII: S 0 3 7 8 - 5 9 5 5 ( 9 9 ) 0 0 2 2 3 - 3


PLAINTIFFS' TRIAL EXHIBIT P-GEN-05474

the ear canal (Pierson et al., 1994), but ear canal resonance does not fully account for high frequency losses from low-frequency noise (Clark and Bohne, 1978). As the noise exposure continues, the notch deepens and broadens to involve adjacent frequencies (Taylor et al., 1965).

Chronic noise exposure, whether from specific hazardous noise (industrial, recreational) or general environmental noise (sociocusis), is a major component of age-related hearing loss (presbycusis), along with biologic degeneration (aging), and the effects of diseases and toxicity (nosocusis) (CHABA Working Group on Speech Understanding and Aging, 1988). Hearing in people with NIHL, as with people without NIHL, worsens with time, but it is difficult to identify with certainty the relative contributions of noise and aging to the progression of the hearing loss. It is well known that the rate of NIHL decelerates over time, whereas age-related loss accelerates over time with the greatest rate of loss in the highest frequencies and the least loss in the lowest frequencies (Gallo and Glorig, 1964).

Comprehensive estimates of noise-induced permanent threshold shift (NIPTS) and age-related permanent threshold shift (ARPTS) have been developed through the analysis of cross-sectional databases (ISO1999, 1990). These estimates provide a framework in which clinical methods to allocate NIPTS and ARPTS have been developed (Dobie, 1992). However, the biologic processes of auditory aging and the interactions between noise damage and biologic aging are complex and poorly understood (Mills et al., 1997). A key, unresolved issue is whether the aging process is the same in noise-damaged ears as it is in undamaged ears. This is a difficult question to answer given that the basic mechanisms of biologic aging in the cochlea have not been identified, nor have specific clinical markers of biologic aging, as opposed to the effects of disease events, been developed.

Current knowledge and logic suggest that hearing loss due to chronic noise exposure, such as occurs in occupational hearing loss, does not worsen after the noise exposure stops (ACOM Report, 1989). If this is true, then the continued post-exposure changes in the hearing of people with NIHL must be the result of other causes, such as aging or disease. This widely held viewpoint is based on cross-sectional data, i.e. a single measure of the hearing of different people at different ages. A more sensitive and potentially more powerful method to examine this relation is to measure changes in the same people at different times, i.e. a longitudinal analysis.

Examination of the longitudinal changes in auditory thresholds in an unselected, population-based cohort of retirement age and older could provide valuable evidence about the influence of noise damage on auditory aging. The rationale for this approach is two-fold: (a) retired people no longer work in hazardous noise and, (b) older people, in general, have less exposure to recreational and general environmental noise. By excluding nosocusic events through careful screening, the major contributor to the observed longitudinal changes in hearing would be most likely due to aging.

Using data from our longitudinal studies of the hearing of the Framingham Heart Study (FHS) cohort, we sought to determine whether the mean age-adjusted auditory thresholds in male ears with evidence of noise damage change over 15 years to the same degree as in male ears without evidence of noise damage. We reasoned that if the change over time was not different in the two groups, we could conclude that prior noise damage does not influence the accumulation of additional threshold shift with age. However, if the degree of change differed between the two groups, then, logically, some mechanism other than aging must be responsible.

The FHS cohort is a logical choice for this study because: (1) NIHL is common (Gates et al., 1999), (2) audiograms are available from the vast majority of the cohort, and (3) biomedical data are available from all subjects. The prevalence of NIHL in these men is supported by their histories of noise exposure, self-attribution of hearing loss to noise, and characteristic audiometric findings (Gates et al., 1999).

## 2. Materials and methods

### 2.1. Subjects

The FHS began in 1948 with a sample, stratified on family size, of 2/3 the families of the city of Framingham in Eastern Massachusetts. The surviving members of the initial sample of 5209 subjects between the ages of 30 and 62 years have been examined for cardiovascular and other disorders every 2 years since (Dawber, 1980). Each biennial examination is identified by a sequential number. Audiometry was done during biennial examinations (E)15 (Moscicki et al., 1985), E18 (Cooper and Gates, 1991) and E22. At each of these examinations, the volunteer subjects had a standard clinical pure-tone audiogram done by a qualified audiologist in accordance with ANSI standards for methods and facilities. Approval for the study of human subjects was given by the review committees at Boston University and the University of Washington.

