# PX31

Eur Arch Otorhinolaryngol (2009) 266:1719–1726
DOI 10.1007/s00405-009-0975-y

**OTOLOGY**

# Subjective audiological tests and transient evoked otoacoustic emissions in patients with rheumatoid arthritis: analysis of the factors affecting hearing levels

Oğuzhan Dikici · Nuray Bayar Muluk ·
Aliye Kapukiran Tosun · Ihsan Ünlüsoy

Received: 26 September 2008 / Accepted: 25 March 2009 / Published online: 10 April 2009
© Springer-Verlag 2009

**Abstract**  We investigated hearing functions in patients with rheumatoid arthritis (RA) using audiological tests and transient evoked otoacoustic emissions (TEOAEs). The study group consisted of 20 adult patients with RA (7 males, 13 females); 20 adult healthy subjects without RA (7 males, 13 females) were recruited as controls. All patients were evaluated by pure tone audiometry, high frequency audiometry, tympanometry and TEOAEs. There were no statistical differences between the study and control groups with respect to the pure tone and high frequency audiometries. TEOAE results of 1.0–2.0 kHz % and of 1.5 and 3.0 kHz amplitude values were significantly lower, and ipsilateral stapes reflex threshold value at 1.0 kHz was significantly higher in the study group when compared to respective values in the control group. In elderly patients and those with longer disease duration, RA nodules and higher methotrexate cumulative doses, hearing thresholds increased and TEOAE values decreased. In active stage of the disease, hearing thresholds diminished and in higher Brinkman Index values, TEOAE values decreased. Compliance values decreased in patients with higher Ritchie Articular Index, C-reactive protein, erythrocyte sedimentation rate and platelet counts, and longer disease duration. Senso-

O. Dikici · N. B. Muluk (✉)
ENT Department, Faculty of Medicine,
Kırıkkale University, Kırıkkale, Turkey
e-mail: nbayarmuluk@yahoo.com; nurayb@hotmail.com

N. B. Muluk
Birlik Mahallesi, Zirvekent 2. Etap Sitesi,
C-3 blok, No: 62/43, 06610 Çankaya/Ankara, Turkey

A. K. Tosun · I. Ünlüsoy
Department of Physical Medicine and Rehabilitation,
Faculty of Medicine, Kırıkkale University, Kırıkkale, Turkey

rineural hearing loss is generally observed in patients with RA, and this condition may be detected by TEOAEs in an early period of the disease. Inflammation during the active stage of the disease and the subsequent fibrosis may cause conductive hearing loss of varying degrees. In those patients detected as having initiation of TEOAE decrease, vasodilator treatment and antioxidant drugs may be useful in protecting the inner ear.

**Keywords**  Rheumatoid arthritis (RA) · Hearing levels ·
Pure tone audiometry · High frequency audiometry ·
Transient evoked otoacoustic emissions (TEOAEs)

## Introduction

Rheumatoid arthritis (RA), an autoimmune disease affecting 1% of the population, is characterized by the recruitment of leukocytes, primarily CD4+ T cells, and monocytes from the vasculature into inflamed synovial tissue and synovial fluid. Antigen-activated CD4+ T cells stimulate macrophages and fibroblasts to secrete factors that mediate synovial cell proliferation, pannus formation and bone and cartilage erosion, resulting in chronic inflammatory and destructive joint disease [1]. The temporomandibular joint, larynx, cervical spine, and audiovestibular system can be the sites of involvement in the head and neck [2]. The incudomalleolar and incudostapedial joints are true diarthroses and, therefore, may be subject to the same rheumatic lesions as other articulations in the body [3, 4].

In patients with RA, both sensorineural hearing loss (SNHL) and conductive hearing loss (CHL) have been reported, but the results of most studies are not in agreement. SNHL has been reported more frequently (in 24–60%), and is caused by inner ear involvement of RA





                    Eur Arch Otorhinolaryngol (2009) 266:1719–1726

[5–11]. CHL has also been reported in patients with RA, but at a lower prevalence, between 0 and 13% [3, 10, 11].

