# PX33

0145-6008/04/2803-0508$03.00/0
ALCOHOLISM: CLINICAL AND EXPERIMENTAL RESEARCH

Vol. 28, No. 3
March 2004

# Cumulative Lifelong Alcohol Consumption Alters Auditory Brainstem Potentials

Elisabeth Stephanie Smith and Herbert Riechelmann

**Background:** Alcohol is one of the most widely abused substances in the United States and Europe. It is believed that alcohol causes brain damage that may influence the central auditory tracts. Brainstem auditory evoked potentials (BAEPs) are a common method for measuring central auditory pathways. Therefore, the influence of cumulative lifelong alcohol consumption on BAEPs in subjects with normal hearing was investigated both qualitatively and quantitatively.

**Methods:** BAEPs were measured in 38 male subjects, 19 of whom head and neck tumor patients with an ECOG (Eastern Cooperative Oncology Group) scale of zero and 19 plastic surgery patients. A self-report questionnaire on alcohol and nicotine consumption together with blood tests and pure tone audiometry were obtained for all subjects before the BAEP measurement.

**Results:** The alcohol consumption of the head and neck tumor patients corresponded to high-risk, dangerous, and risky alcohol consumption behavior, whereas that of the plastic surgery patients corresponded to risky and low-risk consumption behavior. In this way, a wide spectrum of alcohol consumption was covered. The latency I–V of the high-risk, dangerous, and risky drinkers was found to be significantly delayed compared with low-risk drinkers. A logarithmic relationship between BAEP latencies and cumulative lifelong alcohol consumption was obtained.

**Conclusion:** Alcohol consumption leads to damage in the brainstem. The logarithmic behavior between BAEP latencies and cumulative lifelong alcohol consumption reveals that even alcohol consumption within the range of low-risk drinkers may alter auditory evoked brainstem potentials significantly.

**Key Words:** Alcoholism, Evoked Potentials, Auditory Brainstem, Neurotoxicity.

**A**LCOHOL IS ONE of the most widely abused substances in the United States (U.S. Department of Health and Human Services, Substance Abuse and Mental Health Services Administration, 1998) and Europe (Federal Ministry of Heath, Germany, 1998). Alcohol is found to cause brain damage that is regionally specific, with the frontal lobes being particularly affected. Both gray matter and white matter components are damaged (Kril and Halliday, 1999; Kril et al., 1999; Pfefferbaum et al., 1988). Barinaga (2000) claimed that alcohol works through receptors for two of the brains neurotransmitters, glutamate and γ-aminobutyric acid, to destroy brain neurons. The long duration of excessive alcohol consumption in alcohol-dependent subjects causes a reduction in central serotonergic neurotransmission, possibly due to a toxic effect of alcohol on serotonin neurons (Berggen et al., 2002). Lifetime dose of alcohol leads to significant brain impairment, demonstrated by neuropsychological testing, evoked potentials, and brain morphometric analysis (Nicolas et al., 1997).

For quantitative investigations of the influence of long-duration alcohol intake and life-time alcohol dose on brain damage, reliable measures for short-term as well as long-term alcohol consumption are needed. Up to now, the meaning of "chronic" was rather confusing. In one study, chronic meant 14 days (Sillanaukee, 1996), whereas in another study it meant 14 months (Nicolas et al., 1997). In most other studies, the meaning of chronic was not even defined. To remove this confusion, instead of chronic alcohol consumption, we have used the term "long-term alcohol consumption." Long-term alcohol consumption in this study is understood to be the lifetime pure alcohol intake of the subject (grams), whereas short-term alcohol consumption, instead of acute alcohol consumption, is defined as the alcohol intake within the 14 days preceding the three abstinent days before the tests.

Laboratory markers such as γ-glutamyltransferase (γ-GT) and carbohydrate deficient transferrin (CDT) in blood are frequently used to determine short-term alcohol consumption. γ-GT is only sensitive to the alcohol intake of the subject for a maximum of 1 month before the test (Conigrave et al., 1995; Iffland et al., 1994). Furthermore, the result of γ-GT blood tests can easily be falsified by hepatobiliary disease (Conigrave et al., 1995). The marker CDT

*From the Department of Otorhinolaryngology, University of Ulm, Germany.*

*Received for publication June 2, 2003; accepted January 2, 2004.*

*Reprint requests: Elisabeth Smith, Department of Otorhinolaryngology, University of Ulm, Prittwitzstr. 43, D-89075 Ulm, Germany; Fax: +49 0 731 50026703; E-mail: elismith20001@yahoo.com.*

*Copyright © 2004 by the Research Society on Alcoholism.*

**DOI: 10.1097/01.ALC.0000117870.11317.92**

Copyright © Research Society on Alcoholism.   Unauthorized reproduction of this article is prohibited.

is also known to have a half-life of only 14 to 17 days during abstinence (Sillanaukee, 1996). Moreover, its response in female subjects and those under 30 years of age is low (Conigrave et al., 1995; van Pelt et al., 2000). Despite these shortcomings, laboratory tests, $\gamma$-GT, and CDT were also carried out in this study as a cross-check of the alcohol consumption assessment.

