# PX35

M. Charles Liberman, Ph.D.

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF FLORIDA
 3                   PENSACOLA DIVISION
 4     ************************
 5     IN RE:  3M COMBAT ARMS      Case No.
       EARPLUG PRODUCTS            3:19-md-2885
 6     LIABILITY LITIGATION

                                   Judge M. Casey
 7     This Document Relates       Rodgers
       to:
 8                                 Magistrate Judge
       All Wave 1 Cases            Gary R. Jones
 9
       ************************
10

11

12              Remote via Zoom Videotaped
13     Deposition of M. CHARLES LIBERMAN, Ph.D., held
14     at the location of the deponent, commencing
15     at 10:02 a.m., on the 26th of June, 2022,
16     before Maureen O'Connor Pollard, Registered
17     Diplomate Reporter, Realtime Systems
18     Administrator, Certified Shorthand Reporter.
19

20                       - - -
21

            GOLKOW LITIGATION SERVICES
22       877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
23

24
```

W. Charles Liberman, Ph.D.

```
 1   APPEARANCES:
 2

     QUINN EMANUEL URQUHART & SULLIVAN LLP
 3   BY:   ADAM WOLFSON, ESQ.
           865 South Figueroa Street
 4         Los Angeles, California 90017
           213-443-3000
 5         adamwolfson@quinnemanuel.com
           Representing the Plaintiffs
 6
 7   QUINN EMANUEL URQUHART & SULLIVAN LLP
     BY:   MATTHEW S. HOSEN, ESQ.
 8         600 University Street
           Seattle, Washington 98101
 9         206-905-7004
           mhosen@quinnemanuel.com
10         Representing the Plaintiffs
11
     KIRKLAND & ELLIS LLP
12   BY:   NOLAN LEUTHAUSER, ESQ.
           300 North LaSalle
13         Chicago, Illinois 60654
           312-862-4104
14         nolan.leuthauser@kirkland.com
           Representing the Defendant and
15         the Deponent
16
17   Also Present:
18   Zach Hone, Videographer and Trial Technician
19
20
21
22
23
24
```

1    cochlea?

2                MR. LEUTHAUSER:  Object to

3         form.

4                THE WITNESS:  Yes, that is what

5         I mean.

6    BY MR. WOLFSON:

7         Q.     All right.  Now, if -- well,

8    so, first of all, I just want to make sure,

9    I've been calling you doctor today.  You are

10   a Ph.D., right?

11        A.     That's correct.

12        Q.     All right.  So not an MD?

13        A.     That's correct.

14        Q.     Not an audiologist?

15        A.     That's correct.

16        Q.     And I understand, sir, that you

17   work at Harvard Medical School, but you work

18   at the medical school as a -- primarily as a

19   researcher and a professor, is that fair, or

20   as a researcher?

21        A.     Yes.  And strictly speaking, I

22   work at the Massachusetts Eye & Ear Infirmary

23   which is affiliated with Harvard Medical

24   School, but people would not say I work at

1    research group.

2         Q.      But the gist of my question

3    here, though, is although I don't think

4    anyone would dispute that you are an expert

5    in the area of research into the ear and

6    inner ear and all that, fair to say, though,

7    you just -- you don't see patients, you don't

8    actually -- that's not your job?

9                 MR. LEUTHAUSER:  Object to

10        form.

11                THE WITNESS:  Well, yes and no.

12        I work very closely with Dr. Stéphane

13        Maison whose name you'll see on many

14        of my publications.  He's one of my

15        former students.  And in the course of

16        that work, that arm of the research

17        that I do is exclusively with human

18        subjects and human patients.

19   BY MR. WOLFSON:

20        Q.      Right.  But you --

21        A.      We are in the -- we are in the

22   business of taking what we've learned in

23   animal models in our discoveries of the

24   phenomenon of cochlear synaptopathy and

1    attempting to extrapolate to the human

2    condition and see if we can diagnose cochlear

3    synaptopathy in humans in the same way as we

4    can in animal subjects.

5              I mean, diagnostic tests before

6    they make it into the clinic and into regular

7    use by clinicians are derived, honed,

8    researched, perfected by people like me.  We

9    are the ones who are developing the next

10   generation of audiometric tests.

11             So I work with human subjects,

12   I work with human patients, and we are very

13   much in the business -- I would say it's fair

14   to say we are at the forefront of the field

15   in trying to develop diagnostics for cochlear

16   synaptopathy which will then be -- if we were

17   to succeed, which would then be adopted by

18   audiologists and otologists throughout the

19   country and the world.

20        Q.    And when you say -- well, are

21   you familiar with Meniere's disease?

22        A.    Yes.

23        Q.    Is there a diagnostic test for

24   identifying Meniere's disease in patients?

1          A.     Well, my understanding is that

2     there is a constellation of phenomena that,

3     when put together, are described as Meniere's

4     disease, which is episodic vertigo,

5     fluctuating low frequency hearing loss.  It's

6     a syndrome.  And when you have that

7     constellation of measurable results, you call

8     it Meniere's disease.

9          Q.     Okay.  But, I mean, just based

10    on your own familiarity with research in this

11    area and just your expertise, you agree with

12    me there's no single diagnostic test for

13    Meniere's disease, right?

14               MR. LEUTHAUSER:  Object to

15          form.  Asked and answered.

16               THE WITNESS:  Well, actually

17          there's a new research out of the Mass

18          Eye & Ear Infirmary that suggests -- I

19          would say shows that there's actually

20          an imaging analysis which can directly

21          visualize the endolymphatic sac, and

22          in a subset of people with what has

23          been called Meniere's disease, you can

24          actually see that there's hypoplasia

M. Charles Liberman, Ph.D.

