# PX36

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*All Wave 1 Cases* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:19-md-2885-MCR-GRJ

Judge M. Casey Rodgers
Magistrate Gary R. Jones

**EXPERT REPORT OF M. CHARLES LIBERMAN, PH.D.**

**MAY 11, 2022**

## Expert Report of Dr. M. Charles Liberman
### *In re: 3M Combat Arms Earplug Products Liability Litigation*, MDL No. 2885

## I.    QUALIFICATIONS

I am currently the Harold F. Schuknecht Professor of Otolaryngology at the Harvard Medical School. For the last 26 years, I have been the Director of the Eaton-Peabody Laboratories, the largest research group in the world devoted to the study of hearing and deafness. For the last 10 years, I have been the Vice Chair for Basic Research in the Department of Otolaryngology at the Massachusetts Eye and Ear Infirmary (MEEI), which is the academic home of the Department of Otolaryngology, Head and Neck Surgery at the Harvard Medical School.

### A.    Training

I received by B.A. (in Biology) from Harvard College in 1972, and my Ph.D. (in Physiology) from the Division of Medical Sciences at Harvard Medical School in 1976. For my dissertation I carried out an extensive study of the effects of acoustic overexposure on the structure and function of the peripheral auditory system, recording from single auditory-nerve fibers and studying the light-microscopic pathology of the inner ear in an animal model. Then, I did a post-doctoral fellowship with Dr. Sanford Palay in the Department of Anatomy at Harvard Medical School, where I learned electron microscopic techniques and studied the neuroanatomy of the normal inner ear. After that formal training, I joined the Eaton-Peabody laboratories as an independent investigator, where I have continued to direct my own research group, which has been continuously funded by the National Institutes of Health, and a variety of other granting agencies and foundations, since 1980.

### B.    Research

I have published over 200 peer-reviewed papers, 7 review articles and 5 book chapters on topics related to the structure and function of the peripheral auditory system, in both normal hearing and hearing loss conditions, in both animal models and human subjects. The inner ear (cochlea) sends signals to the brain by two types of sensory neurons, and it is controlled by two neuronal feedback systems.  I have studied the neurophysiology and neuroanatomy of all four neuronal pathways in normal and damaged ears, in both animal models and human autopsy material.  My work on sensory pathways demonstrated functional subgroups of auditory nerve fibers differing in threshold sensitivity and clarified the contributions of each to stimulus coding in the periphery. My work on efferent feedback demonstrated roles for these pathways in protecting the ear from overstimulation, in minimizing effects of masking noise on signal detection, and in balancing auditory-nerve excitability in the two ears for sound localization based on interaural level differences.

For more than 40 years, I have been quantifying histopathology, and electrophysiology, in animal models of sensorineural hearing loss, including acoustic overexposure, aging and ototoxicity. My work on noise damage in the 1980's clarified the functionally important structural changes underlying reversible vs. irreversible noise-induced hearing loss. More recently, I was co-discoverer of the noise- and age-induced cochlear nerve degeneration now known as "hidden hearing loss".  Paralleling the animal work, I have extended these findings to human temporal-bone specimens, where my work has compiled quantitative histopathology from unprecedented numbers of cases and used statistical approaches including multivariable linear regression and cluster analysis to rigorously test longstanding dogma about the causes of age-related hearing loss.

My scientific discoveries continue to influence cochlear physiologists interested in signal transduction, cell biologists interested in mechanisms of noise-induced cochlear damage, sensory neuroscientists interested in stimulus coding in ascending auditory pathways, engineers interested in cochlear implant design, audiologists and psychophysicists interested in the degradation of auditory performance in sensorineural hearing loss, otologists interested in protecting the ear from acoustic injury, federal regulators interested in damage-risk guidelines for noise exposure, and the biotech community designing audiometric inclusion criteria for clinical trials of therapeutics for hair cell or neuronal regeneration.

### C.     Formal Teaching

From 1990 to 2000, I was co-chair of the Otolaryngology Residents and Fellows Research Committee at the Massachusetts Eye and Ear Infirmary, and I delivered a series of annual lectures on the Structure and Function of the Peripheral Auditory System in Health and Disease for the M.D.'s in the Otolaryngology Residency Program at Harvard Medical School.  In that course, I taught the basic structure and function of the outer, middle, and inner ears, and the basic pathology and dysfunction that are seen in various types of hearing loss, including noise-induced and age-related hearing loss.  From 1994 to the present, I have taught a graduate-level semester-long course on the Biology of the Inner Ear. This course was originally offered through the Health Sciences and Technology Program, which is a M.D./Ph.D. program jointly sponsored by the Harvard Medical School and the Massachusetts Institute of Technology. For the last 10 years, the course has been offered through the Division of Medical Sciences at the Harvard Medical School. The course covers the normal biology, development, biophysics, physiology and morphology of the inner ear, its sensory innervation and efferent control systems, and the mechanisms underlying sensorineural hearing loss and balance disorders. Material is presented through lectures, laboratory exercises and discussions of the primary literature.

In the laboratory setting, I have mentored undergraduates, graduate students, medical residents and post-doctoral fellows in the conduct of basic and translational studies of hearing and deafness, many of whom have gone on to set up their own hearing laboratories.

### D.     National and International Recognition

I have delivered over 150 guest lectures and over 60 keynote addressess on my original research in Neuroscience and Otolaryngology departments, and in national and international scientific meetings around the U.S and the world, and I have organized 8 international symposia on topics related to sensorineural hearing loss, including ones specifically on noise-induced hearing loss and tinnitus. I have served on External Advisory Committees for the several large hearing research groups in the U.S. and Europe, and was asked to chair the Faculty Search Committee formed to choose all the new researchers for the new Insitute for Hearing Research at L'Institut Pasteur in Paris, and then asked to chair the Search Committee to select the Director for this major new hearing research group.

For the National Institute of Health, I have 1) served on multiple review committees charged with prioritizing grant applications, including as the Chair of the Communication Disorders Review Committee that scores research proposals for the National Institute on Deafness and other Communication Disorders (the NIDCD), 2) served as chair of the Board of Scientific Counselors, that reviews the research portfolios of the investigators on staff of the Intramural Research Program at the NIDCD, 3) served as chair of the Strategic Planning Committee for the NIDCD, and 4) served as a member of the NIDCD Advisory Council that makes the final funding decisions for the Institute.

I have also served on grant review committees for numerous foundations that fund research on hearing and deafness, including the American Otological Society, the Tinnitus Research Consortium and the Hyperacusis Research Alliance.

For the Association for Research In Otolaryngology, the premier research organization for investigators studying hearing and deafness, I have 1) served as the Chair of the Program Committee and 2) served as the Chair of the Awards Committee, and 3) was elected to serve on the Council (1990-1994) and 4) was elected as President of the organization in 1996.

I have received awards for my research from a number of organizations, including the Association for Research in Otolaryngology (Award of Merit), the American Audiology Society (Carhart Award), the Acoustical Society of America (Bekesy Silver Medal), the University of Buffalo (Pioneers in Neuroscience) and the National Hearing Conservation Organization (Outstanding Lecturer).

## II.   METHODOLOGY

The opinions expressed here are based on my own research into the normal structure and function of the peripheral auditory system and the functionally important structural changes underlying reversible and irreversible noise-induced hearing loss, or age-related hearing loss. More than 80 of my peer-reviewed publications deal explicitly with my own original research on these conditions, the two most-common forms of sensorineural hearing loss.

In addition to my own research, I stay current with the publications of other groups on these topics through searches of PubMed, through attendance at annual national and international meetings (such as the Association for Research in Otolaryngology, the Society for Neuroscience, the American Audiological Society, the Acoustical Society of America) and through personal discussion with researchers at other institutions in the course of my trips to their laboratories as a visiting professor or guest lecturer.

## III.   OPINIONS

### A.   Normal Cochlear Physiology

*1.   Middle ear*

Sound waves in the air are funneled by the pinna, the visible, cartilaginous part of the external ear, into the ear canal, where they ultimately reach the eardrum (tympanic membrane). The sound energy impinging on the eardrum sets up vibration patterns, which then move



**Figure 1**:  A schematic of the auditory periphery

the malleus, the first of the three middle-ear bones. The malleus motion moves the incus bone, which connects to the stapes bone, which terminates in a footplate that fits snugly into the oval window of the inner ear.  The sound-evoked piston-like motions of the stapes footplate set up pressure waves in the inner ear that are ultimately transduced hair cells into electrical activity in the auditory nerve (Figure 1).

The ear can function over a remarkably wide range of sound pressure levels. As schematized in Figure 2, 0 dB SPL is at the threshold of hearing for humans for tones at 1000 Hz, or 1 kHz, which, for reference, is a little more than 2 octaves above middle C on the piano. Sound level is expressed in decibels (dB), because the range of levels over which we hear is so immense: each 20 dB increase in sound pressure corresponds to a factor of 10 increase in the amplitude of the pressure wave. Thus, the amplitude at the threshold of auditory pain, which is usually quoted at 140 dB, is 10,000,000 ($10^7$) times the amplitude at threshold.



**Figure 2**: The dynamic range of human hearing ranging from thresholds, near 0 dB, to the sound pressure levels for normal speech around 60 dB, to the range where noise-induced hearing loss (NIHL) can occur (above 90 dB), and the threshold of pain at 140 dB.

A variety of pathological conditions can affect the function of the external and middle ears. This type of dysfunction is referred to as conductive hearing loss, and is often surgically treatable, and/or correctable with the sound amplification provided by hearing aids. In contrast, when damage to the inner ear causes hearing loss, it is called sensorineural, because it typically involves either the sensory cells or the neurons found there (see below).

## 2. Inner ear

The inner ear, or cochlea, is a spiraling fluid-filled tube, channeling through the hardest bone in the body, the petrous portion of the temporal bone. The fluid (pink in Figure 3A) is called perilymph, and it is much like cerebrospinal fluid and other extracellular fluids in the body (high in sodium chloride and low in potassium chloride). Stretched across this spiraling bony channel,



**Figure 3**: Schematic of the cochlear spiral showing two auditory nerve fibers (**A**), their tuning curves (**B**) and the cochlear frequency map for the cat (**C**).

throughout its spiral course, is another tube, called the cochlear duct, which is filled with endolymph (blue in Figure 3A), a fluid more similar to normal intracellular fluids (high in potassium and low in sodium). The cochlear duct includes a spiraling mound of cells called the organ of Corti, which houses the sensory cells (hair cells) responsible for transducing mechanical motions into electrical activity in the fibers of the auditory nerve (Figure 4).

4

The organ of Corti is a mechanically tuned structure. It is maximally sensitive to high frequencies (high pitches) at one end of the spiral, called the base of the cochlea, and to low frequencies at the other end of the spiral, called the apex of the cochlea (Figure 3A).  This frequency tuning arises, in part, because the organ of Corti is thicker and more loosely stretched at the apex, and thinner and more tightly stretched at the base of the cochlea, much like the low vs. high frequency strings on a guitar or piano.  The frequency map of the cochlea has been experimentally measured in a number of species (Liberman, 1982b; Greenwood, 1990; Muller, 1991; Tsuji and Liberman, 1997): there is a logarithmic relation between best frequency and cochlear location (Figure 3C): in humans, every doubling of frequency corresponds to roughly a 5 mm increment along the organ of Corti. Thus, there are 7 octaves of best frequency (from 100 Hz to ~20,000 Hz) along the total spiral length of 35 mm in humans (Schuknecht, 1993).



**Figure 4**:  Schematic of the organ of Corti with its **outer** and **inner** hair cells and the **auditory nerve fibers** innervating them.

The key structures of the spiraling organ of Corti are illustrated by the schematic cross-sectional view shown in Figure 4.  There are three rows of outer hair cells (red) and one row of inner hair cells (blue), embedded in a matrix of supporting cells (grey), and innervated by the fibers of the auditory nerve (green).  The schematic also shows the tiny tuft of hair-like extensions on top of each hair cell, which are called stereocilia. When sound-evoked motions of the middle-ear bones set up vibrations in the organ of Corti, the resultant bending of the stereocilia opens submicroscopic channels in their membranes, which allows potassium ions from the endolymph to flow down an electrical gradient into the intracellular spaces within the hair cells (Caprara and Peng, 2022).  This electrical gradient is powered by another set of cells lining the cochlear duct, called the stria vascularis (Figure 5). The membranes of the stria cells are lined with ion pumps that push potassium into the endolymph, and suck out sodium, establishing a positive resting potential inside the endolymph space that sets up an enormous driving force to push positively charged potassium ions through the hair cell stereocilia when the motion-sensitive channels are opened by sound-evoked vibrations.

This ionic current through the stereocilia changes the electrical potential inside the hair cells, which, in turn, leads to the release of chemical packets of neurotransmitter (glutamate) from the "base" of the hair cell, where it is closely contacted by the terminal endings of auditory-nerve fibers (Liberman, 1980, 1982a). This type of contact between the sensory cell and its primary sensory neuron is called a synapse, and the transfer of information that takes place there is called synaptic transmission.  The arrival of the neurotransmitter at the synaptic terminal opens ion channels in the auditory nerve fiber which ultimately leads to the generation of an action potential, a stereotyped



**Figure 5**:  Schematic of the cochlear duct featuring the **stria vascularis**, which is the cochlea's battery - it supplies the 100 mV potential inside scala media, which is needed to drive potassium ions through the hair cells' stereocilia when sound-evoked vibrations open their ion channels.

