# PX39

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885-MCR-GRJ <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |
| **THIS DOCUMENT RELATES TO**: <br> *All Wave 1 Cases* | **CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER** |

# EXPERT REPORT OF DR. W. CHATHAM, M.D.

**May 11, 2022**

# W. Winn Chatham, M.D.
# Expert Report

*In re: 3M Combat Arms Earplug Products Liability Litigation,* MDL No. 2885

## I.   BACKGROUND

### A.   Introduction

I have been asked to offer an opinion regarding the well-documented associations between autoimmune disease, hearing loss, and tinnitus. In addition to the materials listed in an appendix to this Report, I relied on my education, my research, and my three decades of experience as a practicing clinical immunologist/rheumatologist and as a professor of medicine. This Report summarizes my knowledge, expertise, experience, and functional understanding of rheumatic diseases and their manifestations, including hearing loss and tinnitus. The opinions I offer are held to a reasonable degree of medical and scientific certainty.

### B.   Professional Background

My curriculum vitae summarizes my education and professional experience, and is attached as Exhibit A. I began my post-secondary education at Duke University, where I graduated *summa cum laude* with a Bachelor of Science in Biomedical Engineering. I then attended medical school at Vanderbilt University, graduating with a Doctorate of Medicine. I completed a three-year residency in Internal Medicine at the University of North Carolina at Chapel Hill, followed by a three-year fellowship in clinical immunology and rheumatology at the University of Alabama at Birmingham. After my fellowship, I joined the faculty of the University of Alabama at Birmingham and the University of Alabama Hospital hospital staff.

I am currently Professor of Medicine at the University of Alabama at Birmingham and the Louis W Heck Clinical Scholar in Rheumatology. I am also UAB's Associate Division Director for Clinical Services and have served as the director of clinical services for the Division of Clinical Immunology and Rheumatology since 1996. For twelve years I served as the training program director for the UAB Rheumatology Fellowship program. I am board-certified by the American Board of Internal Medicine in Internal Medicine and Rheumatology. I have received America's Top Doctors and Best Doctors in America recognition for over 20 years. In 2018, I received the American College of Rheumatology Distinguished Clinician Scholar Award, and in 2021 I was designated a Master of the American College of Rheumatology.

I have published over 80 peer-reviewed articles and 12 textbook chapters on topics related to immunodeficiency-associated autoimmunity, treatment of autoimmune diseases with disease-modifying anti-rheumatic drugs, management of autoimmune diseases in patients with infections and immune deficiency, and specific autoimmune disorders, including systemic lupus erythematosus and vasculitis. I have been the local Primary Investigator on over 30 clinical trials in systemic lupus and also multi-center studies of lupus genetics, immunobiology, and outcomes.

My hourly rate for legal cases, including this one, is $400 an hour for case review and consultations and $500 an hour for depositions and trial testimony. In the past four years, I have been deposed in four cases: I was deposed in 2017 in Florida in *Vigil v. Waks,* in 2017 in Missouri

in *Mack v. SSM Health Care St. Louis*, in 2018 in New Hampshire in *Lyle v. Dartmouth Hitchcock Healthcare*, and on January 8, 2022 in this multidistrict litigation with regard to my case-specific expert report for *Denise Kelley v. 3M*.

C.   **Summary of Opinions**

Hearing loss caused by an autoimmune disorder is a well-documented phenomenon. It can occur as a primary disorder, in which the pathology involves only the ears, or as a secondary manifestation of a broader multisystem autoimmune disease.

With the exception of hearing loss caused by autoimmune vasculitis which may be unilateral and sudden, the clinical hallmark of autoimmune hearing loss is hearing loss that progresses over weeks to months, as opposed to an immediate loss after sudden trauma or hearing loss that gradually worsens over the course of years. Typically, both ears are affected. The loss is often fluctuating, and is sometimes accompanied by tinnitus, vestibular symptoms, or sensation of aural fullness. Responsiveness to steroid therapy, especially when administered quickly after onset, is indicative of autoimmune-induced hearing loss. Patients with autoimmune hearing loss and tinnitus often have detectable autoantibodies and symptoms of other autoimmune disorders, but autoimmune hearing loss can occur with or without manifestations of autoimmune disease involving other organs. In addition to presenting as a primary issue, autoimmune-induced hearing loss and tinnitus can be a manifestation of any of a wide variety of systemic autoimmune disorders.

