# PX42

00-12

Jennifer Tufts
5
6/23/2022 - MOP

# How Folding the Flanges Back Affects REAT Results of the UltraFit Earplug End of the Combat Arms Plug

E-A-R 00-12/HP

R. W. Kieper, B.S.
E. H. Berger, M.S.

AEARO Company
E·A·RCAL℠ Laboratory
7911 Zionsville Road
Indianapolis, IN 46268-1657
phone: 317-692-1111
fax:    317-692-3116

July 10, 2000

Version 1.2

E·A·RCAL℠ Laboratory is accredited by the National Institute of Standards and Technology, National Voluntary Laboratory Accreditation Program, for the measurement of attenuation of hearing protection devices re ANSI S3.19-1974 and ANSI S12.6-1997. Laboratory Code 100374-0.


Exhibit 5211
Witness J. Hamer
Date 10-7-15  JR


PLAINTIFFS' TRIAL EXHIBIT
P-GEN-00001

3M Highly Confidential Technical        3M00116386

3M Confidential - Attorneys' Eyes Only   3M00021495

Confidential - Subject To Protective Order   3M_MDL000019514

## INTRODUCTION

The Combat Arms earplug was shortened, at the request of the Army, so that it would fit into a carrying case. Because of this, the plug is shorter than any other UltraFit Plug design. The purpose of this report is to document that the current length of the UltraFit Earplug end of the Combat Arms Plug is too short for proper insertion, and how changing the fitting technique affected the results of real-ear tests of this plug.

## DEVICE TESTED

The Combat Arms Plug consists of two UltraFit®-type earplug tips joined together with a hard, plastic stem (part no. 4046-1, see Figure 1). The two plugs were tested independently because they afford different levels of noise reduction. The level-dependent plug (part no. 2039-0) is yellow and has a channel through the plug, into which a filter has been placed. The solid plug end (part no. 2068-0) is green and it was this plug which was evaluated in two separate REAT tests - 213015 and 213017. This plug is the linear-earplug end of the Combat Arms Plug

## TEST PROCEDURE

Both tests followed the S3.19-1974, Experimenter-Fit protocol, so the plugs were tested three times each on subjects from the E-A-RCAL Laboratory test panel. After each fitting by the experimenter, prior to the experimenter leaving the test chamber, a fitting noise was presented and the subject was allowed to adjust the plugs for maximum noise reduction, if s/he deemed it necessary.

For test 213015, the plugs were fit according to the standard plug's fitting instructions, with no modifications. Because the stem of the green, solid end of the plug is so short, it was difficult for the experimenter to insert the plug deeply into some subjects' earcanals, especially those subjects with medium and larger earcanals. Additionally, the geometry of the earcanal opening sometimes prevented the deep plug insertion required for maximum attenuation values. When the solid plug was fitted during the first test (-015), the basal edge of the third flange of the yellow, level-dependent plug sometimes pressed against the subject's earcanal opening and folded up. When the inward pressure on the plug was released, the yellow plug's flanges tended to return to their original shape and this sometimes loosened the plug, often imperceptibly to the subject.

For test 213017, the yellow flanges of the level-dependent end of the plug were folded back prior to the green, solid plug being inserted into the subjects' ears. The folded-back flanges and the hard plastic stem provided a long, stiff quasi-stem for the experimenter to grasp and allowed for a deeper and more-consistent fit of the solid plugs for test 213017. When folded back in that way, the yellow flanges neither touched the subjects' conchae nor compromised the fit of the solid earplugs.

## RESULTS

Tables 1 and 2 are the Individual Subject Data from tests 213015 and 213017. Figure 2 is a graph comparing the means and standard deviations obtained in these two tests. The initial test 213015 was stopped after eight subjects because the individual results were variable and the NRR was quite low (11). Ten subjects were tested in test 213017. The means from that test are from 0.6 to 4.5 dB higher at all test frequencies and the SDs are 0.6 to 4.9 dB lower than those of test 213015. The 2-σ NRR obtained from this test is 22 dB.

