# PX43



| Test ID # | 215512 | Label Test ☐ | Full Data ☐ |
|---|---|---|---|
| Device | UltraFit end of CAE, V2 Closed | | |
| Device Type | Premolded Earplugs | | |
| Manufacturer | E-A-R/Aearo Corp. | | |
| Date | 6/30/2005 | | |
| Lab # | 118 | Lab Name | E-A-RCAL |
| Test Type | ANSI S3.19-1974 w/ exception | | |
| Fitting Procedure | EPA/Experimenter Fit | | |
| Subjects | 5 | Samples | 1 |
| Position | NA | Band Force (N) | NA |
| Comfort | | | |
| Temp (°F) | | Relative Humidity | |
| Experimenter | RWK | Signed off | EHB |

Comments Printed on the Report Cover Sheet: See report 215511 for related test on the same subjects. With TGN's data included, the NRR is 16.

Non printed Comments

Ratings Notes

| Ratings | 2-sd | 1-sd | 0-sd |
|---|---|---|---|
| NRR | 20.8 | 25.9 | 30.7 |
| NRR(SF) | | 24.4 | |
| SNR | 26.3 | 29.5 | 34.2 |
| SLC(80) | | 28.3 | |
| HML - L | | 25 | |
| HML - M | | 26 | |
| HML - H | | 29 | |
| AS/NZ Grade | | 5 | |
| CSA Class | | | BL |
| | 80% | 20% | |
| NRS(A) | | | |

| Frequency Hz | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 |
|---|---|---|---|---|---|---|---|
| Mean dB | 30.2 | 28.4 | 31.3 | 29.7 | 32.5 | 37.1 | 42.9 |
| Std. Dev. dB | 3.2 | 4.3 | 6.6 | 4.0 | 3.9 | 6.7 | 2.9 |
| Q Value dB | 40.0 | 28.4 | 21.4 | 21.6 | 23.4 | 22.7 | 38.3 |



EXHIBIT
Billheimer-5
RL 6/14/2022

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00018426

3M_MDL000016445