# PX49

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| | ) | Case No. 3:19-md-2885 |
| IN RE: 3M COMBAT ARMS | ) | |
| EARPLUG PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | |
| | ) | Judge M. Casey Rodgers |
| | ) | Magistrate Judge Gary R. Jones |
| This Document Relates to All Wave 1 Cases | ) | |
| | ) | |

# **<u>Expert Report of Richard Neitzel</u>**

**TABLE OF CONTENTS**

I.    INTRODUCTION AND SCOPE OF REPORT ...................................................1

    A.    Introduction: The importance of hearing conservation ..................................... 1
    B.    Scope of report ................................................................................................. 1

II.    SUMMARY OF OPINIONS ...........................................................................1

    A.    Opinion 1: Properly designed and implemented Hearing Conservation
           Programs should reduce noise exposure and mitigate the risk of
           hearing loss and tinnitus.................................................................................. 2
    B.    Opinion 2: Attenuation of the CAEv2............................................................. 2
    C.    Opinion 3:  Numerous ototoxic substances can influence the risk of hearing
           loss................................................................................................................... 2

III.    BACKGROUND AND QUALIFICATIONS ..................................................2

    A.    Education.......................................................................................................... 2
    B.    Professional experience ................................................................................... 3
    C.    Relevant research and publications .................................................................. 3
    D.    Awards and recognition ................................................................................. 10

IV.    PREVENTING NOISE-INDUCED HEARING LOSS ..........................10

    A.    Noise exposure in the workplace – a perennial industrial hygiene challenge 10
    B.    Hierarchy of controls .................................................................................... 11
    C.    Hearing protectors.......................................................................................... 12

V.    HEARING    CONSERVATION    PROGRAM    PRINCIPLES    AND
    EFFECTIVENESS OF HEARING PROTECTION DEVICES ...........................14

    A.    Hearing conservation program elements ....................................................... 14
    B.    Importance of hearing protector training/fitting ........................................... 17
    C.    Importance of consistent hearing protector use ............................................ 17
    D.    Perception and confirmation of hearing protector fit.................................... 18
    E.    Hearing protector attenuation evaluation ...................................................... 21

VI.    REVIEW OF INDEPENDENT REAT TESTS ON THE CAEV2 ....................24

    A.    Air Force Research Laboratory (AFRL)........................................................ 25
    B.    Laboratory of Dr. Sharon Abel ..................................................................... 26
    C.    US Army Aeromedical Research Laboratory (USAARL)............................. 27
    D.    Michael and Associates Laboratory .............................................................. 28
    E.    Overall conclusions on independent REAT testing of the CAEv2............... 28

VII.    REVIEW OF INDEPENDENT IMPULSE TESTS ON THE CAEV2 .................28

    A.    Johnson Blast Study ...................................................................................... 28
    B.    Military and Government Impulse Testing on the CAEv2............................. 29
    C.    ISL Impulse Testing ...................................................................................... 32
    D.    Other Impulse Testing.................................................................................... 34
    E.    Overall Conclusions on Impulse Testing on the CAEv2 ............................... 34
    F.    Overall Conclusions on Independent Testing of the CAEv2........................ 35

VIII.    OTOTOXICITY .........................................................................................35

A.      Brief introduction to ototoxicity ............................................................ 35

B.      Mechanisms of ototoxic damage ............................................................ 35

C.      Types of ototoxic damage ............................................................ 36

D.      Ototoxic substances ............................................................ 37

E.      Combined exposures to ototoxic substances (i.e., mixtures) ........................... 42

**IX.    CONCLUSIONS ............................................................ 43**

## I.      INTRODUCTION AND SCOPE OF REPORT

### A.      Introduction: The importance of hearing conservation

I have dedicated much of my professional career to the study and prevention of exposure to noise – the predominant environmental cause of hearing loss – and its associated outcomes. Noise exposure is among the most common occupational exposures in the US (Kerns et al., 2018; Tak et al., 2009a). Nonoccupational noise exposures – i.e., those occurring outside of the workplace – can also present substantial hazards to hearing health. For this reason, hearing conservation programs designed to reduce noise exposures and protect workers' hearing have been required in many US workplaces since the early 1980s, and for an even longer period in the US Army (Kerr et al., 2017). These programs rely on a combination of noise exposure measurement, implementation of noise controls, worker training, audiometric surveillance, and use of hearing protection devices in workplaces to reduce exposures to or below allowable limits (ACGIH, 2020; Stewart, 2000). Despite these programs, noise-induced hearing loss (NIHL) remains one of the most common occupational diseases or injuries among workers (Fingerhut et al., 2006; Nelson et al., 2005; Sataloff & Sataloff, 1996)) and is also a common disability among US veterans (US Government Accountability Office, 2011). Tinnitus (ringing, whistling, buzzing, or roaring in the ears in the absence of external sound) is relatively common among individuals who experience NIHL.

### B.      Scope of report

I was retained to provide opinions related to the structure and implementation of hearing conservation programs, evaluate the attenuation of the Combat Arms Earplug version 2, or CAEv2, based on available test records, and identify and explain ototoxic agents that can contribute to hearing loss and tinnitus.

To conduct this evaluation, I was given access to external and internal testing records for attenuation tests conducted on the CAEv2. I also relied on a variety of peer-reviewed, published literature. For a complete list of the materials on which I considered in forming my opinions, please see my list of materials considered, attached hereto as Exhibit C. In conducting this evaluation, I was compensated for my time at a rate of $300/hour; my rate for testifying is $450/hour. I have previously provided trial testimony in the MDL as part of the Wilkerson case (7:20-CV-35), and have been deposed for the Blum (7:20-cv-00122), Sloan (7:20-cv-00001), and Wayman (7:20-cv-00149) cases.  I have also been deposed for the 3M Minnesota Graves case (27-CV-19-19916). A list of prior deposition and trial testimony is attached hereto as Exhibit D.

## II.      SUMMARY OF OPINIONS

Based on my education, experience, and review of the available documents and materials, and as described further in this report, I have developed the opinions below:

A.   **Opinion 1: Properly designed and implemented Hearing Conservation Programs should reduce noise exposure and mitigate the risk of hearing loss and tinnitus**

Noise exposure is highly prevalent in certain types of civilian workplaces and can be high enough to present a substantial occupational hazard.  Exposure controls must be implemented to reduce or eliminate these risks.  There are multiple strategies that can be employed to reduce occupational exposure to hazardous noise and in many situations, the Occupational Safety and Health Adminstration (OSHA) requires hearing conservation programs to be in place.

B.   **Opinion 2: Attenuation of the CAEv2**

The ANSI/ASA S12.6 Method A and ANSI/ASA S3.19 tests performed on the CAEv2 by a number of independent laboratories indicate that the green end of the CAEv2 attenuates noise as expected for a well-fitting pre-molded earplug.  Furthermore, these tests indicate that the yellow end attenuates little noise at threshold levels, as intended.  The complete body of independent Real Ear at Threshold testing available supports my conclusion.  Similarly, based on the collective evidence from the impulse testing conducted on the CAEv2 by a number of independent laboratories, the yellow end of the CAEv2 works as designed. Its filter provides nonlinear protection starting at 110 dB up to – and even beyond – 190 dB.  Additionally, the green end of the CAEv2 provides the level of linear protection against impulse noise that is expected for a solid, pre-molded triple-flanged product.

C.   **Opinion 3:  Numerous ototoxic substances can influence the risk of hearing loss**

Exposures to ototoxic substances, including a large number of pharmaceutical agents and chemicals commonly used in military and occupational settings, represent a serious but underappreciated risk to hearing health.  Some ototoxic substances can cause hearing loss even in the absence of noise, while other substances can cause potentiation or result in synergistic effects on hearing when exposures occur concurrently with elevated noise exposure.  The US Army recognizes this risk in a publication from the US Army Public Health Command titled "Occupational Ototoxins (Ear Poisons) and Hearing Loss." (USAPHC, n.d.), and there is a large body of scientific evidence confirming the impacts of ototoxic exposures on hearing in both animals and humans.  Of particular concern are exposures to mixtures of potentially ototoxic substances, which have occurred around burn pits operated by the US military in Southwest Asia (Medicine, 2011a).

## III.   BACKGROUND AND QUALIFICATIONS

A.   **Education**

In 1998 I earned an M.S. degree in Environmental Health Sciences/Industrial Hygiene from the University of Washington (UW). My thesis for that degree involved a novel evaluation of personal noise

exposures in the construction industry. In 2004, I enrolled in the Environmental and Occupational Hygiene PhD program at UW while continuing to work full-time as a Research Scientist. My doctoral dissertation focused on development of methods to improve our ability to characterize occupational noise exposures. I was awarded a PhD in 2009.

### B.   Professional experience

After I was awarded an MS degree in 1998, I worked at UW on a variety of noise- and hearing loss-related research studies as a Research Industrial Hygienist (1998-2000) and then as a Research Scientist (2000-2011).  As part of my work as a Research Industrial Hygienist and Research Scientist, I had the opportunity to provide no-cost occupational health and safety consulting and support to companies in a variety of industries (e.g., shipyards, manufacturing, sawmills, logging, construction, etc.) in Washington State through the University of Washington Field Research and Consultation Group (UW FRCG).  In 2003, I became a Certified Industrial Hygienist (CIH), and I have maintained this certification since that time.  Upon completed of my doctorate in 2009, I continued to work as a Research Scientist until 2011, at which time I accepted a position as an Assistant Professor in the University of Michigan (UM) Department of Environmental Health Sciences and the UM Risk Science Center. In 2016, I was promoted to Associate Professor of Environmental Health Sciences with tenure at UM, and in 2018 I was named an Associate Professor of Global Public Health. My research, teaching, and service efforts within the UM community have also been rewarded with recognition and increasing responsibility. I served as Associate Chair of the Department of Environmental Health Sciences from 2016-2020, and as Director of the Pilot Project Research Training program of the UM Center for Occupational Health and Safety Engineering from 2013-2020. In 2018, I was named a UM Interprofessional Leadership Fellow. Since 2020, I have been the Associate Director of the UM Office of Global Public Health and Associate Director of the Center for Occupational Health and Safety Engineering. In 2021 I was promoted to Full Professor with tenure of Environmental Health Sciences and Global Public Health.

### C.   Relevant research and publications

#### 1.   *Research on noise exposures*

I have been studying exposures to occupational and community noise, the health impacts associated with these exposures, and hearing conservation efforts intended to prevent hearing-related health impacts, for more than 20 years through my positions at UW and UM. Attached as Exhibit B is my CV, which details my experience with the evaluation of noise exposures and occupational hearing conservation efforts. Through my work I have documented – in more than 90 peer-reviewed publications, as well as research reports – potentially harmful exposures to noise.  My research has contributed to the scientific understanding of noise

and hearing conservation (also commonly referred to as hearing loss prevention) in a wide variety of ways. Specifically, I have explored quantitative and qualitative approaches to noise exposure assessment, including use of novel metrics for objectively classifying and considering noise exposures, application of task- and tool-based approaches for assessing highly variable exposures, collection and analysis of in-ear noise dosimetry; use of smart devices for noise measurement; mapping of community noise levels; and assessment of the accuracy of workers' perceptions of noise intensity.

Over the course of my career I have done research in a number of industries, including construction, manufacturing, agriculture, forestry, commercial fishing, metal and electronic waste recycling, firefighting, mining, shipyards, and dentistry. I have had a special emphasis on five specific industries: construction, manufacturing, metal and electronic waste recycling, mining, and shipyards.

**Construction** From 1998-2010 I worked on a series of studies funded by the US National Institute for Occupational Safety and Health (NIOSH) that focused on noise exposures, hearing loss risk, hearing protection use, biomarkers of exposure and heath, and safety in the construction industry. Through these studies I collected data from workers at dozens of construction sites and contractors in Washington state. The results of my work are documented in 22 peer-reviewed publications.

**Manufacturing** Between 2004 and 2019 I worked on several studies funded by NIOSH and Custom Protect Ear, Inc that evaluated noise exposures, hearing protection use, hearing loss risk, exposures to air contaminants and shiftwork, and cardiovascular and lung disease. As part of these studies I collected data from workers at dozens of facilities in more than a dozen US states and in Sweden. The results of this research are documented in 18 peer-reviewed publications

**Metal and electronic waste recycling** Since 2010 I have worked on a number of studies funded by the State of Washington, NIOSH, and the University of Michigan that focused on noise exposures, hearing loss, and health and safety risks in metal and electronic waste recycling. These studies evaluated workers approximately 15 sites in the US, Thailand, Chile, and Ghana. The results of this research are documented in 14 peer-reviewed publications.

**Mining** Since 2017 I have evaluated noise exposures, hearing loss, and injury risks among mining workers in the US through studies funded by NIOSH and the Alpha Foundation for the Improvement of Mine Safety and Health. These studies evaluated workers at approximately 20 mining sites in the US, Ghana, and Thailand, and have been documented in 5 peer-reviewed publications.

**Shipyards** I worked on a study titled "Control of welding fume exposures in shipbuilding confined spaces" that was funded by NIOSH from 2009-2013. As part of this study I engaged in data collection at a variety of commercial and naval shipyards in the Puget Sound region of Washington

4

state.  Additionally, I was part of a consulting team that provided an occupational health and safety assessment at two large commercial shipyards in the US in 2014, and also provided consulting services to a number of shipyards during my time at the UW FRCG between 1998 and 2009.

2.     *Research on hearing conservation*

In addition to the noise exposure assessment activities, my research has also addressed a range of topics related to hearing conservation. These include: field-based evaluations of real-world hearing protection use and attenuation (described in detail in section III.C.3 below); quantitative and qualitative evaluations of the effectiveness of hearing conservation programs and hearing conservation training; development and evaluation of a multi-modal hearing conservation intervention for the construction industry; evaluation of survey tools used in conjunction with audiometric testing; and a historical review of hearing conservation efforts in the US. Additionally, my research has assessed health outcomes associated with noise exposure. These outcomes include perceived and measured NIHL associated with highly variable and steady-state noise exposures, as well as non-auditory impacts such as hypertension, stroke, heart rate, stress, and occupational injuries.

3.     *Research on hearing protection*

I have conducted testing of real-world hearing protector attenuation on workers in several different occupational settings, including construction, manufacturing, and mining workers.  Specifically, I have made measurements of hearing protector attenuation on 44 construction workers using seven different types of foam and premolded earplugs at six different construction sites (Neitzel & Seixas, 2005a).  These measurements were made using a test system that measured Real-Ear at Threshold (REAT) attenuation, described in greater detail in section V.E of this report, and were used to estimate expected protected exposure levels among construction workers in different trades.  I have measured hearing protector attenuation repeatedly among 20 manufacturing workers at a single corrugated packaging facility (Neitzel et al., 2006a).  These measurements were made using test systems that measured attenuation using REAT methods, as well as a novel Microphone-in-Real-Ear (MIRE) system –described in detail in section V.E. – and were used to estimate variability in attenuation across foam, premolded, and custom-molded earplugs.  These measurements were made under a contract from a hearing protector manufacturer, Custom Protect Ear, Inc. I have measured hearing protector attenuation repeatedly among 91 workers at an aluminum manufacturing facility using REAT methods (S. K. Sayler, Rabinowitz, et al., 2019). These workers used a foam, premolded, and custom-molded earplugs.  The evaluation of these aluminum manufacturing workers I was a substudy of a prospective cohort study that evaluated noise exposures using a novel noise dosimeter called the QuietDose that measured protected exposure levels (i.e., exposures underneath workers' earplugs).  As part of this cohort study I also evaluated the utility of the novel QuietDose device (P. Rabinowitz et al., 2021), and also explored

the association between measured protected exposure levels and hearing loss risk (P. M. Rabinowitz et al., 2013). In my work on the ongoing Apple Hearing Study ([https://sph.umich.edu/applehearingstudy/](https://sph.umich.edu/applehearingstudy/)) I am conducting a first-of-its kind evaluation of in-ear noise exposures from a variety of listening devices under a contract from Apple, Inc. Finally, I have measured hearing protector attenuation among 200 mining workers at 11 different mining sites (Ullman et al., 2021). These measurements were made on foam and premolded earplugs, as well as earmuffs, using REAT and MIRE methods.

In addition to the above studies that assessed hearing protector evaluation, I have done additional research on other aspects of hearing protection use in a range of industries, including construction, manufacturing, mining, electronic waste recycling, sawmills, paper mills, firefighters, commercial fishing, metal recycling, and others.

4.  *Research on ototoxicity*

I have conducted a number of studies on ototoxic substances, and assessed potential ototoxicity associated with metals *in vivo*, in newborns, and in occupational settings in the US and in Ghana. One of these studies, funded by the National Institute of Deafness and Communication Disorders, was an experimental study, conducted using an animal model (CBA/J rats), that evaluated potential impacts of lead and cadmium, administered with and without noise exposure, on hearing and balance (Carlson et al., 2018; Klimpel et al., 2017). Another, funded by the Gerber Foundation, assessed the risk of hearing loss among newborns associated with in utero exposures to heavy metals and metalloids (Basu et al., 2017). A third line of investigation has focused on ototoxic exposures among informal electronic waste recycling workers, who are exposed to a range of metals and other chemicals, as well as noise (Carlson et al., 2021). Collectively, these studies demonstrate my expertise in the evaluation of the impacts of ototoxic substances on hearing and balance.

5.  *Experience interpreting and applying technical standards and regulations*

In the conduct of my research, I have repeatedly had the need to evaluate and interpret requirements in a range of technical standards and regulations put forth by agencies such as the US Occupational Safety and Health Administration (OSHA), the US Mine Safety and Health Administration (MSHA), the US National Institute for Occupational Safety and Health (NIOSH), the American Conference of Governmental Industrial Hygienists (ACGIH), American National Standards Institute (ANSI), Acoustical Society of America (ASA), International Standards Organization (ISO), and the US Environmental Protection Agency (EPA). As an example, I have applied existing, widely accepted statistical models from ANSI and ASA (ANSI/ASA S3.44) and the ISO (ISO 1999) to estimate the risk of noise-induced hearing loss associated with occupational and nonoccupational noise exposures. I have also routinely interpreted and used OSHA, MSHA, NIOSH, ACGIH, ANSI, and ISO standards and regulations to evaluate compliance with hearing conservation program

requirements and associated hearing loss prevention impacts and implications. Through my previous work with Custom Protect Ear, Inc., to measure hearing protector attenuation among corrugated packaging plant workers using both MIRE and REAT test methods, I gained experience in collecting and interpreting attenuation data in terms of both assessing real-world effectiveness and computing Noise Reduction Rating values as required by the US EPA. I have also done extensive statistical analyses on real-world attenuation data in my research on hearing protector performance in various industries.

6. *Epidemiological experience*

In conducting my exposure science research, I have employed a range of different study designs and focused on a number of different populations to evaluate noise exposures and associated health impacts. Studies that I have completed or which are ongoing include: two prospective epidemiological cohort studies of occupational hearing loss in the construction and manufacturing industries in the US; one retrospective cohort study of hearing loss and cardiovascular disease in the forestry industry in Sweden; one prospective population-based cohort study of noise-induced hearing loss in the US; one cross-sectional analysis of hearing conservation program effectiveness; two intervention trials in the construction and manufacturing industries in the US, and one in the electronic waste recycling industry in Thailand; four experimental studies of smart device noise measurement accuracy in the US; many cross-sectional epidemiological studies of occupational and nonoccupational noise exposures in the US, Sweden, Thailand, Chile, and Ghana; one cross-sectional study of ototoxic exposures and hearing loss *in utero* in the US; several cross-sectional studies of ototoxic chemicals and noise outside the US; and one *in vivo* experimental study of the impacts of metals on cochlear and vestibular function in mice in the US. Collectively, my research efforts have enhanced our understanding of exposures to noise in workplaces and communities around the world, have documented health impacts of noise that extend beyond noise-induced hearing loss to include cardiovascular effects and occupational injuries, and have created new approaches to measuring, analyzing, and characterizing exposures to noise.

7. *Research funding*

Funding for my research has come from a variety of sources. My work on occupational noise has been funded by grants from federal and state government agencies, including the US National Institute for Occupational Safety and Health and the Washington State Department of Labor and Industries, as well as foundations, including the Alpha Foundation for the Improvement of Mine Safety and Health, the Center to Protect Workers Rights, and the Swedish agency AFA-Försäkring. My work on nonoccupational noise has been funded by federal government agencies including the US Centers for Disease Control and Prevention (CDC) and the National Institute of Environmental Health Sciences and through industry partnerships with Apple Inc. and Custom Protect Ear, Inc. Finally, I have conducted research on exposures to ototoxic chemicals which was funded by a federal government agency (the National Institute on Deafness and

7

Communication Disorders), a foundation (the Gerber Foundation), and a state consortium (the Michigan University Research Corridor). Additionally, I have provided professional consultation to the Centers for Disease Control and Prevention, the World Health Organization, and the New York City Department of Health and Mental Hygiene. Other than in *3M Combat Arms Earplug Products Liability Litigation* (3:19-md-02885) and the associated 3M Minnesota litigation, I have never before served as an expert consultant or expert witness.

8.      *Research Publications*

I have authored or co-authored 130 peer-reviewed manuscripts and three book chapters and coedited the 6th edition of the American Industrial Hygiene Association "Noise Manual," published in 2022 and widely considered to be a leading text on issues related to occupational noise exposure. The Noise Manual provides a comprehensive overview of concepts related to the prevention of occupational noise-induced hearing loss, and addresses issues such as the use and effectiveness of hearing protectors, the design and evaluation of hearing conservation programs, US laws and regulations related to hearing protection, and exposures to impulse and impact noises, such as those found in the military.  My publications are highlighted in the "Peer-reviewed publications" section of my CV (Exhibit B). My work has been published in higher-impact journals (e.g., *Environmental Research, Environmental Research Letters, Waste Management, Occupational and Environmental Medicine, Environmental Science and Technology,* and *Science of the Total Environment*) and has received sustained media attention. I have often published in occupational health-focused journals that are most appropriate for my work; while these journals typically have lower impact factors, I am highly cited within them, and believe the audience of these journals is the one most likely to read and act on my findings. As evidence of my impact on the published literature, my Scopus h-index (indicating $h$ papers that have been cited $h$ times) is 33, my Google i10 index (the number of my papers that have been cited at least 10 times) is 91, and I have been cited more than 4,700 times.

9.      *Professional service*

Over the course of my career I have established a national and international reputation as a leading independent authority on noise and hearing conservation.  I have served as President of the National Hearing Conservation Association and am a long-standing member of the Noise Committee of the American Industrial Hygiene Association. In 2019, I was elected Chair of the Threshold Limit Values-Physical Agents Committee of the American Conference of Governmental Industrial Hygienists (ACGIH). ACGIH is one of the oldest and most influential occupational health standards-setting bodies in the world; standards developed by the organization are routinely adopted as enforceable exposure limits in countries around the world. As Chair of the Physical Agents Committee, I oversee the development and revision of exposure standards for a range of physical agents, and also considers co-exposures to ototoxic substances.  Since 2017 I have served as

8

a consultant to the ongoing "Make Listening Safe" Initiative of the World Health Organization (WHO), and have recommended two music-related exposure limits to WHO, which may be formally adopted by the agency as part of this hearing conservation initiative focused on preventing music-induced hearing loss. I was a member of the working group that created American National Standards Institute/American Society of Safety Engineers standard A10.46, "Hearing Loss Prevention for Construction and Demolition Workers," which was readopted in 2020. In 2019, I also served as a Scientific Advisor to the Facilities Guidelines Institute Acoustics Committee as the committee worked to develop the FGI 2022 guidelines related to noise in healthcare facilities. I am an expert panel member of the NIOSH/NHCA "Safe-in-Sound" Awards program (safeinsound.us/), which recognizes companies that have adopted best practices in hearing loss prevention, and a founding member of Quiet Communities (quietcommunities.org/), a group focused on reducing community noise in the US.

I have reviewed intramural research proposals for NIOSH, as well as extramural proposals for several organizations and universities. I am, or have been, a member of a number of other professional societies, including the Acoustical Society of America, the American Conference of Governmental Industrial Hygienists, the British Occupational Hygiene Society, the International Society of Environmental Epidemiology, the International Society of Exposure Science, the Midwest Injury Prevention Alliance, the Pacific Northwest Section of the American Industrial Hygiene Association, and the Michigan Industrial Hygiene Society. I serve as an associate editor for the Journal of Exposure Science and Environmental Epidemiology, am a member of the International Advisory Board for the journal *Annals of Work Exposures and Health*, and have served as a reviewer for: *Acoustics Australia, American Industrial Hygiene Association Journal, American Journal of Industrial Medicine, Annals of Work Environment and Health, Applied Acoustics, Applied Occupational and Environmental Hygiene, Automation in Construction, Chemosphere, Construction Technologies and Engineering, Ear and Hearing, Environment International, Environmental Health Insights, Environmental Science and Technology, European Archives of Oto-Rhino-Laryngology and Head & Neck, International Journal of Audiology, International Journal of Occupational and Environmental Health, Journal of Civil Engineering and Construction Technology, Journal of Environmental Planning and Management, Journal of Occupational and Environmental Hygiene, Journal of the Acoustical Society of America, Journal of Urban Health, Occupational and Environmental Medicine,* and *The Extractive Industries and Society*. The peer reviews I have conducted for these journals have allowed me to keep abreast of recent scientific developments, and has also provided an opportunity to critique and strengthen manuscripts describing the research results of others in my professional community.

10.   *Technical presentations*

I have been active in the broader research community since the beginning of my career. I have chaired sessions and given podium presentations at more than 100 meetings and seminars related to noise, hearing

loss, and occupational health. Additionally, I have received numerous national and international meeting invitations.

### D. Awards and recognition

I have received a number of awards, including Outstanding Lecture Awards from the National Hearing Conservation Association and the American Industrial Hygiene Association, and the UM School of Public Health Excellence in Teaching Award, the Project Team Award from the American Industrial Hygiene Association for my team's efforts to promote a more protective standard against noise-induced hearing loss, and the National Institute for Occupational Safety and Health National Occupational Research Agenda Innovative Research Award. In 2015 I was named a Fellow of the American Industrial Hygiene Association. In 2022, I received the Michael Beall Threadgill Award for Outstanding Leadership and Service from the National Hearing Conservation Association.

The various and diverse activities described above have ultimately guided the formulation of my scientific opinions as outlined above. The references cited within my report, including those supporting my opinions, are listed in Exhibit A. A copy of my Curriculum Vitae is attached as Exhibit B.

## IV. PREVENTING NOISE-INDUCED HEARING LOSS

### A. Noise exposure in the workplace – a perennial industrial hygiene challenge

Noise exposure has been recognized as a common occupational hazard for many hundreds of years. Unfortunately, this hazard continues to be highly prevalent in workplaces in both developed and developing nations. While excessive exposures to noise are common in many industries – for example, construction, mining, manufacturing, agriculture, and transportation (S. K. Sayler, Roberts, et al., 2019) – some of the most extreme noise hazards are associated with weaponry. Noise measurements have been routinely collected by US regulatory agencies, including the Occupational Safety and Health Administration (OSHA) and Mine Safety and Health Administration (MSHA), since the 1970s. My research team used data from OSHA, MSHA, and other sources to develop a first-of-its-kind national Job Exposure Matrix (JEM) for noise that includes estimated noise exposures for virtually every industry and job in the US and Canada (Roberts et al., 2017, 2018; S. K. Sayler, Roberts, et al., 2019). The JEM is available via a publicly-accessible web-based tool (http://noisejem.sph.umich.edu) which allows epidemiologists, occupational hygienists, occupational health practitioners and other relevant stakeholders to access these exposure estimates and assess hearing conservation needs in a targeted fashion.

### B.   Hierarchy of controls

There are multiple strategies that can be employed to reduce occupational exposures to noise and other hazards. Industrial hygiene and the broader field of public health employ a guiding framework known as the "hierarchy of controls" (Figure 1) to rank order strategies available to reduce harmful exposures. Briefly, the hierarchy of controls gives higher priority to strategies which are more effective at eliminating and/or reducing exposures in the workplace through physical changes, and lower priority to strategies that rely on behavioral changes.



*Figure 1: Hierarchy of controls (https://www.cdc.gov/niosh/topics/hierarchy/default.html)*

The levels of the hierarchy of controls, from most to least preferred, are:

- Elimination Physical removal of a hazard from the workplace. Only through complete physical elimination of a hazard can health risks from that hazard be completely eliminated. Examples of elimination of hazards from occupational settings include the banning of asbestos-containing materials and lead-based paint.

- Substitution Replacing a more harmful hazard with a less harmful hazard. Examples of substitution include the replacement of more harmful chemicals (e.g., carcinogenic solvents) with less harmful chemicals (e.g., solvents that are not carcinogenic but have other localized or systemic health impacts).

- Use of engineering controls Physical changes to the structures and/or equipment in the workplace designed to reduce contact between workers and hazards. Examples of engineering controls

11

include the use of: enclosures to completely isolate workers from hazards; barriers to reduce workers' contact with hazards; or modifications to processes and equipment to remove hazards before they come into contact with workers (e.g., ventilation and air cleaning equipment).

- Use of administrative controls Changes to work activities and worker behaviors to reduce contact with hazards. Examples of administrative controls include: the introduction of, and enforced adherence to, standard operating procedures; worker training and education; mandatory work/rest cycles to provide exposure-free periods during work shifts; and rotation of exposed jobs (where feasible) among multiple individuals to ensure that no one individual worker receives an unacceptably high exposure.

- Use of personal protective equipment Personal protective equipment (PPE) is any equipment or device worn by a worker to reduce their exposure to a hazard. PPE comes in many forms: for example, safety glasses, respirators, steel-toed boots, reflective clothing, etc. PPE is considered the least preferred strategy in the hierarchy of controls because it relies on individual workers to understand when and where to use the PPE, and how to use the PPE properly and effectively. This transfer of responsibility for exposure reduction to workers is the least sustainable approach to exposure control over the long term; for this reason, PPE is considered to be a temporary measure that should only be used to reduce exposures until more permanent measures from higher on the hierarchy of controls can be implemented.

### C.    Hearing protectors

PPE for noise exposure consists of hearing protection devices, of which five different types are available: preformed earplugs, foam (referred to by the US Military as "handformed") earplugs, banded ear canal caps, custom-molded earplugs, and earmuffs (Figure 2).



*Figure 2: Types of hearing protection devices, from A Guide for the Control of Audible Sound Hazards, (ACGIH, 2020)*

Specific descriptions of each type of hearing protector are listed below:

- Preformed earplugs are earplugs that seal the ear canal but do not mold to the shape of the ear. The CAEv2 is an example of a preformed earplug.

- Foam earplugs are disposable, expandable foam earplugs that mold to the shape of the ear and seal the ear canal.

- Banded ear canal caps are preformed or foam earplugs connected by a band that applies pressure to hold the plugs in place to seal the entrance to the ear canal.

- Custom-molded earplugs are earplugs specially molded to seal the wearer's individual ear canal using (typically) medical-grade silicone.

