# PX53

```
 1                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF FLORIDA
 2                     PENSACOLA DIVISION
 3        *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 4     IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS
       LIABILITY LITIGATION
 5
 6     This Document Relates to:
 7          All Wave 1 Cases
 8
                   Case No. 3:19-md-2885-MCR-GRJ
 9
10
          *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
11
12
13   REMOTE VIDEOTAPED DEPOSITION OF GREGORY FLAMME, PhD
14
                       June 21, 2022
15              10:02 a.m. to 12:26 p.m.
16            REPORTED BY ANITA KORNBURGER
              REGISTERED PROFESSIONAL REPORTER
17
18
19
          *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
20
21
22
23
24
25
```

```
 1                  A P P E A R A N C E S
 2   MONSOUR LAW FIRM, by
     Mr. Douglas Monsour
 3   Ms. Katy Krottinger
     Mr. Kingrey Sullens
 4   2900 McKinnon Street, Suite 2405
     Dallas, TX 75201
 5   info@monsourlawfirm.com
     Appearing by videoconference on behalf of the
 6   Plaintiffs.
 7   DECHERT, LLP, by
     Mr. Christopher Burrichter
 8   Ms. Alie Ozurovich
     35 West Wacker Drive, Suite 3400
 9   Chicago, Illinois 60601
     312-646-5823
10   christopher.burrichter@dechert.com
     Appearing by videoconference on behalf of the
11   Defendant.
12   ALSO PRESENT:  Tyler Crotty - Trial Tech
                    Bill Geigert - Videographer
13
14                         I N D E X
15
     Examination by                              Page
16
     Mr. Monsour. . . . . . . . . . . . . . . 4
17
18
19                       E X H I B I T S
20                                                Page
     Exhibit No.   Description                 Identified
21
22          (There were no exhibits marked.)
23
24
25
```

 1       A.   I have seen papers where that statement
 2  is made, but it is not solely on the basis of
 3  temporary threshold shift, and it is exploratory
 4  work that is being conducted in that area.
 5       Q.   And who is doing that work?
 6       A.   Well --
 7            MR. BURRICHTER:  Objection to form.
 8            THE WITNESS:  I don't have a particular
 9  investigator or a particular paper in mind, so I
10  can't really answer that question.
11  BY MR. MONSOUR:
12       Q.   Do you remember what you were reading
13  when you saw that?
14       A.   As I said, I don't have a particular
15  paper or investigator in mind, so I don't, no.
16       Q.   Is it generally accepted in your industry
17  that where there has been a temporary threshold
18  shift, there has been some damage to the cochlea?
19            MR. BURRICHTER:  Objection to form.
20            THE WITNESS:  No, the evidence in this
21  area does not support that kind of a statement.
22  BY MR. MONSOUR:
23       Q.   You say here in this opinion 13, it says,
24  "The early US CHABA damage risk criteria were
25  developed under the assumption that sequential

```
 1   noise exposures were separated by periods that were
 2   sufficiently quiet to allow temporary hearing
 3   sensitivity to recover fully prior to the next
 4   exposure interval."  Do you see that?
 5        A.   Yes.
 6        Q.   Generally, how much time under that CHABA
 7   damage risk criteria, how much time was allowed for
 8   recovery?
 9        A.   Once again, the recovery or auditory rest
10   periods that are necessary are fundamentally based
11   upon the exposure profile for that individual.
12   There's no single answer to that.
13        Q.   Well, give me some of the examples that
14   they used under this CHABA criteria.
15        A.   The -- the CHABA criterion simply states
16   that it is not -- of course, this is not a direct
17   quote -- I'd need to look at the actual
18   document -- but the gist of it is that the measures
19   that they did and the rules that they developed
20   presumed that one would not be exposed again to a
21   hazardous noise until they had fully recovered from
22   the prior one, however long that happens to take.
23        Q.   Right.  So what time periods were they
24   allowing for?  I mean, was it hours?  Was it days?
25   Was it months?  What was it?
```

1    A.   It would -- that was not the nature of
2  the paper that I have in mind right now to specify
3  that number of hours.  It's full recovery that is
4  the criterion here, however long that takes.
5    Q.   So it could be five years?
6    A.   That would be --
7        MR. BURRICHTER:  Object to form.
8        THE WITNESS:  That would be unlikely for
9  waiting for recovery from a temporary threshold
10  shift.
11  BY MR. MONSOUR:
12    Q.   If we keep reading in the article, it
13  says, "NIOSH 1998 criteria for a recommended
14  standard make it clear that large temporary
15  threshold shifts recover 'over a period of hours or
16  days if the ear is allowed to rest in a quieter
17  environment.'"  Do you see that?
18    A.   Yes, I do.
19    Q.   So it looks like they're saying here at
20  NIOSH it's hours or days.
21    A.   That statement is -- has to be
22  interpreted in the context of the scope of NIOSH,
23  which is industrial noises, which are considerably
24  different from military noises.  So for industrial
25  noise, 95 percent of those noises are less than or

```
 1                    CERTIFICATE
 2     I, Anita Kornburger, Registered Professional
 3     Reporter and Certified Shorthand Reporter, do
 4     hereby certify that prior to the commencement
 5     of the deposition, Gregory Flamme, PhD was duly
 6     remotely sworn by me to testify to the truth,
 7     the whole truth and nothing but the truth.
 8          I DO FURTHER CERTIFY that the foregoing is
 9     a verbatim transcript of the testimony as taken
10     stenographically by me at the time, place and
11     on the date set forth, to the best of my
12     ability.
13             I DO FURTHER CERTIFY that I am neither
14     a relative nor employee nor attorney nor
15     counsel of any of the parties to this action,
16     and that I am neither a relative nor employee
17     of such attorney or counsel, and that I am not
18     financially interested in the action.
19     _____
20     [signature: Anita Kornburger]
21     Anita Kornburger
       Registered Professional Reporter
22     Certified Shorthand Reporter
       Notary Public
23
       Dated: June 23, 2022
24
25
```