# PX54

```
 1                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF FLORIDA
 2                     PENSACOLA DIVISION
      _____
 3                                   :
      IN RE:                         : Case No. 3:19md2885
 4                                   :
      3M COMBAT ARMS EARPLUG         :
 5    PRODUCTS LIABILITY LITIGATION  : Judge M. Casey Rodgers
      _____:
 6                                   :
      This Document Relates to:      : Magistrate Judge
 7                                   : Gary R. Jones
      All Wave 1 Cases               :
 8    _____:
 9
10
11              Thursday, June 23, 2022
12
13         Remote videotaped deposition of
14    STEPHEN TASKO, Ph.D., held at the location of
15    the witness, commencing at 9:02 a.m., on the above
16    date before Carol A. Kirk, Registered Merit Reporter,
17    Certified Shorthand Reporter, and Notary Public.
18
19
20
21
22
23             GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
24                 deps@golkow.com
```

```
 1              R E M O T E   A P P E A R A N C E S
 2                              - - -
 3   On behalf of the Plaintiffs:
 4           DOUGLAS C. MONSOUR, ESQUIRE
             KATY KROTTINGER, ESQUIRE
 5           THE MONSOUR LAW FIRM
             404 North Green Street
 6           Longview, Texas   75601
             903-999-9999
 7           doug@monsourlawfirm.com
             katy@monsourlawfirm.com
 8
 9   On behalf of the Defendant:
10           CHRISTOPHER BURRICHTER, ESQUIRE
             DECHERT LLP
11           35 WEST WACKER DRIVE, SUITE 3400
             Chicago, Illinois   60601
12           312-646-5800
             christopher.burrichter@dechert.com
13
             ALLIE OZUROVICH, ESQUIRE
14           DECHERT LLP
             633 West 5th Street, Suite 4900
15           Los Angeles, California   90071
             213-808-5700
16           allie.ozurovich@dechert.com
17
18
19   ALSO PRESENT:
20           Kingrey Sullens, Monsour
             Bill Geigert, Videographer
21           Ray Moore, Document Tech
22
23                              - - -
24
```

1  odds for a hearing injury would be between .1

2  and 1, correct?

3          A.   With no hearing protection.  So

4  just an open ear?

5          Q.   Yes.

6          A.   I think that would be correct.

7  It's important to recognize that a soldier,

8  depending on the environment, are really

9  required to wear hearing protection for anything

10 over 140.

11         Q.   Oh, I know.  I'm kind of working

12 my way through to see if I understand this

13 chart, okay?  So just bear with me.

14              So I wear -- if I go out with --

15 let me start again.

16         A.   Okay.

17         Q.   If someone shoots a weapon,

18 they're unprotected, and it's a military long

19 rifle or machine gun, the odds, the percentage

20 of a hearing injury is .1 to 1, right?

21         A.   In that category.  That's what the

22 health hazard assessment guide dictates.  Yes.

23         Q.   Okay.  What if I do the same thing

24 tomorrow?  I do the exact same thing tomorrow.

 1   I go out, fire one round unprotected, do you add

 2   the risk from yesterday and today, or how do you

 3   tally that up as far as looking at

 4   probability -- impulse noise injury probability

 5   levels?  Do they add up over time?  Or once you

 6   get past one, is it in the rearview mirror?

 7              Do you understand my question?

 8        A.    I believe I do.

 9        Q.    Okay.

10        A.    And I think the answer to the

11   question is neither yes or no, but it depends.

12   And it's going to depend on factors that we

13   don't always have access to.  So we do --

14        Q.    What are those factors?

15        A.    Well, as you said, the level is an

16   important one, but also whether there's been an

17   auditory consequence as a result of the

18   exposure.  So, in other words, has there been a

19   shift in thresholds as a result of that impulse

20   noise exposure.

21        Q.    Okay.

22        A.    And that impulse noise exposure

23   threshold shift, we do know -- while we don't

24   know the details of exact times and things, but

1  we've understood for a long time that frequent
2  exposure when there are subsequent or
3  consecutive exposures, that without adequate
4  time for recovery, that that can be problematic
5  for increasing the probability of hearing
6  injury.
7           Q.    How much time is adequate for
8  recovery?
9           A.    I don't think there's consensus
10 within the field on that.  There have been
11 reports.  For example, I believe there was a
12 European DRC for this that would suggest at
13 least 24 hours if there was a known threshold
14 shift.
15                I believe NIOSH has reported on
16 the -- in their writings related to quiet
17 periods that needs to run from possibly hours to
18 days.
19                So that's my understanding.
20          Q.    Okay.  So on the low end -- well,
21 I guess you said some say from hours to days,
22 others say 24 hours?
23          A.    Well, I will say that -- yes.  So
24 that falls within that more general thing.  But

Stephen Tasko, Ph.D.

```
 1   I think I would -- what I would say is that
 2   that's an area where work needs to get done.
 3          Q.   You mean like research?
 4          A.   Correct.
 5               MR. MONSOUR:  Okay.  All right.
 6          You can take that down.  And let's go to
 7          Figure -- a couple pages down, 37.
 8          There's Figure 14.
 9               Okay.  Can you make that a little
10          smaller, because the Zoom people on the
11          right -- there you go.  That's good.
12          Thank you.
13   BY MR. MONSOUR:
14          Q.   Do you -- can you see Table 2.2,
15   which is Figure 14 on page 37 of your report,
16   Dr. Tasko?
17          A.   Yes, I do see that.
18          Q.   Okay.  Now, what is this chart
19   discussing?
20          A.   This is basically a risk level
21   chart coming from the health assessor's guide
22   from 2020, but this is focused on continuous
23   noise.
24          Q.   So this is a similar chart to the
```

```
 1                      CERTIFICATION

 2

 3          I, Carol A. Kirk, Registered Merit Reporter and

 4   Certified Shorthand Reporter, do hereby certify that

 5   prior to the commencement of the examination,

 6   STEPHEN TASKO, Ph.D., was duly remotely sworn by me to

 7   testify to the truth, the whole truth, and nothing but

 8   the truth.

 9          I DO FURTHER CERTIFY that the foregoing is a

10   verbatim transcript of the testimony as taken

11   stenographically by me at the time, place, and on the

12   date hereinbefore set forth, to the best of my

13   ability.

14          I DO FURTHER CERTIFY that I am neither a

15   relative nor an employee nor attorney nor counsel of

16   any of the parties to this action, and that I am

17   neither a relative nor employee of such attorney or

18   counsel, and that I am not financially interested in

19   the action.

20

21

22   _____Carol A Kirk_____

     Carol A. Kirk, RMR, CSR

23   Notary Public

     Dated:  June 28, 2022

24
```