# PX55





Journal of Occupational and Environmental Hygiene

ISSN: 1545-9624 (Print) 1545-9632 (Online) Journal homepage: https://www.tandfonline.com/loi/uoeh20

# Noise characterization of "effective quiet" areas on a U.S. Navy aircraft carrier

N. Cody Schaal, Raushan A. Salaam, Michael Stevens & Alex Stubner

To cite this article: N. Cody Schaal, Raushan A. Salaam, Michael Stevens & Alex Stubner (2019) Noise characterization of "effective quiet" areas on a U.S. Navy aircraft carrier, Journal of Occupational and Environmental Hygiene, 16:5, 329-335, DOI: 10.1080/15459624.2019.1591628

To link to this article: https://doi.org/10.1080/15459624.2019.1591628

Published online: 03 Apr 2019.

Submit your article to this journal

Article views: 428

View related articles

View Crossmark data

Full Terms & Conditions of access and use can be found at
https://www.tandfonline.com/action/journalInformation?journalCode=uoeh20

JOURNAL OF OCCUPATIONAL AND ENVIRONMENTAL HYGIENE
2019, VOL. 16, NO. 5, 329–335
https://doi.org/10.1080/15459624.2019.1591628



REPORT



# Noise characterization of "effective quiet" areas on a U.S. Navy aircraft carrier

N. Cody Schaal[a], Raushan A. Salaam[b], Michael Stevens[c], and Alex Stubner[a]

[a]Uniformed Services University, F. Edward Hebert School of Medicine, Bethesda, Maryland; [b]U.S. Army 65th Medical Brigade, Yongsan Garrison, South Korea; [c]Bureau of Medicine and Surgery (M44), Defense Health Headquarters, Falls Church, Virginia

**ABSTRACT**

The purpose of this investigation was to characterize noise levels in spaces designated as "effective quiet" areas on a U.S. Navy aircraft carrier. Noise dosimetry samples were collected in 15 designated spaces, representing 15 noise measurements, while at-sea during airwing carrier qualifications. Equivalent sound level ($L_{eq}$) measurements were collected during flight operations ($L_{eq\ (flt\ ops)}$), non-flight operations ($L_{eq\ (non\text{-}flt\ ops)}$), and over 24-hr periods ($L_{eq\ (24\text{-}hr)}$). These data were compared to the 70 dBA American Conference of Governmental Industrial Hygienists (ACGIH®) Threshold Limit Value (TLV®) for "effective quiet" areas intended for temporary threshold shift recovery when personnel live and work in a potentially noise hazardous environment for periods greater than 24 hr. The monitored areas were selected based on personnel occupancy/use during off-duty time periods. Areas were classified by either (1) leisure areas that included mess (eating areas), gyms, lounges, an internet cafe, and the fantail social area or (2) berthing (sleeping) areas. The $L_{eq}$ measurements in decibels "A" weighted (dBA) were compared to determine significant differences between $L_{eq\ (flt\ ops)}$, $L_{eq\ (non\text{-}flt\ ops)}$, and $L_{eq\ (24\text{-}hr)}$ and were compared between leisure area and berthing area. Measured noise levels according to time period ranged as follows: (1) $L_{eq\ (24\text{-}hr)}$: 70.8–105.4 dBA; (2) $L_{eq\ (flt\ ops)}$: 70–101.2 dBA; and (3) $L_{eq\ (non\text{-}flt\ ops)}$: 39.4–104.6 dBA. All area measurements over the 24-hr period and during flight operations and 46.7% of the areas during the non-flight operation time period exceeded the "effective quiet" 70 dBA ACGIH TLV. Mean $L_{eqs}$ were 15 dBA higher during flight operations compared to non-flight operations in "effective quiet" areas ($p = 0.001$). The $L_{eqs}$ in leisure areas were significantly higher than berthing areas by approximately 21 dBA during non-flight operation periods ($p = 0.001$). Results suggest noise levels in "effective quiet" areas frequented by aircraft carrier personnel during off-duty hours when at-sea may inhibit auditory recovery from occupational noise exposures that occur on-duty.

