# PX58

Page 1

1            UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF FLORIDA
3                 PENSACOLA DIVISION
4
5    CASE NO: 3:19-md-02885
6
7    Judge M. Casey Rodgers
8    Magistrate Judge Gary R. Jones
9
10   IN RE: 3M COMBAT ARMS EARPLUG
11   PRODUCTS LIABILITY LITIGATION
12
13
14
15       REMOTE ORAL AND VIDEOTAPED PROCEEDINGS
16      OF THE DEPOSITION OF DR. WILLIAM MURPHY
17                 January 15, 2021
18
19
20   REPORTER BY:  Paul Morse
21                Certified Court Reporter
22                and Notary Public
23

1              UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF FLORIDA

3                  PENSACOLA DIVISION

4

5

6   BEFORE:

7         Paul Morse, Commissioner.

8

9   APPEARANCES:

10        NICHOLAS WASDIN, ESQUIRE, of KIRKLAND &

11  ELLIS, 300 North Lasalle, Chicago, Illinois

12  60654, appearing on behalf of the Defendant.

13        SIMON GOTTLIEB, ESQUIRE, of KIRKLAND &

14  ELLIS, 300 North Lasalle, Chicago, Illinois

15  60654, appearing on behalf of the Defendant.

16        DOUG MONSOUR, ESQUIRE, of THE MONSOUR

17  LAW FIRM, 404 North Green Street, Longview,

18  Texas 75601, appearing on behalf of the

19  Plaintiffs.

20        AMANDA HUNT, ESQUIRE, of CLARK, LOVE,

21  HUTSON, 440 Louisiana Street, Suite 1600,

22  Houston, Texas 77002, appearing on behalf of

23  the Plaintiffs.

```
 1            EMILY MARLOWE, ESQUIRE, of CLARK, LOVE,
 2    HUTSON, 440 Louisiana Street, Suite 1600,
 3    Houston, Texas 77002, appearing on behalf of
 4    the Plaintiffs.
 5            MATTHEW HOSEN, ESQUIRE, of QUINN,
 6    EMANUEL, URQUHART & SULLIVAN, 1109 1st Avenue,
 7    Suite 210, Seattle, Washington 98101, appearing
 8    on behalf of the Plaintiffs.
 9            MICHAEL RAFKY, ESQUIRE, of HHS OFFICE
10    OF THE GENERAL COUNSEL, 12501 Ardennes Avenue,
11    Suite 301, Rockville, Maryland 20852, appearing
12    on behalf of the Deponent.
13            ALEXANDRA SASLAW, ESQUIRE, of
14    DEPARTMENT OF JUSTICE, 1100 L Street NW,
15    Washington D.C. 20005, appearing on behalf of
16    the Deponent.
17            ALSO PRESENT:  Hannah Trevino
18                           Brad Simms
19                           David Rothstein, Video
20                 * * * * * *
21            I, Paul Morse, CCR, a Court Reporter of
22    Mobile, Alabama, acting as Commissioner,
23    certify that on this date, as provided by the
```

```
 1   modeling, and measurement of otoacoustic
 2   emissions, which are sounds produced by the
 3   inner ear and measured in the ear canal.  And
 4   then I was hired by National Institute for
 5   Occupational Safety and Health in -- June 26 of
 6   1992 is when I was offered my job.  And then I
 7   was told I needed to show up there by
 8   December 14 of 1992.  So December 14 is when I
 9   started with NIOSH after I had finished and
10   defended my dissertation work at Purdue.  And I
11   have been with NIOSH ever since.
12           Q.    Okay.
13           A.    I've -- in 2012 -- well, starting
14   in 2000 and finishing in 2012, I completed a
15   master's degree -- master's of engineering
16   degree in acoustics at Penn State University in
17   the graduate program for acoustics.
18           Q.    Has your work as NIOSH included
19   researching and testing hearing protection
20   devices?
21           A.    Yes.
22           Q.    What type of testing have you done
23   on hearing protection devices?
```

