# PX62

```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF FLORIDA
                         PENSACOLA DIVISION

              CASE NO. 20-CV-00006-RODGERS


    JAMES E. BEAL,                .

       Plaintiff,                 .

           vs.                    .

    3M COMPANY, ET AL.,           . West Palm Beach, FL

       Defendants.                . May 9, 2022
                                  .
    _____

                           VOLUME 1
                    JURY TRIAL PROCEEDINGS
            BEFORE THE HONORABLE ROBIN L. ROSENBERG
                  UNITED STATES DISTRICT JUDGE

    FOR THE PLAINTIFFS:   BRYAN AYLSTOCK, ESQ.
                          BOBBY "BRAD" BRADFORD, ESQ.
                          JENNIFER HOEKSTRA, ESQ.
                          Aylstock Witkin Kries & Overholtz
                          17 E. Main Street
                          Suite 202
                          Pensacola, FL 32502
                          850-202-1010

                          MICHAEL SACCHET, ESQ.
                          Ciresi & Conlin LLP
                          225 S. 6th Street
                          Suite 4600
                          Minneapolis, MN 55402
                          612-361-8220

    FOR THE DEFENDANTS:   KIMBERLY BRANSCOME, ESQ.
                          JAY BHIMANI, ESQ.
                          Dechert LLP
                          US Bank Tower
                          Suite 4900
                          633 West 5th Street
                          Los Angeles, CA 90071
                          213-808-5734
```

Pauline A. Stipes, Official Federal Reporter

```
14:08:55   1                          JERRY W. BLACKWELL, ESQ.
14:08:55                               Blackwell Burke, P.A.
14:08:55   2                           431 South Seventh Street
14:08:55                               Suite 2500
14:08:55   3                           Minneapolis, MN 55415
14:08:55                               612-343-3205
14:08:55   4

14:08:55   5       Official Court Reporter:   Pauline A. Stipes
14:08:55                                      HON. ROBIN L. ROSENBERG
14:08:55   6                                  West Palm Beach/Ft. Pierce, FL
14:08:55                                      561-803-3434
           7

           8

           9

          10

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25
```

```
15:38:07   1    to all earplugs and here in connection with this sort.
15:38:15   2              Now, I made reference to testing.  I will go into it
15:38:19   3    in just a minute, to show you what it is and introduce this
15:38:21   4    testing I have been talking about.
15:38:23   5              There have been a number of independent public
15:38:26   6    scientific studies on whether the Combat Arms version 2 even
15:38:34   7    works.  I am not talking about even 3M, independent tests.  See
15:38:36   8    if they will show you even one of them, even one of the
15:38:40   9    independent tests that came back and said that the Combat Arms
15:38:46  10    version 2 earplug is ineffective and does not protect because
15:38:51  11    it is too short or too stiff or anything else.  A single
15:38:57  12    independent study, not one created by the lawyers and paid
15:39:00  13    experts, but those with no axe to grind, other than looking for
15:39:05  14    what's best for American soldiers, a single one of them if that
15:39:07  15    is the case.
15:39:13  16              So I want to go back in time.
15:39:15  17              I talked about this being an ugly story and there are
15:39:20  18    ugly stores, and obviously, some of those are fair, but the
15:39:24  19    question here is, is this a fair one?  Are you really getting
15:39:29  20    this straight.
15:39:29  21              I want to go back and talk about this product from the
15:39:32  22    get-go, from its inception.  I am not going to tell you that
15:39:36  23    every aspect and every manufacturing of it was completely
15:39:40  24    perfect and pristine, and all the people are perfect and
15:39:43  25    pristine because I've never met any perfect people and perfect
```

18:14:12  1        I certify that the foregoing is a correct transcript
18:14:12  2   from the record of proceedings in the above matter.
18:14:12  3
18:14:12  4        Date:   May 9, 2022
18:14:12  5                /s/ Pauline A. Stipes, Official Federal Reporter
18:14:12  6                        Signature of Court Reporter

Pauline A. Stipes, Official Federal Reporter