# PX64

```
 1                   UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF FLORIDA

 3                      PENSACOLA DIVISION

 4

 5   IN RE:  3M COMBAT ARMS          )

     EARPLUG PRODUCTS LIABILITY      )

 6   LITIGATION                      )   CASE NO. 3:19md2885

                                     )

 7   This document relates to        )   JUDGE M. CASEY RODGERS

                                     )  MAGISTRATE JUDGE GARY JONES

 8   All Wave 1 cases

 9

                     * * * * * * * * * *

10

11

12

13

14

15

16              The remote video deposition of

17              E. SCOTT ELLEDGE, M.D., taken via

18              Zoom videoconference  on the 24th

19              day of June, 2022, commencing

20              at approximately 1:04 p.m. CST.

21

22

23

24

25
```

```
 1                 A P P E A R A N C E S
 2   FOR THE PLAINTIFF:
 3             WAGSTAFF & CARTMELL
               4740 Grand Avenue, Suite 300
 4             Kansas City, Missouri  64112
               BY:  Lindsey Scarcello, Esquire
 5                  Lscarcello@wcllp.com
 6
     FOR THE DEFENDANTS:
 7
               KIRKLAND & ELLIS
 8             300 North Lasalle Street
               Chicago, Illinois 60654
 9             BY:  Nolan Leuthauser, Esquire
                    Nolan.leuthauser@kirkland.com
10
11
12
13
     VIDEOGRAPHER:  Harris Bitman
14
15
16
17
18
19             LOIS ANNE ROBINSON, RDR
               COURT REPORTER
20
21
22
23
24
25
```

E. Scott Elledge, M.D.

```
 1   A          I was.

 2   Q          Okay.  And why did you decide to leave

 3   the Army at that time?

 4   A          I had completed my scholarship

 5   obligation, and while I really enjoyed my time at

 6   Fort Bragg, I was, you know, ready to settle down

 7   and stay in one place and -- and just enter

 8   private practice at that point.

 9   Q          So would that be the last time that you

10   personally participated in a military Hearing

11   Conservation Program, around 1994, when you were

12   discharged from the Army?

13   A          That would be correct.

14   Q          Okay.  You have a bachelor of arts

15   degree in biology from the University of The

16   South.  Is that right?

17   A          Yes.

18   Q          Did you take any engineering courses in

19   college?

20   A          I did not.

21   Q          Did you take any human factors or

22   ergonomics courses in college?

23   A          No.

24   Q          Did you take any product design courses

25   in college?
```

E. Scott Elledge, M.D.

```
 1   their service.  Is that right?

 2   A        Yes.  As otolaryngologists, we would be

 3   presented with the soldiers who had failed their

 4   hearing screening and were what we call referred

 5   out for advanced audiological testing and then

 6   medical evaluation.

 7   Q        Okay.  Were you a member of the

 8   occupational medic -- medicine staff at Fort

 9   Bragg?

10   A        No.  I was otolaryngology.

11   Q        Okay.  Were you ever a member of any

12   military installation safety and occupational

13   health advisory council?

14   A        No.

15   Q        Based on your review of the military

16   Hearing Conservation Program regulations from

17   1996 forward, you are aware that there are

18   specific roles within the Army Hearing

19   Conservation Program, such as the Hearing

20   Conservation Program manager, the hearing

21   conservation officer, et cetera.  Is that right?

22   MR. LEUTHAUSER:

23            Object to form.

24   A        Yes, I understand there's a lot of

25   roles within the Hearing Conservation Program.
```

```
 1   MS. SCARCELLO:

 2   Q        Okay.  Were you ever assigned to any of

 3   those positions within the Hearing Conservation

 4   Program?

 5   A        No.  I was an otolaryngologist.

 6   Q        Okay.  Were you ever involved in

 7   drafting a memorandum of instruction, or MOI -- I

 8   know that the military loves acronyms --

 9   detailing military installations' Hearing

10   Conservation Program?

11   A        No.  I did not do that.

12   Q        Okay.  Did you ever draft any Hearing

13   Conservation Program regulations whatsoever?

14   A        No regulations.

15   Q        Okay.  Were you personally responsible

16   for performing annual earplug fittings in

17   accordance with Army hearing conservation

18   regulations while you were at Womack Army Medical

19   Center?

20   A        I was aware of the audiological staff

21   doing that, but I was not doing it myself.

22   Q        Did you supervise the audiological

23   staff when they would perform annual earplug

24   fittings in accordance with the Army hearing

25   conservation regulations?
```

