# PX66

# NOISE AND MILITARY SERVICE

## Implications for Hearing Loss and Tinnitus

Committee on Noise-Induced Hearing Loss and Tinnitus Associated with Military Service from World War II to the Present

Medical Follow-up Agency

Larry E. Humes, Lois M. Joellenbeck, and Jane S. Durch, *Editors*

INSTITUTE OF MEDICINE
OF THE NATIONAL ACADEMIES

THE NATIONAL ACADEMIES PRESS
Washington, DC
www.nap.edu

Copyright National Academy of Sciences. All rights reserved.

THE NATIONAL ACADEMIES PRESS • 500 Fifth Street, N.W. • Washington, DC 20001

NOTICE: The project that is the subject of this report was approved by the Governing Board of the National Research Council, whose members are drawn from the councils of the National Academy of Sciences, the National Academy of Engineering, and the Institute of Medicine. The members of the committee responsible for the report were chosen for their special competences and with regard for appropriate balance.

    This study was supported by Contract No. V101(93)P-1637 #29 between the National Academy of Sciences and the Department of Veterans Affairs. Any opinions, findings, conclusions, or recommendations expressed in this publication are those of the author(s) and do not necessarily reflect the view of the organizations or agencies that provided support for this project.

Library of Congress Cataloging-in-Publication Data

Noise and military service : implications for hearing loss and tinnitus
  / Committee on Noise-Induced Hearing Loss and Tinnitus Associated
  with Military Service from World War II to the Present, Medical Follow-
  up Agency ; Larry E. Humes, Lois M. Joellenbeck, and Jane S. Durch,
  editors.
     p. ; cm.
  Includes bibliographical references.
  ISBN 0-309-09949-8 — ISBN 0-309-65307-X
  1. Deafness—Etiology. 2. Tinnitus—Etiology. 3. Deafness, Noise
induced. 4. Acoustic trauma. 5. Soldiers—Health and hygiene.
6. Veterans—Health and hygiene. 7. Noise—Health aspects.
I. Humes, Larry. II. Joellenbeck, Lois M. (Lois Mary), 1963-   .
III. Durch, Jane. IV. Institute of Medicine (U.S.). Committee on Noise-
Induced Hearing Loss and Tinnitus Associated with Military Service
from World War II to the Present.
  [DNLM: 1. Noise—adverse effects. 2. Hearing Loss, Noise-Induced.
3. Military Personnel. 4. Tinnitus.   WV 270 N7836 2005]
RF291.5.S65N65 2005
617.8′07—dc22
                                                      2005030236

Additional copies of this report are available from the National Academies Press, 500 Fifth Street, N.W., Lockbox 285, Washington, DC 20055; (800) 624-6242 or (202) 334-3313 (in the Washington metropolitan area); Internet, http://www.nap.edu.

For more information about the Institute of Medicine, visit the IOM home page at: **www.iom.edu.**

Copyright 2006 by the National Academy of Sciences. All rights reserved.

Printed in the United States of America.

The serpent has been a symbol of long life, healing, and knowledge among almost all cultures and religions since the beginning of recorded history. The serpent adopted as a logotype by the Institute of Medicine is a relief carving from ancient Greece, now held by the Staatliche Museen in Berlin.

MILITARY HEARING CONSERVATION PROGRAMS                                        183

Department of the Air Force. 1994. *AFOSH 48-19: Hazardous Noise Program.* Washington, DC: Department of the Air Force.

Department of the Air Force. 1995. *Hearing Conservation Program Status Report (Oct 1993–Sept 1995).* Brooks Air Force Base, TX: Armstrong Laboratory.

Department of the Air Force. 2000. *Integration Guidance (Interim) Between DOHRS-HC and AFR 161-20 Pending AFI 48-20 Publication.* Washington, DC: Department of the Air Force.

Department of the Army. 1956. *TB MED 251: Noise and Conservation of Hearing.* Washington, DC: Department of the Army.

Department of the Army. 1965. *TB MED 251: Noise and Conservation of Hearing.* Washington, DC: Department of the Army.

Department of the Army. 1972. *TB MED 251: Noise and Conservation of Hearing.* Washington, DC: Department of the Army.

Department of the Army. 1980. *TB MED 501: Hearing Conservation.* Washington, DC: Department of the Army.

Department of the Army. 1998. *DA PAM 40-501: Hearing Conservation Program.* Washington, DC: Department of the Army.

Department of the Navy. 1955. *BUMED 6260.6: Hearing Conservation Program.* Washington, DC: Bureau of Medicine and Surgery.

Department of the Navy. 1970. *BUMED 6260.6B: Hearing Conservation Program.* Washington, DC: Bureau of Medicine and Surgery.

Department of the Navy. 1979. *OPNAVINST 6260.2: Hearing Conservation Program.* Washington, DC: Office of the Chief of Naval Operations.

Department of the Navy. 1984. *NAVMEDCOMINST 6260.5 CH-1: Occupational noise control and hearing conservation.* Washington, DC.

Department of the Navy. 1998. *Marine Corps Order 5100.8F: Marine Corps Occupational Safety and Health Program Manual.* Washington, DC: Department of the Navy.

Department of the Navy. 2000. *Marine Corps Order 6260.1E: Marine Corps Hearing Conservation Program Procedures.* Washington, DC: Department of the Navy.

Department of the Navy. 2001. *OPNAVINST 5100.19D: Navy Occupational Safety and Health: Program Manual for Forces Afloat.* Washington, DC: Department of the Navy.

Department of the Navy. 2002. *OPNAVINST 5100.23F: Navy Occupational Safety and Health Program Manual.* Washington, DC: Department of the Navy.

Department of Veterans Affairs. 2004. *Handbook of Standard Procedures and Best Practices for Audiology Compensation and Pension Examinations.* Dennis KC, Beck LB, Chandler DW, Schafer J, eds. Washington, DC: Department of Veterans Affairs.

Department of Veterans Affairs. 2005. *America's Wars.* [Online]. Available: http://www1.va.gov/opa/fact/amwars.html [accessed May 2005].

Dobie RA. 1995. Prevention of noise-induced hearing loss. *Archives of Otolaryngology—Head and Neck Surgery* 121(4):385–391.

Dobie RA. 2005. Audiometric threshold shift definitions: Simulations and suggestions. *Ear and Hearing* 26(1):62–77.

DoD (Department of Defense). 1978. *Department of Defense Instruction 6055.3: Hearing Conservation.* Washington, DC: Department of Defense.

DoD. 1987. *Department of Defense Instruction 6055.12: Hearing Conservation.* Washington, DC: Department of Defense.

DoD. 1996. *Department of Defense Instruction 6055.12: DoD Hearing Conservation Program.* Washington, DC: U.S. Department of Defense.

DoD. 1997. *MIL-STD-1474D: Department of Defense Design Criteria Standard—Noise Limits.* Washington, DC: Department of Defense.

Copyright National Academy of Sciences. All rights reserved.