# PX69

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*All Wave 1 Cases* | ) Case No. 3:19-md-2885-MCR-GRJ<br>)<br>) Judge M. Casey Rodgers<br>) Magistrate Gary R. Jones<br>)<br>) **CONFIDENTIAL – SUBJECT TO**<br>) **PROTECTIVE ORDER**<br>) |

**EXPERT REPORT OF STAN D. PHILLIPS, M.D.**

**MAY 11, 2022**

Stan D. Phillips, M.D.
Southlake Hearing and Tinnitus Center
Huntersville, North Carolina
May 11, 2022

**Expert Report of Dr. Stan Phillips, M.D.**

I.      **BACKGROUND**

      A.      **Professional Background and Qualifications**

My name is Stan Phillips, MD. I am a board certified otolaryngologist licensed to practice medicine in North Carolina.

In 1985, I earned a BS in biology and pre-medicine from the University of North Carolina at Chapel Hill. And in 1991, I earned an MD from the Brody School of Medicine at East Carolina University.

Upon graduating from medical school, I completed a fellowship in cochlear pathophysiology at the Johns Hopkins University School of Medicine. During my fellowship, I studied under Dr. William Brownell, an expert in outer hair cell research, working to examine cochlear hair cell damage from an ototoxic drug, DFMO (diflouralmetholornathine), that was a chemotherapy agent making its way through the FDA's approval process.

After my fellowship, I completed a residency at the University of Maryland at Baltimore, where I spent one year in general surgery followed by four years in otolaryngology. While there, I trained under Dr. Pawel Jastreboff, one of the world's leading experts in tinnitus, who established the first Tinnitus & Hyperacusis Center in the United States, proposed the first accepted animal model of tinnitus, and invented Tinnitus Retraining Therapy (a type of therapy that focuses on helping patients manage their reaction to tinnitus). Working with Dr. Jastreboff allowed me to spend time in the University of Maryland Medical Center's tinnitus clinic, which is where I developed a particular interest in tinnitus treatment and completed extensive training in Tinnitus Retraining Therapy.

After I completed my residency in 1997, I returned home to North Carolina and began my career as an ear, nose, and throat doctor (ENT), working in private practice. The coming year will be the 25th anniversary of my otolaryngology practice.

As an ENT, I have focused on general practice and sinus surgery as well as hearing loss and tinnitus management. In 2015, however, I stopped surgery work and started to concentrate on the hearing loss and tinnitus treatment side of my practice. To that end, in 2018, I founded the Southlake Hearing and Tinnitus Center to focus on where my passion lies: treating patients and giving hope to those who have tinnitus.

My practice at the Southlake Hearing and Tinnitus Center is a busy one. On average, we see approximately sixty patients a week, half of whom are patients with tinnitus and/or hearing loss.

In addition to my medical degree and license, I hold several certifications. Since 1997, I have been a board certified member of the Academy of Otolaryngology and Head and Neck Surgery. I am also a member of the National Hearing Conservation Association, which I joined in 2016. This group focuses on studying methods to protect hearing in loud noise environments as well as raising awareness of hearing loss and prevention in an international forum. I am one of only three otolaryngologists in the group, which contains hundreds of other professionals, including representatives from the U.S. Department of Defense, NASA, the National Institute for Occupational Safety and Health (NIOSH), and safety officers for multinational corporations. I have published several book chapters and multiple articles in the medical field and have also given presentations on pathophysiology of the inner ear. I have taught for several years as a lab assistant in neuroanatomy, for four years in medical school, including a year at the Johns Hopkins University School of Medicine.

### B.     Hourly Rate

I am being paid $500 an hour for my work on this case. In Appendix A, I have attached my CV, which includes a list of publications I have authored. In Appendix B, I have listed the cases in which I have been deposed or testified as an expert witness. And in Appendix C, I have included my rate schedule.

### C.     Basis of Opinions

In this report, I have rendered my opinions relying on my education, training, and experience as an Otolaryngologist for the past 24 years, and qualifications discussed above. I have also reviewed relevant scientific literature. I cite my reliance materials throughout this report and have included a comprehensive list of literature I considered as Appendix D. I reserve the right to amend my report if additional evidence becomes available.

