# PX70

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF FLORIDA
 2                  PENSACOLA DIVISION
 3
 4   IN RE:  3M COMBAT ARMS           )  Case No.
     EARPLUG PRODUCTS LIABILITY       )  3:19-md-2885
 5   LITIGATION,                      )
                                      )  Judge M. Casey
 6   This Document Relates To:        )  Rodgers
                                      )
 7   All Wave 1 Cases                 )  Magistrate Judge
                                      )  Gary R. Jones
 8                                    )
                                      )
 9
10
11
           VIDEOTAPED VIDEOCONFERENCE DEPOSITION
12
                           OF
13
                 STAN D. PHILLIPS, M.D.
14
                 Thursday, June 16, 2022
15
16
17
18
19
20
21
22
23
24          GOLKOW LITIGATION SERVICES
         877.370.3377 ph | 917.591.5672 fax
25              deps@golkow.com
```

```
 1              VIDEOTAPED VIDEOCONFERENCE DEPOSITION
 2   of STAN D. PHILLIPS, M.D., a witness in the
 3   above-entitled action, taken pursuant to notice,
 4   pursuant to the Rules of Civil Procedure before
 5   CINDY A. HAYDEN, RMR, CRR, remotely, on the 16th
 6   day of June, 2022, at 9:02 a.m.
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES:
 2
         SEEGER WEISS LLP
 3       BY:  CALEB SEELEY, ESQ.
         55 Challenger Road
 4       Ridgefield Park, NJ  07660
         973.639.9100
 5       cseeley@seegerweiss.com
         Counsel for Plaintiffs
 6
 7       KIRKLAND & ELLIS LLP
         BY:  PAUL SAMPSON, ESQ.
 8       60 East South Temple
         Salt Lake City, UT  84111
 9       801.877.8100
         paul.sampson@kirkland.com
10
            ~ And ~
11
         KIRKLAND & ELLIS LLP
12       BY:  SIMON GOTTLIEB, ESQ.
         300 North LaSalle
13       Chicago, IL  60654
         312.862.2000
14       simon.gottlieb@kirkland.com
         Counsel for Defendants
15
16   ALSO PRESENT:  Matt Walters, Videographer
                    Rose James
17
18
19
20
21
22
23
24
25
```

```
 1   somatic tinnitus, correct?
 2        A.   No, I have not.
 3        Q.   And you haven't conducted any research,
 4   you know, in a lab -- right? -- on somatic
 5   tinnitus, correct?
 6        A.   That's correct.
 7        Q.   Have you done any -- you yourself done
 8   any studies regarding somatic tinnitus?
 9        A.   No, I have not.
10        Q.   Have you collected any data on somatic
11   tinnitus?
12        A.   Informally, I do keep track of
13   patients' outcomes.
14        Q.   Do you have any of that data for us?
15        A.   Not in written form, no, sir.
16        Q.   Okay.  Have you conducted any -- strike
17   that.
18             We went through the opinions in your --
19   at the conclusion of your report.  They're
20   summaries of them.  We'll talk more about your
21   report.
22             You do not diagnose any particular
23   individual in this report, correct?
24        A.   That is correct, yes.
25        Q.   You do not consider any medical records
```

 1   in writing this report, correct?
 2         A.    Could you ask that again, please?
 3         Q.    Yeah.  This report is about the concept
 4   of somatic tinnitus generally, but it's not about
 5   its existence or presentation in any individual
 6   person?
 7         A.    I would say not in individual persons.
 8   However, my experience in my office does come into
 9   play in the writing of my report.
10         Q.    That's -- yeah.  And I'm not talking
11   about your experience.  So maybe -- maybe it's a
12   bad question.
13               In the -- you know, in the writing of
14   this report -- and maybe this will just help.  You
15   offered, you said, and you've given some
16   depositions case specifically about particular
17   plaintiffs, correct?
18         A.    Yes, sir.
19         Q.    And when you give those opinions -- you
20   know, I've seen one of them -- you list -- you sort
21   of go through a differential diagnosis, and you
22   list things that you were unable to rule out or
23   maybe even things that you believe were the cause
24   of that person's hearing loss and/or tinnitus.
25   Correct?

 1          A.    That's correct, yes.
 2          Q.    And that's not what you did in this
 3   report, right?
 4          A.    Correct.  Yes, sir.
 5          Q.    There's no applied differential
 6   diagnosis in this report, right?
 7          A.    That's correct.
 8          Q.    There's no -- you know, there's no
 9   consideration of any individual plaintiff's medical
10   history or medical records in this report, correct?
11          A.    That's correct.
12          Q.    Okay.  So, you know, not to -- not to
13   trivialize it, but your opinion is that somatic
14   tinnitus exists and here are some ways that it
15   presents and can be diagnosed.
16                And that's really -- that's where it
17   ends, right?  You don't take the next step and
18   evaluate someone and say that they have or you
19   can't rule out that they have somatic tinnitus,
20   right?
21          A.    That's -- my understanding is that was
22   the goal of this project was -- or this specific
23   expert opinion, yes.
24          Q.    Okay.  I just want to make sure we're
25   on the same page.

```
 1                REPORTER'S CERTIFICATE
 2
 3        I, Cindy A. Hayden, RMR, CRR, do hereby
 4   certify that there came before me Stan D. Phillips,
 5   M.D., the person hereinbefore named who testified
 6   under penalty of perjury concerning the matters in
 7   controversy in this cause; that the witness was
 8   thereupon examined under oath, the examination
 9   reduced to typewriting under my direction, and the
10   deposition is a true record of the testimony given
11   by the witness.
12               I further certify that I am neither
13   attorney or counsel for, nor related to, or
14   employed by any attorney or counsel employed by the
15   parties hereto or financially interested in the
16   action.
17               IN WITNESS WHEREOF, I have hereto set
18   my hand this 21st day of June, 2022.
19
20        _____
21           Cindy A. Hayden, RMR-CRR
22
23
24
25
```