# PX71



# Force Health Protection Track

ABSTRACTS

*Tuesday, 2 August 2011*

**1300 Air Emissions Characterization and Geospatial Exposure Modeling from Open Burning of Representative Military Deployed Waste**
AF Institute of Technology
Lt Col Dirk Yamamoto

Open burning of US military waste while deployed has attracted considerable attention over recent years due to reported health problems among returning military members. In conjunction with the rest of DoD, the US Air Force has conducted considerable sampling and risk assessment at deployed sites. At the Air Force Institute of Technology (Wright-Patterson AFB, OH), recent research has focused on building a retrospective plume dispersion modeling tool for particulate matter exposures, to better characterize the risk profile for deployed members. This approach may provide more realistic exposure estimates, versus assigning a single exposure value for an entire population. Ongoing research, sponsored by AF Surgeon General and performed in conjunction with the US Environmental Protection Agency, will first determine emission factors and likely concentrations of key contaminants by performing small-scale laboratory burns, with subsequent large-scale outdoor burns to evaluate the effectiveness of air curtain burners as an alternative to open/surface burns. A primary objective of the research is to address the question on whether segregation of plastics makes a significant difference in emissions from open- and air curtain burning. A secondary objective is to further develop the software plume dispersion modeling tool to better predict downwind risk to personnel near burn sites. This presentation provides a status update of the ongoing research at the Air Force Institute of Technology.

**1330 Inhalation Exposure to JP-8 Jet Fuel Enhances Susceptibility to Noise Induced Hearing Loss in Rats**
711 HPW/RHPBA
Dr. David Mattie

Studies identified organic solvents as potential ototoxicants promoting noise-induced hearing loss (NIHL). The ability of JP-8 to enhance susceptibility to noise exposure on auditory function was studied in rats. An initial study exposed rats to 0, 75, 85 or 95 dB octave band noise for 6 hours per day, 5 days per week over 4 weeks. Hearing loss was assessed using distortion product otoacoustic emission (DPOAE) to evaluate outer hair cell function and compound action potential (CAP) to determine hearing threshold. Histopathology of cochleas was conducted to determine percentage of hair cell loss. Noise exposure of 85 dB was identified as the LOAEL and was used in the second study to investigate combined effects of JP-8 and noise on hearing by exposing rats to 85 dB and either 0, 200, 750 or 1500 mg/m3 JP-8 for 6 h per day, 5 days per week over 4 weeks. DPOAE, CAP and histopathology of the cochlea for rats exposed to noise and JP-8 showed a dose response increase in hearing loss greater than seen with just 85 dB alone. A third study with just JP-8 alone resulted in no hearing loss indicating JP-8 only potentiates NIHL. A fourth 28-day study consisted of exposures at 102 dB for 15 min per hr for 6 hrs per day, 1000 mg/m3 JP-8 for 6 hr/day, combined exposure to both noise and JP-8, and no experimental treatment. Auditory testing again showed JP-8 by itself didn't produce hearing impairment but male rats were affected more than females.

**1400 Assessing Operationally Relevant Aspects of Nanoparticle Exposure Health Risks**
711 HPW/USAFSAM-PHT
Dr. Clarise Starr

There is little known in the scientific literature regarding the potential dangers and downstream sequelae caused