# PX73



**Journal of Toxicology and Environmental Health, Part A**
Current Issues



ISSN: 1528-7394 (Print) 1087-2620 (Online) Journal homepage: https://www.tandfonline.com/loi/uteh20

# Exposure to Low Levels of Jet-Propulsion Fuel Impairs Brainstem Encoding of Stimulus Intensity

O'neil W. Guthrie , Helen Xu , Brian A. Wong , Shawn M. McInturf , Jim E. Reboulet , Pedro A. Ortiz & David R. Mattie

**To cite this article:** O'neil W. Guthrie , Helen Xu , Brian A. Wong , Shawn M. McInturf , Jim E. Reboulet , Pedro A. Ortiz & David R. Mattie (2014) Exposure to Low Levels of Jet-Propulsion Fuel Impairs Brainstem Encoding of Stimulus Intensity, Journal of Toxicology and Environmental Health, Part A, 77:5, 261-280, DOI: 10.1080/15287394.2013.862892

**To link to this article:** https://doi.org/10.1080/15287394.2013.862892

Published online: 03 Mar 2014.

Submit your article to this journal

Article views: 323

View related articles

View Crossmark data

Citing articles: 7 View citing articles

*Journal of Toxicology and Environmental Health, Part A*, 77:261–280, 2014
ISSN: 1528-7394 print / 1087-2620 online
DOI: 10.1080/15287394.2013.862892



# EXPOSURE TO LOW LEVELS OF JET-PROPULSION FUEL IMPAIRS BRAINSTEM ENCODING OF STIMULUS INTENSITY

O'neil W. Guthrie[1,2], Helen Xu[2], Brian A. Wong[3], Shawn M. McInturf[3], Jim E. Reboulet[3], Pedro A. Ortiz[3], David R. Mattie[4]

[1]Research Service-151, Loma Linda Veterans Affairs Medical Center, Loma Linda, California, USA
[2]Department of Otolaryngology and Head & Neck Surgery, School of Medicine, Loma Linda University Medical Center, Loma Linda, California, USA
[3]Naval Medical Research Unit–Dayton, Wright-Patterson, Air Force Base, Ohio, USA
[4]Molecular Bioeffects Branch, Bioeffects Division, 711 Human Performance Wing, Human Effectiveness Directorate, Air Force Research Laboratory (711 HPW/RHDJ), Wright-Patterson Air Force Base, Ohio, USA

**Jet propulsion fuel-8 (JP-8) is a kerosene-based fuel that is used in military jets. The U.S. Armed Services and North Atlantic Treaty Organization countries adopted JP-8 as a standard fuel source and the U.S. military alone consumes more than 2.5 billion gallons annually. Preliminary epidemiologic data suggested that JP-8 may interact with noise to induce hearing loss, and animal studies revealed damage to presynaptic sensory cells in the cochlea. In the current study, Long-Evans rats were divided into four experimental groups: control, noise only, JP-8 only, and JP-8 + noise. A subototoxic level of JP-8 was used alone or in combination with a nondamaging level of noise. Functional and structural assays of the presynaptic sensory cells combined with neurophysiologic studies of the cochlear nerve revealed that peripheral auditory function was not affected by individual exposures and there was no effect when the exposures were combined. However, the central auditory nervous system exhibited impaired brainstem encoding of stimulus intensity. These findings may represent important and major shifts in the theoretical framework that governs current understanding of jet fuel and/or jet fuel + noise-induced ototoxicity. From an epidemiologic perspective, results indicate that jet fuel exposure may exert consequences on auditory function that may be more widespread and insidious than what was previously shown. It is possible that a large population of military personnel who are suffering from the effects of jet fuel exposure may be misidentified because they would exhibit normal hearing thresholds but harbor a "hidden" brainstem dysfunction.**

Individuals who work within and around aircrafts are at risk for developing hearing loss. This is supported by studies that demonstrated that pilots, aircrew, aircraft technicians, and mechanics have high (32–47% prevalence) rates of hearing loss when compared to large databases of audiologically normal populations (Jaruchinda et al., 2005; Fitzpatrick,1988). This is particularly important because only 16.1% of the adult population exhibit hearing loss

(Agrawal et al., 2008). Aircraft technicians and mechanics in the commercial aviation industry develop hearing loss at younger ages (30–40 yr) compared to age-matched individuals and to the general population, members of which typically exhibit significant hearing loss at 60–69 yr old (Agrawal et al., 2008; Smedje et al., 2011). In addition, Air Force F-111 fuel tank maintenance workers were found to have higher than expected hearing thresholds compared to

This article is not subject to U.S. copyright.
Received 11 September 2013; accepted 3 November 2013.
Address correspondence to Dr. O'neil W. Guthrie, Research Service-151, Loma Linda Veterans Affairs Medical Center, 11201 Benton Street, Loma Linda, CA 92357, USA. E-mail: O'neil.Guthrie@va.gov

published data from otologically normal populations (Guest et al., 2010). Further, military fighter pilots and helicopter pilots are known to be at higher risk for developing hearing loss (determined through audiometric assessments) compared to age-matched individuals in the general public (Agrawal et al., 2008; Raynal et al., 2006). The hearing loss typically assumes a sloping high frequency configuration even with the use of earplugs, headsets, or helmets (Jaruchinda et al., 2005).

Noise overexposure is a prominent factor in the development of the hearing loss. The measured noise level (91 to 110 dBA) within the cockpit and around the aircraft may exceed the Occupational Safety and Health Administration (OSHA) permissible exposure limit (PEL) and the National Institute for Occupational Safety and Health (NIOSH) recommended exposure limit (REL) for the time period of exposure (Jaruchinda et al., 2005). In addition, preliminary epidemiologic analyses on aircraft maintenance personnel concluded that jet propulsion fuels (JP-8 or JP-4) may interact with the noise to further induce hearing loss (Kaufman et al., 2005). Recent animal studies confirmed this conclusion by revealing that exposure to JP-8 combined with noise may result in the loss of preneural cochlear sensitivity as shown by suppression of distortion product otoacoustic emissions (DPOAE) and depletion of cochlear sensory cells as evidenced by cytocochleograms that plot percent missing outer hair cells (Fechter et al., 2007, 2010, 2012). Interestingly, the effect of combining the exposures (jet fuel + noise) was greater than that of the individual exposures. These findings are particularly important because military and government regulations regarding toxic exposures are often based on exposure to a single agent and less is known about combined exposure to jet fuel and noise.

The goal of the present study was to determine whether or not combined exposure to low levels of jet fuel and nondamaging noise interact to induce permanent peripheral auditory dysfunction. A previous study on albino Fischer 344 (F344) rats showed that 1000 $mg/m^3$/6 h/20 d of JP-8 and 85 or 102 dB/20 d of noise did not markedly induce hearing loss individually but that when combined these exposures are ototoxic to the peripheral auditory system (Fechter et al., 2012). In the current study, a similar exposure paradigm was employed, except the lower noise level of 85 dB/6 h was used on pigmented Long-Evans (LE) rats. A noise level of 85 dB for 6 h/d is considered legally safe according to the OSHA and NIOSH PEL/REL of 85 dB for 16/8 h/d. In the current study, DPOAE and cytocochleograms were plotted to evaluate the peripheral auditory system. Further, auditory brainstem responses (ABR) were recorded to simultaneously evaluate the peripheral and central auditory nervous system (CANS). The ABR is a neurophysiologic technique used to evaluate auditory processing in both humans and animals (Alvarado et al., 2012; Jewett and Williston, 1971). It consists of five vertex-positive waves ($W$) that are evoked in response to auditory stimulation (Jewett and Williston, 1971). In rats the first wave ($W_I$) is the compound action potential generated from the peripheral/cochlear nerve (approximately 0.5 cm long), while in humans the first and second waves ($W_I$ and $W_{II}$) are generated by the peripheral nerve because of the longer length (approximately 2.5 cm) of the human nerve. In rats, the second wave (equivalent to $W_{III}$ in humans) is also generated at the lower brainstem, primarily from the cochlear nucleus a region where the peripheral nerve first innervates the brainstem. In both humans and rats the remaining waves are generated in ascending volley along the brainstem pathway up to the lateral lemniscus. Unlike previous studies, combining DPOAE, cytocochleograms, and ABR in evaluating JP-8-induced ototoxicity provided an opportunity to assess auditory function from peripheral end organ to the CANS. The results revealed that subototoxic exposures to noise and JP-8 resulted in normal peripheral auditory function concomitant with a central auditory processing dysfunction (CAPD).

