

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### June E. Gilson, Esq.

DATE OF ADMISSION

**May 22, 1980**

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  July 18, 2022**

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk