UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Actions | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO LOCAL RULE 11.1(H) and REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that attorney Michael J. Ganley of the Tracey Fox King & Walters (collectively "TFKW"), hereby withdraws as counsel for Plaintiffs in the above-referenced multi-district litigation, and request to be removed from the docket and electronic service list accordingly.

As required by Local Rule 11.1(H)(l)(b), Plaintiffs consent to this withdrawal. Plaintiffs will continue to be represented by Counsel of Record from TFKW and all future correspondence and filings in action should continue to be directed as such.

Dated: July 25, 2022

Respectfully submitted,

**TRACEY FOX KING & WALTERS**

/ By: /s/ *Michael J. Ganley*
Sean Patrick Tracey (Admitted Pro Hac Vice)
Texas State Bar No. 20176500
Shawn P. Fox (Admitted Pro Hac Vice)
Texas State Bar No. 24040926

Rebecca B. King (Admitted Pro Hac Vice)
Texas Bar No. 24027110
Lawrence F. Tracey (Admitted Pro Hac Vice)
Texas State Bar No. 00788553)
Scott C. Greenlee (Admitted Pro Hac Vice)
Texas State Bar No. 24007270
Clint J. Casperson (Admitted Pro Hac Vice)
Texas State Bar No. 24075561
Julia Cline (Admitted Pro Hac Vice)
Texas State Bar No. 24126758
Michael James Ganley (Admitted Pro Hac Vice)
New York Bar No. 5830898
440 Louisiana St., Ste. 1901
Houston, Texas 77002
713-495-2333 Tel.
866-709-2333 Facsimile
stracey@traceylawfirm.com
sfox@traceylawfirm.com
rking@traceylawfirm.com
ccasperson@traceylawfirm.com
ltracey@traceylawfirm.com
jcline@traceylawfirm.com
mganley@traceylawfirm.com
3M@traceylawfirm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 25th day of July 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Michael J. Ganley*
Michael J. Ganley

2