UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document Relates to All Cases | Case No. 3:19-md-02885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, June E. Gilson, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Pennsylvania and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Pennsylvania. A copy of a Certificate of Good Standing from the State of Pennsylvania dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

1

Admission Tutorial, confirmation number FLND16583222406497 and completed the CM/ECF Online Tutorials.

4. June E. Gilson has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. June E. Gilson has upgraded her PACER account to "NextGen."

6. Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, June E. Gilson respectfully requests that this Court enter an Order allowing June E. Gilson of Gordon Rees Scully & Mansukhani, to appear *pro hac vice* in this case.

Respectfully submitted on this _th day of July, 2022.

*/s/ June E. Gilson*
June E. Gilson, PA Bar No. 31810

GORDON REES SCULLY & MANSUKHANI
Three Logan Square
1717 Arch Street
Suite 610
Philadelphia, PA 19301
Telephone: (610) 220-7008
Facsimile: (877) 634-7250
Email: jgilson@grsm.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the _th day of July, 2022.


                                                  */s/ June E. Gilson*
                                                June E. Gilson, PA Bar No. 31810

# EXHIBIT A

# WEST VIRGINIA STATE BAR

## Certificate of Good Standing

**Susan M. Robinson - WVSB ID# 5169**

This is to certify that, according to the records of the West Virginia State Bar, Susan M. Robinson, of Charleston, WV, was admitted to practice law by the Supreme Court of Appeals of WV on September 21, 1989.

According to the records of the West Virginia State Bar, as of December 17, 2021, Susan M. Robinson is currently an Active Member in good standing with the West Virginia State Bar.

*Anita R. Casey*
Anita R. Casey, Esquire
Executive Olrector
The West Virginia State Bar