

### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*June E. Gilson, Esq.*

DATE OF ADMISSION

*May 22, 1980*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: July 18, 2022

Patricia A. Johnson
Chief Clerk