UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| James Plant<br>Civil Action No. 8:20-cv-20484-MCR-GRJ | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that **Matthew Kolodoski** of the law firm THOMPSON, COE, COUSINS & IRONS, LLP has been admitted to practice in this Court and hereby enters **his** appearance as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon **him**.

Respectfully submitted on this 25th day of **July,** 2022.

                                                */s/ Matthew Kolodoski*
                                                Matthew Kolodoski  (*Pro Hac Vice*)
                                                **Texas State Bar No. 24081963**
                                                THOMPSON, COE, COUSINS & IRONS, LLP
                                                **700 N. Pearl Street, 25th Floor**
                                                **Dallas, Texas  75201**
                                                **Telephone:  (214) 871-8200**

          **Facsimile: (214) 871-8209**
          **Email: mkolodoski@thompsoncoe.com**

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 25th day of **July**, 2022.

          */s/ Matthew Kolodoski*
          **Matthew Kolodoski (*Pro Hac Vice*)**
          **Texas State Bar No. 24081963**