19MUNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER

This morning, Defendants Aearo Technologies LLC and certain of its affiliates ("the Aearo debtors") filed a Suggestion of Bankruptcy and Notice of Automatic Stay of Proceedings in this MDL, notifying the Court of a petition for Chapter 11 bankruptcy on behalf of the Aearo debtors in the United States Bankruptcy Court for the Southern District of Indiana.[1]  *See* ECF No. 3328. Defendant 3M Company is not a debtor in the bankruptcy cases; therefore, the automatic statutory stay does not apply to it by operation of law.  Presumably as a result, the Aearo debtors have requested in the bankruptcy proceedings a temporary restraining order, preliminary injunction, and confirmation that commencement or continued prosecution of CAEv2 claims against 3M Company are also prohibited by

---

[1] Bankruptcy cases have been filed in the Southern District of Indiana by the following MDL Defendants:  Aearo Technologies LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, Aearo Mexico Holding Corp., Cabot Safety Intermediate LLC, and 3M Occupational Safety LLC.  *See In re Aearo Technologies LLC*, No. 22-02890-JJG-11, ECF No. 1 at 5.

the automatic stay. *See In re Aearo Tech. LLC*, No. 22-02890-JJG-11, ECF No. 10. The Bankruptcy Court has not yet ruled on that request. Nevertheless, the Special Master overseeing the MDL Wave process has advised the Court that 3M has now "held in abeyance" all depositions in the Wave cases that were scheduled over the next three days, in light of the bankruptcy filings. As no temporary restraining order, preliminary injunction, or other prohibition on claims against 3M has been entered by the Bankruptcy Court, it is unclear to this Court on what authority 3M was acting when it unilaterally cancelled Wave depositions. Taken with the potential impact of the Chapter 11 proceedings on this MDL—which has been pending for nearly 3.5 years and encompasses more than 240,000 individual claims—an expedited hearing for 3M to show cause why it canceled all depositions in the Wave cases without prior notice to and agreement of the Court, and also to discuss the bankruptcy filings, is in order.[2]

**Accordingly, a show cause hearing and status conference is hereby set for Wednesday, July 27, 2022 at 8:30 a.m. Central**. Counsel may appear in person, by Zoom, or by telephone; however, due to the limited number of persons that Zoom

---

[2] In that time, a significant amount of work has been accomplished in the MDL, including corporate, government, and case-specific discovery, as well as 16 bellwether trials and 19 verdicts. Fifteen hundred cases have or are currently engaged in Wave discovery. *Daubert* and dispositive motions for approximately 375 Wave 1 cases will be ripe on August 9, 2022, and one Wave 1 case is already set for trial in this district. The Wave 1 cases that survive summary judgment will be remanded to their transferor courts for trial. Waves 2 and 3, with 500 cases each, are proceeding on a similar track.

can accommodate, only one attorney per plaintiff law firm may sign onto the Zoom link. Counsel representing 3M at the hearing/status conference must include at least one attorney who will speak to 3M's unilateral suspension of Wave depositions, and at least one attorney who is in a position to discuss the recent bankruptcy filings. Each side must advise Judge David Herndon (ret.), Special Master, of who will appear on its behalf at the status conference by July 26, 2022 at 4 p.m. Central. The Zoom link will be circulated thereafter.

    **SO ORDERED**, on this 26th day of July, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**