UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**AMENDED ORDER**

Earlier today, the Court set a show cause hearing and status conference for Wednesday, July 27, 2022 at 8:30 a.m. *See* ECF No. 3329. The undersigned has spoken with Chief Judge Jeffrey Graham, who has been assigned Aearo's bankruptcy proceedings in the Southern District of Indiana, and understands that a hearing is set in that matter at the same date and time. Accordingly, this Court's show cause hearing and status conference is rescheduled for an hour earlier, on **Wednesday, July 27, 2022 at 7:30 a.m. Central**.

The order setting this hearing/status conference authorized counsel to attend either in person, by Zoom, or by telephone. However, the Zoom system only allows for a limited number of participants per session, and the Court has been advised to expect far more participants than the Zoom is able to accommodate. Therefore, Zoom attendance by plaintiffs' counsel will be limited to members of the court-appointed leadership team, retained creditor's counsel only, and any counsel for

plaintiffs who were affected by 3M's cancellation of Wave depositions. All other plaintiffs' counsel may attend only in person or by telephone (via the dial-in provided in the Clerk's Office memorandum at ECF No. 5). Additionally, plaintiffs should understand that the Court will only hear from members of plaintiff leadership, retained creditor's counsel, and counsel affected by Wave deposition cancellations. Plaintiffs' leadership should advise Judge Herndon of which members of their team will appear by Zoom and/or in person, and 3M's counsel must do the same, by July 26, 2022 at 4 p.m. Central.

**SO ORDERED**, on this 26th day of July, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**