UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge Rodgers on: July 27, 2022

Motion/Pleading: Ex Parte Motion and Incorporated Memorandum to Issue a Temporary Restraining Order to Enjoin 3M from Taking Any Action Outside the MDL to Enjoin the Parties from Pursuing CAEv2 Litigation Against 3M

Filed by: Plaintiffs    on 7/27/2022    Doc. # 3332

RESPONSES:
                on             Doc. #

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

## ORDER

In light of the urgency of the above motion, Defendant 3M Company is directed to file its response, if any, by this afternoon, July 27, 2022, at 1 p.m. Central. The response must be limited to 10 pages.

**SO ORDERED**, this 27th of July, 2022.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**