# *United States District Court*
## CIVIL MINUTES - GENERAL

In Re: **3M Combat Arms Earplug Products Liability Litigation**

Date: **July 27, 2022**
Case No.: **3:19md2885**

**This Document Relates to All Cases**

**Judge M. Casey Rodgers**
**Magistrate Judge Gary R. Jones**

**DOCKET ENTRY:** Hearing

Court and counsel discuss Wave-related matters, and Aearo Technologies LLC bankruptcy filings. Attendance of counsel in person, via Zoom and telephone; Judge Herndon, Judge Jones, and Adriane Theis via Zoom. Order to follow.

**PRESENT:**

| Honorable **M. Casey Rodgers** United States District Judge | Faith Stachulski & Jake Barnes Law Clerk | Barbara Rogers Deputy Clerk | Donna Boland Court Reporter |

**APPEARANCES:**

**Lead Counsel for Plaintiff Vaughn:** Bryan Aylstock, Shelley Hutson, Mike Moreland

**Lead Counsel for Defendants 3M Co. and Aearo:** Mark Nomellini, Leslie Smith, Jessica Lauria via Zoom

**PROCEEDINGS:**

7:34 am    Court in Session - Introduction of Counsel

Court discusses with counsel Aearo (Aearo Technologies LLC; Aearo Holding LLC; Aearo Intermediate LLC; Aearo LLC; Aearo Mexico Holding Corp.; Cabot Safety Intermediate LLC; and 3M Occupational Safety LLC) bankruptcy filings, and Wave-related issues. Order to follow.

7:58 am    Court in Recess