# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# FLORIDA PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG LITIGATION LIABILITY LITIGATION | CASE NO.: 3:19-MD-2885-MCR-GRJ |
| This Document Relates to: *All Cases* | Judge M. Casey Rodgers Magistrate Judge Gary Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that **Jesse Green** of the law firm White & Case LLP, has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant 3M Company.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

Respectfully submitted on this 27th day of July, 2022

DATED:  July 27, 2022                                Respectfully submitted:

*/s/ Jesse Green*

Jesse Green
White & Case LLP
200 South Biscayne Boulevard
Suite 4900
Miami, Florida 33131
Tel: (305) 371-2700
Email:  jgreen@whitecase.com

*Counsel for 3M Company*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 27th day of July 2022, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

Dated:  July 27, 2022                    Respectfully submitted,


                                         */s/ Jesse Green*
                                         Jesse Green




                                         *Counsel for 3M Company*