UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

In light of recent developments and the number of motions now pending in the Wave 1 cases, the Court finds it appropriate to ease the burden on the Clerk's Office by suspending the transition process until further notice. Any plaintiff currently subject to a Transition Order whose deadline for compliance has not already expired is relieved of the obligation to transition to the MDL docket at this time.

**SO ORDERED**, on this 28th day of July, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**