# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG LITIGATION LIABILITY LITIGATION<br><br>This Document Relates to:<br>*All Cases* | CASE NO.: 3:19-MD-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Jessica C. Lauria (formerly Boelter) of White & Case LLP, respectfully moves for admission to practice *pro hac vice* for purposes of appearing as counsel to Defendant 3M Company in the above-styled case only, and in support of thereof states as follows:

1. Movant resides in New York, New York where she regularly practices law.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice and is a member in good standing of the bars for the states of New York and Illinois.

4. A copy of a Certificate of Good Standing from the bar of New York, dated within 30 days of this motion, is attached as <u>Exhibit A</u>.

5. Movant certifies that she has successfully completed both the online Local Rules tutorial exam (confirmation number FLND16588878296514) and the CM/ECF online tutorial, as required by Local Rule 11.1.

6. Movant has remitted, simultaneously with the filing of the motion, the Court's $208.00 *pro hac vice* admission fee.

7. Movant has updated her PACER account to "NextGen."

8. Upon admission, Jessica C. Lauria respectfully requests that she be provided notice of Electronic Case Filings to the following email address: jessica.lauria@whitecase.com.

WHEREFORE, Jessica C. Lauria respectfully requests that this Court enter an order granting her motion to appear *pro hac vice* on behalf of Defendant 3M Company and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: July 28, 2022

By: */s/ Jessica C. Lauria*
Jessica C. Lauria
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 819-8200
Email: jessica.lauria@whitecase.com

*Attorney for Defendant 3M*

**CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rule of the United State District Court of the Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice via e-mail to all registered counsel of record, and was served on counsel or parties in the manner indicated below:

**Via U.S. Mail:**

| | |
|---|---|
| Bryan F. Aylstock<br>AYLSTOCK WITKIN KREIS &<br>OVERHOLTZ PLLC<br>17 East Main Street, Suite 200<br>Pensacola, Florida 32502<br>baylstock@awkolaw.com | *Liasion Counsel for Plaintiffs* |

Dated:  July 28, 2022                                    */s/ Jessica C. Lauria*
                                                                      Jessica C. Lauria