**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER

Consistent with the Court's oral ruling at the status conference on July 27, 2022, Defendant 3M Company is hereby directed to pay plaintiffs' attorney's fees and expenses associated with its unilateral, eleventh hour cancellation of the Wave depositions set for July 26-28, 2022. Plaintiffs' counsel who incurred any such fees and/or expenses must file a request for those fees and/or expenses on their client(s)' individual docket by August 15, 2022, along with an affidavit in support and bill of costs. 3M Company must pay the fees and expenses within 21 days days thereafter.

**SO ORDERED**, on this 28th day of July, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**