# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

In light of recent developments and the number of motions now pending in the Wave 1 cases, the Court finds it appropriate to ease the burden on the Clerk's Office, which must process any dismissals, by suspending the DD214 and census requirements until further notice. Any plaintiff currently subject to a DD214 or census form deadline whose time for compliance has not already expired is relieved of the obligation to submit the applicable materials at this time.

**SO ORDERED**, on this 28th day of July, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**