UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER

This matter is before the Court on Defendants' Motion for a Case Management Order Requiring Non-Wave Plaintiffs to Produce Certain Medical Records. *See* ECF No. 3205. On consideration, the motion is denied as to Defendant 3M Company. The Department of Defense has recently put a process in place for a contractor to obtain and produce DOEHRS data for individual plaintiffs, which will fulfill the parties' informational needs with respect to non-Wave plaintiffs at this stage of the litigation.

**SO ORDERED**, on this 28th day of July, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**