**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885-MCR-GRJ |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, CHRISTOPHER R. DRURY, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1.    Movant resides in Connecticut and is not a resident of the State of Florida.

2.    Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Connecticut. A copy of a Certificate of Good Standing from the State of Connecticut dated within 30 days of this motion is attached hereto as Exhibit "A."

3.    Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

Admission Tutorial, confirmation number FLND16564368856416 and completed the CM/ECF Online Tutorials.

4.      Christopher R. Drury has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.            Christopher R. Drury has upgraded her PACER account to "NextGen."

6.      Movant represents Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo LLC.

WHEREFORE, Christopher R. Drury respectfully requests that this Court enter an Order granting Christopher R. Drury of Gordon Rees Scully Mansukhani, *pro hac vice* in this case.

Respectfully submitted on this 28th day of July, 2022.

/s/ Christopher R. Drury_____
Christopher R. Drury, CT Bar No. 425859
Gordon Rees Scully Mansukhani
95 Glastonbury Blvd, Suite 206
Glastonbury, CT 06033
cdrury@grsm.com
Office: (860) 494-7552

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 28th day of July, 2022.

*/s/ Christopher R. Drury*
Christopher R. Drury, CT Bar No. 425859