IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION
EXHIBIT A

| Row | PID | Name | Firm | Admin Docket Case Number | Active Docket Case Number |
|---|---|---|---|---|---|
| 1 | 213373 | Troy Jefferson | Bailey Cowan Heckaman PLLC | 8:20-cv-72549-MCR-GRJ | |
| 2 | 222881 | Drake Baldwin | Bailey Cowan Heckaman PLLC | | 8:20-cv-74668-MCR-GRJ |
| 3 | 222919 | Tawnya Evans | Bailey Cowan Heckaman PLLC | 8:20-cv-74749-MCR-GRJ | |
| 4 | 251068 | Chris Hobbs | Bailey Cowan Heckaman PLLC | 8:20-cv-96211-MCR-GRJ | |
| 5 | 251244 | Christopher Moore | Bailey Cowan Heckaman PLLC | 8:20-cv-96613-MCR-GRJ | |
| 6 | 251419 | James Selman | Bailey Cowan Heckaman PLLC | 8:20-cv-97078-MCR-GRJ | |
| 7 | 267887 | Johnathan Mersing | Bailey Cowan Heckaman PLLC | 9:20-cv-13773-MCR-GRJ | |
| 8 | 311710 | Dallas Ayers | Bailey Cowan Heckaman PLLC | 7:21-cv-29024-MCR-GRJ | |
| 9 | 311740 | Jonathan Beatty | Bailey Cowan Heckaman PLLC | 7:21-cv-29078-MCR-GRJ | |
| 10 | 311826 | Tommy Bryant | Bailey Cowan Heckaman PLLC | 7:21-cv-29239-MCR-GRJ | |
| 11 | 311842 | Thomas Busch | Bailey Cowan Heckaman PLLC | | 7:21-cv-29273-MCR-GRJ |
| 12 | 311845 | Donald Bustin | Bailey Cowan Heckaman PLLC | 7:21-cv-29279-MCR-GRJ | |
| 13 | 311888 | Oswaldo Chavez | Bailey Cowan Heckaman PLLC | | 7:21-cv-29351-MCR-GRJ |
| 14 | 311908 | Christopher Cogswell | Bailey Cowan Heckaman PLLC | | 7:21-cv-29371-MCR-GRJ |
| 15 | 311949 | Jose Cruz | Bailey Cowan Heckaman PLLC | 7:21-cv-29412-MCR-GRJ | |
| 16 | 311955 | Kailum Cummings | Bailey Cowan Heckaman PLLC | 7:21-cv-29418-MCR-GRJ | |
| 17 | 311966 | Tajee Dawson | Bailey Cowan Heckaman PLLC | 7:21-cv-29429-MCR-GRJ | |
| 18 | 311983 | Eric Depaula | Bailey Cowan Heckaman PLLC | 7:21-cv-29446-MCR-GRJ | |
| 19 | 312038 | Jose Espinoza | Bailey Cowan Heckaman PLLC | 7:21-cv-29501-MCR-GRJ | |
| 20 | 312070 | Christopher Fitzgerald | Bailey Cowan Heckaman PLLC | 7:21-cv-29533-MCR-GRJ | |
| 21 | 312122 | Max Ginorio De Jesús | Bailey Cowan Heckaman PLLC | | 7:21-cv-29803-MCR-GRJ |
| 22 | 312204 | Nicholas Haycock | Bailey Cowan Heckaman PLLC | 7:21-cv-29666-MCR-GRJ | |
| 23 | 312351 | Malcolm Kimbro | Bailey Cowan Heckaman PLLC | 7:21-cv-29888-MCR-GRJ | |
| 24 | 312361 | Dominic Koep | Bailey Cowan Heckaman PLLC | | 7:21-cv-29905-MCR-GRJ |
| 25 | 312378 | Daniel Lakhani | Bailey Cowan Heckaman PLLC | 7:21-cv-29938-MCR-GRJ | |
| 26 | 312422 | Mark Long | Bailey Cowan Heckaman PLLC | 7:21-cv-30021-MCR-GRJ | |
| 27 | 312479 | Max Mcdoniel | Bailey Cowan Heckaman PLLC | 7:21-cv-30131-MCR-GRJ | |
| 28 | 312484 | Willie Mcintosh | Bailey Cowan Heckaman PLLC | | 7:21-cv-30140-MCR-GRJ |
| 29 | 312509 | Francisco Meza | Bailey Cowan Heckaman PLLC | | 7:21-cv-30188-MCR-GRJ |
| 30 | 312522 | Justin Miller | Bailey Cowan Heckaman PLLC | 7:21-cv-30208-MCR-GRJ | |
