IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION
EXHIBIT B

| Row | PID | Name | Firm | Admin Docket Case Number | Active Docket Case Number |
|---|---|---|---|---|---|
| 1 | 313279 | Robert Brabham | Bailey Cowan Heckaman PLLC | 7:21-cv-31738-MCR-GRJ | |
| 2 | 358371 | Bobby Fillers | Clark, Love & Hutson PLLC | | 3:22-cv-02140-MCR-GRJ |
| 3 | 358591 | Jeff Smith | Clark, Love & Hutson PLLC | | 3:22-cv-03447-MCR-GRJ |
| 4 | 69754 | Christopher Barton | Danziger & De Llano | 8:20-cv-22527-MCR-GRJ | |
| 5 | 74129 | Andrew Polk | Danziger & De Llano | 8:20-cv-25212-MCR-GRJ | |
| 6 | 354797 | Juan Hernandez | Heninger Garrison Davis, LLC | | 3:21-cv-04541-MCR-GRJ |
| 7 | 354808 | Aleksey Puzhlyakov | Heninger Garrison Davis, LLC | | 3:21-cv-04567-MCR-GRJ |
| 8 | 354892 | Kurt Weigel | Heninger Garrison Davis, LLC | | 3:21-cv-04714-MCR-GRJ |
| 9 | 354893 | Jon Besaw | Heninger Garrison Davis, LLC | | 3:21-cv-04729-MCR-GRJ |
| 10 | 355081 | David Carley | Heninger Garrison Davis, LLC | | 3:21-cv-04750-MCR-GRJ |
| 11 | 355089 | Brittany Robinson | Heninger Garrison Davis, LLC | | 3:21-cv-04573-MCR-GRJ |
| 12 | 356584 | Edward Schwartz | Heninger Garrison Davis, LLC | | 3:22-cv-01135-MCR-GRJ |
| 13 | 356587 | Robert Selby | Heninger Garrison Davis, LLC | | 3:22-cv-01241-MCR-GRJ |
| 14 | 356589 | Michael Hardy | Heninger Garrison Davis, LLC | | 3:22-cv-01250-MCR-GRJ |
| 15 | 356616 | Justin Geraud | Heninger Garrison Davis, LLC | | 3:22-cv-01489-MCR-GRJ |
| 16 | 356627 | Fabian Ysker | Heninger Garrison Davis, LLC | | 3:22-cv-01551-MCR-GRJ |
| 17 | 356628 | Villard Vitalis | Heninger Garrison Davis, LLC | | 3:22-cv-01554-MCR-GRJ |
| 18 | 356638 | Donald Auzenne | Heninger Garrison Davis, LLC | | 3:22-cv-01866-MCR-GRJ |
| 19 | 356657 | John Knight | Heninger Garrison Davis, LLC | | 3:22-cv-01946-MCR-GRJ |
| 20 | 356659 | Samuel Lang | Heninger Garrison Davis, LLC | | 3:22-cv-01968-MCR-GRJ |
| 21 | 356660 | Bernardo Quintela | Heninger Garrison Davis, LLC | | 3:22-cv-01975-MCR-GRJ |
| 22 | 356667 | Justin Dawson | Heninger Garrison Davis, LLC | | 3:22-cv-02000-MCR-GRJ |
| 23 | 356669 | Jesus Balli | Heninger Garrison Davis, LLC | | 3:22-cv-02022-MCR-GRJ |
| 24 | 356675 | Matthew Deen | Heninger Garrison Davis, LLC | | 3:22-cv-01490-MCR-GRJ |
| 25 | 356682 | Mark Hinton | Heninger Garrison Davis, LLC | | 3:22-cv-01552-MCR-GRJ |
| 26 | 356687 | David Rains | Heninger Garrison Davis, LLC | | 3:22-cv-01562-MCR-GRJ |
| 27 | 356699 | Jeremy King | Heninger Garrison Davis, LLC | | 3:22-cv-01627-MCR-GRJ |
| 28 | 356704 | Jose Lopez | Heninger Garrison Davis, LLC | | 3:22-cv-01661-MCR-GRJ |
