# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, July 29, 2022 7:00 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Friday, July 29, 2022 11:59:14 AM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 7/29/2022 at 7:59 AM EDT and filed on 7/29/2022

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | [MDL No. 2885](#) |
| **Filer:** | |
| **Document Number:** | [1773](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 8 action(s)** *re: pldg. ([1764] in MDL No. 2885, 1 in MN/0:22-cv-01779, 1 in MN/0:22-cv-01782, 1 in MN/0:22-cv-01788, 1 in MN/0:22-cv-01805, 1 in MN/0:22-cv-01806, 1 in MN/0:22-cv-01807, 1 in MN/0:22-cv-01808, 1 in MN/0:22-cv-01810)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 7/29/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01779, MN/0:22-cv-01782, MN/0:22-cv-01788, MN/0:22-cv-01805, MN/0:22-cv-01806, MN/0:22-cv-01807, MN/0:22-cv-01808, MN/0:22-cv-01810 (JC)**

| | |
|---|---|
| **Case Name:** | Sibley v. 3M Company et al |

| | |
|---|---|
| **Case Number:** | MN/0:22-cv-01782 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 8 action(s)** *re: pldg. ( [1764] in MDL No. 2885, 1 in MN/0:22-cv-01779, 1 in MN/0:22-cv-01782, 1 in MN/0:22-cv-01788, 1 in MN/0:22-cv-01805, 1 in MN/0:22-cv-01806, 1 in MN/0:22-cv-01807, 1 in MN/0:22-cv-01808, 1 in MN/0:22-cv-01810)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 7/29/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01779, MN/0:22-cv-01782, MN/0:22-cv-01788, MN/0:22-cv-01805, MN/0:22-cv-01806, MN/0:22-cv-01807, MN/0:22-cv-01808, MN/0:22-cv-01810 (JC)**

| | |
|---|---|
| **Case Name:** | Thibodeaux v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01805 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 8 action(s)** *re: pldg. ( [1764] in MDL No. 2885, 1 in MN/0:22-cv-01779, 1 in MN/0:22-cv-01782, 1 in MN/0:22-cv-01788, 1 in MN/0:22-cv-01805, 1 in MN/0:22-cv-01806, 1 in MN/0:22-cv-01807, 1 in MN/0:22-cv-01808, 1 in MN/0:22-cv-01810)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 7/29/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01779, MN/0:22-cv-01782, MN/0:22-cv-01788, MN/0:22-cv-01805, MN/0:22-cv-01806, MN/0:22-cv-01807, MN/0:22-cv-01808, MN/0:22-cv-01810 (JC)**

| | |
|---|---|
| **Case Name:** | Cook v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01806 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 8 action(s)** *re: pldg. ( [1764] in MDL No. 2885, 1 in MN/0:22-cv-01779, 1 in MN/0:22-cv-01782, 1 in MN/0:22-cv-01788, 1 in MN/0:22-cv-01805, 1 in MN/0:22-cv-01806, 1 in MN/0:22-cv-01807, 1 in MN/0:22-cv-01808, 1 in MN/0:22-cv-01810)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 7/29/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01779, MN/0:22-cv-01782, MN/0:22-cv-01788, MN/0:22-cv-01805, MN/0:22-cv-01806, MN/0:22-cv-01807, MN/0:22-cv-01808, MN/0:22-cv-01810 (JC)**

| | |
|---|---|
| **Case Name:** | Hogie v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01779 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 8 action(s)** *re: pldg. ( [1764] in MDL No. 2885, 1 in MN/0:22-cv-01779, 1 in MN/0:22-cv-01782, 1 in MN/0:22-cv-01788, 1 in MN/0:22-cv-01805, 1 in MN/0:22-cv-01806, 1 in MN/0:22-cv-01807, 1 in MN/0:22-cv-01808, 1 in MN/0:22-cv-01810)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 7/29/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01779, MN/0:22-cv-01782, MN/0:22-cv-01788, MN/0:22-cv-01805, MN/0:22-cv-01806, MN/0:22-cv-01807, MN/0:22-cv-01808, MN/0:22-cv-01810 (JC)**

