UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to<br>Case No. 3:19-md-2885 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that attorney Richard G. Perque requests to be removed from the electronic service list.

Dated: July 29, 2022

                                        Respectfully submitted,

                                        By: /s/ *Richard G. Perque*
                                        Richard G. Perque
                                        LA State Bar No.: 30669
                                        RICHARD G. PERQUE, LLC
                                        700 Camp Street
                                        New Orleans, Louisiana 70130
                                        Telephone: (504) 681-2003
                                        Facsimile: (504) 681-2004
                                        richard@perquelaw.com
                                        *Counsel for Kurt Joseph Perque, Jr.*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 29th day of July 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ <i>Richard G. Perque</i>