# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No.: Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Christopher Rodriguez, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and in support thereof states as follows:

1. Christopher Rodriguez resides in California and is not a resident of the State of Florida.

2. Christopher Rodriguez is admitted to practice and is a member in good standing of the bar of the State of California. Copy of a Certificate of Good Standing from the State of California dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

1

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Christopher Rodriguez has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16581913506491, and the CM/ECF online tutorial.

4. Christopher Rodriguez has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Christopher Rodriguez has upgraded his PACER account.

6. Christopher Rodriguez is the attorney of record for the Plaintiffs identified in the attached "Exhibit B".

WHEREFORE, Christopher Rodriguez respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: July 29, 2022

*/s/ Christopher Rodriguez*
Christopher Rodriguez
**Singleton Schreiber, LLP**
1414 K Street, Suite 470
Sacramento, CA 95814
T: (916) 256-2312
F: (619) 255-1515
CRodriguez@singletonschreiber.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served via the Court's electronic CM/ECF System, this 29th day of July 2022.

                                                  */s/ Christopher Rodriguez*
                                                  Christopher Rodriguez