# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, August 1, 2022 7:43 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Monday, August 1, 2022 12:41:09 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 8/1/2022 at 8:41 AM EDT and filed on 8/1/2022
**Case Name:**   IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   MDL No. 2885
**Filer:**
**Document Number:** 1775

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-173) - 3 action(s)** *re: pldg. ([1768] in MDL No. 2885, 1 in MN/0:22-cv-01841, 1 in MN/0:22-cv-01851, 1 in MN/0:22-cv-01856)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/1/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01841, MN/0:22-cv-01851, MN/0:22-cv-01856 (JC)**

**Case Name:**   Firkus v. 3M Company et al
**Case Number:**   MN/0:22-cv-01851
**Filer:**
**Document Number:** 4

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-173) - 3 action(s)** *re: pldg. ( [1768] in MDL No. 2885, 1 in MN/0:22-cv-01841, 1 in MN/0:22-cv-01851, 1 in MN/0:22-cv-01856)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/1/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01841, MN/0:22-cv-01851, MN/0:22-cv-01856 (JC)**

| | |
|---|---|
| **Case Name:** | Rosenow v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01841 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-173) - 3 action(s)** *re: pldg. ( [1768] in MDL No. 2885, 1 in MN/0:22-cv-01841, 1 in MN/0:22-cv-01851, 1 in MN/0:22-cv-01856)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/1/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01841, MN/0:22-cv-01851, MN/0:22-cv-01856 (JC)**

| | |
|---|---|
| **Case Name:** | Wolf v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-01856 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-173) - 3 action(s)** *re: pldg. ( [1768] in MDL No. 2885, 1 in MN/0:22-cv-01841, 1 in MN/0:22-cv-01851, 1 in MN/0:22-cv-01856)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/1/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-01841, MN/0:22-cv-01851, MN/0:22-cv-01856 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-01851 Notice has been electronically mailed to:**

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01851 Notice will not be electronically mailed to:**

**MN/0:22-cv-01841 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01841 Notice will not be electronically mailed to:**

**MN/0:22-cv-01856 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-01856 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/1/2022] [FileNumber=1127439-0]
[596882319d37ded9a5178814ee192cf0173a5e5ac37bf8598e52c9630680a13282736
901fe8e5b01124501faf65b36a55d075132f7694e2a25285d7eebbbe9a9]]