UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER

This matter is before the Court on the Suggestion of Bankruptcy filed by Defendants Aearo Technologies LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and 3M Occupational Safety LLC, ECF No. 3328, indicating they filed a petition for relief under Chapter 11 of the United States Bankruptcy Code, resulting in an automatic stay of this litigation against them. *See* 11 U.S.C. § 362(a)(1). The stay will remain in effect until the bankruptcy case is disposed of by the bankruptcy court. *See* 11 U.S.C.A. § 362(c). Defendants are directed to promptly notify the Court when the stay is lifted.

Accordingly, as a consequence of the bankruptcy petition, all proceedings in this litigation are automatically **STAYED** as against the debtors, Defendants Aearo Technologies LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and 3M Occupational Safety LLC.[1]  The stay will remain in effect until the bankruptcy

---

[1] There presently is no stay as to 3M Company.

case has been disposed of by the bankruptcy court or the stay is otherwise lifted. The Defendants are directed to file a report with this Court every 180 days regarding the status of the bankruptcy case and to promptly notify the Court when the bankruptcy proceedings have concluded or the stay is otherwise lifted.

**SO ORDERED**, on this 2nd day of August, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**