UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*All Cases* | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANT 3M COMPANY**

Pursuant to the All Writs Act, 28 U.S.C. § 1651(a), and Local Rule 7.1(L), Plaintiff, Richard Valle, respectfully asks this Court to enjoin 3M Company and any party acting on 3M's behalf, from filing any motion, action, proceeding, brief, or other judicial filing that seeks to enjoin parties from pursuing CAEv2 related claims against 3M in this MDL or in district courts where MDL cases have been remanded, or from supporting and/or advocating in favor of any other party seeking to enjoin any parties from pursuing CAEv2 related claims against 3M in this MDL or in district courts where MDL cases have been remanded.[1] Given the imminent harm, Plaintiff respectfully asks for an expedited briefing schedule such that any opposition be due within 7 days and a hearing to follow within 2 days.

---

[1] This motion is solely directed at 3M Company, who is not a debtor in the bankruptcy, *In re Aearo Technologies LLC, et al.*, 22-02890 (Bankr. S.D. Ind.), and is not subject to the automatic stay. MDL Dkt. 3329

This motion is based on the accompanying memorandum of law, declaration, and exhibits in support of Plaintiff's motion for a preliminary injunction.

Dated: August 3, 2022        */s/ Ashley C. Keller*

Ashley C. Keller (Bar #1029118)
ack@kellerpostman.com
Nicole C. Berg (Pro Hac Vice)
ncb@kellerpostman.com
Ashley Barriere (Pro Hac Vice)
ashley.barriere@kellerpostman.com
Frank G. Dylewski (Pro Hac Vice forthcoming)
frank.dylewski@kellerpostman.com
**KELLER POSTMAN LLC**
150 North Riverside Plaza, Suite 4100
Chicago, Illinois  60606
Telephone: (312) 741-5220
Facsimile: (312) 971-3502

***Counsel for Plaintiff Richard Valle***

## **REQUEST FOR EMERGENCY TREATMENT**

Pursuant to Local Rule 7.1(L), and given the imminent harm as more fully described in the accompanying memorandum, Plaintiff requests a ruling more promptly than would occur in the ordinary course of business because.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(K), Plaintiff requests oral argument on this Emergency Motion and estimate that one hour shall be required for such argument.