# Exhibit D

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS EARPLUG    )    Case No. 3:19md2885
PRODUCTS LIABILITY LITIGATION,   )
                                 )    Pensacola, Florida
                                 )    April 13, 2021
                                 )    8:05 a.m.
_____  )

VOLUME XI
(Pages 1 to 336)

TRANSCRIPT OF ELEVENTH DAY OF JURY TRIAL
BEFORE THE HONORABLE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE, and a jury

**A P P E A R A N C E S**

**FOR THE PLAINTIFFS:**    Aylstock, Witkin, Kreis & Overholtz, PLLC
                          By:  **BRYAN F. AYLSTOCK**
                               _baylstock@awkolaw.com_

                               **NEIL D. OVERHOLTZ**
                               _noverholtz@awkolaw.com_

                               **JENNIFER HOEKSTRA**
                               _jhoekstra@awkolaw.com_

                          17 E Main Street, Suite 200
                          Pensacola, Florida  32502

_Donna L. Boland, RPR, FCRR_
_United States Court Reporter_
_1 N Palafox Street * Pensacola, Florida  32502_
**_Donna_Boland@flnd.uscourts.gov_**

**APPEARANCES:**   (Cont'd)

**FOR THE PLAINTIFFS:**      Laminack, Pirtle & Martines LLP
                            By: **THOMAS W. PIRTLE**
                                 *tomp@lmp-triallaw.com*
                            5020 Montrose Blvd, 9th Floor
                            Houston, Texas  77006

                            Pulaski Kherkher, PLLC
                            By:  **KATHERINE CORNELL**
                            2925 Richmond Avenue, Suite 1725
                            Houston, Texas  77098


**FOR THE DEFENDANTS:**      Kirkland & Ellis, LLP
                            By:  **ROBERT C. BROCK**
                                 *mike.brock@kirkland.com*
                            1301 Pennsylvania Avenue NW
                            Washington, D.C.  20004

                            Kirkland & Ellis, LLP
                            By:  **NICHOLAS F. WASDIN**
                                 *nick.wasdin@kirkland.com*

                                 **MARK J. NOMELLINI**
                                 *mnomellini@kirkland.com*
                            300 N Lasalle
                            Chicago, Illinois   60654

                            Dechert, LLP
                            By: **KIMBERLY BRANSCOME**
                                 *kimberly.branscome@dechert.com*
                            633 W 5th Street, Suite 4900
                            Los Angeles, California  90071

                            Moore, Hill & Westmoreland, PA
                            By: **CHARLES F. BEALL, JR.**
                                 *cbeall@mhw-law.com*
                            350 W Cedar Street, Suite 100
                            Pensacola, Florida   32502

09:14:08  1    audiologist is both conducting the exams and might a tech or

09:14:13  2    somebody checks a box as to what earplug was issued or used or

09:14:19  3    so forth?  Can you just describe for the jury what's going on

09:14:22  4    for that tech?

09:14:23  5    **A.**   Yeah.  So there are different circumstances that these

09:14:28  6    audiograms are developed in.  But oftentimes, these happen in

09:14:35  7    multi-man booths, so eight to ten person booths, with multiple

09:14:41  8    booths that subjects are -- servicemembers come in, get tested,

09:14:47  9    and it's a very quick process.  They have to process a lot of

09:14:52  10   people through a short amount of time, so the technicians take

09:14:55  11   the intake data, they enter it into the system, and they, you

09:14:59  12   know, move on to the next crowd.

09:15:00  13       Other times it's a little more relaxed, and so some of

09:15:04  14   these happen in a more formal setting with an audiologist and

09:15:08  15   they have a little bit more time.  But they still are, you

09:15:11  16   know, pressed for time, because they have to, you know, they

09:15:13  17   have to process the whole base in a certain amount of time to

09:15:17  18   stay on regulation.

