# Exhibit E

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) ) ) | Case No. 3:19md2885 |
| | ) ) | Pensacola, Florida September 23, 2021 |
| Re:  Brandon Adkins 7:20cv00012 | ) ) ) ) | 8:02 a.m. |
| _____ | ) | |

<u>VOLUME IV</u>
(Pages 1 to 326)

TRANSCRIPT OF FOURTH DAY OF JURY TRIAL
BEFORE THE HONORABLE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE, and a jury.

**A P P E A R A N C E S**

FOR THE PLAINTIFFS:   Quinn Emanuel Urquhart
By: **ADAM B. WOLFSON**
  *adamwolfson@quinnemanuel.com*
865 South Figuero St., 10th Floor
Los Angeles, California   90017

By: **MATTHEW S. HOSEN**
  *matthosen@quinnemanuel.com*
1109 1st Avenue
Seattle, Washington   98101

*Donna L. Boland, RPR, FCRR*
*United States Court Reporter*
*1 N Palafox Street * Pensacola, Florida   32502*
***Donna_Boland@flnd.uscourts.gov***

Case 3:19-md-02885-MCR-GRJ   Document 3358-6   Filed 08/03/22   Page 3 of 7

2

```
Appearances (cont'd):

FOR PLAINTIFFS:  Aylstock, Witkin, Kreis & Overholtz
                 By:  **BRYAN F. AYLSTOCK**
                      *baylstock@awkolaw.com*

                      **NEIL D. OVERHOLTZ**
                      *noverholtz@awkolaw.com*

                      **JENNIFER HOEKSTRA**
                      *jhoekstra@awkolaw.com*
                 17 E Main Street, Suite 200
                 Pensacola, Florida  32502

                 Ciresi Conlin LLP
                 By:  **MICHAEL A. SACCHET**
                      *mas@ciresiconlin.com*

                      **MEGAN L. ODOM**
                      *mlo@ciresiconlin.com*
                 225 South 6th Street, Suite 4600
                 Minneapolis, Minnesota  55402

                 Bailey Cowan Heckaman, PLLC
                 By:  **ROBERT W. COWAN**
                      *rcowan@bchlaw.com*
                 1360 Post Oak Boulevard, Suite 2300
                 Houston, Texas  77056

FOR THE DEFENDANTS:  Kirkland & Ellis, LLP
                     By:  **HARIKLIA KARIS**
                          *hkaris@kirkland.com*

                          **MARK J. NOMELLINI**
                          *mnomellini@kirkland.com*

                          **NICHOLAS F. WASDIN**
                          *nick.wasdin@kirkland.com*
                     300 N Lasalle
                     Chicago, Illinois  60654
```

```
Appearances (cont'd):

FOR THE DEFENDANTS:     Kirkland & Ellis, LLP
                        By:  ASHLEY E. NEGLIA
                             ashley.neglia@kirkland.com

                             SAGHAR ESFANDIARIFARD
                             saghar.esfandiarifard@kirkland.com
                        555 S Flower St., Ste 3700
                        Los Angeles, California  90071

                        Moore, Hill & Westmoreland, PA
                        By:  CHARLES F. BEALL, JR.
                             cbeall@mhw-law.com
                        350 W Cedar Street, Suite 100
                        Pensacola, Florida  32502
```

| | | |
|---|---|---|
| 04:23:30 | 1 | of personal hearing protection, Numbers 1 through 7. |
| 04:23:37 | 2 | Do you see that? |
| 04:23:39 | 3 | **A.** Yes. |
| 04:23:39 | 4 | **Q.** And in this box, the servicemember has the opportunity to |
| 04:23:46 | 5 | check or put in there only one of those options; is that right? |
| 04:23:55 | 6 | **A.** Yes. |
| 04:23:55 | 7 | **Q.** And in this box, No. 6, which is "Other," was checked; is |
| 04:24:03 | 8 | that right? |
| 04:24:03 | 9 | **A.** Yes. |
| 04:24:03 | 10 | **Q.** And then when you move over to Section F, it says:  "Other |
| 04:24:12 | 11 | HPD quad-flange." |
| 04:24:21 | 12 | Do you see that? |
| 04:24:21 | 13 | **A.** Yes. |
| 04:24:21 | 14 | **Q.** And so if a servicemember had multiple types of earplugs, |
| 04:24:26 | 15 | there wouldn't be room to put that.  Is that also fair? |
| 04:24:30 | 16 | **A.** Yes. |
| 04:24:30 | 17 | **Q.** Are you familiar with John Merkley? |
| 04:24:32 | 18 | **A.** Yes. |
| 04:24:32 | 19 | **Q.** He's testified in this case and he testified that this |
| 04:24:38 | 20 | Sections F and G represent the hearing protection that a |
| 04:24:44 | 21 | servicemember was issued the day of their audiogram. |
| 04:24:48 | 22 | Do you agree with that? |
| 04:24:51 | 23 | **A.** If they were issued -- otherwise, if they had the earplugs |
| 04:24:57 | 24 | on them and it was -- and soldiers -- soldiers were instructed |
| 04:25:01 | 25 | to put them on to check the proper fit and condition of the |

