# Exhibit F

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

```
GUILLERMO CAMARILLORAZO,         )
                                 )
            Plaintiff,           ) Case No: 7:20cv98
                                 )
       v.                        ) Tallahassee, Florida
                                 ) November 3, 2021
3M COMPANY, 3M OCCUPATIONAL      )
SAFETY LLC, AEARO HOLDING LLC,   )
AEARO INTERMEDIATE LLC,          )
AEARO LLC, and                   )
AEARO TECHNOLOGIES LLC,          )
                                 ) 7:50 AM
            Defendants.          ) VOLUME III
_____  )
```

**DAILY TRANSCRIPT OF JURY TRIAL PROCEEDINGS – DAY 3**
**BEFORE THE HONORABLE MARK E. WALKER**
**UNITED STATES CHIEF DISTRICT JUDGE**
**(Pages 475 through 779)**

Court Reporter:          MEGAN A. HAGUE, RPR, FCRR, CSR
                         111 North Adams Street
                         Tallahassee, Florida 32301
                         850.422.0011 megan.a.hague@gmail.com

*Proceedings reported by stenotype reporter.*
*Transcript produced by Computer-Aided Transcription.*

```
APPEARANCES:

For the Plaintiff:      Laminack, Pirtle & Martines
                        By:  THOMAS W. PIRTLE
                             BUFFY K. MARTINES
                             Attorneys at Law
                             tomp@lpm-triallaw.com
                             buffym@lpm-triallaw.com
                        5020 Montrose Boulevard
                        Ninth Floor
                        Houston, Texas 77006


                        Morgan & Morgan PA
                        By:  PAUL J PENNOCK
                             Attorney at Law
                             ppennock@forthepeople.com
                        850 Third Avenue
                        Suite 402
                        Brooklyn, New York 11232


                        Aylstock, Witkin, Kreis & Overholtz
                        By:  BRYAN F. ALYSTOCK
                             JENNIFER M. HOEKSTRA
                             Attorneys at Law
                             baylstock@awkolaw.com
                             jhoekstra@awkolaw.com
                        17 East Main Street
                        Suite 200
                        Pensacola, Florida 32502
```

<u>APPEARANCES (continued)</u>

```
For the Defendant:      Kirkland & Ellis LLP
                        By:  BARRY E. FIELDS
                             HARIKLIA "CARRIE" KARIS
                             Attorneys at Law
                             barry.fields@kirkland.com
                             hariklia.karis@kirland.com
                        300 North Lasalle
                        Chicago, Illinois 60654


                        Kirkland & Ellis LLP
                        By:  AUSTIN KLAR
                             Attorney at Law
                             austin.klar@kirkland.com
                        555 California Street
                        San Francisco, California 94104


                        Kirkland & Ellis LLP
                        By:  JUDSON D. BROWN
                             Attorney at Law
                             judson.brown@kirkland.com
                        1301 Pennsylvania Avenue N.W.
                        Washington, D.C. 20004


                        Kirkland & Ellis LLP
                        By:  DAVID I. HOROWITZ
                             Attorney at Law
                             david.horowitz@kirkland.com
                        555 South Flower Street
                        Los Angeles, California 90071


                        Moore Hill & Westmoreland PA
                        By:  THOMAS L. HILL
                             Attorney at Law
                             lhill@mhw-law.com
                        Maritime Place
                        350 West Cedar Street, Suite 100
                        Pensacola, Florida 32502
```

