UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

Plaintiff Richard Valle has filed an Emergency Motion for Preliminary Injunction Against 3M Company. *See* ECF No. 3358. Given the urgency of the above motion, Defendant 3M Company is directed to file its response, if any, by August 9, 2022 at 5 p.m. Central. Plaintiff's reply, if any, is due by August 10, 2022 at 5 p.m. Central. Oral argument on the matter will be held on August 11, 2022 at 10 a.m. Central at the United States District Court, One North Palafox Street, Courtroom 5, Pensacola, Florida. Each side must advise the Court of who will argue on its behalf by August 10, 2022 at 5 p.m. Central. Counsel who will present argument must appear in person.

**SO ORDERED**, on this 3rd day of August, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**