# EXHIBIT C

**3M Company**
(Delaware Corporation)
(Minnesota Principal Place of Business)
(Citizen of DE and MN for diversity purposes)

| 100%

**3M Occupational Safety LLC**
(Delaware Limited Liability Company)
(Minnesota Principal Place of Business)
(Citizen of DE and MN for diversity purposes)

| 100%

**Aearo Holding LLC**
(Delaware Limited Liability Company)
(Minnesota Principal Place of Business)
(Citizen of DE and MN for diversity purposes)

| 100%

**Aearo Intermediate LLC**
(Delaware Limited Liability Company)
(Indiana Principal Place of Business)
(Citizen of DE and MN for diversity purposes)

| 100%

**Aearo LLC**
(Delaware Limited Liability Company)
(Indiana Principal Place of Business)
(Citizen of DE and MN for diversity purposes)

| 100%

**Aearo Technologies LLC**
(Delaware Limited Liability Company)
(Indiana Principal Place of Business)
(Citizen of DE and MN for diversity purposes)