EXHIBIT H

## VERIFICATION

**STATE OF** Texas

**COUNTY OF** Dallas

_____Sarah Grauze_____, being duly sworn upon oath, deposes and says she is authorized pursuant to applicable law and rules to verify, on behalf of 3M Company, the foregoing:

### DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND SET OF INTERROGATORIES

and that the same are hereby verified on behalf of 3M Company.

By: *Sarah Grauze*

Printed Name: Sarah Grauze

Its: Vice President and Treasurer

SWORN TO AND SUBSCRIBED before me this __04__ day of __May__ __2020__, by ____Sarah Grauze____, as ____Vice President and Treasurer____ of ____3M COMPANY____ who is personally known to me or who produced ____MN Driver's License____ as identification and who did/did not take an oath.

[Notary Seal: SHAMEKA GRAY, ELECTRONIC NOTARY PUBLIC, NOTARY ID 126376982, STATE OF TEXAS, EXP 8/24/20]

Notary Public, State of Texas

Printed Name: Shameka Gray

My Commission Expires: August 24, 2020

Document Notarized using a Live Audio-Video Connection

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 11, 2020, a true and correct copy of the foregoing:

**VERIFICATION TO DEFENDANTS' MARCH 26, 2020 RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND SET OF INTERROGATORIES**

was served as follows:

☒ **[E-Mail]** By causing the above documents to be sent via electronic mail to the parties at the email addresses listed below. I am aware that service is presumed invalid if the email transmission is returned as undeliverable.

☒ **[MDL Centrality]** By causing the above to be electronically served via the MDL Centrality website pursuant to Pretrial Order No. 15 (ECF No. 630).

| | |
|---|---|
| Bryan F. Aylstock, Lead Counsel<br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>17 East Main Street<br>Suite 200<br>Pensacola, FL 32502<br>Tel.: (850) 202-1010<br>baylstock@awkolaw.com | Shelley V. Hutson, Co-Lead Counsel<br>Clark, Love & Hutson, GP<br>440 Louisiana Street<br>Suite 1600<br>Houston, TX 77002<br>Tel.: (713) 757-1400<br>shutson@triallawfirm.com |
| Christopher A. Seeger, Co-Lead Counsel<br>Seeger Weiss LLP<br>77 Water Street<br>8th Floor<br>New York, NY 10005<br>Tel.: (212) 587-0700<br>cseeger@seegerweiss.com | Brian H. Barr, Co-Liaison Counsel<br>Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A.<br>316 South Baylen Street<br>Pensacola, FL 32502<br>Tel.: (850) 435-7044<br>bbarr@levinlaw.com |
| Michael A. Burns, Co-Liaison Counsel<br>Mostyn Law Firm<br>3810 W. Alabama Street<br>Houston, TX 77027<br>Tel.: (713) 714-0000<br>epefile@mostynlaw.com | Virginia E. Anello, Discovery & ESI Subcommittee<br>Douglas & London, PC<br>59 Maiden Ln, 6th Floor<br>New York, NY 10038<br>Tel.: (212) 566-7500<br>vanello@douglasandlondon.com |
| Kathering E. Charonko, Discovery & ESI Subcommittee<br>Bailey Glasser, LLP<br>209 Capitol Street<br>Charleston, WV 25301 | Taylor C. Bartlett, Discovery & ESI Subcommittee<br>Henninger Garrison Davis LLC<br>2224 1st Avenue North<br>Birmingham, AL 35203 |

Tel.: (304) 345-6555  
kcharonko@baileyglasser.com

J. Nixon Daniel, Discovery & ESI Subcommittee  
Beggs & Lane, RLLP  
501 Commendencia Street  
Pensacola, FL 35202  
Tel.: (850) 469-3306  
jnd@beggslane.com

Tel.: (205) 301-6115  
taylor@hgdlawfirm.com

David R. Buchanan, Discovery & ESI Subcommittee  
Seeger Weiss LLP  
77 Water Street, 8th Floor  
New York, NY 10005  
Tel.: (973) 639-9100  
dbuchanan@seegerweiss.com

DATED:  May 11, 2020

*/s/ Robert C. Brock*  
Robert C. "Mike" Brock