EXHIBIT J

## **VERIFICATION**

**STATE OF** __Texas__

**COUNTY OF** __Dallas__

_____Sarah M Grauze_____, being duly sworn upon oath, deposes and says she is authorized pursuant to applicable law and rules to verify, on behalf of 3M Company, the foregoing:

### **DEFENDANTS' SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES**

and that the same are hereby verified on behalf of 3M Company.

By: Sarah M Grauye

Printed Name: Sarah M. Grauze

Its: Vice President and Treasurer

Sarah M. Grauze SWORN TO AND SUBSCRIBED before me this __15__ day of __May__ __2020__, by ___, as __Vice President and Treasurer__ of __3M Company__ who is personally known to me or who produced __MN Driver's License__ as identification and who did/did not take an oath.

Notary Public, State of __Texas__

Printed Name: Shameka Gray

My Commission Expires: August 24, 2020

Document Notarized using a Live Audio-Video Connectio

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 15, 2020, a true and correct copy of the foregoing:

## VERIFICATION TO DEFENDANTS' MAY 11, 2020 SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

was served as follows:

☒ **[E-Mail]** By causing the above documents to be sent via electronic mail to the parties at the email addresses listed below. I am aware that service is presumed invalid if the email transmission is returned as undeliverable.

☒ **[MDL Centrality]** By causing the above to be electronically served via the MDL Centrality website pursuant to Pretrial Order No. 15 (ECF No. 630).

Bryan F. Aylstock, Lead Counsel
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street
Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

Shelley V. Hutson, Co-Lead Counsel
Clark, Love & Hutson, GP
440 Louisiana Street
Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com

Christopher A. Seeger, Co-Lead Counsel
Seeger Weiss LLP
77 Water Street
8th Floor
New York, NY 10005
Tel.: (212) 587-0700
cseeger@seegerweiss.com

Brian H. Barr, Co-Liaison Counsel
Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A.
316 South Baylen Street
Pensacola, FL 32502
Tel.: (850) 435-7044
bbarr@levinlaw.com

Michael A. Burns, Co-Liaison Counsel
Mostyn Law Firm
3810 W. Alabama Street
Houston, TX 77027
Tel.: (713) 714-0000
epefile@mostynlaw.com

Virginia E. Anello, Discovery & ESI Subcommittee
Douglas & London, PC
59 Maiden Ln, 6th Floor
New York, NY 10038
Tel.: (212) 566-7500
vanello@douglasandlondon.com

Kathering E. Charonko, Discovery & ESI Subcommittee
Bailey Glasser, LLP
209 Capitol Street
Charleston, WV 25301

Taylor C. Bartlett, Discovery & ESI Subcommittee
Henninger Garrison Davis LLC
2224 1st Avenue North
Birmingham, AL 35203

Tel.: (304) 345-6555
kcharonko@baileyglasser.com

J. Nixon Daniel, Discovery & ESI
Subcommittee
Beggs & Lane, RLLP
501 Commendencia Street
Pensacola, FL 35202
Tel.: (850) 469-3306
jnd@beggslane.com

Tel.: (205) 301-6115
taylor@hgdlawfirm.com

David R. Buchanan, Discovery & ESI
Subcommittee
Seeger Weiss LLP
77 Water Street, 8th Floor
New York, NY 10005
Tel.: (973) 639-9100
dbuchanan@seegerweiss.com

DATED:  May 15, 2020

*/s/ Robert C. Brock*
Robert C. "Mike" Brock