EXHIBIT N

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG  ) | Case No. 3:19md2885 |
| PRODUCTS LIABILITY LITIGATION,  ) | |
| ) | Pensacola, Florida |
| ) | March 30, 2021 |
| ) | 8:04 A.M. |
| _____) | |

VOLUME I
(Pages 1 to 295)

TRANSCRIPT OF FIRST DAY OF JURY TRIAL
BEFORE THE HONORABLE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE, and a jury

**A P P E A R A N C E S**

**FOR THE PLAINTIFFS:**   Aylstock, Witkin, Kreis & Overholtz, PLLC
By:  **BRYAN F. AYLSTOCK**
    _baylstock@awkolaw.com_

    **NEIL D. OVERHOLTZ**
    _noverholtz@awkolaw.com_

    **JENNIFER HOEKSTRA**
    _jhoekstra@awkolaw.com_

17 E Main Street, Suite 200
Pensacola, Florida  32502

*Donna L. Boland, RPR, FCRR*
*United States Court Reporter*
*1 N Palafox Street * Pensacola, Florida  32502*
***Donna_Boland@flnd.uscourts.gov***

| | | |
|---|---|---|
| 08:40:24 | 1 | other 3M and Aearo affiliated entities that I mentioned to you |
| 08:40:28 | 2 | yesterday. |
| 08:40:29 | 3 | At this time I'm going to ask for the jury to please |
| 08:40:33 | 4 | stand.  Each one of you rise, raise your right hands to be |
| 08:40:37 | 5 | sworn as the jury to hear these cases in trial. |
| 08:40:41 | 6 | *(Jury duly sworn.)* |
| 08:40:54 | 7 | **THE COURT:**  All right.  Thank you.  Be seated. |
| 08:40:57 | 8 | All right.  Ladies and gentlemen, in just a moment I'm |
| 08:40:59 | 9 | going to explain a little bit about the trial process to you, |
| 08:41:02 | 10 | and I'm also going to give you certain preliminary instructions |
| 08:41:06 | 11 | that will aid you in your participation as jurors in the trial. |
| 08:41:13 | 12 | Can all of you hear me?  If at any point you're having |
| 08:41:17 | 13 | trouble hearing me or, for that matter, at any point in the |
| 08:41:19 | 14 | trial, if you're having trouble hearing anyone, a witnesses or |
| 08:41:24 | 15 | one of the attorneys, just raise your hand and let me know |
| 08:41:26 | 16 | that.  I want to make sure that you hear everything that takes |
| 08:41:28 | 17 | place during the trial. |
| 08:41:29 | 18 | Before I begin with those instructions, though, I do |
| 08:41:33 | 19 | want to reintroduce you to those who will be participating in |
| 08:41:37 | 20 | the trial and, again, give you a brief overview of what the |
| 08:41:40 | 21 | trial will be about. |
| 08:41:41 | 22 | So, first, to reintroduce you to the plaintiffs, Mr. |
| 08:41:48 | 23 | and Mrs. Estes, if you would rise briefly.  The Esteses.  Thank |
| 08:41:52 | 24 | you. |
| 08:41:52 | 25 | And then, Mr. Hacker.  Mr. Hacker. |

```
08:41:55   1              And Mr. Keefer.
08:41:58   2              MR. KEEFER:  Your Honor.
08:41:59   3              THE COURT:  Thank you.
08:42:00   4              And then, Mr. Erick Rucker.  Thank you, sir.  Mr.
08:42:05   5    Rucker is here on behalf of 3M as their corporate
08:42:07   6    representative.
08:42:08   7              You met all of the attorneys yesterday.  I'm not going
08:42:11   8    to reintroduce all of them to you now.
08:42:14   9              You will also recall from yesterday that these three
08:42:18  10    cases are a part of a multidistrict litigation proceeding, what
08:42:23  11    we refer to as an "MDL proceeding."  An MDL involves a number
08:42:29  12    of similar cases that are filed in different parts of the
08:42:31  13    country by plaintiffs who reside in different parts of the
08:42:34  14    country.  All of the similar cases are consolidated and
08:42:38  15    transferred to one court and to one judge for handling.
08:42:41  16              It's important that you understand that this is not a
08:42:44  17    class action.  Each plaintiff is an individual plaintiff and
08:42:50  18    has his or her own case.  Each case is individual and distinct.
08:42:55  19    And you must at all times treat each case as if it were being
08:42:59  20    tried before you by itself or as a single case.
08:43:04  21              These cases were consolidated for purposes of the MDL
08:43:08  22    and also for purposes of this trial for efficiency purposes
08:43:12  23    only.  It's because they share some common facts, including
08:43:16  24    some common witnesses among them, and they also share as you
08:43:23  25    know the same defendants.
```