# EXHIBIT O

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG  ) | Case No. 3:19md2885 |
| PRODUCTS LIABILITY LITIGATION,  ) | |
| ) | Pensacola, Florida |
| *McCombs v. 3M Company*   ) | May 17, 2021 |
| *Case No. 7:20cv0094*   ) | 8:06 a.m. |
| ) | |
| _____) | |

VOLUME I
(Pages 1 to 125)

TRANSCRIPT OF FIRST DAY OF JURY TRIAL
BEFORE THE HONORABLE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE, and a jury

**A P P E A R A N C E S**

**FOR THE PLAINTIFF:**   Aylstock, Witkin, Kreis & Overholtz, PLLC
By:  **NEIL D. OVERHOLTZ**
*noverholtz@awkolaw.com*

**JENNIFER HOEKSTRA**
*jhoekstra@awkolaw.com*

17 E Main Street, Suite 200
Pensacola, Florida  32502

| | | |
|---|---|---|
| 02:51:58 | 1 | **THE COURT:** And is the defendant ready to proceed? |
| 02:52:01 | 2 | **MS. KARIS:** We are. |
| 02:52:01 | 3 | **THE COURT:** Very good. Thank you. |
| 02:52:02 | 4 | If you would bring them in, please. |
| 02:53:20 | 5 | (*Conference between court security officer and the* |
| 02:53:28 | 6 | *Court.*) |
| 02:53:29 | 7 | **THE COURT:** They'll be in momentarily. |
| 02:53:33 | 8 | (*Jury in the box.*) |
| 02:53:33 | 9 | **THE COURT:** Ladies and gentlemen of the jury, please |
| 02:56:31 | 10 | remain standing. Everyone else may be seated. |
| 02:56:34 | 11 | Ladies and gentlemen, we are ready to proceed in the |
| 02:56:36 | 12 | trial in the case of Dustin McCombs vs. 3M Company and Aearo |
| 02:56:41 | 13 | Technologies, LLC, et al. The "et al." refers to the other 3M |
| 02:56:46 | 14 | and Aearo related entities that I mentioned to you this |
| 02:56:48 | 15 | morning. |
| 02:56:49 | 16 | If you would all please raise your right hands to be |
| 02:56:53 | 17 | sworn as the jury to hear this case. |
| 02:56:57 | 18 | *(Jury duly sworn.)* |
| 02:57:15 | 19 | All right. Thank you. Be seated. |
| 02:57:15 | 20 | Ladies and gentlemen, in just a moment I'm going to |
| 02:57:18 | 21 | explain a little bit about the trial process and give you |
| 02:57:22 | 22 | certain preliminary instructions that will hopefully aid you as |
| 02:57:25 | 23 | you participate as jurors in this trial. |
| 02:57:27 | 24 | But before I do that, I'd like to reintroduce you to |
| 02:57:31 | 25 | those who will be participating in the trial and also tell you |

```
02:57:33   1    briefly again just generally what the trial will be about.
02:57:37   2            First I'll reintroduce you to the plaintiff, Mr.
02:57:40   3    Dustin McCombs.  Mr. McCombs.  Thank you.
02:57:44   4            And then also to 3M's representative, Mr. Eric Rucker.
02:57:48   5    Thank you, Mr. Rucker.
02:57:50   6            You all met the attorneys this morning so I'm not
02:57:53   7    going to take time to reintroduce all of them to you now.
02:57:56   8            As I mentioned this morning, this is a products
02:57:59   9    liability trial.  The product at issue is the Combat Arms
02:58:03  10    Earplug Version 2, or what's also known as or called the CAEv2
02:58:06  11    for short, which was designed and sold by the defendants, 3M
02:58:12  12    and Aearo, to the United States military.
02:58:13  13            Although the defendants also manufactured the CAEv2,
02:58:17  14    there is not a manufacturing defect claim in this litigation.
02:58:21  15    Mr. McCombs's claims are based on a design defect and a failure
02:58:25  16    to warn.
02:58:25  17            Mr. McCombs is a former U.S. Army infantryman who
02:58:30  18    alleges he suffered permanent hearing injuries which includes
02:58:33  19    tinnitus, and that the Combat Arms Earplug Version 2 produced
02:58:36  20    and sold by the defendants to the U.S. military caused those
02:58:39  21    injuries.
02:58:40  22            He alleges several legal theories against the
02:58:43  23    defendants, and he seeks through the litigation monetary
02:58:46  24    damages.
02:58:46  25            The defendants, 3M and Aearo, deny the claims made by
```