# EXHIBIT P

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

```
IN RE: 3M COMBAT ARMS EARPLUG    )   Case No. 3:19md2885
PRODUCTS LIABILITY LITIGATION,   )
                                 )   Pensacola, Florida
    Baker v. 3M Company          )   June 7, 2021
    Case No. 7:20cv00039         )   8:00 a.m.
                                 )
_____  )
```

VOLUME I
(Pages 1 to 139)

TRANSCRIPT OF FIRST DAY OF JURY TRIAL
BEFORE THE HONORABLE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE, and a jury

**A P P E A R A N C E S**

**FOR THE PLAINTIFF:**   Tracey & Fox Law Firm
By: **SEAN P. TRACEY**
   *stracey@traceylawfirm.com*

**SHAWN FOX**
   *sfox@traceylawfirm.com*
440 Louisiana Street, Suite 1901
Houston, Texas   77002

Clark Love & Hutson, GP
By:  **SHELLEY HUTSON**
   *bgreif@triallawfirm.com*

**EMILY B. MARLOWE**
   *emarlowe@triallawfirm.com*
440 Louisiana Street, Suite 1600
Houston, Texas   77002

*Donna L. Boland, RPR, FCRR*
*United States Court Reporter*
*1 N Palafox Street * Pensacola, Florida   32502*
***Donna_Boland@flnd.uscourts.gov***

| | | |
|---|---|---|
| 02:06:28 | 1 | hopefully will be of assistance to you as jurors as you |
| 02:06:32 | 2 | participate in the trial.  But before I do that, let me |
| 02:06:35 | 3 | reintroduce you to those who will be participating in the trial |
| 02:06:38 | 4 | and tell you just briefly again a little bit about the trial. |
| 02:06:42 | 5 | First I'll reintroduce you to the plaintiff in this |
| 02:06:45 | 6 | case, Mr. Lloyd Baker. |
| 02:06:48 | 7 | Mr. Baker, if you would, please rise. |
| 02:06:51 | 8 | Ladies and gentlemen, this is Mr. Baker, the |
| 02:06:53 | 9 | plaintiff.  Thank you, you may be seated. |
| 02:06:54 | 10 | And then to Mr. Erick Rucker, Mr. Rucker is 3M's |
| 02:06:59 | 11 | representative.  Thank you, Mr. Rucker. |
| 02:07:01 | 12 | You met the attorneys this morning so I'm not going to |
| 02:07:05 | 13 | take time now to reintroduce all of them to you. |
| 02:07:08 | 14 | As I mentioned before, this is a civil products |
| 02:07:12 | 15 | liability trial.  The product at issue is the Combat Arms |
| 02:07:16 | 16 | Earplug Version 2 or what is known as short as the CAEv2, which |
| 02:07:20 | 17 | was designed and sold by the defendants, 3M and Aearo, to the |
| 02:07:24 | 18 | United States military. |
| 02:07:24 | 19 | Although the defendants also manufactured the CAEv2, |
| 02:07:28 | 20 | there is not a manufacturing defect claim in the litigation. |
| 02:07:31 | 21 | Mr. Baker's claims are based on a design defect and a failure |
| 02:07:35 | 22 | to warn of defects. |
| 02:07:36 | 23 | Mr. Baker is a former U.S. Army infantryman who |
| 02:07:42 | 24 | alleges he suffered permanent hearing injuries including |
| 02:07:46 | 25 | hearing loss and tinnitus or tinnitus, and that the Combat Arms |