EXHIBIT Q

07:57:06

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS EARPLUG    )   Case No. 3:19md2885
PRODUCTS LIABILITY LITIGATION,   )
                                 )   Pensacola, Florida
                                 )   September 20, 2021
*Re:  Brandon Adkins*            )   8:04 a.m.
      *7:20cv00012*              )
                                 )
_____  )

VOLUME I
(Pages 1 to 155)

TRANSCRIPT OF FIRST DAY OF JURY TRIAL
BEFORE THE HONORABLE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE, and a jury.

**A P P E A R A N C E S**

FOR THE PLAINTIFFS:   Quinn Emanuel Urquhart
                      By: **ADAM B. WOLFSON**
                          *adamwolfson@quinnemanuel.com*
                      865 South Figuero St., 10th Floor
                      Los Angeles, California  90017

                      By: **MATTHEW S. HOSEN**
                          *matthosen@quinnemanuel.com*
                      1109 1st Avenue
                      Seattle, Washington  98101

*Donna L. Boland, RPR, FCRR
United States Court Reporter
1 N Palafox Street * Pensacola, Florida  32502*
**Donna_Boland@flnd.uscourts.gov**

| | | |
|---|---|---|
| 02:13:06 | 1 | **THE COURT:**  Thank you. |
| 02:13:06 | 2 | Ladies and gentlemen, in just a moment, I'm going to |
| 02:13:08 | 3 | explain a little bit about the trial process to you and give |
| 02:13:10 | 4 | you some preliminary instruction that hopefully will aid you as |
| 02:13:13 | 5 | you participate as jurors during the trial.  But before I do |
| 02:13:17 | 6 | that, I'm going to reintroduce you to those who will be |
| 02:13:20 | 7 | participating in the trial in terms of the parties and just |
| 02:13:23 | 8 | tell you briefly again what this trial will be about. |
| 02:13:26 | 9 | First, I'll reintroduce you to the plaintiff, |
| 02:13:33 | 10 | Mr. Brandon Adkins -- |
| 02:13:33 | 11 | Mr. Adkins, if you would rise.  Thank you. |
| 02:13:36 | 12 | -- and to the defendant's representative, |
| 02:13:39 | 13 | Mr. Eric Rucker.  Thank you. |
| 02:13:40 | 14 | You've met the attorneys.  I'm not going to take time |
| 02:13:43 | 15 | to reintroduce all of them to you now.  You will hear from them |
| 02:13:47 | 16 | a little bit later this afternoon. |
| 02:13:48 | 17 | As I mentioned this morning during jury selection, |
| 02:13:51 | 18 | this is a civil products liability trial.  The product at issue |
| 02:13:56 | 19 | is the Combat Arms Earplug Version 2, or CAEv2 for short, which |
| 02:14:03 | 20 | was designed and sold by defendants 3M and Aearo to the |
| 02:14:06 | 21 | United States military and commercially.  Although the |
| 02:14:10 | 22 | defendants also manufactured the CAEv2, you'll remember that |
| 02:14:13 | 23 | there is not a manufacturing defect claim in the litigation. |
| 02:14:18 | 24 | Mr. Adkins's claims are based on a design defect and a failure |
| 02:14:22 | 25 | to warn as well as some other legal theories. |