EXHIBIT R

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

```
IN RE: 3M COMBAT ARMS EARPLUG    )   Case No. 3:19md2885
PRODUCTS LIABILITY LITIGATION,   )
                                 )   Pensacola, Florida
                                 )   September 30, 2021
Re:  Brandon Adkins              )   7:31 a.m.
     7:20cv00012                 )
                                 )
_____)
```

VOLUME IX
(Pages 1 to 400)

TRANSCRIPT OF NINTH DAY OF JURY TRIAL
BEFORE THE HONORABLE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE, and a jury.

**A P P E A R A N C E S**

FOR THE PLAINTIFFS:   Quinn Emanuel Urquhart
                      By: **ADAM B. WOLFSON**
                          *adamwolfson@quinnemanuel.com*
                      865 South Figuero St., 10th Floor
                      Los Angeles, California  90017

                      By: **MATTHEW S. HOSEN**
                          *matthosen@quinnemanuel.com*
                      1109 1st Avenue
                      Seattle, Washington  9810

*Donna L. Boland, RPR, FCRR
United States Court Reporter
1 N Palafox Street * Pensacola, Florida  32502*
**Donna_Boland@flnd.uscourts.gov**

| | | |
|---|---|---|
| 04:13:31 | 1 | I want to start with saying thank you.  I asked you at the very |
| 04:13:35 | 2 | beginning of this case if you would listen throughout the |
| 04:13:40 | 3 | entire case.  Give us a fair shot is what I asked.  I told you |
| 04:13:44 | 4 | plaintiffs get to present their evidence first and that we |
| 04:13:47 | 5 | would speak and present our witnesses after the plaintiffs |
| 04:13:51 | 6 | presented theirs.  And I will say, in looking, it was obvious |
| 04:13:55 | 7 | that everybody did exactly that, so we really thank you. |
| 04:13:59 | 8 | On behalf of myself, my team -- Mr. Wasdin, |
| 04:14:03 | 9 | Mr. Nomellini, Ms. Neglia -- our client, Mr. Rucker, and 3M, we |
| 04:14:11 | 10 | really appreciate the time and the attention that you've put in |
| 04:14:14 | 11 | this case. |
| 04:14:14 | 12 | Trials are hard work.  They're hard work on us, long |
| 04:14:18 | 13 | days, sometimes long nights, too.  But we know they're |
| 04:14:23 | 14 | especially hard work on you.  You're sitting in a chair |
| 04:14:27 | 15 | eight-plus hours a day learning about a subject matter that you |
| 04:14:31 | 16 | knew nothing about before you got here two weeks ago.  I |
| 04:14:35 | 17 | suspect some of you probably never even knew there was such a |
| 04:14:39 | 18 | thing as level-dependent hearing protection or active and |
| 04:14:44 | 19 | passive hearing protection devices.  Now you have a whole new |
| 04:14:50 | 20 | vocabulary.  We really appreciate the attention that you've put |
| 04:14:55 | 21 | into this case to learn the facts. |
| 04:14:57 | 22 | Mr. Wolfson told you that I would ask you to focus on |
| 04:15:01 | 23 | Mr. Adkins, and I will tell you that I will ask you to focus on |
| 04:15:05 | 24 | Mr. Adkins.  There's a reason for that.  We're going to talk |
| 04:15:11 | 25 | about that.  But the instructions that the Court gives you |