# EXHIBIT S

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

```
IN RE: 3M COMBAT ARMS EARPLUG )   Case No. 3:19md2885
PRODUCTS LIABILITY LITIGATION,)
                              )   Pensacola, Florida
Re: Michelle Blum             )   October 18, 2021
    Case No. 7:20cv122        )   8:08 a.m.
_____)
```

<u>VOLUME I</u>
(Pages 1 to 170)

TRANSCRIPT OF FIRST DAY OF JURY TRIAL
BEFORE THE HONORABLE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE, and a jury.

**A P P E A R A N C E S**

**FOR PLAINTIFFS:** Aylstock, Witkin, Kreis & Overholtz, PLLC
By:   **BRYAN F. AYLSTOCK**
      *baylstock@awkolaw.com*

      **NEIL D. OVERHOLTZ**
      *noverholtz@awkolaw.com*

      **JENNIFER HOEKSTRA**
      *jhoekstra@awkolaw.com*

      17 E Main Street, Suite 200
      Pensacola, Florida  32502

01:02   1        *(Jury duly sworn.)*
01:02   2             **MADAM CLERK ROGERS:** Please be seated.
01:02   3             **THE COURT:** Thank you all for being back on
01:02   4    time. In just a moment, ladies and gentlemen, I'm
01:02   5    going to be explaining to you a little bit about the
01:02   6    trial process. It's my hope to give you some
01:02   7    preliminary instructions that will aid you in your
01:02   8    participation as jurors during the trial.
01:02   9             But before I do that, I want to re-introduce
01:02   10   you to those who will be participating in the trial
01:02   11   and tell you again briefly and just very generally
01:03   12   about what the trial will be about.
01:03   13            First, I'll re-introduce you to the
01:03   14   plaintiff, Ms. Michelle Blum.
01:03   15            Ms. Blum. Thank you.
01:03   16            There is Ms. Blum again. And then also to
01:03   17   3M's corporate representative, Mr. Eric Rucker.
01:03   18            Mr. Rucker, thank you.
01:03   19            You've met the attorneys this morning, or I
01:03   20   introduced them to you then, so I'm not going to take
01:03   21   the time to re-introduce all of them to you now.
01:03   22            **PRELIMINARY JURY INSTRUCTIONS**
01:03   23            **THE COURT:** But as I mentioned this morning,
01:03   24   this is a civil products liability trial. The product
01:03   25   at issue is the Combat Arms Earplug Version 2, or the