```
 1                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF FLORIDA
 2                         PENSACOLA DIVISION

 3

 4       IN RE:  3M COMBAT ARMS        *
         EARPLUG PRODUCTS LIABILITY *  Case No.  3:19-md-2885
 5       LITIGATION,                   *
                                       *  Pensacola, Florida
 6       Re:  Joseph Palanki           *  November 12, 2021
              Case No. 3:19cv2324      *  8:15 a.m.
 7                                     *
                                       *
 8       ****************************

 9

10

11                    TRANSCRIPT OF JURY TRIAL
                             VOLUME X
12            BEFORE THE HONORABLE LILES C. BURKE
                   UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23      Proceedings recorded by OFFICIAL COURT REPORTER, Qualified
        pursuant to 28 U.S.C. 753(a) & Guide to Judiciary Policies
24         and Procedures Vol. VI, Chapter III, D.2.  Transcript
                     produced by computerized stenotype.
25
```

1  you know me.  Thanks for spending the last couple of weeks with

2  us.  I appreciate your time, your energy.  I know it's really

3  hard to be away from your families.  I heard a lot of you

4  travelled here daily, which we really appreciate.  Trials are

10:47:19 5  hard work.  It's hard going second in the case, as well.  The

6  way the system works is that plaintiff gets to put on their

7  case first, and that's what they did until Tuesday afternoon a

8  few days ago.

9     And what I appreciate is that what I asked you in the

10:47:32 10  beginning was to keep an open mind and to wait until you heard

11  our side of the story.  And I do appreciate that you did, that

12  you appeared all week, the last two weeks to be paying such

13  great attention.

14     There's been so much evidence in this case.  You learned

10:47:48 15  about audiology, about hearing loss, about how to test an

16  earplug, about how to criticize an earplug, and so many

17  evidence.  And I know it's a lot to address.

18     I think I need to say especially after plaintiff's

19  counsel's opening statement is I am not at all ashamed to stand

10:48:04 20  before you today to represent 3M.  I'm honored to be here.  I'm

21  honored to represent this company and to stand by them and this

22  product.  I wouldn't be here unless I felt that.  So I do want

23  to make that clear.

24     I am going to address Mr. Papantonio's arguments about the

10:48:21 25  safety of the product in general.  And I am going to spend some