UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Actions | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO LOCAL RULE 11.1(H) and REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that attorney Alexandra Whitney Robertson of Johnson Becker, PLLC (collectively "Johnson Becker"), hereby withdraws as counsel for Plaintiffs in the above-referenced multi-district litigation, and request to be removed from the docket and electronic service list accordingly.

As required by Local Rule 11.1(H)(l)(b), Plaintiffs consent to this withdrawal. Plaintiffs will continue to be represented by Counsel of Record from Johnson Becker and all future correspondence and filings in action should continue to be directed as such.

1

Dated: August 5, 2022  Respectfully submitted,

                                  **JOHNSON BECKER, PLLC**

By: */s/ Alexandra W. Robertson*
     Timothy J. Becker, Esq.
     Stacy K. Hauer, Esq.
     Alexandra W. Robertson, Esq.
     444 Cedar Street, Suite 1800
     St. Paul, MN   55101
     Phone: (612) 436-1800
     Fax: (612) 436-1801
     Email: tbecker@johnsonbecker.com
            shauer@johnsonbecker.com
            arobertson@johnsonbecker.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 5th day of August 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Alexandra W. Robertson*
Alexandra W. Robertson