**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | |
| EARPLUG PRODUCTS | ) | Judge M. Casey Rodgers |
| LIABILITY LITIGATION | ) | Magistrate Judge Gary R. Jones |
| | ) | |
| This Document Relates to All Cases | ) | CASE NO. 3:19-MD-2885 |
| | ) | |
| | ) | |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Steven D. Resnick, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and, in support thereof, states as follows:

1.     Movant resides in the State of Pennsylvania and is not a resident of the State of Florida.

2.     Movant is admitted to practice and is a member in good standing of the State of Pennsylvania. Pursuant to Local Rule 11.1, a copy of a Certificate of Good Standing from the State of Pennsylvania (the state where Movant resides and regularly practices law) dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3.     Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam (confirmation number FLND16584205436501), and the CM/ECF online tutorials. I hereby certify that I am familiar with the CM/ECF e-filing system.

4.     Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.     Movant has an "Upgraded PACER Account."

6.     Movant is the attorney of record for the Plaintiffs identified in the attached Exhibit

"B".

WHEREFORE, I, Steven Resnick, respectfully request that this Court enter an order granting this motion to appear *pro hac vice*.

Dated:  August 5, 2022

By: /s/ Steven Resnick
Pennsylvania Bar #53172
114 Hollyhock Drive
Lafayette Hill, PA 19444
Phone: 215-431-8264
Email: sresnick@parawolf.com
(The above address is for mailing only. Mr. Resnick is not licensed or located in Florida. Mr. Resnick is located in and a resident of Pennsylvania a member of the Pennsylvania Bar)

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on August 5, 2022, and served electronically on all counsel of record.

By: /s/ Steven Resnick
Pennsylvania Bar #53172
114 Hollyhock Drive
Lafayette Hill, PA 19444
Phone: 215-431-8264
Email: sresnick@parawolf.com
(The above address is for mailing only. Mr. Resnick is not licensed or located in Florida. Mr. Resnick is located in and a resident of Pennsylvania a member of the Pennsylvania Bar)