

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Steven David Resnick, Esq.

DATE OF ADMISSION

**April 20, 2001**

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  August 1, 2022**

Elizabeth E. Zisk
Chief Clerk