3M - Master Case List - 8/5/2022

| Client Full Name | Case Number (If Applicable) |
|---|---|
| Aldane Anthony Aarons | 3:21-cv-01214 |
| Clifton Aarons | 7:21-cv-28184 |
| Mason Aarons | 7:21-cv-41917 |
| Curtis Adams | 7:21-cv-41924 |
| Thomas Adams | 7:20-cv-90013 |
| Mattison Agneu | 7:21-cv-41926 |
| Wilfredo Aguilar | 8:20-cv-38625 |
| Matthew Ainsburg | 7:21-cv-28567 |
| Anthony Akila | 8:20-cv-59667 |
| Dustin Akins | 7:20-cv-35574 |
| Hassan Al-Mohanna | 7:21-cv-44543 |
| Amos Albert | 7:21-cv-44559 |
| Josef Albert | 8:20-cv-90052 |
| Jimmy Alcorn | 7:20-cv-89826 |
| Jaydon Alejandro | 7:21-cv-41930 |
| James A. Alexander | 7:21-cv-44540 |
| Daniel Alfred | 7:21-cv-41934 |
| Brian Allen | 7:21-cv-41936 |
| George Allen | 8:20-cv-38641 |
| James Allen | 7:21-cv-48763 |
| John Mark Allen | 7:20-cv-05128 |
| Roderick Allen | 7:21-cv-44549 |
| Sean Allen | 7:21-cv-41938 |
| Kerntz Almonor | 7:20-cv-90017 |
| Aixa Alvarez | 7:21-cv-52887 |
| John Alvarez | 7:21-cv-52886 |
| Stefano Alvarez | 7:20-cv-90019 |
| Catherine Anderson | 8:20-cv-38646 |
| DeAndre Anderson | 7:20-cv-90025 |
| Exiquio Cooper Anderson | 9:20-cv-02812 |
| Robert D. Anderson | 7:21-cv-52896 |
| Aubrey Anthony | 7:21-cv-41940 |
| Marilyn Antwine | 7:21-cv-10573 |
| Kevin Aramburu | 7:20-cv-05282 |
| Martin Arcia | 7:20-cv-36493 |
| Adrian Arifi | 7:21-cv-41942 |
| Jesse Armstead | 7:21-cv-41944 |
| Gregory Allen Armstrong | 7:20-cv-35239 |
| William Arnold | 7:20-cv-05188 |
| William Arrant | 7:20-cv-90032 |
| Curtis Ash | 7:21-cv-52876 |
| Arence Lionel Ashford | 8:20-cv-49856 |
| Jamie Lynn Atkins | 7:20-cv-05219 |
| James Auld | 7:20-cv-89782 |
| Brandon Avery | 7:21-cv-41950 |
| Amanda Renea Baca | 7:20-cv-38081 |

| | |
|---|---|
| Dale Bachim | 7:20-cv-90034 |
| Kenneth Bachini | 7:20-cv-38083 |
| Howard Baker | 7:21-cv-52844 |
| Jasun Baker | 7:20-cv-90038 |
| Mark Baker | 7:20-cv-05131 |
| Jaime Bakerbenitez | 8:20-cv-38660 |
| Gene Balderman | 7:20-cv-38085 |
| Anderson Baldwin | 7:21-cv-44560 |
| Jennifer Baldwin | 7:20-cv-38087 |
| Troy Ball | 7:21-cv-41954 |
| Glenn Barker | 7:21-cv-52881 |
| Yolondia Barksdale | 7:21-cv-52821 |
| Wendell Barnes | 7:21-cv-52868 |
| Gaston A Barnett III | 7:21-cv-14029 |
| Michael Barnett | 3:21-cv-01727 |
| Timothy Barnett | 7:21-cv-52829 |
| Adam Barton | 7:21-cv-52877 |
| Shawn Michael Bass | 7:21-cv-52878 |
| Terrell Lamont Battle | 7:21-cv-52892 |
| Kortney Battles-Albritton | 7:20-cv-90044 |
| Todd Bayless | 8:20-cv-38670 |
| Jerome Bean | 8:20-cv-38675 |
| David Beaudet | 7:21-cv-52818 |
| Zackary Beckman | 7:21-cv-10634 |
| Christopher Beecher | 7:21-cv-52830 |
| Joseph Bellamy | 7:21-cv-42012 |
| Raphael Bello | 7:21-cv-48926 |
| Rayshon Belton | 7:21-cv-52897 |
| Ronald Bender | 7:21-cv-48778 |
| Skyler Bender | 7:21-cv-52862 |
| Shawn Benson | 7:20-cv-90046 |
| Lonnie Bernal | 7:20-cv-89920 |
| Ian Bernard | 7:20-cv-05210 |
| Christopher Berry | 7:20-cv-05135 |
| Ryan Berry | 7:20-cv-05181 |
| Donald Bess | 3:21-cv-01246-MCR-MJF |
| Robert Betts | 7:20-cv-05208 |
| Thomas Bickers | 7:20-cv-90050 |
| Larry Biffel | 8:20-cv-38685 |
| Ken Bingle | 7:20-cv-05234 |
| Vito Biondo | 3:21-cv-01247-TKW-EMT |
| Joe Bishop | 8:20-cv-38697 |
| William Bishop | 8:20-cv-38702 |
| David Blackshear | 7:20-cv-90059 |
| Nickolas Blake | 7:20-cv-38104 |
| Randy Jay Blasdel | 8:20-cv-66976 |
| Anthony Blunck | 7:20-cv-36800 |

