UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER

Plaintiff Guy Cupit has filed a Motion for Ruling on 3M Company's Waiver and/or Judicial Estoppel of Any Defense Regarding Its Full Liability, and Request for Expedited Briefing and to Join August 11, 2022 Hearing. *See* ECF No. 3361. The Court **DEFERS RULING** on the substantive motion but **GRANTS** the request for expedited briefing and to join the August 11, 2022 hearing. Defendant 3M Company must file a response by August 9, 2022 at 5 p.m. Central. The response must address the successor liability issue raised in Cupit's motion, as well as the extent to which the recent indemnification agreement bears on 3M's successor liability. More specifically, 3M's response must outline the terms of its purchase of Aearo in 2008, including assumption of liabilities, if any, and also the reported 2010 transfer to 3M of "the component of [Aearo's] business responsible for the significant majority of its earplug sales." *See In re Aearo Tech. LLC*, No. 1:22bk2890, ECF No. 11 at 11. No reply will be permitted. Both sides should be

prepared to discuss these issues at the August 11th hearing.  Each side must advise the Court of who will argue on its behalf by August 10, 2022 at 5 p.m. Central.  Counsel who will present argument must appear in person.

**SO ORDERED**, on this 5th day of August, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**