# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Cases* | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance in this action. Counsel respectfully requests that all notices, correspondence, filings, and other papers in the Master Docket of MDL 2885 be served upon him at the address listed below.

Dated: August 8, 2022

Respectfully submitted,
*/s/ Frank G. Dylewski*
Frank G. Dylewski (IL Bar #6305780)
KELLER POSTMAN LLC
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
(312) 741-5220
frank.dylewski@kellerpostman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2022, I caused the foregoing Notice of Appearance to be filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Frank G. Dylewski*
Frank G. Dylewski