IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG LITIGATION LIABILITY LITIGATION<br><br>This Document Relates to:<br>*All Cases* | CASE NO.: 3:19-MD-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

### DECLARATION OF LAURA E. BACCASH IN SUPPORT OF DEFENDANT 3M'S MEMORANDUM IN OPPOSITION TO PLAINTIFF VALLE'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

I, Laura E. Baccash, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney with the law firm of White & Case LLP, counsel to Defendant 3M Company. I submit this declaration in support of *Defendant 3M's Memorandum in Opposition to Plaintiff Valle's Emergency Motion for Preliminary Injunction,* which the Defendant submits herewith.

2. Attached hereto as Exhibit 1 is a true and correct copy of the *Debtors' Motion for Entry of an Order Enforcing the Automatic Stay and Granting Related Relief* [Bank. Docket 173].

3. Attached hereto as Exhibit 2 is a true and correct copy of *Adversary case 22-50059 Complaint filed by Plaintiff(s) Aearo Technologies LLC, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC*

AMERICAS 114343013

against Defendant(s) Those Parties Listed on Appendix A to the Complaint [Bank. Adv. Pro. Docket 1] (appendix omitted).

4. Attached hereto as Exhibit 3 is a true and correct copy of *Debtors' Motion for Declaratory and Injunctive Relief (I) Confirming that the Automatic Stay Applies to Certain Actions Against a Non-Debtor; (II) Preliminarily Enjoining Certain Actions Against a Non-Debtor; and (III) Granting a Temporary Restraining Order Pending an Order on the Preliminary Injunction* [Bank. Adv. Pro. Docket 2].

5. Attached hereto as Exhibit 4 is a true and correct copy of *Amended Agreed Entry Resolving Debtors' Request for a Temporary Restraining Order* [Bankr. Adv. Pro. Docket No. 62].

6. Attached hereto as Exhibit 5 is a true and correct copy of the *Order Approving Agreed Entry* [Bankr. Adv. Pro. Docket No. 78].

7. Attached hereto as Exhibit 6 is a true and correct copy of the Voluntary Petition for Chapter 11 Bankruptcy for Cabot Safety Intermediate LLC as well as the board resolution approving its filing.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Voluntary Petition for Chapter 11 Bankruptcy for Aearo Technologies LLC as well as the board resolution approving its filing.

AMERICAS 114343013

9. Attached hereto as Exhibit 8 is a true and correct copy of the Voluntary Petition for Chapter 11 Bankruptcy for Aearo Mexico Holding Corp. as well as the board resolution approving its filing.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Voluntary Petition for Chapter 11 Bankruptcy for Aearo LLC as well as the board resolution approving its filing.

11. Attached hereto as Exhibit 10 is a true and correct copy of the Voluntary Petition for Chapter 11 Bankruptcy for Aearo Intermediate LLC as well as the board resolution approving its filing.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Voluntary Petition for Chapter 11 Bankruptcy for Aearo Holding LLC as well as the board resolution approving its filing.

13. Attached hereto as Exhibit 12 is a true and correct copy of the Voluntary Petition for Chapter 11 Bankruptcy for 3M Occupational Safety LLC as well as the board resolution approving its filing.

Executed on August 9, 2022 in Chicago, Illinois

        /s/ *Laura E. Baccash*
        Laura Baccash
        Counsel
        White & Case, LLP

AMERICAS 114343013