# EXHIBIT 5

**SO ORDERED: August 5, 2022.**



Jeffrey J. Graham
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Aearo Technologies LLC, *et al.*,[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 22-02890-JGG-11 |
| | ) | |
| | ) | |
| 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AND AEARO TECHNOLOGIES LLC, | ) ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Adv. Pro. No. 22-50059 |
| | ) | |
| THOSE PARTIES LISTED ON APPENDIX A TO THE COMPLAINT and JOHN AND JANE DOES 1-1000, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket Nos. 37–42]. The location of the Debtors' service address for the purposes of these Chapter 11 Cases is: 7911 Zionsville Road, Indianapolis, Indiana 46268

## ORDER APPROVING AMENDED AGREED ENTRY RESOLVING DEBTORS' REQUEST FOR A TEMPORARY RESTRAINING ORDER

This matter came before the Court upon the Amended Agreed Entry Resolving Debtors' Request for a Temporary Restraining Order (the "<u>Amended Agreed Entry</u>")[Adv. Pro. No. 62].

And this Court, having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Standing Order of Reference from the United States District Court for the Southern District of Indiana, dated July 11, 1984; and after due deliberation and sufficient cause appearing therefor, the Court hereby determines the Amended Agreed Entry should be APPROVED.

**IT IS THEREFORE ORDERED:**

1. The Amended Agreed Entry is approved.

2. The final hearing (the "<u>Final Hearing</u>") on the Preliminary Injunction Motion shall be held before the Honorable Chief Judge Jeffrey J. Graham on **August 15, 2022, at 9:00 a.m. (prevailing Eastern Time)** at the United States Bankruptcy Court for the Southern District of Indiana, Indianapolis Division, 46 East Ohio Street, Indianapolis, Indiana 46204, in Courtroom 307. **NOTE: ALL PERSONS ATTENDING THE HEARING IN PERSON MUST WEAR A MASK AT ALL TIME UNLESS ADDRESSING THE COURT OR AS OTHERWISE PERMITTED BY CHIEF JUDGE GRAHAM.**

3. Parties may participate in the Final Hearing by Zoom using the following link: **https://www.zoomgov.com/j/16023126397**. Those who wish to listen, but not actively participate, may do so by phone: Phone: 551-285-1373 or 646-828-7666; Meeting ID: 160 2312 6397.

4. Any objections, responses, pleadings, or other submissions related to entry of a final order on the Preliminary Injunction Motion shall be filed on or before 4:00 p.m., prevailing Eastern Time on August 11, 2022, and served on the Notice Parties. Objections, responses,

pleadings, or other submissions may be filed electronically at www.insb.uscourts.gov, or delivered in writing to the Clerk of the Bankruptcy Court, 46 E. Ohio Street, Room 116, Indianapolis, Indiana 46204.

5. Any exhibits that any party intends to offer into evidence at the Final Hearing shall be listed on an exhibit list filed electronically at www.insb.uscourts.gov, or delivered in writing to the Clerk of the Bankruptcy Court, 46 E. Ohio Street, Room 116, Indianapolis, Indiana 46204 on or before 4:00 p.m., prevailing Eastern Time on August 11, 2022, and any non-public exhibits served on the parties hereto.

6. The MDL Scheduling Order is consistent with the colloquy on the record at the TRO Hearing, at which time the Parties agreed to seek entry of an order from the MDL Court presiding over the MDL providing that (i) all depositions (plaintiff, fact, and expert) scheduled for the next three weeks (i.e., anything between July 27, 2022 and August 17, 2022) in Wave cases, as such cases are identified in various MDL orders, be continued; (ii) any discovery deadlines in the MDL Wave cases that have not already expired shall be continued three weeks; and (iii) 3M Company and the MDL plaintiffs shall comply with the current MDL deadlines for briefing on Wave 1 Summary Judgment and *Daubert* Response or Venue Disputes.

7. This Order shall resolve AWKO and Seeger Weiss's Objections and the TRO Request.

###

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 8/5/2022 |
| Case: 22−50059 | Form ID: pdfOrder | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty      Jeffrey A Hokanson      jeff.hokanson@icemiller.com
aty      Meredith R. Theisen      mtheisen@rubin−levin.net
aty      Robert J Pfister      rpfister@ktbslaw.com

TOTAL: 3