IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG LITIGATION LIABILITY LITIGATION<br><br>This Document Relates to:<br>  All Cases | CASE NO.: 3:19-MD-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

## NOTICE OF FILING

In the interest of ensuring a complete record before the Court at the hearing scheduled for August 11, 2022, 3M hereby submits *Debtors' Supplemental Brief in Support of their Motion for Entry of an Order Enforcing the Automatic Stay and Granting Related Relief* [Bankr. Docket No. 299], attached hereto as Exhibit 1, filed by the Debtors in the chapter 11 cases on the date hereof and which, because of the time of its filing, 3M was unable to submit contemporaneously with *Defendant 3M's Memorandum in Opposition to Plaintiff Valle's Emergency Motion for Preliminary Injunction* [MDL Docket No. 3370].

1

|  |  |
|---|---|
| Dated:  August 9, 2022 | Respectfully submitted,<br><br>s/ *Jessica C. Lauria*<br>Jessica C. Lauria (admitted *pro hac vice*)<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br><br>*Counsel for Defendant 3M Company in Connection with the Restructuring of the Debtors* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 9th day of August 2022, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

s/ *Jessica C. Lauria*
Jessica C. Lauria (admitted *pro hac vice*)
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

*Counsel for Defendant 3M Company in Connection with the Restructuring of the Debtors*