UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: <br> *All Wave 1 Cases* | Case No. 3:19-md-02885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

**DECLARATION OF KIMBERLY BRANSCOME IN SUPPORT OF DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' OMNIBUS MOTION AND MEMORANDUM OF LAW TO EXCLUDE DEFENDANTS' EXPERT OPINIONS AND TESTIMONY**

I, Kimberly Branscome, hereby declare as follows:

1. I am an attorney with Dechert LLP, counsel for Defendant 3M Company.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Rule 26 General Expert Report of James V. Crawford, M.D., dated May 11, 2022.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the trial transcript in *Kelley v. 3M Co*, Civil Case No. 7:20-cv-00153.

4. Attached hereto as Exhibit 3 is a true and correct copy of Larry E. Humes, et al., *Noise and Military Service: Implications for Hearing Loss and Tinnitus* (2006).

1

5. Attached hereto as Exhibit 4 is a true and correct copy of Sarah Michiels, et al., *Diagnostic Criteria for Somatosensory Tinnitus: A Delphi Process and Face-to-Face Meeting to Establish Consensus*, Trends in Hearing, Vol. 22: 1-10 (2018).

6. Attached hereto as Exhibit 5 is a true and correct copy of Kate A. Yurgil, et al., *Prospective Associations Between Traumatic Brain Injury and Postdeployment Tinnitus in Active-Duty Marines*, The Journal Of Head Trauma Rehabilitation, Vol. 31 (2016).

7. Attached hereto as Exhibit 6 is a true and correct copy of Raul Mirza, et al., *Occupational Noise-Induced Hearing Loss*, Journal of Occupational and Environmental Medicine, Vol. 60, No. 9 (2018).

8. Attached hereto as Exhibit 7 is a true and correct copy of Christopher Spankovich, et al., *Evaluation and Management of Patients with Diabetes and Hearing Loss,* Seminars in Hearing, Vol. 40, No. 4 (2019).

9. Attached hereto as Exhibit 8 is a true and correct copy of Kathleen E. Bainbridge, et al., *Diabetes and hearing impairment in the United States: audiometric evidence from the National Health and Nutrition Examination Survey, 1999 to 2004*, Ann Intern Med. 2008 Jul 1;149(1):1-10 (marked as Trial Exhibit D-VAUGHN-489).

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from Jack Katz, et al., *Handbook of Clinical Audiology*, Seventh Edition (2015).

11. Attached hereto as Exhibit 10 is a true and correct copy of Claudia Barros Coelho, et al., *Classification of Tinnitus: Multiple Causes with the Same Name*, Otolaryngol. Clin. North Am. Vol. 53 (2020).

12. Attached hereto as Exhibit 11 is a true and correct copy of Robert A. Levine, *Somatic Tinnitus*, Tinnitus: Theory and Management (2004).

13. Attached hereto as Exhibit 12 is a true and correct copy of Susan Shore, et al., *Neural Mechanisms Underlying Somatic Tinnitus*, Progress in Brain Research Vol. 166 (2007).

14. Attached hereto as Exhibit 13 is a true and correct copy of Massimo Ralli, et al., *Somatic Modulation of Tinnitus: A Review and Some Open Questions*. Otolaryngol Open J. Vol. 2(4) (2016) (marked as Trial Exhibit D-GEN-3462).

15. Attached hereto as Exhibit 14 is a true and correct copy of Sarah Michiels, et al., *Conservative Therapy For The Treatment Of Patients With Somatic Tinnitus Attributed To Temporomandibular Dysfunction: Study Protocol Of A Randomised Controlled Trial*, Trials, 19:554 (2018).

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the deposition transcript of James Crawford, M.D., dated June 24, 2022.

17. Attached hereto as Exhibit 16 is a true and correct copy of Stephen A. Fausti, et al., *Auditory And Vestibular Dysfunction Associated With Blast-Related Traumatic Brain Injury*, Journal Of Rehabilitation Research And Development, Vol. 46 (2009).

