# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

_____ )
                                 )
IN RE: 3M COMBAT ARMS            )   Case No.: 3:19-MD-02885
EARPLUG LIABILITY LITIGATION     )
                                 )
                                 )
This Document Relates To:        )
Denise Kelley                    )
Civil Case No. 7:20-CV-153       )
_____ )


**VOLUME VII (pp. 1980-2288)**


**JURY TRIAL PROCEEDINGS**
**BEFORE THE HONORABLE THOMAS P. BARBER**


**April 5, 2022**
**8:33 a.m. to 5:50 p.m.**


**APPEARANCES:**


**FOR THE PLAINTIFF:**          DANIEL P. BLOUIN, ESQUIRE
                                Simmons Hanly Conroy
                                112 Madison Avenue
                                7th Floor
                                New York, New York 10016

                                TRENT B. MIRACLE, ESQUIRE
                                GEORGE M. STEWART, ESQUIRE
                                Simmons Hanly Conroy
                                One Court Street
                                Alton, Illinois 62002

                                JENNIFER M. HOEKSTRA, ESQUIRE
                                DANIEL J. THORNBURGH, ESQUIRE
                                Aylstock Witkin Kreis & Overholtz
                                17 East Main Street
                                Suite 200
                                Pensacola, Florida 32502


(Proceedings recorded by mechanical stenography, transcript
produced by computer-aided transcription.)


**REPORTED BY:**
Rebekah M. Lockwood, RDR, CRR
Official Court Reporter
(813) 301-5380 | r.lockwooduscr@gmail.com
P.O. Box 173496, Tampa, Florida 33672

APPEARANCES (CONTINUED):

**FOR THE PLAINTIFF:**          CALEB SEELEY, ESQUIRE
                                Seeger Weiss
                                55 Challenger Road
                                Ridgefield Park
                                New Jersey 07660

                                ROBERT W. COWAN, ESQUIRE
                                Bailey Cowan Heckaman, PLLC
                                1360 Post Oak Boulevard
                                Suite 2300
                                Houston, Texas 77056

**FOR THE DEFENDANTS:**         CHRISTA C. COTTRELL, ESQUIRE
                                KATIE R. LENCIONI, ESQUIRE
                                Kirkland & Ellis
                                300 North Lasalle
                                Chicago, Illinois 60654

                                ROBERT C. BROCK, ESQUIRE
                                ERIN C. JOHNSTON, ESQUIRE
                                Kirkland & Ellis
                                1301 Pennsylvania Avenue NW
                                Washington, DC 20004

                                DAVID I. HOROWITZ, ESQUIRE
                                Kirkland & Ellis
                                333 South Hope Street
                                Los Angeles, California 94104

                                CHARLES BEALL, ESQUIRE
                                Moore Hill & Westmoreland, PA
                                350 West Cedar Street
                                Suite 100
                                Pensacola, Florida 32502

                                SAGHAR ESFANDIARIFARD, ESQUIRE
                                WILLIAM L. SMITH, ESQUIRE
                                Kirkland & Ellis
                                555 South Flower Street
                                Suite 3700
                                Los Angeles, California 90071

                                PAUL SAMPSON, ESQUIRE
                                Kirkland & Ellis
                                60 East South Temple
                                Salt Lake City, Utah 84111

**ALSO PRESENT:**               DENISE KELLEY
                                ERIC RUCKER

Rebekah M. Lockwood, RDR, CRR
Official Court Reporter
(813) 301-5380 | r.lockwooduscr@gmail.com
P.O. Box 173496, Tampa, Florida 33672

1                                    **INDEX**

2   **DEFENDANTS' WITNESSES**                                        **PAGE**

3   JENNIFER LABORDE, AuD
    Direct Examination by Ms. Esfandiarifard                         1985
4   Voir Dire Examination by Ms. Esfandiarifard                      2030
    Direct Examination by Ms. Esfandiarifard                         2042
5   Cross-Examination by Mr. Blouin                                  2043
    Redirect Examination by Ms. Esfandiarifard                       2093
6
    JOHN MERKLEY
7   Videotaped Deposition                                            2103

8   JOHN CASALI, PhD
    Direct Examination by Mr. Horowitz                               2140
9   Cross-Examination by Mr. Thornburgh                              2232

