# EXHIBIT 9

# Handbook of Clinical Audiology

## SEVENTH EDITION

**Jack Katz**

Marshall Chasin
Kristina English
Linda J. Hood
Kim L. Tillery


Wolters Kluwer

# HANDBOOK OF CLINICAL AUDIOLOGY

## SEVENTH EDITION

**EDITOR-IN-CHIEF**

**JACK KATZ, Ph.D.**

Director
Auditory Processing Service
Prairie Village, Kansas
and Research Professor
University of Kansas Medical Center
Kansas City, Kansas and Professor Emeritus
University at Buffalo
State University of New York
Buffalo, New York

**EDITORS**

**MARSHALL CHASIN, Au.D.**

Director of Auditory Research
Musician's Clinics of Canada
Toronto, Ontario, Canada

**KRISTINA ENGLISH, Ph.D.**

Professor and Interim School Director
School of Speech Pathology and Audiology
University of Akron/NOAC
Akron, Ohio

**LINDA J. HOOD, Ph.D.**

Professor
Department of Hearing and Speech Sciences
Vanderbilt Bill Wilkerson Center
Vanderbilt University
Nashville, Tennessee, USA
Honorary Professor
University of Queensland
Brisbane, Australia

**KIM L. TILLERY, Ph.D.**

Professor and Chair
Department of Communication Disorders & Sciences
State University of New York at Fredonia
Fredonia, New York



Philadelphia • Baltimore • New York • London
Buenos Aires • Hong Kong • Sydney • Tokyo

*Acquisitions Editor:* Michael Nobel
*Product Development Editor:* Linda G. Francis
*Marketing Manager:* Leah Thomson
*Editorial Assistant:* Tish Rogers
*Production Project Manager:* Priscilla Crater
*Design Coordinator:* Stephen Druding
*Illustration Coordinator:* Jennifer Clements
*Manufacturing Coordinator:* Margie Orzech
*Prepress Vendor:* Aptara, Inc.

7th edition

Copyright © 2015 Wolters Kluwer Health

Copyright © 2009, 2001 Lippincott Williams & Wilkins. Copyright © 1993, 1985, 1978, 1972 Williams & Wilkins.
Two Commerce Square
2001 Market Street
Philadelphia, PA 19103 USA
LWW.com

Not authorised for sale in United States, Canada, Australia, New Zealand, Puerto Rico, or U.S. Virgin Islands.

All rights reserved. This book is protected by copyright. No part of this book may be reproduced or transmitted in any form or by any means, including as photocopies or scanned-in or other electronic copies, or utilized by any information storage and retrieval system without written permission from the copyright owner, except for brief quotations embodied in critical articles and reviews. Materials appearing in this book prepared by individuals as part of their official duties as U.S. government employees
are not covered by the above-mentioned copyright. To request permission, please contact Wolters Kluwer Health at Two Commerce Square, 2001 Market Street, Philadelphia, PA 19103, via email at permissions@lww.com, or via our website at lww.com (products and services).

9 8 7 6 5 4 3 2 1

Printed in China

**Library of Congress Cataloging-in-Publication Data**

Handbook of clinical audiology / editor-in-chief, Jack Katz ; editors, Marshall Chasin, Kristina English, Linda J. Hood, Kim L. Tillery. – Seventh edition.
       p. ; cm.
   Includes bibliographical references.
   ISBN 978-1-4511-9163-9
   I. Katz, Jack, editor. II. Chasin, Marshall, editor. III. English, Kristina M., 1951- editor. IV. Hood, Linda J., editor. V. Tillery, Kim L., editor.
   [DNLM: 1. Hearing Disorders. 2. Hearing–physiology. WV 270]
   RF291
   617.8–dc23
                                                                                          2014014240

Care has been taken to confirm the accuracy of the information presented and to describe generally accepted practices. However, the authors, editors, and publisher are not responsible for errors or omissions or for any consequences from application of the information in this book and make no warranty, expressed or implied, with respect to the currency, completeness, or accuracy of the contents of the publication. Application of this information in a particular situation remains the professional responsibility of the practitioner; the clinical treatments described and recommended may not be considered absolute and universal recommendations.
   The authors, editors, and publisher have exerted every effort to ensure that drug selection and dosage set forth in this text are in accordance with the current recommendations and practice at the time of publication. However, in view of ongoing research, changes in government regulations, and the constant flow of information relating to drug therapy and drug reactions, the reader is urged to check the package insert for each drug for any change in indications and dosage and for added warnings and precautions. This is particularly important when the recommended agent is a new or infrequently employed drug.
   Some drugs and medical devices presented in this publication have Food and Drug Administration (FDA) clearance for limited use in restricted research settings. It is the responsibility of the health care provider to ascertain the FDA status of each drug or device planned for use in his or her clinical practice.

