# EXHIBIT 15

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF FLORIDA
 3                   PENSACOLA DIVISION
 4
 5   IN RE: 3M COMBAT ARMS          )
     EARPLUG PRODUCTS LIABILITY     )
 6   LITIGATION                     )    Case No.
                                    )    3:19-md-2885-
 7                                  )    MCR-GRJ
     This Document Relates to:      )
 8                                  )    Judge M. Casey
                                    )    Rodgers
 9   All Wave 1 Cases               )
                                    )    Magistrate Gary
10                                  )    R. Jones
     _____    )
11
12
13
14
15
16      VIDEOTAPED DEPOSITION OF JAMES CRAWFORD, M.D.
17                     June 24, 2022
18
19
20
21
22
23
24   Reported By:
     Maureen Welch, CSR No. 671, Notary Public
25
```

```
 1            BE IT REMEMBERED that the videotaped
 2   deposition of JAMES CRAWFORD, M.D., was held with
 3   the assistance of videoconferencing technology, in
 4   Boise, Idaho, before Maureen R. Welch, a Court
 5   Reporter (Idaho CSR No. 671) and Notary Public in
 6   and for the State of Idaho, on Friday, the 24th
 7   day of June, 2022, commencing at the hour 9:08
 8   a.m., in the above-entitled matter.
 9
10                  A P P E A R A N C E S
11
12   FOR THE PLAINTIFFS:
13           Bobby J. Bradford
             Brian Marbut
14           AYLSTOCK, WITKIN, KREIS, OVERHOLZ, PLLC
             17 E. Main Street, Suite 200
15           Pensacola, Florida  32502
16
17   FOR THE DEFENDANTS:
18           Saghar Esfandiarifard
             William Smith
19           KIRKLAND & ELLIS, LLP
             555 South Flower Street, Suite 3700
20           Los Angeles, California  90071
21
22
23
24
25
```

1  that it's still common to have ruptured eardrums
2  from blast exposure while wearing hearing
3  protection devices?
4      A.  Again, personal experience.  Just taking
5  care of patients that have had that exact
6  scenario.
7      Q.  Any data or information to support that?
8      A.  I haven't personally.  There was a paper
9  written, and I don't, I don't -- I'm not at my
10 work site, and I couldn't pull it off from my
11 head.
12         But I -- there was a paper written about
13 concomitant injuries in people that have had
14 blasts during Iraq and Afghanistan.
15     Q.  Alright.  I may have misunderstood that.
16 That is or is not in your, the articles on your
17 materials reviewed?
18     A.  Was not.
19     Q.  You, back in 2004 or 2005 -- I forget --
20 you mentioned you did some research on TBI and
21 things, and I just want to be clear:  You don't
22 have any data on, personal data from your own
23 patients or your own military experience regarding
24 ruptured eardrum blast exposure or noise from
25 explosions; true?

```
 1                  REPORTER'S CERTIFICATE
 2   STATE OF IDAHO         )
                            )
 3   COUNTY OF ADA          )
 4
 5            I, MAUREEN R. WELCH, a Notary Public in
 6   and for the State of Idaho, do hereby certify:
 7             That prior to being examined, the
 8   witness named in the foregoing deposition was by
 9   me duly sworn to testify the truth, the whole
10   truth, and nothing but the truth;
11             That said deposition was taken down by
12   me in shorthand at the time and place therein
13   named and thereafter reduced to computerized
14   transcription under my direction and supervision,
15   and I hereby certify the foregoing deposition is a
16   full, true and correct transcript of my shorthand
17   notes so taken;
18             I further certify that I have no
19   interest in the event of the action.
20             IN WITNESS WHEREOF, I have hereunto
21   subscribed my name this 1st day of July,
22   2022.
23
24   Notary Public in and for the State of
     Idaho, residing in Meridian, Idaho.
25   My commission expires 9-6-25. CSR #671
```