# EXHIBIT 22

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF FLORIDA
 3                  PENSACOLA DIVISION
 4
 5
 6
    IN RE:  3M COMBAT ARMS    )
 7  EARPLUG PRODUCTS          ) Case No. 3:19md2885
    LIABILITY LITIGATION      )
 8                            )
    This document relates     ) Judge M. Casey Rodgers
 9  to:                       ) Magistrate Judge
                              ) Gary Jones
10  All Wave 1 Cases          )
11
12
13
14
15
16
17
18          The Videotaped Remote deposition of
19          JENNIFER LABORDE, AU.D., taken
20          via Zoom Videoconference on
21          Monday, June 27, 2022, commencing at
22          approximately 9:06 a.m. Central Time.
23
24
25
```

```
 1              A P P E A R A N C E S
 2    (ALL APPEARANCES ATTENDED VIA VIDEOCONFERENCE.)
 3
 4   FOR THE PLAINTIFFS:
          AYLSTOCK WITKIN KREIS OVERHOLTZ, PLLC
 5        17 East Main Street, #200
          Pensacola, FL  32502
 6        850-202-1010
             BY:  BOBBY J. "BRAD" BRADFORD, ESQUIRE
 7                bbradford@awkolaw.com
 8
 9
10   FOR THE DEFENDANTS:
          KIRKLAND & ELLIS, LLP
11        1301 Pennsylvania Avenue, N.W.
          Washington, DC  20004
12        202-389-5000
             BY:  F. CHADWICK MORRISS, ESQUIRE
13                chad.morriss@kirkland.com
          AND
14        KIRKLAND & ELLIS, LLP
          2049 Century Park East, Suite 3700
15        Los Angeles, CA  90067
          310-552-4200
16           BY:  SAGHAR ESFANDIARFARD, ESQUIRE
                  sesfandiarfard@kirkland.com
17
18
19
20   VIDEOGRAPHER:
          ELIJAH PECK
21
22   DOCUMENT TECHNICIAN:
          BRIAN MARBUT
23
24   COURT REPORTER:
          DEBRA AMOS ISBELL, CCR,RDR,CRR
25
```

```
 1                    I N D E X

 2   DEPOSITION OF JENNIFER LABORDE, AU.D. - 6/27/2022

 3

 4                  EXAMINATION INDEX

 5      BY MR. BRADFORD  . . . . . . . . . . . . .  5

 6

 7

 8

 9

10

11   (NO EXHIBITS WERE MARKED TO THIS DEPOSITION.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  yes.  But there may be others that, you know, are
2  one-offs that I didn't think of when I was
3  writing the report that could still cause hearing
4  loss.
5      Q.   You would agree that inflammatory
6  disorder or disease like these cannot cause
7  tinnitus?
8      A.   I do not agree with that.
9      Q.   All right.  Tell me the mechanism
10 there.  How does an autoimmune condition cause
11 tinnitus?
12     A.   Well, see, to the extent that it can
13 cause hearing loss, it can cause tinnitus as well
14 in terms of the inflammatory response to the
15 structures of the ear, decrease in blood flow,
16 inflammation of the ear, inflammation of the
17 vessels that supply blood flow to the ear --
18 those types of things can cause hearing loss and
19 tinnitus.
20     Q.   You've got a listing of Metabolic
21 Causes of Hearing Loss, and I want to go through
22 this with you as well.  And what I want to do is
23 just be sure that I understand the thoroughness
24 of this opinion and be sure I understand what
25 you're saying there.

Jennifer LaBorde, Au.D.

```
 1            You've listed some specific -- some
 2   specific conditions that fall under this
 3   category, such as hypothyroidism.  Any others
 4   that didn't make it in your report?
 5       A.   Not that I can think of at the moment.
 6   Diabetes and thyroidism in general, like thyroid
 7   issues, yes, hypothyroidism, but thyroid issues
 8   in general were the primary ones that I could
 9   think of.  And again, I hate to be completely
10   exclusionary because things come up -- in my
11   experience, things come up, and it's so difficult
12   to iterate every single cause because there are
13   so many.  But I think those are the two primary
14   ones.
15       Q.   All right.  And then we've got Head
16   Injuries/Blasts Hearing Loss as the next
17   category; correct?
18       A.   Yes, that is right.
19       Q.   You would agree that noise from blasts
20   can also cause hearing loss; true?
21       A.   Yes, that is possible.
22       Q.   Genetic causes -- I'm sorry.  Let me
23   back up to the metabolic causes.  There was
24   another question I wanted to ask, and I forgot.
25            You would agree that if a person
```

```
 1   doesn't have diabetes or hypothyroidism, that
 2   means they don't have a metabolic cause of
 3   hearing loss; true?
 4        A.   Not necessarily.  It doesn't have to be
 5   hypothyroidism.  There can be thyroid issues that
 6   aren't hypothyroidism.  And also there is in the
 7   literature some evidence that associates hearing
 8   loss with just metabolic syndrome in general, and
 9   diabetes can be undiagnosed as well.  But
10   associations with high blood pressure and
11   increased BMI and the things that go along with
12   that metabolic syndrome, whether the diabetes is
13   diagnosed or not, can be associated with hearing
14   loss.
15        Q.   Do you diagnose diabetes in your
16   practice?
17        A.   I personally do not, no.
18        Q.   Have you ever diagnosed diabetes in
19   your practice?
20        A.   No.
21        Q.   Have you ever diagnosed any thyroid
22   condition in your practice?
23        A.   No, I have not.
24        Q.   Have you ever diagnosed a traumatic
25   brain injury in your practice?
```

```
 1                C E R T I F I C A T E
 2
 3          I do hereby certify that the foregoing
 4    proceedings were taken down by me and transcribed
 5    using computer-aided transcription and that the
 6    foregoing is a true and correct transcript of
 7    said proceedings.
 8          I further certify that I am neither of
 9    counsel nor of kin to any of the parties, nor am
10    I in anywise interested in the result of said
11    cause.
12          I further certify that I have earned the
13    certifications awarded by the National Court
14    Reporters Association of RPR,RMR,RDR,CRR,CRC,RSA.
15
16
17
18
                   _____
19                 DEBRA AMOS ISBELL, CCR,RDR,CRR
                   NCRA (expires 12/31/2022)
20                    Registered Professional Reporter
                      Registered Merit Reporter
21                    Registered Diplomate Reporter
                      Certified Realtime Reporter
22                    Certified Realtime Captioner
                      Realtime Systems Administrator
23
24
25
```

Case 3:19-md-02885-MCR-HTC   Document 3376-22   Filed 08/10/22   Page 9 of 9

Jennifer LaBorde, Au.D.

```
 1              CERTIFICATE OF WITNESS
 2     3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY
        LITIGATION  3:19-md-2885
 3
          I, JENNIFER LABORDE, AU.D., do hereby certify
 4
        that on this _____ day of _____
 5
        2022 I have read the foregoing transcript and to
 6
        the best of my knowledge it constitutes a true
 7
        and accurate transcript of my testimony taken on
 8
        oral examination on June 27, 2022.
 9
10
11
12
                              _____
                                JENNIFER LABORDE, AU.D.
13
14                            DATE:   _____
15
16
17                            _____
                              WITNESS TO SIGNATURE
18
19
20
21
22
23
24
25
```