# EXHIBIT 24

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG | ) | Case No. 3:19-md-2885-MCR-GRJ |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | Judge M. Casey Rodgers |
| This document relates to: | ) | Magistrate Gary R. Jones |
| All Wave 1 Cases | ) | |
| | ) | |
| | ) | **CONFIDENTIAL – SUBJECT TO** |
| | ) | **PROTECTIVE ORDER** |

<u>**EXPERT REPORT OF KARTHIK RAJASEKARAN, M.D., FACS**</u>

**Expert Report of Karthik Rajasekaran, M.D., FACS**

*In re: 3M Combat Arms Earplug Products Liability Litigation*, MDL No. 2885
May 11, 2022

I have been asked by counsel for defendant 3M to opine, based on my education, training, and experience as an otolaryngologist and neurotologist, about hearing, hearing loss, and tinnitus, including the causes, diagnosis, and treatment of these conditions.

I am an Assistant Professor of Otorhinolaryngology Head and Neck Surgery at the Hospital of the University of Pennsylvania, Perelman School of Medicine, where I have worked since 2018. I am the Director of Surgical Operations for Otorhinolaryngology Service Line at Pennsylvania Hospital, a member of the Credentialing Committee at Pennsylvania Hospital, and a member of the Head and Neck Oncology Clinical Pathways Taskforce. Since 2019, I have served as the Director of Quality Improvement Education and as the Director of Facial Trauma at the University of Pennsylvania. This year I became the co-director of the Head and Neck Oncologic Fellowship at the University of Pennsylvania. Since 2020, I have been appointed as a Senior Fellow of the Leonard Davis Institute of Health Economics at the University of Pennsylvania.

I obtained my Bachelor of Arts degree in Biology, and Health and Society from the University of Rochester in 2005 with a High Distinction in Health and Society. Following my graduation, I earned my medical degree from the Chicago Medical School at Rosalind Franklin University of Medicine and Science in 2011. During medical school, I was elected to the Alpha Omega Alpha Medical Honor Society and the Gold Humanism Honor Society. I also received the Dean's Award for Outstanding Service, the John J. Sheinin Research Award, and the Ashley Evans Professionalism Award. Upon graduation, I received a Distinction in Research award.

I completed my Otorhinolaryngology- Head and Neck Surgery residency at the Cleveland Clinic in 2016. During my residency, I received the 2015 and 2016 Excellence in Teaching Awards, the Ted and Idarose Luntz Award for Quality and Patient Safety, and my article "Development of quality care plan to reduce otolaryngologic readmissions: early lessons from the Cleveland Clinic" was named one of the 40 best articles by individuals under 40 by the journal *Otolaryngology–Head and Neck Surgery*. I completed a fellowship in Head and Neck Oncologic Surgery, Microvascular Reconstruction and TransOral Robotic Surgery at the University of Pennsylvania in 2018. I am licensed to practice medicine in Pennsylvania and Board Certified in Otolaryngology. I have been published over a hundred times in connection with my research in the field of Otorhinolaryngology and have given over 40 invited lectures.

I am an active member of the American Medical Association, the American Academy of Otolaryngology, the American Head and Neck Society, the American Society of Clinical Oncology, the Association for Clinical Oncology, and the Pennsylvania Academy of Otolaryngology. I am a Diplomat of the American Board of Otolaryngology – Head and Neck Surgery, and a Fellow of the American College of Surgeons. I am a peer-reviewer for *Laryngoscope* and a Journal Editorial Board Member for *ORL: Journal for Oto-rhino-laryngology and its Related Specialties*.

My qualifications and a list of the publications I have authored in the last ten years appear in my curriculum vitae, which is attached as Exhibit A. I have not given testimony in any case in the last four years. A copy of my fee schedule appears at Exhibit B. The materials I have considered in connection with my opinions in this case are listed in Exhibit C. I reserve the right to amend this report if additional evidence becomes available.

## 1. **Sound and Hearing**

Hearing allows us to identify and recognize the things in the world around us and makes verbal communication possible. To better understand hearing, we must better understand sound. Sound is a waveform of energy that moves through a medium such as air or water. It is measured using two variables: frequency and amplitude.

### A.  The Range of Audible Sound

#### i.  *Frequency (Hz)*

Frequency, also known as pitch, is the number of times per second that a sound waveform repeats itself. Sounds that we perceive as having deeper pitches, such as a drumbeat or a bullfrog, are lower frequencies, whereas sounds with higher pitches, such as a whistle or a cricket, are higher frequencies. Frequency is measured in units called hertz (Hz). Sounds that are audible to humans range from 20 to 20,000 Hz. Sounds outside of this frequency range are not detectable by the human ear.

#### ii.  *Amplitude (dB)*

Amplitude is the relative strength or intensity of a sound wave. Humans perceive amplitude as loudness or volume. Amplitude is measured in units called decibels (dB). The lower threshold of human hearing is 0 dB, which is near-total silence. A normal speaking voice in conversation is typically around 60 dB. Loud sounds such as that of a vacuum cleaner typically measure around 70 dB. Rock concerts can reach up to 125 dB, which pushes the limits of the human pain threshold.

The amplitude in decibels (dB) at which sound becomes painful for the listener is the human pain threshold for hearing. The specific amplitude threshold varies with frequency and can be age dependent. People who have been exposed to more noise/music usually have a higher threshold.  Typically, hearing becomes uncomfortable at an amplitude of 110 dB (threshold of discomfort), and it becomes painful at 130 dB or higher (threshold of pain). Figure 1 depicts the amplitudes of common sounds, and the various hearing thresholds.



**Figure 1.** Hearing thresholds and amplitudes of common sounds.[1]

B.  <u>The Ear and Normal Hearing Function</u>

The ear is the organ that processes and translates sound into something that we can perceive.  The ear is divided into three general parts: the outer ear, the middle ear, and the inner ear (*see* Figure 2). Each of these parts has an important function in the hearing process. The outermost part of the ear is called the auricle or pinna. This is the part of the ear that is visible externally.  Moving inward, the next part is the external auditory canal, which leads to the tympanic membrane, also known as the eardrum. The tympanic membrane is a thin membrane that marks the separation between outer ear and middle ear.

On the other side of the tympanic membrane is the middle ear, an air-filled chamber containing three small bones called ossicles. These three bones are sequentially connected to each other in the following order from external to internal: the malleus (hammer), the incus (anvil), and the stapes (stirrup). These three ossicles connect the tympanic membrane to the inner ear. The middle ear is also connected to the back of the nose by the Eustachian tube. Eustachian tubes serve two main functions: equalizing pressures between the middle ear and the external environment, and draining any middle ear fluid into the back of the throat to prevent bacterial growth and infection.

The innermost part of the ear is the aptly named inner ear. The inner ear contains three main components: the cochlea, the vestibule, and the semicircular canals. The cochlea is the main

---

[1] InformedHealth.org [Internet]. Cologne, Germany: Institute for Quality and Efficiency in Health Care (IQWiG); 2006-. Hearing loss and deafness: Normal hearing and impaired hearing. 2008 May 15 [Updated 2017 Nov 30].

organ of hearing and is shaped like a snail's shell. It contains small hair cells called cilia that are surrounded by and submerged in fluid. Connected to this apparatus is the auditory nerve (also known as the vestibulocochlear nerve), which sends sound information up to the brain. The other portion of the inner ear is made up of the semicircular canals, which control our balance and sense of positioning. The vestibule serves as the connection between the cochlea and the semicircular canals.



**Figure 2.** Anatomy of the ear.[2]

*i.   Normal Pathway of Sound Transmission and Processing in the Ear*

When a sound is made, sound waves arrive at the outer ear at the pinna or auricle, travel down the external auditory canal, and strike the tympanic membrane (known as the ear drum). The tympanic membrane vibrates in response to this exposure to the waves and these vibrations are passed along into the middle ear where the ossicles amplify these vibrations. These amplified vibrations from the ossicles enter the inner ear and reach the cochlea. In the cochlea, the cilia (or hair cells) and the surrounding fluid move in response to the sound vibrations and this mechanical disturbance is translated into electrical impulses. The vestibulocochlear nerve (or auditory nerve) sends these electrical impulses to the brain for processing.

**2.   Hearing Loss**

Hearing loss can arise because of a problem at any step of the sound processing sequence, as just described. There are three main types of hearing loss, which are all defined based on the step adversely affected: conductive, sensorineural, and mixed. Figure 3 depicts the relationship between various pathologies and both anatomical location and type of hearing loss.

---

[2] National Institute on Deafness and Other Communication Disorders (NIDCD).



**Figure 3.** Conductive and sensorineural hearing loss.[3] Examples: (1) wax, inflammatory swelling; (2) perforated eardrum; (3) necrosed or immobile ossicles; (4) stapes fixation by otosclerosis; (5) otitis media; (6) Eustachian tube block; (7) sensory presbycusis, mumps, noise injury; (8) neural presbycusis, acoustic tumors.

## A. Conductive Hearing Loss (CHL)

### i. Causes

Conductive hearing loss (CHL) occurs when there is a block in sound transmission that occurs before reaching the inner ear/cochlea. Thus, this block can occur anywhere prior to the inner ear, such as the external auditory canal, tympanic membrane (eardrum), ossicles, or the middle ear cavity.

The five most common causes of CHL are cerumen (earwax) impaction, tympanic membrane rupture, otitis media with effusion (middle ear infection with fluid buildup), otosclerosis (a condition where the stapes is immobile and unable to transmit vibrations into inner ear effectively), and a foreign body stuck in external auditory canal. (Johns Hopkins Medicine, 2022; NIDCD, 2013).

### ii. Treatment

CHL caused by a perforated tympanic membrane can be treated with tympanoplasty (surgical repair of the tympanic membrane). In cases related to trauma, and non-severe cases, the perforated tympanic membrane will usually self-correct, and no intervention is required. Middle ear effusion (or fluid in the middle ear) can be treated by myringotomy (surgical creation of a draining hole in the tympanic membrane) with or without an ear tube.  Otosclerosis can be treated with stapedectomy (surgical removal of the stapes) and replacement of the stapes with a prosthesis.

---

[3] Coleman BH. *Diseases of the Nose, Throat, and Ear and Head and Neck*. Edinburgh (1992), Churchill Livingstone, p. 106, with permission.

In cases where the ossicular chain is disrupted, either a partial or total reconstruction prosthesis can be used to reconstruct the chain. CHL due to a foreign body's presence in the external auditory ear canal can be treated by removing the foreign body, which usually resolves the associated hearing loss.

    B.  <u>Sensorineural Hearing Loss (SNHL)</u>

        *i.*  *Causes*

Sensorineural hearing loss (SNHL) is caused by inadequate sound processing by the end organ of hearing, the cochlea (sensory), or poor transmission by the vestibulocochlear nerve or auditory nerve (neural) to the brain. There are many different potential causes of SNHL, including age, environmental factors, genetics, and various medical conditions.

The most common cause of SNHL is presbycusis. Presbycusis is age-related hearing loss, and it is the most common type of hearing loss in adults. It is believed to be caused by an age-related degeneration of cochlear hair cells that are associated with processing high frequency sounds. It typically results in a slowly progressive hearing loss in both ears that first affects high-frequency sounds, such as a phone ringing or microwave beeping. All humans experience a decline in hearing as they age, and average age of onset of presbycusis is 65 years of age. (Cedars-Sinai, 2022). Many are not aware of the change initially. (Cedars-Sinai, 2022). Hearing aids are the most effective treatment for presbycusis. (Cedars-Sinai, 2022).

SNHL can be caused by noise exposure (e.g., machinery, artillery, loud music) and head trauma, which are discussed below in Sections 2.D and 2.E.ii, respectively. In addition, both CHL and SNHL can be genetic, i.e., inherited. Researchers have identified many syndromes related to genetic hearing loss that are autosomal dominant (such as Waardenburg syndrome, Branchio-oto-renal syndrome, Stickler syndrome) and autosomal recessive (Pendred syndrome, Usher syndrome, Jervell and Lange-Nielsen syndrome). (Kochhar et al., 2007). There are also well-known X-linked syndromes, such as Alport's syndrome, which is characterized by hearing loss as well as renal (kidney) disease. (Kochhar et al., 2007). On audiograms, early-onset genetic hearing loss can present with a U-shaped or notched configuration, while certain types of genetic hearing loss can present as a rising configuration. Genetic testing can detect known genetic variants that lead to hearing loss; however, there likely are other genetic causes of hearing loss that are not well known and for which we cannot test.

Some medications have ototoxic side effects that can cause hearing loss. The most common medications with ototoxic side effects that can lead to SNHL are antibiotics (specifically, aminoglycosides and vancomycin), chemotherapy drugs (e.g., cisplatin), loop diuretics (e.g., furosemide, ethacrynic acid), and non-steroidal anti-inflammatory drugs (NSAIDs) and salicylates (e.g., ibuprofen and aspirin). These medications can damage the outer hair cells of the cochlea and usually cause a decline in hearing levels at the higher frequencies before affecting hearing levels in the range of perceived speech. Since most ototoxic medications are excreted by the kidneys, kidney disease or failure can also lead to ototoxicity and potential hearing loss, as discussed in further detail below.

Environmental factors can cause hearing loss as well. For example, some substances have ototoxic side effects. Benzene, toluene, and xylene are substances in gasoline and diesel fuel; studies—both animal and human—indicate that these solvents can contribute to hearing loss, especially at levels of exposure in occupational settings. (Vyskocil et al., 2012). Individuals who use tobacco products are at a higher risk of hearing impairment because nicotine causes vasoconstriction, accompanied by a subsequent decrease in oxygen, which in turn can harm the hair cells and decrease cochlear function. (Emamifar et al., 2016). Heavy alcohol consumption can also cause hearing loss by damaging the auditory brain stem. (Smith and Riechelmann, 2004). A 2019 study showed that alcohol abuse raised the risk of hearing loss and also tinnitus by more than 2.5 times. (Park et al., 2019).

There are also various diseases, in addition to the genetic syndromes mentioned above, that can cause hearing loss. For example, autoimmune diseases like autoimmune ear disorder, rheumatoid arthritis, and Cogan's syndrome cause hearing loss. (Vambutas, 2017; Emamifar et al., 2016; Greco et al., 2013). Ménière's disease is a disorder of the inner ear that affects balance and also causes hearing loss and tinnitus. (Lei et al., 2022). More common medical conditions, like diabetes and hypertension, are also associated with SNHL. (CDC, 2021; Babarinde et al., 2021).

Ear infections, such as otitis media, can cause conductive hearing loss as well as tinnitus that may continue even after the infection resolves. (Coelho et al., 2020). Many viral infections can also cause hearing loss. For example, Human Immunodeficiency Virus (HIV) affects the temporal bone, leading to hearing loss, tinnitus, chronic otitis media, and other conditions affecting the ear and balance. (Cohen et al., 2014). Encephalitis, including anti-NMDA receptor encephalitis, can be accompanied by hearing loss. (Cheng et al., 2021).

Tumors, such as acoustic neuromas, can cause hearing loss and are also associated with tinnitus. Such tumors often present with asymmetrical decreased hearing levels and can be removed surgically.

Chronic kidney disease also has been associated with SNHL. (Kim et al., 2021) Autosomal dominant polycystic kidney disease is one of the most frequent hereditary disorders. At least one genetic form of this disease is associated with sensorineural hearing loss – Alport's syndrome, mentioned above. (Mora et al., 1999). Kidney disease is associated with hearing loss and tinnitus due to the various potential effects of kidney disease, including hypertension and inflammation, which may result in cochlear damage, and also cerebral small vessel disease, which may disrupt the blood supply to the inner ear and result in ischemic damage to the cochlea. (Shih et al., 2017; Schubert et al., 2018).

### ii.    *Treatment of SNHL*

Bilateral mild to severe SNHL is usually treated with hearing aids. Profound bilateral SNHL can be treated with a cochlear implant, which converts sound energy into electrical energy, directly stimulating the vestibulocochlear nerve (auditory nerve).

In cases of acoustic neuroma, surgery or radiation can improve hearing.

8

For autoimmune SNHL, the most common treatment is high-dose steroid therapy with a maximum dose for four weeks, followed by a taper. If the hearing loss returns after the steroids are weaned, other long-term immunosuppressant medication (e.g., methotrexate) can be used.

### iii.   Mixed Hearing Loss

Sometimes, CHL can occur simultaneously with a SNHL (e.g., chronic otitis media coexistent with cochlear damage). This would result in a mixed hearing loss.

### iv.   Noise-Induced Hearing Loss and Occupational Noise Exposure

Every day, we experience sound in our environment, such as the sounds from television, household appliances, and traffic. Normally these sounds are at safe levels that do not damage our hearing. However, sounds can be harmful when they are too loud, even for a brief time, or when they are both loud and long-lasting.

Chronic exposure to loud sounds over an extended period of time can cause to progressive damage to the cochlear hair cells and other vital inner ear structures, leading to SNHL. Examples include occupation in a woodworking shop, construction work, target shooting and hunting, snowmobile riding, listening to high volume music through headphones, playing in a band or DJing, and attending loud concerts, as well as exposure to military sounds like generators, vehicle noise, aircraft noise, and gunfire.

When one is exposed to loud noise over a long period of time, the hearing loss will be gradual.  Thus, one may not notice, and can ignore the signs of hearing loss until they become more pronounced.  Over time, sounds may become distorted or muffled, and one might find it difficult to understand other people when they talk or have to turn up the volume on the television or other audio devices. Additionally, tinnitus, or a "ringing," buzzing, or roaring in the ears, often accompanies noise-induced hearing loss.

