# EXHIBIT 25

# The Effects of Aging on Distortion-Product Otoacoustic Emissions in Adults with Normal Hearing

Yasue Uchida,[1] Fujiko Ando,[2] Hiroshi Shimokata,[2] Saiko Sugiura,[1] Hiromi Ueda,[3] and Tsutomu Nakashima[4]

*Objectives:* The focus of this study was to determine whether deterioration in cochlear function, as evaluated by distortion-product otoacoustic emission (DPOAE), exists before the elevation of audiometric thresholds occurs during the course of aging. In previous research, variability in normal audiometric thresholds likely contributed to the aging effect on OAE data. Therefore, in selecting subjects, we applied the stringent criterion in pure-tone thresholds (PTT) to limit dispersion among normal-hearing thresholds.

*Design:* We evaluated 331 subjects (136 men and 195 women) of a population-based sample of 2259 adults aged 40 to 82 yr who took part in the Longitudinal Study of Aging. We chose subjects according to the audiometric criterion that thresholds at any of five frequencies, namely 500, 1000, 2000, 4000, and 8000 Hz, did not exceed 15 dB HL. The mean age of our subjects was 48.3 ± 7.4 yr (range, 41 to 72 yr) in men and 49.6 ± 7.6 yr (range, 41 to 80 yr) in women. In a univariate analysis, analysis of variance was performed on DPOAE amplitudes and noise estimates at 22 test frequencies, as well as on the PTT. Age groups (40s, 50s, 60s, and above) were considered separately for men and women, without adjustment for any confounding variables. In a multivariate approach, general linear model analyses were performed to focus attention on the impact of age as a continuous variable, and on the influence of PTT on DPOAE levels. The multivariate analysis was conducted separately for men and women. DPOAE amplitudes at nine test frequencies were set as objective variables. Age (continuous variable), PTT at the corresponding test frequency, and interaction between age and PTT at the corresponding test frequency were evaluated as explanatory variables with adjustment for static admittance, history of ear disease (yes = 1), and history of occupational noise exposure (yes = 1).

*Results:* Of the 22 test frequencies, we found a statistically significant difference in DPOAE amplitudes among age groups at four test frequencies in men, ranging from 4761 to 6165 Hz, and at all but the 3088 Hz test frequency in women. Despite the stringent audiometric inclusion criterion, statistically significant differences in the mean PTT among the age groups were observed at 4000 Hz in men and at all five tested frequencies in women. Multivariate analyses demonstrated a significant negative effect of age on DPOAE levels at 1086 Hz f2 frequency in men and at the 1184, 2002, 2185, 4004, and 4358 Hz f2 frequencies in women. Regarding PTT, neither main nor interactive effect on DPOAE amplitude was statistically significant at any of nine test frequencies. The goodness-of-fit of the model, in terms of $R^2$, ranged from 0.05 to 0.11 in men and from 0.11 to 0.18 in women.

*Conclusions:* The present analyses substantiated the hypothesis DPOAEs deteriorate with age independently of hearing sensitivity. The aging effect on DPOAE measures was observed more in women than in men. We conclude that DPOAE measurements in audiometrical normal-hearing elderly may provide early indications of cochlear damage because of aging.

(Ear & Hearing 2008;29;176–184)

Investigations using otoacoustic emissions (OAEs) have great potential to detect cochlear impairment, especially in nonlinear mechanical functions of the outer hair cells (OHCs). The clinical utility of OAEs has been described as a noninvasive objective test to predict audiometric status (Dorn, Piskorski, Gorga, Neely, & Keefe, 1999; Gorga, et al., 2005, 1993a,b) when a behavioral audiogram is not easily obtained. Furthermore, OAEs may be a more sensitive test of cochlear function than pure-tone audiometry in indicating subclinical cochlear damage. Previous studies have demonstrated that OAE analysis can provide early warning of damage from hazardous noise exposure (Attias, et al., 1995; Hall & Lutman, 1999; LePage & Murray, 1998; Seixas, et al., 2005; Vinck, van Cauwenberge, Leroy, Corthals, 1999) or cis-platinum and aminoglycoside therapy (Biro, et al., 2006; Brown, McDowell, & Forge, 1989; Knight, Kraemer, Winter, & Neuwelt, 2007; Ress, et al., 1999). Vinck et al. found significant changes in both

Departments of [1]Otorhinolaryngology and [2]Epidemiology, National Center for Geriatrics and Gerontology, Morioka, Aichi, Japan; [3]Department of Otorhinolaryngology, Japanese Red Cross Nagoya First Hospital, Nagoya, Japan; and [4]Department of Otorhinolaryngology Cognitive and Speech Medicine, Nagoya University School of Medicine, Nagoya, Japan.

0196/0202/08/2902-0176/0 • Ear & Hearing • Copyright © 2008 by Lippincott Williams & Wilkins • Printed in the U.S.A.

transiently evoked and distortion-product OAEs (DPOAEs) during noise exposure. After studying the recovery pattern of the temporary threshold shift, as measured by the pure-tone audiogram, the authors found that neither type of emissions at the 4 kHz frequency region recovers completely to preexposure reference levels, whereas the pure-tone audiogram shows full recovery within 4 hr. OAE recording has also been useful in type 1 diabetic patients with normal audiometric hearing thresholds (Di Nardo, et al., 1998; Ottaviani, Dozio, Neglia, Riccio, & Scavini, 2002); these reports demonstrated the benefit of OAEs in identifying early cochlear damage in diabetes.

