# EXHIBIT 29

# Cigarette smoking as a risk factor for bothersome tinnitus

Gregory A. Flamme[1], Kristy K. Deiters[1], Stephen M. Tasko[1],
Mark R. Stephenson[1], Christa L. Themann[2]

[1]Stephenson and Stephenson Research and Consulting
[2]National Institute for Occupational Safety and Health

The findings and conclusions in this report are those of the authors and do not necessarily represent the official position of the National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention.
Mention of any company or product does not constitute endorsement by NIOSH, CDC.

2022 National Hearing Conservation Association Conference (Online)




# Background

- **Tinnitus is common.**
- **Tinnitus has multiple risk factors, including:**
  - **Head injuries/TBI/Concussion**
  - **Noise-induced hearing shift**
  - **Ototoxicant exposure**
  - **Headaches/Migraines**
- **In most cases, tinnitus is not judged to be "bothersome".**
- **It is important to better understand tinnitus that is a "moderate" or worse problem.**



Image credit: Henry, et al., 2015




# Background

- **Longitudinal data from the National Longitudinal Study of Adolescent to Adult Health indicates**
  - **Bothersome tinnitus is not necessarily permanent**
  - **Incidence increases with age, but complaints are not permanent in the majority of cases**

- **Current status does not tell much about future prognosis**



Hoffman et al, 2021

Image credit: Henry, et al., 2015



# Background

- **Cigarette smoke contains ototoxic compounds, such as**
    - Carbon monoxide
    - Organic solvents

- **Multiple studies suggest that smoking is a risk factor for the auditory system**

- **Research question:**
    - At the population level, is smoking exposure a risk factor for moderate or worse trouble with bothersome tinnitus?



Arnold et al., 2022; Bhatt, et al, 2017; Cruickshanks et al., 1998; Rhee, et al., 2020; Sung et al., 2013; Veile et al., 2018

Image credit: Henry, et al., 2015




# Method

- **National Health and Nutrition Examination Survey (NHANES)**
  - 2005-2016 cycles, ages 20 and over
  - Complex sample analyses
    - Descriptive statistics and logistic regression
  - Audiometry and self-report data
  - Primary analysis based on participants with normal hearing and no self-reported occupational or firearm noise exposure



Image credit: U.S. National Center for Health Statistics




# Method

- **Bothersome Tinnitus was defined in this study as ringing in the ears endorsed as at least a "moderate problem"**
  - "How much of a problem is this ringing, roaring, or buzzing in your ears or head?"
    No problem, A small problem, A moderate problem, A big problem, A very big problem

- **Smoking exposure was characterized in pack-years**
  - 1 pack-year = 1 pack per day for 1 year

- **Cigarette smoking defined as Never vs quartiles of smoking**
  Never, Less than 2.15 pack-years, 2.15 to 9 pack-years, 9 to 24 pack-years, > 24 pack-years

- **Normal hearing re: Global Burden of Disease / World Health Organization**
  - better ear 4-frequency average (500, 1000, 2000, 4000 Hz) hearing level < 20 dB HL



GBD 2019 Hearing Loss Collaborators, 2021



# Method

- **Audiometry**
  - Modified Hughson-Westlake
  - TDH-39P, TDH-49 (or insert earphones when needed)

- **Participants overall**
  - Unweighted N = 13894

- **Participants in primary analysis**
  - Unweighted N = 7,082
  - Normal hearing
  - No occupational noise exposure
  - No firearm exposure



Image credit: NIOSH



# Results

- **Monotonic relationship between smoking exposure and group mean thresholds**
  - Even among people meeting criteria for normal hearing
- **Quartile cutoffs**
  - 1: < 2.15
  - 2: 2.15 to 9
  - 3: 9 to 24
  - 4: > 24



Screened sample. Unweighted N > 7059 at individual frequencies; no occupational or firearm noise exposure



# Results

- **Univariable**
  - **Overall model ($F_{4,76}=10.39$; $p < .00005$)**
  - **People with 2 to 24 pack-years of smoking exposure have 5- to 6-fold increase in their odds of moderate trouble with bothersome tinnitus.**
  - **Reduction largest pack-year category may be an artifact of the study population**
    - **Normal hearing**
    - **No occupational noise exposure**
    - **No firearm noise exposure**



# Results

- **Multivariable**
  - Overall model ($F_{13,67}$=4.11; p = .0001)
  - **Smoking**
    - Approximately a 4-fold increased odds of moderate trouble, starting at 2.15 pack-years.
  - **Hearing sensitivity**
    - Better ear 4-frequency average hearing level (per dB) OR is 1.065 (95% CI: 1.008 to 1.125) for moderate trouble.
  - **Gender**
    - Women have an odds ratio of 2.08 (95% CI: 1.15 to 3.78) for moderate trouble.
  - **Age**
    - No systematic difference in the odds of moderate trouble across 10-year age categories.



# Results

- **Sensitivity analyses**
  - **General results were robust to**
    - Lower levels of screening (e.g., including noise-exposed)
    - More stringent definitions of normal hearing
    - Current smoker vs. past (quit more than 2 years ago)
      - Current smokers: OR is around 6
      - Past smokers: OR remains around 4
  - **Effect modifier/interactions between smoking exposures and noise exposures**
    - Example: Occupational noise and smoking between 2 and 24 pack-years had similar odds ratios for moderate trouble with bothersome tinnitus.
      - Main effects: OR approximately 4.0 for both risk factors
      - Interaction effects: Attenuate OR for people having both risk factors (i.e., smoking and noise exposure)







# Discussion/Conclusions

1. Cigarette smoking is an independent risk factor for moderate trouble with bothersome tinnitus.
   - Odds ratios indicate a strong relationship
   - Among people with
     - Normal hearing,
     - No occupational noise exposure, and
     - No firearm noise exposure

2. Sensitivity analyses indicate that this is a robust relationship.

3. History of cigarette smoking should be considered a potential cause when evaluating individuals reporting moderate or worse problems with bothersome tinnitus.



# Questions

Gregory Flamme

gflamme@sasrac.com


