# EXHIBIT 33

CLINICAL RESEARCH STUDY



THE AMERICAN JOURNAL of MEDICINE ®

# Cigarette Smoking, Smoking Cessation, and Risk of Hearing Loss in Women



Brian M. Lin, MD, ScM,[a,b] Molin Wang, PhD,[b,c,d] Konstantina M. Stankovic, MD, PhD,[e,f] Roland Eavey, MD, SM,[g] Michael J. McKenna, MD,[e,f] Gary C. Curhan, MD, ScD,[b,c,f,h] Sharon G. Curhan, MD, ScM[b,f]

[a]Department of Otolaryngology-Head and Neck Surgery, Johns Hopkins University School of Medicine, Baltimore, Md; [b]Channing Division of Network Medicine, Brigham and Women's Hospital and Harvard Medical School, Boston, Mass; [c]Department of Epidemiology; [d]Department of Biostatistics, Harvard T.H. Chan School of Public Health, Boston, Mass; [e]Department of Otolaryngology−Head and Neck Surgery, Massachusetts Eye and Ear, Boston, Mass; [f]Harvard Medical School, Boston, Mass; [g]Vanderbilt Bill Wilkerson Center for Otolaryngology and Communications Sciences, Vanderbilt University School of Medicine, Nashville, Tenn; [h]Renal Division, Department of Medicine, Brigham and Women's Hospital, Boston, Mass.

## ABSTRACT

**BACKGROUND:** Previous studies demonstrated higher risk of hearing loss among cigarette smokers, but longitudinal data on whether the risk is influenced by smoking cessation are limited. We prospectively investigated relations between smoking, smoking cessation, and risk of self-reported moderate or worse hearing loss among 81,505 women in the Nurses' Health Study II (1991-2013).

**METHODS:** Information on smoking and hearing status was obtained from validated biennial questionnaires. Cox proportional hazards regression was used to estimate multivariable-adjusted relative risks (MVRR, 95% confidence interval).

**RESULTS:** During 1,533,214 person-years of follow-up, 2760 cases of hearing loss were reported. Smoking was associated with higher risk of hearing loss and the risk tended to be higher with greater number of pack-years smoked. Compared with never smokers, the MVRR (95% confidence interval) among past smokers with 20+ pack-years of smoking was 1.30 (1.09-1.55) and 1.21 (1.02-1.43) for current smokers. The magnitude of elevated risk diminished with greater time since smoking cessation. Compared with never smokers, the MVRR among smokers who quit <5 years prior was 1.43 (1.17-1.75); 5-9 years prior was 1.27 (1.03-1.56); 10-14 years prior was 1.17 (0.96-1.41); and plateaued thereafter. Additional adjustment for pack-years smoking attenuated the results.

**CONCLUSIONS:** The higher risk of hearing loss associated with smoking may diminish over time after quitting.

© 2020 Elsevier Inc. All rights reserved. • The American Journal of Medicine (2020) 133:1180−1186

**KEYWORDS:** Hearing loss; Smoking; Smoking cessation; Women

**Funding:** This work was supported by grants U01 DC010811 and UM1 CA176726 from the National Institutes of Health. The sponsors of this study had no role in design and conduct of the study; collection, management, analysis, and interpretation of the data; preparation, review, or approval of the manuscript; and decision to submit the manuscript for publication.

**Conflict of Interest:** GCC serves as a consultant to Decibel Therapeutics, AstraZeneca, Shire/Takeda, Allena Pharmaceuticals, RenalGuard, Orfan Biotech, Dicerna, and Merck. He is an employee of OM1, Inc. He receives royalties from UpToDate for being an author and section editor. SGC served as a consultant to Decibel Therapeutics. The other authors have no competing interests to declare. Ethical Approval: This study was approved by the Partners Healthcare Institutional Review Board. Completion of the self-administered questionnaire was considered implied informed consent.

**Authorship:** BML and SGC conceived and designed the study. BML, SGC, MW, RE, KMS, MJM, and GCC were involved in the analysis and interpretation of the data. BML and SGC drafted the manuscript. All of the authors had full access to all of the data in the study and take responsibility for the integrity of the data and accuracy of the data analysis. All authors critically reviewed and revised the manuscript for important intellectual content, contributed to the writing, and are in agreement with its submission.

Requests for reprints should be addressed to Brian Min-Hann Lin, MD, Department of Otolaryngology−Head and Neck Surgery, Johns Hopkins University, 601 N. Caroline St, 6th floor, Baltimore, MD 21287.

E-mail address: blin5@jhmi.edu

0002-9343/© 2020 Elsevier Inc. All rights reserved.
https://doi.org/10.1016/j.amjmed.2020.03.049

# INTRODUCTION

Recent estimates from the National Health and Nutrition Examination Survey suggest that 48 million US adults suffer from hearing loss.[1] Hearing loss may be associated with impaired communication, decreased quality of life, depression,[2-4] and cognitive decline;[5,6] thus, understanding how modifiable factors may influence risk could provide new insights into possibilities for prevention or delay of acquired hearing loss.

