# EXHIBIT 39

1              UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF FLORIDA

3                   PENSACOLA DIVISION

4     *************************

5     IN RE:  3M COMBAT ARMS        Case No.
      EARPLUG PRODUCTS              3:19-md-2885
6     LIABILITY LITIGATION

                                    Judge M. Casey
7     This Document Relates        Rodgers
      to:
8                                   Magistrate Judge
      All Wave 1 Cases             Gary R. Jones
9
      *************************

10

11

12              Remote via Zoom Videotaped

13    Deposition of M. CHARLES LIBERMAN, Ph.D., held

14    at the location of the deponent, commencing

15    at 10:02 a.m., on the 26th of June, 2022,

16    before Maureen O'Connor Pollard, Registered

17    Diplomate Reporter, Realtime Systems

18    Administrator, Certified Shorthand Reporter.

19

20                   - - -

21

           GOLKOW LITIGATION SERVICES
22      877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com

23

24

```
 1   APPEARANCES:
 2

     QUINN EMANUEL URQUHART & SULLIVAN LLP
 3   BY:   ADAM WOLFSON, ESQ.
           865 South Figueroa Street
 4         Los Angeles, California 90017
           213-443-3000
 5         adamwolfson@quinnemanuel.com
           Representing the Plaintiffs
 6

 7   QUINN EMANUEL URQUHART & SULLIVAN LLP
     BY:   MATTHEW S. HOSEN, ESQ.
 8         600 University Street
           Seattle, Washington 98101
 9         206-905-7004
           mhosen@quinnemanuel.com
10         Representing the Plaintiffs
11

     KIRKLAND & ELLIS LLP
12   BY:   NOLAN LEUTHAUSER, ESQ.
           300 North LaSalle
13         Chicago, Illinois 60654
           312-862-4104
14         nolan.leuthauser@kirkland.com
           Representing the Defendant and
15         the Deponent
16

17   Also Present:
18   Zach Hone, Videographer and Trial Technician
19

20

21

22

23

24
```

```
 1                     INDEX
 2   EXAMINATION                            PAGE
 3   M. CHARLES LIBERMAN, Ph.D.
 4   BY MR. WOLFSON                            7
 5   BY MR. LEUTHAUSER                       225
 6   BY MR. WOLFSON                          267
 7
 8
 9              E X H I B I T S
10   NO.        DESCRIPTION                 PAGE
11   1     Expert Report of M. Charles
           Liberman, PhD...................   12
12
     2     Kujawa-Liberman article, Adding
13         Insult to Injury: Cochlear Nerve
           Degeneration after "Temporary"
14         Noise-Induced Hearing Loss........  117
15   3     Liberman, et al paper, Toward a
           Differential Diagnosis of Hidden
16         Hearing Loss in Humans...........  131
17   4     Wu, et al article, Primary
           Neural Degeneration in
18         Noise-Exposed Human Cochleas:;
           Correlations with Outer Hair
19         Cell Loss and
           Word-Discrimination Scores........  172
20
     5     Fernandez, et al paper, Aging
21         after Noise Exposure:
           Acceleration of Cochlear
22         Synaptopathy in "Recovered" Ears..  204
23
24
```

M. Charles Liberman, Ph.D.

1

2

6        Jafari, et al paper, Noise
3           Damage Accelerates Auditory
            Aging and Tinnitus: A Canadian
4           Population-Based Study........... 210

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

M. Charles Liberman, Ph.D.

```
 1                    -  -  -

               DEPOSITION SUPPORT INDEX
 2                    -  -  -

 3

    Direction to Witness Not to Answer
 4  PAGE  LINE
    None.
 5

 6

 7

    Request for Production of Documents
 8  PAGE  LINE
    None.
 9

10

11  Stipulations
    PAGE  LINE
12  None.

13

14  Questions Marked Highly Confidential
    PAGE  LINE
15  None.

16

17

18

19

20

21

22

23

24
```

M. Charles Liberman, Ph.D.

```
1            exactly the kind of thing that we're
2            always doing is seeing if there are
3            interesting patterns in the data, and
4            that would be an obvious thing to look
5            at.  The fact that we didn't report it
6            means that we didn't find anything.
7     BY MR. WOLFSON:
8            Q.    Do you recall doing it is my
9     question.
10           A.    I couldn't tell you right now
11    for absolutely sure that we made that
12    comparison, but I think it's highly likely
13    that we did because it's an obvious thing to
14    look at.
15           Q.    But sitting here today, you
16    know, as we're talking about the opinions you
17    intend to offer, you can't recall one way or
18    another whether you or anyone on your team
19    specifically tried to break down the
20    differences, if there were any, between
21    neural degeneration for military type of
22    noise exposure versus a more typical
23    employment-related type of noise exposure?
24                 MR. LEUTHAUSER:  Object to
```

```
 1              form.
 2                   THE WITNESS:  That's correct.
 3              But you have to understand that, you
 4              know, once you start breaking down
 5              small groups into smaller and smaller
 6              groups where there's so much variance
 7              in the results, as there tends to be
 8              in these human studies, that it
 9              becomes less and less convincing, any
10              conclusions that you can draw.
11                   It's very difficult to get this
12              material and to get -- and from this
13              material to cull out ones that don't
14              have so many other confounding factors
15              in their histories, but it doesn't
16              make sense to include them in the
17              studies.
18                   It's -- you can imagine how
19              challenging it is to do this all with
20              this after-the-fact analysis of, you
21              know, people who have died, and so
22              they've obviously been ill in some way
23              at the end of their lives and had
24              various other interventions and drug
```

1              treatments and surgeries, etcetera,

2              etcetera.

