# EXHIBIT 40

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) | Case No. 3:19-md-2885-MCR-GRJ |
| | ) ) | Judge M. Casey Rodgers Magistrate Gary R. Jones |
| **THIS DOCUMENT RELATES TO:** *All Wave 1 Cases* | ) ) ) | |
| | ) ) | **CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER** |

<u>**EXPERT REPORT OF JOHN A. BERTELSON, M.D., FAAN**</u>

**May 11, 2022**

**John A. Bertelson, MD FAAN**                              3215 Steck Avenue, Ste. 200
**Expert Report**                                          Austin, TX 78757
                                                           (512) 633-6384


May 6, 2022


Mr. Benjamin Watson
Butler Snow LLP
102 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157


RE: 3M Combat Arms Earplug Products Liability Litigation, MDL # 3:19-md-2885


Dear Mr. Watson,

At your request, I was asked by counsel for 3M to provide a general report on head injuries, including causes, symptoms, and the relation between head injuries and hearing loss and/or tinnitus. The opinions I offer in this report are all held to a reasonable degree of medical and scientific certainty. In the process of formulating those opinions, I reviewed the materials cited in my Materials Considered List, which is attached as Exhibit A. In addition, I relied upon my professional experience including my education, experience as a practicing physician and academic neurologist, and clinical judgment.


**Qualifications, Publications, Testimonial History, and Compensation**

I have practiced neurology in Austin, TX since 2003.  I received my medical degree from the University of Texas Health Science Center in Houston, completed an internship at St. Joseph's Hospital in Houston, and a residency in neurology at the Mayo Clinic in Rochester, Minnesota.  I have completed two fellowships, in Behavioral Neurology and Neuropsychiatry (at McLean Hospital, affiliated with Harvard Medical School) and in Neuroimaging (at the Dent Institute in Buffalo, New York).  I am a former Instructor at Harvard Medical School.  My current academic appointments include as an Associate Professor of Neurology at Texas Tech University School of Medicine and an Assistant Professor of Neurology and Psychiatry at the University of Texas-Austin Dell Medical School.

I am board certified in Neurology by the American Board of Psychiatry and Neurology.  In addition, I have received subspecialty certification in Behavioral Neurology & Neuropsychiatry and in Neuroimaging by the United Council for Neurologic Subspecialties.  My practice consists of the diagnosis and management of potential neurologic disorders in adults.

I actively practice neurology in the inpatient and outpatient settings.  For over 10 years I cared for patients with brain injuries at CORE Healthcare in Dripping Springs (now MENTIS).  I have evaluated players with the Texas Stars, an American Hockey League team, based in Cedar Park, Texas.  Finally, I am a Qualified MAF Physician under the terms of the NFL Concussion Settlement and have evaluated numerous former NFL players in this capacity.

Attached as Exhibit B is my CV that contains my qualifications as well as a list of all publications that I have authored over the last ten years.  Exhibit C is my list of other cases in which, during the previous four years, I have testified as an expert witness at trial or by deposition.  My compensation rate is set forth in my Fee Schedule, which is attached as Exhibit D.

**Facts and Opinions**

1. The definition of traumatic brain injury (TBI) and various subtypes of TBI.
   There are many definitions in the medical literature for traumatic brain injury, or TBI.  In 2016, a working group convened by the VA and DOD (hereafter designated as the 2016 VA/DOD working group) defined traumatic brain injury as:

   > *A traumatically induced structural injury and/or physiological disruption of brain function as a result of an external force and is indicated by new onset or worsening of at least one of the following clinical signs immediately following the event:*
   > - *Any period of loss of or a decreased level of consciousness*
   > - *Any loss of memory for events immediately before or after the injury (posttraumatic amnesia)*
   > - *Any alteration in mental state at the time of the injury (e.g., confusion, disorientation, slowed thinking, alteration of consciousness/mental state)*
   > - *Neurological deficits (e.g., weakness, loss of balance, change in vision, praxis, paresis/plegia, sensory loss, aphasia) that may or may not be transient*
   > - *Intracranial lesion*

   The severity of TBI is most commonly categorized as mild, moderate, or severe.  The following table presents the generally accepted classification for TBI severity.

Table 1. Classification of Traumatic Brain Injury Severity

| Criteria (1) | Mild | Moderate | Severe |
|---|---|---|---|
| Alteration in Mental State | Up to 24 hours | >24 hours; severity based on other criteria | |
| Loss of Consciousness | 0-30 minutes | 30+ minutes to 24 hours | 24+ hours |
| Posttraumatic Amnesia | 0-24 hours | 24 hours to 7 days | 7+ days |
| Glasgow Coma Scale (Best score in 24 hours) | 13-15 | 9-12 | <9 |

1. When the criteria appear to indicate different levels of severity of TBI, the criteria corresponding to the more severe stage is assumed.

It may be worth noting that medical and other records do not always document information about each of these criteria used to classify a TBI.  Sometimes, the potentially injured subject or other individuals describe symptoms which are unusual, inconsistent with other information, and appear excessive for the circumstances of the event.  For example, the subject may report prolonged loss of consciousness despite footage from the body camera of law enforcement personnel which demonstrates the subject walking around the scene of an accident.  In cases such as these, the clinician/expert should use their clinical judgement to determine brain injury severity based on information which is reasonable, likely, and/or justified by reliable evidence.

Neuroimaging is a critical tool in the assessment of patients with a history of traumatic brain injury.  A worse prognosis should be considered when acute abnormalities are seen on neuroimaging (Levin and Diaz-Arrastia 2015, Hiekkanen 2009).  The presence or absence of evidence of acute intracranial injury seen on initial neuroimaging studies (typically a head CT but conceivably also brain MRI) may also be used to further sub-characterize a mild TBI.  When there is evidence of acute intracranial abnormality (for example, bleeding inside the skull), the mild TBI may be considered a mild *complicated* TBI.  Otherwise, the mild TBI would be considered *uncomplicated*.  There is evidence that the prognosis for a mild complicated TBI is worse than that of uncomplicated injuries (Carroll 2004) and may be comparable to that of a moderate TBI.  Some authors, including the 2016 VA/DOD working group, considers a mild *complicated* TBI to be a form of a *moderate* TBI.

