# EXHIBIT 44

J Head Trauma Rehabil
Vol. 29, No. 5, pp. 432–442
Copyright © 2014 Wolters Kluwer Health | Lippincott Williams & Wilkins

# Trauma-Associated Tinnitus

Peter M. Kreuzer, MD; Michael Landgrebe, MD, PhD; Veronika Vielsmeier, MD; Tobias Kleinjung, MD, PhD; Dirk De Ridder, MD, PhD; Berthold Langguth, MD, PhD

**Background:** Up to 53% of individuals suffering from traumatic brain injuries develop tinnitus. **Objective:** To review the current literature on trauma-associated tinnitus in order to provide orientation for the clinical management of patients with trauma-associated tinnitus. **Materials:** A systematic literature search has been conducted in PubMed database applying the search terms *posttraumatic tinnitus* and *trauma-associated tinnitus*. Results have been complemented by related studies, book chapters, and the authors' clinical experience. **Results:** Not only mechanical, pressure-related, or noise-related head traumata but also neck injuries and emotional trauma can cause tinnitus. Exact diagnosis is essential. Disorders such as ossicular chain disruption, traumatic eardrum perforation, or perilymphatic fistula can be surgically treated. It should also be considered that pulsatile tinnitus can be a sign of life-threatening disorders such as carotid cavernous fistulas, arteriovenous malformations, and carotid dissections. Also, posttraumatic stress disorder should be taken into consideration as a potential contributing factor. **Conclusions:** There is an evident mismatch between the high incidence of trauma-associated tinnitus and scarce literature on the topic. A consistent and—at best—standardized assessment of tinnitus- and hearing-related sequelae of trauma is recommended both for the improvement of clinical care and for a deeper understanding of the various pathophysiological mechanisms of trauma-associated tinnitus. **Key words:** *blast, brain injury, chronic tinnitus, noise trauma, trauma, whiplash*

TINNITUS, the perception of sound in the absence of an external auditory stimulus, is perceived by about 1 in 10 adults and thus among the most prevalent symptoms of hearing disorders in industrialized countries. Although many people learn to ignore and compensate for the phantom sound, the quality of life is severely affected by tinnitus in about 1% to 3% of the population.[1–3]

*Author Affiliations:* Departments of Psychiatry and Psychotherapy (Drs Kreuzer, Landgrebe, and Langguth) and Otolaryngology (Dr Vielsmeier), University of Regensburg, Regensburg, Germany; Department of Psychiatry, Psychosomatic Medicine and Psychotherapy, Social Foundation Bamberg, Bamberg, Germany (Dr Landgrebe); Department of Otolaryngology, University of Zurich, Zurich, Switzerland (Dr Kleinjung); Brain Research Center Antwerp for Innovative & Interdisciplinary Neuromodulation, Antwerp, Belgium; and Unit of Neurosurgery, Department of Surgical Sciences, Dunedin School of Medicine, University of Otago, Dunedin, New Zealand (Dr De Ridder).

Dr Kreuzer received travel grants by the European Psychiatric Association, Servier, Pfizer, and Astra Zeneca; Dr Landgrebe received travel grants, consultancy, and speaker honoraria from Servier, Lundbeck, and Lilly; Dr Vielsmeier is supported by the Tinnitus Research Initiative; Dr Kleinjung is supported by the Tinnitus Research Initiative; Dr De Ridder is supported by the Tinnitus Research Initiative, Antwerp University TOP Project, and has received consultancy fees from SJ Medical Neurodivision; and Dr Langguth is supported by the Deutsche Forschungsgemeinschaft, the American Tinnitus Association, and the Tinnitus Research Initiative, and he received consultancy and speaker honoraria from Autifony, ANM, Astra Zeneca, Merz, Novartis, Pfizer, Lundbeck, and Servier.

The authors declare no conflicts of interest.

*Corresponding Author:* Peter Kreuzer, MD, Department of Psychiatry and Psychotherapy, University of Regensburg, Universitaetsstr 84, 93053 Regensburg, Germany (peter.kreuzer@medbo.de).

DOI: 10.1097/HTR.0b013e31829d3129

432

Tinnitus can cause severe distress in individuals, and it has been shown to be associated with sleeping disorders,[4] depression,[5,6] and anxiety.[7–14] It may affect concentration and ability for attentional focusing and working memory[15,16] and is very difficult to treat.[17] Development of tinnitus may even end up in suicidal attempts.[18–21]

Tinnitus is often associated with a history of trauma to the head,[22] especially to the ear and/or neck.[23] Chronic or acute noise-related trauma is the most frequently reported trigger for the development of chronic tinnitus in civil populations.[24,25] It is assumed that damage to the auditory periphery may lead to neuroplastic reorganization of central auditory and nonauditory pathways.[26–28] These changes often implicate both increased spontaneous firing rate and increased neuronal synchrony.[29–31] It has also been shown that abnormal somatosensory input from the neck or the trigeminal nerve can elicit an increase in neuronal activity in central auditory pathways[32,33] and can cause tinnitus.[34,35] One form that is considered with increasing attention because of the increasing war-related operations of US Army soldiers is blast as a high-energy impulse noise.[36] The unprecedented amount of blast-induced traumatic brain injury (TBI) has caused a substantial rise of both auditory impairment and tinnitus as service-connected disabilities.[37–47] In military personnel with TBI, up to 38% reported comorbid tinnitus complaints.[48] According to the American Tinnitus Association, there are 3 to 4 million veterans suffering from tinnitus and up to 1 million seeking clinical attention.[36] Compensations are actually totaling more than $1 billion annually in the

Copyright © 2014 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

US Army.[37,49] Apart from ear, head, and neck trauma, emotional trauma has also been implicated in the pathogenesis of tinnitus.[50]

In this review, the terms "posttraumatic" and "trauma-associated" tinnitus are used with special emphasis on the mechanisms of mechanical (eg, whiplash), pressure-related (eg, diving and aviation accidents), and noise-related (eg, excessive work- or leisure-related noise exposure) traumatic events or combinations of these (eg, in the case of blast as a high-energy impulse noise with potential mechanical body impact by flying objects or repulse by pressure wave). All these mechanisms can cause tinnitus, which can be pulsatile and nonpulsatile in nature.[51,52] Emotional trauma is understood as an additional potentially contributing factor and also discussed in this article.

The aim of this article was to provide both a comprehensive overview on the current literature on trauma-associated tinnitus and orientation for the clinical management of patients suffering from trauma-associated tinnitus.

## MATERIALS AND METHODS

### Selection of manuscripts for evaluation

To identify articles of interest, an electronic literature search was performed in PubMed between July and August 2012. The following search terms were used to identify review articles and original articles for inclusion: [tinnitus AND posttraumatic], [tinnitus AND trauma-associated], and [tinnitus AND trauma].

The outcome of the search was reviewed, and selected articles were included. This was supplemented by additional references that reflect the authors' opinion and clinical experiences.

## RESULTS

### Relevance of trauma-associated tinnitus

Each year in the United States, approximately 1 to 2 million people experience a TBI.[53,54] Apart from that, TBI is found among the most common war-related injuries due to blast and concussion.[55] Recent studies demonstrated that 15.8% of service members in the Iraq war experienced TBI.[42,56] Another study found similar results, indicating a clinician-confirmed TBI history in 22.8% of soldiers from a brigade combat team[57] following deployment to Iraq. It has been reported that up to 53% of individuals suffering from TBI develop tinnitus.[52] Even more, hyperacusis (intolerance to sudden or loud noise) develops in up to 87% of all TBI cases.[52] In that context, ear injuries are the most frequent injury types sustained in the Iraq war.[58] A random sample of the Iraq war records revealed that 71% of soldiers experienced loud noises and that 15.6%

had tinnitus.[36,59] Mechanical, pressure-related, or noise-related trauma can cause tinnitus. Noise-related trauma is the most common cause of tinnitus and hearing loss.[24,25] Also, head[22] and neck injuries[22] and emotional trauma[50,60] have been identified as common causes of tinnitus.[23,52]

