# EXHIBIT 46

MILITARY MEDICINE, 184, 11/12:839, 2019

# Impact of TBI, PTSD, and Hearing Loss on Tinnitus Progression in a US Marine Cohort

*Royce E. Clifford\*†‡; Dewleen Baker\*†§; Victoria B. Risbrough\*†§; Mingxiong Huang∥; Kate A. Yurgil\*†¶*

**ABSTRACT**   Introduction: Mild TBI (TBI) is associated with up to a 75.7% incidence of tinnitus, and 33.0% of tinnitus patients at the US Veterans Administration carry a diagnosis of post-traumatic stress syndrome (PTSD). Yet factors contributing to new onset or exacerbation of tinnitus remain unclear. Materials and Methods: Here we measure intermittent and constant tinnitus at two time points to ascertain whether pre-existing or co-occurring traumatic brain injury (TBI), hearing loss, or post-traumatic stress disorder (PTSD) predicts new onset, lack of recovery and/or worsening of tinnitus in 2,600 United States Marines who were assessed before and after a combat deployment. Results: Ordinal regression revealed that constant tinnitus before deployment was likely to continue after deployment (odds ratio [OR] = 28.62, 95% confidence interval [CI]: 9.84,83.26). Prior intermittent tinnitus increased risk of post-deployment constant tinnitus (OR = 4.95, CI: 2.97,8.27). Likelihood of tinnitus progression increased with partial PTSD (OR = 2.39, CI: 1.50,3.80) and TBI (OR = 1.59, CI: 1.13,2.23), particularly for blast TBI (OR = 2.01, CI: 1.27,3.12) and moderate to severe TBI (OR = 2.57, CI: 1.46,4.51). Tinnitus progression also increased with low frequency hearing loss (OR = 1.94, CI: 1.05,3.59), high frequency loss (OR = 3.01, CI: 1.91,4.76) and loss across both low and high frequency ranges (OR = 5.73, CI: 2.67,12.30). Conclusions: Screening for pre-existing or individual symptoms of PTSD, TBI, and hearing loss may allow for more focused treatment programs of comorbid disorders. Identification of those personnel vulnerable to tinnitus or its progression may direct increased acoustic protection for those at risk.

## INTRODUCTION

Military statistics indicate a 32.3% prevalence of tinnitus from all causes in US Service Members,[1] coinciding with civilian population estimates of up to 30.3%.[2,3] Incidence of tinnitus associated with traumatic brain injury (TBI) is reported to be at least double that of noise-induced or age-related causes, where mild TBI (mTBI) is reported to be associated with up to a 75.7% incidence of tinnitus.[4]

More than just an annoyance, tinnitus is linked to significant cognitive and psychological comorbidities, sharing many characteristics with post-traumatic stress disorder (PTSD).[5] DSM-5 criteria for PTSD include sleep difficulties, trouble concentrating, irritability, hypervigilance, and exaggerated startle response, all of which are symptoms associated with tinnitus even in the absence of PTSD.[6] Nevertheless, their comorbid occurrence has been well-documented, and 33.0% of tinnitus patients at the Veteran's Administration (VA) military carry a diagnosis of PTSD.[6]

Although cross-sectional studies of TBI, PTSD, and hearing loss demonstrate increased co-morbidity with tinnitus compared to the general population, in contrast, longitudinal studies have not been previously reported. Pre-morbid conditions leading to maintenance, new onset or exacerbation of tinnitus remain unclear. The clinical relevance of predicting new onset or exacerbation of tinnitus is the following: those at increased risk of new onset or progression of tinnitus secondary to PTSD, hearing loss, TBI, or prior tinnitus may be targeted for more personalized protection. In addition, treatments that address both tinnitus and PTSD may be more effective than either one in isolation, i.e., combined cognitive behavioral therapy.[7] Finally, long-term VA costs of tinnitus, currently over one billion dollars per year, could be projected for those with concomitant PTSD, TBI, and/or hearing loss.[8,9]

In a previous report on a subset of the Marine Resiliency Study (MRS), a prospective longitudinal study of combat Marines, we found that 8.6% sustained new-onset tinnitus during deployment, and blast-induced TBI nearly tripled likelihood of tinnitus compared to those without TBI.[10,11] The current report includes additional participants, and categorization of tinnitus as intermittent or constant in order to more fully ascertain whether comorbidities of TBI, hearing loss, or PTSD would predict onset or exacerbation of tinnitus after deployment.

*VA San Diego Healthcare System, 3350 La Jolla Village Drive, San Diego, CA 92161.

†Center of Excellence for Stress and Mental Health, 3350 La Jolla Village Drive, San Diego, CA 92161.

‡Harvard University School of Public Health, 677 Huntington Ave, Boston, MA 02115.

§Department of Psychiatry, University of California San Diego School of Medicine, 9500 Gilman Dr, La Jolla, CA 92093.

∥Department of Radiology, University of California San Diego School of Medicine, 9500 Gilman Dr, La Jolla, CA 92093.

¶Department of Psychological Sciences, Loyola University New Orleans, 6363 St. Charles Ave., Box 194, New Orleans, LA 70118.

The views expressed are solely those of the authors and do not reflect the official policy or position of the US Navy, Marine Corps, the Department of Defense, or the US Government.

doi: 10.1093/milmed/usz016

© Association of Military Surgeons of the United States 2019. All rights reserved. For permissions, please e-mail: journals.permissions@oup.com.

