# EXHIBIT 48

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) | Case No. 3:19-md-2885-MCR-GRJ |
| | ) ) | Judge M. Casey Rodgers |
| **THIS DOCUMENT RELATES TO:** | ) | Magistrate Gary R. Jones |
| *All Wave 1 Cases* | ) ) | |
| | ) | **CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER** |

## EXPERT REPORT OF DR. KENNETH BILLHEIMER, AUD

**UPDATED JUNE 10, 2022**
**(RELIANCE LIST ONLY)**

**May 11, 2022**

**Dr. Kenneth Billheimer, AuD**

**Expert Report**

I.    **BACKGROUND**

    A.    **Professional Background and Qualifications**

My name is Kenneth Billheimer, Aud. I am a semi-retired audiologist. I received a master's degree in audiology from California State University at Fresno and a Doctor of Audiology degree from the University of Arizona School of Health Science.

Throughout my career, I have worked as an audiologist—first for the U.S. military, and later in private practice. From 1978 to 1982, I was a Captain on active duty in the U.S. Army's Medical Service Corp, where I was a staff audiologist and Hearing Conservation Officer. From 1983 to 1988, I was a Major in the U.S. Army Reserve, Medical Service Corps, where I served as an audiologist and Hearing Conservation Officer in a Combat Support Hospital. I thus have significant experience working in the military's hearing conservation program and am intimately familiar with the military's hearing conservation efforts.

While I was in the military, I attended meetings on military Audiology and Hearing Conservation programs. A frequent presenter on noise and hearing protection was Dr. Doug Ohlin, who was at the time the civilian head of the Army's Hearing Conservation Program. I trained soldiers on how to properly fit and use HPDs. Throughout my career, I have maintained a particular interest in Hearing Conservation and noise induced hearing loss caused by industrial noise and weapons exposure. As a result, I have stayed up to date on hearing protection and HPD testing issues.

I have also worked for years in private practice as an audiologist. Starting in 1986, I practiced at Hearing Services of Pleasanton, in Pleasanton, California. I also served as an adjunct faculty member at Chapman College, the University of Redlands, and California State University at East Bay.

Throughout my career, I specialized in adult and adolescent audiology with an emphasis on management of hearing loss and amplification. I have extensive experience testing filtered earplugs for musicians, to ensure adequate hearing protection.

During my career, I participated in numerous Alpha, Beta, and FDA trials investigating and evaluating software programs and clinical efficacy and safety issues of varying hearing instruments. These include trials for InSound Medical (Lyric), GN ReSound, Oticon, Apherma, Decibel, Sonic Innovations and Starkey Hearing Instruments.

I am a Fellow of the American Academy of Audiology, and a member of the California Academy of Audiology.

**B.      Scope of Report**

I was asked to evaluate the performance of the Combat Arms Earplug version 2—also known as the CAEv2—as shown in testing conducted both by independent, third-party laboratories, including laboratories run by the military.

To facilitate my analysis, I was provided various testing records created by Aearo/3M and by independent laboratories describing testing on the CAEv2 and providing results of that testing. A complete list of the materials I relied on is attached. I have been compensated for the time I spent researching and drafting this report, at a rate of $475 per hour. If I am asked to testify in a deposition or at trial, my rate for providing testimony will be $625 per hour.

## II.      THE IMPORTANCE OF SITUATIONAL AWARENESS TO MILITARY PERSONNEL

A goal in developing a nonlinear filter for an earplug was to attenuate the sound of impulse noise from weapons, maintain the ability to hear auditory cues such as sounds in close proximity, and maintain localization. The Institute of St. Louis (ISL) in France developed a filter which proved successful in impulse noise reduction. It also has the ability to maintain some localization cues and provide a safety measure for soldiers to hear approaching sounds in closer proximity than when using a nonlinear earplug.

The legacy solution had been for soldiers to sacrifice their hearing in order to monitor surroundings and communications systems.  A single weapon firing can cause temporary threshold shift (TTS) equivalent to using an earmuff over the ear.  This TTS from unprotected exposure may lead to permanent threshold shift and makes it more difficult to monitor communications, both speech and electronic, as well as safety cues such as a vehicle at a distance or a person in close proximity.

Hearing Protection:  There are hearing protectors other than earplugs.  There are traditional earmuffs and ear inserts and earmuffs that electronically filter or cancel noise.  Both types of hearing protection can attenuate steady state noise or impulse noise and some do both.

3M Aearo Combat Arms Earplug, Surefire EP Sonic Defender earplug, and the Moldex Battleplug are examples of earplugs that attenuate steady state noise as well as impulse noise. Attenuation for impulse noise, such weapons firing, is level dependent and is referred to as a nonlinear attenuation. Their intended use is to allow speech communication, localization, and detection of sound sources.

## III.      THE MILITARY'S TESTING AND SELECTION OF HEARING PROTECTION DEVICES

I am aware that Aearo conducted testing on the CAEv2 to determine an NRR value using American National Standards Institute (ANSI) S3.19-1974. ANSI S3.19-1974 is known as the "experimenter fit" method, because the person performing the test inserts the HPD into the subject's ear to ensure the best fit possible. Following this testing, Aearo determined that the CAEv2's green end has an NRR of 22.

2

I am also familiar with the military's hearing conservation efforts. In particular, I am familiar with the military's testing of hearing protection devices (HPDs) to ensure they are appropriate for military use. The Department of Defense has instructed the military branches to each prepare "written plan[s] for the implementation of a comprehensive [hearing conservation program]," that is to include "methods for estimating the adequacy of hearing protector attenuation." (D-GEN-584, p. 8.) The military branches have complied with this instruction. For example, the Air Force has promulgated "Preferred Methods for Selecting Attenuation Values for HPDs for Continuous Noise," and "Preferred Methods for Selecting Attenuation Values for HPDs for Impulse Noise." (D-GEN-3094, pp. 49-50.) See the below Tables A4.1 and A4.2. These preferred methods identify ANSI S3.19 tests that were conducted by the manufacturer of an HPD as the "Least Preferred" method for selecting attenuation values—ranked last out of four criteria. Under the Air Force's standards, the number one preferred method for selecting an HPD is testing by the Air Force Research Lab (AFRL) using a different ANSI standard—ANSI S12.6. This standard does not allow the experimenter to fit the HPD into the subject's ears, but rather requires the subject to fit him or herself. This standard more closely approximates real-world standards and is a much better measure than ANSI S3.19 for determining the attenuation provided by an HPD. The Air Force's second choice for selecting attenuation values is "[o]ther independent laboratories values utilizing the ANSI S12.6" standard, and its third choice is "[m]anufacturer values utilizing the ANSI S12.6" standard. If the only available measure is a manufacturer's ANSI S3.19 test, the Air Force "derate[s]" the NRR "by 50% for earplugs."

