# EXHIBIT 53

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

|  |  |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) |

Case No. 3:19-md-2885

Judge M. Casey Rodgers

Magistrate Judge Gary R. Jones

This Document Relates to All Wave 1 Cases

## EXPERT REPORT OF JENNIFER TUFTS, Ph.D.

## I.     BACKGROUND & QUALIFICATIONS

### A.     Education

I received a B.A. in Mathematics and Music at College of the Holy Cross in 1991.  I then attended Pennsylvania State University, where I obtained graduate degrees in Communications Disorders with a focus in audiology (M.S. in 1997, Ph.D. in 2001).

### B.     Professional Experience

From 2002 to 2004, I was a postdoctoral research associate in Dr. Marjorie Leek's Hearing Science Laboratory at Walter Reed Army Medical Center in Washington D.C.  While there, I completed a clinical fellowship in audiology treating hearing-impaired active duty soldiers, veterans, and their families.  In 2005, I joined the University of Connecticut as an Assistant Professor in the Department of Communication Sciences (now the Department of Speech, Language, and Hearing Sciences).  I was promoted to Associate Professor in 2011, and to Full Professor in 2019.

### C.    Relevant Research & Publications

Over the past 16 years, I have received funding from the Department of Defense, the Office of Naval Research, the National Institute of Occupational Safety and Health, and Phonak Communications to conduct research related to hearing protection devices.  I have used real-ear attenuation at threshold tests and related techniques to study issues related to fitting and evaluating hearing protectors and in the development of hearing protector fit-testing systems.

### D.    Relevant Awards & Recognitions

In 2014, I served as the president of the National Hearing Conservation Association (NHCA) and served on the association's Leadership Advisory Team until 2021.  I am a past recipient of NHCA's outstanding poster award in 2010 and outstanding lecture award in 2014, for research related to hearing protection devices.  I currently serve as an Associate Editor of the peer-reviewed International Journal of Audiology, where I field a variety of papers related to hearing loss and hearing protection.

A copy of my curriculum vitae is attached as Exhibit B.

## II.    THE ABILITY OF HPDS TO PROTECT HEARING IN SOLDIERS

No hearing protection device (HPD), no matter its design, can completely protect a soldier from potentially suffering hearing loss or tinnitus due to noise exposure.  This is true even if the HPD is worn conscientiously and in good faith. There are at least three reasons for this.

First, the HPD must be worn correctly, i.e., it must create an airtight seal, and the seal must be checked periodically if the wearer is talking or moving.  In addition, for dual-mode earplugs like the CAEv2 or the Moldex Battleplug, the plug must be worn in the correct mode in order to be effective.  Riding in an armored vehicle wearing a passive earplug in nonlinear mode defeats the purpose of wearing hearing

protection, not because the HPD is defective, but because it is not being used properly.  This is just one of the reasons why it is so important to provide good training to soldiers on how to wear their HPDs.

Second, the HPD must be worn not just every time a person is exposed to hazardous sound that they recognize as such, but also every time they are exposed to hazardous sound that they *don't* recognize as such.  For example, a crowded social event can be hazardous to hearing, although most of us would not wear HPDs to such an event, or even consider that it might be advisable to do so.  In addition, the HPD must be in place before any noise begins, cannot be removed at all during noise exposure, and can only be removed after the noise has ceased. Obviously, this is not practical, due to the sometimes unstructured nature of military activities, the ever-present possibility of unexpected loud sounds, and human nature itself.

Third, if the noise level is high enough, even the best HPD, correctly worn, cannot prevent damage to the auditory system.  Even if a person's ear canals were plugged with cement, sound at high levels could be transmitted to their inner ears via vibration of the skull and other tissues in the body.  For all of these reasons, among others, a soldier who conscientiously wears a well-designed HPD could still suffer hearing loss and tinnitus from noise or blast exposure.

## III.   REAT TESTING

### A.   REAT Testing Overview

Real-ear attenuation at threshold (REAT) testing is a method of measuring how much protection an HPD provides to a person or a group of people.  A REAT test consists of two hearing tests, one performed with a person wearing the HPD and the other performed without the HPD (i.e., an open-ear test).  The amount of protection, or attenuation, the HPD provides at each test frequency is essentially the difference between these two tests in decibels (dB).  For example, to oversimplify

somewhat, suppose a person's hearing is tested with a single tone[1].  If the person's threshold of hearing for that tone is at 35 dB HL when they are wearing the HPD, and 20 dB HL when they are not, then the amount of attenuation the HPD provides (for that person, at that time, with that fit of the HPD, and for that tone) is 35 – 20 = 15 dB.  If the person were to refit the same HPD and take the test again, it is likely that the attenuation would differ by a few decibels compared with the previous test. The standard deviation is a statistical measure that describes variability in test results, with higher standard deviations indicating greater variability from test to test.

There are some variations in the way a REAT test[2] can be performed.  If the REAT test is to be used for the purpose of labeling HPDs with a Noise Reduction Rating (NRR) for sale in the US, then strict guidelines must be followed regarding the test environment, the way the HPD is fitted to the person, the number and characteristics of individuals making up the test panel, and so on. The specifics of this type of REAT testing are described in ANSI S3.19 "Method for the Measurement of Real-Ear Protection of Hearing Protectors and Physical Attenuation of Earmuffs", a publication of the American National Standards Institute (ANSI). The particular protocol that is used is referred to as an "experimenter-fit" protocol, because the experimenter is closely involved with the fitting of the HPDs on the subject. The goal of the experimenter-fit protocol is to achieve an optimal fit of the HPD on each test panel member.  REAT tests on the same product can yield varying results depending on the particular individuals making up the test panel and other variables, but as a general rule, the experimenter-fit REAT protocol yields higher

---

[1]   Typically, REAT tests use noise-like sounds rather than tones, and several of these noise-like sounds, spanning a wide frequency range, are presented to the subject.

[2]   Depending on the context, "REAT test" refers to a test on a single individual, or, more often, a series of tests conducted on a test panel made up of several individuals.

attenuation values compared with attenuation values obtained under other REAT test protocols, such as those described in ANSI S12.6 "Methods for Measuring the Real-Ear Attenuation of Hearing Protectors."

ANSI S12.6 provides specifications for two other types of REAT tests, an "experimenter-supervised fit" protocol (Method A; sometimes referred to as "trained-subject fit"), and a "subject-fit" protocol (Method B; sometimes referred to as "naïve-subject-fit").[3] In Method A, the experimenter is involved in training/supervising the subjects in fitting the HPDs on themselves; in Method B, the subjects are given no instruction or training beyond the materials supplied with the HPD by the manufacturer, such as printed instructions. The mean attenuation values obtained under Method A experimenter-supervised testing are generally lower (and the standard deviations are often higher) than those obtained under the ANSI S3.19 experimenter-fit protocol described previously. Method B subject-fit attenuation values are typically lower still.

This underscores the importance of training soldiers in how to fit their HPDs. If training did not matter, then the experimenter-fit, experimenter-supervised fit, and subject-fit protocols would all yield similar mean attenuation values and standard deviations. This is also consistent with the OSHA and NIOSH practice of derating the NRR of hearing protectors, as well as the military's recognition that ANSI S3.19 NRR values are "not necessarily representative of real world attenuation" and are "least preferred" (D-Gen-788; D-Gen-3095; D-Gen-3094).

Version 2 of the Combat Arms Earplug (CAEv2) is a dual-ended earplug, with each end designed for a different purpose. The green end, when inserted in the ear canal, is designed to provide protection from continuous loud noise, such as that generated by aircraft engines, generators, and the like. This kind of protection is

---

[3]   ANSI S12.6 was amended in 1997, 2008, and 2016.

said to be "linear" because the amount of protection does not change with a change in the noise level. The yellow end, when inserted in the ear canal, offers protection against high-level impulse sounds such as gunfire, but is designed to provide minimal attenuation for lower-level sounds. This kind of protection is "nonlinear" or "level-dependent" because it changes depending on the noise level. This feature is useful in dismounted operations where situational awareness must be preserved to the extent possible.

### B.   Review of REAT Tests

I have reviewed the results of REAT tests conducted on the CAEv2 by several independent laboratories. I have also reviewed the results of REAT tests conducted internally by Aearo, Inc. in 2000. All of the REAT tests reportedly followed (or approximated) the ANSI S3.19 experimenter-fit protocol or the ANSI S12.6 Method A experimenter-supervised protocol. Tests on the linear (green) end showed mean attenuation values consistent with what I would expect to see for a properly functioning, linear premolded earplug like the CAEv2. Test results on the nonlinear (yellow) end were also consistent with my expectations. The much lower attenuation values of the yellow end as compared with the green end indicate that the yellow end was also working as intended. (Note that the attenuation of high-level impulse sounds offered by the yellow end cannot be evaluated with a REAT test; impulse testing must be performed, as described later in this report.) In sum, all of the REAT test results I reviewed for this report consistently show that the CAEv2 works as intended in both its linear and nonlinear modes. It protects hearing at least as well as, if not better than, other premolded earplugs designed for similar purposes.

In the following, I will discuss REAT test results from five independent laboratories and from Aearo's internal laboratory. A full list of materials considered in forming my opinions is attached as Exhibit A.

### C.    Air Force Research Lab

####     1.    *WHISPr Study (D-Gen-1112)*

The Air Force Research Lab (AFRL) at the Wright-Patterson Air Force Base in Dayton, OH conducted an S12.6 Method A REAT test on each end of the CAEv2 in 2007 as part of a much larger study (the WHISPr study; Hobbs et al., 2008) evaluating performance characteristics of several tactical headsets.   The testing resulted in mean attenuation values ranging from 24 to 43 dB across frequencies for the linear (green) end and 0 to 23 dB for the nonlinear (yellow) end.   Standard deviations ranged from 3 to 7 dB across frequencies and across tests.

These data are consistent with expectations for a well-designed premolded flange plug.   The authors of the study observed that the green end "provides very good attenuation and is readily distinguished from the CAEP yellow (intended for impulse noise protection) [end].   This allows for the desirable difference in performance characteristics provided by this CAEP earplug…"   (page 30). Furthermore, the linear (green) end of the CAEv2 performed favorably in comparison to the linear mode of a second earplug (Sennheiser SLC-110; closed setting), which had mean attenuation values of 13 to 33 dB and standard deviations of 5 to 11 dB across frequencies.

####     2.    *2012 AFRL Study (D-Gen-3729, P-Gen-5843).*

In 2012, the AFRL performed a second S12.6 Method A REAT test on each end of the CAEv2 (McKinley et al., 2014; in the figures, the ends of the CAEv2 are variously described as "open" and "closed" or "yellow" and "brown").   See the following section for a comparison of the results of AFRL's two tests of the CAEv2.

