# EXHIBIT 54

```
 1            UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF FLORIDA
 3                  PENSACOLA DIVISION
 4    ************************
 5    IN RE:   3M COMBAT ARMS      Case No.
      EARPLUG PRODUCTS             3:19-md-2885
 6    LIABILITY LITIGATION
                                   Judge M. Casey
 7    This Document Relates        Rodgers
      to:
 8                                 Magistrate Judge
      All Wave 1 Cases             Gary R. Jones
 9
      ************************
10
11
12           Remote via Zoom Videotaped
13    Deposition of JENNIFER TUFTS, Ph.D., held
14    at the location of the deponent, commencing at
15    9:04 a.m., on the 23rd of June, 2022, before
16    Maureen O'Connor Pollard, Registered
17    Diplomate Reporter, Realtime Systems
18    Administrator, Certified Shorthand Reporter,
19    Notary Public.
20
21                       - - -
22
             GOLKOW LITIGATION SERVICES
23       877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com
24
```

```
 1   APPEARANCES:
 2
     AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
 3   BY:    DANIEL THORNBURGH, ESQ.
            17 East Main Street, Suite 200
 4          Pensacola, Florida 32502
            850-202-1010
 5          dthornburgh@awkolaw.com
            Representing the Plaintiffs
 6
 7   KIRKLAND & ELLIS LLP
     BY:    F. CHADWICK MORRISS, ESQ.
 8          1301 Pennsylvania Avenue, NW
            Washington, DC 20004
 9          202-389-5996
            chad.morriss@kirkland.com
10          Representing the Defendant and
            the Deponent
11
12   KIRKLAND & ELLIS LLP
     BY:    COLE CARTER, ESQ.
13          300 North LaSalle
            Chicago, Illinois 60654
14          312-862-1951
            cole.carter@kirkland.com
15          Representing the Defendant and
            the Deponent
16
17
     Also Present:
18
            Brian Marbut, Document Tech
19
            Danny Ortega, Videographer
20
21
22
23
24
```

```
 1                        INDEX
 2    EXAMINATION                                        PAGE
 3    JENNIFER TUFTS, Ph.D.
 4    BY MR. THORNBURGH                                     7
 5
 6
 7                      E X H I B I T S
 8    NO.         DESCRIPTION                           PAGE
 9    1     Notice to Take the Remote
            Deposition by Videoconference of
10          Jennifer Tufts, PhD...............            19
11    2     Expert Report of Jennifer Tufts,
            PhD...............................            30
12
      3     Defendants' Disclosure of Expert
13          Witness Pursuant to Case
            Management Order No. 31 (Wave
14          Order #1).........................            51
15    4     Test Data, Bates 3M-MDL000313390..            98
16    5     Document titled How Folding the
            Flanges Back Affects REAT
17          Results of the UltraFit Earplug
            End of the Combat Arms Plug,
18          July 10, 2000, Bates
            3M_MDL000019514 through 19519.....           118
19
      6     E-mail chain, Bates
20          3M_MDL000323109 through 23114.....           130
21    7     E-mail chain, Bates
            3M_MDL00210592 and 593............           137
22
      8     10/8/15 e-mail, Bates
23          3M_MDL000332111...................           146
      9     PowerPoint, NHCA Virtual
24          Conference, February 26-27, 2021..           153
```

| | | | |
|---|---|---|---|
| 10 | 12/13/2018 memorandum from Department of the Army............ | | 176 |
| 11 | July 30, 2019 Memorandum from the Department of the Air Force... | | 187 |
| 12 | E-A-RCAL Attenuation Test Report, Bates 3M_MDL000006952 through 6959....................... | | 193 |
| 13 | Deposition Video Clip............. | | 231 |
| 14 | 5/12/2000 e-mail, Bates 3M_MDL000258590................... | | 234 |
| 15 | PowerPoint, 3M_MDL000229331 and 229332........................... | | 240 |
| 16 | Michael & Associates, Inc., March 28, 2012 Hearing Protective Device Test Report, Bates 3M_MDL000005607 through 5618.............................. | | 244 |
| 17 | CAOHC, Update, titled Fitness for Duty........................... | | 259 |
| 18 | Sheffield, et al article, The effects of elevated hearing thresholds on performance in a paintball simulation of individual dismounted combat...... | | 261 |
| 19 | Document title Chapter 1, Hearing is Priceless.............. | | 275 |
| 20 | Abel article, Sound Attenuation of the Indoor/Outdoor Range E-A-R Plug........................ | | 282 |
| 21 | Abel, et al article titled An investigation of the attenuation provided by the Surefire EP3 Sonic Defender earplug............ | | 291 |

```
 1                        -  -  -
                 DEPOSITION SUPPORT INDEX
 2                        -  -  -
 3

     Direction to Witness Not to Answer
 4   PAGE   LINE
     None.
 5

 6

 7

 8   Request for Production of Documents
     PAGE   LINE
 9   None.
10

11

     Stipulations
12   PAGE   LINE
     None.
13

14

     Questions Marked Highly Confidential
15   PAGE   LINE
     None.
16

17

18

19

20

21

22

23

24
```

1  you had any conversations about this
2  litigation with any other person?
3       A.    No.
4       Q.    Now, Dr. Tufts, you're not a
5  medical doctor, right?
6       A.    No, I'm not.
7       Q.    You're not a laryngologist?
8       A.    I'm an audiologist.
9       Q.    You're not a
10 neurolaryngologist, correct?
11      A.    No, I'm not.
12      Q.    You're not a clinical --
13 currently not a clinical audiologist,
14 correct?
15      A.    I'm licensed clinically, but
16 I'm not currently seeing patients.
17      Q.    In fact, you haven't treated
18 patients as a clinical audiologist for quite
19 some time, right?
20      A.    That's correct.
21      Q.    And when you were a clinical --
22 when you were treating patients as a clinical
23 audiologist, you did that for a very short
24 period of time, right, one or two years?