#### 2.1.1. Exclusions

This report compares the change in audiometric thresholds occurring in the 15 years between FHS examinations E15 and E22. Because large asymmetric dif-

ferences in the mid-range hearing levels (pure-tone average (PTA) of 0.5, 1.0, 2.0 kHz) are unlikely to be due to either aging or noise, those cases with a difference of over 20 dB in the PTA of the right vs. left ears at either the E15 and E22 audiograms were excluded. This criterion excludes obvious unilateral losses due to nosocusic events, such as labyrinthitis and sudden sensorineural hearing loss, as well as Meniere's disease or other unilateral conditions. Only 4.0% of the female subjects in this population had bilateral deep notches. Therefore, the report is limited to the male subjects.

### 2.2. Variables

The primary outcome variable is the 15 year change in audiometric threshold for each of the eight audiometric frequencies (0.25–8 kHz) for each ear of each subject. The change in pure-tone thresholds was obtained by subtracting the threshold at E22 from the threshold at E15 and was averaged for each of the combined Hz/ear/notch categories. Thresholds at 3 kHz were not measured at E22 because of time constraints; therefore, those threshold values were estimated by interpolation using a parabolic curve fitting algorithm, which is described in Section 2.2.1.

The predictor variables were notch category (0, 1, 2), age, cardiovascular disease (CVD) events (Y/N), smoking history (Y/N) and number of prescription medications used regularly.

#### 2.2.1. Notch detection and characterization

A high-frequency audiometric notch typical of NIHL (noise notch) has three general characteristics: (1) a relatively flat, normal or near-normal, low-frequency threshold profile; (2) a sharply sloping, downward threshold profile in the 2–4 kHz area; and (3) a flat or upsloping threshold profile in the 6–8 kHz area. (Cooper and Owen, 1976)

We used a validated novel mathematical method to detect threshold patterns meeting the above criteria (Gates et al., 1999). The method employs a piecewise linear/parabolic least-squares curve fitting algorithm. This algorithm provides a rapid and reproducible method for notch identification and measurement. Such a method reduces the 'noise' of threshold variations due to test–retest variability. The details of this method are described next.

Mathematically, the goal is to fit a low-dimensional curve (for example, a straight line) to the set of observed data points that form the audiometric threshold plot. The observational question arises as to how to choose the parameters of the curve that provide the closest fit to the data. The closeness of the fit is defined as the square of the deviation of each individual point from the given curve summed over all data points.

Denoting the audiometric data points by $x_i$ = frequency (in Hz) and $y_i$ = sound pressure level (in dB HL) of the $i$th data point for $i = 1,...N$, and choosing a function $f(x)$ to fit the data, the closeness $c$ of the fit is given as:

$$c = \sum_{i=1}^{N}(y_i - f(x_i; p))^2$$

A variable $p$ has been introduced as an additional argument of the function $f(x)$ to denote a set of parameters, such as slope, curvature, etc., that describes the shape of the function. To find the closest fit, we then need to minimize the quantity $c$ by adjusting the set of parameters $p$. This type of optimization problem is known as a least-squares problem.

The choice of the function $f(x)$ is based on the shape of the audiogram. The threshold data of subjects without NIHL are expected to decay linearly at a variable rate as frequency increases. However, the threshold plot of subjects with NIHL will show a notable notch at higher frequencies in an otherwise linear decay. The depth and location of the notch as well as the slope of the straight line vary from subject to subject and depend on various factors such as age and extent of noise exposure.

The typical data structure of audiograms suggested that a two-part function would be appropriate: one modeling the linear decay of sound pressure with frequency and one modeling the notch. Since the shape and location of the notch varies, the data were split into two subsets. The first subset was fitted to a straight line and the second subset was fitted to a parabola. The closeness of fit is then given as:

$$c = \underbrace{\sum_{i=1}^{M}(y_i - (mx_i + b))^2}_{\text{linear fit}} + \underbrace{\sum_{i=M}^{N}(y_i - (Ax_i^2 + Bx_i + C))^2}_{\text{parabolic fit}}$$

where $M$ denotes the $M$th data point. We then need to minimize the closeness of fit by adjusting the free parameters ($m$, $b$, $A$, $B$, $C$) of the two curves as well as by adjusting the point $M$ at which the switch from a linear to a parabolic curve is made. The last data point (i.e. the highest frequency) is not included in the parabolic fit if a downward slope is detected in the highest frequency.