In the present study, in addition to pure tone audiometry (0.25–8.0 kHz), we investigated the use of other tests in this pathology, i.e. high-frequency audiometry (8.0–16.0 kHz), tympanometry, and transient evoked otoacoustic emissions (TEOAEs). We also evaluated all factors affecting the subjective audiological tests and TEOAEs. To the best of our knowledge, these detailed investigations in patients with RA have not been reported previously, and thus our manuscript represents an original study in the literature.

In the present study, we report the audiological disturbances in RA patients in comparison with healthy controls. The frequency and type of hearing loss were evaluated by subjective audiological tests, while TEOAEs, reflecting the functional status of the outer hairy cells [12], were used for the cochlear investigation.

## Materials and methods

This prospective study was carried out in the ear, nose and throat (ENT) and Physical Medicine and Rehabilitation Department of Kırıkkale University Faculty of Medicine. The audiological tests and TEOAE recordings were assessed in the Audiology Unit of the ENT Department.

### Subjects

The study group included 20 patients (7 males, 13 females; mean age 52.90 ± 12.55 years) with RA, diagnosed according to the 1987 revised criteria of the American Rheumatism Association [13]. They were under treatment with disease modifying drugs in the Physical Medicine and Rehabilitation Department. Clinical and laboratory variables used to detect active and inactive stages of RA were "Ritchie Articular Index" (RAI, a scoring system for joint pain) [14], "Steinbrocker Joint Scoring" [SJS, a four-point radiographic scale from stage I (osteopenia) to IV (bony and fibrous ankylosis) for detecting joint destruction] [15], complete blood count (CBC), C-reactive protein (CRP), erythrocyte sedimentation rate (ESR) and rheumatoid factor (RF). Presence of rheumatoid nodules was also stated. They had been using nonsteroidal anti-inflammatory drugs and/or disease modifying antirheumatic drugs including methotrexate.

Twenty healthy volunteers without RA (7 males, 13 females; mean age 53.45 ± 12.46 years) were recruited into the study to serve as controls.

Ear, nose and throat and physical medicine and rehabilitation examinations were performed in all subjects in the study and control groups. In the study group, 15 patients (75%) were determined to be in the active stage of the disease. Steinbrocker Joint Scoring was stage 1 in six patients

(30%), stage 2 in five patients (25%), stage 3 in six patients (30%) and stage 4 in three patients (15%). Rheumatoid nodules were detected in five patients (25%). They are usually found on periarticular structures, extensor surfaces or other areas subjected to mechanical pressure, but they can develop elsewhere, including in the pleura and meninges. Common locations include the olecranon bursa, proximal ulna, Achilles tendon, and the occiput [16].

Medical histories regarding hearing loss, ear infection, trauma, and ototoxic drug use were reviewed in both groups. All subjects had normal tympanic membranes on otoscopic examination. There were no other systemic complications of chronic diseases in either group and no symptoms or findings of infectious ear diseases at the time of the study.

All subjects in the study and control groups provided their written and signed informed consent to participate in the study.

### Method

All subjects in the study and control groups were evaluated by ENT and physical medicine and rehabilitation examinations. The audiological evaluation included pure tone audiometry (PTA) (0.25–8.0 kHz) [17], high frequency audiometry (HFA) (8.0–16.0 kHz), impedance audiometry and TEOAEs. In all patients with RA, methotrexate cumulative dose (mg/total usage time) was calculated as weekly dose × total usage time (week). Brinkman Index (the number of cigarettes smoked per day × the number of years smoking) was also calculated [18].

### Audiometric tests

All patients were evaluated by PTA (0.25–8.0 kHz), HFA (8.0–16.0 kHz) and speech audiometry using AC-40 Interacoustics Clinical Audiometer (Interacoustics, Assens, Denmark) and TDH-39 P C6 3918 Telephonics 296D 000-1 earphone (Interacoustics, Assens, Denmark), and by impedancemetric tests using Interacoustics AZ 26 Impedance Audiometer (Interacoustics, Assens, Denmark). Tympanometry was performed using a probe tone of 226 Hz.