Standardized self-report questionnaires of drinking behavior are the only instruments for noninvasive assessment of long-term alcohol intake of the subject (Abel et al., 1995; Dietz et al. 1999; Kril and Halliday, 1999; Nicolas et al., 1997; Weisner et al., 1984). In this study, part of the German language questionnaire ANES (Occupational Medicine Neurotoxic Evaluation System) was used to evaluate long-term alcohol consumption.

To measure brain damage in the subjects, brainstem auditory evoked potentials (BAEPs) were recorded and evaluated. BAEPs are commonly used for noninvasive, objective clinical diagnosis of diseases of the inner ear, cerebello-pontine angle, and central auditory pathways and for the examination of uncooperative patients (Ruth and Lambert, 1991). BAEP measurements are also useful for the determination of neural lesions even before the patient notices changes in his or her hearing ability. Deviations from standard BAEP latencies and amplitudes generally reflect various diseases affecting the auditory nerve and central auditory pathways. In addition, toxicological factors such as solvents and, in particular, alcohol can also result in an increase in latencies and reduction of amplitudes of the BAEP signals (Abbate et al., 1993).

Up to now, no quantitative analysis between alcohol consumption and BAEP latencies has been reported. Such a quantitative analysis may help to establish mathematical models for a more detailed description of the interaction between different alcohol consumption levels and BAEP latencies. In previous studies (Begleiter et al., 1981; Cadaveira et al., 1991; Chan et al., 1985; Chu et al., 1982; Diaz et al., 1990) it was found that alcohol consumption prolongs BAEP latencies. Begleiter et al. (1981) and Diaz et al. (1990) discovered that the latencies of peaks II, III, IV, and V were significantly delayed in alcoholic subjects compared with control subjects. Cadaveira et al. (1991) found additionally that the parameters most sensitive to long-term alcohol consumption were (in descending order) P300 latency, peak V latency, and the I–V and III–V intervals. Chan et al. (1985) and Chu et al. (1982) also found significant influence of alcohol consumption on BAEP latencies, whereas the impact of neurological disturbances like Wernicke-Korsakoff syndrome may be stronger. However, all the study groups used in these studies were divided into healthy controls and abstinent alcoholics only, without further quantitative analysis of their drinking history. In this way, only a qualitative (yes or no) analysis of the relationship between BAEP latencies and alcohol consumption could be performed. In the present study, a quantitative relationship between BAEP latencies and long-term alco-

hol consumption was investigated for the first time by considering the cumulative lifelong alcohol consumption behavior of all subjects. The alcohol consumption of the subjects stretched from low-risk drinking behavior to high-risk drinking behavior. In this way, a continuous functional relationship between BAEP latencies and long-term alcohol consumption could be established.

## METHODS

### Study Groups

For this hospital-based study, 40 subjects with informed consent according to the Guidelines for Ethical Review of Epidemiologic Studies (Declaration of Helsinki) (Council for International Organizations of Medical Sciences, 1991) were initially recruited from the otorhinolaryngology clinic of the University of Ulm, Germany. This study group covered plastic surgery patients and patients with head and neck tumor. Tumors of the aerodigestive tract are very often associated with long-term alcohol abuse (Ogden and Wight, 1998). Subjects with newly diagnosed head and neck tumors who had not yet undergone any treatment such as surgery, chemotherapy, radiotherapy, or general anesthesia and who had an ECOG scale of zero were therefore chosen. Unlike subjects in most previous studies (Chan et al., 1985), these subjects were free of neuropsychological disturbances such as Wernicke-Korsakoff syndrome. Mental stability of the subjects was also guaranteed by a simple prescreening interview.

Nicotine consumption behaviors with respect to the number of cigarettes per day of all categories of drinkers in both groups, the plastic surgery patients group and the head and neck tumor patients group, were comparable. Both groups complied with the order of alcohol abstinence of 3 days before the examination. After application of the exclusion criteria such as hearing loss, previous head injury, multiple sclerosis, and ototoxic and/or psychoactive drug usage for the removal of probable confounders, 38 subjects remained in the study. This collective of 38 subjects consisted of 19 plastic surgery patients (mean age, 52 years; age range, 35–68 years) and 19 head and neck tumor patients (mean age, 54 years; age range, 40–69 years).

### Assessment of Alcohol Consumption

Cumulative lifelong alcohol consumption is generally believed to be an appropriate measure for long-term alcohol consumption (Nicolas et al., 1997) and was therefore used in this study.

To assess short-term and long-term alcohol consumption equivalent to 100% pure ethanol in grams, standardized self-report questionnaires of drinking behavior are appropriate. They are the only instruments for noninvasive assessment of long-term alcohol intake of the subject (Abel et al., 1995; Dietz et al., 1999; Kril and Halliday, 1999; Nicolas et al., 1997; Weisner et al., 1984). Questionnaires are believed to offer high sensitivity in detecting hazardous alcohol intake in cooperative subjects (Bernadt et al., 1982; Saunders et al., 1993). In the present study, parts of the German-language ANES self-report standardized questionnaire (Dietz et al., 1999) were used (Table 1).