```
1              of the endolymphatic sac.
2                   And when that's associated with
3         episodic vertigo and episodic low
4         frequency hearing loss, it becomes a
5         very convincing package that you've
6         got a problem with the endolymphatic
7         sac and it's generating these
8         problems.  And, of course, the
9         endolymphatic sac has long been
10        hypothesized to be the source of
11        problems with Meniere's disease.
12   BY MR. WOLFSON:
13        Q.    Right.
14              But for doctors,
15   otolaryngologists, audiologists, they've been
16   identifying subjects with Meniere's disease
17   for years, even though there's no agreed
18   diagnostic test for Meniere's disease, right?
19              MR. LEUTHAUSER:  Object to
20        form.  Asked and answered.
21              THE WITNESS:  Well, I'm not a
22        clinician, as you pointed out, but it
23        is certainly my understanding that
24        when people present with a
```

M. Charles Liberman, Ph.D.

```
 1          constellation of the symptoms that I
 2          described, which include, mind you,
 3          hearing loss which is objectifiable,
 4          fluctuating hearing loss, then they do
 5          give it the name Meniere's disease.
 6               I mean, there are a lot of
 7          conditions that people give names to
 8          because that's what doctors like to
 9          do, they like to give names to things,
10          even though there may or may not be
11          anything that they can reliably do
12          about it, and Meniere's disease is one
13          of those things.
14               So if a patient comes in,
15          rather than just say not only can we
16          not do anything for you, we don't even
17          know what to call it, at least they
18          can give it a name.  They still can't
19          do anything about it.
20               So yes, sometimes people give
21          names to things.  Sometimes they give
22          Latin names to things, which makes it
23          sound even more official.
24               ///
```

1  BY MR. WOLFSON:

2       Q.    And you said before, though, I

3  believe the word that you used was

4  constellation, that when we're talking, for

5  example, about Meniere's disease that you use

6  a constellation of different analyses to --

7  what -- to try to rule out other potential

8  syndromes or conditions other than Meniere's

9  disease, is that fair?

10      A.    Again, this -- I would say this

11 is sort of outside my area of expertise, so I

12 think I'll just pass on that one.

13      Q.    Okay.  But when you refer to

14 the word diagnose in your first opinion with

15 respect to cochlear synaptopathy, what you're

16 talking about is a single diagnostic test.

17 Right now you say -- and I understand your

18 research on this -- that there's not a single

19 diagnostic test that you can use to conclude

20 someone has cochlear synaptopathy.  Is that

21 your opinion?

22              MR. LEUTHAUSER:  Object to

23      form.  Mischaracterizes testimony.

24              THE WITNESS:  There's no

M. Charles Liberman, Ph.D.