5

rapid change in electrical potential. These actions potentials are faithfully and rapidly transmitted to the brain, where they ultimately lead to the perception of sound in the auditory cortex.

The exquisitely sharp tuning of the inner ear can be seen in the "tuning curves" of single auditory nerve fibers, such as the two examples shown in Figure 3B. At low sound pressure levels near threshold, i.e. 0 dB, each auditory-nerve fiber responds, by increasing the rate of action potentials, to a very narrow range of frequencies (Kiang and Moxon, 1974). We define a characteristic frequency as the frequency to which each fiber responds at the lowest sound pressure level: the examples in Figure 3C have characteristic frequencies near 1 and 10 kHz, and the 1 kHz fiber originates from a more apical location than the 10 kHz fiber. Auditory nerve fibers are sharply tuned because each one makes synaptic contact with only a single inner hair cell, thus its frequency selectivity reflects the mechanical tuning of a restricted region of the spiraling cochlear duct (Narayan et al., 1998). At higher sound pressure levels, e.g. at 80 dB, the response area of each fiber broadens to include a wider range of frequencies.



To cover the incredibly wide dynamic range of hearing, the normal population of auditory nerve fibers comprises two major subtypes, differing in their threshold sensitivity. As shown by the "tuning curves" in the inset to Figure 6, among the fibers tuned to the same frequency (and thus contacting inner hair cells in the same cochlear region), there are sensitive fibers with thresholds near the threshold of hearing (0 dB SPL) and others with thresholds 40 dB higher (Liberman, 1978). The scatterplot also shown in Figure 6 shows that this spread of threshold sensitivities is seen across the cochlear spiral (at all regions of characteristic frequency), and that the least sensitive fibers can have thresholds 60 dB higher than the most sensitive in the same cochlear region.

**Figure 6**: Auditory nerve fibers are of two types: low threshold (black) and high threshold (red), as seen by the tuning curves in the inset. In the main scatterplot, each point shows the tuning-curve "tip" of a different fiber. Fibers with high characteristic frequencies contact inner hair cells in the base of the cochlea, whereas low-frequency fibers are from the apex.

This difference in sensitivity is closely correlated with differences in spontaneous discharge rate, i.e. the background rate at which a fiber fires in total silence (Liberman, 1978). Amazingly, many auditory nerve fibers have spontaneous rates as high as 100 action potentials per second, while others have almost none. It turns out that fibers with low thresholds have high spontaneous rates and fibers with high thresholds have low spontaneous rate (SR). The high-threshold low-SR fibers are particularly important for hearing in a noisy environment, because the low-threshold fibers are driven to their maximum rates by even a moderate-level noise and cannot respond to a signal like speech that might be embedded in the noise. By virtue of their higher thresholds, the low-SR fibers remain responsive to signals even in a high level of background noise (Costalupes et al., 1984).

There are roughly 100 inner hair cells per mm of the organ of Corti, for a total of ~3500 inner hair cells in each cochlea (Schuknecht, 1993). Each inner hair cell in the human ear is contacted by ~14 auditory nerve fibers (including both sensitive and insensitive ones), for a total of only about 50,000 auditory nerve fibers in each inner ear (Makary et al., 2011; Wu et al., 2018). This is a surprisingly small number of neurons to carry all the information we receive about our acoustic environment, compared, for example, to the billions of neurons in the brain, and the millions in the optic nerve. The outer hair cells are contacted by a different class of auditory nerve

fiber. These so-called type-II fibers comprise only 5% of the total fiber count in the auditory nerve; they are thin, and they lack the myelin sheath necessary for rapid conduction of action potentials (Kiang et al., 1982; Ryugo et al., 1991).  It is believed that they may convey the sense of auditory pain to the central nervous system (Simmons and Liberman, 1988; Flores et al., 2015).

 Although 95% of the auditory nerve fibers contact only the inner hair cells, their responses are profoundly affected by the outer hair cells, because the outer hair cells act as tiny biological motors that amplify the sound-evoked motions of the organ of Corti (Dallos, 2008).   The membranes of these tube-shaped sensory cells are full of a molecule called prestin, which changes its conformation when the electric potential across the hair cell membrane is changed by the ionic currents that flow when the hair cell's stereocilia are vibrated. These conformational changes of the prestin molecules cause the entire cylindrical hair cell to lengthen and shorten in synchrony with the changing electrical potential.  This electromotility, in turn, amplifies the sound-evoked motions of the organ of Corti and provide the exquisite frequency selectivity seen in the responses of the auditory nerve (Figure 3B).

The basic structure of the inner ear is fundamentally similar in all mammalian species including human. Although basic cellular biology of cochlear function has been worked out in experimental animals such as cat, guinea pig, gerbil, chinchilla and mouse, it is thought that many basic mechanisms are similar to the human inner ear, i.e. 1) that the cochlea is mechanically tuned with low frequencies at the apex, and high frequencies at the base, 2) that auditory nerve fibers make synaptic contact only with inner hair cells, and 3) that the sharp frequency selectivity and low thresholds for these fibers relies on a cochlear amplifier powered by outer hair cells and the stria vascularis.   Beyond these qualitative similarities, it is clear that there are important quantitative species differences, for example in 1) the frequency range over which the subjects hear (Greenwood, 1990), and 2) the vulnerability to acoustic injury in terms of the sound pressure levels and exposure durations required to produce temporary or permanent noise-induced damage (Dobie and Humes, 2017). These species differences mean that it is often difficult to extrapolate from animal tests to humans.

## B.    Measures of Cochlear Function

### 1.    The audiogram

In a clinical setting, the gold-standard hearing test is the threshold audiogram, which measures the lowest sound pressure level at which tones of different frequencies can be reliably detected (Figure 7). This behavioral test requires that the subject be awake and alert. The threshold values are normalized to average values for young listeners, and plotted as Hearing Level, in dB *re* normals: the bigger the number, and the lower the point on the plot, the larger the degree of threshold elevation relative to normal. In clinics, hearing levels within 25 dB of the average young-ear values are considered within normal limits.



**Figure 7**:  An audiogram shows thresholds at different test frequencies, expressed as the dB difference from normal values.  The pattern hearing loss here, a 4-kHz notch, is typical of noise-induced hearing loss.

Audiometric testing is standardly done in the clinic at octave frequency intervals, i.e. 125, 250, 500, 1000, 2000, 4000 and 8000 Hz, because the octave intervals correspond to roughly equal lengths along the cochlear spiral (Figure 3C).  If there are signs of hearing loss, intermediate frequencies will often be tested, e.g. 3000 or 6000 are often added.  According to the cochlear frequency map for humans, 8000 Hz corresponds to a location about 7 mm from the base

of the spiral (20% of the total 35 mm length), and the highest frequency we can hear (at least when we are young) is roughly 20 kHz (Greenwood, 1990; Schuknecht, 1993). The extended high frequencies (i.e. 8 - 20 kHz) are not standardly measured because 1) almost all speech sounds are at frequencies < 8000 Hz, and 2) stimulus calibration at these high frequencies is more challenging.

Due to the significant time investment required to train awake animals to respond to sound in a reproducible way, most animal studies rely on two electrophysiological measures of auditory function that can be carried out in anesthetized animals: auditory evoked potentials, including the auditory brainstem response (ABR), and otoacoustic emissions, particularly distortion product otoacoustic emissions (DPOAEs). Both of these tests are also applicable to awake human patients in a clinical setting.

### 2.    Auditory Evoked Potentials

The ABR is an electrical response that can be recorded from the skin in response to a train of short acoustic stimuli such as clicks or short bursts of a pure tone. These short acoustic stimuli evoke synchronized action potentials in different populations of neurons in the ascending auditory pathway. In animals, after anesthetization, a pair of sharp needle electrodes is inserted through the skin: one near the external ear and one in the scalp at the midline. In awake (or sleeping) humans, small metal contacts are adhered to skin with a conductive paste: typically one near or in the ear canal and another on the forehead. The electrical potentials evoked by sound are extremely small (microvolts) so they must be measured by averaging responses to many iterations of the stimulus (~1000). With these electrode configurations, the ABRs that result typically have five waves or peaks, as shown in Figure 8. The first wave represents the summed activity of the auditory nerve fibers, while the later waves represent activation of neuronal circuits in the brainstem and midbrain that process the sound-evoked activity on its way to the cortex (Melcher et al., 1996).



**Figure 8**: ABR waves typically show 5 waves. Here, the responses measured at increasing stimulus levels are stacked to facilitate the identification of threshold (red) .

The "threshold" of the ABR response is typically defined by visual inspection of an array of waveforms stacked, as in Figure 8, in order of stimulus presentation level. In the example illustrated, the threshold would be defined as 35 dB SPL, since this is the lowest level at which there appears to be a wave structure of similar morphology to that at higher levels (at least for the earlier waves). It must be noted that there can be some subjectivity in this visual selection, and that these threshold values are typically higher than those that would be measured behaviorally: if there were time to average more response, the ABR threshold could be lowered. In addition to the extraction of an ABR threshold, it can also be informative to measure the suprathreshold amplitudes and latencies of the responses. For wave 1, amplitude is often defined as the difference in voltage between the first peak (labeled "1" in Figure 8) and the subsequent trough. The latency is defined as the post-stimulus time at the peak amplitude value.

A second type of auditory evoked potential, known as the envelope-following response (EFR) or the frequency-following response (FFR), has also been used in the study of cochlear synaptopathy. Our lab first introduced this test as a possible diagnostic for cochlear synaptopathy in 2015 (Shaheen et al., 2015), because of the evidence that it might be more sensitive to the loss

of auditory nerve fibers with high-thresholds, which we found to be most vulnerable to noise damage (see below). Indeed, we found that EFR amplitudes were slightly more closely correlated with synaptic loss in mice with normal cochlear thresholds. However, the EFR response, which is measured in response to a continuous tone, which is amplitude-modulated in sinusoidal fashion, is more complicated to interpret, because responses from the hair cells, the auditory nerve and the brainstem and midbrain nuclei all add together, rather than being separated in time into a series of waves, as they are in the ABR.

Without an audiogram that demonstrates abnormal thresholds, ABR, EFR, and FFR results cannot be used to diagnose noise-induced hearing loss in humans.

### 3.    Otoacoustic emissions

Auditory evoked responses, by their nature, require functioning of the entire auditory periphery, from external ear to auditory nerve. Another minimally invasive, objective test of cochlear function is based on the measurement of otoacoustic emissions, which do not require cochlear neural function. Thus, the two tests are often applied together to aid in differential diagnosis. Like ABR results, otoacoustic emission results, without an audiogram that demonstrates abnormal thresholds, cannot be used to diagnose noise-induced hearing loss in humans.

Otoacoustic emissions, as their name implies, are sounds generated in the healthy cochlea by the electromotility of the cochlea amplified and then reverse propagated from hair cell motion, to cochlear fluid pressure, to motion of the stapes footplate, to eardrum motion, which ultimately creates sound in the ear canal just like the motion of the diaphragm of a conventional audio speaker (Shera, 2004).



**Figure 9**: Distortion product otoacoustic emissions (DPOAEs). **A**: The spectrum of the ear-canal sound pressure when two primary tones at f1 and f2 are presented shows the distortion product at 2f1-f2. **B**: The amplitude of the 2f1-f2 distortion product (DP) increases as the sound pressure of the primary tones is increased. Threshold is defined as the primary-tone level required to produce a DP of a criterion amplitude (-5 dB SPL in this case)

One particularly useful class of otoacoustic emissions is the distortion product otoacoustic emission (DPOAE), which is generated by playing two "primary" tones (f1 and f2) simultaneously into the ear. For reasons that are well understood, but not relevant here, the cochlea distorts these tones and produces a third tone at the frequency corresponding to 2xf1 - f2. The amplitude of this distortion product (DP) can be measured by taking the spectrum of the sound pressure in the ear canal (Figure 9A). The amplitude of the DPOAE increases as the sound level of the primary tones is increased, and threshold can be defined as the primary tone levels required to produce a DPOAE of a criterion amplitude (Figure 9B) and the suprathreshold growth of DPOAE amplitudes can also be used as a metric of cochlear health.

Given that DPOAEs are generated by the electromotile properties of the outer hair cells, they do not require inner hair cells, synaptic transmission or auditory nerve fibers for their production (Liberman et al., 1997). As such, the presence of normal DPOAEs in the face of absent or attenuated ABRs can be used in differential diagnosis as evidence for dysfunction in the inner hair cells or auditory nerve fibers.