II.   **BACKGROUND ON AUTOIMMUNE CONDITIONS**

A.   **Autoimmunity**

The human immune system is a tightly regulated mechanism designed to protect the body from foreign pathogens and abnormal cells that may arise as a consequence of injury or acquired genetic mutations. Immune system responses are mediated by a variety of B cell and T cell lymphocyte populations. Through the ability to re-arrange genes coding for receptors on lymphocytes that target specific biologic molecular structures (motifs), the human immune system has the capacity to target an infinite number of molecular motifs that comprise foreign microbes as well as human cells and tissues. In the setting of normal immune system function (immune homeostasis), regulatory mechanisms are in place to suppress and delete clones of immune system cells that target human cells and tissues normally present in each individual, referred to as immune tolerance. Immune tolerance can break in response to any number of potential mechanistic events. When tolerance breaks, autoimmunity arises and the immune system targets biochemical components of cells, extracellular structures, or circulating fluids normally present within the body.

Autoimmune disease occurs when broken immune tolerance results in cellular damage and organ inflammation triggered by autoreactive T cell and B cell lymphocytes. Given the multitude of potential targets of immune responses, autoimmune disease can affect any organ system, including structures in the hearing apparatus.

Loss of immune tolerance resulting in autoreactive lymphocytes can result in an autoimmune response that targets a single organ structure or multiple organs. Multiple organs can be affected due to either: (1) a single molecular motif targeted by the immune system being present

3

in multiple organs, or (2) the mechanism(s) of tolerance loss permitting development of immune responses to multiple molecular motifs present in different organs.

Autoreactive lymphocytes cause organ dysfunction and damage through a variety of mechanisms. Autoreactive T cell lymphocytes infiltrate and proliferate in the target organ or adjacent lymph nodes and release substances toxic to resident tissue cells. Activated T cells also release chemokines that recruit other inflammatory cells such as monocytes and neutrophils that cause inflammation and tissue injury. Autoreactive B cell lymphocytes proliferate locally or in adjacent lymph nodes to generate autoantibodies that target cellular and tissue motifs. Once bound to the target motif, autoantibodies activate complement proteins and neutrophils capable of amplifying inflammation and causing tissue injury.

The primary biomarkers of autoimmune disease are:

(1) Autoantibodies that are present in blood serum in significant amounts or titer. Some autoantibodies are disease-specific, and others (such as antinuclear antibodies) may be present in a variety of different autoimmune disorders.

(2) Proteins in the blood that are elevated in the setting of inflammation and immune system activation. These include elevations in C-reactive protein (CRP), and immunoglobulin (IgG antibody) levels. These protein elevations may also alter measurable biophysical properties of the blood, reflected by elevations in the erythrocyte sedimentation rate (ESR).

### B.     Features, Characteristics and Course of Autoimmune Diseases

Autoimmune diseases have a wide variety of clinical presentations, and the differential diagnosis of autoimmune disease can be a challenge. Many patients have symptoms for years before they are diagnosed with an autoimmune disease, often because their symptoms are mild, non-specific, or resemble other conditions. Autoimmune diseases range in severity from mild to life-threatening, and many autoimmune diseases are characterized by periods of flares and remission. Symptoms may not occur simultaneously or with every flare, and patients with these disorders may be symptom-free for extended periods of time. Patients with mild clinical symptoms often do not seek medical treatment, and biomarkers for autoimmune disease (serum proteins and autoantibodies) are typically not included in routine laboratory testing. Consequently, patients may have undetected hematological abnormalities or clinically significant titers of autoantibodies that have not been looked for.

Initial symptoms of autoimmune disease-related inflammation and/or immune system activation are often non-specific constitutional symptoms, such as fatigue, joint pain, or mild cognitive dysfunction, including difficulties with concentration or memory. Patients' symptoms may be mistaken for other conditions (e.g., malar rash in lupus patients can be mistaken for or misdiagnosed as rosacea). Some autoimmune diseases, such as systemic lupus erythematosus or many of the disorders causing vasculitis, can affect any organ of the body; these systemic diseases are associated with a wide array of symptoms and clinical manifestations vary substantially across patients.

### C.     Risk Factors For Autoimmune Disease

Autoimmune diseases affect 5-10% of the developed world population, and rates are increasing. Autoimmune diseases occur on a background of genetic risk; some disorders are attributable to single gene mutations, but for the majority of patients with autoimmune disease the genetic risk is complex, with risk attributable to combinations of risk-conferring genes. Patients may not always be able to identify relatives with known or diagnosed autoimmune disease.

Epigenetic factors trigger the onset of and flares of autoimmune diseases. Significant epigenetic factors include diet and nutritional status, presence of obesity, environmental toxins, tobacco use, hormonal status and fluctuations, acute and chronic infections, and emotional stress. There is also increasing evidence that vitamin D may modulate the immune response and play a role in the pathogenesis of autoimmune disease. Any of these epigenetic factors may determine if and when autoimmune disease develops in a genetically susceptible individual, when the disease flares, and when it will remit.

Autoimmune diseases tend to cluster together, and having one autoimmune disease significantly increases the risk of developing another. Common comorbidities include asthma, atopic dermatitis, and allergic rhinitis, among others. Allergic diseases are indicative of an overactive immune system and significantly increase the risk of autoimmunity.