3M Highly Confidential Technical

3M00116387

3M Confidential - Attorneys' Eyes Only

3M00021496

Confidential - Subject To Protective Order

3M_MDL000019515

Table 1 - INDIVIDUAL SUBJECT DATA

Test ID: 213015  Device: Short-stemmed UltraFit Plug, part of Combat Arms Plug
Date: 1/25/00  Samples: 10  Position: NA  Comfort: 3.1
Comments: Plugs are the green end of the Combat Arms Plug.

| Subj. | Trial | 1/3 Octave-Band Frequency | | | | | | | | | 125 Comf. | Canal Size | NRR* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | | | |
| KJC | 1 | 32 | 30 | 32 | 32 | 32 | 38 | 37 | 39 | 41 | 31 | S/S+ | 22.5 |
| | 2 | 28 | 30 | 32 | 24 | 26 | 39 | 37 | 44 | 44 | 27 | | |
| | 3 | 34 | 31 | 35 | 32 | 31 | 42 | 44 | 50 | 45 | 30 | 3 | |
| MKF | 1 | 30 | 26 | 31 | 25 | 32 | 40 | 36 | 44 | 49 | 31 | XS-/XS- | 24.2 |
| | 2 | 38 | 35 | 40 | 34 | 34 | 44 | 46 | 50 | 51 | 37 | | |
| | 3 | 35 | 34 | 37 | 31 | 32 | 41 | 44 | 51 | 49 | 34 | 1 | |
| GWG | 1 | 17 | 23 | 26 | 22 | 31 | 38 | 39 | 49 | 49 | 19 | M/M+ | 16.9 |
| | 2 | 40 | 40 | 41 | 39 | 36 | 38 | 46 | 49 | 50 | 37 | | |
| | 3 | 39 | 39 | 38 | 40 | 34 | 42 | 44 | 50 | 47 | 37 | 3 | |
| BAK | 1 | 27 | 22 | 19 | 20 | 25 | 35 | 40 | 46 | 45 | 29 | XL/XL | 7.8 |
| | 2 | 49 | 48 | 53 | 43 | 41 | 53 | 49 | 55 | 45 | 45 | | |
| | 3 | 41 | 37 | 37 | 28 | 33 | 46 | 46 | 51 | 47 | 37 | 2 | |
| RTM | 1 | 19 | 25 | 21 | 24 | 30 | 32 | 31 | 37 | 35 | 19 | L/M+ | 20.1 |
| | 2 | 33 | 27 | 29 | 28 | 34 | 38 | 40 | 39 | 45 | 28 | | |
| | 3 | 23 | 21 | 22 | 26 | 32 | 33 | 33 | 33 | 38 | 26 | 2 | |
| TLS | 1 | 44 | 43 | 40 | 34 | 37 | 39 | 39 | 48 | 39 | 40 | M+/M | 28.3 |
| | 2 | 33 | 36 | 35 | 28 | 36 | 42 | 42 | 45 | 39 | 35 | | |
| | 3 | 41 | 39 | 42 | 35 | 36 | 47 | 43 | 48 | 44 | 38 | 2 | |
| TRS | 1 | 7 | 2 | -4 | 0 | 12 | 13 | 8 | 5 | 6 | 0 | S/S | -12.5 |
| | 2 | 28 | 21 | 25 | 26 | 23 | 18 | 14 | 34 | 36 | 26 | | |
| | 3 | 25 | 22 | 24 | 22 | 20 | 27 | 29 | 41 | 38 | 26 | 2 | |
| JMW | 1 | 31 | 31 | 32 | 31 | 31 | 38 | 38 | 46 | 42 | 30 | M/M+ | 9.1 |
| | 2 | 17 | 18 | 14 | 16 | 24 | 24 | 22 | 28 | 26 | 13 | | |
| | 3 | 21 | 24 | 25 | 21 | 32 | 33 | 34 | 36 | 39 | 26 | 10 | |
| Mean | | 30.5 | 29.3 | 30.3 | 27.5 | 30.6 | 36.7 | 36.7 | 42.4 | 41.2 | 29.2 | 3.1 | | 14.5 |
| sd(24) | | 9.9 | 9.8 | 11.4 | 8.9 | 6.3 | 9.0 | 10.1 | 10.5 | 9.5 | 9.6 | --- | | --- |
| sd(8) | | 7.2 | 7.8 | 8.4 | 5.8 | 5.5 | 8.2 | 9.2 | 8.4 | 7.5 | | 2.9 | | 13.1 |
| Q-Value | | 26.8 | 18.3 | 10.6 | 9.8 | 16.9 | | 16.6 | | 22.9 | | | | |