- Earmuffs have sound-attenuating ear cups and soft ear cushions connected by a band, and do not seal the ear canal.

In my research and practice experience across many first responder, manufacturing, mining, construction, and agricultural workplaces, there is an overreliance on the use of hearing protection devices by minimally-trained or even untrained workers. In my work with construction crews doing these types of operations, use of hearing protection has been the primary approach to hearing conservation, but rates of usage among workers have varied widely.  This approach – primary or complete reliance on workers to

13

protect themselves with hearing protectors – places the burden of responsibility for preventing hearing loss on the exposed worker, rather than on the employer, and can also result in reduced compliance (B Roberts et al., 2018; Benjamin Roberts et al., 2017a; S. K. Sayler et al., 2019). PPE are the least preferable approach to exposure reduction according to the hierarchy of controls, and "should be considered the last resort against hazardous noise." (NIOSH, 1998). Nevertheless, reductions in noise exposures should remain a priority for employers, as hearing protection devices are considered the least effective option for noise exposure reduction. Additionally, noise controls are expected to have lower operating costs than personal protective equipment over the long term (https://www.cdc.gov/niosh/engcontrols/).

## V.   HEARING CONSERVATION PROGRAM PRINCIPLES AND EFFECTIVENESS OF HEARING PROTECTION DEVICES

### A.   Hearing conservation program elements

As with all programs designed to protect and promote occupational health, the effectiveness of hearing conservation efforts depends on thoughtfully developed and carefully executed efforts, and involves multiple program elements. Figure 3 displays an overview of required (in blue) and best practice (in green) program elements.



*Figure 3: Hearing conservation program elements, from A Guide for the Control of Audible Sound Hazards (ACGIH, 2020). Blue circles indicate required program elements, green circles indicate best practice program elements.*

The required elements of a hearing conservation program (i.e., those elements that are needed to satisfy basic regulatory requirements put forth by agencies such as OSHA, MSHA, and the US Department of Defense) are as follows:

- Exposure monitoring As described previously, exposure measurements represent the foundation of hearing conservation programs, and should guide all decisions made with regards to other program elements. Personal monitoring (i.e., measurements made with dosimeters placed on individual workers) are considered the gold standard, but area measurements can also be used to assess exposures in situations where workers have low mobility.

- Noise controls As described above, noise controls can be used to reduce or prevent harmful levels of noise among exposure workers.

- Worker training The training of workers is critical to ensure that the workers understand the potential health impacts of excessive noise exposure, the elements of the hearing conservation program, the purpose and methods of audiometric surveillance, the use and care of hearing protection devices, etc.

- Hearing protection devices While the use of hearing protectors should be treated as a short-term approach until noise control measures can be implemented, hearing protection use is unfortunately often the primary long-term approach used to reduce noise exposures. Workers must be provided with a selection of hearing protectors, and need to be trained on their proper use and fitting.

- Audiometric testing Surveillance of hearing threshold levels among workers enrolled in a hearing conservation program provides a useful measure of program effectiveness (via analysis of longitudinal changes in hearing among individual workers or groups of workers), and also serves to identify incident cases of noise-induced hearing loss.

(ACGIH, 2020; Kaminski, 1996; NIOSH, 1998; Occupational Noise Exposure: Hearing Conservation Amendment; Final Rule., 1983; Stewart, 2000; Suter, 2003)

In particular, effective and consistent performance in two program elements – training and use of hearing protection – can be difficult to achieve in any organization. It is for this reason that primacy is given to the program elements of noise measurement (which establishes accurate estimates of exposure to noise)

and noise control (which eliminates or reduces noise exposure wherever possible); the combination of these two program elements can substantially diminish the need for the other program elements.

In a study my research team conducted on hearing conservation program effectiveness among 14 manufacturing worksites, certain program features (e.g., collecting more measurements of noise exposure) were associated with lower rates of hearing loss, while other features (e.g., employee complaints about communication interference) were associated with higher rates of hearing loss (P. Rabinowitz et al., 2018). Additionally, we found that higher expenditures for hearing protector fit-testing and worker training were associated with reduced prevalence of hearing loss (S. K. Sayler et al., 2018). In a separate study of eight construction sites, we found that training programs that featured brief, regular "toolbox" training sessions showed greater use of hearing protection than those that did not (S. K. Sayler et al., 2018). These findings suggest that even where required hearing conservation program elements are present, they may be applied unevenly, which may lead to differing outcomes in terms of hearing loss prevention.

Best practice elements of a hearing conservation program (i.e., practices that are not the minimum practices required by regulatory agencies, but rather practices intended to provide the best possible protection to workers in the program) include:

- Recordkeeping Proper recordkeeping is essential to document the delivery of key hearing conservation efforts. Inadequate recordkeeping can result in questions as to whether, for example, workers were trained, audiometric surveillance was conducted, noise exposure measurements were made, etc.

- Program evaluation Without program evaluation, it is not possible to demonstrate that program goals and targets have been achieved, or to identify and address program weaknesses.

- Ototoxic exposure assessment In addition to measurements of noise exposure, it is becoming increasingly apparent that hearing conservation programs need to assess exposures to ototoxic chemicals that may independently cause hearing loss or may act synergistically with noise to exacerbate hearing loss. For example, the US Army Public Health Command (formerly the US Army Center for Health Promotion and Preventive Medicine, USACHPPM) recognizes a number of ototoxic agents to which Army service members may be exposed (USAPHC, no date).

- Non-auditory health effect assessment While hearing conservation programs are inherently intended to prevent noise-induced hearing loss, there is an increasing body of literature suggesting that occupational noise is associated with workplace injuries, cardiovascular disease, and other non-auditory impacts (ACGIH, 2019; Gan et al., 2011; Kerns et al., 2018; Skogstad et al., 2016).

16

By tracking these outcomes among workers enrolled in hearing conservation programs, these associations can be evaluated and better understood.

Hearing conservation programs that include only the required program elements may be successful at reducing noise exposures and rates of noise-induced hearing loss. However, programs that also include the best practice elements are more likely to achieve these outcomes. It is important to note that while any of the above elements may be included in the written plan for a hearing conservation program, the most important feature is whether or not the elements are actually implemented.

**B.      Importance of hearing protector training/fitting**

Training on the proper use and care of hearing protectors, as well as efforts to ensure that individual users wear their hearing protectors correctly and effectively, are both critical components of any hearing conservation program that involves the use of hearing protectors. In my experience, hearing protectors are among the most challenging types of PPE to wear correctly, and many studies have demonstrated that users of hearing protection face many barriers and challenges to proper use (Abel, 2008; Edelson et al., 2009; Griffin et al., 2009; Lusk et al., 1995, 1997; Neitzel et al., 2008a). These barriers include: availability of suitable hearing protectors; the need to know when and where to use the hearing protector; the need to know how to consistently fit the protector correctly; and the need for consistent enforcement of required hearing protector use (Edelson et al., 2009; Neitzel et al., 2008b; Ronis et al., 2006). **Without adequate training, even motivated individuals may be in some circumstances unable to use hearing protectors to effectively and sufficiently reduce their noise exposures to safe levels**.

Professional fitting and training can undoubtedly improve the fit of many users of any type of personal protective equipment.  Fit testing is considered a best practice and is recommended for all types of hearing protectors, not just CAEv2s (ACGIH, 2020).  **In the context of an occupational hearing conservation program, training and fit testing can and should be incorporated into other hearing loss prevention efforts in order to ensure that workers exposed to high noise levels receive maximal protection against noise-induced hearing loss.  This is standard occupational health doctrine, which emphasizes prevention of work-related illness and injury through formalized surveillance and prevention programs.**

**C.      Importance of consistent hearing protector use**

As with all types of PPE, hearing protection devices are only effective when they are worn. While it is important to provide hearing protection users with a selection (at minimum, two different types, and preferably four or more different types (ACGIH, 2020; NIOSH, 1998) of hearing protectors, it is equally important to ensure that the selected protector is worn consistently whenever the individual is exposed to

17

high noise (commonly considered to be an exposure level of 85 dBA or greater, either instantaneously or as an 8-hour Time-Weighted Average, TWA) (ACGIH, 2020; NIOSH, 1998). One estimate of noise-exposed workers in US industry suggests that 95% of workers have TWA exposures less than 95 dBA, suggesting that the amount of attenuation needed to bring these workers down to 85 dBA is 10 dB (E. H. Berger, 2000; J. Franks, 1988). Our own estimates from the US Noise Job Exposure Matrix confirm this (https://noise.shinyapps.io/noiseJEM/).

Virtually any earplug, if inserted correctly, can achieve 10 dB of attenuation (Berger, 2000). However, when earplugs are not worn during time in high noise, the effective attenuation that they provide is reduced very rapidly (Abel & Rokas, 1986; Berger, 2000; NIOSH, 1996, 1998). For example, in a study of construction workers, my research team determined that construction workers achieved more than 50% of the NRR (greater than 20 dB of attenuation on average across multiple product types) of their hearing protectors when they underwent attenuation testing, but due to very low usage time, the effective protection they received from noise was less than 3 dBA (Neitzel & Seixas, 2005b). In a trial of a hearing conservation program intervention, my research team observed that frequency of training, and particularly the use of brief, regular "toolbox" training sessions, was associated with greater use of hearing protectors among construction workers (Seixas et al., 2011). My research has also demonstrated that the accuracy of reporting of hearing protector use time can vary dramatically, depending on a worker's worksite and occupation (Edelson et al., 2009), type of noise exposure (Griffin et al., 2009), and other factors (Reeb-Whitaker et al., 2004). Overall, these results suggest that, for many workers, the amount of time they use hearing protection devices may be nearly as important as the amount of attenuation they achieve when they wear the devices.

### D.    Perception and confirmation of hearing protector fit

Even if a hearing protector is used by a trained individual and inserted correctly, the fit of the device may degrade over time, which in turn may reduce the attenuation the device provides (Berger, 2000). Hearing protector fit may be degraded through routine actions such as talking or chewing (Cluff, 1989; Kaminski, 1996); this degradation of fit can occur with all types of hearing protectors (Berger, 2000). For this reason, hearing conservation training programs need to instruct users to personally evaluate the fit of their hearing protectors upon insertion, as well as to be aware of auditory cues that could indicate that the fit of the protector has degraded, and that the protector needs to be reinserted (Berger, 2000). Additionally, users need to be trained to evaluate the appropriateness of the size of the hearing protector they use in relation to the size of their ear canal; ear canals come in a range of sizes and shapes, and as a result there is no one-size-fits-all hearing protector (Berger, 2000; J. Franks et al., 1996; NIOSH, 1998). During their initial fitting users need to be prompted to either self-assess the size of their hearing protector relative to their ear canal or have an

otoscopic examination by trained personnel who can visually evaluate their ear canal size and identify the appropriate size of hearing protector.

In addition to these perceptions, there are two commonly employed tests that can be used to confirm a good initial fit of a hearing protector (Berger, 2000):

- Tug test This test involves the wearer of the hearing protector tugging lightly on an earplug after it is inserted in the ear canal. The seal of a properly inserted earplug will not break during this tugging, and the earplug will remain firmly seated in the ear canal. The wearer will also feel pressure changes in the ear canal during the test.

- Voice test This test relies on the "occlusion effect," which causes the wearer's voice to sound "boomy" when an object is inserted in the outer portion of their ear canal. The wearer of a hearing protector can speak a few words following the insertion of an earplug to evaluate whether the occlusion effect occurs; the presence of the occlusion effect suggests a good ear canal seal. Given the vent in the yellow end of the CAEv2 to allow nonlinear performance, this effect may be lessened slightly, but it should still be present.

In addition to these tests, users can be trained to evaluate auditory and non-auditory cues of fit degradation. These auditory cues involve changes in the perception of sound while the hearing protector is inserted. For example, if the audibility of external sounds changes perceptibly while a hearing protector user is chewing or talking, this indicates that the seal of the ear canal is being disrupted by that activity, and that the hearing protector needs to be re-inserted.  Non-auditory cues can include perceived changes in the position of the earplugs within the ear canal or the contact of the earplug with the ear canal wall, the perception of a "leak" in the seal of the earplug, or a sensation of looseness of the earplug within the ear canal  (Berger, 2000).

As a rule of thumb, a change in sound pressure level of less than 3 dB is imperceptible to the human ear; a 5 dB change is obvious; and a 10 dB change will sound half or twice as loud (Olsen, 2014; Ward et al., 2003).

Air leaks resulting from a broken seal in an earplug may result in 5-15 dB reductions in attenuation; these leaks are typically most noticeable to users at low frequencies (Berger, 2000), to which the human ear is less sensitive and vulnerable. It is possible for imperceptible changes (i.e., changes of less than 3 dB) to go unnoticed by users, but it is also important to note that changes of 2 dB or less are within the measurement error tolerance of the most commonly-used sound levels meters and noise dosimeters (Earshen, 2000), and therefore of our ability to accurately estimate personal exposures. Likewise, the likelihood of a sustained imperceptible loss of 3 dB attenuation is reduced through training on hearing protectors, which should emphasize the tendency of earplugs to lose their seal over time and the need for reinsertion after the wearer

19

detects audible cues suggesting fit degradation (Berger, 2000). There is a paucity of studies on the effects of movement by hearing protector wearers on the attenuation provided by their protectors. I identified three relevant studies in my review. The first study found reductions on the order of 4 dB in the attenuation achieved with an E-A-R Ultrafit triple-flange premolded plug (the tested earplug most similar to the CAEv2) after two hours of dynamic work task movement without adjusting protector fit. Unfortunately, subjects were not evaluated as to their perceptions of auditory changes resulting from the changes in fit. (Casali & Park, 1990). In the second study, subjects chewed gum for 30 minutes without adjusting protector fit when wearing several different types of hearing protectors; when wearing the premolded earplugs most similar to the CAEv2 (Com-fit triple-flanged), the average loss of attenuation after this activity was -4.9 dB compared to the best performing (foam) earplug (Cluff, 1989). In the third study, which used the same experimental design as the second, positional stability of the earplugs was assessed. The triple-flange premolded earplug had the greatest positional stability, but ranked fourth in terms of attenuation stability (Cluff, 1989). Collectively, these studies confirm that premolded earplugs do tend to lose their seal over period of time ranging from 0.5 to 2 hours, but that the loss of attenuation is on the order of 4-5 dB. A trained user could detect this perceptible change using auditory cues and would know that the earplug would need to be reinserted at that point.

Finally, it is important to note that imperceptible loosening of an earplug in an acoustically-treated and very quiet experimental laboratory setting, where there are likely no time-varying auditory cues for the user to detect, is a much different circumstance than a user wearing that same earplug in a real-world environment, where changing audible cues are constantly present. Therefore, even if an earplug does loosen, in a real-world setting the user will receive cues to reinsert their earplug if the background sound levels are high enough to be potentially harmful, and will not need to reinsert in quieter, non-harmful sound levels.

Since an imperceptible loosening of a device like the CAEv2 in the ear canal is, by definition, imperceptible, it would have to result in an imperceptible increase in noise exposure, or less than a 3 dB increase in sound pressure level. While such an increase is meaningful over extended durations, short periods of exposure at this increased level would not be expected to result in an appreciable long-term increase in risk of hearing loss. Additionally, it is important to note that the effects of an imperceptible loosening of the CAEv2 measured during an experimental measurement of earplug attenuation in a human subject for NRR testing, or loosening of the CAEv2 when tested on an acoustical test fixture, are quite different than the effects of a similar loosening in the real world. Indeed, field studies of the CAEv2 demonstrate that participants in field exercises were able to detect and re-insert the CAEv2 when it loosened, and that the CAEv2 compared favorably to other devices in terms of its ability to stay in place (D-Gen-1241; P-Gen-3100). A reduction in attenuation from loosening that can be measured in an experimental setting may be of a

magnitude that is detectable using attenuation testing (i.e., on the order of several dB) as described below, but insignificant with regards to long-term risk of noise-induced hearing loss.

### E.        Hearing protector attenuation evaluation

The amount of sound that a hearing protector blocks is referred to as attenuation, and is measured in units of decibels (dB).

1.        *Attenuation testing for non-impulsive noise*

Attenuation for non-impulsive noise can be measured several ways, the first involving subjective measurements based on human perception of sound, the second involving objective measurements made with microphones.  The first method, commonly considered the "gold standard," is known as Real-Ear-At-Threshold (REAT) testing, and involves measuring differences in hearing threshold levels while hearing protection is worn (referred to as "occluded," as the ear canal is occluded by the hearing protector) and without the hearing protector (referred to as "unoccluded") (ANSI/ASA, 2020). REAT testing is the test method required by the EPA for the purposes of labeling regulated hearing protector products (https://www.govinfo.gov/content/pkg/CFR-2003-title40-vol22/xml/CFR-2003-title40-vol22-part211.xml#seqnum211.206-1, § 211.206-1 "Methods for measurement of sound attenuation. Real ear method").

REAT testing is currently addressed by two standards from the American National Standards Institute (ANSI) and Acoustical Society of America (ASA).  These standards are ANSI/ASA S3.19, "Method for the Measurement of Real-Ear Protection of Hearing Protectors and Physical Attenuation of Earmuffs", first issued in 1974 (ANSI, 1974) and superseded in 1984 by ANSI/ASA S12.6, "Methods for Measuring the Real-Ear Attenuation of Hearing Protectors," the latest version of which was published in 2016.  The ANSI/ASA S3.19 standard specifies the testing that manufacturers conduct to calculate the labeled NRR of their hearing protectors.  This standard uses a method called "experimenter fit," in which the experimenter inserts the earplugs being tested into each subjects' ears.  These methods require that the experimenter personally check each hearing protector installation on each trained listener being tested to assure a good fit and acoustic seal after the earplugs have been inserted by the listener and the listener has been exposed to white noise and instructed to manipulate the protector until the noise is minimal. ANSI-ASA S3.19-1974 permits the experimenter to reinsert earplugs to a "best" fit prior to testing but not after the test has begun. No additional guidance or information on how experimenters can assess the fit of a hearing protector is provided in ANSI-ASA S3.19-1974.

The ANSI/ASA S12.6[1] standard specifies two different methods that can be used to evaluate hearing protector attenuation.  The first, Method A, is often referred to as "trained-subject" or "supervised fit," because the subjects don the hearing protectors themselves after receiving training from the experimenter. The second, Method B, is often referred to as "inexperienced-subject" fit, because the subjects don the hearing protectors themselves without receiving training from the experimenter, and using only the written instructions provided for the hearing protector by the manufacturer.  REAT test measurements made using Method A from ANSI/ASA S12.6 are generally lower than the NRRs obtained on experimenter-fit tests made to comply with the ANSI/ASA S3.19 standard used for NRR labeling.

The second method used for testing attenuation is called Microphone-in-Real-Ear (MIRE), and involves simultaneous measurement of sound pressure levels in the ear canal (i.e., under the hearing protector) and outside the hearing protector; the difference in these sound pressure levels represents the attenuation provided by the protector (ANSI/ASA, 2010).

**As described previously in section III.B., I have employed both REAT and MIRE methods in conducting field testing of hearing protector attenuation on manufacturing and construction workers (Neitzel & Seixas, 2005; Neitzel *et al.*, 2006; Sayler *et al.*, 2019. My research has focused on real-world attenuation achieved by hearing protector users in their actual work environments.**

2.    *Attenuation testing for impulse noise*

Attenuation testing for high levels of impulse is governed by ANSI/ASA S12.42, "Methods For The Measurement Of Insertion Loss Of Hearing Protection Devices In Continuous Or Impulsive Noise Using Microphone-In-Real-Ear Or Acoustic Test Fixture Procedures".  This testing can use MIRE technology for hearing protectors that enclose the ears, or an acoustical test fixture (i.e., a manikin) for any type of hearing protector.  In the case of earplugs like the CAEv2, manikins are used as, among other things, ethics dictate that high level experimental impulse testing not be conducted by humans. Impulse testing provides useful information on the performance of the nonlinear end of the CAEv2, because its design is intended to allow low level sounds through, but provide nonlinear protection against higher level sounds.

3.    *Reporting attenuation results*

Regardless of the testing method used, the results of an attenuation test can be summarized using frequency-specific results, or as the attenuation across a number of test frequencies. In the US, the Environmental Protection Agency requires that most hearing protection products be labeled with a value known as the Noise Reduction Rating (NRR) (https://www.govinfo.gov/content/pkg/CFR-2003-title40-

---

[1]    Versions applicable here include ANSI S12.6-1997 and ANSI S12.6-2008.

vol22/xml/CFR-2003-title40-vol22-part211.xml). The NRR indicates the attenuation, in dB, provided by a hearing protector when experimentally tested on a group of qualified subjects in a laboratory setting (NIOSH, 1998; Franks *et al.*, 2000). This test was developed more than 40 years ago, and due to the nature of the test – in which the protectors are fit on the test subjects by the experimenters with the goal of maximizing attenuation and without concern for user comfort (J. R. Franks et al., 2003) – is considered to be a poor representation of the attenuation received by hearing protector users under real-world conditions (ACGIH, 2020).

The NRR routinely overestimates – often by a very large margin – the attenuation achieved by actual users (Neitzel et al., 2006b), so much so that, in considering the effectiveness of hearing protectors as part of a hearing conservation program in relation to noise controls, OSHA inspectors reduce the labeled NRR on hearing protectors worn by workers in the program by 50% (Berger, 2000). My own research team has demonstrated substantial differences between the NRR and attenuation values achieved by workers in the manufacturing and construction industries (Neitzel et al., 2006b; Neitzel & Seixas, 2005b; S. Sayler et al., 2019).  Research on hearing protectors used at police firing ranges has shown similar results (Guida et al., 2014). These observed differences further support the notion that the NRR is not a useful predictor of real-world hearing protector attenuation performance.

Additionally, a spectral derating factor of -7 dB must be applied to NRR values to account for the fact that noise measurements made during NRR testing use C-weighting (i.e., dBC), while noise measurements made for occupational exposure assessments use A-weighting (i.e., dBA) (NIOSH, 1998; Occupational Noise Exposure: Hearing Conservation Amendment; Final Rule., 1983). This derating must be applied prior to the 50% reduction employed by OSHA (NIOSH, 1998) (https://www.osha.gov/dts/osta/otm/new_noise/#appendixe). NIOSH has a more nuanced approach to derating for different types of earplugs. For premolded earplugs, the agency estimates that premolded earplugs achieve only 25% of the attenuation than the labeled NRR, and so requires that the NRR be derated by 75%, and that the 7 dB spectral derating factor then be applied (NIOSH, 1998). Technical Guide 41 from USACHPPM, entitled "Personal Hearing Protective Devices: Their Fitting, Care, and Use" indicates that earplugs can be expected to achieve approximately 25% of the NRR, with a potential range of 5-52%. This could mean, for example, that an earplug with an NRR of 20 dB might provide only 5 dB of attenuation to a user when worn, while a different earplug with an NRR of 15 dB might provide 8 dB of attenuation to a user.

In my own studies, I have demonstrated that manufacturing and mining workers consistently achieved only a fraction of the labeled NRR for the hearing protectors they used on the job (Neitzel et al., 2006b; Neitzel & Seixas, 2005b; S. Sayler et al., 2019). Additionally, my studies have shown that the attenuation achieved by workers may be associated with race, worksite, and specific work activities (S. Sayler et al., 2019).

23

While the NRR is legally required for most hearing protector products sold in the US, there has been awareness of its multiple weaknesses in the hearing conservation community for at least the past three decades (Berger, 2000; NIOSH, 1998; Park & Casali, 1991). For example, a hearing protector training presentation used by Dr. Eric Fallon in training Army hearing conservation technicians stated that the NRR "Does not accurately reflect 'real' field conditions" (Fallon Exhibit 65, Fallon Dep. Tr. (Sept 4 2020), page 783). Additionally, TG 41, "Personal Hearing Protective Devices Their Fitting, Care and Use," (USACHPPM, 2006) notes that hearing protector users often achieve only a fraction of the NRR (D-Gen-788), and the US Navy notes that "NRR *values are not necessarily representative of real world attenuation*", and that "*A more conservative estimate of a protector's attenuation is the "SF" (subject fit)* NRR" (D-Gen-3095, pages 18-19), as opposed to the experimenter fit NRR required by EPA. The US Air Force is more specific in its guidance, noting that attenuation values measured using ANSI/ASA S12.6 (i.e., subject fit) approaches are preferred, and that measurements made using ANSI/ASA S3.19 (ie., experimenter fit) are "least preferred" (D-Gen 3094, page 50). Another US Air Force document notes that preference is given to attenuation measurements made with more recent ANSI/ASA S12.6 compared to the older experimenter-fit standard required by the EPA (D-Gen-2602, page 9). Given all of the information available about this measure, reliance on the NRR as an accurate estimate of the attenuation an individual user may expect to receive in real-world conditions cannot be supported as a viable approach to hearing loss prevention. This is particularly true for earplugs, which show large variance in the attenuation achieved by individual users compared to the labeled NRR of the earplugs (Berger, 2000; NIOSH, 1998).

Finally, I wish to emphasize that the EPA recognized in its own application of the NRR that this metric may not be appropriate for summarizing protection against impulse noise:

"Although hearing protectors can be recommended for protection against the harmful effects of impulsive noise, the Noise Reduction Rating (NRR) is based on the attenuation of continuous noise and may not be an accurate indicator of the protection attainable against *impulsive* noise such as gunfire." (https://www.govinfo.gov/content/pkg/CFR-2003-title40-vol22/xml/CFR-2003-title40-vol22-part211.xml#seqnum211.205)

## VI.   REVIEW OF INDEPENDENT REAT TESTS ON THE CAEV2

As part of my evaluation, I reviewed REAT tests conducted on the CAEv2 by a number of independent laboratories. I will focus on four laboratories in particular: the Air Force Research Laboratory (AFRL); the Canadian laboratory of Dr. Sharon Abel; the US Army Aeromedical Research Lab (USAARL); and the Michael and Associates Laboratory. Tests conducted by each of these laboratories are reviewed

below.  However, the full body of independent testing which I reviewed and considered in forming my opinions is included on my materials considered list attached as Exhibit C.

### A. Air Force Research Laboratory (AFRL)

AFRL performed multiple REAT tests on the CAEv2 under ANSI S12.6 Method A.  In the 2008 study, called the "Wideband Hearing, Intelligibility and Sound Protection (WHISPr)" study (D-Gen-1112), AFRL performed an ANSI/ASA S12.6 Method A REAT test on the CAEv2 using 20 subjects (page 16).  The test found an NRR of 15 dB for the green end of the CAEv2, far better than the other passive nonlinear earplug tested.  The authors of the study observed that the green end *"…provides very good attenuation and is readily distinguished from the CAEP yellow … setting.  This allows for the desirable difference in performance characteristics provided by this CAEP earplug"* (page 20).  The yellow end of the CAEv2 was found to have an NRR of 3 dB, again on 20 subjects (page 17).  The authors of the WHISPr study concluded that the CAEv2 *"works as advertised"* (page 71).

A second AFRL study, titled "Measuring effective detection and localization performance of hearing protection devices" and conducted in 2014 (P-Gen-5843), again involved an ANSI/ASA S12.6 Method A REAT test on the CAEv2 (pages 5-6).  The researchers found that the green ("closed") end of the CAEv2 had mean attenuation of between roughly 23 dB at 250 Hz to approximately 41 dB at 8000 Hz, and the yellow ("open") end had mean attenuation of between -2 dB at 125 Hz to about 24 dB at 2000 Hz (page 6).  In addition, as shown below in Figure 4, the CAEv2 green end provided higher mean attenuation across frequencies than the Moldex Battleplug and the Surefire Sonic Defenders in their closed positions, and lower mean attenuation across frequencies for the yellow end than the Battleplug and the Sonic Defenders in their open position.



*Figure 4: Passive Noise Attenuation of CAEv2, Moldex Battleplug, and Surefire Sonic Defenders, from P-Gen-5843 (page 6)*

AFRL also compiled all of its REAT data on filtered earplugs like the CAEv2 (along with other forms of hearing protection devices) in a summary spreadsheet (D-Gen-83).  In the two ANSI/ASA S12.6 Method A tests recorded on this spreadsheet, the green end (referred to as "brown" in this report) of the CAEv2 received NRRs of 16 dB and 13 (page 2, rows 42 and 44).  The Moldex Battleplug received an NRR of just 10 dB in the closed position when AFRL tested it using Method A (page 2, row 33).  The SureFire Sonic Defenders received an NRR of just 7 dB in the closed position in one of its three Method A REAT tests (page 2, row 39).  The CAEv2 was listed in the AFRL compilation spreadsheet as having a 4 dB NRR for the yellow end based on ANSI/ASA S12.6 Method A testing (page 2, row 48; page 3, row 45).

### B.      Laboratory of Dr. Sharon Abel

The research arm of the Canadian military also conducted REAT testing on the AOSafety Indoor/Outdoor Range E-A-R plug (an earplug physically identical to the CAEv2 except for the terminology for exposure conditions, i.e., "indoor" corresponds to the green end, and "outdoor" to the yellow) (D-Gen-106).  In 2004, Dr. Sharon Abel conducted testing on the CAEv2 under the ANSI/ASA S12.6 Method A test method (except she used 16 subjects instead of the 20 prescribed by the standard) across two replications and a balanced number of male and female subjects in 2004.  The methodology differed slightly from ANSI/ASA S12.6 Method A in that Dr. Abel only provided participants verbally with the manufacturer's instructions and had them fit the product, with the fit checked by the tester (page 2), rather than the method prescribed by ANSI S12.6-1997, which provides for the subjects being given precise instructions based on the manufacturer instructions, along with the experiment's own knowledge, and the ability to provide verbal clarification and physical assistance to the subject by the experimenter (D-Gen-102). Dr Abel noted that the overall mean attenuation value for the indoor earplug was 31.1 dB (page 3).  The frequency-specific attenuation provided by the indoor (green) end of the CAEv2 ranged from 18.2-23.1 (mean 21) dB at 125 Hz to 38.1-42.8 (mean 40) dB at 8,000 Hz (page 4), and from -2.3 to 0.6 dBA for the outdoor (yellow) end at 125 Hz to 18.6-19.9 dB at 8,000 Hz (page 4).  Her report noted that "*These values supported the conclusion that [the CAEv2] would rank among those conventional devices on the market with the highest attenuation*" (page 4) and that "…*the manufacturer's specifications were a good predictor of outcome*" (page 4).

In 2008, Dr. Sharon Abel conducted REAT testing of several hearing protectors, including the Surefire EP3 and the CAEv2, for Defence R&D Canada (the research arm of the Canadian Military) (D-Gen-2244).  This study, titled "An investigation of the attenuation provided by the Surefire EP3 Sonic Defender." Was done in accordance with ANSI/ASA 12.6 Method A (D-Gen-2244) on ten subjects, and also used a manikin.  A chart on page 26 shows that the CAEv2 green ("closed") end provided more attenuation than the Surefire closed end at all frequencies tested:



*Figure 5 A comparison of results: the Surefire EP3 Sonic Defender™*
*versus the E-A-R® Combat Arms earplug.*

*Figure 5 (labeled Figure 5 in D-Gen-2244): A comparison of results: the Surefire EP3 Sonic Defender versus the E-A-R Combat Arms earplug*

Dr. Abel noted in her report that "…*the two devices [CAEv2 and Surefire EP3 Sonic Defender] were similar foe the orifice open condition. For the orifice closed condition the Combat Arms earplug provided attenuation of 20.7-40.3 dB, on average 8 dB more than the Surefire EP3*" (page 5).