**KEYWORDS**

24-hr noise exposure; auditory rest; berthing; flight operations; hearing loss; leisure; noise dosimetry

## Introduction

Personnel assigned to U.S. Navy aircraft carriers at-sea are restricted for periods of greater than 24 hr to areas that serve as both a workplace and living area. Additionally, an aircraft carrier's unique environment often requires work shifts >8 hr. Longer duration noise exposure via 12-hr on-duty and 12-hr off-duty shifts is further compounded by both high intensity noise exposure over a longer duration and by the reduced opportunity for auditory recovery in "effective quiet" areas, thus increasing the risk of hearing loss.

Investigation of hearing loss with increasing exposure duration in rats found threshold shifts beginning with exposure durations at 18–24 hr.[1] Rats exposed to increasing noise levels beginning at 80 dB and ending at 104 dB at 16,000–20,000 Hz for 5 weeks resulted in a 1.82 dB threshold shift for every 1 dB noise level increase beginning at 77.2 dB.[1] Auditory brainstem response thresholds measured >30 days post-exposure partially recovered with an ultimate 30–40 dB permanent threshold shift (PTS).[1] In humans, areas with sound levels <76 dB for low frequency (250 and 500 Hz) and <68 dB for high frequency (1,000–4,000 Hz) was sufficient for auditory recovery assuming 16 hr of auditory rest.[2] Melnick[3] found temporary threshold shifts (TTSs) reaching maximum levels 8–12 hr after exposure initiation for personnel exposed to 80 and 85 dB over a 24-hr

CONTACT N. Cody Schaal ✉ Nicholas.schaal@usuhs.edu   Uniformed Services University, F. Edward Hebert School of Medicine, 4301 Jones Bridge Rd., Bethesda, MD 20814.
Color versions of one or more of the figures in the article can be found online at www.tandfonline.com/uoeh.
This work was authored as part of the Contributor's official duties as an Employee of the United States Government and is therefore a work of the United States Government. In accordance with 17 U.S.C. 105, no copyright protection is available for such works under U.S. Law.

shift. Noise exposure of 80 dB led to mean threshold shifts ranging from 7–9 dB, while the 85 dB noise level led to threshold shifts ranging from 15–18 dB.[3] Nixon et al.[4] investigated the effects of 24-hr noise exposures to 80, 85, and 90 dBA at 1,000 Hz and found a peak 4 dB hearing change at 16 hr compared to 8 hr of exposure. Hearing returned to baseline levels within 2 hours following 80 and 85 dBA exposures while up to 24 hours was needed for full recovery following 90 dBA.[4] Mills et al.[5] studied personnel exposed to noise levels ranging from 75–88 dB at 500–4,000 Hz for 16–24-hr durations and found threshold shifts increased 1.7 dB for every 1 dB increase in noise level beginning at 74 dB at 4,000 Hz, 78 dB at 2,000 Hz, and 82 dB at 1,000 Hz and 500 Hz.

Non-auditory effects have been associated with noise exposure and include being unable to detect auditory cues, warnings, and signals as an element of situational awareness, and being unable to detect and understand speech.[6] Some studies have estimated that 12.2% of accidents are attributable to workplace noise exposure and noise-induced hearing loss.[7] Studies investigating non-auditory effects from noise exposure on aircraft carriers are limited. However, a study by Hansell et al.[8] found a link with increased risk of stroke mortality, coronary heart disease, and cardiovascular disease due to daytime aircraft noise exposure >63 dB and due to night-time aircraft noise exposure >55 dB. Studies investigating sleep quality due to air, rail, and traffic noise found decreases in sleep quality and gradual increases in fatigue for noise levels reaching 74 dBA.[9] The current study focused solely on noise levels that affect adverse audiological outcomes.

### U.S. Navy aircraft carriers

Central functions of a U.S. Navy aircraft carrier have been described in detail elsewhere.[10,11] There are numerous noise sources on an aircraft carrier that include jet engines (both on the flight deck and transmitted through the ship's structure), machinery/equipment to support aircraft launch and recovery such as steam operated catapults, and machinery to operate the ship such as generators, air compressors, engineering plants, and ship's propellers. When at-sea, personnel commonly work a minimum of 12-hr shifts with the remaining time considered off-duty where personnel are allowed to spend time in berthing (sleeping area), mess (dining areas), libraries, classrooms, or gyms. These leisure and berthing areas are commonly located adjacent to flight deck operations and machinery capable of producing noise levels >85 dBA. Noise transmission is compounded with aircraft carrier designs that feature hard surfaces. Walls, floors, and ceilings in most areas are bare—lacking carpet, draperies, and linen—presenting an opportunity for sound reflection rather than absorption. Aircraft carriers are organized vertically according to numbered decks and levels (Figure 1).