1               MS. SASLAW:  And I'm going to -- I
2   just, I guess, object to the extent that that
3   question would ask for anything about
4   unpublished testing, unpublished studies, or --
5   or products other than the CAEv2.  So
6   Dr. Murphy, you can answer, but keep those
7   bounds in mind.
8          A.     The work that we've done has been
9   both physical acoustics measurements and with
10  human subject measurements.  And -- I'm sorry.
11  I'm trying to finish one thing that somebody is
12  asking me about and I need to get back to her.
13  It should be -- all right.  So there is -- at
14  NIOSH we have a testing laboratory for human
15  subjects to conduct what's called real ear
16  attenuation and threshold measurements, which
17  are the standard type measurements that are --
18  that are done for determining the noise
19  reduction rating for hearing protection
20  devices.
21     We also have the facilities to do physical
22  acoustic measurements of attenuation of hearing
23  protection devices, both with continuous noise

```
 1   sounds and with impulsive noise sounds.  And
 2   that -- I think that answers your question.
 3        Q.   When did you first become aware of
 4   the Combat Arms Earplug?
 5        A.   Let me think.  I -- I think when I
 6   first became aware of it was around 2001.  We
 7   purchased an acoustic test fixture in 2000, I
 8   think.  And it was delivered in September of
 9   2001.  And we did our first tests with that
10   fixture with earplugs in 2001.
11        Q.   Dr. Murphy, you were breaking up
12   for me.  (Inaudible).
13        A.   I'm sorry.  I didn't capture what
14   you're saying.
15             THE VIDEOGRAPHER:  Mr. Wasdin,
16   you're breaking up.
17        Q.   Can you hear me now?
18        A.   Yes.
19             THE VIDEOGRAPHER:  We can, yes.
20        Q.   Okay.  I was asking you --
21             MR. MONSOUR:  Nick -- hey Nick,
22   your video is not moving.  So you've got a
23   compromised feed.
```

1  is the impulse peak insertion loss.
2      And what it is, is we use calculation to
3  compensate for the fact that the person or that
4  the fixture is occluded versus unoccluded.  And
5  we impute what the -- estimate what the peak
6  level would have been for a shot based on the
7  acoustic transfer function between that
8  pressure probe that you saw in the middle of
9  the two mannequins and the ear canal of the
10 unoccluded fixture.
11     And so we're seeing levels of attenuation at
12 132 of about ten decibels.  At 150 dB we're
13 seeing attenuation levels of around 17 or 18
14 decibels.  And at 168 dB we're seeing
15 attenuation levels of 32 to 35 decibels.  The
16 little blips that you see on the tops of those
17 bars are the standard deviation -- one standard
18 deviation.
19         Q.    Okay.  Dr. Murphy, this will be my
20 last question.  I think I'm probably out of
21 time.  But you know, considering all of the
22 testing you've done on the Combat Arms
23 Version II from 2001 to 2015, have you ever had

1   a problem achieving or maintaining a fit with
2   that earplug during your testing?
3           MS. SASLAW:  And I'm going to
4   object to that question.  The -- again,
5   Dr. Murphy is only authorized to speak to
6   specific studies listed in his declaration.
7           MR. WASDIN:  Okay.  Well, then let
8   me reframe my question then.
9       Q.    From the testing we've discussed
10  today from 2001 to the 2002 testing and then
11  the 2015 testing, did you ever have a problem
12  achieving or maintaining a good fit with the
13  Combat Arms Version II?
14      A.    That's a -- that's a good
15  question.  There was no issue in the 2001 or
16  2002 with the insertion of the Combat Arms
17  Earplug into the ISL fixtures ear canal.  In
18  the insertion of the earplug in the GRAS 45 CB
19  test fixtures, one has to be careful whether or
20  not the flanges of the earplug might become
21  wrinkled.  You know, as you try to insert it
22  into the ear canal, there is a potential that
23  you could have a wrinkle occur.  In the

Page 58

1  GRAS 45 CB ear canal, it was not prone to
2  having any wrinkles.
3       Q.   Okay.
4            MR. WASDIN:  Thank you,
5  Dr. Murphy.  Doug?
6            MR. MONSOUR:  How do I --
7            THE WITNESS:  You're muted.  No,
8  you're not muted.
9            MR. MONSOUR:  Okay.  Can you hear
10 me, Dr. Murphy?
11           THE WITNESS:  I can.
12
13                EXAMINATION
14 BY MR. MONSOUR:
15      Q.   Okay.  Dr. Murphy, we are -- I
16 represent the soldiers in their lawsuit against
17 3M.  We are not the party that requested your
18 deposition here today.  I just want you to
19 understand that.  But I do have a limited 30
20 minutes to ask you some questions.  Okay?
21      A.   Sure.
22      Q.   The first thing I want to ask you
23 about is you were talking about your 2015

1          REPORTER'S CERTIFICATE

2    STATE OF ALABAMA,

3    MOBILE COUNTY,

4          I, Paul Morse, Certified Court Reporter

5    and Commissioner for the State of Alabama at

6    Large, do hereby certify that the above and

7    foregoing proceedings was taken down by me by

8    stenographic means, and that the content herein

9    was produced in transcript form by computer aid

10   under my supervision, and that the foregoing

11   represents, to the best of my ability, a true

12   and correct transcript of the proceedings

13   occurring on said date and at said time.

14          I further certify that I am neither of

15   kin nor of counsel to the parties to the action

16   nor in any manner interested in the result of

17   said case.

22              Paul Morse, CCR

23          ACCR #588 Expires 9/30/21