E. Scott Elledge, M.D.

```
 1    A         No.  The head of audiology was their
 2    direct supervisor.
 3    Q         Okay.  So when you say that you're
 4    aware that you knew that it happened, but you
 5    didn't have any sort of oversight over that; is
 6    that right?
 7    A         Right.
 8    MR. LEUTHAUSER:
 9              Object to form.
10    A         I knew they would go out certain dates
11    and test soldiers.  Some of the same corpsman
12    that worked in the audiology clinic would go out
13    and do that, so I was aware that that was one of
14    their tasks.
15    MS. SCARCELLO:
16    Q         I see.
17              Were you personally responsible for
18    performing earplug annual inspections in
19    accordance with Army hearing conservation
20    regulations while you were in the service?
21    A         No.  Again, audiology supervised that.
22    Q         While you were in the service, were you
23    personally responsible for providing soldiers
24    with annual earplug training and instruction in
25    accordance with Army hearing conservation
```

E. Scott Elledge, M.D.

1    regulations?

2    MR. LEUTHAUSER:

3              Object to form.

4    A         I would not do the training.  I would

5    ask soldiers what kind of hearing protection they

6    were wearing and were they using it appropriately

7    when I was encountering them for a hearing loss

8    evaluation.

9    MS. SCARCELLO:

10   Q         Okay.  But it wasn't within your role

11   as a -- as an otolaryngologist at Womack Army

12   Medical Center to provide annual earplug training

13   and instruction to soldiers in accordance with

14   the Army's hearing conservation regulations; is

15   that right?

16   MR. LEUTHAUSER:

17             Object to form.

18   A         Yeah.  I did not do the annual

19   inspection.

20   MS. SCARCELLO:

21   Q         Okay.  Were you personally responsible

22   for conducting annual audiograms in accordance

23   with the Army's hearing conservation regulations

24   while you were in the service?

25   A         I did not conduct the audiogram, but I

E. Scott Elledge, M.D.

```
 1   might have been asked to review the ones that

 2   failed.

 3   Q        And while you were in the service, were

 4   you personally responsible for entering any of

 5   the data in a soldier's hearing conservation data

 6   form, which is referred to as the DD Form 2216?

 7   A        No, I did not enter the data.  The

 8   corpsmen did.

 9   Q        Okay.  What about the reference

10   audiogram that was DD Form 2215?  Were you

11   responsible for completing those whenever you

12   were in the service?

13   A        When you say "reference audiogram,"

14   what are you meaning by that?

15   Q        The reference audiogram that is -- that

16   is the -- that has data that's input in DD Form

17   2215.  So the -- the first audiogram that kind of

18   sets the baseline for hearing thresholds for an

19   individual, were you responsible for gathering

20   and inputting the data into those forms?

21   MR. LEUTHAUSER:

22            Object to form.

23   A        No, I did not.

24   MS. SCARCELLO:

25   Q        Okay.  While you were in the service,
```

E. Scott Bledsoe, M.D.

```
1    did you personally provide any kind of policy

2    guidance regarding the installation's Hearing

3    Conservation Program?

4    MR. LEUTHAUSER:

5            Object to form.

6    A       No.  I did not set policy.

7    MS. SCARCELLO:

8    Q       Were you personally responsible for

9    performing noise exposure computations in

10   accordance with Army hearing conservation

11   regulations while you were in the service?

12   A       No, I did not do that.

13   Q       While you were in the service, did

14   you --

15           Strike that.

16           While you were in the service, were you

17   personally responsible for determining the

18   methods by which hearing protector adequacy would

19   be determined, in accordance with military

20   hearing conservation regulations?

21   MR. LEUTHAUSER:

22           Object to form.

23   A       I'm sorry.  The Zoom feed broke up

24   about halfway through your sentence, so --

25   MS. SCARCELLO:
```

E. Scott Elledge, M.D.

1    Q         No problem.

2    A         -- I didn't hear the end.

3    Q         Okay.  I can repeat it.  No problem.

4              While you were in the service, were you

5    personally responsible for determining the

6    methods by which hearing protector adequacy would

7    be evaluated and determined in accordance with

8    military hearing conservation regulations?

9    MR. LEUTHAUSER:

10             Same objection.

11   A         No.  I was not involved in that.

12   MS. SCARCELLO:

13   Q         And while you were in the service, were

14   you personally responsible for performing Hearing

15   Conservation Program evaluation, in accordance

16   with military regulations?

17   MR. LEUTHAUSER:

18             Object to form.

19   A         I think I'm understanding you to say

20   did I evaluate the program itself, like the

21   policy?