## II.     OPINIONS

### A.     Tinnitus Generally

Tinnitus is a condition in which a patient hears sound despite there being no auditory stimulation. It can occur in one ear or both ears. It can be either intermittent or persistent. And its loudness can fluctuate or remain constant. There are two well-known types of tinnitus: objective tinnitus and subjective tinnitus.

#### 1.     *Objective Tinnitus*

Objective tinnitus is rare. It refers to noise that the patient and examiner both can hear. The most common cause of objective tinnitus is atherosclerosis, or narrowing of the arteries. This can cause ringing, whooshing, or a buzzing noise that can be heard due to the blockage in the patient's arteries or venous systems.

#### 2.     *Subjective Tinnitus*

Subjective tinnitus is much more common and is something only the patient can hear. Because subjective tinnitus is just that—subjective—those who suffer from it often describe it in

different ways. Some say it is a high-pitched ringing. Others describe it as hissing. Still others relate it to beeping. Some patients even liken it to the chirping of a cricket.

There is no definitive known cause of tinnitus, but there are other medical conditions frequently associated with it. At my clinic, I encounter patients with subjective tinnitus on a daily basis, and the most commonly associated conditions I see are hearing loss; jaw or neck problems; ear problems, including infections or too much wax; overuse of aspirin or similar medications; headaches, including migraines; stress; and anxiety.

Unlike objective tinnitus, subjective tinnitus is very common. One study showed that 94% of people with normal hearing can hear tinnitus-like sounds if placed in a quiet enough environment. Heller & Bergman, Tinnitus Aurium in Normally Hearing Persons (1953). According to the CDC, tinnitus is one of the most common health conditions in the United States, with over 50 million Americans experiencing tinnitus at some point. For those people who experience tinnitus, just 7.2% believe it to be a big or very big problem in their lives. Bhatt et al., Tinnitus Epidemiology Prevalence, Severity, Exposures and Treatment Patterns in the United States (2016). For most people, tinnitus is non-bothersome, but approximately two million individuals experience severe and/or debilitating tinnitus. American Tinnitus Association, Understanding the Facts (last visited Dec. 30, 2021).

B.   Somatic Tinnitus

Somatic (also called somatosensory) tinnitus is a subtype of subjective tinnitus in which changed somatosensory information from the shoulder girdle, cervical spine, or jaw area causes or changes a patient's tinnitus. Michiels, Somatic/Somatosensory Tinnitus (2019).

In the 1990s, researchers started to mention a possible influence of the somatosensory system on tinnitus complaints. Michiels, et. al, Diagnostic Criteria for Somatosensory Tinnitus: A Delphi Process and Face-to-Face Meeting to Establish Consensus (2018). But it wasn't until 1999 that a researcher (Levine) first described a hypothesis for this tinnitus subtype, which he named *somatic tinnitus*. Levine, Somatic (Craniocervical) Tinnitus and the Dorsal Cochlear Nucleus Hypothesis. Levine described animal and human studies that found connections between the somatosensory system of the cervical (neck) and temporomandibular (jaw joint) area and the cochlear nuclei, offering a physiological explanation for somatic tinnitus. *Id*. Today, somatic tinnitus is widely accepted as a tinnitus subtype. Michiels, Somatic/Somatosensory Tinnitus (2019). Research over the years has shown that somatic events—*e.g.*, shoulder, neck, or jaw injuries or pain—can not only cause tinnitus, but also worsen existing tinnitus. Levine, Somatic Tinnitus, in Tinnitus: Theory and Management (2004); Shore, et al., Dorsal Cochlear Nucleus Responses to Somatosensory Stimulation Are Enhanced After Noise-Induced Hearing Loss (2008).