## METHODS AND MATERIALS

### Animals

Eighty pigmented LE rats served as subjects in the present study. There were 40 males (average weight of $105 \pm 16$ g) and 40 females (average weight of $89 \pm 10$ g), 4–5 wk old. The animals were acquired from Charles River Laboratories (Wilmington, MA) and housed at the animal facility at the Wright-Patterson Air Force Base (WPAFB) in Dayton, OH. Animals were given one week to acclimate to the animal facility and had free access to food and water. In order to identify animals with compromised auditory function, a baseline screening of DPOAE levels was conducted on each animal. All animals exhibited normal DPOAE levels as determined by normative values established in our lab for the LE rat strain (Guthrie et al., 2011). Animals were then randomized into 4 experimental groups, where each group consisted of 10 males and 10 females. There were a control ($n = 20$), a noise-only ($n = 20$), a jet fuel-only ($n = 20$) and a jet fuel + noise group ($n = 20$).

The goal of this study was to evaluate permanent loss of peripheral auditory function following the exposures. Therefore, after each experimental group received its respective exposure at the NAMRU-D inhalation facility at WPAFB, it was then shipped to the vivarium at the Loma Linda VA Medical Center (the Medical Center) for further auditory assessments. At the Medical Center the animals were given 4 wk to recover from the exposures. Permanent loss of peripheral auditory function from jet fuel, noise, or combined jet fuel + noise was shown to occur at 4 wk postexposure in LE rats (Fechter et al., 2007, 2010, 2012). After 4 wk, all animals were evaluated for evidence of peripheral auditory dysfunction by measuring DPOAE, recording pure-tone ABRs, and constructing cytocochleograms of outer hair cells. In addition, at 4 wk, 5 male rats from each experimental group were randomly selected to be evaluated for evidence of CAPD by recording high-rate click-ABR (see Figures 4–7, shown later). This was an additional exploratory effort to simultaneously assess both peripheral and central auditory systems. Female rats were not evaluated in this way since it was unknown whether such an effort would yield any positive results. All animal protocols were approved by the Institutional Animal Care and Use Committees (IACUC) at both WPAFB and the Medical Center. Further, animal protocols were in compliance with the following regulations: (1) Title 9 Code of Federal Regulations, Chapter 1, Subchapter A: Animal Welfare, (2) Department of Defense (DOD) Instruction 3216.01, (3) Air Force Manual (AFMAN) 40-401, and (4) the Guide for the Care and Use of Laboratory Animals, Institute of Laboratory Animal Resources, National Research Council.

### JP-8 Exposure

The animals were exposed to JP-8 for 6 h/d, 5 d/wk for 4 wk. Therefore, rats received a total of 20 exposures. The fuel was supplied from a stock maintained by the Fuels Branch (AFRL/RQTF) at WPAFB (Dayton, OH) consisting of a blend of jet fuel obtained from various refineries. The fuel was converted to JP-8 by an additive package consisting of diethylene glycol monomethyl ether to inhibit ice formation and both static and corrosion inhibitors. A single lot of fuel was used to complete all of the studies described here.

Both the fuel generation and exposure systems for JP-8 were described previously (Fechter et al., 2012). The 1000 mg/m$^3$ concentration in this study used a Sonomist HSS600-1 nebulizer, no orifice plate, and a 0.5-inch line to the chamber. To eliminate problems with occasional nebulizer malfunction due to jet fuel accumulation around the nebulizer, it was positioned pointing down. To eliminate accumulating too much jet fuel at the drain ports, auxiliary air was added to the nebulizer chamber.

The rats were exposed to JP-8 using a whole-body exposure system consisting of 690-L toxic hazard research unit (THRU) chambers operated by NAMRU-D. Each chamber was operated with a total flow of 180 L/min (lpm)

consisting of the combination of jet fuel generator input and the main airflow. The main airflow was supplied by two Spencer vortex blowers (model VB030SB-012); one provided input air and one handled exhaust flow. The exhaust airflow was adjusted to maintain a slightly negative 1 to 2 inches of water below ambient pressure inside the chamber, as measured with a magnehelic pressure gauge (Dwyer Instruments, Champlain, NY) attached to the upper plenum of the chamber. Airflow through the chambers was controlled with mechanical valves, which were adjusted to obtain the desired flow rate. Flow rate was monitored on the input side of the chamber using a Hastings (model LSD58D, Teledyne-Hastings, Hampton, VA) laminar flow unit, and the signal was monitored using a Hastings (model 40) monitor. The back of the chamber has nine ports, which can be used for various sampling devices. Attached to one port was a Nicolet (Thermo Scientific, model IS10) Fourier-transform infrared spectrophotometer (FTIR) equipped with a 2-m path length gas cell for high concentrations. Prior to entering the FTIR, the aerosol portion of the sample was removed using a small HEPA filter. Sampling by the FTIR was controlled using a macro on a computer that averaged every 10 spectra collected, displayed the average concentration of jet fuel on the screen, and saved data to a file. The system was programmed to collect and save one sample per min for the entire 6-h exposure period. Figure 1 summarizes the chemical composition of the JP-8 fuel.

### Noise Exposure

The animals were exposed to 85 dB of noise for 6 h/d, 5 d/wk for 4 wk. Computer software installed on a laptop computer was used to generate a precisely filtered white noise file. A high-pass filter with a 48 dB per octave roll-off was applied within the software to attenuate frequencies below 5.6 kHz, followed by a low-pass filter with the same roll-off value to attenuate frequencies above 11.3 kHz. The filter produced a finished file of an octave band of noise (OBN), centered at 8 kHz. The



FIGURE 1. JP-8 chemical composition. Nine classes of chemicals were identified and the total percent weight for each class is displayed. Tricycloparaffins had the lowest total percent weight (0.05%), while isoparaffins (31.34%) and cycloparaffins (28.42%) had the highest.

filtered file was then played through electrodynamic shakers that induced vibration from the outside in the metal plenums at the bottom of each exposure chamber. During exposures, the sound intensity was measured inside the chambers at a central reference point using a Spectral Dynamics Puma data acquisition system (Spectral Dynamics, San Jose, CA). This method used to produce the noise in the chambers had a pathway for mechanical vibration of the cages. There is an unknown and immeasurable mechanical vibration that might possibly reach the rat's auditory system via bone and tissue conduction and potentially contribute to the noise exposure they received in this study.