| 31 | 312534 | Jordan Mitchell | Bailey Cowan Heckaman PLLC | 7:21-cv-30220-MCR-GRJ | |
| 32 | 312575 | Dennis Nicholson | Bailey Cowan Heckaman PLLC | 7:21-cv-30261-MCR-GRJ | |
| 33 | 312706 | Corey Rhude | Bailey Cowan Heckaman PLLC | 7:21-cv-30650-MCR-GRJ | |
| 34 | 312718 | Jeremy Roach | Bailey Cowan Heckaman PLLC | 7:21-cv-30661-MCR-GRJ | |
| 35 | 312836 | Matthew Smith | Bailey Cowan Heckaman PLLC | 7:21-cv-30779-MCR-GRJ | |
| 36 | 312864 | Robert St. Peter | Bailey Cowan Heckaman PLLC | 7:21-cv-30884-MCR-GRJ | |
| 37 | 312876 | Glenn Stewart | Bailey Cowan Heckaman PLLC | 7:21-cv-30816-MCR-GRJ | |
| 38 | 312887 | Daniel Swiatek | Bailey Cowan Heckaman PLLC | 7:21-cv-30827-MCR-GRJ | |
| 39 | 312933 | Joe Trujillo | Bailey Cowan Heckaman PLLC | 7:21-cv-30873-MCR-GRJ | |
| 40 | 312935 | Joseph Tuggle | Bailey Cowan Heckaman PLLC | 7:21-cv-30875-MCR-GRJ | |
| 41 | 312962 | Robert Walters | Bailey Cowan Heckaman PLLC | 7:21-cv-31421-MCR-GRJ | |
| 42 | 312983 | Andrew Wheeler | Bailey Cowan Heckaman PLLC | 7:21-cv-31442-MCR-GRJ | |
| 43 | 312990 | William Whitted | Bailey Cowan Heckaman PLLC | 7:21-cv-31449-MCR-GRJ | |
| 44 | 313027 | Matthew Wonder | Bailey Cowan Heckaman PLLC | 7:21-cv-31486-MCR-GRJ | |
| 45 | 313363 | Tyler Cake | Bailey Cowan Heckaman PLLC | 7:21-cv-31822-MCR-GRJ | |
| 46 | 313703 | Derek Erickson | Bailey Cowan Heckaman PLLC | 7:21-cv-32862-MCR-GRJ | |
| 47 | 313988 | James Harris | Bailey Cowan Heckaman PLLC | | 7:21-cv-32107-MCR-GRJ |
| 48 | 314231 | Shawn Kiene | Bailey Cowan Heckaman PLLC | 7:21-cv-32440-MCR-GRJ | |
| 49 | 314279 | Andrew Kunze | Bailey Cowan Heckaman PLLC | | 7:21-cv-32488-MCR-GRJ |
| 50 | 314486 | Christopher Mccormick | Bailey Cowan Heckaman PLLC | | 7:21-cv-32695-MCR-GRJ |
| 51 | 314547 | Seth Miller | Bailey Cowan Heckaman PLLC | 7:21-cv-32756-MCR-GRJ | |
| 52 | 314653 | Anthony Newman | Bailey Cowan Heckaman PLLC | 7:21-cv-32892-MCR-GRJ | |
| 53 | 314805 | Calvin Postell | Bailey Cowan Heckaman PLLC | 7:21-cv-33164-MCR-GRJ | |
| 54 | 315174 | Andrew Stadius | Bailey Cowan Heckaman PLLC | | 7:21-cv-33831-MCR-GRJ |
| 55 | 315220 | William Stratton | Bailey Cowan Heckaman PLLC | | 7:21-cv-33877-MCR-GRJ |
| 56 | 315423 | Robert Ward | Bailey Cowan Heckaman PLLC | 7:21-cv-34307-MCR-GRJ | |
| 57 | 43029 | Thaddeus Woodward | Clark, Love & Hutson PLLC | | 3:19-cv-02522-MCR-GRJ |
| 58 | 90958 | Alex Salinas | Clark, Love & Hutson PLLC | | 7:20-cv-21201-MCR-GRJ |
| 59 | 213797 | William Kido-Eli | Clark, Love & Hutson PLLC | 8:20-cv-67515-MCR-GRJ | |
| 60 | 252516 | Alex Martinez | Clark, Love & Hutson PLLC | 9:20-cv-12277-MCR-GRJ | |
| 61 | 265090 | Patrick Seymour | Clark, Love & Hutson PLLC | 9:20-cv-09547-MCR-GRJ | |
| 62 | 276038 | Jason Wagner | Clark, Love & Hutson PLLC | 9:20-cv-19853-MCR-GRJ | |