| 29 | 356705 | Demetrich Funderburg | Heninger Garrison Davis, LLC | | 3:22-cv-01674-MCR-GRJ |
| 30 | 356757 | Elliott Lilienthal | Heninger Garrison Davis, LLC | | 3:22-cv-01840-MCR-GRJ |
| 31 | 356774 | Melissa Gaudette | Heninger Garrison Davis, LLC | | 3:22-cv-01862-MCR-GRJ |
| 32 | 356775 | Paul Spillman | Heninger Garrison Davis, LLC | | 3:22-cv-01863-MCR-GRJ |
| 33 | 356776 | John Dobbs | Heninger Garrison Davis, LLC | | 3:22-cv-01867-MCR-GRJ |
| 34 | 356803 | James Jenkins | Heninger Garrison Davis, LLC | | 3:22-cv-01932-MCR-GRJ |
| 35 | 356808 | Daniel Foster | Heninger Garrison Davis, LLC | | 3:22-cv-01941-MCR-GRJ |
| 36 | 356811 | Jaquae Jones | Heninger Garrison Davis, LLC | | 3:22-cv-01949-MCR-GRJ |
| 37 | 356812 | Anthony Branham | Heninger Garrison Davis, LLC | | 3:22-cv-01950-MCR-GRJ |
| 38 | 357600 | Joel Espiritusanto | Heninger Garrison Davis, LLC | | 3:22-cv-03332-MCR-GRJ |
| 39 | 357602 | David Trentham | Heninger Garrison Davis, LLC | | 3:22-cv-02339-MCR-GRJ |
| 40 | 357606 | Michael Jenkins | Heninger Garrison Davis, LLC | | 3:22-cv-03330-MCR-GRJ |
| 41 | 357608 | Willie Viverette | Heninger Garrison Davis, LLC | | 3:22-cv-03326-MCR-GRJ |
| 42 | 357623 | Gregg Wolff | Heninger Garrison Davis, LLC | | 3:22-cv-03297-MCR-GRJ |
| 43 | 357645 | Johnny Crow | Heninger Garrison Davis, LLC | | 3:22-cv-02430-MCR-GRJ |
| 44 | 357647 | John Erickson | Heninger Garrison Davis, LLC | | 3:22-cv-03237-MCR-GRJ |
| 45 | 357648 | Melissa Clemens | Heninger Garrison Davis, LLC | | 3:22-cv-03231-MCR-GRJ |
| 46 | 357655 | Emily Shupe | Heninger Garrison Davis, LLC | | 3:22-cv-03228-MCR-GRJ |
| 47 | 357660 | Noe Rodriguez | Heninger Garrison Davis, LLC | | 3:22-cv-03300-MCR-GRJ |
| 48 | 357673 | Michael Snow | Heninger Garrison Davis, LLC | | 3:22-cv-03051-MCR-GRJ |
| 49 | 357692 | David Trader | Heninger Garrison Davis, LLC | | 3:22-cv-03266-MCR-GRJ |
| 50 | 357703 | Ashley Chewitt | Heninger Garrison Davis, LLC | | 3:22-cv-03208-MCR-GRJ |
| 51 | 357706 | Paul Devito | Heninger Garrison Davis, LLC | | 3:22-cv-02756-MCR-GRJ |
| 52 | 357707 | Otis Ellis | Heninger Garrison Davis, LLC | | 3:22-cv-02749-MCR-GRJ |
| 53 | 357709 | Aaron Jenney-Kraus | Heninger Garrison Davis, LLC | | 3:22-cv-02736-MCR-GRJ |
| 54 | 357710 | Darien James | Heninger Garrison Davis, LLC | | 3:22-cv-02732-MCR-GRJ |
| 55 | 357713 | Leanna Newsome | Heninger Garrison Davis, LLC | | 3:22-cv-02715-MCR-GRJ |
| 56 | 357716 | Jake Porter | Heninger Garrison Davis, LLC | | 3:22-cv-02701-MCR-GRJ |
| 57 | 357717 | Jason Sisco | Heninger Garrison Davis, LLC | | 3:22-cv-03037-MCR-GRJ |
| 58 | 357724 | Marc Pheney | Heninger Garrison Davis, LLC | | 3:22-cv-03032-MCR-GRJ |