| | |
|---|---|
| **Case Name:** | Sharp v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01810 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 8 action(s)** *re: pldg. ( [1764] in MDL No. 2885, 1 in MN/0:22-cv-01779, 1 in MN/0:22-cv-01782, 1 in MN/0:22-cv-01788, 1 in MN/0:22-cv-01805, 1 in MN/0:22-cv-01806, 1 in MN/0:22-cv-01807, 1 in MN/0:22-cv-01808, 1 in MN/0:22-cv-01810)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 7/29/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01779, MN/0:22-cv-01782, MN/0:22-cv-01788, MN/0:22-cv-01805, MN/0:22-cv-01806, MN/0:22-cv-01807, MN/0:22-cv-01808, MN/0:22-cv-01810 (JC)**

| | |
|---|---|
| **Case Name:** | Mack v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01807 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 8 action(s)** *re: pldg. ( [1764] in MDL No. 2885, 1 in MN/0:22-cv-01779, 1 in MN/0:22-cv-01782, 1 in MN/0:22-cv-01788, 1 in MN/0:22-cv-01805, 1 in MN/0:22-cv-01806, 1 in MN/0:22-cv-01807, 1 in MN/0:22-cv-01808, 1 in MN/0:22-cv-01810)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 7/29/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01779, MN/0:22-cv-01782, MN/0:22-cv-01788, MN/0:22-cv-01805, MN/0:22-cv-01806, MN/0:22-cv-01807, MN/0:22-cv-01808, MN/0:22-cv-01810 (JC)**

| | |
|---|---|
| **Case Name:** | Wright v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01788 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 8 action(s)** *re: pldg. ( [1764] in MDL No. 2885, 1 in MN/0:22-cv-01779, 1 in MN/0:22-cv-01782, 1 in MN/0:22-cv-01788, 1 in MN/0:22-cv-01805, 1 in MN/0:22-cv-01806, 1 in MN/0:22-cv-01807, 1 in MN/0:22-cv-01808, 1 in MN/0:22-cv-01810)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 7/29/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01779, MN/0:22-cv-01782, MN/0:22-cv-01788, MN/0:22-cv-01805, MN/0:22-cv-01806, MN/0:22-cv-01807, MN/0:22-cv-01808, MN/0:22-cv-01810 (JC)**

| | |
|---|---|
| **Case Name:** | Morrison v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01808 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 8 action(s)** *re: pldg. ( [1764] in MDL No. 2885, 1 in MN/0:22-cv-01779, 1 in MN/0:22-cv-01782, 1 in MN/0:22-cv-01788, 1 in MN/0:22-cv-01805, 1 in MN/0:22-cv-01806, 1 in MN/0:22-cv-01807, 1 in MN/0:22-cv-01808, 1 in MN/0:22-cv-01810)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 7/29/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01779, MN/0:22-cv-01782, MN/0:22-cv-01788, MN/0:22-cv-01805, MN/0:22-cv-01806, MN/0:22-cv-01807, MN/0:22-cv-01808, MN/0:22-cv-01810 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-01782 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01782 Notice will not be electronically mailed to:**

**MN/0:22-cv-01805 Notice has been electronically mailed to:**

Amanda M Williams     awilliams@gustafsongluek.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01805 Notice will not be electronically mailed to:**

**MN/0:22-cv-01806 Notice has been electronically mailed to:**

Amanda M Williams     awilliams@gustafsongluek.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01806 Notice will not be electronically mailed to:**

**MN/0:22-cv-01779 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01779 Notice will not be electronically mailed to:**

**MN/0:22-cv-01810 Notice has been electronically mailed to:**

Amanda M Williams     awilliams@gustafsongluek.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01810 Notice will not be electronically mailed to:**

**MN/0:22-cv-01807 Notice has been electronically mailed to:**

Amanda M Williams     awilliams@gustafsongluek.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01807 Notice will not be electronically mailed to:**

**MN/0:22-cv-01788 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01788 Notice will not be electronically mailed to:**

**MN/0:22-cv-01808 Notice has been electronically mailed to:**

Amanda M Williams     awilliams@gustafsongluek.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01808 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=7/29/2022] [FileNumber=1127274-0]
[1a62b2c5e8f339d63cea6440c0cab87e25adf1572cf9bfa781a5d6b7caf056f6d4f8
3c37f7708050fb4d1a06678291f3e50c9ba481cecd57db33c59df368e3b9]]