09:15:17  19       So it's something that these technicians and the

09:15:23  20   audiologists are trying to do their best to capture all of the

09:15:26  21   data, but it doesn't allow for all of the information that we

09:15:31  22   would have liked to have seen.  And so that was my role in the

09:15:35  23   Hearing Center of Excellence, to try to change and facilitate,

09:15:39  24   make that a better system and to develop the processes to

09:15:41  25   capture the information that was needed.

| | | |
|---|---|---|
| 09:15:44 | 1 | **Q.**   So when soldiers are going through and getting their |
| 09:15:46 | 2 | testing, there are many soldiers in one booth being tested at |
| 09:15:52 | 3 | the same time; is that right? |
| 09:15:53 | 4 | **A.**   Yes, it is.  So, you know, basic trainees and deployment |
| 09:15:57 | 5 | lines, they will come in and they will test in these multi-man |
| 09:16:00 | 6 | booths, and so you have multiple audiometers focusing on |
| 09:16:05 | 7 | several people pushing buttons at the same time. |
| 09:16:07 | 8 | **Q.**   Sounds like a lot going on. |
| 09:16:14 | 9 | **MR. AYLSTOCK:**   Put back up S-Estes-0040, it's the |
| 09:16:23 | 10 | Reference Audiogram previously admitted, Your Honor. |
| 09:16:23 | 11 | **THE COURT:**   All right. |
| 09:16:25 | 12 | **MR. AYLSTOCK:**   And I want, Brian, to go down to the |
| 09:16:28 | 13 | personal hearing protection, Box 24A at the bottom.  Can you |
| 09:16:32 | 14 | blow that up? |
| 09:16:32 | 15 | **BY MR. AYLSTOCK:** |
| 09:16:37 | 16 | **Q.**   It says, "Personal hearing protection," and then it says, |
| 09:16:40 | 17 | "Type issued," and then there's some different options.  Do you |
| 09:16:45 | 18 | see that? |
| 09:16:46 | 19 | **A.**   Yes, I do. |
| 09:16:47 | 20 | **Q.**   And one of the options is -- well, for here it looks like |
| 09:16:50 | 21 | what was put in there is hand-formed earplugs.  Are those |
| 09:16:55 | 22 | foamies? |
| 09:16:56 | 23 | **A.**   That's the foamies. |
| 09:16:57 | 24 | **Q.**   And would that -- we just looked at the instruction, but |
| 09:17:00 | 25 | would that be the only -- is this box meant to tell anybody, |

09:17:05  1    including this jury, the only protection that was worn by Mr.

09:17:10  2    Estes or any soldier, for that matter, when it comes to hearing

09:17:15  3    protection?

09:17:15  4             **MS. BRANSCOME:**  Objection.  Argumentative, including

09:17:18  5    what it communicates to the jury.

09:17:20  6             **THE COURT:**  Overruled.

09:17:22  7             **THE WITNESS:**  Not necessarily.  This form can be

09:17:24  8    filled out in a number of different ways.  And so right here it

09:17:28  9    says type issued, and he was a cadet at West Point I believe

09:17:31  10   for this audiogram, and so it talked about what they were

09:17:34  11   issuing at that time.  But somebody who has been in the service

09:17:38  12   for a long time, the technician may look at what is in his

09:17:45  13   hearing protection case, they may take -- they may ask about

09:17:49  14   what he's using, or they may just mark what is available at the

09:17:53  15   base.  So there are multiple methods to fill out this form.

09:18:00  16   BY MR. AYLSTOCK:

09:18:00  17   Q.   And is there a -- well, let me ask you this:

09:18:05  18        There is a thing for triple-flange.  Is in fact the Combat

09:18:10  19   Arms 2, is that considered a triple-flange plug?