| | | |
|---|---|---|
| 04:25:05 | 1 | earplug, yes. |
| 04:25:09 | 2 | **Q.** So suffice it to say, we can't look at this form and know |
| 04:25:12 | 3 | that it adequately captures all earplugs that that |
| 04:25:15 | 4 | servicemember used; is that fair? |
| 04:25:17 | 5 | **A.** I would say accuracy could be questioned, yes. |
| 04:25:21 | 6 | **Q.** Okay. And shortly after 2004, was the Combat Arms |
| 04:25:38 | 7 | dual-ended issued with the wallet card that we reviewed |
| 04:25:41 | 8 | earlier? |
| 04:25:41 | 9 | **A.** Was it issued with the wallet card? |
| 04:25:44 | 10 | **Q.** Yes. |
| 04:25:45 | 11 | **A.** Initially, I don't think so. That's why I had emailed I |
| 04:25:49 | 12 | guess somebody at Peltor to say was there a way to provide |
| 04:25:53 | 13 | additional instructions that we could either put into the |
| 04:25:56 | 14 | earplug case -- |
| 04:25:57 | 15 | **Q.** And do you know when those wallet cards began being issued? |
| 04:26:02 | 16 | **A.** I think it -- we received the first batch from CHPPM |
| 04:26:08 | 17 | around -- before I deployed, so two thousand and maybe six time |
| 04:26:14 | 18 | frame, around there. |
| 04:26:15 | 19 | **Q.** Let's turn now to Exhibit No. 4 of the wallet card that you |
| 04:26:20 | 20 | were just asked about by 3M's counsel. |
| 04:26:26 | 21 | Let me ask you, generally speaking, Dr. Ohama, in terms of |
| 04:26:31 | 22 | the folding back flanges, is this the only document you've ever |
| 04:26:37 | 23 | seen in your entire military history that talks about the |
| 04:26:41 | 24 | Combat Arms Earplug and mentions folding opposing plug back? |
| 04:26:48 | 25 | **A.** I believe so, yes. |

| | | |
|---|---|---|
| 04:26:51 | 1 | **Q.** And what I want to talk about now is, on that second bullet |
| 04:26:56 | 2 | point that talks about fold opposing plug back, it specifically |
| 04:27:00 | 3 | states: "For very large ear canals, fold opposing plug back." |
| 04:27:06 | 4 | Do you see that? |
| 04:27:07 | 5 | **A.** Yes. |
| 04:27:08 | 6 | **Q.** We talked earlier about the vast majority of servicemembers |
| 04:27:14 | 7 | having what size ear canals? |
| 04:27:20 | 8 | **A.** What I would consider to be a medium size. |
| 04:27:26 | 9 | **Q.** So this one-time statement by 3M during your medical career |
| 04:27:34 | 10 | only applies to a small minority of servicemembers; would that |
| 04:27:39 | 11 | be fair? |
| 04:27:40 | 12 | **A.** I believe so. |
| 04:27:41 | 13 | **Q.** Let's talk about that form audiogram that we went through |
| 04:27:47 | 14 | earlier that says quad-flange. If a form like that has one |
| 04:27:55 | 15 | specific earplug mentioned, that doesn't mean, does it, that |
| 04:28:00 | 16 | they didn't get other earplugs also issued to them? |
| 04:28:06 | 17 | **A.** Yes, it -- I wouldn't say that would have been -- always |
| 04:28:12 | 18 | been accurately indicated -- indicating which earplugs they |
| 04:28:17 | 19 | were using. It just would have depended on who the technician |
| 04:28:21 | 20 | was and what they put on there sometimes. |
| 04:28:24 | 21 | **Q.** Have you seen that before, Dr. Ohama, where there's |
| 04:28:29 | 22 | inaccurate information on these forms with respect to the types |
| 04:28:33 | 23 | of earplugs that were issued? |
| 04:28:35 | 24 | **A.** I would say there are times I've seen inaccurate |
| 04:28:41 | 25 | information. |