1  BY MR. HOROWITZ:
2  Q.   Dr. Spankovich, you defined 15 decibels as the cutoff for
3  normal hearing; right?
4  A.   That is correct.
5  Q.   All right.  So anything over 15 decibels is indicative of
6  hearing loss; right?
7  A.   It's indicative of an elevated threshold.  It doesn't
8  necessarily mean hearing loss.  You want to see a sustained
9  deficit upon further testing to really determine that this is
10 hearing loss.
11      Again, this is not a diagnostic test.  This is a screening.
12 Q.   An audiogram showing a notched pattern with poorer
13 thresholds at 4000 to 6000 hertz is most often suggestive of a
14 noise-induced hearing loss; right?
15 A.   Correct.  And he does not have a notched pattern here.
16 Q.   Okay.  But we typically see noise-induced hearing loss at
17 the 4000 to 6000 thresholds; right?
18 A.   You can see hearing loss related to noise exposure,
19 obviously, at 3000, 2000, 4000, and 6000 and higher frequencies.
20 But, again, the column we observed initially with noise exposure
21 can be a notching configuration, and we are not seeing it.
22 Q.   We do have a 20-decibel reading at 4000; right?
23 A.   Yes.  That is a slightly elevated threshold at 4000 and
24 6000 hertz.
25 Q.   It's above the threshold that you define as normal hearing;

1  right?
2  A.    Yes, that is correct.
3  Q.    And at the 6000-hertz section, we have a 25-decibel
4  reading; right?
5  A.    Correct.  So what we are see here is a slight little --
6  Q.    Right.
7  A.    -- slope.
8  Q.    Dr. Spankovich --
9  A.    What it can be related to, potentially, is --
10 Q.    Dr. Spankovich --
11 A.    Yes.
12 Q.    -- please focus on and answer my question.
13 A.    Okay.
14 Q.    At the 6000 hertz-hertz entry, we have a 25-decibel
15 reading; right?
16 A.    That's correct.
17 Q.    And that is 10 decibels above the threshold that you define
18 as normal hearing; right?
19 A.    That is, again, consistent with a slightly elevated
20 threshold.
21 Q.    Now, it's consistent with what you define as mild hearing
22 loss; correct?
23 A.    No, I didn't say mild.
24 Q.    How would you -- it's what you --
25 A.    Slight hearing loss if sustained is between 15 and 25.

1  Mild hearing loss is greater than 25.
2  Q.   You define it as --
3  A.   I don't define it.  It's defined by the American
4  Speech-Language-Hearing Association.
5  Q.   Well, that's what you rely on; right?
6  A.   15 to 25 is slight hearing loss.  The American Academy of
7  Otolaryngology-Head and Neck Surgery defines 15 dB to 25 dB as a
8  nonmaterial hearing impairment.
9  Q.   Okay. It's --
10 A.   Again, this is where we can see slightly elevated
11 thresholds that could be consistent with a slight hearing loss,
12 but again, it comes down to if this is a sustained shift, we can
13 have some variance in this measure that is (indiscernible) --
14      (Reporter requests clarification.)
15           THE COURT:  Hold on a second.  Let's slow down and
16 let's -- and you've responded.  Counsel will ask you another
17 question.
18 BY MR. HOROWITZ:
19 Q.   He had slight hearing loss at 4000 hertz and 6000 hertz;
20 correct?
21 A.   He has elevated thresholds at those frequencies.  In
22 subsequent testing, his hearing improves at 6000 hertz back to
23 the normal hearing range.
24 Q.   He had slight hearing loss at 4000 hertz and 6000 hertz;
25 correct?

1  A.   Again, his elevators are consistent with what could be a
2  slight hearing loss, but then you do subsequent testing.  The
3  6000 hertz again goes back up to 10 dB, within the normal range.
4  Q.   Do you have your expert report in front of you?
5  A.   I do not.
6  Q.   I'm going to pull it up for you.
7         MR. HOROWITZ:  Can we pull up D-CAMARILLO- -- just for
8  the witness.
9         THE COURT:  Just for the witness.
10        MR. HOROWITZ:  D-CAMARILLO-0947.12.
11 BY MR. HOROWITZ:
12 Q.   You issued an expert report in this case; right?
13 A.   Yes.
14 Q.   And it's supposed to set out what your opinions actually
15 are; right?
16 A.   Yes.
17 Q.   All right.
18        MR. HOROWITZ:  Can you turn to page 6 of the report,
19 please?
20      (Discussion was held.)
21        MR. HOROWITZ:  Yeah, the exhibit number is
22 D-CAMARILLO-0947.
23 BY MR. HOROWITZ:
24 Q.   Do you have it in front of you?
25 A.   I have page 1.