| | |
|---|---|
| Grayling Bocage | 8:20-cv-38712 |
| Christopher Bodiford | 7:21-cv-10592 |
| Jesse Boeltz | 7:20-cv-35088 |
| Michael Boerner | 7:20-cv-90061 |
| Oliva Bogan | 8:20-cv-38717 |
| James Boggess | 7:20-cv-05253 |
| Peter Bojorquez | 8:20-cv-28482 |
| Jorge Galvan Bolanos | 7:20-cv-38110 |
| Kevin Bonilla | 7:20-cv-89844 |
| Bradley Boone | 8:20-cv-66780 |
| Michael Bougor | 8:20-cv-38726 |
| Niytahssia Boyea | 7:21-cv-27497 |
| Tommy Boykin | 3:22-cv-07825 |
| Candace Bradford | 9:20-cv-10722 |
| James Branch | 3:22-cv-07618 |
| James Brantley | 7:20-cv-89743 |
| Myra Bravo | 9:20-cv-10736 |
| John Breneman | 7:20-cv-05719 |
| Michael Bresett | 7:20-cv-90067 |
| Napleon Brewer | 7:20-cv-38116 |
| Emmanuel Brinson | 8:20-cv-38741 |
| Dale Brooks | 8:20-cv-38751 |
| Derrick Brooks | 8:20-cv-38756 |
| Ambrose Brown | 3:22-cv-07742 |
| Eric Brown | 7:21-cv-28572 |
| James Robert Brown | 3:22-cv-10872 |
| Daphne Brown-Pratt | 8:20-cv-62609 |
| Leo Brownson | 8:20-cv-62612 |
| Kevin Brummel | 8:20-cv-38772 |
| Raymond Brunner | 7:20-cv-90072 |
| Amy Bryant | 8:20-cv-38777 |
| Brad Bundick | 3:22-cv-07746 |
| Sandra P. Burbano | 7:20-cv-05182 |
| David Burge | 7:20-cv-38156 |
| Christopher Burgess | 7:20-cv-05127 |
| Jerry Dean Burleson | 7:21-cv-10594 |
| Rudolph Byarse | 7:21-cv-27444 |
| Geoffrey Byrd | 7:21-cv-24145 |
| John Calhoon | 8:20-cv-62618 |
| Leonard Camacho | 7:21-cv-48984 |
| Milton Camejo | 7:20-cv-89930 |
| Marco Carcamo | 7:20-cv-05121 |
| Michael Cardin | 8:20-cv-38802 |
| Derek Winston Carroll | 8:20-cv-62625 |
| John William Carroll | 7:20-cv-90078 |
| Brandon Carter | 7:21-cv-52833 |
| Conor D. Carter | 8:20-cv-38806 |

| | |
|---|---|
| Melvin Carter | 7:20-cv-89798 |
| Monaleatha Lynn Carter | 7:21-cv-10567 |
| John Cartledge | 7:20-cv-89820 |
| Jonathan Cartrett | 7:20-cv-05173 |
| George H. Case | 7:21-cv-10564 |
| Jorge Casiano | 3:22-cv-07812 |
| Todd A. Caswell | 8:20-cv-67022 |
| Branden Causey | 8:20-cv-38811 |
| Ryan Devin Ray Charles | 7:21-cv-10587 |
| Julian Chavez | 7:21-cv-10654 |
| Ronald Chellman | 7:21-cv-49054 |
| Evan Chesworth | 8:20-cv-28604 |
| Chaz A. Chevalier | 9:20-cv-04328 |
| Anthony Choate | 8:20-cv-62627 |
| Jed Choate | 7:20-cv-38180 |
| Delancy Christion | 7:21-cv-27431 |
| Fidel Ignacio Cisneros | 7:21-cv-28574 |
| Raphael Clarke | 7:20-cv-05793 |
| Martin Clary | 7:20-cv-05165 |
| Benjamin Clearwater | 7:21-cv-10678 |
| Calvin Clement | 8:20-cv-28569 |
| Zachary Clements | 7:20-cv-90089 |
| Antonio Clinkscales | 7:20-cv-38189 |
| David Cloninger | 8:20-cv-38816 |
| Evan Cole | 7:20-cv-90091 |
| Shenna Coleman | 7:20-cv-90093 |
| Shaun Collins | 7:21-cv-42020 |
| Charles Collman | 8:20-cv-90056 |
| William Charles Compton | 7:21-cv-28575 |
| Clint Conrey | 8:20-cv-38828 |
| John Conwell | 7:20-cv-90095 |
| Michael Cook | 7:20-cv-34704 |
| Nicole Cook-Blackmon | 7:20-cv-90097 |
| Brandy Cooper | 8:20-cv-49870 |
| Louis Copechal | 7:20-cv-90099 |
| Matthew Coppage | 8:20-cv-38833 |
| Robert Cordova | 8:20-cv-38838 |
| Marcus Corpening | 7:21-cv-10669 |
| John Cottom | 8:20-cv-38852 |
| Terrence Cousins | 8:20-cv-49876 |
| Rick Cowan | 8:20-cv-38857 |
| Andrew Cox | 7:21-cv-48919 |
| Jake Cox | 7:21-cv-52858 |
| Richard Cox | 8:20-cv-38863 |
| Runnar Crane | 7:20-cv-05212 |
| Geoffrey Crawford | 7:21-cv-10685 |
| James Crook | 3:22-cv-07673 |

| | |
|---|---|
| Jeffrey Crump | 8:20-cv-38873 |
| Walter Cruz Caro | 7:21-cv-33570 |
| Chano Cruz | 7:20-cv-05179 |
| Luis Eduardo Cruz | 7:20-cv-05756 |
| Nicky Cruz-Fargas | 7:20-cv-05166 |
| Jason Cucinotta | 3:22-cv-07732 |
| Joseph William Daigle | 7:20-cv-35333 |
| James Daly | 7:20-cv-05167 |
| Samuel D. Daniels | 7:20-cv-90104 |
| Adam Davenport | 7:21-cv-14047 |
| Johnny Max Davis | 3:22-cv-07805 |
| Jordan Davis | 7:20-cv-35998 |
| William Davis | 7:20-cv-05171 |
| Willard Gregory Dawkins | 8:20-cv-49890 |
| John Edward Dawson | 7:20-cv-05229 |
| Herschel Deaton | 7:20-cv-34859 |
| Mark Decamps | 7:20-cv-05174 |
| Daniel Dehaven | 8:20-cv-49900 |
| Juan Dehoyos | 8:20-cv-38898 |
| Matthew Delbarone | 8:20-cv-62640 |
| Johnathan Deleonlopez | 8:20-cv-38903 |
| Kenneth Demers | 8:20-cv-62642 |
| Dalton Denis | 3:22-cv-07741 |
| Daniel Detlefsen | 3:21-cv-01248-TKW-EMT |
| Arianna Devor | 3:21-CV-01250 |
| Shekia Devore | 9:20-cv-10739 |
| John Dietz | 3:21-cv-01252 |
| Robert Diggs | 3:21-CV-01254 |
| Harold Dingman | 7:20-cv-89909 |
| Michael Dixon | 3:21-cv-01262 |
| Jason Doczi | 3:21-cv-01264-TKW-MJF |
| Felipe Dominguez | 3:21-cv-01265 |
| Gerard Dow | 8:20-cv-59630 |
| Shannon Downey | 3:22-cv-07778 |
| Barrett Downing | 7:20-cv-38199 |
| Jefferson Doyle | 3:21-cv-01309 |
| Larry Doyle | 7:20-cv-36092 |
| Jody Drake | 7:21-cv-27457 |
| Raymond Walter Drefus | 8:20-cv-62651 |
| William Driver | 7:20-cv-36852 |
| Carlton Drummond | 7:20-cv-34358 |
| Dorraine Drysdale | 7:21-cv-48944 |
| Brian Duffee | 7:20-cv-05221 |
| Michael Dunbar | 7:20-cv-38201 |
| Robert Dante Duncan | 7:20-cv-90118 |
| Raymond Dunnavant | 7:21-cv-05004 |
| David Duran | 7:20-cv-35447 |