18. Attached hereto as Exhibit 17 is a true and correct copy of Rule 26 General Expert Report of Jennifer LaBorde, Au.D., dated May 11, 2022.

19. Attached hereto as Exhibit 18 is a true and correct copy of Piers Dawes, et al., *Natural History Of Tinnitus In Adults: A Cross-Sectional And Longitudinal Analysis*, BMJ Open (2020).

20. Attached hereto as Exhibit 19 is a true and correct copy of Angela Boutté, et al., *Neurotrauma Biomarker Levels and Adverse Symptoms Among Military and Law Enforcement Personnel Exposed to Occupational Overpressure Without Diagnosed Traumatic Brain Injury*, JAMA Network Open, 4(4):e216445 (2021).

21. Attached hereto as Exhibit 20 is a true and correct copy of Charmaine M. Tate, et al., *Serum Brain Biomarker Level, Neurocognitive Performance, And Self-Reported Symptom Changes In Soldiers Repeatedly Exposed To Low-Level Blast: A Breacher Pilot Study*, Journal Of Neurotrauma, Vol. 30, 19 (2013).

22. Attached hereto as Exhibit 21 is a true and correct copy of Walter Carr, et al., *Association of MOS-Based Blast Exposure With Medical Outcomes*, Frontiers in Neurology, Vol. 11 (2020).

23. Attached hereto as Exhibit 22 is a true and correct copy of excerpts from the deposition transcript of Jennifer LaBorde, Au.D., dated June 27, 2022.

24. Attached hereto as Exhibit 23 is a true and correct copy of excerpts from the deposition transcript of Karthik Rajasekaran, M.D., dated June 24, 2022.

25. Attached hereto as Exhibit 24 is a true and correct copy of Rule 26 General Expert Report of Karthik Rajasekaran, M.D., dated May 11, 2022.

26. Attached hereto as Exhibit 25 is a true and correct copy of Yasue Uchida, et al., *The Effects Of Aging On Distortion-Product Otoacoustic Emissions In Adults With Normal Hearing*, Ear and Hearing, Vol. 29, 2 (2008).

27. Attached hereto as Exhibit 26 is a true and correct copy of the European Agency for Safety and Health at Work, European Risk Observatory: *Literature Review, Combined Exposure to Noise and Ototoxic Substances* (2009).

28. Attached hereto as Exhibit 27 is a true and correct copy of Occupational Safety & Health Admin., *Preventing Hearing Loss Caused by Chemical (Ototoxicity) and Noise Exposure* (2018).

29. Attached hereto as Exhibit 28 is a true and correct copy of USACHPPM, *Just the Facts… Occupational Ototoxins (Ear Poisons) and Hearing Loss*.

30. Attached hereto as Exhibit 29 is a true and correct copy of the Gregory A. Flamme, et al., 2022 National Hearing Conservation Association Conference, *Cigarette Smoking As A Risk Factor For Bothersome Tinnitus* (2022).

31. Attached hereto as Exhibit 30 is a true and correct copy of Marina Istrate, et al., *Effects Of Cigarette Smoking On Sensorineural Hearing Impairment And Age Related Macular Degeneration*, Tobacco Prevention & Cessation (2021).

32. Attached hereto as Exhibit 31 is a true and correct copy of Hossein Mahboubi, et al., *Noise-Induced Hearing Threshold Shift Among US Adults And Implications For Noise-Induced Hearing Loss: National Health And Nutrition Examination Surveys*, Eur. Arch. Otorhinolaryngol., 270(2):461-7 (2013) (marked as Trial Exhibit D-GEN-3406).

33. Attached hereto as Exhibit 32 is a true and correct copy of Anil Lalwani, et al., *Secondhand Smoke And Sensorineural Hearing Loss In Adolescents*, Arch Otolaryngol. Head Neck Surg. 137(7):655-62 (2011).

34. Attached hereto as Exhibit 33 is a true and correct copy of Brian M. Lin, et al., *Cigarette Smoking, Smoking Cessation, and Risk of Hearing Loss in Women*, Am. J. Med. 133(10):1180-1186 (2020).