10              **PLAINTIFF'S EXHIBITS  (ADMITTED INTO EVIDENCE)**

11  **NO.     DESCRIPTION**                                          **PAGE**

12  P-GEN-103    Thread re Berger "Intense Pressure" to              2246
                 "Match Attenuation Values"
13
    P-GEN-4100   Quality Manual: Virginia Tech Hearing               2237
14               Protection Research and Testing Facility

15  P-GEN-10011                                                      2256

16              **DEFENDANTS' EXHIBITS  (ADMITTED INTO EVIDENCE)**

17  **NO.     DESCRIPTION**                                          **PAGE**

18  S-GEN-17                                                         2212

19  S-GEN-39                                                         2206

20  P-GEN-3100   Soldier Protection Demonstration Tactical           2202
                 Communications and Protection System
21               (SPD-TCAPS) Limited Objective Experiment
                 (LOE)
22

23

24

25

Jennifer LaBorde, AuD - Cross-Examination

| | | |
|---|---|---|
| 10:52:11 | 1 | tinnitus would be a timely report by that person after the |
| 10:52:19 | 2 | noise that caused that tinnitus.  Do you understand that |
| 10:52:21 | 3 | terrible question? |
| 10:52:25 | 4 | **A.**    Repeat it for me, please. |
| 10:52:28 | 5 | **Q.**    It would be important for you to determine that the cause |
| 10:52:33 | 6 | of a person's tinnitus would be that she reported or |
| 10:52:36 | 7 | experienced that tinnitus shortly after the noise? |
| 10:52:42 | 8 | **A.**    Yes. |
| 10:52:43 | 9 | **Q.**    Okay.  Thank you. |
| 10:52:46 | 10 | Now, tinnitus may be an early indicator of hearing loss. |
| 10:52:49 | 11 | Correct? |
| 10:52:51 | 12 | **A.**    If someone does not know that they have hearing loss, they |
| 10:52:54 | 13 | may experience tinnitus before realizing that that hearing loss |
| 10:52:57 | 14 | is present. |
| 10:52:59 | 15 | **Q.**    Okay.  Do you agree -- I'll move on from that. |
| 10:53:07 | 16 | Do you agree that hearing loss is painless, progressive, |
| 10:53:11 | 17 | permanent, and preventable? |
| 10:53:17 | 18 | **A.**    Hearing loss in general? |
| 10:53:19 | 19 | **Q.**    Yes. |
| 10:53:20 | 20 | **A.**    I mean, it doesn't always have to be those things, but it |
| 10:53:23 | 21 | can be those things. |
| 10:53:24 | 22 | **Q.**    Okay.  And you agree that repeat noise exposure can |
| 10:53:29 | 23 | further the injury.  Correct? |
| 10:53:31 | 24 | **A.**    That's true. |
| 10:53:44 | 25 | **Q.**    And you'd agree with me that tinnitus can be a leading |

UNITED STATES DISTRICT COURT

Jennifer LaBorde, AuD - Cross-Examination

| | | |
|---|---|---|
| 10:53:47 | 1 | indicator of damage to the auditory system before hearing loss |
| 10:53:51 | 2 | later shows up.  Right? |
| 10:53:54 | 3 | **A.**   Not tinnitus alone. |
| 10:53:59 | 4 | **Q.**   Okay.  Do you remember testifying on March 23rd, 2022? |
| 10:54:05 | 5 | **A.**   Probably that date. |
| 10:54:12 | 6 | **Q.**   And it's at Page 240, Mr. Marbut. |
| 10:54:39 | 7 | Okay.  Do you remember being asked this question, giving |
| 10:54:46 | 8 | this answer: |
| 10:54:47 | 9 | "**Q.**   You'd agree with me that tinnitus can be a leading |
| 10:54:51 | 10 | indicator of damage to the auditory system before hearing loss |
| 10:54:54 | 11 | later shows up." |
| 10:54:56 | 12 | And you answered what? |
| 10:54:57 | 13 | **A.**   The answer says, "Tinnitus can be an indicator of |
| 10:55:00 | 14 | something happening in the auditory system, but that auditory |
| 10:55:03 | 15 | symptom is not 100 percent attributed to only hearing related |
| 10:55:07 | 16 | issues." |
| 10:55:08 | 17 | **Q.**   Now, without reading from the document, I totally |
| 10:55:11 | 18 | understand it -- that, but tinnitus can be a leading indicator |
| 10:55:16 | 19 | of damage to the auditory system before the hearing loss shows |
| 10:55:19 | 20 | up.  Do you agree with that? |
| 10:55:21 | 21 | **A.**   Again, tinnitus -- I agree with that in part. |
| 10:55:25 | 22 | **Q.**   Okay. |
| 10:55:26 | 23 | **A.**   Tinnitus and other symptoms can give you indication that |
| 10:55:30 | 24 | something is happening in the auditory system before permanent |
| 10:55:33 | 25 | hearing loss. |