# CONTRIBUTORS

**DANIEL ARTHUR ABRAMS, Ph.D.**
Research Associate, Department of Psychology and Behavioral Sciences
Stanford University
Palo Alto, California

**ANGELA LOUCKS ALEXANDER, Au.D.**
Director, Taupo Audiology and Auditory Processing Network
Taupo, New Zealand

**EDOARDO ARSLAN, M.D.***
Department of Neuroscience, University of Padova, Padova, Italy
Service of Audiology and Phoniatrics, Treviso Regional Hospital, Piazza Ospedale, Treviso, Italy

**A.U. BANKAITIS, Ph.D.**
Vice President, Oaktree Products, Inc.
St. Louis, Missouri

**JANE A. BARAN, Ph.D.**
Professor and Chair
Department of Communication Disorders
University of Massachusetts Amherst
Amherst, Massachusetts

**DOUGLAS L. BECK, Au.D.**
Director of Professional Relations, Oticon, Inc.
Somerset, New Jersey
Web Content Editor, American Academy of Audiology
Reston, Virginia

**LINDSAY BONDURANT, Ph.D.**
Assistant Professor of Audiology, Communication Sciences and Disorders
Illinois State University
Normal, Illinois

**CARMEN BREWER, Ph.D.**
Chief Research Audiologist, Audiology Unit, Otolaryngology Branch
National Institute on Deafness and other Communication Disorders
National Institutes of Health
Bethesda, Maryland

**ROBERT BURKARD, Ph.D.**
Professor and Chair Department of Rehabilitation Science
University at Buffalo
State University of New York
Buffalo, New York

**ANTHONY T. CACACE, Ph.D.**
Professor
Communication Sciences and Disorders
Wayne State University
Detroit, Michigan

**MARSHALL CHASIN, Au.D.**
Director of Research
Musicians' Clinics of Canada
Toronto, Ontario, Canada

**LAUREL A. CHRISTENSEN, Ph.D.**
Chief Audiology Officer
Vice President, Research and Development
GN ReSound Group
Glenview, Illinois

**JOHN GREER CLARK, Ph.D.**
Associate Professor, Department of Communication Sciences and Disorders
University of Cincinnati
Cincinnati, Ohio
President, Clark Audiology, LLC
Middletown, Ohio

**CHRISTOPHER GRAY CLINARD, Ph.D.**
Assistant Professor
Department of Communication Science & Disorders
James Madison University
Harrisonburg, Virginia

**CLAUDIA BARROS COELHO, M.D., Ph.D.**
Research Scientist
Department of Otolaryngology
University of Iowa
Iowa City, Iowa

**WILLIAM COLE, B.a.Sc., P.Eng.**
President
Audioscan Division of Etymonic Design, Inc.
Dorchester and
Adjunct Associate Professor
School of Communication Science and Disorders
Western University
London, Ontario, Canada

**BARBARA CONE, Ph.D.**
Professor Speech, Language and Hearing Sciences
The University of Arizona
Tucson, Arizona

**ALLAN O. DIEFENDORF, Ph.D.**
Professor, Department of Otolaryngology, Head and Neck Surgery
Indiana University School of Medicine
Director, Audiology and Speech/Language Pathology
Indiana University Health
Indianapolis, Indiana

**ANDREW DIMITRIJEVIC, Ph.D.**
Assistant Professor
Communication Sciences Research Center
Cincinnati Children's Hospital
Department of Otolaryngology, University of Cincinnati
Cincinnati, Ohio