Avoidance of noises that can cause damage is the best option for preventing noise-induced hearing loss. If loud noise exposure is unavoidable, in my practice I recommend that patients wear earplugs or other hearing protective devices when engaging in a loud activity such as shooting at a gun range or riding a motorcycle.

Hearing protection devices are designed to attenuate, or reduce, noise, and must be used correctly for maximum benefit.  In my practice as an otolaryngologist, I work in a clinic with an audiologist to counsel patients on the types of hearing protection devices available, including earplugs, like the Combat Arms version 2 Earplugs, which are inserted into the ear canal, and earmuffs, which go over the ear.  Activity-specific earplugs and earmuffs are available at hardware and sporting goods stores.  Where someone is exposed to significant amounts of noise, particularly for a long period of time, one form of hearing protection may not sufficiently protect from noise-induced hearing loss.  It is my understanding that the U.S. Army, which has a robust hearing conservation program, requires double layers of hearing protection at certain levels of noise with the goal of protecting servicemembers from noise-induced hearing loss with significant noise exposure. (DA PAM 40-501, 1998; Flamme Rpt.) It is important to note that there does not exist a single hearing protection device that can block out *all* noise; likewise, no hearing protection device will entirely prevent hearing loss.  In my practice, I also counsel patients on how to use

hearing protective devices properly. Proper fit and training on any hearing protection device is critical to ensure that the devices function as designed and users are getting consistent attenuation.

Employers in industries where employees are exposed to significant occupational noise in the workplace will often have hearing conservation programs and coordinate for employees undergo annual audiometric testing, annual monitoring of noise exposures, annual training/education on noise exposures, and regular instruction on and requirement of use of hearing protection.

C. Trauma-induced Hearing Loss

    *i. Barometric*

Barometric trauma, also known as barotrauma, is physical damage to tissue caused by an unrelieved pressure differential between a surrounding element (gas, fluid) and an unvented body cavity like the ears. (Battisti et al., 2021). Ear barotrauma can result from acute pressure changes in the middle ear from a change in altitude, for example, during air travel, mountain climbing, or scuba diving. (Battisti et al., 2021). This increased middle ear pressure can, in severe cases, lead to tympanic membrane (eardrum) rupture. (Battisti et al., 2021). More rarely, pressure changes in the inner ear can lead to SNHL. (Battisti et al., 2021).

    *ii. Physical*

Head trauma can lead to CHL, SNHL, or mixed hearing loss. Fractures to the temporal bone of the skull can affect the cochlea leading to SNHL, whereas fractures of the ossicles or tympanic membrane (eardrum) injury can lead to CHL. Traumatic brain injury (TBI), including concussions can also cause hearing loss. As the Director of Facial Trauma at the University of Pennsylvania, I have specific experience treating patients who experience hearing loss and tinnitus related to severe injuries, including face and head trauma. Traumatic brain injury occurs when someone suffers a concussive trauma the head. When an object strikes the head with enough force, the brain then shifts within cerebrospinal fluid and sometimes hits the skull. In severe cases, this can cause damage to the brain. Even if the head does not strike an object, exposure to a concussive wave, like one caused by a large explosion, can still lead to the same type of brain injury.

TBIs vary in severity. Severe TBIs can involve open head injuries and skull fractures and can lead to many different short-term and long-term problems, including hearing loss, difficulty processing speech that one may be able to hear, tinnitus, memory loss, among other symptoms. In some cases, someone who had a severe TBI may have difficulty detecting sound at all. In cases of TBIs, some people may present with normal hearing but have a range of symptoms that are typically related to or associated with hearing loss.

Mild TBIs or "mTBIs" are typically diagnosed by assessing the different symptoms they can cause, including dizziness, headaches, cognitive dysfunction (e.g., memory, executive processing), auditory processing problems, insomnia, and poor concentration. In my experience, someone who experiences a mTBI will usually recover within three to six months, but repeated head trauma during that recovery period increases the likelihood of suffering a repeat TBI and can exacerbate the severity of symptoms. Some patients with mTBI may not recover quickly, or at all.

Tinnitus and hearing loss related to auditory injury are common in both the military and civilian populations. In one study of servicemembers, over one third reported having hearing loss, tinnitus or both (Swan et al., 2017). While the diagnosis and causes of hearing loss and tinnitus are typically multifactorial, both conditions are particularly common after a TBI, which is associated with approximately two-fold risk over noise injury or age-related causes (Swan et al., 2017; Wang et al., 2020; Oleksiak et al., 2012). Blast injuries, which may be isolated or which occur in conjunction with mechanical TBI, may be associated with a rate of auditory dysfunction as high as 60% (Swan et al., 2017).

Any type of TBI significantly increases an individual's risk of hearing loss and tinnitus; even mTBI can be associated with hearing changes. Studies show that blast-exposure TBIs produce higher rates of hearing loss (and tinnitus) than non-blast-related TBIs. (Fausti et al., 2009). Therefore, the mechanism of TBI likely matters. Blast injuries are more commonly associated with hearing loss complaints with normal audiograms. There are varied sources of data that support a variety of different mechanisms by which a TBI may contribute to hearing loss. These mechanisms include disruption of middle ear bones, a variety of cochlear injuries, vestibulocochlear nerve injuries, brainstem injury or hemorrhage, temporal lobe contusions, corpus callosal injuries, and thalamic injuries. Most of the central nervous system injury mechanisms are difficult to assess on conventional imaging and require special methodologies such as functional MRI to evaluate. Temporal association of the onset of hearing loss with a TBI is highly suggestive of injury-related hearing loss, rather than noise-induced hearing loss.

### iii.    Sudden SNHL

Sudden SNHL, commonly known as sudden deafness, is an unexplained, rapid loss of hearing either all at once or over a few days. It typically affects only one ear but can sometimes involve both ears. Most cases of sudden SNHL are considered idiopathic because a cause is never identified. (Kuhn et al., 2011). Sudden SNHL can rarely be caused by an acoustic neuroma (a tumor involving vestibulocochlear nerve or auditory nerve). Other causes include syphilis, Lyme disease, vascular disease, or autoimmune disease.

When sudden SNHL occurs, the first step should be to confirm with an audiogram. After confirmation, treatment should begin with a high-dose oral steroid burst for two weeks, followed by a taper. For those who cannot tolerate oral steroids, trans tympanic steroid injection can be considered. This procedure involves filling the middle ear space with a concentrated steroid solution. Additionally, it is suggested to perform an MRI to evaluate for potential acoustic neuroma (tumor of the vestibulocochlear/auditory nerve).

### iv.    Hidden Hearing Loss/Cochlear Synaptopathy

Significant research has been conducted to better understand complaints from individuals that have normal audiometric thresholds, but complain of issues hearing speech in noise, a phenomenon known as "hidden hearing loss." (Bramhall et al., 2019). According to some animal studies, noise induced temporary threshold shifts can damage synaptic connections between the cochlear hair cells and the vestibulocochlear/auditory nerve. This damage is known as "cochlear synaptopathy." There is currently no way to diagnose noise induced hidden hearing loss in a living human; it is still merely a hypothesis based on mainly animal studies. In my professional

11

experience, hidden hearing loss is not a widely accepted diagnosis. As such, I do not diagnose patients with hidden hearing loss in my practice.

> v.   *Accelerated Age-Related Hearing Loss*

Another hypothesis suggests that people who experience noise-induced hearing loss at some point in time will later have a faster rate of decline in hearing due to age than people who do not experience that first noise-induced hearing loss event. In my experience, as with hidden hearing loss, the theory of accelerated age-related hearing loss is not generally accepted in the medical community nor is it a diagnosis I use in my practice. There is no diagnostic code for accelerated age-related hearing loss. And as with hidden hearing loss, the theory of accelerated age-related hearing loss has not been shown in humans.  (Lee et al., 2005).

D.  <u>Other Hearing-Related Disorders and Conditions</u>

> i.   *Central Auditory Processing Disorder (CAPD)*

Central Auditory Processing Disorder (CAPD) is a condition that is known to affect around 3-5% of school-aged children but can also affect adults. (Johns Hopkins All Children's Hospital). Patients with CAPD can typically hear normally, but have a difficult time processing what they hear in their brain. (Johns Hopkins All Children's Hospital). They often have trouble recognizing the slight differences in the way similar words sound, especially when there is background noise. Signs and symptoms of CAPD can look similar to other conditions, such as learning disabilities or attention deficit hyperactivity disorder (ADHD).  There are different potential causes of CAPD, including TBIs.  Treatment involves a multi-factorial, individualized approach tailored to each person.  Where children are impacted, treatment of CAPD includes specific recommendations/accommodations for both home and school, and further referral and testing with speech-language pathology, occupational therapy, and/or psychology.

> ii.   *Hyperacusis*

Hyperacusis is decreased tolerance to sound stimuli of normally comfortable sound amplitude and frequency. (Shi et al., 2022). Individuals who suffer from hyperacusis often report that typically soft stimuli or sounds of a certain frequency are unbearable or painful. Some researchers believe that hyperacusis is a manifestation of alterations in auditory processing associated with decreased cochlear input. Almost all patients with hyperacusis eventually experience tinnitus, a "ringing" sound in the ear.

> iii.   *Misophonia (Selective Sound Sensitivity Syndrome)*

Misophonia, translated to "hatred of sound," is a chronic condition that causes intense emotional reactions to specific sounds. (NORD). The most common triggers include those involving the mouth (chewing gum or food, popping lips), the nose (breathing, sniffing, blowing), or the fingers (typing, clicking pen, drumming on the table). (NORD). Reactions to such sounds may be mild or strong, and can be accompanied by anxiety, disgust, rage, hatred, panic, fear, or a serious emotional distress with violence and/or suicidal thoughts. (NORD). Symptoms usually start in childhood or early adolescence and the severity typically increases over time. (NORD).

The cause of misophonia is not yet understood but research has suggested that it may relate to parts of the brain responsible for processing and regulating emotions. (NORD). There may also be a hereditary component to misophonia because many patients with the condition have relatives with similar symptoms. (NORD).

Misophonia is managed by combining different therapies such as sound therapy with counseling, cognitive behavioral therapy (CBT), and dialectical behavior therapy. (NORD). Ear plugs, antidepressants, and regular exercise may also be helpful. (NORD).

E.  Diagnostic and Audiologic Testing

There are different ways that conditions of the ear and hearing are assessed and diagnosed.

   i.  *Otoscopy*

Otoscopy involves using a handheld instrument called an otoscope to conduct a visual examination of the external auditory canal and the tympanic membrane (eardrum). The otoscope provides a bright light and magnification that allows the ear canal and tympanic membrane to be fully appreciated. Otoscopy can detect conditions that cause CHL, such as cerumen (earwax) impaction, foreign bodies in the ear canal, tympanic membrane rupture, otitis media with effusion, and otosclerosis.

Pneumatic otoscopy is a type of otoscopy that allows a determination of the mobility of a patient's tympanic membrane. An insufflator bulb is attached to the end of an otoscope which can apply gentle pressure into the patient's ear canal. A normal tympanic membrane will show mobility in response to pressure; however, lack of mobility can indicate a middle ear effusion or tympanic membrane rupture.

   ii.  *Tuning Fork Tests*

      a.  Air Conduction vs. Bone Conduction

Air conduction uses the apparatus of the ear (pinna, external auditory canal, tympanic membrane, and ossicles) to amplify and direct the sound of a tuning fork. A deficit in air conduction indicates CHL or mixed hearing loss.  Bone conduction allows the vibration sound to be transmitted from bones of the skull to the inner ear. Since only the inner ear is involved in bone conduction, a deficit in bone conduction indicates SNHL.  In normal hearing, air conduction of sound is always greater than bone conduction of sound when they are compared with each other.



**Figure 4.** Weber and Rinne Test.

The Weber test (Figure 4) is used as a quick in-office test to distinguish between CHL and SNHL. A 512 or 1024 Hz tuning fork is struck at its base and placed midline on the patient's skull on the forehead. The patient is first asked where the tone is perceived and next whether the tone is louder in one ear or the other. In CHL, the tone is louder and localizes to the poorer hearing or affected ear. In SNHL, the patient perceives the tone to be louder in the better hearing or unaffected ear. Patients with normal/equal hearing or bilaterally symmetric hearing problems will localize the sound to the skull midline.

The Rinne test (Figure 4) is also used to differentiate between CHL and SNHL. This test also uses a vibrating tuning fork but differs from the Weber test in the following way. The Rinne test is performed by alternately placing the prongs of a vibrating tuning fork at the patient's ear canal (testing air conduction) and the base of the tuning fork on the patient's mastoid bone of the skull behind the ear (testing bone conduction). The patient is asked whether the tone is heard louder at the ear canal or on the mastoid. In a patient with normal hearing and middle ear status, the tuning fork is heard louder at the ear canal than on the mastoid bone. Similar findings are expected from a patient with SNHL. Patients with CHL, however, will hear the tuning fork louder at the mastoid bone indicating that bone conduction is greater than air conduction.

Tuning fork tests are done to primarily assist in evaluating the possible type of hearing loss (CHL vs. SNHL). However, they contribute very little to evaluating the presence or degree of hearing loss, which needs to be done with a complete audiometric evaluation. Results of preliminary tuning fork tests should always agree with results of audiometry. If not, this inconsistency needs to be resolved.

14

### iii.    Audiometry

Audiometry is testing used to measure hearing acuity for sound amplitude and frequency. An audiometer is used to generate pure tones at various frequencies and amplitudes. The level at which a person can hear the tone 50% of the time is marked as their threshold at that particular frequency and amplitude. Figure 5A shows a blank audiogram that illustrates the degrees of hearing loss.

Although the human ear can detect sounds in the frequency range of 20 Hz to 20,000 Hz, audiometric testing typically evaluates from 250 Hz to 8,000 Hz. The amplitudes tested range from -10 dB to 120 dB. Pure tone testing allows audiologists to see how well a person can hear at different frequencies. Testing is completed using air conduction (earphone placed in ear canal) and bone conduction (oscillator placed on skull). As discussed earlier, investigating air conduction and bone conduction can help determine if hearing loss is CHL, SNHL, or mixed. Generally, hearing loss is reported based on the pure tone average, which is determined by averaging the thresholds at 0.5 kHz, 1 kHz, and 2 kHz (sometimes 4 kHz, called a four-frequency pure tone average).  These frequencies best represent the frequencies involved in functional hearing.

The American Academy of Otolaryngology defines normal hearing as -10 dB to 25 dB HL. The Council for Accreditation in Occupational Hearing Conservation also defines "normal hearing" as 0 to 25 dB HL. (CAOHC, 2017).  This is consistent with government agencies that define normal hearing as 25 dB and below. The National Institute for Occupational Safety & Health (NIOSH) defines material hearing impairment due to noise as an average of the thresholds for both ears that exceeds 25 dB at 1kHz, 2kHz, 3kHz, and 4kHz. (NIOSH Pub. No. 98-126; NIOSH Pub. No. 2008-102). The Occupational Health and Safety Administration (OSHA) uses the average of 2kHz, 3kHz, and 4 kHz. An average of 25 dB or more at those frequencies is considered a hearing loss. (29 CFR § 1904.10(b)(2)(H)).  Likewise, the U.S. military defines hearing loss as one or more thresholds exceeding 25 dB, when confirmed by an audiologist. (DoDi 6055.12, Hearing Conservation Program (HCP), Aug. 14, 2019.)

The oft-used classifications for hearing loss are below:

| Degree of hearing loss | Threshold range (dB) |
|---|---|
| Normal | -10 to 25 |
| Mild | 26 to 40 |
| Moderate | 41 to 55 |
| Moderately severe | 56 to 70 |
| Severe | 71 to 90 |
| Profound | Greater than 90 |

Different types of hearing loss present in different patterns on an audiogram.  An example of presbycusis (age-related high frequency hearing loss) is shown in Figure 5B. The audiogram shows a classic "sloping" where higher frequency sounds are associated with higher amplitude (dB) hearing thresholds.  For noise-induced hearing loss, the pattern is different and also well-described—the audiogram tends to show a notching of thresholds at 2000-6000 Hz, with recovery of thresholds at 8000 Hz.

Speech recognition testing, another way to evaluate hearing, is also completed in quiet and with background noise to assess a patient's ability to distinguish speech. Words or sentences are presented to the patient and the audiologist records the accuracy with which they can repeat the words.



**Figure 5A.** Blank Audiogram highlighting degrees of hearing loss.



**Figure 5B.** Audiogram of patient with presbycusis.

### iv.   Speech Reception Threshold (SRT) Test

The speech reception threshold (SRT) test is performed to confirm the pure-tone testing findings. The patient is familiarized with a specific set of disyllabic words, known as spondees, which are then presented to the patient at decreasing intensities. Spondees are two-syllable compound words that are pronounced with equal emphasis on each syllable (e.g., oatmeal, popcorn, shipwreck). The SRT is the lowest amplitude at which the patient correctly identifies the word in 50% of the presentations. The SRT should typically be within ± 7 dB of the three-frequency pure-tone average. The pure-tone average is an estimate of the patient's ability to hear within the speech frequencies. The value is calculated by averaging the air conduction hearing thresholds at 500, 1000, and 2000 Hz.