Presbycusis begins with audiometric pure-tone threshold (PTT) deterioration, with high frequencies affected before low frequencies. Age-related hearing deficits in humans have usually been attributed to changes in the cochlea, including loss of sensory cells, atrophy of stria vascularis, and loss of spiral ganglion cells. Thus, most changes in hearing function connected with aging may be considered a reflection of cochlear pathology. The loss of OHCs is always more pronounced than the loss of inner hair cells (Soucek & Michaels, 1990; Willott, 1991). Good correspondence between OHC loss and DPOAE changes has been reported (Hamernik & Qiu, 2000; Hofstetter, Ding, Powers, & Salvi, 1997), although numbers of damaged or lost OHCs in the cochlea and the reduction in DPOAE levels have not always been well-correlated (Davis, Qiu, & Hamernik, 2004; Emmerich, Richter, Reinhold, Linss, & Linss, 2000).

Various studies have been performed to assess the effect of age on OAEs, but overall results have been inconsistent. Some researchers found a significant age effect (Lonsbury-Martin, Cutler, & Martin, 1991; O-Uchi, et al., 1994; Satoh, Kanzaki, O-Uchi, & Yoshihara, 1998), whereas others did not (Prieve & Falter, 1995; Stover & Norton, 1993; Strouse, Ochs, & Hall, 1996). These incompatible findings may be due to the methodological differences in how researchers accounted for the degree of hearing loss measured by audiometric tests. Investigators have attempted to control for the confounding effects of peripheral hearing loss by means of individual study design. Lonsbury-Martin et al. reported that DPOAE magnitude decreased steadily with age in their measurements in 60 ears from 30 adults aged between 31 and 60 yr. Although they mentioned that their subjects had clinically normal hearing, and that elevations in hearing level in the older group were not >30 dB HL, a less stringent hearing-level criterion was applied to the oldest group than to the younger groups. Stover and Norton measured spontaneous, click-evoked, tone-burst-evoked, stimulus frequency, and distortion-product OAEs in 42 subjects ranging in age from 20 to 80 yr with hearing thresholds better than 25 dB HL for frequencies from 250 to 4000 Hz. Using an analysis of covariance, they found that there were no age effects independent of hearing sensitivity on any type of OAE measurements. The authors stated that even though there were significant differences on OAE measurements between age groups, the effect of increasing age was confounded by the effect of decreasing hearing sensitivity. Strouse et al. (1996) emphasized that the variability in normal audiometric thresholds defined in the previous research had likely contributed to the age effect. They showed no significant differences in DPOAE amplitude or noise level between age groups when all subjects had 15 dB HL or better thresholds from 250 through 8000 Hz, and they therefore concluded that there is no direct effect of age on DPOAE measures when the degree of peripheral hearing loss is adequately controlled. Unfortunately, the sample size in that study was rather small, 20 adults in total (2 men and 18 women) divided into four age groups representing the following age ranges: 20 to 29 yr, 50 to 59 yr, 60 to 69 yr, and 70 to 79 yr, with five subjects in each group. It may have been difficult to recruit a sufficient number of aged subjects meeting their stringent selection criteria for audiometric status. Other investigators have proposed distinct original methodologies. Dorn, Piskorski, Keefe, Neely, and Gorga (1998) analyzed respective and interactive effects of age/threshold/frequency on DPOAEs using unique subject-selection criteria. One group of "normal-hearing" subjects was created by applying a less stringent inclusion criteria and then taking data only at the particular frequencies for which audiometric thresholds were 20 dB HL or better, without regard to sensitivity at other frequencies. For data to be included in the more stringently defined group of normal-hearing subjects, audiometric thresholds had to be 20 dB HL or better at all octave and half-octave frequencies from 250 to 8000 Hz. Although significant main effects were found for age, threshold, and frequency in the subject group with a less stringent criterion, any main effects of those variables were not significant in the group with a more stringent criterion. A significant age-by-frequency interaction was observed in both subject groups, but the age-by-threshold interaction was not significant. The authors concluded the lack of a significant age-by-threshold interaction indicated that there might be processes intrinsic to aging alone acting on DPOAE generation. Cilento, Norton, and Gates (2003) used another methodological approach to control for the confounding effect of hearing sensitivity. Although they did not use rigorous criteria for audiometric thresholds, DPOAE ampli-

tude was evaluated as the dependent variable using multivariate linear regression with two independent (predictor) variables of age and PTT. Unlike Dorn et al., who did not distinguish between the sexes, Cilento et al. performed their analysis on men and women separately. Their data revealed that women lost DPOAE amplitude because of both age and hearing threshold loss, and that men lost more DPOAE amplitude than women. The loss shown in men was proportional to the degree of loss of hearing threshold sensitivity. Stenklev and Laukli (2003) reported a comparison in transient-evoked OAEs between 45 normal-hearing elderly subjects and a control group of 20 normal-hearing young adults. The elderly had significantly lower mean overall response levels and lower mean overall wave reproducibility than the control group. In contrast, the pure-tone average was significantly higher in the elderly than in the controls. When the effects of age on overall wave reproducibility and overall response level were reassessed with a multivariate general linear model (GLM) for analysis of covariance using pure-tone average as a covariate, the significant effects of age on the two parameters (overall wave reproducibility and overall response level) were cancelled.

It remains controversial whether a decrease in OAE response in the elderly is to be regarded as age-dependent, or rather as exclusively because of the threshold deterioration in pure-tone audiometry. To obtain frequency-specific information of cochlear status and to evaluate the aging effect in isolation from the audiometric thresholds at the corresponding frequencies, DPOAEs testing is a highly useful tool.