Lifestyle factors such as smoking have been associated with acquired hearing loss. Cigarette smoking is highly prevalent; an estimated 15% of US adults are active smokers.[7] Evidence suggests that smoking is associated with damage to the outer hair cells of the cochlea,[8] increased oxidative stress due to generation of reactive oxygen species,[9] and elevated systemic inflammatory markers.[10] Several toxins found in cigarette smoke, including toluene, benzene, and carbon monoxide, have been associated with hearing loss.[11,12] Current smoking has been shown to be associated with hearing loss in several populations,[13] but most studies have been cross-sectional. Findings from studies of the relation among past smokers, or the amount and duration of smoking, have been inconsistent.[14-20] Few studies have prospectively examined how the magnitude of the risk is influenced by smoking cessation and time since quitting.[17,21] Therefore, we prospectively investigated the relation between the amount and duration of smoking, time since smoking cessation, and risk of self-reported moderate or worse hearing loss among 81,505 women in the Nurses' Health Study II (NHS II) over a 22-year follow-up period. The large cohort size and extensive longitudinal data collection allow for a robust evaluation of the associations of cigarette smoking, smoking cessation, and risk of hearing loss.

# MATERIALS AND METHODS

## Study Participants

The Conservation of Hearing Study (CHEARS) investigates risk factors for hearing loss among participants in the NHS II, which began in 1989 when 116,430 female registered nurses ages 25-42 years completed a baseline questionnaire. Questionnaires have been administered biennially and the follow-up over 30 years is >90% of eligible person-time. The baseline year of our analysis was 1991, the year when information on many of the covariates considered in our multivariable analyses was first ascertained.

Of the 87,381 women who answered the 2009 or 2013 questionnaires that collected information on hearing, we excluded those who reported onset of a hearing problem prior to baseline (n = 1290), those who did not answer the hearing questions (n = 948), those with missing information on smoking (n = 2515), and those who reported a history of cancer other than nonmelanoma skin cancer (due to possible exposure to ototoxic chemotherapeutic medications; n = 1123). The total number of women included in the analysis was 81,505. This study was approved by the Partners Healthcare Institutional Review Board.

> **CLINICAL SIGNIFICANCE**
> - Past and current smoking were independently associated with higher risk of moderate or worse hearing loss.
> - The magnitude of the elevated risk of hearing loss was larger with greater number of pack-years smoked.
> - There was a trend toward diminished risk of hearing loss with greater duration of smoking cessation.

## Ascertainment of Smoking

On the baseline questionnaire and every 2 years thereafter, participants were asked about their current and past smoking habits, including the average number of cigarettes smoked per day. Data were updated every 2-year questionnaire cycle, when available. Participants with missing information on smoking status over any questionnaire cycle were skipped for that time period, but were allowed to re-enter the analysis in subsequent time periods. Smoking assessed in this manner in this and similar cohorts has been associated with higher risk of cardiovascular disease,[22,23] breast cancer,[24] and mortality associated with smoking-related diseases.[25] Smoking behaviors that were assessed included smoking status (never, past, current) and pack-years, a composite variable that combined smoking status and amount of smoking (never, 1-9, 10-19, and ≥20 pack-years). Pack-years of smoking is a measure of the amount an individual has smoked over time and was calculated by multiplying the number of packs of cigarettes per day (20 cigarettes = 1 pack) by the number of years the participant smoked. For past smokers, time since smoking cessation was calculated as the difference between current age and age at smoking cessation.

## Ascertainment of Hearing Loss

The primary outcome in our study was self-reported moderate or worse hearing loss. In 2009, participants were asked: "Do you have a hearing problem?" (no; mild; moderate; severe), and if so: "At what age did you first notice a change in your hearing?" On the 2013 questionnaire, women were asked: "Which best describes your hearing?" (excellent; good; a little hearing trouble; moderate hearing trouble; deaf), "Have you noticed a change in your hearing?" and, if so: "At which age did you first notice a change in your hearing?" We defined cases of hearing loss as women who reported a moderate or worse hearing problem, with date of onset after 1991 (the baseline year of our study). Participants who reported a "mild" hearing problem on the 2009 questionnaire were skipped in the analysis from the time of onset of their "mild" hearing problem and re-entered the analysis upon subsequent report of a hearing problem moderate or worse in severity on the 2013 questionnaire. We a priori chose to examine moderate or worse hearing loss to

minimize misclassification and to identify cases of most clinically meaningful hearing loss.