3       BY MR. WOLFSON:

4              Q.    Sure.  And I'm not criticizing.

5       I'm just trying to --

6              A.    Oh, I understand.

7              Q.    Yeah.  So -- okay.  So walking

8       through these opinions, sir, then I do have

9       some questions about your terminology, just

10      so that when I ask you questions through the

11      rest of the deposition today we're clear on

12      what exactly you mean.

13             So in this first one, we

14      obviously just talked about the definition of

15      cochlear synaptopathy.  And, I mean, for a

16      layperson, could I refer to that as nerve

17      death within the cochlea?

18                   THE WITNESS:  Yes.

19                   MR. LEUTHAUSER:  Object to

20             form.

21                   THE WITNESS:  Yes.

22      BY MR. WOLFSON:

23             Q.    The answer is yes?

24             A.    I did, yes.

M. Charles Liberman, Ph.D.

```
1        Q.    Okay.  And understanding that

2   there's more to unpack in that, but I just

3   want to try to make sure that we have a good

4   lay definition.

5              So then when you use the term

6   diagnose here, in your first opinion you talk

7   about diagnosed, you mention diagnose again.

8   What do you mean by that term?

9        A.    Well, that gets us into the

10  question of if you take a person off the

11  street and they come into an audiology clinic

12  and they complain of an issue that's

13  bothering them with respect to their hearing,

14  can one -- is there a test that an

15  audiologist or an otologist or a research

16  scientist can give that person after which we

17  can say yes, you have cochlear synaptopathy.

18  At present state of the art, that is

19  impossible.

20       Q.    So when you say is there a

21  test, you're talking about some kind of

22  simple diagnostic objective test that someone

23  can run in order to conclude yes, you have

24  this sort of nerve cell death inside your
```

M. Charles Liberman, Ph.D.

```
 1    cochlea?
 2                   MR. LEUTHAUSER:  Object to
 3          form.
 4                   THE WITNESS:  Yes, that is what
 5          I mean.
 6    BY MR. WOLFSON:
 7          Q.     All right.  Now, if -- well,
 8    so, first of all, I just want to make sure,
 9    I've been calling you doctor today.  You are
10    a Ph.D., right?
11          A.     That's correct.
12          Q.     All right.  So not an MD?
13          A.     That's correct.
14          Q.     Not an audiologist?
15          A.     That's correct.
16          Q.     And I understand, sir, that you
17    work at Harvard Medical School, but you work
18    at the medical school as a -- primarily as a
19    researcher and a professor, is that fair, or
20    as a researcher?
21          A.     Yes.  And strictly speaking, I
22    work at the Massachusetts Eye & Ear Infirmary
23    which is affiliated with Harvard Medical
24    School, but people would not say I work at
```

1    the medical school per se.

2         Q.    Fair enough.

3               And there at the -- it's the

4    MEEI, is that right?

5         A.    Yes.

6         Q.    Okay.  At the Massachusetts

7    Eye & Ear Infirmary, you are currently the

8    vice chair for basic research, fair?

9         A.    Well, I was until February.  I

10   have stepped down after many years, and I'm

11   now just a researcher.

12        Q.    I assume that means less

13   responsibilities and more time to pursue

14   passions?

15        A.    Absolutely.  Absolutely.  I

16   love it.

17        Q.    That's good.  I'm glad.

18               But so you also mention in your

19   report that you've been an independent

20   investigator at the Eaton-Peabody Labs for

21   pretty much most of your time there, right?

22        A.    Yes.  Although, as I matured, I

23   took on administrative responsibilities, I

24   never gave up my own research career, my own

M. Charles Liberman, Ph.D.

```
1    research group.
2         Q.     But the gist of my question
3    here, though, is although I don't think
4    anyone would dispute that you are an expert
5    in the area of research into the ear and
6    inner ear and all that, fair to say, though,
7    you just -- you don't see patients, you don't
8    actually -- that's not your job?
9              MR. LEUTHAUSER:  Object to
10        form.
11             THE WITNESS:  Well, yes and no.
12        I work very closely with Dr. Stéphane
13        Maison whose name you'll see on many
14        of my publications.  He's one of my
15        former students.  And in the course of
16        that work, that arm of the research
17        that I do is exclusively with human
18        subjects and human patients.
19   BY MR. WOLFSON:
20        Q.     Right.  But you --
21        A.     We are in the -- we are in the
22   business of taking what we've learned in
23   animal models in our discoveries of the
24   phenomenon of cochlear synaptopathy and
```

M. Charles Liberman, Ph.D.

1    attempting to extrapolate to the human

2    condition and see if we can diagnose cochlear

3    synaptopathy in humans in the same way as we

4    can in animal subjects.

5              I mean, diagnostic tests before

6    they make it into the clinic and into regular

7    use by clinicians are derived, honed,

8    researched, perfected by people like me.  We

9    are the ones who are developing the next

10   generation of audiometric tests.

11             So I work with human subjects,

12   I work with human patients, and we are very

13   much in the business -- I would say it's fair

14   to say we are at the forefront of the field

15   in trying to develop diagnostics for cochlear

16   synaptopathy which will then be -- if we were

17   to succeed, which would then be adopted by

18   audiologists and otologists throughout the

19   country and the world.

20        Q.    And when you say -- well, are

21   you familiar with Meniere's disease?

22        A.    Yes.

23        Q.    Is there a diagnostic test for

24   identifying Meniere's disease in patients?

M. Charles Liberman, Ph.D.

1          A.      Well, my understanding is that

2     there is a constellation of phenomena that,

3     when put together, are described as Meniere's

4     disease, which is episodic vertigo,

5     fluctuating low frequency hearing loss.  It's

6     a syndrome.  And when you have that

7     constellation of measurable results, you call

8     it Meniere's disease.