The term concussion is commonly used (including by the 2016 VA/DOD working group and this author) interchangeably for mild traumatic brain injury (aka. mTBI).  When the sub-characterization of complicated or uncomplicated mild TBI is used, this author considers the term *concussion* to be comparable to that of mild *uncomplicated* TBI.

2.  The epidemiology of traumatic brain injury.

Traumatic brain injury is a very common medical condition.  In 2013, it was estimated that 2.8 million Americans sustained a TBI every year (CDC, 2014).  Most (roughly 80%) civilian traumatic brain injuries are characterized as mild (CDC 2013) and it is estimated that many survivors of mild TBI don't seek medical care. In the civilian population, common causes of TBI include falls, motor-vehicle accidents, assault, and sport-related injuries.  Service members sustain traumatic brain injuries from the same mechanisms as do civilians (e.g., falls, motor vehicle collisions, etc). However, the military population also experiences TBI from events in combat, such as blast-related injuries.  Explosions can also result in injuries outside the nervous system, including to the respiratory, circulatory, visual, and auditory systems.  According to the Centers for Disease Control and Prevention, over 430,000 service members were diagnosed with a TBI between 2000 and 2020, and other sources indicate that 20% of service members may have sustained a concussion during deployment (French 2010).  United States Department of Defense statistics for 2009 indicate that at least 78% of the reported head injuries were classified as mild (Figure 1).  Considering that some head injuries were not classifiable, and that there were likely military

personnel with mTBI who never sought medical care, it is likely that more than 85% of military-related head injuries in 2009 would be classified as mild (French 2010).

Figure 1. Diagnoses of TBI in the DoD health care system



From French, 2010.

3.   Select mechanisms of injury associated with brain trauma.
     A review by Magnuson et al (2012) provided a review of some of the biophysical issues of blast and head injury.  The authors discussed the subject of energy transmission to the brain, shear effects, and other biomechanical issues related to explosive blasts.  They also reviewed the various neuroanatomical structures which can be injured due to blasts (Table 2).

Table 2. CNS Anatomic Abnormalities Associated with Blast Explosions

| Cortex | White Matter Tracts | Hippocampi | Cerebellum |
|---|---|---|---|
| Pyramidal cell shrinkage<br>Apical Dendrite distortion<br>Cortical white matter DAI | Structural abnormalities:<br>    corona radiata,<br>    orbitofrontal white<br>        matter<br>    cingulum<br>Cellular Apoptosis<br>Myelin disorganization | Abnormalities in:<br>    Pyramidal neurons<br>    CA1 and CA3<br>    DAI of white matter tracts | Abnormalities in:<br>    Middle cerebellar<br>        peduncle<br>    Purkinje neurons |

Adapted from Magnuson et al.

Traumatic brain injuries are often classified as primary or secondary.  Primary brain injuries are direct and often immediate effects of the traumatic event.  Examples of primary brain injuries include intracranial hemorrhage, lacerations, and coup/contrecoup injuries.  While diffuse axonal injuries and contusions may become more apparent on subsequent neuroimaging, they are the direct result of the traumatic insult and are considered examples of primary brain injuries.  Secondary brain injuries are those which occur later and are secondary to other pathophysiological conditions.  Damage caused by increased intracranial pressure, hypoxic/ischemic injuries, and focal cerebral infarctions are examples of secondary brain injuries.

Blast phenomenon can produce brain injury from multiple mechanisms (Magnuson 2012, Cernak 2010, and CDC Explosives Primer).  Primary blast-induced trauma results from kinetic energy being transferred to the brain from the blast wave created by the explosion (Cernak 2010).  Secondary blast-induced trauma is caused by debris and other projectiles which are displaced by the blast and collide (often at high velocity) with the individual.  Tertiary blast induced trauma occurs when the individual is thrown by the blast and strikes the ground or another surface.  Due to shock wave reflection off hard surfaces, blast injuries which occur in closed environments or near walls may produce more severe injuries than those which occur in the open (Cernak, 2010)  The literature suggests that exposure to repeated low level pressure blast waves can result in serological evidence of brain injury, even in the absence of diagnosed TBI (Boutté 2021).

4. The role of neuroimaging in traumatic brain injury.
    There is neuroimaging correlate to many pathologic conditions associated with TBI, in particular those which produce macroscopic lesions.  For example, edema, contusions, intraventricular hemorrhage, subarachnoid bleeding, epidural hematomas, and subdural hematomas are well known effects of brain trauma and are often well visualized on both MRI and CT.  Head CT is particularly sensitive to bony trauma such as skull fracture and is generally sensitive to pathologies which require urgent surgical intervention.  MRI is more sensitive to soft-tissue lesions including those which involve brain tissue.  By definition, the scans of patients with concussion do not demonstrate evidence of acute intracranial trauma.

    Certain chronic imaging findings, such as encephalomalacia involving the temporal poles or orbitofrontal structures, are relatively specific to TBI.  Other findings, such as cavum septum pellucidum, FLAIR hyperintensities, and atrophy are not specific to TBI but may be seen with increased frequency in persons with prior head trauma.  Structural brain MRI is more sensitive to the effects of chronic brain trauma than head CT.  Diffusion tensor imaging is an MRI modality which is used in research settings but is considered by the American College of Radiology as recently as 2020 to be not appropriate for use in the assessment of TBI in individuals subjects.

5.  <u>Symptoms commonly seen following brain injury</u>.