Very recently, the authors of this article evaluated a large sample of patients (total $N = 1604$) suffering from chronic tinnitus and confirmed earlier findings,[23,52] indicating that patients suffering from trauma-associated tinnitus were more impaired than patients with tinnitus based on other or unknown etiologic factors.[61] This is especially the case for patients with whiplash and head trauma. Moreover, patients with tinnitus after noise trauma experienced more frequently hyperacusis, were younger, and were more frequently of male gender.[61]

### Specific trauma types that can cause tinnitus

#### Noise trauma

Acute excessive noise exposure (typically above 140 dB sound pressure level) can lead to damage of the hair cells of the cochlea by exerting vascular, metabolic, and chemical alterations of cell processes.[37] This damage can result in cell death and eventually degeneration of auditory nerve fibers. Cochlear damage after noise exposure can be either transient or permanent and may occur without detectable threshold shift.[62] Noise exposure has been shown to drive neuroplastic changes of central auditory structures both in animals[63] and in humans.[64] In 13 of 14 rock musicians, transient tinnitus after noise exposure was accompanied by temporary hearing loss in both ears and increased gamma activity in the right auditory cortex.[64]

There is a significant correlation between a history of exposure to noise trauma, high-frequency hearing loss, and the presence of a high-pitched "whistling" tinnitus.[65] The most commonly observed frequency of tinnitus on pitch matching is the same as the worst frequency for hearing,[66] most often around 4000 Hz.[67] The effect of exposure to noise on hearing loss has been well studied, but the relationship between noise exposure and tinnitus has been researched only to a lesser extent. One study shows that the prevalence of tinnitus in noise-exposed workers is 24%,[68] reaching a significantly higher level than that in the general population.[1] In musicians, the prevalence of tinnitus coincides with the hours practiced (incidence of 10.6 per 1000 hours).[69] Furthermore, it has been shown that noise-induced hearing loss usually has a steep slope, which is a risk factor for the prevalence and intensity of tinnitus.[70] Between 50% and 70% of young people who expose themselves to loud recreational noise have temporarily experienced tinnitus.[71] In a recent study, 89.5% of medical students experienced transient

Copyright © 2014 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

tinnitus after loud music exposure. The prevalence of transient noise-induced tinnitus was higher in female students than in male students. Permanent tinnitus was experienced by 14.8% of medical students. Nevertheless, few respondents were worried, and the degree of hearing protection use was low (11%).[72] Up to 75% of disc jockeys have been reported to develop tinnitus.[73] Disc jockeys tend to develop hearing loss both at high frequencies and at low frequencies in accordance with common equalizer bands and develop tinnitus of the same sound spectra accordingly.[73] Similarly, it has been proposed that in right-handed violinists, hearing loss is more pronounced than that in the left ear, the ear closer to the violin.[74] Besides increasing recreational noise exposure, other recent developments such as the introduction of passenger airbags in vehicles in the mid-1990s can affect the general population. Sound impulses generated by airbag detonation can exceed 145 dB and may therefore result in acute noise-induced hearing loss and tinnitus.[75] Furthermore, auditory impairment caused by noise trauma or blast-related injuries (such as sensorineural hearing loss) will continue to progress with age, unlike many other injuries.[37]

### Barotrauma

Barotrauma to the ear may occur during rapid pressure changes such as descending or ascending during flights or underwater diving. It is usually associated with sudden severe ear pain.[76] This results because the Eustachian tube fails to equilibrate the pressure in the middle ear cavity to that of the increasing atmospheric pressures.[77] It causes inward displacement of the tympanic membrane, increased blood flow, and swelling, with fluid, sometimes even blood, entering the middle ear cavity, which may lead to hearing loss and tinnitus.[78] In severe situations, it can cause rupture of the eardrum and ossicular chain disruption and even rupture of the round window, causing a perilymphatic fistula.[77] In most cases, treatment of barotraumas is conservative, but when ossicular chain disruption has occurred and a perilymphatic fistula is present, treatment may be surgical (also see the "Nonpulsatile posttraumatic tinnitus" section). The presence of the Tullio phenomenon (sound-evoked vertigo) might point to a perilymphatic fistula.[79]

### Traumatic brain injury

Tinnitus and a history of TBI are reported to be associated. Among patients presenting in specialized tinnitus clinics, prevalence rates of head or neck trauma at tinnitus onset range between 5%[80] and 10%.[23] Jury and Flynn[52] investigated the incidence of persisting auditory and vestibular sequelae in a group of 30 young adults (aged 21-45 years) recovering from TBI that had taken place previously (range, 19 months-27 years).

A variety of sequelae to TBI were reported, including tinnitus (53%), vestibular dysfunction (83%), abnormal facial sensory symptoms (27%), and intolerance to loud/sudden noises (87%).[52] Ten participants (33%) demonstrated significant sensorineural hearing impairment in addition to speech recognition performance significantly worse than would have been predicted from their hearing impairment.[52] This observation is consistent with a study of Nölle et al,[81] who concluded that blunt trauma to the head can lead to auditory dysfunction, probably as a result of diffuse axonal injury of the central auditory pathway.

Certainly, these results have to be interpreted with care, since the findings in samples of patients suffering from a history of severe TBI can be easily influenced and thus be misinterpreted by the factor of ototoxic medications (eg, aminoglycoside drugs such as gentamicin, tobramycin, and amikacin) used for the treatment of trauma-associated infections.[37] These drugs can cause irreversible cochlear and/or vestibular damage, usually producing a bilateral sensorineural hearing loss starting at high-frequency regions and subsequently progressing down to lower-frequency ranges.[82-84] Notably, ototoxic effects of drug intake can also continue after discontinuation of the medication[85] and previous noise exposure even increases the risk of ototoxicity.[86,87] Since many patients with TBI typically have been exposed to excessive noise, these patients have an increased risk of ototoxic hearing loss and should be closely monitored using conventional and high-frequency audiometry.[37]

### Whiplash/neck trauma

About 10% to 15% of individuals with a history of whiplash develop persistent tinnitus combined with 1 or more of the following symptoms: headache, vertigo, instability, nausea, and hearing loss.[88-90] As a consequence of cervical whiplash, extensive injuries to the cervical joints, ligaments, and discs may occur.[91] These bony and soft-tissue injuries may lead to a variety of clinical manifestations.[92] Neck pain is the most common symptom, reported in 88% to 100% of cases.[93] In another study in patients after whiplash injuries ($n = 60$), tinnitus has been reported as a late whiplash-associated symptom, especially in patients with preexisting degenerative changes of the cervical spine.[94]

Among patients with whiplash presenting in a specialized neurootological clinic, Claussen and Claussen[90] compared 42 neurootological expertise cases with 206 cases, which came for treatment, and found that the groups did not differ in their reported tinnitus intensity.

It has been hypothesized that in bony and soft-tissue injuries from whiplash injuries or other forms of neck trauma, tinnitus causes an abnormal neuronal input via somatosensory afferents. This abnormal somatosensory

Copyright © 2014 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

input, in turn, can influence the activity in the central auditory pathways via the dorsal cochlear nucleus,[34] where somatosensory and auditory inputs are integrated.[95]

There is a remarkable difference between the reported prevalence (range, 10%-15%) of otological symptoms several months after whiplash injury[88,90,96] and the rare occurrence of these symptoms in the acute phase in which none of 109 evaluated patients reported otological symptoms.[97] These data point to a delay in the development of tinnitus after neck trauma. One possible explanation might involve the secondary vicious muscular postures that patients adopt to avoid neck pain. This abnormal muscle tension[98,99] may then cause altered somatosensory input, which, in turn, triggers an activity change in central auditory pathways. Alternatively, the delay in tinnitus development after trauma may just reflect the dynamics of the involved neuroplastic mechanisms. Our clinical experience shows that the delay between trauma and tinnitus onset is in the range of several days in most cases but may last up to 4 to 12 weeks. Prospective longitudinal studies of patients with whiplash injury are needed to better understand the dynamics of tinnitus development after trauma, especially in the context of medicoactuarial science.