Downloaded from https://academic.oup.com/milmed/article/184/11-12/839/5357468 by guest on 26 October 2020

Case 3:19-md-02885-MCR-HTC   Document 3376-46   Filed 08/10/22   Page 3 of 9

## METHODS

Approval for human participants was obtained from University of California San Diego, VA San Diego Research Service, and Naval Health Research Center (VA R&D and UCSD IRB approval #070533). All volunteers gave written informed consent before participation.[12]

### Study Design and Participants

Participants were a subset of the 3,987 participants enrolled in Phase I ($N = 2,600$) and II ($N = 1,387$) of MRS,[12] a prospective, longitudinal examination of active-duty Marine and Navy servicemen stationed in southern California. Study visits took place between July 2008 and October 2013, and were conducted approximately 1 month before a 7-month deployment to Iraq or Afghanistan (i.e. pre-deployment), and 1-week, 3 months, and 6 months after deployment (Phase I); or pre-deployment, 1-week and 3 months after deployment (Phase II). We excluded data from the 6-months post-deployment visit due to reduced follow-up rates and low number of symptom cases. Among those excluded were 259 who did not deploy after their first study visit, 979 who were lost to follow-up, and 149 with missing data. The remaining 2,600 participants completed the 3-months post-deployment visit and were eligible for analysis.

### Measures

The following measures were selected from the complete MRS assessment battery[12] and used for the present study.

Tinnitus status was assessed before and 3 months after deployment via a "yes/no" item on an interview-assisted questionnaire, "Do you have ringing in the ears?". Participants who responded "yes" at the time of assessment were categorized as having tinnitus. One follow-up question stated, "If yes, please describe". Symptoms were categorized into three ordinal groups: no tinnitus, intermittent tinnitus, and constant tinnitus. Intermittent tinnitus was characterized by intervals occurring anywhere from once per month to multiple times per day. Constant tinnitus was defined as ringing heard either all-the-time or "only when it is quiet", consistent with the Progressive Audiologic Tinnitus Management system in use at the VA.[7,13] In order to attempt to separate the sensation of tinnitus from its psychological or functional severity, the participant was asked only about its existence. There could be no progression of symptoms beyond constant tinnitus.[14]

Hearing was assessed with a screening test before and 3-months after deployment. Pure tones of 0.5, 1, 3, and 6 kHz were presented at 35 dB to each ear (Grayson-Stadler Audiometer, Eden Prairie, MN) and participants noted whether they could hear the tone. Participants with hearing loss were categorized as having *low frequency loss* (missing 0.5 or 1 kHz in either ear), *high frequency loss* (missing 3 or 6 kHz in either ear), or *low + high frequency loss* (missing at least one frequency in each of the low and high ranges).[3] IRB constraints precluded administration of a full audiogram.

VA ratings for pure tone audiometry begin above 40 dB at speech frequencies; 35 dB would be considered within military standards.[15] By civilian standards, 25 dB and below is considered normal for each frequency. Thus, those who could hear the tone at 35 dB would be classified as either having normal or at most, mild hearing loss.

Information about prior and recent head injuries was gathered before and 3-months after deployment using an investigator-created interview questionnaire previously described.[12] Participants answered questions regarding injury *frequency* (number of injuries), *mechanism* (blast vs. non-blast related) and *symptom severity* (mild, moderate/severe) of each injury. Any head injury that resulted in altered mental status (i.e., dazed, confused, or seeing stars, and/or post-traumatic amnesia) or loss of consciousness was classified as a TBI.[16] TBI that resulted in loss of consciousness for more than 30 minutes or post-traumatic amnesia for more than 24 hours were classified as moderate/severe; all other TBI were classified as mild (i.e. mTBI).[17] Any TBI sustained before, during, or up to 3 months after deployment was analyzed for its effects on tinnitus.[10]

Post-traumatic stress symptoms were assessed before and 3 months after deployment using the Clinician Administered PTSD Scale (CAPS)[18] and criteria from the Diagnostic and Statistical Manual of Mental Disorders IV-TR.[19] To examine the effects of PTSD symptoms on tinnitus progression, participants with at least partial PTSD were compared to those with no clinically significant symptoms. Classification of partial PTSD required exposure to a trauma event and moderate to severe symptoms (intensity $\geq 2$) that occurred at least once within the past month (frequency $\geq 1$).[20] Participants with partial PTSD reported at least one re-experiencing symptom and either three avoidance symptoms or two hyperarousal symptoms.[10,21] Previous studies report excellent psychometric properties of the CAPS.[22] In the current dataset, interrater reliability was high, both for PTSD classification (kappa = 0.71, $p < 0.001$) as well as CAPS total score (intraclass coefficient = 0.99, $p < 0.001$).

Combat intensity was assessed 1 week after deployment using a modified 16-item Combat Experiences Scale (CES) from the Deployment Risk and Resilience Inventory (DRRI).[23,24] Responses were measured on a 5-point Likert scale, ranging from 0 (never) to 4 (daily or almost daily) and were summed for a total score. Higher total scores indicated greater combat intensity. Psychometric properties of the DRRI have been reported previously.[23–25]

Demographic information (age, ethnicity, race, rank, battalion) was collected at the first study visit (i.e., pre-deployment) via self-report surveys. Ethnicity and race categories were consistent with US Census Bureau and NIH definitions, and were included in analysis as potential covariates of tinnitus.[3,11]

### Data Analysis

Ordinal regression was used to examine associations between tinnitus progression and comorbid clinical symptoms present at