**Table A4.1. Preferred Methods for Selecting Attenuation Values for HPDs for Continuous Noise.**

| 1 - Most Preferred | AFRL ANSI measured values utilizing the ANSI S12.6 |
|---|---|
| 2 | Other independent laboratories values utilizing the ANSI S12.6 |
| 3 | Manufacturer values utilizing the ANSI S12.6 |
| 4 - Least Preferred | Manufacturer values utilizing ANSI S3.19 derated by 50% for earplugs and 25% for earmuffs |

**Table A4.2. Preferred Methods for Selecting Attenuation Values for HPDs for Impulse Noise.**

| 1 - Most Preferred | AFRL ANSI measured values utilizing the ANSI S12.42 |
|---|---|
| 2 | Other independent laboratories values utilizing the ANSI S12.42 |
| 3 | Manufacturer values utilizing the ANSI S12.42 |
| 4 - Least Preferred | Manufacturer values utilizing ANSI S3.19 derated by 50% for earplugs and 25% for earmuffs |

The Navy has promulgated similar guidelines. (D-GEN-3095, pp. 18-19.) The Navy provides that, when selecting HPDs," certain steps should be followed. They include the total disregarding of NRRs obtained by manufacturers, as follows:

> C1.4.2.3. <u>Considerations of Product Data.</u> Remember, when investigating any hearing protection product assure they have been evaluated by an approved laboratory. An approved lab is defined as

3

one that meets general industry accreditation standards and is not affiliated with a manufacturer or product. Octave band Real Ear Attenuation at Threshold (REAT) results should be available that provides the NRR value. A more conservative estimate of a protector's attenuation is the "SF" (subject fit) NRR.

In other words, the Navy's guidelines require it to completely disregard NRRs achieved by a laboratory that is "affiliated with a manufacturer or product," and they provide that the best testing method is the subject fit method—that is, the Navy prefers ANSI S12.6 over ANSI S3.19. Stated another way, the Navy's guidelines require it to disregard Aearo's NRR because Aearo is the manufacturer and because it used ANSI S3.19 to determine the NRR, not ANSI S12.6. Instead, the Navy is to rely on tests conducted by independent labs using the appropriate standard (ANSI S12.6).

The aim of this report is to evaluate the large body of independent testing conducted on the CAEv2 using appropriate standards—just as is required by military regulations on the acquisition of HPDs for soldiers.

## IV.   REVIEW OF INDEPENDENT REAT TESTING CONDUCTED ON THE CAEv2

### A.   Overview of REAT Testing

Real-ear attenuation at threshold—or REAT—testing is a method of measuring how much protection a hearing protection device (HPD) provides to an individual or a group of people. The end result of REAT testing is the Noise Reduction Rating (NRR). To perform a REAT test on an individual, the person administering the test conducts two hearing tests, one while the person being tested wears the HPD in question and the other without the HPD. The attenuation the HPD being tested provides is essentially the decibel (dB) difference between the two tests.

REAT tests may be conducted in a variety of ways, and the American National Standards Institute (ANSI) has, over the years, recommended different testing protocols. In the late 1990s, when the CAEv2 was being tested internally by Aearo, the applicable ANSI standard was ANSI S3.19 (1974). This standard employed an experimenter-fit protocol, pursuant to which the individual running the REAT test inserted the plug in the subject's ears and ensured the best fit possible.

Although the EPA still requires ANSI S3.19 testing for all EPA labels, ANSI has created a newer standard designed to better reflect real-world conditions. The new standard, ANSI S12.6, calls for the subject to place the HPD in his or her own ears, without the assistance of the experimenter. ANSI S12.6 further allows for two methods. Under "Method A," which is referred to as "trained subject fit," the subject is trained to properly insert and use the HPD. Under "Method B," also known as "inexperienced subject fit," the subject is required to place the HPD in his or her own ears without any training or guidance other than the manufacturer's written instructions.

These differences in testing protocols result in real differences. NRRs from Method A and B are generally lower than NRRs obtained from trained experimenter fits used in ANSI S3.19. This is expected.

4

As discussed further below, the REAT testing performed on the CAEv2 by independent laboratories shows the linear (green) end of the CAEv2 attenuates noise as expected for a well-fitting premolded earplug.  The nonlinear (yellow) end attenuates little noise at threshold levels, with incremental increase in attenuation as the amplitude of the noise signal increases, as intended.

The complete body of independent REAT testing supports my conclusions. Below, I will discuss REAT testing from four laboratories in particular: the Air Force Research Laboratory (AFRL); the Canadian laboratory of Dr. Sharon Abel; the U.S. Army Aeromedical Research Lab (USAARL); and the Michael and Associates Laboratory. Several of the studies conducted by these laboratories tested multiple HPDs; where applicable, I will note the the comparative results found regarding the CAEv2 and its competitors.

### B.    Independent ANSI S3.19 Testing

In 2012, Dr. Kevin Michael of Michael and Associates, Inc., performed the only independent (non-Aearo/3M) ANSI S3.19-1974 test on the CAEv2. (D-GEN-250.) Dr. Michael's ANSI S3.19 testing resulted in an NRR of 9 dB for the yellow end of the CAEv2, and an NRR of 23 dB for the green end of the CAEv2. The green end results are consistent with the 22 NRR obtained by Aearo's EARCal Laboratory in the 213017 test.

### C.    Air Force Research Laboratory (AFRL)

The AFRL conducted REAT testing on the CAEv2, in the context of testing the CAEv2 and other hearing protection devices.

In October 2008, the AFRL issued a report titled the "Wideband Hearing, Intelligibility and Sound Protection (WHISPr) Study." (D-GEN-1112.) The reported provided the results of testing conducted on various hearing protection devices available to the military. The AFRL conducted REAT testing using ANSI S12.6, Method A on 20 subjects. Measurements were completed on 13 devices, two of which were earplugs—the CAEv2 green end and yellow end and the Sennheiser SLC 110 Closed.

As shown in Table 1 below, which is taken from the WHISPr report, the WHISPr study found that the CAEv2 green end (passive, closed) had an NRR of 15, which compared favorably to the Sennheiser (passive, closed), which had an NRR only of 2.  The CAEv2 yellow was shown to have an NRR of 3.

5

| Table 1: Real Ear Attenuation Test Data (ANSI S12.6-1997, Method A) for TH |||||
| TH | NRR (dB)<br>Mean - 1 SD | NRR (dB)<br>Mean - 2 SD | Rank |
| --- | --- | --- | --- |
| **In-the-Ear** | | | |
| CEPS | 31 | 26 | 1 |
| Nacre QuietPro | 29 | 23 | 2 |
| Silynx QuietOps w/<br>Comply Tips | 27 | 22 | 3 |
| Silynx QuietOps w/<br>Triple Flange | 15 | 8 | 4 |
| | | | |
| **Circumaural** | | | |
| MSA Sordin | 17 | 13 | 2 |
| Peltor Comtac II (foam<br>ear pads with headband) | 20 | 17 | 1 |
| Peltor Comtac II (gel ear<br>pads with headband) | 16 | 12 | 2 |
| Peltor Comtac II (foam<br>ear pads with neckband) | 18 | 14 | 2 |
| RACAL Raptor | 7 | 1 | 4 |
| Silynx Infantry | 12 | 10 | 3 |
| | | | |
| **Passive** | | | |
| CAEP Green Tip | 21 | 15 | 1 |
| Sennheiser SLC 110-<br>Closed (w/ EAR plugs) | 11 | 2 | 2 |
| | | | |
| CAEP Yellow Tip | 6 | 3 | |
| Sennheiser SLC 110-<br>Open (no EAR plugs) | DNT | DNT | |
| | | | |
| **Unilateral** | | | |
| Nextlink | DNT | | |
| Racal Cobra | DNT | | |
| Silynx Eagle | DNT | | |