S12.6 Method A REAT tests were also performed on three other earplugs, the Moldex Battleplug, the SureFire Sonic Defenders Plus, and the Etymotic EB15. Like the CAEv2, these earplugs are designed to operate in two modes, a linear mode for protection against continuous noise and a nonlinear mode for protection against

high-level impulse noise.  Test results are shown in graphical form on pages 6 and 7, and the mean attenuation values and standard deviations are included in a separate spreadsheet of AFRL REAT data (D-Gen-83).

Some differences in attenuation values among the earplugs can be seen in the results.  For example, at the test frequency of 8000 Hz, mean attenuation in the linear mode was 41 dB for the CAEv2 vs. 25 dB for the Moldex Battleplug.  Overall, it appears that the CAEv2 performed as well as, if not better than, the competitor earplugs in both linear and nonlinear modes on this test.

3.   *Summary Spreadsheet of AFRL Data (D-Gen-83)*

The AFRL compiled its S12.6 Method A REAT data on filtered earplugs like the CAEv2 in a spreadsheet (D-GEN-83), allowing for easy comparison among tests. The results of the two tests the AFRL conducted on the CAEv2, one in 2007 (Hobbs et al., 2008; row 42 in the spreadsheet) and the other in 2012 (McKinley, 2014; row 44 in the spreadsheet), were very consistent in terms of mean attenuation and standard deviations per test frequency.[4]  In linear mode (the green end, called "brown" in D-GEN-87), the mean attenuation values obtained in 2007 and 2012 differed by ≤2 dB across all frequencies, a negligible amount.  Similarly, the standard deviations obtained in 2007 and 2012 differed by ≤2 dB across all frequencies with the exception of 125 and 250 Hz, for which the standard deviations were 4 dB greater in the 2012 test.  For the nonlinear yellow end, mean attenuation values obtained in 2007 and 2012 (shown in rows 43 and 45, respectively) differed by ≤2 dB across frequencies, and the standard deviations on the two tests differed by ≤1 dB across frequencies. The similarity in the results of the REAT tests conducted five years apart suggests that the REAT test protocol was implemented in

---

[4]   The 2007 study applied ANSI S12.6-1997, while the 2012 study applied ANSI S12.6-2008.

a consistent manner at the laboratory and that the CAEv2 performed consistently well.

Also shown in the AFRL spreadsheet, under the category "Passive Earplugs", are test results for the 3M UltraFit earplug (row 5). The Ultrafit is a single-ended earplug with the same form factor and function as the CAEv2's green end. Across frequencies, the median difference in the mean attenuation values of the CAEv2 and the UltraFit was 3 dB (taking the larger difference at each frequency from the two CAEv2 tests), indicating similar performance from the two earplug types in spite of one being dual-ended and the other single-ended.

### D.  Canadian Testing

#### 1.  *2004 REAT Test (D-Gen-106)*

The research arm of the Canadian military also conducted REAT testing on the CAEv2 using a method that approximated S12.6 Method A with minor variations, such as testing 16 rather than 20 subjects (D-Gen-106). The results were published in the peer-reviewed journal <u>Military Medicine</u> (Abel and Lam, 2004). Abel and Lam found that the mean attenuation provided by the linear (green) end of the CAEv2 ranged from 21 dB at 125 Hz to 40 dB at 8,000 Hz (page 4). According to Abel and Lam, "[t]hese values supported the conclusion that [the CAEv2] would rank among those conventional devices on the market with the highest attenuation" (page 4). They also found that "the manufacturer's specifications were a good predictor of outcome" (page 4).

#### 2.  *2014 Comparative Testing (D-GEN-2244)*

The Canadian lab also conducted REAT testing (again using a variation of ANSI 12.6 Method A) comparing the performance of the SureFire EP3 Sonic Defenders to the CAEv2 in its "open" (nonlinear) and "closed" (linear) modes. (D-GEN-2244). A chart on page 26 shows that on average the CAEv2 closed end provided more attenuation than the SureFire closed end at all frequencies tested:



*Figure 5 A comparison of results: the Surefire EP3 Sonic Defender™*
*versus the E-A-R® Combat Arms earplug.*

### E.   USAARL (D-GEN-1104)

The U.S. Army Aeromedical Research Lab conducted ANSI S12.6 Method A REAT testing on the CAEv2, Moldex Battleplug, and SureFire EP4 (Williams et al., 2014; D-Gen-1104). The green end of the CAEv2 had mean attenuation values ranging from 19.5 to 34.3 dB across frequencies, with standard deviations between 8.2 and 11.1 (page 35). In the closed position, the BattlePlug had mean attenuation values ranging from 20.8 to 30.4 dB across frequencies, with standard deviations between 5.2 and 8.1 (page 37). The SureFire EP4 had mean attenuation values ranging from 23.0 to 33.6 dB across frequencies in the closed position, with standard deviations between 5.2 and 7.3 (page 39).

The yellow end of the CAEv2 had mean attenuation values ranging from 4.0 to 22.4 dB across frequencies, with standard deviations between 3.4 to 7.9 (page 34). In the open position, the BattlePlug had mean attenuation values ranging from 6.3 to 27.0 dB across frequencies, with standard deviations between 3.9 and 6.8 (page 36). The SureFire EP4 had mean attenuation values in the open position ranging from 7.5 to 32.5 dB across frequencies in the open position, with standard deviations

10

between 3.0 and 7.4 (page 38). These test results indicate that all three earplug types worked as designed to protect hearing.

### F.    Army Research Laboratory (D-GEN-0246)

ANSI S12.6 REAT tests of the nonlinear (yellow) end of the CAEv2 were performed at the Army Research Laboratory at Aberdeen Proving Ground (DeSpirito and Binseel, 2008), using a variation of Method A with 10 subjects. The mean attenuation values (3.0 to 21.3 dB) and standard deviations (2.5 to 7.3) across frequency indicate that the nonlinear end of the CAEv2 was functioning properly.

The authors compared their measurements with Aearo's own measurements, stating that "[t]he experimental REAT measurements compared very well with the design specifications for the CAE" (page 27; see also Figure 14, page 26).

### G.    Michael and Associates, Inc. (D-GEN-250)

Michael and Associates, Inc. (abbreviated M&A here), an independent NVLAP-accredited laboratory specializing in HPD attenuation testing, conducted an ANSI S3.19 experimenter-fit REAT test on the CAEv2 in 2012 (D-GEN-250). Moldex, Inc. submitted the test samples and paid for these tests.

The results reported by M&A are consistent with expectations and indicate that the CAEv2 functions as intended in both its linear and nonlinear modes.  Of particular note is the good agreement between M&A's independent test on the green end and Aearo's internal test 213017 (NRRs of 23 and 22 dB, respectively).  It is also notable that M&A's S3.19 test of a single-ended version of the CAE in 2009 found a very similar result (NRR of 22 dB).

### H.    3M/Aearo Internal Testing

The "Flange Report" describes the results of two tests conducted by Aearo in 2000 on the linear (green) end of the CAEv2 under the ANSI S3.19 protocol.  Test number 213015 was halted partway through.  A concern was raised in the Flange Report that for some people, the flanges of the opposite end of the plug might contact

11

the ear in the vicinity of the ear canal opening, preventing a deeper insertion of the plug, or causing a deep insertion to back out slightly. The suggestion was raised to fold back the flanges on the opposite end in order to facilitate a deeper insertion in those cases. In May 2000, Aearo completed its ANSI S3.19 REAT test in test number 213017. The language in the report is unclear as to how many of the subjects in the second test had the flanges rolled back. However, contemporaneous handwritten notes (see page 8 of D-GEN-151) indicate that the flanges were folded back for one subject (DLP).

The 213017 test yielded slightly higher mean attenuation values compared with the 213015, with a negligible median difference of 2.2 dB across frequencies. The standard deviations in the second test were lower, which had a significant effect on the NRR.

## I.    Overall Conclusions on REAT Testing

The REAT tests on the CAEv2 that I have reviewed were conducted at several different independent laboratories by different experimenters, using different human subject test panels, over a number of years. I saw no indication that the flanges were rolled back on any of the independent tests.

Without exception, this body of independent REAT testing showed that the linear (green) and nonlinear (yellow) ends of the CAEv2 were functioning as they were designed to, providing levels of protection that would be expected for a quality linear/nonlinear premolded earplug. When tested head-to-head, the CAEv2 generally performed as well as, if not better than, competitor earplugs, including the Moldex BattlePlug and SureFire EP3 and EP4. In addition, the CAEv2's performance was similar to that of single-ended versions of the CAE and the single-ended 3M UltraFit, suggesting that the flange fold does not improve the effectiveness of the CAEv2. On the basis of these data, I find no evidence that the CAEv2 earplugs were defective in any way.

The results from Aearo's test 213015 of the linear (green) end of the CAEv2 do not alter my opinion that the CAEv2 is a well-performing premolded earplug. The mean attenuation values achieved in the first test showed the CAEv2 to be performing as it was designed; the relatively high variability was driven by a small number of trials. Looking at the complete set of REAT tests conducted by several different laboratories, I see no evidence that the design of the CAEv2 causes high variability as a general matter.

## IV.   IMPULSE TESTING

### A.   Impulse Testing Overview

Impulse testing is a way to measure the amount of protection an HPD will provide against high-level impulse sounds such as gunfire. Impulse testing is no longer carried out on human subjects, because the levels of sound that are involved are potentially hazardous to susceptible individuals. Instead, impulse testing is carried out using an acoustic test fixture, or manikin, that is designed to simulate the properties of the human head and ear canal. For a nonlinear HPD, such as the yellow end of the CAEv2, impulse testing is necessary to demonstrate its capability to protect against high-level sound, because the protective capability does not "kick in" at lower levels. In fact, the nonlinear end of the CAEv2 is designed to attenuate lower-level sounds as little as possible.

I have reviewed the results of impulse tests conducted on the CAEv2 (or prototypes) by several independent laboratories spanning the years 1998 to 2014. I discuss several of these tests below, but a full list of documents considered in forming my opinions is attached as Exhibit A. The attenuation (often called "insertion loss" in this context) provided by the CAEv2 on these tests is consistent with the level of protection from impulse noise that I would expect from a well-fitting, premolded, non-linear earplug.

13

### B.    Impulse Testing on Single-Ended Prototype

#### 1.    *Johnson Blast Study (S-Gen-88)*

Dr. Dan Johnson conducted the "Blast Overpressure" study (Johnson, 1998) on contract with the U.S. Army Aeromedical Research Laboratory.   The study included a single-ended UltraFit earplug that incorporated the nonlinear filter design used in the CAEv2, but with slightly different dimensions and made out of plexiglass and metal.   That earplug was referred to as the "French No. 1" earplug.   Human subjects wore the tested earplugs around blast noises ranging in peak sound pressure level from 174 to 193 dB, and then were evaluated for temporary hearing loss, also called temporary threshold shift (TTS).   "Unacceptable" TTS was defined as TTS > 25 dB.   None of the subjects wearing the French No. 1 earplug had TTS > 25 dB after 100 impulses at 178 dB SPL. At 190 dB SPL, half of the subjects had TTS>25 dB after 100 impulses (no subjects were exposed to 100 impulses at the highest level of 193 dB SPL). Dr. Johnson also conducted impulse testing on manikins, which showed that the French No. 1 nonlinear earplug provided protection up to 190 dBP, the highest level tested.