1      A.     I did that for three years, and
2  then had seen patients as part of my training
3  before that.
4      Q.     Are you a doctor of audiology?
5      A.     An Au.D., no.
6      Q.     So you're not a doctor of
7  audiology, correct?
8      A.     I'm a Ph.D., not an Au.D.,
9  which is -- if I'm understanding you
10 correctly, then you're referring to the Au.D.
11 degree, and I don't have that degree.
12     Q.     You understood me perfectly.
13     A.     Okay.
14     Q.     You don't hold yourself out as
15 an expert in EPA regulations, correct?
16     A.     In EPA regulations?
17     Q.     Right.
18     A.     No.
19     Q.     You don't hold yourself out as
20 an expert in the Noise Control Act, correct?
21     A.     No, I don't hold legal
22 opinions.
23     Q.     You don't -- well, you
24 qualified that.

1           So you don't hold yourself out
2   in the community as an expert in the Noise
3   Control Act, correct?
4       A.   Correct.
5       Q.   And you're not holding yourself
6   out as an expert today, as an expert in the
7   Noise Control Act, correct?
8       A.   Well, I'm not sure whether
9   you're referring specifically to issues
10  concerning the noise reduction rating.
11      Q.   We're certainly going to talk
12  about that, and I'm not suggesting that you
13  don't have qualifications as a person with
14  experience in noise reduction rating.  My
15  question is different, though.
16           You don't hold yourself out as
17  an expert in the Noise Control Act?
18           MR. MORRISS:  Object to form.
19  BY MR. THORNBURGH:
20      Q.   Let me ask a better question.
21           You've never written about the
22  Noise Control Act, right?
23      A.   Well, to the extent that I have
24  written about the noise reduction rating.

1      Q.    And you haven't made any
2 changes to your expert report since you
3 signed and issued it on May 11th of 2022,
4 correct?
5      A.    That's right.
6      Q.    All right.  And you attached to
7 your expert report your curriculum vitae,
8 correct?
9      A.    Yes, I did.
10     Q.    And your CV or rèsumè shows
11 that you're currently at the University of
12 Connecticut as a full-time professor, right?
13     A.    Full professor, yes.
14     Q.    And you -- looks like you
15 received your bachelor's degree in
16 mathematics and music in 1991 at Holy Cross,
17 correct?
18     A.    Yes, that's correct.
19     Q.    And then in 1997 you received
20 your master's, is that right?
21     A.    Yes.
22     Q.    And you were at the
23 Pennsylvania State University?
24     A.    I was.

Jennifer Tufts, Ph.D.

1  Q. And your Ph.D. from
2  Pennsylvania State University as well, right?
3  A. That's correct.
4  Q. And you received that in 2001?
5  A. That's correct.
6  Q. You worked at Michael's lab for
7  a period of time, correct?
8  A. Yes.
9  Q. When did you work for Michael's
10 lab? I think it's on the last page of your
11 curriculum vitae, page 16. 1999 to 2001?
12 A. Yes.
13 Q. And you state on your CV that
14 while you were at Michael's -- or Michael &
15 Associates, Inc., you "evaluated real-ear
16 attenuation at threshold according to ANSI
17 S3.19 and ANSI S12.6-1997 for commercial
18 hearing protection devices."
19      Did I read that correctly?
20 A. Yes.
21 Q. And when you were with Michael
22 lab, what was your role?
23 A. My role was as a lab assistant,
24 and I also participated in some test panels.

1    So I did some of the testing and was a
2    participant in some of the testing.
3         Q.    Okay.  So you as an employee
4    and lab assistant at Michael's lab, you
5    sometimes were a test subject?
6         A.    Yes, sometimes I was.
7         Q.    How did Michael's lab choose
8    its test subjects who would participate in
9    either -- well, let's say in an ANSI S3.19
10   labeling study?
11        A.    I don't know what his policy
12   was on how he recruited his test panel.
13        Q.    Were you as a lab assistant at
14   Michael's lab a test subject in labeling
15   S3.19 studies?
16        A.    So, you know, it was a while
17   ago so my memory is a little bit fuzzy, but I
18   believe that I was a test panel member prior
19   to being employed by Dr. Michael, sort of --
20   not sure what the timeline is there, but I
21   believe I began as a test panel member, and
22   then eventually was hired as a lab assistant
23   and, you know, conducted testing in addition
24   to being a test panel subject, I believe.

Jennifer Tufts, Ph.D.

```
 1                  C E R T I F I C A T E
 2                I, MAUREEN O'CONNOR POLLARD, LSR
 3    #473, Registered Diplomate Reporter and
 4    Notary Public in and for the State of
 5    Connecticut, do hereby certify that there
 6    remotely came before me on the 23rd day of
 7    June, 2022, the person hereinbefore named,
 8    who was duly remotely sworn to testify to the
 9    truth of their knowledge concerning the
10    matters in this cause, and their examination
11    reduced to typewriting under my direction and
12    is a true record of the testimony.
13                I further certify that I am
14    neither attorney for or related or employed
15    by any of the parties to the action, and that
16    I am not a relative or employee of any
17    attorney or counsel employed by the parties
18    hereto or financially interested in the
19    action.
20                In witness whereof, I have
21    hereunto set my hand and seal this 28th day
22    of June, 2022.
23           _____
              MAUREEN O'CONNOR POLLARD, License #473
24            Registered Diplomate Reporter
```