#### 2.2.2. Selection rules for notch detection

Once the optimal parameters ($m$, $b$, $A$, $B$, $C$) have been determined, it is possible to work with a continuous representation of the data rather than the discrete set of data points. A set of selection rules was developed to distinguish a notch in the data from an otherwise parabolic fit. The following two rules result in a

correct classification of audiograms. A notch in the data is detected when:

$$A > 0, \text{ and} \quad (1)$$

$$2000 \leq f_y \leq 8000 \quad (2)$$

where $f_y$ stands for the frequency at the extreme of the parabola. In some instances, the decay of intensity for higher frequencies is better approximated by a convex parabola rather than a straight line. The first condition addresses this case and, in the case of the notch, ensures the concave nature of the parabolic fit. The second rule is empiric and limits the frequency corresponding to the lowest point of the parabola to frequencies ranging from 2000 to 8000 Hz. The application of these rules to three typical audiometric data plots is shown in Fig. 1. In Fig. 1A, the parabolic fit is a straight line so that $A = 0$, which in rule 1 indicates that a notch is not present. In Fig. 1B,C, $A > 0$ and point $Y$ falls in the frequency range specified by rule 2 so that a notch is deemed to be present.

### 2.2.3. Characterization of the notch

After successfully fitting the piecewise linear/parabolic curve to the data and identifying a notch according to the above rules, the notch was quantified according to the depth of the notch in dB from the transition point $X$ to the apogee of the parabola. Hence, the notch depth is expressed as a difference in dB between point $Y$ and point $X$ (Fig. 1), not as the absolute value of point $Y$. The central frequency of the notch maximum and the breakpoint where the linear and parabolic functions intersect permit the calculation of the notch width. The width of the notch ($a$) and the depth of the notch ($b$) are used to determine the aspect ratio of the notch ($a/b$).

Each ear of each subject was labeled as having no notch (N0), a small notch (N1) or a large notch (N2) using the notch depth cut-points of 15 dB (N0/N1) and 35 dB (N1/N2) (see Fig. 2). The rationale for the choice of these values is as follows: (a) 15 dB is an unambiguous audiometric threshold difference that is highly unlikely to be due to test–retest variability; and (b) 35 dB





Fig. 1. The relation between the raw thresholds and the regression lines (linear and parabolic) is shown for an N0 case (A: no notch), an N1 case (B: small notch) and an N2 case (C: deep notch). The transition point ($X$) indicates the junction between the linear and parabolic curve fits. Point $Y$ indicates the nadir of the parabola and the difference ($Y-X$) indicates the depth of the smoothed notch. The aspect ratio of $a$ and $b$ determines whether the notch is vertically ($b > a$) or horizontally ($a > b$) oriented. A case is coded as a large notch (N2) when $b \geq a$ and $Y-X \geq 35$ dB, or as a small notch (N1) when $b \geq a$ and $Y-X \geq 15$ dB < 35 dB. Cases are coded as N0 if $a > b$ or $Y-X < 15$ dB.

224                     G.A. Gates et al. / Hearing Research 141 (2000) 220–228



## Mean 15 year change by notch type

Fig. 2. The mean ± S.E.M. values for pure-tone thresholds are shown separately for the right and left ears of the subjects group by notch group (N0: no notch, N1: small notch, N2: large notch) and examination. The upper curve denotes the group mean thresholds at E15 and the bottom curve the group mean thresholds 15 years later at E22.

was the mean notch depth in the subjects who had a notch of > 15 dB. These cut-points divide the cases into three groups based on the severity measure of notch depth. These categories are operationally defined as: (a) minimal or no evidence of noise damage (N0, notch depth = 0–15 dB), (b) possible noise damage (N1, notch depth > 15 dB, < 35 dB) and, (c) probable noise damage (N2, notch depth ≥ 35 dB). To also qualify as a notch, the aspect ratio of the depth to the width of the notch had to be 0.5 or greater, which excludes broad, shallow notches unlikely to be due to NIHL. The audiometric patterns were inspected visually to verify appropriate categorization.