### Recording of TEOAEs

The TEOAE responses were recorded using ILO 88 DP (Otodynamics Ltd Clinical OAE System, UK) cochlear emission analyzer. The recordings were assessed with patients motionless with regular spontaneous breathing in a quiet room. Plastic tubing adapters were fitted over the probe housing the sound sources and microphone in order to obtain a good fit of the probe in the external auditory canal. On each measurement, 260 stimuli (nonlinear click stimuli) were used. The responses were recorded in the

Eur Arch Otorhinolaryngol (2009) 266:1719–1726 1721

"Quick screen mode" at 80 dB pk SPL (dB peak equivalent SPL) click stimulus. The frequency spectrum of the TEOAE responses was in the range of 1.0–4.0 (1.0, 1.5, 2.0, 3.0 and 4.0) kHz. The magnitude of the TEOAE responses was recorded as percentage (%) and amplitude (dB). Mean stimulus (dB pk SPL), stability (%) and wave reproducibility were the other parameters recorded. The TEOAE variables of stability (%) and wave reproducibility are measurements to determine how well the testing was performed. In our study, stability values were nearly 99% during the experiment, which showed calibration of the test battery was sufficient.

All steps of the study were planned and continued according to the principles outlined in the Declaration of Helsinki [19]. Approval of the Local Ethical Committee was also obtained.

### Statistical analysis

Statistical packet for SPSS (Version 8.0) was used for statistical evaluation. Student's $t$ test was used to evaluate differences between the two groups with respect to age, 0.25–8.0 kHz PTA hearing thresholds, air-bone gaps in PTA, pure tone average, 8.0–16.0 kHz HFA hearing thresholds, and mean stimulus, stability, amplitude, and % for 1.0–4.0 kHz of TEOAEs.

For the study group, Pearson's correlation test was used to investigate the correlation between age, disease duration, RAI, RF, SJS, ESR, CRP, platelet count, methotrexate cumulative dose and Brinkmann Index and 0.25–8.0 kHz PTA, pure tone average, 8.0–16.0 kHz HFA hearing thresholds, compliance, and mean stimulus, stability, amplitude, and % for 1.0–4.0 kHz of TEOAEs.

For the study group, Spearman's correlation (rho coefficient) was used to analyze the correlation between gender, disease activation stages, presence of rheumatoid nodules and 0.25–8.0 kHz PTA, pure tone average, 8.0–16.0 kHz HFA hearing thresholds, compliance, and mean stimulus, stability, amplitude, and % for 1.0–4.0 kHz of TEOAEs. A $P$ value <0.05 was considered as statistically significant.

### Results

In the study group, hearing loss was bilateral in eight patients (40%) and unilateral (right ear) in one patient (5%). In seven patients (35%) bilateral tinnitus and in one patient (5%) unilateral tinnitus (left ear) was present.

No significant differences were determined between the two groups in air-conduction and bone-conduction thresholds in PTA (Fig. 1), air-bone gaps in PTA (Fig. 2), air-conduction and bone-conduction pure tone average scores, speech discrimination scores, and hearing thresholds in



**Fig. 1** Air-conduction and bone-conduction thresholds of the study and control groups on pure tone audiometry



**Fig. 2** Air-bone gaps of the study and control groups at 0.5–4.0 kHz

HFA (Fig. 3). There were also no significant differences between the two groups regarding compliance, pressure, gradient, and volume according to the tympanometric evaluation results ($P > 0.05$).

Stapes reflex values of the study and control groups were analyzed by Student's $t$ test. In the RA group, ipsilateral stapes reflex threshold value at 1.0 kHz (mean 106.65 dB) was significantly higher than in the control group (mean



Eur Arch Otorhinolaryngol (2009) 266:1719–1726



**Fig. 3** High-frequency hearing thresholds of the study and control groups

103.40 dB) (*P* = 0.031). The difference between the two groups was not significant at the other frequencies (*P* > 0.05).