In this study, a fairly precise estimation of alcohol intake was used where the cumulative lifelong alcohol consumption was determined by summing the average daily consumption of beer (5% alcohol), wine (12% alcohol), and spirits (40% alcohol) starting from the age of 20 until the present age in steps of 10 years. As an example, the calculation of the cumulative lifelong alcohol consumption of a 54-year-old subject is outlined in Table 2. The average beer, wine, and spirit daily consumption in liters for the age intervals 21 to 30, 31 to 40, 41 to 50, and 51 to 54 are given by $B_{1,2,3,4}$, $W_{1,2,3,4}$, and $S_{1,2,3,4}$, respectively. The cumulative consumption per day of these 34 alcohol-drinking years (10 years + 10 years + 10 years + 4 years) of, for example, beer can be given by the summation of $B_1 \times 10$, $B_2 \times 10$, $B_3 \times 10$, and $B_4 \times 4$. The pure alcohol consumption per day

Copyright © Research Society on Alcoholism.   Unauthorized reproduction of this article is prohibited.

SMITH AND RIECHELMANN

**Table 1.** Calculation of Cumulative Lifelong Alcohol Consumption of a 54-Year-Old Subject

| Consumption at age (years) | Beer (liters/day) | Wine (liters/day) | Spirits (liters/day) |
|---|---|---|---|
| 21–30 | $B_1$ | $W_1$ | $S_1$ |
| 31–40 | $B_2$ | $W_2$ | $S_2$ |
| 41–50 | $B_3$ | $W_3$ | $S_3$ |
| 51–54 | $B_4$ | $W_4$ | $S_4$ |
|  | $5\% \times (B_1 + B_2 + B_3) \times 10 + B_4 \times 4 = B_c$ | $12\% \times (W_1 + W_2 + W_3) \times 10 + W_4 \times 4 = W_c$ | $40\% \times (S_1 + S_2 + S_3) \times 10 + S_4 \times 4 = S_c$ |
| Cumulative lifelong alcohol consumption (g) |  | $(B_c \times 365 + W_c \times 365 + S_c \times 365) \times 789$ g/liter |  |

**Table 2.** Mean Latencies (±Standard Deviation) of BAEP Peaks I, III, and V and Mean Interpeak Latencies I–III and I–V for Plastic Surgery Group and Heavy Alcohol Drinkers

| Subjects | Mean latencies for peaks (msec) | | | Interpeak latencies (msec) | |
|---|---|---|---|---|---|
|  | I | III | V | I–III | I–V |
| Plastic surgery group | 1.67 ± 0.15 | 3.86 ± 0.19 | 5.72 ± 0.25 | 2.17 ± 0.13 | 4.04 ± 0.18 |
| Heavy alcohol drinkers | 1.65 ± 0.19 | 4.01 ± 0.21 | 5.98 ± 0.25 | 2.34 ± 0.20 | 4.34 ± 0.15 |

due to beer ($B_c$) is obtained by multiplying this sum by 5%. The same calculation can also be applied to wine and spirits by using the appropriate parameters and alcohol percentages. The cumulative lifelong alcohol consumption in grams can now be calculated by multiplying the sum of the pure alcohol consumption per day due to beer ($B_c$), wine ($W_c$), and spirits ($S_c$) with 365 days and 789 g/liter (specific weight of alcohol). In this estimation, a few years of alcohol abstinence, less than 10 years, could not be accurately considered. This may have some minor effects in form of larger data fluctuation on the alcohol consumption assessment. Short-term daily consumption of beer, wine, and spirits in the 14 days before the last three abstinent days before measurements was also recorded.

The categorization of alcohol consumption by Bühringer et al. (2000) is used here as an operational definition. Low-risk consumption behavior was defined as 0 to 30 g of pure alcohol per day, risky consumption behavior as 30 to 60 g of pure alcohol per day, dangerous consumption behavior 60 to 120 g of pure alcohol per day, and high-risk consumption behavior as more than 120 g of pure alcohol per day.

*Laboratory and Otologic Investigations*

Tests of various laboratory parameters were performed on all subjects. For this work, CDT and γ-GT were considered, as they are particularly sensitive to short-term alcohol intake (Sillanaukee, 1996).

Only subjects with normal findings in a microscopic ear examination were included. To exclude hearing loss as a possible confounder, all subjects underwent pure tone audiometry, stapedial reflex tests, and tympanometry for both ears. Results of the pure tone audiometry were compared with normal hearing performance as defined by ISO (International Standards Organisation) 7029 and ISO 8253-3. Subjects with hearing loss exceeding 10 dB were excluded. Stapedial reflex and tympanometry results were required to be within normal ranges.

*BAEP Measurement*

Figure 1 shows typical BAEP curves of both the plastic surgery and the head and neck tumor patients. The plastic surgery patient had a cumulative lifelong alcohol consumption of $1.7 \times 10^5$ g, and the head and neck tumor patient had a cumulative lifelong alcohol consumption of $1.7 \times 10^6$ g. Since the hearing performance of both ears of all the recruited subjects was comparable, auditory brainstem potentials were evoked monaurally through an earphone to the right ear using clicks (pressure/suction) as stimulus, with alternating polarity. Maximum electrode resistance was required to be less than 6 kΩ. The stimulus rate was 20 Hz and the intensity was 90 dB SPL above threshold (ISO 7029 and ISO 8253-3). Monopolar recordings were taken between centroparietal and ipsilateral mastoid (electrodes: blue sensor disposable electrodes type A-50-N), with the wrist electrode serving as ground (Lehnhardt, 2001).