```
 1              combination of tests.  There's no
 2              combination of tests that can
 3              definitively diagnose cochlear
 4              synaptopathy.
 5    BY MR. WOLFSON:
 6         Q.    How about likelihood?  Maybe
 7    not definitively, but the likelihood that
 8    someone has cochlear synaptopathy?
 9                   MR. LEUTHAUSER:  Object to
10              form.
11                   THE WITNESS:  What our research
12              shows and what we clearly state in our
13              papers, in all of our human subject
14              papers where we looked at this is that
15              if you take a population of human
16              subjects who have normal audiograms --
17              and having a normal audiogram is key
18              to even hoping to interpret anything
19              from these Wave 1 tests, we can talk a
20              bit more about that later -- but so if
21              you take a population of people with
22              normal audiograms and you measure
23              their ABR Wave 1 and you look at the
24              relation between ABR Wave 1 and, say,
```

1   seen how noisy the data are.

2        Q.     But you in your report note

3   that tinnitus can be a -- what is it -- a

4   symptom of noise exposure even in the absence

5   of a change -- or permanent change in

6   someone's thresholds, right?

7        A.     Well, what I would say is it's

8   quite clear that an individual can suddenly

9   get tinnitus after a noise exposure and that

10  that can be true regardless of whether -- and

11  the tinnitus can be long-lasting, and that

12  can be true regardless of whether they have

13  permanent threshold elevation.

14       Q.     Fair enough.

15              MR. LEUTHAUSER:  Are you at a

16  good breaking point, Adam?  Sorry, I don't

17  want to disrupt your flow.

18              MR. WOLFSON:  No, that's okay.

19       We can take a quick break since we've

20       been going a little over an hour.

21              THE VIDEOGRAPHER:  Off record.

22       The time is 11:06.

23              (Whereupon, a recess was

24       taken.)

M. Charles Liberman, Ph.D.

1              And there's evidence on both

2          sides.  Some studies say it doesn't

3          make you age faster.  Some studies say

4          it does in some frequency regions and

5          not others.  So there's evidence on

6          both sides, and both are logical

7          possibilities.

8    BY MR. WOLFSON:

9        Q.    Now -- well, we're going to get

10   into some of that research in a little bit.

11            But let me also ask, when we're

12   talking about in number 4 the normal

13   audiometric thresholds, you've mentioned in

14   previous research that an early sign of

15   noise-induced hearing loss are elevated

16   thresholds at 10,000 hertz and above.

17            Do you recall that?

18       A.    Yes.

19       Q.    Okay.  So when we're talking

20   about normal audiometric thresholds here, are

21   you also including in those thresholds

22   ultrahigh frequencies?  And for that I'm

23   defining them as 10,000 hertz and above.

24       A.    Well, in thinking about that

M. Charles Liberman, Ph.D.

1   particular bullet point, when I say something

2   like normal audiometric thresholds, what I

3   mean by that is in the standard audiometric

4   range.

5       Q.    Okay.

6       A.    If I'm thinking about extended

7   high frequencies, I will explicitly say

8   extended high frequencies because I think as

9   it's typically used, the audiogram means kind

10  of 250 hertz to 8 kilohertz.

11      Q.    So at least for this bullet,

12  what you're saying is 20 decibels or higher

13  in the range of 250 hertz to 8000 hertz?

14          MR. LEUTHAUSER:  Object to

15      form.

16          THE WITNESS:  Yes.  I just

17      said.  But --

18  BY MR. WOLFSON:

19      Q.    Yeah.  I just wanted to

20  confirm.

21      A.    You know, the answer wouldn't

22  be any different if we included the extended

23  high frequencies just because, you know,

24  there's just not -- we don't have the data

1    one way or the other.

2         Q.     But at least in research that

3    you've done including on cochlear

4    synaptopathy, you actually specifically

5    looked at 10,000 hertz and above for

6    individuals' thresholds because that can be

7    an early sign of noise-induced damage to the

8    outer hair cells, is that fair?

9              MR. LEUTHAUSER:  Object to

10        form.

11             THE WITNESS:  Yes, that's

12        absolutely true.  It's very clear

13        from -- well, it's very clear from

14        animal experiments that across a wide

15        range of species, when you take a

16        noise band in the mid frequency region

17        and you start raising the sound

18        pressure level and you start looking

19        for the first signs of damage as you

20        raise the sound pressure level, it is

21        often the case, not always but often

22        the case that the first permanent

23        threshold shifts will be at the very,

24        very high frequencies.

1    BY MR. WOLFSON:

2        Q.    Okay.  And so I just want to

3    make sure that the terminology we're using is

4    consistent -- or ask whether it's consistent.

5             So then in number 6 when you

6    say -- when you summarize your opinion as,

7    "It is not possible to diagnose noise-induced

8    'hidden' hearing loss in someone with normal

9    audiometric thresholds," are you once

10   again -- when you refer to "normal

11   audiometric thresholds," is that definition

12   below 20-dB in the 250 hertz to 8000 hertz

13   range?

14       A.    Yes.  But it would also apply

15   if you were including the extended high

16   frequencies.

17       Q.    Okay.  Fair enough.

18            So basically here if someone

19   has 20-dB thresholds or above from 250, very

20   low hertz frequency range, up to the extended

21   high frequency ranges, that to you is a -- is

22   the criteria before you can be able to

23   diagnose, quote, a hidden hearing loss?

24            MR. LEUTHAUSER:  Object to

1    you mean that to be synonymous with cochlear

2    synaptopathy, then this is the -- this is the

3    statement.  And that is I think the way many

4    people use it.  When they say hidden hearing

5    loss, they mean cochlear synaptopathy.

6         Q.     I see.

7                And so I'm -- but here -- I'm

8    actually trying to just make sure I

9    understand what you meant.

10               So is it fair to say that what

11   you mean is you can't conclude there's some

12   kind of pathology explaining things like

13   speech discrimination in noise problems

14   unless there's one or more audiometric

15   thresholds at or above 20-dB?

16               MR. LEUTHAUSER:  Object to

17        form.

18               THE WITNESS:  I think the

19        clearer statement of number 6 is it's

20        not possible to diagnose noise-induced

21        cochlear synaptopathy.  I mean, I'm

22        always interested in what's actually

23        wrong, you know, in the ear, in the

24        auditory system, in the brain.

M. Charles Liberman, Ph.D.

1          And I think what I was really
2      getting at in that point is the idea
3      that based on the human material, the
4      only -- the evidence we have of
5      widespread cochlear nerve damage is
6      only seen in people who have
7      significant threshold elevation.
8      That's really the point that I'm
9      trying to make there.
10  BY MR. WOLFSON:
11      Q.    Okay.  And -- okay.  And that's
12  basically one or more thresholds at or above
13  20-dB?
14      A.    Yeah, and it's usually the
15  higher frequencies because that's the way we
16  go as we age.
17      Q.    Got it.  All right.  Okay.  So
18  then for opinion 7, when you -- and, again,
19  this is just going off of terminology and
20  just making sure I understand.
21          So you say, "For any particular
22  person, it is not possible to conclude that a
23  hearing loss that progresses later in life
24  can be attributed to noise exposure that