9

### 4. Middle Ear Muscle Reflex

One more metric of peripheral auditory function that has relevance to the issues at hand is the middle-ear muscle reflex. Two of the middle ear bones are connected to tiny muscles: the tensor tympani connects to the umbo of the malleus, and the stapedius muscles connects to the head of the stapes. The stapedius muscle is most relevant here, because it forms the effector arm of a sound-evoked reflex that functions to minimize the effects of masking noise and also protects the ear from the damaging effects of overexposure to continuous noise (Liberman and Guinan, 1998). When the intensity of an acoustic stimulus, particularly a noise-type stimulus, reaches ~55 dB SPL, it can begin to elicit contractions of the stapedius muscle in both ears. These contractions stiffen the chain of three middle ear bones such that they vibrate less, especially in response to low-frequency sounds below ~1 kHz. (Rabinowitz, 1981). The effects of this stiffening can be measured non-invasively by exciting the reflex with an elicitor tone in one ear, and measuring the sound pressure of a test tone in the other ear: when the muscles contract (bilaterally), more of the energy from the test tone is reflected back into the ear canal, and that change in reflectance can be used as a measure of the threshold and suprathreshold strength of the middle ear muscle reflex (Schairer et al., 2013).

Because the reflex is normally activated at high sound pressure levels, it is less sensitive to threshold elevations in the auditory periphery. For years it was used as the primary means of diagnosing tumors of the VIIIth nerve, the cranial nerve that carries both auditory and vestibular nerve fibers (Schuknecht, 1993). With advances in medical imaging that allowed direct visualization of such tumors, its clinical utility decreased, however it has re-emerged as a possible diagnostic for the cochlear neural degeneration thought to underlie "hidden hearing loss" (Valero et al., 2016; Valero et al., 2018). As discussed below, although the middle-ear muscle reflex, in animal models, is weakened by noise-induced cochlear synaptopathy, it is not possible to use the middle-ear muscle reflex as a diagnostic for synaptopathy in human subjects.

### C. Noise-induced Hearing Loss

### 1. General principles

It has been known for over a hundred years that overexposure to sound can cause elevation of thresholds (Burns, 1968), commonly referred to as noise-induced hearing loss. Threshold shifts can be measured in both humans and animal models by behavioral means, as well as by electrophysiological methods such as auditory evoked potentials or otoacoustic emissions, as discussed above.

Noise-induced hearing loss can be reversible or irreversible. Threshold shifts can be measured immediately after a discrete acoustic overexposure, and thresholds will typically recover in exponential fashion, i.e. rapidly at first and with continuously decreasing speed as post-exposure time increases (Miller et al., 1963). In animal models, an acute threshold shift (measured within minutes after a discrete over-exposure) can be as large as 50 dB and yet still recover completely over the subsequent 1-2 weeks. If the acute threshold shift is larger than ~50 dB, thresholds will still recover in roughly exponential fashion, however, they will asymptote at a level of permanent threshold shift within 2- 4 weeks post exposure. .

The amount of threshold shift resulting from an acoustic overexposure is a function of frequency content (i.e. spectrum of the sound), sound level, exposure duration and intermittency (Saunders et al., 1985; Clark et al., 1987; Fernandez et al., 2020). In general, and all other things being equal, low-frequency sounds (e.g. 100 to 800 Hz) are less damaging than high-frequency sounds (e.g. 2000 to 8000 Hz). To a first approximation, the trade-off between time and intensity

10

follows an equal-energy rule, i.e. a 100 dB exposure for 1 hour will be equally damaging as a 103 dB exposure for ½ hour, and to a 106 dB exposure for ¼ hr, etc. (Fernandez et al., 2020). This basic relation underlies the OSHA exposure guidelines for workplace noise (Arenas and Suter, 2014). Intermittency, or duty cycle, is also tremendously important in determining the degree of NIHL: introducing even relatively short breaks in an otherwise continuous noise can decrease the resultant permanent threshold shifts by 20 - 25 dB (Sinex et al., 1987).

The relation between the spectrum of the sound exposure and the frequency pattern of hearing loss is partially governed by the mechanical tuning of the cochlea described above. As expected, if the spectrum of the exposure is narrow-band (e.g. a pure tone), there will be a peak in threshold shift at the cochlear region tuned close to the exposure tone (Liberman and Kiang, 1978; Orchik et al., 1987). Actually, it is often offset by half an octave towards higher frequencies, but that offset is well explained by the non-linear behavior observed in cochlear mechanics at high sound pressure levels (Ruggero, 1992).

When the noise is broad-band, as is typically the case with workplace or military exposure, the maximum threshold shift is characteristically seen at mid- frequencies (McBride and Williams, 2001). In humans, that maximum loss is typically seen at 4-kHz (or 6 kHz if that frequency has also been tested). This mid-frequency vulnerability likely arises, because the external ear and ear canal in humans has a resonance in the mid frequency range, thus the frequency components of the acoustic stimulus near 4 kHz tend to be amplified by the time they travel through the ear canal to the eardrum.

A final complexity to be considered is that the variety of acoustic overexposures that can damage the auditory periphery is immense, ranging from a daily workplace exposure to a 90 dB noise for 40 years, to a single-shot exposure to a 190 dB blast wave that lasts only a few milliseconds. For practical reasons, most laboratory work in animal models has concentrated on something in the middle, i.e. 1-4 hr exposures to bands of noise in range of 100-120 dB SPL (Saunders et al., 1985). There has also been some work on impulse noise exposures at peak levels up to 180 dB SPL (Henderson et al., 1994; Cho et al., 2013; Hickman et al., 2018), but there has been very little work on lifetime exposures, even for animal models living only a few years. Thus, the general rules summarized here, and in the next section, are dominated by observations on overexposures in the "middle of the range".

2.    <i>Interactions between noise and aging.</i>

Whether or not an acoustic injury interacts with the aging process to produce worse outcomes years after the initial exposure is controversial and still fundamentally unclear. There are very few relevant animal studies. Two of these, one in mouse (Li and Borg, 1993) and one in gerbil (Mills et al., 1997), concluded that a single acoustic overexposure has minimal effect on the subsequent age-related elevations of cochlear thresholds. In both of these studies, the initial exposure caused roughly 20 dB of permanent threshold shift. On the other hand, one other study, also in mouse, suggests that an acoustic overexposure early in life that produces only a temporary threshold shift can increase the subsequent age-related threshold permanent threshold shifts by ~15 dB when tested near the end of the animals' lifespan (Fernandez et al., 2015). All of these studies are well executed; however, there are so many important variables in such studies, such as the severity of the initial acoustic damage, the cochlear region where the damage was concentrated, the nature of the cochlear damage produced, the percent of lifespan over which the subsequent age-related changes were assessed, as well as the species under study, that it is impossible to draw any definitive conclusions from the available animal data.

The human literature on this subject is also sparse and contradictory. One retrospective

11

longitudinal study of data from the Framingham Heart Study (Gates et al., 2000) compared the rate of age-related threshold deterioration in male subjects according to whether their initial audiogram showed a mid-frequency notch, on the premise that such notches are evidence of pre-existing acoustic injury. They showed that the subsequent 15-year threshold shifts for those with notches were, on average 1) no different from the others at frequencies from 250 to 1000 Hz, 2) slightly (<5 dB) greater at 2 kHz, and 3) slightly (~7 dB) smaller in the notch frequencies 4000, 6000 and 8000 Hz. Thus, the interactions between noise and aging were small, and in opposing directions in different regions of the audiogram. Another longitudinal study prospectively compared the rate of threshold decline after age 60 in subjects with versus without a history of acoustic overexposure, as inferred from a questionnaire (Mills et al., 1997): they concluded that the rate of threshold change for subjects that reported a positive noise history was not statistically different from those reporting a negative noise history.

A third longitudinal study compared the rate of threshold decline in 70 yr old males with vs. without a history of acoustic overexposure, as defined by occupational noise history, and as confirmed by the presence of audiometric notches in the initial audiogram (Rosenhall, 2003). Over the first 5 yrs (age 70 -75), the threshold deterioration was 5 dB worse in those with noise history, but by age 79, the threshold differences between groups were considerably smaller.

3. *Structural changes underlying permanent vs. temporary noise-induced threshold shifts*

a. Hair Cell death and damage

The inner ear cannot be biopsied, and all the key cellular structures are too small to be viewed by any non-invasive imaging techniques. Thus, the noise-induced structural changes in the inner ear can only be viewed in post-mortem specimens in which the tissue has been treated with chemical fixatives and subjected to a variety of other manipulations, (e.g. embedding, sectioning staining) before viewing in the light microscope or electron microscope.



If the sound pressure is high enough, and/or the duration long enough, virtually all the cell types lining the cochlear duct can be damaged by acoustic overexposure (Saunders et al., 1985). However, the organ of Corti appears to be the most vulnerable structure, and it can be completely destroyed within small or large stretches of the cochlear spiral (Figure 10C). Of the cells within the organ of Corti, the outer hair cells are more prone to degeneration than the inner hair cells for most types of sensorineural hearing loss, including that caused by acoustic overexposure and aging. (Liberman and Kiang, 1978). In the cochlear region shown in Figure 10B, most of the outer hair cells have degenerated, while the inner hair cells and the rest of the supporting cells of the organ of Corti remain intact. In the mammalian cochlea, including in humans, hair cells do not regenerate: once they die they are never replaced.

**Figure 10**: Light microscope views of the organ of Corti in a normal ear (**A**), and a few months after acoustic injury, showing selective loss of outer hair cells (**B**) and total loss of the organ of Corti (**C**).

In acquired sensorineural hearing loss, inner hair cells are almost never lost without an accompanying loss of outer hair cells. However, in some unique animal models it is possible to selectively destroy inner hair cells

(Takeno et al., 1994). From these experiments, we know that threshold measures are not very sensitive to the selective destruction of inner hair cells. If diffusely spread across the spiral, the inner hair cell loss must exceed 80% before the threshold loss exceeds 25 dB, the limits typically defined for the normal hearing range (Takeno et al., 1994). The reason for this can be seen in the auditory-nerve tuning curves (Figures 3 and 6):  as sound pressure rises to 20 dB above threshold, a fiber tuned, for example, to 1 kHz begins to respond to tones an octave away, at 2 kHz. Thus, even the loss of every other inner hair cell (50%) is easily compensated by slightly raising sound pressure level by a few dB, i.e. enough to recruit responses in neurons from neighboring hair cells. In a clinical or a laboratory context, a threshold shift of a few dB is not considered to be meaningful.



Not all of the hair cells that survive are functioning normally in the noise-exposed (or aging) ear.  Many hair cells, both inner and outer, survive a cochlear insult with badly damaged stereocilia (Mulroy and Curley, 1982). As shown in Figure 11, that damage can include disarray, loss and fusion of adjacent stereocilia within the tuft on each hair cell. Given that the stereocilia are the site of the delicate cellular apparatus for mechanoelectric transduction, i.e. the transformation of mechanical vibration into electrical currents, it is not surprising that the kinds of stereocilia damage shown in Figure 11 lead to threshold elevations as great as 80 dB or more (Liberman and Dodds, 1984).



**Figure 11**: Noise-induced damage to stereocilia tufts on inner hair cells seen by scanning electron microscopy many months after acoustic overexposure.

All of the structural changes discussed to date are irreversible and help explain why acoustic overexposure can cause permanent elevation of thresholds. The structural changes underlying reversible threshold elevations are much more poorly understood, likely because most of them are submicroscopic. Careful evaluation of animal ears extracted during a temporary (i.e. fully reversible) threshold shift of 50 - 60 dB reveal no missing hair cells, and no stereocilia pathology of the types described above (Liberman and Mulroy, 1982).  We have seen subtle changes in the internal structure of the stereocilium (Liberman and Dodds, 1987), and several lines of evidence suggest that there can be reversible collapse of some of the supporting cells in the organ of Corti (Flock et al., 1999; Wang et al., 2002).

The most reproducible changes in temporary or reversible threshold shift reported is the swelling of auditory nerve terminals at their points of synaptic contact with the inner hair cells. Although severe swelling is visible in the light microscope, most studies of this phenomenon relied on electron microscopic examination which looks at much smaller regions at much higher magnifications.  This terminal swelling is rampant when ears are examined within 24 hours of the exposure, but are not visible at longer post-exposure times (Liberman and Mulroy, 1982; Robertson, 1983). The disappearance of the swollen terminals along the same time course as the recovery of thresholds led many to assume 1) that the threshold shift was due to the terminal swelling *per se* and 2) that the threshold recovery indicated that all the neurons had recovered as well.  As discussed below, it turns out that neither inference is true.

b.    Neuronal death and damage

For decades, it was assumed, for most types of sensorineural hearing loss (including age-related and noise-induced), that auditory-nerve fibers degenerated if and only if the inner hair cells were first destroyed, i.e. that the hair cells were the primary targets of noise and other cochlear

insults, and that auditory-nerve degeneration was always a secondary event to the death of their synaptic partners (Johnsson, 1974; Bohne and Harding, 2000). This dogma arose because the loss of hair cells can be observed within hours or days after an acoustic injury, whereas the loss of spiral ganglion cells, the cell bodies of the auditory nerve fibers, was not detectable until months later (Liberman and Kiang, 1978). As schematized in Figure 3A, each auditory-nerve fiber is a bipolar neuron, with a cell body called a spiral ganglion cell, a peripheral axon that connects to the organ of Corti, and a central axon that projects to the cells in the brainstem.