### D.     The Diagnostic Process

As explained below, autoimmune-induced hearing loss and tinnitus can be a manifestation either of autoimmunity affecting only the hearing organs or of a different underlying autoimmune disease. Diagnosing an underlying autoimmune disease, or ruling out such a disease where the patient's records raise the possibility, requires all of the following:

(1) Consideration of symptoms related by the patient including responses to directed queries relevant to the presence or absence of symptoms known to be associated with autoimmune disorders under consideration. These include presence or absence of fatigue, fevers, weight loss, appetite changes, dry eyes, dry mouth, visual disturbances, oral or nasal ulcers, swallowing problems, cough, shortness of breath, edema, chest pains, circulation problems, blanching or cyanosis of fingers/toes, skin rashes, hair loss, nausea, changes in bowel function, abdominal pain, pain or difficulty with urination, joint pain, joint swelling, joint stiffness, muscle pain, muscle weakness, tremor, numbness or tingling, sleep disturbance, difficulty concentrating, problems with memory, hallucinations, and pregnancy complications.

(2) The presence or absence of findings on a comprehensive physical examination, with particular attention to the skin and scalp, oral mucous membranes, joint tenderness, joint swelling, joint range of motion, muscle strength, regional lymph nodes, chest sounds on inspiration/exhalation, heart sounds, abdominal organ enlargement/tenderness, and neurologic functions (cranial nerves, peripheral sensation, strength and reflexes, cognitive functions).

(3) Results of clinical laboratory testing for autoantibodies, markers of inflammation, markers of immune activation, inflammatory cells in body fluids, and markers of organ inflammation/damage.

(4) Advanced imaging studies when appropriate: ultrasound of joints to confirm presence of synovitis, radiographs of joints to confirm patterns of joint damage, CT scans of lung tissue to confirm presence/absence of inflammation, arteriography of blood vessels, MR imaging of bones, muscles and symptomatic joints, MR imaging of neural tissues (spinal cord and brain).

(5) Biopsy of relevant tissues (skin, muscle, lung, peripheral nerve, superficial blood vessels) as needed/indicated to confirm a diagnosis.

## III. AUTOIMMUNE DISEASE AS A CAUSE OF HEARING LOSS AND TINNITUS

### A. Clinical Presentation Of Autoimmune Hearing Loss

Diagnoses of autoimmune hearing loss are based largely on a patient's clinical symptoms and pattern of hearing loss. Autoimmune hearing loss, with or without systemic disease, is typically bilateral, fluctuating, and progressive, worsening over the course of weeks or months. It can also initially occur unilaterally, with later involvement of the second ear sometimes following the initial unilateral defect. Hearing loss caused by autoimmune vasculitis, in particular, may be unilateral and sudden. Autoimmune hearing loss is often, but not always, accompanied by other symptoms of underlying autoimmune disease such as skin rashes, joint pain and swelling, visual disturbances, limb numbness or weakness, chronic fatigue, etc. It often improves with steroid treatment, especially when administered promptly.

### B. Mechanisms of Action

It is well-established that autoimmunity can cause sensorineural hearing loss and tinnitus. Although it is currently not possible to determine which specific mechanisms of autoimmune inflammation are operative in a given patient with autoimmune hearing loss, a number of pathophysiological processes may be involved.

Autoantibodies associated with autoimmune hearing loss may be directly involved in the development of inflammatory lesions causing hearing loss or may be markers for autoimmune disease associated with autoimmune hearing loss. Autoantibodies associated with hearing loss reported to date include anti-heat shock protein (HSP)-70 antibodies, anti-nuclear antibodies (ANA), anti-neutrophil cytoplasmic antibodies (ANCA), anti-endothelial cell antibodies (AECA), anti-thyroperoxidase antibodies, and anti-phospholipid antibodies (anti-cardiolipin or anti-beta2-glycoprotein-1 or lupus anticoagulant).

Autoimmune hearing loss may result from autoreactive T cells targeting structures in the cochlea directly and infiltrating the organ, releasing both molecules capable of causing local tissue injury and damage to cellular constituents of the cochlea and chemoattractant proteins that result in infiltration of the organ by other inflammatory cells (neutrophils and monocytes) capable of causing further tissue injury.

Autoantibodies binding tissue and cellular motifs in the cochlea may also form immune complexes in the organ that fix complement, resulting in recruitment activation of neutrophils and monocytes that can bind to immune complexes and release oxidants and enzymes capable of causing tissue injury.

Autoimmune hearing loss may be caused by vasculitis, inflammation of the blood vessels, which is associated with some systemic autoimmune diseases such as granulomatosis with polyangitis and systemic lupus erythematosus.  In these cases, autoreactive T cells and/or immune complexes infiltrate blood vessel walls, resulting in inflammatory lesions and clots that obstruct blood vessel lumens, thereby compromising blood flow to the cochlear organ as well as adjacent neural tissues involved in hearing.