NRR  (2sd) = 10.9 (1sd) = 20.3 (0sd) = 29.1    NRR* - Individual 2sd NRR

3M Highly Confidential Technical        3M00116388

3M Confidential - Attorneys' Eyes Only        3M00021497

Confidential - Subject To Protective Order        3M_MDL000019516

Table 2 - INDIVIDUAL SUBJECT DATA

Test ID: 213017  Device: Short-stemmed UltraFit Plug, part of Combat Arms Plug
Date: 5/9/00  Samples: 10  Position: NA  Comfort: 3.1
Comments: Plugs are the green end of the Combat Arms Plug. The yellow flanges were folded outward to allow a deeper insertion of the green plug. GWG failed the Extreme Range Test. He was retested. The original NRR was 21.

| Subj. | Trial | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | 125 Comf. | Canal Size | NRR* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KJC | 1 | 32 | 35 | 36 | 34 | 32 | 44 | 46 | 45 | 44 | 33 | S/S+ | 26.6 |
|  | 2 | 32 | 30 | 32 | 27 | 30 | 41 | 44 | 46 | 45 | 28 |  |  |
|  | 3 | 32 | 34 | 39 | 33 | 32 | 45 | 48 | 46 | 44 | 32 | 4 |  |
| GWG | 1 | 41 | 41 | 40 | 36 | 37 | 39 | 46 | 48 | 46 | 35 | M/M+ | 32.1 |
|  | 2 | 41 | 42 | 41 | 37 | 38 | 41 | 47 | 49 | 48 | 37 |  |  |
|  | 3 | 35 | 37 | 37 | 37 | 33 | 35 | 42 | 50 | 49 | 31 | 2 |  |
| JTH | 1 | 30 | 30 | 33 | 35 | 34 | 37 | 38 | 50 | 52 | 35 | XS/XS | 21.9 |
|  | 2 | 31 | 27 | 27 | 26 | 30 | 28 | 29 | 35 | 39 | 29 |  |  |
|  | 3 | 35 | 29 | 30 | 28 | 32 | 35 | 41 | 49 | 49 | 35 | 8 |  |
| BAK | 1 | 36 | 35 | 35 | 27 | 39 | 32 | 34 | 46 | 40 | 33 | XL/XL | 24.6 |
|  | 2 | 41 | 36 | 36 | 38 | 39 | 30 | 34 | 45 | 42 | 36 |  |  |
|  | 3 | 40 | 33 | 33 | 34 | 38 | 29 | 27 | 49 | 45 | 33 | 2 |  |
| RTM | 1 | 30 | 37 | 34 | 29 | 40 | 48 | 40 | 39 | 40 | 32 | L/M+ | 17.8 |
|  | 2 | 24 | 25 | 25 | 27 | 31 | 36! | 33 | 32 | 31 | 21 |  |  |
|  | 3 | 22 | 20 | 25 | 27 | 29 | 30 | 27 | 27 | 34 | 24 | 3 |  |
| DLP | 1 | 40 | 38 | 41 | 42 | 40 | 32 | 33 | 51 | 50 | 42 | L+/L+ | 30.2 |
|  | 2 | 35 | 36 | 39 | 39 | 36 | 38 | 39 | 56 | 54 | 38 |  |  |
|  | 3 | 41 | 39 | 42 | 39 | 45 | 33 | 39 | 46 | 53 | 42 | 2 |  |
| EAS | 1 | 25 | 25 | 26 | 30 | 38 | 41 | 36 | 42 | 35 | 24 | M/M+ | 25.0 |
|  | 2 | 33 | 36 | 35 | 33 | 35 | 37 | 39 | 40 | 44 | 34 |  |  |
|  | 3 | 31 | 27 | 30 | 33 | 32 | 40 | 39 | 39 | 42 | 31 | 3 |  |
| TLS | 1 | 35 | 32 | 36 | 38 | 33 | 44 | 46 | 45 | 40 | 39 | M+/M | 19.6 |
|  | 2 | 32 | 25 | 24 | 23 | 33 | 36 | 40 | 45 | 40 | 25 |  |  |
|  | 3 | 34 | 35 | 34 | 33 | 34 | 41 | 40 | 48 | 43 | 34 | 2 |  |
| KKS | 1 | 25 | 20 | 21 | 22 | 30 | 36 | 37 | 35 | 34 | 26 | M/M+ | 20.0 |
|  | 2 | 23 | 23 | 19 | 22 | 30 | 30 | 31 | 35 | 31 | 23 |  |  |
|  | 3 | 20 | 23 | 24 | 26 | 31 | 35 | 36 | 33 | 32 | 18 | 1 |  |
| DLW | 1 | 36 | 36 | 41 | 33 | 35 | 43 | 42 | 46 | 52 | 41 | S/XS+ | 26.0 |
|  | 2 | 34 | 32 | 40 | 37 | 29 | 43 | 48 | 51 | 54 | 35 |  |  |
|  | 3 | 35 | 36 | 36 | 36 | 41 | 41 | 47 | 45 | 48 | 37 | 4 |  |
| Mean |  | 32.7 | 31.8 | 33.0 | 32.0 | 34.5 | 37.3 | 38.9 | 43.8 | 43.3 | 32.1 | 3.1 |  | 24.4 |
| sd(30) |  | 5.9 | 6.1 | 6.5 | 5.5 | 4.1 | 5.3 | 6.1 | 6.7 | 6.9 | 6.2 | — |  | — |
| sd(10) |  | 5.6 | 5.3 | 6.0 | 4.7 | 3.2 | 4.3 | 5.3 | 6.1 | 6.5 |  | 2.0 |  | 4.6 |
| Q-Value |  | 36.9 | 28.1 | 23.2 | 21.0 | 25.0 |  | 25.7 |  | 31.0 |  |  |  |  |