### C.   US Army Aeromedical Research Laboratory (USAARL)

USAARL also conducted Method A REAT testing in 2014 on the CAEv2, Moldex Battleplug, and SureFire EP4 Sonic Defenders (D-Gen-1104, page 11). This study, titled "Assessment of Four Passive Hearing Protection Devices for Continuous Noise Attenuation, Impulsive Noise Insertion Loss, and Auditory Localization Performance," found that across 20 subjects the green end of the CAEv2 had mean frequency-specific attenuation values ranging from 19.5 to 34.3 dB, with standard deviations (SDs) of 8.2 and 11.1 dB (page 35). By comparison, in the closed position, the BattlePlug had mean frequency-specific attenuation values ranging from 20.8 dB to 30.4 dB, with SDs between 5.2 and 8.1 (page 37), and the EP4 had mean attenuation ranging from 23.5 to 33.6 dB in the closed position, with SDs between 5.2 and 7.3 (page 39). The yellow side of the CAEv2 had mean frequency-specific attenuation values ranging from 4.0-22.4 dB (SDs 3.4-7.9 dB, compared to the BattlePlug, which had mean attenuation values of 6.3 to 27.0 dB (SDs 3.9-6.8 dB) in the open position, and the EP4 Sonic Defenders, which had mean attenuation values of 7.5-32.5 dB (SDs 3.0-7.4 dB). According to the researchers, "*Among the vented earplugs, the Combat Arms Plug provided the lowest amount of attenuation at all frequencies (on average)*" – a desirable result, given the goal of preserving communication abilities with the yellow end of the CAEv2 (page 29). The green end of the CAEv2 provided attenuation that was comparable to the BattlePlug and EP4 Sonic Defenders in the closed position.

### D.      Michael and Associates Laboratory

Dr. Kevin Michael conducted an S3.19 test on the CAEv2 in 2012 (D-Gen-250).  Of note, this test was sponsored by Moldex, the manufacturer of the BattlePlug, and not 3M/Aearo (page 1). Dr. Michael found an NRR of 9 dB for the yellow (open) end using 10 subjects with repeated measurements (page 2), and an NRR of 23 dB for the green (closed) end (page 5).  The green end result corroborates the 21.7 NRR that Aearo obtained on 3M internal test 213017, which I understand is the only other complete S3.19 test performed on the product.

### E.      Overall conclusions on independent REAT testing of the CAEv2

The complete body of independent REAT testing shows the green end of the CAEv2 providing the level of attenuation that would be expected for a premolded earplug. When tested head-to-head, the CAEv2 generally performed similarly to, or better, than the Moldex Battleplug and Surefire Sonic Defenders. The REAT data, which includes dozens of different subjects, does not indicate any systematic fitting issue with the CAEv2.  The independent data are consistent with the 22 dB NRR that Aearo advertised on the label of the CAEv2.  I have also reviewed documentation of internal testing of the CAEv2 by 3M (D-Gen 151, D-Gen 1568, D-Gen 1754), and those documents do not change my opinions.  Specifically, 3M conducted ANSI/ASA S3.19 REAT testing on the CAEv2 in January of 2000 and found frequency-specific mean attenuation levels between 4.7 and 17.2 dB on the yellow end, and a very low NRR of -2 dB (D-Gen 1568).  3M conducted ANSI/ASA S3.19 REAT testing on the green end of the CAEv2, completed in May of 2000 and found frequency-specific mean attenuation levels between 31.8 and 43.8 dB, and a NRR of 21.7 (D-Gen 151).

## VII.   REVIEW OF INDEPENDENT IMPULSE TESTS ON THE CAEV2

As part of my evaluation, I have reviewed impulse tests conducted on the CAEv2 (and its nonlinear filter) by a number of independent laboratories.  I will focus on six laboratories in particular: AFRL; the laboratory of Dr. Dan Johnson; USAARL; French-German Research Institute of Saint-Louis (ISL); NIOSH; and the Michael and Associates Laboratory.  Tests conducted by each of these laboratories are reviewed below.  The full body of independent impulse testing which I reviewed and considered in forming my opinions is included on my materials considered list attached as Exhibit C.

### A.      Johnson Blast Study

In 1998 Dr. Dan Johnson conducted what is referred to as the "Johnson Blast Study" (S-Gen-88). The study was conducted in 1995 under a contract with USAARL and consisted of real ear and manikin testing on a single-ended prototype using the Ultrafit earplug containing the nonlinear technology that was ultimately incorporated in the CAEv2 with modified dimensions and material.  For the real ear tests, at the

lower level of 174 dBP, there were no auditory failures, as indicated by an unacceptable noise-induced Temporary Threshold Shift (TTS) among one or more subjects.  These results are illustrated in Figure IV-1 from Dr. Johnson's report, below. At the highest level of 190 dBP, Dr. Johnson found that approximately half of the subjects were fully protected, meaning they had no significant TTS.



*Figure 6 (labeled Figure IV-1 in S-Gen-88): Comparison of Rucker Plug to French No. 1 Plug with Respect to Percent Unacceptable TTS vs. Peak Level*

For the testing on manikins, Dr. Johnson's blast tests showed that the French No. 1 nonlinear earplug reduced the 190 dB peak (dBP) impulse by about 25-32 dB depending upon the direction of the impulse with respect to the manikin's head.  This is a substantial amount of blast protection, and more than the Army's Rucker nonlinear earplug afforded.  This study provides a substantial basis for the claim that the nonlinear technology in the CAEv2 is "protective up to 190 dB."

### B.      Military and Government Impulse Testing on the CAEv2

In 1999, the Army Research Laboratory conducted a study of the CAEv2, prior to the first sales of the device (S-Gen-102).  In this study, the experimenters fired 9mm handgun, M-16, and 12-gauge shotgun rounds near an ISL manikin in outdoor and indoor environments, including in a reverberant hallway (a Military Operations in Urban Terrain, or MOUT, environment). Using the attenuation results, they then applied an Army-developed Auditory Hazard Assessment (AHA) model to estimate how many shots a human could safely be exposed to when wearing the CAEv2.  The researchers estimated that the CAEv2, *"…when properly fitted, will provide acceptable protection for most situations when firing up to 276 rounds of the M16- 556 ball ammunition in a hallway-sealed MOUT environment (the worst case condition ARL tested in the Match-type MOUT training facility)."* (S-Gen-102.4).

In 2001, Dr. Bill Murphy at NIOSH sent an email to Dr. Doug Ohlin, Elliott Berger, Dr. Armand Dancer, Dr. John Franks, and others related to the CAEv2 (D-Gen-1750).  In this email, Dr. Murphy provided impulse testing data on the CAEv2 and several other passive and active devices.  These tests were conducted using the ISL manikin, with a 9mm handgun and M16 rifle. For both weapons, the CAEv2 yellow end provided noise reductions of 26.7-28.1 dB, and the green end provided reductions of 28.8 dB.

The 2008 WHISPr study conducted by the Air Force Research Laboratory, described previously in terms of ANSI/ASA S12.6 Method A REAT testing results, also included impulse testing, which was conducted at ISL (D-Gen-1112).  The laboratory conducted impulse testing up to 195 dB using explosive airblasts (page 21). Impulse testing was conducted using three ISL manikin heads simultaneously. The results are shown below in Figure 7.

| TH | Mean Insertion Loss (dB) | | | | |
|---|---|---|---|---|---|
| | 165 dB (ON) | 165 dB (OFF) | 195 dB (ON) | 195 dB (OFF) | Rank |
| CAEP Yellow Tip | N/A | 23.4 | N/A | 32.4 | 1 |
| CAEP Green Tip | N/A | 37.1 | N/A | 36.3 | 1 |

*Figure 7: Mean insertion loss for CAEv2 yellow and green ends (from D-Gen-1112)*

The researchers' conclusions included the statement "*The fact that there is some performance differences between the CAEP green and yellow ends is an indication of the functionality of the earplug.*" (page 65)

A 2012 AFRL presentation also documents ANSI S12.42-2010 impulse test data for the CAEv2, Moldex Battleplug, and Surefire Sonic Defenders for 150, 170, 185, and 195 dB peak impulses (D-Gen-3729). The results show IPIL values for the CAEv2 of 40.6 dB at 195 dBP, compared to 39 dB and 35.8 dB for the Battleplug and Sonic Defenders in the closed position, respectively (page 15). Similarly, the yellow end of the CAEv2 showed IPIL values of 40.1 dB at 195 dBP, compared to 38.2 and 34.7 dB for the Battleplug and Sonic Defenders in the open position, respectively (page 15).

In 2012, ARL conducted impulse testing of the CAEv2 (D-Gen-1357). This test, described in a report titled "A Comparison of the Single-Sided (Gen II) and Double-Sided (Gen I) Combat Arms Earplug: Acoustic Properties, Human Performance, and User Acceptance," used the ISL manikin exposed to M16 rifle fire.  The double-sided (Gen I) CAEv2 provided nonlinear attenuation across the range of sound pressure levels; "… *the attenuation of the free field peak pressure varies from about 12 dB for the shots at 64 m distance (the lowest*

*stimulus peak pressure) to about 32 dB for the shots at a distance of 0.2 m (the highest stimulus peak pressure)."* D-Gen-1357.21).

In addition to the REAT testing described above, the 2014 USAARL study included additional impulse testing of the CAEv2 (D-Gen-1104).  This test, conducted according to ANSI S12.42-2010, was manikin-based, and used the USARRL Acoustics Branch 6-inch shock tube to generate impulsive noises. Both the green and yellow ends of the CAEv2 were tested at 150 and 166 dBP.  The yellow end showed mean impulsive peak insertion loss (IPIL) values of 29.4 and 34.1 dB at 150 and 166 dBP, respectively. The green end provided mean IPIL values of 38.7 and 38.0 dB at 150 and 166 dBP, respectively.

The below charts (Figure 8a and 8b) provide a comparison of the IPIL values demonstrated in USAARL's study for the CAEv2, Moldex Battleplug, and Surefire EP4.  As shown, the CAEv2 provides similar or better attenuation than the Battleplug, and consistently higher attenuation than the Surefire EP4 in impulse noise.



a)



b)

*Figure 8 USAARL IPIL values (dB) for CAEv2, Moldex Battleplug, and Surefire EP4 in open (8a) and closed (8b) conditions*

The researchers concluded that, *"…[a]mong the vented plugs, the Combat Arms Earplug and BattlePlug demonstrated the highest IPIL [impulsive peak insertion loss] ratings"* (Page 33).  They also noted that *"The EP4 showed less insertion loss than the other two passive earplugs in the unvented configuration, and showed a decrease in insertion loss as the level increased from 150 to 166 dB.  Typically, HPDs increase in insertion loss as the peak free field level increases…The EP4 showed less insertion loss than the other two earplugs in the vented configuration"* (page 20).

### C.  ISL Impulse Testing

ISL developed the nonlinear filter used in the CAEv2. As part of that development process, ISL researchers conducted impulse testing on different configurations of the filter to achieve optimum performance. They also tested the filter in multiple hearing protection devices, including the CAEv2.

ISL conducted impulse testing on the CAEv2 in December 1999 (P-Gen-371) using noise levels from 110-190 dBP.  The measurements were made using the ISL manikin.  The test results of the yellow ("filter") side of the earplug, are shown below:

| | NR peak (dB) |
|---|---|
| 110 dB | 9 |
| 130 dB | 14 |
| 150 dB | 17 |
| 170 dB | 25 |
| 190 dB | 28 |

*Figure 9: NR peak values from ISL testing of CAEv2 in 2000 (P-Gen-371)*

ISL also conducted testing of the green ("closed") side of the CAEv2 at levels of 150 and 190 dBP as part of this December 1999 test, and reported insertion losses ranging from about 28 dB at 500 Hz to about 45 dB at 8000 Hz at 150 dBP, and from about 31 dB at 250 Hz to about 52 dB at 8000 Hz at 190 dBP.

ISL tested the CAEv2 again in 2005, along with several other filters of different dimensions (D-Gen-1651). At that time, impulse testing on the CAEv2s showed increasing peak noise reduction ratings across the range of 120 to 190 dBP. ISL's report shows peak attenuation values up to 31.4 dB at 190 dBP.

Additional testing on the CAEv2 was done by ISL in 2011, in a report title "Impulse Noise Test of 3M-AEARO Single Ended and Double Ended Nonlinear Earplug with INSPEC Witness" (D-Gen-2493). These tests measured insertion loss on six samples of the CAEv2 earplugs from explosive blasts with peak levels from 110 to 190 dBP (page 3). The researchers observed insertion loss to increased from 3.4 dB at 110 dBP to a maximum of 32.1 dB at 190 dB, as shown below (D-Gen-2493, page 6):

| | | 3M AEARO double ended Head N°3 | | | | |
|---|---|---|---|---|---|---|
| | | 110dB | 130 dB | 150 dB | 170 dB | 190 dB |
| Head N°2 | sample 1 | 4,8 | 13,1 | 17,5 | 24,9 | 33,6 |
| Head N°2 | sample 2 | 4,2 | 12,7 | 17,0 | 24,8 | 33,0 |
| Head N°2 | sample 3 | 2,1 | 11,3 | 16,0 | 24,4 | 33,3 |
| Head N°2 | sample 4 | 3,8 | 13,0 | 17,6 | 24,6 | 31,2 |
| Head N°2 | sample 5 | 4,5 | 12,4 | 17,7 | 25,1 | 29,5 |
| Head N°2 | sample 6 | 1,0 | 11,2 | 16,5 | 24,5 | 32,0 |
| Ext. Peak Level | | 110dB | 130 dB | 150 dB | 170 dB | 190 dB |
| NR Peak (dB) | | 3,4 | 12,3 | 17,0 | 24,7 | 32,1 |
| Std.Dev. | | 1,5 | 0,8 | 0,7 | 0,2 | 1,6 |

*Figure 10 (labeled Table in D-Gen-2943): Noise Reduction Peak (NR) values for the 6 samples (head 3) of the double ended nonlinear earplug with OPEN yellow side and the mean values with standard deviations*

Finally, the CAEv2 was tested again by ISL in 2012 (D-Gen-1116). This impulse testing used a manikin and was conducted in a way that was "close to the requirements of ANSI S12.42-2010" (D-Gen-1116.5). The yellow end of the CAEv2 provided impulsive peak insertion loss (IPIL) values around 40 dB at 195 dBP (pages 32-35), while the green end provided IPIL values at approximately 40 dB from 150 to 195 dBP (pages 36-39). As part of this study, ISL also conducted impulse testing on the Moldex Battleplug and the Surefire Sonic Defenders. The Battleplug provided IPIL values just under 40 dB at 195 dBP in the open position (pages 12-13), and just under 40 dB at 195 dBP in the closed position (pages 16-17). The Surefire provided IPIL values around 35 dB at 195 dBP in the open position (pages 40-41), and around 35 dBP in the closed position (pages 44-45). The study showed that the CAEv2 in the yellow ("open") and green ("closed") position (pages 32-37) provided higher levels of protection against impulse noise than the corresponding modes of either the Surefire Sonic Defender EP4 (pages 40-45) or the Moldex Battleplug (pages 12-19).

33

### D.      Other Impulse Testing

In 2010, Michael and Associates conducted impulse testing on the CAEv2 and a Moldex vented earplug (D-Gen-1518).  This testing was conducted at Aberdeen Proving Ground using the ISL manikin and a shock tube to create impulses.  Of note, this testing was sponsored by Moldex, and not by 3M. Testing was performed at peak levels between 138-166 dB SPL.  The CAEv2 and Moldex earplug both showed 34.5 dB mean attenuation at 166 dB SPL.  Michael and Associates concluded that *"Overall there is very little difference between the two products"* (D-Gen-1518.3).

In 2007 James Lovejoy at the Department of Energy (DOE) Idaho National Laboratory (INL) conducted testing of the CAEv2 (D-Gen-1908).  The testing was conducted in accordance with MIL-STD-1474C/D, and used a Bruel and Kjær (B&K) head and torso simulator to evaluate impulsive exposures from a variety of small arms, including M-16A2 rifle, M-4 carbine, M-240 machine gun, and a simulated Light Antitank Weapon.  Due to differences in required head and torso simulator soundproofing and attenuation, this test was expected to yield conservative estimates of actual exposure transmission compared to ANSI/ASA testing.  The report concluded that *"The INL analysis of the data indicates that the [CAEv2] does provide adequate protection…when used to protect against impulse noise generated by small arms fire using blank ammunition"* and that *"The [CAEv2] attenuated the sound pressure 10-25 dB depending on the impulse noise pressure"* (Page iii).

### E.      Overall Conclusions on Impulse Testing on the CAEv2

I reviewed over a dozen sets of impulse testing data on the CAEv2.  Impulse testing was conducted by ISL and the military during the early design and development on single-ended prototypes of the Combat Arms in the late 1990s. Since that time, military and government labs (ARL, AFRL, USAARL, NIOSH, DOE), ISL, and private labs (Michael and Associates) have conducted over a dozen impulse studies on the CAEv2.  Based on the collective evidence from the impulse testing conducted on the CAEv2, the yellow end of the CAEv2 works as designed. Its filter provides nonlinear protection starting at 110 dB up to (and even beyond) 190 dB.  Additionally, the green end of the CAEv2 provides the level of linear protection against impulse noise that is expected for a solid, pre-molded triple-flanged product.  I have also reviewed documentation of internal testing of the CAEv2 by 3M, and those documents do not change my opinions. Specifically, 3M conducted impulse testing on the CAEv2 in 2015 (D-Gen-150, D-Gen-162).  These tests were conducted in accordance with ANSI/ASA S12.42-2010 using a shock tube to generate impulses and the ISL manikin.  The results for the first test, conducted in July 2015 on 5 samples of CAEv2s, each tested twice, showed an overall average peak insertion loss of 12 dB at 132 dBP and 37 dB at 168 dBP (D-Gen-150.3). The results for the second test in July 2015, again on 5 samples of CAEv2s, each tested twice, show slightly greater attenuation at each peak level, but are virtually identical overall (D-Gen-162.3).

### F.   Overall Conclusions on Independent Testing of the CAEv2

I have reviewed a large body of independent test data on the CAEv2. This data shows that the CAEv2 performs as designed. The green end provides linear protection at a level expected for a premolded, triple-flanged product. The yellow end provides nonlinear protection starting at 110 dB, and increasing up to, and beyond, 190 dB. The available testing data supports the military's conclusion that the nonlinear technology in the CAEv2 is protective up to 190 dB.

The results of comparative assessments showed that the CAEv2 performed similarly to, if not better than, competitor earplugs, specifically the Moldex Battleplug and the Surefire Sonic Defenders. I believe that, based on these results, there is no validity to any argument that these competitor earplugs were safer alternatives than the CAEv2.

## VIII.  OTOTOXICITY

In addition to occupational noise exposure, other exposures that can lead to hearing loss and tinnitus. Among these is exposures to ototoxic substances, or chemicals that can cause or exacerbate hearing loss, tinnitus, or balance disorders. In addition to required actions for occupational hearing conservation programs, including noise exposure monitoring and use of hearing protection devices, consideration of ototoxic exposures is a recommended practice in such programs, as shown previously in Figure 3.

### A.   Brief introduction to ototoxicity

All substances that may affect the structures and/or function of the inner ear and the connected neural pathways can be considered "ototoxic." Ototoxic substances may cause hearing loss, tinnitus, balance disorders, or a combination of these impacts (Ganesan et al., 2018).

Much of the research that has been conducted to date on ototoxic substances has focused on assessment of ototoxic impacts in animal models. This approach allows for experimental administration of medications under controlled condition, and is highly valuable for establishing biological plausibility. However, complementary human studies are needed to confirm the effects in humans. There is a large body of scientific literature focused on ototoxic medications in humans. This literature includes human epidemiological studies with a range of study designs, including case reports, case/control studies, and cohort studies (Cianfrone et al., 2011; L. Rybak et al., 2008). Additionally, many countries have adverse drug event reporting systems that collect data on drug-related events, including ototoxicity (Barbieri et al., 2019; Cianfrone et al., 2011; Favrelière et al., 2020).

### B.   Mechanisms of ototoxic damage

Ototoxic substances can cause hearing loss and other damage to the inner ear through several different mechanisms, including:

**Damage to cochlear hair cells** Ototoxic agents can damage the hair cells of the cochlea. Typically, damage begins in the outer hair cells in the basal region of the cochlea. After all three rows of outer hair cells in the same region have degenerated, the inner hair cells begin to show damage and degeneration (L. P. Rybak et al., 2008).

**Reduced blood flow to the cochlea** Certain drugs can cause narrowing of the blood vessels and reduced blood flow. The cochlea is highly sensitive to reductions in blood flow and has abundant vasculature for efficient delivery of nutrients and oxygen to cochlear cells. Reduced blood flow suppresses cochlear function (Lopez et al., 2012; Shi, 2018; Toppila et al., 2000).

**Direct toxic effects on cochlea structures** The Stria vascularis within the cochlea can become thinner and lose marginal cells as a result of certain medications. Spiral ganglion cells may also be damaged from overexcitation. Oxygen deprivation, or hypoxia, within the cochlea can also result in damage. Certain drugs also have direct toxic effects on cochlear structures. Additionally, studies have shown the presence of opioid receptors in several structures in the cochlea. Drugs like heroin and opioids can bind directly to these opioid receptors, which reduces auditory sensitivity and neuromodulation (Cianfrone et al., 2011; *Combined Exposure to Noise and Ototoxic Substances | Safety and Health at Work EU-OSHA*, n.d.; Macdonald et al., 2015; Shi, 2018).

As with noise exposure, exposures to ototoxic substances can vary substantially in terms of their concentration, intensity or rate of exposure, and duration of exposure. The effects of ototoxic exposures vary widely and can be immediate or delayed, reversible or permanent, and may stop or continue to develop after exposure ceases (Watts, 2019). Additionally, some effects may be dependent on the amount of an ototoxic substance that has accumulated within the auditory system. Individual genetic differences play a role in determining the susceptibility of certain individuals to specific ototoxic substances (Fu et al., 2021).

## C.     Types of ototoxic damage

Ototoxic substances can exert several types of toxic effects on human hearing:

**Potentiation of hearing loss** occurs when a substance is not ototoxic on its own, but can substantially worsen the impacts on hearing is exposure occurs concurrently with noise exposure (Fechter, 2004). For example, this can occur co-exposures of carbon monoxide and noise (Campo et al., 2013).

**Synergistic interaction with noise** occurs when the effects of two (or more) exposures that occur concurrently are greater than the effect of either of the exposures alone (Boettcher et al., 1987). This can occur with co-exposures of some solvents (for instance, styrene, toluene, xylene, and jet fuels) and noise (Campo et al., 2013).

**Ototoxicity even in the absence of noise** occurs when substances are capable of causing hearing damage even when noise exposures do not exceed an 8-hour equivalent average noise exposure of 75 dBA, i.e., are not capable of causing noise-induced hearing loss (EPA, 1974). This appears to be the case for n-hexane and lead (Vyskocil et al., 2012).

### D. Ototoxic substances

Figure 11 shows a concept map of the major types of ototoxic substances, along with concerns associated with these substances. Broadly, ototoxic substances can be divided into the following groups: pharmaceuticals, ionizing radiation, asphyxiants, solvents, nitriles, heavy metals, and other chemicals and compounds (Watts, 2019).



*Figure 11: Concept map of types of ototoxic agents and associated concerns* (Watts, 2019)

Table 1 shows a summary of select medications and drugs that have been shown to demonstrate ototoxic properties. A number of these substances are used to treat common medical conditions, e.g., anxiety and pain.

*Table 1. Select ototoxic medication and drugs (Summarized from* (Cianfrone et al., 2011; EASHW, 2009; Johnson & Morata, 2010; Kyle et al., 2015; Lanvers-Kaminsky et al., 2017; C. A. Lee et al., 2005; Lopez et al., 2012; Qian & Alyono, 2020; L. P. Rybak et al., 2008; Watts, 2019)(Aulet et al., 2014; Bellé et al., 2007; C. et al., 2013; Choi et al., 2021; Christenson et al., 2010; Ciorba et al., 2009; Curhan et al., 2010; Danescu et al., 2014; Fowler & King, 2008; Hughes et al., 2022; Iqbal, 2002; Joo et al., 2020; Kopec et al., 2012; Kortequee et al., 2005; V. R. Lee et al., 2019; Lin et al., 2021; McKinnon & Lassen, 1998; Mozeika et al., 2020; N., 2004; Nair et al., 2010; Patell et al., 2022; Qian & Alyono, 2020; Rizk, et al., 2020; Saifan et al., 2013; Schrock et al., 2008; Schweitzer et al., 2011; Stenner et al., 2009; Torre & Reed, 2020; Upile et al., 2007; Vorasubin et al., 2013)

| Medication/drug | Examples | Comment |
|---|---|---|
| Nonsteroidal anti-inflammatory drugs (NSAIDS) and analgesics | Ibuprofen<br>5-hydroxy tryptamine agonists<br>Naproxen | NSAIDs target hair cells in the ear, and can cause hearing loss and tinnitus that is typically reversible, but there is some evidence that exposures can also result in permanent hearing loss.<br>Data are not available to confirm no long-term impact of aspirin on hearing thresholds |
| Opioids | Hydrocodone<br>Oxycodone<br>Oxymorphone<br>Propoxyphene<br>Morphine<br>Tramadol<br>Vicodin | Recent literature indicates that abuse of opioids may cause hearing loss<br>    Mechanistic studies in animals have shown that opioids stimulate production and release of endothelin-1 (a vasoconstrictor), which leads to vasospasm and impaired blood flow to the cochlea. |
| Antibiotics | Aminoglycocides (e.g., gentamycin)<br>Macrolides (e.g., erythromycin)<br>Tetracyclines (e.g., minocycline)<br>Fluoroquinolones (e.g., moxifloxacin)<br>Glycopeptides (e.g., vancomycin)<br>Polymixin<br>Carbapenem | Aminoglycosides<br>    Amikacin, gentamycin, and netilmicin target spiral ganglion cells and hair cells in cochlea<br>    Streptomycin targets vestibular hair cells<br>Macrolides<br>    Erythromycin may target stria vascularis in cochlea; reversible ototoxicity.<br>Polymixin<br>    May target hair cells and stria vascularis in cochlea |

| Medication/drug | Examples | Comment |
|---|---|---|
| Antineoplastics | Alkylating (e.g., cisplatin)<br>Vinca alkaloids (e.g., vincristine)<br>Cytotoxics (e.g., bleomycin)<br>Monoclonal antibodies (e.g., Rituximab)<br>Protein kinase inhibitors (e.g., sorafenib) | Mechanisms for different classes appear to involve the production of reactive oxygen species (ROS), which can trigger cell death<br>    Cisplatin targets hair cells in cochlea<br>    Carboplatin targets stria vascularis in cochlea<br>    Oxaliplatin targets spiral ganglion in cochlea<br>Typically bilateral hearing loss |
| Alcohol | | There is some evidence of hearing loss risk related to alcohol consumption, with moderate alcohol drinking potentially having a protective effect on hearing, and consumption consumption possibly having a deleterious effect |
| Antidepressants | Tricyclics (e.g. , amitriptyline)<br>Selective serotonin reuptake inhibitors (e.g., sertraline)<br>Seratonin antagonists (e.g., palonosetron)<br>Neurokinin receptor antagonists (e.g., aprepitant)<br>Selective serotonin and norepinephrine reuptake inhibitors (e.g., venlafaxine) | Tinnitus appears to be more common than hearing loss<br>Muscle relaxants and sedatives can also be ototoxic. |
| Other drugs of abuse | Cocaine<br>Heroin<br>Methadone | Cocaine<br>    Can cause vasoconstriction and potentially subsequent hearing loss, particularly for high-dose users.<br>    There are several case reports indicating that bilateral or unilateral hearing loss may be a complication of intoxication from cocaine, heroin, or a combination of the two drugs, and several epidemiological studies support this notion.<br>Heroin<br>    Case reports indicate that temporary, and possibly permanent, bilateral sensorineural hearing loss and tinnitus may follow heroin use<br>    Hearing loss following overdose may result from cochlear toxicity, hypersensitization of the system, or vascular complications<br>Methadone<br>    Case reports and case series indicate that temporary, and possibly permanent, bilateral sensorineural hearing loss may follow methadone use and overdose |

Table 2 shows additional, non-pharmaceutical ototoxic substances identified by a US Army Public Health Command (USAPHC) document titled "Occupational Ototoxins (Ear Poisons) and Hearing Loss." (USAPHC, n.d.), and via other scientific literature.  Many of these substances are encountered frequently in occupational, military, and/or community settings.

*Table 2: Select non-pharmaceutical ototoxic substances and settings in which they may be encountered (Summarized from* (EASHW, 2009; Fábelová et al., 2019; Johnson & Morata, 2010; USAPHC, n.d.; Vyskocil et al., 2012; Watts, 2019)

| Substance | Likely Exposure Setting(s) |
|---|---|
| Carbon monoxide (including cigarette smoke) | Occupational, military, community |
| Industrial solvents (toluene, styrene, xylene, n-hexane, ethylbenzene, trichloroethylene, perchloroethylene, etc.) | Occupational, military |
| Metals and metalloids (lead, mercury, tin, manganese, arsenic, cadmium, etc.) | Occupational, military, community |
| Organophospate pesticides and paraquat | Occupational, military |
| Hydrogen cyanide, carbon disulfide, fuels | Occupational, military, community |

Figure 12 is a table from the USAPHC document that shows potential ototoxic chemical exposures for US Army soldiers, and also presents estimates of the number of worksites and installations at which these exposures occur (USAPHC, n.d.).  The USAPHC document also recommends routine audiometric surveillance for soldiers who are exposed to more than 50% of the relevant occupational exposure limit for each of the substances shown in the table.

41

**Potential Ototoxic Chemicals in the Occupational Environment**

| Hazard Name | Count of U.S. Army Worksite Occurrences | Count of U.S. Army Installations Representative in Worksite Counts |
|---|---|---|
| Acrylonitrile | 16 | 8 |
| Arsenic | 86 | 19 |
| Carbon Disulfide | 9 | 3 |
| Carbon Monoxide | 2825 | 69 |
| Chemical Warfare Agents | 2494 | 15 |
| Cyanide | 68 | 9 |
| Ethyl Benzene | 475 | 46 |
| Fuels | 1675 | 57 |
| Heptane | 190 | 36 |
| Mercury Compounds | 11 | 7 |
| Manganese | 349 | 46 |
| Methyl Ethyl Ketone | 592 | 52 |
| n-Hexane | 457 | 43 |
| Organic Tin (Sn) | 19 | 6 |
| Organophosphate Pesticides | 3 | 2 |
| Paraquate | 1 | 1 |
| Lead Compounds | 1798 | 71 |
| Perchloroethylene | 103 | 25 |
| Stoddard Solvent | 650 | 49 |
| Styrene | 85 | 27 |
| Toluene | 1303 | 64 |
| Trichloroethylene | 126 | 28 |
| Xylene | 1076 | 63 |

*Figure 12: Potential ototoxic chemical exposures at US Army worksites and installations* (USAPHC, n.d.)