### Regulations and standards

Occupational exposure limits (OELs) for noise typically do not consider situations where employees rest/sleep near their work space for longer than 8-hr durations. The Department of Defense (DoD) OEL is 85 dBA as an 8-hr time-weighted average (TWA).[12]



**Figure 1.** Cut-away of an aircraft carrier depicting relative leisure and berthing locations. Diagram is not to scale and does not display all decks and levels but represents relative location of each monitored area. 1: 03-J-1 Enlisted Water Brake Berthing; 2: 03-K-0L Enlisted Water Brake Berthing; 3: 02-34-4-L Officer 4-person State Room (berthing); 4: 03-59-0-L Officer Bay Berthing; 5: 03-84-13Q Green Shirt Lounge; 6: 01-165-3 Sea Gym; 7: 2-165-3-L General Mess (enlisted mess); 8: 03-115-2Q Internet Café; 9: 03-175-6 Officer 4-person State Room (berthing); 10: 03-205-0L Chief Petty Officer Berthing; 11: 03-255-2L Gym; 12: 2-200-0L Ward Room 3 (officer mess); 13: 1-255-3 Fantail Area; 14: Hangar Bay 3 Gym; 15: Hangar Bay 1 Gym.

Despite recognition that prolonged exposure to hazardous noise can cause permanent hearing loss, there is little regulation governing environmental and recreational noise exposures.[13] The American Conference of Governmental Industrial Hygienists (ACGIH) indicates when workers are restricted for periods >24 hr to employer-controlled areas that serve as both workplace and living quarters, the 24-hr TLV is 80 dBA with an assumption of time away from work in "effective quiet" areas (i.e., < 70 dBA) to allow recovery from any potential TTSs that may have developed.[14]

## Background

There are few investigations that have focused on measuring noise levels in "effective quiet" areas for vessels at-sea. Noise measurements at-sea on oil/chemical tankers ranged from 52.1–59.5 dBA in cabins (similar to berthing areas in the present study) and 57.5–63 dBA in mess rooms (similar to eating areas in the present study). Using questionnaires, personnel reported spending 7–10.6 hr in crew cabins, 2–4.6 hr in mess rooms, and 15 min–5.8 hr in accommodation (recreation) areas.[15] Mean noise levels on fishing vessels in sleeping quarters was 66.4 dBA.[16]

During flight operations on an aircraft carrier, Yankaskas and Shaw[17] measured peak noise levels ranging from 99–106 dBA in the chaplain complex where pastoral counseling and worship services are held. The chaplain complex is also the approximate location of the internet café in the current study. Noise measurements in a stateroom on the 03 level at frame 92 just below the catapult water brake mechanism reached a peak of 92 dBA for 25 sec during an aircraft takeoff.[17] Smalt et al.[18] measured TWAs during flight operations just above 80 dBA then found a reduction to 75 dBA for the first 6 hr during the non-flight operation time frame from 8 p.m. to 2 a.m. and another reduction to 60 dBA during the final 6 hr of the time frame from 2 a.m. 8 a.m., corresponding with a majority of the sleeping hours for most ship personnel. Sunde et al.[19] measured noise in a variety of cabins and recreation rooms for Norwegian Navy frigates, mine vessels, and coastal corvettes and found noise levels in cabins ranging from 65–75 dBA and recreation areas ranging from 71.6–74.9 dBA. Personnel spent, on average, 7–11 hr of each 24-hr period in their cabins with the remaining time spent in locations associated with their job category and recreation rooms.[19]

The purpose of this investigation was to characterize and determine if there were significant differences between noise levels during 24-hr $L_{eq\ (24-hr)}$, flight operation $L_{eq\ (flt\ ops)}$, and non-flight operation $L_{eq\ (non-flt\ ops)}$ time periods in off-duty areas aboard a US Navy aircraft carrier.

## Methods

### Study overview

The study was conducted from January 23–28, 2014 aboard the aircraft carrier, USS Ronald Reagan (CVN-76), during an at-sea period. The mission for this period involved Fleet Replacement Squadron (FRS) carrier qualifications (CQs) where pilots, crew members, and support personnel are trained and qualified in fixed-wing aircraft launches and recoveries. Flight operations typically lasted 12 hr. Study conditions such as aircraft type and other mission-related tasks associated with the at-sea period have been described in detail elsewhere.[10,11]

### Characterizing noise levels over time in "effective quiet" spaces

Monitored areas were divided into two classifications: (1) leisure areas such as gyms, eating areas, chapel/internet cafe, fantail social area, and lounges and (2) berthing (sleeping areas). The berthing locations selected for 24-hr monitoring were located on the 03 and 02 level, areas expected to be most affected by flight operations. Figure 1 displays the general location of each monitored location.