22   MS. SCARCELLO:

23   Q         Right.  Or the efficacy of the

24   program --

25   MR. LEUTHAUSER:

```
 1              Object to form.
 2   MS. SCARCELLO:
 3   Q         -- things like that.  Did you -- did
 4   you evaluate the Hearing Conservation Program at
 5   Fort Bragg while you were there?
 6   MR. LEUTHAUSER:
 7              Object to form.  Sorry.
 8   A         In the extent that I observed it in
 9   action, I evaluated it, but I did not write any
10   policy.
11   MS. SCARCELLO:
12   Q         Okay.  So it sounds like you had
13   opinions on it, given your job as a practicing
14   otolaryngologist at Fort Bragg, but you didn't
15   have a formalized policymaking position.  Is that
16   fair to say?
17   MR. LEUTHAUSER:
18              Object to form.
19   A         Yes, that's fair to say.
20   MS. SCARCELLO:
21   Q         Okay.  Were you personally responsible
22   for the enforcement of any hearing conservation
23   regulations while you were in the service?
24   A         Enforcement only in the context in
25   taking care of a -- of a service member who I was
```

```
 1    evaluating for hearing loss.  I would be
 2    reinforcing proper wear of hearing protectors and
 3    I might be asking the audiologist maybe we need
 4    to change.  So I was just participating at the
 5    level of the patient itself.
 6    Q        And when you say "asking the
 7    audiologist maybe we need to change," what --
 8    what do you mean by that?
 9    A        You'd have instances where someone was
10    developing hearing loss and we would sometimes
11    switch them to a -- a hand-made molded earplug
12    rather than a standard issue earplug.
13    Q        I see.  So evaluating whether an -- an
14    alternative earplug would be appropriate for a
15    soldier, given their hearing status.  Is that
16    right?
17    MR. LEUTHAUSER:
18             Object to form.
19    A        Correct.
20             When we identified soldiers with
21    hearing loss, we try to go through a list of
22    reasons why that's happening, so we question what
23    protectors they're using and what exposures
24    they're getting.  Because I was involved in
25    writing profiles for individuals that had -- were
```

E. Scott Elledge, M.D.

```
 1               So prior to your involvement in this
 2   litigation, how much of your time in private
 3   practice has been dedicated to the evaluation of
 4   military hearing conservation programs?
 5   A        I've not been evaluating the program
 6   prior to my report here.
 7   Q        Okay.  Prior to your involvement in
 8   this litigation, how much of your time in private
 9   practice has been dedicated to the evaluation of
10   any kind of Hearing Conservation Program?  My
11   previous question was limited to military hearing
12   conservation.
13   A        Right.
14               Yeah.  I'm not involved with any
15   civilian or industrial hearing conservation
16   programs.
17   Q        Okay.  Have you ever been hired by the
18   DOD or any branch of the armed services as a
19   Hearing Conservation Program consultant, for
20   example?
21   A        I have not.
22   Q        What about any other government entity?
23   Have you ever worked for any other government
24   entity as a Hearing Conservation Program
25   consultant?
```

```
 1   A          I have not.

 2   Q          Have you ever been hired by any private

 3   company to work as a Hearing Conservation Program

 4   consultant?

 5   A          I have not.

 6   Q          Have you ever been personally involved

 7   in the creation or development of any Hearing

 8   Conservation Program?

 9   A          I have not.

10   Q          We've been going for right about an

11   hour, if you'd like to take a break.  If not, we

12   can keep going.

13   A          How about just a 10-minute break is all

14   I need, but --

15   Q          Okay.  That'd be just fine.  Let's go

16   off the record.

17   MR. LEUTHAUSER:

18              Well, one second.  Sorry.  If we could

19   just stay on for one second.

20              I circled back with my colleagues, and

21   I was incorrect.  The stipulation relating to

22   asking about all of the cases for a given expert

23   did not make it into the final stipulation,

24   although it was my understanding it was

25   negotiated by the parties.
```