Somatic tinnitus is common among tinnitus sufferers. A 2015 study diagnosed 43% of tinnitus sufferers with somatic tinnitus influenced by the cervical spine, known as cervicogenic somatic tinnitus. Michiels, Diagnostic Value of Clinical Cervical Spine Tests in Patients With Cervicogenic Somatic Tinnitus (2015). There is also a high co-occurrence of neck pain and tinnitus. A recent study found that among patients who identify tinnitus as a chief complaint, 64% also have cervical pain; and among patients who identify cervical pain as a chief complaint, 44% also have tinnitus. Koning, Proprioception: The Missing Link in the Pathogenesis of Tinnitus (2020). Another study found that among patients who received treatment for their

cervical spine, 80% reported tinnitus as a secondary symptom. Montazem, Secondary Tinnitus as a Symptom of Instability of the Upper Cervical Spine (2000).

The pathophysiology of cervicogenic somatic tinnitus involves sensory neurons that convey information from the cervical spine to the brain, and in the process project onto the nearby auditory pathway. This physiological explanation for this mechanism has been shown in animal as well as human studies, demonstrating a connection between the cervical spine and temporomandibular area somatosensory systems and the cochlear nuclei. Michiels, Diagnosing and Managing Somatic Tinnitus (2020. When sensory neurons from cervical nerves project onto the cochlear nucleus, those sensory neurons alter the firing rate or the synchrony of dorsal cochlear nucleus neurons, thereby causing or worsening the perception of tinnitus. Shore, Neural Mechanisms Underlying Somatic Tinnitus (2007). Patients with cervicogenic somatic tinnitus often have osteophytes, or bone spurs, at one or multiple levels of the cervical spine. Koning, Upper Cervical Issues Can Induce Tinnitus (2020). Bone spurs put pressure on the cervical nerves, sending pain signals to the brain and, incidentally, to the cochlear nucleus. Based on my experience and education, foraminal stenosis, or the narrowing of the foramen through which cervical nerves run, similarly puts pressure on cervical nerves, generating pain signals that project onto the auditory pathway.

In order to diagnose somatic tinnitus, practitioners consider various criteria. The most important criteria for diagnosing somatic tinnitus is a temporal connection between the onset or aggravation of neck pain and tinnitus. In particular, practitioners look to whether the patient began suffering from tinnitus simultaneous to, or in close proximity with, neck or jaw pain, or soon after head or neck trauma. Michiels, Diagnosing and Managing Somatic Tinnitus (2020); Michiels, et. al, Diagnostic Value of Clinical Cervical Spine Tests in Patients with Cervicogenic Somatic Tinnitus (2015). Somatic tinnitus is further indicated when the tinnitus is accompanied by symptoms such as frequent pain in the neck, head, or shoulder; muscle tension in sub-occipital muscles; muscle tension in extensor muscles of the cervical spine; temporomandibular disorders; teeth clenching; or dental diseases, surgical events, or bruxism (grinding of teeth during sleep or otherwise). Michiels, et al., Diagnostic Criteria for Somatosensory Tinnitus: A Delphi Process and Face-to-Face Meeting to Establish Consensus (2018). For cervicogenic somatic tinnitus, the most important diagnostic criterion is the temporal coincidence of the onset or aggravation of tinnitus and neck pain. Michiels, et al., Diagnostic Value of Clinical Cervical Spine Tests in Patients with Cervicogenic Somatic Tinnitus (2015). Much work has been done to evaluate the diagnostic value of these diagnostic criteria for tinnitus. *See*, *e.g.*, Michiels, et al., Somatosensory Tinnitus Diagnosis: Diagnostic Value of Existing Criteria (2021):