### Distortion Product Otoacoustic Emissions (DPOAE)

DPOAE assess preneural peripheral cochlear activity, particularly the nonlinear transducer function of the outer hair cells in response to acoustic stimulation. They are particularly sensitive to jet fuel or noise exposure in that the level of the cubic $2f_1$–$f_2$ DPOAE is reduced after exposure (Fechter et al., 2007, 2010, 2012). Therefore, the level of the $2f_1$–$f_2$ DPOAE was measured in 0.1-octave increments across $f_2$ frequencies ranging from 3.2 to 63 kHz. Animals were anesthetized with

ketamine/xylazine (75/5 mg/kg, im), then placed ventrally on a 7 × 15-inch surgical table with built-in temperature control to maintain normal body temperature (37°C). All measurements were obtained in a double-walled sound-isolation chamber (Industrial Acoustics Company, Inc., Bronx, NY). A probe assembly was physically and acoustically coupled to the external auditory meatus via an ER3-34 infant silicon tip (Etymotic Research, Elk Grove Village, IL). The position of the probe in the external auditory meatus was standardized by spectral analyses of the in situ output sound pressure level (OSPL) from each transducer before each measurement (Martin, et al., 2006). The probe assembly consists of two polyethylene tubes coupled to two separate realistic dual radial horn tweeters (Radio Shack, Tandy Corp., Ft. Worth, TX). These tweeters were used to present two stimulus pure tones: $f_1$ and $f_2$. These puretones were acoustically mixed in the external auditory meatus to avoid artifactual distortion. The probe assembly also consisted of a preamplifier microphone cable coupled to an ER-10B+ emission microphone (Etymotic Research). This enabled detection and amplification of acoustic emissions and recording of background noise in the external auditory meatus. All elements of the probe assembly were controlled through a customized signal presentation, acquisition, and analysis algorithm written in LabVIEW version 7.1 (National Instruments, Austin, TX). This LabVIEW algorithm was also used to drive a PCI-4461 computer-based digital signal processing board (National Instruments). The cubic $2f_1-f_2$ DPOAE was recorded with stimulating pure tones: $f_2$ and $f_1$, where $f_2$ is mapped basally to $f_1$ along the cochlear spiral. The stimulating pure tones were presented at an $f_2/f_1$ ratio of 1.25. The sound pressure level (SPL) for the $f_1$ was 55 dB SPL ($L_1$) and that for the $f_2$ was 35 dB SPL ($L_2$) with a level ratio of 1.57 ($L_1/L_2$). These combined frequency and level ratios were selected to maximize the $2f_1-f_2$ SPL recorded from the external auditory meatus (Whitehead et al., 1995a, 1995b, 1995c). The noise floor was computed by averaging SPL from the external

auditory meatus for frequency bins above and below the $2f_1-f_2$ bin (±3.75 Hz). A 0.2-cm$^3$ hard-walled cavity that approximates the rat's external auditory meatus was used to monitor the quality of the DPOAE recordings, identify nonbiogenic distortions, and check the level of the noise floor. These quality measurements were free of artifacts and did not produce distortions that exceeded the noise floor. A DPOAE is considered to be present when the SPL exceeds the noise floor by at least 3 dB.

### Auditory Brainstem Response (ABR)

The auditory brainstem response (ABR) allows for simultaneous evaluation of the peripheral cochlear nerve and the ascending auditory brainstem pathway in a single recording. Therefore, an abnormal brainstem response in the presence of normal peripheral nerve activity can be ascertained within an individual animal (internal control). All recordings were obtained in a double-walled sound-isolation chamber (Industrial Acoustics Company, Inc., Bronx, NY). A five-electrode montage was used to conduct two-channel differential recordings. Two noninverting electroencephalographic needle (0.4 mm; Pt/Ir) electrodes (VIASYS NeuroCare, Madison, WI) were placed on the vertex, another two below the right and left mastoids (inverting) and one electrode (common) was placed in the dorsum close to the tail.

The presentation of calibrated stimuli, signal acquisition and manipulation, equipment control, and data management was accomplished with Intelligent Hearing Systems hardware driven by the 3.94b version of the SmartEP Windows USB Software (Intelligent Hearing Systems, Miami, FL). The acoustic stimuli were digitally synthesized and consisted of 512 pure tones (1.56-ms Blackman envelope) and clicks (100-μs rectangular voltage pulse). The pure tones ranged from 2 to 32 kHz in octave (2–4 kHz) and ½ octave (6–32 kHz) intervals and were presented at a rate of 10/s. A Sound Booster Box with high-pass filter was used to drive a high-frequency transducer (Intelligent Hearing Systems) for

pure-tone stimulation of the right ear. The electroencephalographic responses to the pure tones were amplified (100 K), bandpass filtered (100–1500 Hz), parsed with 31-$\mu$V artifact rejection over a 1.3–13.1 ms rejection region of the recording epoch (16 ms), and line filtered to reduce any possible electrical interference (e.g., 60 Hz).

To uncover possible deficits in synaptic efficiency in the brainstem, a click stimulation rate of 100/s was presented to the left ear (Backoff and Caspary, 1994). The electroencephalographic responses to the clicks were amplified (100 K), bandpass filtered (100–3000 Hz), and parsed with 31-$\mu$V artifact rejection over a 1–10.5 ms rejection region of the recording epoch (12.8 ms). The clicks were presented through ER-3A transducers (Etymotic Research, Elk Grove Village, IL). The transducers were physically and acoustically coupled to the external auditory meatus via silicon tubing (24.76 cm) with a corrected (subtracted from response latency) acoustic delay of 0.9 ms. The transducer diaphragm was driven in alternating phase for both the clicks and the pure tones. The biogenic origins (as opposed to artifacts from electrical input to the transducers) of the recordings were verified in 4 separate procedures: (1) uncoupling the transducer tubing from the ear bar; (2) pinching the sound delivery tube; (3) coupling the transducer into a 2-cm$^3$ hard-walled cavity; and (4) obtaining recordings from a rat cadaver. These procedures were made with the electrodes in place and the animal staged for collecting ABR recordings. In all cases the ABR was absent from the recordings.

It is known that ABR thresholds exhibit a significant linear correlation with thresholds from the most sensitive single neuron from the peripheral cochlear nerve (Ngan and May, 2001). Therefore, frequency-specific sensitivity of the peripheral nerve was assessed through pure-tone thresholds of $W_l$. Further, the compound sensitivity of the nerve was assessed through click thresholds of $W_l$. All thresholds were measured using a modified Hughson–Westlake threshold search sequence

and the waveforms were displayed on a normalized scale (Jerger et al., 1959; Zhou et al., 2006). The lowest stimulus intensity to elicit a visually detectable $W_l$ was scored as the threshold. This threshold was bracketed by a visually undetectable $W_l$ at 5 dB below threshold and a visually detectable $W_l$ at 5 dB above threshold. In addition to thresholds, click amplitude/latency-intensity functions were obtained using a deductive method, where a response to 100 dB SPL was recorded first. This initial recording served as a reference for identifying and tracking all five ABR waves. Then subsequent recordings were made in descending 10-dB steps down to 10 dB. The absolute amplitude ($\mu$V; peak to forward trough) and latency (ms) of each wave was measured. The amplitude/latency ratio ($\mu$V/ms) was then plotted as a function of stimulus level (called growth function; see Figures 4–6, shown later). Amplitude and latency measurements tend to exhibit high intersubject variability due to factors such as skull thickness, head size, and/or volume conductance (Rowe, 1981). Therefore, the slopes of the growth functions were calculated (slope = $\Delta Y/\Delta X$). Unlike absolute amplitude and latency, slope was shown to be stable over time and more resistant to interfering subject and recording variables (Hunter and Willott, 1987). Further, in humans, slope correlates with auditory processing capacity (Gopal and Kowalski, 1999; Hunter and Willott, 1987; Wible et al., 2004). In both humans and rats the first brainstem component of the ABR recording is often larger than the peripheral nerve component and in humans a loss of this brainstem gain is observed in certain central neuropathies (Chiappa et al., 1980). Therefore, percent gain ($W_N \div W_l \times 100$, where $N$ is any subsequent wave) in microvolts was plotted as a function of stimulus (click) level (see Figure 7C).

### Cytocochleogram

It is known that rats exposed to noise or jet fuel + noise may exhibit a loss in percent of outer hair cells along the cochlear spiral

as revealed by the cytocochleogram (Fechter et al., 2012). Therefore, cytocochleograms were plotted for animals in each experimental group at the end of the study (after all physiologic recordings were collected). Animals were anesthetized with ketamine/xylazine (75/5 mg/kg, im). A negative pedal-withdrawal response and disappearance of the blink reflex were used as an indication that the animals reached a level of anesthesia that was appropriate for initiating dissections. A guillotine was then used to decapitate each animal. The right and left hemispheres of the head from calvarium to lower mandible were bisected in a pseudosagittal plane. The temporal bone and tympanic bulla were then exposed by removing skin, fascia, and muscles. They were then removed from the cranial base *en bloc* and the bulla was opened to reveal the stapes footplate in the oval window and the niche of the round window. Under a Zeiss dissecting microscope, a right-angle hook was used to remove the stapedial artery from the promontory, dislodge the stapes footplate from the annular ligament of the oval window, and fenestrate the round window membrane. Then a modified 1-ml/25-G syringe (Becton Dickinson & Co., Franklin Lakes, NJ) was used to perfuse 0.5 ml 4% formaldehyde from the round window through the cochlear spiral to exit at the oval window (intracochlear perfusion). The specimen was then submerged in 4% formaldehyde for overnight fixation at 22°C. The whole procedure from decapitation to round/oval window intracochlear perfusion was accomplished in less than 51 s per bulla.