| 63 | 287860 | Andrew Doster | Clark, Love & Hutson PLLC | 7:21-cv-08963-MCR-GRJ | |
| 64 | 309318 | Rashene Mincy | Clark, Love & Hutson PLLC | 7:21-cv-27802-MCR-GRJ | |
| 65 | 309674 | Kevin Zink | Clark, Love & Hutson PLLC | | 7:21-cv-28158-MCR-GRJ |
| 66 | 330483 | Wesley Hammac | Clark, Love & Hutson PLLC | | 7:21-cv-47402-MCR-GRJ |
| 67 | 358617 | Derek Fernholz | Clark, Love & Hutson PLLC | | 3:22-cv-02593-MCR-GRJ |
| 68 | 79543 | Patrick Guerra | Heninger Garrison Davis, LLC | | 7:20-cv-53029-MCR-GRJ |
| 69 | 173875 | George Griffin | Heninger Garrison Davis, LLC | | 7:20-cv-64937-MCR-GRJ |
| 70 | 201343 | Joshua Hernandez | Heninger Garrison Davis, LLC | 8:20-cv-55068-MCR-GRJ | |
| 71 | 310536 | Johnny Vazquez | Heninger Garrison Davis, LLC | | 7:21-cv-41551-MCR-GRJ |

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION
EXHIBIT A

| Row | PID | Name | Firm | Admin Docket Case Number | Active Docket Case Number |
|---|---|---|---|---|---|
| 72 | 310696 | Kevin Moritz | Heninger Garrison Davis, LLC | 7:21-cv-42043-MCR-GRJ | |
| 73 | 331356 | Ralph Mora | Heninger Garrison Davis, LLC | 7:21-cv-49505-MCR-GRJ | |
| 74 | 354816 | Arner Lewis | Heninger Garrison Davis, LLC | | 3:21-cv-04021-MCR-GRJ |
| 75 | 357601 | Jeremy Richer | Heninger Garrison Davis, LLC | | 3:22-cv-03331-MCR-GRJ |
| 76 | 357825 | Kelquin Smith | Heninger Garrison Davis, LLC | | 3:22-cv-02986-MCR-GRJ |
| 77 | 134667 | Jonathan Shiflett | Junell & Associates, PLLC | 7:20-cv-60842-MCR-GRJ | |
| 78 | 43786 | Niesha Colvin-Walton | Keller Postman | 7:20-cv-59656-MCR-GRJ | |
| 79 | 44142 | Nicholas Eubanks | Keller Postman | 7:20-cv-60809-MCR-GRJ | |
| 80 | 44610 | Cynthia Washington | Keller Postman | 7:20-cv-44084-MCR-GRJ | |
| 81 | 45530 | Michael Montemayor | Keller Postman | | 7:20-cv-64709-MCR-GRJ |
| 82 | 45827 | Joshua Peeler | Keller Postman | | 7:20-cv-64840-MCR-GRJ |
| 83 | 46015 | Jack Reaver | Keller Postman | 7:20-cv-70045-MCR-GRJ | |
| 84 | 46283 | Rory Scott | Keller Postman | 7:20-cv-70491-MCR-GRJ | |
| 85 | 46325 | Jamie Shell | Keller Postman | | 7:20-cv-70571-MCR-GRJ |
| 86 | 46443 | Brandon Sonnier | Keller Postman | | 7:20-cv-70702-MCR-GRJ |
| 87 | 46744 | Jose Valdespino | Keller Postman | 7:20-cv-75790-MCR-GRJ | |
| 88 | 46809 | Jullian Wade | Keller Postman | 7:20-cv-75952-MCR-GRJ | |
| 89 | 46943 | Eric Williams | Keller Postman | | 7:20-cv-76071-MCR-GRJ |
| 90 | 47048 | Christopher Wright | Keller Postman | 7:20-cv-76163-MCR-GRJ | |
| 91 | 201889 | William Corson | Keller Postman | 8:20-cv-43771-MCR-GRJ | |
| 92 | 221162 | Thomas Dettenmayer | Keller Postman | 8:20-cv-63427-MCR-GRJ | |
| 93 | 222808 | Tony Park | Keller Postman | | 8:20-cv-65424-MCR-GRJ |
| 94 | 231204 | Julian Olynick | Keller Postman | 8:20-cv-79329-MCR-GRJ | |