| 59 | 357726 | Montez Huff | Heninger Garrison Davis, LLC | | 3:22-cv-03134-MCR-GRJ |
| 60 | 357730 | Jay Zook | Heninger Garrison Davis, LLC | | 3:22-cv-03125-MCR-GRJ |
| 61 | 357736 | Miesha Mcglothen | Heninger Garrison Davis, LLC | | 3:22-cv-02621-MCR-GRJ |
| 62 | 357758 | Prisca White | Heninger Garrison Davis, LLC | | 3:22-cv-03203-MCR-GRJ |
| 63 | 357764 | James Kirk | Heninger Garrison Davis, LLC | | 3:22-cv-02530-MCR-GRJ |
| 64 | 357765 | Steven Overturf | Heninger Garrison Davis, LLC | | 3:22-cv-03194-MCR-GRJ |
| 65 | 357771 | Janet Barnicoat | Heninger Garrison Davis, LLC | | 3:22-cv-03189-MCR-GRJ |
| 66 | 357775 | Joseph Talley | Heninger Garrison Davis, LLC | | 3:22-cv-03013-MCR-GRJ |
| 67 | 357776 | John Roy | Heninger Garrison Davis, LLC | | 3:22-cv-03073-MCR-GRJ |
| 68 | 357786 | Willard Wyatt | Heninger Garrison Davis, LLC | | 3:22-cv-03179-MCR-GRJ |
| 69 | 357794 | Herbrena Myers | Heninger Garrison Davis, LLC | | 3:22-cv-03174-MCR-GRJ |
| 70 | 357807 | Lizzie Baker | Heninger Garrison Davis, LLC | | 3:22-cv-02903-MCR-GRJ |
| 71 | 357814 | Kory Yates | Heninger Garrison Davis, LLC | | 3:22-cv-02889-MCR-GRJ |
| 72 | 357815 | Sean West | Heninger Garrison Davis, LLC | | 3:22-cv-02885-MCR-GRJ |
| 73 | 357821 | Joseph Cooper | Heninger Garrison Davis, LLC | | 3:22-cv-03166-MCR-GRJ |
| 74 | 357842 | Nathan Morsbach | Heninger Garrison Davis, LLC | | 3:22-cv-03157-MCR-GRJ |
| 75 | 357930 | Tyre Taylor | Heninger Garrison Davis, LLC | | 3:22-cv-03725-MCR-GRJ |

| Row | PID | Name | Firm | Admin Docket Case Number | Active Docket Case Number |
|---|---|---|---|---|---|
| 76 | 357936 | Dennis Stornelli | Heninger Garrison Davis, LLC | | 3:22-cv-03792-MCR-GRJ |
| 77 | 357989 | Sarah Cross | Heninger Garrison Davis, LLC | | 3:22-cv-03992-MCR-GRJ |
| 78 | 357991 | Ryan Blazer | Heninger Garrison Davis, LLC | | 3:22-cv-03996-MCR-GRJ |
| 79 | 357999 | Nate Harper | Heninger Garrison Davis, LLC | | 3:22-cv-04013-MCR-GRJ |
| 80 | 358003 | Jamie Proffitt | Heninger Garrison Davis, LLC | | 3:22-cv-04023-MCR-GRJ |
| 81 | 358032 | Reginald Riley | Heninger Garrison Davis, LLC | | 3:22-cv-04076-MCR-GRJ |
| 82 | 358036 | Winston Lacey | Heninger Garrison Davis, LLC | | 3:22-cv-04121-MCR-GRJ |
| 83 | 358071 | James Holloway | Heninger Garrison Davis, LLC | | 3:22-cv-04135-MCR-GRJ |
| 84 | 358126 | James Simmons | Heninger Garrison Davis, LLC | | 3:22-cv-04098-MCR-GRJ |
| 85 | 358128 | Quincy Johnson | Heninger Garrison Davis, LLC | | 3:22-cv-04089-MCR-GRJ |
| 86 | 358135 | Sean Hallett | Heninger Garrison Davis, LLC | | 3:22-cv-03845-MCR-GRJ |
| 87 | 358136 | James Clevenger | Heninger Garrison Davis, LLC | | 3:22-cv-03844-MCR-GRJ |