09:18:14  20   A.   It is described as a triple-flange plug.  So, in the Army

09:18:18  21   training guide, it has a description of the Combat Arms and

09:18:23  22   talks about it as a triple-flange plug.  The two tips of the

09:18:29  23   Combat Arms are triple-flanges welded together with that stem,

09:18:34  24   and so it's a bit confusing.  It was the first type of a

09:18:38  25   double-ended protection.  This was something that hadn't been

| | | |
|---|---|---|
| 09:18:42 | 1 | seen before and hasn't been seen since.  And so I think that |
| 09:18:45 | 2 | the dissemination of information about this was not widespread. |
| 09:18:50 | 3 | It kind of trickled out through the military. |
| 09:18:54 | 4 | So audiologists and technicians may have never seen this |
| 09:18:58 | 5 | before and struggled with the thought of how to classify it on |
| 09:19:01 | 6 | the type issued or the type worn.  And so, under the |
| 09:19:05 | 7 | triple-flange, it has -- you know, it's classified as |
| 09:19:10 | 8 | triple-flange, and so marking it as triple-flange is one way. |
| 09:19:14 | 9 | Q.   I think we saw in the flange report or the very first -- |
| 09:19:19 | 10 | one of the very first documents the jury saw, they described |
| 09:19:21 | 11 | the UltraFit end of the Combat Arms. |
| 09:19:24 | 12 | Is UltraFit a 3M product that is a triple-flange product? |
| 09:19:29 | 13 | **MS. BRANSCOME:**  Objection to the attorney commentary. |
| 09:19:31 | 14 | **THE COURT:**  Overruled. |
| 09:19:34 | 15 | **THE WITNESS:**  It is, and the UltraFit tip is the tip |
| 09:19:37 | 16 | that was used for the Combat Arms. |
| 09:19:40 | 17 | **BY MR. AYLSTOCK:** |
| 09:19:41 | 18 | Q.   So if for example a triple-flange were checked on this box |
| 09:19:44 | 19 | and a suggestion were made that that means that a soldier did |
| 09:19:50 | 20 | not use this plug, would that be in any way accurate? |
| 09:19:55 | 21 | A.   No, it would not.  I would like to comment, that all of |
| 09:19:58 | 22 | these are categories of plugs.  These are not brand names of |
| 09:20:01 | 23 | plugs.  And so you don't see BattlePlugs on there, you don't |
| 09:20:05 | 24 | see SureFire on there, you don't see any branded categories on |
| 09:20:10 | 25 | here.  These are all categories of types of plugs. |

| | | |
|---|---|---|
| 09:20:17 | 1 | **Q.**   You don't see Combat Arms Version 2 on here, either, do |
| 09:20:21 | 2 | you? |
| 09:20:21 | 3 | **A.**   I don't see it. |
| 09:20:22 | 4 | **Q.**   And you even don't see a CVC helmet on here, even though |
| 09:20:25 | 5 | that's certainly a hearing protection device; is that right? |
| 09:20:27 | 6 | **A.**   That's true. |
| 09:20:28 | 7 |           **MS. BRANSCOME:**  Objection.  Leading. |
| 09:20:29 | 8 |           **THE COURT:**  Sustained.  It is leading. |
| 09:20:31 | 9 |           **MR. AYLSTOCK:**  I'm sorry.  I'm just trying to move on. |
| 09:20:31 | 10 | **BY MR. AYLSTOCK:** |
| 09:20:32 | 11 | **Q.**   Do you see the CVC helmet on this form, Dr. Packer? |
| 09:20:34 | 12 | **A.**   I do not.  And I don't see tactical communication or other |
| 09:20:38 | 13 | electronic types of hearing protection on there either. |
| 09:20:40 | 14 | **Q.**   Now, the jury has also heard a little bit about quad-flange |
| 09:20:45 | 15 | plugs.  Did you read Christina Lee's deposition in Mr. Estes's |
| 09:20:49 | 16 | case? |
| 09:20:50 | 17 | **A.**   Yes, I did. |
| 09:20:50 | 18 | **Q.**   And you know Mr. Estes wore quad-flange as well; is that |
| 09:20:55 | 19 | right? |
| 09:20:55 | 20 | **A.**   That's correct. |
| 09:20:56 | 21 | **Q.**   And do you recall what she said as far as her understanding |
| 09:20:59 | 22 | of this particular plug as it relates to the audiogram, that |
| 09:21:05 | 23 | box on the audiogram? |
| 09:21:08 | 24 | **A.**   Yes.  I believe that she indicated that what she had been |
| 09:21:13 | 25 | calling quad-flange was identified as the Combat Arms visually, |