| | |
|---|---|
| Terry Durst | 8:20-cv-38938 |
| Gwentanna Eady | 7:21-cv-48915 |
| Joshua Earhart | 8:20-cv-28623 |
| Kraig Edde | 8:20-cv-28589 |
| Anthony James Edwards | 3:22-cv-07779 |
| James John Edwards | 7:20-cv-35588 |
| Linda Edwards | 3:21-cv-01313 |
| Tamara Edwards | 7:20-cv-90120 |
| Shawn Edwell | 8:20-cv-66821 |
| Joseph Michael Eitrem | 8:20-cv-38943 |
| Kevin Elder | 8:20-cv-66828 |
| Trey Marquis Elias | 7:21-cv-10639 |
| Steven Elliot | 7:20-cv-38204 |
| Lance P. Ellis | 7:20-cv-38206 |
| Alberto Enrique | 8:20-cv-28466 |
| Oscar Escalante | 7:20-cv-05790 |
| Joe Estrada | 8:20-cv-67061 |
| Christopher Evans | 7:21-cv-27336 |
| Jordan Evans | 3:21-cv-01315 |
| Jonathan Ezro | 7:20-cv-05213 |
| Michael Fadda | 8:20-cv-38959 |
| Paul Fallon | 3:21-cv-01317 |
| Andrew Farmer | 7:20-cv-05248 |
| Archie Faulk | 7:21-cv-42026 |
| William Richard Favreau | 7:21-cv-27325 |
| Stewart Fearon | 7:20-cv-90126 |
| Eric Felan | 8:20-cv-38963 |
| Grover Felch | 8:20-cv-62655 |
| Joshua Felder | 7:20-cv-90128 |
| James Finkle | 8:20-cv-38976 |
| Jeremy Fisher | 7:21-cv-24250 |
| Randall Fisher | 3:22-cv07845 |
| Brian Fitzpatrick | 7:20-cv-38209 |
| Christopher Fleming | 3:22-cv-04915 |
| Christopher Flink | 3:22-cv-07849 |
| Jose Flores | 8:20-cv-66839 |
| Jon Fluitt | 9:20-cv-10841 |
| Michael Follweiler | 8:20-cv-49832 |
| Scott Forbes | 8:20-cv-62667 |
| Noah Fortunato | 3:21-cv-01327 |
| Brady Foster | 9:20-cv-10843 |
| Warren Foster | 7:21-cv-10570 |
| Matt Foster | 8:20-cv-39008 |
| Drake Francies | 3:21-cv-01317 |
| James Francis | 8:20-cv-62669 |
| Richard Franklin | 7:21-cv-10676 |
| Briane Franks | 3:22-cv-07780 |

| | |
|---|---|
| Tod Frazer | 7:21-cv-10608 |
| Walter Freytes | 7:20-cv-38211 |
| Kevin Friend | 9:20-cv-20191 |
| Terry Frierson | 8:20-cv-28520 |
| Ronald Frisby | 8:20-cv-28391 |
| Jimmy Christopher Fryar, Sr. | 7:20-cv-38212 |
| Terrence Gadson | 3:21-cv-01330 |
| Joshua Gage | 3:21-cv-01332 |
| John Galam | 7:20-cv-90134 |
| Edgar Galvan | 7:21-cv-42028 |
| Andrew Ganshorn | 7:20-cv-35165 |
| Francois Garand | 7:20-cv-90136 |
| Adam Garcia | 3:21-cv-1358 |
| Erdwin Garcia | 7:21-cv-28578 |
| Feliciano Garcia | 7:20-cv-05164 |
| Zachary James Gardner | 3:22-cv-07782 |
| David Garland | 7:21-cv-28579 |
| Joshua Genberg | 3:22-cv-07783 |
| Jason James Getzel | 8:20-cv-59571 |
| Shea Ghering | 7:20-cv-38215 |
| Sherisa Gillis | 3:21-cv-1365 |
| James Gilyard | 7:20-cv-89779 |
| LyVell Gipson | 7:20-cv-05791 |
| James Glass | 7:20-cv-34861 |
| Nathaniel Glass | 7:21-cv-24256 |
| Keith Glenn | 3:21-cv-1378 |
| Kelvin Glenn | 7:20-cv-38216 |
| Bradley Glynn | 3:21-cv-1385 |
| Trevah Goins | 7:21-cv-10646 |
| Cornelius Golden | 3:21-cv-1386 |
| Regina Golding | 7:21-cv-42030 |
| Carlos Gomez | 7:20-cv-38218 |
| Jacob Gonzales | 7:20-cv-05772 |
| Israel Gonzalez | 3:21-cv-1387 |
| Nathaniel Good | 8:20-cv-39054 |
| Chad Warren Goodermote | 3:22-cv-07785 |
| Timothy Daniel Goodman | 3:22-cv-07787 |
| Emmett Graham | 7:21-cv-10692 |
| Garrett Grant | 8:20-cv-39069 |
| Demarko Gray | 3:21-cv-01384 |
| Dustin Green | 3:22-cv-07788 |
| Jewondo Green | 8:20-cv-67069 |
| Justin Nole Green | 8:20-cv-28597 |
| Kourtne Green | 3:22-cv-07653 |
| Megan Green | 7:21-cv-42032 |
| Robert Allen Green | 7:21-cv-10562 |
| Tyrone Green | 3:22-cv-07853 |

| | |
|---|---|
| David Greenough | 8:20-cv-39082 |
| Dylan Gregory | 3:22-cv-07883 |
| Michael Gresham | 7:20-cv-90151 |
| Joshua Griem | 3:21-cv-01382 |
| Dominick Grigsby | 3:21-cv-01381 |
| John Groseclose | 3:21-cv-01380 |
| Justin Grubbs | 7:21-cv-27478 |
| Nina Guidry | 7:20-cv-38222 |
| Daniel Gunsallus | 3:21-cv-01377 |
| Ernesto Gutierrez | 8:20-cv-39085 |
| Garett Gutierrez | 7:20-cv-05249 |
| Joshua Hagberg | 8:20-cv-66845 |
| Julian Haigood | 7:21-cv-23966 |
| Larry Hairrell | 8:20-cv-39090 |
| Norris J. Halkmon | 8:20-cv-66851 |
| Blake Hall | 7:20-cv-90155 |
| Robert Hall | 3:21-cv-01374 |
| Shanise Hall | 8:20-cv-39094 |
| Joshua Hamilton | 7:20-cv-05207 |
| Detrick Hampton | 7:20-cv-05158 |
| Jordan Hampton | 3:22-cv-07739 |
| William Hansell | 7:20-cv-38230 |
| Andrew K Hansen | 3:22-cv-07885 |
| Stefanie Hanski | 7:20-cv-38232 |
| Richard Hardy | 7:20-cv-89912 |
| George Hargis | 8:20-cv-39097 |
| Richard Hargis | 8:20-cv-28470 |
| Eric Harper | 7:20-cv-90157 |
| Joshua Harper | 3:21-cv-01372 |
| Jared Harris | 8:20-cv-39100 |
| William Harrison | 3:22-cv-07889 |
| Brian Harvey | 7:20-cv-90161 |
| Clay Hatcher | 7:20-cv-35198 |
| Kevin Hauger | 7:20-cv-90164 |
| Michael Hawkins | 7:20-cv-05161 |
| Germaine Adam Haywood | 7:21-cv-27413 |
| Jesse Heffelfinger | 7:20-cv-38243 |
| Scott Heisterman | 8:20-cv-62702 |
| Nicole E. Helms | 7:20-cv-35472 |
| David Helton | 3:22-cv-07784 |
| Bruce Henderson | 8:20-cv-39116 |
| Clarence Jamal Henderson | 7:20-cv-05199 |
| Gregory Henderson | 7:20-cv-90166 |
| Russell John Henderson | 9:20-cv-10724 |
| Steven Henderson | 7:20-cv-05160 |
| Daniel Hendricks | 7:21-cv-42034 |
| Shane Lee Hendrix | 8:20-cv-62850 |