35. Attached hereto as Exhibit 34 is a true and correct copy of Amir Emamifar, et al., *Is Hearing Impairment Associated with Rheumatoid Arthritis? A Review*, Open Rheumatology Journal Vol. 10 (2016).

36. Attached hereto as Exhibit 35 is a true and correct copy of Elisabeth S. Smith, et al., *Cumulative Lifelong Alcohol Consumption Alters Auditory Brainstem Potentials*, Alcohol Clin. Exp. Res. Vol. 28(3) (2004).

37. Attached hereto as Exhibit 36 is a true and correct copy of Rule 26 General Expert Report of Christopher Spankovich, Au.D., Ph.D., M.P.H., dated April 11, 2022.

38. Attached hereto as Exhibit 37 is a true and correct copy of Rule 26 General Expert Report of M. Charles Liberman, Ph.D., dated May 11, 2022.

39. Attached hereto as Exhibit 38 is a true and correct copy of Sharon G. Kujawa, et al., *Adding Insult To Injury: Cochlear Nerve Degeneration After Temporary Noise-Induced Hearing Loss*, J. Neurosci. Vol. 29(45) (2009).

40. Attached hereto as Exhibit 39 is a true and correct copy of excerpts from the deposition transcript of M. Charles Liberman, Ph.D., dated June 26, 2022.

41. Attached hereto as Exhibit 40 is a true and correct copy of Rule 26 General Expert Report of John A. Bertelson, M.D., FAAN, dated May 11, 2022.

42. Attached hereto as Exhibit 41 is a true and correct copy of excerpts from the deposition transcript of John A. Bertelson, M.D., FAAN, dated June 24, 2022.

43. Attached hereto as Exhibit 42 is a true and correct copy of the VA/DoD Clinical Practice Guideline for The Management of Concussion-Mild Traumatic Brain Injury (2016).

44. Attached hereto as Exhibit 43 is a true and correct copy of Marc A. Fagelson, *The Association Between Tinnitus And Posttraumatic Stress Disorder*, Am. J. Audiol. Vol. 16(2) (2007).

45. Attached hereto as Exhibit 44 is a true and correct copy of the Kreuzer Peter M., et al., *Trauma-associated tinnitus*. J Head Trauma Rehabil. Vol. 29(5) (2014).

46. Attached hereto as Exhibit 45 is a true and correct copy of James A. Henry, et al., *Noise Outcomes in Servicemembers Epidemiology (NOISE) Study: Design, Methods, and Baseline Results*, Ear & Hearing (2020).

47. Attached hereto as Exhibit 46 is a true and correct copy of Royce E. Clifford, et al., *Impact of TBI, PTSD, and Hearing Loss on Tinnitus Progression in a US Marine Cohort*, Mil Med. Vol. 184(11-12) (2019).

48. Attached hereto as Exhibit 47 is a true and correct copy of the Rule 26 Expert Report of W. Winn Chatham, M.D., dated May 11, 2022.

49. Attached hereto as Exhibit 48 is a true and correct copy of the Rule 26 Amended General Expert Report of Kenneth D. Billheimer, Au.D., dated June 10, 2022.

50. Attached hereto as Exhibit 49 is a true and correct copy of excerpts from the deposition transcript of Kenneth D. Billheimer, Au.D., dated June 14, 2022.

51. Attached hereto as Exhibit 50 is a true and correct copy of the Air Force Instruction 48-127 Publication, dated February 26, 2016 (marked as Trial Exhibit D-GEN-3094).

52. Attached hereto as Exhibit 51 is a true and correct copy of the Navy and Marine Corps Public Health Center Technical Manual titled Navy Medical Department Hearing Conservation Program Procedures, dated September 15, 2008 (marked as Trial Exhibit D-GEN-3095).

53. Attached hereto as Exhibit 52 is a true and correct copy of excerpts from the deposition transcript of Kevin L. Michael, Ph.D., dated October 29, 2015.