UNITED STATES DISTRICT COURT

Jennifer LaBorde, AuD - Cross-Examination

| | | |
|---|---|---|
| 10:55:35 | 1 | **Q.**   Tinnitus may be an early indicator of damage to the |
| 10:55:38 | 2 | auditory system before a hearing -- a loss of hearing is |
| 10:55:41 | 3 | obvious.   Right? |
| 10:55:43 | 4 | **A.**   Again, I agree with that only in part. |
| 10:55:46 | 5 | **Q.**   Okay.  All right.  We can take that down, Mr. Marbut. |
| 10:55:52 | 6 | Thank you. |
| 10:55:56 | 7 | You'd agree that the biggest part -- association for |
| 10:56:01 | 8 | tinnitus is -- let's put it this way is hearing loss.  You'd |
| 10:56:05 | 9 | agree with that? |
| 10:56:06 | 10 | **A.**   Yes. |
| 10:56:06 | 11 | **Q.**   So if you have research where you have a bunch of people |
| 10:56:08 | 12 | who are being exposed to explosions and they develop tinnitus, |
| 10:56:12 | 13 | not only -- and part -- one of the associations would be that |
| 10:56:16 | 14 | there is loud noises.  Right? |
| 10:56:20 | 15 | **A.**   With explosions, there are loud noises, yes. |
| 10:56:24 | 16 | **Q.**   Okay.  And there's loud noises on gun ranges? |
| 10:56:29 | 17 | **A.**   Generally, that's true. |
| 10:56:38 | 18 | **Q.**   Okay.  Now, you talked about painless and progressive and |
| 10:56:43 | 19 | preventable.  Right? |
| 10:56:44 | 20 | **A.**   I think you talked about that, but, yes. |
| 10:56:46 | 21 | **Q.**   When someone experiences hearing loss, noise-induced |
| 10:56:48 | 22 | hearing loss, it's not necessarily painful.  Correct? |
| 10:56:52 | 23 | **A.**   I would agree with that. |
| 10:56:53 | 24 | **Q.**   Okay.  And you can prevent it by protecting against |
| 10:56:56 | 25 | noise-induced hearing loss.  Right? |

Jennifer LaBorde, AuD - Cross-Examination

| | | |
|---|---|---|
| 10:56:58 | 1 | **A.**   Yes. |
| 10:56:58 | 2 | **Q.**   We already discussed that. |
| 10:57:01 | 3 | I want to just kind of finish on one thing.  And it's |
| 10:57:05 | 4 | differential diagnosis.  You do a differential diagnosis almost |
| 10:57:10 | 5 | every day in your practice.  Right? |
| 10:57:11 | 6 | **A.**   True. |
| 10:57:12 | 7 | **Q.**   And the old Sherlock homes question when I'm trying to |
| 10:57:15 | 8 | explain what a differential diagnosis is, when you have |
| 10:57:19 | 9 | eliminated the impossible, whatever remains however improbable |
| 10:57:24 | 10 | must be the truth.  Right?  Is that something that you agree |
| 10:57:28 | 11 | with? |
| 10:57:29 | 12 | **A.**   I'm not sure about that. |
| 10:57:29 | 13 | **Q.**   Okay.  Well, as an audiologist, if other known causes of |
| 10:57:34 | 14 | hearing loss are absence -- absent, any of the others that you |
| 10:57:39 | 15 | discussed today generally to this jury, it would have to be |
| 10:57:43 | 16 | noise-induced hearing loss that caused that loss in theory. |
| 10:57:47 | 17 | Right? |
| 10:57:48 | 18 | **A.**   I do not agree with that. |
| 10:57:49 | 19 | **Q.**   Okay.  So it might just be something that we don't even |
| 10:57:52 | 20 | know about and not the noise? |
| 10:57:53 | 21 | **A.**   That's absolutely true.  There are hallmarks of what |
| 10:57:56 | 22 | causes noise-induced hearing loss and then there are lots of |
| 10:57:59 | 23 | causes of hearing loss that are yet to be known or cannot |
| 10:58:03 | 24 | possibly be known.  That's what I see in my clinical experience |
| 10:58:06 | 25 | frequently. |

UNITED STATES DISTRICT COURT

**CERTIFICATE OF REPORTER**

1

2     STATE OF FLORIDA

3     COUNTY OF ESCAMBIA

4             I, Rebekah M. Lockwood, RDR, CRR, do hereby certify

5     that I was authorized to and did stenographically report the

6     foregoing proceedings; and that the foregoing pages constitute

7     a true and complete computer-aided transcription of my original

8     stenographic notes to the best of my knowledge, skill, and

9     ability.