———————
*Deceased

# CHAPTER 34

# Hearing Loss in the Elderly: A New Look at an Old Problem

Barbara E. Weinstein

##  DEMOGRAPHICS OF AGING AND HEARING LOSS

We are living during historic times. The demographics of aging have changed dramatically with the coming of age of the "baby boomers" who began to turn 65 in 2011. Worldwide, the older population is growing at a dramatic rate; the world's 65-and-older population is projected to triple by midcentury, from 516 million in 2009 to 1.53 billion in 2050. The growth rate for the population of persons of 65 years of age is expected to outpace that for the total population rather dramatically, such that by 2040 it will be one in five. The older population is getting older with the most dramatic growth among those over 85 years of age, namely the "oldest-old." By 2030, people aged 85 or over, will nearly double the number in 2002. Although the number of people aged 75 and over who are employed is relatively small they had the most dramatic gain in employment—increasing by close to 170% from 1977 to 2007. Increasingly, job growth for older workers is most dramatic in the service sector, where audition is imperative for effective communication and transaction of business.

## Hearing Loss and Comorbidities

It is notable that older adults with hearing loss have the increased burden of medical comorbidities relating to aging with more than 50% of older adults having three or more chronic diseases (i.e., multimorbidities). According to a recent report by Crews and Campbell (2004) individuals with hearing loss, vision loss, and dual sensory loss have an increased likelihood of presenting with comorbid conditions ranging from falls to hypertension to cardiovascular disease. Age is the most common risk factor for vision and hearing impairment in older adults and it follows that many older adults present with dual sensory impairments. Age-adjusted rates of hearing and visual impairment were significantly higher in men than women.

Using data from the National Health and Nutrition Examination Survey (NHANES), Bainbridge, Hoffman and Cowie (2008) compared hearing levels of adults with and without a diagnosis of diabetes. At all decades (1920s through 1960s), individuals with diabetes presented with poorer hearing threshold levels across frequencies than did those without diabetes and the difference appeared to be greatest in the higher frequencies. McMahon et al. (2008) found that smoking and diabetes were significantly associated with an increased odds of hearing loss confirming a probable link to age-related hearing loss (ARHL). Diabetes mellitus is associated with hearing impairment and cochlear microvascular dysfunction may be at the root of the association (Helzner et al., 2011).

A number of investigators have recently explored the link between memory, hearing, and cognitive function. Memory impairment and hearing impairment are considered common aspects of aging. In fact, using a sample from the Third NHANES, Li et al. (2006) found that self-reported functional hearing impairment and memory impairment were prevalent, but not comorbid in their sample of adults 65 years of age and older. According to newly emerging data, hearing loss is independently associated with an increased risk of cognitive decline over time with significant associations between greater hearing loss and poorer cognitive function (Lin et al., 2013). Using participants in the Baltimore Longitudinal Study, Lin et al. (2011) conducted a prospective study of 639 adults ranging in age from 36 to 90 years to determine the degree to which hearing impairment is associated with incident all-cause senile dementia and Alzheimer disease. All participants underwent audiometric testing and cognitive testing overtime. The risk of incident dementia increased with severity of hearing loss with adults who had moderate hearing loss were more likely than those with normal hearing to develop dementia and adults with severe hearing loss were at greatest risk.

Social isolation and loneliness, which are correlates of hearing loss and susceptibility to falls, may be possible factors mediating the link between hearing loss and cognitive decline (Cacioppo and Hawkley, 2009; Cacioppo et al., 2010; Lin et al., 2013). Weinstein and Ventry (1982) conducted one of the first audiologic studies on social isolation, demonstrating a stronger link between subjective social isolation, hearing handicap, and hearing loss than between objective social isolation and audiometric variables. We now know that there is also a link among social isolation, self-reported hearing difficulties, and depression. It is notable that individuals with visual impairment are susceptible to