### v.   Tympanometry

Tympanometry is an objective test of middle ear function that evaluates tympanic membrane (eardrum) mobility and the condition of the middle ear. It can essentially be thought of as "electronic pneumatic otoscopy." Pressure is applied against the tympanic membrane and the amount of deflection is measured. This testing indicates whether the tympanic membrane is intact or perforated. It also measures the ambient pressure of the middle ear cavity to reveal if the tympanic membrane is in the normal position, has negative pressure (pulled inward), or positive pressure (pushed outward). This test is helpful in diagnosing potential tympanic membrane rupture, middle ear effusions, Eustachian tube dysfunction, or abnormalities in the ossicles. Tympanograms are classified into five general configurations:

17

- Type A

    o Type A indicates a normal middle ear function.

- Type $A_s$

    o Tympanic membrane is stiffer than normal (lower compliance) in the presence of normal ear pressures (e.g., otosclerosis)

- Type $A_d$

    o Tympanic membrane is more flaccid than normal (higher compliance) in the presence of normal middle ear pressures (e.g., disruption of ossicular chain)

- Type B

    o Type B is also known as a "flat" tympanogram. It shows no pressure peak and indicates non-mobility of the tympanic membrane (e.g., tympanic membrane rupture or middle easy effusion).

- Type C

    o Tympanic membrane shows a peak in the negative pressure range (e.g., less than -150 mm $H_2O$). Type C indicates poor Eustachian tube function since the normal role of the eustachian tube is to equalize middle ear pressures with the external environment (0 mm $H_2O$).

    *vi.   Acoustic Reflex*

The acoustic reflex is an involuntary muscle contraction that occurs in the middle ear in response to loud sounds. When presented with a high-amplitude sound, the stapedius muscle in the middle ear contracts to stiffen the stapes bone (part of the three ossicular chain). This stiffening protects the inner ear from exposure to loud sounds to prevent acoustic trauma and noise-induced hearing loss.

The acoustic reflex is measured with an immittance meter. The immittance meter contains a sealed probe that can measure a change in compliance of the middle ear in response to the contraction of the stapedial reflex.

Most normally functioning ears have an intact acoustic reflex when a loud sound is presented. An absent reflex could be indicative of pathology in the tympanic membrane, middle ear, or neural pathways.

vii.    *Otoacoustic Emissions (OAEs)*

Otoacoustic emissions (OAEs) are an objective measure that allows the outer hair cell function of the cochlea to be assessed. OAEs are low amplitude sounds emitted by normally functioning cochlear outer hair cells.  There are two types of OAE testing: Distortion Product Otoacoustic Emissions (DPOAEs) and Transient-Evoked Otoacoustic Emissions (TEOAE). OAEs are typically used in newborns or other patients who are difficult to assess with standard audiometry since it requires no response from the patient.  Because OAEs do not measure neural function, patients with auditory neuropathy still have OAEs present.  OAE tests are not considered to be hearing tests that can help determine hearing loss like traditional audiograms; they also cannot definitively indicate whether an auditory injury is present.  Moreover, OAE testing is difficult to perform without interference from external noise and movement.  There are many possible causes of reduced or absent OAEs and OAE testing alone cannot diagnose hearing loss.

viii.    *Auditory Brainstem Response (ABR)*

Auditory brainstem response (ABR) is an objective, physiologic measurement of auditory neural function. (Young et al, 2022). Similar to OAEs, ABR can be useful in infants, young children, and adults who cannot or will not give accurate behavioral results. The presence of neural tumors of the vestibulocochlear nerve (auditory nerve) or any other neural disruptions can result in an abnormal ABR. (Young et al., 2022). Accurate assessment requires that the patient is either asleep or in a quiet, relaxed state. The test is conducted using scalp electrodes to detect electroencephalographic (EEG) brain activity created when sound travels through the auditory nerve pathway to the brain. (Young et al., 2022). An ABR has five waveforms, each of which corresponds to a particular step in the auditory pathway. Hence, abnormalities in ABR waveforms can indicate the exact area of concern along the auditory neural pathway.

## 3.  **Tinnitus**

Tinnitus is an involuntary perception of a sound that originates in the head and is not attributable to a perceivable external source. (Grossan and Peterson, 2021). Tinnitus is often described as a "ringing" sound in the ear, but also includes descriptions such as buzzing, humming, roaring, hissing, and chirping. (Grossan and Peterson, 2021).  Tinnitus is a symptom, not a disease in itself. (Han et al., 2009).  Around 10-15% of the population suffers from some degree of tinnitus, though only 1-2% report that tinnitus has a severely negative impact on quality of life.  (Baguley et al., 2013; Ralli et al., 2017). There is no test for tinnitus and most tinnitus is diagnosed based solely on patient history.  I am aware of patient questionnaires, such as the Tinnitus Functional Index, that attempt to quantify the degree to which a person perceives their own tinnitus, but these questionnaires are of limited clinical value.

Tinnitus has historically been classified as either subjective (perceptible by the patient alone) or objective (audible to an observer other than the patient). Other classifications include a description of tinnitus as either pulsatile (throbbing and/or in rhythm with the pulse) or non-pulsatile, or categorization by location of injury or generation (outer ear, middle ear, inner ear/sensorineural, or central), as well as somatic tinnitus (linked to, commonly, back, neck, or jaw pain).

19

A. Subjective Tinnitus

The most common form of tinnitus is subjective tinnitus (Grossan and Peterson, 2021), though its cause and mechanism of action are not well-described.  Generally, it is believed that subjective tinnitus implicates mechanisms of neural pathways connecting the ear and the brain, although the exact cause is unknown.  Most subjective tinnitus is associated with a cochlear abnormality, but it is important to note that not all patients with subjective tinnitus have changes in hearing (i.e., hearing loss).

Some studies have found that tinnitus patients display a decreased strength of signal of vestibulocochlear nerve (auditory nerve) activity compared to patients without tinnitus. This suggests that possible cochlear damage causing reduced neuronal input may be a contributing factor to the development of tinnitus, even in patients with clinically normal hearing.

B. Objective Tinnitus

Somatosounds are a subtype of tinnitus in which the sound percept is generated in the body due to vibrations rather than neural activity. These can be objective sounds that are created by the body and potentially audible to the examiner. Like tinnitus in general, somatosounds can be pulsatile (due to vascular lesions, venous anomalies, etc.) or non-pulsatile. Examples of non-pulsatile somatosounds include perception of myoclonic contractions of the tensor tympani, stapedius, or muscles of the soft palate. Palatal or stapedial myoclonus causing a clicking tinnitus perception can be associated with systemic disease, such as a disturbance of the brain or spinal cord or injury to the peripheral nerves, and requires further work-up and evaluation. (NINDS, 2021).

C. Somatic Tinnitus

Somatic tinnitus, also known as somatosensory tinnitus, is another subtype of subjective tinnitus that I see in my practice. (Michiels et al., 2018). Somatic tinnitus refers to tinnitus that is caused or worsened by musculoskeletal disorders or injuries of the cervical spine, neck, or jaw. (Ralli et al., 2017). In a 2017 study, Ralli et al. reported that 54.5% of individuals with tinnitus reported modulation of the tinnitus by moving their heads, necks, or jaws. (Ralli et al., 2017).

There are a number of criteria used to diagnose somatic tinnitus.  (Michiels et al., 2021). The most important consideration is whether there is a temporal connection between the onset or aggravation of neck/upper back/jaw pain and tinnitus—specifically, whether the patient began experiencing tinnitus close in time to neck or jaw pain or after head or neck trauma.  (Michiels et al., 2020). Somatic tinnitus is also diagnosed when tinnitus occurs with symptoms such as muscle tension in sub-occipital muscles or cervical spine, temporomandibular disorders and teeth grinding/clenching, and recurrent pain in the head, jaw, or neck. (Michiels et al., 2018).  While modulation has long been widely used as another primary criterion for diagnosing somatic tinnitus, recent research has shown that somatic tinnitus can exist with or without modulation.  (Michiels, et al., 2018; Ralli et al., 2017).

D.   Pulsatile and Non-pulsatile Tinnitus

Pulsatile tinnitus refers to a pulsatile or throbbing quality of tinnitus.  Pulsatile tinnitus that parallels the heartbeat should raise suspicion for a vascular malformation or tumor. (Penn Medicine).  Urgent radiologic evaluation should be pursued.

In individuals with non-pulsatile tinnitus, MRI with gadolinium contrast should be done to evaluate for presence of tumor of the vestibulocochlear nerve (auditory nerve).

E.   Medication-associated Tinnitus

In addition to the causes of hearing loss described above that are also associated with tinnitus, *see* Section 2, tinnitus is a known potential side effect of many medications. The medications most commonly associated with tinnitus as a side effect are salicylates (e.g., aspirin), non-steroidal anti-inflammatory drugs (NSAIDs) (e.g., ibuprofen), and aminoglycoside antibiotics.

F.   Relationship between Traumatic Brain Injury and Tinnitus

Tinnitus often follows TBIs, regardless of presence of hearing loss.  In fact, individuals who sustained a TBI via detonation incidents, such as IEDs, are more than two times more likely to have tinnitus than those who sustained a TBI through a nondetonation event.  (Yurgil et al., 2016).  This is because the cochlea is "uniquely vulnerable" to injury from the shock wave of a blast. (Yurgil et al., 2016).

G.   Relationship between Noise, Hearing Loss, and Tinnitus

Most patients with tinnitus present with some degree of hearing loss, though not all patients with hearing loss develop tinnitus and not all patients with tinnitus have abnormal hearing. (Tan et al., 2013). About 10% of patients with tinnitus present with normal hearing.  (Schaette et al., 2011). With brief, isolated exposure to loud noise, most individuals experience temporary partial loss in hearing sensitivity accompanied by tinnitus; both the hearing sensitivity and tinnitus disappear within hours or days of exposure. Repetitive excessive exposure to noise increases the risk of these changes becoming permanent.

H.   Treatment for Tinnitus

Though tinnitus can be bothersome and subjective, it is treatable.  Various methods of treatment for tinnitus involve the use of auditory stimulation.  Early forms of treatment relied on tinnitus sound masking, or the use of external sound stimuli to cover up or mask the tinnitus. Environmental sound generators, radios, televisions, fans, and custom devices worn like hearing aids with broadband masking generators have all been used with varying degrees of success. Hearing aids have also been shown to aid in tinnitus reduction when the frequency of the tinnitus is within the amplification range of the device. (Del Bo and Ambrosetti, 2007).  Individualized sound stimulation devices focus on providing an enriched acoustic environment to compensate for hearing loss with musical stimuli of customized frequency spectrum.

Tinnitus retraining therapy (TRT) is a treatment modality composed of specific counseling strategies and sound therapy. (Jastreboff, 2015).   The counseling aspect of TRT focuses on education regarding the neurophysiologic basis of tinnitus and decoupling of tinnitus perception from emotional, stress-based responses.  Concurrent sound therapy attempts to reduce the strength of the tinnitus through gradual habituation. By reclassifying and disengaging the emotionally driven responses, TRT seeks to decrease negative impact on quality of life rather than physiologically altering the tinnitus itself. (Tinnitus Retraining Therapy Trial Research Group, 2019).

No pharmacologic agent has been demonstrated to have any long-term reduction in tinnitus greater than that of a placebo. However, several drugs can be used to mediate the stress and anxiety frequently associated with tinnitus, which often exacerbate a patient's perception of the sound. Tricyclic antidepressants and SSRIs have been used with moderate success in treating associated depression. (Robinson, 2007; Folmer and Shi, 2004). Benzodiazepines can be appropriate only for patients who suffer from extremely severe stress, including existing mental health issues, relating to and exacerbating the perception of tinnitus.  (Jufas and Wood, 2015). Interestingly, intravenous lidocaine has been shown to decrease tinnitus, but its administration and side effects make it impractical.   (O'Brien et al., 2019). For tinnitus caused by myoclonus (irregular muscle contractions), botulinum toxin has been used effectively to temporarily paralyze the causative muscles. (Anis and Pollak, 2013).

The role of surgery in the management of tinnitus is limited. Tinnitus caused by pathologies such as vascular malformation, otosclerosis, acoustic neuromas, and temporomandibular joint disorder can improve with surgical management; however, the majority of individual with tinnitus do not have an identifiable causative pathology. Cochlear implants in patients with bilateral profound hearing loss has been demonstrated to reduce or completely eliminate tinnitus in some patients. For tinnitus related to myoclonus, placement of tympanostomy tubes is sometimes effective.

4. **Conclusion**

Humans depend on sound and hearing for their ability to function in work, school, and other daily activities, to be able to communicate using speech, and to better process information about objects in their environment. Using hearing to function in the world means detecting, discriminating, localizing, and identifying sounds from many different sources. There are many causes of damage to the auditory system that can result in either hearing loss and/or tinnitus, and both conditions often have multifactorial causes, including noise, disease, and physical trauma. While many causes of hearing loss and tinnitus are well-described and can be diagnosed with simple testing, many are not well understood.  Evaluating a patient's hearing loss and/or tinnitus requires an examination of the whole patient and their history.

In this report, I have described many of the common potential causes and risk factors for hearing loss, tinnitus, and related conditions based on my education, training, and experience as an otolaryngologist.  However, this account is not exhaustive and should not be considered as such.

May 11, 2022

_____

Karthik Rajasekaran, M.D., FACS

# Exhibit A

UNIVERSITY OF PENNSYLVANIA - PERELMAN SCHOOL OF MEDICINE
Curriculum Vitae

Karthik Rajasekaran, MD, FACS

Address:               800 Walnut St, 18th Floor
                       Department of Otorhinolaryngology
                       Penn Medicine
                       Philadelphia, PA 19107 USA

Education:
          2005    B.A.    University of Rochester (Biology, Health and Society)
          2011    M.D.    Chicago Medical School at Rosalind Franklin University of
                          Medicine and Science (Doctor of Medicine)

Postgraduate Training and Fellowship Appointments:
          2011-2016       Residency in Otorhinolaryngology, Cleveland Clinic,
                          Cleveland, OH
          2016-2017       Fellowship in Head and Neck Oncologic Surgery,
                          Microvascular Reconstruction and TransOral Robotic Surgery,
                          University of Pennsylvania, Philadelphia, PA

Faculty Appointments:
          2014-2016       Clinical Instructor, Department of Surgery, Cleveland Clinic
                          Lerner College of Medicine of Case Western Reserve
                          University, Cleveland, OH
          2018-present    Assistant Professor of Otorhinolaryngology: Head and Neck
                          Surgery at the Hospital of the University of Pennsylvania,
                          University of Pennsylvania School of Medicine

Hospital and/or Administrative Appointments:
          2017-2018       Penn Medicine Clinician, Department of Otorhinolaryngology:
                          Head Neck Surgery, University of Pennsylvania, Philadelphia,
                          PA
          2017-Present    Head/Neck Oncology Leadership Meeting Member, Cancer
                          Service Line, Hospital of the University of Pennsylvania,
                          Philadelphia, PA
          2017-2019       Quality and Safety Curriculum Co-Officer, Hospital of the
                          University of Pennsylvania, Philadelphia, PA
          2019-present    Director of Facial Trauma, University of Pennsylvania
          2019-Present    Director of Quality Improvement Education, University of
                          Pennsylvania
          2022-present    Head and Neck Oncologic Fellowship Co-Director, University
                          of Pennsylvania

Other Appointments:

|  | 2020-present | Senior Fellow of the Leonard Davis Institute of Health Economics, University of Pennsylvania |

Specialty Certification:

| | 2017 | Board certified in Otolaryngology |
| | 2019 | American College of Surgeons |

Licensure:

| | 2016 | Pennsylvania |

Awards, Honors and Membership in Honorary Societies:

| | 1999 | National Science Merit Award |
| | 1999 | All-American Scholar at Large Division |
| | 2000 | National Leadership and Service Award |
| | 2001-2005 | Dean's List, University of Rochester |
| | 2001 | Keidaean Honor Society |
| | 2001-2005 | Rush Rhees Scholarship, University of Rochester |
| | 2005 | Cum Laude, University of Rochester |
| | 2005 | Certificate for Achievement in College Leadership, University of Rochester |
| | 2005 | Student Life Award, University of Rochester |
| | 2005 | High Distinction Health and Society, University of Rochester |
| | 2009 | Excellence in Pediatric Clinic Care, Advocate Lutheran General Children's Hospital |
| | 2009 | Third Place - City-Wide Resident Research Competition, Northeast Ohio Otolaryngology - Head and Neck Surgical Society. "Prevalence of metabolic bone disease in glucocorticoid treated chronic rhinosinusitis" |
| | 2010 | First Place, Resident Research Day Oral Presentation Competition, Cleveland Clinic. "Facial nerve neurorrhaphy and the effects of glucocorticoids" |
| | 2011 | Dean's Award for Outstanding Service, Chicago Medical School |
| | 2011 | John J. Sheinin Research Award, Chicago Medical School |
| | 2011 | Third Place, City-Wide Resident Research Competition, Northeast Ohio Otolaryngology - Head & Neck Surgical Society. "The utility of intrathecal fluorescein in cerebrospinal fluid leak repair" |
| | 2011 | Ashley Evans Professionalism Award, Alpha Omega Alpha Honor Medical Society, Chicago Medical School |
| | 2011 | Distinction in Research Award, Chicago Medical School |
| | 2014 | Caregiver Appreciation Award, Cleveland Clinic |
| | 2015 | First Place, Resident Research Day Oral Presentation Competition, Cleveland Clinic. "Head and Neck Squamous Cell Carcinoma in Solid Organ Transplant Patients" |
| | 2015 | Resident Colleague of the Year, Cleveland Clinic |

| | |
|---|---|
| 2015 | Second Place, Lower Award (Non-Clinical Category), Cleveland Clinic. "Development of a quality care plan to reduce otolaryngologic readmissions: early lessons from the Cleveland Clinic" |
| 2015 | Patient Safety Champion, Cleveland Clinic |
| 2015 | Ted and Idarose Luntz Award for Quality and Patient Safety, Cleveland Clinic |
| 2015 | Resident Leadership Grant, American Academy of Otolaryngology-Head and Neck Surgery |
| 2015 | 40 under 40, American Academy of Otolaryngology-Head and Neck Surgery "Development of a quality care plan to reduce otolaryngologic readmissions: early lessons from the Cleveland Clinic" |
| 2015 | Cleveland Clinic Excellence in Teaching Award, Cleveland Clinic, Cleveland, OH |
| 2016 | Cleveland Clinic Excellence in Teaching Award, Cleveland Clinic, Cleveland, OH |
| 2016 | Resident colleague of the year, Cleveland Clinic |
| 2017 | HUP Above and Beyond Award, Hospital of the University of Pennsylvania |
| 2021 | Rose Meadow Levinson Memorial Prize to research mentee Aman Prasad for manuscript: Factors associated with refusal of post-operative radiation therapy in HPV-associated oropharyngeal squamous cell carcinoma, University of Pennsylvania |
| 2021 | Resident Advocate Award, Department of Otorhinolaryngology, University of Pennsylvania |
| 2022 | Edward Raffensperger Research Prize to research mentee Jacob Harris for manuscript: Clinical Practice Guidelines on Pediatric GERD: a Systematic Quality Appraisal of International Guidelines Using the AGREE II Instrument, University of Pennsylvania |