The objective of the present study is to assess the effects of aging on cochlea function in normal-hearing subjects from a population-based cohort. To isolate the impact of age on the DPOAE response, an adjustment for potential confounding factors, especially audiometric thresholds, was performed. Most of the previous studies related to aging effects on DPOAE measures were obtained from clinical populations. In terms of subject selection, a large cohort is favorable for recruitment of normal-hearing elderly. From the features of population-based cohort study, the outcome of the analyses would offer an advantage in its external validity.

## MATERIALS AND METHODS

### Subjects

The present study was conducted as part of the comprehensive "Longitudinal Study of Aging (NILS-LSA)" conducted by the National Institute for Longevity Sciences. The study consists of measurements of visual and auditory function, blood chemical analysis, body composition and anthropometry, physical function, nutritional analysis, and psychological tests (Uchida, Nakashima, Ando, Niino, & Shimokata, 2005). The NILS-LSA is a population-based study of a cohort of 2,000 people, with a 2-yr follow-up. All procedures for the study were reviewed by the Ethical Committee of the National Center for Geriatrics and Gerontology, and written informed consent was obtained from all participants. The first-wave examination started in November 1997, and DPOAE measurements were added from the second wave. Data obtained in the second-wave were analyzed cross-sectionally. Participants were 2259 adults aged 40 to 82 yr who took part in the NILS-LSA between May 2000 and May 2002, and the audiometric selection procedure described below was performed to create the present study population.

Participants filled out detailed questionnaires before the examination visit. The questionnaires consisted of more than 130 question items designed to obtain demographic characteristics, personal history, family history, lifestyle habits, and various medical problems. Histories of ear disease and occupational noise exposure were obtained in the self-reported account. Participants who reported either suffering from any ear disease at any time in their life or uncertainty about whether they had suffered from an ear disease were grouped together. History of ear disease (HED) was added as a binary variable (yes = 1, no = 0). Occupational noise was defined in our questionnaires as background noise in a work environment during which the worker could not hold a conversation in a normal voice. Former and current noise exposures were combined, and history of occupational noise (HON) exposure was taken as another binary variable (yes = 1, no = 0).

Using the inclusion criteria of audiometric thresholds and DPOAE amplitudes explained below, with valid responses to tympanometric measurements and the given self-reported questions, 331 subjects were selected for the present analysis (Table 1). Subjects were divided into three age groups (40 to 49, 50 to 59, and 60+) in a univariate analysis using analysis of variance (ANOVA).

TABLE 1. Number of subjects by gender and age group

|        | 40–49 yr | 50–59 yr | 60 yr– | Total |
|--------|----------|----------|--------|-------|
| Male   | 90       | 32       | 14     | 136   |
| Female | 113      | 61       | 21     | 195   |
|        | 203      | 93       | 35     | 331   |

**Auditory Test Procedures**

Air-conduction PTT at octave intervals from 125 to 8000 Hz were obtained using a test method recommended by the Japan Audiological Society (*Audiology Japan*, 1990), using a diagnostic audiometer (AA-73A, RION, Tokyo) calibrated according to Japanese Industrial Standards (T 1201). The criterion that thresholds at any of five frequencies (500, 1000, 2000, 4000, and 8000 Hz) did not exceed 15 dB HL was used to select the subjects.

The tympanometric study was assessed with a middle-ear analyzer (Grason-Stadler Model 33, Version 2; Lucas Grason-Stadler, Inc. Milford, NH). The first measurement of the test battery was tympanometry performed at a probe tone frequency of 226 Hz. Admittance was calculated and shown by an equivalent volume of air in milliliters. Static admittance (SA) compensated at +200 daPa was taken as variable. The second measurement was a series of multiple frequency tests. The procedure of this test battery in identifying the resonance frequency of the middle ear has been described elsewhere (Uchida, et al., 2006). The SA and resonance frequency were taken as variables representing middle-ear function. In this study, we use SA as a confounding factor representing middle-ear function, because SA was comparatively better-fitting than resonance frequency in simple regression analysis when DPOAE amplitude was plotted against these two middle-ear-related variables.

DPOAEs were measured using an Otodynamic Analyser ILO 292 Version 5 (Otodynamics Ltd.). The stimulus intensities for both $f_1$ and $f_2$ were 70 dB SPL. The $f_2/f_1$ ratio was set at 1.22 and $2f_1-f_2$ was recorded in 8 points/octave over a frequency range of $f_2$ that extended from 1001 to 6165 Hz. In this manner, 22 points in total were measured. The absolute DPOAE amplitude was used as a variable during all of the analysis procedures. Noise estimates were based on two standard deviations above the mean noise floor. Ears were included only if all of the DPOAE amplitudes at 22 points were greater than $-20$ dB SPL; thus, the number of the ears analyzed was the same across all test frequencies. The 22 points were used for ANOVA by age group. Six points at which the geometric means of $f_1$ and $f_2$ were close to 1000, 2000, and 4000 Hz (Table 2), and three points at which $f_2$ was close to 1000, 2000, and 4000 Hz were selected for the GLM analysis. Because of the limited test time, DPOAEs measurement was performed for only one ear of each subject. The ear with relatively better PTT throughout was selected as the test ear.