Previous studies have demonstrated that self-reported hearing loss is a relatively reliable indicator of hearing loss when compared with hearing loss diagnosed by audiogram.[26-30] A validation study of self-reported hearing loss assessed by a single question in women <70 years of age compared with hearing loss ascertained by audiometry demonstrated sensitivity of 95% for detecting moderate hearing loss, defined as pure tone averages at 0.5, 1, 2, and 4 kHz of >40 dB hearing level in the better hearing ear, and sensitivity of 100% for detecting severe hearing loss, defined as pure tone averages at 0.5, 1, 2, and 4 kHz of >60 dB hearing level in the better hearing ear; the specificities were 65% and 64%, respectively.[30] Associations between several other risk factors and hearing loss have been demonstrated using these assessment methods.[31-34]

### Ascertainment of Covariates

Covariates were selected based on factors purported to be associated with hearing loss. Factors considered included age,[35] race,[35] body mass index,[36] waist circumference,[36] alcohol intake,[15,37] trans fat,[38] long-chain omega-3 polyunsaturated fatty acids,[38] folate,[39,40] beta-carotene,[40] beta-cryptoxanthin,[40] vitamin $B_{12}$,[41] vitamin C,[40] magnesium,[42] physical activity,[36,43] hypertension,[31] diabetes,[44] tinnitus,[45,46] acetaminophen use,[32,47] and nonsteroidal anti-inflammatory drug use.[32,47] Covariates were updated based on information provided on the biennial questionnaires. Information on dietary intake was obtained from semiquantitative food frequency questionnaires that were administered every 4 years. The validity and reproducibility of data derived from the food frequency questionnaires have been reported.[48,49] Many of the covariates included in our analyses have been shown to be valid measures in this and other similar cohorts.[50-52]

### Hearing Study Supplemental Questionnaire

In 2012, a detailed hearing-related questionnaire was administered in a sub-cohort of 33,102 women in NHS II. Participants were asked about previous evaluation for hearing loss, laterality of hearing loss when applicable, lifetime noise exposure, and potential identifiable causes of hearing loss (eg, ototoxic medications, ear trauma, otosclerosis, cholesteatoma, Meniere disease, chronic ear infection).

### Statistical Analysis

All analyses were performed in a prospective manner. Person-time of follow-up was calculated from the date of return of the 1991 questionnaire until the date of self-reported moderate or worse hearing loss or end of follow-up in 2013. Participants who reported cancers other than nonmelanoma skin cancer during follow-up were censored when reported. Age- and multivariable-adjusted relative risks were calculated using Cox proportional hazards regression models to adjust for potential confounders. The Anderson-Gill data structure was used to deal with time-varying covariates and left truncation in an efficient manner.[53] We performed analyses stratified by <10 vs ≥10 pack-years (the median number of pack-years smoked) to examine whether the association between smoking cessation and hearing loss differed by pack-years smoked. We performed additional analyses among participants who had completed the Hearing Study Supplemental Questionnaire for whom we had information on otologic conditions and noise exposure history (n = 24,495). $P$ values are all 2-sided, with 95% confidence intervals (CIs) for all relative risks. SAS software, version 9.4 (SAS Institute Inc., Cary, NC) was used for all statistical analyses.

### RESULTS

The baseline characteristics of participants according to smoking status in 1991 are shown in Table 1. At baseline, 66.5% of participants were never smokers, 22.4% of participants were past smokers, and 11.1% of participants were current smokers. The mean ages of never, past, and current smokers were 35.9, 37.1, and 36.6 years, respectively, and the participants were predominantly white (>95%). Women who were past or current smokers tended to consume more alcohol than never smokers.

During 1,533,214 person-years of follow-up (1991-2013), 2760 cases of moderate or worse hearing loss were reported. Smoking was associated with higher risk of hearing loss among both past and current smokers, and the risk tended to be greater with greater number of pack-years smoked (Table 2). Among past smokers, there was an overall trend toward higher risk of moderate or worse hearing loss among women with greater pack-years smoking history ($P$ trend < .001). Among current smokers, there was also an overall trend toward higher risk of moderate or worse hearing loss among women with greater pack-years smoking history ($P$ trend .02).

Among past smokers, the magnitude of the elevated risk tended to diminish with greater time since smoking cessation over the first 10 to 14 years since quitting, and then plateaued (Table 3). Compared with never smokers, there was an overall trend toward lower magnitude of moderate or worse hearing loss risk among past smokers with greater duration since quitting smoking ($P$ trend < .001). Further adjustment for pack-years of smoking attenuated the results. There was no significant interaction ($P$ = .8) when we examined the association stratified by the median of 10 pack-years of smoking (results not shown).

In additional analyses among participants who provided information on the Hearing Study Supplemental Questionnaire, we excluded women with otologic disease or other diagnosed etiologies for hearing loss and further adjusted for loud noise exposure and impulse (eg, gunfire) noise exposure. The results were similar. For example, among past smokers, the multivariable-adjusted relative risk (MVRR, 95% CI) of moderate or worse hearing loss among