9          Q.      Okay.  But, I mean, just based

10    on your own familiarity with research in this

11    area and just your expertise, you agree with

12    me there's no single diagnostic test for

13    Meniere's disease, right?

14               MR. LEUTHAUSER:  Object to

15          form.  Asked and answered.

16               THE WITNESS:  Well, actually

17          there's a new research out of the Mass

18          Eye & Ear Infirmary that suggests -- I

19          would say shows that there's actually

20          an imaging analysis which can directly

21          visualize the endolymphatic sac, and

22          in a subset of people with what has

23          been called Meniere's disease, you can

24          actually see that there's hypoplasia

M. Charles Liberman, Ph.D.

1    constellation of the symptoms that I

2    described, which include, mind you,

3    hearing loss which is objectifiable,

4    fluctuating hearing loss, then they do

5    give it the name Meniere's disease.

6         I mean, there are a lot of

7    conditions that people give names to

8    because that's what doctors like to

9    do, they like to give names to things,

10   even though there may or may not be

11   anything that they can reliably do

12   about it, and Meniere's disease is one

13   of those things.

14        So if a patient comes in,

15   rather than just say not only can we

16   not do anything for you, we don't even

17   know what to call it, at least they

18   can give it a name.  They still can't

19   do anything about it.

20        So yes, sometimes people give

21   names to things.  Sometimes they give

22   Latin names to things, which makes it

23   sound even more official.

24             ///

M. Charles Liberman, Ph.D.

1    BY MR. WOLFSON:

2         Q.    And you said before, though, I

3    believe the word that you used was

4    constellation, that when we're talking, for

5    example, about Meniere's disease that you use

6    a constellation of different analyses to --

7    what -- to try to rule out other potential

8    syndromes or conditions other than Meniere's

9    disease, is that fair?

10        A.    Again, this -- I would say this

11   is sort of outside my area of expertise, so I

12   think I'll just pass on that one.

13        Q.    Okay.  But when you refer to

14   the word diagnose in your first opinion with

15   respect to cochlear synaptopathy, what you're

16   talking about is a single diagnostic test.

17   Right now you say -- and I understand your

18   research on this -- that there's not a single

19   diagnostic test that you can use to conclude

20   someone has cochlear synaptopathy.  Is that

21   your opinion?

22             MR. LEUTHAUSER:  Object to

23        form.  Mischaracterizes testimony.

24             THE WITNESS:  There's no

M. Charles Liberman, Ph.D.

1           combination of tests.  There's no

2           combination of tests that can

3           definitively diagnose cochlear

4           synaptopathy.

5    BY MR. WOLFSON:

6           Q.     How about likelihood?  Maybe

7    not definitively, but the likelihood that

8    someone has cochlear synaptopathy?

9                  MR. LEUTHAUSER:  Object to

10          form.

11                 THE WITNESS:  What our research

12          shows and what we clearly state in our

13          papers, in all of our human subject

14          papers where we looked at this is that

15          if you take a population of human

16          subjects who have normal audiograms --

17          and having a normal audiogram is key

18          to even hoping to interpret anything

19          from these Wave 1 tests, we can talk a

20          bit more about that later -- but so if

21          you take a population of people with

22          normal audiograms and you measure

23          their ABR Wave 1 and you look at the

24          relation between ABR Wave 1 and, say,

M. Charles Liberman, Ph.D.

1     performance on a difficult word

2     recognition task, word score, there

3     are a number of physiological --

4     electrophysiological tests, be it ABR

5     wave 1, be it middle ear muscle reflex

6     strength, EFRs, which are another kind

7     of auditory brain stem response, for

8     any of those, there will be a

9     statistically significant correlation

10    between that metric and the word

11    score, the performance on this

12    difficult word task.

13          The correlation coefficient is

14    such that if you go through the

15    statistics and ask a statistician,

16    they'll say none of these metrics

17    explains more than 10 percent of the

18    variance.

19          And even if you put them all in

20    together, you can't explain very much

21    of the variance.  I don't know what

22    the exact number is, but it's a very

23    small amount of the variance.

24          So there's something going on

M. Charles Liberman, Ph.D.

1           there in the sense that different --

2           it's consistent with the idea that

3           different amounts of surviving

4           auditory nerve fibers influence -- are

5           one of the many things that influence

6           your performance on a difficult word

7           task.  But for anyone in particular,

8           it only explains about 10 percent of

9           the variance.

10               So remember, before we

11          discovered cochlear synaptopathy, when

12          somebody came into an audiology clinic

13          and they said I'm having trouble

14          understanding speech in a noisy

15          environment and they were given an

16          audiogram, and if the audiogram was

17          normal, people used to say, well, if

18          their audiogram is normal their

19          cochlea is normal, so they must have a

20          problem in the central nervous system,

21          and they called it auditory processing

22          disorder.

23               And that still is a completely

24          viable hypothesis that for a lot of

M. Charles Liberman, Ph.D.

1         people, there are issues in the

2         central nervous system.  Everybody's

3         central nervous system is different.

4         You don't hear with your ear, you hear

5         with your brain.  And so that, among

6         many other things, can contribute to

7         difficulty hearing in a noisy

8         environment despite a normal

9         audiogram.

10             So that's what I mean when I

11        say it's impossible with any

12        combination of tests to say yes, you

13        have cochlear synaptopathy, you have

14        cochlear nerve damage, until we would

15        get your temporal bone.  You know,

16        should you be unfortunate enough to

17        pass away and we get your ear, then we

18        can tell if you have cochlear

19        synaptopathy.  But at this point,

20        failing that, there's just no way to

21        know.