Brain injury symptoms and prognosis are often dependent on the severity of the injury.  For that reason, the literature commonly discusses the effects of mild TBI separately from those of moderate to severe brain injuries.  Patients with moderate and severe TBI are more likely to abnormal brain imaging, be acutely hospitalized, and receive inpatient rehabilitation.  Persistent focal neurological deficits, post-traumatic seizures, and dementia should not occur following a single mild TBI but may be common or even expected in certain cases of severe brain injury.  Symptoms such as headache, hearing loss, tinnitus, disorders of taste and smell, fatigue, sleep disturbance, and cognitive dysfunction can occur with varying frequency due to mild, moderate, and severe brain injuries even when neuroimaging is normal.

For many reasons, it is sometimes a challenging clinical and forensic exercise to attribute certain symptoms to a particular TBI, especially in the setting of mild TBI.  First, many symptoms of mild TBI are subjective and/or nonspecific.  They can occur in association with psychiatric disorders such as PTSD and medical conditions other than TBI.  In the absence of reliable neuropsychological testing and/or when hearing dysfunction is present, it can be very difficult to attribute language dysfunction to brain injury.  Second, even when diagnostic tests are purported to demonstrate abnormalities, it may be difficult to determine with certainty or even reasonable medical probability that such abnormalities are due to brain injury.  Third, when an individual has experienced multiple injuries, it may be impossible to determine which injury is likely responsible for a particular abnormality unless the appropriate diagnostic tests were performed pre-injury.

6.  <u>Long-term effects of brain injury.</u>

The prognosis for recovery from a single concussion is generally considered to be favorable and symptoms from a single, mild TBI may resolve within 7 days (Levin and Diaz-Arrastia, 2015).  The 2016 VA/DOD working group suggests that persons who have symptoms for more than 7 days following a mild TBI should be evaluated for the possibility of coexisting disorders, such as depression and PTSD.  Longer post-traumatic amnesia and the presence of acute trauma-related lesions on MRI have been demonstrated to be predictive of worse outcomes in a population primarily represented by mild TBI (Hiekkanen 2009).  An earlier review article suggested that the only predictor of persistent symptoms supported by consistent evidence was when compensation or litigation were factors (Carroll 2004).

Symptoms of a moderate or severe brain injury are more likely to be permanent than those which are caused by a single, mild TBI.  However, significant improvement can occur in these populations with more serious brain injuries.

Recurrent brain injury can have serious long-term consequences.  Numerous studies demonstrate that repeated head injuries are associated with more severe symptoms, may require more time to recover, and recovery may be incomplete (Lasry 2017, Theadom 2014).

The *second impact syndrome* should be considered a rare and controversial but potentially life-threatening type of recurrent brain injury.  This occurs when a second concussion occurs shortly after a preceding head injury.  It has been reported primarily among a small number of American football players who experienced intracranial bleeding and edema after sustaining at least two concussions in the same season (Bey 2009).

Chronic traumatic encephalopathy (CTE) is condition which has been attributed to a history of repetitive head injuries, and currently is determined only upon identification of characteristic pathological findings seen only on autopsy.  The clinical term for the symptoms associated with repetitive brain trauma is traumatic encephalopathy syndrome (TES).  Presently there are no generally accepted biomarkers for CTE or TES (Reams 2016).  There is also no proven correlation between CTE or TES, but this remains a subject of great interest and exploration.

7. <u>Tinnitus and hearing loss in the otherwise normal population.</u>

Tinnitus is an extremely common phenomenon, estimated to occur at least transiently in about 1 in 10 adults.  Hearing loss is also common in the otherwise normal population, especially with advancing age.  The NIH states that 2% of adults between 45 and 54 has hearing loss in both ears, and this increases to 50% in those over 75 years and older ([www.nincd.nih.gov](http://www.nincd.nih.gov)).  The presence of tinnitus is strongly associated with hearing impairment (Tan 2013).

8. <u>Tinnitus and hearing loss in the setting of TBI.</u>

Traumatic brain injuries likely increase the risk of tinnitus and hearing loss in military personnel, with a roughly 2 times increased risk of developing tinnitus from a mild TBI in a cohort of active-duty marines (Yurgil 2016).  Traumatic brain injury from blast appears to have a higher incidence of these symptoms than TBI from non-blast mechanisms.  The same study demonstrated a 1.9 times increased risk of developing tinnitus from non-blasts and a 2.9 increased risk of developing tinnitus from blast events.  A study exploring veterans in a VA trauma center demonstrated that compared to those who were not injured in blasts, those with blast-related injuries had rates of hearing loss of 62% (vs. 44%) and rates of tinnitus of 38% (vs. 18%) (French 2010).  A group of veterans with TBI referred to an audiology clinic frequently reported tinnitus (76%) and hearing loss (60%) (Oleksiak, 2012).  The highest incidence of hearing loss seen in this population occurred in those who sustained a blast injury.  The prognosis of post-traumatic tinnitus is variable but in some cases is permanent.

There are multiple pathophysiological mechanisms, common in the blast-injured population, which likely account for tinnitus (Kreuzer, et al)  These include:

- **Noise Trauma**.  Sounds waves can cause mechanical damage to the inner ear and nervous system.  The brain and other structures in the nervous system may sustain delayed injury, mediated by oxidative stress and excitotoxic apoptosis. There is a strong association between high-frequency hearing loss and tinnitus in individuals with a history of noise exposure.

- **Barotrauma**.  Pressure changes can cause temporary or permanent injury to the tympanic membrane and the ossicles.

- **Brain Trauma (TBI)**.  Mechanisms for hearing loss and tinnitus in subjects with TBI are not completely understood but may include diffuse axonal injury.  One study of young adults with TBI identified a prevalence of tinnitus of 53% and hearing impairment of 33%.  When tinnitus occurs because of TBI, other associated symptoms frequently include headache, neuropsychological dysfunction, and problems with central auditory processing.