### The mental part of trauma: Posttraumatic stress disorder

The symptoms of cochlear damage, neck and brain trauma, can interact with the psychological sequelae of a traumatic event.[100] Posttraumatic stress disorder (PTSD) is an anxiety disorder caused by exposure to terrifying events. Epidemiological data suggest that PTSD contributes to the development of tinnitus.[50,60,101,102] Thus, the prevalence of tinnitus in individuals with PTSD is much higher than that in noise-exposed workers (24%).[68] Among traumatized refugees, a prevalence of tinnitus of 50% and a high correlation with PTSD has been reported.[60] Of those patients who seek help for their tinnitus at a veterans tinnitus clinic, 34% have PTSD.[50] The increased prevalence of tinnitus among patients with PTSD may be mediated by hyperarousal, which is a typical symptom of PTSD and which is assumed to contribute to tinnitus generation.

### Blast injuries

Blast injuries are special forms of combined barotrauma and noise trauma resulting in hearing loss (55%-72%) and tinnitus (66%-88%) in most individuals exposed to large explosions; both tinnitus and hearing loss occur in 41% of individuals.[44,103,104] Blast injuries may cause tinnitus in the middle ear; cochlear, brain, neck, or emotional trauma; or by a combination thereof.

Analyzing data from an online survey of 3098 members of the Florida National Guard, Vanderploeg et al[105] reported that associations between blast exposure

and abdominal pain, pain on deep breathing, shortness of breath, hearing loss, and tinnitus suggested residual barotrauma. MacGregor et al[106] reported an odds ratio of 1.63 (95% confidence interval, 1.10-2.41) for tinnitus on the basis of data from 334 US combat veterans of Operation Iraqi Freedom with mild TBI compared with comrades suffering from nonhead injuries ($n = 658$) after adjustment for PTSD and depression. Consistent with these data, Helfer et al[107] reported that in active duty soldiers returning from combat deployments, a history of noise-induced hearing injury or blast-related exposure was significantly associated with increased prevalence for tinnitus, dizziness, eardrum perforations, and speech-language disorders. Wilk et al,[108] assessing 3952 US Army infantry soldiers anonymously, evaluated the association of blast mechanisms with persistent postconcussive symptoms. Among soldiers who lost consciousness, blast mechanism was significantly associated with headaches and tinnitus 3 to 6 months postdeployment compared with a nonblast mechanism. However, among the larger group of soldiers reporting concussions without loss of consciousness, blast was not associated with adverse health outcomes.[108] A comprehensive review of auditory and vestibular dysfunction associated with blast-related TBI has been provided by Fausti et al.[37]

Notably, although acoustic trauma typically produces a decrease in hearing sensitivity of around 4 kHz ("noise notch"), blast injuries may produce a sloping high-frequency hearing loss typically affecting frequencies below 8 kHz.[37] Other sequelae of blast injuries include ear pain (41%) and distortion of sounds (28%).[44] Two-thirds (70%) exhibit an eardrum perforation often on both sides.[104] Rupture of the tympanic membrane has even been suggested as a clinical indicator for significant blast exposure and has been recommended as a diagnostic tool for determining whether potentially life-threatening injuries may be present in blast survivors.[109] In 75% of cases, the perforation heals spontaneously.[104,110] In severe situations, it can cause rupture of the eardrum and disruption of the ossicular chain and even rupture of the round window causing a perilymphatic fistula[77] (also see the "Nonpulsatile posttraumatic tinnitus" section).

### Specific forms of posttraumatic tinnitus

Posttraumatic tinnitus can be either pulsatile or nonpulsatile. *Pulsatile tinnitus* refers to tinnitus with a pulse-synchronous character.[111] Pulse synchrony can be easily tested by asking the patient to count the pulsations in a given time period, with simultaneous arterial pulse measurement.

### Pulsatile posttraumatic tinnitus

In pulsatile tinnitus, a vascular origin has to be assumed. Pulsatile tinnitus can result from systemic

Copyright © 2014 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

diseases causing a general alteration of hemodynamics or by local disorders. Possible causes of pulsatile tinnitus include systemic disorders with high cardiac output (anemia, thyrotoxicosis, valvular heart disease), systemic vascular diseases (eg, fibromuscular dysplasia), or local vascular pathologies such as arteriovenous malformations, dural arteriovenous fistulas, carotid stenosis or dissection, skull base tumors, and intracranial hypertension.[82–84] Thus, pulsatile posttraumatic tinnitus can be a sign of potentially life-threatening conditions. Some specific causes are highlighted in the following text.

### Traumatic carotid dissections

Traumatic carotid dissections occur in approximately 1% of all individuals who have had blunt traumatic injury.[112] Pulsatile tinnitus is experienced in 16% to 27% of carotid dissections at the side of the dissection. The hypoglossal nerve (8%-16%) and the facial nerve may also be involved. In rare cases, carotid dissection can also cause nonpulsatile tinnitus.[113] In a review about intrapetrosal dissection as a cause of pulsatile and objective tinnitus, the relevance of trauma in the etiology has been stressed.[111] Differentiation should be made between intrapetrosal dissection, which is actually situated extradurally but intracranial, and true intracranial intradural dissection.[111]

### Posttraumatic arteriovenous fistulas

Posttraumatic arteriovenous fistulas often result in an audible bruit and thus represent a form of objective tinnitus.[114–116] They can develop days, weeks, or even years after the traumatic event.[117] Their occurrence at the middle meningeal artery in head injuries is 1.8%.[115] However, they can also occur along the superior sagittal sinus,[116] the posterior auricular artery (internal jugular vein),[114] vertebral artery-vertebral plexus,[117] sigmoid and transverse sinuses,[117] or even the scalp.[117] Several treatment options exist, but fatal courses of posttraumatic dural arteriovenous fistulae have been reported.[118]

### Carotid cavernous fistulas

Last but not least, the most common of the posttraumatic fistulas are the carotid cavernous fistulas. In 3.8% of traumatic skull base fractures, a traumatic carotid cavernous fistula is seen, especially in middle fossa fractures, where up to 8.3% develop a carotid cavernous fistula.[119] These are characterized by pulsatile tinnitus, pulsating exophthalmia, chemosis (edema of the bulbar conjunctiva), and visual deficit of the afflicted side.[117] Mizobuchi et al[120] reported a case series of 3 patients with carotid cavernous fistula successfully treated with embolization and radiation therapy.

### Nonpulsatile posttraumatic tinnitus

Acute nonpulsatile tinnitus after head trauma can be due to injuries to the ear, the auditory nerve, the neck, or the brain.

### Temporal/petrous bone fracture

Tinnitus develops in nearly 50% of individuals with temporal bone fractures.[121] The common causes of temporal bone fractures are road accidents, falls, beatings, and gunshot wounds.[122–124] Head trauma occurs in 75% of traffic accidents; in 5% of these, a petrous bone fracture is noted.[125] Petrous bone fracture may cause tinnitus by damage to either all structures of the ear or the auditory nerve.

### Labyrinthine concussion

Labyrinthine concussion may occur after less serious blows to the head,[76] on the side of the trauma, or sometimes on the opposite side.[126] Tinnitus, dizziness, vertigo, and high-frequency sensorineural hearing loss (4000-8000 Hz) are particularly common.[127] In some individuals, onset may be delayed by several days.[76] A blow to the mastoid or occiput may damage labyrinth membranes,[76] causing the symptoms, as has been suggested by animal experiments.[128,129]

### Ossicular chain disruption

Ossicular chain disruption may result in conductive hearing loss and tinnitus. It can occur with or without the rupture of the tympanic membrane or temporal bone fracture, although 22% of ossicular chain disruptions are associated with a temporal bone fracture.[130] Traffic accidents are the most common cause of ossicular chain disruption.[130] There is often a long delay between the injury and treatment (average of 5.7 years).[130] Different types of ossicular injury may occur: joint separations, dislocations (eg, incus dislocation), and fractures (eg, long process of the incus, stapes, footplate).[122,130] Posttraumatic ossicular chain disruption causes tinnitus via the associated conductive hearing loss, which, in turn, triggers neuroplastic changes leading to tinnitus.