Downloaded from https://academic.oup.com/milmed/article/184/11-12/839/5357468 by guest on 26 October 2020

any time during the study (i.e., pre- or post-deployment). Due to small group sizes for some categorical predictors, pre- and post-deployment data were collapsed across study visits for hearing loss, partial PTSD status, and TBI variables; collapsing across study visits was necessary for model convergence and for testing interaction effects on ordinal post-deployment tinnitus status. Combat intensity total score was centered via mean subtraction prior to analysis. Reference groups for categorical demographic predictors were Battalion 1, Caucasian, non-Hispanic, and lower enlisted rank (E1-E3). Reference groups for categorical diagnostic predictors were participants with no tinnitus, no PTSD, and no TBI. The dependent variable for all analyses was 3-months post-deployment tinnitus status, rank-ordered into three tiers: no tinnitus, intermittent, constant. Ordinal regression was used to test main effects on tinnitus progression (i.e., worsening of tinnitus symptoms) at 3-months post-deployment. For the present model, participants with no prior tinnitus, no PTSD, and no hearing difficulty served as the reference group. Interaction effects between clinical diagnostic and combat intensity variables were not tested due to insufficient group sizes. As in our previous tinnitus paper, *post hoc* sensitivity analyses tested effects of TBI characteristics on tinnitus progression.[11] TBI characteristics of interest were injury *mechanism* (blast or non-blast vs. no TBI), *severity* (mild or moderate/severe vs. no TBI), and *frequency* (single or multiple vs. no TBI). Significance levels for three sensitivity analyses were Bonferroni adjusted with alpha level 0.017. Statistical analyses were performed using Statistical Package for Social Sciences (SPSS), version 23.0.[26]

## RESULTS

### Sample Characteristics

Mean age of participants was 22.33 (SD = 3.27, range 18.17–47.67) years. Battalion differences in percentages of those with and without prior and post-deployment tinnitus are available in Table I. Descriptive statistics of other demographic, clinical, and deployment-related variables as a function of post-deployment tinnitus status are shown in Table II. Approximately 86.0% were Caucasian and 76.9% were non-Hispanic. The majority held junior enlisted rank of E1–E3 (73.5%), and 916 (35.2%) were deployed prior to the index deployment. All 2,600 participants of the current study completed an index deployment with a mean combat intensity score of 13.03 (SD = 10.47).

Of the 2,600 participants, 495 (19.0%) had tinnitus before the index deployment, with 383 (14.7%) reporting intermittent and 112 (4.3%) reporting constant tinnitus. A total of 706 (27.2%) reported tinnitus after deployment (Table II), either intermittent (487) or constant (219). Of the 706 participants with post-deployment tinnitus, 408 (57.8%) had new onset tinnitus and 298 (42.2%) had tinnitus both before and after the index deployment. Of 495 with prior tinnitus, 231 (46.7%) reported improvement after deployment; 182 with prior intermittent and 15 with prior constant tinnitus reported no post-deployment tinnitus; and 34 with prior constant tinnitus reported intermittent symptoms after deployment.

Across pre- and post-deployment study visits, a total of 915 (35.2%) missed at least one frequency on the hearing test, with 259 (10.0%) noted to have an elevated threshold of greater than 35 db in either or both of the low frequencies (0.5 or 1 kHz), 505 (19.4%) with high frequency loss in either or both of 3 or 6 kHz, and 151 (5.8%) having both low and high frequency loss. Roughly 27.4% were classified as having at least partial PTSD at either study visit, and 62.3% sustained TBI before, during, or after deployment. Of the 1,620 participants who reported TBI at either assessment visit, 1,337 (82.5%) had mild TBI, 1077 (66.5%) sustained injuries from non-blast events, and 661 (40.8%) sustained only one TBI across assessment visits.

### Clinical, Demographic, and Deployment Effects

Significant effects of the ordinal regression model are shown in Table II. Prior tinnitus was the most significant predictor of post-deployment tinnitus symptom progression. For those with prior constant tinnitus, odds of maintaining constant tinnitus after deployment were 28.62 (CI: 9.84,83.26, $p < 0.001$); whereas, odds of progressing from intermittent to constant were 4.95 (CI: 2.97,8.27, $p < 0.001$). Hearing loss had an additive effect on tinnitus progression. Odds of tinnitus progression increased by a factor of 1.94 (CI: 1.05,3.59, $p = 0.034$) for low frequency loss, by a factor of 3.01 (CI: 1.911,4.76, $p < 0.001$) for high frequency loss, and by a factor of 5.73 (CI: 2.67,12.30, $p < 0.001$) for combined low and high frequency loss.

In addition to pre-existing tinnitus and hearing loss, deployment and clinical diagnostic factors also contributed to tinnitus progression. Each unit increase in combat intensity score increased the likelihood of tinnitus progression by a factor of 1.03 (CI: 1.01,1.05, $p = 0.010$). Partial PTSD increased likelihood of tinnitus progression by a factor of 2.39 (CI: 1.50,3.80, $p < 0.001$), and TBI increased the likelihood of tinnitus progression by a factor of 1.59 (CI: 1.13,2.23, $p = 0.008$). Follow-up sensitivity analyses of TBI characteristics on tinnitus progression are shown in Table III. TBI characteristics included comparisons of injury *frequency* (single or multiple vs. no TBI), *mechanism* (blast or non-blast vs. no TBI), and *severity* (mild or moderate/severe vs. no TBI). In general, TBI conferred increased risk of tinnitus progression compared to no TBI; however, odds of tinnitus progression were roughly the same for those who sustained a single TBI (OR = 1.62, $p < 0.001$) and for those who sustained multiple injuries (OR = 1.57, $p < 0.001$) compared to those with no TBI. Odds of tinnitus progression increased by a factor of 2.01 for blast TBI ($p = 0.003$) and by a factor of 2.57 for moderate/severe TBI ($p = 0.001$). Mild TBI and TBI sustained from non-blast events increased odds of tinnitus progression by factors of 1.45 and 1.46, although the effects were not significant at the Bonferroni level ($p < 0.017$).