Based on these results, the authors of the WHISPr study observed that the green end of the CAEv2 "provides very good attenuation and is readily distinguished from the [CAEv2] yellow setting. This allows for the desirable difference in performance characteristics provided by this [CAEv2] earplug, in that the green side provides continuous noise protection." (Page 20.)[1]

In 2014, the AFRL conducted a study of four level-dependent earplugs for continuous noise attenuation, impulsive insertion loss performance, localization, and auditory detection. (P-GEN-5843.) The study was titled, "The Measuring Effective Detection and Localization Performance of Hearing Protection Devices Study." The study's authors, as in the WHISPr study, conducted ANSI S12.6 Method A REAT testing. The earplugs tested were the CAEv2, the Etymotic Research EB15, the Moldex Battleplug, and the Surefire Sonic Defenders Plus. Slide 3 of the AFRL's presentation depicts the HPDs tested:

---

[1] The WHISPr study also conducted localization testing. The very idea of a level-dependent earplug like the CAEv2 is to allow users to hear and identify the location of low-level sounds—to allow for situational awareness. The WHISPr study made localization measurements with subjects standing in the center of an "Auditory Localization Facility." The study used burst and continuous noises that remained on until the listener made a localization response, identifying where the sound was coming from directionally. Nine HPDs were tested, including the CAEv2 and the Sennheiser SLC-110, both in open and closed condition. It should be noted that tactical headsets showed poorer performance with localization due to the loss of the pinna effect. The percentage of error in overall localization with the CAEv2's yellow end were superior to the Sennheiser SCL-110's open end, and ranked first of all the devices tested in locating burst and continuous sound.



The study made several findings that are important to my analysis. First, of the four HPDs tested, the CAEv2 green end performed better than the others in continuous noise attenuation, providing higher attenuation across all frequencies than the other devices. Second, the Moldex Battleplug had the lowest attenuation in the mid- to high frequencies. Third, in the open (nonlinear) position (yellow end), the CAEv2 had the lowest mean attenuation of all earplugs tested. Fourth, overall, the CAEv2 was ranked as the best performer over the other three earplugs tested for both the closed and open conditions.



Fifth, the Surefire Open was the outlier with the highest mean attenuation from 250 Hz and above.



### D.      The Canadian Laboratory of Sharon Abel

I also reviewed REAT testing conducted by Dr. Sharon Abel in connection with the research component of the Canadian military. (D-GEN-106.) Dr. Abel tested the AOSafety Indoor/Outdoor Range E-A-R plug, the consumer version of the CAEv2. Dr. Abel, who conducted slightly modified ANSI S12.6 Method A testing on the CAEv2, reached several interesting conclusions. The study found that there were no significant changes in attenuation values on repeated fittings and that there were no gender differences among the subjects. Importantly, the study found that the overall mean attenuation value for the indoor (equivalent to green end) earplug was 31.1 dB (page 3). The report provided frequency-specific attenuation values, finding that the indoor (green) end of the CAEv2 ranged from 18.2 to 23.1 (with a mean of 21) dB at 125 Hz to 38.1 to 42.8 (mean 40) dB at 8,000 Hz (page 4). For the outdoor (yellow) end, the frequency-specific values ranged from -2.3 to 0.6 dBA at 125 Hz to 18.6 to 19.9 dB at 8,000 Hz (page 4). Dr. Abel concluded that "[t]hese values support the conclusion [the CAEv2] would rank among those conventional devices on the market with the highest attenuation," and that "the manufacturer's specifications were a good predictor of outcome." (Page 4.)

In 2008, Dr. Abel conducted REAT testing of several HPDs, including the CAEv2 and the Surefire EP3, for Defence R&D Canada (the research arm of the Canadian Military). (D-GEN-2244.) The study was titled "an investigation of the attenuation provided by the Surefire EP3 Sonic Defender." Testing was done in accordance with ANSI 12.6 Method A on 10 subjects, as well as using a manikin. The chart below, taken from page 26 of the report, shows that the CAEv2's green end provided more attenuation than the Surefire's closed end at all frequencies tested:



*Figure 5 A comparison of results: the Surefire EP3 Sonic Defender[TM] versus the E-A-R® Combat Arms earplug.*

Accordingly, Dr. Abel concluded that, while the CAEv2 and Surefire EP3 Sonic Defender "were similar for the orifice open condition," "[f]or the orifice closed condition the [CAEv2] provided attenuation of 20.7-40.3 dB, on average 8 dB more than the Surefire EP3." (Page 5.)

### E.  Overall Conclusions Drawn from the Independent REAT Testing

I draw several conclusions from the independent REAT testing conducted on the CAEv2.

*First*, the CAEv2 underwent REAT testing by a number of independent laboratories, and the complete REAT testing record shows that the green end of the hearing protector provides the level of attenuation expected of a premolded earplug. *Second*, the data are consistent with the 22 NRR that Aearo placed on the label of the CAEv2. *Third*, the testing of the WHISPr study, 2014 AFRL Study, conclude that the green end REAT measurements of attenuation provide the level of attenuation expected for a premolded earplug. *Fourth*, in comparative testing by these laboratories, the CAEv2 in the closed position generally performed better that the Moldex Battleplug and Sonic Defenders. *Fifth*, overall comparative testing by these laboratories showed that the CAEv2 performed better in the open (yellow) position than any other earplug tested. *Sixth*, the REAT data, which includes dozens of different subjects using Method A, trained user fit, does not indicate any systematic fitting issues with the CAEv2.

## V.  REVIEW OF INDEPENDENT IMPULSE TESTING CONDUCTED ON THE CAEv2

In addition to the REAT testing discussed above, several independent laboratories conducted impulse tests on the yellow, nonlinear, end of the CAEv2. I reviewed these independent test results as part of my evaluation. As discussed below, six laboratories conducted independent impulse tests: the Air Force Research Lab (AFRL); the laboratory of Dr. Dan Johnson; the U.S. Army Aeromedical Research Lab (USAARL); the Army Research Laboratory (ARL); the French-German Research Institute of Saint-Louis (ISL); NIOSH; and the Michael and Associates Laboratory.

Impulse noise testing provides useful information on the performance of the nonlinear end of a hearing protector that is level dependent. If performing correctly, a level-dependent earplug

9

should attenuate sound greater as loudness levels increase. The intent of such an earplug is to allow speech communication, localization, and detection of sound sources while providing protection from impulse noises up to 190 dB.

### A.    Laboratory of Dr. Dan Johnson

Dr. Dan Johnson conducted the so-called "Johnson Blast Study" in 1998. (S-GEN-88.) The study used real-ear and manikin testing on a single-ended prototype of what eventually became the yellow end of the CAEv2. The prototype contained a filter similar to the filter in the yellow end that was inserted into an UltraFit tip. The purpose of the study was to satisfy the Army's need to provide realistic safe limits for heavy weapons noise while wearing hearing protection.