### C.    Military Impulse Testing on the CAEv2

#### 1.    *2001 Bill Murphy Study (D-Gen-1750)*

The military and other government agencies continued to conduct impulse testing on the CAEv2 after it entered the market.  In 2001, Dr. Bill Murphy at NIOSH conducted impulse testing of the CAEv2 on an ISL manikin, using a 9mm handgun and M16 rifle.  For both weapons, the "peak level reductions" were 25-29 dB for the CAEv2 nonlinear (yellow) end and 28-29 dB for the CAEv2 linear (green) end (D-Gen-1750).

#### 2.    *2008 AFRL WHISPr Study*

The AFRL also conducted impulse testing as part of the WHISPr study discussed above (Hobbs et al., 2008).  The nonlinear (yellow) end of the CAEv2

14

provided 23.4 dB of insertion loss for a 165 dB SPL exposure, and 32.4 dB for a 195 dB SPL exposure.  The green end provided 37.1 dB of insertion loss for a 165 dB SPL exposure, and 36.3 dB for a 195 dB SPL exposure.

        3.    *2012 ARL Study (D-Gen-1357)*

The Army Research Laboratory conducted impulse testing on the nonlinear (yellow) end of the CAEv2 and the nonlinear mode of version 3 of the CAE (single-ended) using an M16 rifle and an ISL manikin (Binseel et al., 2012; D-Gen-1357). Comparing the performance of the dual-ended and single-ended versions of the CAE, the authors stated that "[t]he attenuation of peak pressures was clearly equivalent for the two versions of the CAE" and that, for both earplugs, the attenuation "varies from about 12 dB for the shots at 64 m distance (the lowest stimulus peak pressure) to about 32 dB for the shots at a distance of 0.2 m (the highest stimulus peak pressure)" (page 20).

        4.    *2012 AFRL Study (D-Gen-3729)*

In a 2012 presentation, the AFRL reported results of impulse testing on the CAEv2, Moldex BattlePlug, Surefire Sonic Defenders, and Etymotic electronic plug. Impulse testing was conducted in accordance with ANSI S12.42-2010 "Methods For The Measurement Of Insertion Loss Of Hearing Protection Devices In Continuous Or Impulsive Noise Using Microphone-In-Real-Ear Or Acoustic Test Fixture Procedures". Results showed that the impulsive peak insertion loss (IPIL) of the CAEv2 open and closed end compared favorably to both the Moldex BattlePlug and the Surefire plug in both their open and closed positions.

        5.    *2014 USAARL Study (D-Gen-1104)*

Finally, in addition to the Method A REAT testing discussed above, the USAARL conducted impulse testing according to ANSI S12.42, using a shock tube to generate impulses with peak sound pressure levels of 150 and 166 dB (Williams

et al., 2014).  The nonlinear (yellow) end of the CAEv2 showed mean insertion loss values of 29.4 and 34.1 dB, respectively, while the linear (green) end provided mean insertion loss values of 38.7 and 38.0 dB, respectively (pages 23-24).  The authors concluded that, "[a]mong the vented plugs, the Combat Arms Earplug and BattlePlug demonstrated the highest IPIL" (page 33).

> **D.    ISL Impulse Testing**

ISL developed the nonlinear filter used in the yellow end of the CAEv2. As part of that development process, they conducted impulse testing on different configurations of the filter to achieve optimum performance. They also tested the filter in multiple hearing protection devices, including the CAEv2, using their own impulse testing manikins.

ISL conducted impulse testing on the yellow end of the final version of the CAEv2 for the first time in December 1999 (P-Gen-371).  As shown below, the CAEv2 provided nonlinear attenuation from 9 dB at a peak sound pressure level of 110 dB, up to 28 dB of attenuation for an impulse with a peak sound pressure level of 190 dB.



*Figure 1:  Results from 1999 ISL Impulse Testing (P-Gen-371)*

ISL again conducted impulse testing on the yellow end of the CAEv2 in 2005. In this test, the CAEv2 reduced a 190 dBP impulse by 31.4 dB. The results for the full range of tested impulses in this test are shown below:



| | NR peak (dB) |
|---|---|
| 120 dB | 9.2 |
| 130 dB | 13.6 |
| 150 dB | 17.1 |
| 170 dB | 25.6 |
| 190 dB | 31.4 |

*Figure 2: Results from 2005 ISL Impulse Testing (D-Gen-1651)*

ISL conducted additional impulse testing, using two different manikins, on six different samples of the CAEv2 in 2011. For impulses with a peak sound pressure level of 190 dB, the testing recorded average noise reductions of 28.8 and 32.1 dB for the two manikins. Results for one of the manikins are shown below:

| | | 3M AEARO double ended Head N°3 | | | | |
|---|---|---|---|---|---|---|
| | | 110dB | 130 dB | 150 dB | 170 dB | 190 dB |
| Head N°2 | sample 1 | 4,8 | 13,1 | 17,5 | 24,9 | 33,6 |
| Head N°2 | sample 2 | 4,2 | 12,7 | 17,0 | 24,8 | 33,0 |
| Head N°2 | sample 3 | 2,1 | 11,3 | 16,0 | 24,4 | 33,3 |
| Head N°2 | sample 4 | 3,8 | 13,0 | 17,6 | 24,6 | 31,2 |
| Head N°2 | sample 5 | 4,5 | 12,4 | 17,7 | 25,1 | 29,5 |
| Head N°2 | sample 6 | 1,0 | 11,2 | 16,5 | 24,5 | 32,0 |
| Ext. Peak Level | | 110dB | 130 dB | 150 dB | 170 dB | 190 dB |
| NR Peak (dB) | | 3,4 | 12,3 | 17,0 | 24,7 | 32,1 |
| Std.Dev. | | 1,5 | 0,8 | 0,7 | 0,2 | 1,6 |

*Figure 3: Results from 2011 ISL Impulse Testing (D-Gen-2493)*

## E.   Other Impulse Testing

I also reviewed impulse testing from Michael & Associates, Inc. (M&A) and from 3M's internal lab. The M&A impulse testing was conducted in 2010 at the

request of Moldex, a competitor company of 3M and Aearo (D-Gen-1518). Two earplugs were evaluated in their nonlinear modes: the yellow end of the CAEv2 and a Moldex prototype in "open" mode. M&A did the impulse testing at Aberdeen Proving Ground, MD with the assistance of Ms. Mary Binseel of the Army Research Laboratory, using the ISL manikin. M&A tested impulses with peak sound pressure levels of approximately 138, 148, 156, and 166 dB. At each level, the mean impulse peak insertion losses of the CAEv2 and the Moldex prototype were nearly or exactly identical, with differences of 0.2, 0.4, 0.1, and 0.0 dB, respectively. M&A concluded that "[o]verall there is very little difference between the two products."

3M conducted its own impulse testing according to ANSI S12.42 specifications in 2015. 3M tested five samples of the CAEv2 in two separate tests (D-Gen-150; D-Gen-162). The average impulse peak insertion loss on the two tests ranged from approximately 12 dB for an impulse with a peak level of 132 dB SPL to approximately 37 dB for an impulse with a peak level of 168 dB.

### F.    Overall Conclusions on Impulse Testing

Based on my review of the impulse testing conducted on the CAEv2, I conclude that the nonlinear (yellow) end of the CAEv2 works as designed. Results showed that the filter provided attenuation as expected for the full range of peak levels tested, from 110 to 190 dB SPL. The results also indicated that the linear (green) end provides the level of protection against impulse noise that is expected for a solid, pre-molded triple-flanged product. The CAEv2 also compares favorably to competitor plugs—the Moldex BattlePlug and SureFire Sonic Defenders—in their open and closed positions.

## V.    FIELD STUDIES

The field studies of the CAEv2 that I am aware of are, by design, less controlled than studies conducted in a laboratory setting. Field studies offer the

opportunity to examine aspects of the function of the CAEv2 that might not come to light in a laboratory setting.

The first field study I reviewed was conducted by Casali et al. (2009; D-GEN-1241).  In this study, which focused on "operational performance effectiveness" (page 77), Army ROTC cadets carried out simulated raid and reconnaissance exercises while wearing one of three nonlinear HPDs.  Two of the HPDs were electronic, with both amplification and protection features.  These were the Peltor Comtac II headset and a Communications Enhancement Protection System (CEPS).  The latter is an in-ear device coupled to the ear canal with a Comply foam earplug.  The third HPD was the yellow end of the CAEv2.  The subjects fit the HPDs after receiving training, and were instructed to wear the HPDs throughout the exercise.  Observers accompanying the soldiers made note of any instances in which the CAEv2 and the CEPS were adjusted and/or removed during the exercises.  (The Peltor headset was not adjusted/removed because it was worn beneath the soldiers' helmets.)  Only one soldier was observed to adjust the fit of the CAEv2, whereas there were more instances of the CEPS being adjusted, and "numerous comments by Squad members and Training Officers…regarding CEPS eartips falling out of the ear, and/or being pulled out by snagging of the cabling on tree foliage" (page 16).

The second field study I reviewed was conducted by the Soldier Battle Lab at Fort Benning, GA (Strayer et al., 2008; P-Gen-3100).  In this study, the CAEv2 was used as a baseline comparison in evaluating several electronic nonlinear HPDs on a number of measures. The participating soldiers received instruction on proper fit and use of their HPDs, and then went through several exercises intended to test the field performance of the HPDs.  The soldiers then ranked the HPDs in five different evaluation categories.  The CAEv2 was second in every category, including "durability," which included whether the HPD "stayed in position" (pages 24, 28).

## VI.   OVERALL CONCLUSION

The results of the REAT, impulse, and field tests conducted over more than a decade by a number of independent laboratories consistently show that both ends of the CAEv2 function properly and as expected to protect hearing.   None of the documents I reviewed contain any information to suggest otherwise, nor do any of the test results suggest that the CAEv2 is defective.   The performance of the CAEv2 compares favorably to that of competitor earplugs such as the Moldex Battleplug and the SureFire Sonic Defenders.

Dated: May 11, 2022

                                        /s/ *Jennifer Tufts*_____

                                        Jennifer Tufts, Ph.D.

## EXHIBIT A

**Case Materials**

All documents cited in my report that are not cited herein.
Each cited document as well as any attachments to that document.