### 2.2.4. Biomedical variables

The FHS database contains a record for each subject at each examination of CVD events (Y/N), smoking history (Y/N) and number of prescription medications used regularly. CVD events were noted over the lifetime of the subject whereas smoking and prescription medication use were limited to the 15 year interval between E15 and E22.

### 2.3. Analysis

The primary analysis was done to determine if the presence of audiometric notches at E15 influenced the 15 year mean change in age-adjusted hearing thresholds. The secondary analysis was done to determine if the 15 year mean change rate was also influenced by starting hearing level, or by CVD events, smoking or chronic use of medications to control blood pressure. Each of the latter three secondary covariates is an established risk factor for age-related hearing loss (Cruickshanks et al., 1998; Gates et al., 1993; Lee et al., 1998).

Descriptive statistics used mean values and employed the Chi-square test to assess the relation between notch category to gender and ear, the $t$-test for comparison of rate of change by ear, and analysis of variance

Table 1
Distribution of audiometric notches at E15 by ear

| Notch Category | Number (%) RE | LE | Age (years) |
|---|---|---|---|
| N0 | 75 (37) | 68 (34) | 63 |
| N1 | 50 (25) | 47 (23) | 64 |
| N2 | 78 (38) | 88 (43) | 64 |
| Totals | 203 (100) | 203 (100) | 64 |

(ANOVA) to determine the relation between notch and age-adjusted threshold change by frequency.

Multivariate covariance analyses were performed for each ear, adjusting for age, smoking status, prevalent CVD and anti-hypertensive medication to evaluate the 15 year change in hearing threshold for each frequency as the outcome variable and notch category as the predictor variable. Then, a further multivariate analysis was performed that combined right and left ears by notch level. To adjust for multiple comparisons, the Bonferroni adjustment ($P < 0.05$) was used.

## 3. Results

The audiograms of all 242 men who had hearing tests at both E15 and E22 were available for this study. The average interval between tests was 15 years. Fourteen asymmetric cases (5.8%) at E15 and 25 additional cases (10.9%) that became asymmetric at E22 were excluded, leaving 203 cases for analysis. There was no relation of asymmetry to notch (N) category. The average age and S.D. at the first hearing test was $64.1 \pm 4.3$ years with a range of 58–80 years. The mean age $\pm$ S.D. at the second test was $78.5 \pm 4.5$ years. Given a usual retirement age of 65 or earlier for tradesmen, it is presumed but not documented that occupational noise exposure ceased for the vast majority of subjects at or about the time of E15 and that there was no substantial continuing toxic noise exposure, including recreational noise, between E15 and E22.

### 3.1. Description of notches

The distribution of notches at E15 by ear is shown in Table 1. There were slightly more notches in left ears than in right ears, but this difference was not significant. Notch depth did not vary by age of the subjects (ANOVA, $P = 0.588$). The mean hearing threshold levels by notch category at E15 and E22 are shown in Fig. 2. In 54% of cases, the notch categories were the same in both ears: bilateral N0 in 27%, bilateral N1 in 9% and bilateral N2 in 18%. In 16% of cases, there was a deep (N2) notch in one ear and no notch (N0) in the opposite ear. In the remaining 30% of cases, the notch category differed by one step between ears.

### 3.2. Primary analysis: 15 year change in pure-tone thresholds

The frequency-specific 15 year differences were found to be normally distributed in all cases. There was a significant difference in the amount of change in the thresholds by ear and test frequency. The left ear changes were significantly greater than the right ear in the lower frequencies (0.25–2 kHz), but the threshold changes for the higher frequencies (3–8 kHz) did not differ by ear. The magnitude of the 15 year threshold