Mean stimulus (84.25 ± 4.11 dB peak SPL for the study group; 84.22 ± 3.75 for the control group) and stability values (93.75 ± 10.78% for the study group; 95.27 ± 8.11 for the control group) of the TEOAEs were not different between the study and control groups. In the study group, TEOAEs of 1.0–2.0 kHz % and 1.5 and 3.0 kHz amplitude values were significantly lower than in the control group (Table 1; Fig. 4).

Correlation test results for the study group are given below:

### Hearing thresholds

Hearing thresholds were higher in men than women. In the patients with rheumatoid nodules, hearing thresholds increased in conjunction with increases in age, ESR, methotrexate cumulative dose, RF, SJS, CRP, platelet count, disease activity, and disease duration.

### TEOAE results

- In the presence of rheumatoid nodules, TEOAEs (% and amplitude) decreased in conjunction with increases in age, SJS, platelet count, Brinkmann Index, methotrexate cumulative dose, and disease duration.

**Table 1** TEOAE results (% and amplitude) of the study and control groups

| TEOAE frequencies (kHz) | Groups | | | | | | | | | P** | |
| | Study (N = 40) | | | | Control (N = 40) | | | | | | |
| | % | | Amplitude (dB SPL) | | % | | Amplitude (dB SPL) | | P % | P amplitude | |
| | Mean ± St. Dev | Minimum–maximum | Mean ± St. Dev | Minimum–maximum | Mean ± St. Dev | Minimum–maximum | Mean ± St. Dev | Minimum–maximum | | | |
| 1.0 | 64.65 ± 40.05 | 0.00–99.00 | 9.77 ± 13.28 | 0.00–28.00 | 86.07 ± 22.68 | 0.00–99.00 | 12.85 ± 6.70 | 0.00–27.00 | 0.004 | 0.195 | |
| 1.5 | 74.62 ± 35.06 | 0.00–99.00 | 10.85 ± 8.28 | 0.00–23.00 | 91.60 ± 9.19 | 0.00–99.00 | 14.97 ± 6.91 | 3.00–31.00 | 0.004 | 0.018 | |
| 2.0 | 72.25 ± 35.69 | 0.00–99.00 | 9.82 ± 7.91 | 0.00–32.00 | 85.35 ± 18.58 | 0.00–99.00 | 12.60 ± 7.39 | 0.00–28.00 | 0.043 | 0.109 | |
| 3.0 | 58.90 ± 41.87 | 0.00–99.00 | 7.10 ± 6.87 | 0.00–20.00 | 73.20 ± 33.64 | 0.00–99.00 | 10.57 ± 8.49 | 0.00–27.00 | 0.096 | 0.048 | |
| 4.0 | 50.10 ± 42.40 | 0.00–98.00 | 5.20 ± 6.17 | 0.00–19.00 | 57.80 ± 43.87 | 0.00–99.00 | 8.12 ± 8.05 | 0.00–26.00 | 0.427 | 0.072 | |

*St. Dev* standard deviation

** *P* shows the results of the Student's *t* test



Eur Arch Otorhinolaryngol (2009) 266:1719–1726



**Fig. 4** TEOAE amplitudes of the study and control groups

- TEOAEs were lower in men than women.
- As RAI, CRP and RF increased, TEOAEs (% and amplitude) paradoxically increased.

Tympanometry results

Compliance values were determined to decrease as the disease duration, RAI, CRP, ESR, and platelet count increased.

## Discussion

Rheumatoid arthritis is a chronic multisystemic disorder [1]. Some authors have reported SNHL in patients with RA, whereas others consider the middle ear as the primary target of the disease [5, 7, 20, 21]. The pathogenesis of hearing impairment in RA is not clearly known; however, the involvement of the joints of the ossicles in the middle ear, vasculitis, neuritis, and ototoxicity of medications used for the treatment of the disease have been cited [8, 9]. In the ossicular joint of a patient with RA, dissolution of disk material was observed together with proliferation of synovial-type elements of the disk and articular surfaces, with formation of pannus-like tissue. Therefore, slight bilateral high-frequency hearing loss was seen in patients with RA [22].