The potentials were amplified by 86 dB and subjected to a signal filter with a bandpass of 100 to 1500 Hz. The amplified and filtered signals were

a)


b)


**Fig. 1.** BAEP trace of a representative subject from the (a) plastic surgery group and (b) head and neck tumor patient group. The peaks are marked by I, III, and V, respectively.

sampled with an analysis epoch of 10 msec. To increase the signal to noise ratio, a total of 2000 responses were averaged for each recording. The integrated signal curves were graphically output. The signal peaks were determined by inspection, and the latencies were then measured graphically.

Copyright © Research Society on Alcoholism.   Unauthorized reproduction of this article is prohibited.

## RESULTS

*Study Group*

The plastic surgery subjects had an average short-term daily alcohol consumption in the 14 days preceding the three abstinent days before the tests from 0 to 49 g per day (mean, 14.2 ± SD 14.0 g). The median was 8.84 g, the 25th percentile was 0.0 g, and the 75th percentile was 19.7 g. The alcohol consumption within the same period in the head and neck tumor group lay between 0 and 210 g per day (mean, 91.5 ± SD 47.0 g). The median was 83.7 g, the 25th percentile was 69.5 g, and the 75th percentile was 95.5 g (Tables 3 and 4).

Cumulative lifelong alcohol consumption in the plastic surgery group ranged between 0 and $0.8 \times 10^6$ g (mean, $0.3 \times 10^6 \pm$ SD $0.2 \times 10^6$ g). The median was $1.48 \times 10^5$ g, the 25th percentile was $9.6 \times 10^3$ g, and the 75th percentile was $4.4 \times 10^5$ g. The cumulative lifelong alcohol consumption in the head and neck tumor group ranged between $0.6 \times 10^6$ and $4.5 \times 10^6$ g (mean, $1.9 \times 10^6 \pm$ SD $0.2 \times 10^6$ g). The median was $1.76 \times 10^6$ g, the 25th percentile was $1.4 \times 10^6$ g, and the 75th percentile was $1.9 \times 10^6$ g. Both mean and median values are given here to be compatible with other studies, which generally use mean values and standard deviations.

The alcohol consumption ranges of the two groups were found to overlap in short-term daily as well as in cumulative lifelong alcohol consumption, coverage of cumulative lifelong alcohol consumption between zero and $4.5 \times 10^6$ g being gapless.

The values are in good agreement with the results in other studies dealing with long-term alcohol consumption.

For example, in the publication of Nicolas et al. (1997), the average total lifelong alcohol intake of alcoholic patients with a body weight of about 70 kg was approximately $1.6 \times 10^6$ g.

Spearman's rank correlation coefficient between short-term daily alcohol consumption and cumulative lifelong alcohol consumption was found to be 0.8 (significance level, $4.5 \times 10^{-9}$), indicating a significant correlation between short-term and cumulative lifelong alcohol consumption.

*Laboratory and Otological Investigations*

Laboratory parameters considered indicative for alcohol abuse were affected by the alcohol consumption behavior of the subjects. The mean value for γ-GT for the plastic surgery subjects was 15 (±SD 11.4) units/liter, and for the head and neck tumor patients it was 28 (±18.5) units/liter. The mean value of CDT for the plastic surgery patients was 2.1% (±SD 0.36) and for head and neck tumor patients 5.0% (±4.4). Blood samples of all head and neck tumor patients revealed at least one abnormal value in either γ-GT or CDT. The CDT values were normal in all plastic surgery subjects, and less than 20% had a slightly elevated γ-GT value. These results were in good agreement with the data on short-term alcohol consumption of the subjects collected in the questionnaire. The Spearman's rank correlation coefficient between, for example, CDT and short-term alcohol consumption of the subjects was 0.7 ($p < 0.001$). In addition, the audiometric investigations did not differ more than 10 dB from normal in both groups and were considered normal.

**Table 3.** Short-Term Alcohol Consumption of the Plastic Surgery and the Head and Neck Tumor Patients

| Short-term alcohol consumption | Minimum (g) | Maximum (g) | Median (g) | Mean (g) | SD (g) | 25% Percentile (g) | 75% Percentile (g) |
|---|---|---|---|---|---|---|---|
| Plastic surgery patients | 0.0 | 49 | 8.84 | 14.2 | 14.0 | 0.0 | 19.7 |
| Head and neck tumor patients | 0.0 | 210 | 83.7 | 91.5 | 47.0 | 69.5 | 95.5 |