```
1    occurred years earlier."
2               When you say "it's not possible
3    to conclude," at what level of confidence are
4    you saying that?  Are we talking about the
5    research level, the statistically significant
6    level?
7               MR. LEUTHAUSER:  Object to
8          form.
9               THE WITNESS:  Well, that
10         statement is based on just the general
11         uncertainty in my reading of the
12         literature with respect to the
13         question of does early noise exposure
14         accelerate later age-related noise
15         exposure.
16   BY MR. WOLFSON:
17        Q.   Well, so -- okay.  But when you
18   say "the general uncertainty," are you
19   talking about general uncertainty in terms of
20   peer-reviewed research?  Is that true?
21              MR. LEUTHAUSER:  Object to
22         form.
23              THE WITNESS:  Yeah, sure.  I
24         mean, any conclusion I'm going to come
```

1           to about does early noise exposure

2           make your ear age differently would be

3           based on my reading of the literature.

4    BY MR. WOLFSON:

5           Q.     All right.  I just want to make

6    sure I understood that.

7                  MR. WOLFSON:  Zach, we can take

8           this page down for now.

9           Q.     So, Dr. Liberman, we talked a

10   little bit about this overall during the

11   deposition today, but, I mean, just going to

12   baseline for noise-induced hearing loss, can

13   we agree that research has shown that noise

14   can cause primary damage to hair cells, in

15   particular outer hair cells?  I think we've

16   talked a little bit about that.

17          A.     Yes.

18          Q.     And it also shows, though, that

19   the research shows that noise can cause

20   damage to the synapses and auditory neural

21   fibers within the inner ear, right?

22                 MR. LEUTHAUSER:  Object to

23          form.

24                 THE WITNESS:  Yes, I would

1        moderate levels.

2    BY MR. WOLFSON:

3        Q.     Let me take --

4        A.     We really don't know.  We

5    really don't know.  But I think you could --

6    I would make an argument that they might be

7    quite important in speech in quiet.

8        Q.     Okay.  But you haven't cited or

9    quoted any research indicating --

10       A.     No, because -- no, because

11   there's -- there's observations that are

12   relevant, but there's no direct measures that

13   are relevant to the question.

14       Q.     Okay.  But then just going

15   to -- more specifically to the statement that

16   we have highlighted here, what your own

17   research and your reports suggest to you is

18   that cochlear synaptopathy isn't going to be

19   the reason that someone's thresholds are

20   elevated, but it might be the reason why they

21   have more difficulty with other aspects of

22   hearing, like making sense of complex stimuli

23   in noisy environments?

24                MR. LEUTHAUSER:  Object to

1        form.

2                    THE WITNESS:  Yes, that is the

3        overarching hypothesis, that you do

4        not need a full complement of nerve

5        fibers to do a very simple task like

6        detecting presence or absence of a

7        pure-tone in quiet, which is what the

8        audiogram is, but you likely need them

9        especially -- you need -- the fuller

10       of complement you have, the better you

11       are likely to do as the task gets more

12       complex and the listening environment

13       gets more challenging.

14  BY MR. WOLFSON:

15       Q.    Okay.  And that was your belief

16  in 2009, again in this report in 2016, and as

17  recent as a research paper in 2021, right?

18                    MR. LEUTHAUSER:  Object to

19       form.

20                    THE WITNESS:  Yeah, I still

21       believe that -- as I just stated that,

22       that there has to be some truth in

23       that.  As I've said a number of times,

24       we really do not understand what a

1    graph might look like if you were

2    plotting word score on a particularly

3    difficult word recognition task versus

4    neuronal survival.  We really have

5    very little idea.

6         You know, if you lost 10

7    percent, would it show up?  Would you

8    have to lose 40 percent before it

9    showed up to decrease your score?

10   There's really no information,

11   certainly not in humans, and not even

12   in animal studies because those

13   haven't been done yet.

14   BY MR. WOLFSON:

15        Q.    Okay.  So then -- so I'd like

16   to keep on walking through a couple of

17   different statements from here.

18        If we go to page 6, the next

19   page, first full paragraph starting with

20   "Indeed."  There we go.

21        So, sir, you said here,

22   "Indeed, our high-risk subjects showed

23   significant threshold elevations at all test

24   frequencies above 8 kilohertz, reaching about

M. Charles Liberman, Ph.D.

1      20-dB hearing loss on average at

2      16 kilohertz."

3                  Did I read that correctly?

4      A.     Yes.

5      Q.     Okay.  So once again, when

6   you're talking about significant threshold

7   elevations, you're using 20-dB as the --

8   basically as the -- I don't want to say

9   threshold -- as the trigger for what you call

10  significant threshold elevations, fair?

11                 MR. LEUTHAUSER:  Object to

12          form.

13                 THE WITNESS:  Well, here we're

14          not really alluding to any particular

15          standard or not.  We're just showing

16          that if we compare these two

17          populations, as we do in one of the

18          figures, the mean thresholds at these

19          extended high frequencies, there's a

20          highly statistically significant

21          difference between the two groups.

22                 So, I mean, the 20-dB number

23          there is kind of not really relevant

24          to whether you'd call it normal or

1          abnormal.  It's just -- it's a

2          difference in the means that are

3          statistically significant.

4     BY MR. WOLFSON:

5          Q.     Oh, I wasn't talking about

6     abnormal or normal.  I was just using your

7     own words.  You said "significant threshold

8     elevations at all test frequencies."  You

9     said "reaching about 20-dB hearing loss on

10    average at 16 kilohertz."  Right?

11              MR. LEUTHAUSER:  Object to

12         form.

13              THE WITNESS:  Yes, absolutely.

14    BY MR. WOLFSON:

15         Q.     Okay.  And you said, "This high

16    frequency threshold elevation is consistent

17    with early noise damage."  That's what we

18    talked about before.

19              When you have elevations at the

20    extended high frequencies, that's actually

21    evidence of -- early evidence of noise

22    damage, is that right?

23              MR. LEUTHAUSER:  Object to

24         form.

 1              THE WITNESS:  Well, as I said,
 2        a lot of animal work, it is clear that
 3        as you raise up pressure levels, you
 4        can often see permanent threshold
 5        shifts at extremely high frequencies
 6        before you see them anywhere else.
 7              So in my mind, seeing this
 8        difference in these two groups was
 9        consistent with the idea that we had
10        successfully separated two groups
11        based on noise exposure.  Didn't prove
12        it, but it's consistent with that
13        interpretation.
14   BY MR. WOLFSON:
15        Q.    Okay.  I understand.
16              And then at the end of this
17   paragraph you're talking about how this can
18   provide early warning of ear abuse, and you
19   say, "This is especially important given
20   evidence from animal studies that early noise
21   exposure causes an acceleration of subsequent
22   age-related cochlear degeneration."
23              Did I read that correctly?
24        A.    Yes.

M. Charles Liberman, Ph.D.