**Figure 12**: Measuring cochlear synaptopathy in the microscope. **A**: Schematic showing how the synaptic contacts between auditory nerve fibers and inner hair cells can be visualized using antibodies against key synaptic proteins coupled to either red or green fluorescent molecules. **B, C**: microscope images of rows of 6 inner hair cells from a normal and an exposed mouse ear showing the loss of ~50% of the synapses.

In 2009, our group at the Mass. Eye and Ear discovered that the acute swelling of synaptic terminals we and others had seen in the hours after noise exposure was not fully reversible (Kujawa and Liberman, 2009), i.e. that it could lead to the permanent loss of up to 50% of the synaptic connections between auditory-nerve fibers and inner hair cells (Figure 12). To study this cochlear synaptopathy (as we called it), we used antibodies to label key proteins associated with the synaptic machinery: one on the inner hair cell side (in red), and one on the nerve fiber side (in green) as illustrated in the schematic illustration of Figure 12A. Thus, in the microscope images we produced, each synapse between an auditory nerve fiber and an inner hair cell appears as a closely apposed pair of red and green dots (Figure 12B,C). Since each fiber contacts a single inner hair cell by a single synapse, each missing synapse indicates that one auditory nerve fiber is disconnected from any synaptic input, and is therefore completely silenced, i.e. no spontaneous discharge and no response to sound. Comparing the images in Figures 12B and C shows the obvious loss of synaptic contacts in the inner hair cells that survive after acoustic overexposure.

The cochlear synaptopathy manifests as an immediate swelling of the terminal that begins during the noise exposure, which in these laboratory experiments usually last from 1-2 hrs. The loss of synapses is obvious upon microscopic evaluation of the cochlea immediately after the termination of the exposure (Liberman et al., 2015). In this noise model, the thresholds return to normal with 1-2 weeks post exposure, and there is never any loss of hair cells, but the synaptic loss is irreversible, and is ultimately followed by the death of the entire neuron. (Kujawa and Liberman, 2009). However, the loss of cell bodies in the spiral ganglion is extremely slow: it takes two years for ganglion cell loss to match the immediate 50% loss of synapses. Since spiral ganglion cell counts had always been the metric for cochlear neuronal degeneration, and since that degeneration is extremely slow, researchers had never noted neuronal degeneration in cases of temporary threshold shift: after cochlear thresholds had recovered, there was little interest in studying cochlear status at longer post-exposure times.

14

### D.   The concept of Hidden Hearing Loss in animal models

#### 1.   The phenomenon in mouse and its "diagnosis"

In our first demonstrations of noise-induced cochlear synaptopathy (Kujawa and Liberman, 2009), mice were exposed for 2 hours at 100 dB SPL to an octave-band of noise in roughly the middle of their hearing range (8-16 kHz: mice are an extremely high-frequency mammal). The noise level and duration were carefully adjusted to be at the border between reversible and irreversible damage: i.e. for this noise spectrum and this duration, 100 dB was the highest level we could present and still observe complete recovery of cochlear thresholds to pre-exposure baselines. As shown in Figure 13A,B, this threshold recovery was essentially complete by 2 weeks post-exposure, as measured by either DPOAEs or ABRs. Despite the complete threshold recovery, the suprathreshold amplitudes of ABR wave 1 were reduced by roughly 50% (Figure 13D), i.e. in proportion to the roughly 50% loss of synapses in these animals. The essentially complete recovery of the



**Figure 13:** The Hidden Hearing Loss phenotype: thresholds recover after a noise exposure for both DPOAEs (**A**) and ABRs (**B**), and suprathreshold amplitudes for DPOAEs recover (**C**), while those for ABRs do not (**D**). These data are from a group of mice exposed to synaptopathic noise, as measured before (control), and then 1 day and 8 wks post exposure.

DPOAE suprathreshold amplitudes (Figure 13C) suggests that the outer hair cells, classically considered to be the most vulnerable elements to acoustic overexposure, have completely recovered.

Although we and others now, have shown that a noise exposure causing a severe but ultimately reversible threshold shift can, nonetheless, cause permanent cochlear synaptopathy in some animals, we have also shown that not all exposures causing a temporary threshold shift also cause cochlear synaptopathy (Hickox and Liberman, 2014; Fernandez et al., 2020). Moreover, there is no reliable evidence in humans that cochlear synaptopathy can result in measurable hearing deficits when audiometric thresholds are normal. Indeed, the relationship between exposure parameters and the magnitude and cochlear extent of synaptopathy are far from clear, and they likely depend in a complex way on the duration, intermittency, spectrum and intensity of the exposures, and demonstrate variability based on the species under study.

In the mouse model, our group has shown that, if the thresholds have returned to normal, there is a close correlation between the fractional decline in suprathreshold ABR amplitudes and the fractional decline in the number of synapses in the cochlear region appropriate to the frequency of the tone pips used. Thus, in an animal where the synaptopathy was confined to regions above the 16 kHz place, the suprathreshold ABR amplitudes to 11 kHz remained normal, whereas those at 32 kHz were attenuated (Kujawa and Liberman, 2009; Fernandez et al., 2020).

These observations generated the idea that ABR suprathreshold amplitudes can be used to diagnose cochlear synaptopathy in some animals. However, the diagnostic utility in mouse depends critically on the low variance of the ABR suprathreshold amplitudes in control mice, which are genetically homogeneous, and are studied in age- and sex-matched groups. The intersubject variance in suprathreshold ABR amplitudes in "normal hearing" humans is much

greater for a variety of reasons, as discussed in more detail in section E below.

Furthermore, the diagnostic utility disappears as soon as there are any threshold elevations, because threshold elevations also decrease the suprathreshold amplitude of the ABR (Fernandez et al., 2020).  These threshold elevations compromise the diagnostic utility even if they are present only at the highest frequency regions, far from the nominal frequency region of the tone pip used to evoke responses.  This is a particularly thorny problem, because of the "mechanically inappropriate" threshold shifts at the extended high frequencies that are a ubiquitous aspect of noise-induced hearing loss, regardless of the spectrum of the acoustic overexposure (Fried et al., 1976; Liberman and Kiang, 1978).  At the stimulus intensities where suprathreshold amplitudes are measured (i.e. 80 dB SPL), most auditory-nerve fibers tuned to frequencies at and above the stimulus frequency will be activated, including those at the extreme high frequencies. This can be inferred from the asymmetric shape of the tuning curves (Figure 3C): the long low-frequency "tail" means that even a fiber at the extreme base can respond to a mid-frequency tone when its level reaches 80 dB SPL.  Therefore, a noise-induced lesion at the extended high frequencies (i.e. above 8000 Hz in humans) will decrease the ABR suprathreshold amplitudes to a mid-frequency tone or a click, even if the standard audiometric thresholds have returned to normal after the exposure.

The observation that in some animals there can be significant cochlear damage despite complete recovery of thresholds, the "gold-standard" metric of hearing loss, suggested the catch phrase "hidden hearing loss" to describe the neuronal loss that may "hide" behind the audiogram (Schaette and McAlpine, 2011).  How can ABR, or behavioral thresholds recover despite a silencing of 50% of the auditory nerve fibers throughout most of the high-frequency half of the cochlea?  There are two ways to resolve these at-first-paradoxical observations.

The first is to consider the same spread-of-excitation argument we considered above in the context of selective inner hair cell loss. Although auditory nerve fibers are sharply tuned, the tuning differences between adjacent inner hair cells are very small. Because there are so many inner hair cells (~500) per octave of cochlear frequency, each immediate neighbor has a characteristic frequency offset by only 1/500 of an octave. Thus, only a few dB (< 6) increase in sound pressure level is required, near threshold, to spread the excitation far enough on either side of one inner hair cell to double the number of responding fibers, and thereby compensate for a 50% loss of fibers. In a "hearing loss" context, 6 dB is not considered significant.

The second explanation is to consider that subsequent work in guinea pigs showed that it is the high-threshold auditory nerve fibers with low SRs that are most vulnerable to noise (Furman et al., 2013).  Their loss will affect the suprathreshold growth of amplitude without modifying the sound level required to achieve threshold. This explanation pertains only to the phenomenon of noise-induced synaptopathy in these animals, as there is no reason to think that a partial surgical lesion would selectively target one SR group over another. However, it has also been reported that low-SR fibers are the first to die in the process of normal aging, as seen in a gerbil model (Schmiedt et al., 1996), and in the aging mouse model, loss of cochlear synapses precedes the loss of hair cells, as it does after noise (Sergeyenko et al., 2013).

The idea that low-SR fibers are more vulnerable inspired the use of the EFR and the middle ear muscle reflex as metrics of cochlear synaptopathy. With respect to the EFR, there is direct evidence that low-SR fibers can respond more vigorously than high-SR fibers to the types of amplitude-modulated tones that are used to generate an EFR (Joris and Yin, 1992), whereas the low-SR fibers tend to contribute less than high-SR fibers, on a per fiber basis, to the ABR response (Huet et al., 2016). Thus the EFR should be more sensitive to noise-induced cochlear synaptopathy than the ABR, as has indeed been demonstrated in mouse (Shaheen et al., 2015).  With respect to the middle ear muscle reflex, we speculated years ago, based on circumstantial evidence, that the

16

low-SR fibers might contribute relatively more than high-SR fibers to the neural drive for the middle ear muscle reflex (Liberman and Kiang, 1984). Indeed, we showed in the mouse model that a metric of middle ear muscle reflex was also a more sensitive indicator of cochlear synaptopathy than the suprathreshold amplitude of the ABR (Valero et al., 2016; Valero et al., 2018). However, in humans with normal thresholds, the ABR, EFR, and middle muscle reflex cannot be used to diagnose noise-induced hearing loss, because the variance of the measures is simply too large.

### 2.    *Possible species differences*

Since the mouse differs greatly from human with respect to the frequency range of hearing (4000 Hz - 80,000 Hz vs. 100 Hz - 20,000 Hz, respectively), it was important to determine if noise-induced cochlear synaptopathy was demonstrable in mammals with a hearing range more similar to humans, such as guinea pigs and chinchillas. Indeed, when noise bands were placed in the middle of the hearing range, and titrated in level and duration to produce a severe but ultimately reversible threshold shift, both guinea pig and chinchilla also showed significant loss of synapses without any loss of hair cells (Lin et al., 2011; Hickox et al., 2017).

Work with non-human primates is important, because they are most closely related to humans. Our group has also studied the rhesus macaque, where we have shown that a more modest amount of synaptic loss (20%) can be produced by narrow-band exposures that cause a completely reversible threshold shift and no significant loss of hair cells (Valero et al., 2017). Importantly, the noise exposures required to produce this modest level of synaptopathy were more intense than those for mice (108 dB vs 100 dB) and twice as long (4 hrs vs 2 hrs).

Additional interspecies differences have now been documented with respect to the phenomenon of cochlear synaptopathy. Firstly, having demonstrated in the guinea pig that the noise-induced loss of auditory nerve fibers was heavily biased towards those with low SRs and high thresholds (Furman et al., 2013), we recorded from populations of auditory nerve fibers in the original mouse model of noise-induced synaptopathy and discovered no evidence for a selective loss according to SR group: in the mouse it seems that fibers of all SR groups are equally vulnerable (Suthakar and Liberman, 2021).

An even more striking inter-species difference is in the reversibility of the cochlear synaptopathy phenomenon. In the mouse model, at least in the particular inbred strain that we used (CBA/CaJ), the phenomenon is clearly irreversible, and ultimately leads to a correspondingly large loss of spiral ganglion cells (Kujawa and Liberman, 2009), as described above. However, using exactly the same techniques, we have shown, in guinea pigs, that a loss of up to 60% of the synapses, seen immediately after exposure, can completely recover in some cochlear regions by 6 months post exposure (Hickman et al., 2020, 2021). The reasons for this surprising difference in the regenerative capacities of two mammalian species, even in the same family (Rodentia), are unclear, but they suggest another reason why caution must be exercised in extrapolating the mouse results on cochlear synaptopathy to humans.

### E.    **Extrapolation to humans and clinical evaluations**

### 1.    *Histopathology of noise-induced hearing loss in human ears.*

The inner ear cannot be biopsied, and medical imagers cannot yet provide cellular-level detail about the cochlear pathology. Therefore, everything we know about the "ground truth" of the structural changes underlying sensorineural hearing loss comes from light- and electron microscopic examination of inner ear tissues gathered at autopsy from tissue donors. These human

studies are difficult because the 1) number of cases available for study is limited, 2) the ages of donor ears tend towards the older end of the lifespan, 3) histological preservation is variable because of the variable delay between death and tissue harvest, and 4) the medical histories of the deceased individuals tend to be complex, and it can be difficult to assign an unambiguous cause to any observed pathology.

Nevertheless, there are a number of conclusions about the effects of noise on the human ear that can be stated with reasonable certainty. To understand the effects of noise, one has to first document the nature of the structural changes associated with "normal aging." In Figure 14, we summarize some of the most comprehensive quantitative data on the patterns of hair cell loss and auditory nerve fiber loss in human cases in which there was no explicit history of otologic disease, either acquired or inherited (Wu et al., 2019). Most of these cases had no audiometric records associated, because they had no explicit audiometric complaint, however, we assume they had significant high-frequency hearing loss, as expected for all "normal-aging" subjects (Gordon-Salant, 2005). The salient point in the present context is that, in the course of normal aging, there is a steady loss of auditory-nerve fibers in both the low-frequency and high-frequency halves of the cochlea. By 60 years of age, all of the cases in this study had lost roughly 50% of their auditory nerve fibers, whereas, there was only ~10% loss of inner hair cells, especially in the low-frequency half of the cochlea.