Autoimmune hearing loss is often accompanied by tinnitus.  In patients with hearing loss, including autoimmune hearing loss, decreased auditory input from the cochlea can trigger nerve signals to the brain that cause tinnitus.

### C. Primary Autoimmune Hearing Loss

Autoimmune hearing loss and tinnitus can occur as a primary, organ-specific disorder involving only the ear, in the absence of any systemic autoimmune disease.  Many patients with primary autoimmune hearing loss do not have other clinically significant symptoms of autoimmunity.  (Bovo et al. (2006); Ciorba et al. (2018); Mancini et al. (2018); Mijovic et al.(2013)).

### D. Autoimmune Diseases Associated With Hearing Loss and Tinnitus

Autoimmune hearing loss and tinnitus can also be complications of systemic autoimmune disease, or of autoimmune disease that primarily targets another organ.

Many autoimmune diseases are known and reported to be associated with hearing loss, including, among others:

- Ankylosing spondylitis
- Antineutrophil cytoplasm antibody-associated vasculitis
- Antiphospholipid syndrome
- Autoimmune hepatitis
- Autoimmune thyroid disease
- Behcet's disease
- Celiac disease
- Cogan's syndrome

7

- Crohn's disease
- Cryoglobulinemia
- Diabetes
- Eosinophilic granulomatosis with polyangiitis (EGPA)
- Giant cell arteritis
- Granulomatosis with polyangiitis (GPA)
- IgG4-related disease
- Microscopic polyangiitis (MPA)
- Mixed cryoglobulinemia
- Multiple sclerosis
- Myasthenia gravis
- Polyarteritis nodosa
- Psoriasis with or without Psoriatic arthritis
- Rheumatoid arthritis
- Relapsing polychrondritis
- Sarcoidosis
- Sjögren's syndrome
- Susac's syndrome
- Sympathetic neural hyperalgesia edema syndrome
- Systemic lupus erythematosus
- Systemic sclerosis
- Takayasu's arteritis
- Ulcerative colitis
- Vogt-Koyangi-Harada's disease

Symptoms and the diagnostic process for these disorders are non-exhaustively discussed in *UpToDate*, a database of physician-authored and evidence-based topic reviews, written to provide decision support to clinicians, in Firestein & Kelley's Textbook of Rheumatology, and in the materials cited in my reliance list.

## IV. CONCLUSION

Autoimmune diseases are a well-known cause of hearing loss and tinnitus. Autoimmune hearing loss can fluctuate or improve, often occurs in patients with autoimmune symptoms or detectable autoantibodies, and often responds to early steroid treatment. Although many patients with autoimmune hearing loss do not have evidence of other autoimmune disorders at the time hearing loss first occurs, hearing loss and tinnitus commonly occur as a complication of many autoimmune diseases.

W Winn Chatham  
Digitally signed by W Winn Chatham  
Date: 2022.05.07 17:19:08 -05'00'

Dr. W. Winn Chatham, M.D.

07 May 2022

Date

**Appendix: List of Materials Considered**

**Literature**

O. Akdogan et al., Sudden Sensorineural Hearing and Vestibular Loss in a Case of Relapsing Polychondritis, Annals of Otology, Rhinology & Laryngology 130(12):1412-1416 (2021).

A. Aleem et al., Haematological abnormalities in systemic lupus erythematosus, Acta Reumatologica Portuguesa 39(3):236-41 (2014).

T. Alexander et al., Safety of High-Dose Corticosteroids for the Treatment of Autoimmune Inner Ear Disease, Otology & Neurotology, 30(4):443-448 (2009).

V. T. Anand et al., Auditory Investigations in Hypothyroidism, Acta Oto-Laryngologica 108:83-87 (1989).

A. P. Andonopoulos et al., Sensorineural hearing disorders in systemic lupus erythematosus. A controlled study, Clinical and Experimental Rheumatology 13(2):137-141 (1995).

Antinuclear Antibodies (ANA), American College of Rheumatology (2022), available from https://www.rheumatology.org/I-Am-A/Patient-Caregiver/Diseases-Conditions/Antinuclear-Antibodies-ANA.

A. Arduc et al., Evaluation of hearing functions in patients with euthyroid Hashimoto's thyroiditis, Endocrine 50(3):708-14 (2015).

M. Aringer et al., 2019 European League Against Rheumatism/American College of Rheumatology Classification Criteria for Systemic Lupus Erythematosus, Arthritis & Rheumatology 71(9):1400-1412 (2019).

E. Bachor et al., Antiphospholipid antibodies in patients with sensorineural hearing loss, European Archives of Otorhinolaryngology 262:622-626 (2005).