NRR  (2sd) ≈  21.7 (1sd) =  27.3 (0sd) =  32.8  NRR* - Individual 2sd NRR

3M Highly Confidential Technical  3M00116389

3M Confidential - Attorneys' Eyes Only  3M00021498

Confidential - Subject To Protective Order  3M_MDL000019517



P-GEN-00001.5

P0389.5

Figure 1 – Combat Arms Ear Plug Assembly, Drawing 2041-3

| DET | QTY | PART NUMBER | DESCRIPTION |
|---|---|---|---|
| A | 1 | 2039-0 | NONLINEAR EAR PLUG |
| B | 1 | 2068-0 | ULTRAFLEX EAR PLUG |
| C | 1 | 4046-1 | NONLINEAR ULTRAFIT STEM, BARBED & REVERSIBLE |
| D | 1 | 4047-A | FILTER FOR NONLINEAR PLUG - 2 HALVES ASSEMBLED |

DIMENSIONS ARE NOMINAL AND IN INCHES AND [MILLIMETERS]

| REV | DATE | DESCRIPTION | BY | APRV |
|---|---|---|---|---|
| 3 | 5-27-99 | DET D WAS 4047-0 | MLD | RNF |
| 2 | 4-27-99 | DET B WAS 2032-B, OAL WAS 1.588 | MLD | RNF |
| 1 | 1-6-99 | TITLE CHANGED, NOMINAL NOTE ADDED | MLD | RNF |

REVISIONS

Aearo — AEARO COMPANY, 7911 ZIONSVILLE ROAD, INDIANAPOLIS, IN 46268

| SIGNATURES | | DATE |
|---|---|---|
| DRAWN BY: | M. DOTY | 3-23-98 |
| CHECKED BY: | R. FALCO | 3-24-98 |
| PROJECT ENGINEER: | R. FALCO | 3-24-98 |
| OPERATIONS: | | |

TITLE: COMBAT ARMS EAR PLUG ASSEMBLY

REF NO. | SCALE: 4X | SHT. 1 OF 1

POSITIVELY– NO CHANGES MAY BE MADE TO MATERIALS OR DIMENSIONS WITHOUT WRITTEN APPROVAL

DRAWING NO. 2041–3

C:\CAD\DWG\2PLUGS\2041-3 Fri Dec 17 15:14:21 1999 AutoCAD 13 Win NT - Aearo Company

Figure 2 - Two Experimenter-Fit tests of the green, solid end of the Combat Arms Plug

3M Highly Confidential Technical    3M00116391

3M Confidential - Attorneys' Eyes Only    3M00021500

Confidential - Subject To Protective Order    3M_MDL000019519