The USAPHC document goes on to identify specific occupational activities that may involve combined exposures to noise and ototoxic chemicals. These include: painting, printing, boat building, construction, furniture making, manufacturing of metal, leather and petroleum products, fueling vehicles and aircraft, firefighting, weapons firing, radiator repair, and pesticide spraying (USAPHC, n.d.).

### E. Combined exposures to ototoxic substances (i.e., mixtures)

The concept of **combined exposures** is an important one in occupational health, and understanding exposures to mixtures of chemicals, including potentially ototoxic chemicals, is challenging, but is also essential in order to improve our understanding of hearing health risks (EASHW, 2009). An example of an exposure that involves a mixture of potentially ototoxic substances is burn pits used on military bases. Materials burned in these pits include trash, paints, chemicals, ordinance, metals, petroleum, plastics, ammunition, medical waste, electronics, oil, and rubber, and JP-8 jet fuel is often used to ignite the fires (Masiol et al., 2016; Szema et al., 2017; Wauters et al., 2019). These materials are converted into aerosols as they burn, and burn pit emissions have been found to contain metals, hydrocarbons, aldehydes, and dioxins (Wauters et al., 2019). N-hexane, lead, manganese, mercury, carbon monoxide, toluene, xylene, benzene, JP-8

42

jet fuel, and ethylbenzene emissions specifically have been linked to military burn pits in Southwest Asia (Engelbrecht et al., 2009; Liu et al., 2016; M Szema, 2013; Medicine, 2011b), and are all featured on the USAPHC ototoxic substances list (USAPHC, n.d.).

The available literature supports the notion that many individuals, and particularly military servicemembers in certain occupations who may also be using prescribed and illicit pharmaceuticals, are at risk of ototoxic exposures, and that in some cases these exposures are due to mixtures of ototoxic chemicals. The effects of concurrent exposure to mixtures of substances cannot necessarily be accurately predicted by their individual effects, and may be greater than the expected sum of damage from each substance on its own (Johnson & Morata, 2010).

## IX.     CONCLUSIONS

Based on the results of my research and review, I conclude the following:

1. Hearing conservation programs should be designed and implemented properly to reduce noise exposure for workers and mitigate the risk of hearing loss and tinnitus as a result of occupational noise exposure.

2. The complete body of REAT attenuation testing data available on the CAEv2 from a number of independent laboratories indicate that the green end of the CAEv2 attenuates noise as expected for a well-fitting premolded earplug. Furthermore, these tests indicate that the yellow end attenuates little noise at threshold levels, as intended. Similarly, the collective evidence from the impulse testing conducted on the CAEv2 by a number of independent laboratories demonstrates that the yellow end of the CAEv2 works as designed. Its filter provides nonlinear protection starting at 110 dB up to – and even beyond – 190 dB. Additionally, the green end of the CAEv2 provides the level of linear protection against impulse noise that is expected for a solid, pre-molded triple-flanged product.

3. Exposures to ototoxic substances, including pharmaceutical agents and industrial chemicals, represents a serious but underrecognized risk to hearing health, including among current and veteran military service members. Some ototoxic substances can cause hearing loss even in the absence of noise, while other substances can cause potentiation or result in synergistic effects on hearing when exposures occur concurrently with elevated noise exposure.

The opinions presented here are based on the information and materials I have received and reviewed to date. If additional information and materials are made available to me, it is possible that my opinions may need to be revised.

Richard L Neitzel, PhD, CIH, FAIHA
11 May 2022

## EXHIBIT A

Abel, S. M. (2008). Barriers to hearing conservation programs in combat arms occupations. *Aviat Space Environ Med*, *79*(6), 591–598.

Abel, S. M., & Rokas, D. (1986). The effect of wearing time on hearing protector attenuation. *Journal of Otolaryngology*.

ACGIH. (2019). *2018-19 Threshold Limit Values for chemical substances and physical agents and biological exposure indices: Audible Sound*. American Conference of Governmental Industrial Hygienists.

ACGIH. (2020). *A guide for the control of audible sound hazards*.

ANSI. (1974). *American National Standard: Method for the Measurement of Real-Ear Protection of Hearing Protectors and Physical Attenuation of Ear Muffs (S3.19-1974)*. American National Standards Institute, Inc.

ANSI/ASA. (2010). *ANSI/ASA S12.42-2010. Methods For The Measurement Of Insertion Loss Of Hearing Protection Devices In Continuous Or Impulsive Noise Using Microphone-In-Real-Ear Or Acoustic Test Fixture Procedures*.

ANSI/ASA. (2020). *ANSI/ASA S12.6-2016 (R2020). Methods For Measuring The Real-Ear Attenuation Of Hearing Protectors*.

Aulet, R. M., Flis, D., & Sillman, J. (2014). A Case of Heroin Induced Sensorineural Hearing Loss. *Case Reports in Otolaryngology*, *2014*. https://doi.org/10.1155/2014/962759

Barbieri, M. A., Cicala, G., Cutroneo, P. M., Mocciaro, E., Sottosanti, L., Freni, F., Galletti, F., Arcoraci, V., & Spina, E. (2019). Ototoxic Adverse Drug Reactions: A Disproportionality Analysis Using the Italian Spontaneous Reporting Database. *Frontiers in Pharmacology*, *10*(SEP). https://doi.org/10.3389/FPHAR.2019.01161

Basu, N., Eng, J. W. L. J. W. L., Perkins, M., Santa-Rios, A., Martincevic, G., Carlson, K., & Neitzel, R. L. R. L. R. L. (2017). Development and application of a novel method to characterize methylmercury exposure in newborns using dried blood spots. *Environmental Research*, *159*(August), 276–282. https://doi.org/10.1016/j.envres.2017.08.021

Bellé, M., Sartori, S. D. A., & Rossi, A. G. (2007). Alcoholism: Effects on the cochleo-vestibular apparatus. *Brazilian Journal of Otorhinolaryngology*, *73*(1). https://doi.org/10.1016/s1808-8694(15)31132-0

Berger, E. H. (2000). Chapter 10: Hearing protection devices. In E. H. Berger, L. H. Royster, J. D. Royster, D. P. Driscoll, & M. L. Layne (Eds.), *The Noise Manual (5th ed)* (pp. 379–454). American Industrial Hygiene Association.

Boettcher, F. A., Henderson, D., Gratton, M. A., Danielson, R. W., & Byrne, C. D. (1987). Synergistic interactions of noise and other ototraumatic agents. *Ear and Hearing*, *8*(4), 192–212. https://doi.org/10.1097/00003446-198708000-00003

C., S., D., G., I., B., & S., E.-S. (2013). Methadone induced sensorineural hearing loss. In *Case Reports in Medicine* (Vol. 2013).

Campo, P., Morata, T. C., & Hong, O. S. (2013). Chemical exposure and hearing loss. *Disease-a-Month : DM*, *59*(4), 119. https://doi.org/10.1016/J.DISAMONTH.2013.01.003

Carlson, K., Basu, N., Fobil, J. N., & Neitzel, R. L. (2021). Metal exposures, noise exposures and audiometry from e-waste workers in agbogbloshie, ghana. *International Journal of Environmental Research and Public Health*, *18*(18). https://doi.org/10.3390/ijerph18189639

Carlson, K., Schacht, J., & Neitzel, R. L. (2018). Assessing ototoxicity due to chronic lead and cadmium intake with and without noise exposure in the mature mouse. *Journal of Toxicology and Environmental Health - Part A: Current Issues*, *81*(20). https://doi.org/10.1080/15287394.2018.1521320

Casali, J. G., & Park, M. Y. (1990). Attenuation performance of four hearing protectors under dynamic movement and different user fitting conditions. *Human Factors*. https://doi.org/10.1177/001872089003200102

Choi, H. G., Hong, S. K., Lee, H. J., & Chang, J. (2021). Acute Alcohol Intake Deteriorates Hearing Thresholds and Speech Perception in Noise. *Audiology and Neurotology*, *26*(4). https://doi.org/10.1159/000510694

Christenson, B. J., Marjala, A. R. P., & Foss, M. (2010). Two cases of sudden sensorineural hearing loss after methadone overdose. *Annals of Pharmacotherapy*, *44*(1). https://doi.org/10.1345/aph.1M250

Cianfrone, G., Pentangelo, D., Cianfrone, F., Mazzei, F., Turchetta, R., Orlando, M. P., & Altissimi, G. (2011). Pharmacological drugs inducing ototoxicity, vestibular symptoms and tinnitus: A reasoned and updated guide. *European Review for Medical and Pharmacological Sciences*, *15*(6), 601–636.

Ciorba, A., Bovo, R., Prosser, S., & Martini, A. (2009). Considerations on the physiopathological mechanism of inner ear damage induced by intravenous cocaine abuse: Cues from a case report. *Auris Nasus Larynx*, *36*(2). https://doi.org/10.1016/j.anl.2008.04.013

Cluff, G. L. (1989). Insert-Type Hearing Protector Stability as a Function of Controlled Jaw Movement. *American Industrial Hygiene Association Journal*. https://doi.org/10.1080/15298668991374435

*Combined exposure to Noise and Ototoxic Substances | Safety and health at work EU-OSHA*. (n.d.). Retrieved May 1, 2022, from https://osha.europa.eu/en/publications/combined-exposure-noise-and-ototoxic-substances

Curhan, S. G., Eavey, R., Shargorodsky, J., & Curhan, G. C. (2010). Analgesic use and the risk of hearing loss in men. *American Journal of Medicine*, *123*(3). https://doi.org/10.1016/j.amjmed.2009.08.006

Danescu, I., Macovei, R., Caragea, G., & Ionica, M. (2014). Sudden sensorineural hearing loss after methadone overdose: A case series. *Clinical Toxicology*, *52*.

Earshen, J. (2000). Chapter 3: Sound measurement: Instrumentation and noise descriptors. In E. H. Berger, L. H. Royster, J. D. Royster, D. P. Driscoll, & M. L. Layne (Eds.), *The Noise Manual (5th ed)* (pp. 41–100). American Industrial Hygiene Association.

EASHW. (2009). *European risk observatory literature review: Combined exposure to noise and ototoxic substances* (E. A. for Safety & H. at Work., Eds.). Office for Official Publications of the European Communities.

Edelson, J., Neitzel, R., Meischke, H., Daniell, W., Sheppard, L., Stover, B., & Seixas, N. (2009). Predictors of hearing protection use in construction workers. *Ann Occup Hyg*, *53*(6), 1–11. https://doi.org/10.1093/annhyg/mep039

Engelbrecht, J. P., McDonald, E. v., Gillies, J. A., Jayanty, R. K. M., Casuccio, G., & Gertler, A. W. (2009). Characterizing mineral dusts and other aerosols from the Middle East--Part 1: ambient sampling. *Inhalation Toxicology*, *21*(4), 297–326. https://doi.org/10.1080/08958370802464273

EPA. (1974). Information on Levels of Environmental Noise Requisite to Protect Public Health and Welfare with an Adequate Margin of Safety. In *US Environmental Protection Agency* (pp. 1–242).

Fábelová, L., Loffredo, C. A., Klánová, J., Hilscherová, K., Horvat, M., Tihányi, J., Richterová, D., Palkovičová Murínová, Ľ., Wimmerová, S., Sisto, R., Moleti, A., & Trnovec, T. (2019). Environmental ototoxicants, a potential new class of chemical stressors. *Environmental Research*, *171*, 378–394. https://doi.org/10.1016/J.ENVRES.2019.01.042

Favrelière, S., Delaunay, P., Lebreton, J. P., Rouby, F., Atzenhoffer, M., Lafay-Chebassier, C., & Pérault-Pochat, M. C. (2020). Drug-induced hearing loss: a case/non-case study in the French pharmacovigilance database. *Fundamental & Clinical Pharmacology*, *34*(3), 397–407. https://doi.org/10.1111/FCP.12533

Fechter, L. D. (2004). Promotion of noise-induced hearing loss by chemical contaminants. *Journal of Toxicology and Environmental Health. Part A*, *67*(8–10), 727–740. https://doi.org/10.1080/15287390490428206

Fingerhut, M., Nelson, D. I., Driscoll, T., Concha-Barrientos, M., Steenland, K., Punnett, L., Prüss-ÜSTÜN, A., Leigh, J., Corvalan, C., Eijkemans, G., & Takala, J. (2006). The contribution of occupational risks to the global burden of disease: Summary and next steps. *Medicina Del Lavoro*.

Fowler, C. G., & King, J. L. (2008). Sudden bilateral sensorineural hearing loss following speedballing. *Journal of the American Academy of Audiology*, *19*(6). https://doi.org/10.3766/jaaa.19.6.2

Franks, J. (1988). Number of workers exposed to occupational noise. *Seminars in Hearing*, *9*(2), 287–297.

Franks, J. R., Murphy, W. J., Harris, D. A., Johnson, J. L., & Shaw, P. B. (2003). Alternative field methods for measuring hearing protector performance. *AIHA J (Fairfax, Va)*, *64*(4), 501–509.

Franks, J., Stephenson, M., & Merry, C. (1996). *Preventing Occupational Hearing Loss: A Practical Guide. DHHS (NIOSH) Publication Number 96-110*. US Dept. of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health.

Fu, X., Wan, P., Li, P., Wang, J., Guo, S., Zhang, Y., An, Y., Ye, C., Liu, Z., Gao, J., Yang, J., Fan, J., & Chai, R. (2021). Mechanism and Prevention of Ototoxicity Induced by Aminoglycosides. *Frontiers in Cellular Neuroscience*, *15*. https://doi.org/10.3389/FNCEL.2021.692762

Gan, W. Q. W. W. Q., Davies, H. W. H., & Demers, P. A. (2011). Exposure to occupational noise and cardiovascular disease in the United States: the National Health and Nutrition Examination Survey 1999-2004. *Occup Environ Med*, *68*(3), 183–190. https://doi.org/10.1136/oem.2010.055269

Ganesan, P., Schmiedge, J., Manchaiah, V., Swapna, S., Dhandayutham, S., & Kothandaraman, P. P. (2018). Ototoxicity: A challenge in diagnosis and treatment. In *Journal of Audiology and Otology* (Vol. 22, Issue 2). https://doi.org/10.7874/jao.2017.00360

Griffin, S. C., Neitzel, R., Daniell, W. E., & Seixas, N. S. (2009). Indicators of hearing protection use: Self-report and researcher observation. *Journal of Occupational and Environmental Hygiene*, *6*(10), 639–647. https://doi.org/10.1080/15459620903139060

Guida, H. L., Taxini, C. L., Gonçalves, C. G. de O., & Valenti, V. E. (2014). Evaluation of hearing protection used by police officers in the shooting range. *Brazilian Journal of Otorhinolaryngology*. https://doi.org/10.1016/j.bjorl.2014.08.003

Hughes, M. L., Rodriguez, A. I., Hatch, J., & Zoucha, K. (2022). Hearing and Vestibular Loss with Misuse of Opioids and Illicit Drugs: A Review of the Literature. In *Audiology and Neurotology*. https://doi.org/10.1159/000521965

Iqbal, N. (2002). Hearing loss in amphetamine users. *Journal of Psychoactive Drugs*, *34*(4). https://doi.org/10.1080/02791072.2002.10399981

Johnson, A.-C., & Morata, T. (2010). *142. Occupational exposure to chemicals and hearing impairment*.

Joo, Y., Cruickshanks, K. J., Klein, B. E. K., Klein, R., Hong, O. S., & Wallhagen, M. I. (2020). The contribution of ototoxic medications to hearing loss among older adults. *Journals of Gerontology - Series A Biological Sciences and Medical Sciences*, *75*(3). https://doi.org/10.1093/gerona/glz166

Kaminski, P. (1996). *Department of Defense Instruction 6055.12: DoD Hearing Conservation Program (HCP)*.

Kerns, E., Masterson, E. A., Themann, C. L., & Calvert, G. M. (2018). Cardiovascular conditions, hearing difficulty, and occupational noise exposure within US industries and occupations. *American Journal of Industrial Medicine*, *61*(6), 477–491. https://doi.org/10.1002/ajim.22833

Kerr, M. J., Neitzel, R. L., Hong, O. S., & Sataloff, R. T. (2017). Historical review of efforts to reduce noise-induced hearing loss in the United States. *American Journal of Industrial Medicine*, *60*(6), 569–577. https://doi.org/10.1002/ajim.22627

Klimpel, K. E. M., Lee, M. Y., Michael King, W., Raphael, Y., Schacht, J., & Neitzel, R. L. (2017). Vestibular dysfunction in the adult CBA/CaJ mouse after lead and cadmium treatment. *Environmental Toxicology*, *32*(3). https://doi.org/10.1002/tox.22286

Kopec, K., Miloradovich, J., & Perrone, J. (2012). What? Did you say opioid induced hearing loss? *Clinical Toxicology*, *50*.

Kortequee, S., Agada, F. O., & Coatesworth, A. P. (2005). Sudden sensorineural hearing loss following intracarotid injection of heroin. *International Journal of Clinical Practice*, *59*(SUPPL. 147). https://doi.org/10.1111/j.1368-504X.2005.00359.x

Kyle, M. E., Wang, J. C., & Shin, J. J. (2015). Ubiquitous aspirin: a systematic review of its impact on sensorineural hearing loss. *Otolaryngology--Head and Neck Surgery : Official Journal of American Academy of Otolaryngology-Head and Neck Surgery*, *152*(1), 23–41. https://doi.org/10.1177/0194599814553930

Lanvers-Kaminsky, C., Zehnhoff-Dinnesen, A. am, Parfitt, R., & Ciarimboli, G. (2017). Drug-induced ototoxicity: Mechanisms, Pharmacogenetics, and protective strategies. *Clinical Pharmacology and Therapeutics*, *101*(4), 491–500. https://doi.org/10.1002/CPT.603

Lee, C. A., Mistry, D., Uppal, S., & Coatesworth, A. P. (2005). Otologic side effects of drugs. *The Journal of Laryngology and Otology*, *119*(4), 267–271. https://doi.org/10.1258/0022215054020485

Lee, V. R., Kessler, B. D., & Majlesi, N. (2019). Opioid-associated sensorineural hearing loss associated with evidence of multiple system organ dysfunction after overdose. *Clinical Toxicology*, *57*(10 PG-1012–1013).

Lin, P. T., Li, I. H., Yang, H. W., Chiang, K. W., Wang, C. H., & Kao, L. T. (2021). Illegal drug use and risk of hearing loss in the united states: A national health and nutrition examination survey. *International Journal of Environmental Research and Public Health*, *18*(22). https://doi.org/10.3390/ijerph182211945

Liu, J., Lezama, N., Gasper, J., Kawata, J., Morley, S., Helmer, D., & Ciminera, P. (2016). Burn Pit Emissions Exposure and Respiratory and Cardiovascular Conditions Among Airborne Hazards and Open Burn Pit Registry Participants. *Journal of Occupational and Environmental Medicine*, *58*(7), e249–e255. https://doi.org/10.1097/JOM.0000000000000776

Lopez, I. A., Ishiyama, A., & Ishiyama, G. (2012). Sudden sensorineural hearing loss due to drug abuse. *Seminars in Hearing*, *33*(3), 251–260. https://doi.org/10.1055/S-0032-1315724/ID/JR00595-48

Lusk, S. L., Ronis, D. L., & Hogan, M. M. (1997). Test of the Health Promotion Model as a causal model of construction workers' use of hearing protection. *Research in Nursing and Health*, *20*, 183–194.

Lusk, S. L., Ronis, D. L., & Kerr, M. J. (1995). Predictors of hearing protection use among workers: implications for training programs. *Hum Factors*, *37*(3), 635–640.

M Szema, A. (2013). Occupational Lung Diseases among Soldiers Deployed to Iraq and Afghanistan. *Occupational Medicine & Health Affairs*, *1*(03). https://doi.org/10.4172/2329-6879.1000117

Macdonald, L. E., Onsrud, J. E., & Mullins-Hodgin, R. (2015). Acute Sensorineural Hearing Loss After Abuse of an Inhaled, Crushed Oxymorphone Extended-Release Tablet. *Pharmacotherapy*, *35*(7), e118–e121. https://doi.org/10.1002/PHAR.1605

Masiol, M., Mallon, T. M., Haines, K. M., Utell, M. J., & Hopke, P. K. (2016). Source Apportionment of Airborne Dioxins, Furans, and Polycyclic Aromatic Hydrocarbons at a United States Forward

48

Operating Air Base During the Iraq War. *Journal of Occupational and Environmental Medicine*, *58*(8 Suppl 1), S31–S37. https://doi.org/10.1097/JOM.0000000000000759

McKinnon, B. J., & Lassen, L. F. (1998). Naproxen-associated sudden sensorineural hearing loss. *Military Medicine*, *163*(11). https://doi.org/10.1093/milmed/163.11.792

Medicine, I. of. (2011a). Long-Term Health Consequences of Exposure to Burn Pits in Iraq and Afghanistan. *Long-Term Health Consequences of Exposure to Burn Pits in Iraq and Afghanistan*, 1–180. https://doi.org/10.17226/13209

Medicine, I. of. (2011b). Long-Term Health Consequences of Exposure to Burn Pits in Iraq and Afghanistan. *Long-Term Health Consequences of Exposure to Burn Pits in Iraq and Afghanistan*, 1–180. https://doi.org/10.17226/13209

Mozeika, A. M., Ruck, B. E., Nelson, L. S., & Calello, D. P. (2020). Opioid-Associated Hearing Loss: A 20-Year Review from the New Jersey Poison Center. *Journal of Medical Toxicology*, *16*(4). https://doi.org/10.1007/s13181-020-00785-5

N., I. (2004). Recoverable hearing loss with amphetamines and other drugs. *Journal of Psychoactive Drugs*, *36*(2).

Nair, E. L., Cienkowski, K. M., & Michaelides, E. (2010). The impact of sudden hearing loss secondary to heroin overdose on fitting outcomes. *American Journal of Audiology*, *19*(2). https://doi.org/10.1044/1059-0889(2010/09-0020)

Neitzel, R., Meischke, H., Daniell, W. E., Trabeau, M., Somers, S., & Seixas, N. S. (2008a). Development and pilot test of hearing conservation training for construction workers. *American Journal of Industrial Medicine*, *51*(2), 120–129. https://doi.org/10.1002/ajim.20531

Neitzel, R., Meischke, H., Daniell, W., Trabeau, M., Somers, S., & Seixas, N. (2008b). Development and pilot test of hearing conservation training for construction workers. *Am J Ind Med*, *51*(2), 120–129. https://doi.org/10.1002/ajim.20531

Neitzel, R., & Seixas, N. (2005a). The effectiveness of hearing protection among construction workers. *Journal of Occupational and Environmental Hygiene*, *2*(4). https://doi.org/10.1080/15459620590932154

Neitzel, R., & Seixas, N. (2005b). The effectiveness of hearing protection among construction workers. *Journal of Occupational and Environmental Hygiene*, *2*(4). https://doi.org/10.1080/15459620590932154

Neitzel, R., Somers, S., & Seixas, N. (2006a). Variability of real-world hearing protector attenuation measurements. *Annals of Occupational Hygiene*, *50*(7). https://doi.org/10.1093/annhyg/mel025

Neitzel, R., Somers, S., & Seixas, N. (2006b). Variability of real-world hearing protector attenuation measurements. *Annals of Occupational Hygiene*, *50*(7), 679–691. https://doi.org/10.1093/annhyg/mel025

Nelson, D. I., Nelson, R. Y., Concha-Barrientos, M., & Fingerhut, M. (2005). The global burden of occupational noise-induced hearing loss. *American Journal of Industrial Medicine*, *48*(6), 446–458. https://doi.org/10.1002/ajim.20223

NIOSH. (1996). *Preventing Occupational Hearing Loss - A Practical Guide.  DHHS (NIOSH) Publication 96-110* (J. Franks, M. Stephenson, & C. Merry, Eds.). US Centers for Diease Control and Prevention, National Institute for Occupational Safety and Health.

NIOSH. (1998). *Criteria for a Recommended Standard: Occupational Noise Exposure, Revised Criteria 1998* (p. 105). US Dept. of Health and Human Services, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health.

Olsen, K. (2014). Intensity dynamics and loudness change: a review of methods and perceptual processes. *Acoustics Australia*, *42*(3), 159–165.

Occupational Noise Exposure: Hearing Conservation Amendment; Final Rule., 46, 4078–4 Fed Reg 9738 (1983).

Park, M. Y., & Casali, J. G. (1991). A controlled investigation of in-field attenuation performance of selected insert, earmuff, and canal cap hearing protectors. *Human Factors*, *33*(6), 693–714. https://doi.org/10.1177/001872089103300606

Patell, K., al Armashi, A. R., Somoza-Cano, F. J., Polanco, V. P., & Ravakhah, K. (2022). Rare Case of Sudden Bilateral Sensorineural Hearing Loss after Cocaine Abuse. In *American Journal of Therapeutics* (Vol. 29, Issue 1). https://doi.org/10.1097/MJT.0000000000001421

Qian, Z. J., & Alyono, J. C. (2020). An association between marijuana use and tinnitus. *American Journal of Otolaryngology*, *41*(1). https://doi.org/10.1016/J.AMJOTO.2019.102314

Rabinowitz, P., Cantley, L. F., Galusha, D., Trufan, S., Swersey, A., Dixon-Ernst, C., Ramirez, V., & Neitzel, R. (2018). Assessing Hearing Conservation Program Effectiveness. *Journal of Occupational and Environmental Medicine*. https://doi.org/10.1097/jom.0000000000001125

Rabinowitz, P., Galusha, D., Cantley, L. F., Dixon-Ernst, C., & Neitzel, R. (2021). Feasibility of a daily noise monitoring intervention for prevention of noise-induced hearing loss. *Occupational and Environmental Medicine*, *78*(11). https://doi.org/10.1136/oemed-2020-107351

Rabinowitz, P. M., Galusha, D., Dixon-Ernst, C., Clougherty, J. E., & Neitzel, R. L. (2013). The dose-response relationship between in-ear occupational noise exposure and hearing loss. *Occupational and Environmental Medicine*, *70*(10). https://doi.org/10.1136/oemed-2011-100455

Reeb-Whitaker, C. K. C., Seixas, N. S., Sheppard, L., & Neitzel, R. (2004). Accuracy of task recall for epidemiological exposure assessment to construction noise. *Occupational and Environmental Medicine*, *61*(2), 135–142. https://doi.org/10.1136/oem.2002.000489

Rizk, H. G., Lee, J. A., Liu, Y. F., Endriukaitis, L., Isaac, J. L., & Bullington, W. M. (2020). Drug-Induced Ototoxicity: A Comprehensive Review and Reference Guide. In *Pharmacotherapy* (Vol. 40, Issue 12). https://doi.org/10.1002/phar.2478

Roberts, B., Cheng, W., Mukherjee, B., & Neitzel, R. (2018). Imputation of missing values in a large job exposure matrix using hierarchical information. *Journal of Exposure Science and Environmental Epidemiology*, *28*(6), 615–648. https://doi.org/10.1038/s41370-018-0037-x

Roberts, B., Sun, K., & Neitzel, R. L. (2017). What can 35 years and over 700,000 measurements tell us about noise exposure in the mining industry? *International Journal of Audiology*, *56*(sup1), 4–12. https://doi.org/10.1080/14992027.2016.1255358

Ronis, D. L., Hong, O., & Lusk, S. L. (2006). Comparison of the original and revised structures of the Health Promotion Model in predicting construction workers' use of hearing protection. *Res Nurs Health*, *29*(1), 3–17. https://doi.org/10.1002/nur.20111

Rybak, L. P., Talaska, A. E., & Schacht, J. (2008). Drug-Induced Hearing Loss. *Prescrire International*, *23*(155), 219–256. https://doi.org/10.1007/978-0-387-72561-1_8

Rybak, L., Talaska, A., & Schacht, J. (2008). Drug-induced hearing loss. In J. Schacht, A. Popper, & R. Fay (Eds.), *Auditory Trauma, Protection, and Repair*. Spring.

Saifan, C., Glass, D., Barakat, I., & El-Sayegh, S. (2013). Methadone induced sensorineural hearing loss. *Case Reports in Medicine*, *2013*. https://doi.org/10.1155/2013/242730

Sataloff, R. T., & Sataloff, J. (1996). *Occupational Hearing Loss, 3rd Edition*. Taylor & Francis.

Sayler, S. K., Rabinowitz, P. M., Cantley, L. F., Galusha, D., Neitzel, R. L., Sayler, S. K., Rabinowitz, P. M., Cantley, L. F., Galusha, D., Sayler, S. K., Rabinowitz, P. M., Cantley, L. F., Galusha, D., & Neitzel, R. L. (2018). Costs and effectiveness of hearing conservation programs at 14 US metal manufacturing facilities Costs and effectiveness of hearing conservation programs at 14 US metal manufacturing facilities. *International Journal of Audiology*, *0*(0), 1–9. https://doi.org/10.1080/14992027.2017.1410237

Sayler, S. K., Rabinowitz, P. M., Galusha, D., Sun, K., & Neitzel, R. L. (2019). Hearing Protector Attenuation and Noise Exposure among Metal Manufacturing Workers. *Ear and Hearing*, *40*(3). https://doi.org/10.1097/AUD.0000000000000650

Sayler, S. K., Roberts, B. J., Manning, M. A., Sun, K., & Neitzel, R. L. (2019). Patterns and trends in OSHA occupational noise exposure measurements from 1979 to 2013. *Occupational and Environmental Medicine*, *76*(2), 118–124. https://doi.org/10.1136/oemed-2018-105041

Sayler, S., Rabinowitz, P., DH, G., Sun, K., & Neitzel, R. (2019). Hearing Protector Attenuation and Noise Exposure Among Metal Manufacturing Workers. *Ear Hear*, *40*(3), 680–689.