While at-sea, personnel on aircraft carriers work in shifts, so segments of the population occupy "effective quiet" areas at different times throughout a 24-hr period. For this study, conducted during a training exercise, the majority of personnel on the aircraft carrier worked first shift (7:30 a.m.–7:00 p.m.) and were off-duty for the remainder of the day in or near hearing recovery areas. Flight operation and non-flight operation time periods were identified within each 24-hr period by comparing the monitored times with the ship's plan of the day (POD), a document that listed all major activities onboard over the course of each 24-hr period. Actual start and stop times were similar to the times reported on the POD.

### Materials

3MQuest NoisePro type II noise dosimeters (Quest Technologies, Oconomowoc, WI) were field calibrated

before and after each use with 3M QC-10/AC-300 (Quest Technologies, Oconomowoc, WI) calibrators. Calibration parameters were set to 114 dB at 1,000 Hz. Detection Management Software (DMS) (3M, St. Paul, MN) data analysis software was used to set-up and retrieve data from the noise dosimeters. Dosimeters were set to A-weighting with "slow" meter response, criterion level of 85 dBA for an 8-hr TWA, 3 dB exchange rate, no threshold, and programmed to data-log at 1-min intervals. Each dosimeter sample session was stopped at the end of the 24-hr period and added to DMS. Each area sample logged at least 1,440 min of noise measurements. Small differences in data logging time were related to differences in the time necessary for researchers to travel to each monitored area for retrieving noise measurement equipment. The minute-by-minute data logged noise levels were then exported from DMS to Excel spreadsheets to isolate 24 hr, flight operation, and non-flight operation time periods. The data-logged measurements were logarithmically added then averaged to determine the $L_{eq}$ for the overall 24 hr, flight operation, and non-flight operation time periods.

Dosimeters with windscreens were placed in each space at locations where interference from vibration, slamming doors, and wind were minimized. The microphones were positioned in the "effective quiet" areas at heights similar to where personnel would be located during off-duty hours. "Do Not Disturb" signs were placed on the noise dosimeters to deter equipment tampering. Researchers made regular visits to the monitored areas to ensure the noise dosimeters had not been tampered with during the sampling period. The minute-by-minute time-history noise measurements were also reviewed and no evidence of intentional tampering, lasting longer than several seconds, was discovered. Any incidental or intentional contact with the dosimeter microphones would have been averaged into a 1-min data-logging interval out of the total 1,440 measurements. Intermittent tampering or contact with the microphone is not anticipated to have substantially affected the overall noise measurements.

### Statistical analysis

SPSS (version 24, IBM Corp., Armonk, NY) was used to calculate descriptive statistic noise levels and compare noise measurements to 70 dBA ACGIH TLV for effective quiet areas. Paired t-tests were used to determine if there were statistically significant noise level differences during 24 hr, flight operation, and non-flight operation time periods in each area. Independent t-tests were used to determine if there were statistically significant noise level differences between leisure and berthing areas during each timeframe. Statistically significant differences were assessed using an $\alpha = 0.05$.

## Results

### Descriptive statistics

Noise levels were measured in 15 "effective quiet" areas representing 15 noise measurements during 24-hr periods. Flight operations lasted nearly half of each 24-hr monitoring period at 12–13 hr. Table 1 shows the measured $L_{eq}$ for each specific space and "effective quiet" area classification and Table 2 shows descriptive statistics and exceedance percentages according to: $L_{eq\ (flt\ ops)}$, $L_{eq\ (non-flt\ ops)}$, and $L_{eq\ (24-hr)}$ time periods. All area $L_{eq\ (flt\ ops)}$ and $L_{eq\ (24-hr)}$ measurements and 46.7% of the $L_{eq\ (non-flt\ ops)}$ measurements exceeded and the "effective quiet" 70 dBA ACGIH TLV. The highest $L_{eq\ (flt\ ops)}$, $L_{eq\ (non-flt\ ops)}$, $L_{eq\ (24-hr)}$