E. Scott Elledge, M.D.

```
 1    A         I do.

 2    Q         Okay.  Are you familiar with CAOHC?

 3    It's -- that's an acronym.

 4    A         Yeah.  I've heard of it, but I can't

 5    remember what it is.

 6    Q         Okay.  So I think the acronym is the

 7    Council for Accreditation and Occupational

 8    Hearing Conservation, C-A-O-H-C.  Are you

 9    familiar with that?

10    A         Yes.

11    Q         Okay.  Are you a member of that

12    organization?

13    A         I am not.

14    Q         Have you ever attended a CAOHC course?

15    A         I have not.

16    Q         Have you ever taught a CAOHC course?

17    A         No.  I'm not a hearing conservationist,

18    so I wouldn't go to that course.

19    Q         Okay.  Do you know if CAOHC publishes a

20    peer-reviewed journal?

21    A         I would think that they do, but I'm not

22    certain.

23    Q         Okay.  Do you know if CAOHC has a

24    periodical, aside from the peer-reviewed journal,

25    more of a -- kind of a magazine?
```

```
 1   A          No.  I don't know exactly what -- I
 2   know they have meetings and they are sort of an
 3   accreditation board for hearing conservation.
 4   They most likely -- they most likely have a
 5   journal, but, again, I'm not a hearing
 6   conservationist, so I wouldn't read it.
 7   Q          Okay.  What about NHCA?  Is that an
 8   acronym you're familiar with?
 9   MR. LEUTHAUSER:
10          Object to form.
11   A          NHCA?
12   MS. SCARCELLO:
13   Q        Yes, sir.
14   A        No.
15   Q        Okay.  So that's the National Hearing
16   Conservation Association.  Are you a -- are you a
17   member of that organization?
18   A          Again, I'm an otolaryngologist.  I'm
19   not a hearing conservationist.  So I'm not a
20   member of that organization.
21   Q          Okay.  Would you have ever attended an
22   NHCA meeting?
23   A          No.  Again, I'm an otolaryngologist.
24   Q          I'm sorry.  These questions are
25   repetitive and annoying, I know.  We just -- I
```

E. Scott Bledsoe, M.D.

```
 1    have to do it.  I hope you understand.
 2              Does -- do you know whether the NHCA
 3    has a periodical or a peer-reviewed publication?
 4    A        Again, I don't know about that
 5    organization because I'm not -- I'm an
 6    otolaryngologist.  I'm not a hearing
 7    conservationist or an audiologist.
 8    Q        Okay.  So you haven't, for example,
 9    reviewed any kind of publication from the
10    National Hearing Conservation Association; is
11    that right?
12    A        That's right.
13    Q        Then what about the American Industrial
14    Hygiene Association?  Is that an organization
15    that you're familiar with at all?
16    A        I've seen it referenced in some
17    articles.
18    Q        Are you a member of that organization?
19    A        I am not.
20    Q        Have you ever attended a meeting or a
21    convention of the American Industrial Hygiene
22    Association?
23    A        I have not.
24    Q        Have you ever reviewed any publication
25    published by the American Industrial Hygiene
```

E. Scott Bledsoe, M.D.

```
 1   Q        Okay.

 2   A        -- for the Army.

 3   Q        Did you ever participate in the

 4   Department of Defense Hearing Conservation

 5   Working Group?

 6   A        I did not participate in the Working

 7   Group.

 8   Q        Did you ever participate in the

 9   procurement of hearing protective devices while

10   you were in the service?

11   A        I did not procure hearing protection

12   devices.

13   Q        Did you ever participate in any

14   procurement-related evaluation of hearing

15   protective devices?

16   MR. LEUTHAUSER:

17            Object to form.

18   A        I did not participate in procurement.

19   MS. SCARCELLO:

20   Q        So my question was a little bit

21   different.  I'm asking if you ever participated

22   in procurement-related evaluation of earplugs

23   specifically.

24   MR. LEUTHAUSER:

25            Same objection.
```

E. Scott Elledge, M.D.

```
 1    A          Are you asking me to evaluate the

 2    procurement process or the hearing -- or their

 3    hearing protection device?

 4    MS. SCARCELLO:

 5    Q          I'm asking if you were involved in any

 6    kind of evaluation of an earplug that may or may

 7    not be procured by the Army while you were in the

 8    service.

 9    MR. LEUTHAUSER:

10               Object to form.

11    A          Well, as I stated, we were aware of

12    what earplugs were issued to the soldiers, and we

13    might make recommendations for changes based on

14    our medical decision-making when evaluating a

15    service member with hearing loss.

16    MS. SCARCELLO:

17    Q          Were those evaluations related to

18    procurement of hearing protective devices?

19    A          Not procurement.  It would be a matter

20    of perhaps changing to another available type of

21    protector or doing a custom -- custom mold

22    protector.

23    Q          So correct me if I'm wrong, but it

24    sounds like what you're saying is you would

25    evaluate whether a specific earplug works well
```