| Diagnostic Criterion | Sensitivity | Specificity | +LR | −LR | Pretest Probability | +Posttest Probability | −Posttest Probability |
|---|---|---|---|---|---|---|---|
| Modulation by voluntary movements | 32 | 82 | 1.81 | 0.82 | 0.26 | 0.39 | 0.23 |
| Simultaneous onset of tinnitus and neck/jaw pain | 19 | 97 | 6.29 | 0.83 | 0.26 | 0.69 | 0.23 |
| Co-variation of tinnitus and neck/jaw pain | 24 | 98 | 10.72 | 0.78 | 0.26 | 0.79 | 0.21 |
| Influence of posture | 15 | 98 | 6.04 | 0.87 | 0.26 | 0.68 | 0.24 |
| Bruxism | 29 | 85 | 1.93 | 0.84 | 0.26 | 0.41 | 0.23 |
| Tension in neck extensor muscles | 48 | 81 | 2.59 | 0.63 | 0.26 | 0.48 | 0.19 |
| Trigger points | 35 | 90 | 3.60 | 0.71 | 0.26 | 0.56 | 0.20 |
| Variation in pitch/loudness/location | 41 | 73 | 1.49 | 0.81 | 0.26 | 0.35 | 0.22 |
| Neck pain | 48 | 82 | 2.73 | 0.63 | 0.26 | 0.49 | 0.18 |
| Head or neck trauma | 14 | 95 | 3.13 | 0.90 | 0.26 | 0.53 | 0.24 |
| Diagnosed TMD | 24 | 92 | 3.13 | 0.83 | 0.26 | 0.53 | 0.23 |
| Dental problems | 15 | 89 | 1.43 | 0.95 | 0.26 | 0.34 | 0.25 |

LR, likelihood ratio; ST, somatic tinnitus; TMD, temporomandibular disorders.
*$p < 0.05$.

In this table, the higher the likelihood ratio (LR) for a given diagnostic criteria the more likely it is that a patient has somatic tinnitus, Also, the post-test probability number indicates that if a certain diagnostic criteria is present, it increases the probability that somatic tinnitus is there.

In the early years of research into somatic tinnitus, it was suggested that one predictive symptom of somatic tinnitus is modulation of volume, pitch, localization of the tinnitus by putting pressure on pain areas of the head or neck through certain voluntary movements of the head or neck. Michiels, et al., Diagnostic Criteria for Somatosensory Tinnitus: A Delphi Process and Face-to-Face Meeting to Establish Consensus (2018). Such modulation is most common when the tinnitus is influenced by the temporomandibular region. Ralli, Somatic Modulation of Tinnitus: A Review and Some Open Questions (2016); Ralli, Somatosensory Tinnitus, Current Evidence and Future Perspectives (2017). In my experience, modulation is more common in patients with jaw-related somatic tinnitus than in patients with cervicogenic somatic tinnitus. In any event, somatic tinnitus can be present with or without modulation, Ralli, Somatic Tinnitus (2017), and modulation should not be used as a simple yes/no criterion for diagnosis somatic tinnitus. Michiels, et al., Diagnostic Criteria for Somatosensory Tinnitus: A Delphi Process and Face-to-Face Meeting to Establish Consensus (2018); Ralli, Somatic Tinnitus (2017). Recent research has found that attempts to detect somatic tinnitus through voluntary movements frequently *under*diagnoses the condition. For proper diagnosis, "forceful head and neck contractions" should be "manipulated by a specialist neurologist and his team." Ward et al., Subtyping Somatic Tinnitus: A Cross-Sectional UK Cohort Study of Demographic, Clinical and Audiological Characteristics (2015). "[T]he prevalence of somatic tinnitus is highly dependent upon whether self-report or expert guided manoeuvres are conducted," and "[s]elf-report is likely to under diagnose the condition." *Id.*

Patients with somatic tinnitus respond well to treatment, further evidencing the somatosensory effect on tinnitus. In particular, patients with cervical spine pathology between C-1 and C-4, where the nerve roots tend to contribute to the upper neck, head, and upper shoulders, physical manipulations, injection of medications, and surgery can be of substantial benefit. Koning, Upper Cervical Issues Can Induce Tinnitus (2020); Montazem, Secondary Tinnitus as a Symptom of Instability of the Upper Cervical Spine: Operative Management (2000); Michiels, Diagnosing and Managing Somatic Tinnitus (2020). For one patient, the use of a cervical collar for several weeks resulted in a significant improvement in tinnitus. Bechter, Chronic Cervicogenic Tinnitus Rapidly Resolved by Intermittent Use of Cervical Collar (2016).

### III. CONCLUSION

Somatic tinnitus is a subtype of subjective tinnitus. Since it was first hypothesized in the 1990s, researchers have made numerous breakthroughs, and today the condition is well-established. In my practice, I regularly encounter patients who have neck and jaw issues that have caused or worsened their tinnitus. When indicated, I diagnose patients with somatic tinnitus and prescribe treatment for the underlying somatosensory issue.