After overnight fixation, the specimen were washed and stored in phosphate-buffered saline (PBS: 10 m$M$, pH 7.4). Under a Nikon stereomicroscope, the bulla was further resected in PBS to reveal the entire cochlear portion of the osseous spiral labyrinth. The superficial osteal layer of the cochlea was carefully removed and the membranous spiral labyrinth, including the modiolus and the VIIIth nerve, was removed *en masse*. The specimen was then demineralized in 10% formic acid (Guthrie, 2008). This was followed by gross transverse sectioning

of the specimen into apical, middle, and basal whole-mount coils. Each coil was then mounted with glycerol on microscope slides. An N-PLAN 40x/0.65 objective lens on a Leica DM2500 upright microscope (Leica Microsystems, Inc., Bannockburn, IL) was used for Nomarki miscrocopy. A gradicule positioned in the objective lens was used to measure the length of the apical, middle, and basal coils while the number of outer hair cells was counted. The outer hair cells were counted as present if the outlines of the cells were clearly visible, intercell distances were less than the width of an outer hair cell, and there were no scar tissues within rows 1, 2, and 3. The percent of present outer hair cells was plotted as a function of percent of distance along the neurosensory epithelium from the helicotrema (apical end) as cytocochleograms.

### Statistical Analyses

Statistical analyses were conducted with Prism 5, version 5.03 (GraphPad Software, Inc., La Jolla, CA). Data from separate one- and two-factor designs were analyzed. ABR click thresholds were treated with one-factor analysis of variance (ANOVA). The DPOAE, threshold shift, and rate-level and gain-level data were treated with a split-plot ANOVA followed by Bonferroni pairwise contrasts and Dunnett's post hoc testing. *F*-tests were conducted to determine differences between slopes. The results for the males and females were similar; therefore, only the data for the males are reported. Results obtained with $p < .05$ are reported as statistically significant.

### RESULTS

#### Normal Peripheral Preneural Function

It is known that daily exposure to fuel at 1000 mg/m$^3$ or less did not induce peripheral auditory impairment in LE rats (Fechter et al., 2010). In addition, daily exposures to an 8-kHz OBN at 85 dB did not induce peripheral auditory impairment in rats (Fechter et al., 2012). The current study investigated whether



**FIGURE 2.** Normal peripheral preneural function after fuel and noise exposures. (A) Outer hair cell function for control, noise, fuel and fuel + noise groups. Note that the levels for $2f_1$–$f_2$ are the same for all groups which suggest the absence of sensory impairment. Data are presented as mean ± SE. (B) Nomarski photomicrograph showing the three rows (R) of outer hair cells; scale bar = 50 μm. (C) Cytocochleograms (quantification of outer hair cells) from each group. Note that the cytocochleograms confirm the functional data (A) by showing that there were no significant loss of outer hair cells. Panels (A)–(C) represents data for 10 animals per group.

or not a subototoxic dose of fuel (1000 mg/m³) combined with a nondamaging dose of noise (8 kHz OBN at 85 dB SPL) might interact to induce peripheral ototoxicity. Figure 2A reveals the sensitivity of the cochlea through measurements of the cubic $2f_1$–$f_2$ DPOAE that are generated from presynaptic sensory cells, called outer hair cells. The sensitivity of the outer hair cells from the noise, fuel, and fuel + noise groups is similar to that of control. This indicates that the fuel and noise exposures did not induce peripheral impairment. A two-way ANOVA was calculated for the cubic $2f_1$–$f_2$ DPOAE, where treatment group (control, noise, fuel, and fuel + noise) served as a between-group factor and frequency (3 to 64 kHz) served as a within-group factor. The results confirmed that there was no marked group effect. Further, there was no significant

interaction effect but there was a significant frequency effect due to undulation of $2f_1$–$f_2$ levels that results from standing waves in the external auditory meatus. Figures 2B and 2C confirmed the absence of peripheral pathology by demonstrating that almost 100% of the outer hair cells were present in all exposure groups. Similarly, there was no apparent loss of inner hair cells and their innervating nerve fibers (data not shown). The combined data indicate that the fuel and noise exposures did not induce a preneural impairment.

## Normal Peripheral Neural Function

Figure 3A reveals a representative auditory electrophysiologic recording. This recording is stereotypical of sound evoked recordings



**FIGURE 3.** Normal peripheral neural function after fuel and noise exposures. The sensitivity of the peripheral auditory nerve was evaluated with both click and pure-tone stimulus. (A) A stereotypical auditory evoked potential waveform. The roman numerals (I to V) on the waveform represent different areas of neural transmission along the auditory pathway from peripheral auditory nerve (I) to brainstem (II to V). (B) Click thresholds for the peripheral auditory nerve from each exposure group are not significantly different from that of the control group ($n = 5$ animals per group). These data are confirmed in (C), which shows threshold shifts within normal limits for all groups ($n = 10$ animals per group). Data are presented as mean ± SE.

obtained from the rat within a 12-ms recording epoch (Alvarado et al., 2012). The waves within the recording occur in ascending series along the auditory pathway and follow the standard Jewett nomenclature that is used in human recordings (Jewett et al., 1970; Jewett and Williston, 1971). The first waveform ($W_I$) within the recording is the compound action potential generated from the peripheral auditory/cochlear nerve. The remaining waveforms ($W_{II}$ to $W_V$) are generated from the CANS, particularly the brainstem. Figure 3B shows the threshold sensitivity for the peripheral nerve ($W_I$) in response to rectangular clicks. Note that the mean threshold is similar across the groups, which indicates that the fuel and noise exposures did not induce peripheral nerve dysfunction. A one-way ANOVA also revealed that there were no significant differences in click thresholds between groups. This is further confirmed through frequency-specific threshold shifts (the difference in threshold between the control group and a given treatment group) obtained from each treatment group. Figure 3C reveals no loss of peripheral nerve sensitivity between octave and interoctave frequencies that range from 2 to 32 kHz. A two-way ANOVA was calculated on the threshold shift data, where treatment group (control, noise, fuel, and fuel + noise) served as a between-group factor and frequency (2 to 32 kHz) served as a within-group factor. The results demonstrated that there were no marked main effect of treatment, no main effect of frequency, and no interaction effect. The combined data indicate that the fuel and noise exposures did not induce a detectable peripheral nerve impairment.

### Abnormal Brainstem Response to Changes in Stimulus Intensity

An investigation was conducted to determine whether or not the subtototoxic dose of fuel (1000 mg/m³) combined with the non-damaging noise dose (8 kHz OBN at 85 dB SPL) might interact to induce a central auditory impairment. Therefore, rate-level functions were obtained for waveforms generated from the peripheral ($W_I$) nerve and the central ($W_{II}$ and $W_{III}$) auditory pathway. From the 4 central waves (II to V), $W_{II}$ and $W_{III}$ were analyzed because their absolute amplitudes were sufficient to reliably construct rate-level plots down to 30–40 dB SPL.