| 95 | 234914 | Paul Delacruz | Keller Postman | | 8:20-cv-84119-MCR-GRJ |
| 96 | 234922 | Frederick Dunstan | Keller Postman | 8:20-cv-84127-MCR-GRJ | |
| 97 | 235182 | Gary Heyliger | Keller Postman | | 8:20-cv-84678-MCR-GRJ |
| 98 | 235238 | James Rego | Keller Postman | | 8:20-cv-84947-MCR-GRJ |
| 99 | 235305 | Devon Durflinger | Keller Postman | 8:20-cv-85672-MCR-GRJ | |
| 100 | 235574 | Colin Rogers | Keller Postman | 8:20-cv-87944-MCR-GRJ | |
| 101 | 235750 | Ernest Parsley | Keller Postman | 8:20-cv-75150-MCR-GRJ | |
| 102 | 235871 | Steven Mcclain | Keller Postman | 8:20-cv-82599-MCR-GRJ | |
| 103 | 235967 | Timmy Haywood | Keller Postman | | 8:20-cv-82960-MCR-GRJ |
| 104 | 236081 | Jair Pedemonte | Keller Postman | 8:20-cv-83791-MCR-GRJ | |
| 105 | 236201 | Seth Hurley | Keller Postman | 8:20-cv-84284-MCR-GRJ | |
| 106 | 236349 | David Russo | Keller Postman | 8:20-cv-84917-MCR-GRJ | |
| 107 | 236448 | Cory Carden | Keller Postman | | 8:20-cv-85278-MCR-GRJ |
| 108 | 236829 | Michael Summerlin | Keller Postman | 8:20-cv-88946-MCR-GRJ | |
| 109 | 236900 | Robert Garnsey | Keller Postman | 8:20-cv-89118-MCR-GRJ | |
| 110 | 242638 | Manuel Jimenez | Keller Postman | 8:20-cv-89632-MCR-GRJ | |
| 111 | 261282 | Brandon Matlock | Keller Postman | | 9:20-cv-03099-MCR-GRJ |
| 112 | 261836 | Raymond Ibay | Keller Postman | | 9:20-cv-04206-MCR-GRJ |
| 113 | 262155 | Matthew Ford | Keller Postman | 9:20-cv-04677-MCR-GRJ | |
| 114 | 303782 | Clinton Berry | Keller Postman | 7:21-cv-23329-MCR-GRJ | |
| 115 | 306922 | Rashon Stancill | Keller Postman | 7:21-cv-25192-MCR-GRJ | |
| 116 | 309813 | Adam Gorham | Keller Postman | 7:21-cv-28186-MCR-GRJ | |
| 117 | 309970 | Nathan Gudex | Keller Postman | 7:21-cv-28343-MCR-GRJ | |
| 118 | 310186 | Amanda Randolph | Keller Postman | 7:21-cv-28559-MCR-GRJ | |
| 119 | 321116 | Joshua Miller | Keller Postman | 7:21-cv-35948-MCR-GRJ | |
| 120 | 321152 | Charles Stanfield | Keller Postman | 7:21-cv-35984-MCR-GRJ | |
| 121 | 323588 | Kyle Miller | Keller Postman | 7:21-cv-38706-MCR-GRJ | |
| 122 | 323621 | Symantha Shelton | Keller Postman | 7:21-cv-38761-MCR-GRJ | |
| 123 | 325037 | Chad Whitermore | Keller Postman | 7:21-cv-39812-MCR-GRJ | |
| 124 | 325544 | Kerry Wilson | Keller Postman | 7:21-cv-40533-MCR-GRJ | |
| 125 | 326296 | Ryan Morgan | Keller Postman | 7:21-cv-44386-MCR-GRJ | |
| 126 | 329950 | Michael Krumme | Keller Postman | 7:21-cv-46964-MCR-GRJ | |
| 127 | 332420 | Alex Jones | Keller Postman | 7:21-cv-49794-MCR-GRJ | |
| 128 | 334152 | Michael Crump | Keller Postman | 7:21-cv-53135-MCR-GRJ | |
| 129 | 334569 | Walter Mcneil | Keller Postman | 7:21-cv-53298-MCR-GRJ | |
| 130 | 342233 | Brock Hammer | Keller Postman | 7:21-cv-60712-MCR-GRJ | |
| 131 | 342283 | Christhopher Hendricks | Keller Postman | 7:21-cv-60867-MCR-GRJ | |