| 88 | 358153 | Keith Ellis | Heninger Garrison Davis, LLC | | 3:22-cv-03623-MCR-GRJ |
| 89 | 358154 | Jamaal Cole | Heninger Garrison Davis, LLC | | 3:22-cv-03611-MCR-GRJ |
| 90 | 358987 | Aaron Young | Heninger Garrison Davis, LLC | | 3:22-cv-03442-MCR-GRJ |
| 91 | 359034 | Kaleisha Shaver | Heninger Garrison Davis, LLC | | 3:22-cv-03563-MCR-GRJ |
| 92 | 359068 | Olalekan Oyewo | Heninger Garrison Davis, LLC | | 3:22-cv-03626-MCR-GRJ |
| 93 | 359086 | Tracy Alexander | Heninger Garrison Davis, LLC | | 3:22-cv-03686-MCR-GRJ |
| 94 | 359091 | Ronald Phillips | Heninger Garrison Davis, LLC | | 3:22-cv-03694-MCR-GRJ |
| 95 | 359209 | Jose Cazarez | Heninger Garrison Davis, LLC | | 3:22-cv-04006-MCR-GRJ |
| 96 | 359246 | Staysea Williams | Heninger Garrison Davis, LLC | | 3:22-cv-04157-MCR-GRJ |
| 97 | 359275 | Demetrius Reid | Heninger Garrison Davis, LLC | | 3:22-cv-04155-MCR-GRJ |
| 98 | 359298 | Joshua Bishop | Heninger Garrison Davis, LLC | | 3:22-cv-04097-MCR-GRJ |
| 99 | 341762 | David Bonilla | Keller Postman | 7:21-cv-59834-MCR-GRJ | |
| 100 | 341872 | Candido Centeno | Keller Postman | 7:21-cv-60041-MCR-GRJ | |
| 101 | 357332 | Edwardo Avila | Seeger Weiss LLP | | 3:22-cv-02433-MCR-GRJ |
| 102 | 357338 | Solomon Flowers | Seeger Weiss LLP | | 3:22-cv-02466-MCR-GRJ |
| 103 | 357339 | James Galloway | Seeger Weiss LLP | | 3:22-cv-02497-MCR-GRJ |
| 104 | 357340 | Aaron Godfrey | Seeger Weiss LLP | | 3:22-cv-02500-MCR-GRJ |
| 105 | 357341 | John Gragg | Seeger Weiss LLP | | 3:22-cv-02502-MCR-GRJ |
| 106 | 357342 | Michael Harrelson | Seeger Weiss LLP | | 3:22-cv-02508-MCR-GRJ |
| 107 | 357347 | Robert Koetzner | Seeger Weiss LLP | | 3:22-cv-02557-MCR-GRJ |
| 108 | 345774 | Jared Makamson | The Gori Law Firm, P.C. | | 7:21-cv-64350-MCR-GRJ |
| 109 | 136134 | Donald Bachman | Thomas J Henry | | 3:19-cv-01722-MCR-GRJ |
| 110 | 136152 | Garrett Bowers | Thomas J Henry | | 3:19-cv-01798-MCR-GRJ |
| 111 | 136159 | Ronald Brooks | Thomas J Henry | | 3:19-cv-02082-MCR-GRJ |
| 112 | 136174 | Daniel Carbajal | Thomas J Henry | | 3:19-cv-01854-MCR-GRJ |
| 113 | 136187 | Kyle Clark | Thomas J Henry | | 3:19-cv-03730-MCR-GRJ |
| 114 | 136188 | Jason Clark-Angrisanio | Thomas J Henry | | 3:19-cv-01727-MCR-GRJ |
| 115 | 136191 | Frank Colvin | Thomas J Henry | | 3:19-cv-03388-MCR-GRJ |
| 116 | 136192 | Chase Cooper | Thomas J Henry | | 3:19-cv-01818-MCR-GRJ |
| 117 | 136194 | Kelvin Coston | Thomas J Henry | | 3:19-cv-03207-MCR-GRJ |
| 118 | 136200 | Timothy Daniels | Thomas J Henry | | 3:19-cv-03389-MCR-GRJ |
| 119 | 136213 | Jerrick Dupont | Thomas J Henry | | 3:19-cv-01864-MCR-GRJ |