09:21:18  1    because she didn't know what else to call it.  It had more than

09:21:21  2    three flanges.

09:21:22  3    Q.   It's actually got -- it depends on how you look at it, it

09:21:25  4    could have six, and there wasn't a box to check six flange, was

09:21:30  5    there?

09:21:30  6    A.   That's correct.

09:21:30  7    Q.   And do you have an understanding as to whether Mr. Estes

09:21:33  8    even wore the quad-flange even though the forms say quad-flange

09:21:37  9    by Christina -- Ms. Lee?

09:21:42  10   A.   Yeah.  I think that per her testimony, she was indicating

09:21:46  11   what she thought to be the Combat Arms Version 2.

09:21:49  12   Q.   Now let me ask you this, just to put it succinctly:

09:21:57  13        Can that form and that box on that form be reliably used or

09:22:02  14   relied upon in determining whether or not any soldier used the

09:22:10  15   Combat Arms Version 2?

09:22:11  16   A.   I think that there would be probably rare occurrences where

09:22:16  17   somebody might have actually placed Combat Arms in the comment

09:22:22  18   box on that box.

09:22:24  19        MR. AYLSTOCK:  Can we pull up PD-0003?  It's been

09:22:30  20   previously marked as a demonstrative, but it's a photograph of,

09:22:35  21   the testimony is, Mr. Estes actually took of folks while he was

09:22:43  22   at Fort Benning.

09:22:52  23   BY MR. AYLSTOCK:

09:22:53  24   Q.   Are those soldiers wearing the Combat Arms Version 2?

09:22:56  25   A.   Yes, they are.

09:22:58  1      **MR. AYLSTOCK:**  We would request that this be moved

09:23:01  2  into evidence, Your Honor.

09:23:01  3          **THE COURT:**  It's 11084?

09:23:06  4      **MR. AYLSTOCK:**  Yes, Your Honor.

09:23:07  5          **THE COURT:**  All right.

09:23:07  6      (PLAINTIFFS' EXHIBIT P-ESTES-11084:  Received in

09:23:08  7  evidence.)

09:23:08  8  **BY MR. AYLSTOCK:**

09:23:09  9  **Q.**  Now, the audio techs that are doing multiple soldiers in

09:23:13  10  these multiple booths, you mentioned distribution channels.

09:23:16  11  Was that one of the main distribution channels for the Combat

09:23:20  12  Arms Earplugs?  Did they have them being issued there regularly

09:23:23  13  to your knowledge, or were they regularly giving out foamies or

09:23:26  14  other earplugs?

09:23:27  15  **A.**  Yeah, they would be giving out a cheaper version.  So, no,

09:23:32  16  they would not be giving out the Combat Arms necessarily.  The

09:23:35  17  Combat Arms would come in through the unit or for specific

09:23:39  18  types of mission-trained personnel or based on the hearing

09:23:47  19  profile or status of the soldier or used for deployment.  So

09:23:56  20  commonly these were passed out for deployment.

09:24:01  21  **Q.**  Let me show you P-GEN-2602.

09:24:09  22      **MR. AYLSTOCK:**  It's been ruled upon, Your Honor, and

09:24:13  23  we would ask that it be published to the jury.

09:24:16  24          **THE COURT:**  All right.  P-GEN-2602 may be published.

09:24:21  25  **BY MR. AYLSTOCK:**