| | |
|---|---|
| Christopher Henning | 8:20-cv-39120 |
| William Henrickson | 7:20-cv-89900 |
| Justin Herburger | 8:20-cv-28611 |
| Mark Herlick | 8:20-cv-39124 |
| Eduardo Hernandez | 8:20-cv-39128 |
| Joe Daniel Hernandez | 8:20-cv-62852 |
| Megan Hernandez | 3:22-cv-07833 |
| Sebastian Hernandez | 8:20-cv-39137 |
| Victor Hernandez | 8:20-cv-39132 |
| William Hernandez | 9:20-cv-10725 |
| Jose Herrera | 7:20-cv-34718 |
| Renee Hess | 3:22-cv-07890 |
| Andrew Hieronymus | 8:20-cv-62854 |
| William Hight | 7:20-cv-38249 |
| Anthony Hill | 7:20-cv-90172 |
| Brian Samuel Hill | 3:22-cv-07892 |
| Darren Hill | 7:20-cv-38252 |
| Matthew Hince | 3:21-cv-01364 |
| Etorian Hines | 7:21-cv-28586 |
| Rogelio Hinojo | 7:21-cv-14033 |
| Patrick Hitchcock | 3:22-cv-07895 |
| Thomas Hite | 3:22-cv-07902 |
| Jerry Hobbs | 8:20-cv-62859 |
| David John Hodges | 3:22-cv-07906 |
| Alex Jason Hoffman | 8:20-cv-59643 |
| Michael Hoffman | 8:20-cv-59664 |
| Terry Holbert | 8:20-cv-39153 |
| Ashley Holder | 7:20-cv-90174 |
| Mik Holland | 7:20-cv-05184 |
| Joshua Holmes | 7:20-cv-38255 |
| Marcelo Honesto | 8:20-cv-39157 |
| Ji Hong | 3:21-cv-01356 |
| Quentin Horn | 7:21-cv-27334 |
| Gary Hoskins | 8:20-cv-39161 |
| Steven Howard | 7:20-cv-35303 |
| Takeiya Howard | 8:20-cv-39169 |
| Joshua Howell | 8:20-cv-28575 |
| Devin Huff | 8:20-cv-62863 |
| Eddie Joe Huff | 8:20-cv-67096 |
| Torrance Cahn Huggins | 7:21-cv-10598 |
| Mitchell Hull | 3:22-cv-07424 |
| Dane J. Humble | 7:21-cv-28588 |
| Shane Hunt | 8:20-cv-28592 |
| Cleon Huskinson | 8:20-cv-62867 |
| Ian Hyslop | 8:20-cv-39181 |
| Dakota Irvin | 7:21-cv-27377 |
| Jamica Jackson | 3:22-cv-07624 |

| | |
|---|---|
| William Jackson | 3:22-cv-07786 |
| Erik Jacobson | 7:20-cv-05722 |
| Christopher James | 8:20-cv-49949 |
| Kevin Jameson | 7:20-cv-38070 |
| Frantz Jean | 7:20-cv-05263 |
| Kareem Jenkins | 3:22-cv-07908 |
| Leodis Jennings | 7:20-cv-89805 |
| Ryan Jernigan | 7:20-cv-35540 |
| Raul Jimenez | 8:20-cv-66871 |
| Bianca Johnson | 7:20-cv-90188 |
| Darin Johnson | 3:22-cv-07909 |
| David Johnson | 7:20-cv-90192 |
| Ethan Johnson | 7:21-cv-27495 |
| Jonathan Lee Johnson | 3:22-cv-07914 |
| Joseph Johnson | 7:20-cv-38074 |
| Joshua Terrell Johnson | 7:20-cv-38076 |
| Lyndon Johnson | 8:20-cv-49953 |
| Maurice Jamal Johnson | 3:22-cv-07918 |
| Ray William Johnson | 3:22-cv-07932 |
| Scott Johnson | 7:20-cv-38078 |
| Sherrie R Johnson | 3:22-cv-07700 |
| Anissa Jones | 8:20-cv-38203 |
| Bryce Dennis Jones | 8:20-cv-62868 |
| Cylus Jones | 3:22-cv-07975 |
| Jeffrey Michael Jones | 8:20-cv-38198 |
| John Anthony Jones | 3:22-cv-07980 |
| Richard Jones | 7:20-cv-05256 |
| Roger Jones | 7:20-cv-90202 |
| Kristopher Jordan | 8:20-cv-38208 |
| Lenora Journigan | 7:20-cv-89833 |
| Raul Juarez | 7:21-cv-27422 |
| Douglas Michael Kadetz | 8:20-cv-62872 |
| Constantine M. Karamargin | 7:20-cv-38084 |
| Pete Keenan | 7:20-cv-90217 |
| William David Kell | 7:21-cv-27446 |
| Peter John Kelley | 7:21-cv-10619 |
| Glen Kelso | 9:20-cv-10727 |
| Beau Kent | 8:20-cv-38216 |
| Kodey Kershaw | 7:20-cv-05200 |
| William Kewitz | 3:22-cv-07987 |
| Benjamin Khammar | 7:21-cv-27400 |
| Jeries Kheir | 9:20-cv-10728 |
| KeeBum Kim | 7:21-cv-42038 |
| Richard King | 7:20-cv-90222 |
| Elmer Kitts | 8:20-cv-28496 |
| Trista Lynne Kleimann | 3:22-cv-07799 |
| William Klein | 7:20-cv-38091 |