54. Attached hereto as Exhibit 53 is a true and correct copy of Rule 26 Expert Report of Jennifer Tufts, Ph.D., dated May 11, 2022.

55. Attached hereto as Exhibit 54 is a true and correct copy of excerpts from the deposition transcript of Jennifer Tufts, Ph.D., dated June 23, 2022.

56. Attached hereto as Exhibit 55 is a true and correct copy of Rule 26 General Expert Report of Richard L. McKinley, dated April 11, 2022.

57. Attached hereto as Exhibit 56 is a true and correct copy of the Airforce Research Laboratory Report titled Wideband Hearing, Intelligibility and Sound Protection (WHISPr), dated October 2008 (marked as Trial Exhibit P-GEN-01296).

58. Attached hereto as Exhibit 57 is a true and correct copy of excerpts from the trial transcript in *Baker v. 3M Co.*, Civil Case No. 7:20-cv-00039, dated June 17, 2021.

59. Attached hereto as Exhibit 58 is a true and correct copy of the Rule 26 Amended Expert Report of Gregory A. Flamme, Ph.D., William Murphy, Ph.D., Mark Stephenson, Ph.D., and Steve Tasko, Ph.D., dated July 8, 2022.

60. Attached hereto as Exhibit 59 is a true and correct copy of excerpts from the deposition transcript of Gregory A. Flamme, Ph.D., dated January 11, 2022.

61. Attached hereto as Exhibit 60 is a true and correct copy of excerpts from the trial transcript in *Vilsmeyer v. 3M Co.*, Civil Case No. 7:20-cv-00113, dated March 16, 2022.

62. Attached hereto as Exhibit 61 is a true and correct copy of excerpts from the deposition transcript of Mark R. Stephenson, Ph.D., dated September 10, 2021.

63. Attached hereto as Exhibit 62 is a true and correct copy of Mark R. Stephenson, et al., *Identification of the Minimum Noise Level Capable of Producing*

*an Asymptotic Temporary Threshold Shift*, Aviation, Space, and Environmental Medicine (1980).

64. Attached hereto as Exhibit 63 is a true and correct copy of U.S. Department of Health and Human Services, Occupational Noise Exposure (1998) (marked as Trial Exhibit D-GEN-1417).

65. Attached hereto as Exhibit 64 is a true and correct copy of an email thread between Allie Ozurovich, Bryan Aylstock, and Joshua Kolsky, and others ending on June 27, 2022.

66. Attached hereto as Exhibit 65 is a true and correct copy of an Acoustic Society of America 2012 presentation by Richard L. McKinley et al. titled *Continuous and Impulsive Noise Attenuation Performance of Passive Level Dependent Earplugs* (marked as Trial Exhibit D-GEN-3729).

67. Attached hereto as Exhibit 66 is a true and correct copy of excerpts from the deposition transcript of William Murphy, Ph.D., dated June 28, 2022.

68. Attached hereto as Exhibit 67 is a true and correct copy of excerpts from the deposition transcript of E. Scott Elledge, M.D., dated June 24, 2022.

69. Attached hereto as Exhibit 68 is a true and correct copy of Rule 26 Expert Report of E. Scott Elledge, M.D., F.A.C.S., dated May 11, 2022.

70. Attached hereto as Exhibit 69 is a true and correct copy of excerpts from the deposition transcript of Dennis P. Driscoll, dated June 15, 2022.

71. Attached hereto as Exhibit 70 is a true and correct copy of Rule 26 Expert Report of Dennis P. Driscoll, dated May 11, 2022.

72. Attached hereto as Exhibit 71 is a true and correct copy of Rule 26 Expert Report of Stan D. Phillips, M.D., dated May 11, 2022.

73. I swear under penalty of perjury that the foregoing is true and correct.

Dated: August 9, 2022                                Respectfully submitted,

*/s/ Kimberly Branscome*
Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

*Counsel for Defendant 3M Company*