10            I further certify that I am not a relative, employee,

11    attorney, or counsel of any of the parties, nor am I a relative

12    or employee of any of the parties' attorneys or counsel

13    connected with the action, nor am I financially interested in

14    the action.

15            IN WITNESS WHEREOF, I have hereunto set my hand at

16    Pensacola, Escambia County, Florida, this 5th day of April

17    2022.

18

19

20

21

22    _____
      REBEKAH M. LOCKWOOD, RDR, CRR
      Official Court Reporter
23    United States District Court
      Middle District of Florida

24

25

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

_____
                                )
IN RE:  3M COMBAT ARMS          )   Case No.:  3:19-MD-02885
EARPLUG LIABILITY LITIGATION    )
                                )
This Document Relates To:       )
Denise Kelley                   )
Civil Case No. 7:20-CV-153      )
_____ )


**VOLUME VIII (pp. 2289-2697)**

**JURY TRIAL PROCEEDINGS**
**BEFORE THE HONORABLE THOMAS P. BARBER**

**April 6, 2022**
**8:31 a.m. to 7:05 p.m.**

**APPEARANCES:**

**FOR THE PLAINTIFF:**          DANIEL P. BLOUIN, ESQUIRE
                                JUSTIN PRESNAL, ESQUIRE
                                Simmons Hanly Conroy
                                112 Madison Avenue
                                7th Floor
                                New York, New York 10016

                                TRENT B. MIRACLE, ESQUIRE
                                GEORGE M. STEWART, ESQUIRE
                                Simmons Hanly Conroy
                                One Court Street
                                Alton, Illinois 62002

                                JENNIFER M. HOEKSTRA, ESQUIRE
                                DANIEL J. THORNBURGH, ESQUIRE
                                Aylstock Witkin Kreis & Overholtz
                                17 East Main Street
                                Suite 200
                                Pensacola, Florida 32502


(Proceedings recorded by mechanical stenography, transcript
produced by computer-aided transcription.)


**REPORTED BY:**
Rebekah M. Lockwood, RDR, CRR
Official Court Reporter
(813) 301-5380 | r.lockwooduscr@gmail.com
P.O. Box 173496, Tampa, Florida 33672

**APPEARANCES (CONTINUED):**

**FOR THE PLAINTIFF:**          CALEB SEELEY, ESQUIRE
                                Seeger Weiss
                                55 Challenger Road
                                Ridgefield Park
                                New Jersey 07660

                                ROBERT W. COWAN, ESQUIRE
                                Bailey Cowan Heckaman, PLLC
                                1360 Post Oak Boulevard
                                Suite 2300
                                Houston, Texas 77056

**FOR THE DEFENDANTS:**         CHRISTA C. COTTRELL, ESQUIRE
                                KATIE R. LENCIONI, ESQUIRE
                                Kirkland & Ellis
                                300 North Lasalle
                                Chicago, Illinois 60654

                                ROBERT C. BROCK, ESQUIRE
                                ERIN C. JOHNSTON, ESQUIRE
                                Kirkland & Ellis
                                1301 Pennsylvania Avenue NW
                                Washington, DC 20004

                                DAVID I. HOROWITZ, ESQUIRE
                                Kirkland & Ellis
                                333 South Hope Street
                                Los Angeles, California 94104

                                CHARLES BEALL, ESQUIRE
                                Moore Hill & Westmoreland, PA
                                350 West Cedar Street
                                Suite 100
                                Pensacola, Florida 32502

                                SAGHAR ESFANDIARIFARD, ESQUIRE
                                WILLIAM L. SMITH, ESQUIRE
                                Kirkland & Ellis
                                555 South Flower Street
                                Suite 3700
                                Los Angeles, California 90071

                                PAUL SAMPSON, ESQUIRE
                                Kirkland & Ellis
                                60 East South Temple
                                Salt Lake City, Utah 84111