falls and are at risk for activity limitations and consequent social isolation. Older adults with both vision and hearing loss were more likely than those without to have sustained a fall, and accordingly reported fewer social engagements and increased difficulty with activities of daily living. As impaired hearing is associated with greater risk for falls and possible attendant injuries, people with hearing impairment may have more mobility limitations than people without hearing impairment adding to the potential for decreased social engagement (Karpa et al., 2010; Viljanen et al., 2009). Viljanen et al. (2009) explored the relation between walking difficulty and hearing impairment in a female sample. In this study, participants underwent baseline hearing tests and tests of maximal walking speed and walking endurance. They were also asked to self-rate their walking difficulties. At the 3-year follow-up, participants were asked to once again self-rate their walking difficulties. It was of interest that at baseline women with hearing impairment had two times the risk of having major difficulties walking 2 km than those without hearing impairment. Interestingly, participants with hearing impairment were more likely than those without hearing impairment to develop walking difficulties at follow-up. Viljanen et al. (2009) speculated that hearing impairment correlates with mobility as a result of such factors as impaired postural balance and greater risk of falls. Alternatively, it may well be that impaired hearing places greater demand on attention sharing, thereby making mobility more of a challenge. It is important to note that in this sample, the overwhelming majority of people with hearing impairment had mild hearing loss and were not hearing aid users. The fact that people lacking in social connections and reporting frequent feelings of loneliness (i.e., persons with hearing impairment and persons prone to falls) tend to suffer higher rates of cognitive decline, depression, morbidity, and mortality may explain, in part, the link (Cornwell and Waite, 2009).

Helzner et al. (2011) explored the relationship between hearing impairment and cerebrovascular disease (CVD). It was of interest that risk factors for CVD, such as higher levels of triglycerides and history of smoking (in men), higher BMI (in women), and higher resting heart rate, tended to be associated with poorer puretone hearing levels, whereas clinical CVD did not seem to bear any relationship to hearing impairment. Helzner et al. (2011) speculated that insufficient cochlear blood supply may disrupt the chemical balance of endolymph, which in turn can affect the electrical activity of the hair cells and may compromise the activation of the auditory nerve. The authors concluded that "prevention of CVD and its contributing factors has the potential to slow the progression of age-related hearing loss" (Helzner et al., 2011, p. 978).

There are a number of modifiable and nonmodifiable risk factors for ARHL. The nonmodifiable factors include age, genetic predisposition, race, and gender (Yamasoba et al., 2013). The modifiable risk factors include noise, smoking, ototoxicity, and multiple health comorbidities including CVD, cardiovascular disease, diabetes, and cognitive decline. When present in older adults with chronic conditions ranging from CVD to diabetes and falls, hearing loss is likely to increase the burden of these conditions and at times can exacerbate or be exacerbated by these medical conditions. Hence, audiologists should work with primary care professionals to develop early intervention protocols to reduce the potential burden of hearing loss in persons with multimorbidity.

## THE AGING AUDITORY MECHANISM

The field of "otogerontology" has made significant strides in documenting the anatomic, physiological, and audiologic changes within the peripheral and central auditory mechanisms. Current thinking is that the auditory system is an integrated one involving an interplay among its many components including the ear and the brain (Weinstein, 2013). More recent thinking is that poor output from the peripheral auditory system, due in part to age-related changes, reduces the quality of the input to the central auditory system and ultimately the communication challenges associated with ARHL. For some, the central locus may underlie the age-related declines in auditory temporal processing key to speech understanding, whereas for others, it may well be the cognitive changes associated with age-related changes in portions of the brain. The lack of uniformity may help to explain the individual differences in speech understanding in challenging acoustic environments which is the hallmark of ARHL. Presbycusis is the term traditionally used when referring to hearing loss in older people (Gates and Mills, 2005).

Although noteworthy, age-related changes in the periphery, including the outer and middle ears, have few implications for communication ability. There is a loss of elasticity and strength in the pinna and external auditory canal. The sebaceous and cerumen glands in the cartilaginous portion lose some of their secretory ability. The decrease in fat leads to significant changes in the skin lining the canal. Changes in the physical properties of the skin, including dryness and dehydration, make the canal prone to trauma and breakdown. Cerumen becomes more concentrated, hard, and impacted due, in part, to inadequate epithelial migration (Weinstein, 2013). The bony canal is especially susceptible to trauma from attempts at cerumen removal because the skin covering is very thin (0.2 mm in thickness). The shape and age-related changes within the ear canal may have implications when making earmold impressions for hearing aids located completely in the ear canal and will influence hearing aid fittings especially with some of the newer deep insertion hearing aids (Weinstein, 2013).

Cerumen impaction can occur in the outer ear because of increased activity of cerumen glands in the cartilaginous portion, physical obstruction because of a hearing aid,