Memberships in Professional and Scientific Societies and Other Professional Activities:
   International:
2021-Present       Rakuten Medical (Consultant)

   National:
2007-Present       American Medical Association (SRF Delegate (2015-2016))

2010-Present       Alpha Omega Alpha Honor Medical Society

2010-Present       American College of Surgeons

2011-Present       Gold Humanism Honor Society

Karthik Rajasekaran, MD, FACS                                               Page 4

| | |
|---|---|
| 2012-Present | American Academy of Otolaryngology - Head and Neck Surgery (Head and Neck Surgery & Oncology Committee Member (2015-2016), Society of University of Otolaryngologists Committee Member (2015-2016), SRF Delegate(2015-2016), Microvascular Committee (2015-2016)) |
| 2015-Present | American Head and Neck Society |
| 2022-Present | American Society of Clinical Oncology |
| 2022-Present | Association for Clinical Oncology |

Local:

| | |
|---|---|
| 2021-Present | Senate Execute Committee, University of Pennsylvania (Constituency Representative) |
| 2022-Present | Pennsylvania Academy Of Otolaryngology - Head And Neck Surgery |

Editorial Positions:

| | |
|---|---|
| 2020-Present | Ad hoc peer-reviewer- Laryngoscope |
| 2020-Present | Journal Editorial Board Member ORL |
| 2020-2021 | Editor for An Update in ENT for Internists |

Academic and Institutional Committees:

| | |
|---|---|
| 2017-2020 | Head & Neck Oncology Pathways Committee |
| 2018-Present | Director of Surgical Operations for Otorhinolaryngology Service Line, Pennsylvania Hospital |
| 2018-Present | Credentialing Committee Member, Pennsylvania Hospital |
| 2020-Present | Member of Program Evaluation Committee |
| 2022-Present | Head and Neck Oncology Clinical Pathways Task Force |

Major Academic and Clinical Teaching Responsibilities:

| | |
|---|---|
| 2013 | "Pediatric Cervical Lymphadenopathy" Cleveland Clinic Otolaryngology- Head and Neck Surgery Department Grand Rounds |
| 2013 | "Deep Neck Space Infections" Cleveland Clinic Otolaryngology- Head and Neck Surgery Department Grand Rounds |
| 2014 | "Salivary Gland Neoplasms" Cleveland Clinic Otolaryngology- Head and Neck Surgery Department Grand Rounds |
| 2015 | "Early Staged Laryngeal Cancer: Surgery versus Radiation" Cleveland Clinic Otolaryngology- Head and Neck Surgery Department Grand Rounds |
| 2015 | "Emergent Airway Management" Cleveland Clinic Department of Surgery |
| 2017 | "Microvascular Free Flap Reconstruction" University of Pennsylvania Otorhinolaryngology- Head and Neck Surgery Department of Nursing Education Meeting, Philadelphia, PA |

Karthik Rajasekaran, MD, FACS                                                      Page 5

|              |                                                                                                              |
|--------------|--------------------------------------------------------------------------------------------------------------|
| 2017-Present | " Resident Quality Education", Lecturer, Monthly Lectures                                                     |
| 2017-Present | Research/Scholarly Mentor and Advisor to Mitali Shah                                                          |
| 2018-Present | "Safety huddles, Quality Improvement Lecture Series", Small Group facilitator.                               |
| 2018-Present | "Surgical Management of oropharyngeal tumors", Radiation Oncology Grand Rounds, University of Pennsylvania.   Grand rounds yearly |
| 2019-Present | "Lip, cheek and scalp reconstruction", ENT residents lecture Otolaryngology- Head and Neck Surgery Department Grand Rounds |
| 2019-Present | "Microvascular Free Flap Reconstruction - the new frontier." University of Pennsylvania Otorhinolaryngology-Head and Neck Surgery Department Nursing Head and Neck Course, Philadelphia, PA. Yearly Lecture for Nursing education |
| 2019-Present | Safety huddles in the department of Otorhinolaryngology." University of Pennsylvania, PA.   This involves having monthly discussion on patients safety issues with the residents and strategizing on methods for improvement |
| 2019-Present | Research/Scholarly Mentor and Advisor to Beatrice Go                                                         |
| 2019         | "Transoral robotic surgery (TORS) Oropharyngeal tumors - new challenges and treatment changes." Radiation Oncology Grand Rounds, University of Pennsylvania, Philadelphia, PA |
| 2019         | "Head and neck cancer surgery: Integral Role of Nursing". Nursing Education, University of Pennsylvania, PA  |
| 2020-Present | Head and Neck Cancer: Before, During and After Treatment. Education for nurses                               |
| 2020-2021    | Clinical Research Mentor to Kevin Chorath, MD                                                                |
| 2020-Present | Research/Scholarly Mentor and Advisor to Aman Prasad                                                         |
| 2020-Present | Research/Scholarly Mentor and Advisor to Katherine Xu                                                        |
| 2020-2021    | Research/Scholarly Mentor and Advisor to Neil Luu                                                            |
| 2020-2021    | Research/Scholarly Mentor and Advisor to Alyssa Civantos                                                     |
| 2020-Present | Research/Scholarly Mentor and Advisor to Max Shin                                                            |
| 2021         | Surgical Service-Gateway to Perianesthesia                                                                   |
| 2021-Present | Grand Rounds: Management and Controversies of Mandible fractures                                             |
| 2021-Present | Lecture - "Management Head and Neck Cancer", Nursing Surgical Education, University of Pennsylvania, Philadelphia, PA |
| 2021-Present | Research/Scholarly Mentor and Advisor to Dominic Romeo                                                       |
| 2021-Present | Research/Scholarly Mentor and Advisor to Louis-Xavier Barrette                                               |
| 2021-Present | Introduction to Clinical Medicine - Physical Examination Preceptor, Perelman School of Medicine              |

Lectures by Invitation:

|           |                                                                                                           |
|-----------|-----------------------------------------------------------------------------------------------------------|
| Jan, 2009 | "Repeat EMS Use by Older Adults in a Rural Community: Impact on Research Methods and Study Length, National Association of EMS Physicians, Jacksonville, FL |
| Mar, 2009 | "Prevalence of Metabolic Bone Disease Among Chronic                                                       |

| | |
|---|---|
| | Rhinosinusitis Patients Treated with Oral Glucocortocoids," All Students Research Consortium, North Chicago, IL |
| Apr, 2009 | "Prevalence of Metabolic Bone Disease Among Chronic Rhinosinusitis Patients Treated with Oral Glucocorticoids," Rhinology World 2009 Conference, Philadelphia, PA |
| Oct, 2009 | "Spontaneous CSF Leaks: Delineating Predictive Factors for Additional Interventions" American Rhinologic Society Annual Scientific Meeting, San Diego, CA |
| Sep, 2011 | "Outcomes for Endoscopic and Open-Neck Approaches for Zenker's Diverticulum" American Academy of Otolaryngology- Head and Neck Surgery Annual Meeting, San Francisco, CA |
| Sep, 2011 | Seth R, Revenaugh PC, Kaltenbach JA, Rajasekaran K, Ghosh D, Meltzer NE, Alam DS "Facial Nerve Neurrhapphy and the Effects of Glucocorticoids" American Academy of Otolaryngology- Head and Neck Surgery Annual Meeting, San Francisco, CA |
| Sep, 2011 | "Facial Nerve Neurrhapphy and the Effects of Glucocorticoids" American Academy of Otolaryngology- Head and Neck Surgery Annual Meeting, San Francisco, CA |
| Jan, 2012 | "The Impact of the Geriatrics Education for EMS Training program in a Rural Community, National Association of EMS Physicians, Phoenix, AZ |
| Jul, 2012 | "Prevalance of Human Papilloma Virus & p16 and Predictors of Survival in Patients with Cervical Unknown Primary Squamous Cell Carcinoma" International Conference on Head and Neck Cancer, Toronto, CA |
| Oct, 2013 | "Reducing Readmission Rates at a Large Otolaryngology Practice." American Academy of Otolaryngology- Head and Neck Surgery Annual Meeting, Vancouver, BC |
| Oct, 2013 | "Exploring the Clinical Value and Implications of Routine Pathological Examination of Turbinate Specimens" American Academy of Otolaryngology- Head and Neck Surgery Annual Meeting, Vancouver, BC |
| Mar, 2015 | "Development of a Quality Care Plan to Reduce Otolaryngologic Readmissions: Early Lessons from the Cleveland Clinic."   Robert A and George C Schein Research Forum, Three Rivers Otolaryngology Update, Pittsburgh, PA |
| Apr, 2016 | "Advanced Stage Laryngeal Tumor Management" North East Ohio Multi-Institutional Tumor Board, Cleveland, OH |
| Oct, 2017 | "Cost Implications of Head and Neck Free Flaps to a Hospital" Microvascular Symposium- American Academy of Facial Plastic & Reconstructive Surgery Fall Meeting, Phoenix, AZ |
| Nov, 2017 | "Head and Neck Cancer, and the HPV Burden", Roxborough Memorial Hospital, Philadelphia, PA, |
| Apr, 2018 | "Use of an Adjustable and Reusable Universal Cutting Guide for Fibular Contouring in Free Osteocutaneous Tissue Transfer", Combined Otolaryngology Sections Meeting (COSM), Baltimore, |

|  | MD |
|---|---|
| Apr, 2018 | "Value of Intensive Care Unit-Based Management for Microvascular Free Flap Reconstruction in Head and Neck Surgery" Combined Otolaryngology Sections Meeting (COSM), Baltimore, MD |
| Dec, 2018 | "TORS Robotic surgery: Parapharyngeal space tumors." VI Jornado Paulista de Cirurgia De Cabeca e Pescoco.   Sao Paulo Head and Neck Surgery Meeting.    Sao Paulo, Brazil. |
| Dec, 2018 | "Non microsurgical reconstruction in Head and Neck." VI Jornado Paulista de Cirurgia De Cabeca e Pescoco.   Sao Paulo Head and Neck Surgery Meeting. Sao Paulo, Brazil. |
| Dec, 2018 | "TORS Robotic surgery for Unknown Primary tumors." VI Jornado Paulista de Cirurgia De Cabeca e Pescoco.   Sao Paulo Head and Neck Surgery Meeting. Sao Paulo, Brazil |
| Dec, 2018 | "TORS Robotic surgery: The future." VI Jornado Paulista de Cirurgia De Cabeca e Pescoco.   Sao Paulo Head and Neck Surgery Meeting. Sao Paulo, Brazil. |
| Mar, 2019 | ACS Thyroid, Parathyroid, and Neck Ultrasound Course Instructor, American College of Surgeons, Philadelphia, PA |
| Jun, 2019 | Speech and swallowing outcomes in patients undergoing transoral robotic surgery."   Speech and Language Pathology Conference, Philadelphia, PA |
| Oct, 2019 | "Microvascular simulation as an educational tool".Microvascular symposium. American Academy of Facial Plastic & Reconstructive Surgery Fall Meeting. San Diego, California |
| Nov, 2019 | "Technical consideration in Glossectomy".   Philadelphia Head and Neck Cancer Society Subsite Specific Resection & Reconstruction Course: Oral Cavity, Philadelphia, PA |
| Nov, 2019 | "Role of radial forearm free flap in oral cavity reconstruction". Philadelphia Head and Neck Cancer Society Subsite Specific Resection & Reconstruction Course: Oral Cavity, Philadelphia, PA |
| Mar, 2020 | "Head and Neck Reconstruction with microvascular free flaps".   1st Latin American Congress of Head and Neck Surgery, Mexico City, Mexico |
| Mar, 2020 | "Oropharyngeal cancer in the era of the human papillomavirus"   1st Latin American Congress of Head and Neck Surgery, Mexcio City, Mexico |
| Mar, 2020 | "Robotics and the future of head and neck surgery",   1st Latin American Congress of Head and Neck Surgery, Mexico City, Mexico. |
| Mar, 2020 | "TORS Robotic surgery: Parapharyngeal space tumors. 1st Latin American Congress of Head and Neck Surgery" Mexico City, Mexico. |
| Jun, 2020 | "Role of neck dissection and adjuvant radiation therapy for Polymorphous adenocarcinoma", American Head and Neck Society Meeting, Chicago, IL |
| Aug, 2020 | Implementation of a Novel Process for Quality Improvement. |

|           |                                                                                                                                                                                                       |
|-----------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|           | Virtual Oral Presentation. American College of Surgeons Quality and Safety Conference. Virtual Meeting.                                                                                                |
| Aug, 2020 | "Rapid Investigation of Safety and Quality (RISQ) Tool: Implementation of a Novel Process for Quality Improvement". American College of Surgeons Quality and Safety Conference. *Virtual Meeting       |
| Jun, 2021 | "TransOral Robotic Surgery - postoperative management and complications", The Brazilian Society of Head and Neck Surgery and the Falke Institute, Sao Paolo , Brazil.   *Virtual Meeting               |
| Oct, 2021 | "Enhanced Recovery After Surgery (ERAS) Protocols for Microvascular Surgery", American Academy of Facial Plastic and Reconstructive Surgery Annual Meeting, Las Vegas, NV                              |
| Oct, 2021 | "Developing an Enhanced Recovery After Surgery (ERAS) Protocol", Panel Presentation, American Academy of Otolaryngology Head and Neck Surgery Annual Meeting, Los Angeles, CA                          |
| Oct, 2021 | "Oropharyngeal Cancer and the Human Papillomavirus", American Academy of Otolaryngology Head and Neck Surgery Annual Meeting, Los Angeles, CA.                                                         |
| Oct, 2021 | "TransOral Robotic Surgery - Intricacies of base of tongue surgery", Curso de Cirurgia Robótica em Cabeça e Pescoço, Brazil. *Virtual Meeting                                                          |
| Oct, 2021 | "ERAS following Cleft Palate/Lip Repair: Systematic Review & Meta Analysis", American Academy of Otolaryngology Head and Neck Surgery Annual Meeting, Los Angeles, CA.                                 |
| Oct, 2021 | "ERAS Protocols for Outpatient Operations in otolaryngology: Review of Literature", American Academy of Otolaryngology Head and Neck Surgery Annual Meeting, Los Angeles, CA.                          |
| Oct, 2021 | "Gender Analysis of the Top Classic Papers in Otolaryngology", American Academy of Otolaryngology Head and Neck Surgery Annual Meeting, Los Angeles, CA.                                               |
| Oct, 2021 | "TransOral Robotic Surgery for the management of oropharyngeal cancer", 17th scientific program of the 17th Congress of Minimally Invasive and Robotic Surgery, Brazil. *Virtual Meeting               |
| Nov, 2021 | "Lessons from COVID: Impact on Training and Education - Managing stress and wellness while maintaining resident cohesion", 2021 Society of University Otolaryngologists (SUO)\|Association of Academic Departments of Otolaryngology (AADO)\|Otolaryngology Program Directors Organization (OPDO) Combined Meeting, Virtual Meeting. |
| Mar, 2022 | ACS Thyroid, Parathyroid, and Neck Ultrasound Course Instructor, American College of Surgeons, Philadelphia, PA                                                                                       |

Organizing Roles in Scientific Meetings:

|           |                                                                                          |
|-----------|------------------------------------------------------------------------------------------|
| Sep, 2022 | Co-Chair, Penn International Head & Neck Cancer TORS & Reconstruction Symposium           |

Karthik Rajasekaran, MD, FACS                                              Page 9

University of Pennsylvania

<u>Grants:</u>

<u>Current:</u>

ALM-488 for intra-operative visualization of nerves in head and neck surgery , Alume Biosciences, 3/2022-7/2024 (Karthik Rajasekaran, PI), $20,000/annual direct costs, 2% effort (Role in grant: Principal Investigator)