TABLE 2. The geometric mean of $f_1$ and $f_2$

|               | $f_1$ | $f_2$ | Geometric mean |
|---------------|------|------|----------------|
| Around 1 kHz  | 891  | 1086 | 983.7          |
|               | 977  | 1184 | 1075.5         |
| Around 2 kHz  | 1794 | 2185 | 1979.9         |
|               | 1953 | 2380 | 2156.0         |
| Around 4 kHz  | 3577 | 4358 | 3948.2         |
|               | 3894 | 4761 | 4305.7         |

**Statistical Analysis**

Statistical analyses were conducted using the Statistical Analysis System Version 8.2 (*SAS Procedures Guide*, 2000). As a univariate analysis, ANOVAs were performed on DPOAE amplitudes and noise estimates at respective frequencies. For the PTT across age groups, ANOVA was performed using the GLM procedure separately for men and women without adjustment for any of the confounding variables. DPOAE amplitudes and noise estimates were analyzed at 22 test frequencies.

Next, in the multivariate approach, GLM analyses were performed to focus attention on the impact of age as a continuous variable, and of PTT on DPOAE levels, separately for men and women. DPOAE amplitudes at nine test frequencies were set as objective variables. Age (continuous variable), PTT at the corresponding test frequency, and interaction between age and PTT at the corresponding test frequency were evaluated as explanatory variables, with adjustment for SA, HED (yes = 1), and HON (yes = 1). For adequate control of the degree of peripheral hearing loss, methodological considerations regarding the corresponding audiometric frequencies to certain DPOAEs had to be given to use the audiometric thresholds as a variable to explain the DPOAEs data. Although the most frequently measured and most robust DPOAE in humans occur at a frequency of $2f_1-f_2$, locating the cochlea that the DPOAE arises from is not straightforward. Whereas the source of DPOAE has been said to lie near the location tuned to $f_2$ (Allen & Fahey, 1992; Martin, Lonsbury-Martin, Probst, Scheinin, & Coats, 1987; Martin, Ohlms, Franklin, Harris, & Lonsbury-Martin, 1990), the geometric-mean frequency of $f_1$ and $f_2$ in DPOAE measurements is also used to represent the region of the cochlea to be assessed (Gelfand, 2001; Hall, Baer, Chase, & Schwaber, 1994; Johansson & Arlinger, 2003; Lonsbury-Martin, Whitehead, & Martin, 1991). Shaffer et al. (2003) mentioned that multiple sources of emissions complicate simple correlations between audiometric test frequencies and OAE frequencies. According to a description in the recent publication, current thinking concerning which frequency most accurately reflects the $2f_1-f_2$ generation site is that the relationship is

likely to be level dependent, with lower-level primary tones (e.g., L1 = 65, L2 = 55 dB SPL) best activating the frequency region nearest to f2, and higher-level primaries (e.g., L1 = L2 = 75 dB SPL) optimally stimulating the geometric-mean region (Lonsbury-Martin & Martin, 2007). After taking these earlier results into consideration, the present assessment of DPOAEs data was analyzed regarding the audiometric test frequencies 1000, 2000, and 4000 Hz as being related to both f2 and the geometric center frequencies of f1 and f2.

## RESULTS

The gender and age distributions of the subjects are shown in Table 3. The subjects included 136 men and 195 women. The profiles of the subjects, concerning age and tympanometric measurements, are presented in Table 3.

Figure 1 displays the mean amplitudes of DPOAEs across the f2 test frequencies for men and women, categorized by age groups. The results of ANOVA among age groups examined using the GLM procedure were marked not significant or with asterisks. Of the 22 test frequencies, significant differences among age groups were found at only four test frequencies from 4761 to 6165 Hz in men, and at all but the 3088 Hz test frequencies in women. Although not shown in Figure 1, no statistically significant differences in noise levels among age groups were observed at any of the test frequencies.

The mean PTT at 500 to 8000 Hz are classified by gender and age group (Table 4). Despite the stringent audiometric inclusion criterion, statistically significant differences in the mean thresholds among the age groups were observed at 4000 Hz in men and at all five frequencies in women.

A comparative display of the effects of explanatory variables on DPOAEs from the results of the GLM procedure are presented in Table 5. A significant negative effect of age on DPOAE levels was observed at 1086 Hz f2 frequency in men and at the 1184, 2002, 2185, 4004, and 4358 Hz f2 frequencies in women. Regarding PTT, neither main nor interactive effects on DPOAE amplitude were statistically significant at any of nine test frequencies. The goodness-of-fit of the model, in terms of $R^2$, is shown in the second column. The $R^2$, the coefficient of determination, ranged from 0.05 to 0.11 in men and from 0.11 to 0.18 in women. The highest $R^2$ was 0.18 at the 4358 and 4761 Hz f2 frequencies in women.

## DISCUSSION

The focus of this study was to determine whether there exist OHCs that functionally aged before any audiometric thresholds elevation appeared. In general, as audiometric thresholds become poorer, the magnitude of the DPOAE response decreases. With increase in age, audiometric thresholds become poorer. From this respect, there can exist multicollinearity between age and PTT on the DPOAE response. Aforementioned Cilento et al. (2003) did not use rigorous criteria for audiometric thresholds. Their data revealed that women lost DPOAE amplitude because of both age and hearing threshold loss, and that men lost more DPOAE amplitude than women, and that the loss shown in men was proportional to the degree of loss of hearing threshold sensitivity. Their results can be explained by thinking that the effect of PTT on DPOAE amplitude is so large as to overwhelm the effect of age, especially in men, when any audiometric criteria are not applied. Therefore, the present study was carefully designed to preserve the impact of age on the DPOAE response from obscuration because of multicollinearity problem by taking the stringent criterion in PTT.