| Table 1 | Age-Standardized Baseline (1991) Characteristics of Participants According to Smoking Status, Nurses' Health Study II | | |
|---|---|---|---|
| Characteristic | Never Smoker (n = 54,191) | Past Smoker (n = 18,240) | Current Smoker (n = 9074) |
| Age, years* | 35.9 (4.7) | 37.1 (4.5) | 36.6 (4.6) |
| Body mass index, kg/m$^2$ | 24.5 (5.2) | 24.6 (5.2) | 24.5 (5.1) |
| Waist circumference, cm[†] | 77.8 (12.6) | 78.0 (12.5) | 78.8 (13.2) |
| White race, % | 95.2 | 97.5 | 96.9 |
| Physical activity, METs/week | 20.5 (26.1) | 22.5 (28.5) | 19.8 (27.6) |
| Alcohol consumption, g/day | 2.4 (4.9) | 4.4 (6.8) | 5.3 (9.2) |
| Hypertension, % | 6.2 | 6.2 | 6.1 |
| Diabetes, % | 0.8 | 0.7 | 0.7 |
| Tinnitus, % | 8.9 | 9.7 | 8.1 |
| Regular NSAID use | | | |
| 1-3 days/week, % | 56.8 | 58.0 | 56.7 |
| 4+ days/week, % | 8.0 | 9.2 | 10.2 |
| Regular acetaminophen use | | | |
| 1-3 days/week, % | 52.1 | 49.3 | 48.1 |
| 4+ days/week, % | 3.5 | 3.7 | 5.0 |

Values are means (SD) or percentages and are standardized to the age distribution of the study population.
Values of polytomous variables may not sum to 100% due to rounding.
METs = metabolic equivalents from recreational and leisure-time activities; NSAID = nonsteroidal anti-inflammatory drug.
*Value is not age adjusted.
[†]Value from the year 1993.

women with a history of smoking 1-19 pack-years was 1.12 (0.87-1.30), and 20+ pack-years was 1.41 (1.09-1.82), compared with never smokers (P-trend = .004). The association between smoking and risk of moderate or worse hearing loss did not vary by noise exposure (P-interaction > .3; results not shown).

## DISCUSSION

In this large, prospective cohort of women in the United States, smoking, whether past or current, was associated with higher risk of hearing loss and the magnitude of the risk was greater among those with more pack-years of smoking (greater lifetime cigarette tobacco exposure). Among past smokers, the magnitude of the elevated risk tended to diminish with greater time since smoking cessation.

Several proposed mechanisms might underlie the relation between smoking and hearing loss. Smoking is associated with the generation of reactive oxygen species and increased oxidative stress,[9,54] elevated systemic inflammatory markers,[10] and damage to cochlear outer hair cells.[8] Smoking-related impairment of the redox system is associated with cochlear hypoxia, cell injury, and impairment of the active

| Table 2 | Pack-Years* of Smoking and Risk of Moderate or Worse Hearing Loss in the Nurses' Health Study II, 1991-2013 | | | |
|---|---|---|---|---|
| Smoking | No. of Cases | Person-Years | Age-Adjusted RR (95% CI) | Multivariable-Adjusted RR[†] (95% CI) |
| Never smoker | 1681 | 1,023,115 | 1.00 (ref) | 1.00 (ref) |
| Past smoker | | | | |
| 1-9 pack-years | 394 | 215,127 | 1.08 (0.96-1.20) | 1.10 (0.98-1.23) |
| 10-19 pack-years | 275 | 114,712 | 1.33 (1.17-1.51) | 1.32 (1.16-1.50) |
| 20+ pack-years | 144 | 48,753 | 1.36 (1.14-1.62) | 1.30 (1.09-1.55) |
| P trend | | | < .001 | < .001 |
| Current smoker | | | | |
| 1-9 pack-years | 36 | 24,127 | 1.12 (0.80-1.56) | 1.13 (0.80-1.59) |
| 10-19 pack-years | 66 | 40,439 | 1.15 (0.89-1.47) | 1.16 (0.90-1.49) |
| 20+ pack-years | 164 | 66,941 | 1.25 (1.06-1.47) | 1.21 (1.02-1.43) |
| P trend | | | .003 | .02 |

CI = confidence interval; NSAID = nonsteroidal anti-inflammatory drug; RR = relative risk.
*Number of pack-years = (number of packs smoked per day) × (number of years as a smoker).
[†]Adjusted for age, race, body mass index, waist circumference, alcohol consumption, physical activity, intake of folate, magnesium, vitamin B$_{12}$, vitamin C, beta-carotene, beta-cryptoxanthin, trans fat, and long-chain omega-3 polyunsaturated fatty acid, history of hypertension, diabetes, tinnitus, NSAID use, and acetaminophen use.