22   BY MR. WOLFSON:

23        Q.    Sir, one of the reasons that

24   you began your -- if I'm understanding your

M. Charles Liberman, Ph.D.

```
 1    testimony just now, one of the reasons that
 2    you looked into what was going on here is
 3    that there were results where someone would
 4    come in with a normal or near normal set of
 5    audiogram results but they were still having
 6    difficulty hearing in a way that couldn't be
 7    explained by, what, loss of hair cells in the
 8    ear, is that fair?
 9              MR. LEUTHAUSER:  Object to
10         form.
11              THE WITNESS:  Well, the way I
12         would answer that is our current
13         understanding is that what the
14         audiogram is telling you, as with
15         otoacoustic emissions, it's primarily
16         a metric of hair cell health, really
17         outer hair cell health.
18              Cells that are the most
19         vulnerable elements in the ear, they
20         tend to be damaged first in aging and
21         noise damage and ototoxic drugs and a
22         variety of cochlear insults.  And when
23         the outer hair cells start to be
24         damaged, thresholds go up.
```

M. Charles Liberman, Ph.D.

1          So if somebody comes in with a
2     normal audiogram, you can be quite
3     sure that at least in the standard
4     frequency regions they have a
5     reasonable healthy population of hair
6     cells, yes.
7          And yes, it is -- it's -- as I
8     was alluding to before, it's been
9     known for decades that having a normal
10    audiogram is not a guarantee that you
11    will consider yourself or be testable
12    to be highly functional, especially in
13    a noisy environment.
14          So yes, there are people who
15    have normal audiograms, yet have worse
16    than average ability to understand
17    speech in a noisy environment.
18          And as I was saying, yes, I
19    firmly believe that some of that is
20    due to -- in some people is due to
21    cochlear nerve damage.  But we also
22    know and are just as confident that
23    there are other things that contribute
24    to that that have absolutely nothing

M. Charles Liberman, Ph.D.

```
1              to do with cochlear nerve damage.
2   BY MR. WOLFSON:
3       Q.     And as -- since you are not a
4   clinician, you do not go through the process
5   called a differential diagnosis where you try
6   to -- for specific patients try to rule out
7   those other potential causes for their
8   hearing difficulties just in your day-to-day
9   job, fair?
10              MR. LEUTHAUSER:  Object to
11         form.
12              THE WITNESS:  Well, again, yes
13         and no.  I collaborated with Stéphane
14         Maison.  And in these experiments that
15         we do, in these scientific experiments
16         that we do where we are trying to
17         establish is it possible to diagnose
18         cochlear synaptopathy, we are
19         performing all of the tests that any
20         clinician would have in their battery
21         and then some.
22              And so we are absolutely doing
23         differential diagnosis.  That's part
24         of science.  You use all the tools you
```

1          have to try to figure out to the best

2          of your ability, using state of the

3          art tools, what's working, what's not

4          working.  And I can guarantee you that

5          there's no clinician who has more

6          tools at their disposal than we do in

7          our research labs.

8     BY MR. WOLFSON:

9          Q.     Sir, when you're talking about

10    your research, you're trying to get to the

11    level of, for example, statistical

12    significance, fair?

13         A.     Sure.

14         Q.     And statistical significance,

15    sort of the baseline level of statistical

16    significance is 95 percent confidence that

17    the -- or that the results you're getting are

18    not due to chance, fair?

19              MR. LEUTHAUSER:  Object to

20         form.

21              THE WITNESS:  Yes.

22    BY MR. WOLFSON:

23         Q.     As a p -- it's referred to as a

24    p-value of what, .05?

M. Charles Liberman, Ph.D.

1          A.       Yes, that's absolutely correct.

2          Q.       All right.  And then the higher

3     level is a 99 percent, a p-value of .01,

4     fair?  Is that right?

5                   MR. LEUTHAUSER:  Object to

6          form.

7                   THE WITNESS:  1 percent.

8     BY MR. WOLFSON:

9          Q.       1 percent.  So 1 percent at

10    it's -- there's a 1 percent chance it is due

11    to chance, right?

12         A.       That's correct.

13         Q.       All right.  So, now, what if

14    we're dealing with something more like

15    51 percent confidence that something is due

16    to cochlear synaptopathy?  When you're doing

17    your research, that is far below what you're

18    trying to do in terms of providing a

19    scientific diagnostic -- you know,

20    peer-reviewed diagnostic test of, you know, a

21    singular nature to identify cochlear

22    synaptopathy, fair?

23                  MR. LEUTHAUSER:  Object to

24         form.

M. Charles Liberman, Ph.D.

1   might be cochlear synaptopathy, but you're

2   not entirely sure, because it seems like one

3   of your other opinions is that you can't tell

4   one way or another whether these people have

5   cochlear synaptopathy?

6           A.      Well, what I'm saying is that

7   given that you can't biopsy the inner ear and

8   you can't see the neurons with any clinical

9   or research imaging tool non-invasively in

10  humans, then what's our best guess at the

11  nerve population?

12          Our best guess at the nerve

13  population is -- well, we've suggested a few

14  things, ABR wave 1 amplitude, this envelope

15  following response which we haven't talked

16  about, which is just a variant of an auditory

17  brain stem response, and middle ear muscle

18  reflex which might be -- give you insight

19  into auditory nerve populations.

20          No matter what you use, you

21  will see a correlation between these measures

22  and word score, but the variances is very

23  large.