- **Neck Trauma**.  Whiplash is reported to be associated with tinnitus and hearing loss in 10-15% of individuals, but often not for several months after the injury occurred. The mechanism is uncertain but may be due to abnormal sensory input from the neck to central auditory pathways in the brain.

- **PTSD**.  Multiple studies find an association between tinnitus and PTSD.  Tinnitus may be even more common than in persons with PTSD and other serious life-stressors (50%) than in those with noise exposures at work (24%).

Tinnitus is often stated to be pulsatile or non-pulsatile.  Tinnitus is described as pulsatile when its intensity fluctuates in conjunction with the pulse. When tinnitus is constant and does not vary with the pulse, it is stated to be non-pulsatile.  The characterization of tinnitus based on whether it is pulsatile may help predict the underlying pathology (Table 3, Addendum).

9.  The association between PTSD and tinnitus.

Tinnitus and PTSD are both common in the general population, and there are important commonalities between these disorders in the military.  For example, the most common cause of tinnitus and PTSD (and TBI) in servicemembers with combat deployments is blast exposure (Moring 2018).  Multiple studies suggest that PTSD may contribute to the presence and/or severity of the symptoms of tinnitus (Fagelson 2007, Kreuzer 2014) but the literature does not consistently identify an association between PTSD and tinnitus (Yurgil 2016).  Given one of the criteria for PTSD is an alteration in arousal and reactivity (which can be manifest as hypervigilance), it should not be unexpected that patients with PTSD would likely be more bothered by tinnitus than those without PTSD.  Overlapping neural networks (potentially damaged by TBI) could also serve as an association between tinnitus and PTSD (Moring 2018). Tinnitus in these settings likely is explained by a combination of physiological, neurological, and psychological factors (Moring 2018).

Summary/Conclusions

1.  Traumatic brain injury (TBI) is usually staged as mild, moderate, or severe.  Most TBIs are characterized as mild.  The term concussion is commonly used interchangeably with mild TBI.

2.  Traumatic brain injury, especially mild TBI, is a common injury in servicemembers.  TBI in this population can be caused by blast and non-blast related events.

3.  Routine head CT and brain MRI are usually normal in the setting of mild TBI.

4.  Tinnitus and hearing loss are well known symptoms of traumatic brain injury, especially TBI caused by explosions.

5.  The prognosis for good recovery of symptoms of mild TBI decreases in the setting of repeated traumatic brain injury.  The prognosis of a single mild TBI may be adversely affected by litigation and other issues related to compensation.

6.  The presence of PTSD likely contributes to or worsens symptoms of tinnitus.

Opinions expressed herein are based on reasonable medical probability.  I reserve the right to amend this report upon review of additional information.

Respectfully submitted,

John A. Bertelson, MD FAAN

Board Certified in Neurology, ABPN
Certified in Neuroimaging, UCNS
Certified in Behavioral Neurology & Neuropsychiatry, UCNS
Texas Medical License #L7311

Addendum

**Table 3.  Prediction of Underlying Pathology based on the Pulsatility of Post-Traumatic Tinnitus**

| Tinnitus Type | Pulsatile Tinnitus: | Non-Pulsatile Tinnitus: |
|---|---|---|
| **Likely Pathology** | **Vascular** | **Ear, auditory nerve, neck, or brain** |
| Examples | Carotid Dissection | Skull fracture (temporal or petrous bone) |
| | Arteriovenous Fistula | Labyrinthine trauma |
| | Carotid Cavernous Fistula | Ossicular Chain Disruption |
| | | Perilymphatic Fistula |
| | | Brain injury |
| | | PTSD |

# EXHIBIT A

## References

- VA/DoD Clinical Practice Guideline for the Management of Concussion-Mild Traumatic Brain Injury, version 2.0.  2016.
- Levin HS and Diaz-Arrastia RR Diagnosis, prognosis, and clinical management of mild traumatic brain injury. Lancet Neurology 14, 2015.
- Hiekkanen H et al. Association of injury severity, MRI-results and ApoE genotype with 1-year outcome in mainly mild TBI: A preliminary study. Brain Injury. 23(5). 2009.
- Carroll LJ et al. Prognosis for mild traumatic brain injury: Results of the WHO collaborating centre task force on mild traumatic brain injury J Rehabil Med Suppl 43. 2004.
- CDC. TBI: Surveillance Report 2014.
- CDC. Report to Congress on Traumatic Brain Injury in the United States 2013.
- https://www.cdc.gov/traumaticbraininjury/military/index.html, accessed 4/24/2022
- French LM. Military traumatic brain injury: an examination of important differences. Annals of the New York Academy of Sciences 1208. 2010.
- Magnuson J et al. Neuropathology of Explosive Blast Traumatic Brain Injury. Current Neurol Neurosci Rep (12). 2012.
- Cernak I and Noble-Haeusslein LJ. Traumatic brain injury: an overview of pathobiology with emphasis on military populations. J of Cerebral Blood Flow & Metabolism 30. 2010.
- Explosions and Blast Injuries: A Primer for Clinicians.  CDC Injury Prevention.
- Boutte AM, et al. Neurotrauma Biomarker Levels and Adverse Symptoms among Military and Law Enforcement Personnel exposed to Occupational Overpressure with Diagnosed Traumatic Brain Injury. JAMA Network Open 4(4).  2021.
- ACR position statement on DTI, 2020.
- Lasry O et al. Epidemiology of recurrent traumatic brain injury in the general population. Neurology 89(21) 2017.
- Theadom A et al. Frequency and Impact of Recurrent Traumatic Brain Injury in a Population-Based Sample. Journal of Neurotrauma 32(10), 2015.
- Bey T and Ostick B. Second Impact Syndrome. Western Journal of Emergency Medicine. 10(1). 2009.
- Reams N et al. A clinical Approach to the Diagnosis of Traumatic Encephalopathy Syndrome (TES) JAMA Neurology 73(6). 2016.
- https://www.nidcd.nih.gov/health/statistics/quick-statistics-hearing/
- Tan CM et al. Tinnitus and Patterns of Hearing Loss. Journal of the Association for Research in Otolaryngology
- Yurgil KA. Et al. Prospective associations between traumatic brain injury and postdeployment tinnitus in active-duty marines. J Head Trauma Rehabil (31)1. 2016.
- Moring JC et al. Tinnitus, Traumatic Brain Injury, and Posttraumatic Stress Disorder in the Military. Int. Journal of Behav Science 25, 2018.
- Oleksiak M et al. Audiological issues and hearing loss among Veterans with mild traumatic brain injury. JRRD 49(7), 2012.
- Kreuzer PM, et al. Trauma-Associated Tinnitus. J Head Trauma Rehabil. Vol 29(5). 2014.
- Fagelson MA The Association Between Tinitus and Posttraumatic Stress Disorder 16. 2007.