### Perilymphatic fistula

Perilymphatic fistula results from disruption of the membranes of the labyrinth, most often at the round or oval window.[76] In many cases, perilymphatic fistulae are caused by barotraumas, such as blowing the nose, lifting heavy goods, or during diving or landing of an airplane,[131] but they can also occur after TBI.[132] The most prominent symptoms are tinnitus (61%-76%), sudden or fluctuating hearing loss (83%-93%), vertigo and spontaneous or evoked (Tullio) dizziness (77%-91%),

Copyright © 2014 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

and aural fullness (31%).[131,133] Treatment consists of bed rest while elevating the head, preventing stressful physical activity, and packing both cochlear windows with soft-tissue graft.[76,131–133] If the symptoms persist, a ventriculoperitoneal shunt can be inserted.[134,135] In general, vestibular symptoms respond to treatment better than auditory symptoms.[76,131–133]

Also, other trauma sequelae may cause tinnitus. For example, an unusual case of fluctuating tinnitus has been described that was caused by the occurrence of posttraumatic facial nerve synkinesis to the stapedius muscle (see Box 1).[136]

## DISCUSSION

### Various mechanisms may be involved in the generation of tinnitus after trauma

As mentioned earlier, different forms of trauma may trigger the generation of tinnitus and frequently a combination of various mechanisms is involved. Blast injury is a typical example, which can cause damage to the ear, the brain, and structures of the neck, and may also involve emotional trauma. Thus, in patients with posttraumatic tinnitus, a detailed case history, which includes an exact description of the experienced trauma, is of utmost importance to identify the individually relevant mechanisms and to guide further diagnostic procedures. As an example, if the case history reveals that tinnitus occurred after a traumatic event, which included blunt force injury to the neck (whiplash), further diagnostic tests are indicated to exclude vascular injuries.

### Tinnitus is rarely the only symptom after trauma

Tinnitus rarely occurs isolated after trauma. In the majority of cases, it is one of many posttraumatic symp-

**BOX 1** *Take home message for the clinician: Suggestions for practical management of posttraumatic tinnitus*

> If tinnitus onset is associated with trauma, comprehensive diagnostic assessment is essential. Particularly, it should be considered that posttraumatic pulsatile tinnitus can be a sign of life-threatening disorders such as carotid cavernous fistulas, arteriovenous malformations, and carotid dissections.[1] Moreover, the search for treatable causes such as ossicular chain disruption and perilymphatic fistula is recommended.[1] Also, emotional trauma and posttraumatic stress disorder may represent a potential contributing factor.[5] In most cases, posttraumatic tinnitus is one of many trauma sequelae. All these comorbidities should be considered in the clinical management of patients with tinnitus.

toms. In case of noise trauma, tinnitus is generally accompanied by hearing loss; in case of whiplash, neck pain and headache may be in the foreground. Traumatic brain injury–associated tinnitus is frequently accompanied by headache, neuropsychological deficits (concentration and attention problems, fatigue, memory disturbances, etc), and difficulties in central auditory processing such as sound source localization and lateralization as well as acoustic discrimination abilities (eg, "filtering" of a single voice in a background noise situation also known as the so-called "cocktail party phenomenon.")[37]

In the clinical management of patients with tinnitus with a trauma history, systematic assessment of potential comorbidities is of utmost importance, as these accompanying symptoms worsen the impact of tinnitus on quality of life.

### The special role of severe TBI and polytraumatized patients

Patients with severe TBI often present with a multitude of injuries and varying levels of consciousness that complicate auditory assessment. In polytraumatized patients, auditory and vestibular deficits may overlap and are commonly overlooked. Patients may easily be misdiagnosed as unresponsive when hearing loss is present. Even in less severely injured patients, auditory impairment is only clinically obvious when the speech frequencies are affected (<2-3 kHz) and communication problems become evident. In addition, testing protocols frequently have to be modified to accommodate injuries. For example, headphones, insert earphones, or bone conduction may not be used because of skull injury and/or burns.[37] At the same time, routine measurement of hearing thresholds in patients taking ototoxic medications is highly recommended. In certain cases of moderate and severe TBI, an objective evaluation of auditory dysfunction by means of otoacoustic emissions or auditory brainstem response might be helpful.[137,138]

### Implications for the clinical management

Pathophysiological mechanisms of trauma-associated tinnitus can be complex owing to partially overlapping symptom constellations with other equilibrium- or hearing-related trauma sequelae. Therefore, a thorough diagnostic assessment is highly important. A detailed case history, including the exact course of the traumatic event (possibly complemented by witnesses), is considered essential for guiding further diagnostic approaches. The case history should be complemented by clinical examination, audiological testing, and optional specific diagnostic procedures (magnetic resonance imaging, high-resolution computed tomographic scans of the temporal bone, vascular diagnostics [magnetic resonance angiography, duplex sonography, angiography],

Copyright © 2014 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

radiologic functional testing of the neck, etc). The highest priority in diagnostic assessment of patients with tinnitus is the exclusion of potentially life-threatening pathologies in acute posttraumatic tinnitus (see Box 1). Moreover, causally treatable pathologies should be identified.

Trauma-associated tinnitus is not easy to treat, and in the light of (1) the wide range and extent of pathologies caused by a trauma to the head and/or neck and (2) the lack of treatment studies in posttraumatic tinnitus, it is not possible to provide evidence-based detailed therapeutic guidance. Although, in many cases of severe TBI, tinnitus might seem to be a symptom of lower-ranking importance at first glance, it is important to diagnostically assess it, as it may represent a sign of potentially life-threatening conditions and, after recovering from other trauma sequelae, it may persist as a condition exerting a long-lasting impairment on quality of life.

For further detailed therapeutic management advice, the importance of systematically gaining clinical data may not be underestimated, as it could lay the groundwork for defining different subtypes and grading of trauma impact for further tailoring individual therapeutic attempts. As recovery after TBI has been recognized as a very individual process, it may be assumed that very different therapeutic targets varying over time may have to be identified even in a single individual, making it hard to generalize therapeutic advice at the moment. Importantly, the frequently observed time delay between trauma and tinnitus onset may offer the possibility to prevent tinnitus by posttraumatic therapeutic interference with the neuronal mechanisms related to the development of tinnitus.[139] Also, the prevention of posttraumatic tinnitus in populations at high risk is a potential option,[140] which should be further explored.

Noninvasive brain stimulatory techniques, such as transcranial magnetic stimulation or transcranial direct current stimulation, have been discussed and applied as therapeutic tools in TBI patients. At least in individual scenarios of TBI-associated tinnitus, they have shown promising effects so far.[141] Especially, in these cases, low-frequency stimulation paradigms are recommended to reduce seizure risk and enhance tolerability of the procedure.

However, it must be stated that most of the beneficial potentials of noninvasive brain stimulatory techniques such as transcranial magnetic stimulation and direct current stimulation to interfere with maladaptive neuroplastic changes after traumatic lesions of neuronal tissue remain mainly theoretical at the moment.[142] Therefore, systematic animal research and comprehensive trials in patients are critical for further development of these modalities in the treatment of TBI.[143]

Since tinnitus may be caused by a lesion or dysfunction at any level of the auditory system and complex onset mechanisms are supposed to be the rule rather than an exception in trauma patients, a multimodal diagnostic and therapeutic approach involving different medical fields such as otolaryngology, audiology, neurology, neuroradiology, neurosurgery, psychiatry, or dentistry may be necessary.

In the choice of symptomatic management, all comorbidities of the patient should be taken into account. Therefore, screening for emotional trauma should be routinely carried out to effectively treat psychological symptoms of trauma. This is essential for clinical prognosis and outcome and provides the patient with the ability to develop positive coping behavior and integrate the adverse emotional experience constructively (as that proposed in cardiac diseases).[144] Accordingly, after a traumatic injury has taken place, auditory rehabilitation has to be considered that damage is not only restricted to the ear but may also involve central nervous structures, which may require specific treatment approaches.[37]

Comorbidities may also represent contraindications for some treatments. One example is brain stimulation for which TBI in general represents a contraindication because of increased seizure risk. However, after weighing risks and potential benefits, such treatments can nevertheless be considered in specific cases.[145]

### The role of prevention

In contrast to idiopathic tinnitus, posttraumatic tinnitus can be avoided by prevention or protection from trauma. This is even more important in light of the still-limited therapeutic options for posttraumatic tinnitus. In the first place, noise trauma resulting from occupational and leisure noise should be avoided whenever possible. This involves not only education about the irreversible consequences of noise trauma but also regulations about occupational health and safety. It should be mentioned, however, that hearing protection campaigns in high school children[146] and adolescents[147] have yielded only limited success (see Table 1). People at increased risk of noise trauma should use preventive strategies to conserve auditory integrity. Technological advances have enabled hearing protectants to be equipped with microphones that maintain hearing sensitivity and safety at the same time.[37] For persons at risk of blast exposure (eg, soldiers), preventive strategies should also involve the protection of brain structures in addition to the "classic" hearing protectants.