Downloaded from https://academic.oup.com/milmed/article/184/11-12/839/5357468 by guest on 26 October 2020

Case 3:19-md-02885-MCR-HTC   Document 3376-46   Filed 08/10/22   Page 5 of 9

**TABLE I.** Post-Deployment Tinnitus Status Across Battalions, United States Marines, 2008–2013

|  | Batt 1 n (%) of 270 | Batt 2 n (%) of 515 | Batt 3 n (%) of 516 | Batt 4 n (%) of 483 | Batt 5 n (%) of 398 | Batt 6 n (%) of 418 |
|---|---|---|---|---|---|---|
| Pre-deployment tinnitus status[a] | | | | | | |
| None | 202 (74.8) | 361 (70.1) | 393 (76.2) | 420 (87.0) | 351 (88.2) | 378 (90.4) |
| Intermittent | 56 (20.7) | 126 (24.5) | 94 (18.2) | 42 (8.7) | 31 (7.8) | 34 (8.1) |
| Constant | 12 (4.4) | 28 (5.4) | 29 (5.6) | 21 (4.3) | 16 (4.0) | 6 (1.4) |
| Post-deployment tinnitus status[b] | | | | | | |
| None | 188 (69.9) | 340 (70.0) | 361 (70.0) | 357 (73.9) | 308 (77.4) | 340 (81.3) |
| Intermittent | 56 (20.7) | 132 (25.6) | 104 (20.2) | 87 (15.8) | 63 (15.8) | 45 (10.8) |
| Constant | 26 (9.6) | 43 (8.3) | 51 (9.9) | 39 (8.1) | 27 (6.8) | 33 (7.9) |

Batt, battalion.
[a] Before deployment, 2,105 of 2,600 participants (81.0%) reported no tinnitus, 383 (14.7%) reported intermittent tinnitus, and 112 (4.3%) reported constant tinnitus.
[b] After deployment, 1,894 of 2,600 participants (72.8%) reported no tinnitus, 487 (18.7%) reported intermittent tinnitus, and 219 (8.4%) reported constant tinnitus.

**TABLE II.** Clinical, Demographic, and Deployment-Related Predictors of Post-Deployment Tinnitus Status

| Predictor | Total n (%) of 2,600 | None n (%) of 1,894 | Intermittent n (%) of 487 | Constant n (%) of 219 | Coeff | OR | 95% CI | p |
|---|---|---|---|---|---|---|---|---|
| Battalion 2 | 515 (19.8) | 340 (18.0) | 132 (27.1) | 43 (19.6) | −0.23 | 0.79 | 0.533–1.173 | 0.377 |
| Battalion 3 | 516 (19.8) | 361 (19.1) | 104 (21.4) | 51 (23.3) | −0.29 | 0.75 | 0.500–1.122 | 0.885 |
| Battalion 4 | 483 (18.6) | 357 (18.8) | 87 (17.9) | 39 (17.8) | −0.37 | 0.69 | 0.457–1.054 | 0.087 |
| Battalion 5 | 398 (15.3) | 308 (16.3) | 63 (12.9) | 27 (12.3) | −0.03 | 0.97 | 0.677–1.399 | 0.161 |
| Battalion 6 | 418 (16.1) | 340 (18.0) | 45 (9.2) | 33 (15.1) | 0.16 | 1.17 | 0.825–1.660 | 0.244 |
| Non-Caucasian[a] | 365 (14.0) | 284 (15.0) | 57 (11.7) | 24 (11.0) | −0.18 | 0.84 | 0.627–1.117 | 0.227 |
| Hispanic[a] | 600 (23.1) | 478 (25.2) | 83 (17.0) | 39 (17.8) | −0.41 | 0.66 | 0.519–0.844 | 0.001 |
| Officers[a] | 48 (1.8) | 39 (2.1) | 7 (1.4) | 2 (0.9) | −0.42 | 0.66 | 0.289–1.503 | 0.322 |
| Enlisted E4-E9[a] | 641 (24.7) | 466 (24.6) | 125 (25.7) | 50 (22.8) | −0.12 | 0.89 | 0.707–1.112 | 0.297 |
| Partial PTSD[b] | 712 (27.4) | 438 (23.1) | 189 (38.8) | 85 (38.8) | 0.87 | 2.39 | 1.498–3.797 | 0.000 |
| TBI | 1620 (62.3) | 1116 (58.9) | 338 (69.4) | 166 (75.8) | 0.46 | 1.59 | 1.130–2.229 | 0.008 |
| Prior intermittent tinnitus | 383 (14.7) | 182 (9.6) | 141 (29.0) | 60 (27.4) | 1.60 | 4.95 | 2.966–8.274 | 0.000 |
| Prior constant tinnitus | 112 (4.3) | 15 (0.8) | 34 (7.0) | 63 (28.8) | 3.35 | 28.62 | 9.840–83.258 | 0.000 |
| Low frequency loss | 259 (10.0) | 175 (9.2) | 61 (12.5) | 23 (10.5) | 0.66 | 1.94 | 1.053–3.587 | 0.034 |
| High frequency loss | 505 (19.4) | 271 (14.3) | 141 (29.0) | 93 (42.5) | 1.10 | 3.01 | 1.911–4.755 | 0.000 |
| Low & high loss | 151 (5.8) | 60 (3.2) | 43 (8.8) | 48 (21.9) | 1.75 | 5.73 | 2.671–12.299 | 0.000 |
| Mean (SD) CES | 13.03 (10.47) | 12.44 (10.13) | 14.08 (10.81) | 15.82 (11.84) | 0.03 | 1.03 | 1.007–1.052 | 0.010 |

CI, confidence interval; Coeff, coefficient; E4-E9, senior enlisted; OR, odds ratio; PTSD, post-traumatic stress disorder; SD, standard deviation; TBI, traumatic brain injury; CES, Combat Experience Score.
[a] Results are reported relative to Caucasian, non-Hispanic, junior enlisted (E1-E3) participants.
[b] Of those with no post-deployment tinnitus, 15.9% had partial PTSD and 7.2% had PTSD. Of those with post-deployment intermittent tinnitus, 25.1% had partial PTSD and 13.8% had PTSD. Of those with post-deployment constant tinnitus, 25.1% had partial PTSD and 13.7% had PTSD.