Three different plugs were tested: a nonlinear plug designed by the USAARL, called the "Rucker plug"; the EAR foam earplug; and the nonlinear CAEv2 prototype. For the real ear tests, soldiers were exposed to high-level sounds while wearing the HPDs being tested, after which they underwent audiograms to determine the presence or absence of temporary threshold shifts (TTS) in hearing during the course of exposures with hearing protectors. The study classified the presence of a TTS as an "auditory failure." As shown in Figure IV-1 below, which is taken from the Johnson Blast Study, for the CAEv2 prototype there were no auditory failures at 178 dBP and below. At the highest level of 190 dBP, the study found no significant TTS for approximately half of the subjects, meaning that those subjects were fully protected within the guidelines of the study. Of the 27 subjects in the nonlinear study, there were no permanent threshold shifts in hearing.



Dr. Johnson's manikin studies showed that the CAEv2 prototype reduced 190 dB peak impulse by about 24-32 dB depending on the direction of the impulse with respect to the manikin's head.  This was a substantial improvement in blast protection and more than afforded by the Rucker nonlinear earplugs.

Overall, the Johnson Blast Study provides substantial support for the conclusion that the nonlinear technology in the CAEv2 is "protective up to 190 dB."

### B.    Military/Government Impulse Testing on the CAEv2

In 1999, the Army Research Laboratory conducted a study of the CAEv2 prior to the first sales of the device. (S-GEN-102.) Experimenters fired weapons in outdoor and indoor environments, including a reverberant hallway, using an ISL mannequin. The attenuation using the CAEv2, Peltor Tactical Earmuff, and Cabot Yellow foam earplug was determined.  The Army

applied Auditory Hazard Assessment, which it developed, was calculated to estimate how many shots of the M-16, 12-gauge shotgun, and 9 mm handgun could safely be fired.

The Results estimated that the CAEv2 "when properly fitted will provide acceptable protection for most situations when firing up to 276 rounds of the M16-556 ball ammunition in a hallway-sealed MOUT environment (the worst-case condition ARL tested in the Match type [Military Operations in Urban Training environment] training facility)." (S-GEN-102.4.)

In 2001, Bill Murphy of the National Institute for Occupational Safety & Health (NIOSH) sent an email to Elliott Berger, Doug Ohlin, and Armand Dancer providing passive and non-passive attenuation levels for impulse of 9 MM and M16 weapons using an ISL mannequin. (D-GEN-1750.) Murphy's testing showed that the yellow, non-linear end of the CAEv2 provided noise reductions of 26.7 to 28.1 dB of attenuation, while the green end provided 28 dB of attenuation for both weapons.

The AFRL's 2008 WHISPr study, discussed above in the context of REAT testing, also included impulse testing. (D-GEN-1112.) The AFRL conducted impulse testing up to 195 dB using ISL manikins. The study found that the mean insertion loss for the yellow end of the CAEv2 was 23.4 and 32.3 dB for 165 and 195 dB, respectively. These results were comparable to the Sennheiser earplug, which showed 26.9 and 32.4 dB insertion loss for 165 and 195 dB, respectively. As for the green end, the study showed insertion loss of 37.1 and 36.3 dB for 165 and 195 dB, respectively. The study's researchers concluded that "[t]he fact that there is some performance differences between the CAE[v2] green and yellow ends is an indication of the functionality of the earplug." (Page 65.)

In 2012, the ARL conducted impulse testing of the CAEv2 in a report titled "A Comparison of the Single-Sided (Gen II) and Double-Sided (Gen I) Combat Arms Earplug: Acoustic Properties, Human Performance, and User Acceptance." (D-GEN-1357.) The study used manikin testing with an M16 rifle. The study contains results related to the CAEv2's green end, finding that "the attenuation of the free field peak pressure varies from about 12 dB for the shots at 64 m distance (the lowest stimulus peak pressure) to about 32 dB or the shots at a distance of 0.2 m (the highest stimulus peak pressure)." (D-GEN-1357.21.)

Finally, in 2014, the USAARL—as already discussed above with respect to REAT testing—conducted additional testing on the CAEv2. (D-GEN-1104.) This testing, in addition to REAT testing, involved impulse testing. The testing used adhered to ANSI S12.42-2010, using manikins and the the USAARL Acoustics Branch's six-inch shock tube to generate impulsive noises. Four different HPDs were tested—the CAEv2 (both ends), the Etymotic EB15 blast plug, the Surefire EP4, and the Moldex Battleplug—at 150 and 166 dBP. The yellow end of the CAEv2 was found to have mean impulsive peak insertion loss (IPIL) values of 20.4 and 34.1 dB at 150 and 166 dB, respectively, while the green end had IPIL values of 38.7 and 38.0 dB at 150 and 166 dBP, respectively. The researchers concluded that, "[a]mong the vented plugs tested, the [CAEv2] and [the] Battleplug demonstrated the highest IPIL ratings," while the Surefire EP4 "showed less insertion loss than the other two earplugs in the vented configuration." (Page 20.) This demonstrates to me that the CAEv2 performed similarly to, if not better than, competitor earplugs, and establishes that there is no validity to the argument that competitor earplugs were safer alternatives than the CAEv2.

### C.   ISL Impulse Testing

The Institute of St. Louis (ISL) originally developed the nonlinear filter used in the CAEv2. As part of the development process, ISL researchers conducted impulse testing on several different configurations of the filter, and they tested the filter in multiple hearing protection devices, including in the CAEv2. ISL conducted these tests between 2000 and 2012.

For example, ISL conducted impulse testing on the CAEv2 in late 1999. (P-GEN-371.) The nonlinear end showed incremental increases in insertion loss from nine to 28 dB at peak amplitude from 110 to 190 dB. The closed end of the earplug showed insertion loss from 30 dB in the low frequencies to 45 dB in the high frequencies. ISL reported these results to be the same as a previous test of the double-faced earplug prototype. The results of this test show that the CAEv2 performed as expected in both the nonlinear and linear end.

ISL conducted impulse testing on four pairs of the CAEv2 in 2005. (D-GEN-1651.) The testing showed increasing peak noise reduction ratings within the range of 120 to 190 dBP. The highest noise reduction peak values occurred at 190 dB, with the yellow end of the CAEv2 providing up to 31.4 dB of protection at 190 dBP.

ISL tested the CAEv2 again in 2011, in a report called "Impulse Noise Test of 3M-AEARO Single Ended and Double Ended Nonlinear Earplug with INSPEC Witness." (D-GEN-2493.) Three artificial heads were used for these tests—two older versions and one new artificial head that included heating of the ear canal to body temperature. Measurements were taken following explosive blasts from 110 to 190 dBP. Impulse testing on the CAEv2 showed an insertion loss peak of 32.1 using head number three.  There was a variation in insertion loss on all three heads at 190 dB ranging from 24.6 to 32.1 and confirmed incremental increases as expected of a non-linear earplug.

Finally, ISL tested the CAEv2 again in 2012 using a manikin in a way that was "close to the requirements of ANSI S12.42-2010." (D-GEN-1116.5.) The study, titled "Evaluation of Hearing Protection Devices and a Flight Helmet when Undergoing Impulse Noise Stimulations," found that the CAEv2's yellow end provided IPIL values of about 40 dB at 195 dB(P), while the green end provided IPIL values of about 40 dB at 195 dB(P). The study showed both the yellow and green ends of the CAEv2 provided higher levels of protection against impulse noise than the corresponding modes of either the Surefire Sonic Defender EP4 (pages 40-45) or the Moldex Battleplug (pages 12-19).