**PRODUCTION DOCUMENTS**

| Trial Exhibit No. | Description | Beg Bates No. | End Bates No. |
|---|---|---|---|
| D-GEN-0057 | W. Murphy, P. Graydon, et al., Murphy Impulse Testing Impulse Peak Insertion Loss for Hearing Protection Devises Tested with an Acoustic Shook Tube, dated 2016 | | |
| D-Gen-0080 | Department of the Army Pamphlet 40-501, Hearing Conservation Program, dated 12/10/1998 | | |
| D-GEN-0083 | Hearing Protection Device Data, dated 04/21/2016 | | |
| D-GEN-0087 | Report: Hearing Protector Evaluation Report, P. Schley, dated 06/14/2012 | DOD00000725 | |
| D-GEN-0088 | Presentation: Results of Human Studies with Linear and Nonlinear Earplugs: Implications for Exposure Limits, A. Dancer and P. Hamery, dated 1998. | DOD00000728 | |
| D-GEN-0090 | Report: Hearing Protector Evaluation Report, P. Schley, dated 06/18/2007 | DOD00000750 | |
| D-Gen-0106 | Report: Sound attenuation of the indoor-outdoor range E-A-R plug, S. Abel, Military | | |

| Trial Exhibit No. | Description | Beg Bates No. | End Bates No. |
|---|---|---|---|
|  | Medicine, Vol. 169,7:551, July 2004 |  |  |
| D-GEN-0144 | Pamphlet: 3M Combat Arms Earplugs Instructions for Use | 3M_MDL000423281 | 3M_MDL000423281 |
| D-Gen-0150 | Report: EARCAL Impulse Peak Attenuation Test Report, Per Ansi S12.42-2010, dated 7/22/2015 | 3M_MDL000195411 | 3M_MDL000195414 |
| D-Gen-0151 | Report: EARCAL Attenuation Test Report, Per Ansi S3.19-1974, dated 5/9/2000 | 3M_MDL000195517 | 3M_MDL000195524 |
| D-Gen-0162 | Report: 3M Impulse Peak Insertion Loss Test Report, Per Ansi/ASA S12.42-2010, dated 7/22/2015 | 3M_MDL000250941 | 3M_MDL000250946 |
| D-Gen-0246 | Report: J. DeSpirito, M. Binseel, Modeling of Acoustic Pressure Waves in Level-Dependent Earplugs, Army Research Laboratory, Aberdeen Proving Ground, MD. ARL-TR-4607, dated 09/2008 | 3M_MDL000002111 | 3M_MDL000002142 |
| D-Gen-0248 | Report: How Folding the Flanges Back Affects REAT Results of the UltraFit Earplug End of the Combat Arms Plug, Version 1.2, R. Kieper and E. Berger, dated 7/10/2000 | 3M_MDL000005285 | 3M_MDL000005290 |
| D-Gen-0250 | Letter from K. Michael to B. Mishkin re Hearing Protective Device Test Report number Q2558A Revision 0, dated 03/28/2012 | 3M_MDL000005607 | 3M_MDL000005618 |
| D-Gen-0252 | Report: EARCAL Attenuation Test Report, Per Ansi S3.19-1974, Combat Arms Plug, Premolded Earplugs, dated 4/20/2006 | 3M_MDL000006960 | 3M_MDL000006965 |

| Trial Exhibit No. | Description | Beg Bates No. | End Bates No. |
|---|---|---|---|
| D-Gen-0254 | Lab Internal Policy and Procedure Manual, dated 07/31/2001 | 3M_MDL000010234 | 3M_MDL000010302 |
| D-Gen-0270 | Test ID # 215512, UltraFit end of CAE, V2 Closed, Premolded Earplugs, Comments Printed on the Report Cover Sheet, dated 06/30/2005 | 3M_MDL000016445 | 3M_MDL000016445 |
| D-Gen-0271 | Presentation: Amplitude-sensitive attenuating earplugs, P. Hamery, A. Dancer and E. Berger, dated 2008 | 3M_MDL000016506 | 3M_MDL000016577 |
| D-Gen-0389 | Letter from P. Hamery to Elliott Berger re test results for Impulse noise, dated 1/5/2000 | 3M_MDL000476760 | 3M_MDL000476762 |
| D-Gen-0749 | Hearing Protector Evaluation Report, Schley REAT Testing, dated 06/18/2007 | DOD00000723-1 | DOD00000724-2 |
| D-Gen-0764 | Papers and Proceedings, U.S. Environmental Protection Agency Workshop on Hearing Protection Devices, Washington D.C., March 27-28, 2003 | | |
| D-Gen-0776 | Report: Military Standard 1474D, Department of Defense Design Criteria Standard Noise Limits, dated 02/12/1997. | | |
| D-Gen-0788 | Booklet: USACHPPM TG 41, Personal Hearing Protective Devices: Their Fitting, Care, and Use (March 2006) | | |
| D-Gen-1047 | CAE Response, G1B, CAE Response, Octave Band Attenuation | | |
| D-Gen-1102 | Visual Information (VI) Work Order from D. Ohlin, Hearing | DOD00000712 | DOD00000715 |

| Trial Exhibit No. | Description | Beg Bates No. | End Bates No. |
|---|---|---|---|
| | Conservation Program to Visual Information re marketing purposes, dated 09/29/2004 | | |
| D-Gen-1104 | Report: Assessment of Four Passive Hearing Protection Devices for Continuous Noise Attenuation, Impulsive Noise Insertion Loss and Auditory Localization Performance, R. Williams, J.R. Stefanson, et al., dated 11/17/2014 | DOD00000721 | DOD00000721 |
| D-Gen-1105 | REAT test report of the yellow end of the Combat Arms earplugs by Paul Schley, labeled experiment number 1328 | DOD00000724-1 | DOD00000724-2 |
| D-Gen-1106 | Report: Hearing Protector Evaluation Report, P. Schley, dated 06/14/2012 | DOD00000726 | |
| D-GEN-1108 | Presentation: Cognitive Engineering of the Digital Battlefield, undated, dated 02/09/2021 with attachments. | DOD00000732 | DOD00000733 |
| D-Gen-1111 | Brochure: Three Variants of the Dual-Mode Combat Arms Earplug: An assessment of attenuation performance in continuous and impulse noise, M. Binseel, A. Proving Ground, undated. | DOD00000742 | |
| D-Gen-1112 | Report: Wideband Hearing, Intelligence, and Sound Protection (WHISPr), B. Hobbs, D. Hudson, et al., dated 10/01/2008 | DOD00000743 | |
| D-Gen-1116 | Report: Evaluation of Hearing Protection Devices and a Flight Helmet when undergoing Impulse noise Stimulations, K. Buck, S. | DOD00000756 | |

| Trial Exhibit No. | Description | Beg Bates No. | End Bates No. |
|---|---|---|---|
| | DeMezzo et al., dated 12/18/2012. | | |
| D-Gen-1117 | Report: Military Standard 1474E, Department of Defense Design Criteria Standard Noise Limits, dated 04/15/2015. | DOD00000757 | |
| D-Gen-1190 | DoD Hearing Conservation Program (HCP), DODI 6055.12, dated 3/5/2004 | | |
| D-Gen-1241 | J. Casali, W. Ahroon, et al., A field investigation of hearing protection and hearing enhancement in one device: For soldiers whose ears and lives depend upon it. Noise and Health Journal, 11(42), 69-90 (2009) | | |
| D-Gen-1357 | M. Binseel, K. Cave et al., A Comparison of the Single-Sided (Gen II) and Double-Sided (Gen I) Combat Arms Earplugs (CAE): Acoustic Properties, Human Performance, and User Acceptance, Army Research Laboratory, ARL-TR-6270 (December 2012) | | |
| D-Gen-1363 | Report: Performance Assessment of the 3M Combat Arms Generation 4.0 Tactical Military Shooter's Ear Plug, H. Gallagher, N. Abouzahra, et al., Air Force Research Laboratory, AFRL-RH-WP-TR-2016-0092, dated 06/24/2016. | | |
| D-Gen-1518 | Letter from K. Michael to B. Mishkin re Report on Testing of Moldex Impulse Noise Earplug, dated 08/16/2010 | MICHAELASSOC_ 00000483 | MICHAELASSOC_ 00000483 |

| Trial Exhibit No. | Description | Beg Bates No. | End Bates No. |
|---|---|---|---|
| D-Gen-1568 | E-A-RCAL Attenuation Test Report per ANSI S3.19.1974: Test ID# 213016, device Combat Arms Plug ARC Plug, dated 01/25/2000 | 3M_MDL000188143 | 3M_MDL000188147 |
| D-Gen-1648 | Report: Impulse Peak Attenuation Test Report Per ANSI S.12.42-2010, dated 11/13/2014 | 3M_MDL000107429 | 3M_MDL000107503 |
| D-Gen-1651 | Presentation: CAE Aearo Prototypes ISL Measurements March 2005 Pascal Hamery and Armand Dancer, dated 3/2005 | 3M_MDL000232247 | 3M_MDL000232260 |
| D-Gen-1726 | Measurement of 215511, Combat Arms Plug, dated 06/15/2005 | 3M_MDL000009701 | 3M_MDL000009709 |
| D-Gen-1727 | Measurement of 215511, EAR/Aearo Co. Combat Arms Plug, filters with various-sized holes, dated 10/28/2005 | 3M_MDL000009728 | 3M_MDL000009736 |
| D-Gen-1728 | Measurement of Test ID 215516, E.A.R/Aearo Technologies UltraFit end of Combat Arms Plug, premolded, dated 04/26/2007 | 3M_MDL000016457 | 3M_MDL000016465 |
| D-Gen-1750 | Email from W. Murphy to E. Berger, V. Larson, et al. re Impulse peak levels, dated 10/23/2001 | 3M_MDL000024875 | 3M_MDL000024875 |
| D-Gen-1754 | Report: E-A-RCAL Attenuation Test Report PER ANSI S3.19-1974, dated June 15, 2004 | 3M_MDL000193726 | 3M_MDL000193726 |
| D-Gen-1908 | J. Lovejoy, Hearing Protection Evaluation for the Combat Arms Earplug at Idaho National Laboratory, U.S. Dept. of Energy, March 2007 | 3M_MDL000002154 | 3M_MDL000002172 |

| Trial Exhibit No. | Description | Beg Bates No. | End Bates No. |
|---|---|---|---|
| D-Gen-2244 | Abel, Sharon et al. (2008). An Investigation of the Attenuation provided by the Surefire EP3 Sonic Defender Earplug. Defence R&D Canada. | | |
| D-Gen-2493 | Report: Impulse Noise Test of 3M-AEARO Single Ended and Double Ended Nonlinear Earplug with INSPEC Witness, P. Hamery et al. | 3M_ISL_00001432 | 3M_ISL_00001439 |
| D-Gen-2623 | E. Berger, P. Hamery, Empirical Evaluation Using Impulse Noise of the Level-Dependency of Various Passive Earplug Designs, 5th Forum Acusticum, 154th Meeting of the Acoustical Society of America, ISL-PU 649/2008 | 3M_ISL_00004702 | 3M_ISL_00004716 |
| D-Gen-3729 | Continuous and Impulsive Noise Attenuation Performance of Passive Level Dependent Earplugs (AFRL 2012) | | |
| P-GEN-00692 | Babeu (2005) Level Dependent Hearing Protection and DPOAE After Small Arms Fire | 3M_MDL000393650 | 3M_MDL000393650 |
| P-GEN-01329 | WHISPr: Headset evaluation (2009) w/ comparison to CAEv2 | 3M_MDL000009066 | 3M_MDL000009117 |
| P-GEN-03100 | Soldier Protection Demonstration Tactical Communications and Protection System (SPD-TCAPS) Limited Objective Experiment (LOE) | FALLONSDT000542 | FALLONSDT000621 |
| P-GEN-03904 | U.S. Marine Corps Level-Dependent Hearing Protector Assessment | 3M_MDL000012099 | |