Table 2
Mean 15 year threshold shift by ear, frequency and notch depth category

| | Test frequency (kHz) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 0.25 | 0.5 | 1 | 2 | 3 | 4 | 6 | 8 |
| Men: right ears (dB) | | | | | | | | |
| Notch 0 | 1.8 | 9.1 | 8.7 | 12.5 | 17.2 | 19.0 | 21.2 | 23.1 |
| Notch 1 | 4.0 | 11.0 | 9.7 | 14.0 | 14.0 | 14.8 | 22.8 | 33.3 |
| Notch 2 | 2.9 | 9.9 | 11.9 | 18.7 | 10.5 | 7.8 | 17.5 | 25.6 |
| $P$ value[a] | 0.530 | 0.5861 | 0.1707 | 0.0043* | N.A. | 0.0001* | 0.0570 | 0.0020* |
| Men: left ears (dB) | | | | | | | | |
| Notch 0 | 6.5 | 11.0 | 11.2 | 12.4 | 16.2 | 18.4 | 18.5 | 25.3 |
| Notch 1 | 7.9 | 12.3 | 14.3 | 16.0 | 16.6 | 16.0 | 23.6 | 33.3 |
| Notch 2 | 4.9 | 10.5 | 14.6 | 18.8 | 10.0 | 9.5 | 14.1 | 20.9 |
| $P$ value[a] | 0.2289 | 0.5387 | 0.1123 | 0.0018* | N.A. | 0.0001* | 0.0001* | 0.0001* |
| Men: both ears (dB) | | | | | | | | |
| Notch 0 | 4.1 | 10.0 | 9.9 | 12.4 | 16.7 | 18.7 | 19.9 | 24.2 |
| Notch 1 | 5.9 | 11.6 | 11.9 | 14.9 | 15.2 | 15.4 | 23.2 | 33.3 |
| Notch 2 | 4.0 | 10.2 | 13.3 | 18.7 | 10.3 | 8.7 | 15.7* | 23.1 |
| $P$ value[a] | 0.3144 | 0.3854 | 0.0188* | 0.0001* | N.A. | 0.0001* | 0.0001* | 0.0001* |

[a]ANOVA adjusted for age, smoking, medication and CVD.
*Significant by Bonferroni adjustment ($P < 0.05$).

change varied with the level of the threshold at E15 for the higher frequencies (3–8 kHz) but was independent of starting threshold level for the lower frequencies (0.25–2 kHz).

The magnitude of the 15 year threshold change by frequency and by ear is shown by notch category in Table 2. The significance level of threshold change across the three notch groups was assessed separately for each Hz/ear combination, except for the 3 kHz differences which were estimated.

As can be seen in Table 2, the patterns of threshold change varied with frequency. At 0.25–1 kHz, there was no difference across the notch groups. For 2 kHz, there was an increasing threshold shift across the increasing notch groups. For 4 kHz, there was a decelerating threshold shift across the increasing notch groups. The pattern at 6 kHz was also decelerating but the magnitude was less than at 4 kHz. At 8 kHz, there was a variable pattern across the three notch groups showing accelerating loss from N0 to N1 and a decelerating loss from N1 to N2.

Because these patterns of change did not differ by ear, we display the difference in thresholds for all ears of all subjects by notch groups in Fig. 3 to facilitate further comparisons.

The expected no difference pattern in the low frequencies was not analyzed further. The three remaining patterns were evaluated with Bonferronni's method to determine which of the three between-group comparisons was significant. In both the accelerating and decelerating patterns, the statistically significant difference was between ears with large notches (N2) and those with no notch (N0), whereas in the variable pattern (8 kHz), the statistically significant differences were between the N1 and either the N0 or N2 groups.

### 3.3. Secondary analyses

#### 3.3.1. Hearing level at E15

The primary ANOVA comparisons were repeated with the addition of threshold level at E15 as a covariate. In all the test frequency comparisons, except for 2 kHz, the statistical effect of notch became non-significant and initial threshold level was significant (data not shown). At 2 kHz, for both ears, notch category remained highly significant after adjustment for age and initial threshold level with $P$ values of $<0.001$.

#### 3.3.2. Biomedical covariables

Multivariate covariance analyses were performed for



Fig. 3. The curves show the 15 year change in mean ± S.E.M. auditory thresholds for the three notch groups for right and left ears combined. There is a significantly lower rate of change for 3–6 kHz thresholds in the N2 group as compared to the N0 group, and a significantly higher rate of change at 1 kHz and 2 kHz for the N2 group compared to the N0 group. The change at 8 kHz is greater for the N1 group than the N0 or N2 groups.

each ear, adjusting for age, smoking status, prevalent CVD and anti-hypertensive medication to evaluate the 15 year change in hearing threshold for each frequency group as the outcome variable and notch category as the predictor variable. Then, a further multivariate analysis was performed that combined right and left ears by notch level using Bonferroni's correction to adjust for multiple comparisons. The results from the above analyses support the primary analysis results and confirmed that the difference values (0.25–8 kHz) were not affected by the covariables: smoking status, prevalent CVD and anti-hypertensive medication (data not shown).