The sensorineural damage is attributed to vasculitis or neuritis, or it may represent an ototoxic effect of the drugs used in the treatment of the disease [7, 23, 24]. Extraparticular manifestations of RA, such as vasculitis and neuritis, could in theory affect the cochlea and cochlear nerve, thus producing a SNHL. Although there have been no direct references to such a mechanism, it is known that autoimmune diseases may produce perceptive hearing loss as a result of degenerative changes in the organ of the Corti [21].

In the present study, no difference was found between the two groups with respect to PTA and HFA. In the study group, TEOAE results of 1.0–2.0 kHz % and 1.5 and 3.0 kHz amplitude values were significantly lower than in the control group. Our results suggest that SNHL in RA patients was due to inner ear damage, and the initial signs were detected by TEOAE decrease. We recommend early usage of TEOAE testing to detect the first signs of cochlear impairment in RA. SNHL in our patients may have been related to vasculitis, cochlear hairy cell damage, ototoxicity of medications, and accumulation of immune deposits in the inner ear. In our study, in older patients, in men and in patients with longer disease duration, hearing thresholds increased and TEOAEs decreased. Men are exposed to acoustic trauma during military service and in industrial workplaces. In patients with longer disease duration, the pathogenesis of RA itself together with usage of ototoxic drugs probably caused the inner ear damage.

In the present study, in patients in active disease stage with increased SJS, ESR, CRP and platelet count, and in the presence of rheumatoid nodules, hearing thresholds were found to be increased. In patients with rheumatoid nodules and higher platelet count, TEOAEs were diminished. It can be concluded that increased platelet count and related hyperviscosity of the blood may cause a decrease in the inner ear blood circulation and nutrition, thus resulting in TEOAE decrease. We concluded that the platelet count may be used to screen for inner ear damage in RA patients. When initiation of an increase in platelet count is determined, we recommend that patients be followed by audiological tests and TEOAEs and that they be referred to the hematology department.

In active stage of the disease with increased RAI, CRP or RF, TEOAEs were also increased. This may be related to inflammation and secondary vasodilatation in the active stage of the disease, which may facilitate better blood circulation and better nutrition media in the inner ear. According to our results, in active stage of the disease, audiological hearing thresholds further deteriorated whereas surprisingly TEOAE amplitudes increased. This paradoxical observation may be explained by the fact that even when hearing loss and hearing threshold increase occurred, vasodilatation and better inner ear circulation in the active stage led to an increase in the cochlear activity, and emissions were detected more easily and their amplitudes were increased.



It is recommended that vasodilator treatment [25–27] be given with the other RA drugs, even in the presence of RA-related hearing loss, which may improve cochlear circulation and increase cochlear activity. In the end, we may observe better TEOAE results. In RA patients, regular audiologic reviews [28] and TEOAEs, which may be a marker of early asymptomatic hearing loss [29], must be performed. With the help of therapeutic alternatives, the course of hearing loss could be modified [28]. When emission amplitudes begin to decrease, vasodilators may be added to the treatment. Early referral increases the likelihood of a successful outcome [29].

Nicotine-related vasoconstriction and increased carbon monoxide levels cause a decrease in the oxygen concentration and consequent cochlear function decrease, and outer hairy cells are affected [3, 30]. Passive smoking also causes SNHL [31]. In our study, we found that as Brinkman Index increased, TEOAEs decreased. This result may be related to the effect of smoking on the inner ear vascular system and nutrition. We recommend that RA patients and their families be aware of the harmful effects of smoking on their general and inner ear health; they may be directed to attend educational seminar programs if necessary.

Conductive hearing loss in RA may be related either to stiffness or to discontinuity of the ossicles in the middle ear. The incudomallear and incudostapedial joints are true diarthroses, so they may be involved in the disease process in RA, leading to stiffness of the ossicular system [3]. Reiter et al. [11] also suggested increased middle ear stiffness with or without decreased stability of ligamentous anchorage. Another characteristic of the disease, vasculitis, may lead to an improper perfusion of the ossicles and especially long process of the incus, and necrosis of this structure may lead to ossicular discontinuity [3].