**Table 4.** Long-Term Alcohol Consumption of the Plastic Surgery and the Head and Neck Tumor Patients

| Long-term alcohol consumption | Minimum (g) | Maximum (g) | Median (g) | Mean (g) | SD (g) | 25% Percentile (g) | 75% Percentile (g) |
|---|---|---|---|---|---|---|---|
| Plastic surgery patients | 0.0 | $0.8 \times 10^6$ | $1.48 \times 10^5$ | $0.3 \times 10^6$ | $0.2 \times 10^6$ | $9.6 \times 10^3$ | $4.4 \times 10^5$ |
| Head and neck tumor patients | $0.6 \times 10^6$ | $4.5 \times 10^6$ | $1.76 \times 10^6$ | $1.9 \times 10^6$ | $0.2 \times 10^6$ | $1.4 \times 10^6$ | $1.9 \times 10^6$ |

**Table 5.** Mean Latencies (±SD) of BAEP Peaks I, III, V and Mean Interpeak Latencies I-III and I-V for Plastic Surgery Group and Head and Neck Tumor Patients and from the Study of Diaz

| Subjects | Mean latencies for peaks [ms] | | | Interpeak latencies [ms] | |
|---|---|---|---|---|---|
| | I | III | V | I–III | I–V |
| Plastic surgery group | 1.67 × 0.15 | 3.86 × 0.19 | 5.72 × 0.25 | 2.17 × 0.13 | 4.04 × 0.18 |
| Head and neck tumor group | 1.65 × 0.19 | 4.01 × 0.21 | 5.98 × 0.25 | 2.34 × 0.20 | 4.34 × 0.15 |
| BAEP Latencies for Peaks I, III, V and Interpeak latencies I–III, I–V from the Study of F. Diatz, et al., 1990 | | | | | |
| Alcoholics | 1.65 × 0.17 | 3.80 × 0.23 | 5.83 × 0.32 | 2.15 × 0.17 | 4.18 × 0.23 |
| Control | 1.59 × 0.11 | 3.76 × 0.13 | 5.58 × 0.23 | 2.17 × 0.16 | 3.99 × 0.21 |

Copyright © Research Society on Alcoholism.   Unauthorized reproduction of this article is prohibited.

*BAEP Measurements*

The mean latencies of peaks I, III, and V of the head and neck tumor subjects and plastic surgery patients are outlined in Table 5. No significant difference between the latency of peak I was found in the two groups. The latencies of peaks III and V, as well as the interpeak latencies I–III and I–V, were significantly increased in the head and neck tumor subjects compared with those of the plastic surgery group. The head and neck tumor subjects showed a latency increase in peak III of 0.15 msec ($p < 0.05$), in peak V of 0.26 msec ($p < 0.005$), in interpeak interval I–III of 0.17 msec ($p < 0.005$), and in interpeak difference I–V of 0.3 msec ($p < 0.001$). For comparison, the BAEP latencies measured by Diaz et al. (1990) are also listed in Table 5. The results of Diaz et al. showed similar peak latencies and interpeak intervals as the present work, although the subjects in that study had a much longer abstinence period (25–35 days).

*Quantitative Relationship Between Long-Term Alcohol Consumption and BAEP Latencies*

Figure 2 shows the results of the investigation of the quantitative relationship between long-term alcohol consumption and BAEP latencies. The BAEP latencies I–V of the whole study group are plotted against the corresponding cumulative lifelong alcohol consumption. It is immediately apparent that the BAEP latency increases nonlinearly with increasing cumulative lifelong alcohol consumption. The curve can be broadly divided into two regions, from x = 0 to approximately x = 2 × 10⁵ g (region 1, corresponding to subjects with low lifelong alcohol consumption) and above x = 2 × 10⁵ g (region 2, corresponding to subjects with high lifelong alcohol consumption). In region 1, the curve rises very steeply; for example, at x = 10⁵ g, the slope is 8 × 10⁻⁷ msec/g. In region 2, the slope is much more gradual, the value for high lifelong alcohol consumption being approximately 2.6 × 10⁻⁸ msec/g. This could indicate a possible saturation tendency of the BAEP latency I–V with increasing cumulative lifelong alcohol consumption.

By plotting the BAEP latency I–V against the logarithm of cumulative lifelong alcohol consumption (Fig. 3), a linear relationship was observed. This relationship indicated that a logarithmic equation like Equation 1 may be applied to describe the functional dependency between BAEP latency I–V and cumulative lifelong alcohol consumption.

$$y = a - b \log(x + c) \tag{1}$$

where $x$ = cumulative lifelong alcohol consumption, $y$ = BAEP I–V latency, and $a$, $b$, and $c$ are fitting parameters. The fitting parameters $a$, $b$, and $c$ of Equation 1 were determined by minimizing the variance, and the values $a$ = 2.81 msec, $b$ = −0.10 msec, and $c$ = 28,084 g were obtained. Spearman's rank correlation coefficient between BAEP latency I–V and the logarithm of cumulative lifelong alcohol consumption was 0.66 ($p < 10^{-5}$).



**Fig. 2.** Scatterplot of BAEP interpeak latency I–V and cumulative lifelong alcohol consumption of 38 subjects (grams).