```
 1          Q.    All right.  So in this paper
 2    from 2016 you're saying, Hey, there are
 3    animal studies out there suggesting early
 4    noise exposure causes age-related
 5    acceleration of hearing issues, right?
 6          A.    Yes.
 7                MR. LEUTHAUSER:  Object to
 8          form.
 9                THE WITNESS:  Yes, it's true.
10          I mean, as we discussed earlier, there
11          are also animal studies that suggest
12          it doesn't.  And it's by no means a
13          settled topic, but it's certainly a
14          possibility.
15    BY MR. WOLFSON:
16          Q.    Okay.  Well, not just a
17    possibility.  You felt it important to call
18    out in this paper on a potential differential
19    diagnosis for hidden hearing loss that
20    extended high frequency threshold elevation
21    is important to be aware of because of the
22    chance for age-related hearing issue
23    acceleration?
24                MR. LEUTHAUSER:  Object to
```

1    emissions, ABR responses, in order to try to

2    rule out a central -- a central auditory

3    processing disorder?

4          A.    Well, I'm not an expert on

5    central auditory processing disorder, so

6    that's really sort of outside my expertise.

7    I really probably shouldn't even comment on

8    that.

9          Q.    Okay.  Fair to say, then, that

10   you don't have any expertise in being able to

11   opine on whether a TBI or a certain type of

12   TBI causes hearing issues?

13               MR. LEUTHAUSER:  Object to

14         form.

15               THE WITNESS:  I would say that

16         most -- anything I know about that is,

17         you know, from superficial reading of

18         lay press and literature.  I'm really

19         not an expert on what we really

20         understand about TBI and how it

21         affects -- and what kind of tests

22         there are for it and how you diagnose

23         it per se with respect to the auditory

24         system.

BY MR. WOLFSON:

Q.    Okay.  So in the wave 1 trials,
you're not intending to offer an opinion
that, for example, getting a concussion or a
mild TBI can cause hearing loss or tinnitus?

MR. LEUTHAUSER:  Object to
form.

THE WITNESS:  Right.  I have no
relevant expert opinion on how TBI
fits into any of this.

BY MR. WOLFSON:

Q.    Okay.  Now, we talked a little
bit about --

A.    Can I just -- can I just add --
can I just add one thing to that?

I mean, just as a concept, you
know, it's one example of one of the other
things that can contribute to hearing and
noise abilities that isn't directly tied to
auditory nerve response, auditory nerve wave
health, and therefore would be one of the
many reasons why wave 1 amplitude would not
be a strong -- would not -- explain a lot of
the variance in word scores, more of the

M. Charles Liberman, Ph.D.