In our human studies, we used a different metric of cochlear neural degeneration. In the animal studies, we pioneered the use of synaptic counts as the most practical and accurate metric, because the synapse degenerates first, followed within a few weeks by degeneration of the peripheral axons, and then months to years later by the loss of the cell body (spiral ganglion cell) and central axons (Johnsson, 1974; Liberman and Kiang, 1978). Although these tiny synaptic structures could sometimes be seen in human material, the peripheral axons are more resistant to the tissue degradation that begins after death and is only stabilized when the autopsy sample is extracted and immersed in embalming solutions. Thus, in the human material, we counted peripheral axons: their loss reflects the same process as cochlear synaptopathy, although it may slightly underestimate the extent given that its degeneration lags the synaptic loss by a few weeks.



**Figure 14**: Average patterns of hair cell loss (**A,B**) and nerve fiber loss (**C,D**) in "normal-aging" human ears. Data from REF

The effects of noise history on the human inner ear have been reported in numerous case studies over the last few decades (e.g. (Hawkins and Johnsson, 1976; McGill and Schuknecht, 1976)). Many of these studies noted that there was hair cell damage in the region of the cochlea appropriate to the 4 kHz region, but few were highly quantitative and none counted synapses or peripheral axons of auditory nerve fibers, which are the first neural elements to degenerate after noise damage. Recently, we examined the archival human tissue collection at the MEE and quantified the histopathological differences between a group with a well-documented noise history (n=52) and an age-matched control group (n=51 ears) (Wu et al., 2020, 2021) The noise history in these cases included both an extended period of military service or of employment in a noisy

workplace (many of these cases were employed prior to the widespread application of workplace exposure controls).

In the present context, the most salient conclusions are as follows (Figure 15): 1) the patterns of hair cell loss and nerve fiber loss in the normal group are qualitatively and quantitatively similar to those we reported in our prior study (Wu et al., 2019), although this study used a new set of cases; 2) in the 50-74 year old groups, noise history exacerbated the hair cell loss, especially among



**Figure 15:** Average patterns of cell survival/loss in inner hair cells (IHCs), outer hair cells (OHCs), auditory nerve fibers (ANFs) and the stria vascularis, compared to the mean audiograms for the various groups. The pink shading highlights the differences between normal and noise-exposed results within the 50-74 yr old group.

outer hair cells, and especially in the 4 kHz region (by up to 50%), as expected from the animal work, and from the 4-kHz audiometric notch observed in the noise group in this age range; 4) the noise group showed 10-20% more auditory nerve fiber loss throughout the cochlear spiral in the 50-74 yr range, as expected from the animal studies; 5) however, in the oldest groups (75-100 yrs), the effects of noise history disappeared in all the histopathological metrics and in the audiometric losses. In other words, although the noise clearly damaged both hair cells and neurons during the exposure years, with increasing age, and presumably long after the cessation of regular acoustic overexposure, the continuing age-related degradation in the control ears brought the two groups to the same final state.

Other key caveats in the present context are 1) that **cochlear neural degeneration has only been documented in humans with significant outer hair cell loss, and thus significant threshold elevations**, and 2) that the **additional neural degeneration associated with noise history was also associated with additional outer hair cell loss and significant additional threshold elevation**. In other words, we observed a close correlation between outer hair cell loss and auditory nerve fiber loss in humans, however, **there is, at present, no reliable evidence that significant neural loss can be seen in human ears with normal audiometric thresholds.**

> 2. *Attempts to diagnose cochlear synaptopathy or "hidden hearing loss" in human subjects*

Since we cannot directly measure cochlear synaptopathy (or more generally cochlear neuropathy) in living subjects, research groups have attacked this issue in a number of indirect ways. Since the animal work shows that ABR (or EFR) amplitudes are correlated with cochlear synaptopathy, as long as thresholds are completely normal, many human studies have measured these auditory evoked potentials. It is easy to find a wide range of ABR (or EFR) suprathreshold amplitudes among "normal hearing subjects," but that proves nothing. Thus, the studies have either assessed the correlation 1) between ABR/EFR amplitudes and a measure of the cumulative noise history of the individual (e.g. (Prendergast et al., 2017)), or 2) between ABR/EFR amplitudes and some measure of performance on a test involving word identification in a difficult listening environment, e.g. background noise, reverberation and/or speeding up the delivery ((Grant et al., 2020)). The first strategy is based on the premise that noise exposure produces synaptopathy, and

the second on the premise that a major effect of cochlear synaptopathy is the production of difficulties hearing in a noisy or otherwise difficult listening environment.

With respect to the first approach, some studies of normal-hearing subjects have found a statistically significant correlation, i.e. smaller evoked potentials predict greater noise exposure (Bramhall et al., 2017) and others have not (Prendergast et al., 2017)    Similarly, with respect to the second approach, some studies have found a statistically significant correlation, i.e. smaller evoked potentials predict worse word scores (Grant et al., 2020; Mepani et al., 2021) while others have not (Prendergast et al., 2017; Guest et al., 2018).   Among the studies that find a correlation between ABR amplitudes and word scores, some have included other tests including EFRs and middle ear muscle reflexes, and have concluded that the threshold for the middle ear muscle reflex actually correlates better with word scores than any of the metrics associated with ABR wave 1 (Mepani et al., 2020).

Regardless of the observed statistical correlations in some studies, none of these studies concludes that any of the physiological metrics can predict word scores or noise history on a case by case basis: the variability is too large, and the proportion of the variance in the outcome variable (word identification scores) that is explained by the predictor variable (ABR, EFR or middle ear muscle metric) is too small to make any of the metrics clinically useful for diagnosis (Grant et al., 2020; Mepani et al., 2020; Mepani et al., 2021). Furthermore, in the laboratory setting, where ABR amplitudes or middle ear muscle reflexes are diagnostic of cochlear synaptopathy, that clarity exists only because of the carefully controlled nature of the laboratory experiment, where an animal with a known history free of pathogens, other diseases or environmental toxins, can be exposed to a single cochlear insult and studied at carefully calibrated times thereafter. Lastly, there are many different reasons why physiological responses such as the ABR or EFR can be reduced in amplitude unrelated to noise. Such reductions can arise due to hair cell damage at the extended high frequencies, which also may cause difficulties hearing in noise (Motlagh Zadeh et al., 2019), and differences in head size , which have no relevance to hearing abilities (Nikiforidis et al., 1993). **Thus, at present, it is impossible to diagnose someone with noise-induced cochlear synaptopathy.**

Any otologist or audiologist will encounter many individuals in the course of their clinical practices who complain of problems hearing in a noisy environment, despite the presence of a normal or near normal audiogram.  One may speculate that this condition is "hidden hearing loss," but there is no way to identify the underlying pathology, or what caused it. Indeed, many of the potential causes are completely unrelated to noise exposure. For example, head injuries can cause central nervous system dysfunction that results in problems with central auditory processing. These individuals report report difficulty processing sounds including speech.

Long before the discovery of cochlear synaptopathy in animals, and the application of the catchphrase "hidden hearing loss," people who had difficulty understanding speech despite a normal audiogram were diagnosed with Central Auditory Processing Disorder (Chowsilpa et al., 2021).  There are many possible explanations for difficulties hearing in noise.  These problems understanding speech in difficult listening environments can originate with the central auditory circuits, or because of deficits in attention and/or short-term memory (Valderrama et al., 2018; Kamerer et al., 2019), or because of hair cell damage at the extended high frequencies unrelated to noise exposure (Motlagh Zadeh et al., 2019), or because of weakening of the feedback pathways to the inner ear, such as the middle ear muscle reflex, or the olivocochlear efferent reflex, both of which are known to help the peripheral auditory system control the masking effects of background noise (Liberman and Guinan, 1998).

**F.      Summary of Opinions**

1.  Cochlear synaptopathy can only be diagnosed in post-mortem tissue. Thus, it is not possible to diagnose cochlear synaptopathy in living humans, noise-induced or otherwise.

2.  Although noise-induced synaptopathy can be seen in animals after thresholds have returned to normal, not all exposures causing reversible threshold shifts cause synaptopathy.

3.  Different species have different noise vulnerability, thus it is not possible to directly extrapolate from animal experiments to humans.

4.  There is no reliable evidence in humans that significant noise-induced cochlear neural loss can occur in ears with normal audiometric thresholds.

5.  There is no reliable evidence in humans that cochlear synaptopathy can result in measurable hearing deficits when audiometric thresholds are normal.

6.  It is not possible to diagnose noise-induced "hidden" hearing loss in someone with normal audiometric thresholds.

7.  For any particular person, it is not possible to conclude that a hearing loss that progresses later in life can be attributed to noise exposure that occurred years earlier.

### G.     References Cited

Arenas JP, Suter AH (2014) Comparison of occupational noise legislation in the Americas: an overview and analysis. Noise Health 16:306-319.

Bohne BA, Harding GW (2000) Degeneration in the cochlea after noise damage: primary versus secondary events. Am J Otol 21:505-509.

Bramhall NF, Konrad-Martin D, McMillan GP, Griest SE (2017) Auditory Brainstem Response Altered in Humans With Noise Exposure Despite Normal Outer Hair Cell Function. Ear Hear 38:e1-e12.

Burns W (1968) Effects of Noise on Man. London: Wm. Clowes and Sons.

Caprara GA, Peng AW (2022) Mechanotransduction in mammalian sensory hair cells. Mol Cell Neurosci 120:103706.

Cho SI, Gao SS, Xia A, Wang R, Salles FT, Raphael PD, Abaya H, Wachtel J, Baek J, Jacobs D, Rasband MN, Oghalai JS (2013) Mechanisms of hearing loss after blast injury to the ear. PLoS One 8:e67618.

Chowsilpa S, Bamiou DE, Koohi N (2021) Effectiveness of the Auditory Temporal Ordering and Resolution Tests to Detect Central Auditory Processing Disorder in Adults With Evidence of Brain Pathology: A Systematic Review and Meta-Analysis. Front Neurol 12:656117.

Clark WW, Bohne BA, Boettcher FA (1987) Effect of periodic rest on hearing loss and cochlear damage following exposure to noise. J Acoust Soc Am 82:1253-1264.

Costalupes JA, Young ED, Gibson DJ (1984) Effects of continuous noise backgrounds on rate response of auditory nerve fibers in cat. J Neurophysiol 51:1326-1344.

Dallos P (2008) Cochlear amplification, outer hair cells and prestin. Curr Opin Neurobiol 18:370-376.

Dobie RA, Humes LE (2017) Commentary on the regulatory implications of noise-induced cochlear neuropathy. Int J Audiol 56:74-78.

Fernandez KA, Jeffers PW, Lall K, Liberman MC, Kujawa SG (2015) Aging after noise exposure: acceleration of cochlear synaptopathy in "recovered" ears. J Neurosci 35:7509-7520.

Fernandez KA, Guo D, Micucci S, De Gruttola V, Liberman MC, Kujawa SG (2020) Noise-induced Cochlear Synaptopathy with and Without Sensory Cell Loss. Neuroscience 427:43-57.

Flock A, Flock B, Fridberger A, Scarfone E, Ulfendahl M (1999) Supporting cells contribute to control of hearing sensitivity. J Neurosci 19:4498-4507.

Flores EN, Duggan A, Madathany T, Hogan AK, Marquez FG, Kumar G, Seal RP, Edwards RH, Liberman MC, Garcia-Anoveros J (2015) A non-canonical pathway from cochlea to brain signals tissue-damaging noise. Curr Biol 25:606-612.

Fried MP, Dudek SE, Bohne BA (1976) Basal turn cochlear lesions following exposure to low-frequency noise. Transactions of the American Academy of Ophthalmology and )tolaryngology 82:285-298.

Furman AC, Kujawa SG, Liberman MC (2013) Noise-induced cochlear neuropathy is selective for fibers with low spontaneous rates. J Neurophysiol 110:577-586.

Gates GA, Schmid P, Kujawa SG, Nam B, D'Agostino R (2000) Longitudinal threshold changes in older men with audiometric notches. Hear Res 141:220-228.

Gordon-Salant S (2005) Hearing loss and aging: new research findings and clinical implications. J Rehabil Res Dev 42:9-24.

Grant KJ, Mepani AM, Wu P, Hancock KE, de Gruttola V, Liberman MC, Maison SF (2020) Electrophysiological markers of cochlear function correlate with hearing-in-noise performance among audiometrically normal subjects. J Neurophysiol 124:418-431.

Greenwood DD (1990) A cochlear frequency-position function for several species--29 years later. J Acoust Soc Am 87:2592-2605.

Guest H, Munro KJ, Prendergast G, Millman RE, Plack CJ (2018) Impaired speech perception in noise with a normal audiogram: No evidence for cochlear synaptopathy and no relation to lifetime noise exposure. Hear Res 364:142-151.