D. Berker et al., Evaluation of hearing loss in patients with Graves' disease, Endocrine 41:116-121 (2012).

S. Berrettini et al., Inner Ear Involvement in Mixed Cryoglobulinaemia Patients, British Journal of Rheumatology 34(4):370-374 (1995).

L. Bir et al., Sudden sensorineural hearing loss in a patient with primary antiphospholipid syndrome, Journal of Thrombosis and Thrombolysis 21(3):277 (2006).

L. Biscetti et al., Headache and immunological/autoimmune disorders: a comprehensive review of available epidemiological evidence with insights on potential underlying mechanisms, Journal of Neuroinflammation 18(1):259 (2021).

A. Borchers et al., The implications of autoimmunity and pregnancy, Journal of Autoimmunity 34(3):J287-J299 (2010).

R. Bovo et al., Immune-mediated inner ear disease, Acta Oto-Laryngologica 126(10):1012-1021 (2006).

H. Boyer and G. Mortimore, Anti-neutrophil cytoplasmic antibodies-associated vasculitis: a guide and case study, British Journal of Nursing 29(22):1-31 (2020).

E. Cama et al., Sudden hearing loss in sarcoidosis: otoneurological study and neuroradiological correlates, ACTA Otorhinolaryngologica Italica 31(4):235-238 (2011).

G. Casella et al., Neurological disorders and celiac disease, Minerva Gastroenterologica e Dietologica 62(2):197-206 (2016).

N. Chaitidis et al., Association of rheumatoid arthritis with hearing loss: a systematic review and meta-analysis, Rheumatology International 40:1771-1779 (2020).

N. Charoenngam et al., Patients with asthma have a higher risk of systemic lupus erythematosus: a systematic review and meta-analysis, Clinical Rheumatology 40(2):529-536 (2021).

J. Check, Sympathetic neural hyperalgesia edema syndrome as a cause of autoimmune hearing loss, Clinical and Experimental Obstetrics & Gynecology 44(1):133-134 (2017).

H. Choi et al., Psoriasis Increases the Risk of Sudden Sensorineural Hearing Loss: A Longitudinal Follow Up Study Using a National Sample Cohort, International Journal of Environmental Research and Public Health 17(24):9310 (2020).

L. Christopher-Stine and R. Ann Vleugels, Clinical manifestations of dermatomyositis and polymyositis in adults, UpToDate (2022).

A. Ciorba et al, Autoimmune inner ear disease (AIED): A diagnostic challenge, International Journal of Immunopathology and Pharmacology 32:1-5 (2018).

M. Clowse, Lupus Activity in Pregnancy, Rheumatic Disease Clinics of North America 33(2):237-252 (2007).

P. B. Degirmenci et al., Allergic rhinitis and its relationship with autoimmune thyroid diseases, American Journal of Rhinology & Allergy 29(4):257-261 (2015).

A. De Virgilio et al., Polyarteritis nodosa: A contemporary overview, Autoimmunity Reviews 15:564-570 (2016).

T. Diniz and H. Guida, Hearing Loss in Patients with Diabetes Mellitus, Brazilian Journal of Otorhinolaryngology 75(4):573-578 (2009).

A. Di Stadio and M. Ralli, Systemic Lupus Erythematosus and hearing disorders: Literature review and meta-analysis of clinical and temporal bone findings, Journal of International Medical Research 45(5):1470-1480 (2017).

A. Di Stadio et al., Sudden hearing loss as an early detector of multiple sclerosis: a systematic review, European Review for Medical and Pharmacological Sciences 22(14):4611-4624 (2018).

J. Dörr et al., Characteristics of Susac syndrome: A review of all reported cases, Nature Reviews Neurology 9(6):307-316 (2013).

S. Al Dousary, Auditory and vestibular manifestations of Vogt-Koyanagi-Harada disease, The Journal of Laryngology & Otology 125(2):138-141 (2011).

M. Düzlü et al., Audiological Findings in Autoimmune Hepatitis: Hearing Loss at High Frequencies, Gazi Medical Journal 28(4):243-245 (2017).

A. Eryilmaz et al., Evaluation of hearing loss in patients with ankylosing spondylitis, The Journal of Laryngology & Otology 121(9):845-849 (2007).

R. Falk et al., Granulomatosis with polyangiitis and microscopic polyangiitis: Clinical manifestations and diagnosis, UpToDate (2022)

B. Fayyaz and S. Upreti, Autoimmune inner ear disease secondary to Hashimoto's thyroiditis: a case report, Journal of Community Hospital Internal Medicine Perspectives 8(4):227–229 (2018).