Schrock, A., Jakob, M., Wirz, S., & Bootz, F. (2008). Sudden sensorineural hearing loss after heroin injection. *European Archives of Oto-Rhino-Laryngology*, *265*(5). https://doi.org/10.1007/s00405-007-0495-6

Schweitzer, V. G., Darrat, I., Stach, B. A., & Gray, E. (2011). Sudden bilateral sensorineural hearing loss following polysubstance narcotic overdose. *Journal of the American Academy of Audiology*, *22*(4). https://doi.org/10.3766/jaaa.22.4.3

Seixas, N. S. N. S., Neitzel, R., Stover, B., Sheppard, L., Daniell, B., Edelson, J., & Meischke, H. (2011). A multi-component intervention to promote hearing protector use among construction workers. *International Journal of Audiology*, *50*(September), 1–11. https://doi.org/10.3109/14992027.2010.525754

Shi, X. (2018). Cochlear vascular pathology and hearing loss. *Inflammatory Mechanisms in Mediating Hearing Loss*, 61–90. https://doi.org/10.1007/978-3-319-92507-3_4/FIGURES/11

Skogstad, M., Johannessen, H. A., Tynes, T., Mehlum, I. S., Nordby, K., & Lie, A. (2016). *Systematic review of the cardiovascular effects of occupational noise*. 10–16. https://doi.org/10.1093/occmed/kqv148

Stenner, M., Stürmer, K., Beutner, D., & Klussmann, J. P. (2009). Sudden bilateral sensorineural hearing loss after intravenous cocaine injection: A case report and review of the literature. *Laryngoscope*, *119*(12). https://doi.org/10.1002/lary.20711

Stewart, A. (2000). Chapter 6: Program overview and administration. In E. H. Berger, L. H. Royster, J. D. Royster, D. P. Driscoll, & M. L. Layne (Eds.), *The Noise Manual (5th ed)* (pp. 150–164). American Industrial Hygiene Association.

Suter, A. H. (2003). Chapter 16: Standards and Regulations. In and M. L. E Berger, L H Royster, J D Royster, D P Driscoll (Ed.), *In The Noise Manual* (5th ed.). American Industrial Hygiene Association.

Szema, A., Mirsaidi, N., Patel, B., Viens, L., Forsyth, E., Li, J., Dang, S., Dukes, B., Giraldo, J., Kim, P., & Burns, M. (2017). Proposed Iraq/Afghanistan War-Lung Injury (IAW-LI) Clinical Practice Recommendations: National Academy of Sciences' Institute of Medicine Burn Pits Workshop. *American Journal of Men's Health*, *11*(6), 1653–1663. https://doi.org/10.1177/1557988315619005

Tak, S. W., Davis, R. R., & Calvert, G. M. (2009). Exposure to hazardous workplace noise and use of hearing protection devices among us workers-NHANES, 1999-2004. *American Journal of Industrial Medicine*, *52*(5), 358–371. https://doi.org/10.1002/ajim.20690

Toppila, E., Pyykko, I., Starck, J., Kaksonen, R., & Ishizaki, H. (2000). Individual risk factors in the development of noise-induced hearing loss. *Noise and Health*, *2*(8), 59. https://www.noiseandhealth.org/article.asp?issn=1463-1741;year=2000;volume=2;issue=8;spage=59;epage=70;aulast=Toppila

Torre, P., & Reed, M. B. (2020). Self-reported drug use and hearing measures in young adults. *Journal of Speech, Language, and Hearing Research*, *63*(3). https://doi.org/10.1044/2019_JSLHR-19-00180

Ullman, E. D., Smith, L. M., Mccullagh, M. C., & Neitzel, R. L. (2021). Hearing loss as a predictor for hearing protection attenuation among miners. *Occupational and Environmental Medicine*, *78*(5). https://doi.org/10.1136/oemed-2020-106838

Upile, T., Sipaul, F., Jerjes, W., Singh, S., Nouraei, S. A. R., el Maaytah, M., Andrews, P., Graham, J., Hopper, C., & Wright, A. (2007). The acute effects of alcohol on auditory thresholds. *BMC Ear, Nose and Throat Disorders*, *7*. https://doi.org/10.1186/1472-6815-7-4

US Government Accountability Office. (2011). *Hearing Loss Prevention: Improvements to DOD Hearing Conservation Programs Could Lead to Better Outcomes. GAO-11-114.*

USACHPPM. (2006). *TG 41 Personal Hearing Protective Devices: Their Fitting, Care, and Use.*

USAPHC. (n.d.). *Fact Sheet 51-002-0713. Occupational Ototoxins (Ear Poisons) and Hearing Loss.*

Vorasubin, N., Calzada, A. P., & Ishiyama, A. (2013). Methadone-induced bilateral severe sensorineural hearing loss. *American Journal of Otolaryngology - Head and Neck Medicine and Surgery*, *34*(6). https://doi.org/10.1016/j.amjoto.2013.08.011

Vyskocil, A., Truchon, G., Leroux, T., Lemay, F., Gendron, M., Gagnon, F., Majidi, N. el, Boudjerida, A., Lim, S., Emond, C., & Viau, C. (2012). A weight of evidence approach for the assessment of the ototoxic potential of industrial chemicals. *Toxicology and Industrial Health*, *28*(9), 796–819. https://doi.org/10.1177/0748233711425067

Ward, W. D., Royster, L. H., & Royster, J. D. (2003). Chapter 4: Anatomy and Physiology of the Ear : Normal and Damaged Hearing. *The Noise Manual*, 101–122.

Watts, K. L. (2019). Ototoxicity: Visualized in Concept Maps. *Seminars in Hearing*, *40*(2), 177–187. https://doi.org/10.1055/S-0039-1684046

Wauters, R. H., Foster, B. E., & Banks, T. A. (2019). Environmental Exposures and Asthma in Active Duty Service Members. *Current Allergy and Asthma Reports*, *19*(9). https://doi.org/10.1007/S11882-019-0873-3

**EXHIBIT B**

CURRICULUM VITAE

# RICHARD LEE NEITZEL

May 2022

University of Michigan
Department of Environmental Health Sciences
School of Public Health
1415 Washington Heights, 6611 SPH I
Ann Arbor MI 48109
Telephone:  734.763.2870; Fax: 734.763.8095
Email: rneitzel@umich.edu
https://umexposureresearch.org/

(a)      EDUCATION AND
QUALIFICATIONS

PhD Environmental and Occupational Hygiene, University of Washington, Seattle, WA, 2009

MS Environmental Health, University of Washington, Seattle, WA, 1998

BS Safety (Psychology minor), University of Southern California, Los Angeles, CA, 1996

Certified Industrial Hygienist (CIH), Comprehensive Practice, American Board of Industrial Hygiene, 2003

## EXPERIENCE

| Position | Organization | Dates |
|---|---|---|
| Professor of Environmental Health Sciences | University of Michigan (UM) Department of Environmental Health Sciences, Ann Arbor, MI | 2021-present |
| Professor of Global Public Health | University of Michigan (UM), Ann Arbor, MI | 2021-present |
| Associate Director of Global Public Health | University of Michigan (UM) School of Public Health, Ann Arbor, MI | 2020-present |
| Associate Professor of Global Public Health | University of Michigan (UM), Ann Arbor, MI | 2018-present |
| Associate Professor of Environmental Health Sciences | University of Michigan (UM) Department of Environmental Health Sciences, Ann Arbor, MI | 2016-present |
| Associate Chair of Environmental Health Sciences | University of Michigan (UM) Department of Environmental Health Sciences, Ann Arbor, MI | 2016-2020 |
| Assistant Professor of Environmental Health Sciences | University of Michigan (UM) Risk Science Center and Department of Environmental Health Sciences, Ann Arbor, MI | 2011 – 2016 |

53

| Position | Organization | Dates |
|---|---|---|
| Visiting Researcher | Environmental and Occupational Medicine, Sahlgrenska University Hospital, University of Göteborg, Göteborg, Sweden | 2012-present |
| Visiting Researcher | Karolinska Institute, Stockholm, Sweden | 2012 – 2013 |
| Research Consultant | New York City Department of Health and Mental Hygiene, New York, NY | 2011 – 2012 |
| Research Scientist | University of Washington (UW) Department of Environmental and Occupational Health Sciences, Seattle, WA | 2000 – 2011 |
| Research Consultant | Columbia University Department of Sociomedical Sciences, New York, NY | 2008 – 2011 |
| Research Industrial Hygienist | UW Department of Environmental and Occupational Health Sciences, Seattle, WA | 1998 – 2000 |
| Research Consultant | United Brotherhood of Carpenters/National Institute for Occupational Safety and Health, Seattle, WA | 1998 |
| Research Assistant | UW Department of Environmental Health, Seattle, WA | 1997 – 1998 |
| Industrial Hygiene Intern | Safety and Claims Management, Metro-King County, WA | 1997 – 1998 |
| Safety Intern | Seagate Substrates, Inc., Anaheim, CA | 1996 |
| Safety and Health Intern | Risk Management Section, Los Angeles County Department of Public Works, CA | 1995-1996 |
| Laboratory Technician | University of Southern California Head Protection Research Laboratory, Los Angeles, CA | 1994-1996 |

## AWARDS

National Hearing Conservation Association Michael Beall Threadgill Award for Outstanding Leadership and Service, 2022

National Hearing Conservation Association Outstanding Lecture Award, 2019

University of Michigan Interprofessional Leadership Fellow, 2018

University of Michigan School of Public Health Excellence in Teaching Award recipient, 2017

Fellow of the American Industrial Hygiene Association, 2015

American Industrial Hygiene Association Project Team Award for 85-3 Project, 2012

National Institute for Occupational Safety and Health "National Occupational Research Agenda Innovative Research Award, 2011"

University of Washington School of Public Health "Gilbert S. Omenn Award for Academic Excellence, 2009"

American Industrial Hygiene Association Scholarship, 2007

American Industrial Hygiene Association Biological Monitoring Committee "Best Student Oral Presentation, 2007"

American Industrial Hygiene Association "Future Leaders Institute" invitee, 2006

3M Corporation Industrial Hygiene Scholarship, 2006

American Industrial Hygiene Association Noise Committee "Outstanding Lecture Award" – 1999, 2004,

2005, and 2010

University of Washington Department of Environmental and Occupational Health Sciences "Community Outreach Award, 2004"

Puget Sound Safety Summit "Trainer of the Year for the Overall Good of the Industry, 2002"

Pacific Northwest Section-American Industrial Hygiene Association Scholarship, 1997

Centers for Disease Control and Prevention/National Institute for Occupational Safety and Health Fellowship, 1996-1997.

(b)

## RESEARCH

Current Support

1. Apple Inc, PROC20181681. Apple Hearing Study. 20% effort. **PI, R Neitzel.** 9/1/21-8/31/24. Total Direct Costs (TDC) $931,600.

2. National Institute for Occupational Safety and Health, R01 OH011082. Novel gas chromatography for rapid, in-situ workplace hazardous VOC analysis. 8% effort. PI, X Fan, **Co-I, R Neitzel**. 8/1/18-11/30/22. TDC $1,442,492, of which my budget is $177,000.

3. National Institute for Occupational Safety and Health, T42 OH008455. University of Michigan Education and Research Center. 14% effort. Deputy Center Director, Associate Director of Industrial Hygiene Program, Director of Industrial Hygiene Program. PI, S Batterman, **Co-I, R Neitzel**. 7/1/18-6/30/23. TDC $8,592,930, of which my budget is $1,950,000.

4. National Institute on Minority Health and Health Disparities, T37MD001425. University of Michigan Minority Health and Health Disparities International Research Training Program. PI M Boulton, **Co-I, R Neitzel**. 7/1/19-6/30/24. $1,250,000 TDC.

5. Department of Health and Human Services. NU50CK000510. FY2022 COVID-19 Targeted Wastewater Based Epidemiology for SARS-CoV-2 in buildings on- and off- University of Michigan Campus. PI, Xi. **Co-I, R Neitzel**. 1/1/2022-12/31/2022. TDC $986,945.

6. Ford Motor Company, N029580. Social Determinants of COVID-19 in Ford Employees in Southeastern Michigan: A Longitudinal Study. 5% effort. PI, J Eisenberg and N Fleischer, **Co-I, R Neitzel**. 10/1/20-12/31/21. TDC $250,000.

7. National Institute for Occupational Safety and Health, R21 OH011896. Exploring the association between occupational noise exposures and injuries. 15% effort. **PI, R Neitzel**. 9/1/19-8/30/21. TDC $274,604.

8. National Institute of Environmental Health Sciences, GRANT13177915. R25 Michigan-Ohio Occupational Research Education (MOORE) Program. **Co-I, R Neitzel**, PI, S Batterman. 5% effort. 5/1/21-4/30/26. TDC $1,246,640. Submitted 7/28/20.

9. University of Michigan Provost's Office and School of Public Health. Understanding COVID exposure risks on campus. Co-PI, R Neitzel. 7/21/20-12/31/21. TDC $125,000.

Pending Support

1. National Institute of Environmental Health Sciences, GRANT13452469. Environmental, Occupational, and Health Impacts of Historical Redlining. 25% effort. **PI, R Neitzel**. 4/1/2022-3/31/2027. TDC $2,284,780.

2. National Institute of Deafness and Communication Disorders, GRANT13379838. Researching the Health Impacts of Noise On Society (RHINOS). 25% effort. **PI, R Neitzel**. 4/1/2022-3/31/2027. TDC $2,353,986.

3. National Institute for Occupational Safety and Health, GRANT13391603. Injustices and Characteristics of Occupational Noise in Communities (ICONIC). 13% effort. **PI, R Neitzel**. 4/1/2022-03/31/2024. TDC $274429

4. National Institute on Aging, GRANT13126425. Multi-sensory impairment, physical functioning and falls among mid-life women. PI, C Karvonen-Gutierrez, **Co-I, R Neitzel**. 7% effort. 4/1/21-3/31/26. TDC $2,075,373. Resubmitted Jan 5, 2022.

Past Support

1. National Institute for Occupational Safety and Health. Intergovernmental Personnel Agreement for Assistance with National COVID-19 Response. 15% effort. PI, R Neitzel. 9/1/20-8/31/21. TDC $35,828.

2. AFA-Försäkring (Sweden), Dnr 110104. Effects of noise exposure and hearing loss on risk of cardiovascular disease. 4% effort. **Co-PIs, R Neitzel** and E Andersson. 4/1/17-6/1/21. TDC $292,345.

3. Alpha Foundation for Mine Safety and Health, AFC719-20. Assessing Noise Exposures, Hearing, and Risk of Injuries Among Miners. 25% effort. **PI, R Neitzel.** 9/1/18-5/30/20. TDC $208,011.

4. Development of Guidelines to Protect the US Public from Noise Exposure. Department of Health and Human Services, Federal Occupational Health, Contract number HHSP2332014000131. 11/8/2017-8/31-2018. **PI, R Neitzel.** TDC $42,500.

5. University of Michigan MCubed Program. Enhancing Informal Electronic Waste Recycling Tools and Methods. 1/1/19-12/31/19. 0% effort. **PI, R Neitzel**. TDC $60,000.

6. University of Michigan Graham Sustainability Institute. Identifying Comprehensive Solutions To Electronic Waste Recycling. 2% effort. **PI, R Neitzel**. 9/1/2016-12/31/2019. TDC $250,000.

7. University of Michigan Lifestage Environmental Exposures and Disease (M-LEEaD) Center. Health risks to vulnerable populations from exposure to airborne asbestos from the demolition of abandoned homes in Detroit. 4/1/17-3/31/18. 0% effort. **PI, R Neitzel.** TDC $49,578.

8. University of Michigan Office of Research. Asbestos Emissions Related to the Demolition of Abandoned Residential Dwellings in Detroit. 1/1/17-8/31/17. 0% effort. **PI, R Neitzel**. TDC $23,500.

9. University of Michigan MCubed Program. Public health and public policy approaches to electronic waste recycling. 12/1/16-12/31/17. 0% effort. **PI, R Neitzel.** TDC $60,000.

10. University of Michigan Dow Distinguished Award Program. Feasibility Study for the Development of a Sustainability Consulting Firm. 0% effort. 5/30/17-5/29/18. **Faculty advisor, R Neitzel**. TDC $5,000.

11. National Institute for Occupational Health and Safety T42 OH008455. The University of Michigan Education and Research Center. 15% effort. PI, S Batterman; **Co-I R Neitzel**. 7/1/2013-6/30/2018. TDC $8,101,830, of which my budget was $500,000.

12. University of Michigan Office of Global Public health. Policy and waste management issues in informal electronic waste recycling. 3/15/18-6/30/18. **PI, R Neitzel.** TDC $7,500.

13. National Institute for Occupational Safety and Health. R01 OH008641. Daily Exposure Monitoring Intervention to Prevent Hearing Loss. 20% effort. **Co-PI, R Neitzel** and P Rabinowitz. 7/1/12-6/30/17, TDC $1,589,438. **UM subcontract,** TDC $427,147.

14. National Institute for Occupational Health and Safety, R01 OH010132. Assessing hearing conservation effectiveness. 20% effort. **Co-PI, R Neitzel** and P Rabinowitz. 9/1/11-6/30/17, TDC $1,231,051. **UM subcontract,** TDC $330,614.

15. University of Michigan National Institute for Occupational Safety and Health, 1R21OH010482. Development of a US/Canadian Job Exposure Matrix for Noise. 15% effort. **PI, R Neitzel**. 9/1/13-8/30/17. TDC $275,000.

16. AFA-Försäkring (Sweden). Assessment of cardiovascular disease associated with noise, dust and shiftwork. 10% effort. E Anderson, PI. 1/1/13-12/31/16, **PI on UM subcontract, R Neitzel,** TDC $47,980.

17. The Gerber Foundation. Evaluation of the Effects of Prenatal Exposure to Non-Essential Heavy Metals on Hearing. 10% Effort. **PI, R Neitzel.** 5/1/13-4/30/16, TDC $125,740.

18. National Institute for Deafness and Communication Disorders, 1R03DC013378. Pilot assessment of the effects of noise, lead, and cadmium on hearing in mice. 10% effort. **PI, R Neitzel.** 7/1/13-9/30/15. TDC $155,500.

19. University of Michigan Risk Science Center. Risks and Risk Reduction Strategies Related to Noise Exposure. 0% effort. **PI, R Neitzel.** 2/1/14-8/30/15. $108,220.

20. University of Michigan Graham Institute for Sustainability. Integrated Assessment of Water Sustainability, Infrastructure Inequalities. 0% effort. **Co-PI, R Neitzel**. 1/1/12-8/1/15. TDC $349,950.

21. University of Michigan Thai Studies Grant Program, Center for Southeast Asian Studies. 0% effort. **PI, R Neitzel.** 4/1/15-3/31/16, TDC $3300.

22. University of Michigan Office of Research. Noise, heavy metals, and hearing loss among electronic waste recycling workers in Accra, Ghana. 0% effort. **PI, R Neitzel**. 4/1/14-3/31/15, TDC $14,887.

23. University Research Corridor. Evaluation of the Effects of Prenatal Exposure to Non-Essential Heavy Metals on Hearing. 0% effort. **PI, R Neitzel.** 12/1/12-4/1/15, TDC $24,488.

24. University of Michigan Injury Center. Evaluation of Risk Factors for Vehicle/Bicycle Crashes. 0% effort. **PI, R Neitzel.** 8/1/12-7/31/13, TDC $24,524.

25. University of Michigan Center for Occupational Health and Safety Engineering. Evaluation of noise, stress, and injury risk among firefighters. 0% effort. **PI, R Neitzel**. 7/1/13-6/30/14. TDC $19,452.

26. University of Michigan Center for Occupational Health and Safety Engineering. Heavy Metals Exposure, Noise and Hearing Loss Among E-waste Workers in Accra, Ghana. 0% effort. **PI, R Neitzel**. 2/1/14-6/30/14. TDC $19,854.

27. University of Michigan MCubed Program. Risk Governance for Disruptive Technologies. 12/1/12-6/1/14. 0% effort. **PI, R Neitzel.** TDC $60,000.

28. National Institute for Occupational Health and Safety, R01 OH009655. Control of welding fume exposures in shipbuilding confined spaces. 10% effort. Co-I, N. Seixas, PI. 9/15/10-9/14/13, TDC $749,999. **PI on UM subcontract, R Neitzel,** $31,124.

29. Etymotic Research, Inc equipment grant. **PI, R Neitzel**. 3/1/13, TDC $5000.

30. National Institute for Occupational Safety and Health. Assessing agricultural safety and health among Hmong farmers. 5% effort. PI, AB de Castro. **Consultant, R Neitzel**. 10/1/11-9/30/13, TDC $187,338.

31. Karolinska Institute, Stockholm, Sweden. A study to characterize exposures to work and non-work noise. 10% effort. **PI, R Neitzel.** 6/1/12-8/15/12, TDC $8,095.

32. University of Michigan Spring/Summer Research Grants Program, 2012. 0% effort. **PI, R Neitzel**. 5/1/12-8/31/12, TDC $11,359.

33. National Institute of Environmental Health Sciences, R01 ES017809. Characterization of exposure and response biomarkers among welder apprentices. 10% effort. PI, N Seixas. **Co-I, R Neitzel**. 9/15/10-9/14/13, TDC $1,188,173.

34. Washington State Department of Labor and Industries, 2009-ZH-00115. Development of an effective labor/management health and safety committee in a dual-lingual, high-hazard industry. 10% effort. PI, N Seixas. **Co-I, R Neitzel**. 6/15/10-2/1/12. TDC $223,479. **PI on UM subcontract, R Neitzel, $6,139.**

35. National Institute of Environmental Health Sciences, R21 ES015347A. Noise exposure and health outcomes in subway riders. PI, R Gershon. **Co-I, R Neitzel**. 10% effort. 3/01/08-2/28/10, TDC $275,000.

36. National Institute for Occupational Safety and Health, R01 OH 003912-06. Longitudinal follow-up of hearing in construction workers. PI, N Seixas. **Co-I, R Neitzel**. 20%, 9/1/05-8/31/10, TC $2,232,914.

37. National Institute for Occupational Safety and Health, 1 R01 OH 008078. Effectiveness of training and reinforcement on HPD use among construction workers. PI, N Seixas. **Co-I, R Neitzel**. 20%. 4/01/05-3/31/09; TC $1,044,211.

38. Custom Protect Ear, Inc. Assessing Hearing Protection Device Attenuation. PI, N Seixas. **Co-I, R Neitzel**. 25% effort. 4/25/05-7/15/05, TC $12,646.

39. Custom Protect Ear, Inc. Assessing Hearing Protection Device Attenuation. PI, N Seixas. **Co-I, R Neitzel**. 25% effort. 10/1/03-1/31/04, TC $20,200.

40. National Institute for Occupational Safety and Health, R01 OH 003912. Prospective study of hearing damage among newly-hired construction workers. PI, N Seixas. **Co-I, R Neitzel**.50% effort. 9/30/99-9/29/04; TDC $1,379,737.

41. National Institute for Occupational Safety and Health, R01 OH 03965. Peak Exposures in Aluminum Smelting. PI, N. Seixas. **Co-I, R Neitzel**. 5% effort. 9/30/99-9/29/02, $475,000 (TDC).

42. Pacific Northwest Center for Agricultural Safety and Health. Vibration and Noise Exposures and Health Effects in Logging Operations. PI, M Yost. **Co-I, R Neitzel**.50% effort, 9/30/99-9/29/01, $200,000 TDC.

43. WA State Dept. of Labor and Industries. Puget Sound Area Construction Safety Summit. Evaluation sub-contract. PI, N Seixas. **Co-I, R Neitzel**. 25% effort. 7/1/2000-6/30/2001, $250,000 TDC ($30,000 subcontract).

44. Center to Protect Workers' Rights. Noise Exposure Among Construction Trades. 9/1/97-8/30/98. **PI, R Neitzel.** 100% effort. $16,709 TDC.


## BIBLIOGRAPHY

Scopus H-Index: 33

Peer-Reviewed, Published (T denotes trainee, * denotes corresponding author)

1. Zhang X, Wu J, Smith LM, Li , Yancey O, Franzblau S, Dvonch JT, Xi C*, **Neitzel RL**\*. Monitoring SARS-CoV-2 in Air and on Surfaces and Estimation of Infection Risk in Public Buildings on a University Campus. *J Exp Sci Environ Epidem* 2022 Apr 27;1-8. doi: 10.1038/s41370-022-00442-9 [online ahead of print]

2. Shkembi A[T], Smith L, Le A, **Neitzel RL\***. Noise exposure and mental workload: evaluating the role of multiple noise exposure metrics using BKMR modeling among surface miners in the US Midwest. *Appl Ergonom* 103, 103772. https://doi.org/10.1016/j.apergo.2022.103772.

3. Shkembi A[T], Neitzel RL*. Noise as a risk factor for COVID-19 transmission: Comment on Zhang: "Estimation of differential occupational risk of COVID-19 by comparing risk factors with case data

by occupational group." *Am J Ind Med* doi: 10.1002/ajim.23349 [epub ahead of print].

4. Shkembi A[T], **Neitzel RL***.  Noise as a risk factor for COVID-19 transmission: Comment on Zhang: "Estimation of differential occupational risk of COVID-19 by comparing risk factors with case data by occupational group."  *Am J Ind Med* 2022 [epub ahead of print]. DOI: 10.1002/ajim.23349

5. **Neitzel RL***, Smith L, Wang L, Green G, Block J, Carchia M Mazur K, DePalma G, Azimi R, Villanueva B.  Toward a better understanding of non-occupational sound exposures and associated health impacts: Methods of the Apple Hearing Study.  *J Acoust Soc Am* 2022, https://doi.org/10.1121/10.0009620, [epub ahead of print].

6. Arain AL[T], **Neitzel RL**, Nambunmee K, Hischier R, Jindaphong S, Jolliet O, Austin-Brenneman J. Material flow, economic and environmental life cycle performances of informal electronic waste recycling in a Thai community. *Res Conserv Recycl* 2022; 180:106129.

7. Shkembi A[T], Smith LM, **Neitzel RL***. Retrospective assessment of the impact of noise exposure on non-fatal and fatal injury rates among miners in the US from 1983-2014. A*m J Ind Med* 65: 30-40. doi: 10.1002/ajim.23305 doi: 10.5696/2156-9614-11.31.210908.

8. Shkembi A[T], Smith LM, Roberts B, **Neitzel RL***. Fraction of acute work-related injuries attributable to hazardous occupational noise across the US in 2019. *Occup Environ Med* 2021 Oct 25 2021. doi: 10.1136/oemed-2021-107906. Online ahead of print.

9. Nambunmee K*, Lampang R, Kawiya T, **Neitzel RL**, Seeprasert P.  Pesticide spraying and reduced cholinesterase activity in Lahu hill tribe farmers. *J Health Pollution* 2021; 11(31). doi: 10.5696/2156-9614-11.31.210908.

10. Shkembi A[T], Nambunmee K, Jindaphing S, Parra-Giordano D, Yohannessen K, Ruiz-Rudolph P, **Neitzel RL**, Aubrey Arain[T]. Work task association with lead urine and blood biomarker concentrations in informal electronic waste recyclers in Thailand and Chile.  *Int J Environ Res Pub Health* 2021 Oct 9;18(20):10580. doi: 10.3390/ijerph182010580.

11. Carlson K[T], Basu, Fobil JN, **Neitzel RL*** Metal Exposures, Noise Exposures, and Audiometry from E-waste Workers in Agbogbloshie, Ghana. *Int J Environ Res Pub Health* 2021. 18, 9639. https://doi.org/10.3390/ijerph18189639

12. Wang Z, **Neitzel RL**, Zheng W, Dezheng W, Xue X, Jiang G. Road safety problems of courier and take-out food delivery electric bike riders: a cross-sectional study in one municipality in China.  *Traff Inj Prev* 2021; 22(7): 564–569. https://doi.org/10.1080/15389588.2021.1895129

13. **Neitzel RL***, Andersson M, Lohman S, Torén K, Andersson E.  Dust exposures in Swedish soft tissue paper mills. *Ann Work Environ Health* 2021.  https://doi.org/10.1093/annweh/wxab063.

14. Diong HT[T], **Neitzel RL**, Martin WH*.  Spatial evaluation of environmental noise with the use of participatory sensing system in Singapore.  *Noise Mapping* 2021; 8: 236-248. https://doi.org/10.1515/noise-2021-0019.

15. Rabinowitz PM, Galusha D, Cantley L, Dixon-Ernst C, Ramirez V, **Neitzel RL**. Feasibility of a daily noise monitoring intervention for prevention of noise induced hearing loss. *Occup Environ Med*. Epub ahead of print: 4 July 2021. doi:10.1136/oemed-2020-107351.

16. Coulentianos MJ, Arezoomand M, Chou S, Austin-Breneman J, Adhvaryu A, Nambunmee K, **Neitzel R**, Sienko K.  Product representations in conjoint analysis in an LMIC setting: comparing attribute valuation when three-dimensional physical prototypes are shown versus two-dimensional renderings.  *Development Eng* 2021; 6: 100063.  https://doi.org/10.1016/j.deveng.2021.100063

17. Gharib S[T], Martin B, **Neitzel RL***.  Pilot assessment of occupational safety and health of workers in an aircraft maintenance facility.  *Saf Sci* 141 (2021) 105299, https://doi.org/10.1016/j.ssci.2021.105299

18. Bellamo T, Prasad S, Abou-Hanna J, Talluru S, Xie Y, Wang L, Green G, **Neitzel RL***.  Pilot

Characterization of Noise exposure in Places of Worship. *Appl Acoust* September 2021; 180: 108114. https://doi.org/10.1016/j.apacoust.2021.108114.

19. Forte C, **Neitzel R**, Guytingco A[T], Peraino N, Jindaphong S, Colacino R, Nambunmee K. Pesticide exposure and adverse health effects associated with farm work in Northern Thailand.  *J Occup Health* 2021; 63:e12222. https://doi.org/10.1002/1348-9585.12222

20. Ullman E[T], Smith LM, McCullagh MC, **Neitzel RL\***. Hearing loss as a predictor for hearing protection attenuation among miners.  *Occup Environ Med* 2021 Apr 15; 78:371-376. http://dx.doi.org/10.1136/oemed-2020-106838

21. Chou S, Arezoomand M, Coulentianos MJ, Nambunmee K,  **Neitzel RL**, Adhvaryu A, Austin-Breneman J\*. The Stakeholder Agreement Metric (SAM): quantifying preference agreement between product stakeholders.  *J Mech Design* Dec 2020 https://doi.org/10.1115/1.4049315. [epub ahead of print]

22. Smith LM, Wang L, Mazur K, Carhcia M, DePalma G, Azimi R, Mravca S, **Neitzel RL\***.  Impacts of COVID-19-related social distancing measures on personal environmental sound exposures.  *Environ Res Letters* 2020 15 104094.   https://iopscience.iop.org/article/10.1088/1748-9326/abb494/pdf

23. Eriksson HP, Söderberg M, **Neitzel RL**, Torén K, Andersson E.  Cardiovascular mortality in a Swedish cohort of female industrial workers exposed to noise and shift work.  *Int Arch Occup Environ Health* 2021 Feb;94(2):285-293. PMC7873009.

24. Jacobs N\*, Roberts B, Reamer H, McMenamy C, **Neitzel RL**, Gaffney, S.  Noise Exposures in Different Community Settings Measured by Traditional Dosimeter and Smartphone App. *Appl Acoust*. 2020;167:107408.