Table 1. Auditory recovery area noise dosimetry results during flight operations.

| Space Description | Location Number | "Effective Quiet" Area Classification | Flight Operation Duration, hr | $L_{eq\ (24-hr)}$, dBA | $L_{eq\ (flt\ ops)}$, dBA | $L_{eq\ (non-flt\ ops)}$, dBA |
|---|---|---|---|---|---|---|
| Green Shirt Lounge | 03-84-13Q | Leisure | 12 | 87.9 | 87.8 | 71.2 |
| Enlisted Water Brake Berthing | 03-J-1 | Berthing | 12 | 83.8 | 83.8 | 50.1 |
| Chief Petty Officer Berthing | 03-205-0L | Berthing | 12 | 82.7 | 82.7 | 39.4 |
| Officer 4-person State Room (berthing) | 03-175-6 | Berthing | 12 | 83.1 | 83.1 | 49.1 |
| 03 Deck Gym | 03-255-2L | Leisure | 12 | 80.8 | 78 | 77.7 |
| Internet Café | 03-115-2Q | Leisure | 12 | 76.5 | 76.2 | 64.1 |
| General Mess (enlisted mess) | 2-165-3L | Leisure | 12.5 | 79.8 | 78 | 75.1 |
| Ward Room 3 (officer mess) | 2-200-0L | Leisure | 12.5 | 72.3 | 72.1 | 58.6 |
| Hangar Bay 3 Gym | Hangar Bay 3 (approx. 1-230) | Leisure | 12.5 | 84.6 | 82.9 | 79.6 |
| Sea Gym | 01-165-3 | Leisure | 12.5 | 86.3 | 85.6 | 78.2 |
| Fantail Area | 1-255-3 | Leisure | 13 | 105.4 | 97.7 | 104.6 |
| Hangar Bay 1 Gym | Hangar Bay 1 | Leisure | 13 | 101.2 | 101.2 | 82.7 |
| Officer Bay Berthing | 03-59-0L | Berthing | 13 | 70.3 | 70 | 58.5 |
| Enlisted Water Brake Berthing | 03-K-0L | Berthing | 13 | 82.7 | 82.6 | 64.9 |
| Officer 4-person State Room (berthing) | 02-34-4L | Berthing | 13 | 70.8 | 70.8 | 43.8 |

was in the fantail social area ranging from 97.7–105.4 dBA. The two lowest, $L_{eq\ (24\text{-}hr)}$ and $L_{eq\ (flt\ ops)}$, were in berthing (sleeping areas) ranging from 70.3–70.8 dBA. Similarly, the lowest $L_{eq\ (non\text{-}flt\ ops)}$ was predominantly in berthing ranging from 39–64.9 dBA. Noise levels decreased in all sleep areas, dining areas, and the internet café when flight operations ended each day.

### Paired comparisons

Table 3 displays mean $L_{eq}$ differences between $L_{eq\ (24\text{-}hr)}$, $L_{eq\ (flt\ ops)}$, and $L_{eq\ (non\text{-}flt\ ops)}$. The $L_{eq(24\text{-}hr)}$ of 83.2 dBA was not significantly different than the $L_{eq\ (flt\ ops)}$ of 82.2 dBA ($p = 0.065$). This small 1 dBA difference suggests $L_{eq\ (flt\ ops)}$ was the primary contributor to $L_{eq\ (24\text{-}hr)}$. It should be noted that 2 dBA is the approximate accuracy of the Type II noise dosimeters. However, there were significant differences between $L_{eq\ (flt\ ops)}$ and $L_{eq\ (non\text{-}flt\ ops)}$ time periods ($p = 0.001$), with $L_{eq\ (flt\ ops)}$ at least 15 dBA higher than $L_{eq\ (non\text{-}flt\ ops)}$.

Table 4 displays the mean $L_{eq}$ differences further stratified by berthing and leisure "effective quiet" areas. Despite $L_{eq}$s in leisure areas being 5–6 dBA higher than in berthing areas, there were no significant differences between the "effective quiet" area types according to $L_{eq\ (24\text{-}hr)}$ ($p = 0.174$) and $L_{eq\ (flt\ ops)}$ ($p = 0.248$). However, the $L_{eq\ (non\text{-}flt\ ops)}$ in leisure areas was significantly higher than berthing areas by approximately 21 dBA ($p = 0.001$).