E. Scott Elledge, M.D.

```
 1   for a specific patient or if they should use an

 2   alternative earplug.  Is that right?

 3   MR. LEUTHAUSER:

 4          Object to form.

 5   A       Yes.  I may have made a

 6   recommendation -- I know I did numerous times --

 7   that the hearing protection needed to be changed

 8   or reevaluated.

 9   MS. SCARCELLO:

10   Q       Okay.  But when -- when you're

11   discussing that, you're not talking about a

12   installation-wide procurement decision.  Is that

13   fair?

14   A       That's right.  I would not procure the

15   earplug for the entire installation.

16   Q       And you wouldn't evaluate what earplugs

17   would be appropriate for the entire installation.

18   Is that right?

19   MR. LEUTHAUSER:

20          Object to form.

21   A       I would evaluate based on individuals

22   that I was seeing for hearing loss.

23   MS. SCARCELLO:

24   Q       Did you ever participate in any testing

25   of any earplugs while you were in the service?
```

```
 1   A         No.  I did not participate in any

 2   hearing protection testing.

 3   Q         Did you ever draft any hearing

 4   conservation guidelines while you were in the

 5   service?

 6   A         While I was very involved with our

 7   program there, I don't recall having to draft any

 8   policies.  I think all the policies were in

 9   place.

10   Q         Okay.  Let's see.  I'm going to pull up

11   what has previously been marked as Exhibit 2,

12   which is your report.  And if it's easier for

13   you, Doctor, to look at it on your -- in your

14   hard copy, we can just do that.  Would you --

15   would you prefer that?

16   A         Yes.

17   Q         Okay.  So let's look at your Exhibit A

18   to your report, which is your materials

19   considered list.  This is a two-page materials

20   considered list, and, so, when I'm asking

21   generally, I'm gonna be asking kind of first

22   about all of it.

23             Were these documents provided to you by

24   3M's attorneys?

25   A         Yes, they were.
```

```
 1   MS. SCARCELLO:

 2   Q         Sure.  But you -- it may have been

 3   similar, but it wasn't exactly that.  Isn't --

 4   isn't that true?  The DODI 6055.12 from 1996?

 5   MR. LEUTHAUSER:

 6             Object to form.  Asked and answered.

 7   A         I wasn't asked to review the one that

 8   was in place when I was there.  I think this one

 9   accurately reflects the program that was present

10   at Fort Bragg when I was there from 1991 to 1994.

11   MS. SCARCELLO:

12   Q         Do you know what hearing conservation

13   guidelines were in effect during the time that

14   you were at Fort Bragg from 1991 to 1994?

15   A         Well, they were very similar to the

16   ones in the '96 pamphlet.  Because when I read

17   it, it was all very familiar.

18   Q         Do you know the -- the title of it

19   or --

20             I keep referring to this as DOD

21   Instruction 6055.12.  Do you know if it had a

22   number like that?  You know, I'm just kind of

23   generally -- I'm trying to identify what the

24   regulations were that you operated under while

25   you were at Fort Bragg.
```

```
 1   being an otolaryngologist.

 2   Q        So, as you sit here today, you don't

 3   recall having reviewed written guidelines for the

 4   Hearing Conservation Program at Fort Bragg while

 5   you were there?

 6   MR. LEUTHAUSER:

 7            Object to form.

 8   A        I recall reading guidelines when I was

 9   there.

10   MS. SCARCELLO:

11   Q        Do you know if it was a DOD

12   Instruction, like DODI 6055.12 from 1996?

13   MR. LEUTHAUSER:

14            Object to form.

15   A        The guidelines we had were eerily

16   similar to the '96 guidelines.

17   MS. SCARCELLO:

18   Q        Do you remember what year the

19   guidelines that you operated under were adopted?

20   A        I do not know what year they were

21   adopted.

22   Q        Were the guidelines that you operated

23   under specific to Fort Bragg?

24   A        My understanding was that they were an

25   Army-wide policy.
```