I hold the opinions expressed in this report to a reasonable degree of medical certainty.

_____  
Stan D. Phillips, M.D.

05/11/2022  
Date

# APPENDIX OF MATERIAL CONSIDERED

**LITERATURE**

American Tinnitus Association, Understanding the Facts (last visited Dec. 30, 2021)

Bechter, K., Wieland, M. etal., Chronic Cervicogenic Tinnitus Rapidly Resolved by Intermittent Use of Cervical Collar, Frontiers in Psychiatry, 7(43) (2016)

Bhatt etal, Tinnitus Epidemiology Prevalence, Severity, Exposures And Treatment Patterns In The United States (2016)

Heller & Bergman, Tinnitus Aurium in Normally Hearing Persons (1953).

Koning, H, Proprioception: The Missing Link in the Pathogenesis of Tinnitus, International Tinnitus Journal, 24(2), 102-107(2020)

Koning, H, Upper Cervical Nerves Can Induce Tinnitus, International Tinnitus Journal, Vol. 24, No 1 (2020)

Levine, R., Chapter 9: Somatic Tinnitus, Tinnitus: Theory and Management (2004).

Levine, Robert, Somatic (Craniocervical) Tinnitus and the Dorsal Cochlear Nucleus Hypothesis, American Journal of Otolaryngology (1999).

Michiels et al., Conservative therapy for the treatment of patients with somatic tinnitus attributed to temporomandibular dysfunction, Trials (2018).

Michiels et al., Somatosensory Tinnitus Diagnosis: Diagnostic Value of Existing Criteria, Ear & Hearing (2021).

Michiels, S., Diagnosing and Managing Somatic Tinnitus, Audiology Feature, Vol 29, No 5 (2020)

Michiels, S., Hertogh, W. etal, Cervical Spine Dysfunctions in Patients With Chronic Subjective Tinnitus, Otology & Neurotology, 36:741-745 (2015)

Michiels, S., Heyning, P. et al., Diagnostic Value of Clinical Cervical Spine Tests in Patients With Cervicogenic Somatic Tinnitus, Physical Therapy, Volume 95, Number 11 (2015)

Michiels, S., Sanchez, T. etal., Diagnostic Criteria for Somatosensory Tinnitus: A Delphi Process and Face-to-Face Meeting to Establish Consensus, Trends in Hearing, Volume 22:1- 10(2018)

Michiels, Somatic/Somatosensory Tinnitus (2019).

Montazem, A., Secondary Tinnitus as a Symptom of Instability of the Upper Cervical Spine: Operative Management, International Tinnitus Journal, Vol. 6, No. 2, 130-133(2000)

Ralli, M., Altissimi, G. etal., Somatic Modulation of Tinnitus: A Review and Some Open Questions, Otolaryngol Open J., 2(4), 111-114(2016)

Ralli, M., Greco, A. etal., Somatic Tinnitus, International Tinnitus Journal, 21(2), 112-121 (2017)

Ralli, M., Greco, A. et al., Somatosensory tinnitus: Current Evidence and Future Perspectives, Journal of International Medical Research, Vol. 45(3) 933-947(2017)

Shore, S., Koehler, S. etal., Dorsal Cochlear Nucleus Reponses to Samotosensory Stimulation are enhanced after noise-induced hearing loss, Eur. J. Neurosci. (2007). DoiilO. 1111/j. 1460-9568.2007.05983.x.

Shore, S., Plasticity of Somatosensory Inputs to the Cochlear Nucleus - Implications for Tinnitus, Hearing Research, 281,28-46(2011).

Shore, S., Zhou, J. et al., Neural Mechanisms Underlying Somatic Tinnitus, Progress in Brain Research, Vol. 166 (2007) ISSN:0079-6123.

Ward, J., Vella, C. et al., Subtyping Somatic Tinnitus: A Cross-Sectional UK Cohort Study of Demographic Clinical and Audiological Characteristics, Pios One (2015)