Figures 4A, 4C, and 4E revealed rate-level functions for $W_I$, $W_{II}$ and $W_{III}$. Note that under normal conditions (control group) the evoked response increases as the level of the click stimulus increases. A 100-dB stimulus produces a response rate that is higher than that produced by an 80-dB stimulus. This rise in rate as a function of stimulus intensity, which is called a growth function, is consistent for both the peripheral nerve and brainstem responses. However, a clear violation of this growth function can be seen in the group exposed to a combination of fuel and noise. For instance, $W_{II}$ and $W_{III}$ showed a compressive response growth as the stimulus level increased. The slopes of auditory growth functions were shown to be a more stable and prognostically important measure than absolute amplitude and latency (Gopal and Kowalski, 1999; Hunter and Willott, 1987; Wible et al., 2004). Therefore, slopes were calculated for each rate-level plot (Figures 4B, 4C, 4D). The slopes of the response functions for $W_{II}$ and $W_{III}$ were truncated relative to that of the control. Interestingly, these abnormalities were not detected for $W_I$. The response growth for $W_I$ was linear in that it rose as the acoustic level increased and the slope of the response approximated that of the control. These results indicate that combined fuel and noise exposure primarily induced a central auditory dysfunction that manifested as compressive responses to changes in stimulus level. To determine whether the fuel exposure



**FIGURE 4.** Combined exposure to fuel and noise induces impaired brainstem encoding of stimulus intensity. (A) Normal encoding of stimulus intensity by the peripheral auditory nerve ($W_I$). Note the monotonic relationship between stimulus level and the response rate. This is supported by (B), which shows that the slope of the response is not significantly different from that of the control group. (C) and (E) show abnormal encoding of stimulus intensity by the brainstem ($W_{II}$ and $W_{III}$). Note the nonmonotonic relationship between stimulus level and the response rate. Furthermore, (D) and (F) show that the slope of the response is significantly ($p < .05$) different from that of the control group. Click stimulus was used in this and all rate-level plots. Data from five animals per group.

by itself could induce the central auditory dysfunction, rate-level plots were constructed for the fuel-only group of rats. Figure 5 shows an impairment in brainstem response to changes in stimulus level. The slopes of the responses of $W_{II}$ and $W_{III}$ were truncated relative to that of the control and the rate-level response for $W_{II}$ displayed a compressive growth function. In addition, the threshold for $W_{III}$ was unexpectedly elevated to 50 dB. Therefore, fuel exposure alone may induce an abnormal brainstem response to stimulus intensity.

To determine whether the noise exposure by itself might also induce impaired responses to changes in stimulus level, rate-level plots



**FIGURE 5.** Fuel-only exposure induced impaired brainstem encoding of stimulus intensity. (A) Normal encoding of stimulus intensity by the peripheral auditory nerve ($W_I$). Note the monotonic relationship between stimulus level and the response rate. This is supported by (B), which shows that the slope of the response is not significantly ($p > .05$) different from that of the control group. (C) ($W_{II}$) and (E) ($W_{III}$) show monotonic relationships between stimulus level and brainstem response rates. However, the $W_{II}$ response rates are shallow compared to that of the control group. Furthermore, (D) and (F) show that the slopes of the responses are significantly ($p < .05$) different from that of the control group. Data from five animals per group.

were constructed for the noise-only group of rats. Figure 6 shows the brainstem response to changes in stimulus level for $W_I$, $W_{II}$, and $W_{III}$. Note that the responses are similar to that of the control. These normal level-dependent responses are also reflected in the response slopes, which also approximate that of the control. Therefore, the noise exposure alone

may not account for the abnormal brainstem response to stimulus intensity.

Statistical calculations were conducted on the evoked response data displayed in the rate-level plots and bar graphs (Figures 4–6). A two-way ANOVA was calculated where treatment (control compared to a given treatment group) served as a between-group factor and

272                                                                                                          O. W. GUTHRIE ET AL.



**FIGURE 6.** The noise-only exposure did not alter brainstem encoding of stimulus intensity. (A), (C), and (E) show normal encoding of stimulus intensity by the peripheral auditory nerve ($W_I$) and brainstem ($W_{II}$ and $W_{III}$). Note the monotonic relationship between stimulus levels and the response rates. These findings are supported by (B), (D), and (F), which show that the slopes of the responses are not significantly ($p > .05$) different from that of the control group. Data from five animals per group.

stimulus level served as a within-group factor. Dunnett's post hoc testing was used to compare rate-level data from the control group to rate-level data from each of the treatment groups. $F$-tests were also calculated to determine significant differences in the slope of the rate-level functions between the control group and that of a given treatment group.

The $W_I$ rate-level function for the control group was not significantly different from that of the fuel + noise group (ANOVA main effect of group), fuel group, or noise group.

Main significant effects for stimulus level were detected for all the treatment groups: fuel + noise, fuel, and noise. This is expected because low-level stimulus (e.g., 40 dB SPL) produces low responses (e.g., 0.2 μV/ms) while high-level stimulus (e.g., 100 dB SPL) produces high responses (e.g., 1.6 μV/ms). No marked interaction effects were detected, and $F$-tests indicated that there were no significant differences in slope between the control group and that of the fuel + noise, fuel, or noise group. The combined statistical calculations

support the notion that the fuel and noise exposures did not affect the peripheral auditory nerve.

The $W_{II}$ rate-level function for the control group was significantly different from that of the fuel + noise group but not the fuel group or noise group. Main effects for stimulus level were detected for the fuel + noise group and noise-only group. This is consistent with the rate-level plots showing that the response rate rose with an increase in stimulus level. However, a main effect for stimulus level was not detected for the fuel group, which indicates that the response rate failed to exhibit a significant change as the stimulus increased. $F$-tests indicated that there were significant differences in slope between the control and the fuel + noise and fuel-only groups. However, a significant difference in slope was not detected for the noise-only group. The combined statistical results indicate that the exposure to fuel + noise may inhibit the capacity of the brainstem to respond to changes in stimulus level. This particular brainstem impairment was uncovered after exposure to only the fuel and was not detectable after noise-only exposure.

The $W_{III}$ rate-level function for the control group was not significantly different from that of the fuel + noise, fuel, or noise group. Main effects for stimulus level were detected for the fuel + noise and noise-only groups. This is consistent with the rate-level plots showing that the response rate rose with an increase in stimulus level. However, a main effect for stimulus level was not detected for the fuel group, which indicates that the response rate failed to exhibit a significant change as the stimulus increased. $F$-tests indicated that there were significant differences in slope between control and that of the fuel + noise and fuel-only groups. However, a significant difference in slope was not detected for noise-only group. The combined statistical results for $W_{III}$ confirmed the results for $W_{II}$ by revealing that both fuel + noise and fuel exposures may compress brainstem encoding of stimulus intensity.

## Abnormal Brainstem Amplification of Peripheral Neurotransmission

The rat $W_{II}$ is generated from the cochlear nucleus, a region in the brainstem that is innervated by axons from the peripheral auditory nerve. Therefore, $W_{II}$ represents the first brainstem replay of neurotransmission from the periphery. This initial brainstem response is amplified relative to that from the peripheral nerve; therefore in rats, $W_{II}$ is the largest wave (Alvarado et al., 2012). A similar morphology can be found in humans, where $W_{III}$ (the rat equivalent of $W_{II}$) is larger than the waves generated from the peripheral nerve. The size of the cochlear nucleus and the open field internal organization of the neurons in the nucleus may underlie the gain increase. The gain increase that manifest as an enlarged $W_{II}$ in rats is particularly prominent when the level of acoustic stimulation is low. Figure 7A shows a representative recording, where $W_{II}$ exhibits a prominent gain increase over $W_I$. However, this gain is lost after fuel + noise exposure as revealed in Figure 7B. Figure 7C plots percent elevation in microvolts of $W_{II}$ and $W_{III}$ over that of $W_I$ (response gain). Under control conditions, there is a clear gain increase for $W_{II}$ and $W_{III}$. As expected, $W_{II}$ exhibits the highest gain which could be up to 300% higher than $W_I$ while $W_{III}$ could exceed $W_I$ by 200%. These increases in brainstem gain are particularly prominent for the lower levels of acoustic stimulation. However, combined exposure to both fuel and noise disrupts this brainstem amplification of peripheral neurotransmission. After fuel + noise exposure, $W_{II}$ is reduced to approximately 200% of $W_I$ and $W_{III}$ is reduced to approximately 150% of $W_I$. Similar results were observed after exposure to only the fuel, which indicates that the loss of brainstem gain is due to the fuel exposure. This line of thinking is further supported by the fact that exposure to only noise did not result in a loss of brainstem gain. Interestingly, there was rise in brainstem gain after noise exposure. For instance, both $W_{II}$ and $W_{III}$ exhibited gains that were approximately 300% greater than $W_I$. Further, there was an irregular increase in gain



**FIGURE 7.** Fuel and combined fuel + noise exposures suppress brainstem amplification of peripheral neurotransmission. (A) Stereotypical auditory evoked potential waveform. The first wave ($W_I$) in the waveform is generated by the peripheral auditory nerve, while the second wave ($W_{II}$) is generated in the brainstem where the peripheral nerve first enters the brain. Note the brainstem amplification (gain) relative to that from the peripheral nerve. (B) This brainstem gain is lost after fuel + noise exposure. (C) Percent loss in gain for each group. Note the loss of gain for the fuel + noise and fuel groups. However, the noise-only group revealed an increase in gain. Data from five animals per group.