| 132 | 342340 | Cory Jacks | Keller Postman | | 7:21-cv-60984-MCR-GRJ |
| 133 | 342776 | Jason Parmer | Keller Postman | | 7:21-cv-61851-MCR-GRJ |
| 134 | 342884 | Joseph Reed | Keller Postman | 7:21-cv-61959-MCR-GRJ | |
| 135 | 343157 | Matthew Thompson | Keller Postman | 7:21-cv-62232-MCR-GRJ | |
| 136 | 343270 | Christopher Wesson | Keller Postman | 7:21-cv-62347-MCR-GRJ | |
| 137 | 343549 | Ryan Morris | Keller Postman | 7:21-cv-62865-MCR-GRJ | |
| 138 | 355605 | James Derringer | Keller Postman | | 3:21-cv-04497-MCR-GRJ |
| 139 | 356549 | David Ferguson | Keller Postman | | 3:22-cv-00662-MCR-GRJ |
| 140 | 15120 | James Heintzman | Pulaski Law Firm, PLLC | 7:20-cv-02207-MCR-GRJ | |
| 141 | 15130 | Ruby Huynh | Pulaski Law Firm, PLLC | | 7:20-cv-02215-MCR-GRJ |
| 142 | 15380 | David Young | Pulaski Law Firm, PLLC | 7:20-cv-02541-MCR-GRJ | |

| Row | PID | Name | Firm | Admin Docket Case Number | Active Docket Case Number |
|---|---|---|---|---|---|
| 143 | 15411 | Richard Tasker | Pulaski Law Firm, PLLC | | 7:20-cv-02577-MCR-GRJ |
| 144 | 15463 | George Vargas | Pulaski Law Firm, PLLC | 7:20-cv-02321-MCR-GRJ | |
| 145 | 18858 | Alex Garland | Pulaski Law Firm, PLLC | | 7:20-cv-04621-MCR-GRJ |
| 146 | 26710 | Mark Bailey | Pulaski Law Firm, PLLC | | 8:20-cv-39210-MCR-GRJ |
| 147 | 27322 | Illya Cheairs | Pulaski Law Firm, PLLC | 7:20-cv-52288-MCR-GRJ | |
| 148 | 27404 | Cassandra Ramos | Pulaski Law Firm, PLLC | 7:20-cv-03062-MCR-GRJ | |
| 149 | 27862 | Rafael Perez | Pulaski Law Firm, PLLC | 7:20-cv-03421-MCR-GRJ | |
| 150 | 28038 | Jeremy Terrell | Pulaski Law Firm, PLLC | | 7:20-cv-03708-MCR-GRJ |
| 151 | 158995 | John Stanczyk | Pulaski Law Firm, PLLC | | 7:20-cv-66705-MCR-GRJ |
| 152 | 159672 | Joshua Rohrer | Pulaski Law Firm, PLLC | | 8:20-cv-44042-MCR-GRJ |
| 153 | 169775 | Jeffery Blake | Pulaski Law Firm, PLLC | 8:20-cv-52973-MCR-GRJ | |
| 154 | 169845 | Christopher Jackson | Pulaski Law Firm, PLLC | | 8:20-cv-54133-MCR-GRJ |
| 155 | 177761 | Rebecca Courtney | Pulaski Law Firm, PLLC | 8:20-cv-46275-MCR-GRJ | |
| 156 | 191773 | Jason Mccann | Pulaski Law Firm, PLLC | | 8:20-cv-38513-MCR-GRJ |
| 157 | 200897 | Kevin Wallace | Pulaski Law Firm, PLLC | | 8:20-cv-46671-MCR-GRJ |
| 158 | 203843 | Natasha Mcclure | Pulaski Law Firm, PLLC | 8:20-cv-66680-MCR-GRJ | |
| 159 | 216820 | Joshua Imoe | Pulaski Law Firm, PLLC | | 8:20-cv-65206-MCR-GRJ |
| 160 | 217132 | Hassan Alhamid | Pulaski Law Firm, PLLC | | 8:20-cv-65281-MCR-GRJ |
| 161 | 256505 | Timothy Rogers | Pulaski Law Firm, PLLC | | 9:20-cv-11769-MCR-GRJ |
| 162 | 256548 | Michelle Blackshear | Pulaski Law Firm, PLLC | 9:20-cv-11811-MCR-GRJ | |
| 163 | 256709 | Cole Johnson | Pulaski Law Firm, PLLC | 9:20-cv-13545-MCR-GRJ | |
| 164 | 266454 | Christian Torres | Pulaski Law Firm, PLLC | 9:20-cv-06056-MCR-GRJ | |