| 120 | 136228 | Rudy Flores | Thomas J Henry | | 3:19-cv-01734-MCR-GRJ |
| 121 | 136231 | Wesley Fowler | Thomas J Henry | | 3:19-cv-03205-MCR-GRJ |
| 122 | 136240 | Perry Garner | Thomas J Henry | | 3:19-cv-02865-MCR-GRJ |
| 123 | 136241 | Jessica Gehrke | Thomas J Henry | | 3:19-cv-01736-MCR-GRJ |
| 124 | 136273 | Benjamin Harvey | Thomas J Henry | | 3:19-cv-03563-MCR-GRJ |
| 125 | 136275 | Cory Hemminger | Thomas J Henry | | 3:19-cv-03460-MCR-GRJ |
| 126 | 136300 | Shannon Jefferson | Thomas J Henry | | 3:19-cv-01869-MCR-GRJ |
| 127 | 136313 | Ryan Knight | Thomas J Henry | | 3:19-cv-03087-MCR-GRJ |
| 128 | 136317 | William Lampley | Thomas J Henry | | 3:19-cv-02036-MCR-GRJ |
| 129 | 136342 | Jared Mays | Thomas J Henry | | 3:19-cv-03161-MCR-GRJ |
| 130 | 136343 | Blake Mcclure | Thomas J Henry | | 3:19-cv-02704-MCR-GRJ |
| 131 | 136359 | James Morris | Thomas J Henry | | 3:19-cv-01900-MCR-GRJ |
| 132 | 136368 | Jacob Murphey | Thomas J Henry | | 3:19-cv-01760-MCR-GRJ |
| 133 | 136400 | Jeron Porter | Thomas J Henry | | 3:19-cv-03091-MCR-GRJ |
| 134 | 136419 | Adriano Rivera | Thomas J Henry | | 3:19-cv-03461-MCR-GRJ |
| 135 | 136428 | Timothy Rochelle | Thomas J Henry | | 3:19-cv-03405-MCR-GRJ |
| 136 | 136503 | Michael Williams | Thomas J Henry | | 3:19-cv-01788-MCR-GRJ |
| 137 | 149562 | Jorge Caraballo | Thomas J Henry | 7:20-cv-30937-MCR-GRJ | |
| 138 | 149673 | James Collins | Thomas J Henry | 7:20-cv-31706-MCR-GRJ | |
| 139 | 150053 | John Flynn | Thomas J Henry | 7:20-cv-31604-MCR-GRJ | |
| 140 | 150214 | Jesus Gonzalez | Thomas J Henry | 7:20-cv-32256-MCR-GRJ | |
| 141 | 150311 | David Gutierrez | Thomas J Henry | 7:20-cv-32651-MCR-GRJ | |
| 142 | 150427 | Thomas Herbest | Thomas J Henry | 7:20-cv-32231-MCR-GRJ | |
| 143 | 150469 | Orrion Hill | Thomas J Henry | 7:20-cv-32454-MCR-GRJ | |
| 144 | 150656 | Erik Johnson | Thomas J Henry | 7:20-cv-32521-MCR-GRJ | |
| 145 | 150707 | Michael Kaplan | Thomas J Henry | 7:20-cv-32705-MCR-GRJ | |
| 146 | 150741 | Carney King | Thomas J Henry | 7:20-cv-32215-MCR-GRJ | |
| 147 | 150749 | Robert Kirchoff | Thomas J Henry | 7:20-cv-32249-MCR-GRJ | |
| 148 | 150955 | Fernand Marasigan | Thomas J Henry | 7:20-cv-32874-MCR-GRJ | |
| 149 | 151450 | Irina Plotner | Thomas J Henry | 7:20-cv-33324-MCR-GRJ | |
| 150 | 151455 | Larry Ponds | Thomas J Henry | 7:20-cv-33340-MCR-GRJ | |

| Row | PID | Name | Firm | Admin Docket Case Number | Active Docket Case Number |
|---|---|---|---|---|---|
| 151 | 151935 | Bryan Snodgrass | Thomas J Henry | 7:20-cv-34377-MCR-GRJ | |
| 152 | 152211 | Christopher Van De Yar | Thomas J Henry | 7:20-cv-34539-MCR-GRJ | |
| 153 | 152222 | Sammy Velez Vander Beke | Thomas J Henry | 7:20-cv-34598-MCR-GRJ | |