| | |
|---|---|
| Troy Knowles | 3:22-cv-07537 |
| Jason M Knudsen | 3:22-cv-07990 |
| Thomas Koliscz | 8:20-cv-38228 |
| Dale Kosobud | 8:20-cv-38231 |
| Avery Kovatch | 7:20-cv-38097 |
| Mark Krajnik | 7:20-cv-05724 |
| Kenneth Kuluski | 7:21-cv-27416 |
| Mariam Kure | 7:20-cv-89714 |
| Christopher Lam | 7:20-cv-05286 |
| J.B. Lamb | 7:20-cv-90231 |
| Joseph Kenneth Landry | 3:22-cv-07744 |
| Travis Landry | 3:22-cv-04914 |
| Abenayaa Lane | 7:20-cv-05175 |
| Donna Lang | 7:20-cv-38109 |
| John Lanier | 7:21-cv-27403 |
| Christopher Lara | 3:22-cv-07993 |
| Jonathan Christopher LaRoche | 7:20-cv-35590 |
| Bryan Curtis Leach | 7:21-cv-68311 |
| Carnell Lee | 8:20-cv-62880 |
| Lynuel Lee | 7:20-cv-38118 |
| Sara Lee | 7:20-cv-38121 |
| Darren Leffler | 7:20-cv-36848 |
| Ryan Lema | 7:20-cv-90242 |
| David Levesque | 7:20-cv-05111 |
| Wanda Lewis | 7:20-cv-90250 |
| Chad Lewison | 8:20-cv-38242 |
| Jacob Lietz | 3:22-cv-07998 |
| Casey Lightfoot | 7:20-cv-90254 |
| Chris Lilly | 3:22-cv-08000 |
| Chad Lindsey | 3:22-cv-07850 |
| Vincent Link | 7:20-cv-89741 |
| Daniel Little | 7:20-cv-36571 |
| Christopher Littrell | 3:22-cv-07716 |
| Paul Lawrence Liwai Lopes | 7:21-cv-10674 |
| Jordan Loftin | 7:20-cv-90257 |
| Angelo Lombardi Jr | 7:20-cv-90260 |
| Delvon Long | 7:20-cv-38125 |
| Greg Longfield | 3:22-cv-08007 |
| Jimmy Lonsdale | 7:21-cv-42040 |
| Hernan Lopez | 7:20-cv-38131 |
| Jonathan Lopez | 7:21-cv-27420 |
| Rhonda Denise Gill Love | 7:21-cv-10663 |
| Jamal Loyd | 7:20-cv-90264 |
| Timothy Luehring | 7:20-cv-05763 |
| William Lunsford | 8:20-cv-38264 |
| Reginald Lyons | 8:20-cv-28557 |
| Samuel Macinsky | 7:21-cv-27476 |

| | |
|---|---|
| David Mackley | 7:20-cv-90268 |
| Christopher Patrick Mahoney | 8:20-cv-38268 |
| Julio Cesar Maldonado | 8:20-cv-62889 |
| Rosa A. Maldonado | 7:20-cv-90269 |
| Timothy Mangum | 7:21-cv-52891 |
| Solomon P. Manuia | 8:20-cv-62893 |
| Stephen Marcum | 7:20-cv-05768 |
| James Marden | 7:21-cv-27392 |
| Ohnjay A. Marino | 7:20-cv-90680 |
| Michael Markley | 7:20-cv-36664 |
| Christopher Martin | 7:20-cv-05236 |
| Kevin Martin | 3:22-cv-07672 |
| Jesus Martinez | 7:20-cv-05754 |
| Michael Louie Rivera Martinez | 3:22-cv-08015 |
| Robert Martinez | 21-CV-21-12001 |
| Jose Martinez-Cordova | 7:20-cv-35799 |
| Michael Mason | 8:20-cv-90060 |
| Anthony Mass | 7:20-cv-36173 |
| Alan Matsudo | 7:20-cv-90695 |
| Jason Matter | 7:20-cv-89898 |
| Antonio Matthews Sr | 7:20-cv-90698 |
| Kenneth Matthews | 7:20-cv-90700 |
| Lafoia Mauga | 8:20-cv-38287 |
| Richard Barry Mauro | 7:21-cv-10633 |
| Sean Maxson | 7:20-cv-90703 |
| Steve Mayala | 8:20-cv-38291 |
| LeMar Mayberry | 9:20-cv-10730 |
| Larry Mayo | 7:20-cv-38137 |
| William Mays | 7:20-cv-35752 |
| Seedy Mboob | 8:20-cv-49993 |
| Eileen McAfee | 8:20-cv-38295 |
| Jeremy McArthur | 7:20-cv-05197 |
| Mike McBride | 8:20-cv-38300 |
| David McCafferty | 8:20-cv-66905 |
| Sean McClary | 7:20-cv-90709 |
| George Karl McClure | 7:21-cv-00082 |
| Charles McCollum | 7:20-cv-05774 |
| William E McCormick | 8:20-cv-62899 |
| Randall McCray | 7:21-cv-52848 |
| Mark McCummings | 7:20-cv-90712 |
| Charles McDaniel | 7:21-cv-24094 |
| David McDonald | 8:20-cv-38317 |
| Henry McDonald III | 8:20-cv-59652 |
| Charles McGinnis | 8:20-cv-38322 |
| Daniel McGraw | 7:20-cv-38140 |
| Adam McKeehan | 7:20-cv-38144 |
| Steven McKinney | 8:20-cv-38326 |