**ALSO PRESENT:**               DENISE KELLEY
                                ERIC RUCKER
                  Rebekah M. Lockwood, RDR, CRR
                       Official Court Reporter
              (813) 301-5380 | r.lockwooduscr@gmail.com
                P.O. Box 173496, Tampa, Florida 33672

1                                  **INDEX**

2     **DEFENDANTS' WITNESSES**                                    **PAGE**

3     Continued Cross-Examination by Mr. Thornburgh        2303
      Redirect Examination by Mr. Horowitz                 2350
4
      BRIAN HOBBS
5     Videotaped Deposition                                2367

6     JAMES CRAWFORD, MD
      Direct Examination by Mr. Horowitz                   2386
7     Cross-Examination by Mr. Blouin                      2480
      Voir Dire Examination by Mr. Blouin                  2550
8     Continued Cross-Examination by Mr. Blouin            2555
      Redirect Examination by Mr. Horowitz                 2605
9
      BLANCA DELGADO
10    Videotaped Deposition                                2617

11    Jury Charge Conference                               2642

12              **PLAINTIFF'S EXHIBITS  (ADMITTED INTO EVIDENCE)**

13    **NO.**               **DESCRIPTION**                       **PAGE**

14    S-KELLEY-1                                           2413

15    S-KELLEY-2                                           2584

16    S-KELLEY-3                                           2584

17    S-KELLEY-4                                           2584

18    S-KELLEY-5                                           2584

19    S-KELLEY-6                                           2584

20    S-KELLEY-7                                           2584

21    S-KELLEY-8                                           2584

22    P-KELLEY-27012                                       2433

23

24

25

1          **DEFENDANTS' EXHIBITS (ADMITTED INTO EVIDENCE)**

2    NO.              DESCRIPTION                           PAGE

3    S-KELLEY-2                                             2415

4    S-KELLEY-03                                            2423

5    S-KELLEY-4                                             2425

6    S-KELLEY-5                                             2426

7    D-KELLEY-0318  Medical Records: El Paso Eastside re D.   2465
                    Kelley, dated 4/29/2014
8
     P-KELLEY-27014                                         2448
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                    Rebekah M. Lockwood, RDR, CRR
                         Official Court Reporter
                (813) 301-5380 | r.lockwooduscr@gmail.com
                   P.O. Box 173496, Tampa, Florida 33672

James Crawford, MD - Direct Examination

11:16:34  1  Congress directed the formation of these Centers of Excellence,

11:16:36  2  and they had several, vision, hearing.  So I was part of the

11:16:41  3  group, the executive committee, that set up The Hearing Center

11:16:44  4  of Excellence, that kind of made it -- from what the Congress

11:16:47  5  directed, made it a real thing.

11:16:50  6  Q.   Now, you're not here testifying on behalf of the military

11:16:54  7  today.  Right?

11:16:54  8  A.   No, sir.

11:16:55  9  Q.   But do you currently represent the Army on The Hearing

11:16:57  10  Center of Excellence?

11:16:59  11  A.   I do.

11:16:59  12  Q.   And what is your role in that respect?

11:17:01  13  A.   I'm the regional director for The Hearing Center.

11:17:04  14  Q.   We talked about how there's only 300 or so neurotologists

11:17:07  15  in the United States.  How many work for the Army?

11:17:12  16  A.   Well, that was the nice thing.  So I -- probably a little

11:17:15  17  bit unusual.  But in my 24 years, I spent 20 years at Fort

11:17:19  18  Lewis, and most people don't get to do that in the Army.  But

11:17:23  19  I -- I actually kind of wanted to move around, but there were

11:17:26  20  only at the most two other, but usually there's one other

11:17:29  21  neurotologist in the Army.  And so they kept me there, and

11:17:33  22  they'd bring people from wherever to me as opposed to me going

11:17:36  23  around.

11:17:36  24  Q.   You were one of the two or so neurotologists in the Army?

11:17:40  25  A.   That's correct.