Phase 0 Master Protocol Using the CIVO Platform to Evaluate Intratumoral Microdoses of Anti-Cancer Therapies in Patients with Solid Tumors, Presage Biosciences, Inc., 11/2021-10/2023 (Karthik Rajasekaran, PI), $100,000/annual direct costs, 2% effort (Role in grant: Principal Investigator)

Development And Validation Of A Gene Expression Assay To Predict The Risk Of Disease Progression In Oral Squamous Cell Carcinoma, Castle Biosciences, CBI_2021_OSCC_DevVal_1 - , 11/2021-11/2024 (Karthik Rajasekaran, PI), $5,000/annual direct costs, 1% effort (Role in grant: PI)

Comparing Two Ways To Manage Lymphedema In Head And Neck Cancer Survivors, Patient Centered Outcomes Research Institute (Pcori), IHS-2020C3-21101, 11/2021-10/2024 (Jie Deng, PI), $31,824/annual direct costs, 4% effort (Role in grant: Co-PI)

Targeting T2rs To Activate Apoptosis In Oropharyngeal Squamous Cell Carcinoma, American Head & Neck Society, AH&NS, 7/2021-6/2022 (Ryan Carey, PI), $9,091/annual direct costs, 1% effort (Role in grant: Co-PI)

A Phase 3, Randomized, Double-Arm, Open-Label, Controlled Trial of ASP-1929 vs Physician's Choice Standard of Care for the Treatment of Locoregional, Recurrent Head and Neck Squamous Cell Carcinoma in Patients Who Have Failed or Progressed On or After at Least Two Lines of Therapy, Rakuten Medical, 7/2019-7/2023 (Karthik Rajasekaran, PI), $10,000/annual direct costs, 2% effort (Role in grant: PI)

<u>Past:</u>

Validation of a Microvascular Anastomosis Simulation Module for Technical Skill Assessment and Training, Zimmer Biomet , 9/2018-8/2019 (Karthik Rajasekaran, PI), $13,775/annual direct costs, 80% effort (Role in grant: Principal Investigator)

Validation of a Microvascular Anastomosis Simulation Module for Technical Skill Assessment and Training, University of Pennsylvania, Department of Otorhinolaryngology, 8/2018-9/2019 (Karthik Rajasekaran, PI), $7,440/annual direct costs, 80% effort (Role in grant: Principal Investigator)

Otorhinolaryngology- Head & Neck Surgery Pilot Program, Department of Otorhinolaryngology at University of Pennsylvania, 7/2018-6/2020 (Robert Lee, PI), $10,000/annual direct costs, 10% effort (Role in grant: Sub Investigator)

The Harrison Memorial Fund, The Harrison Memorial Fund Committee/Pennsylvania Hospital, 7/2018-6/2019 (Karthik Rajasekaran, PI), $4,680/annual direct costs, 90% effort (Role in grant: Principal Investigator)

<u>Bibliography:</u>

<u>Research Publications, peer reviewed (print or other media):</u>

1. Shah MN, Rajasekaran K, Sheahan WD, Wimbush T, Karuza J: The Effect of the Geriatrics Education for Emergency Medical Services Training Program in a Rural Community. <u>J Am Geriatr Soc</u> 56(6): 1134-9, Jun 2008. PMCID: PMC2464363

2. Rajasekaran K, Fairbanks RJ, Shah MN: No More Blame and Shame: Developing Event-Reporting Systems May Go a Long Way to Reducing Patient Care Errors in EMS. <u>EMS Mag</u> 37(9): 61-7, Sep 2008.

3. Shah MN, Swanson P, Rajasekaran K, Dozier A: Repeat Emergency Medical Services Use by Older Adults in a Rural Community: Impact on Research Methods and Study Length. <u>Prehosp Emerg Care</u> 13(2): 173-8, Apr-Jun 2009. PMCID: PMC2657922

4. Rajasekaran K, Seth R, Abelson A, Batra PS: Prevalence of Metabolic Bone Disease Among Chronic Rhinosinusitis Patients Treated with Oral Glucocorticoids. <u>Am J Rhinol Allergy</u> 24(3): 215-9, May-Jun 2010.

5. Seth R, Rajasekaran K, Benninger MS, Batra PS: The Utility of Intrathecal Fluorescein in Cerebrospinal Fluid Leak Repair. <u>Otolaryngol Head Neck Surg</u> 143(5): 626-32, Nov 2010.

6. Seth R, Rajasekaran K, Luong A, Benninger MS, Batra PS: Spontaneous CSF Leaks: Factors Predictive of Additional Interventions. <u>Laryngoscope</u> 120(11): 2141-6, Nov 2010.

7. Shah MN, Caprio TV, Swanson P, Rajasekaran K, Ellison JH, Smith K, Frame P, Cypher P, Karuza J, Katz P: A Novel Emergency Medical Services-Based Program to Identify and Assist Older Adults in a Rural Community. <u>J Am Geriatr Soc</u> 58(11): 2205-11, Nov 2010. PMCID: PMC3057729

8. Alam DS, Seth R, Sindwani R, Woodson EA, Rajasekaran K: Upper Airway Manifestations of Granulomatosis with Polyangiitis. <u>Cleve Clin J Med</u> 79 Suppl 3: S16-21, Nov 2012.

9. Seth R, Revenaugh PC, Kaltenbach JA, Rajasekaran K, Meltzer NE, Ghosh D, Alam DS: Facial Nerve Neurorrhaphy and the Effects of Glucocorticoids in a Rat Model. <u>Otolaryngol Head Neck Surg</u> 147(5): 832-40, Nov 2012.

10. Alam DS, Haffey T, Vakharia K, Rajasekaran K, Chi J, Prayson R, McBride J, McClennan G: Sternohyoid Flap for Facial Reanimation: A Comprehensive Preclinical Evaluation of a Novel Technique. <u>JAMA Facial Plast Surg</u> 15(4): 305-13, Jul-Aug 2013.

11. Seth R, Rajasekaran K, Lee WT, Lorenz RR, Wood B, Kominsky A, Scharpf J: Patient Reported Outcomes in Endoscopic and Open Transcervical Treatment for Zenker's Diverticulum. <u>Laryngoscope</u> 124(1): 119-25, Jan 2014.

12. Rajasekaran K, Haffey T, Halderman A, Hoschar AP, Sindwani R: Pathological Review of Turbinate Tissue from Functional Nasal Surgery: Incurring Costs without Adding Quality. <u>Otolaryngol Head Neck Surg</u> 151(3): 503-7, Sep 2014.

13. Scharpf J, Haffey T, Rajasekaran K, Lorenz R, McBride J: Ansa to Recurrent Laryngeal Neurorrhaphy in the Setting of Laryngeal Nerve Sacrifice: A Cadaveric Study to Evaluate a Reconstructive Option. <u>Am J Otolaryngol</u> 36(2): 136-9, Mar-Apr 2015.

14. Rajasekaran K, Revenaugh P, Benninger M, Burkey B, Sindwani R: Development of a Quality Care Plan to Reduce Otolaryngologic Readmissions: Early Lessons from the Cleveland Clinic. <u>Otolaryngol Head Neck Surg</u> 153(4): 629-35, Oct 2015.

15. Chao TN, Mahmoud A, Rajasekaran K, Mirza N: Medialization Thyroplasty with Tensor Fascia Lata: a novel approach for reducing post-thyroplasty complications <u>J Laryngol Otol</u> 132(4): 364-367, April 2018.

16. Rajasekaran K, Stubbs V, Chen J, Yalamanchi P, Cannady S, Brant J, Newman J: Mucoepidermoid Carcinoma of the Parotid Gland: A National Cancer Database Study. <u>Am J Otolaryngol</u> 39(3): 321-326, May-Jun 2018.

17. Stubbs V, Rajasekaran K, Gigliotti A, Mahmoud A, Brody R, Newman J, Rassekh C, Weinstein G. : Management of the Airway for Transoral Robotic Supraglottic Partial Laryngectomy. <u>Frontiers in Oncology</u> 8(312), August 2018. PMCID: PMC6102950

18. Stubbs V, Rajasekaran K, Chen J, Cannady S, Brant J, Newman J: Impact of payer status on survival in parotid malignancy. <u>Am J Otolaryngol</u> 40(4): 555-559, Jul - Aug 2019.

19. Stubbs V, Jaffe S, Rajasekaran K, Cannady S, Shanti R, Lee J, Newman J: Intraoperative Imaging with Second Window Indocyanine Green for Head and Neck Lesions and Regional Metastasis. <u>Otolaryngol Head Neck Surg</u> 161(3): 539-542, September 2019.

20. Fancy T, Huang A, Kass J, Lamarre E, Tassone P, Mantravadi A, Alwani M, Subbarayan R, Bur A, Worley M, Graboyes E, McMullen C, Azoulay O, Wax M, Cave T, Al-Khudari S, Abello E, Higgins K, Ryan J, Orzell S, Goldman R, Vimawala S, Fernandes R, Abdelmalik M, Rajasekaran K, L'Esperance H, Kallogjeri D, Rich J: Complications, Mortality, and Functional Decline in Patients 80 Years or Older Undergoing Major Head and Neck Ablation and Reconstruction. <u>JAMA Otolaryngol Head Neck Surg</u> 145(12): 1150-1157, Dec 1 2019. PMCID: PMC6802247

21. Carey R*, Rajasekaran K*, Seckar T, Lin X, Wei Z, Tong C, Ranasinghe V, Newman J, O'Malley B, Weinstein G, Feldman M, Robertson E: The virome of HPV-positive tonsil squamous cell carcinoma and neck metastasis. <u>Oncotarget</u> 11(3): 282-293, Jan 2020 Notes: *Co-first author. PMCID: PMC6980631

22. Carey R, Fathy R, Shah R, Rajasekaran K, Cannady S, Newman J, Ibrahim S, Brant J: Association of Type of Treatment Facility With Overall Survival After a Diagnosis of Head and Neck Cancer. <u>JAMA Netw Open</u> 3(1): e1919697, Jan 2020. PMCID: PMC6991286

23. Stubbs V, Rajasekaran K, Cannady S, Newman J, Ibrahim S, Brant J: Social determinants of health and survivorship in parotid cancer: An analysis of the National Cancer Database. <u>Am J Otolaryngol</u> 41(1): 102307, Jan - Feb 2020.

24. Grewal A, Rajasekaran K, Cannady S, Chalian A, Ghiam A, Lin A, LiVolsi V, Lukens J, Mitra N, Montone K, Newman J, O'Malley B, Rassekh C, Weinstein G, Swisher-McClure S: Pharyngeal-sparing radiation for head and neck carcinoma of unknown primary following TORS assisted work-up. <u>The Laryngoscope</u> 130(3): 691-697, Mar 2020.

25. Swisher-McClure S, Lukens J, Aggarwal C, Ahn P, Basu D, Bauml J, Brody R, Chalian A, Cohen R, Fotouhi-Ghiam A, Geiger G, Gershowitz J, Livolsi V, Mitra N, Montone K, Newman J, Ojerholm E, O'Malley B, Rajasekaran K, Tan E, Weinstein G, Lin A: A Phase 2 Trial of Alternative Volumes of Oropharyngeal Irradiation for De-intensification (AVOID): Omission of the Resected Primary Tumor Bed After Transoral Robotic Surgery for Human Papilloma Virus-Related Squamous Cell Carcinoma of the Oropharynx. <u>Int J Radiat Oncol Biol Phys</u> 106(4): 725-732, March 2020.

26. Go B, Brewster R, Patel R, Rajasekaran K: Using Telemedicine and Infographics for Physician-Guided Home Drain Removal. <u>OTO open</u> 4(2): 2473974X20933566, Apr-Jun 2020. PMCID: PMC7273559

27. Layfield E, Triantafillou V, Prasad A, Deng J, Shanti R, Newman J, Rajasekaran K: Telemedicine for head and neck ambulatory visits during COVID-19: Evaluating usability and patient satisfaction. <u>Head Neck</u> 42(7): 1681-1689, Jun 2020. PMCID: PMC7300847

28. Prasad A, Brewster R, Newman J, Rajasekaran K: Optimizing your telemedicine visit during the COVID-19 pandemic: Practice guidelines for patients with head and neck cancer. <u>Head Neck</u> 42(6): 1317-1321, Jun 2020. PMCID: PMC7267295

29. Prasad A, Carey R, Rajasekaran K: Head and neck virtual medicine in a pandemic era: Lessons from COVID-19. <u>Head Neck</u> 42(6): 1308-1309, June 2020. PMCID: PMC7262175

30. Civantos A, Byrnes Y, Chang C, Prasad A, Chorath K, Poonia S, Jenks C, Bur A, Thakkar P, Graboyes E, Seth R, Trosman S, Wong A, Laitman B, Harris B, Shah J, Stubbs V, Choby G, Long Q, Rassekh C, Thaler E, Rajasekaran K: Mental health among otolaryngology resident and attending physicians during the COVID-19 pandemic: National study. <u>Head Neck</u> 42(7): 1597-1609, Jul 2020. PMCID: PMC7300862

31. Go B, Rajasekaran K: Effect of COVID-19 in selecting otolaryngology as a specialty. <u>Head Neck</u> 42(7): 1409-1410, Jul 2020. PMCID: PMC7272945

32. Miller L, Stubbs V, Silberthau K, Rajasekaran K, Newman J, Chalian A, Shanti R, Cannady S: Pectoralis major muscle flap use in a modern head and neck free flap practice. <u>Am J Otolaryngol</u> 41(4): 102475, Jul-Aug 2020.

33. Shanti R, Stoopler E, Weinstein G, Newman J, Cannady S, Rajasekaran K, Tanaka T, O'Malley B, Le A, Sollecito T: Considerations in the evaluation and management of oral potentially malignant disorders during the COVID-19 pandemic. <u>Head Neck</u> 42(7): 1497-1502, Jul 2020. PMCID: PMC7276902

34. Weinstein G, Cohen R, Lin A, O'Malley B, Lukens J, Swisher-McClure S, Shanti R, Newman J, Parhar H, Tasche K, Brody R, Chalian A, Cannady S, Palmer J, Adappa N, Kohanski M, Bauml J, Aggarwal C, Montone K, Livolsi V,   Baloch Z, Jalaly J, Cooper K, Rajasekaran K, Loevner L, Rassekh C: Penn Medicine Head and Neck Cancer Service Line COVID-19 Management Guidelines. <u>Head Neck</u> 42(7): 1507-1515, Jul 2020. PMCID: PMC7362039

35. Prasad A, Civantos A, Byrnes Y, Chorath K, Poonia S, Chang C, Graboyes E, Bur A, Thakkar P, Deng J, Seth R, Trosman S, Wong A, Laitman B, Shah J, Vanessa S, Long Q, Choby G, Rassekh C, Thaler E, Rajasekaran K: Snapshot Impact of COVID-19 on Mental Wellness in Nonphysician Otolaryngology Health Care Workers: A National Study. <u>OTO Open</u> 4(3): 2473974X20948835, Aug 2020. PMCID: PMC7415941

36. Ahmed M, Advani S, Moreira A, Zoretic S, Martinez J, Chorath K, Acosta S, Naqvi R, Burmeister-Morton F, Burmeister F, Tarriela A, Petershack M, Evans M, Hoang A, Rajasekaran K, Ahuja S, Moreira A.: Multisystem inflammatory syndrome in children: A systematic review. <u>EClinicalMedicine</u> 26(100527), Sept

2020. PMCID: PMC7473262

37. Chao T, Harbison S, Braslow B, Hutchinson C, Rajasekaran K, Go B, Paul E, Lambe L, Kearney J, Chalian A, Cereda M, Martin N, Haas A, Atkins J, Rassekh C: Outcomes after Tracheostomy in COVID-19 Patients. <u>Ann Surg</u> 272(3): e181-e186, Sep 2020. PMCID: PMC7467054

38. Benito D, Pasick L, Mulcahy C, Rajasekaran K, Todd-Hesham H, Joshi A, Goodman J, Punam Thakkar P: Local spikes in COVID-19 cases: Recommendations for maintaining otolaryngology clinic operations. <u>Am J Otolaryngol</u> 41(6): 102688, Nov-Dec 2020. PMCID: PMC7439996

39. Civantos A, Bertelli A, Gonçalves A, Getzen E, Chang C, Long Q, Rajasekaran K: Mental health among head and neck surgeons in Brazil during the COVID-19 pandemic: A national study. <u>Am J Otolaryngol</u> 41(6): 102694, Nov-Dec 2020. PMCID: PMC7442010

40. Kaufman A, Brewster R, Rajasekaran K: How to Perform a Nasopharyngeal Swab - An Otolaryngology Perspective. <u>Am J Med</u> 133(11): 1280-1282, Nov 2020. PMCID: PMC7261357

41. Prasad A, Brewster R, Rajasekaran D, Rajasekaran K: Preparing for Telemedicine Visits: Guidelines and Setup. <u>Front Med (Lausanne)</u> 7: 600794, Nov 2020. PMCID: PMC7724018

42. Byrnes Y, Civantos A, Go B, McWilliams T, Rajasekaran K: Effect of the COVID-19 pandemic on medical student career perceptions: a national survey study. <u>Med Educ Online</u> 25(1): 1798088, Dec 2020. PMCID: PMC7482653

43. Parhar H, Shimunov D, Newman J, Cannady S, Rajasekaran K, O' Malley B Jr, Chalian A, Rassekh C, Cohen R, Lin A, Lukens J, Swisher-McClure S, Bauml J, Aggarwal C, Weinstein G, Brody R: Oncologic Outcomes Following Transoral Robotic Surgery for Human Papillomavirus-Associated Oropharyngeal Carcinoma in Older Patients. <u>JAMA Otolaryngol Head Neck Surg</u> 146(12): 1167-1175, Dec 2020. PMCID: PMC7596684

44. Prasad A, Shin M, Carey R, Chorath K, Parhar H, Appel S, Moreira A, Rajasekaran K: Propensity score matching in otolaryngologic literature: A systematic review and critical appraisal. <u>PLoS One</u> 15(12): e0244423, Dec 2020. PMCID: PMC7774981

45. Chao T, Frost A, Brody R, Byrnes Y, Cannady S, Luu N, Rajasekaran K, Shanti R, Silberthau K, Triantafillou V, Newman J: Creation of an Interactive Virtual Surgical Rotation for Undergraduate Medical Education During the COVID-19 Pandemic. <u>J Surg Educ</u> 78(1): 346-350, Jan-Feb 2021. PMCID: PMC7328635

46. Chee S, Byrnes Y, Chorath K, Rajasekaran K, Deng J.: Interventions for Trismus in Head and Neck Cancer Patients: A Systematic Review of Randomized Controlled Trials. Integr Cancer Ther 20: 15347354211006474, Jan-Dec 2021. PMCID: PMC8145608

47. Luu, N, Yver C, Douglas J, Tasche K, Thakkar P, Rajasekaran K: Assessment of YouTube as an Educational Tool in Teaching Key Indicator Cases in Otolaryngology During the COVID-19 Pandemic and Beyond: Neck Dissection. J Surg Educ 78(1): 214-231, Jan-Feb 2021. PMCID: PMC7338020

48. Shah M*, Douglas J, Carey R, Daftari M, Smink T, Paisley A, Cannady S, Newman J, Rajasekaran K*: Reducing ER Visits and Readmissions after Head and Neck Surgery Through a Phone-based Quality Improvement Program. Ann Otol Rhinol Laryngol 130(1): 24-31, Jan 2021 Notes: *Co-first author.