The first observation was obtained from univariate analysis. Statistically significant differences among age groups in ANOVAs were found in DPOAE amplitudes at 4 of the 22 test frequencies in men, and 21 of the 22 test frequencies in women. However, statistically significant differences were also found in audiometric thresholds among the age groups. The superficial effect of age on DPOAE measures presented in Figure 1 could be derived from the difference in the degree of peripheral hearing acuity, as has been debated among investigators

TABLE 3. Characteristics of the subjects by gender

|  | Male (N = 136) | | | | Female (N = 195) | | | |
|---|---|---|---|---|---|---|---|---|
|  | Yes | | No | | Yes | | No | |
| HED | 30 (22%) | | 106 (78%) | | 66 (34%) | | 129 (66%) | |
| HON | 31 (23%) | | 105 (77%) | | 22 (11%) | | 173 (89%) | |
|  | Mean | SD | Minimum | Maximum | Mean | SD | Minimum | Maximum |
| Age (yr) | 48.3 | 7.4 | 41 | 72 | 49.6 | 7.6 | 41 | 80 |
| SA (mL) | 0.72 | 0.45 | 0.1 | 2.9 | 0.60 | 0.36 | 0.2 | 2.6 |
| RF (Hz) | 809.5 | 189.5 | 350 | 1500 | 876.2 | 214.2 | 300 | 1550 |

HED, History of ear disease; HON, History of occupational noise exposure; SA, Static admittance; RF, Resonance frequency.



Fig. 1. Mean amplitudes of DPOAEs across the f2 test frequencies for men and women by age groups. Error bar shows the standard error of the mean. Asterisks and NS show the results of ANOVA (NS, not significant, *$p < 0.05$, **$p < 0.01$, ***$p < 0.001$).

in this field (Stover & Norton, 1993; Strouse, et al., 1996). For further analysis to assess the effect of age on DPOAEs separately from the audiometric threshold elevation, a multivariate approach was performed in which age and corresponding auditory thresholds were treated evenly as explanatory variables, and in which age-by-PTT interaction was included in the model.

As is suspected from the initial observation in the current subjects, it is conceivable that multicollinearity could be still present between age and PTT, even after the stringent criterion in PTT has been applied. However, the relationship between DPOAEs data and hearing sensitivity were not significant at any frequencies analyzed in the multivariate approach. The main effect of PTT on DPOAE levels must be canceled by age and age-by-PTT in the second observation. A relationship between DPOAEs data and age was observed at multiple frequencies, especially in women. Older age was significantly associated with lower DPOAEs data, after adjustment for several potential confounding variables. In addition, no significant effects of age-by-PTT interaction were observed at any of test frequencies. The results indicate that the effect of age on DPOAE measures presents itself independently from peripheral hearing loss estimated by audiometry. This finding is consistent with observations of Dorn et al. (1998). The results of the present study could represent evidence of latent functional decline of OHCs in the aging ear. A reduction in the generation of OAEs with aging could reflect progressive OHC damage associated with the aging process. It is known that OHCs are particularly vulnerable to ototoxic insult; damage to them occurs before damage occurs to the other sensory cells of the ear,

TABLE 4. Mean and standard error of audiometric thresholds by gender and age groups

| | 500 Hz | | 1000 Hz | | 2000 Hz | | 4000 Hz | | 8000 Hz | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Mean | SE | Mean | SE | Mean | SE | Mean | SE | Mean | SE |
| Male | | | | | | | | | | |
| 40–49 yr | 8.8 | 0.4 | 6.6 | 0.4 | 8.2 | 0.5 | 7.2 | 0.5 | 9.3 | 0.5 |
| 50–59 yr | 9.5 | 0.7 | 6.4 | 0.7 | 9.7 | 0.8 | 10.0 | 0.7 | 10.5 | 0.9 |
| 60 yr– | 9.6 | 1.1 | 5.7 | 1.1 | 10.4 | 1.2 | 9.6 | 1.2 | 11.4 | 1.3 |
| ANOVA | NS | | NS | | NS | | $p < 0.01$ | | NS | |
| Female | | | | | | | | | | |
| 40–49 yr | 8.9 | 0.4 | 5.3 | 0.4 | 7.2 | 0.4 | 5.9 | 0.4 | 8.9 | 0.4 |
| 50–59 yr | 9.1 | 0.5 | 5.2 | 0.5 | 8.0 | 0.5 | 6.8 | 0.6 | 9.4 | 0.6 |
| 60 yr– | 11.7 | 0.9 | 8.6 | 0.9 | 9.8 | 0.9 | 8.6 | 1.0 | 11.7 | 1.0 |
| ANOVA | $p < 0.05$ | | $p < 0.01$ | | $p < 0.05$ | | $p < 0.05$ | | $p < 0.05$ | |

The results from ANOVA are shown below the lowest row.

the inner hair cells (Gorga, et al., 2005). Thus, OAEs measurements in normal-hearing elderly as defined by PTT may have the potential to provide early indications of presbycusis.

With respect to DPOAE test frequencies, a significant negative effect of age on DPOAE levels was observed at 1086 Hz f2 frequency in men and at the 1184, 2002, 2185, 4004, and 4358 Hz f2 frequencies in women. Because the number of the ears analyzed was the same across the test frequencies, the absolute value of partial regression coefficients of age could be compared across frequencies. This comparison reveals that the partial regression coefficient of age does not always rise at higher frequency. Dorn