| Table 3 | Time Since Smoking Cessation and Risk of Moderate or Worse Hearing Loss in the Nurses' Health Study II, 1991-2013 | | | | |
|---|---|---|---|---|---|
| Time Since Smoking Cessation | No. of Cases | Person-Years | Age-Adjusted RR (95% CI) | Multivariable-Adjusted RR* (95% CI) | Multivariable-Adjusted RR† (95% CI) |
| <5 y | 106 | 52,535 | 1.42 (1.17-1.74) | 1.43 (1.17-1.75) | 1.30 (1.02-1.66) |
| 5-9 y | 98 | 52,638 | 1.27 (1.04-1.57) | 1.27 (1.03-1.57) | 1.16 (0.91-1.48) |
| 10-14 y | 117 | 64,633 | 1.16 (0.96-1.41) | 1.17 (0.96-1.41) | 1.08 (0.87-1.35) |
| 15-19 y | 128 | 67,218 | 1.12 (0.94-1.35) | 1.13 (0.94-1.36) | 1.06 (0.86-1.30) |
| 20+ y | 364 | 139,760 | 1.18 (1.05-1.32) | 1.18 (1.04-1.32) | 1.12 (0.98-1.29) |
| Never smoker | 1681 | 1,023,115 | 1.00 (ref) | 1.00 (ref) | 1.00 (ref) |
| P trend | | | <.001 | <.001 | .06 |

CI = confidence interval; NSAID = nonsteroidal anti-inflammatory drug; RR = relative risk.
*Adjusted for age, race, body mass index, waist circumference, alcohol consumption, physical activity, intake of folate, magnesium, vitamin $B_{12}$, vitamin C, beta-carotene, beta-cryptoxanthin, trans fat, and long-chain omega-3 polyunsaturated fatty acid, history of hypertension, diabetes, tinnitus, NSAID use, and acetaminophen use.
†Adjusted for all of the covariates above and pack-years of smoking.

mechanisms of outer hair cells.[9,54-57] Components of cigarette smoke, such as toluene, benzene, and carbon monoxide, have also been associated with hearing loss.[11,12] Cigarette smoke exposure may also impair vascular endothelial function, increase the risk of atherosclerosis and increase blood viscosity, and compromise oxygen delivery to the cochlea.[58-60] Nicotine from tobacco may induce vasoconstriction, impair tissue perfusion, and lead to cellular dysfunction.[59-61]

Our findings that smoking is associated with higher risk of hearing loss are consistent with previous epidemiologic studies,[13-21] however, most studies have been cross-sectional and many did not evaluate the amount of smoking, particularly among former smokers. In our longitudinal study, we observed that the magnitude of the risk was larger among women with greater number of pack-years smoked, suggesting that cumulative lifetime exposure to smoking may contribute an elevated risk of hearing loss among past as well as current smokers.

Among past smokers, time-dependent benefits to smoking cessation have been demonstrated, including reductions in the elevated risk of stroke[62] and cancer,[63] with greater time since smoking cessation. To our knowledge, only 2 previous longitudinal studies have examined whether the duration of smoking cessation influences the risk of hearing loss. A large epidemiologic study comprised primarily of male industrial workers in Japan (n = 34,912) found that the magnitude of the excess risk of high-frequency hearing loss, defined as a pure-tone hearing threshold >40 dB at 4 kHz in at least one ear, was lower among past smokers (hazard ratio [HR] 1.2; 95% CI, 1.0-1.3) than among current smokers (HR 1.6; 95% CI, 1.4-1.7), even among individuals who quit <5 years prior to baseline; however, the amount of smoking (eg, pack-years) was not examined.[21] In the Epidemiology of Hearing Loss Study (n = 1678), the risk of hearing loss, defined as a pure-tone average of hearing thresholds at 0.5, 1, 2, and 4 kHz >25 decibels hearing level in either ear, was significantly higher among current smokers (HR 1.36; 95% CI, 1.05-1.77) but not among past smokers (HR 1.13; 95% CI, 0.94-1.37), compared with never smokers. Among past smokers, there was a suggestion that the risk decreased with greater time since smoking cessation (P-trend = .013), but the categorization time since quitting was limited to <5 years and 5+ years since smoking cessation, and the CIs for the point estimates were wide. Notably, in that study, no association between pack-years smoked and risk of hearing loss was observed.[17]

Strengths of our study include the large study population and long-term follow-up, and the prospective assessment of smoking habits—which likely minimizes reporting errors and misclassification—is most likely to be nondifferential and represents a bias toward the null. We adjusted for potentially confounding variables, many of which have been previously demonstrated to be well reported in this cohort;[52,64] however, we cannot exclude the possibility of residual confounding. Our study has limitations. Information on smoking was collected by self-report, but self-reported smoking has been shown to be largely accurate in various study populations.[65-67] We did not have information on noise exposure on all of the participants. However, in analyses among the subgroup of women for whom we had information on lifetime noise exposure, adjustment for noise did not materially change the results. Information in this study was prospectively collected over 22 years, and information provided by this and similar cohorts has been shown to be highly reliable.[48-50,52,68] The outcome of our study was self-reported moderate or worse hearing loss. Although pure-tone audiometry is considered the gold standard for diagnosis of hearing loss, self-reported hearing loss has been shown to be a reliable indicator,[26-30] and the sensitivity and specificity questionnaire-based assessment increased with greater severity of hearing loss.[29,30] Our study population was comprised of predominantly white women, which may limit generalizability.