24          So there's something going on

1    there.  Our hypothesis is supported that yes,

2    it does seem to be the case that losing

3    cochlear nerve fibers will probably cause you

4    to do more poorly on a difficult word score,

5    but it is impossible on a person-by-person

6    basis to see whether they are one of the ones

7    that has that problem versus any of the other

8    problems that might cause difficulty on a

9    difficult word score -- word test.

10         Q.    Impossible so far at a level of

11   statistical significance?

12              MR. LEUTHAUSER:  Object to

13        form.

14   BY MR. WOLFSON:

15         Q.    Is that right?

16         A.    Well, again, I -- there are --

17   it is not within my wheelhouse.  I've never

18   actually gotten to the point of trying to

19   get, like, an FDA-approved diagnosis.  I've

20   never worked specifically with sensitivity

21   and specificity.

22              But I know that if you can only

23   explain 10 percent of the variance, it does

24   not pass muster as anything remotely useful

M. Charles Liberman, Ph.D.

1    in diagnosing something.

2         Q.    But we're -- at least what

3    we're -- okay.  But if we're -- as we're

4    talking about the variance and this research,

5    you're -- what you're saying, though, is that

6    even though these folks have, quote, normal

7    audiograms, there does seem to be something

8    going on; and what you're still trying to

9    figure out is what exactly is going on?

10             MR. LEUTHAUSER:  Object to

11        form.

12   BY MR. WOLFSON:

13        Q.    That being more difficulty

14   discriminating speech and noise?

15        A.    Yes.  We assemble these big

16   groups of people.  You know, I think Stéphane

17   Maison is really the one who's doing these.

18   He's got over 250 subjects now who have

19   normal audiograms and no explicit history of

20   otologic disease.  And there is a very wide

21   range of performance on these difficult words

22   in noise tasks.

23        Q.    To --

24        A.    And --

1              (Cross-talking.)

2              MR. LEUTHAUSER:  Go ahead,

3         Dr. Liberman.

4              THE WITNESS:  At the population

5         level, there's a statistically

6         significant correlation with wave 1

7         amplitude, but wave 1 amplitude as a

8         predictor only explains a very small,

9         i.e., 10 percent of that huge variance

10        in people's performance on this test,

11        which means there's a lot of other

12        stuff going on.

13             MR. LEUTHAUSER:  Sorry.  I

14        didn't mean to interrupt.

15             MR. WOLFSON:  That's okay.

16   BY MR. WOLFSON:

17        Q.     But according to your opinion,

18   a wave 1 amplitude is not a diagnostic test

19   to determine if someone has cochlear

20   synaptopathy?

21        A.     Correct.

22        Q.     Okay.  Sir, I'd like to look at

23   page 6 of this report, just to go back real

24   quick, and it's at the -- after that first

M. Charles Liberman, Ph.D.

1    word scores, things like that, is when we hit

2    thresholds of 20 or above?

3                    MR. LEUTHAUSER:  Object to

4         form.

5                    THE WITNESS:  All of the cases

6         that we were studying here were above

7         40 or 50 years old, and not

8         surprisingly, they all have

9         significant high frequency threshold

10        shifts.  So I don't think any of

11        them -- or very few of them would have

12        audiograms that fall into the normal

13        range, and certainly the averages

14        didn't come close to falling in the

15        normal range.

16   BY MR. WOLFSON:

17        Q.    Right.  And I'm just talking

18   about terminology here.

19                    And for your own purposes,

20   that's thresholds that are 20-dB and above?

21                    MR. LEUTHAUSER:  Object to

22        form.

23   BY MR. WOLFSON:

24        Q.    Are the not normal group?

M. Charles Liberman, Ph.D.

```
 1              MR. LEUTHAUSER:  Object to
 2         form.
 3              THE WITNESS:  We did not have
 4         audiometric threshold as an entry
 5         criterion here at all, that was only
 6         for our living human subjects here.
 7              Our entry criteria are otologic
 8         history.  We are just trying to what
 9         we call study normal aging, which
10         means that anybody with an accepted
11         diagnosis of an otologic condition, be
12         it Meniere's disease or they had
13         ototoxic drugs or they have a family
14         history of hearing loss, those are all
15         excluded.
16              So we're only excluded -- we're
17         only including people who have either
18         no explanation whatsoever for their
19         hearing loss or people who have a
20         noise history as perhaps a partial
21         explanation for their hearing loss.
22    BY MR. WOLFSON:
23         Q.   So let's go to page -- I
24    believe it's 7 of this document.  That's the
```

M. Charles Liberman, Ph.D.

1    one.

2              So, sir, one of the things that

3    we've talked about today is one of your --

4    one of the things that you've wondered about

5    is whether the types of exposure that happen

6    in animal studies, these short -- or

7    high-intensity, short-duration exposures may

8    have some aspect of explaining why you saw

9    cochlear synaptopathy in those situations,

10   sort of the immediate cochlear synaptopathy.

11             Now, when you -- you said these

12   are exposure levels that are just under the

13   level that would cause permanent hair cell

14   loss and for a duration of something like two

15   hours, is that right?

16             MR. LEUTHAUSER:  Object to

17        form, and the statement before the

18        question.

19             Go ahead, Dr. Liberman.

20             THE WITNESS:  It is true that

21        the animal experiments that we did and

22        others have done to study

23        noise-induced synaptopathy are all

24        carefully designed to be, as we've

M. Charles Liberman, Ph.D.

1    emissions, ABR responses, in order to try to

2    rule out a central -- a central auditory

3    processing disorder?

4        A.    Well, I'm not an expert on

5    central auditory processing disorder, so

6    that's really sort of outside my expertise.

7    I really probably shouldn't even comment on

8    that.