## EXHIBIT A

# EXHIBIT B

**John Bertelson MD, FAAN**
Department of Neurology
University of Texas at Austin, Dell Medical School

3215 Steck Avenue, Suite 200
Austin, TX 78757
(512) 476-3556
jabertelson@yahoo.com

---

### Education

| | |
|---|---|
| M.D., University of Texas- Houston, Houston, TX | 8/1994-6/1998 |
| B.S ChE./B.A., Chemical Engineering and Biochemistry, Rice University, Houston TX | 8/1988-5/1993 |

### Postdoctoral Training

| | |
|---|---|
| Neuroimaging Fellowship, Dent Neurologic Institute, Amherst, NY | 7/2011-7/2012 |
| Behavioral Neurology & Neuropsychiatry Fellowship McLean Hospital/Harvard Medical School, Belmont MA | 7/2002-6/2003 |
| Neurology Residency, Mayo Clinic, Rochester, MN | 6/1999-6/2002 |
| Transitional Internship, St. Joseph's Hospital, Houston, TX | 6/1998-6/1999 |

### Active Licensure

Texas, L7311, Exp. 02/28/2023

New York, 261438, Exp. 07/31/2022

Florida, ME150343, Exp. 1/31/2023

Georgia, 83437, Exp. 08/31/2022

### Board/Subspecialty Certification

American Board of Psychiatry and Neurology, Neurology, 52881, 09/10/2004
Recertified (02/03/2014), exp. 12/31/2024

United Council for Neurologic Subspecialties, Neuroimaging, 02/28/2013, exp. 12/31/2023

United Council for Neurologic Subspecialties, Behavioral Neurology and Neuropsychiatry, 2008
Recertified (November 2018)

**Academic and Leadership Appointments**

| | |
|---|---|
| Assistant Professor<br>Dept. of Psychiatry, UT Austin-Dell Medical School, Austin, TX | 9/2017- |
| Associate Professor (part-time)<br>Dept. of Neurology, Texas Tech University, School of Medicine, Lubbock, TX | 11/2016- |
| Assistant Professor<br>Department of Neurology, UT Austin-Dell Medical School, Austin, TX | 9/2016- |
| Assistant Professor<br>Department of Medicine, UT Austin-Dell Medical School, Austin, TX | 12/2014- 8/2016 |
| Chief of Neurology<br>Seton Brain and Spine Institute, Austin, TX | 9/2013-9/2018 |
| Clinical Assistant Professor<br>Department of Neurology, UTMB, Galveston, TX | 7/2010- 6/2018 |
| Assistant Professor<br>Department of Neurology and Neurotherapeutics, UTSW, Dallas, TX | 12/2009-7/2014 |
| Clinical Assistant Professor<br>Department of Psychology, UT Austin, Austin, TX | 9/2008-8/2016 |
| Assistant Professor<br>Department of Neurology, UTMB, Galveston, TX | 7/2007-11/2009 |
| Instructor<br>Dept. of Psychiatry, Harvard Medical School, Boston, MA | 7/2002-7/2003 |

**Other Relevant Employment and Clinical Activities**

| | |
|---|---|
| Neurologist, Senior Adult Specialty Healthcare, Austin TX | 2/2021-present |
| Staff Neurologist (part time effective 2/2021)<br>Coverage included primary and comprehensive stroke centers<br>Ascension Seton (formerly Seton Healthcare), Austin, TX | 3/2006- present |
| Consultant, Senior Adult Specialty Research, Austin TX | 12/2018- |
| Qualified MAF Physician, NFL Concussion Settlement | 8/2017- |
| Medical Director, Auberge at Bee Caves (formerly Silverado), Austin TX | 10/2014-11/2020 |
| Panelist, Texas Medical Board, Austin TX | 4/2006-11/2010 |
| Consulting Physician, CORE Healthcare, Dripping Springs TX | 5/2005-1/2016 |
| Private Practice, Austin Neurological Clinic, Austin TX | 10/2003-2/2006 |

**Honors and Awards**

| | |
|---|---|
| Fellow, American Academy of Neurology | 2018- |
| Austin Top Doctors, Austin Monthly | 2013, 18-22 |
| Partners in Excellence Award, McLean Hospital | 2002 |
| HIV Neurology Scholarship, Johns Hopkins University | 2000 |
| AOA Honor Medical Society, UT Houston | 1997 |
| C. Frank Webber, First Prize for Student Research, UT Houston | 1995 |
| NIDDKD Training Fellowship, UT Houston | 1995 |