### Implications for further research

With its high prevalence and burden on quality of life, posttraumatic tinnitus is a highly relevant

Copyright © 2014 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

**TABLE 1** *Causes of posttraumatic tinnitus[a]*

1. *Nonpulsatile tinnitus*
   a. Ear
      i. Temporal bone fracture
      ii. Labyrinthine concussion
      iii. Ossicular chain disruption
      iv. Perilymphatic fistula
      v. Barotrauma
      vi. Noise trauma
   b. Nervous system
      i. Auditory nerve
      ii. Brain injury
   c. Posttraumatic stress disorder
   d. Neck
      i. Neck trauma
2. *Pulsatile tinnitus*
   a. Carotid dissection
   b. AV fistula
   c. Carotid cavernous fistula

Abbreviation: AV, arteriovenous.
[a]Reprinted from Moller et al.[51]

disorder. However, knowledge about the involved pathophysiological mechanisms of the different forms of posttraumatic tinnitus is still very limited and so are specific treatment and rehabilitation strategies.

Prospective assessment of patients after trauma in registries may help identify risk factors and delineate pathophysiologically distinct forms of posttraumatic tinnitus.[148] Moreover, prospective longitudinal assessment will help understand what happens during the frequently observed time delay between trauma and tinnitus onset. This time delay may represent a potential therapeutic window for prophylactic treatment.

Noise trauma, for example, entails 2 mechanisms, a mechanical damage by the sound waves and a second delayed chemical damage by excitotoxic apoptosis, enabling short-term treatment strategies. Antioxidants such as *N*-acetylcysteine etc can prevent excitotoxic secondary traumatic damage in animals[149–151] and should be further tested in human trials.[151]

Subtyping of patients will be essential for the development and evaluation of specific treatment strategies. As an example, several pharmacologic strategies are already under development for the treatment of noise trauma–induced tinnitus.[152]

Finally, animal studies and prospective neuroimaging studies in humans are needed for a more detailed understanding of the pathophysiological mechanisms involved in the different forms of posttraumatic tinnitus. This knowledge, in turn, will lay the groundwork for the development of specific hypothesis-driven innovative therapies.

## REFERENCES

1. Axelsson A, Ringdahl A. Tinnitus–a study of its prevalence and characteristics. *Br J Audiol*. 1989;23(1):53–62.
2. Hoffmann HJ, Reed G. Epidemiology of tinnitus. In: Snow JB, ed. *Tinnitus: Theory and Management*. Hamilton, ON, Canada: BC Decker; 2004:16–41.
3. Khedr EM, Ahmed MA, Shawky OA, Mohamed ES, El Attar GS, Mohammad KA. Epidemiological study of chronic tinnitus in Assiut, Egypt. *Neuroepidemiology*. 2010;35(1):45–52.
4. Cronlein T, Langguth B, Geisler P, Hajak G. Tinnitus and insomnia. *Prog Brain Res*. 2007;166:227–233.
5. Dobie RA. Depression and tinnitus. *Otolaryngol Clin N Am*. 2003;36(2):383–388.
6. Langguth B, Landgrebe M, Kleinjung T, Sand GP, Hajak G. Tinnitus and depression. *World J Biol Psychiatry*. 2011;12(7):489–500.
7. Belli S, Belli H, Bahcebasi T, Ozcetin A, Alpay E, Ertem U. Assessment of psychopathological aspects and psychiatric comorbidities in patients affected by tinnitus. *Eur Arch Otorhinolaryngol*. 2008;265(3):279–285.
8. Folmer RL, Griest SE, Meikle MB, Martin WH. Tinnitus severity, loudness, and depression. *Otolaryngol Head Neck Surg*. 1999;121(1):48–51.
9. Malouff JM, Schutte NS, Zucker LA. Tinnitus-related distress: a review of recent findings. *Curr Psychiatry Rep*. 2011;13(1):31–36.
10. Marciano E, Carrabba L, Giannini P, et al. Psychiatric comorbidity in a population of outpatients affected by tinnitus. *Int J Audiol*. 2003;42(1):4–9.
11. Andersson G, Freijd A, Baguley DM, Idrizbegovic E. Tinnitus distress, anxiety, depression, and hearing problems among cochlear implant patients with tinnitus. *J Am Acad Audiol*. 2009;20(5):315–319.
12. Crocetti A, Forti S, Ambrosetti U, Bo LD. Questionnaires to evaluate anxiety and depressive levels in tinnitus patients. *Otolaryngol Head Neck Surg*. 2009;140(3):403–405.
13. Halford JB, Anderson SD. Anxiety and depression in tinnitus sufferers. *J Psychosom Res*. 1991;35(4/5):383–390.
14. Hesser H, Andersson G. The role of anxiety sensitivity and behavioral avoidance in tinnitus disability. *Int J Audiol*. 2009;48(5):295–299.
15. Rossiter S, Stevens C, Walker G. Tinnitus and its effect on working memory and attention. *J Speech Lang Hear Res*. 2006;49(1):150–160.
16. Stevens C, Walker G, Boyer M, Gallagher M. Severe tinnitus and its effect on selective and divided attention. *Int J Audiol*. 2007;46(5):208–216.
17. Dobie R. Clinical trials and drug therapy for tinnitus. In: Snow JB, ed. *Tinnitus: Theory and Management*. Hamilton, ON, Canada: BC Decker; 2004:266–277.
18. Jacobson GP, McCaslin DL. A search for evidence of a direct relationship between tinnitus and suicide. *J Am Acad Audiol*. 2001;12(10):493–496.
19. Lewis JE. Tinnitus and suicide. *J Am Acad Audiol*. 2002;13(6):339; author reply 339–341.
20. Lewis JE, Stephens SD, McKenna L. Tinnitus and suicide. *Clin Otolaryngol Allied Sci*. 1994;19(1):50–54.
21. Turner O, Windfuhr K, Kapur N. Suicide in deaf populations: a literature review. *Ann Gen Psychiatry*. 2007;6:26.

Copyright © 2014 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

22. Sindhusake D, Golding M, Wigney D, Newall P, Jakobsen K, Mitchell P. Factors predicting severity of tinnitus: a population-based assessment. *J Am Acad Audiol*. 2004;15(4):269–280.

23. Folmer RL, Griest SE. Chronic tinnitus resulting from head or neck injuries. *Laryngoscope*. 2003;113(5):821–827.

24. Axelsson A, Sandh A. Tinnitus in noise-induced hearing loss. *Br J Audiol*. 1985;19(4):271–276.

25. Leske MC. Prevalence estimates of communicative disorders in the United States language, hearing and vestibular disorders. *ASHA*. 1981;23(3):229–237.

26. Eggermont JJ, Roberts LE. The neuroscience of tinnitus. *Trends Neurosci*. 2004;27(11):676–682.

27. Kaltenbach JA. Tinnitus: models and mechanisms. *Hear Res*. 2011;276(1/2):52–60.

28. Roberts LE, Eggermont JJ, Caspary DM, Shore SE, Melcher JR, Kaltenbach JA. Ringing ears: the neuroscience of tinnitus. *J Neurosci*. 2010;30(45):14972–14979.

29. Eggermont JJ, Komiya H. Moderate noise trauma in juvenile cats results in profound cortical topographic map changes in adulthood. *Hear Res*. 2000;142(1/2):89–101.

30. Gehr DD, Komiya H, Eggermont JJ. Neuronal responses in cat primary auditory cortex to natural and altered species-specific calls. *Hear Res*. 2000;150(1/2):27–42.

31. Komiya H, Eggermont JJ. Spontaneous firing activity of cortical neurons in adult cats with reorganized tonotopic map following pure-tone trauma. *Acta Otolaryngol*. 2000;120(6):750–756.

32. Shore SE. Plasticity of somatosensory inputs to the cochlear nucleus–implications for tinnitus. *Hear Res*. 2011;281(1/2): 38–46.