Lastly, there was a significant protective effect between ethnicity and post-deployment tinnitus status; Hispanic participants had reduced odds of tinnitus progression compared to non-Hispanic participants (OR = 0.66, CI: 0.52,0.84, $p$ = 0.001). This effect is consistent with our previous study[11] and with another general population study.[3]

## DISCUSSION

Non-pulsatile tinnitus, or ringing in the ears without external source, is the number one disability within the US Veteran's Administration, accounting for 10.5% of all disability claims in 2017.[27] By taking advantage of the longitudinal design of the Marine Resiliency Study (MRS), we were able to track temporal progression of tinnitus influenced by TBI, PTSD, and hearing loss using the categories of no tinnitus, progressing through intermittent to continuous ringing in the ears. These categories were chosen in order to separate the existence of the noise in the ears from any psychological or cognitive impact of the tinnitus, as is usually measured in standardized tinnitus questionnaires.

### Combat Intensity and TBI Predict Progression of Tinnitus

Combat intensity and TBI each increased likelihood of tinnitus progression. Interestingly, sustaining multiple TBIs may not worsen symptoms significantly more than a single TBI. Thus, even a single brain injury may lead to new onset tinnitus or exacerbate existing tinnitus symptoms. Notably, blast-induced

**TABLE III.** Sensitivity analyses[a] of TBI characteristics on tinnitus progression

| TBI Characteristic | Coeff | OR | 95% CI | p |
|---|---|---|---|---|
| Mechanism | | | | |
|   Non-blast | 0.38 | 1.46 | 1.010–2.113 | 0.044 |
|   Blast | 0.70 | 2.01 | 1.268–3.182 | 0.003** |
| Severity | | | | |
|   Mild | 0.37 | 1.45 | 1.021–2.069 | 0.038 |
|   Moderate/severe | 0.94 | 2.57 | 1.463–4.510 | 0.001** |
| Frequency | | | | |
|   Single | 0.48 | 1.62 | 1.621–5.054 | 0.000** |
|   Multiple | 0.45 | 1.57 | 1.573–4.820 | 0.000** |

CI, confidence interval; Coeff, coefficient; OR, odds ratio; TBI, traumatic brain injury.
[a]Significance levels for sensitivity analyses were Bonferroni adjusted with alpha level 0.017. ** indicates significance.

and moderate/severe TBI significantly increased likelihood of either new onset or progression from intermittent to constant tinnitus. This is in agreement with our previous study[11] and retrospective studies in which 59.5% of individuals with blast-TBI also report tinnitus compared to 40.1% who sustain non-blast TBI.[28,29]

### PTSD Predicts Progression of Tinnitus

Partial PTSD, defined as exposure to a traumatic event, at least one re-experiencing symptom, and either three avoidance symptoms or two hyperarousal symptoms once within the past month, more than doubled the progression of tinnitus in this study. While the comorbidities of PTSD and tinnitus are well established, this longitudinal study demonstrates increased incidence of tinnitus progression associated with even partial PTSD. Consistent with this finding, a chart review of 300 US Veterans[6] showed that 34.3% of those with tinnitus carry a diagnosis of PTSD and are more disturbed by their tinnitus than those without PTSD. Another study found that 87% of blast-exposed Veterans reported difficulty sleeping, 77% reported memory problems, 59% had a formal diagnosis of PTSD, and 83% reported tinnitus.[30] A retrospective chart review of 311,400 Veterans of Iraq and Afghanistan found significantly higher rates of tinnitus in those with comorbid TBI and PTSD than in those with either TBI or PTSD alone, and the effect appeared to be additive.[5]

While the initial injury leading to either PTSD or tinnitus may be different, the two disorders share common symptoms. Sleep disturbance was reported in 76.5% of 4,705 tinnitus participants[9] and was predictive of PTSD.[31] Both tinnitus and PTSD are associated with concentration difficulties, including poorer working memory, slower reaction time, poorer accuracy, and shorter reading spans.[32,33] Both correlate with higher levels of depression, anxiety, and increased suicidal attempts.[34,35] While there is no cure for tinnitus, treatment of PTSD with eye movement desensitization and reprocessing (EMDR) has been shown to improve scores on the Tinnitus Functional Index, a validated measure of the severity and negative impact of tinnitus.[36] In addition, psychotropics used to treat mental disorders including PTSD can also reduce intensity of tinnitus.[37]

Psychometric testing indicates difficulties in cognition, memory, attention deficits, and emotion in both PTSD and tinnitus, and these findings are associated with similar imaging results.[32,38,39] Functional MRI and magnetoencephalography (MEG) demonstrate hypoactivity in the medial pre-frontal cortex,[40,41] along with enhanced response in anterior cingulate, amygdala, and hippocampal areas[42,43] in PTSD and tinnitus separately. While a thorough review of comparable imaging findings is beyond the scope of this report, the neural circuitry disruption appears to be quite similar in both conditions, and this similarity may lead to beneficial treatment regimens when both disorders are addressed.