### D.   Other Impulse Testing

In 2007, a researcher at the Department of Energy (DOE) Idaho National Laboratory (INL) conducted testing on the CAEv2. (D-GEN-1908.) The tests were conducted in accordance with MIL-STD-1474C/D, using a Bruel and Kjaer (B&K) head and torso simulator to evaluate impulsive exposures from small arms, including the M-16A2 rifle, the M-4 carbine, the M-240 machine gun, and a simulated light antitank weapon. The study determined that the CAE provided adequate protection from impulse noise generated from small arms while maintaining the ability to communicate during exercises. In particular, the report concluded that "[t]he INL analysis of the data indicates that the [CAEv2] does provide adequate protection … when used to protect

12

against impulse noise generated by small arms fire using blank ammunition," and that "[t]he [CAEv2] attenuated the sound pressure 10-25 dB depending on the impulse noise pressure." (Page iii.)

In 2010, Michael and Associates conducted impulse testing on the CAEv2 and the Moldex Battleplug using an artificial test fixture (manikin) manufactured by ISL. (D-GEN-1518.) The testing was conducted at Aberdeen Proving Ground, Maryland, and it was sponsored by Moldex, not 3M. Testing was performed at peak levels between 138 and 166 dB SPL. Both the CAEv2 and Moldex Battleplug showed incremental increases in insertion loss with increasing SPL, which is expected of a nonlinear earplug of this type. At 190 dB SPL both earplugs showed mean attenuation of 34.5 dB. The study authors concluded that "[o]verall there is very little difference between the two products." (D-GEN-1518.3.)

3M conducted impulse testing on the CAEv2 in 2015. (D-GEN-150; D-GEN-162.) These tests followed ANSI/ASA S12.42-2010 using an ISL manikin and a shock tube to generate impulses. The first test, conducted on five CAEv2 samples (each tested twice), showed an overall average peak insertion loss of 12 dB and 37 dB at 132 dBP and 168 dBP, respectively. (D-GEN-150.3.) The second test, using the same parameters, showed slightly greater attenuation at each peak level. (D-GEN-162.3.)

### E.      Overall Conclusions Drawn from the Impulse Testing

I have reviewed over 15 sets of impulse testing data on the CAEv2.  Impulse testing was conducted by Institute Saint Louis and the military during the initial stages of design and development on single ended prototypes of the Combat Arms Earplug in the late 1990s.  Since that time, independent laboratories, military, government, private laboratories, and 3M have conducted multiple impulse studies on the CAEv2.

All of these tests of the CAEv2 show that the nonlinear yellow end of the earplug works as designed.  Its filter protection provides graduated attenuation of impulse noise from 110 dB (P) to 190 dB(P). And the linear, green end of the earplug provides a level of protection that is expected for a solid, preformed triple flanged earplug.

## VI.    CONCLUSIONS

I have reviewed the established NRRs as determined by ANSI S3.19-1974 of the of Aearo Combat Arms Earplug version 2, the Moldex Battleplug, and the Surefire Sonic Defender Plus. These two earplugs are designed to behave in the same manner at the CAEv2.  NRR in the closed position is comparable. The attenuation in the open position of the CAE shows that it performs better than these comparative plugs.

In my review of studies of the Combat Arms Earplug from independent laboratories such as the US Army Aeromedical Research Laboratory and the Air Force Research Laboratory shows the CAE performs as expected in both its open (yellow) and closed (brown) ends of the dual earplug.

I examined studies that showed the CAEs attenuation of impulse noise from 110 to 190 dB(P) in the open position was comparable and often superior to other earplugs of this type.  The

13

performance in this position showed incremental increases in attenuation as a result of increasing sound amplitude with weapons firing.  In the passive (brown) side of the earplug, the same studies showed attenuation expected from a preformed earplug.

I have determined by a review of the literature noted, as well as other unpublished testing, that the Combat Arms Earplug's linear and nonlinear ends perform as expected.


Kenneth Billheimer, AuD

5/11/2022
Date

14

# APPENDIX OF MATERIALS CONSIDERED

**APPENDIX: LIST OF MATERIALS CONSIDERED**

**Case Materials**

All documents cited in my report that are not cited herein.
Each cited document as well as any attachments to that document.

**SUPPLEMENTAL DOCUMENTS**

| TRX - Trial Exhibit Number | TRX - Description | TRX - Beg Bates No. | TRX - End Bates No. |
|---|---|---|---|
| D-GEN-0010 | Packaging: Peltor COM-TAC II, DATED 9/11/2006 | 3M_MDL000425638 | 3M_MDL000425639 |
| D-GEN-0057 | W. Murphy, P. Graydon, et al., Murphy Impulse Testing_Impulse Peak Insertion Loss for Hearing Protection Devises Tested with an Acoustic Shook Tube, dated 2016 | | |
| D-GEN-0080 | Pamphlet: Department of the Army Pamphlet 40-501, Hearing Conservation Program, dated 12/10/1998. | | |
| D-GEN-0083 | Hearing Protection Device Data, dated 04/21/2016 | | |
| D-GEN-0086 | Fax from A. Dancer to D. Ohlin re non linear earplug study, attaching emails with E. Berger, dated 01/22/1997 | DOD00000130 | DOD00000130 |
| D-GEN-0087 | Report: Hearing Protector Evaluation Report, P. Schley, dated 06/14/2012 | DOD00000725 | |
| D-GEN-0088 | Presentation: Results of Human Studies With Linear and Nonlinear Earplugs: Implications for | DOD00000728 | |

Dr. Kenneth Billheimer, AuD
Updated June 10, 2022

| TRX - Trial Exhibit Number | TRX - Description | TRX - Beg Bates No. | TRX - End Bates No. |
|---|---|---|---|
| | Exposure Limits, A. Dancer and P. Hamery, dated 1998. | | |
| D-GEN-0089 | Presentation: Combat Earplug Test, Instrumented "Head" - VA Police "Combat House", dated 02/09/2021 | DOD00000738 | |
| D-GEN-0090 | Report: Hearing Protector Evaluation Report, P. Schley, dated 06/18/2007 | DOD00000750 | |
| D-GEN-0102 | ANSI S12.6-1997. American National Standard: Methods for the measurement of real-ear attenuation of hearing protectors, dated 02/21/1997. | | |
| D-GEN-0106 | Report: Sound attenuation of the indoor-outdoor range E-A-R plug, S. Abel, Military Medicine, Vol. 169,7:551, July 2004 | | |
| D-GEN-0144 | Pamphlet: 3M Combat Arms Earplugs Instructions for Use | 3M_MDL000423281 | 3M_MDL000423281 |
| D-GEN-0150 | Report: EARCAL Impulse Peak Attenuation Test Report, Per Ansi S12.42-2010, dated 7/22/2015 | 3M_MDL000195411 | 3M_MDL000195414 |
| D-GEN-0151 | Report: EARCAL Attenuation Test Report, Per Ansi S3.19-1974, dated 5/9/2000 | 3M_MDL000195517 | 3M_MDL000195524 |