| Trial Exhibit No. | Description | Beg Bates No. | End Bates No. |
|---|---|---|---|
| P-GEN-05843 | 2014.10.28 McKinley (2014) Measuring effective detection and localization performance of hearing protection devices | | |
| S-GEN-0002 | Memorandum: For Staff Director, Joint Readiness Clinical Advisory Board re Request for National Stock Number (NSN) and Bulk Purchase of Combat Arms Earplug | 3M_MDL000039900 | 3M_MDL000039904 |
| S-GEN-0016 | EARCal CAEv2 Attenuation Measurements (Closed - 213015) | 3M_MDL000313390 | 3M_MDL000313390 |
| S-GEN-0039 | ANSI S3.19-1974 (R 1979) - Method for the Measurement of Real-Ear Protection of Hearing Protectors and Physical Attenuation of Ear Muffs | 3M_MDL000023299 | 3M_MDL000023318 |
| S-GEN-0065 | Report: R. Kieper, E. Berger, The Development of the Combat Arms Earplug, Version 1 through Version 4, E-A-R 07-25/HP, 3M Company, E-A-R-CAL Laboratory, dated 07/23/2010 | 3M_MDL000002737 | 3M_MDL000002794 |
| S-GEN-0070 | Pamphlet: Just the Facts ... The Combat Arms Earplug, Hearing Conservation USACHPPM 51-004-0204 | 3M_MDL000478766 | 3M_MDL000478766 |
| S-GEN-0071 | Copy of Wallet Card | 3M_MDL000229331 | 3M_MDL000229332 |
| S-GEN-0072 | Chart: EARCAL Individual Subject Data on ISL Plug, Test ID 210001, dated 8/6/1997 | 3M_MDL000476467 | 3M_MDL000476468 |
| S-GEN-0073 | Chart: EARCAL Individual Subject Data on ISL Plug, filter twisted closed, Test ID 210002, dated 8/6/1997 | 3M_MDL000476469 | 3M_MDL000476470 |
| S-GEN-0074 | Chart: Brevet: Protection auditive (double face), ISL Testing Data | 3M_MDL000476774 | 3M_MDL000476774 |

28

| Trial Exhibit No. | Description | Beg Bates No. | End Bates No. |
|---|---|---|---|
| S-GEN-0076 | Letter from A. Dancer, P. Hamery to E. Berger re field experiments, dated 6/9/1997 | 3M_MDL000500713 | 3M_MDL000500714 |
| S-GEN-0079 | Email from D. Ohlin to B. Myers re Combat Arms Earplug Cards, dated 10/6/2004 | 3M_MDL000332283 | 3M_MDL000332284 |
| S-GEN-0080 | Diagram: Aearo Reversible Nonlinear Ultrafit Plug Assembly, Drawing No. 2041-0, dated 3/23/1998 | 3M_MDL000571966 | 3M_MDL000571967 |
| S-GEN-0081 | Diagram: Aearo Combat Arms Ear Plug Assembly, Drawing No. 2041-2, dated 3/23/1998 | 3M_MDL000571970 | 3M_MDL000571971 |
| S-GEN-0082 | Diagram: Aearo Combat Arms Ear Plug Assembly, Drawing No. 2041-3, dated 3/23/1998 | 3M_MDL000571972 | 3M_MDL000571973 |
| S-GEN-0083 | Ad: AO Safety Indoor/Outdoor Range E-A-R Plugs, | 3M_MDL000425526 | 3M_MDL000425527 |
| S-GEN-0088 | Report: Blast Overpressure Studies, D. Johnson, dated 05/1998 | 3M_MDL000014015 | 3M_MDL000014292 |
| S-GEN-0102 | Report: ARL-HRED Hearing Protection Device Assessments in Reverberating Environments, J. Kalb, G. Garinther, et al., dated 06/30/1999 | DOD00000090 | DOD00000094 |
| S-GEN-0110 | Spreadsheet: Individual Subject Data re Device: Short-stemmed UltraFit Plug, part of Combat Arms Plug, Test ID: 213015, dated 1/25/2000 | 3M_MDL000313390 | 3M_MDL000313390 |

**EXHIBIT B**

**CURRICULUM VITAE**

# Jennifer Tufts

University of Connecticut
Department of Speech, Language, and Hearing Sciences
2 Alethia Dr. Unit 1085
Storrs, CT 06269-1085
(860) 486-4082
Email: jennifer.tufts@uconn.edu

## EDUCATION

**Ph.D., Communication Disorders,** 2001
Pennsylvania State University
Dissertation: "Speech production in noise with and without hearing protection"

**M.S., Communication Disorders**, 1997
Pennsylvania State University
Master's thesis: "Detection of simultaneous streams of running speech"

**B.A., Mathematics and Music**, 1991
College of the Holy Cross, MA

## LICENSURE AND CERTIFICATION

Connecticut State License for Audiology, 2005-present
ASHA Certificate of Clinical Competence in Audiology, 2003-present
CAOHC-certified Professional Supervisor, 2015-2020

## ACADEMIC EMPLOYMENT

**Professor,** 2019-present
**Associate Professor,** 2011-present
**Assistant Professor,** 2005-2011
Department of Speech, Language, and Hearing Sciences
University of Connecticut, Storrs, CT

**Research Associate,** 2002-2004
Hearing Science Laboratory (director: Marjorie Leek, Ph.D.)
Army Audiology & Speech Center
Walter Reed Army Medical Center, Washington, DC

## **FUNDED EXTERNAL GRANTS**

**Department of Defense/Creare LLC,** 2020-2022
Portable System for Auditory Situational Awareness Assessment and Training, $322,335
PI: *Developing and testing a portable system for assessing and training auditory situational awareness with and without hearing protection devices*

**National Institutes of Health/Creare LLC,** 2018-2019; 2020-2022
A wireless audiometric headset that integrates hearing testing, education, and personalized hearing protection fitting, Phase I: $16,960; Phase II: $103,237
PI: *Developing and testing a field system for evaluating hearing protection fit that does not rely on specialized user training or proprietary hardware or software*

**Department of Defense/Triton Systems Inc.,** 2020-2021
Occlusion-Effect Reducing Earplug with Pass-through Communication and Situational Awareness, $75,000
PI: *Developed a passive earplug with a novel feature for reducing the occlusion effect*

**American Hearing Research Foundation,** 2018
Biological indices of noise exposure in the clinically-normal ear, $30,000
Co-PI: *Conducted longitudinal evaluations of central and peripheral auditory function and blood serum levels of prestin in noise-exposed college students, in search of objective indices of "hidden hearing loss"*

**Department of Defense/Creare LLC,** 2014-2018
Hearing Fitness for Duty and Return-to-Duty Assessment and Validation, $184,456
PI: *Developed a military-specific sound detection test and speech intelligibility test as part of an auditory fitness for duty test battery for US Army soldiers*

**American Hearing Research Foundation,** 2016
Neurophysiological indices of hidden hearing loss in musicians, $20,000
Co-PI: *Evaluated central and peripheral auditory function and weekly noise exposure in college music ensemble participants, in search of potential indices of "hidden hearing loss"*

**Department of Defense/Creare LLC,** 2013-2016
Functional Hearing Evaluation for Military Occupational Specialties, $73,692
PI: *Supported auditory fitness studies being conducted at the US Military Academy at West Point, including experiment design and analysis, and the development, coordination, and on-site supervision of data collection procedures*

**National Institute for Occupational Safety and Health**, 2013
HPD Well-Fit: Comparison of REAT results under three circumaural headphone types, $8,341
PI: *Beta-tested new NIOSH-developed hearing protection device fit-testing system*

**Office of Naval Research**, 2009-2013
Supporting technology and test methods for hearing loss prevention and fitness for duty, $199,942
PI: *Explored methodology for developing auditory fitness-for-duty test protocols; tested validity of field methods for measuring hearing protector attenuation*

**Phonak Communications AG**, 2011-2012
Attenuation performance of custom eShells compared with traditional earplugs, $11,548
PI: *Assessed attenuation performance and reliability of custom earplugs compared with traditional non-custom earplugs for untrained- and trained-user conditions*

**Office of Naval Research,** 2011
The effect on attenuation of changes in canal length of custom-molded earplugs, $6,123
PI: *Assessed attenuation performance and comfort of custom earplugs whose canal portions were systematically shortened in a within-subjects design*

**Office of Naval Research,** 2011
Program analysis and integration support for enabling technology for prediction of noise-induced hearing loss incidence and economic cost, $16,796
PI: *Provided support for a bioengineering doctoral student to refine a tool for estimating the life-cycle costs of noise-induced hearing loss based on noise characteristics of particular environments and systems*

**Office of Naval Research**, 2010-2011
Attenuation measurements and analytical support for littoral combat ship project, $46,208
PI: *Prepared an acoustic testing environment to perform attenuation measurements on hearing protection devices; assessed validity of real-ear-attenuation-at-threshold measurements under supra-aural audiometric headphones*

**National Institutes of Health/Sensimetrics, Inc.,** 2008-2010
Motivational tool for hearing conservation based on hearing loss simulation, $21,528
Co-I: *Developed and tested a new computer-based educational/motivational tool for hearing conservation training, incorporating realistic simulations of sensorineural hearing loss to demonstrate emphatically the debilitating effects of noise-induced hearing loss*

**Phonak Communications AG**, 2009
User satisfaction with Phonak Serenity Hearing Protection Systems, $31,481
PI: *Assessed real-world user satisfaction with intelligent hearing protection/communications technology across dimensions of comfort, communication, and convenience*

**Office of Naval Research**, 2008-2009
Enabling Technology for Prediction of Noise Induced Hearing Loss (NIHL) Incidence and Economic Cost, $101,388
PI: *Developed a prototype tool for use by military and industrial systems-acquisition personnel to estimate the life-cycle costs of noise-induced hearing loss based on noise characteristics of particular environments and systems*

**National Institute for Occupational Safety and Health/UConn Health Center,** 2007-2009
Active hearing protectors and audibility of critical communications, $20,599
Co-I: *Provided expertise on the principles and practices of hearing and speech intelligibility measurements*

**Office of Naval Research**, 2007-2008
Auditory fitness for duty for populations working in hazardous conditions, $40,000
PI: *Synthesized current state of knowledge and practice regarding auditory fitness for duty for populations working in hazardous conditions in the military, industrial, and public safety sectors*

**Defense Occupational Health Program, Department of the Navy**, 2005-2007
Life-cycle cost evaluation tool for weapons system noise exposures, $60,778
Co-PI: *Developed model to estimate economic cost of hearing loss following prolonged exposure to noise aboard U.S. Navy aircraft carriers*

## FUNDED INTERNAL GRANTS

**Office of the Vice President for Research, UConn**, 2018
Supplemental funding, $10,000
Co-PI: *Supplement to funding for the American Hearing Research Foundation grant "Biological indices of noise exposure in the clinically-normal ear"*

**Communication Disorders Grant Fund**, 2014
UConn Musicians' Health Hearing Initiative, $8,000
Co-PI: *Assessed hearing and noise-exposure profiles of participants in UConn music ensembles to promote risk mitigation and hearing loss prevention*

**UConn Semi-Annual Faculty Large Grant Competition**, 2007-2008
Improved population parameters for hearing loss prediction, $12,155
PI: *Conducted partial parameterization of ANSI S3.44-1996 Annex B population data on age-related hearing loss in males and females to enable calculation of predicted age-related thresholds for any age, audiometric frequency, and population percentile*

## PUBLICATIONS

### In press, in revision, or under review

*Book chapters*
Cook, L., & **Tufts, J.B.** (under review). Auditory fitness for duty. Chapter in Kirchner, B. (ed.) Title TBD [text is intended to be an advanced version of the Hearing Conservation Manual, 5th ed]. Milwaukee, WI: Council for Accreditation in Occupational Hearing Conservation.