## 4. Discussion

These analyses indicate that the change in hearing thresholds with time in male ears with deep audiometric notches differs from that of male ears without such notches. By excluding nosocusic events and noise as potential contributors to the change in hearing with time, these changes are most likely due to intrinsic factors within the cochlea. How can we account for the different findings in the N2 vs. the N0 cases?

The reduced rate of change over time in the frequencies encompassed by the notch (3–6 kHz) reflects the well known asymptotic, decelerating pattern of change over time in noise-damaged ears (Gallo and Glorig, 1964). Simply stated, hair cells lost from one cause cannot be 're-lost' from another cause. In this example, the first cause is noise damage and the other cause is 'aging' of the ear. Thus, one would expect less change over time in the thresholds of the frequencies subserved in the damaged area of the cochlea, which is precisely what was observed.

The finding of an accelerated rate of loss over time in the frequency areas adjacent to the deep noise notch is a new finding. This accelerated loss was most apparent at 2 kHz and was independent of the age of the subjects and the degree of prior loss. A similar but less impressive accelerated loss also occurred at 8 kHz in the ears with a small notch.

We postulate that in ears with substantial prior noise damage, the cochlear architecture and/or function were altered in such a way to foster continuing worsening of hearing sensitivity over time in the adjacent areas. One possible explanation for this phenomenon is based on the recent finding that potassium ions are recycled in the cochlea through an elaborate transcellular system involving the outer hair cells, supporting cells and the spiral ligament cells (Spicer et al., 1998). It may be the case that the regions of the cochlea adjacent to damaged areas experience potassium toxicity because the damaged hair cells can no longer recycle potassium in the transduction process. Bohne and Rabbit (Bohne and Rabbitt, 1983), in noting acute ultrastructural communications between endolymph and perilymph in noise-damaged cochleae, also suggested that fluid mixing and potassium toxicity might contribute to continued damage in the cochlea. Other mechanisms may be involved as well.

Although this study cannot determine the mechanism for the accelerated loss observed in this analysis, it is clear that the noise-damaged ear does not 'age' at the same rate as the ear without evidence of noise damage. This finding calls into question assumptions based on cross-sectional data that have been made about the relative contributions of ARPTS and NIPTS. Cross-sectional data would over-estimate the threshold shift due to aging because the accelerated time-related degeneration observed in the N2 ears would have been attributed to aging rather than to the prior noise damage. We suggest that the accelerated loss at 2 kHz is a progression of the noise damage in the absence of continuing noise exposure. Of interest, Taylor et al. noted a similar delayed worsening of the 2 kHz thresholds in the jute weavers after 30 years of exposure (Taylor et al., 1965).

### 5.1. Caveats

We recognize that a 'noise notch' is not prima facie evidence of noise damage. Nonetheless, it is highly likely that all the ears with substantial NIHL had deep notches. The possible inclusion of a small but unknown number of ears with a notch not due to noise might increase the variability of these findings but it is very unlikely that there would be sufficient numbers to weaken the conclusions of the analyses. Of interest, the ears with a small notch tended to change over time in a pattern similar to the ears without a notch. Given the absence of a clinical guideline for the diagnosis of a noise notch and the characteristic audiometric pattern of NIHL observed in these subjects, we believe the criteria for categorizing a notch in this report are clinically valid.

These findings apply to the 15 year span in people from 58 to 83 years at the first hearing test and 72–95 years at the second test, and should not be extrapolated to other age groups or time spans.

Lack of documentation that hazardous noise exposure ceased between E15 and E22 is a weakness of this report. The presumption that occupational noise exposure ceased is based on the usual retirement age of 60–65 for most workers. A further assumption is made that hazardous recreational noise exposure is uncommon in older people, as common experience indicates that older people generally lead quieter lives than younger people.

## Acknowledgements

Audiometric testing was done by Nancy Miller at E15 and Arlene Fraher at E22. Wayne Blinne assisted in the data analysis and manuscript preparation. This work was supported by R01 DC01525 from the National Institute on Deafness and Other Communication Disorders and the Virginia Merrill Bloedel Hearing Research Center at the University of Washington.