In the present study, in the RA group, ipsilateral stapes reflex threshold value at 1.0 kHz was significantly higher than in the control group. This condition may be related to the fibrosis, beginning at the joints of the ossicular chain and to the subsequent stiffness. CHL was not detected in this study, but this difference in the stapes reflex threshold at 1.0 kHz may be the first sign of a developing conductive type hearing loss in addition to the already developed SNHL.

Elwany et al. [10] performed tympanometry in 68 patients with RA and found stiffness in 56% of the ears using a probe tone of 220 Hz. Only one case of CHL (1.5%) was present in their series. Modifications of the mechanical properties of the middle ear in a group of subjects with RA were investigated by evaluating the resonance frequency obtained with multiple-frequency tympanometry (MFT) [3]. MFT is a method in which the probe tone is swept through a series of frequencies, e.g., from 250 to 2,000 Hz. Through MFT, it is possible to

assess the resonant frequency of the middle ear system. The changes in resonance frequency are sometimes used to assess the pathology of the adult middle ear system, especially of the ossicular chain [32].

In Coletti et al.'s [3] study, normal resonance frequency, calculated at the 95th percentile in the control group, ranged from 900 to 1,250 Hz. RA patients (40%) displayed abnormal resonance values. A correlation between abnormal resonance values and more aggressive RA was established. They suggested that RA may involve the incudomalleolar and incudo-stapedial joints, altering the ossicular mechanics in response to static air pressure modifications. They found decreased stiffness in 6.6% of the ears with RA and increased stiffness in 18.3%, and suggested a possible subclinical involvement of the middle ear in patients with RA. The authors suggested that the ankylosis of the incudomalleolar and the incudostapedial joints did not cause any alteration in the sound conduction into the cochlea, because they were functionally fixed during the transmission of the sound. This may explain normal hearing despite increased stiffness in the middle ear [3].

In the present study, tympanometry was performed using a probe tone of 226 Hz. Through the use of either MFT or single high-frequency probe tones, many researchers have concluded that higher probe-tone frequency tympanometry can accurately identify middle ear effusion [33, 34]. 678 and 1,000 Hz probe tones are preferred to 226 Hz probe tone; for infants, the 1,000-Hz probe tone is preferred [35].

In our study, as the disease duration and RAI, CRP, ESR, and platelet count increased, showing an active disease stage, compliance values decreased. Extension in the disease duration leads to stiffness in the ossicular chain. Inflammation in the active disease stage and the subsequent fibrosis may cause a decrease in the elasticity of the ossicular chain.

In the present study, we found that when methotrexate cumulative dose increased, TEOAEs decreased. Noise and other pathologic agents cause an increase in the free oxygen radicals. Ototoxic drugs, acute and chronic acoustic trauma, and aging of the auditory system are the primary causes of oxidative stress in the cochlea [36]. Antioxidants, such as sodium salicylate, vitamin E, and N-acetyl cysteine [37] may be given to RA patients in addition to vasodilator treatment to protect the inner ear.

Sensorineural hearing loss is primarily present in RA patients. In addition to the sensorineural component, stiffness in the ossicular chain and, thus, the conductive component also develop. SNHL may be related to the vasculitis, cochlear hairy cell damage, ototoxicity of medications, and accumulation of immune deposits in the inner ear. Inflammation in the active disease stage and the consequent fibrosis in the ossicular chain may cause the lack of elasticity and the emergence of the conductive component of the

hearing loss. Since there was no difference between the study and control groups in the air-bone gaps, we may conclude that the conductive component was not yet clearly developed and that it may begin later than the sensorineural component, causing the mixed type hearing impairment.

We conclude that in RA patients with demonstrated TEOAE decrease, vasodilator treatment and antioxidant drugs may be useful for protection of the inner ear. In the future, we plan to carry out controlled studies to investigate the protective effects of these drugs on hearing levels in RA patients. Patients with RA and their families should be made aware of the harmful effects of smoking and should be directed to attend educational seminar programs if necessary.

**Acknowledgments**   The authors declare that there was no sponsor for this research and that there is no financial relationship to disclose.