To investigate whether age is a possible confounder of this study, the correlation between logarithm of cumulative lifelong alcohol consumption and BAEP latency I–V was recalculated but with age partialled according to Equation 2 (Hartung and Elpelt, 1992). In this partial correlation, Spearman's rank correlation coefficient decreased to a value of 0.59 ($p < 4 \times 10^{-5}$).

$$r_{(x,y)|z} = \frac{r_{x,y} - r_{x,z} \cdot r_{y,z}}{\sqrt{(1 - r_{x,y}^2)(1 - r_{y,z}^2)}} \tag{2}$$

where $r_{(x,y)|z}$ = Spearman rank correlation coefficient between $x$ and $y$ where $z$ being partialized, $r_{x,y}$ = Spearman rank correlation coefficient between $x$ and $y$, $r_{x,z}$ = Spearman rank correlation coefficient between $x$ and $z$, and $r_{y,z}$ = Spearman rank correlation coefficient between $y$ and $z$.

## CONCLUSION

The aim of the present study was to systematically evaluate the quantitative influence of long-term alcohol consumption on neural damage as exhibited by increased BAEP latencies. As a suitable measure of long-term alcohol consumption, the cumulative lifelong alcohol consumption was chosen. The advantage of using this measure lies in the fact that it can be easily measured by a self-report questionnaire (e.g., ANES questionnaire) and is less affected by one-time binge. Another advantage of using the measure rather than the commonly used short-term alcohol consumption is that short-term alcohol abstinence by high-risk drinkers does not falsify the results since it is outweighed by long-term effects.

Male plastic surgery patients served as low-risk and risky drinking subjects. Untreated males with newly diagnosed head and neck tumors served as risky, dangerous, and high-risk drinking subjects. It is well known that the majority of subjects with head and neck tumors suffer from effects of cumulative lifelong alcohol abuse (Ogden and

Copyright © Research Society on Alcoholism.   Unauthorized reproduction of this article is prohibited.



**Fig. 3.** Plot of BAEP interpeak latency I–V against logarithm of cumulative lifelong alcohol consumption of 38 subjects (grams).

Wight, 1998). Since the presence of a head and neck tumor per se has no effect on the BAEP latencies (Leighton et al., 1997), these subjects were considered eligible for this study.

None of the subjects had recently undergone any general anesthesia or antitumor treatment such as chemotherapy, radiotherapy, and/or surgery, since these therapeutic modalities might have influenced the results of the BAEP measurements. In comparison to other studies (Chan et al., 1985; Chu et al., 1982; Diaz et al., 1990), only male subjects were examined in this work to exclude gender-related effects. It is known that females are affected differently by alcohol than males. Usually a lower and shorter alcohol consumption in females leads to comparable brain impairment. These findings are supported by a study from Neiman (1998) using computer tomography. In another study, more extensive neuropsychological deficits were observed in females than in males, despite a shorter duration of alcohol exposure (Bergman, 1987).

The short-term alcohol consumption of the study group showed that it represented the drinking behavior of low-risk, risky, dangerous, and high-risk alcohol consumption (Bühringer et al., 2000). Since a good correlation between short-term daily and cumulative lifelong alcohol consumption was observed, the cumulative lifelong alcohol consumption behavior of the present study group may be used, to a certain extent, to describe the long-term drinking behavior of Western society.

Consistent with the normal pure tone audiometry results, comparable peak I latencies were found in both groups. Even though a certain degree of fluctuation in the BAEP latencies exists, in particular in the head and neck tumor group, significant latency differences between the two groups could be observed in peaks III and V as well as in the interpeak latencies I–III and I–V. This result indicated that long-term alcohol abuse affects the auditory nerve and central auditory pathways. The higher variability

of latency values obtained in the head and neck tumor patients may be explained by interindividual differences in the vulnerability to high alcohol consumption. However, these differences seem to be outweighed by the cumulative lifelong alcohol effect. These findings were consistent with the results of BAEP measurements in heavy drinkers with an abstinence of more than 14 days (Begleiter et al., 1981; Cadaveira et al., 1991; Chan et al., 1985; Diaz et al., 1990). Although the abstinence periods of those studies were much longer than in the present study, the results in the present study and those in the cited studies were very similar. This implies that the different length of abstinence may not have any major effects on the results of the present study. The latency increase may be explained by the demyelinization of the auditory tracts, especially in the brainstem, caused by long-term alcohol consumption (Begleiter et al., 1981). Kril et al. (1997) also demonstrated that long-term alcoholism leads to an increase of demyelinization in the brain.

The study group in the present work allowed not only a qualitative but also a quantitative analysis of the long-term alcohol effect on BAEP latencies. By plotting the BAEP latencies I–V against the cumulative lifelong alcohol consumption of the whole study group, a logarithmic relationship was observed. This indicated that for low-risk and risky drinkers with cumulative lifelong alcohol consumption below $2 \times 10^5$ g, a relatively small increase in long-term alcohol consumption leads to a considerable increase in BAEP latencies. In contrast, the BAEP latencies of risky, dangerous, or high-risk drinkers with cumulative lifelong alcohol consumption above $2 \times 10^5$ g were significantly less sensitive to an increase in long-term alcohol consumption. This finding indicated that the relationship between alcohol and central nervous system damage is nonlinear. In fact, this nonlinearity between alcohol and central nervous system damage was suggested but not proved by Neiman (1998). The relative brain impairment represented by the change in BAEP latency I–V appears to decrease with increasing cumulative lifelong alcohol consumption. According to these results, the relative brain impairment of alcohol for low-risk and risky drinkers seems to be higher than for dangerous and high-risk drinkers.