```
1     "There is no reliable evidence in humans that
2     significant noise-induced cochlear neural
3     loss can occur in ears with normal
4     audiometric thresholds."
5               Do you see that, Dr. Liberman?
6          A.     Yes.
7          Q.     Now, is that true whether or
8     not someone defines normal as 20 or
9     25 decibels?
10         A.     Yes.
11         Q.     Final question.
12               What are the things besides
13    noise that could cause auditory nerve fiber
14    loss?
15               MR. WOLFSON:  Objection.  Form,
16         and undisclosed opinion.
17    BY MR. LEUTHAUSER:
18         Q.     Go ahead.
19         A.     Well, there's evidence in
20    animal models that exposure to ototoxic
21    drugs, including aminoglycoside antibiotics,
22    there are a number of drugs that are given in
23    treatment of various conditions in humans
24    that as a side effect cause hearing loss and
```

1    hair cell damage.

2              And since the discovery of

3    cochlear synaptopathy, people have

4    reinvestigated several of those, and there

5    are papers out there and animal models

6    suggesting that either aminoglycoside

7    antibiotics or platinum-containing

8    chemotherapeutics, like cisplatin and

9    carboplatin, can cause synaptopathy before

10   they cause significant hair cell loss and

11   threshold shift, just as is in the case in

12   animal models for noise damage.

13             MR. WOLFSON:  Move to strike as

14        an undisclosed opinion.

15             MR. LEUTHAUSER:  Sorry.  I said

16        final question.  I apologize.  I think

17        I might have one or two more.

18   BY MR. LEUTHAUSER:

19        Q.    You state in opinion 7 on

20   page 21 of your report under the Summary of

21   Opinions section, "For any particular person,

22   it is not possible to conclude that a hearing

23   loss that progresses later in life can be

24   attributed to noise exposure that occurred