Hawkins JE, Jr., Johnsson L-G (1976) Patterns of sensorineural degeneration in human ears exposed to noise. In: Effects of Noise on Hearing (Henderson D, Hamernik RP, Dosanjh DS, Mills JH, eds), pp 91-110. New York: Raven Press.

Henderson D, Spongr V, Subramaniam M, Campo P (1994) Anatomical effects of impact noise. Hear Res 76:101-117.

Hickman TT, Hashimoto K, Liberman LD, Liberman MC (2020) Synaptic migration and reorganization after noise exposure suggests regeneration in a mature mammalian cochlea. Sci Rep 10:19945.

Hickman TT, Hashimoto K, Liberman LD, Liberman MC (2021) Cochlear Synaptic Degeneration and Regeneration After Noise: Effects of Age and Neuronal Subgroup. Front Cell Neurosci 15:684706.

Hickman TT, Smalt C, Bobrow J, Quatieri T, Liberman MC (2018) Blast-induced cochlear synaptopathy in chinchillas. Sci Rep 8:10740.

Hickox AE, Liberman MC (2014) Is noise-induced cochlear neuropathy key to the generation of hyperacusis or tinnitus? J Neurophysiol 111:552-564.

Hickox AE, Larsen E, Heinz MG, Shinobu L, Whitton JP (2017) Translational issues in cochlear synaptopathy. Hear Res 349:164-171.

Huet A, Batrel C, Tang Y, Desmadryl G, Wang J, Puel JL, Bourien J (2016) Sound coding in the auditory nerve of gerbils. Hear Res 338:32-39.

Johnsson LG (1974) Sequence of degeneration of Corti's organ and its first-order neurons. Ann Otol Rhinol Laryngol 83:294-303.

Joris PX, Yin TC (1992) Responses to amplitude-modulated tones in the auditory nerve of the cat. J Acoust Soc Am 91:215-232.

Kamerer AM, AuBuchon A, Fultz SE, Kopun JG, Neely ST, Rasetshwane DM (2019) The Role of Cognition in Common Measures of Peripheral Synaptopathy and Hidden Hearing Loss. Am J Audiol 28:843-856.

Kiang NY, Moxon EC (1974) Tails of tuning curves of auditory-nerve fibers. J Acoust Soc Am 55:620-630.

Kiang NY, Rho JM, Northrop CC, Liberman MC, Ryugo DK (1982) Hair-cell innervation by spiral ganglion cells in adult cats. Science 217:175-177.

Kujawa SG, Liberman MC (2009) Adding insult to injury: cochlear nerve degeneration after "temporary" noise-induced hearing loss. J Neurosci 29:14077-14085.

Li HS, Borg E (1993) Auditory degeneration after acoustic trauma in two genotypes of mice. Hear Res 68:19-27.

Liberman LD, Suzuki J, Liberman MC (2015) Dynamics of cochlear synaptopathy after acoustic overexposure. Journal of the Association for Research in Otolaryngology : JARO 16:205-219.

Liberman MC (1978) Auditory-nerve response from cats raised in a low-noise chamber. J Acoust Soc Am 63:442-455.

Liberman MC (1980) Morphological differences among radial afferent fibers in the cat cochlea: An electron-microscopic study of serial sections. Hear Res 3:45-63.

Liberman MC (1982a) Single-neuron labeling in the cat auditory nerve. Science 216:1239-1241.

Liberman MC (1982b) The cochlear frequency map for the cat: Labeling auditory-nerve fibers of known characteristic frequency. J Acoust Soc Am 72(5):1441-1449.

Liberman MC, Kiang NY (1978) Acoustic trauma in cats. Cochlear pathology and auditory-nerve activity. Acta oto-laryngologica 358:1-63.

Liberman MC, Mulroy MJ (1982) Acute and chronic effects of acoustic trauma: Cochlear pathology and auditory nerve pathophysiology. In: New Perspectives on Noise-Induced Hearing Loss (Hamernik RP, Henderson D, Salvi R, eds), pp 105-136.

Liberman MC, Dodds LW (1984) Single-neuron labeling and chronic cochlear pathology. III. Stereocilia damage and alterations of threshold tuning curves. Hear Res 16:55-74.

Liberman MC, Kiang NY (1984) Single-neuron labeling and chronic cochlear pathology. IV. Stereocilia damage and alterations in rate- and phase-level functions. Hear Res 16:75-90.

Liberman MC, Dodds LW (1987) Acute ultrastructural changes in acoustic trauma: serial-section reconstruction of stereocilia and cuticular plates. Hear Res 26:45-64.

Liberman MC, Guinan JJ, Jr. (1998) Feedback control of the auditory periphery: anti-masking effects of middle ear muscles vs. olivocochlear efferents. J Commun Disord 31:471-482; quiz 483; 553.

Liberman MC, Chesney CP, Kujawa SG (1997) Effects of selective inner hair cell loss on DPOAE and CAP in carboplatin-treated chinchillas. Auditory Neuroscience 3:255-268.

Lin HW, Furman AC, Kujawa SG, Liberman MC (2011) Primary neural degeneration in the Guinea pig cochlea after reversible noise-induced threshold shift. Journal of the Association for Research in Otolaryngology : JARO 12:605-616.

Makary CA, Shin J, Kujawa SG, Liberman MC, Merchant SN (2011) Age-related primary cochlear neuronal degeneration in human temporal bones. Journal of the Association for Research in Otolaryngology : JARO 12:711-717.

McBride DI, Williams S (2001) Audiometric notch as a sign of noise induced hearing loss. Occup Environ Med 58:46-51.

McGill TJ, Schuknecht HF (1976) Human cochlear changes in noise induced hearing loss. Laryngoscope 86:1293-1302.

Melcher JR, Guinan JJ, Jr., Knudson IM, Kiang NYS (1996) Generators of the brainstem auditory evoked potential in cat.  II.  Correlating lesion sites with waveform changes. Hear Res 93:28-51.

Mepani AM, Kirk SA, Hancock KE, Bennett K, de Gruttola V, Liberman MC, Maison SF (2020) Middle Ear Muscle Reflex and Word Recognition in "Normal-Hearing" Adults: Evidence for Cochlear Synaptopathy? Ear Hear 41:25-38.

Mepani AM, Verhulst S, Hancock KE, Garrett M, Vasilkov V, Bennett K, de Gruttola V, Liberman MC, Maison SF (2021) Envelope following responses predict speech-in-noise performance in normal-hearing listeners. J Neurophysiol 125:1213-1222.

Miller JD, Watson CS, Covell WP (1963) Deafening effects of noise on the cat. Acta Oto-Laryngol Suppl. 176.

Mills JH, Boettcher FA, Dubno JR (1997) Interaction of noise-induced permanent threshold shift and age-related threshold shift. J Acoust Soc Am 101:1681-1686.

Motlagh Zadeh L, Silbert NH, Sternasty K, Swanepoel W, Hunter LL, Moore DR (2019) Extended high-frequency hearing enhances speech perception in noise. Proc Natl Acad Sci U S A 116:23753-23759.

Muller M (1991) Frequency representation in the rat cochlea. Hear Res 51:247-254.

Mulroy MJ, Curley FJ (1982) Stereociliary pathology and noise-induced threshold shift: A scanning electron microscope study. Scanning Electron Microscopy IV:1753-1762.

Narayan SS, Temchin AN, Recio A, Ruggero MA (1998) Frequency tuning of basilar membrane and auditory nerve fibers in the same cochleae. Science 282:1882-1884.

Nikiforidis GC, Koutsojannis CM, Varakis JN, Goumas PD (1993) Reduced variance in the latency and amplitude of the fifth wave of auditory brain stem response after normalization for head size. Ear Hear 14:423-428.

Orchik DJ, Schmaier DR, Shea JJ, Jr., Emmett JR, Moretz WH, Jr., Shea JJ, 3rd (1987) Sensorineural hearing loss in cordless telephone injury. Otolaryngol Head Neck Surg 96:30-33.

Prendergast G, Guest H, Munro KJ, Kluk K, Leger A, Hall DA, Heinz MG, Plack CJ (2017) Effects of noise exposure on young adults with normal audiograms I: Electrophysiology. Hear Res 344:68-81.

Rabinowitz WM (1981) Acoustic-reflex effects on middle-ear performance. J Acoust Soc Am 69 Suppl:S44.

Robertson D (1983) Functional significance of dendritic swelling after loud sounds in the guinea pig cochlea. Hearing Res 9:263-278.

Rosenhall U (2003) The influence of ageing on noise-induced hearing loss. Noise Health 5:47-53.

Ruggero MA (1992) Responses to sound of the basilar membrane of the mammalian cochlea. Curr Opin Neurobiol 2:449-456.

Ryugo DK, Dodds LW, Benson TE, Kiang NYS (1991) Unmyelinated axons of the auditory nerve in cats. J Comp Neurol 308:209-223.

Saunders JC, Dear SP, Schneider ME (1985) The anatomical consequences of acoustic injury: A review and tutorial. J Acoust Soc Am 78:833-860.

Schaette R, McAlpine D (2011) Tinnitus with a normal audiogram: physiological evidence for hidden hearing loss and computational model. The Journal of neuroscience : the official journal of the Society for Neuroscience 31:13452-13457.

Schairer KS, Feeney MP, Sanford CA (2013) Acoustic reflex measurement. Ear Hear 34 Suppl 1:43S-47S.

Schmiedt RA, Mills JH, Boettcher FA (1996) Age-related loss of activity of auditory-nerve fibers. J Neurophysiol 76:2799-2803.

Schuknecht HF (1993) Pathology of the Ear, 2nd Edition. Baltimore: Lea & Febiger.

Sergeyenko Y, Lall K, Liberman MC, Kujawa SG (2013) Age-related cochlear synaptopathy: an early-onset contributor to auditory functional decline. J Neurosci 33:13686-13694.

Shaheen LA, Valero MD, Liberman MC (2015) Towards a Diagnosis of Cochlear Neuropathy with Envelope Following Responses. Journal of the Association for Research in Otolaryngology : JARO 16:727-745.

Shera CA (2004) Mechanisms of mammalian otoacoustic emission and their implications for the clinical utility of otoacoustic emissions. Ear Hear 25:86-97.

Simmons DD, Liberman MC (1988) Afferent innervation of outer hair cells in adult cats: I. Light microscopic analysis of fibers labeled with horseradish peroxidase. J Comp Neurol 270:132-144.

Sinex DG, Clark WW, Bohne BA (1987) Effects of periodic rest on physiological measures of auditory sensitivity following exposure to noise. J Acoust Soc Am 82:1265-1273.

Suthakar K, Liberman MC (2021) Auditory-nerve responses in mice with noise-induced cochlear synaptopathy. J Neurophysiol 126:2027-2038.

Takeno S, Harrison RV, Ibrahim D, Wake M, Mount RJ (1994) Cochlear function after selective inner hair cell degeneration induced by carboplatin. Hear Res 75:93-102.

Tsuji J, Liberman MC (1997) Intracellular labeling of auditory nerve fibers in guinea pig: Central and peripheral projections. J Comp Neurol 381:188-202.

Valderrama JT, Beach EF, Yeend I, Sharma M, Van Dun B, Dillon H (2018) Effects of lifetime noise exposure on the middle-age human auditory brainstem response, tinnitus and speech-in-noise intelligibility. Hear Res 365:36-48.

Valero MD, Hancock KE, Liberman MC (2016) The middle ear muscle reflex in the diagnosis of cochlear neuropathy. Hear Res 332:29-38.

Valero MD, Hancock KE, Maison SF, Liberman MC (2018) Effects of cochlear synaptopathy on middle-ear muscle reflexes in unanesthetized mice. Hear Res 363:109-118.

Valero MD, Burton JA, Hauser SN, Hackett TA, Ramachandran R, Liberman MC (2017) Noise-induced cochlear synaptopathy in rhesus monkeys (Macaca mulatta). Hear Res 353:213-223.

Wang Y, Hirose K, Liberman MC (2002) Dynamics of noise-induced cellular injury and repair in the mouse cochlea. Journal of the Association for Research in Otolaryngology : JARO 3:248-268.

Wu PZ, O'Malley JT, de Gruttola V, Liberman MC (2020) Age-Related Hearing Loss Is Dominated by Damage to Inner Ear Sensory Cells, Not the Cellular Battery That Powers Them. J Neurosci 40:6357-6366.

Wu PZ, O'Malley JT, de Gruttola V, Liberman MC (2021) Primary Neural Degeneration in Noise-Exposed Human Cochleas: Correlations with Outer Hair Cell Loss and Word-Discrimination Scores. J Neurosci 41:4439-4447.

Wu PZ, Liberman LD, Bennett K, de Gruttola V, O'Malley JT, Liberman MC (2018) Primary Neural Degeneration in the Human Cochlea: Evidence for Hidden Hearing Loss in the Aging Ear. Neuroscience.

Wu PZ, Liberman LD, Bennett K, de Gruttola V, O'Malley JT, Liberman MC (2019) Primary Neural Degeneration in the Human Cochlea: Evidence for Hidden Hearing Loss in the Aging Ear. Neuroscience 407:8-20.