M. Ferreira et al., Audiological findings in the Vogt-Koyanagi-Harada Syndrome, CoDAS 32(5) (2020).

G. Firestein et al., Firestein & Kelley's Textbook of Rheumatology, 11th edition (2020).

E. Fleissig et al., Risk of Sensorineural Hearing Loss in Patients with Vitiligo, Audiol & Neurotol 18(4):240-246 (2013).

D. Francis and H. Boddie, Acute hearing loss in giant cell arteritis, Postgraduate Medical Journal 58(680):357-358 (1982).

J. Gallo et al., IgG4-Related Disease and Sensorineural Hearing Loss, Clinical and Experimental Otorhinolaryngology 7(3):236-237 (2014).

W. Gawron et al., Sudden hearing loss as a first complication of longstanding Type 1 diabetes mellitus: a case report, Diabetic Medicine 21(1):96-98 (2003).

M. E. Gershwin, Pathogenesis of primary billary cholangitis (primary billary cirrhosis) Update (2021).

S. Giannouli et al., Anaemia in systemic lupus erythematosus: from pathophysiology to clinical assessment, Annals of the Rheumatic Diseases 65:144-148 (2005).

L. Girasoli et al., Update on Vertigo in Autoimmune Disorders, from Diagnosis to Treatment. Journal of Immunology Research (2018).

A. Greco et al., Clinic manifestations in granulomatosis with polyangiitis, International Journal of Immunopathology and Pharmacology 29(2):151-159 (2016).

A. Greco et al., Cogan's syndrome: An autoimmune inner ear disease, Autoimmunity Reviews 12(3):396-400 (2013).

L. Green and E. B. Miller, Sudden Sensorineural Hearing Loss as a First Manifestation of Systemic Lupus Erythematosus: Association with Anticardiolipin Antibodies, Clinical Rheumatology 20(3):220-222 (2001).

J. Hamilton et al., Dupilumab improves the molecular signature in skin of patients with moderate-to-severe atopic dermatitis, The Journal of Allergy and Clinical Immunology 134(6):1293-1300 (2014).

F. Hill et al., Primary autoimmune inner ear disease in pregnancy, Australian Journal of Otolaryngology 1(23) (2018).

K. Hu et al., Susac syndrome with the typical clinical triad: A case report and literature review, Journal of Neuroimmunology (2022).

I. Iozza et al., Update on systemic lupus erythematosus pregnancy, Journal of Prenatal Medicine 4(4):67-73 (2010).

L. U. Ivert et al., Association between atopic dermatitis and autoimmune diseases: a population-based case–control study*, British Journal of Dermatology 185:335-342 (2021).

M. Judson, The Clinical Features of Sarcoidosis: A Comprehensive Review, Clinical Reviews in Allergy & Immunology 49(1):63-78 (2015).

D. Kamen et al., Vitamin D deficiency in systemic lupus erythematosus, Autoimmunity Reviews 5(2):114-117 (2006).

M. Kaplan and M. E. Gershwin, Primary Biliary Cirrhosis, The New England Journal of Medicine, 353:1261-73 (2005).

C. Karmody et al., Sensorineural hearing loss in patients with inflammatory bowel disease, American Journal of Otolaryngology–Head and Neck Medicine and Surgery 30(3):166-170 (2009).

D. Karunaratne and N. Karunaratne, ENT Manifestations of Celiac Disease: A Scholarly Review, Ear, Nose & Throat Journal 1-6 (2020).

A. Kessel and E. Toubi, Autoimmune Sensorineural Hearing Loss, Diagnostic Criteria in Autoimmune Diseases 449-453 (2008).

S. Y. Kim et al., Association between SSNHL and Thyroid Diseases, International Journal of Environmental Research and Public Health 17(22):8419 (2020).

Y. Klionsky and M. Antonelli, Thyroid Disease in Lupus: An Updated Review, ACR Open Rheumatology 2(2):74-78 (2020).

M. T. Krishna et al., Allergic diseases and long-term risk of autoimmune disorders: longitudinal cohort study and cluster analysis, European Respiratory Journal 54(5) (2019).

M. Lasso de la Vega et al., Extended high frequency audiometry can diagnose sub-clinic involvement in a seemingly normal hearing systemic lupus erythematosus population, Acta Oto-Laryngologica 137(2):161-166 (2017).

Y. Lee et al., Type 1 Diabetes Induces Hearing Loss: Functional and Histological Findings in an Akita Mouse Model, Biomedicines 8(9):343 (2020).

G. Li et al., The Role of Autoimmunity in the Pathogenesis of Sudden Sensorineural Hearing Loss, Neural Plasticity (2018).

K. Lien et al., Association of vitiligo with high-frequency sensorineural hearing loss: a systematic review and meta-analysis, European Academy of Dermatology and Venereology 36(3):373-379 (2022).

H. Long et al., The critical role of epigenetics in systemic lupus erythematosus and autoimmunity, Journal of Autoimmunity 74:118-138 (2016).