25. **Neitzel RL\*,** Sayler SK, Demond AH, d'Arcy H, Garabrant DH, Franzblau A.  Measurement of Asbestos Emissions Associated with Demolition of Abandoned Residential Dwellings. *Sci Tot Environ*. 2020 Jun 20;722:137891. PMC7261207.

26. Franzblau A, Demond AH, Sayler SK, D'Arcy H, **Neitzel RL\***. Asbestos-Containing Materials in Abandoned Residential Dwellings in Detroit. *Sci Tot Environ* 2020 Apr 20;714:136580. PMC7060826.

27. Torén K\*, **Neitzel RL**, Sällsten G, Andersson E. Occupational exposure to soft paper dust and mortality.  *Occup Environ Med* 2020 Aug;77(8):549-554.  PMC7402447.

28. **Neitzel RL**\*, Andersson M, Lohman S, Torén K, Andersson E.   A semi-quantitative job exposure matrix for dust exposures in Swedish soft tissue paper mill. *Am J Ind Med* 2020 Apr;63(4):359-367.

29. Nambunmee K, Sayler SK, Arain AL[T], **Neitzel RL\***.  Metal levels, genetic instability, and renal markers in electronic waste worker from Thailand.  *Int J Occup Environ Med* 2020 Apr;11(2):72-84.  PMC7205511.

30. Arain AL, Pummill R[T], Adu-Brimpong J[T], Becker S[T], Green M[T], Ilardi M[T], van Dam E[T], **Neitzel, RL\***.  Analysis of e-waste recycling behavior based on survey at a Midwestern US University. *Waste Manag* 105 (2020) 119–127.

31. Andersson E, Sällsten G, Lohman S, **Neitzel RL**, Torén K. Lung function and paper dust exposure among workers in a soft tissue paper mill.  *Int Arch Occup Environ Health* 2020 Jan;93(1):105-110. PMC6989582

32. **Neitzel RL\*,** Fligor BJ.  Risk of Noise-Induced Hearing Loss Due to Recreational Sound: Review and Recommendations.  *J Acoust Soc Am* 2019 Nov;146(5):3911.

33. Roberts B, **Neitzel RL\*.** Noise exposure limit for children in recreational settings: review of available evidence.  *J Acoust Soc Am* 2019 Nov;146(5):3922

34. Basu N\*, Pawly J, **Neitzel RL**. Analysis of copper, selenium, and zinc in newborn dried bloodspots using Total Reflection X-Ray Fluorescence (TXRF) spectroscopy. *Peer J Analytical Chem* 2019. doi:10.7717/peerj-achem.1

60

35. Seith R[T], Langeland A[T], Nambunmee K, Adar S, **Neitzel RL\***. Self-Reported Health and Metal Body Burden in an Electronic Waste Recycling Community in Kalasin, Thailand. *J Occup Environ Med* 2019 Nov;61(11):905-909

36. Arain A[T], **Neitzel RL\*.** A review of biomarkers used for assessing human exposure to metals from e-waste. *Int J Environ Res Pub Health* May 2019; 16: 1802. PMC6572375

37. Zhuo W, **Neitzel RL**, Xiaodan X, Wenlong Z, Guohong J. Awareness, riding behaviors, and legislative attitudes toward electric bikes among two kinds of road users: An investigation in one Municipality of China. *Traffic Inj Prev.* 2019;20(1):72-78.

38. Carlson K[T], **Neitzel RL**\*. Hearing Loss, Lead (Pb) Exposure, and Noise: A Sound Approach to Ototoxicity Exploration. *J Toxicol Environ Health Pt B* 2019, Jan 21:1-21.

39. Burns KN[T], Sayler SK, **Neitzel RL\***. Stress, Health, Noise Exposures, and Injuries Among Electronic Waste Recycling Workers in Ghana. *J Occup Med Toxicol* 2019 14:1. PMC6327403

40. Yohannessen K, Pinto-Galleguillos D, Parra D, Agost A, Valdés M, Smith L[T], Galen K[T], Rojas F, **Neitzel RL,** Ruiz Rudolph P\*. Health assessment of electronic waste workers in Chile: study design and participant characterization. *Int J Environ Res Pub Health* 2019, 16, 386. PMC6388190

41. Rempel D\*, Antonucci A, Cooper MR, Martin B, **Neitzel RL**. Pneumatic Rock Drill vs. Electric Rotary Hammer Drill: Productivity, Vibration, Dust, and Noise when Drilling into Concrete. *Appl Ergonom* 2019 Jan;74:31-36.

42. Sayler SK, Roberts B[T], Manning M[T], Sun K, **Neitzel RL\***. Patterns and Trends in OSHA Occupational Noise Exposure Measurements from 1979 to 2013. *Occup Environ Med.* 2019;76:118–124.

43. Sayler SK, Rabinowitz PM, Galusha DH, Sun K, **Neitzel RL\***. Hearing Protector Attenuation and Noise Exposure Among Metal Manufacturing Workers. *Ear Hear* May/Jun 2019;40(3):680-689. PMC6395583

44. Carlson K[T], Schacht J, **Neitzel RL\***. Assessing ototoxicity due to chronic lead and cadmium intake with and without noise exposure in the mature mouse. *J Toxicol Environ Health Pt A: Curr Issues* (Sept 2018). PMC6349363

45. Guytincgo A[T], Thepaksorn P, **Neitzel RL\***. Prevalence of Abnormal Serum Cholinesterase and Associated Symptoms from Pesticide Exposure among Agricultural Workers in Trang Province, Thailand. *J AgroMed* (2018) 23:3, 270-278.

46. Roberts B[T], Cheng W[T], Mukherjee B, **Neitzel RL**\*. Imputation of Missing Values in a Large Job Exposure Matrix using Hierarchical Information. *J Exp Sci and Environ Epid* 2018 Nov;28(6):615-648.

47. Roberts B[T], Seixas NS, Mukherjee B, **Neitzel RL\*.** Evaluating the Risk of Noise-Induced Hearing Loss Using Different Noise Measurement Criteria. *Ann Work Expo Health.* 2018 Mar 12;62(3):295-306.

48. **Neitzel RL\*,** Andersson M, Eriksson H, Torén K, Andersson E. Development of a Job Exposure Matrix for Noise in the Swedish Soft Tissue Paper Industry. *Annals Work Exp Health* 2018: 62 (2): 195–209.

49. Lee J, Sayler S, Zhou M, Zhua H, Richardson RJ, **Neitzel RL**, Kurabayashi K, Fan X. On-site monitoring of occupational exposure to volatile organic compounds by portable comprehensive 2-dimensional gas chromatography device. *Analytical Meth* 2018 10(2) 237-244.

50. Rabinowitz PM\*, Cantley L, Galusha D, Trufan S, Swersey A, Dixon-Ernst C, Ramirez V, **Neitzel R.** Assessing Hearing Conservation Program Effectiveness: Results of a multi-site assessment. *J Occup Environ Med.* 2018 Jan;60(1):29-35.

51. Phelps SM, Bates M, Drew-Nord D, Wallhagen M, **Neitzel RL**, Hong, OS\*. Characteristics and Predictors of Occupational Injury among Career Firefighters. *Workplace Health Saf.* 2018

Jun;66(6):291-301.  PMC6097705

52. Sayler SK[T], Long R, Nambunmee K, **Neitzel RL\***.  Respirable silica and noise exposures among stone processing workers in northern Thailand.  *J Occup Environ Hyg.* 2018 Feb;15(2):117-124.

53. Cheng W, Roberts B[T], Mukherjee B, **Neitzel RL**\*.  Meta-Analysis of Job Exposure Matrix Data from Multiple Sources. *J Exp Sci Environ Epid* 2018 May;28(3):259-274.

54. Thepaksorn P\*, Koizumi A, Harada K, Siriwong W, **Neitzel RL**. Occupational Noise Exposure and Hearing Defects among Sawmill Workers in the South of Thailand.  *Int J Occup Saf Ergon*. 2017 Oct 23:1-23.

55. Tessier-Sherman B, Galusha D, Cantley LF, Cullen MR, Rabinowitz PM, **Neitzel RL\***. Occupational Noise Exposure and Risk of Hypertension in an Industrial Workforce. *Am J Ind Med.* 2017 Dec;60(12):1031-1038.  PMC5690872

56. Basu N\*, Perkins M, Santa Rio As, Eng J, Martincevic G, Carlson K[T], **Neitzel RL**.  Development and Application of a Novel Method to Characterize Methylmercury Exposure in Newborns using Dried Blood Spots.  *Environ Res.* 2017 Aug 18;159:276-282.  PMC6309537

57. Thepaksorn P, Siriwong W, **Neitzel RL**, Somrongthong R, Techasrivichien T. Relationship Between Noise-Related Risk Perception, Knowledge, and the Use of Hearing Protection Devices Among Para Rubber Wood Sawmill Workers *Saf Health Work*. 2018 Mar;9(1):25-29.   PMC6111115

58. Kerr M, **Neitzel RL**, Hong OS, Sataloff R III.  Historical Review of Efforts to Reduce Noise-Induced Hearing Loss in the United States. *Am J Ind Med.* 2017 Jun;60(6):569-577.

59. Hammer MS, Fan Y, Hammer SS, Swinburn TK, Weber M, Weinhold D, **Neitzel RL**\*.  Applying a novel environmental health framework theory (I-ACT) to noise pollution policies in the United States, United Kingdom, and the Netherlands. *J Environ Plan Management* 2017.  Dec 13(61)12: 2111-2132.

60. Sayler SK, Rabinowitz PM, Cantley LF, Galusha D, **Neitzel RL**\*. Costs and Effectiveness of Hearing Conservation Programs at 14 US metal manufacturing facilities.  *Int J Audiol.* 2017 Dec 7:1-9. PMC6188788

61. Klimpel K[T], Lee MY, King W, Yehoash R, Schacht J, **Neitzel RL**\*.  Vestibular dysfunction in the adult CBA/CaJ mouse after lead and cadmium treatment. *Environ Toxicol* 2017 Mar;32(3):869-876. PMC5235991

62. Roberts B, **Neitzel RL\***.  Using Smart Devices to Measure Intermittent Noise in the Workplace. *Noise Health*. 2017 Mar-Apr; 19(87): 58–64.  PMC5437753

63. Carty P, Cooper M, Barr A, **Neitzel RL**, Balmes J, Rempel D\*. Bit wear increases respirable silica dust and noise: A hammer drill bench study. *Ann Work Exp Health*.  2017 Jul 1;61(6):700-710. doi: 10.1093/annweh/wxx041.

64. Langeland A[T], Hardin RD, **Neitzel RL\***.  Mercury levels in human hair and farmed fish near artisanal and small-scale gold mining communities in the Madre de Dios River Basin, Peru.  *Int. J. Environ. Res. Public Health* 2017 Mar 14;14(3). pii: E302. PMC5369138

65. **Neitzel RL\***, Swinburn TK, Hammer M[S].  Economic impact of hearing loss and reduction of noise-induced hearing loss in the United States. *J Speech Lang Hearing Res* 2017 Jan 1;60(1):182-189.

66. Roberts B[T], Sun K, **Neitzel RL\***. What can 35 years and over 700,000 measurements tell us about noise exposure in the mining industry? *Int J Audiol.* 2017;56(sup1):4-12.  PMC5712437

67. Roberts B[T], Kardous C, **Neitzel RL\*.**  Improving the Accuracy of Smart Devices to Measure Noise Exposure.  *J Occup Environ Hyg.* 2016 Nov;13(11):840-6. PMC5017896

68. Burk A[T], **Neitzel RL\***. An exploratory study of noise exposures in educational and private dental clinics.  *J Occup Environ Hyg.* 2016 Oct 2;13(10):741-9.  PMC4992430

69. Mosites E, **Neitzel RL**, Galusha D, Trufan-Vegso S, Dixon-Ernst C, Rabinowitz P.  A comparison of an audiometric screening tool with an in-depth research questionnaire for hearing loss and hearing loss risk factors.  *Int J Audiol.* 2016 Dec;55(12):782-786.  PMC5718840

70. Lewis RC, Hauser R, Maynard AD, **Neitzel RL**, Wang L, Kavet R, Morey P, Ford JB, Meeker, JD*.  Personal measures of power-frequency magnetic field exposure among men from an infertility clinic: distribution, temporal variability, and correlation with their female partners' exposure. *Rad Prot Dosim* 2016 Dec;172(4):401-408.  PMC5204365

71. Srigboh RK, Basu N, Perkins M, Fobil J, Assompong E, Kufri R, **Neitzel RL**.  Multiple Elemental Exposures Amongst Individuals at the Agbogbloshie Electronic Waste (E-Waste) Site in Ghana. *Chemosphere.*  2016 Aug 28;164:68-74. PMC5048578

72. **Neitzel RL*,** Andersson M, Andersson E. Comparison of multiple measures of noise exposure in paper mills. *Ann Occup Hyg* 2016 Jun;60(5):581-96.  PMC4879593

73. Lewis RC, Hauser R, Maynard AD, **Neitzel RL**, Wang L, Kavet R, Meeker JD*.  Exposure to power-frequency magnetic fields and the risk of infertility and adverse pregnancy outcomes: update on the human evidence and recommendations for future study designs. *J Toxicol Environ Health, Part B: Crit Rev* 2016 Jan;19(1): 29-45.

74. **Neitzel RL***, Sayler SK[T], Long R, Sun K, von Thaden, T. Injury risk and noise exposure in firefighter training operations. *Annals Occup Hyg* 2016 May;60(4):405-20.   PMC4829339

75. Effiong U[T], **Neitzel RL***.  Assessing the Occupational and Public Health Impacts of Solar Radiation Management with Stratospheric Aerosols.  *Environ Health* 2016 Jan 19;15(1):7.  PMC4717532.

76. Burns KN[T], Sun K, Fobil JN, **Neitzel RL*.**  Heart rate, stress, and occupational noise exposure among electronic waste recycling workers. *Int J Environ Res Pub Health* 2016 Jan 19;13(1). PMC4730531

77. Asampong E, Dwuma-Badu K[T], Stephens J, Srigboh R, **Neitzel R**, Basu N, Fobil JN. Health Seeking Behaviours among Electronic Waste Workers in Ghana. *BMC Pub Health* 2015; 15, 1065-1074.   PMC4609051

78. **Neitzel RL***, Heikkinen MSA, Williams CC, Viet SM, Dellarco M.  Pilot study of in-home noise level measurement methods. *Appl Acoust* 2015; 102(15): 1-11.

79. Green A[T]**,** Jones A, **Neitzel RL***.  The association between noise, cortisol and heart rate in a small-scale gold mining community - A pilot study.  *Int J Environ Res Pub Health* 2015; 12, 9952-9966; PMC4555322

80. Long R, Sun K, **Neitzel RL***. Injury risk factors in a small-scale gold mining community in Ghana's Upper East Region. *Int J Environ Res Pub Health* 2015; 12, 8744-8761; PMC4555245.

81. Swinburn TK, Hammer MS[T], **Neitzel RL***.  Valuing Quiet: An economic assessment of US environmental noise as a cardiovascular health hazard. *Am J Prev Med* 2015 Sep;49(3):345-53. doi: 10.1016/j.amepre.2015.02.016.

82. Basu N*, Clarke E, Green A[T], Calys-Tagoe B, Man Chan lH, Dzodzomenyo M, Fobil J, Long RN, Quansah R, **Neitzel RL**, Obiri S, Odei E, Ovadje L[T], Rajaee M, Wilson ML.  Integrated Assessment of Artisanal and Small-Scale Gold Mining in Ghana - Part 1: Human Health Review. *Int J Environ Res Pub Health* 2015; 12, 5143-5176.      PMC4454960.

83. McAlexander T, Gershon RRM, **Neitzel RL*.** Street-level noise in an urban setting: assessment and contribution to personal exposure. *Environ Health* 2015 14(1):18.  PMC4350859.

84. Cantley LF*, Galusha D, Cullen MR, Dixon-Ernst C, Tessier-Sherman B, Slade MD, Rabinowitz PM, **Neitzel RL.**  Does Tinnitus, Hearing Asymmetry or Hearing Loss Predispose to Occupational Injury Risk? *Int J Audiol.*  2015; 54 Suppl 1:S30-6. PMC4342233.

85. **Neitzel RL***, Svensson E, Sayler SK[T], Johnson, A-C.  A comparison of occupational and

nonoccupational noise exposures. *Noise Health*. 2014; 16(72):270-8.

86. Viet SM*, Dellarco M, Dearborn DG, **Neitzel RL.** Assessment of Noise Exposure to Children: Considerations for the National Children's Study. *J Preg Child Health* 1: 105. doi: 10.4172/2376-127X.1000105. PMC4390126

87. Cantley LF, Galusha D, Cullen MR, Dixon-Ernst C, Rabinowitz PM, **Neitzel RL\***. Association between ambient noise exposure, hearing acuity, and risk of acute occupational injury. *Scan J Work Environ Health,* 2015. 1;41(1):75-83. PMC433739.

88. Pouzou JG, Warner C, **Neitzel RL**, Croteau GA, Yost MG, Seixas N*. Confined space ventilation by shipyard welders: observed use and effectiveness. *Ann Occup Hyg.* 2015 Jan;59(1):116-21.

89. **Neitzel RL\***, Krenz J, de Castro AB. Safety and health hazard observations in Hmong farming operations. *J Agromedicine.* 2014; 19(2):130-49. PMC4286401

90. de Castro AB*, Krenz, J, **Neitzel, R**. Assessing Hmong farmers' safety and health. *Workplace Health Saf*, 2014; 62(5): 178-185. PMC4138408.

91. **Neitzel RL\***, Galusha D, Dixon-Ernst C, Rabinowitz PM. Methods for evaluating temporal trends in noise exposure. *Int J Audiol.* 2014; 53 Suppl 2:S76-83. PMC4067129.

92. Hammer MS[T], Swinburn TK, **Neitzel RL\***. Environmental Noise Pollution in the United States: Developing an Effective Public Health Response. *Environ Health Perspect.* 2014; 122(2):115-9. PMC3915267.

93. Kheirbek I, Ito K, **Neitzel RL**, Kim J, Johnson S, Ross Z, Eisl H, Matte T*. Spatial variation in environmental noise and air pollution in New York City. *J Urb Health.* 2014 Jun;91(3):415-31. PMC4074330.

94. Crollard A, **Neitzel RL**, Dominguez CF, Seixas NS*. Training for an effective health and safety committee in a small business setting. *New Solut.* 2013; 23(3):485-503.

95. Lewis R[T], Gershon RRM, **Neitzel RL\***. Estimation of permanent noise-induced hearing loss in an urban setting. *Env Sci & Tech.* 2013; 47(12):6393-9. PMC4336188.

96. Seixas NS*, Crollard A, **Neitzel R**, Stover B, Dominguez C. Intervening at the bottom: Can a health and safety committee intervention influence management commitment? *Pol Prac Health Saf.* 2013; 11 (1) 61-78(18).

97. Rabinowitz PM*, Galusha D, Dixon-Ernst C, Clougherty JE, **Neitzel RL**. The dose response relationship between in ear occupational noise exposure and hearing loss. *Occup Environ Med.* 2013; 70(10):716-21. PMC4075944.

98. **Neitzel RL\***, Crollard A, Dominguez C, Stover B, Seixas NS**. A mixed-methods evaluation of health and safety hazards at a scrap metal recycling facility. *Saf Sci* 2013; 51: 432-440.

99. Gershon RRM*, Sherman M, Magda L, Riley HEM, Pearson J, McAlexander T, McGovern J, **Neitzel R**. Mass transit ridership and self-reported hearing health in an urban population. *J Urb Health* 2013; 90(2) 262-275. PMC3675713.

100. **Neitzel RL\***, Hong O, Quinlan P, Hulea R. Pilot task-based assessment of noise levels among firefighters. *Int J Indust Ergon* 2013; 43(6):479-486. PMC3891787

101. Seixas NS*, **Neitzel RL**, Stover B, Sheppard L, Feeney P, Mills D, Kujawa SG. 10-year prospective study of noise exposure and hearing damage among construction workers. *Occup Env Med* 2012; 69(9) 643-650.

102. **Neitzel R\***, McAlexander T[T], Magda L, Pearson J[T], Gershon RRM. Exposures to transit and other sources of noise among New York City residents. *Environ Science Tech* 2012; 46(1): 500-8. PMC4336190.

103. **Neitzel RL\***, Stover B, Seixas NS. Longitudinal Assessment of Noise Exposure in a Cohort of

Construction Workers. *Ann Occup Hyg* 2011; 55(8):906-16. PMC3243919

104. **Neitzel R\***, Daniell WE, Sheppard L, Davies HW, Seixas NS. Evaluation and Comparison of Three Exposure Assessment Techniques. *J Occup Environ Hyg* 2011; 8(5):310-323.

105. **Neitzel RL\***, Daniell WE, Sheppard L, Davies HW, Seixas NS. Improving Exposure Estimates by Combining Exposure Information. *Ann Occup Hyg* 2011; 55(5):537-47.

106. Seixas NS\*, **Neitzel R**, Stover B, Sheppard L, Daniell WE, Edelson J, Meischke H. A multi-component intervention to promote hearing protector use among construction workers. *Int J Audiol* 2011; 50 Suppl 1:S46-56.

107. Griffin S, **Neitzel R**, Daniell W, Seixas N\*. Indicators of hearing protection use: self-report and researcher observation. *J Occup Environ Hyg* 2009; (6): 639–647.

108. **Neitzel R\***, Gershon RRM, Zeltser M, Canton A, Akram M. Noise levels associated with New York City's mass transit systems. *Am J Pub Health* 2009; 99(8): 1393-1399.

109. Edelson J, **Neitzel R,** Daniell W, Sheppard L, Stover B, Seixas N\*. Predictors of hearing protection use in construction workers. *Ann Occup Hyg* 2009; 53(6): 605–615. PMCID 2732185.

110. **Neitzel R\***, Daniell WE, Sheppard L, Davies H, Seixas NS. Comparison of perceived and quantitative measures of occupational noise exposure. *Ann Occup Hyg* 2009; 53 (1): 41-54.

111. **Neitzel R,** Naeher L.P., Paulsen M, Dunn K, Stock A, Barr D, Simpson C.D\*. Biological monitoring of smoke exposure among wildland firefighters: comparison of urinary methoxyphenols with personal exposures to carbon monoxide, particular matter, and levoglucosan. *J Environ Exp Assess Epi* 2009; 19(4): 349-358.

112. **Neitzel R\***, Seixas S, Harris M, Camp J. Exposure to fall hazards and safety climate in the aircraft maintenance industry. *J Saf Res* 2008; 39 (4): 391-402.

113. Seixas N\*, Camp J, Blecker H, **Neitzel R**. Occupational health and safety experience of day laborers in Seattle, WA. *Amer J Ind Med* 2008; 51(6):399-406.

114. **Neitzel R\***, Meischke H, Daniell W, Trabeau M$^T$, Somers S, Seixas N. Development and pilot test of hearing conservation training for construction workers. *Am J Ind Med* 2008; 51(2): 120-129.

115. Trabeau M, **Neitzel R,** Meischke H, Daniell W, Seixas N\*. A comparison of 'train-the-trainer' vs. expert training modalities for hearing protection use in construction. *Am J Ind Med* 2008; 51(2): 130-137.

116. Gershon RM\*, **Neitzel R**, Barrera M, Akram M. Pilot survey of subway and bus stop noise levels. *J Urb Health* 2006; 83(5): 802-812. PMC2438596.

117. **Neitzel R\***, Somers S, Seixas N. Variability of real-world hearing protector attenuation measurements. *Ann Occup Hyg* 2006; 50(7): 679-691.

118. **Neitzel R\***, Berna B$^T$, Seixas N. Noise exposures aboard catcher processor fishing vessels. *Am J Ind Med* 2006; 49(8): 624-633.

119. Seixas N\*, Goldman B, Sheppard L, **Neitzel R,** Norton S, Kujawa S. Prospective noise induced changes to hearing among construction industry apprentices. *Occup Environ Med* 2005; 62: 309-317. PMC1741009.

120. **Neitzel R\***, Seixas N. The effectiveness of hearing protection among construction workers. *J Occup Environ Hyg* 2005; 2: 227-238.

121. Seixas N\*, **Neitzel R**, Sheppard L, Goldman B. Alternative metrics for noise exposure among construction workers. *Ann Occup Hyg* 2005; 6: 493-502.

122. Seixas N\*, Kujawa S, Norton S, Sheppard L, **Neitzel R**, Slee A. Predictors of hearing threshold levels and distortion product otoacoustic emissions among noise exposed young adults. *Occup Environ Med* 2004; 61: 899-907. PMC1757883.

123. **Neitzel R\***, Seixas N, Goldman B, Daniell W.  Contributions of non-occupational activities to total noise exposure of construction workers.  *Ann Occup Hyg* 2004; 48(5): 463-473.

124. **Neitzel R\***, Seixas N, Olson J[T], Daniell W, Goldman B. Nonoccupational noise: Exposures associated with routine activities. *J Acoust Soc Am* 2004; 115(1): 237-245.

125. Reeb-Whitaker CK, Seixas NS\*, Sheppard L, **Neitzel R**.  Accuracy of task recall for epidemiological exposure assessment to construction noise.  *Occup Environ Med* 2004; 61(2): 135-142.  PMC1740710

126. Seixas N\*, Sheppard L, **Neitzel R**.  Comparison of task-based estimates with full shift measurements of noise exposure. *AIHAJ* 2003; 64: 823-829.

127. **Neitzel R\***, Yost M.  Task-based assessment of occupational vibration and noise exposures in forestry workers. *Am Ind Hyg Assoc J* 2002; 63(5): 617-627.

128. **Neitzel R\***. Hearing protection. Construction noise strategies. *Occup Health Saf* 2002. 71(6): 72-6.

129. **Neitzel R\***, Seixas N, Ren K[T]: A review of crane safety in the construction industry.  *Appl Occup Environ Hyg* 2001; 16 (12):1-12.

130. Seixas N\*, Ren K, **Neitzel R**, Camp J, Yost M. Noise exposure among construction electricians. *Am Ind Hyg Assoc J* 2001; 62: 615-621.

131. **Neitzel R\***, Seixas N, Camp J, Yost M. An assessment of occupational noise exposures in four construction trades. *Am Ind Hyg Assoc J* 1999; 60: 807-817.

Peer-Reviewed, In Press ([T] denotes trainee, * denotes corresponding author)

1. McCullaugh M, Valentin-Cortés M, D'Souza C, Batterman SA, Neitzel R, Zhen H, O'Neill MS. Integrating interprofessional collaborative practice into occupational and environmental health and safety education: results of a feasibility study.  Accepted by *J Occup Environ Med* Feb 2022.

2. Roberts BJ, Shkembi A[T], Smith LM, **Neitzel RL**\*. Beware the Grizzlyman: A Comparison of Job and Industry-Based Noise Exposure Estimates Using Manual Coding and the NIOSH NIOCCS Machine Learning Algorithm.  Accepted by *J Occup Environ Hyg* Mar 2022.

Peer-Reviewed, Submitted ([T] denotes trainee, * denotes corresponding author)

1. Carlson K[T], Park SK, Basu N, **Neitzel RL\***.  Toxic and essential elements from newborn dried blood spots associated with abnormal hearing screening outcomes: a case-control study.  Submitted to *Environ Res Letters* June 2020.

2. Roberts B\*, Jacobs N, Kardous C, Reamer H, Mathis C, Gaffney S, **Neitzel RL**. Evaluation of a Wearable Consumer Noise Measurement Device in a Laboratory Setting.  Submitted to *J Acoust Soc Am* Nov 2021.

3. Shkembi A[T], Smith L, **Neitzel RL\***.  Linking environmental injustices in Detroit, MI to institutional racial segregation through historical federal redlining.  Submitted to *Am J Pub Health* Jan 2022.

4. Torén K, Neitzel RL, Eriksson HP, Andersson E.  Occupational exposure to noise in Swedish soft paper mills and cardiovascular mortality. Submitted to *Occup Environ Med* Mar 2022.

5. Le AB *, Shkembi A, Sturgis AC, Tadee A, Gibbs SG, **Neitzel RL**.  Effort-reward imbalance among a sample of formal US solid waste workers: A pilot study.  Submitted to *Int J Environ Res Pub Health* Apr 2022.

Edited books

1. Meinke DK,  Berger E, Driscoll D, **Neitzel RL**, Bright K, editors, The Noise Manual, 6th edition. American Industrial Hygiene Association (2022).

Book chapters

1. Roberts B, Hager L, **Neitzel RL\***.  Chapter 7: Noise Measurement and Exposure Assessment.  In The Noise Manual, 6th edition.  American Industrial Hygiene Association (2022).

2. Rabinowitz PM, Cantley L, Swersey A, **Neitzel RL**. Chapter 15: Hearing Conservation Program Effectiveness.  In The Noise Manual, 6th edition. American Industrial Hygiene Association (2022).

3. Fligor B\*, Chasin M, **Neitzel RL**.  Noise Exposure and Issues in Hearing Conservation.  In The Handbook of Clinical Audiology, 7th ed.  Wolters Kluwer (2014).

Invited manuscripts

1. **Neitzel R**, Hammer M, Swinburn T. Environmental and Occupational Noise Pollution in the US: How Bad is the Problem and What Can We Do About It? *Proceedings of the 11th International Congress on the Biological Effects of Noise* (Jun 2014), Nara, Japan.

2. **Neitzel R**.  Construction noise strategies. *Occup Health Saf*, 71(6):72-6 (2005).

Technical Reports

1. **Neitzel R.** Approaches to urban noise surveillance in New York City.  Report to New York City Department of Health and Mental Hygiene, Bureau of Environmental Surveillance and Policy. Submitted July 29, 2011.

2. **Neitzel R**, Fligor B.  Review: Determination of risk of noise-induced hearing loss due to recreational sound.  Monograph for the World Health Organization Make Listening Safe Campaign.  Submitted Dec 21, 2016.

3. Roberts B, **Neitzel R**.  Noise exposure limit for children in recreational settings: review of available evidence.  Monograph for the World Health Organization Make Listening Safe Campaign. Submitted February 10, 2018.

**TEACHING**

New Courses Developed or Contributed to

1. UM Massively Open Online Course (MOOC) Specialization consisting of four courses: Fundamentals of environmental health; Key human environments and common exposures; Causes and impacts of climate change; Environmental justice and assessing human health risks. Sole instructor, developing course for launch Feb 2021.

2. UM PUBHLTH 305, The Environment and Human Health, 4 credits, W2014, W2015.  Co-instructor, developed course.

3. UM PUBHLTH 514-001, Public Health Sciences and the Environment (residential version), 2 credits, W2020.  Sole instructor, developed course.

4. UM PUBHLTH 514-555, Public Health Sciences and the Environment (online version), 2 credits, W2020.  Sole instructor, developed course.

5. UM EHS 500, Introduction to Environmental Health Sciences, 3 credits, F2012, F2013, F2014, F2015, F2016, F2017.  Sole instructor, revamped course.