### Discussion

Many of the noise measurements in areas used for leisure and sleeping exceeded the 70 dBA "effective quiet" TLV. Noise levels > 70 dBA may prevent auditory recovery from hazardous noise exposures occurring on-duty and may lead to other adverse non-auditory effects. Flight operations were the primary contributor to $L_{eq\ (24\text{-}hr)}$ in the "effective quiet" areas with a mean of 82.2 dBA which was significantly higher than the mean of 66.5 dBA without the influence of flight operations. After stratifying "effective quiet" area classifications, berthing areas had a non-significantly lower mean $L_{eq\ (flt\ ops)}$ by 5 dBA and significantly lower $L_{eq\ (non\text{-}flt\ ops)}$ by 26 dBA.

Few studies in the past have focused on measuring noise on civilian or military vessels at-sea. Results of the present study were slightly higher than past studies on vessels at sea without the influence of flight operations with berthing noise measurements ranging

**Table 2.** Descriptive statistics for $L_{eq(24\text{-}hr)}$, $L_{eq(flt\ ops)}$, and $L_{eq(non\text{-}flt\ ops)}$ noise measurements.

| "Effective Quiet" Area Classification | N | Mean | Std. Dev | Min | Max | Exceedance percentage, %[A] |
|---|---|---|---|---|---|---|
| $L_{eq(24\text{-}hr)}$ Overall | 15 | 83.2 | 9.8 | 70.3 | 105.4 | 100 |
| Leisure | 9 | 86.1 | 10.9 | 72.3 | 105.4 | 100 |
| Berthing | 6 | 78.9 | 6.5 | 70.3 | 83.8 | 100 |
| $L_{eq(flt\ ops)}$ Overall | 15 | 82.2 | 8.9 | 70.0 | 101.2 | 100 |
| Leisure | 9 | 84.4 | 9.8 | 72.1 | 101.2 | 100 |
| Berthing | 6 | 78.8 | 6.6 | 70.0 | 83.8 | 100 |
| $L_{eq(non\text{-}flt\ ops)}$ Overall | 15 | 66.5 | 17.3 | 39.4 | 104.6 | 46.7 |
| Leisure | 9 | 76.9 | 13.0 | 58.6 | 104.6 | 77.8 |
| Berthing | 6 | 51.0 | 9.4 | 39.4 | 64.9 | 0 |

[A]Exceedance percentage reported as the percentage of noise measurements exceeding 70 dBA

**Table 3.** Results of paired T-tests comparing noise monitoring condition.

| Noise Monitoring Condition, $L_{eq}$ | N | Mean, dBA | Standard Deviation, dBA | Noise Level Difference, dBA | p[A] |
|---|---|---|---|---|---|
| $L_{eq\ (24\text{-}hr)}$ | 15 | 83.2 | 9.8 | 1 | 0.065 |
| $L_{eq\ (flt\ ops)}$ | 15 | 82.2 | 8.9 | | |
| $L_{eq\ (24\text{-}hr)}$ | 15 | 83.2 | 9.8 | 16.7 | **<0.001** |
| $L_{eq\ (non\text{-}flt\ ops)}$ | 15 | 66.5 | 17.3 | | |
| $L_{eq\ (flt\ ops)}$ | 15 | 82.2 | 8.9 | 15.7 | **0.001** |
| $L_{eq\ (non\text{-}flt\ ops)}$ | 15 | 66.5 | 17.3 | | |

[A]Bold values are statistically significant at the 0.05 level

**Table 4.** Results of independent T-tests comparing noise by area type for each noise condition type.

| Noise Monitoring Condition, $L_{eq}$ | N | Berthing Area Mean dBA (SD) | N | Leisure Area Mean dBA (SD) | Noise Level Difference, dBA | p[A] |
|---|---|---|---|---|---|---|
| $L_{eq\ (24\text{-}hr)}$ | 6 | 78.9 (6.5) | 9 | 86.1 (10.9) | 7.2 | 0.174 |
| $L_{eq\ (flt\ ops)}$ | 6 | 78.8 (6.6) | 9 | 84.4 (9.8) | 5.6 | 0.248 |
| $L_{eq\ (non\text{-}flt\ ops)}$ | 6 | 51.0 (9.4) | 9 | 76.9 (13.0) | 25.9 | **0.001** |

[A]Bold values are statistically significant at the 0.05 level

from 2–5 dBA higher.[15,18,19] After considering noise levels in leisure areas during flight operations, noise levels were more than 10 dBA greater than past studies.[15,18,19] The present study reported higher noise levels than the 57.5–63 dBA in mess rooms reported by Turan et al.[15] Because aircraft carrier messes operate nearly 24 hr a day, data-logging noise dosimeters were capable of measuring the noise level variability associated with occupancy from talking/socializing throughout each 24-hr period.