E. Scott Elledge, M.D.

```
 1   Q          And what was the basis of that

 2   understanding?

 3   A          I had colleagues that were

 4   otolaryngologists at other bases that when I

 5   compared notes, they were all doing about the

 6   same thing.

 7   Q          And when you say "compare notes," did

 8   you have conversations or did you literally have

 9   written notes?

10   A          Just conversations.

11   Q          Okay.  So it sounds like, anecdotally,

12   it was your understanding that there were similar

13   hearing conservation programs at other military

14   installations.

15   MR. LEUTHAUSER:

16              Object to form.

17   MS. SCARCELLO:

18   Q          Is that fair to say?

19   MR. LEUTHAUSER:

20              Object to form.  Misstates his

21   testimony.

22   A          Was that a question?

23   MS. SCARCELLO:

24   Q          Yes.  Yep.  So I can repeat it, if

25   you'd like.
```

```
 1    A          Please.

 2    Q          It sounds like what you're saying is

 3    that your understanding is based on conversations

 4    with other otolaryngologists who practiced at

 5    military installations outside of Fort Bragg,

 6    and, based on those conversations, it's your

 7    understanding that the military hearing

 8    conservation programs were similar from one Army

 9    base to the next.  Is that right?

10    MR. LEUTHAUSER:

11              Object to form.

12    A          Yes.  It was an Army-wide policy.

13    MS. SCARCELLO:

14    Q          Aside from your conversations with

15    other otolaryngologists, is there any basis for

16    your understanding that the hearing conservation

17    programs were the same from one Army base to

18    another?

19    MR. LEUTHAUSER:

20              Object to form.

21    A          Again, my experience was at one base,

22    so I don't know if there's any deviations allowed

23    at other bases.  But it's my understanding from

24    what I was taught at Fort Bragg that this was an

25    Army-wide Hearing Conservation Program, and we
```

E. Scott Bfledge, M.D.

1   followed those parameters.

2   MS. SCARCELLO:

3   Q        Let's see.  Did you do any kind of

4   independent research before you reached your

5   opinions in this case?

6   MR. LEUTHAUSER:

7            Object to form.

8   A        Sorry.  The Zoom broke up on the last

9   half of your sentence.

10  MS. SCARCELLO:

11  Q        Actually, you know what?  Strike that.

12  We can move on.

13           So we talked about this a little bit

14  before.  You understand that this lawsuit is

15  about certain problems with the Combat Arms

16  earplugs that 3M sold to the military and the

17  Army issued to soldiers; right?

18  MR. LEUTHAUSER:

19           Object to form.

20  A        Yes, I understand the lawsuit is about

21  the Combat Arms earplug.

22  MS. SCARCELLO:

23  Q        Okay.  And do you understand that

24  the -- one of the main allegations of the service

25  members and veterans in this lawsuit is that

E. Scott Bledsoe, M.D.

```
 1   A          You know, we were using primarily the

 2   tri-flange plug, and that would be a constant

 3   attenuation plug.

 4   MS. SCARCELLO:

 5   Q          Okay.  So it's your understanding that

 6   soldiers, at the time you were in the service,

 7   weren't using any kind of earplug that would

 8   purportedly block hazardous noise but preserve

 9   the ability to hear nonhazardous sounds?

10   MR. LEUTHAUSER:

11          Object to form.

12   A          Again, my observations are what I saw

13   soldiers wearing, so...

14   MS. SCARCELLO:

15   Q          Right.  So did you see soldiers wearing

16   any kind of earplug that would block hazardous

17   noise while preserving the ability to hear

18   nonhazardous sounds?

19   MR. LEUTHAUSER:

20          Object to form.  Foundation.

21   A          I never saw that type of plug at Fort

22   Bragg.

23   MS. SCARCELLO:

24   Q          Okay.  How did you become aware of the

25   Hearing Conservation Program's fitting practices?
```