(200%) at a high level of acoustic stimulation (e.g., 90 dB). Such noise-induced elevation in brainstem gain was observed previously and is believed to result from alterations in excitatory and inhibitory neural circuits (Pilati et al., 2011). The combined results indicate that fuel and noise exposure may alter subtle brainstem functions.

Statistical calculations were conducted on data displayed in the plots from Figures 7C. A two-way ANOVA was calculated where waves ($W_I$ to $W_{III}$) served as a between-group factor and stimulus level (40 to 100 db SPL) served as a within-group factor. Bonferroni pairwise contrasts were employed for post hoc analyses. Analysis of data from the control group revealed a significant wave × level interaction effect. Bonferroni pairwise contrasts showed a significant difference between

$W_I$ and $W_{III}$ for low levels (e.g., 40–50 dB SPL) of acoustic stimulation. There were no significant differences between $W_I$ and $W_{III}$. These results are consistent with rat-specific recordings that exhibit a stereotyped morphology where peripheral neurotransmission ($W_I$) is amplified as it enters the brainstem ($W_{II}$) and then reduced ($W_{III}$) (see Figure 7A and Alvarado et al., 2012). Analysis of data from the fuel + noise group revealed a significant level effect but there were no effect of wave and no interaction effect. Bonferroni pairwise contrasts showed no significant difference between $W_I$ and the other two waves ($W_{II}$ and $W_{III}$). This indicates that the normal brainstem amplification of peripheral neurotransmission was lost after fuel + noise exposure. Analysis of data from the fuel-only group revealed a significant interaction effect, and Bonferroni

pairwise contrasts showed no significant difference between $W_I$ and the other two waves ($W_{II}$ and $W_{III}$). This also indicates that exposure to only the fuel may suppress brainstem amplification of peripheral neurotransmission. Analysis of data from the noise-only group revealed a significant level effect, but there was no effect of wave and there was no interaction effect. Bonferroni pairwise contrasts demonstrated no significant difference between $W_I$ and the other two waves ($W_{II}$ and $W_{III}$). This indicates that the normal brainstem amplification of peripheral neurotransmission was disrupted by the noise exposure. The combined statistical analyses indicate that fuel and noise exposures result in abnormal morphologies of the evoked response recordings, particularly for the initial brainstem component.

## DISCUSSION

The goal of this study was to determine whether or not combined exposure to low levels of jet fuel and nondamaging noise leads to permanent peripheral auditory dysfunction. The results revealed that LE rats exposed to jet fuel (1000 mg/m$^3$/6 h/20 d), noise (85 dB/6 h/20 d) or jet fuel combined with noise exhibited normal preneural function as evidenced by robust DPOAE levels. This was confirmed by cytocochleograms that demonstrated that almost 100% of hair cells were present from the exposed groups. In addition, the compound cochlear nerve response generated as $W_I$ in the ABR displayed normal click and pure-tone thresholds for each experimental group. Therefore, the combined results suggest that the exposures did not induce a detectable peripheral impairment. This result is partially consistent with the results from two previous studies on jet-fuel-induced ototoxicity in LE rats (Fechter et al., 2007, 2010). However, a recent study on albino F344 rats showed that low-level jet fuel exposure induced peripheral cochlear impairment (Fechter et al., 2012). The exact reason for this discrepancy is unknown. However, the cochleae of F344 rats are susceptible to spontaneous cochlear dysfunction, and

this rat strain is often used as a model for early-onset peripheral hearing loss (Popelar et al., 2006). Further, melanin is a protective molecule that is normally found in the *stria vascularis* of both human and pigmented rat cochlea. It is known that little or no melanin increases the susceptible of humans and rats to peripheral hearing loss (Murillo-Cuesta et al., 2010). For instance, albino animals and humans are more susceptible to hearing loss induced by chemical or noise exposure than pigmented animals and humans (Barrenäs et al., 1990; Conlee et al., 1989; Wu et al., 2001). Therefore, it is possible that intrinsic differences in vulnerability between albino F344 and pigmented LE rats may underlie their respective susceptibility to jet fuel.

In the absence of peripheral impairment among LE rats, a significant CAPD was detected among the jet fuel and jet fuel + noise groups. This indicates that CAPD may be part of the ototoxic profile of jet fuel exposure. This line of thinking is supported by a recent study indicating that military personnel at risk for exposure to jet fuel combined with nondamaging levels of noise exhibited normal hearing but suffered with a CAPD (Hope et al., 2013). Air Force pilots and air crew members were poor at auditory frequency discrimination tasks, which were associated with a CAPD that manifested as an impaired ability to recognize speech in background listening situations. An additional human study demonstrated that gas-station attendants may exhibit normal hearing thresholds but harbor a CAPD as determined by ABR (Quevedo et al., 2012). Further, medical lab workers who have been exposed to xylene isomers may exhibit normal DPOAE and ABR $W_I$, which indicates normal peripheral function but manifest abnormal ABR $W_{III}$ (equivalent to the rat $W_{II}$), which suggest brainstem neurotoxicity (Fuente et al., 2013a). Occupational exposure to organic solvents was found to induce both peripheral and central auditory dysfunctions (Fuente et al., 2009, 2013b). Interestingly, the central auditory dysfunction may develop before the onset of peripheral hearing loss (Fuente at al., 2009). These previous human studies combined with the present animal

findings are important because they suggest that measures of central auditory function need to be implemented in ototoxicity screening and monitoring programs. The usual reliance on threshold shift in determining ototoxicity may represent a late or advanced stage of ototoxicity, while shifts in measures of central auditory function (e.g., ABR) might indicate early or more subtle signs of ototoxicity. A combination of methodology that assesses both peripheral and central auditory function would provide a more complete evaluation of the ototoxic potential of chemicals.

The CAPD identified in the current study manifested as impaired brainstem encoding of stimulus intensity. Stimulus response growth functions of the brainstem components ($W_{II}$ and $W_{III}$) within the ABR were used to reveal the CAPD. Under normal (control group) conditions the growth functions for the brainstem components exhibited a linear response as a function of increasing stimulus level. Such response growth is characteristic of ABR brainstem components from normal humans, rats, mice, and other mammals (Popelar et al., 2006; Stockard et al., 1979; Zhou et al., 2006). However, after combined exposure to jet fuel + noise, there was a clear violation of the linear growth function. The jet fuel + noise induced a growth function that could be characterized by a compressive (nonlinear) growth that spanned the entire dynamic range of the brainstem response. This particular pattern was diagnostic of the lower brainstem ($W_{II}$, Figure 4C) and may be replicated to a lesser degree after exposure to only the jet fuel ($W_{II}$, Figure 5C). In addition, the jet fuel + noise induced a second type of abnormal growth function that might be characterized as a linear response up to 80 dB followed by saturating compression for higher levels of stimulation ($W_{III}$, Figure 4E). Combined, data indicate that jet fuel and more prominently jet fuel + noise may compress the stimulus response growth function of the brainstem. Compressive growth functions of the brainstem components of the ABR were reported previously for humans, rats, mice, and gerbils with advanced aging of the CANS with or without peripheral hearing loss (Boettcher

et al., 1993; Popelar et al., 2006; Psatta and Matei, 1988; Zhou et al., 2006). Therefore, it is tempting to speculate that jet fuel or jet fuel + noise exposure induced a partially accelerated aging phenotype of the CANS. However, this notion requires additional research, and the CAPD observed in this study may also result from more global but subtle brain pathologies.