| 165 | 266540 | John Brushwood | Pulaski Law Firm, PLLC | 9:20-cv-06329-MCR-GRJ | |
| 166 | 266552 | Courtney Watson | Pulaski Law Firm, PLLC | | 9:20-cv-06340-MCR-GRJ |
| 167 | 266987 | Kevin Morris | Pulaski Law Firm, PLLC | 9:20-cv-07994-MCR-GRJ | |
| 168 | 277657 | Alasandra Morrison | Pulaski Law Firm, PLLC | | 9:20-cv-18386-MCR-GRJ |
| 169 | 288807 | Spencer Romph | Pulaski Law Firm, PLLC | 7:21-cv-11214-MCR-GRJ | |
| 170 | 301456 | Rodd Simington | Pulaski Law Firm, PLLC | 7:21-cv-22129-MCR-GRJ | |
| 171 | 301588 | Gavin Thomas | Pulaski Law Firm, PLLC | 7:21-cv-22261-MCR-GRJ | |
| 172 | 317797 | Jt Bryant | Pulaski Law Firm, PLLC | 7:21-cv-31300-MCR-GRJ | |
| 173 | 317805 | Tait Rasmussen | Pulaski Law Firm, PLLC | 7:21-cv-31308-MCR-GRJ | |
| 174 | 81603 | Aaron Ruffins | Seeger Weiss LLP | | 7:20-cv-16071-MCR-GRJ |
| 175 | 82686 | John Dominguez | Seeger Weiss LLP | | 7:20-cv-18383-MCR-GRJ |
| 176 | 82897 | Kevin Hawk | Seeger Weiss LLP | 7:20-cv-17413-MCR-GRJ | |
| 177 | 83092 | Mattrella Bennett | Seeger Weiss LLP | 7:20-cv-18742-MCR-GRJ | |
| 178 | 83287 | Raven Williams | Seeger Weiss LLP | 7:20-cv-19027-MCR-GRJ | |
| 179 | 83478 | Servando Cardoza | Seeger Weiss LLP | | 7:20-cv-19229-MCR-GRJ |
| 180 | 83497 | Shawn Archibald | Seeger Weiss LLP | | 7:20-cv-16838-MCR-GRJ |
| 181 | 165421 | Steven Tran | Seeger Weiss LLP | | 7:20-cv-37308-MCR-GRJ |
| 182 | 202080 | Heidi Larkin | Seeger Weiss LLP | 8:20-cv-44063-MCR-GRJ | |
| 183 | 202089 | Andre Carter | Seeger Weiss LLP | | 8:20-cv-44098-MCR-GRJ |
| 184 | 202239 | Matthew Boone | Seeger Weiss LLP | | 8:20-cv-44635-MCR-GRJ |
| 185 | 220285 | Andrew O'Banion | Seeger Weiss LLP | | 8:20-cv-70237-MCR-GRJ |
| 186 | 220432 | Matthew Lowery | Seeger Weiss LLP | | 8:20-cv-70501-MCR-GRJ |
| 187 | 220556 | Daniel Love | Seeger Weiss LLP | | 8:20-cv-69625-MCR-GRJ |
| 188 | 255030 | Zachary Sharkey | Seeger Weiss LLP | | 9:20-cv-00036-MCR-GRJ |
| 189 | 47398 | Cody Daniels | The Gori Law Firm, P.C. | | 7:20-cv-07692-MCR-GRJ |
| 190 | 48262 | Christopher Rudisill | The Gori Law Firm, P.C. | | 7:20-cv-04248-MCR-GRJ |
| 191 | 56358 | Eric Fox | The Gori Law Firm, P.C. | 8:20-cv-27098-MCR-GRJ | |
| 192 | 56412 | Michael Garland | The Gori Law Firm, P.C. | | 7:20-cv-07423-MCR-GRJ |
| 193 | 57451 | John Davis | The Gori Law Firm, P.C. | | 7:20-cv-10768-MCR-GRJ |
| 194 | 169693 | Corry Overstreet | The Gori Law Firm, P.C. | 7:20-cv-39337-MCR-GRJ | |
| 195 | 208099 | Robert Hooper | The Gori Law Firm, P.C. | 8:20-cv-53684-MCR-GRJ | |
| 196 | 248843 | Molly Wilson | The Gori Law Firm, P.C. | 8:20-cv-91809-MCR-GRJ | |
| 197 | 285532 | Ceara Corden | The Gori Law Firm, P.C. | 7:21-cv-04975-MCR-GRJ | |
| 198 | 301108 | Christian Syon | The Gori Law Firm, P.C. | 7:21-cv-20999-MCR-GRJ | |