| 154 | 152241 | John Vita | Thomas J Henry | 7:20-cv-34679-MCR-GRJ | |
| 155 | 152311 | Stephen Werner | Thomas J Henry | 7:20-cv-34942-MCR-GRJ | |
| 156 | 156391 | Patrick Foster | Thomas J Henry | 7:20-cv-35373-MCR-GRJ | |
| 157 | 158056 | Carson Conwell | Thomas J Henry | 7:20-cv-35600-MCR-GRJ | |
| 158 | 158905 | Amaury Cook | Thomas J Henry | 7:20-cv-35470-MCR-GRJ | |
| 159 | 159393 | Devin Fitzpatrick | Thomas J Henry | 7:20-cv-35662-MCR-GRJ | |
| 160 | 160061 | Joseph Morenodike | Thomas J Henry | 7:20-cv-35689-MCR-GRJ | |
| 161 | 160726 | Joseph Blackmon | Thomas J Henry | 7:20-cv-35778-MCR-GRJ | |
| 162 | 161129 | Robert Garcia | Thomas J Henry | 7:20-cv-35972-MCR-GRJ | |
| 163 | 162034 | Henry Hartnell | Thomas J Henry | 7:20-cv-36262-MCR-GRJ | |
| 164 | 162440 | Colter Reynolds | Thomas J Henry | 7:20-cv-36603-MCR-GRJ | |
| 165 | 163036 | Stefan Wall | Thomas J Henry | 7:20-cv-36663-MCR-GRJ | |
| 166 | 163265 | Trevor Newirth | Thomas J Henry | 7:20-cv-36582-MCR-GRJ | |
| 167 | 163890 | Dwayne Ruffin | Thomas J Henry | 7:20-cv-37175-MCR-GRJ | |
| 168 | 173089 | Thomas Geno | Thomas J Henry | 7:20-cv-39671-MCR-GRJ | |
| 169 | 173188 | Ryan Boller | Thomas J Henry | 7:20-cv-40167-MCR-GRJ | |
| 170 | 173330 | Jared Palonis | Thomas J Henry | 7:20-cv-39977-MCR-GRJ | |
| 171 | 175482 | Enrique Ruiz | Thomas J Henry | 7:20-cv-39751-MCR-GRJ | |
| 172 | 175765 | Luis Lopez | Thomas J Henry | 7:20-cv-40859-MCR-GRJ | |
| 173 | 175795 | Jim Wong | Thomas J Henry | 7:20-cv-40901-MCR-GRJ | |
| 174 | 176828 | Bo Feitshans | Thomas J Henry | 8:20-cv-02223-MCR-GRJ | 3:19-cv-04849-MCR-GRJ |
| 175 | 176831 | Jeremiah Madden | Thomas J Henry | 8:20-cv-02226-MCR-GRJ | 3:19-cv-04898-MCR-GRJ |
| 176 | 176832 | Joshua Germann | Thomas J Henry | 8:20-cv-02227-MCR-GRJ | 3:19-cv-04902-MCR-GRJ |
| 177 | 176833 | Mariano Torres | Thomas J Henry | 8:20-cv-02228-MCR-GRJ | 3:19-cv-04903-MCR-GRJ |
| 178 | 176835 | Ronnie Warner | Thomas J Henry | 8:20-cv-02230-MCR-GRJ | 3:19-cv-04910-MCR-GRJ |
| 179 | 176836 | Theodore Cline | Thomas J Henry | 8:20-cv-02231-MCR-GRJ | 3:19-cv-04912-MCR-GRJ |
| 180 | 185534 | Devon Harrison | Thomas J Henry | 8:20-cv-09314-MCR-GRJ | |
| 181 | 185553 | Patrick Hopkins | Thomas J Henry | 8:20-cv-09366-MCR-GRJ | |
| 182 | 185656 | George O'bryan | Thomas J Henry | 7:21-cv-68338-MCR-GRJ | |
| 183 | 185659 | Nicolas Olson | Thomas J Henry | 8:20-cv-09660-MCR-GRJ | |
| 184 | 185665 | Ryan Panzarella | Thomas J Henry | 8:20-cv-09676-MCR-GRJ | |
| 185 | 185673 | Shayne Peters | Thomas J Henry | 8:20-cv-09702-MCR-GRJ | |
| 186 | 188998 | Leland Sauls | Thomas J Henry | 8:20-cv-16051-MCR-GRJ | |