| | |
|---|---|
| Timothy McKinney | 7:20-cv-36035 |
| Jonathan McLaren | 7:20-cv-05149 |
| James Nathanael McLimore | 3:22-cv-07736 |
| Trevor McNamara | 7:20-cv-05244 |
| Kimberly Mealy | 3:22-cv-08029 |
| Marci Metcalfe | 8:20-cv-38341 |
| Ella Micheli | 7:20-cv-38151 |
| David Middleton | 7:20-cv-34444 |
| Gary Wayne Miles | 7:21-cv-00160 |
| Lazaro Millan | 8:20-cv-28631 |
| Ammon Miller | 7:21-cv-27385 |
| Andrew Miller | 7:21-cv-52869 |
| Andrew Allen Miller | 7:21-cv-10688 |
| Caronda Miller | 7:21-cv-52823 |
| David W Miller | 8:20-cv-50008 |
| Dennis Miller | 8:20-cv-28399 |
| Gary Miller | 7:21-cv-52842 |
| Jessie Miller | 8:20-cv-38350 |
| Isaac Miranda | 7:20-cv-05749 |
| Glenn Misters | 7:20-cv-90739 |
| Austin Mitchelle-Briggs | 7:20-cv-05203 |
| Casey Moffitt | 7:21-cv-27506 |
| Gregory Mogavero | 9:20-cv-10752 |
| Danny Montes | 7:20-cv-90742 |
| Emilio Montes | 7:20-cv-90745 |
| Patrick Mooney | 8:20-cv-62910 |
| Christopher James Moore | 7:21-cv-27499 |
| Richard Moore | 8:20-cv-38361 |
| Christopher G Mora | 3:22-cv-07444 |
| Irving Omar Mora | 3:22-cv-08039 |
| Raphael Morales | 7:21-cv-49036 |
| Kelvin Morgan | 7:21-cv-10578 |
| Shayla Morgan | 8:20-cv-62912 |
| David Morris | 7:20-cv-90747 |
| Shelia Mosley | 3:22-cv-08046 |
| Joshua Moss | 7:20-cv-34822 |
| Elizabeth Moten | 3:22-cv-08077 |
| Jeffrey Moulton | 7:21-cv-10596 |
| Frances Moya | 3:22-cv-08078 |
| Phillip Mrzyglocki | 7:20-cv-05258 |
| Sandi Murphy | 3:22-cv-08079 |
| Michael Murray | 8:20-cv-67132 |
| Thomas Muyard | 8:20-cv-38380 |
| Nickalous Myers | 3:22-cv-08080 |
| Nicholas Najera | 8:20-cv-38384 |
| Samuel Napier | 7:21-cv-27368 |
| Christobal Naputi | 3:22-cv-08081 |

| | |
|---|---|
| Jonathan Neal | 7:21-cv-24234 |
| Tanner Neal | 3:22-cv-08082 |
| Timothy Neary | 7:20-cv-90758 |
| Jason Newbern | 8:20-cv-38392 |
| Justin Newberry | 3:22-cv-08085 |
| Harold Newsome | 8:20-cv-38395 |
| Marlon Newson | 7:21-cv-28597 |
| Dustin Newton | 8:20-cv-62922 |
| Roy Newton | 8:20-cv-38400 |
| Thomas Nguyen | 8:20-cv-38405 |
| Bradley Nichols | 7:20-cv-35430 |
| Michael Nichols | 7:20-cv-89803 |
| Michael Nieto | 8:20-cv-66930 |
| Kenneth Wayne Niffen | 3:22-cv-08088 |
| Katelynn Nilsen | 7:21-cv-48956 |
| Christopher Noland | 7:21-cv-48930 |
| Daniel Nunez | 7:20-cv-05119 |
| Matt O'Rourke | 7:21-cv-10641 |
| Marshall Ogan | 3:22-cv-07823 |
| Martin Olinger | 3:22-cv-08103 |
| Torjus Olsen | 7:21-cv-48952 |
| Troy Olsen | 8:20-cv-38424 |
| Emmanuel Ortiz | 7:21-cv-10647 |
| Jason Oyler | 7:21-cv-10638 |
| Daniel Pace | 7:20-cv-05202 |
| Manuel Padilla | 8:20-cv-38432 |
| Anthony Louis Page | 3:22-cv-08117 |
| Andres Ruben Palacios | 7:21-cv-27467 |
| Dell Palmer | 7:20-cv-90776 |
| Jeffrey Palumbo | 7:20-cv-38223 |
| Michael Parker | 7:20-cv-35889 |
| Trent Parker | 8:20-cv-38449 |
| Brian Pascoe | 9:20-cv-10732 |
| Jerome Passafiume III | 3:22-cv-07706 |
| Dylan Patten | 7:20-cv-90782 |
| James Frank Patterson | 7:21-cv-27340 |
| Jonathan Patterson | 7:20-cv-05239 |
| Greg Patton | 8:20-cv-62927 |
| Shannon Paulsen | 7:20-cv-38224 |
| Christopher Payne | 7:20-cv-90785 |
| Stanton Peace | 8:20-cv-38475 |
| Jesse Pelayo | 7:21-cv-49003 |
| Jeffery Pels | 7:20-cv-38225 |
| Alfred Penn | 3:22-cv-08139 |
| Craig Perdue | 8:20-cv-50031 |
| Rodrigo A. Pereira | 7:20-cv-90787 |
| Kevin Perkins | 7:20-cv-35268 |

| | |
|---|---|
| Colby Jovan Perry | 7:21-cv-48981 |
| Rickell Perry | 7:21-cv-33573 |
| Jeffrey Pete | 8:20-cv-62933 |
| Dale Peters | 3:22-cv-08145 |
| Joseph Peters | 7:20-cv-89815 |
| Gregg Peterson | 7:20-cv-90792 |
| Jalesa Peterson | 7:20-cv-90794 |
| Jerahmey Peterson | 7:20-cv-38229 |
| Charles Peuser | 7:20-cv-89785 |
| Marion Phinazee | 7:20-cv-90798 |
| Arthur Pichardo | 8:20-cv-28615 |
| George Piel | 7:20-cv-38231 |
| Kemny Pierre | 7:20-cv-89717 |
| Anthony Pierri | 7:21-cv-10662 |
| Derek Paul Pinsonneault | 7:21-cv-10583 |
| John Pirolli | 7:20-cv-05278 |
| Booker Pitts | 8:20-cv-28540 |
| Jimmy Pitts | 7:20-cv-90800 |
| Brock Pollpeter | 7:21-cv-10589 |
| William Tracy Poole | 7:20-cv-38233 |
| Dakota Pos | 3:22-cv-08150 |
| Christopher Posten | 7:20-cv-90802 |
| Scott Potempa | 8:20-cv-28567 |
| Mitchell Potvin | 8:20-cv-38497 |
| Michael Poulter | 8:20-cv-38503 |
| Randall Alan Powell | 7:20-cv-38235 |
| Jordan Prall | 3:22-cv-08152 |
| Dominic Pratt | 3:22-cv-07425 |
| Pamela Pratt | 7:20-cv-38238 |
| Jon Presgraves | 3:22-cv-07553 |
| Larry Pride | 8:20-cv-38514 |
| Brian Scott Quick | 8:20-cv-50039 |
| Jordan Rabaste | 7:21-cv-10616 |
| Daniel Radcliffe | 7:20-cv-05195 |
| Joe Raymond Ramirez | 8:20-cv-38524 |
| Luis Ramirez | 8:20-cv-66947 |
| Joel Rattenborg | 3:22-cv-08157 |
| Justin Rayl | 7:20-cv-05789 |
| Matthew Richard Reed | 7:20-cv-90816 |
| travis Reed | 8:20-cv-59612 |
| John Russell Reeder | 7:20-cv-38247 |
| Bruce Reges | 7:20-cv-38250 |
| Mitchell Register | 8:20-cv-50043 |
| Jared Reid | 8:20-cv-50047 |
| Jefferson Reid | 3:22-cv-08217 |
| Mark Anthony Reitman | 8:20-cv-38529 |
| Raymond Renigar | 3:22-cv-08219 |