James Crawford, MD - Direct Examination

| | | |
|---|---|---|
| 11:17:40 | 1 | **Q.**   Are you familiar with Dr. Hamid Djalilian? |
| 11:17:44 | 2 | **A.**   Sure. |
| 11:17:45 | 3 | **Q.**   Did Dr. Djalilian ever serve as a neurotologist in the |
| 11:17:49 | 4 | Army? |
| 11:17:49 | 5 | **A.**   He did not. |
| 11:17:50 | 6 | **Q.**   Did he ever serve as a neurotologist in the Navy? |
| 11:17:53 | 7 | **A.**   He did not. |
| 11:17:54 | 8 | **Q.**   Did he ever serve as a neurotologist in any branch of the |
| 11:17:57 | 9 | armed services? |
| 11:17:58 | 10 | **A.**   No. |
| 11:18:02 | 11 | **Q.**   If we can move to the next slide, Mr. Guillory, please. |
| 11:18:06 | 12 | What's your current occupation, Dr. Crawford? |
| 11:18:09 | 13 | **A.**   So when I left in 2018, I was done with the military.  I |
| 11:18:13 | 14 | retired from the military.  And I went back to Boise, which is |
| 11:18:16 | 15 | where I grew up, and started the Idaho Ear Clinic. |
| 11:18:20 | 16 | **Q.**   And what do you do at the Idaho Ear Clinic? |
| 11:18:23 | 17 | **A.**   I treat patients.  You know, I'm a fully clinical position |
| 11:18:27 | 18 | at this point. |
| 11:18:28 | 19 | **Q.**   How many patients have you treated for hearing loss in |
| 11:18:31 | 20 | your life? |
| 11:18:35 | 21 | **A.**   It's -- I've been doing this for a while.  I mean, |
| 11:18:38 | 22 | hundreds of thousands, probably.  At least a hundred thousand. |
| 11:18:41 | 23 | **Q.**   How about tinnitus? |
| 11:18:43 | 24 | **A.**   You know, about 50 or 60 percent of my patients have |
| 11:18:47 | 25 | tinnitus.  So a lot. |

James Crawford, MD - Direct Examination

| | | |
|---|---|---|
|11:18:51|1|**Q.**   How many audiograms do you think you've looked at|
|11:18:53|2|throughout the course of your career?  And let's start while|
|11:18:57|3|you were in the military.|
|11:18:59|4|**A.**   Yeah.  I mean, a lot.  Again, for me, the hearing test is|
|11:19:06|5|like -- it's like the x-ray for the orthopedic surgeon.  Right?|
|11:19:09|6|I have to have a hearing test to really know what's going on.|
|11:19:11|7|So for 90 percent of my patients, 90 percent plus, I have|
|11:19:14|8|to have an audiogram in order to decide what's going on with|
|11:19:17|9|them.  So, you know, 90 percent of my patients all the time.|
|11:19:22|10|**Q.**   If we could go to the next slide, please, Mr. Guillory.|
|11:19:28|11|The slide notes that you were a panel member on two NATO|
|11:19:32|12|human factors task groups.  Can you tell us about that?|
|11:19:35|13|**A.**   That was probably one of my favorite things that I've|
|11:19:38|14|done.  At one point, I was giving a lecture in Germany and a|
|11:19:42|15|German Army surgeon approached me afterwards to talk about --|
|11:19:45|16|this is early on in this conflict.  It was 2008, 2009.  But we|
|11:19:52|17|were recognizing that a lot of soldiers were having blast|
|11:19:55|18|injuries and hearing loss secondary to blast injuries from|
|11:19:57|19|IEDs.|
|11:19:58|20|And so he approached me and kind of -- we started talking|
|11:20:01|21|about how we were handling these people, getting them back to|
|11:20:05|22|work, getting them so they could stay in the Army.  He knew --|
|11:20:08|23|he was familiar with NATO, North American Treaty Organization,|
|11:20:11|24|has a whole program for doing research to help this exact, you|
|11:20:17|25|know, help soldiers, help rehabilitate soldiers.  And so we set|

UNITED STATES DISTRICT COURT

1                    **CERTIFICATE OF REPORTER**

2    STATE OF FLORIDA

3    COUNTY OF ESCAMBIA

4              I, Rebekah M. Lockwood, RDR, CRR, do hereby certify

5    that I was authorized to and did stenographically report the

6    foregoing proceedings; and that the foregoing pages constitute

7    a true and complete computer-aided transcription of my original

8    stenographic notes to the best of my knowledge, skill, and

9    ability.

10        I further certify that I am not a relative, employee,

11   attorney, or counsel of any of the parties, nor am I a relative

12   or employee of any of the parties' attorneys or counsel

13   connected with the action, nor am I financially interested in

14   the action.

15        IN WITNESS WHEREOF, I have hereunto set my hand at

16   Pensacola, Escambia County, Florida, this 6th day of April

17   2022.

18

19

20

21

22   _____
     REBEKAH M. LOCKWOOD, RDR, CRR
     Official Court Reporter
23   United States District Court
     Middle District of Florida

24

25