49. Yalamanchi P, Thomas W, Workman A, Rajasekaran K, Chalian A, Shanti R, Newman J, Cannady S: Value of Intensive Care Unit-Based Postoperative Management for Microvascular Free Flap Reconstruction in Head and Neck Surgery. Facial Plast Surg Aesthet Med 23(1): 49-53, Jan-Feb 2021.

50. Chorath K, Garza L, Tarriela A, Luu N, Rajasekaran K, Moreira A: Clinical practice guidelines on newborn hearing screening: A systematic quality appraisal using the AGREE II instrument. Int J Pediatr Otorhinolaryngol 141: 110504, Feb 2021.

51. Chorath K, Go B, Shinn J, Mady L, Poonia S, Newman J, Cannady S, Revenaugh P, Moreira A, Rajasekaran K: Enhanced recovery after surgery for head and neck free flap reconstruction: A systematic review and meta-analysis. Oral Oncology 113: 105117, Feb 2021.

52. Moon HS, Wang TT, Rajasekaran K, Brewster R, Shanti RM, Panchal N.: Optimizing telemedicine encounters for oral and maxillofacial surgeons during the COVID-19 pandemic. Oral Surg Oral Med Oral Pathol Oral Radiol 131(2): 166-172, Feb 2021. PMCID: PMC7440227

53. Parhar H, Brody R, Shimunov D, Rajasekaran K, Rassekh C, Basu D, O'Malley B, Chalian A, Newman J, Loevner L, Lazor J, Weinstein G, Cannady S: Retropharyngeal Internal Carotid Artery Management in TORS Using Microvascular Reconstruction. Laryngoscope 131(3): E821-827, Mar 2021.

54. Byrnes Y, Luu N, Frost A, Chao T, Brody R, Cannady S, Rajasekaran K, Shanti  R, Newman J: Evaluation of an interactive virtual surgical rotation during the COVID-19 pandemic. World J Otorhinolaryngol Head Neck Surg Apr 2021 Notes: Epub ahead of print. PMCID: PMC8064875

55. Carey R, Shimunov D, Weinstein G, Cannady S, Lukens J, Lin A, Swisher-McClure S, Bauml J, Aggarwal C, Cohen R, Newman J, Chalian A, Rassekh C, Basu D,

O'Malley B, Rajasekaran K, Brody R: Increased rate of recurrence and high rate of salvage in patients with human papillomavirus-associated oropharyngeal squamous cell carcinoma with adverse features treated with primary surgery without recommended adjuvant therapy. Head Neck 43(4): 1128-1141, Apr 2021.

56. Chorath K, Hoang A, Rajasekaran K, Moreira A: Association of Early vs Late Tracheostomy Placement With Pneumonia and Ventilator Days in Critically Ill Patients: A Meta-analysis. JAMA Otolaryngol Head Neck Surg 147(5): 450-459, May 2021. PMCID: PMC7953336

57. Luu N, Chorath K, May B, Bhuiyan N, Moreira A, Rajasekaran K: Clinical practice guidelines in idiopathic facial paralysis: systematic review using the appraisal of guidelines for research and evaluation (AGREE II) instrument. J Neurol 268(5): 1847-1856, May 2021.

58. Mays A, Yarlagadda B, Achim V, Jackson R, Pipkorn P, Huang A, Rajasekaran K, Sridharan S, Rosko A, Orosco R, Coughlin A, Wax M, Shnayder Y, Spanos W, Farwell D, McDaniel L, Hanasono M: Examining the relationship of immunotherapy and wound complications following flap reconstruction in patients with head and neck cancer. Head Neck 43(5): 1509-1520, May 2021.

59. Moreira A, Chorath K, Rajasekaran K, Burmeister F, Ahmed M, Moreira A.: Demographic predictors of hospitalization and mortality in US children with COVID-19. Eur J Pediatr 180(5): 1659-1663, May 2021. PMCID: PMC7817069

60. Triantafillou V, Layfield E, Prasad A, Deng J, Shanti R, Newman J, Rajasekaran K: Patient Perceptions of Head and Neck Ambulatory Telemedicine Visits: A Qualitative Study. Otolaryngol Head Neck Surg 164(5): 923-931, May 2021.

61. Parhar H, Shimunov D, Brody R, Cannady S, Newman J, O'Malley B, Chalian A, Rassekh C, Weinstein G, Rajasekaran K: Revisiting the Recommendation for Contralateral Tonsillectomy in HPV-Associated Tonsillar Carcinoma. Otolaryngol Head Neck Surg 164(6): 1222-1229, June 2021.

62. Poonia S, Prasad A, Chorath K, Cannady S, Kearney J, Ruckenstein M, Rajasekaran K: Resident Safety Huddles: Our Department's Experience in Improving Safety Culture. Laryngoscope 131(6): E1811-E1815, Jun 2021.

63. Rajasekaran K, Carey R, Lin X, Seckar T, Wei Z, Chorath K, Newman J,  O'Malley B, Weinstein G, Feldman M, Erle Robertson E: The microbiome of HPV-positive tonsil squamous cell carcinoma and neck metastasis. Oral Oncology 117: 105305, Jun 2021.

64. Chorath K, Go B, Kaufman A, Brant J, Moreira A, Rajasekaran K: Perioperative Nimodipine to Improve Cranial Nerve Function: A Systematic Review and Meta-Analysis. Otol Neurotol 42(6): 783-791, Jul 2021.

65. Habib A, Carey R, Prasad A, Mady L, Shinn J, Bur A, Brody R, Cannady S, Rajasekaran K, Ibrahim SA, Newman J, Brant J: Impact of Race and Insurance Status on Primary Treatment for HPV-Associated Oropharyngeal Squamous Cell Carcinoma. <u>Otolaryngol Head Neck Surg</u> Jul 2021 Notes: Epub ahead of print doi: 10.1177/01945998211029839.

66. Yver C, Shimunov D, Weinstein G, Rajasekaran K, Cannady S, Lukens J, Lin A, Swisher-McClure S, Cohen R, Aggarwal C, Bauml J, Loevner L, Newman J, Chalian A, Rassekh C, Basu D, O'Malley B, Brody R: Oncologic and survival outcomes for resectable locally-advanced HPV-related oropharyngeal cancer treated with transoral robotic surgery. <u>Oral Oncol</u> 118: 105307, Jul 2021.

67. Caplan I, Prasad A, Carey R, Brody R, Cannady S, Rajasekaran K, Bur A, Lukens J, Briceño C, Newman J, Brant J: Primary Orbital Melanoma: An Investigation of a Rare Malignancy Using the National Cancer Database. <u>Laryngoscope</u> 131(8): 1790-1797, Aug 2021.

68. Go B, Go C, Chorath K, Moreira A, Rajasekaran K: Multimodal Analgesia in Head and Neck Free Flap Reconstruction: A Systematic Review. <u>Otolaryngol Head Neck Surg</u> Aug 2021 Notes: Epub ahead of print doi: 10.1177/01945998211032910.

69. Civantos A, Prasad A, Carey R, Bur AM, Mady L, Brody R, Rajasekaran K, Cannady S, Hartner L, Ibrahim S, Newman J, Brant J.: Palliative care in metastatic head and neck cancer. <u>Head Neck</u> 43(9): 2764-2777, Sep 2021.

70. Civantos A, Viswanathan S, Prasad A, Maldonado S, Brody R, Cannady S, Newman J, Shanti R, Brant J, Rajasekaran K: Role of elective neck dissection and adjuvant radiation therapy in patients with polymorphous adenocarcinoma. <u>Eur Arch Otorhinolaryngol</u> 278(9): 3459-3466, Sep 2021.

71. Fan T, Workman A, Miller L, Sakats M, Rajasekaran K, Brant J, Parasher A, Huckins D, Aliphas A, Glicksman R, Eskander A, Glicksman J.: The Impact of COVID-19 on Otolaryngology Community Practice in Massachusetts. <u>Otolaryngol Head Neck Surg</u> 165(3): 424-430, Sep 2021. PMCID: PMC7862921

72. Barrette L, Xu K, Suresh N, Harris J, Chorath K, Moreira A, Rajasekaran K: A systematic quality appraisal of clinical practice guidelines for Ménière's disease using the AGREE II instrument. <u>Eur Arch Otorhinolaryngol</u> Oct 2021 Notes: Epub ahead of print doi: 10.1007/s00405-021-07099-4.

73. Carey R, McMahon D, Miller Z, Kim T, Rajasekaran K, Gopallawa I, Newman J, Basu D, Nead K, Whitte E, Lee R: T2R bitter taste receptors regulate apoptosis and may be associated with survival in head and neck squamous cell carcinoma. <u>Mol Oncol</u> Oct 2021 Notes: Epub ahead of print doi: 10.1002/1878-0261.13131.

74. MacArthur K, Baumann B, Sobanko J, Etzkorn J, Shin T, Higgins H, Giordano C, McMurray S, Krausz A, Newman J, Rajasekaran K, Cannady S, Brody R, Karakousis G, Miura J, Cohen J, Amaravadi R, Mitchell TC, Schuchter L, Miller C: Compliance with sentinel lymph node biopsy guidelines for invasive melanomas treated with Mohs micrographic surgery. Cancer 127(19): 3591-3598, Oct 2021.

75. Parhar H, Weinstein G, O'Malley B, Shimunov D, Rassekh C, Chalian A, Newman J, Basu D, Cannady S, Rajasekaran K, Lin A, Lukens JN, Swisher-McClure S, Cohen R, Bauml J, Aggrawal C, Brody R: Oncologic outcomes of transoral robotic surgery for HPV-negative oropharyngeal carcinomas. Head Neck 43(10): 2923-2934, Oct 2021.

76. Shinn J, Carey R, Mady L, Shimunov D, Parhar H, Cannady S, Rajasekaran K, Lukens J, Lin A, Swisher-McClure S, Cohen R, Bauml J, Rassekh J, Rassekh C, Newman J, Chalian A, Basu D, Weinstein G, Brody R.: Sex-based differences in outcomes among surgically treated patients with HPV-related oropharyngeal squamous cell carcinoma. Oral Oncol 123: 105570, Oct 2021.

77. Sun L, Shimunov D, Tan E, Swisher-Mcclure S, Lin A, Lukens J, Basu D, Chalian A, Cannady S, Newman J, Rajasekaran K, O'Malley B, Rassekh C, Weinstein G, Loevner L, Aggarwal C, Singh A, Cohen R, Bauml J, Brody R: Survival and toxicity in patients with human papilloma virus-associated oropharyngeal squamous cell cancer receiving trimodality therapy including transoral robotic surgery. Head Neck 43(10): 3053-3061, Oct 2021.

78. Tenório LR, Nakai MY, Artese Araújo G, Menezes MB, Bertelli AAT, Romeo D, Rajasekaran K, Gonçalves AJ: Safely performing percutaneous dilatational tracheostomies on COVID-19 patients in the intensive care unit: A standardized approach. Laryngoscope Investig Otolaryngol 6(5): 1044-1048, Oct 2021. PMCID: PMC8513415

79. Wright C, Lee D, Shimunov D, Carmona R, Barsky A, Sun L, Cohen R, Bauml J, Brody R, Basu D, Rassekh C, Chalian A, Newman J, Rajasekaran K, Weinstein G, Lukens J, Lin A, Swisher-McClure S: Definitive tumor directed therapy confers a survival advantage for metachronous oligometastatic HPV-associated oropharyngeal cancer following trans-oral robotic surgery. Oral Oncol 121: 105509, Oct 2021.

80. Barrette LX, Connolly J, Romeo D, Ng J, Moreira A, Rajasekaran K: Quality appraisal of clinical practice guidelines for temporomandibular joint disorders using the AGREE II instrument. Oral Surg Oral Med Oral Pathol Oral Radiol Nov 2021 Notes: Epub ahead of print.

81. Luu N, Parhar, H, Barrette L, Chorath K, Moreira A, Rajasekaran K: Outcomes

following traumatic inhalational injury - Predictors of mortality and effect of procedural intervention. <u>Injury</u> 52(11): 3320-3326, Nov 2021.

82. Carey R, Brody R, Shimunov D, Shinn J, Mady L, Rajasekaran K, Cannady S, Lin A, Lukens J, Bauml J, Cohen R, Basu D, O'Malley B, Weinstein G, Newman J: Locoregional Recurrence in p16-Positive Oropharyngeal Squamous Cell Carcinoma After TORS. <u>Laryngoscope</u> 131(12), Dec 2021.

83. Chorath K, Luu N, Douglas J, Yver C, Thakkar P, Tasche K, Rajasekaran K: Assessment of YouTube as an educational tool in teaching thyroidectomy and parathyroidectomy. <u>J Laryngol Otol</u> 13: 1-26, Dec 2021 Notes: doi: 10.1017/S0022215121004096.

84. Go B, Chorath K, Frost A, Moreira A, Cannady S, Newman J, Rajasekaran K: Intensive Care Versus Nonintensive Care Ward for Postoperative Management of Head and Neck Free Flaps: A Meta-Analysis. <u>Facial Plast Surg and Aesthet Med</u> 23(6): 408-416, Dec 2021.

85. Barrette L, Harris J, De Ravin E, Balar E, Moreira A, Rajasekaran K: Clinical practice guidelines for pain management after tonsillectomy: Systematic quality appraisal using the AGREE II instrument. <u>Int J Pediatr Otorhinolaryngol</u> Feb 2022 Notes: Epub ahead of print. doi: 10.1016/j.ijporl.2022.111091.

86. Cannady S, Mady L, Brody R, Shimunov D, Newman J, Chalian A, Rajasekaran K, Sheth N, Shanti R: Anterolateral thigh osteomyocutaneous flap in head and neck: Lessons learned. <u>Microsurgery</u> 42(2): 117-124, Feb 2022.

87. Panara K, Go B, Shah M, Majmudar T, Barrette LX, Moreira A, Rajasekaran K: Clinical Practice Guidelines on Nutrition Management in Head and Neck Cancer: A Systematic Quality Appraisal using the AGREE II Intrument. <u>J Laryngol Otol</u> Feb 2022 Notes: Epub ahead of print.

88. Prasad A, Carey RM, Brody RM, Bur AM, Cannady SB, Ojerholm E, Newman JG, Ibrahim S, Brant JA, Rajasekaran K: Postoperative Radiation Therapy Refusal in Human Papillomavirus-Associated Oropharyngeal Squamous Cell Carcinoma. <u>Laryngoscope</u> 132(2): 339-348, Feb 2022.

89. Brody R, Shimunov D, Cohen R, Lin A, Lukens J, Hartner L, Aggarwal C, Duvvuri U, Montone K, Jalaly J, LiVolsi V, Carey R, Shanti R, Rajasekaran K, Chalian A, Rassekh C, Cannady S, Newman J, O'Malley B, Weinstein G, Gimotty P, Basu D: A benchmark for oncologic outcomes and model for lethal recurrence risk after transoral robotic resection of HPV-related oropharyngeal cancers. <u>Oral Oncol</u> Mar 2022 Notes: Epub ahead of print. doi: 10.1016/j.oraloncology.2022.105798.

90. Chorath K, Luu N, Go B, Moreira A, Rajasekaran K: ERAS Protocols for Thyroid and Parathyroid Surgery: A Systematic Review and Meta-analysis. <u>Otolaryngol</u>

Head Neck Surg 166(3): 425-433, Mar 2022.