TABLE 5. The results from GLM analyses of absolute DPOAE amplitudes

| Male | | | | | | | |
|---|---|---|---|---|---|---|---|
| f2 (Hz) | $R^2$ | Age | $p$ | PTT at 1000 Hz | $p$ | Age × PTT at 1000 Hz | $p$ |
| 1001 | 0.05 | — | NS | — | NS | — | NS |
| 1086 | 0.05 | −0.30 | <0.05 | — | NS | — | NS |
| 1184 | 0.05 | — | NS | — | NS | — | NS |
| f2 (Hz) | $R^2$ | Age | $p$ | PTT at 2000 Hz | $p$ | Age × PTT at 2000 Hz | $p$ |
| 2002 | 0.08 | — | NS | — | NS | — | NS |
| 2185 | 0.10 | — | NS | — | NS | — | NS |
| 2380 | 0.11 | — | NS | — | NS | — | NS |
| f2 (Hz) | $R^2$ | Age | $p$ | PTT at 4000 Hz | $p$ | Age × PTT at 4000 Hz | $p$ |
| 4004 | 0.11 | — | NS | — | NS | — | NS |
| 4358 | 0.09 | — | NS | — | NS | — | NS |
| 4761 | 0.08 | — | NS | — | NS | — | NS |
| Female | | | | | | | |
| f2 (Hz) | $R^2$ | Age | $p$ | PTT at 1000 Hz | $p$ | Age × PTT at 1000 Hz | $p$ |
| 1001 | 0.12 | — | NS | — | NS | — | NS |
| 1086 | 0.13 | — | NS | — | NS | — | NS |
| 1184 | 0.12 | −0.22 | <0.05 | — | NS | — | NS |
| f2 (Hz) | $R^2$ | Age | $p$ | PTT at 2000 Hz | $p$ | Age × PTT at 2000 Hz | $p$ |
| 2002 | 0.11 | −0.35 | <0.01 | — | NS | — | NS |
| 2185 | 0.12 | −0.36 | <0.05 | — | NS | — | NS |
| 2380 | 0.16 | — | NS | — | NS | — | NS |
| f2 (Hz) | $R^2$ | Age | $p$ | PTT at 4000 Hz | $p$ | Age × PTT at 4000 Hz | $p$ |
| 4004 | 0.13 | −0.30 | <0.01 | — | NS | — | NS |
| 4358 | 0.18 | −0.33 | <0.01 | — | NS | — | NS |
| 4761 | 0.18 | — | NS | — | NS | — | NS |

Significant partial regression coefficients of the explanatory variables and $R^2$ are shown.
Objective variables: Absolute DPOAE amplitudes at respective f2 frequencies.
Explanatory variables: Age, PTT at the corresponding test frequency, Age × PTT at the corresponding test frequency.
Moderator variables: SA, HED (yes = 1), HON (yes = 1).
NS, not significant; PTT, Pure-tone threshold; SA, Static admittance; HED, History of ear disease; HON, History of occupational noise exposure.

et al. (1998) reported a significant age-by-frequency interaction, and that the magnitude of decrease in the DPOAE amplitude across age at higher frequencies (6000 and 8000 Hz) was larger than at any other lower frequency. The finding that higher frequency DPOAEs responses have a larger impact on subject age has been reported in other studies (Lonsbury-Martin, et al., 1991); it was not apparent in the current study, however.

The limitations of the present analyses were expressed in low values of the coefficient of determination throughout the DPOAE test frequencies. Five independent variables (age, PTT at the corresponding test frequency, SA, HED, and HON) were adopted in our GLM model to predict or adjust the objective variable, which was DPOAE amplitude. However, the highest $R^2$ was only 0.18. The current analyses focus in particular on the relationship between aging and DPOAE measures; therefore, a variable selection method such as a stepwise procedure was not used to avoid dropout of variables that are less influential to the model but still theoretically meaningful. Because DPOAEs are a compound phenomenon that can be used to assess the physiological and biophysical activity of the hearing system indirectly, further investigation is necessary to determine the best combination of factors to explain the DPOAE levels in ears with audiometric normal thresholds.

In the present study, the aging effect on DPOAE measures was observed more in women than in men. Although there is no literature to mention gender difference in the aging effect on DPOAEs in normal-hearing adults, one potential explanation is that the variables that affect DPOAE levels besides those adopted in the present analysis might play a more prominent role in men than in women. As was mentioned in the Introduction section, measurement of OAEs could identify subjects with decreasing cochlear function, which may precede hearing loss at an earlier stage. It is our hypothesis that there may be difference between genders in hazardous factors (e.g., extent of noise exposure, ototoxic drugs intake, or medical background such as diabetes), and that these more predominant contributors may mask the effect of age in men. Some investigators reported gender-related differences in DPOAE responses (Bowman, Brown, & Kimberley, 2000; Cacace, McClelland, Weiner, & McFarland, 1996; Dunckley & Dreisbach, 2004). Although it is speculated that increased prevalence of spontaneous OAEs in women or suppressive effects of androgens on OAE generators (McFadden, Pasanen & Callaway, 1998) may have an influence on the gender-related differences in DPOAE responses, there is no currently widespread agreement regarding these theories.

The distinguishing characteristic of the current analysis is the study population. The NILS-LSA is a community-dwelling population-based longitudinal study with a 2-year follow-up. In contrast, most previous observations related to aging effects on DPOAE measures were obtained from clinical populations. It is promising that the results from the current analyses have substantiated the previous clinical-based finding. Our next goal will be to follow the aging process evaluated by DPOAE measures, and to assess whether deterioration of DPOAEs will accurately predict worsening of PTT.

## Acknowledgements

This study was supported by a Grant-in-Aid for Comprehensive Research on Aging and Health, from the Ministry of Health, Labor and Welfare of Japan.

Address for correspondence: Yasue Uchida, Department of Otorhinolaryngology, National Center for Geriatrics and Gerontology, 36-3 Gengo, Morioka, Obu, Aichi 474-8511, Japan. E-mail: yasueu@ncgg.go.jp.