In this large prospective study among women, both past and current smoking were associated with higher risk of moderate or worse hearing loss, and the magnitude of the elevated risk was larger with greater number of pack-years smoked. The observation that the amount of smoking influences risk even among former smokers may provide insight into mechanisms that underlie the adverse influence of

cigarette smoke on hearing health. Notably, the risk may diminish with greater duration of smoking cessation. Cigarette smoking is a well-established risk factor for many adverse health outcomes, and these findings contribute to the body of evidence that supports the benefits of quitting smoking.

## References

1. Lin FR, Niparko JK, Ferrucci L. Hearing loss prevalence in the United States. *Arch Intern Med* 2011;171(20):1851–2.
2. Wiley TL, Cruickshanks KJ, Nondahl DM, Tweed TS. Self-reported hearing handicap and audiometric measures in older adults. *J Am Acad Audiol* 2000;11(2):67–75.
3. Dalton DS, Cruickshanks KJ, Klein BE, Klein R, Wiley TL, Nondahl DM. The impact of hearing loss on quality of life in older adults. *Gerontologist* 2003;43(5):661–8.
4. Li CM, Zhang X, Hoffman HJ, Cotch MF, Themann CL, Wilson MR. Hearing impairment associated with depression in US adults, National Health and Nutrition Examination Survey 2005-2010. *JAMA Otolaryngol Head Neck Surg* 2014;140(4):293–302.
5. Curhan SG, Willett WC, Grodstein F, Curhan GC. Longitudinal study of self-reported hearing loss and subjective cognitive function decline in women. *Alzheimers Dement* 2020;16(4):610–20.
6. Curhan SG, Willett WC, Grodstein F, Curhan GC. Longitudinal study of hearing loss and subjective cognitive function decline in men. *Alzheimers Dement* 2019;15(4):525–33.
7. Centers for Disease Control and Prevention. Current cigarette smoking among adults in the United States. Available at: https://www.cdc.gov/tobacco/data_statistics/fact_sheets/adult_data/cig_smoking/index.htm. Accessed May 13, 2020.
8. Rogha M, Hashemi M, Askari N, Abtahi SH, Sepehrnejad M, Nilforoush MH. Cigarette smoking effect on human cochlea responses. *Adv Biomed Res* 2015;4:148.
9. Pryor WA, Stone K. Oxidants in cigarette smoke. Radicals, hydrogen peroxide, peroxynitrate, and peroxynitrite. *Ann N Y Acad Sci* 1993;686:12–27 [discussion 27-28].
10. Shiels MS, Katki HA, Freedman ND, et al. Cigarette smoking and variations in systemic immune and inflammation markers. *J Natl Cancer Inst* 2014;106(11). https://doi.org/10.1093/jnci/dju294.
11. Hodgkinson L, Prasher D. Effects of industrial solvents on hearing and balance: a review. *Noise Health* 2006;8(32):114–33.
12. Weaver LK. Clinical practice. Carbon monoxide poisoning. *N Engl J Med* 2009;360(12):1217–25.
13. Nomura K, Nakao M, Morimoto T. Effect of smoking on hearing loss: quality assessment and meta-analysis. *Prev Med* 2005;40(2):138–44.
14. Cruickshanks KJ, Klein R, Klein BE, Wiley TL, Nondahl DM, Tweed TS. Cigarette smoking and hearing loss: the epidemiology of hearing loss study. *JAMA* 1998;279(21):1715–9.
15. Itoh A, Nakashima T, Arao H, et al. Smoking and drinking habits as risk factors for hearing loss in the elderly: epidemiological study of subjects undergoing routine health checks in Aichi, Japan. *Public Health* 2001;115(3):192–6.
16. Gopinath B, Flood VM, McMahon CM, Burlutsky G, Smith W, Mitchell P. The effects of smoking and alcohol consumption on age-related hearing loss: the Blue Mountains Hearing Study. *Ear Hear* 2010;31(2):277–82.
17. Cruickshanks KJ, Nondahl DM, Dalton DS, et al. Smoking, central adiposity, and poor glycemic control increase risk of hearing impairment. *J Am Geriatr Soc* 2015;63(5):918–24.
18. Rigters SC, Metselaar M, Wieringa MH, Baatenburg de Jong RJ, Hofman A, Goedegebure A. Contributing determinants to hearing loss in elderly men and women: results from the population-based Rotterdam study. *Audiol Neurootol* 2016;21(suppl 1):10–5.