9        Q.    Okay.  Fair to say, then, that

10   you don't have any expertise in being able to

11   opine on whether a TBI or a certain type of

12   TBI causes hearing issues?

13            MR. LEUTHAUSER:  Object to

14       form.

15            THE WITNESS:  I would say that

16       most -- anything I know about that is,

17       you know, from superficial reading of

18       lay press and literature.  I'm really

19       not an expert on what we really

20       understand about TBI and how it

21       affects -- and what kind of tests

22       there are for it and how you diagnose

23       it per se with respect to the auditory

24       system.

M. Charles Liberman, Ph.D.

1    BY MR. WOLFSON:

2         Q.    Okay.  So in the wave 1 trials,

3    you're not intending to offer an opinion

4    that, for example, getting a concussion or a

5    mild TBI can cause hearing loss or tinnitus?

6              MR. LEUTHAUSER:  Object to

7         form.

8              THE WITNESS:  Right.  I have no

9         relevant expert opinion on how TBI

10        fits into any of this.

11   BY MR. WOLFSON:

12        Q.    Okay.  Now, we talked a little

13   bit about --

14        A.    Can I just -- can I just add --

15   can I just add one thing to that?

16             I mean, just as a concept, you

17   know, it's one example of one of the other

18   things that can contribute to hearing and

19   noise abilities that isn't directly tied to

20   auditory nerve response, auditory nerve wave

21   health, and therefore would be one of the

22   many reasons why wave 1 amplitude would not

23   be a strong -- would not -- explain a lot of

24   the variance in word scores, more of the

M. Charles Liberman, Ph.D.

1    variance in word scores, because there are

2    other things that could be going on.

3         Q.    But at least based on your own

4    areas of expertise, research, etcetera, you

5    can't personally talk about the likelihoods

6    that brain injuries are causing -- can cause

7    or to what extent they can cause hearing

8    issues or tinnitus?

9                   MR. LEUTHAUSER:  Object to

10              form.

11                   THE WITNESS:  Right.  And what

12              I would say that is relevant to that

13              is in all of the living human subjects

14              that I did with Dr. Maison, and that

15              we continue to do, one of our entry

16              criteria is the Montreal Cognitive

17              Assessment test.  So we try to screen

18              out severe examples of cognitive

19              issues by making it an entry level --

20              an entry criterion that people pass

21              the MoCA test, as it's called.  So we

22              try to -- we try to remove that from

23              consideration.  Therefore, I wouldn't

24              comment on anything about things in

M. Charles Liberman, Ph.D.

1           that nature other than we try to

2           eliminate it.

3    BY MR. WOLFSON:

4           Q.     Right.

5                  And for your own personal

6    research, you have not done research into the

7    effects on hearing or tinnitus from brain

8    injuries?

9           A.     Absolutely correct.

10          Q.     Now, previously we talked about

11   noise damage acceleration of hearing issues,

12   and we were talking a little bit about animal

13   studies, including your own.

14                 Do you recall those questions

15   and answers, sir?

16          A.     Yes, I do.

17          Q.     Now, in page 11 of your report,

18   but you -- you wrote, "Whether or not an

19   acoustic injury interacts with the aging

20   process to produce worse outcomes years after

21   the initial exposure is controversial and

22   still fundamentally unclear."

23                 Do you recall making that

24   statement?

M. Charles Liberman, Ph.D.

```
 1              THE WITNESS:  Well, this is one
 2       of those studies that I was talking
 3       about where we had a bunch of subjects
 4       with normal thresholds in the standard
 5       audiometric range, and we measured a
 6       bunch of electrophysiological
 7       measures, ABR wave 1, envelope
 8       following responses, I believe there
 9       were middle ear muscle reflex
10       measurements in here as well, all of
11       which are measures that in animal
12       studies, in very carefully controlled
13       animal studies, we had seen were
14       correlated with actual measures of
15       cochlear synaptopathy.
16              And this is one of the human
17       studies where we tried to see if it
18       was correlated with performance on
19       difficult word recognition tasks.
20              And as I discussed a minute
21       ago, yes, across the entire population
22       there's a statistically significant
23       correlation between, I think, all of
24       these, each of these markers, and
```

1          performance on a difficult word score.

2                    But the variance is so high

3          that as a diagnostic metric on

4          case-by-case basis, it fails.  It's

5          not sensitive enough to be used for

6          diagnosis.

7     BY MR. LEUTHAUSER:

8          Q.     Are DPOAEs sufficient to

9     diagnose somebody with cochlear synaptopathy?

10         A.     No.  And they're not adequate

11    for a different reason, which is they are

12    fundamentally markers of outer hair cell

13    function.  And outer hair cell function, as

14    we've seen, may or may not be correlated

15    with -- appears to be correlated in our

16    studies with auditory nerve survival, but the

17    correlations are not strong enough to make

18    any kind of a determination on a case-by-case

19    basis.  That's one of the problems.

20                   And the other problem is that

21    once there's as much outer hair cell damage

22    as there is, say, in our 50 and 60-year-olds

23    in our study, you would essentially see no

24    otoacoustic emissions whatsoever.  They're

M. Charles Liberman, Ph.D.

1    very sensitive to outer ear cell damage, and

2    they tend to disappear without -- with only a

3    moderate amount of outer hair cell damage.

4         Q.      What is EFR?

5         A.      EFR stands for envelope

6    following response.  It's very similar to an

7    auditory brain stem response.  You put in

8    sounds, and you measure electrical potentials

9    that are evoked by those sounds.  ABRs are in

10   response to the short tone bursts.  EFRs are

11   in response to a tone which is varied in

12   amplitude.