**Professional Memberships and Activities with Leadership Positions**

| | |
|---|---|
| Qualified MAF Physician Network<br>Member, Steering Committee (2020-) | 2017- |
| IAC-MRI<br>Immediate Past-President (2022-)<br>President (2020-2022)<br>President-elect (2018-2020)<br>Member and AAN representative, Board of Directors (2015-) | 2015- |
| Texas Alzheimer's Research and Care Consortium (TARCC)<br>Member, Steering Committee (2015-2017) | 2015-2017 |
| Texas Alzheimer's Disease Partnership<br>Member, Steering Committee (2015-2017) | 2015-2017 |
| American Society of Neuroimaging (ASN)<br>Alternate Delegate to the AMA House of Delegates (2018-2020)<br>Member, Program Committee (2015-2020)<br>Member, Board of Directors (2015-2020) | 2011- |
| American Academy of Neurology (AAN)<br>Member, Neuroimaging Section (2010-)<br>Member, Membership Committee (2000-2001) | 2000- |

**Educational Activities**

    **Educational Administration and Leadership**

| | |
|---|---|
| Member, Dell Neurology Exec. Committee, Dept. of Neurology, UT Austin DMS | 2017-2018 |
| Member, Clinical Competency Committee, Dept. of Neurology, UT Austin DMS | 2015-2018 |

Program Director, Neurology Residency, UT Southwestern (Austin)    2009-2011

Clerkship Director, Neurology Medical Student Clerkship, UTMB (Austin)    2007-2008

Member, Educational Committee, Transitional Year Program, UTMB (Austin)    2006-2009

**Teaching Activities**

Advanced Practicum in Clinical Psychology (UT Austin), Invited Lecturer    2008-2011

**Clinical Teaching and Supervision**

Resident and Medical Student Clinical Supervision, Seton Healthcare, 10% effort    2008-

**Development of Curricula and Educational Materials**

Co-Director, MRI/CT Course, American Society of Neuroimaging Annual Meetings    2013-2019

**Advising and Mentoring**

**Students**

*Undergraduate*

Cassie Hartman, Plan II Thesis, Faculty Advisor    2009-2010

*Graduate*

Crystal Becerra RN-CNS, UT Austin School of Nursing, Clinical Supervisor    2014
Seton Brain and Spine Institute- Neurology

Danielle Eagan PhD, UT Austin Psychology, Clinical Supervisor    2013
Post-doctoral Program, McLean Hospital/Harvard Medical School

**Residents and Fellows**

Alan Nova DO, UT Austin DMS Department of Neurology, Faculty Advisor    2015- 2018
Neurology Resident

**Grants**

**Current**

Study:    A Randomized, placebo-controlled, double-blind study of ATH-1017 Treatment in Subjects with Mild to Moderate Alzheimer's Disease
Role:    Principal-Investigator

Dates:      February 2021-
Source:    Athira Pharma, Inc.

Study:     Phase 2 Study of Simulfilam in mild-to-moderate Alzheimer's Disease
Role:      Sub-Investigator
Dates:     Feb. 2021-present
Source:    Cassava Sciences

Study:     GAIN Trial: Phase 2/3 Study of COR388 in Subjects with Alzheimer's Disease
Role:      Sub-Investigator
Dates:     Nov. 2019- present
Source:    Cortexyme

Study:     Clarity AD (BAN2401 Phase 3 Study in Early AD)
Role:      Sub-Investigator
Dates:     Sept. 2019- present
Source:    Eisai

Study:     Advance II (Deep brain stimulation of the fornix in patients with mild probable AD)
Role:      Sub-Investigator
Dates:     Aug. 2019- present
Source:    Functional Neuromodulation

Study:     Gantenerumab in Patients with Prodromal to Mild Alzheimer's Disease
Role:      Sub-Investigator
Dates:     Dec. 2018- present
Source:    Roche

**Pending**

   N/A

**Completed**

Study:     Aducanumab in Subjects with Mild Cognitive Impairment or Mild Alzheimer's Disease
Role:      Sub-Investigator
Dates:     Jan. 2019- March 2019
Source:    Biogen

Study:     Texas Alzheimer's Research and Care Consortium (TARCC), DMS/Seton Cohort
Role:      Co-Principal Investigator
Dates:     2016- 2018
Source:    Texas State Legislature

Study:     POINT
Role:      Sub-Investigator
Dates      2011-2017
Sponsor:   The University of Texas Health Science Center of Houston

Study:      RESPECT ESUS
Role:       Sub-Investigator
Dates       2014-2018
Sponsor:    Boehringer Ingelheim


Study:      DIFUSE 3
Role:       Sub-Investigator
Dates       2016-2018
Sponsor:    Strokenet


**Other Active Research Activities and Clinical and Quality Improvements Projects**

Clinical Elective at the NIH/National Institute on Aging                          1998


**Technology Development**

**Patents:** N/A

**Devices/Software Applications:** N/A


**Publications**

**Peer-reviewed publications**

Woodward, MR., Hafeez, MU. Qi, Q., Riaz, A., Benedict, R.H.B., Yan, L., Szigeti, K.; **Texas Alzheimer's Research and Care Consortium\*.** Odorant Item Specific Olfactory Identification Deficit May Differentiate Alzheimer Disease From Aging. *American Journal of Geriatric Psychiatry* 26(8), 835-846, 2018 (\*member of the consortium list of investigators cited in the publication).


**Books & Chapters**

Capone PM, Bertelson JA, and Ajtai BA. Neuroimaging of Normal Pressure Hydrocephalus and Hydrocephalus. In: Neurologic Clinics 38(1), pp. 171-83, 2020.

Ajtai BA and Bertelson JA. Imaging of Cysts. In: Continuum 22(5), Lippincott Williams & Wilkins, 2016.

Bertelson JA and Ajtai BA. Neuroimaging of Dementia. In: Neurologic Clinics (Mechtler) pp 59-93. Elsevier, 2014.

Bertelson JA and Price BP. Depression and Psychosis in Neurological Practice. In: Neurology in Clinical Practice, 4th Ed (Bradley, et al). pp. 103- 116. Butterworth Heinemann, 2004.