33. Shore SE, Koehler S, Oldakowski M, Hughes LF, Syed S. Dorsal cochlear nucleus responses to somatosensory stimulation are enhanced after noise-induced hearing loss. *Eur J Neurosci*. 2008;27(1):155–168.

34. Levine RA. Somatic (craniocervical) tinnitus and the dorsal cochlear nucleus hypothesis. *Am J Otolaryngol*. 1999;20(6):351–362.

35. Vielsmeier V, Strutz J, Kleinjung T, et al. Temporomandibular joint disorder complaints in tinnitus: further hints for a putative tinnitus subtype. *PLoS One*. 2012;7(6):e38887.

36. Mao JC, Pace E, Pierozynski P, et al. Blast-induced tinnitus and hearing loss in rats: behavioral and imaging assays. *J Neurotrauma*. 2012;29(2):430–444.

37. Fausti SA, Wilmington DJ, Gallun FJ, Myers PJ, Henry JA. Auditory and vestibular dysfunction associated with blast-related traumatic brain injury. *J Rehabil Res Dev*. 2009;46(6):797–810.

38. Ansell MJ, Breeze J, McAlister VC, Williams MD. Management of devastating ocular trauma–experience of maxillofacial surgeons deployed to a forward field hospital. *J R Army Med Corps*. 2010;156(2):106–109.

39. Breeze J, Cooper H, Pearson CR, Henney S, Reid A. Ear injuries sustained by British service personnel subjected to blast trauma. *J Laryngol Otol*. 2011;125(1):13–17.

40. Breeze J, Gibbons AJ, Hunt NC, et al. Mandibular fractures in British military personnel secondary to blast trauma sustained in Iraq and Afghanistan. *Br J Oral Maxillofac Surg*. 2011;49(8):607–611.

41. Dougherty AL, MacGregor AJ, Han PP, Heltemes KJ, Galarneau MR. Visual dysfunction following blast-related traumatic brain injury from the battlefield. *Brain Inj*. 2011;25(1):8–13.

42. MacGregor AJ, Dougherty AL, Galarneau MR. Injury-specific correlates of combat-related traumatic brain injury in Operation Iraqi Freedom. *J Head Trauma Rehabil*. 2011;26(4):312–318.

43. McVeigh K, Breeze J, Jeynes P, Martin T, Parmar S, Monaghan AM. Clinical strategies in the management of complex maxillofacial injuries sustained by British military personnel. *J R Army Med Corps*. 2010;156(2):110–113.

44. Mrena R, Paakkonen R, Back L, Pirvola U, Ylikoski J. Otologic consequences of blast exposure: a Finnish case study of a shopping mall bomb explosion. *Acta Otolaryngol*. 2004;124(8): 946–952.

45. Mrena R, Savolainen S, Kiukaanniemi H, Ylikoski J, Makitie AA. The effect of tightened hearing protection regulations on military noise-induced tinnitus. *Int J Audiol*. 2009;48(6):394–400.

46. Mrena R, Savolainen S, Kuokkanen JT, Ylikoski J. Characteristics of tinnitus induced by acute acoustic trauma: a long-term follow-up. *Audiol Neurootol*. 2002;7(2):122–130.

47. Mrena R, Savolainen S, Pirvola U, Ylikoski J. Characteristics of acute acoustical trauma in the Finnish Defence Forces. *Int J Audiol*. 2004;43(3):177–181.

48. Lew HL, Jerger JF, Guillory SB, Henry JA. Auditory dysfunction in traumatic brain injury. *J Rehabil Res Dev*. 2007;44(7):921–928.

49. Yankaskas K. Prelude: noise-induced tinnitus and hearing loss in the military. *Hear Res*. 2013;295:3–8.

50. Fagelson MA. The association between tinnitus and posttraumatic stress disorder. *Am J Audiol*. 2007;16(2):107–117.

51. Moller A, Langguth B, de Ridder D, Kleinjung T. *Textbook of Tinnitus*. New York, NY: Springer; 2011.

52. Jury MA, Flynn MC. Auditory and vestibular sequelae to traumatic brain injury: a pilot study. *N Z Med J*. 2001;114(1134):286–288.

53. Thurman D, Guerrero J. Trends in hospitalization associated with traumatic brain injury. *JAMA*. 1999;282(10):954–957.

54. Thurman DJ, Alverson C, Dunn KA, Guerrero J, Sniezek JE. Traumatic brain injury in the United States: a public health perspective. *J Head Trauma Rehabil*. 1999;14(6):602–615.

55. Warden D. Military TBI during the Iraq and Afghanistan wars. *J Head Trauma Rehabil*. 2006;21(5):398–402.

56. MacGregor AJ, Shaffer RA, Dougherty AL, et al. Prevalence and psychological correlates of traumatic brain injury in Operation Iraqi Freedom. *J Head Trauma Rehabil*. 2010;25(1):1–8.

57. Terrio H, Brenner LA, Ivins BJ, et al. Traumatic brain injury screening: preliminary findings in a United States Army Brigade Combat Team. *J Head Trauma Rehabil*. 2009;24(1):14–23.

58. Gondusky JS, Reiter MP. Protecting military convoys in Iraq: an examination of battle injuries sustained by a pilot study mechanized battalion during Operation Iraqi Freedom II. *Mil Med*. 2005;170(6):546–549.

59. Geckle L, Lee R. *Soldier Perceptions of Deployment Environmental Exposures*. Albuquerque, NM: Force Health Protection Conference; 2004.

60. Hinton DE, Chhean D, Pich V, Hofmann SG, Barlow DH. Tinnitus among Cambodian refugees: relationship to PTSD severity. *J Trauma Stress*. 2006;19(4):541–546.

61. Schecklmann M, Lehner A, Poeppl TB, et al. Auditory cortex is implicated in tinnitus distress: a voxel-based morphometry study *Brain Struct Funct*. 2013;218(4):1061–1070.

62. Schaette R, McAlpine D. Tinnitus with a normal audiogram: physiological evidence for hidden hearing loss and computational model. *J Neurosci*. 2011;31(38):13452–13457.

63. Norena AJ, Tomita M, Eggermont JJ. Neural changes in cat auditory cortex after a transient pure-tone trauma. *J Neurophysiol*. 2003;90(4):2387–2401.

64. Ortmann M, Muller N, Schlee W, Weisz N. Rapid increases of gamma power in the auditory cortex following noise trauma in humans. *Eur J Neurosci*. 2011;33(3):568–575.

65. Nicolas-Puel C, Akbaraly T, Lloyd R, et al. Characteristics of tinnitus in a population of 555 patients: specificities of tinnitus induced by noise trauma. *Int Tinnitus J*. 2006;12(1):64–70.

66. Axelsson A, Prasher D. Tinnitus induced by occupational and leisure noise. *Noise Health*. 2000;2(8):47–54.

67. Cooper JC, Owen JH. Audiologic profile of noise-induced hearing loss. *Arch Otolaryngol*. 1976;102(3):148–150.

Copyright © 2014 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

68. Phoon W, Lee H, Chia S. Tinnitus in noise-exposed workers. *Occup Med (Lond).* 1993;43(1):35–38.

69. Hagberg M, Thiringer G, Brandstrom L. Incidence of tinnitus, impaired hearing and musculoskeletal disorders among students enrolled in academic music education: a retrospective cohort study. *Int Arch Occup Environ Health.* 2005;78(7):575–583.

70. Demeester K, van Wieringen A, Hendrickx JJ, et al. Prevalence of tinnitus and audiometric shape. *B-ENT.* 2007;3(suppl 7):37–49.

71. Quintanilla-Dieck Mde L, Artunduaga MA, Eavey RD. Intentional exposure to loud music: the second MTV.com survey reveals an opportunity to educate. *J Pediatr.* 2009;155(4):550–555.

72. Gilles A, De Ridder D, Van Hal G, Wouters K, Kleine Punte A, Van de Heyning P. Prevalence of leisure noise-induced tinnitus and the attitude toward noise in university students. *Otol Neurotol.* 2012;33(6):899–906.

73. Potier M, Hoquet C, Lloyd R, Nicolas-Puel C, Uziel A, Puel JL. The risks of amplified music for disc-jockeys working in nightclubs. *Ear Hear.* 2009;30(2):291–293.