### Hearing Loss Predicts Progression of Tinnitus

We found the type of hearing loss to be predictive of tinnitus progression, with combined high and low frequency loss having an additive effect on predicted progression of tinnitus. While it is known that at least 80% of those with tinnitus have measurable hearing loss,[44] in our study, the type of hearing loss (low frequency versus high frequency) was differentially prognostic of tinnitus progression; high frequency loss was more likely to be associated with progression of tinnitus. In contrast, the National Health and Nutrition Examination Survey (NHANES) study[3] demonstrated low and high frequency losses to have equally increased odds of tinnitus. There are several differences between our study and the NHANES study. Ours was a young male population, average age 22, and the predominant etiology of tinnitus was TBI, whereas the NHANES study consists of an older population of men and women with presumed etiologies of age-related and chronic noise-induced tinnitus.[3] Low and high frequency hearing loss may be distinct entities, with different cochlear anatomic areas or genetic components, and genetic influences specific to each frequency have been found.[45]

### Study Limitations

Our measurements included detailed self-reports of clinical symptoms, which may be subject to misclassification and bias. Hearing loss, included here as a potential risk factor for tinnitus, may contribute to errors or loss of interview assessment data. Both hearing loss and tinnitus may result from insufficient hearing protection during combat; although informal questioning indicated that participants did not always wear their hearing protection devices in combat, we did not collect this information systematically (i.e. by questionnaire or structured interview). While resolution of tinnitus is documented in the literature,[46] some participants may not have felt that the ringing was intrusive enough to mention at their post-deployment interview. In addition, participant responses may have been interviewer-driven, since the

Downloaded from https://academic.oup.com/milmed/article/184/11-12/839/5357468 by guest on 26 October 2020

interview consisted of one question, "Do you have ringing in your ears?". If the Marine answered no, there were no further questions. Furthermore, there is potential secondary gain associated with declaring it as a disability, thus the existence in any one participant is unverified. To mitigate response bias, participants were informed that these findings would not be entered into their personal medical record and would not be included in disability examinations.

One of the strengths of this study is that temporal determination can be made regarding the progression of tinnitus symptoms. In terms of symptom improvement, 170 of 316 (53.8%) of those with prior intermittent tinnitus reported no post-deployment tinnitus and an additional 60 of 180 (33.3%) of those with prior constant tinnitus reported improvement (Table II). This resolution of tinnitus has been reported by others. In the longitudinal Blue Mountains Hearing study,[47] although the 5-year incidence was 18.0%, tinnitus persisted at five years in only four/fifths of the cohort. While nearly half of those with tinnitus at baseline were more bothered by the ringing in their ears at five years, tinnitus resolved in 18.4%.[47] The assessment in the present study was performed at 3 months post-deployment, and there is evidence that TBI-induced tinnitus changes over a longer period of time. In another study of mTBI secondary to blast,[48] 70% reported tinnitus within the first seven days, and subsequently rates dropped to one-third from ten days to several months. At 6 months, rates rose once again to 60%, and these changes did not parallel hearing loss.[48] It should be noted that this study did not assess tinnitus severity or level of disturbance, thus the upper range of our data is limited to a constant tinnitus endpoint.[14] Furthermore, interventions may be unnecessary for mild or non-distressing symptoms. Although a severity measure such as the standard Tinnitus Handicap Inventory is available, we attempted to separate the report of tinnitus from its emotional and functional consequences by asking only about the perception of noise itself. Thus, a more detailed audiogram and further study are indicated. Lastly, interactions between tinnitus and other clinically relevant variables could not be tested due to low incidence rates in the current sample, consequently, future studies with higher rates of these clinical symptoms would be needed to establish direct causal links with tinnitus outcomes.

## CONCLUSIONS AND FUTURE PROSPECTS

Marines in combat and civilians increasingly are subjected to TBI, often secondary to blast-exposure, leading to TBI, permanent hearing damage, PTSD, and the separate complaint of tinnitus. Here we replicate our previous findings that blast-induced TBI and moderate/severe TBI confer increased risk of tinnitus. Identification of those most at risk would allow for individualized protection during combat, as well as focused treatment, and more accurate calculation of future cost to the Department of Defense (DoD) and VA for chronic treatment and care. Here we find that PTSD, TBI, hearing loss at any frequency, but particularly combined low and high frequency deficits, and severity of combat predict new onset or progression of tinnitus. While the source of the tinnitus percept may be somewhere in the auditory pathway from the cochlea to the auditory cortex, both tinnitus and PTSD affect common areas of the brain, including anterior cingulate cortex, insula, hypothalamus, and amygdala.[49] Treatments that address both PTSD and tinnitus may lead to improved outcomes than treating each individually.

Future investigations include long-term follow-up to ascertain the chronicity of the tinnitus and PTSD, and more comprehensive audiometry to ascertain pathology within the auditory pathway, from cochlea through the brainstem and including the auditory cortex. Results of audiometry can be compared to imaging studies of PTSD, for instance, functional MRI and magnetoencephalography to identify common sites of pathology. Defining the nature of potential interactions between tinnitus and other clinical symptoms, we can analyze the anatomic components of these disorders in a meaningful and productive scientific direction.

## ACKNOWLEDGMENTS

This research was supported by a grant from CDMRP Grant Number MR141217 and VA Center for Excellence in Stress and Mental Health, San Diego, CA. The sponsors had no role in data collection or manuscript preparation.

## ORAL PRESENTATIONS

Invited talks given for Department of Cell Biology and Anatomy, LSU Health Science Center, New Orleans, LA (April 30, 2018); Dept. of Psychology, Tulane University, New Orleans, LA (Dec 2, 2016).