2

| TRX - Trial Exhibit Number | TRX - Description | TRX - Beg Bates No. | TRX - End Bates No. |
|---|---|---|---|
| D-GEN-0162 | Report: 3M Impulse Peak Insertion Loss Test Report, Per Ansi/ASA S12.42-2010, dated 7/22/2015 | 3M_MDL000250941 | 3M_MDL000250946 |
| D-GEN-0203 | Packaging: Peltor Combat Arms Earplugs | 3M_MDL000425542 | 3M_MDL000425542 |
| D-GEN-0210 | Arc Package, dated 10/04/2005 | 3M_MDL000425577 | 3M_MDL000425577 |
| D-GEN-0244 | Email from A. Thomas to B. Myers re SP0200-06-R-4202 Plug, Ear, Combat Arms, dated 8/7/2006;Report: Medical Procurement Item Description, dated 7/16/2006 | 3M_MDL000000013 | 3M_MDL000000077 |
| D-GEN-0246 | Report: J. DeSpirito, M. Binseel, Modeling of Acoustic Pressure Waves in Level-Dependent Earplugs, Army Research Laboratory, Aberdeen Proving Ground, MD. ARL-TR-4607, dated 09/2008 | 3M_MDL000002111 | 3M_MDL000002142 |
| D-GEN-0248 | Report: How Folding the Flanges Back Affects REAT Results of the UltraFit Earplug End of the Combat Arms Plug, Version 1.2, R. Kieper and E. Berger, dated 7/10/2000 | 3M_MDL000005285 | 3M_MDL000005290 |
| D-GEN-0250 | Letter from K. Michael to B. Mishkin re Hearing Protective Device Test Report number Q2558A | 3M_MDL000005607 | 3M_MDL000005618 |

Dr. Kenneth Billheimer, AuD
Updated June 10, 2022

| TRX - Trial Exhibit Number | TRX - Description | TRX - Beg Bates No. | TRX - End Bates No. |
|---|---|---|---|
| | Revision 0, dated 03/28/2012 | | |
| D-GEN-0252 | Report: EARCAL Attenuation Test Report, Per Ansi S3.19-1974, Combat Arms Plug, Premolded Earplugs, dated 4/20/2006 | 3M_MDL000006960 | 3M_MDL000006965 |
| D-GEN-0254 | Lab Internal Policy and Procedure Manual, dated 07/31/2001 | 3M_MDL000010234 | 3M_MDL000010302 |
| D-GEN-0270 | Test ID # 215512, UltraFit end of CAE, V2 Closed, Premolded Earplugs, Comments Printed on the Report Cover Sheet, dated 06/30/2005 | 3M_MDL000016445 | 3M_MDL000016445 |
| D-GEN-0271 | Presentation: Amplitude-sensitive attenuating earplugs, P. Hamery, A. Dancer and E. Berger, dated 2008 | 3M_MDL000016506 | 3M_MDL000016577 |
| D-GEN-0272 | Email from D. Ohlin to E. Berger, K. Gates, et al., re: Information on Combat Arms earplugs, dated 03/23/2005, with attachments. | 3M_MDL000016913 | 3M_MDL000016926 |
| D-GEN-0387 | Memorandum: Aearo Company Memorandum from A. Shaver re Design Review, dated 4/9/1999 | 3M-MDL000570345 | |

Dr. Kenneth Billheimer, AuD
Updated June 10, 2022

| TRX - Trial Exhibit Number | TRX - Description | TRX - Beg Bates No. | TRX - End Bates No. |
|---|---|---|---|
| D-GEN-0389 | Letter from P. Hamery to Elliott Berger re test results for Impulse noise, dated 1/5/2000 | 3M_MDL000476760 | 3M_MDL000476762 |
| D-GEN-0584 | DoD Instruction Number 6055.12 - Hearing Conservation Program (HCP, dated 12/03/2010 | | |
| D-GEN-0628 | Hobbs Air Force Study_Wideband Hearing, Intelligibility, and Sound Protection (WHISPr), dated October 2008 | | |
| D-GEN-0749 | Hearing Protector Evaluation Report, Schley REAT Testing, dated 06/18/2007 | DOD00000723-1 | DOD00000724-2 |
| D-GEN-0776 | Report: U.S. Department of Defense, Department of Defense Design Criteria Standard: Noise Limits, MIL-STD 1474D, dated 02/12/1997 | | |
| D-GEN-1047 | CAE Response, G1B, CAE Response, Octave Band Attenuation | | |
| D-GEN-1091 | Email from D. Ohlin to T. McNamara re NSN, dated 08/02/1999 | DOD00000128 | DOD00000128 |
| D-GEN-1092 | Email from D. Ohlin to alanizd@forscom.army.mil; carter@dugway-emh3.army.mil et al. re Combat Arms | DOD00000129 | DOD00000129 |

5

Dr. Kenneth Billheimer, AuD
Updated June 10, 2022

| TRX - Trial Exhibit Number | TRX - Description | TRX - Beg Bates No. | TRX - End Bates No. |
|---|---|---|---|
| | Earplug, dated 09/07/1999 | | |
| D-GEN-1094 | Letter from D. Ohlin to L. Domanico re DoD HCWG meeting agenda with attachments, dated 08/10/1999 | DOD00000242 | DOD00000242 |
| D-GEN-1095 | Information Paper: The Combat Arms Earplug, D. Ohlin, dated 03/10/2000 | DOD00000255 | DOD00000255 |
| D-GEN-1097 | Letter from A. Dancer to D. Ohlin re sending the information, promotional materials instructions and samples, dated 06/01/1999. | DOD00000258 | DOD00000258 |
| D-GEN-1099 | Letter from D. Ohlin to J. Page re national stock number for Combat Arms Earplug, dated 05/18/1999. | DOD00000292 | |
| D-GEN-1102 | Visual Information (VI) Work Order from D. Ohlin, Hearing Conservation Program to Visual Information re marketing purposes, dated 09/29/2004 | DOD00000712 | DOD00000715 |
| D-GEN-1104 | Report: Assessment of Four Passive Hearing Protection Devices for Continuous Noise Attenuation, Impulsive Noise Insertion Loss and Auditory Localization | DOD00000721 | DOD00000721 |

Dr. Kenneth Billheimer, AuD
Updated June 10, 2022

| TRX - Trial Exhibit Number | TRX - Description | TRX - Beg Bates No. | TRX - End Bates No. |
|---|---|---|---|
| | Performance, R. Williams, J.R. Stefanson, et al., dated 11/17/2014 | | |
| D-GEN-1105 | "REAT test report of the yellow end of the Combat Arms earplugs by Paul Schley, labeled experiment number 1328" | DOD00000724-1 | DOD00000724-2 |
| D-GEN-1106 | Report: Hearing Protector Evaluation Report, P. Schley, dated 06/14/2012 | DOD00000726 | |
| D-GEN-1108 | Presentation: Cognitive Engineering of the Digital Battlefield, undated, dated 02/09/2021 with attachments. | DOD00000732 | DOD00000733 |
| D-GEN-1109 | Presentation: Combat Earplug Test, Cognitive Engineering of the Digital Battlefield, undated. w/ attachments. | DOD00000736 | DOD00000737 |
| D-GEN-1110 | Presentation: Attenuation Measurements of Passive Linear and Nonlinear Hearing Protectors for Impulse Noise, W. Murphy, C. Kardous, undated. | DOD00000741 | |
| D-GEN-1111 | Brochure: Three Variants of the Dual-Mode Combat Arms Earplug: An assessment of | DOD00000742 | |