### Published

*Book chapters*
**Tufts, J.B.**, & Berger, E.H. (2022). Hearing is priceless. Chapter 1 in Meinke, D.K., Berger, E.H., Neitzel, R., & Driscoll, D.P. (eds.). Noise Manual, 6th ed. Fairfax, VA: American Industrial Hygiene Association.

Casali, J.G., & **Tufts, J.B.** (2022). Auditory situation awareness and speech communication in noise. Chapter 17 in Meinke, D.K., Berger, E.H., Neitzel, R., & Driscoll, D.P. (eds.) Noise Manual, 6th ed. Fairfax, VA: American Industrial Hygiene Association.

Byrne, D.C., Michael, K.L., & **Tufts, J.B.** (2011). Industrial noise and hearing conservation. Chapter 34 in Rose, V.E., & Cohrssen, B. (eds.) Patty's Industrial Hygiene, 6th ed., vol. 3: Physical and biological agents. Hoboken, NJ: John Wiley & Sons, Inc.

*Peer-reviewed articles*

Camera, S., **Tufts, J.B.**, & Skoe, E. (2019). Noise exposure and background noise tolerance in listeners with normal audiograms. Journal of Speech, Language, and Hearing Research, 62, 2564-2570.

Skoe, E., Camera, S., & **Tufts, J.B.** (2019). Noise exposure may diminish the musician advantage for perceiving speech in noise. Ear and Hearing, 40(4), 782-793; doi: 10.1097/AUD.0000000000000665.

Skoe, E., & **Tufts, J.B.** (2018). Evidence of noise-induced subclinical hearing loss using auditory brainstem response and objective measures of noise exposure in humans.  Hearing Research, 361, 80-91.

**Tufts, J.B.**, & Skoe, E. (2018).  Examining the noisy life of the college musician: Weeklong noise dosimetry of music and non-music activities.  International Journal of Audiology, 57, Sup. 1, 20-27.

Sheffield, B., Brungart, D., **Tufts, J.B.**, & Ness, J. (2017).  The effects of elevated hearing thresholds on performance in a paintball simulation of individual dismounted combat.  International Journal of Audiology, 56, Sup. 1, 34-40.

Brammer, A., Yu, G., Bernstein, E., Cherniack, M., Peterson, D., & **Tufts, J.B.** (2014).  Understanding speech when wearing communication headsets and hearing protectors with subband processing. Journal of the Acoustical Society of America, 136, 671-681.

**Tufts, J.B.**, Chen, S., & Marshall, L. (2013).  Attenuation as a function of the canal length of custom-molded earplugs: A pilot study.  Journal of the Acoustical Society of America, 133(6), EL446-EL451.

**Tufts, J.B.**, Jahn, K., & Byram, J. (2012).  Consistency of attenuation across multiple fittings of custom and non-custom earplugs.  Annals of Occupational Hygiene, 57(5), 571-580.

**Tufts, J.B.**, Palmer, J.V., & Marshall, L. (2012).  Measurements of earplug attenuation under supra-aural and circumaural headphones.  International Journal of Audiology, 51(10), 730-738.

**Tufts, J.B.**, Hamilton, M.A, Ucci, A.J, & Rubas, J. (2011). Evaluation by industrial workers of passive and level-dependent hearing protection devices.  Noise and Health, 13(50), 26-36.

**Tufts, J.B.**, Weathersby, P.K, & Rodriguez, F. (2010). Modeling the United States government's economic cost of noise-induced hearing loss for a military population. Scandinavian Journal of Work, Environment, and Health, 36(3), 242-249.

**Tufts, J.B.**, Vasil, K., & Briggs, S. (2009). Auditory fitness for duty: A review. Journal of the American Academy of Audiology, 20, 539-557.
- ***Cited in The Hearing Journal's Best of 2009: Diagnostic Audiology***
- ***Synopses published by French trade journals Audio infos and Audiology infos***

Chung, K., **Tufts, J.B.**, & Nelson, L. (2009).  Modulation-based digital noise reduction for application to hearing protectors to reduce noise and maintain intelligibility.  Human Factors, 51(1), 78-89.

**Tufts, J.B.**, Weathersby, P.K., & Marshall, L. (2009).  Estimation of equivalent noise exposure level using hearing threshold levels of a population.  Ear and Hearing, 30(2), 287-290.
- ***Cited in The Hearing Journal's Best of 2009: Diagnostic Audiology***

Leek, M.R., Molis, M.R., Kubli, L.R., & **Tufts, J.B.** (2008).  Enjoyment of music by elderly hearing-impaired listeners.  Journal of the American Academy of Audiology, 19, 519-526.

**Tufts, J.B.**, & Molis, M.R. (2007). Roughness perception in normal-hearing and hearing-impaired listeners.  Journal of the Acoustical Society of America, 121(4), EL161-EL167.

Grant, K.W., **Tufts, J.B.**, & Greenberg, S. (2007).  Integration efficiency within and across sensory modalities by normal-hearing and hearing-impaired individuals.  Journal of the Acoustical Society of America, 121(2), 1164-1176.

**Tufts, J.B.**, Molis, M.R., & Leek, M.R. (2005).  Perception of dissonance by people with normal hearing and sensorineural hearing loss.  Journal of the Acoustical Society of America, 118(2), 955-967.

**Tufts, J.B.**, & Frank, T. (2003).  Speech production in noise with and without hearing protection.  Journal of the Acoustical Society of America, 114(3), 1069-1081.

### Technical reports and other publications

**Tufts, J.B.,** Parker, A., & Skoe, E. (2020).  Assessing the representativeness of weeklong 24-hour dosimetry.  NHCA Spectrum, 37(3), 1, 16-20.

**Tufts, J.B.** (2020). Recommendations for designing an efficient and effective localization training paradigm for use in a portable system for auditory situational awareness training.  CDC/NIOSH Contract No. N68335-18-C-0319. Department of Defense/Office of Naval Research.

DiFrancesco, J., & **Tufts, J.B.** (October 2018). Today's hearing technologies: Definitions, regulations, overlaps. Hearing Journal, 71(10), 46, 48-51.

**Tufts, J.B.,** & Giguere, C. (2018).  The river of aural serenity: Selected papers from the 2017 annual conference of the National Hearing Conservation Association.  International Journal of Audiology, 57, Sup. 1, 1-2.

**Tufts, J.B.** (2014). HPD Well-Fit: Comparison of REAT results under three circumaural headphone types. CDC/NIOSH Contract No. 214-2013-M-54656. Cincinnati OH: National Institute of Occupational Safety and Health.

**Tufts, J.B.** (2012).  For those about to rock.  ASHA SIG 8 Perspectives on Public Health Issues Related to Hearing and Balance, 13(1), 29-3.

**Tufts, J.B.** (2010).  How well must you hear…to be safe?  NHCA Spectrum, 27(2), 1, 6-7.

**Tufts, J.B.**, Weathersby, P.K., Marshall, L. & Sachs, F. (2007).  Model for estimating noise-induced hearing loss associated with occupational noise exposure in a specified U.S. Navy population. Technical Report No. 1247. Groton, CT: Naval Submarine Medical Research Laboratory.

Sachs, F., Weathersby, P.K., Marshall, L. & **Tufts, J.B.** (2007).  Model for estimating life-cycle costs associated with noise-induced hearing loss. Technical Report No. 1248. Groton, CT: Naval Submarine Medical Research Laboratory.

**Tufts, J.B.** (2003).  The effects of hearing protectors on speech. Update: Newsletter of the Council for Accreditation in Occupational Hearing Conservation, 15(3), 3, 10.

**Tufts, J.B.**, & Frank, T. (2000). Permissible noise levels in audiometric test rooms. Update: Newsletter of the Council for Accreditation in Occupational Hearing Conservation, 11(1), 1, 6.

## CONFERENCE PROCEEDINGS

Sheffield, B., Brungart, D., **Tufts, J**., & Ness, J. (2015). The relationship between hearing acuity and operational performance in dismounted combat. Proceedings of the Human Factors and Ergonomics Society Annual Meeting, 59(1), 1346-1350.

Brammer, A.J., Yu, G., Bernstein, E.R., Cherniack, M.G., **Tufts, J.B.**, & Peterson, D.R. (2011).  Intelligibility of speech corrupted by nonlinear distortion.  Proceedings of the 10th Congress of the International Commission on the Biological Effects of Noise as a Public Health Problem, London, UK, pp. 287-292.

Brammer, A.J., Yu, G., Bernstein, E.R., Cherniack, M.G., **Tufts, J.B.**, & Peterson, D.R. (2010).  Predicting the intelligibility of speech corrupted by nonlinear distortion. Canadian Acoustics, 38(3), 80-81.

Brammer, A.J., Yu, G., Bernstein, E.R., Peterson, D.R., Cherniack, M.G., & **Tufts, J.B.** (2009).  Monitoring sound pressure at the eardrum for hearing conservation.  Canadian Acoustics, 37(3), 108-109.

Brammer, A.J., Yu, G., Bernstein, E.R., Peterson, D.R., Cherniack, M.G., & **Tufts, J.B.** (2009).  Field measurement of sound pressure at the eardrum.  Inter-Noise 2009, Institute of Noise Control Engineering, Ames, IA, 1-7.

**Tufts, J.B.**, & Weathersby, P.K. (2008). User-friendly parameterization of an unscreened population dataset for the prediction of noise-related and age-related hearing threshold shifts. Proceedings of the 9th Congress of the International Commission on the Biological Effects of Noise as a Public Health Problem, IfADo, Dortmund, Germany, 138.