## References

ACOM Report (1989) Occupational Noise Induced Hearing Loss. J. Occup. Med. 31, 996–1001.

Bohne, B.A., Rabbitt, K.D., 1983. Holes in the reticular lamina after noise exposure: implication for continuing damage in the organ of Corti. Hear Res. 11, 41–53.

CHABA Working Group on Speech Understanding and Aging (1988) Speech understanding and aging. J. Acoust. Soc. Am. 83, 859–895.

Clark, W.W., Bohne, B.A., 1978. Animal model of the 4 kHZ tonal dip. Ann. Otol. Rhinol. Laryngol. 87, 1–16.

Cooper, J.C., Jr., Gates, G.A., 1991. Hearing in the elderly–the Framingham cohort, 1983–1985: Part II. Prevalence of central auditory processing disorders. Ear. Hear. 12, 304–311.

Cooper, J.C., Jr., Owen, J.H., 1976. Audiologic profile of noise-induced hearing loss. Arch. Otolaryngol. 102, 148–150.

Cruickshanks, K.J., Klein, R., Klein, B.E., Wiley, T.L., 1998. Cigarette smoking and hearing loss: the epidemiology of hearing loss study. JAMA 279, 1715–1719.

Dawber, T.R., 1980. The Framingham Study.

Dobie, R.A., 1992. The relative contributions of occupational noise and aging in individual cases of hearing loss. Ear. Hear. 13, 19–27.

Gallo, R., Glorig, A., 1964. Permanent threshold shift changes produced by noise exposure and aging. Am. Ind. Hyg. Assoc. 25, 237–245.

Gates, G.A., Cobb, J.L., D'Agostino, R.B. and Wolf, P.A. (1993) The relation of hearing in the elderly to the presence of cardiovascular disease and cardiovascular risk factors. Arch. Otolaryngol. Head. Neck Surg. 119.

Gates, G.A., Schmid, P., Blinne, W.B., Byung-ho, N. and D'Agostino, R.B. (1999) High-frequency audiometric notches in older people. J. Occup. Hear. Loss (in press).

Gravendeel, D.W., Plomp, R., 1958. The relation between permanent and temporary noise dips. Arch. Otolaryngol. 69, 714–719.

ISO1999, 1990. Acoustics–Determination of occupational noise exposure and estimation of noise-induced hearing impairment. International Organization for Standardization.

Lee, S.A., Matthews, L.J., Mills, J.H., Dubno, J.R., Adkins, W.Y., 1998. Gender-specific effects of medicinal drugs on hearing levels of older persons. Otolaryngol. Head Neck Surg. 118, 221–227.

Mills, J.H., Boettcher, F.A., Dubno, J.R., 1997. Interaction of noise-induced permanent threshold shift and age-related threshold shift. J. Acoust. Soc. Am. 101, 1681–1686.

Moscicki, E.K., Elkins, E.F., Baum, H.M., McNamara, P.M., 1985. Hearing loss in the elderly: An epidemiologic study of the Framingham heart study cohort. Ear. Hear. 6, 184–190.

NIH Consensus Conference (1990) Consensus conference. Noise and hearing loss. JAMA 263, 3185–3190.

Pierson, L.L., Gerhardt, K.J., Rodriguez, G.P., Yanke, R.B., 1994. Relationship between outer ear resonance and permanent noise-induced hearing loss. Am. J. Otolaryngol. 15, 37–40.

Spicer, S.S., Thomopoulos, G.N., Schulte, B.A., 1998. Cytologic evidence for mechanisms of $K^+$ transport and genesis of Hensen bodies and subsurface cisternae in outer hair cells. Anat. Rec. 251, 97–113.

Taylor, W., Pearson, J., Mair, A., 1965. Study of noise and hearing loss in jute weaving. J. Acoust. Soc. Am. 38, 113–120.

Ward, W.D., Fleer, R.D., Glorig, A., 1961. Characteristics of hearing losses produced by gunfire and steady noise. J. Aud. Res. 1, 325–356.

Case 3:19-md-02885-MCR-HTC   Document 3319-27   Filed 07/21/22   Page 10 of 10

P-GEN-05474.9
P4932.9