**Conflict of interest statement**   The authors also have no conflicts of interest to declare.

## References

1. Takatsu M, Higaki M, Kinoshita H et al (2005) Ear involvement in patients with rheumatoid arthritis. Otol Neurotol 26:755–761. doi:10.1097/01.mao.0000178138.19848.bd
2. Rigual NR (1987) Otolaryngologic manifestations of rheumatoid arthritis. Ear Nose Throat J 66:18–22
3. Coletti V, Fiorino FG, Bruni L et al (1997) Middle ear mechanics in subjects with rheumatoid arthritis. Audiology 36:136–146
4. Frade C, Martin C (1998) Diagnostic value of the multi-frequency tympanometry in active rheumatoid arthritis. Auris Nasus Larynx 25:131–136. doi:10.1016/S0385-8146(98)00020-0
5. Ozcan M, Karakus MF, Gunduz OH et al (2002) Hearing loss and middle ear involvement in rheumatoid arthritis. Rheumatol Int 22:16–19. doi:10.1007/s00296-002-0185-z
6. Raut VV, Cullen J, Cathers G (2001) Hearing loss in rheumatoid arthritis. J Otolaryngol 30:289–294. doi:10.2310/7070.2001.19580
7. Kastanioudakis I, Skevas A, Danielidis V et al (1995) Inner ear involvement in rheumatoid arthritis: a prospective clinical study. J Laryngol Otol 109:713–718. doi:10.1017/S0022215100131135
8. Kakani RS, Mehra YN, Deodhar SD et al (1990) Audiovestibular functions in rheumatoid arthritis. J Otolaryngol 19:100–102
9. Magaro M, Zoli A, Altomonte L et al (1990) Sensorineural hearing loss in rheumatoid arthritis. Clin Exp Rheumatol 8:487–490
10. Elwany S, El Garf A, Kamel T (1986) Hearing and middle ear function in rheumatoid arthritis. J Rheumatol 13:878–881
11. Reiter D, Konkle DF, Myers AR et al (1980) Middle ear immittance in rheumatoid arthritis. Arch Otolaryngol 106:114–117
12. Bayazit YA, Yilmaz M, Gunduz B et al (2007) Distortion product otoacoustic emission findings in Behçet's disease and rheumatoid arthritis. ORL J Otorhinolaryngol Relat Spec 69(4):233–238. doi:10.1159/000101544
13. Arnett FC, Edworthy SM, Bloch DA et al (1988) The American Rheumatism Association 1987 Revised Criteria for the Classification of Rheumatoid Arthritis. Arthritis Rheum 31:315–324. doi:10.1002/art.1780310302
14. Ritchie DM, Boyle JA, McInnes JM et al (1968) Clinical studies with an articular index for the assessment of joint tenderness in patients with rheumatoid arthritis. Q J Med 37:393–406
15. Steinbrocker O, Traeger CH, Batterman RC (1949) Therapeutic criteria in rheumatoid arthritis. J Am Med Assoc 140:659–662
16. Lipsky PE (1987) Rheumatoid arthritis. In: Braunwald E, Isselbacher KJ, Petersdorf RG, Wilson JD, Martin JB, Fauci AS (eds) Harrison's principles of internal medicine 2, vol 2, 11th edn. McGraw-Hill, New York, pp 1423–1428
17. Green DS (1983) Pure tone air conduction testing. In: Katz J (ed) Handbook of clinical audiology, 2nd edn. Waverly Press, Baltimore, pp 98–108
18. Nomura K, Nakao M, Yano E (2005) Hearing loss associated with smoking and occupational noise exposure in a Japanese metal working company. Int Arch Occup Environ Health 78(3):178–184. doi:10.1007/s00420-005-0604-z
19. 52nd WMA General Assembly (2000) World Medical Association Declaration of Helsinki: ethical principles for medical research involving human subjects. JAMA 284:3043–3049. doi:10.1001/jama.284.23.3043
20. Siamopoulou-Mavridou A, Skevas A, Moutsopoulos HM (1990) Middle ear function in patients with juvenile chronic arthritis. Ann Rheum Dis 49:620–623. doi:10.1136/ard.49.8.620