These results also lead to the hypothesis that an alcohol consumption regarded as acceptable in Western culture could cause brain impairment due to the cumulative lifelong alcohol dose. Further investigations in this field are in progress.

Since cumulative lifelong alcohol consumption is age dependent, age is considered a major confounding factor. Age is particularly relevant because demyelinization in the auditory system as a possible pathophysiological factor of alcohol-induced BAEP alterations increases with age (Oku and Hasegewa, 1997; Sim et al., 2000). Pfefferbaum et al. (1997) also reported that both alcohol and increasing age led to a significant volume deficit of the gray and white matter as well as a ventricular enlargement of the brain.

Copyright © Research Society on Alcoholism.   Unauthorized reproduction of this article is prohibited.

Therefore, age may also be a confounder in BAEP measurements. Indeed, Boettcher (2002) found that with increasing age, a prolongation of BAEP latencies could be observed.

In the present study, the correlation between logarithmic cumulative lifelong alcohol consumption and BAEP latency I–V was calculated with and without age partialled. By applying age partialization, as expected, a reduction of the Spearman's rank correlation coefficient was observed. This suggests that age is a non-negligible confounder on BAEP latencies. Other possible confounders such as hearing loss, enteric encephalopathy (Chauhan and Kochar, 1997), and solvent-induced toxic encephalopathy (Abbate et al., 1993) resulted in exclusion from the study and are thus not considered to bias its main results.

This study revealed an increase in neural transmission time within the auditory brainstem caused by long-term alcohol consumption and thus cumulative lifelong alcohol consumption. For the first time, a quantitative analysis of the influence of long-term alcohol consumption on BAEP latencies was achieved. A nonlinear relationship between BAEP latencies and cumulative lifelong alcohol consumption was obtained. It was found that BAEP latencies of low-risk and risky drinkers were significantly more sensitive to the increase of the cumulative lifelong alcohol consumption than dangerous and high-risk drinkers.

## REFERENCES

Abbate C, Giorgiani C, Munao F, Brecciaroli R (1993) Neurotoxicity induced by exposure to toluene. Int Arch Occup Environ Health 64: 389–392.

Abel EL, Kruger ML Hon v. Stroh Brewery Company (1995) What do we mean by moderate and heavy drinking. Alcohol Clin Exp Res 19: 1024–1031.

Barinaga M (2000) A new clue to how alcohol damages brain. Science (Wash. DC) 287:947–948.

Begleiter H, Porjesz B, Chou C (1981) Auditory brainstem potentials in cumulative lifelong alcoholics. Science (Wash. DC) 211:1064–1066.

Berggen U, Eriksson M, Fahlke C, Balldin J (2002) Is long-term heavy alcohol consumption toxic for brain serotonergic neurons? Relationship between years of excessive alcohol consumption and serotonergic neurotransmission. Drug Alcohol Depend 65:159–165.

Bergman H (1987) Brain dysfunction related to alcoholism: some results for the KARTAD project, in Neuropsychology of Alcoholism: Implications for Diagnoses and Treatment (Parsons OA, Butters N, Nathan PE eds), pp 21–44. Guilford Press, New York.

Bernadt MW, Mumford J, Taylor C, Smith B, Murray RM (1982) Comparison of questionnaire and laboratory tests in the detection of excessive drinking and alcoholism. Lancet 18:325–328.

Boettcher FA (2002) Presbyacusis and the auditory brainstem response. J Speech Lang Hear Res 45:1249–1261.

Bühringer G, Augustin R, Bergmann E, Bloomfield K, Funk W, Junge B, Klaus L, Merfert-Diete C, Rumpf H, Simon R, Töppich J (2000) Konsumenten und Konsummengen in der Bevölkerung, in Alkoholkonsum und alkoholbezogene Störungen in Deutschland, p 48, Nomos Verlagsgesellschaft, Baden-Baden, Germany.

Cadaveira F, Grau C, Roso M, Sanchez-Turet M (1991) Multimodality exploration of evoked potentials in chronic alcoholics. Alcohol Clin Exp Res 15:607–611.

Chan YW, McLeod JG, Tuck RR, Feary PA (1985) Brainstem auditory evoked potentials in chronic alcoholics. J Neurol Neurosurg Psychiatry 48:1107–1112.

Chauhan S, Kochar D (1997) Brainstem auditory evoked potentials (BA-EPs) and somatosensory evoked potentials (SEPs) in enteric encephalopathy (EE). Electromyogr Clin Neurophysiol 37:423–429.

Chu NS, Kenneth C, Squires KC, Starr A (1982) Auditory brainstem responses in chronic alcoholic patients. Electroenceph Clin Neurophysiol 54:418–425.

Conigrave K, Saunders J, Whitfield J (1995) Diagnostic tests for alcohol consumption. Alcohol Alcohol 30:13–26.