```
 1              MR. LEUTHAUSER:  I have nothing
 2         further.
 3              MR. WOLFSON:  I have a lot.
 4                   FURTHER EXAMINATION
 5    BY MR. WOLFSON:
 6         Q.    All right.  So, Doctor --
 7              MR. LEUTHAUSER:  Can I just
 8         get -- sorry.  Can I just get a time
 9         quote of how long that took just so we
10         can determine what time Adam has?
11              THE VIDEOGRAPHER:  Yeah.  It
12         was about 43 minutes.
13              MR. WOLFSON:  Yeah, plenty of
14         time.
15              MR. LEUTHAUSER:  43?
16              THE VIDEOGRAPHER:  43.
17              MR. LEUTHAUSER:  Okay.  Go
18         ahead.
19    BY MR. WOLFSON:
20         Q.    Doctor, a couple minutes -- or
21    very recent ago, you talked about things like
22    ototoxic drugs causing neuronal loss, things
23    like that.
24              Sir, you mention ototoxicity
```

M. Charles Liberman, Ph.D.

1    once in your report when you talk about your

2    background and research, is that correct?

3          A.    I don't know.  I mean, I have

4    done -- I have done experiments on ototoxic

5    drugs in animals.  I've published experiments

6    on both cisplatin and aminoglycoside

7    antibiotics.  It's not a major part of what I

8    do, but I have published on it.

9          Q.    In your report you do not

10   disclose any single opinion about ototoxic

11   reactions within human's ears, do you?

12         A.    I don't believe I do.

13         Q.    You do not.  The first time you

14   were asked about ototoxicity today was when

15   Mr. Leuthauser was asking you questions,

16   right?

17               MR. LEUTHAUSER:  Object to

18         form.

19               THE WITNESS:  Yes, I did not

20         discuss ototoxic drugs.

21               MR. WOLFSON:  I'll reiterate my

22         motion to strike as an undisclosed

23         opinion.

24               ///

1    BY MR. WOLFSON:

2         Q.    Sir, when you talk about

3    diagnosing using different types of tests,

4    you are not a medical doctor nor an

5    audiologist, are you?

6              MR. LEUTHAUSER:  Object to

7         form.

8              THE WITNESS:  That's correct, I

9         am not.

10   BY MR. WOLFSON:

11        Q.    You do not as part of your area

12   of expertise diagnose patients with certain

13   conditions, do you?

14             MR. LEUTHAUSER:  Object to

15        form.

16             THE WITNESS:  No, I do not.

17        But as I discussed earlier, we are at

18        the forefront of research that devises

19        and vets and tests diagnoses.

20        Synaptopathy is a new thing to the

21        audiological field.  And if there were

22        to be a diagnosis, it would be

23        developed by experiments of the type

24        that we are continuing to do.

M. Charles Liberman, Ph.D.