Dated:  May 11, 2022                    Respectfully submitted,

_____
M. Charles Liberman, Ph.D.

# EXHIBIT A
# APPENDIX OF MATERIAL CONSIDERED

**APPENDIX: LIST OF MATERIALS CONSIDERED**

**Case Materials**

All documents cited in my report that are not cited herein.
Each cited document as well as any attachments to that document.

**EXPERT REPORTS**

Lawrence Lusting Plaintiff General Expert Report
Moises Arriaga Plaintiff General Expert Report
Marc Bennett Plaintiff General Expert Report
Peter Fagleson Plaintiff General Expert Report
David Eddins Plaintiff General Expert Report
Eric Bielefeld Plaintiff General Expert Report
Hamid Djalilian Plaintiff General Expert Report
Benjamin Crane Plaintiff General Expert Report
Christopher Spankovoich Plaintiff General Expert Report
Mark Packer Plaintiff General Expert Report
James Hall Plaintiff General Expert Report

**SUPPLEMENTAL DOCUMENTS**

Order re HHL Hearing Dated, 2021-09-12
Transcript of HHL Hearing Dated, 2021-08-31

**LITERATURE**

A. Chambers, J. Resnik, et al., Central Gain Restores Auditory Processing Following Near-Complete Cochlear Denervation (2016)

A. Fulbright, C. La Prell, et al., Effects of Recreational Noise on Threshold and Suprathreshold Measures of Auditory Function (2017)

A. Furman, S. Kujawa, et al., Noise Induced Cochlear Neuropathy is Selective for Fibers With Low Spontaneous Rates. (2013)

A. Gilles, G. Hal, et al., Epidemiology of Noise-Induced Tinnitus and the Attitudes and Beliefs Towards Noise and Hearing Protection in Adolescents (2013)

A. Hickox, E. Larsen et al.,Translational Issues in Cochlear Synaptopathy (2017)

A. Huet, B. Wang, et al., Sound Coding in the Auditory Nerve: From Single Fiber Activity to Cochlear Mass Potentials in Gerbils (2019)

M. Charles Liberman, Ph.D.
May 11, 2022

A. Kamerer, A. AuBuchon, et al., The Role of Cognition in Common Measures of Peripheral Synaptopathy and Hidden Hearing Loss. (2019)

A. Kamerer, J. Kopun et al., Examining Physiological and Perceptual Consequences of Noise Exposure (2019)

A. Meehan, D. Herbert et al., Hidden Hearing Deficits in Military Service Members with Persistent Post Concussive Symptons (2019)

A. Vietla, B. Monson et al., Phoneme Categorization Relying Solely on High-Frequency Energy (2014)

ASHA_Defintion of Central Auditory Processing Disorder (2021)

B. Davis W. Qiu et al., Sensitivity of Distortion Product Otoacoustic Emissions in Noise-Exposed Chinchillas (2005)

B. Monson, J. Rock et al., Ecological Cocktail Party Listening Reveals the Utility of Extended High-Frequency Hearing (2019)

B. Moore, The Effect of Exposure to Noise During Military Service on the Subsequent Progression of Hearing Loss (2021)

B. Paul, I. Bruce et al., Envelope Following Responses, Noise Exposure, and Evidence of Cochlear Synaptopathy in Humans: Correction and Comment (2018)

B. Paul, I. Bruce et al., Evidence that Hidden Hearing Loss Underlies Amplitude Modulation Encoding Deficits in Individuals With and Without Tinnitus (2016)

B. Paul, I. Bruce et al., Evidence that Hidden Hearing Loss Underlies Amplitude Modulation Encoding Deficits in Individuals With and Without Tinnitus (2016)

B. Paul, S. Waheed et al., Subcortical Amplitude Modulation Encoding Deficits Suggest Evidence of Cochlear Synaptopathy in Normal-Hearing 18-19 year olds With Higher Lifetime Noise Exposure (2017)

B. Satar, O. Kapkin et al., Evaulation of Cochlear Function in Patients With Normal Hearing and Tinnitus: A Distortion Product Otoacoustic Study (2003)

B.Bohne and G. Harding, Neural Regeneration in the Noise-Damaged Chinchilla Cochlea (1992)

C. Aedo and E. Aguilar, Cochlear Synaptopathy: New Findings in Animal and Human Research (2020)

C. Barbee, J. James et al.,  Effectiveness of Auditory Measures for Detecting Hidden Hearing Loss and/or Cochlear Synaptopathy: A Systemic Review (2018)

2

M. Charles Liberman, Ph.D.
May 11, 2022

C. Le Prell and  C. Brungart, Speech-in-Noise Tests and Supra-threshold Auditory Evoked Potentials as Metrics for Noise Damage and Clinical Trial Outcome Measures (2016)

C. Le Prell, Effects of Noise Exposure on Auditory Brainstem Response and Speech-in-Noise Tasks: A Review of the Literature (2019)

C. Makary, J. Shin, et al., Age-Related Primary Cochlear Neuronal Degeneration in Human Temporal Bones (2011)

C. Plack, A. Leger, et al., Toward a Diagnostic Test for Hidden Hearing Loss. (2016)

C. Plack, Hidden Hearing Loss in Humans (2018)

C. Ridley, J. Kopun et al., Using Thresholds in Noise to Identify Hidden Hearing Loss in Humans (2018)

C. Spankovich, C. Le Prell, et al., Noise History and Auditory Function in Young Adults With and Without Type 1 Diabetes Mellitus (2017)

C. Spankovich, Hidden Hearing Loss (HHL) Presentation

C. Spankovich, Perspectives on "Normal" Hearing and Perceived Hearing Complaints (2022)

C. Spankovich, V. Gonzalez et al., Self Reported Hearing Difficulty, Tinnitus, and Normal Audiometric Thresholds, the National Health and Nutrition Examination Survey 1999-2002 (2018)

C. Suresh and A. Krishnan, Search for Electrophysiological Indices of Hidden Hearing Loss in Humans: Click Auditory Brainstem Response Across Sound Levels and in Background Noise (2021)

C. Suresh and A.Krishnan, Search for Electrophysiological Indices of Hidden Hearing Loss in Humans: Click Auditory Brainstem Response Across Sound Levels and in Background Noise (2020)

C. Zhang, M. Frye, et al., New Insights on Repeated Acoustic Injury: Augmentation of Cochlear Synaptopathy and Inflammatory Reaction Resultant of Prior Acoustic Injury (2020)

D. Beck, J. Danhauer, et al., Audiologic Considerations for People With Normal Hearing Sensativity Yet Hearing Difficulty and/or Speech-in-Noise Problems (2018)

D. Chen, G. Jia, et al (2019). Hidden Hearing Loss: Current Perspectives and Potential Therapies. (2019)

D. Kohrman, G. Wan et al, Hidden Hearing Loss: A Disorder with Multiple Etiologies and Mechanisms. (2020)

3

M. Charles Liberman, Ph.D.
May 11, 2022

E. Beach, Hidden Hearing Loss in Humans: Cochlear Synaptopathy is Superseded by Cognitive Effects When Listening to Speech in Noise (2018)

E. Bielefeld, Chapter 10 Effects of Early Noise Exposure on Subsequent Age-Related Changes in Hearing (2012)

E. Felder and A. Schrott-Fischer, Felder Quantatative Evaluation of Myelinated Nerve Fibres and Hair Cells in Cochleae of Humans with Age-Related High-Tone Hearing Loss (1995)

E. Kara, K. Aydin, et al., Assessment of Hidden Hearing Loss in Normal Hearing Individuals With and Without Tinnitus (2020)

E. Lobarinas, C. Blair et al., Partial to Complete Suppression of Unilateral Noise-Induced Tinnitus in Rats After Cyclobenzaprine Treatment (2015)

E. Lobarinas, C. Spankovich et al., Evidence of "Hidden Hearing Loss" Following Noise Exposures That Produce Robust TTS and ABR Wave-I Amplitude Reductions (2016)

E. Lobarinas, R. Salvi, et al., Selective Inner Hair Cell Dysfunction in Chinchillas Impairs Hearing-in-Noise in the Absence of Outer Hair Cell Loss. (2016)

F. Gallun, A. Diedesch et al., Performance on Tests of Central Auditory Processing by Individuals Exposed to High-Intensity Blasts (2012)

F. Gu, J. Li, et al., Memory Traces for Tonal Language Words Revealed by Auditory Event-Related Potentials (2012)

F. Marmel, D. Cortese, el al., The Ongoing Search for Cochlear Synaptopathy in Humans: Masked Thresholds for Brief Tones in Threshold Equalizing Noise (2020)

F. Musiek, G. Chermak et al., CAPD: The Most Common 'Hidden Hearing Loss' (2018)

G. Chen and L. Fechter, The Relationship Between Noise-Induced Hearing Loss and Hair Cell Loss in Rats (2002)

G. Chen, C. Tanaka et al., Relation Between Outer Hair Cell Loss and Hearing Loss in Rats Exposed to Styrene (2008)

G. Chen, Hidden Cochlear Impairments  (2018)

G. Gates, J. Cooper, et al., Hearing in the Elderly: The Framingham Cohort, 1983-1985 (1990)

G. Gates, P. Schmid, et al., Longitudinal Threshold Changes in Older Men with Audiometric Notches (2000)

G. Naert, M. Pasdelou et al,, Use of the Guinea Pig in Studies on the Development and Prevention of Acquired Sensorineural Hearing Loss, With an Emphasis on Noise (2019)

4

M. Charles Liberman, Ph.D.
May 11, 2022

G. Nam, J. Kim, et al., Limitation of Conventional Audiometry in Identifying Hidden Hearing Loss in Acute Noise Exposure (2021)

G. Panagiotopoulos, Cochlear Synaptopathy in Humans. Review of the Evidence and Future Directions (2020)

G. Panagiotopoulos, Cochlear Synaptopathy in Humans: Review of Evidence and Future Directons (2020)

G. Prendergast, H. Guest, et al., Effects of Noise Exposure on Young Adults with Normal Audiograms I: Electrophysiology (2017)

G. Prendergast, R. Millman et al., Effects of Noise Exposure on Young Adults With Normal Audiograms II: Behavioral Measures (2017)

G. Prendergast, S. Couth, et al., Effects of Age and Noise Exposure on Proxy Measures of Cochlear Synaptopathy (2019)

G. Prendergast,H. Guest et al., Effects of Noise Exposure On Young Adults With Normal Audiograms I: Electrophysiology (2017)

G. Saunders and M. Haggard, The Clinical Assessment of Obscure Auditory Dysfunction--1. Auditory and Psychological Factors (1989)

G. Wan and G. Corfas, Transient Auditory Nerve Demyelination as a New Mechanism for Hidden Hearing Loss (2017)

G. Wang, L Wang et al., Acute Recreational Noise-Induced Cochlear Synpatic Dysfunction in Humans With Normal Hearing: A Prospective Cohort Study (2021)

H. Bharadwaj and B. Shinn-Cunningham, What's Been Hidden in Hidden Hearing Loss (2021)

H. Bharadwaj, A. Mai, et al., Non-Invasive Assays of Cochlear Synaptopathy- Candidates and Considerations (2019)

H. Bharadwaj, S. Masud, et al., Individual Differences Reveal Correlates of Hidden Hearing Deficits (2015)

H. Chen, L. Shi et al., Noise-Induced Cochlear Synaptopathy and Signal Processing Disorders (2019)

H. Guest, K. Munro et al., Reliability and Interrelations of Seven Proxy Measures of Cochlear Synaptopathy (2019)

H. Guest, K. Munro, et al, Tinnitus With a Normal Audiogram: Relation to Noise Exposure but no Evidence for Cochlear Synaptopathy (2017)

5

M. Charles Liberman, Ph.D.
May 11, 2022

H. Guest, K. Munro, et al., Impaired Speech Perception in Noise With a Normal Audiogram: No Evidence for Cochlear Synaptopathy and no Relation to Lifetime Noise Exposure (2018)

H. Lin, A. Furman et al., Primary Neural Degeneration in the Guiena Pig Cochlea After Reversible Noise-Induced Threshold Shift (2011)

H. Liu, J. Lu et al., Functional Alteration of Ribbon Synapses in Inner Hair Cells by Noise Exposure Causing Hidden Hearing Loss (2019)

H. Mokrian, A. Shaibanizadeh et al., Evaluation of Distortion and Transient Evoked Otoacoustic Emission in Tinnitus Patients With Normal Hearing (2014)

H. Schuknecht and R. Woellner, An Experimental and Clinical Study of Deafness From Lesions of the Cochlear Nerve (1955)

H. Schuknecht, Techniques for Study of Cochlear Function and Pathology in Experimental Animals (1953)

I. Yeend, E. Beach, et al., The Effects of Noise Exposure and Musical Training on Suprathreshold Auditory Processing and Speech Perception in Noise (2017)

J. Grose, E. Buss, et al., Loud Music Exposure and Cochlear Synaptopathy in Young Adults: Isolated Auditory Brainstem Response effects but no Perceptual Consequences. (2017)

J. Henry, S. Griest, et al., Noise Outcomes in Servicemembers Epidemiology (NOISE) Study: Design, Methods, and Baseline Results (2021)