Z. Lu et al., Atopic dermatitis and risk of autoimmune diseases: a systematic review and meta-analysis, Allergy, Asthma & Clinical Immunology 17:96 (2021).

M. Lyden et al., Surgical anatomy of the thyroid gland, UpToDate (2022).

K. Maciaszczyk et al., Auditory function in patients with systemic lupus erythematosus, Auris Nasus Larynx International Journal of ORL & HNS 38:26-32 (2011).

M. Mahafzah et al., Investigating the Possible Audiological Effects of Hypothyroidism, Journal of Phonetics & Audiology 4(1) (2018).

M. Mahafzah et al., The Prevalence of Hearing Loss in Patients with Autoimmune Thyroid Disease: A Prospective Study, Jordan Medical Journal 52(3):109-116 (2018).

P. Mancini et al., Hearing loss in autoimmune disorders: Prevalence and therapeutic options, Autoimmunity Reviews 17(7):644-652 (2018).

C. Martz et al., Vicarious Racism Stress and Disease Activity: the Black Women's Experiences Living with Lupus (BeWELL) Study, Journal of Racial and Ethnic Health Disparities 6(5):1044-1051 (2019).

H. Maruyoshi et al., Sensorineural Hearing Loss Combined with Takayasu's Arteritis, Internal Medicine 44(2):124-128 (2005).

Mayo Foundation for Medical Education and Research (MFMER), Lupus: Overview, Symptoms, Causes, Risk Factors, and Complications, available from https://www.mayoclinic.org/diseases-conditions/lupus/symptoms-causes/syc-20365789

O. Memar et al., Psoriatic Involvement of the Ear, The Hearing Journal 72(1):44-47 (2019).

T. Mijovic et al., Autoimmune sensorineural hearing loss: the otology-rheumatology interface, Rheumatology 52(5):780-789 (2013).

A. Mokbel et al., Auditory disorders in patients with systemic lupus erythematosus: Relation to clinical parameters, The Egyptian Rheumatologist 36(3):117-124 (2014).

R. Moscicki, Immune-mediated inner ear disorders, Baillieres Clinical Neurology 3(3):547-563 (1994).

K. Nadhan et al., Palmoplantar keratoderma as a presenting sign of primary biliary cirrhosis, JAAD Case Report 4(1):41-43 (2017).

S. Nahal et al., Safety issues and recommendations for successful pregnancy outcome in systemic lupus erythematosus, Journal of Autoimmunity 93:16-23(2018).

Y. Nakamaru et al., Otologic and Rhinologic Manifestations of Eosinophilic Granulomatosis with Polyangiitis, Audiology & Neurotology 21(1):45-53 (2016).

P. Nedunchezhian et al., A study on association between thyroid disorders and sensorineural hearing loss, International Journal of Otorhinolaryngology and Head and Neck Surgery 5(5):1315-1319 (2019).

T. Okura et al., A Patient With Myeloperoxidase Antineutrophil Cytoplasmic Antibody-Positive Polyangiitis Who Developed Sensorineural Hearing Loss And Scleritis, Internal Medicine 50(16):1725-1728 (2011).

G. Psillas et al., Audiological Patterns in Patients with Autoimmune Hearing Loss, Audiology Neurotology 1-10 (2021).

M. Rabelo and A. Corona, Auditory and vestibular dysfunctions in systemic sclerosis: literature review, CoDAS 26(5):337-342 (2014).

C. Rahmattulla et al., Renal function and ear, nose, throat involvement in anti-neutrophil cytoplasmic antibody-associated vasculitis: prospective data from the European Vasculitis Society clinical trials, Rheumatology (Oxford) 54(5):899-907 (2015).

M. Ralli et al., Audiovestibular Symptoms in Systemic Autoimmune Diseases, Journal of Immunology Research (2018).

M. Ralli et al., Development of progressive hearing loss and tinnitus in a patient with myasthenia gravis: an overlooked comorbidity?, Hearing, Balance and Communication 15(4) (2017).

M. Ralli et al., Hearing Loss in Takayasu's Arteritis: A Role for Hyperbaric Oxygen Therapy?, The Journal of International Advanced Otology 13(3):417-418 (2017).

M. Ralli et al., Relationship between hearing function and myasthenia gravis: A contemporary review, Journal of International Medical Research 45(5):1459-1465 (2017).

J. Riera et al., Sudden Sensorineural Hearing Loss in Systemic Lupus Erythematosus and Antiphospholipid Syndrome: A Clinical Review, Current Rheumatology Reviews 16(2):84-91 (2020).

N. Rose, Prediction and Prevention of Autoimmune Disease in the 21st Century: A Review and Preview, American Journal of Epidemiology 183(5):403-406 (2016).