6. UM EHS 601, Exposure Science and Health, 3 credits, F2015, F2016.  Co-instructor, developed

course.

7. UM EHS 655, Human Exposure Analysis, 2 credits, W2013, W2015, W2017, W2018, W2020.  Sole instructor, developed course.

8. UM EHS 658, Physical Hazards, 1-2 credits, F2012, F2013, F2015, F2016, F2017, F2018, F2019, F2020.  Sole instructor, revamped course.

9. UM EHS 796, Current Issues in Exposure Science, 1 credit, W2012.  Sole instructor, developed course.

10. UM EHS 796, Global Health and Electronic Waste Recycling, 1 credit, W2016, W2017, F2017. Sole instructor, developed course.

11. UW ENVH 457, Industrial and Environmental Noise, 3 credits, Sp2001, Sp2004, Sp2006.  50% instructor, revamped course.

12. UW ENVH 511, Introduction to Environmental Health, 3 credits, Fa1998, teaching assistant.

Continuing Education and Outreach

1. Lecturer, University of Washington (August 2020).  Workplace Hearing Loss Prevention continuing education course.

2. Symposium Organizer.  University of Michigan, University of Illinois-Chicago, and University of Cincinnati Education and Research Centers (March 2017).  Pilot Project Research Training Program Regional Research Symposium, Ann Arbor MI.

3. Symposium Organizer.  University of Michigan Center for Occupational Health and Safety Engineering (March 2016).  Pilot Project Research Training Program Research Symposium, Ann Arbor MI.

4. Lecturer, Comprehensive Industrial Hygiene Review Course, University of Michigan.  Bi-annually, 2014-present.

5. Course Director: Current Solutions to Workplace Noise Hazards, University of Washington DEOHS Continuing Education Program.  May 2007

6. Member, Program Committee: National Hearing Conservation Association annual conference, 2004-2009.

7. Conference Co-Director: Cutting Edge Topics in Noise and Hearing Conservation.  In conjunction with American Industrial Hygiene Conference and Exposition.  May 2004.

8. Conference Co-Director: State of the Art Concepts in Noise and Hearing Loss. In conjunction with the Northwest Occupational Health Conference. October 2003.

9. Course Director: Focus on Safety Seminars: Hearing Conservation, University of Washington DEOHS Continuing Education Program. November 2003

10. Course Director: Current Issues in Construction Safety, University of Washington DEOHS Continuing Education Program. April 2002

Supervisor for Doctoral Dissertations

1. Anupon Tadee.  Occupational health and safety risks in marginalized communities.  PhD program, Environmental Health Sciences.  Expected graduation 2025.

2. Katrina Burns (co-supervisor).  Occupational Safety in Academic Research Laboratories: Identifying Upstream Risk Factors.  PhD program, Environmental Health Sciences.  UM.  Graduated 2020.

3. Aubrey Langeland.  Environmental health impacts of informal electronic waste recycling.  PhD program, Environmental Health Sciences.  UM.  Graduated 2019.

68

4. Krystin Carlson. Heavy metals exposure, nutritional status, and risk of and hearing loss.  PhD program, Toxicology.  UM.  Graduated 2019.

5. Benjamin Roberts.  Noise exposures in the United States and Canada.  PhD program, Environmental Health Sciences.  UM.  Graduated 2017.

Committee Member for Doctoral Dissertations - Domestic

1. Michael Simpson.  OSHA Hearing Conservation Standards, Noise Exposures, and Non-Auditory Worker Injury.  Valdosta State University.  Expected graduation 2023.

2. Chanese Forte.  Understanding pesticide exposure and bioactivity between farmworkers and non-farmworkers.  UM.  Expected graduation 2021.

3. Ziyin (Nancy) Lei.  Single Particle Physical and Chemical Characterization of Atmospheric Aerosol Particles. UM.  Expected graduation 2021.

4. Chad Milando, Exposure apportionment of ambient air pollutants among vulnerable urban residents. UM. Graduated 2018.

5. Weiye Wang.  Associations of Environmental Risk Factors with Age-Related Cataract and Glaucoma. Cognate.  UM. Graduated 2018.

6. James Couch. Evaluation of a Novel Ventilation Design for Increasing Capture Velocities in Traditional and Portable Local Exhaust Ventilation.  UM. Graduated 2016.

7. Kathryn Demanelis.  UM.  Neonatal Heavy Metal Exposure, DNA Methylation, and Childhood Cancer Epidemiology. Graduated 2016.

8. Stephanie Phelps.  Noise Exposure and Hearing Loss Among Firefighters.  University of California, San Franscico.  Graduated 2016.

9. Patrick Hardin.  Sonic Landscapes.  Cognate.  UM.  Graduated 2016.

10. Ryan Lewis.  Exposure Science Issues Concerning 60-Hz Magnetic Fields.  UM. Graduated 2015.

11. Mozhgon Rajaee.  Mercury Exposure, Cardiovascular Health, and Pulmonary Function in a Small-scale Gold Mining Community in Northeast Ghana.  UM. Graduated 2015.

Opponent for Doctoral Dissertations – International

1. Zara Ann Stokholm.  Occupational Noise Exposure, Physiological Stress, and Cardiovascular Health. Aarhus University, Denmark.  Graduated 2014.

Supervisor for Masters of Science Theses

1. Abas Shkembi. Environmental and occupational injustices associated with residential segregation via historical redlining. UM.  Expected graduation April 2023.

2. Jie He.  Utility of different noise metrics in predicting occupational injury risk.  UM.  Expected graduation April 2023.

3. Sandar Bregg.  Exploring Kurtosis as a Noise Metric to Predict the Occurrence of Injury & Near Miss Events in Miners.  UM.  Graduated 2020.

4. Sarah Gharib.  Assessment of Occupational Safety and Health in Aircraft Maintenance. UM. Graduated 2020.

5. Elon Ullman.  Hearing Loss as a Predictor for Hearing Protection Attenuation Among Miners.  UM. Graduated 2020.

6. Katherine Thompson.  (Co-supervisor). Reducing air pollution intervention: Detroit study.  UM. Graduated 2016.

7. Stephanie Sayler.  Noise and silica exposures among stone quarrying workers in Thailand.  UM. Graduated 2016.

8. Katarina May Kimpel.  Vestibulotoxicity of lead and cadmium.  UM.  Graduated 2015.

9. Allyson Green.  The relationship between noise and stress in an artisanal mining community in Ghana.  UM.  Graduated May 2014.

Committee Member for Masters of Science Theses

1. Sofia Schlezak. Study of interventions to reduce chemical exposures in the informal e-waste management sector: a case study in Buenos Aires, Argentina.  Colorado School of Mines.  Expected graduation April 2023.

2. Tuo Liu. Thesis study based on Invisible Fishers. UM.  Graduated 2020.

3. LuYi Li.  Heavy metal exposure from consumer products.  UM.  Graduated 2018.

4. Marc Beaudreau.  Determinants of exposure to hexavalent chromium during aircraft spray painting operations.  UW.  Graduated 2016.

5. Jeffrey Walls. Characterization of work practices and ventilation techniques in shipyard confined space welding. UW.  Graduated 2012.

6. Allison Crollard. Development, implementation and evaluation of a training intervention for a dual-lingual health and safety committee. UW.  Graduated 2011.

7. Jennifer Young. Hearing protection device use among construction workers. UW.  Graduated 2006.

8. Bryan Berna. Occupational noise exposures aboard catcher processors in the Pacific Ocean and Bering Sea. UW.  Graduated 2005.

9. Tom Olenchock. Cross-shift changes in otoacoustic emissions in relation to occupational noise exposure. UW.  Graduated 2003.

10. Nicole Adrienne Irby. An assessment of noise frequency spectra associated with selected construction tasks.  UW.  Graduated 2002.

11. John Olson. Non-occupational exposure to noise among construction apprentices. UW.  Graduated 2002.

12. Carolyn Reeb Whitaker.  Accuracy of construction worker recall of tasks for epidemiological exposure assessment to noise. UW.  Graduated 2001.

13. Kyle Ren. Noise exposure to electricians in the construction industry. UW.  Graduated 1999.

Committee Member of Bachelor's Thesis

1. Diong Huey Ting.  Sound exposure levels in non-occupational outdoor settings in Singapore. National University of Singapore.  Graduated 2017.

## SERVICE

University/local

1. Deputy Director, UM Center for Occupational Health and Safety Engineering, 2020-present

2. Director, UM Industrial Hygiene Masters of Public Health and Masters of Science degree programs, effective January 2021.

3. Member of UM Provost's Working Group on Campus Reentry, developed risk mitigation strategies for campus spaces, unit and departmental reopening requirements, and faculty, staff, and student reentry procedures, 2020.

4. Member of UM School of Public Health COVID-19 Task Force for the Governor's Michigan Economic Recovery Committee, developed risk scoring and risk mitigation strategy to restart economic activity in Michigan, 2020.

5. Director, UM School of Public Health Certificate in Global Public Health, 2020-present

6. Faculty consultant to UM Associate Vice President for Facilities and Operations for environmental health issues associated with two large, multi-million dollar UM campus capital projects (Dean Road Transportation Facility and Central Power Plant expansion), 2017-2020

7. Member, UM President's Advisory Committee on Labor Standards and Human Rights, 2017-2020

8. Member, EHS assistant professor faculty search committee, 2019-2020

9. Member, Graham Sustainability Institute director search committee, 2018

10. Director, Pilot Project Research Training program, UM Center for Occupational Health and Safety Engineering, 2013-2020

11. Director, UM School of Public Health Certificate in Risk Science and Human Health, 2011-present

12. Director, Environmental Health Promotion and Policy Masters of Public Health degree program, 2017-present

13. UM Environmental Toxicology and Epidemiology Training Grant Executive Committee, 2014-present

14. UM Department of Environmental Health Sciences Executive Committee, 2013-2015, 2019-present

15. UM Department of Environmental Health Sciences Professional Degree Program Committee Chair, 2016-present

16. UM Department of Environmental Health Sciences Professional Degree Program Committee Co-Chair, 2013-2015

17. UM Department of Environmental Health Sciences Admissions Committee Chair, 2015-2016

18. Grant reviewer, University of Michigan Office of Global Public Health internship program, 2017-present

19. Grant reviewer, University of Michigan Graham Sustainability Institute Emerging Opportunities program, 2017-present.

20. Grant reviewer, Environmental Health Sciences Center for Urban Responses to Environmental Stressors (CURES) at Wayne State University, 2020 and 2015

21. Grant reviewer, Pacific Northwest Agricultural Safety and Health Center at the University of Washington, 2013

22. UM Risk Science Center Executive Committee, 2013-2015

23. UM Department of Environmental Health Sciences Admissions Committee, 2011-2013

24. UM Center for Occupational Health and Safety Engineering, Visiting Partners Program: mentor for Sergio Caporali (2013-2014), Chad Positano (2011-2012).

25. Associated General Contractors of Washington. Annual Construction Safety Competition Judge, 1999, 2000.

National/international

1. Co-Chair, Health and Environmental Science Institute (HESI) Collaboration on Ototoxicity Risk Assessment (CORA), 2021-present.

2. Technical working group member, World Health Organization, WHO Global standard for safe listening venues & events, 2022.

3. Scientific Advisor, Facilities Guidelines Institute Acoustics Committee for FGI 2022, 2019.

4. Technical working group member, World Health Organization, WHO-ITU H.870 Global Standard for safe listening devices and systems, 2019.

5.  Working group, American National Standards Institute/American Society of Safety Engineers standard A10.46-2020, "Hearing Loss Prevention for Construction and Demolition Workers," 2018-2019.

6.  Consultant, World Health Organization Make Listening Safe Initiative, 2015-present.

7.  American Conference of Governmental Industrial Hygienists Threshold Limit Values – Physical Agents Committee, member, 2014-present

>   Chair, 2019-present

>   Vice Chair, 2015-2019

8.  International Advisory Board member, *Annals of Work Exposures and Health*, 2016-present

9.  Grant review panel member, Kentucky SBIR-STTR funding program, 2016

10. Grant review panel member, NY and NJ Education and Research Center Pilot Project Research Training Grant program, 2016

11. Health Advisory Panel Member, Quiet Communities Foundation, 2016-

12. Grant review panel member, Alpha Foundation for the Improvement of Mine Safety and Health, 2014

13. American Industrial Hygiene Association Noise Committee, 2002 – present

14. National Institute for Occupational Safety and Health/National Hearing Conservation Association Safe-in-Sound™ Award expert panel member, 2011-present

15. 85-3 Campaign to increase awareness of best practices in hearing conservation, 2011-present

16. National Hearing Conservation Association, member, 2000-present

>   Immediate Past President, 2010-2011

>   President, 2009-2010

>   President-Elect, 2008 – 2009

>   Director of Communications, 2003 – 2006

>   Treasurer, 2002-2003

17. Occupational Safety and Health Administration "Noise Control and Buy Quiet in Construction" Workgroup, 2013-present.

18. Testimony delivered to the US Occupational Safety and Health Administration on 11/3/2011 concerning proposed definition of feasibility for noise control enforcement, 29 CFR 1910.95.

19. Testimony delivered to the US Occupational Safety and Health Administration on 7/15/2002 concerning proposed amendments to the construction hearing conservation regulation, 29 CFR 1926.52.

20. Grant review panel member, Federal Emergency Management Administration Assistance to Firefighters Grants, Research and Development program, January 2008

21. Working group, American National Standards Institute/American Society of Safety Engineers standard A10.46-2007, "Hearing Loss Prevention for Construction and Demolition Workers," 2004-2007.

(c)      PROFESSIONAL ACTIVITIES

Manuscript reviewer

>   *Acoustics Australia*

*American Industrial Hygiene Association Journal*

*American Journal of Industrial Medicine*

*American Journal of Preventive Medicine*

*Annals of Work Environment and Health*

*Applied Acoustics*

*Applied Occupational and Environmental Hygiene*

*Automation in Construction*

*Chemosphere*

*Construction Technologies and Engineering*

*Ear and Hearing*

*Environment International*

*Environmental Health Insights*

*Environmental Health Perspectives*

*Environmental Science and Technology*

*European Archives of Oto-Rhino-Laryngology and Head & Neck*

*Frontiers in Epidemiology*

*International Journal of Audiology*

*International Journal of Occupational and Environmental Health*

*Journal of Civil Engineering and Construction Technology*

*Journal of Environmental Planning and Management*

*Journal of Exposure Science and Environmental Epidemiology*

*Journal of Occupational and Environmental Hygiene*

*Journal of the Acoustical Society of America*

*Journal of Urban Health*

*Occupational and Environmental Medicine*

*The Extractive Industries and Society*

<u>Memberships</u>

Acoustical Society of America, 2005 – 2011

American Conference of Governmental Industrial Hygienists, 2005 – present

American Industrial Hygiene Association, 1999 – present

British Occupational Hygiene Society, 2019 – present

International Society of Environmental Epidemiology, 2014 – 2017

International Society of Exposure Science, 2011 – 2016

Michigan Industrial Hygiene Society, 2011 – present

Midwest Injury Prevention Alliance, 2013 – present

National Hearing Conservation Association, 2001 – present

73

Pacific Northwest Section of the American Industrial Hygiene Association, 2000 – 2011

UM Environmental Health Sciences Core Center, 2013-present

UM Injury Center, 2012-present

UM Kresge Hearing Research Center, 2017-present

UW Department of Environmental and Occupational Health Sciences Student Advisory Council, 1997-1998 and 2006-2008

UW Industrial Hygiene Student Association President, 1997-1998

## SELECT EXTERNAL PRESENTATIONS

<u>Invited</u>

1. **Neitzel, RL** (Jan 2022) online. Johns Hopkins University Cochlear Hearing Center. "The Apple Hearing Study: New Approaches to Evaluating the Relationship Between Sound and Health."

2. **Neitzel, RL** (Jan 2022) online. University of British Columbia School of Population and Public Health Seminar. "Finding meaning in the noise: the Apple Hearing Study."

3. **Neitzel, RL** (Oct 2021) online. United Nations University and UNIDO. Electronic Waste Academy for Managers, EWAM 21. "Identifying comprehensive solutions to electronic waste recycling."

4. **Neitzel, RL** (June 2021) online. Virtual Conference on Computational Audiology 2021. "Big Data from the Apple Hearing Study."

5. **Neitzel, RL** (June 2021) online. Acoustical Society of America, Acoustics in Focus conference "Improving our understanding on non-occupational noise-induced hearing loss."

6. **Neitzel, RL** (April 2021) online. Asia-Pacific Economic Cooperation Council. "Recommendations and considerations for a recreational noise exposure limit."

7. **Neitzel RL.** (April 2021) online. American Conference of Governmental Industrial Hygienists. "Updates to the 2021 Threshold Limit Values."

8. **Neitzel, RL**. (March 2021) online. Apple, Inc. Workshop on Machine Learning for Health. "University of Michigan/Apple Hearing Study."

9. **Neitzel, RL.** (February 2021) Oregon State University. "Occupational Hazards Among Electronic Waste Recycling Workers in Northeastern Thailand."

10. **Neitzel, RL**. (December 2020). Online. Acoustical Society of America, Acoustics Virtually Everywhere conference. "Larry H. Royster Memorial Session."

11. **Neitzel, RL.** (May 2019) Khon Kaen, Thailand. Occupation & Environment: A Link to Health Symposium. "Occupational Hazards Among Electronic Waste Recycling Workers in Northeastern Thailand.**"**

12. **Neitzel, RL.** (April 2019) Grand Rapids, MI. Michigan Safety Conference. "Current Issues in Occupational Noise."

13. **Neitzel, RL.** 2017 Callier Prize Conference (Apr 2017), Dallas, TX. "The Public Health Burden of Noise Exposure in America."

14. **Neitzel, RL**. World Health Organization Consultation on Making Listening Safe (Mar 2017), Geneva, Switzerland. "Determination of risk of sound-induced hearing loss."

15. **Neitzel, RL**. Michigan Industrial Hygiene Society Mini-Conference (Sept 2016), Troy, MI. "Global occupational health research at the University of Michigan."

74

16. **Neitzel, RL**. Gasaway Lecture, National Hearing Conservation Association Conference (Feb 2016), San Diego, CA. "Hearing Loss Prevention: There has to Be a Better Way, Right?"

17. Hammer M, **Neitzel, RL.** Spring 2015 Meeting of the Acoustical Society of America (May 2015). Pittsburgh, PA. "Assessing hazardous noise pollution in the United States."

18. **Neitzel, RL.** 11th International Congress on the Biological Effects of Noise (Jun 2014), Nara, Japan. "Environmental and Occupational Noise Pollution in the US: How Bad is the Problem and What Can We Do About It?"

19. **Neitzel, RL**. Aarhus University (Feb 2014) Aarhus, Denmark. Bernardino Ramazzini lecture: "Assessment of occupational noise exposure in epidemiological studies."

20. **Neitzel, RL**. Innovations in Noise Induced Hearing Loss and Tinnitus Prevention in Kids conference (Oct 2013), St Paul, MN. "Give me a break: consequences of life in a noisy society."

21. **Neitzel, RL.** AudiologyNow! Conference (March 2012), Boston, MA. "Recreational noise and risk of hearing loss."

22. **Neitzel, RL.** National Hearing Conservation Association conference (Feb 2012), New Orleans, LA. "The 85-3 Campaign."

23. **Neitzel, RL.** American Industrial Hygiene Conference and Exposition (May 2011), Portland, OR. "Accounting for temporal variability in exposure."

24. **Neitzel, RL.** NIOSH Worklife Conference (Aug 2007), Bethesda, MD. "Noise exposures at work and play."

25. **Neitzel, RL.** 3rd International Occupational Health and Audiology Conference (June 2007), Sao Paulo, Brazil. "Challenges to the use of hearing protection in US industry."

26. **Neitzel, RL.** 3rd International Occupational Health and Audiology Conference (June 2007), Sao Paulo, Brazil. "Non-Occupational noise exposure and risk of hearing loss."

27. **Neitzel RL**, Somers S, Seixas N. Acoustical Society of America conference (Nov 2005), Honolulu, HI. "Variability of field-based hearing protection device attenuation measurements."

28. **Neitzel RL**. American College of Occupational and Environmental Medicine conference (Nov 2002), Seattle, WA. "Hazards of Forestry Work."

29. **Neitzel RL**. Oregon Governor's Occupational Safety and Health Conference (March 2001), Portland, OR. "Task-Based Noise Exposure Assessment."

<u>Submitted</u>

1. **Neitzel RL** (March 2022) online. National Hearing Conservation Association Conference. "2022 update on the Apple Hearing Study."

2. **Neitzel RL** (June 2021) online. International Conference on the Biological Effects of Noise. "Exploring the associations between hearing loss, hearing protection use, noise exposures, and injuries among mining workers."

3. **Neitzel RL** (April 2021) online. American Academy of Audiology. "What do nearly 100 million hours of Apple Hearing Study sound measurements tell us?"

4. **Neitzel RL.** (Feb 2021) online. National Hearing Conservation Association Conference. "The association between hearing loss and hearing protector attenuation among miners."

5. **Neitzel RL.** (Jul 2020) online. American Conference of Governmental Industrial Hygienists Summer Series. "Understanding and Addressing Community Noise."

6. **Neitzel RL.** (Feb 2020) Destin, FL. National Hearing Conservation Association Conference. "University of Michigan/Apple Hearing Study."

7. **Neitzel RL.** (Feb 2019) Dallas, TX. National Hearing Conservation Association Conference. "Systematic Reviews of Health Outcomes Associated with Noise Exposure in Humans."

8. **Neitzel RL.** (Dec 2018) New Orleans, LA.  Society for Risk Analysis.  "Global Risk Transfer Via Informal Electronic Waste Recycling."

9. **Neitzel RL.** (Oct 2018) Santa Clara, CA.  Responsible Business Alliance. "Creating Shared Value and Efficiencies in E-Waste Processing."

10. **Neitzel RL** .(May 2018) Seattle, WA.  American Industrial Hygiene Conference and Exposition. "Costs and Effectiveness of Hearing Conservation Programs."

11. **Neitzel RL.** (Feb 2018).  Orlando, FL. National Hearing Conservation Association Conference. "Hearing Conservation Program Costs and Effectiveness."

12. **Neitzel RL.** (Jan 2018).  NASA working group on occupational health and safety.  "Emerging issues in occupational noise exposure."

13. **Neitzel RL.** (June 2017) Zürich, Switzerland.  12th International Congress on the Biological Effects of Noise.  "Development of a Job Exposure Matrix for Occupational Noise in the US."

14. **Neitzel RL.** (June 2017) Seattle, WA.  American Industrial Hygiene Conference and Exposition. "Electronic waste recycling exposures in Thailand."

15. **Neitzel RL**, Rabinowitz P (Feb 2017) San Antonio, TX.  National Hearing Conservation Association conference. "A Mixed-Methods Assessment of Hearing Conservation Program Effectiveness."

16. **Neitzel RL.** (May 2016) Baltimore, MD.  American Industrial Hygiene Conference and Exposition. "Development and Translation of a Job Exposure Matrix for Occupational Noise in the US and Canada."

17. **Neitzel RL**, Sayler S, Svensson E, Johnson A-C (Mar 2014) Las Vegas NV.  National Hearing Conservation Association conference.  "Noise Exposures in Sweden."

18. **Neitzel RL.** Occupational Safety and Health Administration (OSHA) nationwide webinar for compliance and consultation officers (Nov 2013).  "Noise hazards in the workplace."

19. **Neitzel RL.** National Center for Rehabilitative Audiological Research, Portland Veterans' Administration Medical Center (July 2013), Portland, OR.  "Evaluating the scope and impact of noise exposure in America."

20. **Neitzel RL.** National Hearing Conservation Association conference (Feb 2013), Tampa, FL.  "Can you hear me now?  Assessing temporal trends in noise exposure."

21. **Neitzel RL.** Karolinska Institute (Aug 2012), Stockholm, Sweden. "Holistic assessment of noise exposure in urban settings."

22. **Neitzel RL.** University of Gavle (June 2012), Gavle, Sweden.  "Improving noise exposure estimates through the use of hybrid assessment techniques."

23. **Neitzel RL.** Sahlgrenska Academy (May 2012), Gothenburg, Sweden.  "Assessment of occupational exposures by worker self-report."

24. **Neitzel RL.** National Institute for Occupational Safety and Health Buy Quiet Workshop (Nov 2011).  Cincinnati, OH.  "Construction noise: why should we care?"

25. **Neitzel RL.** National Institute for Occupational Safety and Health National Occupational Injury Risk Symposium (Nov 2011).  Morgantown, WV.  "Comparison of an observational hazard assessment tool with traditional approaches."

26. Provided input at "Stakeholder Meeting on Preventing Occupational Hearing Loss" hosted by Occupational Safety and Health Administration, Washington DC Nov 2 2011.

27. **Neitzel RL.** University of Washington Continuing Education Seminar (Nov 2010), Seattle, WA. "Welding and thermal cutting noise exposures: How high are they and can they be controlled?"

28. **Neitzel RL.** Columbia University Occupational Health and Safety Seminar (Oct 2010), New York, NY. "Is riding the subway making me deaf? Risk of hearing loss associated with mass transit use."

29. **Neitzel RL**, Gershon R. International Conference on Urban Health (Oct 2010), New York, NY "Mass transit noise levels and rider characteristics in New York City."

30. **Neitzel RL.** Karolinska Institute Seminar (Sept 2010), Stockolm, Sweden. "Understanding the risk of hearing loss from noise exposure at work and play."

31. Kerr M.J., Hong O.S., **Neitzel RL** & Sataloff R.T. International Occupational Hygiene Association, 8th International Scientific Conference (Sept 2010), Rome, Italy. "Historical analysis of prevention efforts to reduce noise-induced hearing loss in the USA.

32. **Neitzel RL**, Gershon R. National Hearing Conservation Association conference (Feb 2010), Orlando, FL "Mass transit noise levels and rider characteristics in New York City"

33. **Neitzel RL**, Sheppard L, Daniell W, Davies H, Seixas N. EuroNoise (Oct 2009), Edinburgh, Scotland. "Evaluation of three occupational noise exposure assessment techniques."

34. **Neitzel RL**, Sheppard L, Daniell W, Davies H, Seixas N. Sixth International Conference on Innovations in Exposure Assessment (Aug 2009), Boston MA. "Comparison of three exposure estimates."

35. **Neitzel RL.** National Hearing Conservation Association conference (Feb 2009), Atlanta GA. "Can subjective exposure information be used to improve occupational exposure estimates?"

36. **Neitzel RL,** Daniell W, Davies H, Sheppard L, Seixas N. Acoustics Week in Canada (Oct 2008), Vancouver, BC. "Subjective vs. quantitative estimation of occupational noise exposure."

37. **Neitzel RL.** Region X Air Toxics Summit (Aug 2008), Boise, ID. "Biomarkers of woodsmoke exposure among wildland firefighters."

38. Seixas N, Feeney P, Mills D, Folsom R, Sheppard L, **Neitzel RL**, Kujawa S. International Congress on the Biological Effects of Noise (July 2008), Mashantucket, CT. "Opportunities and challenges in longitudinal assessment of hearing parameters among construction workers."

39. **Neitzel RL,** Meischke H, Daniell W, Somers S, Trabeau M, Seixas N. National Hearing Conservation Association conference (Feb 2008), Portland, OR. "Development and pilot test of a new hearing conservation training program for the construction industry."

40. **Neitzel RL,** Meishke H, Sheppard L, Daniell W, Davies H, Seixas N. EPICOH (Oct 2007), Banff, Alberta, CA. "Subjective estimation of occupational noise exposure."

41. **Neitzel RL.** NHCA/Manitoba AIHA Hearing Loss Prevention Conference (Oct 2007), Winnipeg, Manitoba, Canada. "Construction noise: how bad is it and what can we do about it?"

42. **Neitzel RL.** American Industrial Hygiene Conference and Exposition (June 2007), Philadelphia, PA. "Comparison of biomarkers for use in assessing woodsmoke exposure among wildland firefighters."

43. **Neitzel RL,** Berna B, Seixas N. National Hearing Conservation Association conference (Feb 2007), Savannah GA. "Noise levels and hearing protection use aboard two large commercial fishing vessels."

44. Ploger J, **Neitzel RL**, Johnson P. University of Washington/University of British Columbia Join Conference on occupational Health (Jan 2007), Blaine, WA. "Measurement of whole body vibration in King County bus drivers."

45. **Neitzel RL.** University of Washington/University of British Columbia Join Conference on Occupational Health (Jan 2007), Blaine, WA. "Retrospective noise exposure assessment incorporating subjective measures."

46. **Neitzel RL**, Meinke D.  Noise-Induced Hearing Loss in Children at Work and Play conference (Aug 2006), Cincinnati, OH. "Noise exposure among children and young adults: what do we know, and what do we need to find out?"

47. Seixas N, **Neitzel RL**, Goldman B, Sheppard L.  American Industrial Hygiene Conference and Exposition (May 2005), Anaheim. "Noise Metrics and Changes in Hearing Among Construction Worker Apprentices."

48. Seixas NS, **Neitzel RL**, Sheppard L, Goldman B. X2004, Utrecht, Netherlands (June 2004). "Alternative exposure metrics for noise exposure among construction workers."

49. **Neitzel RL**, Seixas N. National Hearing Conservation Association conference (Feb 2004), Seattle WA. "Noise and HPD Use in Construction Workers."

50. **Neitzel RL**, Seixas N, Goldman B, Daniell W.  National Hearing Conservation Association conference (Feb 2003), Dallas, TX. ""Non-Occupational Noise in Construction Workers: Should we care?"

51. Seixas NS, Sheppard L, **Neitzel RL**.  X2002 – Exposure assessment in epidemiology and practice Conference.  Goteborg, Sweden (July 2002).  "Comparison of task-based and full-shift strategies for noise exposure assessment."

52. **Neitzel RL**. American Industrial Hygiene Conference and Exposition (June 2002), San Diego, CA. "Construction Noise Control Efforts and Opportunities."

53. **Neitzel RL**, Seixas N, Parker L, Norton S, Kujawa S.  American Industrial Hygiene Conference and Exposition (2001), New Orleans, LA.  "Baseline Hearing Levels and Otoacoustic Emissions in a Cohort of Construction Apprentices and Controls."

54. **Neitzel RL**, Seixas N, Brower S, Thomas K, Sheppard L.  American Industrial Hygiene Conference and Exposition (June 2001), New Orleans, LA. "Noise Exposure Assessment Methodology and Year One Results of a Four-Year Prospective Study of Noise-Induced Hearing Loss in Construction Apprentices."

55. **Neitzel RL**, Ren K, Camp J, Yost M, Seixas N.  National Hearing Conservation Association conference (Feb 2001), Raleigh, NC.  "Occupational Noise Exposures in Five Construction Trades."

56. **Neitzel RL**, Somers S, Yost M.  Agricultural Health and Safety in a New Century conference (2000), Cooperstown, NY. "Occupational Vibration and Noise Exposures in Forestry Workers."