Measured noise levels in the current study during leisure and sleeping activities were similar to previous studies before considering the influence of flight operations. The highest noise levels were measured at the fantail area. This was likely due to being the only area with exterior ship access without ship structure noise attenuation. Also, over 50% of the "effective quiet" areas monitored in this study were located one level below the flight deck. This close proximity to the flight deck compared to other areas throughout the ship that ranged from three to six decks away from the flight deck may have resulted in higher noise levels.

The significantly lower $L_{eq\ (non\text{-}flt\ ops)}$ was likely due to flight operations (lasting from ∼11:30 a.m.–11:30 p.m. each day) occurring predominantly outside of sleeping hours. In addition to the influence from flight operations, noise levels >70 dBA in mess areas, gyms, and fantail areas may have been affected by occupancy, area size/design, and individual behavior. It is expected that personnel typically engaged in quieter activities in berthing (i.e., observed quiet hours when sleeping) but engaged in louder activities in gyms, mess, and fantail social areas based on high personnel traffic (i.e., large numbers of personnel gathering and talking after work). Occupancy-associated increased noise levels were observed in the fantail social area with slightly lower noise levels during flight operations compared to non-flight hours. Regarding mess areas, only Ward Room 3 was <70 dBA which occurred during non-flight hours. The general mess is open 24 hr a day for both providing meals and serving as a meeting area while other mess areas were closed over night during lower occupancy time frames. Because elevated background noise levels are expected to require a raised voice level to be understood when engaged in conversation, a raised voice resulting from loud flight operations is expected to raise overall noise levels.

### Limitations/future research

The current study was limited to a small sample size on just one aircraft carrier during a single week. However, the results of the current investigation are generalizable to many other aircraft carriers built to Nimitz class specifications. This class of aircraft carrier is designed similarly to include support for similar types of aircraft, use of similar types of engineering/propulsion equipment, and similar at-sea activities. The small sample size prevented further stratified analysis of mess areas, berthing, gyms, and college classrooms according to level/deck and time of day. Despite the limited measurement locations, we believe study validity was not adversely affected since the chosen areas represented common areas visited by most personnel. Additionally, choice of measurement location aimed to identify where personnel were most likely to be exposed to noise from flight operations. Beyond Nimitz class aircraft carriers, ships vary in construction. Additional research is needed to assess noise levels in more leisure and berthing areas on aircraft carriers, on other decks/levels besides the level closest to the flight deck, and on other ship types such as amphibious assault ships, cruisers, and destroyers.

### Conclusions

The results of this study indicate $L_{eq\ (24\text{-}hr)}$ and $L_{eq\ (flt\ ops)}$, exceeded the 70 dBA TLV in all of the "effective quiet" areas monitored. Only when flight operations ceased did noise levels in some "effective quiet" areas reduce to <70 dBA. Results also indicated that noise levels in berthing areas are consistently less than levels in leisure areas. These findings suggest auditory rest may not be occurring during off-duty periods over several days, weeks, and months at a time during at-sea periods. These conditions may lead to multiple and repeated TTSs which, if unresolved, lead to permanent hearing loss.

This study provides new information about expected noise levels in "effective quiet" areas during multiple time frames on a U.S. Navy aircraft carrier when at-sea. A U.S. Navy aircraft carrier serves as both a workplace and home for over 5,000 personnel when at-sea for extended periods. Because effective auditory rest from occupational and environmental noise exposures may not occur in this environment, permanent hearing loss may be a result.

### Disclaimer

The contents of this publication are the sole responsibility of the authors and does not necessarily reflect the views, opinions or policies of Uniformed Services



University (USU), the Department of Defense (DoD), or the Department of the Navy. Mention of trade names, commercial products, or organizations does not imply endorsement by the U.S. Government.

## Funding

This research was funded by a grant provided by the Office of Naval Research under grant number N0001413MP20134.