E. Scott Billedge, M.D.

```
 1   A          It would come up in conversations with

 2   the audiologists when we had someone with hearing

 3   loss.  We would have a discussion about fitting;

 4   do we think they have the right plug for them,

 5   you know, were they -- was the soldier wearing

 6   it, was it a compliance issue, was it a fit

 7   issue, did a different type need to be tried.

 8          And, again, that would be the

 9   audiologist that would be trying the other types.

10   But we would have discussions about changing or

11   perhaps going to a custom mold.

12   Q          For those soldiers who -- who hadn't

13   experienced some kind of hearing problem and

14   gotten on your radar that way but just in

15   general, were you aware of the fitting procedures

16   for the Hearing Conservation Program at Fort

17   Bragg during your time there?

18   MR. LEUTHAUSER:

19          Object to form.

20   A          Yeah, I was aware of the fitting

21   procedures.

22   MS. SCARCELLO:

23   Q          And how did you become aware of those

24   fitting procedures that were sort of generally

25   applied to the -- to the broader soldier
```

```
 1   A          Yeah, I see it.

 2   MS. SCARCELLO:

 3   Q          What specific hearing conservation

 4   procedures were you responsible for administering

 5   during that time?

 6   A          I feel like we just discussed that, but

 7   I was the otolaryngologist that would be

 8   providing medical oversight to soldiers that,

 9   through the Hearing Conservation Program, had

10   been referred out because of a change in their

11   hearing.  So I was aware of the program in that

12   capacity, and we received a lot of patients that

13   way.

14              Then I would work with the audiologists

15   to make sure we felt like we had an accurate test

16   and then provide my medical evaluation.  Because

17   not all of the hearing loss was noise-induced.

18   Sometimes it was a medical problem or an injury

19   like a ruptured eardrum or something that would

20   fall into my hands to manage.

21              But I was very involved with the

22   program because it supplied a lot of patients to

23   us.

24   Q          But in terms of the -- the things that

25   are listed in the DOD instruction and the
```

```
 1   Department of the Army pamphlet with respect to

 2   the specifics of the Hearing Conservation

 3   Program -- for example, annual fittings, annual

 4   earplug training, things like that -- that wasn't

 5   what you were responsible for handling during

 6   your time at Fort Bragg; is that right?

 7   MR. LEUTHAUSER:

 8            Object to form.

 9   A        Correct.  I was -- I was the

10   otolaryngologist, and I was responsible for the

11   medical phase -- medical evaluation and treatment

12   phase of the Hearing Conservation Program.

13   MS. SCARCELLO:

14   Q        Further down in the same paragraph you

15   discuss treating soldiers who were returning from

16   Operation Desert Storm, and you state "treating

17   these soldiers required obtaining a detailed

18   history, including their noise exposures while

19   deployed, and the hearing protection they

20   utilized, and therefore provided me with a

21   tremendous understanding of how the military

22   Hearing Conservation Program was implemented in

23   the field."

24            Do you see that?

25   A        I do.
```

```
 1   Q          Did you ever perform any kind of formal

 2   survey on the incidence of earplug use by

 3   soldiers in the field?

 4   A          No formal survey.

 5   Q          So most of the information that you

 6   collected would have just been in your

 7   conversations with soldiers about their -- about

 8   their history.  Is that fair?

 9   MR. LEUTHAUSER:

10              Object to form.

11   A          Anyone that was sent to me with a

12   hearing problem, I would take their history, yes.

13   MS. SCARCELLO:

14   Q          And that would be the primary way in

15   which you would have learned about how the Army

16   Hearing Conservation Program operates for

17   soldiers who are deployed.  Is that true?

18   MR. LEUTHAUSER:

19              Object to form.

20   A          It was part of my observation of that

21   program, yes.

22   MS. SCARCELLO:

23   Q          What other ways would you gather

24   information about the way that the Army Hearing

25   Conservation Program works in the field?
```

E. Scott Billedge, M.D.

```
 1   MR. LEUTHAUSER:

 2            Object to form.

 3   A        Well, there would be a medical record

 4   that I could review as to when they presented

 5   with their ear hearing injury, what treatments

 6   were rendered in the field and what other

 7   assessments they had had on the way back from

 8   Desert Storm.  So there would be a medical record

 9   that I could review.

10   MS. SCARCELLO:

11   Q        Did you do any kind of formal

12   statistical analysis of patient outcomes

13   considering whether or what kind of hearing

14   protection they used while deployed?

15   A        I did not do anything -- no formal.

16   Q        In the next sentence you say, "In my

17   experience, soldiers at this time very rarely

18   wore hearing protection while deployed and almost

19   never wore hearing protection when in combat or

20   situations where maintaining situational

21   awareness was essential."

22            Do you see that?

23   A        I do.

24   Q        And this statement is also focused on

25   your personal experience, which would have
```

E. Scott Bledsoe, M.D.

```
 1   involved treating soldiers at Fort Bragg from '91

 2   to '94.  Is that right?

 3   MR. LEUTHAUSER:

 4           Object to form.

 5   A       Yeah.  That was an observation I made

 6   after interviewing numerous returning soldiers

 7   and obtaining their history.

 8   MS. SCARCELLO:

 9   Q       And you don't know whether the

10   prevalence of earplug use changed after you left

11   the service; right?

12   MR. LEUTHAUSER:

13           Object to form.

14   A       No.  I don't know what happened after I

15   left.

16   MS. SCARCELLO:

17   Q       And the last sentence of this second

18   paragraph, it says "since my time in the

19   military, I have continued to stay informed of

20   the changes and updates that have occurred in the

21   military Hearing Conservation Program."

22           Do you see that?

23   A       I do.

24   Q       What specifically have you done to stay

25   informed of changes and updates to military
```