It is known that in humans, CAPD may be among the first signs of subtle brain pathologies (Bamiou et al., 2000). Further, abnormal stimulus response growth functions generated from the CANS has been associated with nonauditory human pathologies such as depression, anxiety, and migraine (Ambrosini et al., 2003; Gallinat et al., 2000; Wang et al., 1996). The slope of the stimulus-response growth function of the CANS was shown to be a reliable predictor of clinical outcomes of depressive patients and directly correlates with the level of 5-hydroxyindoleacetic acid in cerebrospinal fluid (Hegerl and Juckel, 1993). In addition, auditory stimulus response slope was found to be a sensitive measure for differentiating patients who suffer with migraine from healthy individuals (Ambrosini et al., 2003; Wang et al., 1996). Further, the stability and reliability of the auditory stimulus response slope was demonstrated in a study that reported intraclass correlation coefficients as high as 0.79 over a 1-yr time span (Carrillo-de-la-Pena, 2001). In the current study, analyses conducted on the slopes of the growth functions demonstrated that exposure to jet fuel or jet fuel + noise results in slopes that were significantly lower compared to that of control. These significantly low slopes were observed for only the brainstem components ($W_{II}$ and $W_{III}$). Therefore, the slope data further supported the notion that jet fuel exposure may compress the response of the brainstem to acoustic stimulation.

Previous investigations showed that compression of brainstem responses may occur at different levels of the brainstem, as evidenced by selective suppression of specific ABR waves (Hunter and Willott, 1987). In some patients with multiple sclerosis the amplitude of $W_{III}$ from the ABR recording may be compressed while the amplitude of other ABR components

approximates that of normal subjects (Chiappa et al., 1980). In humans, $W_{III}$ represents the first brainstem response and it is larger than $W_I$. The $W_{II}$ of the rat ABR is equivalent to $W_{III}$ of the human ABR and both waves are primarily generated in the brainstem at the level of the cochlear nucleus. In the current study jet fuel + noise exposure (Figure 7) resulted in compression of $W_{II}$ relative to $W_I$. This compression or loss of brainstem gain was replicated after exposure to only the fuel. A similar effect might be observed for $W_{III}$ but to a lesser degree. These findings provide further confirmation that jet fuel or combined jet fuel + noise induced a CAPD that manifested as impaired brainstem function.

In conclusion, the individual noise and jet fuel exposures used in the current study were deliberately chosen to exert a subototoxic auditory effect. This was done to determine whether or not subototoxic levels of each exposure may become ototoxic when combined (jet fuel + noise). The results revealed that peripheral auditory function was not markedly affected by the individual exposures and there was no significant effect when exposures were combined. However, electrophysiologic assessments of the CANS revealed the presence of a CAPD that manifested as impaired brainstem encoding of stimulus intensity. These findings represent important and major shifts in the theoretical framework that governs current understanding of jet fuel induced ototoxicity. From an epidemiologic perspective, the results imply that jet fuel exposure may have consequences for auditory function that might be more widespread and insidious than previously known. It is possible that a large population of military and civilian personnel who are suffering with the effects of jet fuel exposure may be misidentified because they might exhibit normal auditory sensitivity (normal hearing thresholds) but harbor a "hidden" brainstem dysfunction. Such brainstem dysfunctions may be associated with auditory and/or nonauditory symptoms. Therefore, the current study provides a basis for further research focused on jet fuel induced CAPD.

## FUNDING

Support for this research was obtained from the U.S. Air Force Surgeon General (SG5I) and managed through 711 HPW/RHDJ, Henry Jackson Foundation for Military Medicine, Loma Linda VA Medical Center, and Navy work unit number 61062. This work was supported in part by a CDA-2 (C7600-W) Award, from the Rehabilitation Research and Development Service of the Office of Research and Development United States Department of Veterans Affairs- Veterans Health Administration. The Loma Linda VA Medical Center provided facilities for conducting part of the experiments.

The views expressed in this article are those of the authors and do not reflect the official policy or position of the U.S. Air Force, Department of the Navy, Department of Defense, VA, United States, or the U.S. government. This article is approved for public release, distribution unlimited. The authors are military service members (or employees of the U.S. government). This work was prepared as part of their official duties. Title 17 U.S.C. §105 provides that copyright protection under this title is not available for any work of the United States government. Title 17 U.S.C. §101 defines a U.S. government work as a work prepared by a military service member or employee of the U.S. government as part of that person's official duties.

## REFERENCES

Agrawal, Y., Platz, E. A., and Niparko, J. K. 2008. Prevalence of hearing loss and differences by demographic characteristics among US adults: Data from the National Health and Nutrition Examination Survey, 1999–2004. *Arch. Intern. Med.* 28: 1522–1530.

Alvarado, J. C., V. Fuentes-Santamaria, V., Jareno-Flores, T., Blanco, J. L., and Juiz, J. M. 2012. Normal variations in the morphology of auditory brainstem response (ABR) waveforms: A study in Wistar rats. *Neurosci. Res.* 73: 302–311.

Ambrosini, A., Rossi, P., De Pasqua, V., Pierelli, F., and Schoenen, J. 2003. Lack of habituation causes high intensity dependence of auditory evoked cortical potentials in migraine. *Brain* 126:2009–2015.

Backoff, P. M., and Caspary, D. M. 1994. Age-related changes in auditory brainstem responses in Fischer 344 rats: Effects of rate and intensity. *Hear. Res.* 73: 163–172.

Bamiou, D. E., Liasis, A., Boyd, S., Cohen, M., and Raglan, E. 2000. Central auditory processing disorder as the presenting manifestation of subtle brain pathology. *Audiology* 39: 168–172.

Barrenäs, M. L., and Lindgren, F. 1990. The influence of inner ear melanin on susceptibility to TTS in humans. *Scand. Audiol.* 19: 97–102.

Boettcher, F. A., J. H. Mills, J. H., and Norton, B. L. 1993. Age-related changes in auditory evoked potentials of gerbils. I. Response amplitudes. *Hear. Res.* 71: 137–145.

Carrillo-de-la-Pena, M. T. 2001. One-year test-retest reliability of auditory evoked potentials (AEPs) to tones of increasing intensity. *Psychophysiology* 38: 417–424.

Chiappa, K. H., Harrison, J. L., Brooks, E. B., and Young, R. R. 1980. Brainstem auditory evoked responses in 200 patients with multiple sclerosis. *Ann. Neurol.* 7: 135–143.

Conlee, J.W, Gill, S. S., McCandless, P.T., and Creel, D. J. 1989. Differential susceptibility to gentamicin ototoxicity between albino and pigmented guinea pigs. *Hear. Res.* 41:43–51.

Fechter, L. D., Fisher, J. W., Chapman, G. D., Mokashi, V. P., Ortiz, P. A., Reboulet, J. E., Stubbs, J. E., Lear, A. M., McInturf, S. M., Prues, S. L., Gearhart, C. A., Fulton, S., and Mattie, D. R. 2012. Subchronic JP-8 jet fuel exposure enhances vulnerability to noise-induced hearing loss in rats. *J. Toxicol. Environ. Health A* 75: 299–317.

Fechter, L. D., Gearhart, C. A., and Fulton, S. 2010. Ototoxic potential of JP-8 and a Fischer-Tropsch synthetic jet fuel following subacute inhalation exposure in rats. *Toxicol. Sci.* 116 : 239–248.

Fechter, L. D., Gearhart, C., Fulton, S., Campbell, J., Fisher, J., Na, K., Cocker, D.,

Nelson-Miller, A., Moon, P., and Pouyatos, B. 2007. JP-8 jet fuel can promote auditory impairment resulting from subsequent noise exposure in rats. *Toxicol. Sci.* 98: 510–525.