| 199 | 208525 | Robert Depping | Thomas J Henry | | 8:20-cv-53656-MCR-GRJ |
| 200 | 211816 | Shawn Cochran | Thomas J Henry | 8:20-cv-58767-MCR-GRJ | |
| 201 | 211863 | Caleb Edwards | Thomas J Henry | 8:20-cv-58860-MCR-GRJ | |
| 202 | 69920 | Cody Blair | Watts Guerra, LLP | 8:20-cv-20728-MCR-GRJ | |
| 203 | 70198 | Leonard Burke | Watts Guerra, LLP | 8:20-cv-21346-MCR-GRJ | |
| 204 | 71172 | David Feathers | Watts Guerra, LLP | | 8:20-cv-22400-MCR-GRJ |
| 205 | 71321 | Jeffery Franks | Watts Guerra, LLP | 8:20-cv-24567-MCR-GRJ | |
| 206 | 71713 | David Hadaway | Watts Guerra, LLP | | 8:20-cv-27292-MCR-GRJ |
| 207 | 71871 | John Hatfield | Watts Guerra, LLP | | 8:20-cv-28086-MCR-GRJ |
| 208 | 71905 | Thomas Hayward | Watts Guerra, LLP | | 8:20-cv-28170-MCR-GRJ |
| 209 | 72348 | Andrew Johnson | Watts Guerra, LLP | 8:20-cv-22778-MCR-GRJ | |
| 210 | 72495 | Gregory Keeler | Watts Guerra, LLP | | 8:20-cv-23361-MCR-GRJ |
| 211 | 74419 | Charles Riling | Watts Guerra, LLP | | 8:20-cv-25909-MCR-GRJ |
| 212 | 74797 | Matthew Segroves | Watts Guerra, LLP | | 8:20-cv-26014-MCR-GRJ |
| 213 | 74807 | Randell Sessions | Watts Guerra, LLP | | 8:20-cv-26027-MCR-GRJ |

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION
EXHIBIT A

| Row | PID | Name | Firm | Admin Docket Case Number | Active Docket Case Number |
|---|---|---|---|---|---|
| 214 | 74829 | Kinuwan Sharpe | Watts Guerra, LLP | | 8:20-cv-26065-MCR-GRJ |
| 215 | 74878 | Derek Shue | Watts Guerra, LLP | 8:20-cv-26111-MCR-GRJ | |
| 216 | 75481 | John Tirpak | Watts Guerra, LLP | | 8:20-cv-28000-MCR-GRJ |
| 217 | 75538 | Christopher Tucker | Watts Guerra, LLP | | 8:20-cv-28212-MCR-GRJ |
| 218 | 75568 | Brian Tyler | Watts Guerra, LLP | 8:20-cv-28310-MCR-GRJ | |
| 219 | 75605 | Casey Van Bastelaar | Watts Guerra, LLP | | 8:20-cv-28468-MCR-GRJ |
| 220 | 75633 | Jeffrey Vargas | Watts Guerra, LLP | 8:20-cv-29430-MCR-GRJ | |
| 221 | 75640 | Gabriel Vasquez | Watts Guerra, LLP | | 8:20-cv-29445-MCR-GRJ |
| 222 | 75746 | Xavier Walter | Watts Guerra, LLP | | 8:20-cv-29753-MCR-GRJ |
| 223 | 140234 | Jon Crump | Watts Guerra, LLP | | 3:20-cv-00186-MCR-GRJ |
| 224 | 140412 | Jermaine Otey | Watts Guerra, LLP | | 3:20-cv-00389-MCR-GRJ |
| 225 | 140462 | Kenneth Shanks | Watts Guerra, LLP | | 3:20-cv-00373-MCR-GRJ |
| 226 | 140729 | Joshua Herlt | Watts Guerra, LLP | | 3:20-cv-00860-MCR-GRJ |
| 227 | 140736 | Billy Mcconnell | Watts Guerra, LLP | | 3:20-cv-00862-MCR-GRJ |
| 228 | 140853 | John Holmstrom | Watts Guerra, LLP | | 3:20-cv-00598-MCR-GRJ |
| 229 | 141014 | Kiku Parker | Watts Guerra, LLP | | 3:20-cv-01511-MCR-GRJ |
| 230 | 141225 | Michael Dias | Watts Guerra, LLP | | 3:20-cv-01928-MCR-GRJ |
| 231 | 141334 | Jeffrey Hall | Watts Guerra, LLP | | 3:20-cv-02033-MCR-GRJ |
| 232 | 141355 | Kyle Lane | Watts Guerra, LLP | | 3:20-cv-02048-MCR-GRJ |