| 187 | 192246 | Timothy Compton | Thomas J Henry | 8:20-cv-27399-MCR-GRJ | |
| 188 | 192322 | Thomas Gillis | Thomas J Henry | 8:20-cv-27631-MCR-GRJ | |
| 189 | 192530 | Jason Parker | Thomas J Henry | 8:20-cv-27453-MCR-GRJ | |
| 190 | 192606 | Yun So | Thomas J Henry | 8:20-cv-27660-MCR-GRJ | |
| 191 | 192722 | Daniel Zapico | Thomas J Henry | 8:20-cv-27806-MCR-GRJ | |
| 192 | 204202 | Michael Rothemeyer | Thomas J Henry | 8:20-cv-44604-MCR-GRJ | |
| 193 | 204247 | Sean Cox | Thomas J Henry | 8:20-cv-44762-MCR-GRJ | |
| 194 | 204468 | Joel Ortega | Thomas J Henry | 8:20-cv-45212-MCR-GRJ | |
| 195 | 204566 | Brian Mayfield | Thomas J Henry | 8:20-cv-45458-MCR-GRJ | |
| 196 | 204581 | Antonio Hamm | Thomas J Henry | 8:20-cv-45499-MCR-GRJ | |
| 197 | 204598 | John Ledington | Thomas J Henry | 8:20-cv-45551-MCR-GRJ | |
| 198 | 204784 | Robert Marx | Thomas J Henry | 8:20-cv-45310-MCR-GRJ | |
| 199 | 204925 | Thomas Baker | Thomas J Henry | 8:20-cv-45675-MCR-GRJ | |
| 200 | 205014 | Michael Hallman | Thomas J Henry | 8:20-cv-46115-MCR-GRJ | |
| 201 | 205062 | Concepcion Rojastoro | Thomas J Henry | 8:20-cv-46355-MCR-GRJ | |
| 202 | 205093 | Brandon Cattell | Thomas J Henry | 8:20-cv-46483-MCR-GRJ | |
| 203 | 208253 | Ardell Applegate | Thomas J Henry | 8:20-cv-57585-MCR-GRJ | |
| 204 | 208269 | Matthew Bailey | Thomas J Henry | 8:20-cv-53107-MCR-GRJ | |
| 205 | 208348 | Michael Brennan | Thomas J Henry | 8:20-cv-57697-MCR-GRJ | |
| 206 | 208412 | Kyle Carpenter | Thomas J Henry | 8:20-cv-57771-MCR-GRJ | |
| 207 | 208416 | Marcus Carrillo | Thomas J Henry | 8:20-cv-53408-MCR-GRJ | |
| 208 | 208506 | Cedric Davis | Thomas J Henry | 8:20-cv-53595-MCR-GRJ | |
| 209 | 208531 | Zachary Dick | Thomas J Henry | 8:20-cv-65616-MCR-GRJ | |
| 210 | 208578 | Thomas Ellison | Thomas J Henry | 8:20-cv-57917-MCR-GRJ | |
| 211 | 208593 | Michael Fadeley | Thomas J Henry | 8:20-cv-57932-MCR-GRJ | |
| 212 | 208598 | Richard Fant | Thomas J Henry | 8:20-cv-53824-MCR-GRJ | |
| 213 | 208697 | Cody Grannan | Thomas J Henry | 8:20-cv-65621-MCR-GRJ | |
| 214 | 208722 | Jonathan Guill | Thomas J Henry | 8:20-cv-58036-MCR-GRJ | |
| 215 | 208821 | Richie Huynh | Thomas J Henry | 8:20-cv-53365-MCR-GRJ | |
| 216 | 208839 | David Javier | Thomas J Henry | 8:20-cv-58119-MCR-GRJ | |
| 217 | 208882 | Thomas Kedrowitz | Thomas J Henry | 8:20-cv-58153-MCR-GRJ | |
| 218 | 209183 | Alexander Peterson | Thomas J Henry | 8:20-cv-58327-MCR-GRJ | |
| 219 | 209197 | Jeffrey Pinto | Thomas J Henry | 8:20-cv-54163-MCR-GRJ | |
| 220 | 209433 | Michael Steele | Thomas J Henry | 8:20-cv-54560-MCR-GRJ | |
| 221 | 209519 | Francisco Trujillo | Thomas J Henry | 8:20-cv-54641-MCR-GRJ | |