| | |
|---|---|
| Max Alexander Reyes Bermudez | 7:21-cv-27439 |
| Johnathan Rhoades | 3:22-cv-07795 |
| James Rice | 7:20-cv-90822 |
| Kwuantae D Rice | 7:21-cv-10689 |
| Mary Rice | 8:20-cv-38539 |
| Christopher D Richardson | 8:20-cv-67141 |
| Brian Edward Richey | 8:20-cv-50051 |
| Michael Rickers | 7:20-cv-38256 |
| Robert Scott Ritter | 8:20-cv-59654 |
| Justin Rivas | 7:21-cv-27450 |
| Kyle Robbins | 7:21-cv-49001 |
| Seth Robinson IV | 7:21-cv-48959 |
| Gregory Del Robinson | 3:22-cv-07671 |
| Jason Robinson | 7:21-cv-28600 |
| Robert Robinson | 7:20-cv-05123 |
| Martin Robles | 8:20-cv-38557 |
| Gabriel Rodriguez | 3:22-cv-07796 |
| Robert Rogers | 7:20-cv-90827 |
| Jacob Romero | 3:22-cv-07801 |
| Jordan Romero | 7:20-cv-89745 |
| Jeff Rosewarne | 7:20-cv-35750 |
| Adam Timothy Ross | 7:21-cv-04919 |
| David Lee Ross | 7:21-cv-49007 |
| Gregory Rowell | 8:20-cv-62950 |
| Robert Rowland | 7:20-cv-05113 |
| Awilda Rozier | 8:20-cv-28404 |
| Thomas Earl Rucker | 3:22-cv-08221 |
| Daniel Ruiz | 7:20-cv-90835 |
| Marty Rush | 7:20-cv-90837 |
| Bonnie Rushing | 7:20-cv-38272 |
| Jasmine Russ | 3:22-cv-08222 |
| Angela Ryks | 7:20-cv-38273 |
| Alonso Saavedra | 7:20-cv-05265 |
| Joshua Saeger | 7:21-cv-27387 |
| Treyton John Salisburygum | 8:20-cv-50055 |
| Michael Salter | 7:20-cv-36616 |
| Rosalio Ramonal Salva | 7:21-cv-10686 |
| Charles Samuels | 3:22-cv-08225 |
| David M. Sanchez | 8:20-cv-28619 |
| Vicente Sanchez | 7:20-cv-38274 |
| Pablo Santa Cruz | 8:20-cv-38567 |
| Eugenio Santiago | 7:20-cv-05114 |
| Joyce Sarkis | 8:20-cv-38571 |
| Christopher Scarborough | 3:22-cv-08254 |
| Chad Schafer | 7:21-cv-42051 |
| Matthew Schlabach | 7:20-cv-38275 |

| | |
|---|---|
| Jeffrey Schmidt | 8:20-cv-38576 |
| Michael Schreiner | 7:20-cv-90841 |
| Christopher Schuettler | 3:22-cv-10875 |
| Anthony Schuh | 7:20-cv-38283 |
| Theodore Schuller | 7:20-cv-05157 |
| Brett Schultz | 7:20-cv-89914 |
| Richard Schwarzman | 7:20-cv-38278 |
| Eric Lamar Scott | 7:21-cv-49060 |
| Franklin Scott | 7:20-cv-05761 |
| Zackery Scott | 8:20-cv-67147 |
| Shane Scovill | 7:21-cv-27469 |
| Jonathan Scoville | 3:22-cv-08257 |
| Jared Seegmiller | 7:20-cv-89932 |
| Faapaia Seiuli | 7:20-cv-34428 |
| Anthony Sellards | 7:20-cv-90845 |
| Keith Raymond Seneca | 7:21-cv-10581 |
| Clyde Serna | 7:20-cv-05116 |
| Reynaldo Serrato | 8:20-cv-59640 |
| Michael Settles | 7:20-cv-34536 |
| Addison Sewell | 7:20-cv-38280 |
| Lloyd Sharp | 3:22-cv-07813 |
| Joshua Thomas Sharpe | 7:21-cv-49023 |
| Patrik Shea-Hovestadt | 7:20-cv-38281 |
| Jonathan Shealy | 7:20-cv-05152 |
| Hans Shelton | 8:20-cv-38589 |
| Dave Eugene Sherman | 9:20-cv-10845 |
| James Sherman | 7:20-cv-34685 |
| Kyle Shields | 7:20-cv-38282 |
| James Shockome | 7:20-cv-90849 |
| Kevin Shofner | 3:22-cv-08258 |
| Bryan Shook | 7:21-cv-28604 |
| Tasha Sidney | 7:21-cv-49038 |
| Al Sieniarecki | 9:20-cv-10754 |
| Kenneth Simmons | 8:20-cv-38598 |
| Kent Simon | 7:20-cv-34873 |
| Julie Simpson | 8:20-cv-38608 |
| Tony Simpson | 7:20-cv-90851 |
| Joseph Sims | 8:20-cv-38618 |
| Rashonda Sims | 7:21-cv-48922 |
| Herbert Cesar Skinner | 7:21-cv-10582 |
| Michael Latone Smallwood | 8:20-cv-38621 |
| Airen Smith | 9:20-cv-10756 |
| Brandon Smith | 3:21-cv-01735 |
| Kenneth Braxton Smith | 3:22-cv-08260 |
| Michael Darling Smith | 7:21-cv-27452 |
| Phonso Christopher Smith | 3:22-cv-08272 |
| Robert Smith | 7:21-cv-33569 |