91. Yver C, Chorath K, Connolly J, Shah M, Majmudar T, Moreira A, Rajasekaran K.: Clinical Practice Guidelines for the Management of Patients With Cleft Lip and Palate: A Systematic Quality Appraisal Using the Appraisal of Guidelines for Research and Evaluation II Instrument. J Craniofac Surg 33(2), Mar/April 2022.

Editorials, Reviews, Chapters, including participation in committee reports (print or other media):

1. Rajasekaran K, Krakovitz P: Enlarged Neck Lymph Nodes in Children. Pediatr Clin North Am 60(4): 923-36, Aug 2013.

2. Rajasekaran K, Haffey T, Krakovitz P: Head and Neck Malignancies   Pediatric Otolaryngology Head and Neck Surgery Clinical Reference Guide. Parikh SR (eds.). Plural Publishing , San Diego, CA, Page: 571-576, 2014.

3. Rajasekaran K, Revenaugh P, Krakovitz P: Thyroglossal Duct Cyst and Other Head and Neck Masses. The Color Atlas of Pediatrics. Usatine R, Sabella C (eds.). McGraw-Hill Professional Publishing, Page: 194-198, 2014.

4. Bohorquez, D, Newman J, Stern J, Rajasekaran K: An unusual case of tuberculous parotitis. Otolaryngology Case Reports   9: 26-28, July 2018.

5. Poonia S, Rajasekaran K: Information Overload: A Method to Share Updates among Frontline Staff during the COVID-19 Pandemic. Otolaryngol Head Neck Surg 163(1): 60-62, Jul 2020.

6. Rajasekaran K: Access to Telemedicine-Are We Doing All That We Can during the COVID-19 Pandemic? Otolaryngol Head Neck Surg 163(1): 104-106, Jul 2020.

7. Sell E, Chao T, Shah M, Rajasekaran K: Creation of Educational Videos for Patients Undergoing Nonelective Surgery: Tools for the COVID-19 Era. Otolaryngol Head Neck Surg 163(1): 83-85, Jul 2020.

8. Triantafillou V, Rajasekaran K: A Commentary on the Challenges of Telemedicine for Head and Neck Oncologic Patients during COVID-19. Otolaryngol Head Neck Surg 163(1): 81-82, Jul 2020.

9. Douglas J, Lee J, Rajasekaran K: Cranial Nerve VI Palsy as Presenting Sign of Previously Undiagnosed Metastatic Prostate Adenocarcinoma to the Clivus. Biomed Hub 5(3): 210-213, Oct 2020. PMCID: PMC7841738

10. Ara Chalian, Karthik Rajasekaran: Anatomic and Physiologic Changes in the Ears, Nose, and Throat. In: Rosenthal R., Zenilman M., Katlic M. (eds) Principles and Practice of Geriatric Surgery. https://doi.org/10.1007/978-3-319-47771-8_35 Springer, Cham, Page: 571-588, 2020.

11. Henry L, Mignone R, Pepek J, Julien C, Rajasekaran K: Squamous Cell Carcinoma of a Thyroglossal Duct Cyst and the Role of a Level IA Neck Dissection. ORL J Otorhinolaryngol Relat Spec 82(3): 163-167, 2020.

12. Graillon N, Iocca O, Carey R, Benjamin K, Cannady S, Hartner L, Newman J, Rajasekaran K, Brant J, Shanti R: What has the National Cancer Database taught us about oral cavity squamous cell carcinoma? Int J Oral Maxillofac Surg S0901-5027(21): 00125-9, Apr 2021.

13. Shin M, Prasad A, Arguelles G, Wakim J, Chorath K, Moreira A, Rajasekaran K: Appraisal of clinical practice guidelines for the evaluation and management of neck masses in children. J Paediatr Child Health 57(6): 803-809, Jun 2021.

14. Civantos A, Rajasekaran K: Oral cavity squamous cell carcinoma presenting as a nasal mass in the setting of a dental implant. J Oral Implantol Aug 2021 Notes: Epub ahead of print 10.1563/aaid-joi-D-20-00392.

15. Brant J, Rajasekaran K, Thaler E.: Otolaryngology for Internists. Med Clin North Am 105(5): xvii-xviii, Sep 2021.

16. Chorath K, Rajasekaran K.: Evaluation and Management of a Neck Mass. Med Clin North Am. 105(5), Sep 2021.

17. Douglas JE, Kaufman AC, Rajasekaran K: Management of a Unique Sinonasal Undifferentiated Carcinoma Subtype in the Era of SARS-CoV-2. ORL J Otorhinolaryngol Relat Spec 83(1): 47-51, 2021. PMCID: PMC7573894

18. Prasad A, Shin M, Carey R, Chorath K, Parhar H, Appel S, Moreira A, Rajasekaran K: Correction. Propensity score matching in otolaryngologic literature: A systematic review and critical appraisal. PLoS One 16(4): e0250949, 2021. PMCID: PMC8078803

19. Thallapureddy, K, Thallapureddy K, Zerda E, Suresh N, Kamat D, Rajasekaran K, Moreira A: Long-Term Complications of COVID-19 Infection in Adolescents and Children. Curr Pediatr Rep Feb 2022 Notes: Epub Ahead of print. PMCID: PMC8803461

# Exhibit B



**Karthik Rajasekaran, MD FACS**
*Assistant Professor of Otorhinolaryngology*
*Co-Director, Head and Neck Oncology Fellowship*
*Director, Facial Trauma*
*Director, Quality Improvement*
*Head and Neck Surgery*
*Microvascular Reconstructive Surgery*
*Trans Oral Robotic Surgery*
*Cranial Base Surgery*

---

### Karthik Rajasekaran, MD FACS

Fee Schedule

I am pleased to provide professional services regarding this case upon receipt of an executed copy of an Expert Witness Retainer Agreement in addition to the agreed upon retainer fee of $3400.

My current billing rate is $850 per hour. I bill my rate in quarter-hour increments for all time devoted to the case, including phone calls, consultations, research and preparing reports as needed. I will refund any unused portion from the retainer fee once it is clear that my services will no longer be required. However, my minimum charge for agreeing to be retained as an expert or consultant in a case is 4 hours of my time, or $3400.

In the event that work in the case exceeds the initial retainer fee, no report will be released nor testimony schedule (in court or by deposition) until the entire balance is paid. Live deposition is billed at half-day (4-hour) blocks: $4000 for half day and $8000 for full day. For court appearance I bill at half day minimum and full day minimum if it is over 30 miles from Philadelphia. My half day rate (4 hours) is $4000 and full day is $8000. Payment for my time involved in such testimony is pre-paid. In the event there are travel expenses, these must be paid by the retaining attorney. Fees for travel-time may vary but I will provide a good-faith estimate depending on the situation. If an examinee fails to show up for the evaluation, I still must charge for the time I blocked out for the case. A rescheduled date and time can be arranged. If the attorney decides not to reschedule, the minimum charge for the 4-hour block of time will still apply. If there is a cancellation, and this is done within 2 weeks prior to date, then the minimum charge for the 4-hour block of time will still apply. If cancelled within 48 hours, it will be 8 hours (full day).

Please feel free to contact me with questions.

Sincerely,

Karthik Rajasekaran, MD FACS

# Exhibit C

# Dr. Rajasekaran - Materials Considered

| Defendant General Expert Reports and Attachments |
| --- |
| Gregory A. Flamme, Ph.D. and Mark Stephenson, Ph.D. – 5/8/2022 |

| References |
| --- |
| 29 CFR § 1904.10. |
| Alessio H, Marron KH, Cramer IM, Hughes M, Betz K, et al. Effects of Cardiovascular Health Factors and Personal Listening Behaviors on Hearing Sensitivity in College-Aged students. Ann Otol Rhinol Laryngol. 2020 Aug;129(8):755-766. doi: 10.1177/0003489420909403. Epub 2020 Mar 7. PMID: 32146824. |
| Alkathiry A, et al. Vestibular Dysfunction Associated With Mild Traumatic Brain Injury (mTBI). Neurosensory Disorders in Mild Traumatic Brain Injury (2019): 133-148. DOI: https://doi.org/10.1016/B978-0-12-812344-7.00010-8. |
| Anastasiadou S, Al Khalili Y. Hearing Loss. [Updated 2022 Jan 20]. In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2022 Jan-. |
| Anis MM, Pollak N. Treatment of Palatal Myoclonus with Botulinum Toxin Injection. Case Rep Otolaryngol. 2013;2013:231505. doi: 10.1155/2013/231505. Epub 2013 Oct 8. PMID: 24223317. PMCID: PMC3816037. |
| Auditory Processing Center. Acquired APD by Concussion/TBI. https://www.auditorycenter.com/what-is-auditory-processing-disorder/acquired-apd-by-concussion-tbi/#:~:text=An%20auditory%20processing%20disorder%20can,normal%20function%20of%20the%20brain. |
| Babarinde JA, Adeyemo AA, Adeoye AM. Hearing loss and hypertension: exploring the linkage. Egypt J Otolaryngol. 2021 Sep;37(98). https://doi.org/10.1186/s43163-021-00162-1. |
| Baguley D, McFerran D, Hall D. Tinnitus. Lancet. 2013 Nov 9;382(9904):1600-7. doi: 10.1016/S0140-6736(13)60142-7. Epub 2013 Jul 2. PMID: 23827090. |
| Basura GJ, Adams ME, Monfared A, Schwartz SR, Antonelli PJ, et al. Clinical Practice Guideline: Ménière's Disease. Otolaryngol Head Neck Surg. 2020 Apr;162(2_suppl):S1-S55. doi: 10.1177/0194599820909438. PMID: 32267799. |
| Battisti AS, Haftel A, Murphy-Lavoie HM. Barotrauma. In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2022 Jan. 2021 Jul 26. PMID: 29493973. |
| Boutté AM, Thangavelu B, Nemes J, et al. Neurotrauma Biomarker Levels and Adverse Symptoms Among Military and Law Enforcement Personnel Exposed to Occupational Overpressure Without Diagnosed Traumatic Brain Injury. JAMA Netw Open. 2021 Apr 1;4(4):e216445. doi: 10.1001/jamanetworkopen.2021.6445. PMID: 33861330. PMCID: PMC8052592. |
| Bramhall N, Beach EF, Epp B, Le Prell CG, Lopez-Poveda EA. The search for noise-induced cochlear synaptopathy in humans: Mission impossible? Hear Res. 2019 Jun;377:88-103. doi: 10.1016/j.heares.2019.02.016. Epub 2019 Mar 9. PMID: 30921644. |
| Cedars-Sinai. Age-Related Hearing Loss (Presbycusis). https://www.cedars-sinai.org/health-library/diseases-and-conditions/a/age-related-hearing-loss-presbycusis.html. |
| Centers for Disease Control (CDC). Diabetes and Hearing Health. Last updated Oct. 2021. https://www.cdc.gov/diabetes/managing/diabetes-hearing-loss.html#:~:text=Diabetes%20can%20also%20cause%20nerve,can%20lead%20to%20hearing%20loss. |

| References |
|---|
| Cheng H, Yang F, Zhang J, Xu L, Jia L, et al. Case Report: Anti-NMDA Receptor Encephalitis With Bilateral Hearing Loss as the Initial Symptom. Front Neurol. 2021 Mar 17;12:648911. doi: 10.3389/fneur.2021.648911. eCollection 2021. PMID: 33815260. PMCID: PMC8010237. |
| Choi MS, Shin S-O, et al. Clinical characteristics of labyrinthine concussion. Korean J Audiol. 2013 Apr;17(1):13-7. doi: 10.7874/kja.2013.17.1.13. PMID: 24653897. PMCID: PMC3936518. |
| Ciorba A, Corazzi V, Bianchini C, et al. Autoimmune inner ear disease (AIED): A diagnostic challenge. Int J Immunopathol Pharmacol. Mar-Dec 2018;32:2058738418808680. doi: 10.1177/2058738418808680. PMID: 30376736. PMCID: PMC6213300. |
| Coelho CB, Santos R, Campara KF, Tyler R. Classification of Tinnitus: Multiple Causes with the Same Name. Otolaryngol Clin North Am. 2020 Aug;53(4):515-529. doi: 10.1016/j.otc.2020.03.015. Epub 2020 May 4. PMID: 32381342. |
| Cohen BE, Durstenfeld A, Roehm P. Viral Causes of Hearing Loss: A Review for Hearing Health Professionals. Trends Hear. 2014 Jul 29;18:2331216514541361. doi: 10.1177/2331216514541361. PMID: 25080364. PMCID: PMC4222184. |
| Colucci D. Mild Traumatic Brain Injury: A Prelude to CAPD. Hearing J. 2015 Aug;68(8):38, 40. DOI:10.1097/01.HJ.0000470893.76070.50. |
| Corbridge RJ. *Essential ENT* (2nd ed.). CRC Press (2011). |
| Council for Accreditation in Occupational Hearing Conversation (CAOHC). Hearing Conservation Curriculum Guide. March 2017. https://www.caohc.org/UserFiles/file/OHC-CurriculumGuide-v5-hires-crops.pdf. |
| Del Bo L, Ambrosetti U.  Hearing aids for the treatment of tinnitus. Prog Brain Res. 2007;166:341-5. doi: 10.1016/S0079-6123(07)66032-4. PMID: 17956798. |
| Department of the Army (1998). Hearing Conservation Program. Department of the Army Pamphlet 40-501. |
| Department of Defense (DOD). DoDi 6055.12, Hearing Conservation Program (HCP), Aug. 14, 2019. |
| Effgen GB, Ong T, et al. Primary Blast Exposure Reduces Brain Tolerance to Subsequent Blast. IRCOBI Conference 2015, IRC-15-79. |
| Emamifar A, Bjoerndal K, Hansen IMJ. Is Hearing Impairment Associated with Rheumatoid Arthritis? A Review. Open Rheumatol J. 2016 Mar 15;10:26-32. doi: 10.2174/1874312901610010026. eCollection 2016. PMID: 27053970. PMCID: PMC4797675. |
| Fausti A, Wilmington DJ, Gallun FJ, Myers PJ, Henry JA. Auditory and vestibular dysfunction associated with blast-related traumatic brain injury. J Rehabil Res Dev. 2009;46(6):797-810. doi: 10.1682/jrrd.2008.09.0118. PMID: 20104403. |
| Folmer RL, Shi Y-B. SSRI use by tinnitus patients: interactions between depression and tinnitus severity. Ear Nose Throat J. 2004 Feb;83(2):107-8, 110, 112 passim. PMID: 15008444. |
| French LM. Military traumatic brain injury: an examination of important differences. Ann. N.Y. Acad. Sci. 1208 (2010) 38-45. doi: 10.1111/j.1749-6632.2010.05696.x. |
| Gates GA, Schmid P, Kujawa SG, Nam B, D'Agostino. Longitudinal threshold changes in older men with audiometric notches. Hear Res. 2000 Mar;141(1-2):220-8. doi: 10.1016/s0378-5955(99)00223-3. PMID: 10713509. |
| Goossens T, Vercammen C, Wouters J, van Wieringen A. Masked speech perception across the adult lifespan: Impact of age and hearing impairment. Hear Res. 2017 Feb;344:109-124. doi: 10.1016/j.heares.2016.11.004. Epub 2016 Nov 12. PMID: 27845259. |

| References |
| --- |
| Gopinath  B, McMahon C, Tang D, et al. Workplace noise exposure and the prevalence and 10-year incidence of age-related hearing loss. PLoS One. 2021 Jul 30;16(7):e0255356. doi: 10.1371/journal.pone.0255356. eCollection 2021. PMID: 34329348. PMCID: PMC8323918. |
| Greco A, Gallo A, Fusconi M, Magliulo G, Turchetta R, et al. Cogan's syndrome: an autoimmune inner ear disease. Autoimmun Rev. 2013 Jan;12(3):396-400. doi: 10.1016/j.autrev.2012.07.012. Epub 2012 Jul 28. PMID: 22846458. |
| Grossan M, Peterson DC. Tinnitus. [Updated 2021 Jul 21]. In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2022 Jan-. |
| Han BI, Lee HW, Kim TY, Lim JS, Shin KS. Tinnitus: characteristics, causes, mechanisms, and treatments. J Clin Neurol. 2009 Mar;5(1):11-9. doi: 10.3988/jcn.2009.5.1.11. Epub 2009 Mar 31. PMID: 19513328. PMCID: PMC2686891. |
| Healthy Hearing. Understanding the degrees of hearing loss. Last updated Feb. 2020. https://www.healthyhearing.com/report/41775-Degrees-of-hearing-loss. |
| Hearing center of excellence. Hearing Center of Excellence. https://hearing.health.mil/Resources/Education/Overview-of-the-Ear/Anatomy-of-the-Ear. |
| Hearing Health Foundation. Hidden hearing loss. https://hearinghealthfoundation.org/hidden-hearing-loss. |
| Hederstierna C, Rosenhall U. Age-related hearing decline in individuals with and without occupational noise exposure. Noise Health. Jan-Feb 2016;18(80):21-5. doi: 10.4103/1463-1741.174375. PMID: 26780958. PMCID: PMC4918675. |
| Humes L, et al. *Noise and Military Service: Implications for Hearing Loss and Tinnitus*. Washington, DC: The National Academies Press. (2006) |
| Hwang J-H, Tsai S-J, Liu T-C, et al. Association of Tinnitus and Other Cochlear Disorders With a History of Migraines. JAMA Otolaryngol Head Neck Surg. 2018 Aug 1;144(8):712-717. doi: 10.1001/jamaoto.2018.0939. PMID: 30003226. PMCID: PMC6143001. |
| Jastreboff PJ. 25 years of tinnitus retraining therapy. HNO. 2015 Apr;63(4):307-11. doi: 10.1007/s00106-014-2979-1. PMID: 25862626. |
| Johns Hopkins All Children's Hospital. Central Auditory Processing disorder. https://www.hopkinsallchildrens.org/Services/Rehabilitation/Audiology/Central-Auditory-Processing #:~:text=Auditory%20processing%20disorder%20(APD)%20is,brain%20don't%20fully%20coordinate. |
| Johns Hopkins Medicine. Types of Hearing Loss.  https://www.hopkinsmedicine.org/health/conditions-and-diseases/hearing-loss/types-of-hearing-loss. |
| Jufas NE, Wood R. The use of benzodiazepines for tinnitus: systematic review. J Laryngol Otol. 2015 Jul;129 Suppl 3:S14-22. doi: 10.1017/S0022215115000808. Epub 2015 Apr 10. PMID: 25858126. |
| Kim J-Y, Lee S, Cha J, Son G, Kim D-K. Chronic kidney disease is associated with increased risk of sudden sensorineural hearing loss and Ménière's disease: a nationwide cohort study. Sci Rep. 2021 Oct 12;11(1):20194. doi: 10.1038/s41598-021-99792-x. PMID: 34642430. PMCID: PMC8511089. |
| Kochhar A, Hildebrand MS, Smith RJH. Clinical aspects of hereditary hearing loss. Genet Med. 2007 Jul;9(7):393-408. doi: 10.1097/gim.0b013e3180980bd0. PMID: 17666886. |
| Koning H. Upper Cervical Nerves Can Induce Tinnitus. Int Tinnitus J. 2020 Nov 18;24(1):26-30. doi: 10.5935/0946-5448.20200005. PMID: 33206493. |
| Koning H. Proprioception: The Missing Link in the Pathogenesis of Tinnitus. Int Tinnitus J. 2021 Jan 25;24(2):102-107. doi: 10.5935/0946-5448.20200020. PMID: 33496421. |