Received November 14, 2006; accepted August 14, 2007.

## References

Allen, J. B., & Fahey, P. F. (1992). Using acoustic distortion products to measure the cochlear amplifier gain on the basilar membrane. *The Journal of the Acoustical Society of America*, 92, 178–188.

Attias, J., Furst, M., Furman, V., Reshef, I., Horowitz, G., & Bresloff, I. (1995). Noise-induced otoacoustic emission loss with or without hearing loss. *Ear and Hearing*, 16, 612–618.

*Audiology Japan*, 33 (1990) 792–806 (in Japanese).

Biro, K., Noszek, L., Prekopp, P., Nagyivanyi, K., Geczi, L., Gaudi, I., et al. (2006). Characteristics and risk factors of cisplatin-induced ototoxicity in testicular cancer patients detected by distortion product otoacoustic emission. *Oncology*, 70, 177–184.

Bowman, D. M., Brown, D. K., & Kimberley, B. P. (2000). An examination of gender differences in DPOAE phase delay measurements in normal-hearing human adults. *Hearing Research*, 142, 1–11.

Brown, A. M., McDowell, B., & Forge, A. (1989). Acoustic distortion products can be used to monitor the effects of chronic gentamicin treatment. *Hearing Research*, 42, 143–156.

Cacace, A. T., McClelland, W. A., Weiner, J., & McFarland, D. J. (1996). Individual differences and the reliability of 2F1–F2 distortion-product otoacoustic emissions: effects of time-of-day, stimulus variables, and gender. *Journal of Speech and Hearing Research*, 39, 1138–1148.

Cilento, B. W., Norton, S. J., & Gates, G. A. (2003). The effects of aging and hearing loss on distortion product otoacoustic emissions. *Otolaryngology - Head and Neck Surgery*, 129, 382–389.

Davis, B., Qiu, W., & Hamernik, R. P. (2004). The use of distortion product otoacoustic emissions in the estimation of hearing and sensory cell loss in noise-damaged cochleas. *Hearing Research*, 187, 12–24.

Di Nardo, W., Ghirlanda, G., Paludetti, G., Cercone, S., Saponara, C., Del Ninno, M., et al. (1998). Distortion-product otoacoustic emissions and selective sensorineural loss in IDDM. *Diabetes Care*, 21, 1317–1321.

Dorn, P. A., Piskorski, P., Gorga, M. P., Neely, S. T., & Keefe, D. H. (1999). Predicting audiometric status from distortion product otoacoustic emissions using multivariate analyses. *Ear and Hearing*, 20, 149–163.

Dorn, P. A., Piskorski, P., Keefe, D. H., Neely, S. T., & Gorga, M. P. (1998). On the existence of an age/threshold/frequency interaction in distortion product otoacoustic emissions. *The Journal of the Acoustical Society of America*, 104, 964–971.

Dunckley, K. T., & Dreisbach, L. E. (2004). Gender effects on high frequency distortion product otoacoustic emissions in humans. *Ear and Hearing*, 25, 554–564.

Emmerich, E., Richter, F., Reinhold, U., Linss, V., & Linss, W. (2000). Effects of industrial noise exposure on distortion product otoacoustic emissions (DPOAEs) and hair cell loss of the cochlea—long term experiments in awake guinea pigs. *Hearing Research*, 148, 9–17.

Gelfand, S. A. (2001). Physiological methods in audiology. In *Essentials of audiology* (2nd ed., pp. 367–369). New York: Thieme Medical Publishers, Inc.

Gorga, M. P., Dierking, D. M., Johnson, T. A., Beauchaine, K. L., Garner, C. A., & Neely, S. T. (2005). A validation and potential clinical application of multivariate analyses of distortion-product otoacoustic emission data. *Ear and Hearing*, 26, 593–607.

Gorga, M. P., Neely, S. T., Bergman, B., Beauchaine, K. L., Kaminski, J. R., Peters, J., et al. (1993a). Otoacoustic emissions from normal-hearing and hearing-impaired subjects: distortion product responses. *The Journal of the Acoustical Society of America*, 93, 2050–2060.

Gorga, M. P., Neely, S. T., Bergman, B. M., Beauchaine, K. L., Kaminski, J. R., Peters, J., et al. (1993b). A comparison of transient-evoked and distortion product otoacoustic emissions in normal-hearing and hearing-impaired subjects. *The Journal of the Acoustical Society of America*, 94, 2639–2648.

Hall, A. J., & Lutman, M. E. (1999). Methods for early identification of noise-induced hearing loss. *Audiology*, 38, 277–280.

Hall, J. W., III, Baer, J. E., Chase, P. A., & Schwaber, M. K. (1994). Clinical application of otoacoustic emissions: what do we know about factors influencing measurement and analysis? *Otolaryngology - Head and Neck Surgery*, 110, 22–38.

Hamernik, R. P., & Qiu, W. (2000). Correlations among evoked potential thresholds, distortion product otoacoustic emissions and hair cell loss following various noise exposures in the chinchilla. *Hearing Research*, 150, 245–257.

Hofstetter, P., Ding, D., Powers, N., & Salvi, R. J. (1997). Quantitative relationship of carboplatin dose to magnitude of inner and outer hair cell loss and the reduction in distortion product otoacoustic emission amplitude in chinchillas. *Hearing Research*, 112, 199–215.

Johansson, M. S. K., & Arlinger, S. D. (2003). Otoacoustic emissions and tympanometry in a general adult population in Sweden. *International Journal of Audiology*, 42, 448–464.