19. Dawes P, Cruickshanks KJ, Moore DR, et al. Cigarette smoking, passive smoking, alcohol consumption, and hearing loss. *J Assoc Res Otolaryngol* 2014;15(4):663–74.
20. Fransen E, Topsakal V, Hendrickx JJ, et al. Occupational noise, smoking, and a high body mass index are risk factors for age-related hearing impairment and moderate alcohol consumption is protective: a European population-based multicenter study. *J Assoc Res Otolaryngol* 2008;9(3):264–76 [discussion 261-263].
21. Hu H, Sasaki N, Ogasawara T, et al. Smoking, Smoking Cessation, and the Risk of Hearing Loss: Japan Epidemiology Collaboration on Occupational Health Study. *Nicotine Tob Res* 2019;21(4):481–8.
22. Al-Delaimy WK, Willett WC, Manson JE, Speizer FE, Hu FB. Smoking and mortality among women with type 2 diabetes: The Nurses' Health Study cohort. *Diabetes Care* 2001;24(12):2043–8.
23. Al-Delaimy WK, Manson JE, Solomon CG, et al. Smoking and risk of coronary heart disease among women with type 2 diabetes mellitus. *Arch Intern Med* 2002;162(3):273–9.
24. Xue F, Willett WC, Rosner BA, Hankinson SE, Michels KB. Cigarette smoking and the incidence of breast cancer. *Arch Intern Med* 2011;171(2):125–33.
25. Kenfield SA, Stampfer MJ, Rosner BA, Colditz GA. Smoking and smoking cessation in relation to mortality in women. *JAMA* 2008;299(17):2037–47.
26. Kamil RJ, Genther DJ, Lin FR. Factors associated with the accuracy of subjective assessments of hearing impairment. *Ear Hear* 2015;36(1):164–7.
27. Ferrite S, Santana VS, Marshall SW. Validity of self-reported hearing loss in adults: performance of three single questions. *Rev Saude Publica* 2011;45(5):824–30.
28. Schow RL, Smedley TC, Longhurst TM. Self-assessment and impairment in adult/elderly hearing screening−recent data and new perspectives. *Ear Hear* 1990;11(5 suppl):17S–27S.
29. Gomez MI, Hwang SA, Sobotova L, Stark AD, May JJ. A comparison of self-reported hearing loss and audiometry in a cohort of New York farmers. *J Speech Lang Hear Res* 2001;44(6):1201–8.
30. Sindhusake D, Mitchell P, Smith W, et al. Validation of self-reported hearing loss. The Blue Mountains Hearing Study. *Int J Epidemiol* 2001;30(6):1371–8.
31. Lin BM, Curhan SG, Wang M, Eavey R, Stankovic KM, Curhan GC. Hypertension, diuretic use, and risk of hearing loss. *Am J Med* 2016;129(4):416–22.
32. Lin BM, Curhan SG, Wang M, Eavey R, Stankovic KM, Curhan GC. Duration of analgesic use and risk of hearing loss in women. *Am J Epidemiol* 2017;185(1):40–7.
33. Lin BM, Curhan SG, Wang M, et al. Prospective study of gastroesophageal reflux, use of proton pump inhibitors and H2-receptor antagonists, and risk of hearing loss. *Ear Hear* 2017;38(1):21–7.
34. Curhan SG, Eliassen AH, Eavey RD, Wang M, Lin BM, Curhan GC. Menopause and postmenopausal hormone therapy and risk of hearing loss. *Menopause* 2017;24(9):1049–56.
35. Agrawal Y, Platz EA, Niparko JK. Prevalence of hearing loss and differences by demographic characteristics among US adults: data from the National Health and Nutrition Examination Survey, 1999-2004. *Arch Intern Med* 2008;168(14):1522–30.
36. Curhan SG, Eavey R, Wang M, Stampfer MJ, Curhan GC. Body mass index, waist circumference, physical activity, and risk of hearing loss in women. *Am J Med* 2013;126(12):1142.e1–8.
37. Curhan SG, Eavey R, Wang M, Stampfer MJ, Curhan GC. Prospective study of alcohol consumption and self-reported hearing loss in women. *Alcohol* 2015;49(1):71–7.
38. Curhan SG, Eavey RD, Wang M, Rimm EB, Curhan GC. Fish and fatty acid consumption and the risk of hearing loss in women. *Am J Clin Nutr* 2014;100(5):1371–7.
39. Durga J, Verhoef P, Anteunis LJ, Schouten E, Kok FJ. Effects of folic acid supplementation on hearing in older adults: a randomized, controlled trial. *Ann Intern Med* 2007;146(1):1–9.
40. Curhan SG, Stankovic KM, Eavey RD, Wang M, Stampfer MJ, Curhan GC. Carotenoids, vitamin A, vitamin C, vitamin E, and folate and