13             There are various reasons

14   extrapolated from animal studies whereby it

15   was hypothesized that an EFR might be a more

16   sensitive measure of cochlear synaptopathy

17   than auditory brain stem responses, primarily

18   because it's more reliant on these high

19   threshold, spontaneous rate fibers that we've

20   discussed a couple of times which may be the

21   most sensitive to noise damage.

22             In an animal study that's very

23   carefully controlled we saw a slightly higher

24   correlation coefficient between EFR markers

M. Charles Liberman, Ph.D.

1          measures to make any kind of statement

2          about the degree of cochlear

3          synaptopathy.

4     BY MR. LEUTHAUSER:

5          Q.     You were asked a number of

6     questions about what normal audiometric

7     thresholds are.

8                Do you recall those?

9          A.     Yes.

10         Q.     Okay.  And you reviewed a

11    number of studies that indicated those

12    studies used 20 decibels as a normal

13    threshold.

14               Do you recall looking at those?

15         A.     Yes.  What cutoff you use to

16    define normal versus abnormal is completely

17    arbitrary, and different investigators and

18    different organizations and different federal

19    regulatory agencies -- some use 20-dB.  Some

20    use 25-dB.  Either one is completely

21    arbitrary.

22         Q.     Okay.  I'd like to go to

23    opinion number 4 in your Summary of Opinions

24    on page 21 of your report which indicates,

1    "There is no reliable evidence in humans that

2    significant noise-induced cochlear neural

3    loss can occur in ears with normal

4    audiometric thresholds."

5              Do you see that, Dr. Liberman?

6         A.    Yes.

7         Q.    Now, is that true whether or

8    not someone defines normal as 20 or

9    25 decibels?

10        A.    Yes.

11        Q.    Final question.

12             What are the things besides

13   noise that could cause auditory nerve fiber

14   loss?

15             MR. WOLFSON:  Objection.  Form,

16        and undisclosed opinion.

17   BY MR. LEUTHAUSER:

18        Q.    Go ahead.

19        A.    Well, there's evidence in

20   animal models that exposure to ototoxic

21   drugs, including aminoglycoside antibiotics,

22   there are a number of drugs that are given in

23   treatment of various conditions in humans

24   that as a side effect cause hearing loss and

M. Charles Liberman, Ph.D.

1   hair cell damage.

2              And since the discovery of

3   cochlear synaptopathy, people have

4   reinvestigated several of those, and there

5   are papers out there and animal models

6   suggesting that either aminoglycoside

7   antibiotics or platinum-containing

8   chemotherapeutics, like cisplatin and

9   carboplatin, can cause synaptopathy before

10  they cause significant hair cell loss and

11  threshold shift, just as is in the case in

12  animal models for noise damage.

13              MR. WOLFSON:  Move to strike as

14       an undisclosed opinion.

15              MR. LEUTHAUSER:  Sorry.  I said

16       final question.  I apologize.  I think

17       I might have one or two more.

18  BY MR. LEUTHAUSER:

19       Q.     You state in opinion 7 on

20  page 21 of your report under the Summary of

21  Opinions section, "For any particular person,

22  it is not possible to conclude that a hearing

23  loss that progresses later in life can be

24  attributed to noise exposure that occurred

M. Charles Biberman, Ph.D.

1    years earlier."

2                    Do you see that?

3         A.     Yes.

4         Q.     Do you recall being asked about

5    the 2020 Jafari study by Mr. Wolfson?

6         A.     Yes.

7         Q.     I know that you don't recall

8    reviewing it, but would it be important to

9    know whether or not those individuals were

10   actually removed from noise sources when it

11   was determined whether or not their

12   age-related hearing loss would accelerate

13   later in life?

14                   MR. WOLFSON:  Objection.  Form.

15                   THE WITNESS:  Yes.  Yes.  I

16           mean, if you're asking -- one

17           experimental design is asking about a

18           noise exposure that's circumscribed in

19           time, and then someone looking at

20           their subsequent age-related hearing

21           loss is a very different question from

22           looking at the accumulating loss of

23           people who continue to be exposed to

24           possibly damaging levels of noise.

M. Charles Liberman, Ph.D.

1    BY MR. WOLFSON:

2         Q.    Sir, when you talk about

3    diagnosing using different types of tests,

4    you are not a medical doctor nor an

5    audiologist, are you?

6               MR. LEUTHAUSER:  Object to

7         form.

8               THE WITNESS:  That's correct, I

9         am not.

10   BY MR. WOLFSON:

11        Q.    You do not as part of your area

12   of expertise diagnose patients with certain

13   conditions, do you?

14              MR. LEUTHAUSER:  Object to

15        form.

16              THE WITNESS:  No, I do not.

17        But as I discussed earlier, we are at

18        the forefront of research that devises

19        and vets and tests diagnoses.

20        Synaptopathy is a new thing to the

21        audiological field.  And if there were

22        to be a diagnosis, it would be

23        developed by experiments of the type

24        that we are continuing to do.

M. Charles Liberman, Ph.D.

1    BY MR. WOLFSON:

2        Q.    You are not board-certified or

3    medically certified in any way, are you?

4        A.    That's correct.

5        Q.    Okay.  You do not practice as a

6    clinician, do you?

7               MR. LEUTHAUSER:  Object to

8        form.

9               THE WITNESS:  No, but the

10       co-author on all these studies with me

11       is a practicing audiologist.

12   BY MR. WOLFSON:

13       Q.    But you are not, right?

14       A.    That is correct.

15       Q.    Now, sir, in your day-to-day

16   practice, you do not know what sorts of

17   medical criteria doctors, actual people

18   seeing patients, clinicians, determine is

19   enough for them to make a differential

20   diagnosis for someone, fair?