**Non-peer-reviewed publications**

Bertelson JA and Price BP. Functional MRI and Social Cognition. <u>Journal Watch: Neurology</u> (2003)

**Non-print/Online Materials:** N/A

## Editorial Responsibilities

Pediatric Neurology, ad hoc reviewer                                                          2013

## Invited Presentations, Posters & Abstracts

### International

Bertelson JA.  Imaging and Fluid Biomarkers for Dementia.  Hungarian Neurological   2021
Society and MIND Neuroscience Lecture Series (Virtual)

Bertelson JA. Neuroimaging of Stroke and Vascular Cognitive Impairment              2019
7th Simposio Latinamericano en Enfermedades Vasculares Cerebrales (Mexico City)

Bertelson JA. Neuroimaging in Cerebrovascular Disorders and Cognitive Impairment 2019
8th Symposium on Stroke, Cognitive Impairment & Neuropathy Management (Beirut)

Bertelson JA. Neuroimaging of Stroke and Vascular Cognitive Impairment              2018
7th Asia Pacific Symposium on Cerebrovascular Disorders (Chiang Mai)

### National

Bertelson JA. Panelist.  All-IAC Board of Directors Meeting                          2022

Bertelson JA.  MS, Cognitive, Neurodegenerative Disorders.  Session Moderator        2022
American Society of Neuroimaging/NeuroNet Joint Conference

Fritz JV and Bertelson JA. Exploring ADUHELM.  Onmark Infusion Practice Summit      2021
McKesson Virtual Meeting

Aguirre, A.B., Bertelson, J., et al. Combining Value-Based and Collaborative         2019
Care Models in Dementia Care. Alzheimer's Association International Conference,
Los Angeles, CA

Bertelson JA. Case Presentation                                                      2019
American Society of Neuroimaging, 42nd Annual Meeting

Bertelson JA. Approach to Neuroimaging                                               2018
American Society of Neuroimaging, 41st Annual Meeting

Bertelson JA. Neuroimaging in Precision Medicine: Dementia Imaging                   2017
American Society of Neuroimaging, 40th Annual Meeting

Bertelson JA. Clinical Pearls in Neuroimaging                                        2016
American Association of Physician's Assistants Annual Meeting

| | |
|---|---|
| Bertelson JA. Imaging in Dementia: Options for Clinical Practice 2016<br>American Society of Neuroimaging, 39th Annual Meeting | 2016 |
| Bertelson JA. Intracranial Cysts and Cystic Lesions<br>American Society of Neuroimaging, 39th Annual Meeting | 2016 |
| Abdennadher M, Bogitch RM, Erfan JP, Bertelson JA.<br>"Behavioral Changes revealing Superficial Siderosis",<br>American Society of Neuroimaging 38th Annual Meeting. | 2015 |
| Bertelson JA "Neuroimaging of Dementia",<br>American Society of Neuroimaging 38th Annual Meeting. | 2015 |
| Bertelson JA. "Vascular Anatomy and Variants"<br>American Society of Neuroimaging 37th Annual Meeting. | 2014 |
| Hauptman A, Dunham J, Bertelson J, Tirado C, Garcia-Pittman E.   FTD-ALS<br>misidentified as Wernicke-Korsakoff Syndrome: Clinical and Treatment Implications.<br>American Neuropsychiatric Association Annual Meeting. | 2014 |
| Bertelson JA et al. "Challenging Case Presentations"<br>American Society of Neuroimaging, 36th Annual Meeting. | 2013 |
| Bertelson JA "Interactive Case Studies"<br>Grand Rounds, Department of Neurology, University of Buffalo. | 2012 |
| Bertelson JA et al.  "Interactive Case Studies"<br>American Society of Neuroimaging 35th Annual Meeting. | 2012 |
| Bertelson JA, et al "Long-term outcome and quality of life in patients undergoing<br>surgery for low-grade tumor-related epilepsy."  American Epilepsy Society Annual<br>Meeting. | 2002 |
| Horwitz B, Bertelson JA, Beauchamp M, Tagamets M-A. "A large-scale neural<br>model linking local neuronal dynamics to fMRI data." Neuroimage 7(4 part 2). | 1998 |
| Bertelson, JA, Plautz, EJ, Nudo, RJ "Reorganization of muscle representations in<br>motor cortex following a focal ischemic infarct."  Society for Neuroscience<br>26th Annual Meeting (Washington DC). | 1996 |

**Regional**

| | |
|---|---|
| Bertelson JA "Biomarkers in the Clinical Evaluation of Dementia" 24th Annual<br>Texas Neurological Society Winter Conference. | 2021 |
| Bertelson JA "Frontotemporal Dementia" 19th Annual Neuro Symposium, Sponsor:<br>Central Texas Chapter American Association of Neuroscience Nurses. | 2016 |
| Bertelson JA "Neuroimaging for the Clinician: Dementia and TBI:<br>Houston Neuropsychological Society Speaker Event | 2016 |
| Bertelson JA "Cognitive Disorders, An Update"<br>Texas Neurological Society 19th Annual Winter Conference | 2016 |
| Bertelson JA "Introduction to Alzheimer's Disease and Other Dementias:<br>A Neurologist's Perspective." UT Austin School of Social Work GRACE Program. | 2015 |