74. Rosanowski F, Eysholdt U. In situ sound pressure measurement in a professional violinist with bilateral tinnitus. *Laryngorhinootologie.* 1996;75(9):514–516.

75. Mittal MK, Kallan MJ, Durbin DR. Breathing difficulty and tinnitus among children exposed to airbag deployment. *Accid Anal Prev.* 2007;39(3):624–328.

76. Baloh RW. *Dizziness, Hearing Loss and Tinnitus*. Philadelphia, PA: FA Davis; 1998.

77. Mirza S, Richardson H. Otic barotrauma from air travel. *J Laryngol Otol.* 2005;119(5):366–370.

78. Becker GD, Parell GJ. Barotrauma of the ears and sinuses after scuba diving. *Eur Arch Otorhinolaryngol.* 2001;258(4):159–163.

79. Pyykko I, Ishizaki H, Aalto H, Starck J. Relevance of the Tullio phenomenon in assessing perilymphatic leak in vertiginous patients. *Am J Otol.* 1992;13(4):339–342.

80. Kreuzer PM, Landgrebe M, Schecklmann M, Staudinger S, Langguth B. TRI Database Study Group: trauma-associated tinnitus: audiological, demographic and clinical characteristics. *PLoS One.* 2012;7(9):e45599.

81. Nölle C, Todt I, Seidl RO, Ernst A. Pathophysiological changes of the central auditory pathway after blunt trauma of the head. *J Neurotrauma.* 2004;21(3):251–258.

82. Fausti SA, Henry JA, Schaffer HI, Olson DJ, Frey RH, Bagby GC Jr. High-frequency monitoring for early detection of cisplatin ototoxicity. *Arch Otolaryngol Head Neck Surg.* 1993;119(6):661–666.

83. Fausti SA, Henry JA, Schaffer HI, Olson DJ, Frey RH, McDonald WJ. High-frequency audiometric monitoring for early detection of aminoglycoside ototoxicity. *J Infect Dis.* 1992;165(6):1026–1032.

84. Fausti SA, Larson VD, Noffsinger D, Wilson RH, Phillips DS, Fowler CG. High-frequency audiometric monitoring strategies for early detection of ototoxicity. *Ear Hear.* 1994;15(3):232–239.

85. Aran JM, Chappert C, Dulon D, Erre JP, Aurousseau C. Uptake of amikacin by hair cells of the guinea pig cochlea and vestibule and ototoxicity: comparison with gentamicin. *Hear Res.* 1995;82(2):179–183.

86. Brown JJ, Brummett RE, Meikle MB, Vernon J. Combined effects of noise and neomycin. Cochlear changes in the guinea pig. *Acta Otolaryngol.* 1978;86(5/6):394–400.

87. Fechter LD, Gearhart C, Fulton S, et al. JP-8 jet fuel can promote auditory impairment resulting from subsequent noise exposure in rats. *Toxicol Sci.* 2007;98(2):510–525.

88. Tranter RM, Graham JR. A review of the otological aspects of whiplash injury. *J Forensic Leg Med.* 2009;16(2):53–55.

89. Claussen C, Constantinescu L. Tinnitus in whiplash injury. *Int Tinnitus J.* 1995;1(2):105–114.

90. Claussen CF, Claussen E. Neurootological contributions to the diagnostic follow-up after whiplash injuries. *Acta Otolaryngol Suppl.* 1995;520(pt 1):53–56.

91. Yoganandan N, Pintar FA, Cusick JF. Biomechanical analyses of whiplash injuries using an experimental model. *Accid Anal Prev.* 2002;34(5):663–671.

92. Scholten-Peeters GG, Bekkering GE, Verhagen AP, et al. Clinical practice guideline for the physiotherapy of patients with whiplash-associated disorders. *Spine (Phila Pa 1976).* 2002;27(4):412–422.

93. Vibert D, Hausler R. Acute peripheral vestibular deficits after whiplash injuries. *Ann Otol Rhinol Laryngol.* 2003;112(3):246–251.

94. Meenen NM, Katzer A, Dihlmann SW, Held S, Fyfe I, Jungbluth KH. Whiplash injury of the cervical spine: on the role of pre-existing degenerative diseases. *Unfallchirurgie.* 1994;20(3):138–148; discussion 149.

95. Basura GJ, Koehler SD, Shore SE. Multi-sensory integration in brainstem and auditory cortex. *Brain Res.* 2012;1485:95–107.

96. Oosterveld WJ, Kortschot HW, Kingma GG, de Jong HA, Saatci MR. Electronystagmographic findings following cervical whiplash injuries. *Acta Otolaryngol.* 1991;111(2):201–205.

97. Rowlands RG, Campbell IK, Kenyon GS. Otological and vestibular symptoms in patients with low-grade (Quebec grades one and two) whiplash injury. *J Laryngol Otol.* 2009;123(2):182–185.

98. Bezerra Rocha CA, Sanchez TG, Tesseroli de Siqueira JT. Myofascial trigger point: a possible way of modulating tinnitus. *Audiol Neurootol.* 2008;13(3):153–160.

99. Rocha CA, Sanchez TG. Myofascial trigger points: another way of modulating tinnitus. *Prog Brain Res.* 2007;166:209–214.

100. Kennedy JE, Jaffee MS, Leskin GA, Stokes JW, Leal FO, Fitzpatrick PJ. Posttraumatic stress disorder and posttraumatic stress disorder-like symptoms and mild traumatic brain injury. *J Rehabil Res Dev.* 2007;44(7):895–920.

101. Joos K, Vanneste S, De Ridder D. Disentangling depression and distress networks in the tinnitus brain. *PLoS One.* 2012;7(7):e40544.

102. George MS, Padberg F, Schlaepfer TE, et al. Controversy: repetitive transcranial magnetic stimulation or transcranial direct current stimulation shows efficacy in treating psychiatric diseases (depression, mania, schizophrenia, obsessive-compulsive disorder, panic, posttraumatic stress disorder). *Brain Stimul.* 2009;2(1):14–21.

103. Persaud R, Hajioff D, Wareing M, Chevretton E. Otological trauma resulting from the Soho Nail Bomb in London, April 1999. *Clin Otolaryngol Allied Sci.* 2003;28(3):203–206.

104. Tungsinmunkong S, Chongkolwatana C, Piyawongvisal W, Atipas S, Namchareonchaisuk S. Blast injury of the ears: the experience from Yala Hospital, Southern Thailand. *J Med Assoc Thai.* 2007;90(12):2662–2668.

105. Vanderploeg RD, Belanger HG, Horner RD, et al. Health outcomes associated with military deployment: mild traumatic brain injury, blast, trauma, and combat associations in the Florida National Guard. *Arch Phys Med Rehabil.* 2012;93(11):1887–1895.

106. MacGregor AJ, Dougherty AL, Tang JJ, Galarneau MR. Postconcussive symptom reporting among United States combat veterans with mild traumatic brain injury from Operation Iraqi Freedom. *J Head Trauma Rehabil.* 2013;28(1):59–67.

107. Helfer TM, Jordan NN, Lee RB, Pietrusiak P, Cave K, Schairer K. Noise-induced hearing injury and comorbidities among postdeployment United States Army soldiers: April 2003-June 2009. *Am J Audiol.* 2011;20(1):33–41.

108. Wilk JE, Thomas JL, McGurk DM, Riviere LA, Castro CA, Hoge CW. Mild traumatic brain injury (concussion) during combat:

Copyright © 2014 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

lack of association of blast mechanism with persistent postconcussive symptoms. *J Head Trauma Rehabil.* 2010;25(1):9–14.

109. DePalma RG, Burris DG, Champion HR, Hodgson MJ. Blast injuries. *N Engl J Med.* 2005;352(13):1335–1342.

110. Kronenberg J, Ben-Shoshan J, Wolf M. Perforated tympanic membrane after blast injury. *Am J Otol.* 1993;14(1):92–94.

111. Depauw P, Caekebeke J, Vanhoenacker P. Objective pulsatile tinnitus caused by intrapetrous dissecting aneurysm. *Clin Neurol Neurosurg.* 2001;103(3):197–199.