## REFERENCES

1. Gaziano JM, Concato J, Brophy M, et al: Million Veteran Program: a mega-biobank to study genetic influences on health and disease. J Clin Epidemiol 2016; 70: 214–23. doi:10.1016/j.jclinepi.2015.09.016.
2. McCormack A, Edmondson-Jones M, Somerset S, Hall D: A systematic review of the reporting of tinnitus prevalence and severity. Hear Res 2016; 337: 70–9. doi:10.1016/j.heares.2016.05.009.
3. Shargorodsky J, Curhan GC, Farwell WR: Prevalence and characteristics of tinnitus among US adults. Am J Med 2010; 123: 711–8. doi:10.1016/j.amjmed.2010.02.015.
4. Oleksiak M, Smith BM St, Andre JR, Caughlan CM, Steiner M: Audiological issues and hearing loss among Veterans with mild traumatic brain injury. J Rehabil Res Dev 2012; 49: 995–1004. doi:10.1682/JRRD.2011.01.0001.
5. Swan A, Jaramillo C, Eapen B, Pugh MJ: Tinnitus: prevalence and co-morbidities in a cohort of Iraq and Afghanistan veterans. J Head Trauma Rehabil 2015; 30: E109. doi:10.1016/j.heares.2017.01.013.
6. Fagelson M: The association between tinnitus and posttraumatic stress disorder. Am J Audiol 2007; 16: 107–17. doi:10.1044/1059-0889(2007/015).
7. Henry JA, Zaugg TL, Myers PJ, et al: The role of audiologic evaluation in progressive audiologic tinnitus management. Trends Amplif 2008; 12: 170–87. doi:10.1177/1084713808319941.
8. Araneda R, De Volder A, Deggouj N, et al: Altered top-down cognitive control and auditory processing in tinnitus: evidences from auditory and

visual spatial Stroop. Restor Neurol Neurosci 2015; 33: 67–80. doi:10.3233/RNN-140433.

9. Wallhäusser-Franke E, Schredl M, Delb W: Tinnitus and insomnia: is hyperarousal the common denominator? Sleep Med Rev 2013; 17: 65–74. doi:10.1016/j.smrv.2012.04.003.

10. Yurgil KA, Barkauskas DA, Vasterling JJ, et al: Association between traumatic brain injury and risk of posttraumatic stress disorder in active-duty Marines. JAMA Psychiatry 2014; 71: 149–57. doi:10.1001/jamapsychiatry.2013.3080.

11. Yurgil KA, Clifford RE, Risbrough VB, et al: Prospective associations between traumatic brain injury and post-deployment tinnitus in Active-Duty Marines. J Head Trauma Rehabil 2016; 31: 30–9. doi:10.1097/HTR.0000000000000117.

12. Baker DG, Nash WP, Litz BT, et al: The Marine Resiliency Study, a prospective multi-system study of predictors of risk and resilience for posttraumatic stress disorder in ground combat Marines: Study methods and pre-deployment participant demographics and descriptors. Prev Chronic Dis 2012; 9(10): E97. doi:10.5888/pcd9.110134.

13. Myers PJ, Griest S, Kaelin C, et al: Development of a progressive audiologic tinnitus management program for Veterans with tinnitus. J Rehabil Res Dev 2014; 51: 609–22. doi:10.1682/JRRD.2013.08.0189.

14. Masino C, Lam TCM: Choice of rating scale labels: implication for minimizing patient satisfaction response ceiling effect in telemedicine surveys. Telemed J E Health 2014; 20: 1150–5. doi:10.1089/tmj.2013.0350.

15. Veterans Benefits Administration. Title 38 Code of Federal Regulations Book C, Schedule for Ratings Disabilities, Impairment of Auditory Acuity Supplement 4.85-4.87a. 1999. Available at https://www.benefits.va.gov/warms/docs/regs/38CFR/BOOKC/PART4/S4_85.doc

16. Defense and Veterans Brain Injury Center Working Group. Acute Management of Mild Traumatic Brain Injury in Military Operational Settings. Clinical Practice Guidelines and Recommendations. 2006. Available at https://www.brainline.org/article/acute-management-mild-traumatic-brain-injury-military-operational-settings.

17. Ruff RR: Two decades of advances in understanding of mild traumatic brain injury. J Head Trauma Rehabil 2005; 20: 5–18. doi:10.1097/00001199-200501000-00003.

18. Blake DD, Weathers FW, Nagy LM, et al: The development of a Clinician-Administered PTSD Scale. J Trauma Stress 1995; 8: 75–90. doi:10.1007/BF02105408.

19. American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders, Ed 4, text rev. Washington, DC, 2000. doi:10.1176/appi.books.9780890423349.

20. Breslau N, Kessler RC: The stressor criterion in DSM-IV posttraumatic stress disorder: an empirical investigation. Biol Psychiatry 2001; 50: 699–704. doi:10.1016/S0006-3223(01)01167-2.

21. Adler AB, Wright KM, Bliese PD, Eckford R, Hoge CW: A2 diagnostic criterion for combat-related posttraumatic stress disorder. J Trauma Stress 2008; 21: 301–8. doi:10.1002/jts.20336.

22. Weathers F, Ruscio A, Kean T: Psychometric properties of nine scoring rules for the clinician-administered posttraumatic stress disorder scale. Psychol Assess 1999; 11(2): 124–33. doi:10.1037/1040-3590.11.2.124.

23. King LA, King DW, Vogt DS, Knight J, Samper RE: Deployment Risk and Resilience Inventory: a collection of measures for studying deployment-related experiences of military personnel and veterans. Mil Psychol 2006; 18: 89–120. doi:10.1207/s15327876mp1802_1.

24. Vogt DS, Proctor SP, King DW, King LA, Vasterling JJ: Validation of scales from the deployment risk and resilience inventory in a sample of Operation Iraqi Freedom veterans. Assessment 2008; 15: 391–403. doi:10.1177/1073191108316030.

25. Vasterling J, Proctor S, Amoroso P, Kane R, Heeren T, White R: Neuropsychological outcomes of army personnel following deployment to the Iraq war. JAMA 2006; 296: 519–29. doi:10.1001/jama.296.5.519.

26. IBM SPSS Statistics for Windows, Version 21.0. Armonk, NY: IBM Corp, 2012.

27. Annual Benefits Report FY2017. Washington, D.C.: US Dept of Veteran Affairs, 2017. Available at https://www.benefits.va.gov/REPORTS/abr/docs/FY17-Compensation.pdf

28. Karch SJ, Capó-Aponte JE, McIlwain DS, et al: Hearing loss and tinnitus in military personnel with deployment-related mild traumatic brain injury. US Army Med Dep J 2016; October–December: 52–63. Available from: Academic Search Complete, Ipswich, MA; accessed September 13, 2018.