7

| TRX - Trial Exhibit Number | TRX - Description | TRX - Beg Bates No. | TRX - End Bates No. |
|---|---|---|---|
| | attenuation performance in continuous and impulse noise, M. Binseel, A. Proving Ground, undated. | | |
| D-GEN-1112 | Report: Wideband Hearing, Intelligence, and Sound Protection (WHISPr), B. Hobbs, D. Hudson, et al., dated 10/01/2008 | DOD00000743 | |
| D-GEN-1116 | Report: Evaluation of Hearing Protection Devices and a Flight Helmet when undergoing Impulse noise Stimulations, K. Buck, S. DeMezzo et al., dated 12/18/2012. | DOD00000756 | |
| D-GEN-1117 | Report: Military Standard 1474E, Department of Defense Design Criteria Standard Noise Limits, dated 04/15/2015. | DOD00000757 | |
| D-GEN-1144 | Presentation: Hearing Protection Devices Slide Deck re Fitting Exercise | FALLON00025 | FALLON00064 |
| D-GEN-1175 | Email from D. Ohlin to D. Ohlin re Letter for Combat Arms earplug, dated 4/9/1999 | DOD00000135_001 | DOD00000135_007 |

Dr. Kenneth Billheimer, AuD
Updated June 10, 2022

| TRX - Trial Exhibit Number | TRX - Description | TRX - Beg Bates No. | TRX - End Bates No. |
|---|---|---|---|
| D-GEN-1241 | J. Casali, W. Ahroon, et al., A field investigation of hearing protection and hearing enhancement in one device: For soldiers whose ears and lives depend upon it. Noise and Health Journal, 11(42), 69-90 (2009) | | |
| D-GEN-1357 | M. Binseel, K. Cave et al., A Comparison of the Single-Sided (Gen II) and Double-Sided (Gen I) Combat Arms Earplugs (CAE): Acoustic Properties, Human Performance, and User Acceptance, Army Research Laboratory, ARL-TR-6270 (December 2012) | | |
| D-GEN-1518 | Letter from K. Michael to B. Mishkin re Report on Testing of Moldex Impulse Noise Earplug, dated 08/16/2010 | MICHAELASSOC_00000483 | MICHAELASSOC_00000483 |
| D-GEN-1568 | E-A-RCAL Attenuation Test Report per ANSI S3.19.1974: Test ID# 213016, device Combat Arms Plug ARC Plug, dated 1/25/2000 | 3M_MDL000188143 | 3M_MDL000188147 |
| D-GEN-1648 | Report: Impulse Peak Attenuation Test Report Per ANSI S.12.42-2010, dated 11/13/2014 | 3M_MDL000107429 | 3M_MDL000107503 |

Dr. Kenneth Billheimer, AuD
Updated June 10, 2022

| TRX - Trial Exhibit Number | TRX - Description | TRX - Beg Bates No. | TRX - End Bates No. |
|---|---|---|---|
| D-GEN-1651 | Presentation: CAE Aearo Prototypes ISL Measurements March 2005 Pascal Hamery and Armand Dancer, dated 3/2005 | 3M_MDL000232247 | 3M_MDL000232260 |
| D-GEN-1678 | Packaging: E-A-R Combat Arms Earplugs (Green End NRR22) | 3M_MDL000423276 | 3M_MDL000423276 |
| D-GEN-1699 | U.S. Patent No. 5,936,208 (Hamery), dated 08/10/1999 | 3M_MDL000706640 | 3M_MDL000706640 |
| D-GEN-1714 | U.S. Patent No. 6,070,693 (Hamery), dated 06/06/2000 | 3M_MDL000959141 | 3M_MDL000959141 |
| D-GEN-1726 | Measurement of 215511, Combat Arms Plug, dated 06/15/2005 | 3M_MDL000009701 | 3M_MDL000009709 |
| D-GEN-1727 | Measurement of 215511, EAR/Aearo Co. Combat Arms Plug, filters with various-sized holes, dated 10/28/2005 | 3M_MDL000009728 | 3M_MDL000009736 |
| D-GEN-1728 | Measurement of Test ID 215516, E.A.R/Aearo Technologies UltraFit end of Combat Arms Plug, premolded, dated 04/26/2007 | 3M_MDL000016457 | 3M_MDL000016465 |
| D-GEN-1750 | Email from W. Murphy to E. Berger, V. Larson, et al. re Impulse peak levels, dated 10/23/2001 | 3M_MDL000024875 | 3M_MDL000024875 |
| D-GEN-1753 | Spreadsheet: CAE Testing with Slits 2007.xls, dated 3/23/2007 | 3M_MDL000193696 | 3M_MDL000193696 |

10

Dr. Kenneth Billheimer, AuD
Updated June 10, 2022

| TRX - Trial Exhibit Number | TRX - Description | TRX - Beg Bates No. | TRX - End Bates No. |
|---|---|---|---|
| D-GEN-1754 | Report: E-A-RCAL Attenuation Test Report PER ANSI S3.19-1974, dated June 15, 2004 | 3M_MDL000193726 | 3M_MDL000193726 |
| D-GEN-1806 | Email from D. Ohlin to B. Hoffman, B. Myers re Letter for Combat Arms earplug, Attachment: ohlinnoni.doc, dated 4/12/1999 | 3M_MDL000569956 | 3M_MDL000569958 |
| D-GEN-1908 | J. Lovejoy, Hearing Protection Evaluation for the Combat Arms Earplug at Idaho National Laboratory, U.S. Dept. of Energy, March 2007 | 3M_MDL000002154 | 3M_MDL000002172 |
| D-GEN-2244 | Abel, Sharon et al. (2008). An Investigation of the Attenuation provided by the Surefire EP3 Sonic Defender Earplug. Defence R&D Canada. | | |
| D-GEN-2493 | Report: Impulse Noise Test of 3M-AEARO Single Ended and Double Ended Nonlinear Earplug with INSPEC Witness, P. Hamery et al. | 3M_ISL_00001432 | 3M_ISL_00001439 |
| D-GEN-2602 | Report: USAF Approved Hearing Protection Devices, Air Force Research Laboratory, dated 08/00/2000 | 3M_ISL_00003224 | 3M_ISL_00003233 |

11

| TRX - Trial Exhibit Number | TRX - Description | TRX - Beg Bates No. | TRX - End Bates No. |
|---|---|---|---|
| D-GEN-2623 | E. Berger, P. Hamery, Empirical Evaluation Using Impulse Noise of the Level-Dependency of Various Passive Earplug Designs, 5th Forum Acusticum, 154th Meeting of the Acoustical Society of America, ISL-PU 649/2008 | 3M_ISL_00004702 | 3M_ISL_00004716 |
| D-GEN-3094 | Air Force Instruction 48-127, dated 2/26/2016 | | |
| D-GEN-3095 | Navy Medical Department Hearing Conservation Program Procedures, TM 6260.51.99-2 dated 9/15/2008 | | |
| P-GEN-00034 | Shaver Meeting Notes re Manufacture and Delivery | 3M_MDL000569954 | 3M_MDL000569955 |
| P-GEN-00136 | Aearo Company Memorandum | 3M_MDL000590585 | 3M_MDL000590585 |
| P-GEN-00267 | Performance Assessment for Elliott Berger | 3M_MDL000327476 | 3M_MDL000327476 |
| P-GEN-00281 | DoD Hearing Conservation Mtg Agenda with Garinther-ISL Notes | DOD00000059 | |
| P-GEN-00311 | Ohlin and Myers re Shortening the CAEv2 Stem by 1/4" | 3M_MDL000569995 | 3M_MDL000569996 |
| P-GEN-00371 | ISL Ltr to Berger re Same Impulse Noise Test Results for | 3M_MDL000476760 | 3M_MDL000476760 |