Geiger, M., **Tufts, J.B.**, Weathersby, P., & Marshall, L. (2007). A tool for quantifying noise hazard risk in system safety analysis.  Proceedings of the 25th International System Safety Conference, System Safety Society, Unionville, VA, 1-10.

## INVITED PRESENTATIONS

**Tufts, J.B.**, Blank, A., & Danielson, R. (2019). Audiologist roles and assessment options in the evaluation of auditory fitness for hearing-critical jobs.  One-hour learning module presented at the annual meeting of the American Academy of Audiology, Columbus, OH.

**Tufts, J.B**. (2019). <u>The noisy life of the college musician</u>. Colloquium series, Department of Speech, Language, and Hearing Sciences, University of Connecticut, Storrs, CT.
- *First of four short talks comprising <u>MusiConn: An acoustical, behavioral, and biological AuDyssey into noise exposure</u> with co-presenters Skoe, E., Parker, A., & Camera, S.*

Wilbur, J., Audette, W.E., **Tufts, J.B**., & Downs, Z. (2018). <u>Portable system for auditory situational awareness training</u>.  Podium presentation and demonstration at the 2018 Office of Naval Research Noise-Induced Hearing Loss Program Review.

**Tufts, J.B.,** Clavier, O., Audette, W., & Wilbur, J. (2018).  <u>Development and implementation of a military auditory fitness-for-duty test battery.</u> Podium presentation at the semi-annual meeting of the Acoustical Society of America, Minneapolis, MN.

**Tufts, J.B.** (2018).  Invited panel member, Professional Service Providers workshop at the annual meeting of the National Hearing Conservation Association, Orlando, FL.

**Tufts, J.B.** (2014).  <u>Helping your clients get the most out of their hearing protection devices.</u> Invited session of ASHA Special Interest Group 8: Public Health Issues Related to Hearing and Balance. One-hour seminar given at the annual meeting of the American Speech-Language-Hearing Association, Orlando, FL.

**Tufts, J.B.**, & Sheffield, B. (2013). <u>Applied research in hearing</u>. Guest lecture delivered to research methods course (instructor: MAJ Louis Nemec), Department of Engineering Psychology, United States Military Academy, West Point, NY.

**Tufts, J.B.**, Chen, S., & Marshall, L. (2013).  <u>Attenuation as a function of the canal length of custom-molded earplugs</u>.  Podium presentation at the semi-annual meeting of the Acoustical Society of America, Montreal, QB.

**Tufts, J.B.** (2013). <u>Hearing conservation in 90 minutes!</u> 6th Annual Leadership Conference, Speech-Language Pathology & Audiology: Research to Practice, Department of Communication Disorders, University of Massachusetts, Amherst, MA.

**Tufts, J.B.** (2012).  <u>Your hearing health</u>.  Podium presentation at Convocation, Department of Music, University of Connecticut, Storrs, CT.

**Tufts, J.B.** (2010).  <u>Auditory fitness for duty: Do you need to be able to hear a pin drop?</u>  Department of Occupational and Environmental Medicine, Yale University, New Haven, CT.

**Tufts, J.B.** (2009). <u>User satisfaction with Phonak Serenity hearing protection systems</u>.  Army Audiology and Speech Center, Walter Reed Army Medical Center, Washington DC.

**Tufts, J.B.** (2006).  <u>Hearing science and conservation laboratory overview</u>.  Innovations in Audiology Seminar, University of Connecticut, Storrs, CT.

**Tufts, J.B.** (2005). <u>Risks and costs of noise exposure in the U.S. Navy</u>. Seminar Series of the Institute for Hearing, Speech and Language, Northeastern University, Boston, MA.

**Tufts, J.B.** (2005).  <u>Hearing loss in the U.S. Navy: Risks and Costs</u>. Research Seminar in Language and Psychology, Departments of Linguistics, Psychology, and Communication Sciences, University of Connecticut, Storrs, CT.

**Tufts, J.B.** (2005).  <u>NIHL life-cycle cost study</u>. Department of Defense Hearing Conservation Working Group meeting, Aberdeen Proving Ground, MD.

**Tufts, J.B**. (2004). <u>The ear: A prelude</u>. Health Promotion in Schools of Music conference, Ft. Worth, TX.

**Tufts, J.B**. (2004). <u>Perception of dissonance by people with sensorineural hearing loss</u>. Department of Communication Sciences, University of Connecticut, Storrs, CT.

**Tufts, J.B.** (2002).  <u>Measures of speech production in noise with and without hearing protection</u>. Podium presentation at the Military Audiology Short Course (now JDVAC), Richardson, TX.

**Tufts, J.B.** (2001). <u>Speech spectra and the Speech Intelligibility Index with and without hearing protection in different background noise levels</u>. Seminar Series of the Institute for Hearing, Speech and Language, Northeastern University, Boston, MA.

## CONTRIBUTED CONFERENCE PRESENTATIONS

Parker, A., **Tufts, J.B**., & Skoe, E. (2020). <u>Comparison of different measures of noise exposure in college students</u>.  Poster presentation at the 2020 meeting of the National Hearing Conservation Association, Destin, FL.

Parker, A., **Tufts, J.B**., & Skoe, E. (2020). <u>Reliability of personal noise dosimetry</u>.  Poster presentation at the 2020 meeting of the Association for Research in Otolaryngology, San Jose, CA.

Skoe, E., Camera, S., & **Tufts, J.B**. (2019). <u>Increased auditory system gain in listeners with decreased background noise tolerance</u>.  Poster presentation at the 2019 meeting of the Association for Research in Otolaryngology, Baltimore, MD.

Skoe, E., Camera, S., & **Tufts, J.B**. (2019). <u>Noise exposure may diminish the musician advantage for perceiving speech in noise</u>.  Podium presentation at the 2019 meeting of the Association for Research in Otolaryngology, Baltimore, MD.

DiFrancesco, J., & **Tufts, J.B.** (2019). <u>Current hearing conservation practices for workers with hearing loss</u>.  Poster presentation at the 2019 meeting of the National Hearing Conservation Association, Grapevine, TX.

Camera S., **Tufts, J.B.,** & Skoe, E. (2018). <u>Noise exposure: Helpful or hurtful for background noise tolerance?</u> Poster presentation at the annual meeting of the American Academy of Audiology, Nashville, TN.

Clavier, O., Soil, S., **Tufts, J.B.,** & McIlwain, S. (2018).  Development of the Military Hearing in Noise Test: Test design and pilot study results. Podium presentation at the annual meeting of the Joint Defense Veterans Audiology Conference, Atlanta, GA.

Brungart, D., Battler, L., Williams, R., Galloza, H., Didon, J., Pead, P., Daut, J., Holmes, A., **Tufts, J.B.,** Saul, L., & Clavier, O. (2018).  A subjective evaluation of the most critical design factors in military hearing protection. Poster presentation at the annual meeting of the Joint Defense Veterans Audiology Conference, Atlanta, GA.

**Tufts, J.B.**, Audette, W., Clavier, O., Brungart, D., Zorn, A., & DiFrancesco, J. (2018).  MILSINT: Development of a sound recognition in noise test.  Podium presentation at the annual meeting of the National Hearing Conservation Association, Orlando, FL.

Skoe, E., **Tufts, J.B**, Njuki, C., Camera, S., Husereau, M., & Masi, R. (2017). Neurophysiological, behavioral, and dosimetric indices of noise exposure in musicians with normal audiometric thresholds. Poster presentation at the annual conference of the Association for Research in Otolaryngology. Baltimore, MD.

**Tufts, J.B.**, Skoe, E., Njuki, C., Husereau, M., Masi, R., & Camera, S. (2017). Examining the noisy life of the college musician. Poster presentation at the annual conference of the National Hearing Conservation Association, San Antonio, TX.

Skoe, E., & **Tufts, J.B.**, (2017). Musician advantage for speech in noise? Role of noise exposure. Poster presentation at the annual NeuroMusic Conference. Boston, MA.

Pead, P., Daut, J., Holmes, A., Saul, L., **Tufts, J.B.**, & Brungart, D. (2016). Subjective evaluations of active and passive hearing protectors by combat arms soldiers. Poster presentation at the annual conference of Joint Defense Veterans Audiology Conference, St. Louis, MO.

Murphy, W.A., **Tufts, J.B.**, Kelly, D., Mohanani, A., & Kulinski, D. (2016). HPD Well-Fit: Comparison of REAT results under three circumaural headphone types. Poster presentation at the annual conference of the National Hearing Conservation Association, San Diego, CA.

DiFrancesco, J., Tuthill, K., Lally, J., Quinn, A., **Tufts, J.B.**, Audette, W., & Clavier, O. (2016). Detection and recognition of non-speech sounds as part of an auditory fitness test battery. Poster presentation at the annual conference of the National Hearing Conservation Association, San Diego, CA.

**Tufts, J.B.**, Chen, S., & Marshall, L. (2014). Canal segment length of custom earplugs: Effects on attenuation (and comfort).  Podium presentation at the annual conference of the National Hearing Conservation Association, Las Vegas, NV.
- ***Winner, NHCA 2014 Outstanding Lecture Award***

Weathersby, P., & **Tufts, J.B.** (2014).  Characterizing median hearing losses for a new U.S. "reference population" in the ISO-1999 revision.  Poster presentation at the annual conference of the National Hearing Conservation Association, Las Vegas, NV.

**Tufts, J.B.**, & Palmer, J. (2012).  <u>Measurements of earplug attenuation under supra-aural and circumaural headphones</u>.  Poster presentation at the annual conference of the National Hearing Conservation Association, New Orleans, LA.

**Tufts, J.B.**, Jahn, J., Byram, J. & Swan, K. (2012).  <u>Consistency of attenuation across multiple fittings of custom and non-custom earplugs</u>.  Poster presentation at the annual conference of the National Hearing Conservation Association, New Orleans, LA.

**Tufts, J.B.**, Hamilton, M., Ucci, A., & Rubas, J. (2010).  <u>Employee experiences with two level-dependent HPDs</u>.  Poster presentation at the annual conference of the National Hearing Conservation Association, Orlando, FL.
- ***Winner, NHCA 2010 Outstanding Poster Award***

Yu, G., Brammer, A.J., Swan, K., **Tufts, J.B.**, Cherniack, M.G., & Peterson, D.R. (2010) <u>Relationships between the modified rhyme test and objective metrics of speech intelligibility</u>. Poster presentation at the semi-annual meeting of the Acoustical Society of America, Baltimore, MD.

**Tufts, J.B.**, Rodriguez, F., & Weathersby, P.W. (2009).  <u>Modeling the economic cost of NIHL in the U.S. military</u>.  Poster presentation at the annual meeting of the National Hearing Conservation Association, Atlanta, GA.

**Tufts, J.B.**, Weathersby, P.W., & Engratt, M. (2009). <u>Progress toward parameterizing a non-pristine population for age-related hearing loss predictions (ANSI S3.44-1996 Annex B)</u>.  Poster presentation at the annual meeting of the National Hearing Conservation Association, Atlanta, GA.