21. Heyworth T, Liyanage SP (1972) A pilot survey of hearing loss in patients with rheumatoid arthritis. Scand J Rheumatol 1:81–83. doi:10.3109/03009747209103000
22. Gussen R (1977) Atypical ossicle joint lesions in rheumatoid arthritis with sicca syndrome (Sjogren syndrome). Arch Otolaryngol 103:284–286
23. Seçkin U, Ozoran K, Ikinciogullari A et al (2000) Hydroxychloroquine ototoxicity in a patient with rheumatoid arthritis. Rheumatol Int 19:203–204. doi:10.1007/s002960000054
24. Coutinho MM, Duarte I (2002) Hydroxychloroquine ototoxicity in a child with idiopathic pulmonary haemosiderosis. Int J Pediatr Otorhinolaryngol 62:53–57. doi:10.1016/S0165-5876(01)00592-4
25. Wen B, Liang C, He G et al (2005) A randomized controlled trail on vasodilators and steroids for sudden sensorineural hearing loss. Lin Chuang Er Bi Yan Hou Ke Za Zhi 19(16):724–726
26. Jurkiewicz D, Kantor I, Usowski J (2006) Assessment of betahistine dihydrochloride effectiveness in the treatment of disturbance of balance system, based on analysis of doctors and patients questionnaires results. Pol Merkur Lekarski 21(Suppl 1):3–12
27. Sheehy JL (1960) Vasodilator therapy in sensory-neural hearing loss. Trans Am Laryngol Rhinol Otol Soc 1960:570–602
28. García Callejo FJ, Conill Tobías N, Muñoz Fernández N et al (2007) Hearing impairment in patients with rheumatoid arthritis. Acta Otorrinolaringol Esp 58(6):232–238. doi:10.1016/S0001-6519(07)74919-1
29. Murdin L, Patel S, Walmsley J et al (2008) Hearing difficulties are common in patients with rheumatoid arthritis. Clin Rheumatol 27(5):637–640. doi:10.1007/s10067-007-0802-z
30. Fechter L, Thorne P, Nuttall A (1987) Effects of carbon monoxide on cochlear electrophysiology and blood flow. Hear Res 27:37–45. doi:10.1016/0378-5955(87)90024-4
31. Cruickshanks KJ, Klein R, Klein BEK et al (1998) Cigarette smoking and hearing loss. The epidemiology of hearing loss study. JAMA 279(21):1715–1719. doi:10.1001/jama.279.21.1715
32. Lantz J, Petrak M, Prigge L (2004) High-frequency immittance with infants. Using the 1000-Hz probe for immittance measurements in infants. Hear J 57(10). http://www.msrwest.com/Resources/1K_Probe_Tone.pdf (Accessed 15 Jan 2009)
33. Marchant CD, McMillan PM, Shurin PA et al (1986) Objective diagnosis of otitis media in early infancy by tympanometry and ipsilateral acoustic reflex thresholds. J Pediatr 109(4):590–595. doi:10.1016/S0022-3476(86)80218-9
34. Shurin PA, Pelton SI, Finkelstein J (1977) Tympanometry in the diagnosis of middle-ear effusion. N Engl J Med 296(8):412–417
35. Sutton G, Baldwin M, Brooks D, et al (2002) Tympanometry in neonates and infants under 4 months: a recommended test



protocol. The Newborn Hearing Screening Programme, UK. http://www.nhsp.info

36. Zhuravskii SG, Aleksandrova LA, Sirot VS et al (2004) Natural antioxidant L-carnosine inhibits LPO intensification in structures of the auditory analyzer under conditions of chronic exposure to aminoglycoside antibiotics. Bull Exp Biol Med 138(10):361–364. doi:10.1007/s10517-004-0012-5

37. Li G, Sha SH, Zotova E et al (2002) Salicylate protects hearing and kidney function from cisplatin toxicity without compromising its oncolytic action. Lab Invest 82:585–596. doi:10.1038/labinvest.3780453

 Springer