Council for International Organizations of Medical Sciences (CIOMS) (1991) Guidelines for Ethical Review of Epidemiological Studies (Declaration of Helsinki). Council for International Organizations of Medical Sciences, Geneva, Switzerland.

Diaz F, Cadaveira F, Grau C (1990) Short-and middle-latency auditory evoked potentials in abstinent chronic alcoholics: preliminary findings. Electroencephalogr Clin Neurophysiol 77: 145–150.

Dietz M, Ihrig A, Bader M, Triebig G (1999) Einsatz des Arbeitsmedizinisch-Neurotoxischen Evaluierungs-Systems (ANES) zu Früherkennung Lösungsmittel assoziierter Effekte im Rahmen einer Längsschnittstudie. Sonderdruck Arbeitsmedizin, Sozialmedizin, Umweltmedizin 34:185–193.

Federal Ministry of Heath, Germany (Bundesministerium für Gesundheit) (1998) BMG-Pressemitteilung 97. Available from: http//:www.bmgesundheit.de/presse/1998/presse98/97htm.

Hartung J, Elpelt B (1992) Der Kendellsche Korrelationskoeffizient, in Multivariate Statistik, Lehr und Handbuch der angewandten Statistik, p 201. R Oldenbourg Verlag, München, Germany.

Iffland R, Balling P, Börsch G, Herold C, Kaschade W, Löffler T, Schmidtmann U, Stettner J (1994) Evaluation of raised levels of GGT, CDT, methanol, acetone and isopropanol in the blood of alcoholized car drivers. Blutalkohol 31:273–314.

Kril JJ, Halliday G (1999) Brain shrinkage in alcoholics: a decade on and what have we learned ? Prog Neurobiol 58:381–387.

Kril JJ, Halliday G, Svoboda M, Cartwright H (1997) The cerebral cortex is damaged in cumulative lifelong alcoholics. Neuroscience 79:983–998.

Lehnhardt E (2001) Frühe Potentiale, in Praxis der Audiometrie, pp 173–196, 227–237, 251, and 291. Georg Thieme Verlag, Stuttgart, Germany.

Leighton S, Kay R, Leung S, Woo J (1997) Auditory brainstem responses after radiotherapy for nasopharyngeal carcinoma. Clin Otolaryngol 22: 350–354.

Neiman J (1998) Alcohol as a risk factor for brain damage: neurologic aspects. Alcohol Clin Exp Res 22:346S–351S.

Nicolas JM, Estruch R, Salamero M, Orteu N, Fernandez-Sola J, Sacanella E, Urbano-Marquez A (1997) Brain impairment in well-nourished chronic alcoholics is related to ethanol intake. Ann Neurol 41:590–598.

Ogden G, Wight A (1998) Aetiology of oral cancer: alcohol. Br J Oral Maxillofacial Surg 36:247–251.

Oku T, Hasegewa M (1997) The influence of aging on auditory brainstem response and electrocochleography in the elderly. ORL J Otorhinolaryngol Relat Spec 59:141–146.

Pfefferbaum A, Rosenbloom M, Crusan K, Jernigan TL (1988) Brain CT changes in alcoholics: effects of age and alcohol consumption. Alcohol Clin Exp Res 12:81–87.

Pfefferbaum A, Sullivan EV, Mathalon DH, Lim KO (1997) Frontal lobe volume loss observed with magnetic resonance imaging in older chronic alcoholics. Alcohol Clin Exp Res 21:521–529.

Ruth RA, Lambert PR (1991) Auditory evoked potentials. Otolaryngol Clin North Am 24:349–370.

Saunders JB, Aasland OG, Babor TF, de la Fuente JR, Grant M (1993) Development of the alcohol use disorders identification test (AUDIT): WHO Collaborative Project on early detection of persons with harmful alcohol consumption. Addiction 88:791–803.

Copyright © Research Society on Alcoholism.   Unauthorized reproduction of this article is prohibited.

Sillanaukee P (1996) Laboratory markers of alcohol abuse. Alcohol Alcohol 31:613–616.

Sim F, Hinks G, Franklin R (2000) The re-expression of the homeodomain transcription factor Gtx during remyelination of experimentally induced demyelinating lesions in young and old rat brain. Neuroscience 100:131–139.

U.S. Department of Health and Human Services, Substance Abuse and Mental Health Services Administration (1998) Summary of findings from the 1998, national household survey on drug abuse, in *National Household Survey on Drug Abuse Series: H-10*, DHHS publication no. SMA99–3328. U.S. Department of Health and Human Services, Washington, DC.

van Pelt J, Leusink GL, van Nierop PW, Keyzer J (2000) Test characteristics of carbohydrate-deficient transferrin and gamma-glutamyltransferase in alcohol-using perimenopausal women. Alcohol Clin Exp Res 24:176–179.

Weisner TS, Weibel-Orlando JC, Long J (1984) Serious drinking, white man's drinking and teetotaling: Drinking levels and styles in an urban American Indian population. J Stud Alcohol 45:237–250.

Copyright © Research Society on Alcoholism.  Unauthorized reproduction of this article is prohibited.