```
1    BY MR. WOLFSON:

2         Q.     You are not board-certified or

3    medically certified in any way, are you?

4         A.     That's correct.

5         Q.     Okay.  You do not practice as a

6    clinician, do you?

7                MR. LEUTHAUSER:  Object to

8         form.

9                THE WITNESS:  No, but the

10        co-author on all these studies with me

11        is a practicing audiologist.

12   BY MR. WOLFSON:

13        Q.     But you are not, right?

14        A.     That is correct.

15        Q.     Now, sir, in your day-to-day

16   practice, you do not know what sorts of

17   medical criteria doctors, actual people

18   seeing patients, clinicians, determine is

19   enough for them to make a differential

20   diagnosis for someone, fair?

21                MR. LEUTHAUSER:  Object to

22        form.

23                THE WITNESS:  No, I wouldn't

24        agree with that.  I mean, in the
```

1          course of planning our studies and

2          analyzing our data and writing our

3          reports and coming to our conclusions,

4          my colleague, Stéphane Maison, and I

5          are constantly discussing the

6          fundamental question here, which is

7          can we as researchers, one a clinician

8          scientist and one a basic scientist,

9          can we devise a reliable diagnostic

10         for synaptopathy and has -- in the

11         course of all those discussions, of

12         course we're discussing the state of

13         the art with respect to diagnosis.

14         And the state of the art with respect

15         to diagnosis is totally hand waving at

16         present.

17    BY MR. WOLFSON:

18         Q.     Well, sir, you have not cited

19    any medical materials saying that a

20    clinician, say an otolaryngologist or an

21    audiologist, is unable to use a variety of

22    different tests to conclude it's more likely

23    than not that someone is suffering from

24    cochlear synaptopathy, do you?

M. Charles Biberman, Ph.D.

1    COMMONWEALTH OF MASSACHUSETTS )

2    SUFFOLK, SS.                  )

3              I, MAUREEN O'CONNOR POLLARD,

4    Registered Diplomate Reporter and Notary

5    Public in and for the Commonwealth of

6    Massachusetts, do certify that on the 26th

7    day of June, 2022, at 10:02 a.m., the person

8    above-named was remotely duly sworn to

9    testify to the truth of their knowledge, and

10   examined, and such examination reduced to

11   typewriting under my direction, and is a true

12   record of the testimony given by the witness.

13   I further certify that I am neither attorney,

14   related or employed by any of the parties to

15   this action, and that I am not a relative or

16   employee of any attorney employed by the

17   parties hereto, or financially interested in

18   the action.

19              In witness whereof, I have

20   hereunto set my hand this 29th day of June,

21   2022.

22   _Maureen O Pollard_____

23   MAUREEN O'CONNOR POLLARD, NOTARY PUBLIC

24   CSR #149108