J. Jensen, A. Lysaght, et al, Immediate and Delayed Cochlear Neuropathy After Noise Exposure in Pubescent Mice (2015)

J. Kim, A. Xia et al., Osmotic Stabilization Prevents Cochlear Synaptopathy After Blast Trauma (2018)

J. Nadol, Electron Microscopic Findings in Presbycusic Degeneration of the Basal Turn of the Human Cochlea (1979)

J. Nevoux, Hidden Hearing Loss and Tinnitus: Utility of the High-Definition Audiograms in Diagnosis (2019)

J. Valderrama, E. Beach, et al., Effects of Lifetime Noise Exposure on the Middle-Age Human Auditory Brainstem Response, Tnnitus and Speech-In-Noise Intelligibility. (2018)

K. Fernandez, D. Guo et al., Noise-Induced Cochlear Synaptopathy With and Without Sensory Cell Loss (2020)

K. Henry and K. Abrams, Normal Tone-In-Noise Sensitivity in Trained Budgerigars Despite Substantial Auditory-Nerve Injury: No Evidence of Hidden Hearing Loss (2021)

6

M. Charles Liberman, Ph.D.
May 11, 2022

K. Henry, K. Abrams; et al.; Tinnitus and Auditory Perception After a History of Noise Exposure: Relationship to Auditory Brainstem Response Measures (2018)

K. Kryer, C. Williams, et al., Auditory Acuity and the Perception of Speech (1962)

K. Megha, S. Kappadi, et al., Effects of Aging Versus Noise Exposure on Auditory System in Individuals with Normal Audiometric Thresholds (2021)

K. Tremblay, A. Pinto et al., Self-Reported Hearing Difficulties Among Adults With Normal Audiograms: The Beaver Dam Offspring Study (2015)

K. Yankaskas, Prelude: Noise-Induced Tinnitus and Hearing Loss in the Military (2013)

L. Hunter, B. Monson, et al., Extended High Frequency Hearing and Speech Perception Implications in Adults and Children (2020)

L. Lustig Direct Exam

L. Megarbane and A. Fuente, Association Between Speech Perception and Electrophysiological Measures: An Exploratory Study of Possible Techniques to Evaluate Cochlear Synaptopathy in Humans (2020)

L. Shaheen, M. Valero, et al., Towards a Diagnosis of Cochlear Neuropathy with Envelope Following Responses (2015)

L. Viana, J. O'Malley, et al., Cochlear Neuropathy in Human Presbycusis: Confocal Analysis of Hidden Hearing Loss in Post-Mortem Tissue. (2015)

M, Liberman and S. Kujawa, Cochlear Synaptopathy in Acquired Sensorineural Hearing Loss: Manifestations and Mechanisms (2017)

M. Budak, K. Grosh, et al., Contrasting Mechanisms For Hidden Hearing Loss: Synaptopathy vs Myelin Defects (2021)

M. Emadi, M. Rezaei et al., Comparison of the Transient Evoked Otoacoustic Emissions (TEOAEs) and Distortion Products Otoacoustic Emissions (DPOAEs) in Normal Hearing Subjects With and Without Tinnitus (2018)

M. Kobel, C. LaPrell et al., Noise-Induced Cochlear Synaptopathy: Past Findings and Future Studies (2016)

M. Liberman, M. Epstein, et al., Toward a Differential Diagnosis of Hidden Hearing Loss in Humans. (2016)

M. Parker, Identifying Three Otopathologies in Humans (2020)

M. Parker, Identifying Three Otopathologies in Humans (2020)

M. Charles Liberman, Ph.D.
May 11, 2022

M. Pienkowski, On the Etiology of Listening Difficulties in Noise Dispute Clinically Normal Audiograms (2016)

M. Salanger and M. Parker, Synaptopathy in Humans? Not so Fast (2018)

M. Stephenson and Guest Editor, Occupational Hearing Loss From Non-Gaussian Noise (2017)

M. Valero, J. Burton, et al., Noise-Induced Cochlear Synaptopathy in Rhesus Monkeys (Macaca Mulatta). (2017)

M. Wojtczak, J. Beim, et al., Weak Middle-Ear-Muscle Reflex in Humans with Noise-Induced Tinnitus and Normal Hearing May Reflect Cochlear Synaptopathy (2017)

M. Xiong, C. Yang, et al., Impulse Noise Exposure in Early Adulthood Accelerates Age-Related Hearing Loss (2014)

N. Bramhall, B. Ong, et al., Speech Perception Ability in Noise is Correlated With Auditory Brainstem Response Wave I Amplitude (2015)

N. Bramhall, D. Konrad-Martin, et al., Auditory Brainstem Response Altered in Humans With Noise Exposure Despite Normal Outer Hair Cell Function (2017)

N. Bramhall, E. Beach, et al., The Search for Noise-Induced Cochlear  Synaptopathy in Humans - Mission Impossible? (2019)

N. Bramhall, G. McMillan, et al., Envelope Following Response Measurements in Young Veterans are Consistent With Noise-Induced Cochlear Synaptopathy (2021)

N. Hu, M. Rutherford et al., Protection of Cochlear Synapses From Noise-Induced Excitotoxic Trauma by Blockde of Ca2+-Permeable AMPA Receptors (2020)

NICE, Hearing Loss in Adults: Assessment and Management (2018)

O. Hong, D. Chin, et al., Double Jeopardy Hearing Loss and Tinnitus Among Noise-Exposed Workers (2016)

P. Jeffers, J. Bourien et al., Noise-Induced Hearing Loss in Gerbil: Round Window Assays of Synapse Loss (2021)

P. Johannesen, B. Buzo, et al, Evidence for Age-Related Cochlear Synaptopathy in Humans Unconnected to Speech-in-Noise Intelligibility Deficits (2019)

P. King, Psychogenic Deafness (1954)

P. Lokwani and P. Prabhu, Efficacy of Behavioral Audiological Tests in Identifying Cochlear Synaptopathy: A Systematic review (2021)

8

M. Charles Liberman, Ph.D.
May 11, 2022

P. Stelmachowicz, A. Pittman, et al., The Importance of High-Frequency Audibility in the Speech and Language Development of Children With Hearing Loss (2004)

P. Wu, J. O'Malley et al., Primary Neural Degeneration in Noise-Exposed Human Cochleas: Correlations With Outer Hair Cell Loss and Word-Discrimation Scores (2021)

P. Wu, J. O'Malley, et al., Age-Related Hearing Loss is Dominated by Damage to Inner Ear Sensory Cells, not the Cellular Battery That Powers Them. (2020)

P. Wu, J. O'Malley, et al., Primary Neural Degeneration in Noise-Exposed Human Cochleas: Correlations with Outer Hair Cell Loss and Word-Discrimination Scores. (2021)

P. Wu, L. Liberman, et al., Primary Neural Degeneration in the Human Cochlea: Evidence for Hidden Hearing Loss in the Aging Ear (2019)

Q. Hecht, T. Hammill et al., Characterization of Acute Hearing Changes in United States Military Populations (2019)

Q. Song, P. Shen, et al., Coding Deficits in Hidden Hearing Loss Induced by Noise: The Nature and Impacts (2016)

R. Badri, J. Siegel et al., Auditory Filter Shapes and High-Frequency Hearing in Adults who Have Impaired Speech in Noise Performance Despite Clinically Normal Audiograms (2010)

R. Dewey, S. Francis, et al., The Association Between Subcortical and Cortical fMRI and Lifetime Noise Exposure in Listeners With Normal Hearing Thresholds (2020)

R. Dobie and L. Humes, Commentary on the Regulatory Implications of Noise-Induced Cochlear Neuropathy (2016)

R. Granjeiro, H. Kehrle et al., Transient and Distortion Product Evoked Oto-Acoustic Emissions in Normal Hearing Patients With and Without Tinnitus (2008)

R. Harrison and E. Bielefeld, Assessing Hidden Hearing Loss After Impulse Noise in a Mouse Model (2019)

R. Hoben, G. Easow, et al., Outer Hair Cell and Auditory Nerve Function in Speech Recognition in Quiet and in Background Noise (2017)

R. Salvi, D. Ding et al., Hidden Age-Related Hearing Loss and Hearing Disorders: Current Knowledge and Future Directions (2018)

R. Schaette and D. McAlpine, Tinnitus With a Normal Audiogram: Physiological Evidence for Hidden Hearing Loss and Computational Model  (2011)

R. Schmiedt, J, Mills et al., Age-Related Loss of Activity of Auditory-Nerve Fibers (1996)

M. Charles Liberman, Ph.D.
May 11, 2022

S. Carcagno and C. Plack, Effects of Age on Psychological Measures of Auditory Temporal Processing and Speech Reception at Low and High Levels (2020)

S. Couth, G. Prendergrast, et al., Investigating the Effects of Noise Exposure on Self-Report, Behavioral and Electrophysiological Indices of Hearing Damage in Musicians With Normal Audiometric Thresholds (2020)

S. Couth, N. Mazlan, et al., Hearing Difficulties and Tinnitus in Construction, Agricultural, Music, and Finance Industries: Contributions of Demographic, Health, and Lifestyle Factors (2019)

S. Grinn, K. Wiseman, et al., Hidden Hearing Loss? No Effect of Common Recreational Noise Exposure on Cochlear Nerve Response Amplitude in Humans (2017)

S. Hickman, S. Izzy, et al., Microglia in Neurodegenration (2018)

S. Kim, E. Lim, et al., Long-Term Effect of Noise Exposure During Military Service in South Korea (2017)

S. Kujawa and M. Liberman Adding Insult to Injury: Cochlear Nerve Degeneration after "Temporary" Noise-Induced Hearing Loss. (2009)

S. Kujawa and M. Liberman, Acceleration of Age-Related Hearing Loss by Early Noise Exposure: Evidence of a Misspent Youth (2006)

S. Kujawa and M. Liberman, Synaptopathy in the Noise-Exposed and Aging Cochlea: Primary Neural Degeneration in Acquired Sensorineural Hearing Loss (2015)

S. Kujawa, M.Liberman, et al., Aging After Noise Exposure: Acceleration of Cochlear Synaptopathy in "Recovered Ears." (2015)

S. Theodoroff and D. Konrad-Martin, Noise Acoustic Trauma and Tinnitus, the US Military Experience (2020)

S. Wong, K. Adams et al., Effects of Selective Auditory-Nerve Damage on the Behavioral Audiogram and Temporal Integration in the Budgerigar. (2019)

T. Hickman, C. Smalt et al., Blast-Induced Cochlear Synaptopathy in Chinchillas (2018)

T. Le, L. Straatman, et al., Current Insights in Noise-Induced Hearing Loss: A Literature Review of the Underlying Mechanism, Pathophysiology, Asymmetry, and Management Options (2017)

T. Maele, S. Keshishzadeh, et al., The Variability in Potential Biomarkers for Cochlear Synaptopathy After Recreational Noise Exposure (2021)

10

M. Charles Liberman, Ph.D.
May 11, 2022

U. Leong, D. Schwartz, et al., Sensorineural Hearing Loss Diminishes Use of Temporal Envelope Cues: Evidence From Roving-Level Tone-in Noise Detection (2020)

U. Rosenhall, The Influence of Ageing on Noise-Induced Hearing Loss (2003)

V. Tepe, C. Smalt, et al., Hidden Hearing Injury: The Emerging Science and Military Relevance of Cochlear Synaptopathy. (2017)

V. Tepe, M. Papesh, et al., Acquired Central Auditory Processing Disorder in Service Members and Veterans (2020)

V. Weilnhammer, D. Gerstner, et al., Exposure to Leisure Noise and Intermittent Tinnitus Among Young Adults in Bavaria: Longitudinal Data From a Prospective Cohort Study (2021)

W. Bakay, L. Anderson et al., Hidden Hearing Loss Selectively Impairs Neural Adaptation to Loud Sound Environments (2018)

W. Bakay. L Anderson et al., Hidden Hearing Loss Selectively Impairs Neural Adaptation to Loud Sound Environments (2018)

W. Dolphin and D. Mountain, The Envelope Following Response - Scalp Potentials Elicited in the Mongolian Gerbil Using Sinusoidally AM Acoustic Signals (1991)

W. Mulders, I. Chin, et al., Persistent Hair Cell Malfunction Contributes to Hidden Hearing Loss (2018)

W. Neff, The Effects of Partial Section of the Auditory Nerve (1939)

W. Wei, X. Shi et al., RNA-seq Profiling and Co-Expression Network analysis of Long Noncoding RNAs and mRNAs Reveal Novel Pathogenesis of Noise-Induced Hidden Hearing Loss (2020)

WHO World Hearing Report (2021)

X. Mao, C. Zheng, et al., Tinnitus With Normal Hearing and Evoked Otoacoustic Emissions (2005)

Y. Sergeyenko, K. Lall et al., Age-Related Cochlear Synaptopathy - An Early-Onset Contributor to Auditory Functional Decline (2013)

Y. Zheng and J. Guan, Cochlear Synaptopathy: A Review of Hidden Hearing Loss (2018)

Z. Jafari, T. Copps, et al., Noise Damage Accelerates Auditory Aging and Tinnitus: A Canadian Population-Based Study (2020)

M. Charles Liberman, Ph.D.
May 11, 2022