D. Ross, Overview of thyroid nodule formation, UpToDate (2022).

M. Rottem et al., Allergic disease and autoimmune effectors pathways, Developmental Immunology 9(3):161-167 (2002).

S. Roverano et al., Asymptomatic Sensorineural Hearing Loss in Patients With Systemic Lupus Erythematosus, Journal of Clinical Rheumatology 12(5):217-220 (2006).

E. Samohvalov and S. Samohvalov, The Pattern of Anemia in Lupus, Current Topics in Anemia (2018).

P. Schur and D. Wallace, Arthritis and other musculoskeletal manifestations of systemic lupus erythematosus, UpToDate (2022).

C. Selmi and M. E. Gershwin, Sex and autoimmunity: proposed mechanisms of disease onset and severity, Expert Review of Clinical Immunology 15(6):607-615 (2019).

Y. Shapira et al., Defining and analyzing geoepidemiology and human autoimmunity, Journal of Autoimmunity 34(3):J168-J177 (2010).

A. Sharma et al., Relapsing polychondritis: clinical presentations, disease activity and outcomes, Orphanet Journal of Rare Diseases 9(198):1-6 (2014).

T. Shen et al., Increased Risk of Asthma in Patients with Systemic Lupus Erythematosus, American Journal of Respiratory and Critical Care Medicine 189(4):496-499 (2014).

E. Sin et al., A link: Allergic rhinitis, asthma, and systemic lupus erythematosus, Autoimmunity Reviews 15:487-491 (2016).

E. Smith and Y. Yazici, Clinical manifestations and diagnosis of Bechet syndrome, UpToDate (2021).

A. Sonbay et al., Audiological evaluation in patients with Behçet's disease, The Journal of Laryngology & Otology 128(8):694-697 (2014).

E. W. St. Clair and R. McCallum, Cogan syndrome, UpToDate (2021).

X. Sun et al., Autoimmune thyroiditis in patients with sudden sensorineural hearing loss, Laryngoscope Investigative Otolaryngology 7(2):571-577 (2022).

R. Sundel, Kawasaki disease: Clinical features and diagnosis, UpToDate (2020).

O. Topaloglu and B. Şahin, Hearing Impairment and Audiological Alterations in Euthyroid Hashimoto's Thyroiditis, ORL; Journal for Otorhinolaryngology and its Related Specialties 1-9 (2021).

K. Tsunoda et al., Sensorineural hearing loss as the initial manifestation of polyarteritis nodesa, The Journal of Laryngology & Otology 115:311-312 (2001).

B. Tumiati et al., Hearing Loss in the Sjogren Syndrome, Annals of Internal Medicine 126(6):450-453 (1997).

K. Turan et al., Audiological involvement in patients with systemic sclerosis, Modern Rheumatology 00:1-8 (2021).

*UpToDate*, available from www.uptodate.com/contents/search.

A. Vambutas and S. Pathak, AAO: Autoimmune and Autoinflammatory (Disease) in Otology: What is New in Immune-Mediated Hearing Loss, Laryngoscope Investigative Otolaryngology 1(5):110-115 (2016).

J. Varga, Clinical manifestations and diagnosis of systemic sclerosis (scleroderma) in adults, UpToDate (2021).

D. Wallace and D. Gladman, Clinical manifestations and diagnosis of systemic lupus erythematosus in adults, UpToDate (2022).

D. Wengrower et al., Hearing Loss in Patients with Inflammatory Bowel Disease, Digestive Diseases and Sciences 61(7):2027-2032 (2016).

W. Weston and W. Howe, Atopic dermatitis (eczema): Pathogenesis, clinical manifestations, and diagnosis, UpToDate (2021).

N.M. Wiles et al., Sudden Sensorineural Hearing Loss and Antiphospholipid Syndrome, Haematologica 91(10):124-127 (2006).

J. Wojciechowska et al., Granulomatosis With Polyangiitis in Otolaryngologist Practice: A Review of Current Knowledge, Clinical and Experimental Otorhinolaryngology 9(1):8-13 (2016).

W. Wongtrakul et al., Allergic rhinitis and risk of systemic lupus erythematosus: A systematic review and meta-analysis, International Journal of Rheumatic Diseases 23:1460-1467 (2020).

L. Xipeng et al., Effects of Diabetes On Hearing And Cochlear Structures, Journal of Otology 8(2):82-87 (2013).

C. Yang et al., The Implication of Vitamin D and Autoimmunity: a Comprehensive Review, Clinical Reviews in Allergy & Immunology 45(2):217-226 (2013).

E. Yuen et al., Hearing loss in patients with systemic lupus erythematosus: A systemic review and meta-analysis, Lupus 30(6):937-45 (2021).

J. Yun et al., Increased risk of thyroid diseases in patients with systemic lupus erythematosus: A nationwide population-based study in Korea, PLoS ONE 12(6):1-10 (2017).