57. **Neitzel RL**, Camp J, Yost M, Seixas N.  American Industrial Hygiene Conference and Exposition (May 1999), Toronto, Canada.  "Variability in Construction Noise Exposures Assessed Using 3 dB and 5 dB Exchange Rates."

**POSTERS**

1. O'Reilly M, **Neitzel RL**.  International Society of Environmental Epidemiology conference (August 2020), virtual conference.  "Consumer Purchasing to Improve Environmental and Worker Health."

2. Ullman E, Smith L, Neitzel R.  **Neitzel RL**.  National Hearing Conservation Association conference (Feb 2020), Destin, FL.  "Predictors for Hearing Protection Attenuation Among Miners."

3. Shkembi A, Austin-Breneman J, Adar S, Parthasarathy S, Jolliet O, **Neitzel RL**.  UM MCubed 2019 Symposium (November 2019), Ann Arbor, MI.  "Enhancing Informal Electronic Waste Recycling Tools and Methods."

4. Carlson, K, Basu N, Park S-K, **Neitzel RL**.  Society of Toxicology annual conference (March 2019), Baltimore, MD.  "A case-control study of newborn hearing outcomes and neonatal dried blood spot metals."

5. Carlson K, **Neitzel RL**. UM Changing the Global E-waste Cycle seminar (April 2018), Ann Arbor, MI. "Noise and metal exposures in electronic waste workers from Ghana."

6. Sayler S Austin-Breneman J, Adar S, Parthasarathy S, Jolliet O, **Neitzel RL**. UM MCubed 2017 Symposium (November 2017), Ann Arbor, MI. "Public health and public policy approaches to electronic waste recycling."

7. Carlson K, **Neitzel RL**. Society of Toxicology annual conference (March 2017), Baltimore, MD. "Hearing loss as an outcome of noise and metal exposures in electronic waste workers"

8. Langeland A, **Neitzel RL**. UM Environmental Health Sciences Symposium (March 2017), Ann Arbor, MI. "Heavy Metal Exposure Assessment in an E-waste Community in Kalasin, Thailand."

9. Langeland A, **Neitzel RL**. UM Michigan Sustainability and Environment Conference (February 2017), Ann Arbor, MI. "Heavy Metals Distribution in Rice and Soil in an E-waste Community."

10. Langeland, A, **Neitzel RL**. UM International Institute Fellowships Poster Session (November 2016), Ann Arbor, MI. "Heavy metal exposures from electronic waste recycling in a Thai community."

11. Carlson K, **Neitzel RL**. International Conference on Information and Communication Technologies and Development (June 2016), Ann Arbor, MI. "Electronic waste worker health: studying complex problems in the real world."

12. Roberts B, **Neitzel RL**. American Industrial Hygiene Conference and Exposition (May 2016), Baltimore, MD. "Utilizing Smart Devices to Measure Intermittent Noise Exposure in the Workplace"

13. Sayler SK, Long RN, Nambunmee K, **Neitzel RL**. Center for Occupational Health and Safety Engineering symposium (Mar 2016), Ann Arbor, MI. "Predicting respirable silica exposure using noise among stone processing workers in Thailand."

14.

15. Roberts, B. **Neitzel, RL**. American Industrial Hygiene Conference and Exposition (June 2015), Salt Lake City, UT. "Using Commercially Available Smartphones to Measure Occupational Noise Exposure"

16. Andersson M, Andersson E, **Neitzel RL**. International Congress on Occupational Health (June 2015), Seoul, South Korea. "A comparison of area and personal dosimetry noise measurements in soft paper mills."

17. Carlson K, Schacht J, **Neitzel RL**. Society of Toxicology (March 2015), San Diego, CA. "Assessment of Ototoxicity due to Chronic Lead and Cadmium Exposure with and without Noise Exposure in CBA/CaJ Mice"

18. **Neitzel RL**, Sayler SK, Guire K, Bingham CR. American Public Health Association conference (Nov 2014), New Orleans, LA. "Use of a driving simulator to assess risk of bicycle-motor vehicle crashes."

19. **Neitzel RL**, Green A, Rajaee M, Long R, Sayler S. International Society for Environmental Epidemiology conference (Aug 2014), Seattle, WA. "Pilot assessment of hazards and health effects in a small-scale artisanal gold mining community in Ghana."

20. **Neitzel RL**, Sayler SK, Guire K, Bingham CR. American Public Health Association conference (Nov 2014), New Orleans, LA. "Use of a driving simulator to assess risk of bicycle-motor vehicle crashes."

21. Green A, Jones A, **Neitzel RL**. National Hearing Conservation Association conference (Mar 2014), Las Vegas, NV. "Noise and stress in a small-scale gold-mining community of northeastern Ghana."

22. De Castro AB, Krenz J, **Neitzel RL**. Western Forum for Migrant and Community Health (Feb 2014), Seattle WA. "Agricultural Safety & Health Hazards among Hmong Farmers."

23. Carlson K, Perkins M, Basu N, Park S-K, **Neitzel RL**. Bloodspot Environmental Epidemiology Project Symposium (Oct 2013), Ann Arbor MI. "Hearing Loss and Prenatal Human Metals Exposures"

24. **Neitzel RL**, Sayler S, Bingham CR, Guire K.  University of Michigan Injury Center Symposium (Sept 2013), Ann Arbor MI.  "Pilot Evaluation of Risk Factors for Adverse Interactions between Drivers and Bicyclists."

25. McAlexander TP, **Neitzel RL**, Gershon RRM.  International Society for Environmental Epidemiology 2013 Meeting (Aug 2013), Basil Switzerland.  "Geographic and temporal variability in road/street noise levels in New York City."

26. Burton RM, Ramachandran G, **Neitzel RL**, Oberlin T, Logan P, Johnson C.  American Industrial Hygiene Conference and Exposition (May 2013), Montreal, Canada.  "Contributions of Non-Occupational Noise to Total Noise Exposures for Workers with Increased Occupational Noise Exposures and Risk of Hearing Loss."

27. Gershon RRM, Sherman M, Magda L, Riley H, McAlexander TP, **Neitzel RL**. American Public Health Association 2012 Meeting (Oct 2012), San Francisco CA. "Hearing Health and Mass Transit Ridership."

28. Crollard A, **Neitzel RL**, Dominguez C, Seixas N.  National Institute for Occupational Safety and Health Occupational Health Disparities Conference (September 2011), Chicago, IL. "Disparities in health and safety experiences in a multicultural and multilingual high-hazard workforce."

29. **Neitzel, RL**.  University of Michigan Risk Science Symposium (September 2011), Ann Arbor, MI. "Incorporating Emerging Technologies into Risk Science."

30. McAlexander T, **Neitzel RL**, Gershon RRM.  American Public Health Association Conference (November 2010), Denver, CO.  "Association Between Urban Street Noise and Neighborhood Crime: A Pilot Study."

31. **Neitzel RL**, McAlexander T, Gershon RRM.  International Conference on Urban Health (October 2010), New York, NY.  "The New York City Urban Soundscape: A Pilot Study."

32. Gershon RRM, Pearson JM, Akram M, Spitzer J, **Neitzel RL**, Sherman MF. American Industrial Hygiene Association Conference and Exposition (May 2010), Denver, CO.   "Mass Transit Ridership Associated with Excessive Noise Exposure: Preliminary Data."

33. Pearson JM, **Neitzel RL**, Magda LA, Spitzer J, Akram M, Rabinowitz P, Sherman MF, Gershon RRM. The International Conference on Urban Health (Oct 2009), Nairobi, Kenya. "Mass transit ridership and excessive noise exposure: Preliminary data."

34. Gershon RM, **Neitzel RL**, Sherman M, Zeltser M, Samar S, Akram M, Spitzer J.,  American Public Health Association conference (November 2008), San Diego, CA.  "Hearing Protection use in an Urban Population: Preliminary Data."

35. Berger E, **Neitzel RL.**  National Hearing Conservation Association conference (Feb 2006), Tampa, FL. "Compilation of Representative Sound Level Data for 1731 Noise Sources."

36. Gershon R, **Neitzel RL**, Barrera M, Akram M.  International Conference on Urban Health (Aug 2006), Amsterdam, the Netherlands.  "Noise Levels In The NYC Subway System."

37. Irby N, **Neitzel RL**, Seixas N, Johnson P, Yost M.  National Hearing Conservation Association conference (May 2003), Dallas, TX. "Evaluation of the noise frequency spectra of common construction tasks."

## EXHIBIT C

### CASE MATERIAL

All documents cited in my report that are not cited herein.
Each cited document as well as any attachments to that document.
References cited in Exhibit A.

### EXPERT REPORTS

Rule 26 Expert Report of Richard L. McKinley, dated October 9, 2020 (General)

### DEPOSITION TESTIMONY

Deposition of Dan Ohama, dated November 17, 2020, and related exhibits
Deposition of Elliott Berger, dated December 10, 2019, and related exhibits
Deposition of Elliott Berger, dated December 12, 2019, and related exhibits
Deposition of Elliott Berger, dated November 12, 2019, and related exhibits
Deposition of Elliott Berger, dated November 13, 2019, and related exhibits
Deposition of Elliott Berger, dated September 25, 2020, and related exhibits
Deposition of Jillyen Curry-Mathis, dated December 4, 2020, and related exhibits
Deposition of John A. Merkley, dated February 26, 2020, and related exhibits
Deposition of Kathy Gates, dated May 29, 2020, and related exhibits
Deposition of Leanne Battler, dated September 10, 2020, and related exhibits
Deposition of Lorraine Babeu, Ph.D., dated March 10, 2020, and related exhibits
Deposition of Mark Van Densen, dated December 4, 2020, and related exhibits
Deposition of Melissa Leccese, dated October 6, 2020, and related exhibits
Deposition Transcript of Eric Fallon Vol. 1 dated September 3, 2020, and related exhibits
Deposition Transcript of Eric Fallon Vol 2, dated September 4, 2020, and related exhibits

### PRODUCTION DOCUMENTS

| Trial Exhibit Number | Beg Bates No. | End Bates No. | Description |
|---|---|---|---|
| D-GEN-0010 | 3M_MDL000425638 | 3M_MDL000425639 | Packaging: Peltor COM-TAC II, DATED 9/11/2006 |
| D-GEN-0057 | | | W. Murphy, P. Graydon, et al., Murphy Impulse Testing_Impulse Peak Insertion Loss for Hearing Protection Devises Tested with an Acoustic Shook Tube, dated 2016 |

-1-

Richard Neitzel
May 11, 2022

| Trial Exhibit Number | Beg Bates No. | End Bates No. | Description |
|---|---|---|---|
| D-GEN-0080 | | | Pamphlet: Department of the Army Pamphlet 40-501, Hearing Conservation Program, dated 12/10/1998. |
| D-GEN-0083 | | | Hearing Protection Device Data, dated 04/21/2016 |
| D-GEN-0086 | DOD00000130 | DOD00000130 | Fax from A. Dancer to D. Ohlin re non linear earplug study, attaching emails with E. Berger, dated 01/22/1997 |
| D-GEN-0087 | DOD00000725 | | Report: Hearing Protector Evaluation Report, P. Schley, dated 06/14/2012 |
| D-GEN-0088 | DOD00000728 | | Presentation: Results of Human Studies With Linear and Nonlinear Earplugs: Implications for Exposure Limits, A. Dancer and P. Hamery, dated 1998. |
| D-GEN-0089 | DOD00000738 | | Presentation: Combat Earplug Test, Instrumented "Head" - VA Police "Combat House", dated 02/09/2021 |
| D-GEN-0090 | DOD00000750 | | Report: Hearing Protector Evaluation Report, P. Schley, dated 06/18/2007 |
| D-GEN-0102 | | | ANSI S12.6-1997. American National Standard: Methods for the measurement of real-ear attenuation of hearing protectors, dated 02/21/1997. |
| D-GEN-0106 | | | Report: Sound attenuation of the indoor-outdoor range E-A-R plug, S. Abel, Military Medicine, Vol. 169,7:551, July 2004 |
| D-GEN-0144 | 3M_MDL000423281 | 3M_MDL000423281 | Pamphlet: 3M Combat Arms Earplugs Instructions for Use |
| D-GEN-0150 | 3M_MDL000195411 | 3M_MDL000195414 | Report: EARCAL Impulse Peak Attenuation Test Report, Per Ansi S12.42-2010, dated 7/22/2015 |

-2-

Richard Neitzel
May 11, 2022

| Trial Exhibit Number | Beg Bates No. | End Bates No. | Description |
|---|---|---|---|
| D-GEN-0151 | 3M_MDL000195517 | 3M_MDL000195524 | Report: EARCAL Attenuation Test Report, Per Ansi S3.19-1974, dated 5/9/2000 |
| D-GEN-0162 | 3M_MDL000250941 | 3M_MDL000250946 | Report: 3M Impulse Peak Insertion Loss Test Report, Per Ansi/ASA S12.42-2010, dated 7/22/2015 |
| D-GEN-0203 | 3M_MDL000425542 | 3M_MDL000425542 | Packaging: Peltor Combat Arms Earplugs |
| D-GEN-0210 | 3M_MDL000425577 | 3M_MDL000425577 | Arc Package, dated 10/04/2005 |
| D-GEN-0246 | 3M_MDL000002111 | 3M_MDL000002142 | Report: J. DeSpirito, M. Binseel, Modeling of Acoustic Pressure Waves in Level-Dependent Earplugs, Army Research Laboratory, Aberdeen Proving Ground, MD. ARL-TR-4607, dated 09/2008 |
| D-GEN-0248 | 3M_MDL000005285 | 3M_MDL000005290 | Report: How Folding the Flanges Back Affects REAT Results of the UltraFit Earplug End of the Combat Arms Plug, Version 1.2, R. Kieper and E. Berger, dated 7/10/2000 |
| D-GEN-0250 | 3M_MDL000005607 | 3M_MDL000005618 | Letter from K. Michael to B. Mishkin re Hearing Protective Device Test Report number Q2558A Revision 0, dated 03/28/2012 |
| D-GEN-0252 | 3M_MDL000006960 | 3M_MDL000006965 | Report: EARCAL Attenuation Test Report, Per Ansi S3.19-1974, Combat Arms Plug, Premolded Earplugs, dated 4/20/2006 |
| D-GEN-0254 | 3M_MDL000010234 | 3M_MDL000010302 | Lab Internal Policy and Procedure Manual, dated 07/31/2001 |
| D-GEN-0271 | 3M_MDL000016506 | 3M_MDL000016577 | Presentation: Amplitude-sensitive attenuating earplugs, P. Hamery, A. Dancer and E. Berger, dated 2008 |
| D-GEN-0389 | 3M_MDL000476760 | 3M_MDL000476762 | Letter from P. Hamery to Elliott Berger re test results for Impulse noise, dated 1/5/2000 |

Richard Neitzel
May 11, 2022

| Trial Exhibit Number | Beg Bates No. | End Bates No. | Description |
|---|---|---|---|
| D-GEN-0749 | DOD00000723-1 | DOD00000724-2 | Hearing Protector Evaluation Report, Schley REAT Testing, dated 06/18/2007 |
| D-Gen-0764 | | | Papers and Proceedings, U.S. Environmental Protection Agency Workshop on Hearing Protection Devices, Washington D.C., March 27-28, 2003 |
| D-GEN-0776 | | | Report: U.S. Department of Defense, Department of Defense Design Criteria Standard: Noise Limits, MIL-STD 1474D, dated 02/12/1997. |
| D-Gen-0788 | | | Booklet: USACHPPM TG 41, Personal Hearing Protective Devices: Their Fitting, Care, and Use (March 2006) |
| D-GEN-1047 | | | CAE Response, G1B, CAE Response, Octave Band Attenuation |
| D-GEN-1095 | DOD00000255 | DOD00000255 | Information Paper: The Combat Arms Earplug, D. Ohlin, dated 03/10/2000 |
| D-GEN-1104 | DOD00000721 | DOD00000721 | Report: Assessment of Four Passive Hearing Protection Devices for Continuous Noise Attenuation, Impulsive Noise Insertion Loss and Auditory Localization Performance, R. Williams, J.R. Stefanson, et al., dated 11/17/2014 |
| D-GEN-1105 | DOD00000724-1 | DOD00000724-2 | "REAT test report of the yellow end of the Combat Arms earplugs by Paul Schley, labeled experiment number 1328" |
| D-GEN-1106 | DOD00000726 | | Report: Hearing Protector Evaluation Report, P. Schley, dated 06/14/2012 |
| D-GEN-1108 | DOD00000732 | DOD00000733 | Presentation: Cognitive Engineering of the Digital Battlefield, undated, dated 02/09/2021 with attachments. |

Richard Neitzel
May 11, 2022

| Trial Exhibit Number | Beg Bates No. | End Bates No. | Description |
|---|---|---|---|
| D-GEN-1109 | DOD00000736 | DOD00000737 | Presentation: Combat Earplug Test, Cognitive Engineering of the Digital Battlefield, undated. w/ attachments. |
| D-GEN-1110 | DOD00000741 | | Presentation: Attenuation Measurements of Passive Linear and Nonlinear Hearing Protectors for Impulse Noise, W. Murphy, C. Kardous, undated. |
| D-GEN-1111 | DOD00000742 | | Brochure: Three Variants of the Dual-Mode Combat Arms Earplug: An assessment of attenuation performance in continuous and impulse noise, M. Binseel, A. Proving Ground, undated. |
| D-GEN-1112 | DOD00000743 | | Report: Wideband Hearing, Intelligence, and Sound Protection (WHISPr), B. Hobbs, D. Hudson, et al., dated 10/01/2008 |
| D-GEN-1116 | DOD00000756 | | Report: Evaluation of Hearing Protection Devices and a Flight Helmet when undergoing Impulse noise Stimulations, K. Buck, S. DeMezzo et al., dated 12/18/2012. |
| D-GEN-1117 | DOD00000757 | | Report: Military Standard 1474E, Department of Defense Design Criteria Standard Noise Limits, dated 04/15/2015. |
| D-GEN-1144 | FALLON00025 | FALLON00064 | Presentation: Hearing Protection Devices Slide Deck re Fitting Exercise |
| D-GEN-1241 | | | J. Casali, W. Ahroon, et al., A field investigation of hearing protection and hearing enhancement in one device: For soldiers whose ears and lives depend upon it. Noise and Health Journal, 11(42), 69-90 (2009) |

Richard Neitzel
May 11, 2022

| Trial Exhibit Number | Beg Bates No. | End Bates No. | Description |
|---|---|---|---|
| D-GEN-1357 | | | M. Binseel, K. Cave et al., A Comparison of the Single-Sided (Gen II) and Double-Sided (Gen I) Combat Arms Earplugs (CAE): Acoustic Properties, Human Performance, and User Acceptance, Army Research Laboratory, ARL-TR-6270 (December 2012) |
| D-Gen-1363 | | | Report: Performance Assessment of the 3M Combat Arms Generation 4.0 Tactical Military Shooter's Ear Plug, H. Gallagher, N. Abouzahra, et al., Air Force Research Laboratory, AFRL-RH-WP-TR-2016-0092, dated 06/24/2016. |
| D-GEN-1518 | MICHAELASSOC_0 0000483 | MICHAELASSOC_0 0000483 | Letter from K. Michael to B. Mishkin re Report on Testing of Moldex Impulse Noise Earplug, dated 08/16/2010 |
| D-GEN-1568 | 3M_MDL000188143 | 3M_MDL000188147 | E-A-RCAL Attenuation Test Report per ANSI S3.19.1974: Test ID# 213016, device Combat Arms Plug ARC Plug, dated 1/25/2000 |
| D-GEN-1648 | 3M_MDL000107429 | 3M_MDL000107503 | Report: Impulse Peak Attenuation Test Report Per ANSI S.12.42-2010, dated 11/13/2014 |
| D-GEN-1651 | 3M_MDL000232247 | 3M_MDL000232260 | Presentation: CAE Aearo Prototypes ISL Measurements March 2005 Pascal Hamery and Armand Dancer, dated 3/2005 |
| D-GEN-1678 | 3M_MDL000423276 | 3M_MDL000423276 | Packaging: E-A-R Combat Arms Earplugs (Green End NRR22) |
| D-GEN-1689 | 3M_MDL000573842 | 3M_MDL000573842 | Packaging: Combat Arms Earplugs Instructions;Combat Arms Earplugs More than a Hearing Protector Instructions |

Richard Neitzel
May 11, 2022

| Trial Exhibit Number | Beg Bates No. | End Bates No. | Description |
|---|---|---|---|
| D-GEN-1695 | 3M_MDL000826041 | 3M_MDL000826041 | Newsletter: USACHPPM Just The Facts... The Combat Arms Earplug from the Hearing Conservation US Army Center for Health Promotion and Preventive Medicine |
| D-GEN-1726 | 3M_MDL000009701 | 3M_MDL000009709 | Measurement of 215511, Combat Arms Plug, dated 06/15/2005 |
| D-GEN-1727 | 3M_MDL000009728 | 3M_MDL000009736 | Measurement of 215511, EAR/Aearo Co. Combat Arms Plug, filters with various-sized holes, dated 10/28/2005 |
| D-GEN-1728 | 3M_MDL000016457 | 3M_MDL000016465 | Measurement of Test ID 215516, E.A.R/Aearo Technologies UltraFit end of Combat Arms Plug, premolded, dated 04/26/2007 |
| D-GEN-1750 | 3M_MDL000024875 | 3M_MDL000024875 | Email from W. Murphy to E. Berger, V. Larson, et al. re Impulse peak levels, dated 10/23/2001 |
| D-GEN-1753 | 3M_MDL000193696 | 3M_MDL000193696 | Spreadsheet: CAE Testing with Slits 2007.xls, dated 3/23/2007 |
| D-GEN-1754 | 3M_MDL000193726 | 3M_MDL000193726 | Report: E-A-RCAL Attenuation Test Report PER ANSI S3.19-1974, dated June 15, 2004 |
| D-GEN-1908 | 3M_MDL000002154 | 3M_MDL000002172 | J. Lovejoy, Hearing Protection Evaluation for the Combat Arms Earplug at Idaho National Laboratory, U.S. Dept. of Energy, March 2007 |
| D-GEN-2244 | | | Abel, Sharon et al. (2008). An Investigation of the Attenuation provided by the Surefire EP3 Sonic Defender Earplug. Defence R&D Canada. |
| D-GEN-2486 | 3M_ISL_00001214 | 3M_ISL_00001253 | Report: Etude et demonstration de moyens de perception avancee pour le fantassin 9Study and demonstration of advanced perception means for the infantryman), P. Hamery and K. |

Richard Neitzel
May 11, 2022

| Trial Exhibit Number | Beg Bates No. | End Bates No. | Description |
|---|---|---|---|
| | | | Buck, dated March 2008 |
| D-GEN-2492 | 3M_ISL_00001393 | 3M_ISL_00001431 | Report: High Level Impulse Noise Evaluation of Hearing Protection Deceives (3M/AEARO) According to the New ANSI S 12.42-2010 Protocol, P. Hamery et al. |
| D-GEN-2493 | 3M_ISL_00001432 | 3M_ISL_00001439 | Report: Impulse Noise Test of 3M-AEARO Single Ended and Double Ended Nonlinear Earplug with INSPEC Witness, P. Hamery et al. |
| D-GEN-2602 | 3M_ISL_00003224 | 3M_ISL_00003233 | Report: USAF Approved Hearing Protection Devices, Air Force Research Laboratory, dated 08/00/2000 |
| D-GEN-2623 | 3M_ISL_00004702 | 3M_ISL_00004716 | E. Berger, P. Hamery, Empirical Evaluation Using Impulse Noise of the Level-Dependency of Various Passive Earplug Designs, 5th Forum Acusticum, 154th Meeting of the Acoustical Society of America, ISL-PU 649/2008 |
| D-GEN-3094 | | | Air Force Instruction 48-127, dated 2/26/2016 |
| D-GEN-3095 | | | Navy Medical Department Hearing Conservation Program Procedures, TM 6260.51.99-2 dated 9/15/2008 |
| D-GEN-3729 | | | Continuous and Impulsive Noise Attenuation Performance of Passive Level Dependent Earplugs (AFRL 2012) |
| P-GEN-00692 | 3M_MDL000393650 | 3M_MDL000393650 | Babeu (2005) Level Dependent Hearing Protection and DPOAE After Small Arms Fire |
| P-GEN-01329 | 3M_MDL000009066 | 3M_MDL000009117 | WHISPr: Headset evaluation (2009) w/ comparison to CAEv2 |
| P-GEN-03100 | | FALLONSDT000542 | Soldier Protection Demonstration Tactical Communications and Protection System (SPD-TCAPS) Limited Objective Experiment (LOE) |

-8-

Richard Neitzel
May 11, 2022

| Trial Exhibit Number | Beg Bates No. | End Bates No. | Description |
|---|---|---|---|
| P-GEN-03904 | 3M_MDL000012099 | | U.S. Marine Corps Level-Dependent Hearing Protector Assessment |
| P-GEN-05843 | | | 2014.10.28 McKinley (2014) Measuring effective detection and localization performance of hearing protection devices |
| S-GEN-0002 (D-GEN-0299) | 3M_MDL000039900 | 3M_MDL000039904 | Memorandum: For Staff Director, Joint Readiness Clinical Advisory Board re Request for National Stock Number (NSN) and Bulk Purchase of Combat Arms Earplug |
| S-GEN-0016 (P-GEN-00043) | 3M_MDL000313390 | 3M_MDL000313390 | EARCal CAEv2 Attenuation Measurements (Closed - 213015) |
| S-GEN-0039 (P-GEN-00152) | 3M_MDL000023299 | 3M_MDL000023318 | ANSI S3.19-1974 (R 1979) - Method for the Measurement of Real-Ear Protection of Hearing Protectors and Physical Attenuation of Ear Muffs |
| S-GEN-0065 (D-GEN-0019) | 3M_MDL000002737 | 3M_MDL000002794 | Report: R. Kieper, E. Berger, The Development of the Combat Arms Earplug, Version 1 through Version 4, E-A-R 07-25/HP, 3M Company, E-A-R-CAL Laboratory, dated 07/23/2010 |
| S-GEN-0070 (D-GEN-0136) | 3M_MDL000478766 | 3M_MDL000478766 | Pamphlet: Just the Facts ... The Combat Arms Earplug, Hearing Conservation USACHPPM 51-004-0204 |
| S-GEN-0071 (D-GEN-0157) | 3M_MDL000229331 | 3M_MDL000229332 | Copy of Wallet Card |
| S-GEN-0072 (D-GEN-0164) | 3M_MDL000476467 | 3M_MDL000476468 | Chart: EARCAL Individual Subject Data on ISL Plug, Test ID 210001, dated 8/6/1997 |
| S-GEN-0073 (D-GEN-0165) | 3M_MDL000476469 | 3M_MDL000476470 | Chart: EARCAL Individual Subject Data on ISL Plug, filter twisted closed, Test ID 210002, dated 8/6/1997 |
| S-GEN-0074 (D-GEN-0168) | 3M_MDL000476774 | 3M_MDL000476774 | Chart: Brevet: Protection auditive (double face), ISL Testing Data |

-9-

Richard Neitzel
May 11, 2022

| Trial Exhibit Number | Beg Bates No. | End Bates No. | Description |
|---|---|---|---|
| S-GEN-0083 (D-GEN-0201) | 3M_MDL000425526 | 3M_MDL000425527 | Ad: AO Safety Indoor/Outdoor Range E-A-R Plugs, |
| S-GEN-0088 (D-GEN-0266) | 3M_MDL000014015 | 3M_MDL000014292 | Report: Blast Overpressure Studies, D. Johnson, dated 05/1998 |
| S-GEN-0102 (D-GEN-1090) | DOD00000090 | DOD00000094 | Report: ARL-HRED Hearing Protection Device Assessments in Reverberating Environments, J. Kalb, G. Garinther, et al., dated 06/30/1999 |
| S-GEN-0110 (D-GEN-1755) | 3M_MDL000313390 | 3M_MDL000313390 | Spreadsheet: Individual Subject Data re Device: Short-stemmed UltraFit Plug, part of Combat Arms Plug, Test ID: 213015, dated 1/25/2000 |

### ADDITIONAL DOCUMENTS

1996-04-22 - DoD Instruction 6055.12 - DoD Hearing Conservation Program letter

2008-02-01 - DA Special Text 4-02.501 - Army Hearing Program Booklet

2010-12-03 - DoD Instruction Number 6055.12 - Hearing Conservation Program Letter

2019-08-14 - DoD Instruction 6055.12 Hearing Conservation Program Pamphlet

ANSI-ASA S12 - American National Standard_Methods for Measuring the Real-Ear Attenuation of Hearing Protectors booklet

ANSI-ASA_S3.19 - Acoustical Society of America Standard-Method for the Measurement of Real-Ear Protection of Hearing Protectors and Physical Attenuation of Earmuffs (1975)

ARMY-HCP-P40-501 - Hearing Conservation Program

Department of Defense Instruction: DoD Hearing Conservation Program (HCP), dated March 4, 2004

Department of the Army Pamphlet 40-501 - Army Hearing Program, dated January 8, 2015

Noise Levels of Common Army Equipment - Army Hearing Program

Noise of military weapons, ground vehicles, planes and ships

Readiness through Hearing Loss Prevention

-10-

Richard Neitzel
May 11, 2022

**EXHIBIT D**

**Richard Neitzel, Ph.D. - Prior Testimony**

| CASE NAME | VENUE | DATE | TESTIFIED BY |
|---|---|---|---|
| Stephen Hacker v. 3M Company, et al. 7:20-cv-00131 | United State District Court, Northern District of Florida, Pensacola Division | December 16-17, 2020 | Deposition |
| Luke Estes v. 3M Company, et al. 7:20-cv-00137 | United State District Court, Northern District of Florida, Pensacola Division | December 16-17, 2020 | Deposition |
| Dustin McCombs v. 3M Company, et al. 7:20-cv-00094 | United State District Court, Northern District of Florida, Pensacola Division | December 16-17, 2020 | Deposition |
| Christopher Graves v. 3M Company, et al. 27-cv-19-19-19916 | State of Minnesota County of Hennepin, Fourth Judicial District | January 13, 2021 | Deposition |
| Michelle Blum v. 3M Company, et al. 7:20-cv-00122 | United State District Court, Northern District of Florida, Pensacola Division | February 11-12, 2021 | Deposition |
| Ronald Sloan v. 3M Company, et al. 7:20-cv-00001 | United State District Court, Northern District of Florida, Pensacola Division | February 11-12, 2021 | Deposition |
| William Wayman v. 3M Company, et al. 7:20-cv-00149 | United State District Court, Northern District of Florida, Pensacola Division | February 11-12, 2021 | Deposition |
| Steven Wilkerson v. 3M Company, et al. 7:20-cv-00035 | United State District Court, Northern District of Florida, Pensacola Division | January 20, 2022 | Deposition |
| Steven Wilkerson v. 3M Company, et al. 7:20-cv-00035 | United State District Court, Northern District of Florida, Pensacola Division | March 22, 2022 | Trial |