## ORCID

N. Cody Schaal http://orcid.org/0000-0002-3794-1600

## References

[1] **Chen, G.D., B. Decker, V.P.K. Muthaiah, A. Sheppard, and R. Salvi:** Prolonged noise exposure-induced auditory threshold shifts in rats. *Hearing Res. 317*:1–8 (2014).

[2] **Ward, W.D., E.M. Cushing, and E.M. Burns:** Effective quiet and moderate TTS: Implications for noise exposure standards. *J. Acoust. Soc. Am. 59*(1):160–165 (1976).

[3] **Melnick, W**.: Temporary threshold shift following 24-hour noise exposure. *Ann. Oto. Rhinol. Laryn. 86*(6):821–826 (1977).

[4] **Nixon, C.W., D.W. Krantz, and D.L. Johnson**: Human Temporary Threshold Shift and Recovery from 24 Hour Acoustic Exposures (No. AMRL-TR-74-101). Available at http://www.dtic.mil/dtic/tr/fulltext/u2/a007842.pdf (accessed January 19, 2019).

[5] **Mills, J.H., R.M. Gilbert, and W.Y. Adkins:** Temporary threshold shifts in humans exposed to octave bands of noise for 16 to 24 hours. *J. Acoust. Soc. Am. 65*(5):1238–1248 (1979).

[6] **Yankaskas, K.:** Prelude: Noise-induced tinnitus and hearing loss in the military. *Hearing Res. 295*:3–8 (2013).

[7] **Picard, M., S.A. Girard, M. Simard, R. Larocque, T. Leroux, and F. Turcotte**: Association of work-related accidents with noise exposure in the workplace and noise-induced hearing loss based on the experience of some 240,000 person-years of observation. *Accident Anal. Prev. 40*(5):1644–1652 (2008).

[8] **Hansell, A.L., M. Blangiardo, L. Fortunato**, et al.: Aircraft noise and cardiovascular disease near Heathrow airport in London: Small area study. *BMJ. 347*: f5432 (2013).

[9] **Griefahn, B., A. Marks, and S. Robens:** Noise emitted from road, rail and air traffic and their effects on sleep. *J. Sound Vib. 295*(1–2):129–140. (2006).

[10] **Schaal, N., K. Lange, and M. Majar:** Noise at sea: Characterization of extended shift noise exposures among U.S. Navy aircraft carrier support personnel. *J. Occup. Environ. Hyg. 16*(2):109–119. http://doi.org/10.1080/15459624.2018.1540878.

[11] **Schaal, N., R. Salaam, M. Stevens, and A. Stubner:** Living at work: 24 hour noise exposure aboard U.S. Navy aircraft carriers. *Ann. Work Expos. Health 63*(3):316–327. http://doi.org/10.1093/annweh/wxz005.

[12] **Department of Defense**: "DoD Instruction 6055.12 Hearing Conservation Program." Available at https://www.med.navy.mil/sites/nmcphc/Documents/oem/dodi-6055-12.pdf (accessed January 13, 2019).

[13] **Berger, E., L. Royster, J. Royster, D. Driscoll, and M. Layne:** *The Noise Manual* (5th Edition*)*. Fairfax VA: American Industrial Hygiene Association.

[14] **American Conference of Governmental Industrial Hygienists.:** *Threshold Limit Values for Chemical Substances and Physical Agents and Biological Exposure Indices.* Cincinnati, OH: ACGIH, 2018. p. 134.

[15] **Turan, O., I.H. Helvacioglu, M. Insel, H. Khalid, and R.E. Kurt:** Crew noise exposure on board ships and comparative study of applicable standards. *Ships Offshore Struc. 6*(4):323–338. (2011).

[16] **Neitzel, R., B. Berna, and N.S. Seixas:** Noise exposures aboard catcher/processor fishing vessels. *Am. J. Ind. Med. 49*(8):624–633 (2006).

[17] **Yankaskas, K.D., and M.F. Shaw:** Landing on the roof: CVN noise. *Nav. Eng. J. 111*(4):23–34 (1999).

[18] **Smalt, C.J., J. Lacirignola, S.K. Davis, P.T. Calamia, and P.P. Collins:** Noise dosimetry for tactical environments. *Hearing Res. 349*:42–54 (2017).

[19] **Sunde, E., K. Irgens-Hansen, B.E. Moen:** Noise and exposure of personnel aboard vessels in the Royal Norwegian Navy. *Ann. Occup. Hyg. 59*(2):182–199 (2014).