E. Scott Bledsoe, M.D.

```
1    MS. SCARCELLO:

2    Q        And what is "it"?

3    A        Fitting the earplug.  Fitting the

4    earplug.

5    Q        What is involved in fitting the

6    earplug?

7    MR. LEUTHAUSER:

8             Object to form.

9    A        As I said, the actual technique of the

10   fitting was not part of my report.  I'm just

11   referencing that these individuals that did the

12   fitting had been trained by the Army.

13   MS. SCARCELLO:

14   Q        In your experience, what is involved in

15   fitting an earplug?

16   MR. LEUTHAUSER:

17            Object to form.

18   A        Again, the actual act of fitting is not

19   part of the scope of my report.

20   MS. SCARCELLO:

21   Q        So is it your opinion --

22            Well, strike that.  Let's move on.

23            The next part of the sentence mentions

24   that "the regulations demanded that triple-flange

25   earplugs, which were available when I was chief
```

E. Scott Bledsoe, M.D.

```
 1   MS. SCARCELLO:

 2   Q        Okay.  You state, in the beginning of

 3   the next paragraph, "in my experience, the

 4   military would not rely on manufacturers'

 5   instruction to train or fit the soldiers with a

 6   hearing protection device."

 7            Do you see that?

 8   A        Yes.

 9   Q        What's the basis for that opinion?

10   A        Both my own experience in the military

11   and what -- that's in the regulations that the

12   military does that.  They do -- they do the

13   training.  They do the fitting.

14   Q        And it's your opinion that when the

15   military does training on a hearing protective

16   device, they specifically disregard any

17   information that would have been provided by the

18   manufacturer?

19   MR. LEUTHAUSER:

20            Object to form.  Misstates testimony.

21            Go ahead.

22   A        I did not review any records about

23   whether or not they looked at the manufacturer.

24   I just know that they had their own protocols.

25   They rely on trained people to do the fitting.
```

E. Scott BilLedge, M.D.

```
1    subject fit technique is what they prefer.
2    MS. SCARCELLO:
3    Q         Do they do testing before soldiers use
4    the earplug?
5    MR. LEUTHAUSER:
6              Object to the form.
7    A         Again, I don't know the timing of the
8    testing versus when they're actually given to
9    soldiers.  I'm just specifically talking about
10   what testing technique they used.
11   MS. SCARCELLO:
12   Q         And when you're talking about the
13   testing techniques, are you familiar with REAT
14   testing, R-E-A-T?
15   A         Yeah.  I am.
16   Q         What is -- what does REAT testing stand
17   for?  What does that acronym stand for?
18   MR. LEUTHAUSER:
19             Object to the form.
20   A         It's real ear attenuation threshold.
21   The concept is you've got an earplug in, but
22   what -- what is really happening at the eardrum,
23   inner ear?  What really got there?
24   MS. SCARCELLO:
25   Q         Okay.  What about MIRE testing?  Are
```

E. Scott Bledsoe, M.D.

```
 1   attenuation values.  Do you see that?

 2   MR. LEUTHAUSER:

 3            Object to the form.

 4   A        Yeah.  Once you attain the attenuation

 5   value, which is what the table's talking about,

 6   then that would be part of your decision-making

 7   on which earplug you picked.

 8   MS. SCARCELLO:

 9   Q        But that's only part of the

10   decision-making; right?

11   MR. LEUTHAUSER:

12            Object to the form.  Foundation.

13   A        I'm not an expert on the

14   decision-making to select an earplug.

15   MS. SCARCELLO:

16   Q        Okay.  Are you an expert on the process

17   for selecting an earplug?

18   MR. LEUTHAUSER:

19            Object to the form.

20   A        In the extent of the process I'm trying

21   to point out in my report, that the subject fit

22   is the preferred technique by the military.

23   MS. SCARCELLO:

24   Q        Do you know whether the subject fit is

25   the method that is required by the EPA?
```

```
 1              C E R T I F I C A T E

 2

 3              I do hereby certify that the above and

 4   foregoing transcript of proceedings in the matter

 5   aforementioned was taken down by me in machine

 6   shorthand, and the questions and answers thereto

 7   were reduced to writing under my personal

 8   supervision, and that the foregoing represents a

 9   true and correct transcript of the proceedings

10   given by said witness upon said hearing.

11              I further certify that I am neither of

12   counsel nor of kin to the parties to the action,

13   nor am I in anywise interested in the result of

14   said cause.

15

16

17

18                    /s:// Lois Anne Robinson

                      LOIS ANNE ROBINSON, RPR, RMR

19                    REGISTERED DIPLOMATE REPORTER

                      CERTIFIED REALTIME REPORTER

20

21

22

23

24

25
```