Fitzpatrick, D. T. 1988. An analysis of noise-induced hearing loss in army helicopter pilots. *Aviat. Space Environ. Med.* 59: 937–941.

Fuente, A., Slade M. D., Taylor, T., Morata, T. C., Keith, R. W., Sparer, J., Rabinowitz, P. M. 2009. Peripheral and central auditory dysfunction induced by occupational exposure to organic solvents. *J. Occup. Environ. Med.* 51: 1202–1211.

Fuente, A., McPherson, B., and Cardemil, F. 2013a. Xylene-induced auditory dysfunction in humans. *Ear Hear.* 34: 651–660.

Fuente, A., McPherson, B., and Hickson, L. 2013b. Auditory dysfunction associated with solvent exposure. *BMC Public Health* 13: 39.

Gallinat, J., Bottlender, R., Juckel, G., Munke-Puchner, A., Stotz, G., Kuss, H. J., Mavrogiorgou, P., and Hegerl, U. 2000. The loudness dependency of the auditory evoked N1/P2-component as a predictor of the acute SSRI response in depression. *Psychopharmacology* 148: 404–411.

Gopal, K. V., and Kowalski, J. 1999. Slope analysis of Auditory Brainstem Responses in children at risk of central auditory processing disorders. *Scand. Audiol.* 28: 85–90.

Guest, M., Boggess, M., Attia, J., D'Este, C., Brown, A., Gibson, R., Tavener, M., Gardner, I., Harrex, W., Horsley, K., and Ross, J. 2010. Hearing impairment in F-111 maintenance workers: The study of health outcomes in aircraft maintenance personnel (SHOAMP) general health and medical study. *Am. J. Ind. Med.* 53: 1159–1169.

Guthrie, O. W. 2008. Preincision complex-I from the excision nuclease reaction among cochlear spiral limbus and outer hair cells. *J. Mol. Histol.* 39: 617–625.

Guthrie, O. W., Gearhart, C. A., Fulton, S., and Fechter, L. D. 2011. Carboxy alkyl esters of *Uncaria tomentosa* augment recovery of sensorineural functions following noise injury. *Brain Res.* 1407: 97–106.

Hegerl, U., and G. Juckel. 1993. Intensity dependence of auditory evoked potentials as an indicator of central serotonergic neurotransmission: A new hypothesis. *Biol. Psychiatry* 33: 173–187.

Hope, A. J., Luxon, L. M., and Bamiou, D. E. 2013. Effects of chronic noise exposure on speech-in-noise perception in the presence of normal audiometry. *J. Laryngol. Otol.* 127: 233–238.

Hunter, K. P., and Willott, J. F. 1987. Aging and the auditory brainstem response in mice with severe or minimal presbycusis. *Hear. Res.* 30: 207–218.

Jaruchinda, P., Thongdeetae, T., Panichkul, S., and Hanchumpol, P. 2005. Prevalence and an analysis of noise–induced hearing loss in army helicopter pilots and aircraft mechanics. *J. Med. Assoc. Thai.* 88(suppl. 3): S232–S239.

Jerger, J. F., Carhart, R., Tillman, T. W., and Peterson, J. L. 1959. Some relations between normal hearing for pure tones and for speech. *J. Speech Hear. Res.* 2: 126–140.

Jewett, D. L., Romano, M. N., and Williston, J. S. 1970. Human auditory evoked potentials: possible brain stem components detected on the scalp. *Science* 167: 1517–1518.

Jewett, D. L., and Williston, J. S. 1971. Auditory-evoked far fields averaged from the scalp of humans. *Brain* 94: 681–696.

Kaufman, L. R., LeMasters, G. K., Olsen, D. M., and Succop, P. 2005. Effects of concurrent noise and jet fuel exposure on hearing loss. *J. Occup. Environ. Med.* 47: 212–218.

Martin, G. K., Stagner, B. B., and Lonsbury-Martin, B. L. 2006. Assessment of cochlear function in mice: Distortion-product otoacoustic emissions. *Curr. Protocol Neurosci.* Chapter 8: Unit 8 21C.

Murillo-Cuesta, S., Contreras, J., Zurita, E., Cediel, R., Cantero, M., Varela-Nieto, I., and Montoliu, L. 2010. Melanin precursors prevent premature age-related and noise-induced hearing loss in albino mice. *Pigment Cell Melanoma Res.* 23: 72–83.

Ngan, E. M., and May, B. J. 2001. Relationship between the auditory brainstem response and auditory nerve thresholds in cats with hearing loss. *Hear. Res.* 156: 44–52.

Pilati, N., Large, C., Forsythe, I. D., and Hamann, M. 2011. Acoustic over-exposure triggers burst firing in dorsal cochlear nucleus fusiform cells. *Hear. Res.* 283: 98–106.

Popelar, J., Groh, D., Pelanova, J., Canlon, B., and Syka, J. 2006. Age-related changes in cochlear and brainstem auditory functions in Fischer 344 rats. *Neurobiol. Aging* 27: 490–500.

Psatta, D. M., and Matei, M. 1988. Age-dependent amplitude variation of brain-stem auditory evoked potentials. *Electroencephalogr. Clin. Neurophysiol.* 71: 27–32.

Quevedo, S., Tochetto, T., Siqueira, M. A., and Machado, M. S. 2012. Auditory brainstem response in gas station attendants. *Braz. J. Otorhinolaryngol.* 78: 63–68.

Raynal, M., M. Kossowski, M., and Job, A. 2006. Hearing in military pilots: One-time audiometry in pilots of fighters, transports, and helicopters. *Aviat. Space Environ. Med.* 77: 57–61.

Rowe, M. J. 3rd. 1981. The brainstem auditory evoked response in neurological disease: A review. *Ear Hear.* 2: 41–51.

Smedje, G., Lunden, M., Gartner, L., Lundgren, H., and Lindgren, T. 2011. Hearing status among aircraft maintenance personnel in a commercial airline company. *Noise Health* 13: 364–370.

Stockard, J. E., Stockard, J. J., Westmoreland, B. F., and Corfits, J. L. 1979. Brainstem auditory-evoked responses. Normal variation as a function of stimulus and subject characteristics. *Arch. Neurol.* 36: 823–831.

Wang, W., Timsit-Berthier, M., and Schoenen, J. 1996. Intensity dependence of auditory evoked potentials is pronounced in migraine: An indication of cortical potentiation and low serotonergic neurotransmission? *Neurology* 46: 1404–1409.

Whitehead, M. L., McCoy, M. J., Lonsbury-Martin, B. L., and Martin, G. K. 1995a. Dependence of distortion-product otoacoustic emissions on primary levels

in normal and impaired ears. I. Effects of decreasing L2 below L1. *J. Acoust. Soc. Am*. 97: 2346–3558.

Whitehead, M. L., Stagner, B. B., Lonsbury-Martin, B. L., and Martin, G. K. 1995b. Effects of ear-canal standing waves on measurements of distortion-product otoacoustic emissions. *J. Acoust. Soc. Am*. 98: 3200–3214.

Whitehead, M. L., Stagner, B. B., McCoy, M. J., Lonsbury-Martin, B. L., and Martin, G. K. 1995c. Dependence of distortion-product otoacoustic emissions on primary levels in normal and impaired ears. II. Asymmetry in L1,L2 space. *J. Acoust. Soc. Am*. 97: 2359–2377.

Wible, B., Nicol, T., and Kraus, N. 2004. Atypical brainstem representation of onset and formant structure of speech sounds in children with language-based learning problems. *Biol. Psychol*. 67: 299–317.

Wu, W. J., Sha, S. H., McLaren, J. D., Kawamoto, K., Raphael, Y., Schacht, J. 2001. Aminoglycoside ototoxicity in adult CBA, C57BL and BALB mice and the Sprague-Dawley rat. *Hear. Res*. 158: 165–178.

Zhou, X., Jen, P. H., Seburn, K. L., Frankel, W. N., and Zheng, Q. Y. 2006. Auditory brainstem responses in 10 inbred strains of mice. *Brain Res*. 1091: 16–26.