| 233 | 141361 | Florencio Hinojosa | Watts Guerra, LLP | | 3:20-cv-01981-MCR-GRJ |
| 234 | 141450 | Ryan Nolan | Watts Guerra, LLP | | 3:19-cv-04191-MCR-GRJ |
| 235 | 141505 | Santi Khoundet | Watts Guerra, LLP | | 3:20-cv-02397-MCR-GRJ |
| 236 | 141619 | Carlos Marrero | Watts Guerra, LLP | | 3:20-cv-02534-MCR-GRJ |
| 237 | 141655 | Joshua Hughes | Watts Guerra, LLP | | 3:20-cv-02260-MCR-GRJ |
| 238 | 141685 | Jedediah Smith | Watts Guerra, LLP | | 3:20-cv-02309-MCR-GRJ |
| 239 | 141703 | James Tindal | Watts Guerra, LLP | | 3:20-cv-02246-MCR-GRJ |
| 240 | 141820 | Curtis Edenfield | Watts Guerra, LLP | | 3:20-cv-02193-MCR-GRJ |
| 241 | 141827 | Victor Zurita | Watts Guerra, LLP | | 3:20-cv-02203-MCR-GRJ |
| 242 | 142088 | Peter Heap | Watts Guerra, LLP | | 3:20-cv-01621-MCR-GRJ |
| 243 | 142132 | Timothy French | Watts Guerra, LLP | | 3:20-cv-01698-MCR-GRJ |
| 244 | 142501 | Wyatt Fluharty | Watts Guerra, LLP | | 3:20-cv-00902-MCR-GRJ |
| 245 | 142568 | John Mckeithen | Watts Guerra, LLP | | 3:20-cv-00919-MCR-GRJ |
| 246 | 142609 | Robert Russell | Watts Guerra, LLP | | 3:20-cv-03295-MCR-GRJ |
| 247 | 142657 | Robert Youngson | Watts Guerra, LLP | | 3:20-cv-00698-MCR-GRJ |
| 248 | 142841 | Joseph Jackson | Watts Guerra, LLP | | 3:20-cv-00471-MCR-GRJ |
| 249 | 143461 | Clavis Gilbert | Watts Guerra, LLP | | 3:20-cv-03517-MCR-GRJ |
| 250 | 143674 | Eric Larson | Watts Guerra, LLP | | 3:20-cv-03210-MCR-GRJ |
| 251 | 143717 | Lendell Lynch | Watts Guerra, LLP | | 3:20-cv-03260-MCR-GRJ |
| 252 | 143862 | Gabriel O'Brien | Watts Guerra, LLP | | 3:20-cv-03214-MCR-GRJ |
| 253 | 144258 | Phillip Bays | Watts Guerra, LLP | | 3:20-cv-02803-MCR-GRJ |
| 254 | 174064 | Rickey Bowman | Watts Guerra, LLP | | 3:19-cv-04761-MCR-GRJ |
| 255 | 120655 | Serena Trice | Weitz & Luxenberg | | 7:20-cv-27230-MCR-GRJ |
| 256 | 120883 | Kane Mayette | Weitz & Luxenberg | | 7:20-cv-27745-MCR-GRJ |
| 257 | 120892 | Kevin Buford | Weitz & Luxenberg | | 7:20-cv-27769-MCR-GRJ |
| 258 | 121843 | Christine Waterstripe | Weitz & Luxenberg | 7:20-cv-27595-MCR-GRJ | |
| 259 | 122066 | Tiffton Halford | Weitz & Luxenberg | | 7:20-cv-28711-MCR-GRJ |
| 260 | 122347 | Jonathan Mcgee | Weitz & Luxenberg | 7:20-cv-31056-MCR-GRJ | |
| 261 | 122984 | Terry Carroll | Weitz & Luxenberg | 7:20-cv-29405-MCR-GRJ | |
| 262 | 161223 | Cory Smith | Weitz & Luxenberg | | 7:20-cv-36070-MCR-GRJ |
| 263 | 169253 | Jovan Moss | Weitz & Luxenberg | 7:20-cv-38821-MCR-GRJ | |
| 264 | 182038 | Nicholas Richardson | Weitz & Luxenberg | 7:20-cv-85694-MCR-GRJ | |
| 265 | 198114 | Kenneth Horlback | Weitz & Luxenberg | 8:20-cv-62879-MCR-GRJ | |
| 266 | 198178 | Heyward Hutson | Weitz & Luxenberg | 8:20-cv-63012-MCR-GRJ | |
| 267 | 218020 | Cody Corbell | Weitz & Luxenberg | | 8:20-cv-70650-MCR-GRJ |