| 222 | 211734 | Jose Avila-Vasquez | Thomas J Henry | 8:20-cv-58608-MCR-GRJ | |
| 223 | 211759 | Troy Blanchard | Thomas J Henry | 8:20-cv-58655-MCR-GRJ | |
| 224 | 211766 | William Bowman | Thomas J Henry | 8:20-cv-58669-MCR-GRJ | |
| 225 | 211809 | Scott Ciecko | Thomas J Henry | 8:20-cv-58754-MCR-GRJ | |

| Row | PID | Name | Firm | Admin Docket Case Number | Active Docket Case Number |
|---|---|---|---|---|---|
| 226 | 211861 | Gabriel Echevarria | Thomas J Henry | 8:20-cv-58857-MCR-GRJ | |
| 227 | 211892 | Donald Fuller | Thomas J Henry | 8:20-cv-58917-MCR-GRJ | |
| 228 | 211924 | Alejandro Hernandez | Thomas J Henry | 8:20-cv-58980-MCR-GRJ | |
| 229 | 212163 | Wendy Standley | Thomas J Henry | 8:20-cv-58750-MCR-GRJ | |
| 230 | 212193 | Luis Valdovinos | Thomas J Henry | 8:20-cv-58810-MCR-GRJ | |
| 231 | 221312 | Jarrid Cavanaugh | Thomas J Henry | 8:20-cv-76967-MCR-GRJ | |
| 232 | 221331 | Frank Colon | Thomas J Henry | 8:20-cv-76986-MCR-GRJ | |
| 233 | 221389 | Keith Fuller | Thomas J Henry | 8:20-cv-77076-MCR-GRJ | |
| 234 | 221394 | Adrian Gainus | Thomas J Henry | 8:20-cv-77085-MCR-GRJ | |
| 235 | 221582 | Jeff Morris | Thomas J Henry | 8:20-cv-77927-MCR-GRJ | |
| 236 | 221636 | Brandon Rall | Thomas J Henry | 8:20-cv-78037-MCR-GRJ | |
| 237 | 221649 | Justin Richardson | Thomas J Henry | 8:20-cv-78049-MCR-GRJ | |
| 238 | 221677 | John Schultz | Thomas J Henry | 8:20-cv-78077-MCR-GRJ | |
| 239 | 221751 | Antoine Veal | Thomas J Henry | 8:20-cv-78697-MCR-GRJ | |
| 240 | 221772 | Liam White | Thomas J Henry | 8:20-cv-78738-MCR-GRJ | |
| 241 | 233953 | Raphael Chookagian | Thomas J Henry | 8:20-cv-68172-MCR-GRJ | |
| 242 | 234009 | Scott Lane | Thomas J Henry | 8:20-cv-68355-MCR-GRJ | |
| 243 | 234074 | Mark Thelen | Thomas J Henry | 8:20-cv-68582-MCR-GRJ | |
| 244 | 234091 | Adam York | Thomas J Henry | 8:20-cv-68629-MCR-GRJ | |
| 245 | 239704 | Ryan Reeves | Thomas J Henry | 8:20-cv-82648-MCR-GRJ | |
| 246 | 240696 | Shawn Lathum | Thomas J Henry | 8:20-cv-86568-MCR-GRJ | |
| 247 | 241998 | Patrick Leonard | Thomas J Henry | 8:20-cv-75847-MCR-GRJ | |
| 248 | 248233 | Gerald Simmons | Thomas J Henry | 8:20-cv-86699-MCR-GRJ | |
| 249 | 248256 | Patrick Williams | Thomas J Henry | 8:20-cv-86765-MCR-GRJ | |
| 250 | 251968 | Steven Jobe | Thomas J Henry | 8:20-cv-86872-MCR-GRJ | |
| 251 | 251992 | Travis Metzger | Thomas J Henry | 8:20-cv-98220-MCR-GRJ | |
| 252 | 253004 | Jay Jones | Thomas J Henry | 8:20-cv-98294-MCR-GRJ | |
| 253 | 307105 | Alexander Hewitt | Thomas J Henry | 7:21-cv-24146-MCR-GRJ | |
| 254 | 357467 | Gary Martin | Watts Guerra, LLP | | 3:22-cv-01304-MCR-GRJ |