| | |
|---|---|
| Robert A. Smith | 8:20-cv-38635 |
| Robert James Smith | 7:20-cv-34563 |
| William Smith | 8:20-cv-38630 |
| Dallas Smith-Bordas | 8:20-cv-62963 |
| James Snyder | 8:20-cv-62965 |
| Kenneth Michael Songao | 7:21-cv-68314 |
| Carl Sorrels | 8:20-cv-28599 |
| Melody Springer | 3:22-cv-08281 |
| Matthew Staab | 8:20-cv-38649 |
| Jeffrey Starks | 7:20-cv-38285 |
| Phillip William Stauffer | 8:20-cv-38659 |
| Nathan Stearns | 7:20-cv-89860 |
| Kody Stebens | 8:20-cv-38664 |
| James Steele | 7:20-cv-05725 |
| Deshawn Steeley | 8:20-cv-28450 |
| Michael Stein | 8:20-cv-38668 |
| Porsha Steinberg | 3:22-cv-07826 |
| Gilbert Sterling | 3:22-cv-08300 |
| Derrance Stewart | 3:22-cv-07839 |
| Hugh Stewart | 7:20-cv-38286 |
| Ryan Stewart | 3:22-cv-07820 |
| Ryan Stewart | 3:22-cv-08037 |
| Shawn Michael Stewart | 7:21-cv-10584 |
| Tracie Stewart | 7:20-cv-38287 |
| Jesse Lee Still | 7:21-cv-28608 |
| David Leonard Stokes | 3:22-cv-08312 |
| Brandon Stoops | 7:21-cv-49025 |
| Grayson Story | 7:20-cv-90866 |
| Jermaine Stranlund | 21-CV-21-12001 |
| Valentin Straticiuc | 7:20-cv-05240 |
| William L Strohl | 7:20-cv-38288 |
| Alvin Strong | 7:20-cv-89775 |
| Dale Stumbo | 8:20-cv-38692 |
| Benjamin Tanner | 8:20-cv-38696 |
| Corey Tanner | 7:20-cv-89818 |
| Alvin L Tatum | 9:20-cv-20199 |
| Douglas Taylor | 7:20-cv-90880 |
| Jamarc Taylor | 7:20-cv-05238 |
| James D Taylor | 7:20-cv-05238 |
| Richie Alexander Taylor | 3:22-cv-08317 |
| Rufus Taylor | 7:21-cv-48920 |
| Ryan Taylor | 7:20-cv-90884 |
| Olivia Telles | 7:20-cv-89862 |
| David Terrell | 7:20-cv-38294 |
| Alan Terry | 7:20-cv-05735 |
| Brett Thames | 7:20-cv-38295 |
| James Thomas | 7:20-cv-89733 |

| | |
|---|---|
| John Edward Thomas | 7:20-cv-38296 |
| Mark Allen Thomas | 3:22-cv-08325 |
| Orlando Thomas | 7:20-cv-37134 |
| Cody N Thompson | 8:20-cv-38719 |
| Frank Thompson | 7:20-cv-89885 |
| Anthony Raymond Thor | 3:22-cv-08327 |
| Ricky Thorstensen | 8:20-cv-38723 |
| Jason Titus | 7:20-cv-38464 |
| Jimmy Todd | 8:20-cv-38728 |
| Michael Tolliver | 8:20-cv-67165 |
| Andrew Toman | 8:20-cv-38733 |
| Kody Tompkins | 7:20-cv-05728 |
| Brian Toops | 8:20-cv-59658 |
| Paul Torr | 7:20-cv-90892 |
| Isaias Torres | 7:20-cv-90894 |
| Gerardo Torres-Lopez | 7:20-cv-89917 |
| Marquis Travis | 7:20-cv-05163 |
| Gary Traylor | 7:21-cv-27305 |
| Danielle Trimbo | 8:20-cv-62973 |
| Brad Tuck | 8:20-cv-38758 |
| Christopher Sharad Tucker | 7:21-cv-28612 |
| Billy Turman | 7:20-cv-90898 |
| Rick Turner | 7:21-cv-48963 |
| Shawn M. Turner | 3:22-cv-08356 |
| Tony Turner | 7:21-cv-10614 |
| Timothy Tye | 3:22-cv-10876 |
| Ean Ulrich | 7:21-cv-28613 |
| Shalena Underwood | 7:20-cv-90900 |
| Jimmy Uribe | 7:21-cv-49019 |
| Daniel Valdiviesorentas | 7:20-cv-36125 |
| Hunter Van Horn | 8:20-cv-38767 |
| David Vargas | 7:20-cv-38487 |
| Andrew Velasquez | 3:22-cv-08357 |
| Abel Velazquez | 8:20-cv-50091 |
| Ronald Vera | 7:20-cv-05257 |
| Virginia Villagrana | 8:20-cv-38785 |
| Michael Vonschondorf | 7:20-cv-90907 |
| Steven Voris | 8:20-cv-38790 |
| Jessica Wagers | 7:20-cv-90909 |
| Jesse Waite | 8:20-cv-38795 |
| Solan Walker | 8:20-cv-38804 |
| Tony Walker | 8:20-cv-38799 |
| Clyde Wallace | 7:20-cv-90911 |
| Joseph Walsh | 7:21-cv-23965 |
| Delvin Ward | 3:22-cv-08361 |
| Richard Eugene Warner | 3:22-cv-08365 |
| Destavius Washington | 7:21-cv-10615 |

| | |
|---|---|
| Christopher Weaver | 7:20-cv-05216 |
| Walter Weber | 7:21-cv-41958 |
| Joshua Andrew Weeks | 7:21-cv-28614 |
| Mark Welborn | 7:21-cv-24041 |
| Billy Welch | 7:21-cv-41964 |
| Alvin Wells | 8:20-cv-50094 |
| Patrick Wente | 7:20-cv-05133 |
| Daniel West | 8:20-cv-38841 |
| Marlon Whatley | 7:21-cv-41969 |
| Joseph Whigham | 7:20-cv-38523 |
| Benjamin White | 7:20-cv-38532 |
| Daniel White | 8:20-cv-50098 |
| James White | 3:22-cv-07842 |
| Craig Whitlock | 7:20-cv-90921 |
| David Wayne Whitten | 3:22-cv-08379 |
| Timothy Wical | 7:21-cv-27429 |
| Jeremy Wiggins | 7:21-cv-41973 |
| Ebony Wilkerson | 7:20-cv-90925 |
| David Wilkins | 8:20-cv-38855 |
| William Wilkinson | 7:21-cv-41977 |
| Jered Williams | 7:21-cv-41981 |
| Patrice Williams | 7:21-cv-27312 |
| Shamecca Williams | 7:21-cv-41985 |
| Alfred Lionel Wilson | 8:20-cv-50102 |
| Christopher Wilson | 7:20-cv-89831 |
| Justin Wilson | 7:20-cv-90929 |
| Nomsa Winchester | 7:21-cv-41989 |
| Nathaniel Windyboy | 7:21-cv-10601 |
| Amanda Wininger | 7:21-cv-41991 |
| Michael Wise | 7:21-cv-28617 |
| Kenneth Witham | 7:20-cv-36224 |
| Edward Wojcik | 7:21-cv-41995 |
| Tonja Wolf | 7:21-cv-41997 |
| Terry Woodard | 7:21-cv-10617 |
| Daniel Woodsmall | 7:21-cv-28618 |
| Brandon Wortham | 8:20-cv-38884 |
| Robert Worthington | 7:21-cv-27515 |
| Michael Joe Woullard | 7:20-cv-38589 |
| Kenneth Wynne | 8:20-cv-38893 |
| John Yocum | 8:20-cv-38897 |
| Nigel Yoder | 7:21-cv-27508 |
| Robert Zamora | 7:20-cv-36198 |
| WALTER ZAPOTOCZNY | 8:20-cv-28494 |
| Barry N. Zimmerman | 7:20-cv-89796 |
| Christian Zuniga | 7:20-cv-05272 |