| References |
|---|
| Kontos KP, Kotwal RS, Elbin RJ, et al. Residual effects of combat-related mild traumatic brain injury. J Neurotrauma. 2013 Apr 15;30(8):680-6. doi: 10.1089/neu.2012.2506. Epub 2013 Mar 26. PMID: 23031200. |
| Koshimori Y, Johns K, Green REA. A guide for hearing healthcare providers to characteristics of traumatic brain injury. Hearing J. 2009 Nov;62(11):17-18,20,22-23. DOI:10.1097/01.HJ.0000364271.52471.dd. |
| Kuchinsky SE, et al. Objective and Subjective Auditory Effects of Traumatic Brain Injury and Blast Exposure in Service Members and Veterans. Front Neurol. 2020;11:613. Epub 2020 Jul 3. doi: 10.3389/fneur.2020.00613. PMID: 32719649. PMCID: PMC7350851. |
| Kuhn M, Heman-Ackah SE, Shaikh JA, Roehm PC. Sudden Sensorineural Hearing Loss: A Review of Diagnosis, Treatment, and Prognosis. Trends Amplif. 2011 Sep;15(3):91-105. doi: 10.1177/1084713811408349. Epub 2011 May 22. PMID: 21606048. PMCID: PMC4040829. |
| Lee F-S, Matthews LJ, Dubno JR, Mills JH. Longitudinal study of pure-tone thresholds in older persons. Ear Hear. 2005 Feb;26(1):1-11. doi: 10.1097/00003446-200502000-00001. PMID: 15692300. |
| Lei P, Leng Y, Li J, Zhou R, Liu B. Anatomical variation of inner ear may be a predisposing factor for unilateral Ménière's disease rather than for ipsilateral delayed endolymphatic hydrops. Eur Radiol. 2022 May;32(5):3553-3564. doi: 10.1007/s00330-021-08430-7. Epub 2022 Jan 3. PMID: 34978581. PMCID: PMC9038801. |
| Levine R. Somatic Tinnitus, in *Tinnitus: Theory and Management* (2004). |
| McGregor KD, Flamme GA, Tasko, SM, et al. Acoustic reflexes are common but not pervasive: evidence using a diagnostic middle ear analyser. Int J Audiol. 2018 Feb;57(sup1):S42-S50. doi: 10.1080/14992027.2017.1416189. Epub 2017 Dec 19. PMID: 29256642. PMCID: PMC6719315. |
| Michiels S, Van de Heyning P, et al. Diagnostic Value of Clinical Cervical Spine Tests in Patients With Cervicogenic Somatic Tinnitus. Phys Ther. 2015 Nov;95(11):1529-35. doi: 10.2522/ptj.20140457. Epub 2015 Jun 4. PMID: 26045606. |
| Michiels S, Sanchez TG, Oron Y, Gilles A, Haider HF, Erlandsson S, et al. Diagnostic Criteria for Somatosensory Tinnitus: A Delphi Process and Face-to-Face Meeting to Establish Consensus. Trends Hear. Jan-Dec 2018;22:2331216518796403. doi: 10.1177/2331216518796403. PMID: 30213235. PMCID: PMC6144502. |
| Michiels S. Somatic/Somatosensory Tinnitus. Tinnitus Research Review Series 2019. |
| Michiels S. Diagnosing and managing somatic tinnitus. ENT & Audiology News 2020 Nov/Dec;29(5). https://www.entandaudiologynews.com/features/audiology-features/post/diagnosing-and-managing-somatic-tinnitus. |
| Mijovic T, Zeitouni A, Colmegna I. Autoimmune sensorineural hearing loss: the otology-rheumatology interface, Rheumatology (Oxford). 2013 May;52(5):780-9. doi: 10.1093/rheumatology/ket009. Epub 2013 Feb 21. PMID: 23436581. |
| Modica CM, et al. Hearing Loss and Irritability Reporting Without Vestibular Differences in Explosive Breaching Professionals. Front Neurol. 2020 Dec 16;11:588377. doi: 10.3389/fneur.2020.588377. eCollection 2020. PMID: 33391154. PMCID: PMC7772348. |
| Montazem A. Tinnitus as a Symptom of Instability of the Upper Cervical Spine: Operative Management. Int Tinnitus J. 2000;6(2):130-3. PMID: 14689631. |
| Mora C, Navarro JF, Garcia J, Gallego E, Macia M, et al. Autosomal dominant polycystic kidney disease associated with familial sensorineural deafness. Scan J Urol Nephrol. 1999 Feb;33(1):63-5. doi: 10.1080/003655999750016302. PMID: 10100367. |

| References |
|---|
| Murthy VA, Kalyan GK. Effects of ageing on otoacoustic emission. Indian J Otolaryngol Head Neck Surg. 2013 Dec;65(Suppl 3):477-9. doi: 10.1007/s12070-011-0349-9. Epub 2011 Nov 30. PMID: 24427700. PMCID: PMC3889341. |
| Musiek FE, Baran JA, Shinn J. Assessment and Remediation of an Auditory Processing Disorder Associated with Head Trauma. J Am Acad Audiol. 2004 Feb;15(2):117-32. doi: 10.3766/jaaa.15.2.3. PMID: 15112839. |
| National Institute on Deafness and Other Communication Disorders (NIDCD). Otosclerosis, NIH Pub. No. 13-4234. Sept. 2013. https://www.nidcd.nih.gov/health/otosclerosis. |
| National Institute of Neurological Disorders and Stroke (NINDS). Myoclonus Fact Sheet, NIH Pub. No. 21-NS-4793. March 2021. https://www.ninds.nih.gov/health-information/patient-caregiver-education/fact-sheets/myoclonus-fact-sheet. |
| National Institute for Occupational Noise Exposure (NIOSH). Occupational Noise Exposure, DHHS (NIOSH) Pub. No. 98-126. June 1998. https://www.cdc.gov/niosh/docs/98-126/pdfs/98-126.pdf?id=10.26616/NIOSHPUB98126.<br>NIOSH Pub. No. 2008-102 |
| National Organization for Rare Disorders (NORD). Misophonia. https://rarediseases.org/gard-rare-disease/misophonia/. |
| National Parks Service. Understanding sound. https://www.nps.gov/subjects/sound/understandingsound.htm. |
| National Research Council (US) Committee on Disability Determination for Individuals with Hearing Impairments; Dobie RA, Van Hemel S, editors. Hearing Loss: Determining Eligibility for Social Security Benefits. Washington (DC): National Academies Press (US); 2004. 2, Basics of Sound, the Ear, and Hearing. |
| O'Brien DC, Robinson AD, Wang N, Diaz R. Transdermal lidocaine as treatment for chronic subjective tinnitus: A pilot study. Am J Otolaryngol. May-Jun 2019;40(3):413-417. doi: 10.1016/j.amjoto.2019.03.009. Epub 2019 Mar 18. PMID: 30905472. PMCID: PMC6529810. |
| Oleksiak M, Smith BM, St Andre JR, Caughlan CM, Steiner M. Audiological issues and hearing loss among Veterans with mild traumatic brain injury. J Rehabil Res Dev. 2012;49(7):995-1004. doi: 10.1682/jrrd.2011.01.0001. PMID: 23341275. |
| Otolaryngology Specialists of North Texas. Hearing test. https://www.entkidsadults.com/audiologyhearing-loss/hearing-test/. Published April 17, 2020. |
| Packer M, Tepe V. This issue: Issues, Diagnosis, and Management of Polytraumatic TBI. Psych Annals. 2013 Jul;43:305-306. https://doi.org/10.3928/00485713-20130703-03. |
| Packer M, et al. Integrated Care for Multisensory Injury. Psych Annals. 2013 Jul;43: 334-337. https://doi.org/10.3928/00485713-20130703-09. |
| Park J-A, Suh MJ. Hazardous Alcohol Consumption and the Risk of Hearing Impairment in Adults Based on the Korean National Health and Nutrition Survey: A Retrospective Study. J Audiol Otol. 2019 Apr;23(2):63-68. doi: 10.7874/jao.2018.00241. Epub 2019 Feb 8. PMID: 30727720; PMCID: PMC6468280. |
| Penn Medicine. Pulsatile Tinnitus. https://www.pennmedicine.org/for-patients-and-visitors/patient-information/conditions-treated-a-to-z/pulsatile-tinnitus. |
| Psillas G, Dimas GG, et al. Audiological Patterns in Patients with Autoimmune Hearing Loss. Audiol Neurootol. 2021 Sep 10;1-10. doi: 10.1159/000518694. PMID: 34518471. |
| Ralli M, Altissimi G, et al. Somatic Modulation of Tinnitus: A Review and Some Open Questions. Otolaryngol Open J. 2016;2(4):111-114. doi: 10.17140/OTLOJ-2-125. |

| References |
|---|
| Ralli M, Greco A, Turchetta R, Altissimi G, de Vincentis M, Cianfrone G. Somatosensory tinnitus: Current evidence and future perspectives. J Int Med Res. 2017 Jun;45(3):933-947. doi: 10.1177/0300060517707673. Epub 2017 May 28. PMID: 28553764. PMCID: PMC5536427. |
| Robinson S. Antidepressants for treatment of tinnitus. Prog Brain Res. 2007;166:263-71. doi: 10.1016/S0079-6123(07)66024-5. PMID: 17956790. |
| Roozenbeek B, Maas AIR, Menon, DK. Changing patterns in the epidemiology of traumatic brain injury. Nat Rev Neurol. 2013 Apr;9(4):231-6. doi: 10.1038/nrneurol.2013.22. Epub 2013 Feb 26. PMID: 23443846. |
| Schaette R, McAlpine D. Tinnitus with a Normal Audiogram: Physiological Evidence for Hidden Hearing Loss and Computational Model. J Neurosci. 2011 Sep 21;31(38):13452-7. doi: 10.1523/JNEUROSCI.2156-11.2011. PMID: 21940438. PMCID: PMC6623281. |
| Scholes MA, Ramakrishnan VR. *Ent Secrets*. Philadelphia: Elsevier (2016). |
| Schubert CR, Paulsen AJ, Nondahl DM, Dalton DS, Fischer ME. Association Between Cystatin C and 20-Year Cumulative Incidence of Hearing Impairment in the Epidemiology of Hearing Loss Study. JAMA Otolaryngol Head Neck Surg. 2018 Jun 1;144(6):469-474. doi: 10.1001/jamaoto.2018.0041. PMID: 29710267; PMCID: PMC6014887. |
| Schwartz SR, et al. Clinical Practice Guideline (Update): Earwax (Cerumen Impaction). Otolaryngol Head Neck Surg. 2017 Jan;156(1_suppl):S1-S29. doi: 10.1177/0194599816671491. PMID: 28045591. |
| Shi L, Zhao R, et al. A Review of the Neurobiological Mechanisms that Distinguish Between Loudness Recruitment and Hyperacusis. Med Sci Monit. 2022;28: e936373–1–e936373–6. doi: 10.12659/MSM.936373. PMID: 35396343. PMCID: PMC9006468. |
| Shih C-P, Lin H-C, Chung C-H, Hsiao P-J, Wang C-H, Lee J-C, et al. Increased risk of tinnitus in patients with chronic kidney disease: A nationwide, population-based cohort study. PLoS ONE 2017 Aug 15;12(8):e0183192. doi: 10.1371/journal.pone.0183192. PMID: 28813508; PMCID: PMC5557597. |
| Shore S, Zhou J, Koehler S. Neural mechanisms underlying somatic tinnitus. Prog Brain Res. 2007;166:107-23. doi: 10.1016/S0079-6123(07)66010-5. PMID: 17956776. PMCID: PMC2566901. |
| Shore SE, Koehler S, et al. Dorsal cochlear nucleus responses to somatosensory stimulation are enhanced after noise-induced hearing loss. Eur J Neurosci. 2008 Jan;27(1):155-68. doi: 10.1111/j.1460-9568.2007.05983.x. PMID: 18184319. PMCID: PMC2614620. |
| Smith ES, Riechelmann H. Cumulative lifelong alcohol consumption alters auditory brainstem potentials. Alcohol Clin Exp Res. 2004 Mar;28(3):508-15. doi: 10.1097/01.alc.0000117870.11317.92. PMID: 15084909. |
| Stanford Children's Health - Lucile Packard Children's Hospital Stanford. Anatomy and Physiology of the Ear. https://www.stanfordchildrens.org/en/topic/default?id=anatomy-and-physiology-of-the-ear-90-P02025. |
| Sullivan KA, et al. Resilience and Other Possible Outcomes After Mild Traumatic Brain Injury: a Systematic Review. Neuropsychol Rev. 2016 Jun;26(2):173-85. doi: 10.1007/s11065-016-9317-1. Epub 2016 May 6. PMID: 27154289. |
| Swan AA, Nelson JT, Swiger B, Jaramillo CA, Eapen BC, et al. Prevalence of hearing loss and tinnitus in Iraq and Afghanistan Veterans: A Chronic Effects of Neurotrauma Consortium study. Hear Res. 2017 Jun;349:4-12. doi: 10.1016/j.heares.2017.01.013. Epub 2017 Jan 31. PMID: 28153668. |

| References |
|---|
| Tan CM, Lecluyse W, McFerran D, Meddis R. Tinnitus and patterns of hearing loss. J Assoc Res Otolaryngol. 2013 Apr;14(2):275-82. doi: 10.1007/s10162-013-0371-6. Epub 2013 Jan 18. PMID: 23328862. PMCID: PMC3660910. |
| Tinnitus Retraining Therapy Trial Research Group; Scherer RW, Formby C. Effect of Tinnitus Retraining Therapy vs Standard of Care on Tinnitus-Related Quality of Life: A Randomized Clinical Trial. JAMA Otolaryngol Head Neck Surg. 2019 Jul 1;145(7):597-608. doi: 10.1001/jamaoto.2019.0821. PMID: 31120533. PMCID: PMC6547112. |
| Uchida Y, et al. The effects of aging on distortion-product otoacoustic emissions in adults with normal hearing. Ear Hear. 2008 Apr;29(2):176-84. doi: 10.1097/aud.0b013e3181634eb8. PMID: 18595184. |
| Vambutas A. Editorial: Autoimmune Hearing Loss. Hearing Journal. 2017 Aug.;70(8):6. doi: 10.1097/01.HJ.0000524319.11517.72. |
| Wang T-C, Chang T-Y, Tyler R, Lin Y-J, Liang W-M, et al. Noise Induced Hearing Loss and Tinnitus-New Research Developments and Remaining Gaps in Disease Assessment, Treatment, and Prevention. Brain Sci. 2020 Oct 13;10(10):732. doi: 10.3390/brainsci10100732. PMID: 33066210. PMCID: PMC7602100. |
| Young A, Comejo J, Spinner A. Auditory Brainstem Response. Auditory Brainstem Response. [Updated 2022 Feb 16]. In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2022 Jan-. |
| Yurgil KA, Clifford RE, Risbrough VB, Geyer MA, Huang M, Barkauskas DA, Vasterling JJ; MRS Team, Baker DG. Prospective Associations Between Traumatic Brain Injury and Postdeployment Tinnitus in Active-Duty Marines. J Head Trauma Rehabil. 2016 Jan-Feb;31(1):30-9. doi: 10.1097/HTR.0000000000000117. PMID: 25699623. |

*I reserve the right to consider any documents cited in my report that are not cited herein, any attachments to the documents cited herein, and any document considered by Plaintiffs' experts.