Knight, K. R., Kraemer, D. F., Winter, C., & Neuwelt, E. A. (2007). Early changes in auditory function as a result of platinum chemotherapy: use of extended high-frequency audiometry and evoked distortion product otoacoustic emissions. *Journal of Clinical Oncology*, 25, 1190–1195.

LePage, E. L., & Murray, N. M. (1998). Latent cochlear damage in personal stereo users: a study based on click-evoked otoacoustic emissions. *The Medical Journal of Australia*, 169, 588–592.

Lonsbury-Martin, B. L., & Martin, G. K. (2007). Distortion-product otoacoustic emissions in populations with normal hearing sensitivity. In M. S. Robinette, & T. J. Glattke (Eds.), *Otoacoustic emissions. Clinical applications* (pp. 107–130). New York: Thieme Medical Publishers, Inc.

Lonsbury-Martin, B. L., Cutler, W. M., & Martin, G. K. (1991). Evidence for the influence of aging on distortion-product otoacoustic emissions in humans. *The Journal of the Acoustical Society of America*, 89, 1749–1759.

Lonsbury-Martin, B. L., Whitehead, M. L., & Martin, G. K. (1991). Clinical applications of otoacoustic emissions. *Journal of Speech and Hearing Research*, 34, 964–981.

Martin, G. K., Lonsbury-Martin, B. L., Probst, R., Scheinin, S. A., & Coats, A. C. (1987). Acoustic distortion products in rabbit ear canal. II. Sites of origin revealed by suppression contours and pure-tone exposures. *Hearing Research*, 28, 191–208.

Martin, G. K., Ohlms, L. A., Franklin, D. J., Harris, F. P., & Lonsbury-Martin, B. L. (1990). Distortion product emissions in humans. III. Influence of sensorineural hearing loss. *The Annals of Otology, Rhinology & Laryngology Supplement*, 147, 30–42.

McFadden, D., Pasanen, E. G., & Callaway, N. L. (1998). Changes in otoacoustic emissions in a transsexual male during treatment with estrogen. *The Journal of the Acoustical Society of America*, 104, 1555–1558.

Ottaviani, F., Dozio, N., Neglia, C. B., Riccio, S., & Scavini, M. (2002). Absence of otoacoustic emissions in insulin-dependent diabetic patients: is there evidence for diabetic cochleopathy? *Journal of Diabetes and its Complications*, 16, 338–343.

O-Uchi, T., Kanzaki, J., Satoh, Y., Yoshihara, S., Ogata, A., Inoue, Y., et al. (1994). Age-related changes in evoked otoacoustic emission in normal-hearing ears. *Acta Oto-Laryngologica Supplementum*, 514, 89–94.

Prieve, B. A., & Falter, S. R. (1995). COAEs and SSOAEs in adults with increased age. *Ear and Hearing*, 16, 521–528.

Ress, B. D., Sridhar, K. S., Balkany, T. J., Waxman, G. M., Stagner, B. B., & Lonsbury-Martin, B. L. (1999). Effects of cis-platinum chemotherapy on otoacoustic emissions: the development of an objective screening protocol. *Otolaryngology—Head and Neck Surgery*, 121, 693–701.

*SAS Procedures Guide*, Version 8. (2000). Cary, NC: SAS Institute, Inc.

Satoh, Y., Kanzaki, J., O-Uchi, T., & Yoshihara, S. (1998). Age-related changes in transiently evoked otoacoustic emissions and distortion product otoacoustic emissions in normal-hearing ears. *Auris Nasus Larynx*, 25, 121–130.

Seixas, N. S., Goldman, B., Sheppard, L., Neitzel, R., Norton, S., & Kujawa, S. G. (2005). Prospective noise induced changes to hearing among construction industry apprentices. *Occupational and Environmental Medicine*, 62, 309–317.

Shaffer, L. A., Withnell, R. H., Dhar, S., Lilly, D. J., Goodman, S. S., & Harmon, K. M. (2003). Sources and mechanisms of DPOAE generation: implications for the prediction of auditory sensitivity. *Ear and Hearing*, 24, 367–379.

Soucek, S., & Michaels, L. (1990). *Hearing Loss in the Elderly*. London: Springer-Verlag.

Stenklev, N. C., & Laukli, E. (2003). Transient evoked otoacoustic emissions in the elderly. *International Journal of Audiology*, 42, 132–139.

Stover, L., & Norton, S. J. (1993). The effects of aging on otoacoustic emissions. *The Journal of the Acoustical Society of America*, 94, 2670–2681.

Strouse, A. L., Ochs, M. T., & Hall, J. W., III. (1996). Evidence against the influence of aging on distortion-product otoacoustic emissions. *Journal of the American Academy of Audiology*, 7, 339–345.

Uchida, Y., Ando, F., Nakata, S., Ueda, H., Nakashima, T., Niino, N., et al. (2006). Distortion product otoacoustic emissions and tympanometric measurements in an adult population-based study. *Auris Nasus Larynx*, 33, 397–401.

Uchida, Y., Nakashima, T., Ando, F., Niino, N., & Shimokata, H. (2005). Is there a relevant effect of noise and smoking on hearing? A population-based aging study. *International Journal of Audiology*, 44, 86–91.

Vinck, B. M., van Cauwenberge, P. B., Leroy, L., & Corthals, P. (1999). Sensitivity of transient evoked and distortion product otoacoustic emissions to the direct effects of noise on the human cochlea. *Audiology*, 38, 44–52.

Willott, J. F. (1991). Aging and the auditory system: anatomy, physiology, and psychophysics. San Diego, CA: Sigular.