risk of self-reported hearing loss in women. *Am J Clin Nutr* 2015;102 (5):1167–75.
41. Houston DK, Johnson MA, Nozza RJ, et al. Age-related hearing loss, vitamin B-12, and folate in elderly women. *Am J Clin Nutr* 1999;69 (3):564–71.
42. Haupt H, Scheibe F, Mazurek B. Therapeutic efficacy of magnesium in acoustic trauma in the guinea pig. *ORL J Otorhinolaryngol Relat Spec* 2003;65(3):134–9.
43. Li Y, Healy EW, Drane JW, Zhang J. Comorbidity between and risk factors for severe hearing and memory impairment in older Americans. *Prev Med* 2006;43(5):416–21.
44. Bainbridge KE, Hoffman HJ, Cowie CC. Diabetes and hearing impairment in the United States: audiometric evidence from the National Health and Nutrition Examination Survey, 1999 to 2004. *Ann Intern Med* 2008;149(1):1–10.
45. Hasson D, Theorell T, Westerlund H, Canlon B. Prevalence and characteristics of hearing problems in a working and non-working Swedish population. *J Epidemiol Community Health* 2010;64(5):453–60.
46. Nondahl DM, Cruickshanks KJ, Wiley TL, Klein R, Klein BE, Tweed TS. Prevalence and 5-year incidence of tinnitus among older adults: the epidemiology of hearing loss study. *J Am Acad Audiol* 2002;13 (6):323–31.
47. Curhan SG, Shargorodsky J, Eavey R, Curhan GC. Analgesic use and the risk of hearing loss in women. *Am J Epidemiol* 2012;176(6):544–54.
48. Rimm EB, Giovannucci EL, Stampfer MJ, Colditz GA, Litin LB, Willett WC. Reproducibility and validity of an expanded self-administered semiquantitative food frequency questionnaire among male health professionals. *Am J Epidemiol* 1992;135(10):1114–26 [discussion 1127-1136].
49. Willett WC, Sampson L, Stampfer MJ, et al. Reproducibility and validity of a semiquantitative food frequency questionnaire. *Am J Epidemiol* 1985;122(1):51–65.
50. Rimm EB, Stampfer MJ, Colditz GA, Chute CG, Litin LB, Willett WC. Validity of self-reported waist and hip circumferences in men and women. *Epidemiology* 1990;1(6):466–73.
51. Willett W. *Nutritional Epidemiology*. New York: Oxford University Press; 2013 [3rd ed.].
52. Wolf AM, Hunter DJ, Colditz GA, et al. Reproducibility and validity of a self-administered physical activity questionnaire. *Int J Epidemiol* 1994;23(5):991–9.
53. Therneau TM, Grambsch PM. *Modeling Survival Data: Extending the Cox Model*. New York: Springer; 2000.
54. Garbin U, Fratta Pasini A, Stranieri C, et al. Cigarette smoking blocks the protective expression of Nrf2/ARE pathway in peripheral mononuclear cells of young heavy smokers favouring inflammation. *PLoS One* 2009;4(12):e8225.
55. Derekoy FS, Dundar Y, Aslan R, Cangal A. Influence of noise exposure on antioxidant system and TEOAEs in rabbits. *Eur Arch Otorhinolaryngol* 2001;258(10):518–22.
56. Fechter LD, Chen GD, Rao D. Chemical asphyxiants and noise. *Noise Health* 2002;4(14):49–61.
57. Lisowska G, Jochem J, Gierlotka A, Misiolek M, Scierski W. Sex-related cochlear impairment in cigarette smokers. *Med Sci Monit* 2017;23:377–97.
58. Browning GG, Gatehouse S, Lowe GD. Blood viscosity as a factor in sensorineural hearing impairment. *Lancet* 1986;1(8473):121–3.
59. Howard G, Wagenknecht LE, Burke GL, et al. Cigarette smoking and progression of atherosclerosis: The Atherosclerosis Risk in Communities (ARIC) Study. *JAMA* 1998;279(2):119–24.
60. Puranik R, Celermajer DS. Smoking and endothelial function. *Prog Cardiovasc Dis* 2003;45(6):443–58.
61. Muhammad-Kah R, Liang Q, Frost-Pineda K, Mendes PE, Roethig HJ, Sarkar M. Factors affecting exposure to nicotine and carbon monoxide in adult cigarette smokers. *Regul Toxicol Pharmacol* 2011;61 (1):129–36.
62. Kawachi I, Colditz GA, Stampfer MJ, et al. Smoking cessation and decreased risk of stroke in women. *JAMA* 1993;269(2):232–6.
63. McLaughlin JK, Hrubec Z, Blot WJ, Fraumeni JF Jr. Smoking and cancer mortality among U.S. veterans: a 26-year follow-up. *Int J Cancer* 1995;60(2):190–3.
64. Willett W, Stampfer MJ, Bain C, et al. Cigarette smoking, relative weight, and menopause. *Am J Epidemiol* 1983;117(6):651–8.
65. Whitcomb BW, Purdue-Smithe AC, Szegda KL, et al. Cigarette smoking and risk of early natural menopause. *Am J Epidemiol* 2018;187 (4):696–704.
66. Caraballo RS, Giovino GA, Pechacek TF, Mowery PD. Factors associated with discrepancies between self-reports on cigarette smoking and measured serum cotinine levels among persons aged 17 years or older: Third National Health and Nutrition Examination Survey, 1988-1994. *Am J Epidemiol* 2001;153(8):807–14.
67. Patrick DL, Cheadle A, Thompson DC, Diehr P, Koepsell T, Kinne S. The validity of self-reported smoking: a review and meta-analysis. *Am J Public Health* 1994;84(7):1086–93.
68. Colditz GA, Martin P, Stampfer MJ, et al. Validation of questionnaire information on risk factors and disease outcomes in a prospective cohort study of women. *Am J Epidemiol* 1986;123(5):894–900.