21               MR. LEUTHAUSER:  Object to

22       form.

23               THE WITNESS:  No, I wouldn't

24       agree with that.  I mean, in the

M. Charles Liberman, Ph.D.

```
 1              course of planning our studies and
 2              analyzing our data and writing our
 3              reports and coming to our conclusions,
 4              my colleague, Stéphane Maison, and I
 5              are constantly discussing the
 6              fundamental question here, which is
 7              can we as researchers, one a clinician
 8              scientist and one a basic scientist,
 9              can we devise a reliable diagnostic
10              for synaptopathy and has -- in the
11              course of all those discussions, of
12              course we're discussing the state of
13              the art with respect to diagnosis.
14              And the state of the art with respect
15              to diagnosis is totally hand waving at
16              present.
17    BY MR. WOLFSON:
18         Q.    Well, sir, you have not cited
19    any medical materials saying that a
20    clinician, say an otolaryngologist or an
21    audiologist, is unable to use a variety of
22    different tests to conclude it's more likely
23    than not that someone is suffering from
24    cochlear synaptopathy, do you?
```

M. Charles Liberman, Ph.D.

```
 1              MR. LEUTHAUSER:  Object to
 2         form.
 3              THE WITNESS:  I would say that
 4         all of our studies of human subjects
 5         with normal audiograms and varieties
 6         of histories and performances on word
 7         score are exactly what you need to
 8         decide whether you can safely diagnose
 9         anything.  That's exactly how
10         diagnostic criteria are developed.
11    BY MR. WOLFSON:
12         Q.    And basically, based on all of
13    that, in your most recent published work on
14    this from 2021, you actually conclude that
15    it's likely that cochlear synaptopathy leads
16    to greater difficulty discriminating speech
17    and noise, right?
18              MR. LEUTHAUSER:  Object to
19         form.
20              THE WITNESS:  Yes, I believe
21         it's true.  I believe all the evidence
22         suggests that at some point, and,
23         again, I've said repeatedly that we
24         don't understand the relationship
```

M. Charles Biberman, Ph.D.

```
 1    COMMONWEALTH OF MASSACHUSETTS )

 2    SUFFOLK, SS.                  )

 3                I, MAUREEN O'CONNOR POLLARD,

 4    Registered Diplomate Reporter and Notary

 5    Public in and for the Commonwealth of

 6    Massachusetts, do certify that on the 26th

 7    day of June, 2022, at 10:02 a.m., the person

 8    above-named was remotely duly sworn to

 9    testify to the truth of their knowledge, and

10    examined, and such examination reduced to

11    typewriting under my direction, and is a true

12    record of the testimony given by the witness.

13    I further certify that I am neither attorney,

14    related or employed by any of the parties to

15    this action, and that I am not a relative or

16    employee of any attorney employed by the

17    parties hereto, or financially interested in

18    the action.

19                In witness whereof, I have

20    hereunto set my hand this 29th day of June,

21    2022.

22    _____

23    MAUREEN O'CONNOR POLLARD, NOTARY PUBLIC

24    CSR #149108
```

M. Charles Liberman, Ph.D.

1           INSTRUCTIONS TO WITNESS

2

3        Please read your deposition over

4    carefully and make any necessary corrections.

5    You should state the reason in the

6    appropriate space on the errata sheet for any

7    corrections that are made.

8        After doing so, please sign the errata

9    sheet and date it.  It will be attached to

10   your deposition.

11       It is imperative that you return the

12   original errata sheet to the deposing

13   attorney within thirty (30) days of receipt

14   of the deposition transcript by you.  If you

15   fail to do so, the deposition transcript may

16   be deemed to be accurate and may be used in

17   court.

18

19

20

21

22

23

24

M. Charles Biberman, Ph.D.

1                      - - - - - -

                    E R R A T A

2                      - - - - - -

3      PAGE   LINE   CHANGE

4     _____  _____  _____

5         REASON: _____

6     _____  _____  _____

7         REASON: _____

8     _____  _____  _____

9         REASON: _____

10    _____  _____  _____

11        REASON: _____

12    _____  _____  _____

13        REASON: _____

14    _____  _____  _____

15        REASON: _____

16    _____  _____  _____

17        REASON: _____

18    _____  _____  _____

19        REASON: _____

20    _____  _____  _____

21        REASON: _____

22    _____  _____  _____

23

24

1

2                    ACKNOWLEDGMENT OF DEPONENT

3

4        I, _____, do
Hereby certify that I have read the foregoing
5   pages, and that the same is a correct
transcription of the answers given by me to
6   the questions therein propounded, except for
the corrections or changes in form or
7   substance, if any, noted in the attached
Errata Sheet.

8

9

_____
10  M. CHARLES LIBERMAN, Ph.D.              DATE

11

12

13

14

15

16

Subscribed and sworn
17  To before me this
_____ day of _____, 20_____.
18

My commission expires: _____
19

20  _____
Notary Public

21

22

23

24

M. Charles Bliderman, Ph.D.

```
1                      LAWYER'S NOTES

2      PAGE   LINE

3      _____  _____   _____

4      _____  _____   _____

5      _____  _____   _____

6      _____  _____   _____

7      _____  _____   _____

8      _____  _____   _____

9      _____  _____   _____

10     _____  _____   _____

11     _____  _____   _____

12     _____  _____   _____

13     _____  _____   _____

14     _____  _____   _____

15     _____  _____   _____

16     _____  _____   _____

17     _____  _____   _____

18     _____  _____   _____

19     _____  _____   _____

20     _____  _____   _____

21     _____  _____   _____

22     _____  _____   _____

23     _____  _____   _____

24     _____  _____   _____
```