| | |
|---|---|
| Bertelson JA "Imaging of Dementia" Neurology Grand Rounds, Methodist Hospital/Cornell Weill Medical School. | 2014 |
| Bertelson JA "Imaging of Dementia" 17th Annual Neuro Symposium, Sponsor: Central Texas Chapter American Association of Neuroscience Nurses. | 2014 |
| Bertelson JA "Imaging of Dementia" Texas Neurological Society, Annual Summer Conference. | 2012 |
| Bertelson JA "Dementia" Current Concepts in Neuroscience 2010, Sponsor: Brain & Spine Center Neurosciences at Brackenridge. | 2010 |
| Bertelson JA "Dementia" Current Concepts in Neuroscience 2009, Sponsor: Brain & Spine Center Neurosciences at Brackenridge. | 2009 |
| Bertelson, JA "Alzheimer's Disease".  Guest lecturer, Frontiers of Neuroscience: From Basic Research to Clinical Applications, University of Texas. | 2009 |
| Bertelson, JA "Can We Delay/Prevent Alzheimer's Disease?" Texas Council on Alzheimer's Disease and Related Disorders.  Sponsor: Texas Department of State Health Services. | 2007 |
| Bertelson, JA "Alzheimer's Disease and Other Dementias" Annual conference; Sponsor: Office of Inspector General, State of Texas. | 2005 |
| Bertelson JA, et al "Types of EEG Abnormalities in Psychiatric Inpatients: Relationships to Treatment with Antipsychotic Medications" Stanley Cobb Assembly, Boston Society of Neurology and Psychiatry. | 2003 |
| Bertelson JA "Multiple Sclerosis: A Review of Clinical Practice" Medical Grand Rounds, Tewksbury Hospital, Department of Public Health, Commonwealth of Massachusetts. | 2002 |
| Bertelson, JA, Nudo, RJ "Development of Chronic Electromyographic Techniques to Monitor Functional Reorganization in Primate Motor Cortex."  University of Texas Medical School Summer Research Program Poster Session. | 1995 |

**Visiting Professorships:** N/A

**Community Service**

| | |
|---|---|
| Dementia Series, Invited Speaker, FTLD Association San Antonio | 2021 |
| Aging and Memory 2020, Invited Speaker, AARP Austin Chapter | 2020 |
| Aging in Texas Summit, *The Aging Mind*, Invited Lecturer.  Texas Capitol | 2020 |
| Panelist.  Movie screening: When All That's Left is Love.  Cook-Walden Funeral Home | 2019 |
| Alzheimer's Nuts & Bolts Conference: Empowered Through Knowledge in Williamson County.  Keynote Speaker.  Georgetown Health Foundation | 2019 |
| Panelist.  Discussion on Living with Alzheimer's Disease, Abiding Love Lutheran Church | 2019 |
| Update on Alzheimer's Disease, Silverado | 2019 |

Ask the Expert, Alzheimer's Assn. Conference for Caregivers- Austin, Keynote Speaker   2019

Living with Alzheimer's Disease: Conference for Caregivers, Ask the Expert   2018

Aging in Texas Summit, *The Aging Mind*, Invited Lecturer.  Texas Capitol   2018

Assessment for High Risk Medications in Older Adults, Seton Northwest   2018

Texas Association of Hospital Volunteers Annual Meeting, Invited Lecturer   2016

UT Quest Program, Invited lecturer.   UT Austin   2014

Alzheimer's Disease Community Lecture Series (Seton)   2012-2015

Alzheimer's Association, Panel Member (Early Stage Alzheimer's Disease)   2008-2009

Austin Cognitive Medicine Society, Co-Founder   2005-

# EXHIBIT C

# Testimony Record

## John Bertelson MD FAAN

Courtroom

| Year | Case | Cause/Action # | Court/Location |
|------|------|----------------|----------------|
| 2017 | Gerbel-Lucas v. Govt. Employees Ins. Co. | D-1-GN-15-003789 | Travis, TX |
| 2018 | Lovaasen v. Startran and Warner | D-1-GN-13-003147 | Travis, TX |
| 2020 | Janet Acord | 19-0025-G | Hays, TX |
| 2020 | Herbert Acord | 19-0024-G | Hays, TX |
| 2020 | Pabich v. Santacruz and Gaskin | D-1-GN-18-001009 | Travis, TX |
| 2021 | Guardianship of Cynthia Joyce Graves | C-1-PB-20-001377 | Travis, TX |
| 2021 | Chester Jackson v. Robert Baucom | 1:20-cv-00311-RP | US Dist. Court Austin Division |

Deposition

| Year | Case (names of parties) | Cause # | Court Location (County, State) |
|------|-------------------------|---------|--------------------------------|
| 2016 | Rodriguez v. Southern Food, etc | 89574 | Ellis, TX |
| 2018 | Lovaasen v. Startran and Warner | D-1-GN-13-003147 | Travis, TX |
| 2018 | Barker & Reed v. Heflin, etc | C2016-1280D | Comal, TX |
| 2018 | Justin Poses | | Travis, TX |
| 2018 | Bell Family v. Fort Sam Houston Family Housing | 2013-Cl 18613 | Bexar, TX |
| 2019 | Pabich v. Santacruz and Gaskin | D-1-GN-18-001009 | Travis, TX |
| 2020 | Ballentine v. Vine, etc | D-1-GN-17-003192 | Travis, TX |
| 2021 | Hicks v. Helicopter Consultants | 16-1-0891-05 ECN | Hawaii |
| 2021 | Munoz v. URNA | 01-20-0014-08420 | Unk. |
| 2021 | Lowery v. Sausage Co. and David Evans | CC-20-01624-C | Dallas, TX |
| 2022 | Keisler v. Hernandez-Medrano | 34739 | Grimes, TX |

Updated Jan. 28, 2022

# EXHIBIT D

John A. Bertelson, MD FAAN
3215 Steck Avenue, Suite 200
Austin, TX 78757
Phone: (512) 633-6384
Email: jb@bertelsonclinic.com

**Fee Schedule**

The following is the fee schedule for medicolegal consultative services provided by John Bertelson, MD:

- $3000 retainer, payable prior to formal record review

- $600/hour for case-related work, including record review, meetings, phone conversations, clinical evaluation, and report generation.

  o   25% additional charge for urgent deadline ( < 31 day from date of initial contact)

- Testimony ($750/hour)

  o   Deposition testimony, minimum of two hours.
  o   Courtroom testimony, minimum of four hours.

- Reimbursement of all expenses for requested travel outside of Austin, including ground transportation, airfare, hotels, meals, and parking.

Effective: January 6, 2022