112. Redekop GJ. Extracranial carotid and vertebral artery dissection: a review. *Can J Neurol Sci.* 2008;35(2):146–152.

113. Langguth B, Kleinjung T. [Tinnitus]. *MMW Fortschr Med.* 2011;153(48):40.

114. Chae SW, Kang HJ, Lee HM, Hwang SJ. Tinnitus caused by traumatic posterior auricular artery-internal jugular vein fistula. *J Laryngol Otol.* 2001;115(4):313–315.

115. Freckmann N, Sartor K, Herrmann HD. Traumatic arteriovenous fistulae of the middle meningeal artery and neighbouring veins or dural sinuses. *Acta Neurochir (Wien).* 1981;55(3/4):273–281.

116. Fukai J, Terada T, Kuwata T, et al. Transarterial intravenous coil embolization of dural arteriovenous fistula involving the superior sagittal sinus. *Surg Neurol.* 2001;55(6):353–338.

117. D'Alise M, Caetano C, Batjer H. Vascular complications of head injury. In: Batjer H, ed. *Cerebrovascular Disease.* Philadelphia, PA: Lippincott-Raven; 1997;1169–1182.

118. Friedman JA, Meyer FB, Nichols DA, et al. Fatal progression of posttraumatic dural arteriovenous fistulas refractory to multimodal therapy. Case report. *J Neurosurg.* 2001;94(5):831–835.

119. Liang W, Xiaofeng Y, Weiguo L, Wusi Q, Gang S, Xuesheng Z. Traumatic carotid cavernous fistula accompanying basilar skull fracture: a study on the incidence of traumatic carotid cavernous fistula in the patients with basilar skull fracture and the prognostic analysis about traumatic carotid cavernous fistula. *J Trauma.* 2007;63(5):1014–10120; discussion 1020.

120. Mizobuchi M, Mino S, Nagao S, Ohmoto T, Ohkawa M. Carotid-cavernous fistula successfully treated with embolization and radiation therapy: report of three cases. *No Shinkei Geka.* 1991;19(1):83–87.

121. Chen J, Ji C, Yang C, Liu Z. Temporal bone fracture and its complications. *Chin J Traumatol.* 2001;4(2):106–109.

122. Wysocki J. Cadaveric dissections based on observations of injuries to the temporal bone structures following head trauma. *Skull Base.* 2005;15(2):99–106; discussion 106–107.

123. Cannon CR, Jahrsdoerfer RA. Temporal bone fractures. Review of 90 cases. *Arch Otolaryngol.* 1983;109(5):285–288.

124. Brodie HA, Thompson TC. Management of complications from 820 temporal bone fractures. *Am J Otol.* 1997;18(2):188–197.

125. Granier M, Renaud-Picard L, Chobaut JC, Tavernier L. Mild head trauma: complications and acousticovestibular sequelae. *Rev Stomatol Chir Maxillofac.* 2006;107(4):253–263.

126. Ulug T, Ulubil SA. Contralateral labyrinthine concussion in temporal bone fractures. *J Otolaryngol.* 2006;35(6):380–383.

127. Davies RA, Luxon LM. Dizziness following head injury: a neurootological study. *J Neurol.* 1995;242(4):222–230.

128. Schuknecht HF. Deafness following blows to the head: a clinical and experimental study. *Trans Am Acad Ophthalmol Otolaryngol.* 1951;55:407–417.

129. Schuknecht HF, Neff WD, Perlman HB. An experimental study of auditory damage following blows to the head. *Ann Otol Rhinol Laryngol.* 1951;60(2):273–289.

130. Yetiser S, Hidir Y, Birkent H, Satar B, Durmaz A. Traumatic ossicular dislocations: etiology and management. *Am J Otolaryngol.* 2008;29(1):31–36.

131. Goto F, Ogawa K, Kunihiro T, Kurashima K, Kobayashi H, Kanzaki J. Perilymph fistula—45 case analysis. *Auris Nasus Larynx.* 2001;28(1):29–33.

132. Fitzgerald DC. Persistent dizziness following head trauma and perilymphatic fistula. *Arch Phys Med Rehabil.* 1995;76(11):1017–1020.

133. Glasscock ME III, Hart MJ, Rosdeutscher JD, Bhansali SA. Traumatic perilymphatic fistula: how long can symptoms persist? A follow-up report. *Am J Otol.* 1992;13(4):333–338.

134. Lollis SS, Weider DJ, Phillips JM, Roberts DW. Ventriculoperitoneal shunt insertion for the treatment of refractory perilymphatic fistula. *J Neurosurg.* 2006;105(1):1–5.

135. Weider DJ, Roberts DW, Phillips J. Ventriculoperitoneal shunt as treatment for perilymphatic fistula: a report of 6 cases. *Int Tinnitus J.* 2005;11(2):137–145.

136. Williams JD. Unusual but treatable cause of fluctuating tinnitus. *Ann Otol Rhinol Laryngol.* 1980;89(3, pt 1):239–240.

137. Munjal SK, Panda NK, Pathak A. Relationship between severity of traumatic brain injury and extent of auditory dysfunction. *Brain Inj.* 2010;24(3):525–532.

138. Attias J, Zwecker-Lazar I, Nageris B, Keren O, Groswasser Z. Dysfunction of the auditory efferent system in patients with traumatic brain injuries with tinnitus and hyperacusis. *J Basic Clin Physiol Pharmacol.* 2005;16(2/3):117–126.

139. Norena AJ, Eggermont JJ. Enriched acoustic environment after noise trauma abolishes neural signs of tinnitus. *Neuroreport.* 2006;17(6):559–563.

140. Taranda J, Maison SF, Ballestero JA, et al. A point mutation in the hair cell nicotinic cholinergic receptor prolongs cochlear inhibition and enhances noise protection. *PLoS Biol.* 2009;7(1):e18.

141. Kreuzer PM, Landgrebe M, Frank E, Langguth B. Repetitive transcranial magnetic stimulation for the treatment of chronic tinnitus after traumatic brain injury: a case study [published online ahead of print June 8, 2012]. *J Head Trauma Rehabil.* doi: 10.1097/HTR.0b013e318254736e

142. Villamar MF, Santos Portilla A, Fregni F, Zafonte R. Noninvasive brain stimulation to modulate neuroplasticity in traumatic brain injury. *Neuromodulation.* 2012;15(4):326–338.

143. Demirtas-Tatlidede A, Vahabzadeh-Hagh AM, Bernabeu M, Tormos JM, Pascual-Leone A. Noninvasive brain stimulation in traumatic brain injury. *J Head Trauma Rehabil.* 2012;27(4):274–292.

144. Bluvstein I, Moravchick L, Sheps D, Schreiber S, Bloch M. Posttraumatic growth, posttraumatic stress symptoms and mental health among coronary heart disease survivors [published online ahead of print August 11, 2012]. *J Clin Psychol Med Settings.* 2013;20(2):164–172.

145. Bauer CA, Brozoski TJ. Effect of tinnitus retraining therapy on the loudness and annoyance of tinnitus: a controlled trial. *Ear Hear.* 2011;32(2):145–155.

146. Weichbold V, Zorowka P. Effects of a hearing protection campaign on the discotheque attendance habits of high-school students. *Int J Audiol.* 2003;42(8):489–493.

147. Weichbold V, Zorowka P. Can a hearing education campaign for adolescents change their music listening behavior? *Int J Audiol.* 2007;46(3):128–133.

148. Landgrebe M, Zeman F, Koller M, et al. The Tinnitus Research Initiative database: a new approach for delineation of tinnitus subtypes and generation of predictors for treatment outcome. *BMC Med Inform Decis Mak.* 2010;10:42.

149. Dinh CT, Van De Water TR. Blocking pro-cell-death signal pathways to conserve hearing. *Audiol Neurootol.* 2009;14(6):383–392.

150. Henderson D, Bielefeld EC, Harris KC, Hu BH. The role of oxidative stress in noise-induced hearing loss. *Ear Hear.* 2006;27(1):1–19.

151. Lin CY, Wu JL, Shih TS, et al. N-Acetyl-cysteine against noise-induced temporary threshold shift in male workers. *Hear Res.* 2010;269(1/2):42–47.

152. Langguth B, Elgoyhen AB. Current pharmacological treatments for tinnitus. *Expert Opin Pharmacother.* 2012;13(17):2495–2509.

Copyright © 2014 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.