29. Shah A, Ayala M, Capra G, Fox D, Hoffer M: Otologic assessment of blast and nonblast injury in returning Middle East-deployed service members. Laryngoscope 2014; 124: 272–7. doi:10.1002/lary.24169.

30. Saunders GH, Frederick MT, Arnold M, Silverman S, Chisolm TH, Myers P: Auditory difficulties in blast-exposed Veterans with clinically normal hearing. J Rehabil Res Dev 2015; 52(3): 343–60. doi:10.1682/JRRD.2014.11.0275.

31. Cox RC, Tuck BM, Olatunji BO: Sleep disturbance in posttraumatic stress disorder: epiphenomenon or causal factor? Curr Psychiatry Rep 2017; 19: 1–10. doi:10.1007/s11920-017-0773-y.

32. Hayes JP, VanElzakker MB, Shin LM: Emotion and cognition interactions in PTSD: a review of neurocognitive and neuroimaging studies. Front Integr Neurosci 2012; 6: 1–14. doi:10.3389/fnint.2012.00089.

33. Rossiter S, Stevens C, Walker G: Tinnitus and its effect on working memory and attention. J Speech Lang Hear Res 2006; 49: 150–60. doi:10.1044/1092-4388(2006/012).

34. Insana SP, Hall M, Buysse DJ, Germain A: Validation of the Pittsburgh Sleep Quality Index Addendum for posttraumatic stress disorder (PSQI-A) in U.S. male military veterans. J Trauma Stress 2013; 26: 192–200. doi:10.1002/jts.21793.

35. Kreuzer PM, Landgrebe M, Schecklmann M, Staudinger S, Langguth B. TRI Database Study Group: Trauma-associated tinnitus: audiological, demographic and clinical characteristics. PLoS One 2012; 7: e45599. doi:10.1371/journal.pone.0045599.

36. Rikkert M, van Rood Y, de Roos C, Ratter J, van den Hout M: A trauma-focused approach for patients with tinnitus: the effectiveness of eye movement desensitization and reprocessing – a multicentre pilot trial. Eur J Psychotraumatol 2018; 9(1): 1512248. doi:10.1080/20008198.2018.1512248.

37. Malakouti S, Mahmoudian M, Alifattahi N, Salehi M: Comorbidity of chronic tinnitus and mental disorders. Int Tinnitus J 2011; 16(2): 118–22. doi:10.1016/S0924-9338(12)75047-2.

38. Shin LM, Liberzon I: The neurocircuitry of fear, stress, and anxiety disorders. Neuropsychopharmacology 2010; 35: 169–91. doi:10.1038/npp.2009.83.

39. Vanneste S, Faber M, Langguth B, De Ridder D: The neural correlates of cognitive dysfunction in phantom sounds. Brain Res 2016; 1642: 170–9. doi:10.1016/j.brainres.2016.03.016.

40. Hoffer ME, Goldstein B, Shulman A: New concepts in electrophysiology and tinnitus. Int Tinnitus J 2013; 18: 6–15. doi:10.5935/0946-5448.20130002.

41. Huang M, Yurgil KA, Robb A, et al: Voxel-wise resting-state MEG source magnitude imaging study reveals neurocircuitry abnormality in active-duty service members and veterans with PTSD. Neuroimage Clin 2014; 5: 408–19. doi:10.1016/j.nicl.2014.08.004.

42. Hughes KC, Shin LM: Functional neuroimaging studies of post-traumatic stress disorder. Expert Rev Neurother 2011; 11: 275–85. doi:10.1586/ern.10.198.

43. Simonetti P, Oiticica J: Tinnitus neural mechanisms and structural changes in the brain: the contribution of neuroimaging research. Int Arch Otorhinolaryngol 2015; 19(3): 259–65. doi:10.1055/s-0035-1548671.

44. Elgoyhen AB, Langguth B, De Ridder D, Vanneste S: Tinnitus: perspectives from human neuroimaging. Nat Rev Neurosci 2015; 16: 632–42. doi:10.1038/nrn4003.

Downloaded from https://academic.oup.com/milmed/article/184/11-12/839/5357468 by guest on 26 October 2020

45. Wingfield A, Panizzon M, Grant MDM, et al: A twin-study of genetic contributions to hearing acuity in late middle age. J Gerontol A Biol Sci Med Sci 2007; 62(11): 1294–9. doi:10.1111/j.1365-2958.2011.07804.
46. Phillips JS, McFerran DJ, Hall DA, Hoare DJ: The natural history of subjective tinnitus in adults: a systematic review and meta-analysis of no-intervention periods in controlled trials. Laryngoscope 2018; 128(1): 217–27. doi:10.1002/lary.26607.
47. Gopinath B, McMahon CM, Rochtchina E, Karpa MJ, Mitchell P: Incidence, persistence, and progression of tinnitus symptoms in older adults: the Blue Mountains Hearing Study. Ear Hear 2010; 31: 407–12. doi:10.1097/AUD.0b013e3181cdb2a2.
48. Balaban C, Hoffer ME: Tinnitus associated with blast-induced traumatic brain injury: patterns and changes over time. Oral presentation at: International State-of-the-Science Meeting on Blast-induced tinnitus, November 15, 2011; Chantilly, VA.
49. De Ridder D, Elgoyhen AB, Romo R, Langguth B: Phantom percepts: tinnitus and pain as persisting aversive memory networks. Proc Natl Acad Sci USA 2011; 108: 8075–80. doi:10.1073/pnas.1018466108.

Downloaded from https://academic.oup.com/milmed/article/184/11-12/839/5357468 by guest on 26 October 2020