Dr. Kenneth Billheimer, AuD
Updated June 10, 2022

| TRX - Trial Exhibit Number | TRX - Description | TRX - Beg Bates No. | TRX - End Bates No. |
|---|---|---|---|
| | Produced CAEv2 Open End as Prototype | | |
| P-GEN-00692 | Babeu (2005) Level Dependent Hearing Protection and DPOAE After Small Arms Fire | 3M_MDL000393650 | 3M_MDL000393650 |
| P-GEN-01329 | WHISPr: Headset evaluation (2009) w/ comparison to CAEv2 | 3M_MDL000009066 | 3M_MDL000009117 |
| P-GEN-03100 | Soldier Protection Demonstration Tactical Communications and Protection System (SPD-TCAPS) Limited Objective Experiment (LOE) | | FALLONSDT000542 |
| P-GEN-03904 | U.S. Marine Corps Level-Dependent Hearing Protector Assessment | 3M_MDL000012099 | |
| P-GEN-05843 | 2014.10.28 McKinley (2014) Measuring effective detection and localization performance of hearing protection devices | | |
| S-GEN-0002 | Memorandum: For Staff Director, Joint Readiness Clinical Advisory Board re Request for National Stock Number (NSN) and Bulk Purchase of Combat Arms Earplug | 3M_MDL000039900 | 3M_MDL000039904 |
| S-GEN-0011 | Aearo Company Memorandum | 3M_MDL000590438 | 3M_MDL000590440 |
| S-GEN-0013 | AEARO Company Memo | 3M_MDL000569932 | 3M_MDL000569934 |

Dr. Kenneth Billheimer, AuD
Updated June 10, 2022

| TRX - Trial Exhibit Number | TRX - Description | TRX - Beg Bates No. | TRX - End Bates No. |
|---|---|---|---|
| S-GEN-0016 | EARCal CAEv2 Attenuation Measurements (Closed - 213015) | 3M_MDL000313390 | 3M_MDL000313390 |
| S-GEN-0039 | ANSI S3.19-1974 (R 1979) - Method for the Measurement of Real-Ear Protection of Hearing Protectors and Physical Attenuation of Ear Muffs | 3M_MDL000023299 | 3M_MDL000023318 |
| S-GEN-0063 | Policies and Procedures Manual for Aearo EARCAL Acoustical Lab (V5.2) | 3M_MDL000014573 | 3M_MDL000014639 |
| S-GEN-0065 | Report: R. Kieper, E. Berger, The Development of the Combat Arms Earplug, Version 1 through Version 4, E-A-R 07-25/HP, 3M Company, E-A-R-CAL Laboratory, dated 07/23/2010 | 3M_MDL000002737 | 3M_MDL000002794 |
| S-GEN-0070 | Pamphlet: Just the Facts ... The Combat Arms Earplug, Hearing Conservation USACHPPM 51-004-0204 | 3M_MDL000478766 | 3M_MDL000478766 |
| S-GEN-0071 | Copy of Wallet Card | 3M_MDL000229331 | 3M_MDL000229332 |
| S-GEN-0072 | Chart: EARCAL Individual Subject Data on ISL Plug, Test ID 210001, dated 8/6/1997 | 3M_MDL000476467 | 3M_MDL000476468 |

14

Dr. Kenneth Billheimer, AuD
Updated June 10, 2022

| TRX - Trial Exhibit Number | TRX - Description | TRX - Beg Bates No. | TRX - End Bates No. |
|---|---|---|---|
| S-GEN-0073 | Chart: EARCAL Individual Subject Data on ISL Plug, filter twisted closed, Test ID 210002, dated 8/6/1997 | 3M_MDL000476469 | 3M_MDL000476470 |
| S-GEN-0074 | Chart: Brevet: Protection auditive (double face), ISL Testing Data | 3M_MDL000476774 | 3M_MDL000476774 |
| S-GEN-0076 | Letter from A. Dancer, P. Hamery to E. Berger re field experiments, dated 6/9/1997 | 3M_MDL000500713 | 3M_MDL000500714 |
| S-GEN-0079 | Email from D. Ohlin to B. Myers re Combat Arms Earplug Cards, dated 10/6/2004 | 3M_MDL000332283 | 3M_MDL000332284 |
| S-GEN-0080 | Diagram: Aearo Reversible Nonlinear Ultrafit Plug Assembly, Drawing No. 2041-0, dated 3/23/1998 | 3M_MDL000571966 | 3M_MDL000571967 |
| S-GEN-0081 | Diagram: Aearo Combat Arms Ear Plug Assembly, Drawing No. 2041-2, dated 3/23/1998 | 3M_MDL000571970 | 3M_MDL000571971 |
| S-GEN-0082 | Diagram: Aearo Combat Arms Ear Plug Assembly, Drawing No. 2041-3, dated 3/23/1998 | 3M_MDL000571972 | 3M_MDL000571973 |
| S-GEN-0083 | Ad: AO Safety Indoor/Outdoor Range E-A-R Plugs, | 3M_MDL000425526 | 3M_MDL000425527 |
| S-GEN-0088 | Report: Blast Overpressure Studies, D. Johnson, dated 05/1998 | 3M_MDL000014015 | 3M_MDL000014292 |

15

Dr. Kenneth Billheimer, AuD
Updated June 10, 2022

| TRX - Trial Exhibit Number | TRX - Description | TRX - Beg Bates No. | TRX - End Bates No. |
|---|---|---|---|
| S-GEN-0100 | Report: DOD Hearing Conservation Working Group Meeting After Action Report - E1, dated 08/19/1999 | DOD00000038 | |
| S-GEN-0102 | Report: ARL-HRED Hearing Protection Device Assessments in Reverberating Environments, J. Kalb, G. Garinther, et al., dated 06/30/1999 | DOD00000090 | DOD00000094 |
| S-GEN-0103 | Letter from R. Knauer to D. Ohlin re non-linear earplugs you requested from B. Myers at the NHCA conference are enclosed, dated 03/24/1998 | DOD00000257 | DOD00000257 |
| S-GEN-0104 | Memorandum from B. Simmons to Chief of Staff, Army re Proposed Weekly Summary item - Combat Arms Earplug, dated 10/1999 | DOD00000272 | DOD00000272 |
| S-GEN-0108 | Report: Meeting at Aberdeen Providing Ground, 12/16/1997 | 3M_MDL000425673 | 3M_MDL000425673 |
| S-GEN-0110 | Spreadsheet: Individual Subject Data re Device: Short-stemmed UltraFit Plug, part of Combat Arms Plug, Test ID: 213015, dated 1/25/2000 | 3M_MDL000313390 | 3M_MDL000313390 |
| | EHK Brief for Defendants-Appelants, dated 2/25/2022 | | |

16