**Tufts, J.B.**, Weathersby, P.K, & Marshall, L. (2007). <u>Predicting hearing loss in a military population</u>. Podium presentation at the annual meeting of the American Auditory Society, Scottsdale, AZ.

**Tufts, J.B.**, Weathersby, P.K, & Marshall, L. (2007).  <u>Modeling the noise-induced hearing loss of a U.S. Navy population</u>.  Podium presentation at the annual meeting of the National Hearing Conservation Association, Savannah, GA.

**Tufts, J.B.**, & Molis, M.R. (2006).  <u>Perception of roughness by people with normal hearing and sensorineural hearing loss</u>.  Poster presentation at the semi-annual meeting of the Acoustical Society of America, Providence, RI.

Leek, M.R., Molis, M.R., Kubli, L.R., **Tufts, J.B.**, & Cord, M.T. (2005).  <u>Enjoyment of music by elderly hearing-impaired listeners</u>.  Poster presentation at the annual meeting of the American Auditory Society, Scottsdale, AZ.

**Tufts, J.B.**, Molis, M.R., & Leek, M.R. (2004).  <u>Perception of dissonance by people with sensorineural hearing loss</u>.  Poster presentation at the 8th International Conference on Music Perception and Cognition, Evanston, IL.

**Tufts, J.B.**, Molis, M.R., & Leek, M.R. (2004).  <u>Dissonance perception by listeners with sensorineural hearing loss</u>.  Poster presentation at the semi-annual meeting of the Acoustical Society of America, New York, NY.

**Tufts, J.B.** (2002).  <u>Speech spectra with and without earplugs</u>.  Poster presentation at the annual meeting of the American Academy of Audiology, Philadelphia, PA.

**Tufts, J.B.** (2002).  <u>Measures of speech production in noise with and without hearing protection</u>. Podium presentation at the annual meeting of the National Hearing Conservation Association, Dallas, TX.

**Tufts, J.B.**, & Frank, T. (2001).  <u>Hearing thresholds and hearing handicap in coal miners.</u>  Poster presentation at the annual meeting of the American Academy of Audiology, San Diego, CA.

Frank, T., & **Tufts, J.B.** (1999).  <u>ANSI Update: Revision of maximum permissible ambient noise levels for audiometric test rooms.</u>  Poster presentation at the annual meeting of the American Academy of Audiology, Miami Beach, FL.

**Tufts, J.**, & Frank, T. (1998).   <u>Effect of audiometric test room noise on monaural and binaural thresholds.</u> Poster presentation at the annual meeting of the Acoustical Society of America, Norfolk, VA.

**Tufts, J.**, & Frank, T. (1997). <u>Detection of simultaneous streams of running speech.</u> Poster presentation at the annual meeting of the Acoustical Society of America, University Park, PA.

Blood, I.M., Cavanagh, P.R., **Tufts, J.**, & Boddorf, D.J. (1997).  <u>Audiologic findings in a cohort of adults with diabetes</u>. Poster presentation at the annual meeting of the Acoustical Society of America, University Park, PA.


# <u>AWARDS AND CITATIONS</u>

**National Hearing Conservation Association 2014 Outstanding Lecture Award**
**Tufts, J.B.**, Chen, S., & Marshall, L. (2014). <u>Canal segment length of custom earplugs: Effects on attenuation (and comfort)</u>.
Awarded yearly for the podium presentation rated as highest in quality by attendees at the annual meeting of the National Hearing Conservation Association

**National Hearing Conservation Association 2010 Outstanding Poster Award**
**Tufts, J.B.**, Hamilton, M., Ucci, A., & Rubas, J. (2010).  <u>Employee experiences with two level-dependent HPDs</u>.
Awarded yearly for the poster presentation rated as highest in quality by attendees at the annual meeting of the National Hearing Conservation Association

**Two citations in Stach, B.A. (2010). The best of 2009: Diagnostic audiology. Pages 28-31 in Special issue: A guide to the year's best reading in audiology. <u>Hearing Journal, 63(6)</u>, 17-40.**
- Cited in the "Diagnostic Audiology: Great for the Clinician" category:
**Tufts, J.B.**, Vasil, K., & Briggs, S. (2009). Auditory fitness for duty: A review. <u>Journal of the American Academy of Audiology, 20</u>, 539-557.
- Cited in the "Diagnostic Audiology: Most Thought-Provoking" category:
**Tufts, J.B.**, Weathersby, P.K., & Marshall, L. (2009).  Estimation of equivalent noise exposure level using hearing threshold levels of a population. <u>Ear and Hearing, 30(2)</u>, 287-290.

**NHCA 2009 Scholarship Foundation Student Travel Awards**
Received by two graduate students in my lab, James Rubas and Amanda Ucci, to present their research at the annual NHCA conference.  Only five awards are given internationally each year

**NHCA Golden Lobe Award,** 2008
Awarded for meritorious service to the National Hearing Conservation Association over the previous year

**Nominee, Lessons for Success: Developing the Emerging Scientist,** 2008
Annual invitation-only conference to enhance young scientists' research training, co-sponsored by NIDCD and ASHA


## <u>SERVICE - NATIONAL</u>


**Associate Editor, International Journal of Audiology**, 2016-present

**Co-editor, NHCA Supplement Issue, Volume 57, International Journal of Audiology**, 2017

**National Hearing Conservation Association**
Leadership Advisory Team, 2015-present
Abstract Review Committee for 2018 NHCA conference, 2017
Immediate Past-President, 2014-2015
President, 2013-2014
President-Elect, 2012-2013
Music-Induced Hearing Disorders Task Force member**,** 2006-present
Member Delegate, Executive Council, 2007-2009

**National Hearing Conservation Association Scholarship Foundation**
Board of Directors, 2020-present
  *Coordinator of 2021 Student Research Award*
Secretary, Board of Directors, 2010-2012
  *Coordinator of 2012 Student Conference Award*

**Association of Adult Musicians with Hearing Loss**
Founding member, Board of Directors, 2004-2008

**Health Promotion in Schools of Music**
Member of 5-person U.S./Canadian expert panel, 2004
  *Mission to develop occupational health curriculum in hearing health for post-secondary music schools and departments accredited by the National Association of Schools of Music*

**Ad hoc peer reviewer, journals:**
Acta Acustica united with Acustica
American Journal of Audiology
Ear and Hearing

Experimental Psychology
International Journal of Audiology
Journal of the Academy of Rehabilitative Audiology
Journal of the Acoustical Society of America
Journal of Speech, Language, and Hearing Research
Military Medicine
Noise and Health

**Ad hoc peer reviewer, other:**
National Institute for Occupational Safety and Health Study Section, February 2022
FY21 Joint Warfighter Medical Research Program (JWMRP) Military Operational Medicine-2 peer review
     panel, August 2021
Select peer reviewer for Santucci, M., Chasin, M., Chesky, K., Fligor, B., Heche, M., LePrell, C., Malyuk, H.,
     Portnuff, C., Tannenbaum, L., & Wartinger, F. (2020). <u>Audiological services for musicians and
     music industry personnel</u>. Clinical consensus document, American Academy of Audiology.
Review committee for 2020 NHCA Scholarship Foundation Student Conference Awards, 2019
Abstract Review Committee for 2018 NHCA conference, 2017
External reviewer, Ph.D. dissertation, Rachel BouSerhal, Department of Mechanical Engineering, Ecole
     de Technologie Superieure, Montreal, QB, 2016
Discovery Grants Program, Natural Sciences and Engineering Research Council of Canada, 2016
External reviewer, Ph.D. dissertation, Eric Bernstein, UConn Health Center, Farmington, CT, 2013

## SERVICE – LOCAL

**Mansfield Center for Nursing and Rehabilitation,** 2006-2019
Storrs, CT
*Annually provide services for staff and residents at a local skilled nursing facility as part of classroom
outreach for SLHS 5323 Geriatric Audiology.  Services include hearing-aid troubleshooting, cognitive
screening, hearing screening, and education on hearing aid care for facility staff*

**Municipal Noise Control Board**, 2004
Takoma Park, MD
*Member of 7-person panel charged with adjudicating disputes relating to the City of Takoma's noise
control ordinance*

## SERVICE – UNIVERSITY OF CONNECTICUT

**College and university service**
 *Current:*
Faculty transfer liaison, 2013-present
Faculty evaluator for Education Abroad, 2013-present
 General Education Oversight Committee - Quantitative, 2010-present
 *Past:*
Cognitive science steering committee, 2007

**Departmental service**
  *Current:*
Chair, search committee for department head    2021-present
Promotion, tenure, and reappointment committee, 2012-present
Audiology curriculum committee, 2005-present
Au.D. admissions committee,     2005-present
Ph.D. admissions committee, 2005-present
  *Past:*
Search committee for assistant professor-in-residence, 2019-2020
Merit committee, 2015-2019
Chair, search committee for department head, 2018
Departmental space committee, 2014-2018
Undergraduate curriculum committee, 2005-2018
Chair, search committee for tenure-track position, 2014
Chair, search committee for assistant-professor-in-residence, 2014
Academic misconduct committee, 2011
NSSHLA faculty co-advisor, 2009-2013


## TEACHING EXPERIENCE – UNIVERSITY OF CONNECTICUT

**Graduate Courses**
SLHS 5323    Geriatric Audiology
SLHS 5355    Psychoacoustics
SLHS 5362    Advanced Speech Science II: Speech Perception
SLHS 6300    Independent Study in Speech, Language, and Hearing Sciences
SLHS 6319    Graduate Research Practicum
SLHS 6402    Industrial Audiology/Hearing Conservation

**Undergraduate Courses**
SLHS 2156Q    Speech and Hearing Science
SLHS 3299    Independent Study in Speech, Language, and Hearing Sciences
SLHS 4296W    Honors Thesis
SLHS 4249W    Introduction to Aural Rehabilitation (writing-intensive section)


## CLINICAL AND RELATED EXPERIENCE

**Army Audiology & Speech Center**, 2002-2003
Walter Reed Army Medical Center, Washington, DC
*Conducted comprehensive audiological evaluations of pediatric, adult, and geriatric clients*
*Prescribed and fitted contemporary hearing aids using real-ear verification techniques*
*Provided aural rehabilitative services including client counseling*
*Performed videonystagmography and rotary chair evaluations*

**Michael & Associates, Inc**., 1999-2001
Independent NVLAP-accredited laboratory specializing in the evaluation of hearing protection devices and communication systems
State College, PA
*Evaluated real-ear attenuation at threshold according to ANSI S3.19-1974 and ANSI S12.6-1997 for commercial hearing protection devices*

## PROFESSIONAL AFFILIATIONS

Acoustical Society of America
American Academy of Audiology
American Auditory Society
American Speech-Language-Hearing Association
Association of Adult Musicians with Hearing Loss
Council for Accreditation of Occupational Hearing Conservationists
National Hearing Conservation Association

April 2022