# EXHIBIT 55

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS        ) Case No. 3:19md2885
EARPLUG PRODUCTS LIABILITY     )
LITIGATION                        )
                                  )
*This Document Relates to:*         ) Judge M. Casey Rodgers
*All Wave 1 Cases*               ) Magistrate Judge Gary R. Jones

## ADOPTION OF PLAINTIFF'S PRIOR GENERAL EXPERT REPORT

## RICHARD L. McKINLEY

## ORIGINALLY SERVED OCTOBER 9, 2020

## UPDTED NOVEMBER 20, 2020

## UPDATED JULY 6, 2021

## UPDATED DECEMBER 3, 2021

## UPDATED APRIL 11, 2022

**April 11, 2022**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | |
| EARPLUG PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | Case No. 3:19-md-2885 |
| | ) | |
| | ) | Hon. Judge M. Casey Rodgers |
| This Document Relates to All Actions | ) | Magistrate Judge Gary R. Jones |

**Rule 26 Case Specific Expert Report of Richard L. McKinley**

## I.   QUALIFICATIONS

I am a Biomedical Engineer and Acoustics SME with expertise in assessing the impact of noise in warfighting operations. I earned my Bachelor of Science in Biomedical Engineering from Vanderbilt University in 1975 and my Master of Science in Communications/Signal Processing from the Air Force Institute of Technology in 1986.

In 1976, I began my career in bioacoustics at Air Force Research Laboratory (AFRL) at Wright-Patterson Air Force Base, Ohio, where I worked as a government civilian until I retired in June of 2016.  Since then I have worked as a part-time contractor support AFRL and the F-35 Joint Program office. During my tenure at AFRL, and as Principal Acoustics Engineer for the 711 Human Performance Wing, Human Effectiveness (directorate) and lead of the Air Force Battlespace Acoustics program, I led the development of high-performance hearing protection, establishment of noise exposure criteria, measurement of intense noise fields, enhancement of voice communication performance, and development of 3-D auditory displays.

Among the achievements and breakthroughs accomplished during my tenure, AFRL created the world's first practical ANR headset, the first synthetic 3-D audio display, the first working direct fiber-optic microphone, and the first successfully demonstrated active noise cancellation of external aircraft flyover noise. The expansiveness of my involvement in Department of Defense acoustics-based work included my role as branch senior scientific advisor and lead of the joint AF/Navy team formed to address F-35 noise issues.  Today, I remain one of the world's top experts

1

for assessing the impact of noise to all warfighting operations. While at AFRL, I conducted numerous measurements to assess the performance of hearing protectors, including REAT, MIRE, and Impulsive Noise measurements. I also conducted statistical analyses in accordance with ANSI/ASA S12.6- 2008 (formerly ANSI S3.19-1974); ANSI/ASA S12.42-2010; and ANSI/ASA S12.68-2007. AFRL was also asked to perform testing on hearing protectors, at various times, by other branches of the Armed Services. This testing included testing linear and non-linear ear plugs, including the Combat Arms Version 2.0 ("CAEv2") that is the subject of the present litigation.

As to these and other testing standards, I was an active voting member on the ASA/ANSI working group that developed and oversaw ANSI 12.6, 12.42, and S12.68.  I also represented the United States Air Force on three ASA/ANSI accredited standards committees, S1, Acoustics, S3, Bioacoustics, and S12 Noise and currently chair four standards working groups: S1/WG4 Measurement of sound pressure levels in air; S1/WG15 Noise cancelling microphones; S3/WG94 Localization standards; and S12/WG53 High performance aircraft noise measurement. I am an approved/voted individual expert on S1, S3, and S12 accredited standards committees that oversee numerous working groups responsible for developing standards in acoustics. Following my career at AFRL, I have worked under contract as an F-35 Senior Acoustics SME.

I hold several leadership and honorary positions in professional organizations and societies within my discipline. In 1996, I was elected Fellow of the Acoustical Society of America. In 2010, I was selected as an AFRL Fellow in recognition of my substantial contributions in the critical area of bioacoustics in the fields of noise effects and human auditory information processing.[1] This designation is reserved for the top 0.3% of AFRL scientists and engineers. Along the way, I have had the honor of working with fellow hearing conservationists and acoustics and auditory human factors scientists. I have authored over 150 publications in acoustics and noise.  Additionally, I have held several Chair positions in ANSI Working Groups throughout my career.

---

[1] Nelson, Todd (2010). "Senior Scientific Advisor Earns Fellow Standing." Wright-Patterson AFB. https://www.wpafb.af.mil/News/Article-Display/Article/400002/senior-scientific-advisor-earns-fellow-standing/.

During my career I have published broadly in the area of bioacoustics. Notable publications include the following:

- Gallagher, H.L., Bjorn, V.S., and McKinley, R. L.,  Attenuation performance of double hearing protection devices, Acoustical Society of America, POMA Volume 11, pp. 040005 (August 2011).
- James, S.H., et al, Hearing Protection – Needs, Technologies and Performance, NATO Technical Report, RTO-TR-HFM-147, Nov 2010.
- Hall, J.A., McKinley, R.L., New Directions for Custom Earplugs, Proceedings Internoise 2005, Aug, 2005.
- Simpson, B. D., Bolia, R. S., McKinley, R. L., and Brungart, D. S., The impact of hearing protection on sound localization and orienting behavior. *Human Factors, 47(1), 188-198.* 2005.
- Nixon, C.W., McKinley, R.L. and Steuver, J.W., "Performance of Active Noise Reduction Headsets," *Basic and Applied Aspects of Noise-Induced Hearing Loss*, Dancer, Salvi, Henderson, and Hammernik, editors, Mosby Yearbook, 1990.

As an expert in the area of bioacoustics, I have presented papers on the topics of acoustic emissions from F-35A and F-35B aircraft and performance assessment of passive HPD for the American Institute of Aeronautics and Astronautics (AIAA) and AFRL, respectively. I have also presented my work on methods for measurement of noise emissions from high performance military jet aircraft at the National Conference on Noise Control Engineering.

I have received numerous awards and honors throughout my career. Most recently, I and several of my DoD colleagues received the Department of Defense (DoD) Standardization Program Award (MILSTD 1474E Noise Limits) in 2015. In 2014 I was a member of a team that received the AFRL 711th Human Performance Wing Scientific and Technical Achievement Award. My other awards and other achievements are detailed in my *curriculum vitae*, attached as Exhibit "A."

3

## II.       INTRODUCTION

Permanent hearing loss in the military is a condition that is preventable, yet 14% of veterans discharged from active duty after serving in Iraq and Afghanistan have been diagnosed with defined hearing loss.[2] During active duty, hearing loss is a significant factor in loss of awareness of acoustic events, loss of communication capability (particularly in low to moderate noise environments[3]), and loss of ability to detect quiet sounds (especially those at high frequencies). These losses can disqualify Service Members from certain job functions, including leadership positions commanding or directing tactical warfare or piloting an aircraft. Upon discharge, veterans with permanent hearing loss, tinnitus and other auditory issues to include hyperacusis will continue to suffer. Among the few options available, some veterans are prescribed hearing aids.[4] Unlike losses in visual acuity that can be mitigated with corrective lenses, hearing loss is more analogous to macular degeneration.  Hearing aids do not correct for loss of hearing sensitivity. They are more like a magnifying glass to a person with macular degeneration.  Hearing loss and tinnitus can also cause interpersonal problems both at work and home.[5] The human toll in quality of life relative to communicating with others, enjoying the soundscape of a national park, locating sound sources such as a car before crossing a street, and so on and so forth, are significant.

My lifelong goal, along with my colleagues in the Department of Defense and other government agencies such as the US EPA and NIOSH, has been to reduce and prevent duty related noise induced hearing loss in military and civilian service members.

---

[2] Swan, A.A., et al. (2017). "Prevalence of hearing loss and tinnitus in Iraq and Afghanistan Veterans: A chronic effects of neurotrauma consortium study." *Hearing Research*, vol. 349, p.4-12.

[3] Suter, A. *The Ability of Mildly Hearing-Impaired Individuals to Discriminate Speech In Noise*. Joint EPA/USAF Study. January 1978 (established foundational understanding of challenges faced by individuals with hearing loss experiencing difficulty with word discrimination with background noise particularly with frequencies greater than 2000 Hz, focusing in on the "speech-to-noise ration" component of speech discrimination).

[4] For more on prescribing hearing aids, see Theodoroff, Sarah M., et al. (2015). "Hearing impairment and tinnitus: Prevalence, risk factors, and outcomes in US service members and veterans deployed to the Iraq and Afghanistan wars." *Epidemiologic Reviews*, p.1-5; and Yankaskas, Kurt D., and Jeffrey M. Komrower (2019). "Military and industrial performance: The critical role of noise controls." *International Journal of Audiology*, vol. 58, no. 51, p.574-580.

[5] For more on this, see Casali, John G., et al. (2009). "A field investigation of hearing protection and hearing enhancement in one device: For soldiers whose ears and lives depend upon it." *Noise & Health*, vol. 11, no. 42, p.69-90; Yong, Jenica Su-ern, and De-Yun Wang (2015). "Impact of noise on hearing in the military." *Military Medical Research*, volume 2, no. 6, p.1-6; and Vannson, Nicolas, et al. (2015). "Quality of Life and Auditory Performance in Adults with Asymmetric Hearing Loss." *Audiology & Neurotology*, vol. 20, p.38-43.

### III.    ASSIGNMENT

I was retained by the Plaintiffs Steering Committee in *In re: 3M Combat Arms Earplug Prods. Liab. Litig.* (3:19-md-02885) to evaluate available facts, evidence, literature, documents, and other source information in furtherance of understanding the CAEv2 and providing my expert opinion on whether the CAEv2's risks, if any, outweighed its benefits. My analysis included a review of the design files and historical documents relating to the original ISL filter, the stem and adapter component part, and the two pre-existing plugs used for the dual-ended design sold to the military between 1999 and 2015.

I evaluated internal 3M/Aearo and 3M (collectively, "3M") documents as well as other literature and secondary sources. The latter included peer reviewed literature and testing data from the Department of Defense, Department of Energy, French-German Research Institute of Saint-Louis (ISL), and other national, international, and outside laboratories. My evaluation considered whether the CAEv2's design promoted and achieved initial fit and seal, as well as continued seal and whether the CAEv2's design provided proper and necessary noise attenuation and impulsive noise insertion loss (IPIL).

Finally, I considered whether 3M/Aearo    satisfied certain requirements under the Medical Procurement Item Description (MPID) 2003, *revised* 2006, as follows:

- – As to 2003 and 2006 MPIDs regarding testing, sampling for inspection at 100% on the nonlinear yellow end to be "verified by an acoustical impedance test"[6];

- – As to 2006 MPID regarding testing and efficacy, sampling for inspection of the linear green end under ANSI/ASQ Z1.4 (inspection level S-2) with AQL of 1.0%; and

- – As to 2006 MPID regarding efficacy, that the CAEv2 would provide the "user" with "protection" at sound pressure levels up to 190 dBP, even after the user has been exposed to 100 free-field noise impulses of 190 dBP, minimum.

I am being compensated for my time at a rate of $400.00 per hour.

### IV.    STATEMENT OF OPINIONS

Based on my education, experience, research, review, evaluation and analysis, I believe the following design defects were substantial contributing factors to auditory injuries sustained by

---

[6] I understand that 3M was required under MPID 2003 and 2006 to retain all "records of inspection" for a period of 3 years after delivery of the earplugs, including 3M/Aearo   subsidiary or sub-contractor TJR/ATM, and that records relating to impedance testing and quality control were not made available potentially due to 2-year retention policy. For MPID 2003's records policy, see DOD Touhy Production Document Touhy00000952. For MPID 2006's record's policy, *see* 3M_MDL000002017. For 3M's destruction of its quality records for the CAEv2, see Childress 30(b)6 Tr. 152:17-155:20 and 263:14-23.

users of the CAEv2 and that these defects present an unreasonable risk of auditory injury to the users.  My opinions are based upon a reasonable degree of scientific probability:

Opinion #1: The CAEv2 was defectively designed in that it contained an inflexible, hard, barbed and wide adapter assembly which was positioned deep within the flanged tips thereby preventing users from achieving a proper fit, seal and/or cause imperceptible loosening compromising continued seal.

Opinion #2: The CAEv2 was defectively designed because opposing flanges were too close to the inserted flanges which precluded users from achieving a proper fit, seal and/or cause imperceptible loosening compromising continued seal.

Opinion #3: The CAEv2 was defectively designed because the ISL filter, stem and adapter assembly were placed in a manner and location creating a significant, unintended and harmful standing resonance at high frequencies.

Opinion #4: In addition to these design defect opinions, I have the following opinion with regard to their compliance which the terms of the MPID:

1. 3M/Aearo failed to provide accurate quality assurance verification by an acoustical impedance test for all CAEv2 it sold on the nonlinear end as required by the 2003 and 2006 MPIDs.
2. 3M/Aearo made no effort to provide quality assurance in any manner, much less an acceptable REAT measurement on a required sample size, to ensure the quality of the linear end as required by the 2006 MPID.
3. 3M/Aearo made no effort to determine, much less verify, that the CAEv2 could provide users with protection at sound pressure levels up to 190 dBP, even after users had been exposed to 100 free-field noise impulses of 190 dBP, minimum. The Blast Overpressure Studies relied upon to make this assertion fail to provide a reasonable basis upon which to make such an assertion relating to the CAEv2.

## V.        STATEMENT OF ADDITIONAL OPINIONS

1. The manufacturer's REAT testing under ANSI S3.19 ("213015") documented in the "Flange Report" revealed unacceptable variability in attenuation for the CAEv2. The Standard deviation calculations in the 213015 study were consistently high across all tested frequencies, including extreme variability at low and high frequencies, resulting in the experimenter and 3M/Aearo lead scientists to internally document this variability and loss of acoustical seal.
2. Aearo's experimenter observed variability and minimal or loss of attenuation which is due to unintended acoustical leak. There were no documented tears, rips, or other physical explanations for an acoustical leak. Based on Aearo's Test 213015 results, it is reasonable

6

to conclude that the plug's design results in an unacceptable variability[7] across subjects as to attenuation characteristics, seen across multiple frequencies (including higher frequencies that is more uncommon). This placed 3M/Aearo on notice that there were design characteristics that should have been discussed and evaluated prior to proceeding with an adjusted ANSI 3.19 with flange roll-back. Significant variability in fit and seal will increase the likelihood that users will unwittingly suffer acoustic leaks, rendering the plug insufficient to provide expected attenuation.

3. The documentation relating to the design characteristics of the CAEv2 adequately support a reasonable conclusion that the CAEv2 is defective in design to include those I recite in my Summary of Opinions and Expert Report.

4. The CAEv2 contains a hard, plastic adapter stem connecting the linear and nonlinear ends, housing a filter providing nonlinearity protection for impulsive noise. The connecting adaptor has a diameter too wide and placed too deep into the ear canal, the widest barbed component part seated within the third flange in both directions. Reviewing the design drawings and related materials, it is reasonable to conclude that the width, shape and depth of the adaptor piece is incongruent with the human inner ear resulting in fit, seal and continued seal issues subjecting the plug to imperceptible loosening.

5. The loosening potential is exaggerated by the manufacturer's chosen material Delrin which is an inflexible plastic. The thin rubber stems and flanges of the plugs are not thick enough or soft enough to absorb these forces resulting in the expulsion force being applied more directly on the hard-plastic adaptor stem, resulting in a loosening effect on the plug.

6. The manufacturer had available designs and stem materials available, along with ANSI S3.19 Testing on plug tips, which would likely have improved fit and seal, minimized the potential for accelerated extended wear loosening, provided optimal attenuation and would provide a user with a safer and more effective protector. These include:

   a. Positioning the adapter stem more shallow in the plug;

   b. Using a stem configuration similar to those used in earlier (French/CAEv1) and later iterations of the CAE product line and/or competitor products;

   c. Using a shorter adapter stem as used in later CAE versions;

   d. Using a more flexible material like that used in the Ultraflex Semi-Aural Insert device, which used plug tips nearly identical to the green end of the plug, but used more flexible insert adapter stems, and the Ultrafit Plus, which used an identical tip to the Green End, yet achieved a higher NRR during ANSI S3.19 Testing.

   e. Designing the adapter stem with features that resulted in less contact with the inner ear canal, and less hard edges for forces to push against resulting in loosening forces being applied.

---

[7] In review of Dr. Dave Eddins' Report, statistical analysis was performed relating to Test 213015 (flanges not rolled back), 213017 (flanges rolled back) and other testing which reveal a statistically significant rate in the differences in attenuation of the CAEv2 from Test 214015 and intra-lab tests performed by Aearo/3M establishing variability which should have raised concerns and may have led to the abrupt termination of the REAT test at 8 subjects.

7. The CAEv2's design has opposing flanges that, when inserted, may contact the user's outer ear anatomy, including the tragus, anti-tragus and cochlea, creating deformation of the flanges.

8. Difficulty with proper initial fit and seal, as well as continued seal, would be expected.

9. After insertion, the opposing flanges, based on their well-understood material properties and physical characteristics, will attempt to retain their original shape, and exert longitudinal forces against the wearer's outer ear anatomy. In agreement with Newton's third law of motion, where every force has an equal and opposite force, it is reasonable to expect such user will suffer a "pulling effect" on the entire plug away from the aperture resulting in loosening of the plug.

10. The characteristics of a user's inner ear and outer ear determine the nature of the push out and pull out forces applied to the plug based on its design characteristics. These effects are described in the "Flange Report".

11. Complicating matters further, it is reasonable to conclude that the protrusion of more than half (50%) of the CAEv2 outside of the aperture of the user's ear would have created a toggle or fulcrum effect by which forces were exerted, particularly under physical movement conditions, that added to the loosening effect caused by defects which were already causing push-out and pull-out in users.[8]

12. Taken together, it is reasonable to conclude that the CAEv2 suffered from both a defect in design relating to the adapter stem and opposing flanges which, independently and/or collectively, caused users to gain proper fit and seal, continued seal, and caused imperceptible loosening of the plug, decreasing attenuation and protection from hazardous noise.

13. The data received from Test 213015 should have raised concerns regarding the design choices that had been made for the CAEv2.

14. 3M/Aearo should have drawn upon significant experience in designing and testing the very plug tips used in the CAEv2 when confronted with the poor outcome of Test 213015.

15. The manufacturer developed and tested predecessor plugs (UltraFlex/UltraFit Plus and UltraFit) with satisfactory attenuation. However, when those tips were combined to make the CAEv2 and Test 21305 revealed very poor attenuation and high variability, revealing fit and seal concerns during testing phases, the manufacturer should have re-designed the plug instead of changing the insertion technique to gain a higher noise reduction rating.

16. The manufacturer, further, understood the importance of (and promised) a quality testing program to assure the yellow level-dependent end of the plug would provide the insertion loss required for impulsive noise for users. An Acoustic Resistance Checker (ARC), the test was considered critical in determining efficacy yet the government appears to have been never apprised of serious problems with the testing setup, process and procedure,

---

[8] As described in Section IV of the Report of Eric Rose (Aearo/3M failed to account for the effect of moving the center of gravity outward with the design of the dual-ended CAEv2 compared to the single ended combat arms plug shifting).

8

input/output data, presence and prevalence of out of specification results, provision of waivers and other information to make a judgment as to the quality of ear protector the government was receiving.

17. Documents and testimony relating to quality testing program reveal significant problems with the testing devices and plugs testing well out of quality specification ranges. This appeared to occur whether the ARC boxes were purportedly properly calibrated, mis-calibrated, or uncalibrated; and whether the testing occurred in Mexico or Indianapolis.

18. At one point, over 80% of plugs were reported as having tested out of specification, however, there is no documentation revealing that the government was made aware.

19. Plug dimensions which can alter ARC results are likewise critical in a user's protection from hazardous noise.

20. Based on a review of the noise propagation through the CAEv2, as supported by test outputs from IPIL testing done on the CAEv2, a problematic resonance appears. It is reasonable to expect that this frequency would cause an unintended risk to the user at high frequencies. Resonance observations in testing demonstrate that the filters design and positioning was suboptimal and constituted a design failing.

21. The manufacturer was obligated to test the linear end of the CAEv2 for attenuation under ANSI Z1.4 which if failed to do.

22. Assurances made to the government that the CAEv2 would provide the user with protection for up to 100 rounds, free-field, at 190 dBP was never tested or substantiated.

I hold these opinions to a reasonable degree of scientific certainty. Further, I have reviewed the Expert Reports issued by Dave Eddins, Steve Armstrong, Eric Rose and Dave Madigan and find that the results in those Reports are consistent with my opinions.

## VI.   INTRODUCTION

### 1.   HEARING CONSERVATION IN THE MILITARY

#### a.   Brief History of Military Hearing Conservation Program Lineage

Innovations in military aeronautics and propulsion, including advent of the jet engine in the late 1940s, introduced hazardous noise sources that gave rise to additional efforts to protect service members from acoustic injuries. These efforts culminated in the creation of hearing conservation programs within the Department of Defense starting with the Air Force (1948) and followed by the Navy (1955)[9] and Army (1956).  The Air Force undertook a leadership role in advancing hearing conservation in the military by being the first to issue mandatory hearing conservation measures.  Thereafter, each of these services revised their hearing conservation program guidelines

---

[9] Bohnker, Bruce K., et al. (2002). "U.S. Navy and Marine Corps hearing conservation program, 1995-1999: Mean hearing thresholds for enlisted personnel by gender and age groups." *Military Medicine*, vol. 167, no. 2, p.132.

to comply with the 1978 DoD Instruction (Department of the Navy, 1979; Department of the Army, 1980; Department of the Air Force, 1982).

Additional changes included an updated hearing conservation program instruction promulgated as 6055.12 (DoD, 1987). DoD mandated that uniformed services comply with OSHA regulations, but military standards and criteria were actually more stringent.[10] For example, the DoD regulation exposure criterion for continuous noise is 85 dBA, while the OSHA criterion is 90 dBA for an 8-hour day. Additionally, OSHA uses a 5 dB per doubling exchange rate (i.e., 95 dBA would be allowed for 4 hours), while the DoD uses a 3 dB per doubling exchange rate (i.e., 88 dBA would be allowed for 4 hours). Major components of military hearing conservation programs are directed towards reducing negative effects of noise on servicemembers and include noise exposure monitoring, engineering and administrative controls, audiometric evaluation, use of hearing protection devices, education and motivation, record keeping, and program evaluation.[11] Although the minimum requirements set forth by the DoD instruction 6055.12 applies to all branches within the Armed Services, the same allows each branch to develop specific regulations.[12]

### b.  Army Hearing Conservation Program[13]

The U.S. Army has its own hearing program, which is outlined in Department of the Army Pamphlet 40-501, "Medical Services – Hearing Conservation Program" (DA-PAM 40-501). DODI 6055.12, the Army published Technical Bulletin, Medical (TB MED) 501. This document was in response to DODI 6055.12 and was updated in 1987 to implement new requirements by the 1983 Federal Noise Amendment. The new policy identified specific roles and responsibilities within a hearing conservation program and thereby paved the way for the first enforceable regulation to be

---

[10] See Nixon, Charles W. (1998). "A glimpse of history: The origin of hearing conservation was in the military?" United States Air Force Research Laboratory, report AFRL-HE-WP-SR-1998-0005.

[11] Centers for Disease Control and Prevention. In: Franks JR, Stephenson MR, Merry CJ, eds. *Preventing Occupational Hearing Loss: A Practical Guide*. Cincinnati, OH: National Institute for Occupational Safety and Health; 1996.

[12] See AFI 48-20 Occupational Noise and Hearing Conservation Program, *revised to AFI 48-127 (2016)*; DA PAM 40-501 - Army Hearing Program); MCO 6260.3 Series - Marine Corps Hearing Conservation Program; OPNAVINST 5100.19 Series - Hearing Conservation (Afloat); and OPNAVINST 5100.23 Series - Hearing Conservation (Shore).

[13] To aid the Court and Jury, I provide an additional section briefly outlining some important aspects of the Army Hearing Conservation Program understanding that initial trials focus on Army veterans.

published on the subject. Revised in 1998, and most recently in 2015[14], other controlling documents were issued during interim periods, including Special Text Number 4-02.501, "Army Hearing Program" ("ST 4-02.501")(2008).[15] The Army HCP "protects the employee from hearing loss due to occupational noise exposure."[16] DA-PAM 40-501 lays out the requirements for implementing the HCP, the responsibility for which is delegated to the command level. Every installation level commander is responsible for appointing an Audiologist or another individual from the occupational medicine staff to act as the Hearing Conservation Program Manager (HCPM), who in turn is responsible for implementing the HCP as outlined in the pamphlet.[17] The Army HCP also requires the following important action items:

- industrial hygienists are to take accurate measurements of the peak sound pressure levels and TWA of noise exposed personnel in all suspected noise hazardous areas, such measurements to be re-assessed yearly[18];
- all personnel exposed to steady state noise at a TWA of at least 85 dB or impulse noises of 140 dBP and greater are monitored[19];
- Industrial hygienists to engineer controls to reduce harmful noises[20];
- all personnel, working in or visiting noise hazardous areas must have HPDs with them at all times[21];
- In line with DoDI 6055.1, personnel have a right to choose the HPD they prefer, "unless their selection is medically contraindicated or inappropriate for a particular noise-hazardous environment."[22]
- Requirements for HPDs in continuous noise are as follows:
  - From 85 dB TWA to 108 dBA TWA, single hearing protection
  - From 103 dB TWA to 108 dB TWA, double hearing protection[23]
- adopts the requirements for impulse noise set out in MIL-STD-1474D, which are as follows:
  - From 140 dBP to 165 dBP, personnel must wear hearing protection
  - From 165 dBP but less than or equal to curve Z, personnel must wear double hearing protection
  - Exposure above curve Z require approval from the Surgeon General of the Army[24]

---

[14] Medical Services - Hearing Conservation Program (DAP 40-501) (1998) and Army Hearing Program (DAP 40-501) (2015).
[15] Army Hearing Program ST 4-02.501 (2008).
[16] DA-PAM 40-501 (1998) at p.8.
[17] *Id.* at p.6
[18] *Id.* at p.9
[19] *Id.* at p.9
[20] *Id.* at p.6
[21] *Id.* at p.8
[22] *Id.* at p.10
[23] *Id.* at p.10
[24] *Id.* at p.29.

### c.   Military Specific Noise Environments and Exposure

The military environment includes a broad range of noise sources, which can generate exposures which may be in excess of an equivalent level of 85 dBA over 8 hours.[25] Noise sources may be hazardous to our Service Members depending upon, among other things: the noise source; the nature of the acoustic wave forms being emitted; the intensity or level of the noise or sound; and the duration of the noise or sound.  Relative proximity to a noise source will affect the level of the sound which reaches a Service Member. Environmental factors may also increase or decrease noise propagation, including sound attenuation caused by reflection over ground[26], surface or barrier absorption, acoustic shadows caused by waveform diffraction, and increases in noise exposure caused by reverberation. Additionally, accumulation of noise dose occurs as the levels integrated over the exposure times. In the Army, soldiers may be exposed to stead state or continuous noise in excess of 85 dBA for extended periods of time.[27] Additionally, Service Members may also be exposed to impulsive noise in excess of 140 dB, a level determined to mark a peak decibel level above which a soldier without hearing protection is at potential risk of auditory injury.

---

[25] Yong, Jenica Su-ern, and De-Yun Wang (2015). "Impact of noise on hearing in the military." *Military Medical Research* vol. 2, no. 6, p.1.

[26] Wiener, Francis W., and David N. Keast (1959). "Experimental Study of the Propagation of Sound Over Ground." *Journal of the Acoustical Society of America*, vol. 31, p.724.

[27] TG250, Army Readiness through Hearing Loss Prevention (2014). US Army Public Health Command at p.3.



Figure 1: TG250, Army Readiness through Hearing Loss Prevention, US Army Public Health Command, July 2014

The noise level reference chart shows both continuous noise levels and impulsive noise levels. The DoD's hazardous noise exposure limits are a level of 85 dBA for 8 hours, or the equivalent level. Exposures above this level or its equivalent must be mitigated by hearing protection or reducing the exposure level and/or time. As reflected in the above noise level reference chart, almost every weapon used by the military generates impulsive noises over 140 dB.

Though some Military Occupational Specialties (MOS) are potentially more likely to place an Army soldier at increased exposure to either hazardous steady state, impulsive noise or both, a preponderance of auditory injury for Army personnel occurs due to impulsive noise sources during training exercises. During peacetime, exposure to impulsive noises above occurs in training which also includes annual weapons qualification on the range. Though noises generated by military operations are potentially hazardous, the hazard can be mitigated through the appropriate use of effective hearing protection and application of the principles of hearing conservation, including

13

evaluation and noise abatement efforts by industrial hygiene. Conventional hearing protection devices can provide acceptable, safe protection in military environments.[28]

## 2. Principals of Industrial Hygiene

Industrial hygiene is the science of anticipating, recognizing, evaluating, and controlling workplace conditions that may cause injury or illness. The Environment, Safety, and Occupational Health (ESOH) Community is sponsored by the Office of the Deputy Under Secretary of Defense (Installations and Environment) and the DoD Acquisition ESOH Integrated Product Team. This ESOH Community supplements DoD-level policy in DoDI 5000.02, *Operation of the Defense Acquisition System*, and guidance in the Defense Acquisition Guidebook and provides best practices and resources on how to integrate ESOH considerations into the systems engineering and acquisition processes. The acquisition Program Manager (PM) is required to prevent hazards where possible and manage their associated ESOH risks where hazards cannot be eliminated as part of the acquisition program's overall cost, schedule, and performance risk reduction. The DoD employs ESOH risk management during system acquisition and sustainment to provide our warfighters the best equipment possible for executing its mission requirements of national defense.[29] In the Army, personal protective equipment (PPE) is turned to when engineering or administrative controls are not feasible. Personal protective equipment can be used to protect individuals. PPE is utilized only when hazards cannot be eliminated or reduced with engineering and administrative controls as demonstrated by the Hierarchy of Controls[30] as shown in the figure below.

---

[28] Casali, J., Berger, E. (1996). "Technology Advancements in Hearing Protection Circa 1995: Active Noise Reduction, Frequency Amplitude-Sensitivity, and Uniform Attenuation." *American Industrial Hygiene Association Journal*, vol. 57, no. 2, p.175-85.
[29] "Welcome to Our Community" (n.d.). Acquisition Community Connection, Environment Safety, and Occupational Health (ESOH). https://www.dau.edu/cop/esoh/SitePages/About.aspx.
[30] "Personal protective equipment" (2019), Army Publish Health Center (APHC). https://phc.amedd.army.mil/topics/workplacehealth/ih/Pages/Personal-Protective-Equipment.aspx.



Figure 2 "Personal protective equipment" (2019), APHC.

The Army Public Health Center provides significant information on Army health issues.  The website has a page "Hearing Readiness and Conservation."[31]  "The Army Hearing Program (AHP) provides information on hearing, hearing loss prevention, hearing protection, DOEHRS-HC, hearing monitoring, and reducing noise hazards. The AHP consists of four components: Hearing Readiness, Operational Hearing Services, Clinical Hearing Services, and Hearing Conservation."

### a.   Impulsive Noise as a Risk for Acoustic Injury

Impulse noise presents a special challenge for hearing conservation.  Permanent hearing loss can occur from a single high intensity impulse or from exposure during weapons qualification on range while wearing inadequate hearing protection. Accurately assessing the hearing damage risk and associated noise doses for both short and long duration impulses is important for controlling the noise exposures to conserve hearing sensitivity.  For situations such as a firing range, analyses can be conducted to establish the allowable number rounds to be fired based on the type of weapon being fired while taking into account other firing on the range, positions, hearing protection, and the other factors that affect noise exposure. Sounds or noises encountered in the military are often broad band and cover a wide frequency range for continuous noises.  The damage from over exposure to broad band continuous noise usually begins in the 2-4 kHz range and spreads both upward and downward in frequency as the loss grows over time.  Impulsive noises typically have a unique rise time and duration and can generate energy in higher or lower frequency ranges dependent on the duration.  The long duration impulses such as those generated by artillery and

---

[31] "Hearing Readiness and Conservation" (2019). Army Public Health Center (AHPC). https://phc.amedd.army.mil/topics/workplacehealth/hrc/Pages/default.aspx.

mortar firing as well as shoulder launch missiles and IEDs typically generate more low frequency energy. The shorter duration impulses associated with small arms firing generate more high frequency energy and therefore can be more damaging, for equal level impulses, than the long duration impulses.

### b.  Effect of Air Leaks in Ear Plugs

Air leaks may arise when earplugs fail to seal properly in the ear canal.[32] All hearing protectors require an air-tight seal and must fit the ear canal perfectly to block sound from reaching the inner ear.[33]  If flanges fail to adequately seal to the ear canal walls then the dominant transmission path will be through the leak(s) around the flange. This is true even if the flanges form a patent seal further into the ear canal.[34]  Poorly fit protectors have low REAT attenuations and may provide only a few decibels of protection against high-level impulses.[35] A slit leak may provide little or no attenuation in continuous noise environments of 80 to 120 dB SPL.[36] A significantly loose earplug which has lost its seal may in fact cause resonance or amplification of noise amounting to an additional loss of attenuation in the low to middle frequencies.[37] With respect to insertion loss measurements for impulsive noise, leaks introduced by an experimenter using a miniature microphone inside the occluded ear canal can show dramatically reduced insertion loss.[38]

### c.  Noise Induced Hearing Loss and Tinnitus

---

[32]  3M_MDL000774997
[33] Berger, E. (2011). "Custom Hearing Protection Have It Your Way . . . Maybe." *Industrial Hygiene News*.
[34] Murphy, William, and Elliott Berger (2006). "Results of the National Institute for Occupational Safety and Health Administration / Environmental Protection Agency (NIOSH/EPA) interlaboratory comparison of American National Standards Institute 812.6-1997 Methods A and B.". The Journal of the Acoustical Society of America, vol. 125, no. 5, p.1-22.
[35] See Royster JD. et al. (1996). "Development of a new standard laboratory protocol for estimating the field attenuation of hearing protection devices. Part I. Research of Working Group 11 Accredited Standards Committee S12 Noise." *Journal of the Acoustical Society of America*, vol. 99, p.1506-1526. See also Murphy William J., and Randy L. Tubbs (2007). "Assessment of noise exposure for indoor and outdoor firing ranges." Journal of Occupational and Environmental Hygiene, vol. 4, no. 9, p.688-697; and Murphy, William J., et al. (2009). "An analysis of the blast overpressure study data comparing three exposure criteria." Survey Report EPHB 309-05H. National Institute for Occupational Safety and Health. Cincinnati, OH.

[36]  Murphy, William J., et al. (2014). "Measurement of impulse peak insertion loss for four hearing protection devices in field conditions." *International Journal of Audiology*, vol. 51, no. 01, p.1-30.
[37] *See* 3M_MDL000371548
[38] *See* 3M_MDL000335736 at p.58 and 3M_MDL000322632.

Both hearing loss and tinnitus are known injuries associated with exposure to noise hazards among our military who served in Iraq and Afghanistan.[39] When a soldier is exposed to noise beyond well-established noise limits, the damage can be temporary or permanent and can occur in multiple ways, including metabolic fatigue of the hair cells and supporting structures in the cochlea or mechanical damage to auditory structures. These structures include the tympanic membrane, middle ear ossicles and cochlear anatomy (including the basilar membrane and outer steriocilia). Tinnitus may occur independent of hearing loss that is determined by audiogram, described by Packer et al. as within auditory dysfunction.[40] Typically, metabolic fatigue related hearing loss, is due to continuous noises. Common continuous noise sources in the military include: vehicles; engines and helicopters. However, metabolic fatigue related hearing loss may also occur due to over exposure to sequential small arms fire, such as automatic weapons or firing on a range for qualification or training where multiple personnel are firing nearly simultaneously. These types of environments can cause metabolic stress, especially if the attenuation of the hearing protector is inadequate for the noise levels and exposure times. At high intensities, typically with large impulses, the mechanical mechanisms of hearing loss can become more prevalent and acoustic trauma and/or hearing loss from a single event or series of events.[41]

### 3.   MILITARY NOISE EXPOSURE STANDARDS AND CRITERIA

The DoD and service hearing conservation programs define the noise exposure criteria for both continuous and impulsive noises. These criteria along with the noise attenuation of hearing protectors are used in assessing noise doses in an effort to eliminate over exposure and therefore reduce/minimize service-related noise induced hearing loss. In the military environment, reduction of noise levels and associated noise exposures through the use of engineering controls is usually an impractical solution. Hazard probability levels and risk assessment matrix, as referred to in MIL STD 882E and the Army's TG351A (vol. 1-acoustic energy), are metrics utilized to determine and quantify noise hazardous sources and environment. The recent Army Hearing

---

[39] Swan, A.A., et al. (2017). "Prevalence of hearing loss and tinnitus in Iraq and Afghanistan Veterans: A chronic effects of neurotrauma consortium study." *Hearing Research*, vol. 349, p.4-12.
[40] *Id.*
[41] Rabinowitz, Peter M. (2000). "Noise-Induced Hearing Loss." *American Family Physician*, vol. 61, no. 9, p.2749.

Memo "Interim Impulse Noise Damage Risk Criterion" outlines the Army's shift from MIL STD 1474E to a form of MIL STD 1474D.[42] The criterion carries over all MIL STD 1474E basic impulse noise measurement requirements while also utilizing the AHAAH model. The Army Research Laboratory (ARL) of Aberdeen Proving Ground is a proponent of AHAAH, though Army Aeromedical Laboratory (USAARL) of Fort Rucker has tested and published its findings that AHAAH is premised upon unproven methodologies.[43] General consensus within DOD and academia supports $L_{Aeq}$,8h or $L_{Aeq}$,100ms.[44] This includes not only the Air Force and Navy/Marines, but also US allies including France and NATO.[45] However, based on defective characteristics of CAEv2 described herein, the plug contained unique characteristics that significantly reduced the allowable number of rounds that a soldier could be subjected to thereby exceeding the limit recommended under any of the current standards referenced.

### a.  History and Evolution of Standards to Assess Hazards for Auditory Injury

At the request of the DoD, the National Academy of Sciences – National Research Council (NAS-NRC) established a special committee to respond to questions and issues dealing with human exposure to noise. The committee was called the NAS-NRC Armed Services Committee on Hearing, Bioacoustics, and Biomechanics (CHABA).  The committee was jointly organized by the three services in December 1952.   CHABA undertook to consider a number of factors and challenges in addressing the newly recognized noise hazardous conditions near and around jet engines, including: the effects and controls of noise; auditory discrimination; speech communication; fundamental mechanisms of hearing; and auditory standards.[46]

### 1)  Development of Damage Risk Criteria for Impulsive Noise

---

[42] See Amrein, Bruce E., and Tomaz Letowski (2012). "High level impulse sounds and human hearing: Standards, physiology, quantification." Army Research Laboratory, report ARL-TR-6017.
[43] *Id.*
[44] *Id.*
[45] *Id.*
[46] See Chaillet, Robert F., et al. (1964). "High-intensity impulse noise: A major problem," Human Engineering Laboratories, Aberdeen Proving Ground, Maryland, US Army Technical Note 4-64, p.29; Nixon (1998), p.4. McKinley, Richard L. (2010). "Auditory and acoustic research and development at the Air Force Research Laboratory." *Acoustics Today*, vol. 6, no. 1, p.22; and Chan et al. (2016), p.61.

Damage risk criteria (DRCs) for continuous noise rely upon epidemiologic analyses of populations of persons exposed over several years to noise in occupational environments.[47]   The consensus exposure criterion for continuous noise is 85 dBA, 8 hours, with a 3 dB per doubling exchange rate, i.e. equal energy.   The lack of human impulsive only exposure vs permanent hearing threshold shift data and the lack of detailed waveform vs temporary threshold shift for a variety of impulsive noises has led to the establishment of several DRC models. The following is a review of the development of the DoD damage risk criteria for impulsive noise.

    *i.*    *Waveform parameter-based DRCs for impulsive noise exposure*

In 1955 and 1957, Dr. Henning Von Gierke[48], the fourth recipient of the NHCA Award for Outstanding Contributions to the Field of Hearing Conservation, published groundbreaking work in the area of noise exposure criteria.[49] These early publications led to the first national criteria on "Hazardous Exposure to Intermittent and Steady State Noise," published by CHABA in 1965.[50] In 1968, "Proposed Damage-Risk Criteria for Impulse Noise (Gunfire)" was developed and published with extensive input from the Army.

Starting in 1995 until 1997, Army researcher Dan Johnson and the US Army Aearomedical Research Laboratory (USAARL) conducted a series of studies using human test subjects "to determine the safe limits of occupational exposure while wearing hearing protection".[51]   These studies are known as the Blast Overpressure Studies (BOP). Johnson tested two nonlinear earplugs for this study: the Rucker Plug designed by USAARL and "a nonlinear plug designed at the French-German Research Institute of Saint-Louis (ISL), France"[52]. The ISL plug was also known as the "French no.1 plug" and was "a modification of the triple-flange E.A.R Ultrafit" plug that

---

[47] See Murphy, William James, and Richard McKinley (2012). "A case for using A-weighted equivalent energy as a damage risk criterion for impulse noise exposure." *The Journal of the Acoustical Society of America*, vol. 131, no. 4, p.1-29. See also ANSI/ASA S3.44 2016/Part 1/ISO 1999:2013 (MOD) (specifies method for calculating expected noise-induced permanent threshold shift at threshold levels for adult populations due to levels/durations of noise exposure, applicable to noise frequencies less than 10000 Hz - sound pressures exceeding 200 Pa (140 dB relative to 20 µPa) is recognized as extrapolation).

[48] Dr. Von Gierke was the Division Chief for Bionics and Bioengineering Division of the Aerospace Medical Research Laboratory when I was hired on in 1976.

[49] Von Gierke, H. (1955). "Criteria for Short Time Exposures to High Intensity Jet Aircraft Noise"; And Von Gierke, H. (1957). "Criteria for Work Spaces, Living Spaces, and Other Airbase Areas."

[50] Nixon (1998).

[51] 3M_MDL000014015 at p.18.

[52] *Id.* at p.72.

"consisted of shortening the stem by 8mm and putting the filter designed at ISL, St Louis, France, in the front end of the plug".[53]

In 1997, a revised military standard incorporating the CHABA proposed standard, while setting a limitation of 140 dB Peak SPL (unprotected), irrespective of the duration of the impulse (A vs B duration) was created commonly referred to as MIL-STD 1474 (1997) and utilized three categories for estimating and assessing risk: X-curve for single hearing protection (earplugs or muffs); Y-curve for dual protection (earplugs with muffs) and Z-curve for peak decibel levels of 180-190 and above. The 1474D standard assumed 29 dB of insertion loss for single earplugs assumed 35.5 dB (+6.5 dB shift from single earplug) for dual (earmuff plus earplug) protection.

### ii.  *Equivalent energy DRCs for impulsive noise exposure*

The equal/equivalent energy DRCs for impulsive noise exposure rely on the equal energy model of noise exposure that is used for assessing noise exposure/dose to continuous noise. The $L_{Aeq}$,8h is the equal energy metric. $L_{Aeq}$,8h is used by NATO and the European Union[54] to assess exposure to impulsive noise along with a 140 dB Peak level (unprotected) limit. $L_{Aeq}$,8h set to 85 dBA for 8 hours is the normal criterion. Critics of the $L_{Aeq}$,8h metric state at it overestimates the hazard or damage risk from long duration impulses such as those from artillery or mortar firing as seen in BOP conducted at Albuquerque by Jim Patterson and Dan Johnson. The over estimation of hazard from long duration (1-2 ms) impulses by $L_{Aeq}$,8h is thought to be approximately 10 dB. In order to make the $L_{Aeq}$,8h metric closer fit the human exposure data $L_{Aeq}$,100ms was proposed reducing the computed exposure relative to the "A"-duration of the impulse. $L_{Aeq}$,100ms uses the same equal energy model as LAeq8 but adjusted the exposure by up to 10 dB for impulses having long (1-2 ms) A-durations. For short duration impulses, such as those from small arms fire, $L_{Aeq}$,100ms and LAeq8 give the same answer once corrected for the difference in time base. For long duration impulses, such as those used in the BOP studies, the $L_{Aeq}$,100ms better matches the human data resolving the over estimation of risk by $L_{Aeq}$A8.[55]

---

[53] *Id.* at p.50.
[54] See McKinley, R, et al. (2012). "Using impulsive peak insertion loss of hearing protectors with impulsive damage risk criteria." Presentation in *The Journal of the Acoustical Society of America*, vol. 131.
[55] The acoustic energy criterion was initially developed by Atherly and Martin in 1971.

One substantial advantage of the $L_{Aeq}$8h type metrics is that the same metric can be used for both continuous noise and impulsive noise. Additionally, the exposure from each type of noise can be summed, and in the cases where impulsive noise is occurring simultaneously with continuous noise the $L_{Aeq}$ metrics will deliver a reasonable assessment of the exposure. The $L_{Aeq}$ metrics are compatible with the use hearing protection and can easily use attenuation or insertion loss data in assessing noise exposure. Based on scientifically valid methodology, the $L_{Aeq8}$ /$L_{IAeq100ms}$ metrics have been instantiated as the impulsive noise exposure criterion in the USAF hearing conservation instruction standard for the U.S. Air Force and in MILSTD 1474E where it is available for use by US Navy/Marines. In context of BOP data, $L_{Aeq8}$ was evaluated regarding waveforms and exposure outcomes for 5 meter, 3 meter and 1 meter exposures and found to have the best Goodness-of-Fit and Discrimination of all models studied.[56] $L_{Aeq8}$ unprotected exhibited the best Goodness-of-Fit.[57]

$$L_{eq} = 88 + 20\log(p_h) + 10\log(N) + 10\log(t_e)$$
$$+ 10\log(1 - e^{-2/t_e N}),$$

Figure 4

$$L_{Aeq,8hr} = 10\log\left(\frac{1}{t_2 - t_1}\int_{t_1}^{t_2}\frac{p_A^2(t)}{p_0^2}\,dt\right)$$
$$+ 10\log\left(\frac{t_2 - t_1}{T_{8hr}}\right) + 10\log(N),$$

Figure 5

For context, recalling the prior discussion of military noise levels relating to small arms and other weapons, the below charts reflect of chart from NATO RTO TG, an international report on the evaluation and measurement of military noise levels which uses the A-weighted sound pressure level metric for continuous noise exposure. Again, within the European Union, the $L_{Aeq}$ has been the metric of choice for impulsive noise exposure.

---

[56] Murphy and McKinley (2012), "Case for using A-weighted."

[57] *Id.*

Table 3-3: Peak Pressure Levels for a Single Firing of a Range of Weapons Measured by the ISL.

| Weapon Type | Lmax dB (peak) | L$_{Aeq}$8h dB |
|---|---|---|
| Assault Rifle 5.56 mm | 158.4 | 80.6 |
| Rifle 7.62 mm | 151.9 | 75.5 |
| Machine Gun 12.6 mm | 177.2 | 97.8 |
| Mortar 81 mm | 164.5 | 89.0 |
| Mortar 120 mm | 183.8 | |
| Howitzer 155 mm | 175.5 | 103.4 |

Table 3-4: Peak Pressure Levels for a Single Firing of a Range of Weapons Measured by US Army.

| Model | Name | Location | Sound Level dB (peak) |
|---|---|---|---|
| M16A2 | 5.56 mm rifle | Shooter | 157 |
| M9 | 9 mm pistol | Shooter | 157 |
| M249 | 5.56 mm squad automatic weapon fired from a HMMWV | Gunner | 159.5 |
| M60 | 7.62 mm machine gun fired from a HMMWV | Gunner | 155 |
| M2 | 0.50 caliber machine gun fired from a HMMWV | Gunner | 153 |
| MK 19 Mod 3 | Machine gun fired from a HMMWV | Gunner | 145 |
| M26 | Grenade | At 50 ft | 164.3 |
| M3 | MAAWS recoilless rifle | Gunner | 190 |
| M72A3 | Light Anti-tank Weapon (LAW) | Gunner | 182 |
| M119 | 10 5 mm towed Howitzer at charge 8 | Gunner | 183 |
| M198 | 155 mm towed Howitzer firing M203 propellant | Gunner | 178 |
| M109A5/6 | Paladin, 155 mm self-propelled Howitzer firing M4A2 zone 7 charge | Fighting compartment, hatches open | 166.1 |
| M110A2 | 8" self-propelled Howitzer firing M106 projectile with a M188A1 zone 9 propelling charge, | Gunner | 176.9 |

Figure 6 NATO RTO, 3-14

i)   *Auditory model-based DRC*

In 2006, the acquisitions part of the U.S. Army (led by researchers at Aberdeen Proving Ground – ARL) proposed to update to MIL-STD 1474D with a new method called the Auditory Hazard Assessment Algorithm for Humans (AHAAH).  This proposal would move away from the peak sound pressure level, envelope duration and number of impulses method of 1474D.  A central component of AHAAH is the assumption that all humans have a middle ear reflex which provides additional biologically based attenuation from the contracting of the middle ear seen in cat models.[58]  This modeling thereby allows for more exposure for the "warned" soldier vs the soldier that is unaware and, hence, unwarned so as to expect an impulse. The AHAAH does not take into

---

[58] See "AIBS Peer Review of AHAAH" (n.d.). Army Research Laboratory, https://www.arl.army.mil/who-we-are/directorates/hred/ahaah/aibs-peer-review-of-ahaah/.

account change in the amount or prevalence of the contraction, assuming one exists for some or all people, and whether middle ear fatigue may occur during, for example, a training session with small arms on a range.[59]  The middle ear reflex is a point of continued controversy and has been called into question by Murphy, Flamme et al.[60]  One note, however, is that the AHAAH model may be utilized as a scientific tool by which certain impulsive noise analysis is beneficial. Certain underlying acoustical properties and the particular computations derived therefrom are sound. Specific to the CAEv2, both prior to, and after, correcting for non-linearity in 2015, and as explained further, the AHAAH modeling accurately predicted a troubling resonance at around 6.2k Hz which would affect attenuation and insertion loss with small arms fire and other weapons with an emphasis on higher frequency content.  Unfortunately, as a general proposition, the National Institute for Occupational Safety and Health further undermined the overall validity of AHAAH as a Damage Risk Criteria through two separate evaluations of data used to justify the AHAAH methodology.  NIOSH found that the use of the A-weighted equivalent energy LAeq8 was more suitable for the purposes of predicting the effects of temporary threshold shifts (TTS) both in humans and in chinchillas.  The LAeq8 method provided best fit for the TTS outcomes and demonstrated the greatest discrimination (ability to predict TTS) when compared to AHAAH, MIL-STD 1474D and two other proposed DRCs.  Similarly, LAeq8 was found to give the best-fit and greatest discrimination for the chinchilla impulse noise exposures.  The LAeq8 affords the best sensitivity and specificity for discrimination of potential hazards and has the greatest level of integration with present occupational exposure standards and prospective hearing protection labeling regulations. Lastly, the American Institute of Biological Sciences (AIBS) in 2010 found AHAAH not to be a verified method and recommended the use of $L_{Aeq8}$.

### b.  Allowable Number of Rounds (ANOR)

Allowable number of rounds is a calculated outcome applying the damage risk criterion to a specific environment and weapon type.  While the three basic types of exposure criteria that have

---

[59] See Patterson, James H., and William A. Ahroon (2004), "Evaluation of an auditory hazard model using data from human volunteer studies." USAARL, report 2005-01.

[60] See Murphy et al. (2009); "American institute of biological sciences peer review of injury prevention and reduction research task area impulse noise injury models" (2010); Fedele, Paul D., et al. (2013). "Using the auditory hazard assessment algorithm for humans (AHAAH) with hearing protection software, release MIL-STD-1474E." Army Research Laboratory, p.1-116; and Deiters, Kristy K., et al. (2019). "Generalizability of clinically measured acoustic reflexes to brief sounds." *The Journal of the Acoustical Society of America*, vol. 146, no. 5, 3993-4006.

been presented (peak level and B duration; $L_{Aeq8}$; and AHAAH) all would give different answers regarding the allowable number of rounds. The critical issue is the amount of attenuation or insertion loss being provided by their hearing protector.[61] The CAEv2 contained numerous design defects which exposed servicemembers to unnecessary risks due to a loss of attenuation for continuous noise and insertion loss for impulsive noise which would result in a reduction in the allowable number rounds or an increase in the hearing damage risk/exposure.

MIL-STD 1474D contains a table setting forth a numeric and arithmetic calculation as to the allowable number of rounds. Table 4-1, below. Impulse noise daily exposure limits:[62]

TABLE 4-I.  Impulse noise daily exposure limits

| Impulse Noise Limit | Maximum Permissible Number (N) of Exposures/Day[1] | | |
|---|---|---|---|
| | No Protection | Either Plugs or Muffs | Both Plugs and Muffs |
| W | ------------------------- | Unlimited Exposure | ------------------------- |
| X | 0 | 2000 | 40000 |
| Y | 0 | 100 | 2000 |
| Z | 0 | 5 | 100 |

[1]A single exposure consists of either (a) a single impulse for non-repetitive systems (systems producing not more than one impulse per second, e.g., rocket launchers fired from the shoulder), or (b) a burst for repetitive systems (systems normally producing more than one impulse per second, e.g., automatic weapons (see 5.4.2.)).  The equation for calculating the allowable number of exposures per day is:

$$N_1 = 10^X \text{ where } x = \frac{1}{5} [177 - L + 6.64 \log_{10} \frac{200}{T}].$$
$$N_2 = 20 \times N_1, \text{ and}$$

$N_1$ = allowable number of impulses/day (single protection)
$N_2$ = allowable number of impulses/day (double protection)
L  = measured peak sound pressure level, in dB
T  = measured B-duration in milliseconds

Figure 7

# 4. TESTING STANDARDS AND PROCEDURES TO ASSESS ATTENUATION FOR CONTINUOUS NOISE AND INSERTION LOSS FOR IMPULSIVE NOISE

### a.  Real Ear Attenuation at Threshold (REAT) Testing to determine attenuation for Continuous Noise Protection

---

[61] See DOD Touhy Production Document Touhy00000090, Kalb (1999), "ARL-HRED Hearing Protection Device Assessments in Reverberating Environments"; and Patterson and Ahroon (2004).
[62] "Department of Defense design criteria standards: Noise limits" (1997). MIL-STD1474D, https://novaintegration.com/wp-content/uploads/2015/11/MIL-STD-1474D.pdf.

###### i. *ANSI S3.19(1974) and S12.6(1997)*

Early standards established for testing ear protectors were codified in ANSI S3.19 (1974). This standard was utilized by the EPA to derive a noise reduction rating for labeling the performance of a hearing protector for steady state or continuous noise.[63]  A key feature of this standard was the use of a trained experimenter who would perform the insertion of earplugs into test subjects, known as the experimenter-fit method. For years, debate ensued as to whether experimenter-fit over-estimated the protection provided to real world users. A variation of insertion called the subject-fit method gained traction after comparative studies reflected wide variances in attenuation when the subject was fit by a professional technician as opposed to the user. Subject-fit analysis was recognized as being more accurate in providing real-world attenuation data. To more accurately determine the effectiveness, a manufacturer would use a method by which naïve subjects as opposed to professional experimenter technicians would insert the plug themselves for a better estimated real-world attenuation.[64]

In 1997, ANSI S3.19 was withdrawn and replaced by ANSI S12.6-1997.[65]  ANSI S12.6-1997 provided for both an experimenter-fit and a subject-fit method called: Method A, found in Section 8.2, and Method B, found in Section 9 of ANSI S12.6-1997.  Whereas the prior ANSI S3.19 provide for ten subjects to be tested, ANSI S12.6 provides for at least twenty subjects.  Another change to procedure was as to the number of trials each subject undergoes.  Whereas ANSI S3.19 called for three trials, ANSI S12.6 called for two trials for each subject. Importantly, Section 9.2.3 of ANSI S12.6-1997[66] states: "regardless of the fit of the hearing protector, or whether or not it changes position or breaks its acoustical seal, the data shall still be accepted." only exception to this is if the HPD "falls out of the ear during the test," in which case the experimenter terminates the test, enters the chamber and asks the subject to reinsert the HPD.  If the HPD falls out a second time, the test is terminated and the subject is replaced.

---

[63] The test procedures on which noise reduction rating (NRR) calculations as mandated by the US Environmental Protection Agency (EPA, 1979) are based on a 40-year-old ANSI standard (ANSI, 1974), now rescinded.

[64] Berger, Elliott H., et al. (1996), "International review of field studies of hearing protector attenuation," *Scientific Basis of Noise-Induced Hearing Loss*, ed. A. Axelsson, Hans Borchgrevink, Roger, Hamernik, Per-Anders Hellstrom, Donald Henderson, and Richard Salvi, Thieme Medical Pub., Inc., p.361-77.

[65] See ANSI S12.6-1997. "Methods for Measuring the Real-Ear Attenuation of Hearing Protectors."  ANSI S3.19 remained the required measure for testing protectors and deriving NRR labeling pursuant to ANSI S3.19.

[66] Section 9.2.3 of ANSI S12.6-1997

*ii) ANSI S12.68*

ANSI S12.68 entitled "Methods of Estimating Effective A-Weighted Sound Pressure Levels When Hearing Protectors are Worn," and was developed in response to issues stemming from ANSI S3.19's statistical treatment of REAT data, and to provide a method for calculating a modified NRR based off ANSI S12.6 REAT data.[67]

To increase the precision of the prediction of protected A-weighted sound pressure level, simple white or pink noise was insufficient since that is, in effect, a C-weighted noise. Over the years, many different samples of noises from various sectors of industry and military have been collected. Yet, none had been formally applied for HPD specifications. A new HPD labeling rule needed such an increase in precision.  The abstract of ANSI S12.68 states:

> This standard specifies three methods, in ascending order of complexity of use and potential accuracy, for the estimation of the sound pressure levels that are effective when a hearing protector is worn. The application of the procedures in turn requires an estimate of the real-ear attenuation of the device for groups of users and an estimate of the noise levels to which the users are exposed. The simplest method is the Noise Level Reduction Statistic for use with A-weighting ($NRS_A$) that can be directly subtracted from an A-weighted sound level or sound exposure estimate. A more accurate procedure is the Noise Level Reduction Statistic, Graphical ($NRS_G$) that requires measurements of both the A- and C-weighted sound levels or exposures, and the application of a set of graphical data. Potentially the most accurate approach is the octave-band method utilizing the octave-band real-ear attenuation and noise measurement data. Each of the simplified ratings, the $NRS_A$ and $NRS_G$, is to be computed at both the 80th and 20th percentiles to reflect the range of performance to be expected based on the variation in the attenuation data.

**b.  Artificial Test Figure (ATF) Testing to determine insertion loss for Impulsive Noise Protection**

*i.  ANSI S12.42*

---

[67] ANSI-ASA S12.6-2008.

In the field of hearing conservation, assessing impulse noise presents certain challenges for the scientific community searching for noise exposure criterion.[68]  To accurately assess the hearing damage risk for both short and long duration impulses, ANSI 12.42 (2010) describes methods for measuring the peak insertion loss of hearing protection in impulsive noise.[69] This standard describes an accepted method to apply the IPIL data to damage risk criteria for an estimate of allowable impulsive noise exposure when using hearing protection. Measures of IPIL performance of a protector are taken over a range of peak levels (130, 150, and 170 dB SPL). By way of example, a scientist might take a commonly used small arms weapon such as a Colt AR-15 0.223 caliber rifle to create impulsive noise.  Since the BOP Studies, no human studies have been performed in the United States. However, measurements may be taken using acoustic test figures which measure both free-field and ATF waveforms from the impulse noise source and apply signal processing to determine the noise exposure criterion.  One such ATF is the French German Institute de Saint Louis (ISL) ATF. This ATF contains an ear IEC 711 Coupler along with a solid acrylic head form. Another next generation ATF is the GRAS 45 CB.  This ATF includes heated ear canals and longer ear canal built in accordance with ANSI S12.42-2010.   The GRAS 45 CB ATF measures IPIL performance over a range of peak levels (130, 150, and 170 dB SPL), measured in both free-field and ATF waveforms to determine noise exposure criterion.[70]  Among the various methods, LAeq8 is the preferred method and has been roundly validated.



Figure 8

---

[68] McKinley, R., and H. Gallagher (2012). "Using impulsive peak insertion loss of hearing protectors with impulsive damage risk criteria." Presentation in *The Journal of the Acoustical Society of America*, vol. 131.

[69] ANSI/ASA S12.42: "Methods for the Measurement of Insertion Loss of Hearing Protection Devices in Continuous or Impulsive Noise Using Microphone-in-Real-Ear or Acoustic Test Fixture Procedures".

[70] McKinley and Gallagher(2012). See also ANSI S12.42-2010.

Measurements of the unoccluded and occluded ATF are taken and computed using a free-field to ATF Transfer Function, described as:

$$H_{FF\text{-}ATF}(f) = P_{UNOCC\text{-}ATF}(f)/P_{FF}(f)$$

Figure 9

Thereafter, calculations of unoccluded ATF using free-field pressure are taken, described as:

$$P'_{UNOCC\text{-}ATF}(f) = H_{FF\text{-}ATF}(f)\, P'_{FF}(f)$$

Figure 10

Finally, computations are done for impulse reduction in a time domain, described as:

$$max(P'_{UNOCC\text{-}ATF}) - max(P_{OCC\text{-}ATF})$$

Figure 11

Data derived from the measures taken during testing for IPIL may be evaluated using various damage risk criteria described in this Report including MIL-STD1474D, $L_{Aeq}$ and the AHAAH Model Unwarned/Warned. The use of an ATF to determine the insertion loss qualities of a hearing protector is designed to determine the functionality and effectiveness of the protector. Such studies are not designed to determine the wearability, function and effectiveness of hearing protectors in human subjects. In other words, human factors variables are not accounted for in ANSI 12.42 testing for insertion loss, rather the use of real ear attenuation data gathered under ANSI 12.6 (1997) and additional field studies with extended wear under real world conditions are better designed to determine if a particular protector will allow proper ready fit, seal and allow continued seal for a reasonable duration.

## ii.   *Limitations of ATF Testing*

There are a number of limitations with ATF testing that prevents a hearing conservationist from determining the safety and efficacy of a protector. Those limitations are largely human factors elements.  In an ATF test set up, the scientist inserts the ear protector in a manner that ensures full capture and closure between the protector and the ATF ear canal. This is not dissimilar to

28

experimenter fit under ANSI 3.19 REAT test in so much as the experimenter is taking as much of the potential for variations in insertion angle and depth and initial fit out of the equation. By way of example, a recent test on a triple flange Etymotic EB-1 B-1 BlastPLG by Murphy et al. commented on the lack of congruity between the size of the earplug and ATF artificial ear canal.[71] Care was taken to ensure that a wrinkle or air leak was not created.[72] In this regard, that phenomenon is not unlike what is caused by a loosening earplug. Minor separation between an earplug and the ear canal walls as created in a study by a probe tube caused dramatic difference in attenuation.[73]

## 5. HEARING PROTECTOR DEVICES ("HPD")

### a.  Brief Background on Early Development of Passive Linear Earplugs

Noise induced hearing loss is nearly always preventable. Prevention involves limiting the noise exposure by either reducing the time of exposure and/or reducing the intensity of the noise at the ear. Noise intensity can be reduced at the source, in the path, and at the person.  Source reduction and path reductions of noise are expensive and many times severely limit the performance of the vehicle or other system. Reductions of noise at the person have proven to be the most effective and least costly of the options.[74]

Many of the WWII pilots and aircrew stuffed cotton in their ears to try to reduce the noise.  This was not effective. In 1944, the V-5lR was used to reduce the size of acoustic leaks.[75] It was made of soft vinyl and originally came in three sizes.  Later, in 1956, the plug came in five sizes, adding an extra small and extra-large size after a study examining eight sizes by Blackstock and von Gierke.[76]

---

[71] Murphy, WL et al. (2015). "Comparison of performance of three acoustic test fixtures using impulse peak insertion loss measurements." *The Journal of the Acoustical Society of America*, vol. 130, no. 4, p.1-45.
[72] *Id.* at 14.
[73] See 3M_MDL000335736 and 3M_MDL000322632.
[74] McKinley, R. and Bjorn, V. (2004). "Passive Hearing Protection Systems and Their Performance" (presented at the RTO HFM Lecture Series on "Personal Hearing Protection including Active Noise Reduction", held in Warsaw, Poland, 25-26 October 2004; Belgium, Brussels, 28-29 October 2004; Virginia Beach, VA, USA, 9-10 November 2004, and published in RTO-EN-HFM-111 at p.2-1.
[75] *Id.* at p. 4.
[76] *Id.*



Figure 12

Other configurations included a triple flange earplug with three different diameter flanges mounted on a stem. They came in small, medium and large. However, later designs that included a foam hand-formed product provided a one size fits all, which provided a more simple and effective means to dispense earplugs to protect soldiers.[77]



Figure 13

### i. *Level-Independent Linear (LIL) HPDs*

The multi-sized V51-R single-flange earplug was a form of HPD known as a "level-independent linear" (LIL) attenuation plug.  Other passive linear earplugs that have been used in the military include both the disposable EAR one-size-fits-all yellow cylindrical foam plug and the pre-molded reusable one-size-fits-most triple flange EAR Ultrafit. The V-51R foam earplug and Ultrafit all provide a consistent and uniform attenuation across frequencies such that, assuming proper fit and

----

[77] *Id.*

seal, they each provide the level of attenuation at 90 dB SPL at 140 dB SP. Linear HPDs are intended for maximum protection against all offending noise types (continuous, intermittent, and impulse) and sound levels.  As such, these protectors necessarily compromise auditory situational awareness.[78]  That is, speech and other low-level sounds of importance in the environment may go undetected or poorly heard.  Linear HPDs therefore have played an important role over the years in maximally protecting servicemembers from hazardous noise, especially in non-conflict training and operational activities, but they have some disadvantages for use when audible instruction or communication is necessary or when situational awareness is beneficial for mission success.

### ii.   Situational Awareness

Among the five human senses, hearing is critical for military mission success and situational awareness for survival on the battlefield. It is active at all times, 24/7, 365 days a year across the listener's full continuum of perception, including detection, recognition, discrimination, identification, and localization of sound sources from locations in front, to the side, behind, below, or above the service member. While in the military, he or she may be expected to encounter the widest possible range of sound levels and spectra from the softest footsteps of an adversary to small arms fire to "booming" munition fire from howitzers, mortars, and other heavy artillery. No other sense, including vision, affords this breadth of coverage of the service member's sensory environment. Most importantly, the sense of hearing serves as the primary modality for communicating and responding to voice commands under life-threatening combat conditions. These communications often are made under the most challenging signal-to-noise conditions, during times of great demand of cognitive resources while under enormous stress. Indeed, noisy combat situations may reduce or limit the audibility of voice communications, contributing to miscommunications that may have dire consequences for personal and unit morbidity and mortality and, in turn, mission success.

### iii.   Level-Dependent Nonlinear (LDNL) HPDs

---

[78] Brungart, D., et al. (2003). "Auditory localization in horizontal plane with single and double hearing protection evaluation." *Aviation, Space, and Environmental Medicine*, vol. 74, no. 9, p.937-46.

**b. Chronological Evolution from Early Development of Nonlinear Filters to the Design and Sale of the Combat Arms Version 2 (CAEv2) to the U.S. Department of Defense**

**i.   Nonlinear Filters and Earplugs to Address Need for Situation Awareness**

The primary objectives of level-dependent nonlinear (LDNL) hearing protection devices (HPD's) were to improve situational awareness and voice communication while also providing adequate protection against occasional high-level blasts and impulse noise of the kind encountered in military training and combat situations.  These new LDNL HPDs were engineered to offer little or no attenuation for low-frequency noise and relatively small amounts of attenuation for mid and high-frequency noise at levels below those considered to be dangerous for impulse and blast exposures (i.e., < 140 dBp SPL).  For higher impulse noise levels, the protection provided by the LDNL HPD was designed to increase the mid and high-frequency attenuation progressively as the offending noise level was increased, while less affecting attenuation for frequencies of the noise at and below ~500-1000 Hz.  At the highest levels of protection, the full peak attenuation for the LDNL HPD would closely approximate that afforded by a comparable linear HPD.[79]  Thus, the ideal properties of an LDNL HPD were: (1) transparent transmission of voice and speech information and other soft low-frequency signals important for situational awareness at all noise levels; and (2) protection against dangerous levels of impulse and blast noise that increase with the level of the offending noise. This was exemplified by the amplitude sensitive Gunfender.[80]

**ii.   The First NonLinear Earplug – "The Gunfender"**

In or around 1969, a single-flanged nonlinear device called the Gunfender, marketed by Racal Safety Ltd, came to market.[81] The Gunfender implemented a single-orifice metal plate to achieve its increasing acoustic resistance as the peak impulse level was increased.[82] This protector

---

[79] Amrein and Letowski (2012).
[80] Mosko, J.D., and Fletcher, J.L. (1971). "Evaluation of the Gunfender earplug: temporary threshold shift and speech intelligibility." *Journal of the Acoustical Society of America*, vol. 49, p.1732-33. Shaw, 1981
[81] Forrest, M., and R. R. Coles (1970). "Problems of communication and ear protection in the royal marines." *Journal of the Royal Naval Medical Service*, vol. 56, no. 1, p.162-69.
[82] Mosko and Fletcher (1971).

essentially modified the V-51R plug with a 0.025-inch (0.0635 cm) diameter opening into the ear canal.[83] A single-flanged earplug for which the center of the earplug had been removed and replaced with a metal plate-filter with a singular sharp-edged orifice,[84] but which begins to linearly attenuate at around or above 110 dB and shows greater levels of protective attenuation over 140dB.[85] Importantly, the diameter of the orifice in the Gunfender metal filter-plate was 0.012" which, as Elliott Berger stated in an email to Kevin Ho on June 6th 2012, is the same as the orifice used in the filter in the Combat Arms Earplug.[86]



Figures 14(a) (left) and Figure 14(b) (right)

Level-Dependent, or Amplitude-sensitive, Hearing Protection Devices (HPDs) provide minimal attenuation at low sound levels but increased protection at high levels of steady-state and impulsive noise. A dynamically-functional valve or sharp-edged, round or slit-shaped orifice that opens into a duct in the protector constitutes the nonlinear element that changes attenuation. The valve-type devices incorporate a flutter valve which closes off the duct when activated by high sound pressures. The orifice-duct technique takes advantage of the physical behavior of acoustic resistance as the ratio of acoustic pressure on a material and particle velocity through it. Low-intensity sound waves predominantly exhibit laminar airflow and pass relatively unimpeded through the aperture, whereas high-intensity waves involve more turbulent flow and are attenuated due to the sharply increased acoustic resistance of the aperture. This technique has been applied

---

[83] *Id.*

[84] Mosko and Fletcher (1971).

[85] Forrest, M.R. (1971), "Ear protection and hearing in high-intensity impulsive noise." *Occupational Hearing Loss*, ed. D.W. Robinson, Academic Press for the British Acoustical Society. See also Forshaw, S.E., and J.I. Cruchley (1982). "Hearing protector problems in military operations." *Personal Hearing Protection in Industry*, ed. P.W. Alberti, Raven Press.

[86] 3M_MDL000314462

with success in earplugs, such as the "Gunfender" which has been used by British military for twenty years.[87]

### iii.   The Hocks Filter (as configured with a host of earplug designs)

In 1974, another design was born called the Hocks Noise Breaker, marketed as part of the Aural Technology Protectear earplug. HPDs used today by U.S. military personnel and militaries around the world still utilize the Hocks filter or filters with slight variations that maintain the same fundamental design.[88] The filter converts sonic energy into thermal energy by means of compression acceleration.[89] These include the triple flanged Surefire Sonic Defender (EP4) which is approved for use by the U.S. military and utilized throughout the world for linear and nonlinear protection. The Hocks also remains the filter of choice for military and civilians seeking a custom molded earplug with nonlinearity. Custom earplugs often minimize acoustic leaks due to improved fit.[90]

### iv.   The Combat Arms Version 1/ ISL French Filter

After 20 years of experience with nonlinearity in plugs with the Gunfender and Hocks filter plugs, ISL sought to improve nonlinearity in a new plug design based on the Gunfender filter. ISL realized this by creating three prototype filters: (1) filter No.1, consisting of two plates, each with an orifice with diameter d = 0.6mm and thickness e=0.3, separated by a crosspiece of length L=8mm and inside diameter D=2mm; (2) filter No.2. with an orifice with diameter d=0.3mm and thickness e=0.1mm, separated by a crosspiece with length L=6mm and inside diameter D=3mm; and (3) Filter No.3 which was a hybrid of the two. The final configuration would derive from filter No. 2 but with a length of 3.72mm.

### a.   Development of the ISL Filter

---

[87] 3M_MDL000321663

[88] Abel, Sharon M., and Ann Nakashima (2008). "An investigation of the attenuation provided by the Surefire EP3 Sonic Defender earplug." Defence Research and Development Canada, Technical Report TR2008-040.  See also Murphy, William James (2015), "Protecting hearing from impulsive noise," *NHCA Spectrum*, vol. 32, p.1-6.

[89] Hocks, K. (2010). "Focus On: Hearing Protection." https://www.hearingreview.com/hearing-products/focus-on-hearing-protection.

[90] McKinley and Bjorn (2005).

The first step undertaken by the ISL in arriving at filter No.2, came from ISL testing of multiple single-plate single-orifice that varied the diameter and thickness of the orifice within each individual plate. Each of these plates were tested in a Gunfender. Of the seven variations of metal plate filters tested, the optimum plate configuration was found to have a thickness of 0.1mm and an orifice diameter of 0.3mm, exactly half of that of the original Racal Gunfender acoustical filter-plate, which has a thickness of 0.2mm and an orifice diameter of 0.6mm.[91]



Figure 15: e = Thickness        d=Diameter

[91] 3M_MDL000325290

[92] 3M_MDL000009240

35



Figure 16 3M_MDL000325290

After realizing the optimum single-plate filter configuration, ISL tested them for nonlinear attenuation characteristics using a Plexiglas fixture that would allow multiple filter plates to be held in-series.[93] Two filter-plates in-series were better than all measurements conducted using a single plate. The length (L) and inside diameter (D) of the crosspiece for a two-plate configuration was then studied by the ISL using two plates with the aforementioned d=0.3mm and e=0.1mm sizing. Testing was conducted on prototypes with L=1mm, 2mm, 4mm, 6mm, and 8mm from which the ISL 'arbitrarily decided to use the value L=6mm for the crosspiece length in order to observe the impact of the inside diameter (D) of the crosspiece (D= 2mm, 3mm, and 4mm)'. In their 1997 report ISL states that they could not use the value D=4mm as that gave the filter an outside dimeter of 5mm wish would make the '***total bulk too large to be inserted into an earplug and into the auditory canal***' (emphasis added).[94] A third plate was considered but, "the presence of a third plate does not result in a useful improvement.'[95]

[93] 3M_MDL000325290
[94] 3M_MDL000012231
[95] 3M_MDL000325290

### b.   Choosing a Plug for the New Nonlinear Filter

In September 1989 and then again in September 1990, ILS conducted testing into the protective nonlinear characteristic of earplugs at Etablessement Technique de Bourges (ETBS).[96] The 1989 experiment tested 3M's EAR Foam and ER-20 prototype earplugs, against the Gunfender and the Jrenum LD3.[97] Both the Gunfender and the ER-20 prototype plug were used with subjects exposed to 10 to 20 Howitzer rounds on the Firing range at ETBS. 11 subjects were exposed for 10 rounds at 30 second intervals using the Gunfender; however, due to the small number of ER-20 prototypes, only a small number of subjects (6) six were exposed wearing them, 4 subjects for 20 rounds and 2 subjects for 10 rounds. No subjects were found to have a significant threshold shift (<10dB) from using either the ER-20 prototypes or the Gunfender.[98] .

In July 1990, 3M entered into a licensing agreement with Etymotic Research in to acquire the Intellectual Property rights to sell the ER-20 Hi-Fi plug.[99] The finalized ER-20, an "almost identical" product, would be used in a second round of testing, along with the Racal Gunfender, conducted in September 1990 at the ETBS, to investigate the efficiency of "perforated" earplugs through human subject testing on small arms, Howitzers, and Anti-Tank devices.[100] This study included a Modified Ultrafit A with a 1 to 1.5 mm channel bored from the tip of the flanges to the base of the stem and a Modified Ultrafit B that had the same channel but a plastic tube with a diameter of 1.57mm was equipped to its proximal (tympanic) end.[101] The study researchers at ISL concluded that 'a nonlinear (perforated) earplug represents the best answer to the problem of the hearing protection against the impulse noise produced by weapons without restricting the operational ability of the soldiers. Such a device, *if easy to fit by an inexperienced individual*, could be sufficient to protect the ear during the infrequent shooting exercises of the military training' (emphasis added).[102]

---

[96] Technical Establishment of Bourges
[97] 3M_MDL000319051
[98] *Id.*
[99] For the licensing agreement, see 3M_MDL000423921.
[100] 3M_MDL000319051
[101] *See* Berger 30(b)6 Tr. 48:6-9.
[102] 3M_MDL000319051

### c.  Early Warnings Signs

#### i.  *French ISL Filter Leak Problems*

Between 1995 and 1997, Dan Johnson conducted BOP studies on human subjects. The purpose was "to determine the safe limits of occupational exposure while wearing hearing protection."[103] Johnson tested two nonlinear earplugs for this study:  the Rucker Plug designed by USAARL; and "a nonlinear plug designed at the French-German Research Institute of Saint-Louis [ISL], France" combining a modified UltraFit earplug with a metal No.2 filter that had the same dimensions as the previously discussed filter but, 'due to some technical reasons' used a Length of 1mm[104]. The ISL plug "consisted of shortening the stem by 8mm and putting the filter designed at ISL, St Louis, France, in the front end of the plug."[105]

During the BOP testing of the ISL plug, it was found to have leaking issues. Thus, ISL experiments done in the USA on American soldiers equipped with earplugs with filter No. 2, leak problems arose as a result of poor positioning of the earplugs (perforated EAR decided to 'determine the impact of these leaks (corresponding in reality to a lack of peripheral seal)'.  et al. decided to 'determine the impact of these leaks (corresponding in reality to a lack of peripheral seal)' (*Id.*). ISL found that, by boring holes with a diameter of 0.3 mm and 0.6 mm into the earplug-like-support that housed the filter, nonlinear attenuation was degraded by 'several decibels' for a leak of 0.3 mm and that when the size of the leak was doubled to 0.6 mm in diameter the degradation was 'very clear'.[106] The leak experiments conducted by ISL were done using a Plexiglas earplug-like-support as opposed to an ergonomically designed earplug, however ISL concluded that these earplug-like-supports do 'not completely reflect the reality' and that '***an earplug like the EAR UltraFit, poorly positioned in the auditory canal, may have leaks with lengths much smaller than the entire earplug, and may thus considerably reduce the filter's attenuation***.'[107] (emphasis added). 3M/Aearo was well-aware of these words of caution, which related to a tip configuration

---

[103] 3M_MDL000014015, p.18

[104] *Id.*, p.72.

[105] *Id*., p.50.

[106] 3M_MDL000325290

[107] 3M_MDL000325290 at p.2: "The size of the acoustic leak between the hearing protector and the head has a dramatic effect on passive hearing protector performance." Viallet, Guilhem, et al. (2015). "Investigation of the variability in earplugs sound attenuation measurements using a finite element model," *Applied Acoustics*, vol. 89, p.336: "In practice, a leakage can be due to a non-optimal fitting of the EP in the EC by the user."

that was not yet made and was complicated by adding an opposing flange and enlarging the adapter stem well past the recommended 4.2 mm.

### ii. *Impact of Position of the Filters Inserted into Ultrafit*

Another issue raised during BOP was the filter positioning within the modified Ultrafit plug. ISL found that, when testing filter placement, if the filter was placed at the tip of the Modified Ultrafit plug there was a 'disappearance of the nonlinear effect for frequencies over 5000 Hz'. Upon analyzing the NR attenuation levels $L_{Aeq}$s and Nrpeak as a function of the external excitation levels for both Filter No.1 and Filter No.2 at varying positions within the Ultrafit earplug, the researchers at ISL found it was 'preferable to place the filter in the inner half of the earplug, if not at its inner end, to obtain the best results.' From this, 3M/Aearo focused on the importance of the resonance effect, a conclusion that the filter pushed farther towards the back of the plug would optimize the dampening of any standing resonance beyond the resonance expected relating to the in-ear volume of air between the plug and TM.



Figure 40. Impact of the position of filter No. 2 ($d = 0.3$ mm, $e = 0.1$ mm) in the EAR UltraFit earplug: inner (blue) and outer (red).

Figure 17 from Hamery et al. 1997

39

### c.  Dual Ended Plug - One Among Several Options

In November 1997, Garinther of the United States Army visited ISL to observe the work it was doing in creating passive nonlinear plugs.  Importantly, three alternative design options were available:

> (1) "A nonlinear earplug and a separate normal earplug" (noted herein below: the choice chosen by the French military who rejected the CAEv2)[108];
>
> (2) "a nonlinear earplug in which the acoustical channel can be closed" (Noted, below, this was already discussed as a documented concept with a dimensional drawing several months earlier on July 4, 1997 and would one day become the single ended type version found with the CAEv3 and CAEv4)[109]; or
>
> (3) "a reversible earplug that has a nonlinear earplug at one end and a normal earplug at the other" (the CAEv2).[110]

#### 1.  Option #1: A nonlinear earplug and a separate normal earplug

Despite patenting the dual sided design in 1997, ISL voiced a preference for the single-ended design based on feedback from the French military which, according to Hamery and Dancer ISL, found it difficult to '***verify if the plug is well fitted***.'[111]  Their preference manifested in what they called the 'simple nonlinear earplug' (image below) that they sold to the French, Belgium and German Militaries.[112]



Figure 18: P0104A; 3M_ MDL000259866

---

[108] *See* Berger 30(b)6 Tr. 103:8-13.
[109] *See* Berger 30(b)6 Tr. 107:14-108:1.
[110] DOD Touhy Production Document Touhy0000059. See also Berger 30(b)6 Tr. 108:15-19.
[111] 3M_MDL000003061 at p.70
[112] 3M_MDL000003061 at p.69

The Simple Nonlinear Earplug, also known as the European Nonlinear Earplug (ENLE) is, in its very essence, a simple and safer alternate design to the CAEv2. The plug comprises of only two parts, a hollow-stem Premolded classic Ultrafit tip and the ISL Nonlinear Filter. This design avoids using a hard-plastic[113] barbed stem-housing to hold the filter into the plug meaning that:

- the diameter of the plug under the third flange is, at most, 6.15mm or 0.245"[114] (Compare to that of the CAEv2 at the same point which is, at most, 7.6mm or 0.302"[115])

- The plug is more flexible compared to the CAEv2, meaning that it is more adapted to deal with normal mandibular movements, allowing for less walk-out.

### 2. Option #2: a nonlinear earplug in which the acoustical channel can be closed

In April 1997 Marc Doty, an employee at 3M/Aearo, drafted a prototype drawing of a nonlinear Ultrafit plug that functioned by twisting the base of a modified Ultrafit plug to either block or allow sound to travel through an acoustic channel.[116] This plug is described and shown in the ISL's R128/97 report published November 18, 1997.[117] On July 4th 1997 ISL received insertion loss data for, and the first prototype of, the 'stem version of the nonlinear plug' from 3M/Aearo.[118] 3M/Aearo was advised that the stem must be thinner. ISL warned: '(ISL) is not sure that the present configuration will be suitable for most ears because of fitting problems *because the outside diameter of the stem at the filter is 4.2 mm*' (emphasis added).

---

[113] Delrin

[114] $X + (Y - Z)$ where *X is the diameter of the filter* (3 mm or 0.118"), *Y* is the diameter of the Ultrafit plug (5 mm or 0.200"), and *Z* is the diameter of the hole born through the Ultrafit plug ( 1.85 mm or 0.073").

[115] $X + (Y - Z)$ where *X* is the diameter of the barbed filter housing at its widest point (4.45 mm or 0.175"), *Y* is the diameter of the Ultrafit plug (5 mm or 0.200"), and *Z* is the diameter of the hole born through the Ultrafit plug ( 1.85 mm or 0.073").

[116] *See* 3M_MDL000572003.

[117] *See* diagram 1 in 3M_MDL000325290.

[118] 3M_MDL000427468



Diagram 1.  Proposed design No. 1 (cross section) for the ISL UltraFit earplug.

Figure: 19

In January 1998, 3M/Aearo began redesigning the drawings made by Marc Doty in April of the previous year,[119] and then in April 1998, filed for a patent for a single-ended passive nonlinear earplug that could be opened and closed by turning or twisting a knob at the base of the earplug stem in order to open and close an acoustic channel.[120]

3M/Aearo and ISL entered into a licensing agreement on March 3, 1999.[121] It is from this date forward that 3M/Aearo held the intellectual property and manufacturing rights to a single[122] and dual-ended[123] earplug and the ISL nonlinear filter[124]. Thus, when the defects of the plug were uncovered during the initial 213015 testing on the CAEv2, 3M/Aearo had the option to return to a single-sided nonlinear earplug design that they had created back in 1998 or to begin creating a different single-sided device in line with the other two options presented in November of 1997.

---

[119] 3M_MDL000572003 and 3M_MDL000571997
[120] 3M_MDL000338061
[121] 3M_MDL000020535
[122] 3M_MDL000338061
[123] 3M_MDL000692972 and 3M_MDL000188664
[124] 3M_MDL000188671

### 3. Option #3: a reversible earplug that has a nonlinear earplug at one end and a normal earplug at the other:

The third option, the dual-ended plug, was ultimately the one that 3M/Aearo decided to use in their CAE v2 device. The CAEv2 used 3M/Aearo's own closed-core Ultraflex in the linear end of the device as seen in Figures 21 and 22. The ISL acoustic filter was embedded within the end of the adapter in the barbed plastic stem, as seen in Figure 21.

In the initial prototype for the CAE v2, the sound-entry port was located slightly off center towards the nonlinear end of the plug, shown in Figure 21. This design mimicked the ISL dual-ended plug for which the stem of the closed linear end was slightly longer than that of the nonlinear end Compare Figure 21 with Figure 22. Aearo, on their own their accord, cut off part of the green Ultraflex stem on the linear end of the device.

By shortening the stem on the linear end of the device, the sound port was moved into the middle of the adapter stem which then pushed the adapter deeper into the linear end of the device, shown in Figure 22. The widest part of the filter, measuring 4.45 mm wide as shown in Figure 20, was now well into and under the third flange.

DESIGN DRAWING OF THE FILTER WITH ADAPTER[125]



Figure: 20

---

[125] Falco Exhibit 3; 3M_MDL000017774.

DESIGN DRAWING OF LONGER VERSION WITH ULTRAFLEX STEM INTACT[126]



Figure: 21

DESIGN DRAWING WITH ULTRAFLEX STEM CUTDOWN (FINAL CAEV2
CONFIGURATION)[127]

---

[126] Falco Exhibit 3; 3M_MDL000017774
[127] Falco Exhibit 3; 3M_MDL000017774



Figure: 22

MAGNIFIED PICTURES OF LINEAR GREEN END AND NONLINEAR YELLOW END



Figures: 23 and 24

In November of 1997, Aearo/3M has already undertaken efforts to design a Combat Arms hearing protector to provide nonlinearity. The choices presented include a single ended nonlinear stand-alone product, a single ended product with both nonlinearity and linearity, or possibly a dual-ended plug with both capabilities. In that moment, Aearo/3M were obligated to undertake design efforts consistent with all international standards (ISO 9001); national standards (EPA guidelines) and general good manufacturing practices.

## 6. HEARING PROTECTOR DESIGN - ENGINEERING CONSIDERATIONS

### a. ISO 9001 Standards

The International Organization for Standardization provides the international standard for quality systems. In order to become registered with the ISO, a party has to have a prescribed list of policies and procedures in place.[128] After establishing and putting in place a program with sufficient standards robust enough to meet the necessary requirements, an independent auditor conducts a review of these processes and procedures and then determines whether or not a party can be registered as an ISO-registered firm.[129] ISO registration is valued by the global community due to its nature as an international standard for having quality systems in place. In short, ISO-registration has become the industry standard. This is in large part because of customer demand after widespread recognition as a known registrar.[130] ISO registration can help to provide a level of confidence in the manufacturer.[131]

At the time the Combat Arms Earplugs were in development and entering production, a primary applicable standard would have been ISO 9001: 1994 Quality Systems - Model for quality assurance in design, development, production, installation and servicing methodology and standard. Aearo's Indianapolis, Indiana Stock Safety Division was certified to ISO 9001: 1994 during the design and development of the Combat Arms Earplug version 2.[132] The purpose of such a standard is to establish reliability and other controls in the manufacturing process of new products, such as the Combat Arms Earplug. Specifically, ISO 9001: 1994 sets forth:

---

[128] *See* Todor Tr. 17:15-19:15. Mr. Todor worked as a quality assurance engineer at Aero from April of 1993 to 2009. Prior to that, he worked at a company called CMW, Inc. as Director of quality assurance. There, he worked with some ISO 9002 quality systems
[129] *See* Todor Tr. 17:15-19:15.
[130] *See* Todor Tr.17:15-19:15.
[131] *See* Todor Tr. 19:6-10.
[132] 3M_MDL000423679 at p.2.

The International Standard is applicable in situations when (a) design is required and the product requirements are stated principally in performance terms, or they need to be established, and (b) confidence in product conformance can be attained by adequate demonstration of a supplier's capabilities in design, development, production, installation and servicing.[133]

In assessing design and manufacturing processes, ISO 9001: 1994 evaluates a myriad of process areas and the potential impact of specific quality system requirements and the extent to which this impacts the overall sufficiency and adequacy of these processes.  Specifically, ISO 9001 "specifies quality system requirements for use where a supplier's capability to design and supply conforming products needs to be demonstrated."[134]

Section 4.2.1 of ISO 9001: 1994 identifies general requirements for a quality system and requires development of a manual.  In this respect, general requirements and the accompanying manual should lead to a quality system that ensures conformity of the product to specified requirements. A quality manual should include elements such as a general quality policy, quality objectives, quality procedures, audit procedures, as well as introduce organizational structure, work practices, and other implementation procedures.[135]

Other sections of ISO 9001: 1994 go into great detail in terms of the quality system requirements to be assessed for a manufacturer in determining the adequacy of the design and development process.  These requirements include:[136]

a. Management responsibility (§ 4.1.1.)
b. Resources (§ 4.1.2.1)
c. Quality system (§ 4.2)
d. Contract review (§ 4.2)
e. Design control (§ 4.3)
f.  Design input (§ 4.4)
g. Design output (§ 4
h. Design review (§ 4.4.6)

---

[133] ISO 9001:1994 § 1.
[134] ISO 9001:1994 § 1.
[135] ISO 9001:1994 (§ 4.2.1).
[136] ISO 9001:1994 (passim).

47

i.   Design verification (§ 4.4.7)

j.   Design validation (§ 4.4.8)

k.   Design changes (§ 4.4.9)

l.   Document and data control (§ 4.5)

m.  Purchasing (§ 4.6)

n.   Control if customer-supplied product (§ 4.7)

o.   Product identification and traceability (§ 4.8)

p.   Process control (§ 4.9)

q.   Inspection and testing (§ 4.10)

r.   Control of inspection, measuring, and test equipment (§ 4.11)

s.   Inspection and test status (§ 4.12)

t.   Control of nonconforming product (§ 4.13)

u.   Corrective and preventive action (§ 4.14)

v.   Handling, storage, packaging, preservation, and delivery (§ 4.15)

w.  Control of quality records (§ 4.16)

x.   Internal quality audits (§ 4.17)

y.   Training (§ 4.18)

z.   Servicing (§ 4.19)

aa. Statistical techniques (§ 4.20)

This multifaceted evaluation of such a broad range of aspects of the design and development processes highlights the potential for critical impacts from defects in quality systems for new products.  This thorough assessment of the design and development processes is necessary for each manufacturer to ensure compliance with specifications set forth for the product and the demands and tolerances of the product.  Because of Aearo's ISO registration, these standards were certainly applicable to the design and development of the Combat Arms Earplug.[137] As such, the Defendants should have complied with the stringent standards set forth for quality systems for the design and development of a new product, such as the Combat Arms plug.  The CAEv2 was designed and developed in violation of the standards set forth in ISO 9001: 1994.

A crucial aspect of the ISO 9001 :1994 standard is evaluating and ensuring that quality system elements are reliably and consistently applied to the design and development process for a new product.  The goal of this exercise is to provide consistent and reliable results of design input and output procedures, such that there can be verification and validation of the design process and

---

[137] 3M_MDL00042367 at 2.

consistency in production of the product.[138] In this respect, ISO 9001 provides a reliable and consistent methodology for evaluation of the reliability and depth of the design and development process, beginning with its inception and development, continuing through to execution, along with necessary follow-up, documentation, and review.  Because of the objective criteria set forth by ISO 9001, a general, reliable standard can be referenced for the design and development of new products.  As a result of access to a ubiquitous standard and the accompanying reliability and consistency that is expected from adherence to this standard, customers place additional confidence in both the manufacturer and its design and development processes.[139]

For example, ISO 9001: 1994 Section 4.4 sets forth the requirements for product development and design.[140] Reliability, consistency, and thorough documentation are the cornerstones of meeting the standard for controlling the design and development process for a new product.  In terms of design input, procedures should be in place to account for a variety of requirements for the product, including customer expectations, contractual conditions, safety considerations, performance standards, functional specifications, and other characteristics expected for the necessary performance of the new product.[141] Design verification is also an important aspect that must be assessed in evaluation the design and development process.  Design validation procedures should be in place to validate that the newly designed product meets the performance and functionality of the product expected by the customer.[142] Design validation includes ensuring that a newly designed product is manufactured in a process that confirms that the product will perform properly under real world conditions, meet the agreed-to expectations of the customer, and that this validation process occurs early in the design process.[143] The requirements of ISO 9001 :1994 all go hand-in-hand and involve a holistic, objective assessment and reliable methodology for evaluating quality systems and the design and development process.  Accordingly, design inputs, for example, are critical to the design validation process, which in turn is crucial to the quality, safety, and functionality of the final product.

---

[138] ISO 9001:1994 (§ 4.4).
[139] *See* Todor Tr. 19:6-10.
[140] ISO 9001:1994 (§ 4.4).
[141] ISO 9001:1994 (§ 4.4.4).
[142] ISO 9001:1994 (§ 4.4.8).
[143] ISO 9001:1994 (§ 4.4.8).

49

From a review of the testimony, documents, and other information provided regarding the conduct and implementation of the design and development process by the Defendants, it is clear that the Defendants deviated significantly from the applicable standard and appropriate practices established by ISO 9001: 1994 and failed to generally follow the requirements set forth by ISO 9001: 1994.  Additionally, it is equally clear from a review of the records and testimony related to the design and development of the Combat Arms Earplug that the failure to comport with the requirements and standards set forth in 9001 :1994 led directly to production of a product that was intrinsically unable to satisfy the safety requirements, functionality, customer expectations, and other requisite specifications for the product.   The requirements of ISO 9001:1994 provide a reliable and objective methodology for assessing the inadequacy and failures of the Defendants in this regard.  In addition, the application of general engineering principles, standards, and practices also lead to the same conclusion that inadequate or improper design and development practices were implemented in the production of the Combat Arms Version 2 earplug.

Notably, the CAEv2 did not comply with the customer's expectations—in this case, the US Military. The US Military's Military Procurement Item Description (MPID 1 & 2) calls for 100% sampling inspection of the yellow end of the earplug.[144] Moreover, despite the requirements of ISO 9001, the Defendants failed to include a plan to compare the design of the CAEv2 with other proven, similar designs, and also failed to conduct any test planning or testing of the CAEv2 prior to sale, which departed from the ISO 9001 requirements identified above.   Additionally, the Defendants failed to test both ends of the CAEv2, as was required by the standards.

Certainly, it was the case that a "customer like the United States military would need and expect that the products will have . . . met the quality testing standards that were promised to them when they agreed to buy the product.[145] The CAEv2 did not.

---

[144] 3M_MDL000257850 and 3M_MDL000002017
[145] See Todor Tr. 169: 11-19.

### b. Noise Control Act of 1972

In addition to well-understood and established standards in design engineering (ISO 9001), specific to the hearing protector industry, an important piece of legislation was the Noise Control Act of 1972. Congress enacted this Act to "promote an environment for all Americans free from noise that jeopardizes their health or welfare." One purpose of the Act was "to provide information to the public respecting the noise emission and noise reduction characteristics of products (distributed in commerce)." In 1979, the EPA published Regulatory Analysis Supporting the Noise Labeling Requirements for Hearing Protectors. Publication included comments and testimony taken during a public meeting attended by numerous earplug manufacturers. Elliot Berger represented Aearo. This moment marked a key regulatory springboard for the EPA's establishment of stringent labeling requirements for all hearing protectors. The EPA Regulatory Analysis delineated a number of key design factors, including:

1. Use Requirements/Environment;
2. Fitability;
3. Comfort; and
4. Biological Compatibility.

Notably, Berger would later identify similar factors in his Noise Manual, 4th Edition in 1986.[146] Paraphrased in pertinent part, Berger's list is prioritized emphasizing these same factors:

1. ***Comfort***. *ignored in laboratory tests but crucial in the real world.*

2. ***Utilization***.  *Due to poor comfort, earplugs may be incorrectly inserted or adjusted.*

3. ***Fit***. *Fitting and sizing must be done for each ear or performance will be degraded.*

4. ***Compatibility***.  *Must be matched to the user.*

5. ***Readjustment***.  *Since HPDs can work loose, users must be advised of need for readjustment.*

6. ***Deterioration***. *HPDs must be maintained and repaired as necessary.*

7. ***Abuse***.  *Modification of HPDs for comfort which could reduce protection.*

8. ***Removal***.  *When HPDs are not comfortable, they are often removed.*

---

[146] *Noise & Hearing Conservation Manual*, Fourth Edition (1986). Edited by EH Berger, WD Ward, JC Morrill, and LH Royster) pp. 359-360. See also 3M_MDL000774997.

EPA - Regulatory Analysis Supporting

the Noise Labeling Requirements for Hearing Protectors (1979).

ATTENUATION CAPABILITY

Since attenuation of noise is the purpose for which hearing protectors are used, special care must be taken to ensure that the measured attenuation is, in fact, indicative of that realized by the user. Virtually all tests of attenuation capability are conducted under strictly controlled laboratory conditions. Recently there has been concern that results obtained under these laboratory conditions are not truly indicative of the attenuation that is realized under in-use conditions. The National Institute for Occupational Safety and Health (NIOSH) has developed a field test procedure and conducted several field surveys to determine the difference between laboratory and in-use attenuation measurements. Early results [4] show a very poor correlation due, in part, to improper fit and user modifications.

Because of the importance of attenuation, it is treated separately in detail in Section 1.3.

USE REQUIREMENTS/ENVIRONMENT

The ultimate effectiveness of a hearing protector is not only dictated by its attenuation but also by the type of environmental conditions and use patterns in which hearing protectors will be needed. Such items as temperature and humidity, intermittent or continuous use, the need for compatibility with other personal safety devices, and workspace constraints play key roles. For example, wax-impregnated cotton inserts may be unsuitable for high temperature environments due to the softening or melting of the material; ear muffs may be best for intermittent use where the individual must go in and out of the noise environment frequently; ear muffs may not be suited to use with other equipment such as goggles or respirators; and inserts may be desirable where use is anticipated in very close quarters, such as might be required for machine repair and maintenance.

FITABILITY

Few devices, if any, will provide an optimum fit for everyone. However, proper fit is essential to realize the full attenuation potential of a device.

Much of the developmental efforts for hearing protectors have been directed to broadening the range of persons that a particular protector can fit properly. An example is the V51R ear insert which was originally manufactured in small, medium and large sizes, but later broadened to include extra-small and extra-large sizes to fit up to 95% of the population [4]. An extra-extra-large size would be necessary to obtain fit for 98% of the population. Another example is the triple-flanged insert, which was designed to fit everyone by providing three progressively larger concentric flanges. However, manufacture of three distinct sizes of this type of device was necessary to provide adequate fit for the large range of ear canal sizes. A final example is the expandable foam insert which is squeezed into a small cylinder, inserted into the ear canal, and allowed to expand to the individual shape of each canal. With this moldable device, reducing the original diameter of the foam cylinder provided an even greater range of ear canal fit.

In addition to initially providing a satisfactory fit, the hearing protective device must be able to maintain its fit during a variety of activities such as talking, chewing, and head movement. For inserted devices, this requires adequate depth of penetration and pressure on the ear canal. For devices employing muffs, flexible joints, proper ear cushions, and adequate headband tension are needed.

21

22

52

Fit is less of a problem for ear muff devices, but still requires special consideration. First, the device must necessarily cover the entire ear comfortable while allowing a minimum circumference for the cushion seal. Next, there must be a loose joint between headband and earcup to accommodate the range of skull curvatures encountered. Finally, the headband must be adjustable to allow for different sized heads and ear location. This is accomplished either by an adjustable headband, a movable ear cup, or both.

COMFORT

The major cause of discomfort is pressure exerted either on the ear canal by inserts or on the side of the head by muffs. However, pressure is required to create and maintain the seal that reduces noise leaks and allows the device to produce its intended attenuation. Thus, a major objective in the design of protective devices is to obtain a good fit in the canal or about the ear, while creating minimum discomfort for the wearer. This is accomplished by using soft, pliable materials and through various other design features. For inserts, the important factor in maintaining the proper fit of the protector in the ear is the sizing of the insert to the canal. For ear muffs, the critical factors required for a good fit are the ear cushion design and the pressure of the cushion against the head. Some inserts seal by assuming the shape of the ear canal while others use multiple soft flanges. Ear muffs use foam, air-filled, or liquid-filled cushions to comfortably seal the sound absorbing material with the contours of the head.

Another factor which can cause discomfort to the wearer is the weight of the device, thus introducing another design constraint. Since attenuation is related to the mass (or density) or materials used in constructing a device,

23

a trade-off may be required between the attenuation capability of the device, and the comfort to the wearer.

BIOLOGICAL COMPATIBILITY

This factor is primarily a design consideration by the manufacturer. Before certain materials are used in the construction of hearing protective devices, tests are conducted to determine their compatibility with the chemistry of the human body. Some people can be particularly sensitive to certain materials used in protectors. In such cases irritation may result, making continued use of the protector difficult.

An inserted protector may tend to push ear wax inward toward the ear drum, causing a poor acoustic seal in addition to discomfort.

The tragus, which is the projection found in front of the external ear, in many individuals extends backwards over the ear canal opening, and may prevent the insertion of an insert device to its intended depth. The tragus may produce unequal pressure against the protective device, forcing the device backward and outward, thus displacing it enough to cause an acoustic leak which will reduce the potential noise reducing effectiveness of the device.

DURABILITY-USEFUL LIFE

The ability of a device to maintain its noise reducing effectiveness for a satisfactory period of time is an important consideration in terms of economical and effective hearing protection. How long will a device provide the rated attenuation? How long will it remain comfortable and maintain the proper fit? How long will it remain hygienically acceptable? Devices age and deteriorate to varying degrees over varying spans of time. There is a lack of specific information regarding the real useful life of hearing

24

### c.   Use Requirements/Environment

The purported attenuation of an HPD is not the only factor to consider. "Environmental conditions" and "use patterns" are critical. Whether the plug will be used indoors or outdoors is important. If indoors, does it account for sound refraction and amplification of surrounding structures? If outdoors, will the user be mowing a yard or doing dismounted patrol in the Southwest Asia or the Middle East? Will the type of exposure be steady state or impulsive noise from live fire on a range or during combat? And, will there be a work helmet or military personal protection or communications equipment that may interfere with the protector? In other words, real world circumstances are important to consider when developing a particular design of an HPD. Laboratory testing under best fit circumstances can test the protector for attenuation but does not account for the environment.  There is no record evidence that Aearo/3M performed any real-world field studies on their product. A field study performed by the U.S. Army Aeromedical Laboratory (USAARL) which did reveal situational awareness problems with the CAEv2 in the

nonlinear mode, though USAARL was not examining the CAEv2 for extended wear in real world environments through REAT or otherwise.[147]

### a. Fitability

"Fitability" or "fit" relates to the adequacy of a protector in achieving optimum attenuation or insertion loss. The design engineer must determine whether the proposed design features are likely to fit the contours of the ear canal to gain proper fit.[148] A protector should not be designed around a filter or certain functionality without accounting for whether it is likely to gain consistent fit that a user may achieve in real world circumstances. To engineer a plug for fit, knowledge of the outer and inner ear is a prerequisite. As detailed below, Aearo/3M did not undertake any apparent effort to engineer the CAEv2 to account for known, variable outer and inner ear morphology and dynamics in motion but rather appear to have developed a plug without recognizing the need for congruity between the product and the end-user. This would have been reasonable and expected of a manufacturer particularly after the receipt of poor attenuation results in Test 213015.

### b. Comfort

In addition to the environment of use and fitability, comfort should be considered when designing an earplug. Comfort in earplugs relates to the subjective feedback from a user in terms of sensation with a foreign body protector at or beyond the opening of their aperture. Irritation and discomfort can be minimized if the materials used are soft and pliable. Introducing a hard object into the EC is not optimal for fit or comfort wherein both require a protector to fit the contours of the ear. Though comfort and fit/seal are not synonymous, a lack of comfort as described in the record from the military should have been an indicator of continued problems.

### c. Biologic Compatibility

The language in EPA (1979) on biologic compatibility is worth quoting here. The EPA commission advised:

> The tragus, which is the projection found in front of the external ear, in many individuals extends backwards over the ear canal opening, and may prevent the insertion of an insert

---

[147] Casali et al. (2009).
[148] 3M_MDL000774997

device to its intended depth. ***The tragus may produce unequal pressure against the protective device, forcing the device backward and outward, thus displacing it enough to cause an acoustic leak which will reduce the potential noise reducing effectiveness of the devic***e.[149]

The language from Berger and Kieper in the Flange Report is eerily similar:

> For test 213015, the plugs were fit according to the standard plug's fitting instructions, with no modifications. Because the stem of the green, solid end of the plug is so short; it was difficult for the experimenter to insert the plug deeply into some subjects earcanals, especially those subjects with medium and larger earcanals. Additionally, ***the geometry of the earcanal opening sometimes prevented the deep plug insertion required for maximum attenuation values***. When the solid plug was fitted during -the first test (015), ***the basal edge of the third flange of the yellow, level-dependent plug sometimes pressed against the subject's earcanal opening and folded up. When the inward pressure on the plug was released, the yellow plug's flanges tended to return to their original shape and this sometimes loosened the plug, often imperceptibly to the subject***.

> For test 213017, the yellow flanges of the level-dependent end of the plug were folded back prior to the green solid plug being inserted into the subjects' ears. The folded-back flanges and the hard plastic stem provided a long stiff quasi-stem for the experimenter to grasp and allowed for a deeper and more-consistent fit of the solid plugs for test 213017. ***When folded back in that way, the yellow flanges neither touched the subjects' conchae nor compromised the fit of the solid earplugs***.[150]

> The clear language of Aearo/3M's internal memorandum prepared contemporaneously with the 213015 test documents poor attenuation and the likely design features causing fit and seal issues. The corrective action, to change the intended form of the protector by rolling back flanges to gain better insertion, is not a proper design change. It is an indication that there were serious design flaws. Unfortunately, the outer flanges were one among several concurrent design flaws that were fatal to its overall design and performance.

---

[149] Regulatory Analysis Supporting the Noise Labeling Requirements for Hearing Protectors (1979). EPA, p.24.
[150] 3M_MDL000019514

**VI. OPINION #1: The CAEv2 was defectively designed in that it contained an inflexible, hard, barbed and wide adapter assembly which was positioned deep within the flanged tips thereby preventing users from achieving a proper fit, seal and/or cause imperceptible loosening compromising continued seal.**

### a. Additional Chronology of Events and Facts Considered

Between June and July 1997, 3M/Aearo redesigned a prototype of the Nonlinear Ultrafit plug[151]. This redesign changed the filter-stem housing design from the push-pull stem originally suggested by Karl Buck in April 1997[152] to a twist-knob device that would ultimately become the design used in Falco's 1998 patent[153]. 3M/Aearo sent the prototype plug, along with related REAT data, to ISL for feedback[154].

After receiving the new prototype from Aearo, ISL expressed concerns about the stem design, declaring that "[a] problem which concerns the ***compulsory unisize requirement of the future plugs is the increase in diameter of the prototype plug because of the surrounding stem***". (emphasis added).[155]

ISL added, "***We are not at all sure that the present configuration will be suitable for most ears because of fitting problems***. Should not it be possible to reduce the overall diameter of the stem and of the plug (the prototype plug is actually too big)? The external diameter of the filter is 3 mm but the outside diameter of the stem at the filter position is 4.2 mm. Is it possible to decrease this diameter?"[156]

On January 19, 1998, 3M/Aearo again updated the adapter design.[157]   Although the filter-stem adaptor configuration of 4.2 mm or greater would cause 'fitting problems', the new design had a diameter of 4.45 mm at its largest point. *See* Design Drawing of filter with adapter above.

### b. Thinner CAEv2 prototype (2005)

Knowing the width of the CAEv2's stem caused comfort issues and that a filter-adaptor housing with a diameter greater than 4.2 mm could cause fitting issues, 3M/Aearo began re-designing the CAEv2. In January 2005, Elliott Berger asked Bob Falco to produce five new nonlinear filters based on the original ISL filter, with varying internal diameters (ID) and lengths (see table below) but keeping the original diameter (OD) the same.[158] In effect, the walls of the filter were thickened to reduce the internal diameter.

---

[151] The bill of materials for which was then finalized by Marc Doty on July 2, 1997 (3M_MDL000571997).

[152] 3M_MDL000637265

[153] Compare artwork from 3M_MDL000571997 with 3M_MDL000338061.

[154] *See* 3M_MDL000013027 for the response.

[155] 3M_MDL000013027

[156] *Id.*

[157] 3M_MDL000393831, page 2.

[158] 3M_MDL000008580

| Description | Total length – inches [mm] | ID – inches [mm] |
|---|---|---|
| Baseline filter | 0.146 [3.72] | 0.079 [2.00] |
| 0.5 mm shorter | 0.127 [3.22] | 0.079 [2.00] |
| 0.5 mm narrower | 0.146 [3.72] | 0.059 [1.50] |
| 0.5 mm shorter and narrower | 0.127 [3.22] | 0.059 [1.50] |
| 0.75 mm narrowest | 0.146 [3.72] | 0.049 [1.25] |

Figure 25

The new prototype filters were placed into a CAEv2 and sent to the ISL for testing in March 2005.[159] Based on the test results, Pascal Hamery and Armand Dancer concluded that it seemed "possible to reduce the inner diameter (down to 1.25mm?) of the "filters" without impeding the performance."[160] They also found that reducing only the length resulted in more attenuation at lower frequencies <600Hz[161]



Figure 26

Given the ISL data, 3M/Aearo drafted a "thin filter" design in May 2005 with an internal diameter of 1.75 mm and an external diameter of 2.25 mm while maintaining the original filter length of 3.72 mm.[162]

---

[159] 3M_MDL000008548
[160] 3M_MDL000229352
[161] *Id.*
[162] 3M_MDL000480972, p.6



Figure 27

Having reduced the filter's external diameter, a thinner filter adaptor stem was needed to hold the filter and reduce problems caused by the width of the existing filter adaptor.[163] The diameter of the new adaptor's widest part was 0.151" or 3.84 mm, smaller than the 4.2 mm diameter mentioned by Hamery and Dancer in 1997 and much smaller than the 4.45 mm diameter of the CAEv2. With this new adaptor diameter, the diameter of the stem under the CAEv2's third flange was reduced to 0.278" or 7.06 mm.



Figure 28 P2456; 3M_MDL000683454, p.355[164]

---

[163] 3M_MDL000683454 p.355. See also 3M_MDL000906838, opened using solid works
[164] Note: the original length of the adaptor was .588." This new adaptor is even shorter at .561."

58



Figure 29 3M_MDL000906838



Figure 30 3M_MDL000906838

Despite re-designing the adaptor and filter, producing prototype parts of the filter, and testing those parts at the ISL, 3M/Aearo never switched to the thinner CAEv2.

**c.  CAEv3 (2005-2007), avoiding the previous stem issues.**

*1.  Changes to the barbed adaptor tip*

Initial development of the CAEv3 began in July 2005.[165] The CAEv3 was designed to use the previously developed "thinner" filter that had the same dimensions as the ISL filter, other than the external and internal diameters, 2.25 mm and 1.75 mm, respectively. To avoid the comfort- and fitting-related issues of its predecessor, the largest diameter of the barb on the single-ended adaptor of the CAEv3 was 4.21mm or 0.166."[166] 3M/Aearo not only made the filter and adaptor narrower

---

[165] 3M_MDL000683454, p.356-360
[166] 3M_MDL000825888

compared to the CAEv2, it completely re-designed how the barbed portion of the filter adaptor interacted with the CAEv3's tips. 3M/Aearo also widened the stem of the Ultrafit tips to 5.76 mm or 0.227" under the third flange and accounted for a cylindrical void with a diameter of 3.63 mm or 0.143" under the third flange of each plug tip[167] (small, medium and large). As a result, the overall diameter of the stem under the third flange when the filter adaptor was inserted could not exceed 6.35mm or 0.250."[168]

  *a. Diameter of the tip of the barbed adaptor*



Figure 31: 3M_MDL000905993[169]

---

[167] 3M_MDL000481954
[168] The total ø under 3rd flange is = L+(-M+N) where L is the diameter of the plug stem without the filter inserted .227", M is the diameter of the out cylindrical void within the plug stem .143", and N is the diameter of the filter stem adaptor at its largest point 0.166."
[169] 3M_MDL000905993 – Native file Opened using Solid Works

*b.   Diameter at the widest part of the barbed adaptor.*



Figure 32 3M_MDL000905993[170]

## 2.   Changes to the length of the adaptor tip

The width of the adaptor in the CAEv2 caused two issues. The primary issue was caused by its diameter and the secondary issue was caused by its location. The wide barbed tip of the adaptor stem is located between 2.36 mm and 5.94 mm into the CAEv2's stem or directly under the third basal flange of the flush Ultrafit tip.

---

[170] 3M_MDL000905993 – Native file Opened using Solid Works



Figure 33: Falco 2020-02-11, ex.3; 3M_MDL000017774

In comparison, the CAEv3 tips place a cylindrical void into which the adaptor stem barbs can protrude between 5 mm and 8.9 mm into the stem.[171] This design change effectively doubled the space for the interaction points of the barbed-filter housing and the plug's stem from that of the CAEv2, thus avoiding the potential for the widest part of the plugs stem to interact with the isthmus.



Figure: 34

---

[171] The length of the void is 0.15" or 3.81mm, and the diameter is 0.143" or 3.63mm.

### d.  CAEv4

Like the CAEv3, the Combat Arms Earplug version 4 also used small, medium and large Ultrafit tips with a wider stem that, without the stem-adaptor inserted, had an external diameter under the third flange of .227" or 5.7 mm.  They contained a cylindrical void, molded into the wider tips, with a diameter of .143" or 3.63 mm that allowed for variations in the adaptor barb diameter, that did not increase the overall diameter of the plug stem. The cylindrical void allowed 3M to increase the diameter of the barbed-filter housing in the CAEv4 to be larger than CAEv2's at 0.18" or 4.572 mm[172]. However, the same void also ensured that the overall plug-stem diameter under the third flange was narrower than the CAEv2 at 0.264" or 6.7 mm.

Another benefit to this design was that the filter-housing did not protrude as deeply into the plug as it did in the CAEv2. The CAEv2's adaptor extends into the Ultrafit tip by 0.234" or 5.94mm[173]. Thus, the length of the Ultrafit unaffected by the adaptor is 0.408" or 10.36mm.  The barbed filter adaptor for the CAEv4 is 0.346" or 8.78mm.

- The total length of the Small tip is 0.840" or 21.33 mm[174] thus, the length of the plug unaffected by the adaptor is 0.494" or 12.52mm

- The total length of the Medium tip is 0.842" or 21.38 mm[175] thus, the length of unaffected plug is 0.496" or 12.59mm

- For the large, the total length of the tip is 0.854" or 21.69 mm[176] thus, the length of unaffected plug is 0.508" or 12.90mm

---

[172] Compare to the 4.45mm in the CAEv2
[173] 3M_MDL000017774
[174] 3M_MDL000835381
[175] 3M_MDL000886489
[176] 3M_MDL000886488



177

Figure 35: 3M_MDL000926453



178

Figure 36: 3M_MDL000926453

177 3M_MDL000926453 - Native file opened using Solid Works.
178 3M_MDL000926453 Native file opened using Solid Works.

64



Figure 37: 3M_MDL000825699

### e. CAEV4.1

The Combat Arms version 4.1 is another example of how 3M could have reduced the diameter of the plug. At its widest, the portion of the plastic barbed stem of the CAE version 4.1 that is inside the user's ear is .163 inches, or 4.1402mm.[179] Compare that to the barbed stem of the CAE version 2, which, at its widest, is 4.45mm. Importantly, the medium plug for the CAE v4.1[180] is the same

---

[179] 3M_MDL000945476
[180] 3M_MDL000953715

as the CAE v2[181]. The inside diameter of the medium CAE v4.1 plug is .073 inches and the outside diameter of the medium CAE v4.1 plug stem is .200 inches.[182]



Figure 38: 3M_MDL000945476, opened using Solid Works



Figure 39: 3M_MDL000953715, opened using Solid Works

---

[181] See 3M_MDL000774776 in which J. Ely sends the CAEv4.1 tip drawings to M. Saleem, and see 3M_MDL000774781 which is the medium plug tip.
[182] 3M_MDL000953715



Figure 40: 3M_MDL000953715, opened using Solid Works

Since the diameter of the hole inside the medium CAE v4.1 plug stem is smaller than the plastic barbed stem, the outside diameter of the rubber plug stem would expand upon insertion of the plastic barbed stem. By adding the difference in size between the inside of the rubber plug stem and the widest point of the plastic barbed stem to the outside diameter of the plug stem, we can calculate what the maximum size of the CAE v4.1 could have been. At the very most, the CAE v4 medium size plug could have been .290 inches, or 7.366 mm, wide after inserting the plastic stem. By placing the filter in the housing of the CAE v4.1 instead of the stem itself, as had previously been suggested by Berger to Dancer and Hamery to reduce the diameter of the prototype Combat Arms device.[183] 3M managed to shrink the overall diameter of the same plug used in the CAE v2 by 0.120 inches.

The same calculations can be done for the small and large size plugs for the CAE v4.1. The small CAE v4.1 plug stem has an inside diameter of 0.073 in and an outside diameter of .200 inches, which are the same dimensions as the medium sized plug;[184] as such, the small size plug could have been 0.290 inches wide after inserting the barbed plastic stem, just like the medium size plug.

---

[183] 3M_MDL000013027 at p.2
[184] 3M_MDL000953714

The large CAE v4.1 plug stem has an inside diameter of 0.073 inches and an outside diameter of 0.233 inches at the bottom of the stem,[185] which means that the large size plug could have been as wide as 0.323 inches, or 8.2 mm, after inserting the barbed plastic stem. Although the large size CAE v4.1 plug is larger than CAE v2, the option of using a smaller earplug, namely the small and medium CAE v4.1 plugs, means that this diameter, which may be gain satisfactory fit with some ear canals, the fact that there is not a "one-size-fits-all" (or most) without sizing options, largely takes care of this function of size and fit.

The CAEv2's adaptor stem length is 0.234" or 5.94 mm for the CAEv2. However, the CAEv4.1's adaptor stem length is 0.200" or 5.08mm[186] meaning that:

- The small CAEv4.1 tip has a total length of 0.688" or 17.47mm. Thus, the length of the tip that is unaffected by the adaptor is 0.488" or 12.39mm

- The medium CAEv4.1 tip has a total length of 0.642" or 16.30mm Thus, the length of the tip that is unaffected by the adaptor is 0.442" or 11.22mm

- The Large CAEv4.1 tip has a total length of s 0.739" or 18.77mm Thus, the length of the tip that is unaffected by the adaptor is 0.539" or 13.69mm

### f.   Discussion

For an earplug to protect users, it must conform to the ear canal of the user. The Flange Report documents fit and seal problems in a laboratory setting and the lead experimenters concluding that "*the geometry of the earcanal opening sometimes prevented the deep plug insertion required for maximum attenuation values*."

First, the inner ear structures important to consider in designing an earplug. Inner ear measurements and dynamics follow.

- The aperture is not typically round but oval in shape with a mean range of approximately 10.0 mm to 15.5 mm in height and 4 mm to 8 mm in width.[187]

---

[185] 3M_MDL000953318
[186] Measured using the natively produced Solid Works file - 3M_MDL000945476
[187] Staab, W. J. (2014). "The Human Ear Canal."

- The adult EAM, the ear canal extension from the aperture to the eardrum or temporal membrane (TM), typically develops a turn or "S" shape, followed by a more tortuous and narrowed shape later in life.

- The EAM is approximately 25 mm superiorly and 30 cm inferiorly[188] and is not typically a straight body.[189]

- The isthmus, importantly, has a mean diameter of 5.7mm but ranges in measurement sizes between 2.4mm on the smaller end and 9.6 mm on the much larger end. The isthmus has a mean height of 9.0mm and ranges between 5.4 mm and 16.5 mm.

- The isthmus is often the narrowest portion of the EAM, sitting at approximately 9 mm inward from the aperture.

- Depth, shape, hardness and width of the foreign object (plug tip and stem adapter) will interact with the inner ear. Where, as mentioned above, the resulting diameter of the CAEv2 stem under the third basal flange was 7.6 mm[190], including the barbed adapter (4.45mm), and whereas the ear canal at or near the location where the mean width narrows at a mean of 5.7 mm[191], pressure pushing the plug out will increase as the differential between orifice and object become greater. Considering that during closed mouth and clenched jaw, this dynamic range reduces, to a mean of 4.9mm and 4.3mm, the result is more pronounced and concerning.

- The CAEv2's linear and nonlinear ends would have been too long, hard, inflexible and wide to allow for proper fit, seal and maintain reasonable seal into ears, due to ear canal shape, size, morphology, and dynamic behavior.[192]

---

[188] Alvord, L.S., and B. Farmer (1997). "Anatomy and orientation of the human external ear." *Journal of the American Academy of Audiology*, vol. 8, no. 6, p.383–90; and Alvord, L.S., et al. (1997). "Anatomy of an earmold: a formal terminology." *Journal of the American Academy of Audiology*, vol. 8, no. 6, p.100–3.

[189] See picture below from Ahmad, I., et al. (2001). "External auditory canal measurements: Localization of the isthmus." *Oto-Rhino-Laryngologia Nova*, vol. 10, p.183–186.

[190] $X + (Y - Z)$ where $X$ is the diameter of the barbed filter housing at its widest point (4.45 mm or 0.175"), $Y$ is the diameter of the Ultrafit plug (5 mm or 0.200"), and $Z$ is the diameter of the hole born through the Ultrafit plug (1.85 mm or 0.073"). Compare 3M_MDL000696516 with 3M_MDL000571966.

[191] Pirzanski, C.Z. (1997). "Critical factors in taking an anatomically accurate impression." *The Hearing Journal*, vol. 50, no. 10, p.41, 44, and 46-48; and Pirzanski, C.Z. (2006). "Earmolds and hearing aid shells: Tutorial part 2: Impression-taking techniques that result in fewer remakes." *The Hearing Review,* https://www.hearingreview.com/hearing-products/accessories/earmolds/...ial-part-2-impression-taking-techniques-that-result-in-fewer-remakes.

[192] As described in the report of Dr. Dave Eddins, PhD, testing of the CAEv2 confirms that a significant determinative factor in the CAEv2's failure to gain initial fit and seal and maintain its seal sufficient to provide

Second, the inflexibility and width of the final total stem at depths at or nearing dynamic areas of narrowing and bending of the EC should have concerned 3M/Aearo.  This depth of the wide adapter stem would be expected to reach at up to 7 to 8 mm ~ assuming insertion of the inserted end is near flush to the EC opening. This depth approaches and involves the reported mean distance from the canal opening to the narrowest part of the EC at the isthmus with a mean distance of 9.53 mm - 9.58 mm. This distance is a mean that does not account for variability.  Thus, incongruity between a hard adapter and soft cartilaginous segment of the EC more likely than not was the cause of the often-repeated discomfort concerns and the push out seen in test 015 documented in the Flange Report. Moreover, the EAM are dynamic structures, affected by actions, such as speech, chewing, and motions of the head and neck.[193] The dynamic nature of the outer ear and EAM are highlighted with movement of the mandible (lower jaw) and as the mandible moves forward and downward in producing various articulatory and chewing motions, the soft cartilaginous tissues along the anterior wall of the EAM are deformed by as much as 2.3 mm.[194]

Third, the suggestion of a different stem-filter housing configuration by Dancer and Hamery should have been considered following the unfavorable initial REAT tests conducted between December 1999 and January 2000. Indeed, in 2004, 3M/Aearo contemplated reducing the plastic insert's diameter to improve comfort. Suggested design changes included decreasing the diameter of the filter, making the filter an integral part of the hard-plastic insert, or inserting the filter ahead of the plastic insert so it would not fit as deeply (P0913A).

---

necessary attenuation and insertion loss protection is the physical and anatomical dimentions of the ear canal along with the dynamic movement of the ear canal.  See also Staab (2014); Staab, W.J. (2016). "The mysterious cartilaginous/bony ear canal." *Canadian Audiologist*, vol. 3, no. 6, https://canadianaudiologist.ca/the-mysterious-cartilaginousbony-ear-canal-junction/; and Termeer, P. (1994). Philips Hearing Instruments internal research document (cited by W. Staab, 2014).

[193] Oliveira, R., et al. (1992). "A look at ear canal changes with jaw motion." *Ear and Hearing*, vol. 13, no. 6, p.464-6; Oliveira, R.J., et al. (2005). "The dynamic ear canal and its implications." Hearing Review https://www.hearingreview.com/practice-building/practice-management/the-dynamic-ear-canal-and-its-implications. The Human Ear Canal, 1995 p. 84-111; Oliveira, R., et al. (2005).  Hearing Review. http://www.hearingreview.com/2005/02/the-dynamic-ear-canal-and-its-implications/; Darkner, S. (2009). Shape and Deformation Analysis of the Human Ear Canal. Thesis. Technical University of Denmark.

[194] Darkner, S. (2009). Shape and Deformation Analysis of the Human Ear Canal. Thesis. Technical University of Denmark.

Forth, because the CAEv2 imperceptibly loosens when test-subjects sit immobile in a laboratory, as Aearo's internal REAT testing makes clear, this problem will naturally worsen as users move around, talk, chew, or undertake any physical activity. This is especially true for servicemembers. This loosening and loss of efficacy as described in the Flange Report is not noticeable to the user in the real world. This phenomenon is common and becomes worse in loud environments due to the scientific principal called "Just Noticeable Difference" (JND) based on Weber's Law.[195] Within the branch of psychology called psychophysics, scientist study human perception of external stimuli (like noise). One elemental law of psychophysics is Weber's Law which proposed that the level at which a human can perceive quantitative differences in a stimulus is directly proportional to its value or magnitude.[196] This is called JND. In other words, JND tells us how much, for example, noise levels must change to be recognized by the human ear. This is important when a person is in a noise hazardous area, like a firing range or traveling in an armored vehicle for short durations preparing for potential enemy fire, in that, to know whether a nonlinear ear protector has maintained seal becomes increasingly difficult in loud environments. Knowing this in either the linear or nonlinear end is very challenging and a soldier would not typically be able to perceive subtle differences sufficient to be warned of this loosening or slippage of the CAEv2. In the nonlinear end, this would be even more challenging.

With low attenuation of the yellow end of the CAEv2 at low frequencies from 125 Hz to 500 Hz provides the basis for a very difficult to improbable detection of a change of sounds at the ear as the plug loosens and loses insertion loss.  The plug is not providing any attenuation at these frequencies and therefore the perception is the same with the plug in or nearly out. Unfortunately, an overall 5 dB change in the attenuation/insertion loss of the plug results in a 10x change in the number of allowable shots using the criteria in MIL STD 1474D.  For an example, if 200 shots were the maximum allowable number of shots with a fully inserted CAEv2 then only 20 shots would be permissible with a loosened CAEv2 that had only lost 5 dB of attenuation or insertion loss.  The CAEv1 chosen by the French, German and Belgian militaries offered this option. JND for an untrained listener is 3 dB.  However, with the CAEv2 having basically 0-10 dB of

---

[195] *Weber's Law of Just Noticeable Difference*, University of South Dakota:
http://apps.usd.edu/coglab/WebersLaw.html
[196] Pedrielli et al., (2008). "Just noticeable differences of loudness and sharpness for earth moving machines." The Journal of the Acoustical Society of America, vol. 123, no. 5, p.1-6.

attenuation at the low frequencies, if working as intended, the plug could easily move enough to cause a 5 dB or larger loss of attenuation while the perception of the sound would change very little and not be perceived in non-laboratory environments. Indeed, military field conditions with hazardous noise exposure include: small-arms fire weapons training; tactical live-fire training; dismounted patrol; convoys, helicopter flights and other travel in military personnel carriers and aircraft; walking, running, jumping and other physical movement across varying obstacles and terrain; and other activities in warm environments or close quarters with surrounding elements.

Fifth, most earplugs are made exclusively with softer materials that conform to the curvature and shape of the ear canal. After all, every ear canal is different. The CAEv2's white plastic insert was made out of Delrin—a plastic known for its tensile strength and stiffness.  Its manufacturer, Dupont, describes Delrin as "the ideal material in parts designed to replace metal."  Because of Delrin's stiffness, it cannot conform to the curves and contours of various ear canals. Instead, it maintains its shape, thereby preventing it from conforming to any ear canal, other than one that is straight. A direct outcome from a lack of congruity between the CAEv2 and soldiers' ear canal morphology is a lack of comfort.  Berger proposed a pair of possible solutions when redesigning the CAEv2. These solutions addressed previously observed problems, namely that the CAEv2's hard plastic stem that was too short and the acoustic filter too wide, thus requiring a larger stem diameter to accommodate the ISL filter. Both of these problems could adversely affect comfort and insertion depth within ear canals.

A review of soldiers' feedback of the CAEv2's confirms that there were comfort issues that soldiers identified after using the CAEv2.[197] Berger's own proposed solutions to enhance comfort and fit included using the longer Euro-design of the combat arms plug in order to reduce the stem's width requirement, and lower the cost of the product, or have two products available in different sizes.[198]

---

[197] For 3M's early knowledge of comfort issues related to the CAE v2 and its design, see Aearo / 3M employee Robert Falco's patent for the UltraFit plug (No. 4,867,149 (1989)), p.3; and 3M_MDL000017328 p.1.
[198] 3M_MDL000192859

**VIII. Opinion #2: The CAEv2 was defectively designed because its opposing flanges were too close to the inserted flanges, precluding users from achieving a proper fit and seal and/or causing imperceptible loosening that compromised continued seal.**

The design, or redesign as it were, of the CAEv2 pushed the adapter deeply on both ends of the plug. This moved the outer flanges closer to the opposing flanges as well. The Flange Report documents Aearo's observations of high variability and poor fit and seal and attributed the presence of opposing flanges in the tested subjects which caused imperceptible loosening. This is a mechanism of concern which would likely have caused sufficient outwardly force to compromise fit and seal. A starting point would be to describe the relevant outer ear structures important to consider in designing an earplug like the CAEv2 which had dual ends. These include the auricle or pinna, tragus, anti-tragus, and concha.



Figure 41

It was well known and established prior to the design of the CAEv2 that outer ear elements, like the tragus, can be involved in the insertion of a plug and prevent insertion to an intended depth. The tragus can also produce unequal pressure against the protective device, forcing the device backward and outward, which can displace the device enough to cause acoustic leaks and reduce

the potential noise reducing effectiveness of a device.[199] These and other outer ear structures are susceptible to displacement and deformation during jaw movements (Darkner, 2009). The resulting defects diminished CAEv2's effectiveness and increased variability in fitting the CAEv2 for the individual user.  If an earplug design fails to account for ear morphology and the dynamic nature of the ear canal, this incongruity can cause air leaks due to lack of fit, initial seal, and continued seal.

As with Opinion #1 above, the effect of the presence of outer flanges complicated insertion and resulted in imperceptible loosening. Unfortunately, this creates, again, the challenge of being able to self-check for a loose plug.  The hear-through capabilities of the CAEv2, which may have not been optimal,[200] would still have made it difficult for users to know whether the plug was properly sealed to the ear. Indeed, according to Hamery and Dancer of ISL, the French military evaluated the CAEv2 and found it difficult to 'verify if the plug is well fitted'.[201] Unfortunately, where the CAEv2 was known to imperceptibly loosen, no prompt is provided to the user to adjust the plugs. For that reason, French military rejected the CAEv2 and instead used a single-sided plug that allowed soldiers to occlude the nonlinear end with a finger-tip to check for proper seal. With the CAEv2, no method exists to perform this check. A situation where this may occur is during dismounted patrol. In the presence of some background noise, the CAEv1 could be readily occluded. And, to restate an important point germane to a soldier's use of the CAEv2, where a soldier may want to check seal may be on the gun range where sound levels may reach the inner ear between 110-140 dBP.[202] At these higher levels, a soldier is not able to perceive a drop in 5 or 10 dB which can make all the difference.

---

[199] Regulatory Analysis Supporting the Noise Labeling Requirements for Hearing Protectors (1979), EPA. See also report of Dave Eddins.

[200] See Casali and Ahroon (2009).

[201] 3M_MDL000003061 at p.70

[202] A review of internal 3M emails however raises a concern that the CAEv2 should never have been used on a range in the nonlinear "impulse" side. See 3M_MDL000243859, 3M_MDL000359112, 3M_MDL000473499, 3M_MDL000010140, and 3M_MDL000392992.

## IX. Opinion #3: The CAEv2 was defectively designed because the location of the ISL filter, stem, and adapter assembly created unintended and potentially harmful standing resonance at high frequencies.

In 1997, Dancer documented stem and/or filter resonance and communicated this problem to Berger.[203] Multiple studies of the CAEv2 have since revealed strong resonance at higher frequencies. Such resonance causes users to experience increased excitation and potentially high to ultra-high frequency hearing loss or other auditory injury.[204]

This peculiar resonance pattern is not evident in other brands of LDNL HPDs.[205] Binseel et al. (2012) attributed this high-frequency resonance property to resonance vibrations of the solid portion of the protruding linear end of the CAEv2; it would appear that the location of the filter in relation to the total length of the sound channel and stem effects this resonance independent of the residual air cavity or ear canal resonance effect at a higher frequency.[206] Subsequently, Fedele and Kalb (2015) reported that the CAEv2's nonlinear end produced the same prominent high-frequency resonance pattern in IL measurements to impulse noise.[207] Unfortunately, 3M engineered a resonance in the CAEv2 in a frequency band (~5-7 kHz) where the ear is sensitive to damage. The design placement of the filter is more likely than not the cause. There does not appear to be any supporting engineering analysis, however, movement of the filter back away from the tip would have helped dampen the standing resonance. The result is additional hearing damage risk due to what appears be a casual approach to design changes and the neglect of good engineering practice.

The record evidence does not reflect that Aearo/3M undertook any examination or effort to investigate findings of Drs. Dancer and Hamery relating to resonance which was identified in

---

[203] 3M_MDL000013024
[204] For more on this, see 3M_MDL000002569, DOD Touhy Production Document Touhy00001927, Binseel (2012) "A Comparison of the Single-Sided and Double Sided Combat Arms Earplugs," Scharine and Weatherless (2014) "U.S. Marine Corps Level-Dependent Hearing Protector Assessment - Objective Measures of Hearing Protection Devices," and 3M_MDL000009125.
[205] See 3M_MDL000002569, DOD Touhy Production Document Touhy00001927, Scharine and Weatherless (2014), and 3M_MDL000009125.
[206] Binseel (2012)
[207] 3M_MDL000009125

1997. In 2012, scientists at the Army Research Laboratory published a report that documented resonance attributable to the CAEv2. This was followed by a study in 2015 which further documented ARL's finding of a resonance characteristic that appeared to be describe a standing wave of resonance that was linked to the plug. Of note, the resonance discussed by ARL is a standing wave resonance at around 6-7 kHz (similar to that described at 6.2 kHz by Fedele et al.) which described as an amplitude-dependent nonlinear characteristic."[208]  A review of the Report in this case of Steve Armstrong further confirms this acoustic property associated with the CAEv2. The figure by Kalb et al., showing two resonant peaks, one in normal auditory arrange, is remarkably similar in location and as that generated from high fidelity Berkley Spice Simulation. This effect can present risk to a user exposed to impulsive noise of auditory damage.



Figure 10 - Armstrong Report

[208] Fedele, P, Kalb, J. Level-Dependent Nonlinear Hearing Protector Model in the Auditory Hazard Assessment Algorithm for Humans. ARL-TR-7271 (2015), p 19. (origins of the resonance described as possibly from the protruding end of the CAEv2 or from within the orifices in the plug at p 31).



Figure 9 - Armstrong Report

Armstrong concludes the resonance is due to "the combination and configuration of the length of the sound channel, distance to the end of the earplug tip, and filter location within the sound channel."[209]  In reviewing the ARL papers and confirmatory work by Armstrong, it is reasonable to conclude that the location of resonance is likely due to the placement of the filter in closer to the middle of the adapter stem. Movement of the filter would tend to dampen this phenomenon that appears to be specific to the CAEv2. Importantly, this standing resonance results in a reasonable conclusion that soldiers and users exposed to weapons fire and other impulsive noise would experience cochlear injury at high or ultra-high frequencies. Though audiograms in the military typically test up to 6 kHz and would not show noise induced hearing loss at higher frequencies, it is recommended that audiogram testing be sought to more fully determine potentially overlooked auditory injury.

## X. Opinion #4:  In addition to these design defect opinions, I have the following opinion with regard to their compliance which the terms of the MPID:

### a.   MEDICAL PROCUREMENT ITEM DESCRIPTION (MPID) 2003, *revised* 2006

In 1999, 3M/Aearo secured the U.S. Department of Defense, Defense Logistics Agency's acceptance of the CAEv2 without any actual testing of the product in its dual ended configuration.

---

[209] Armstrong Report at

3M/Aearo secured an NSN number and the CAEv2 was placed on the Approved Product List. 3M/Aearo commenced sales of the plug the same year.  All of this was achieved without a formal contract ostensibly under a provision of the Defense Acquisitions process enabling manufacturers or sellers of commercially available products the ability to begin sales without a formal request to all manufacturers to bid on producing a product that met particular requirements and specifications.  However, by 2003, and again in 2006, the Defense Logistics Agency (DLA) did require 3M/Aearo to adhere to an MPID covering some aspects of the CAEv2. Those parts addressed herein are:

1. As to 2003 and 2006 MPIDs regarding testing, the sampling for inspection at 100% on the nonlinear yellow end to be "verified by an acoustical impedance test"[210];

2. As to 2006 MPID regarding testing and efficacy, the sampling for inspection at of the linear green end under ANSI/ASQ Z1.4 (inspection level S-2) with AQL of 1.0%[211]; and

3. As to 2006 MPID regarding efficacy, that the CAEv2 would provide the "user" with "protection" at sound pressure levels up to 190 dBP, even after the user has been exposed to 100 free-field noise impulses of 190 dBP, minimum.

**b.  MPID – "verified by an acoustical impedance test"**

3M/Aearo has been using an Acoustic Resistance Checker (ARC) (or Z-Box) in their laboratory since 1989. It has used the device with plugs such as their Ultratech-12 and ER-20. It was chosen by 3M/Aearo unilaterally to test impedance for all CAEv2. (Kieper and Berger, 2000b). Commonly called an "ARC device", the same was invented by and purchased from Etymotic Research. The purpose of the device is to test acoustic resistance or impedance. An ARC machine

---

[210] The author understands that 3M was required under MPID 2003 and 2006 to retain all "records of inspection" for a period of 3 years after delivery of the earplugs, including 3M/Aearo   subsidiary or sub-contractor TJR/ATM, and that records relating to impedance testing and quality control were not made available potentially due to 2 year retention policy.

[211] Having requested documents in the litigation that would reflect that 3M/Aearo and 3M consistently met their quality assurance requirement of performing REATs under the ANSI/ASQ Z1.4 requirement, and having reviewed the deposition testimony of A. Childress, it appears that 3M/Aearo and 3M did not make any attempt to ensure the quality of the plugs they sold to the military for closed end linear protection.

functions by measuring the opposition that a system presents to the acoustic flow resulting from an acoustic pressure applied to the system. An ARC box measures resistance in terms of mV. To set up an ARC box it is necessary to 'block the input tube with Duxseal, a malleable, clay-like substance and apply a 100Hz, pure tone signal to the unit of sufficient voltage (~380mV) to obtain 200mV AC out. (Kieper and Berger, 2000b). Once the set-up has been verified, the desired product may be tested on the Arco box, be that to develop acceptable ranges for it or to ensure that it meets already established ranges.

In August 1999 (3M_MDL000755464) before 3M/Aearo had performed any REAT or impulsive testing on the CAEv2, it added the ARC testing to the Standard Operating Procedure for the Combat Arms Assembly – SOP 227.

In September 2001 3M/Aearo, through Elliott Berger, assured Major Mark Little that 3M/Aearo's conduct quality checks using an acoustic impedance device to assure that the plugs have been assembled properly', that the filters are in place and 'that the dimensions of the orifice fall within our specifications'(3M_MDL000251776).

When reviewing the first MPID in February 2003, 3M/Aearo, via Bryan Myers, changed the language in the Sampling for Inspection section to "Sampling shall be 100% for the "yellow" level dependent end. It shall be verified using an acoustical impedance test". Ten minutes after the last modification was made to the document by Bryan Myers, he informed John Komada at the Defense Logistics Agency (DLA) via email that 'We consider the "acoustical impedance test" under the "Sampling for Inspection" paragraph to be proprietary". (P1356A 3M_MDL000257850).

| SPECIFICATION SHEET NO. 1 | 22 January 2003 |
| --- | --- |

Sampling for Inspection. Sampling shall be 100% for "yellow" level dependent end. It shall be verified using an acoustical impedance test.

Records. Records of inspections performed by or for the contractor shall be maintained by the contractor and made available to the Government upon the Government's request, at any time, or from time to time, during the performance of the contract and for

Brian Myers
Deleted: Sampling for inspection shall be conducted in accordance with ANSI/ASQC Z1.4-1993. A sampling shall be performed for each salient characteristic specified herein. For each sampling, inspection level S-2 shall be used; the AQL (Acceptable Quality Level) shall be 1.0 percent.

3M/Aearo view as to the proprietary nature of the 100% ARC testing was once again raised by Myers during discussions with personnel from the DLA. This time, Myers informed Thomas Sidor of the DLA that 'we have developed a special test fixture we use to test every Combat Arms earplug which we make. This test assures that the filter is properly made and assembled into the

earplug so that when a very loud noise occurs, the earplug will function properly.' (P0364 3M_MDL000018856).

The exact specifications for the nonlinear filter developed by the ILS was for two plate-like filters with a thickness of 0.1mm (0.004") and an orifice of 0.3mm (0.012") separated by an internal distance of 3.52mm (0.138"). The device is 3mm in diameter and 3.72mm in length.



Seven different variations of the plate thickness and orifice diameter were tested using SPLs at 110 dB, 130dB, 150dB, 170dB and 190dB.  It was found by researchers at the ISL that a plate-filter with a thickness of 0.1mm (0.004") and an orifice of 0.3mm (0.012") offered "an optimum nonlinearity" among all of the tested plate configurations. (Hamery et al. 1997)

In Figures 17a and 17b from the R128/97 report by Hamery (below) one can observe, just as the creators of the filter did, that if the plate thickness is off by 0.05mm (0.001") the attenuation coefficient can vary by up to 4dB at NRpeaks over 110db. Similarly, one can observe that if the diameter of the orifice of the plate-filter is altered by 0.1mm (0.004") the attenuation can be altered by up to 3dB at NRpeaks over 110dB.

**Figure 17a** e= Thickness d= Diameter



**Figure 17b** e= Thickness d= Diameter



3M/Aearo was aware of these specifications when drafting their own technical drawing of the filter in 1998. 3M/Aearo' draftsperson, Marc Doty, specified in his technical drawing that the filter dimensions had to be produced in such a way as to equal the ISL-designed nonlinear filter, and could only deviate from said dimensions by ±.0004" (or ± 0.01mm). Doty's specifications match the design specifications 3M/Aearo  received from ISL in February 1997[212].

---

[212] 3M_MDL000476896

81



Unusually, despite knowing the importance of both the filter-plate thickness and orifice diameter as of February 1997, 3M/Aearo   seemingly chose to ignore the specification for the filter-plate thickness when performing their first article inspection[214] on June 2nd 1999[215].

---

[213] *Compare* 3M_MDL000755095 left with 3M_MDL000825751 right.

[214] The first article inspection is a process through which one measures each individually manufactured part to verify that the parts received match the specifications laid out in the technical drawings.

[215] 3M_MDL000010303



Failure to meet these exacting specifications could have negative consequences, as one can clearly see from Figures 17a and 17b from R128/97 (above). A failure to ensure that the product part met its exacting specifications could mean that said part, and thus entire plug assembly, was out of specification which could result in a drop of up to 3dB to 4dB of attenuation at Sound Pressure Levels in NRpeaks of over 110dB.

3M/Aearo  knew how critical it was to meet these specifications and that a failure to do would have unknown consequences especially with regards to the protective attenuation that the filter could provide to the user of the device in which it is placed. Due to this knowledge, in 2003,

3M/Aearo™ sent back an initial order of around 400,000 to 500,000 filter parts to the vendor in France as they were found to be 'bad'[216].

Unfortunately for the users of the 3M/Aearo's passive nonlinear products, in June 2004 3M/Aearo once again discovered that the filters they had been purchasing from the part manufacturer, Roland Bailly, were out of specification. Out of 42 production samples chosen, only 10 met the orifice diameter specification meaning that 76% of the randomly selected filter parts were out of specification.[217]

Despite the continuous filter problems, 3M/Aearo™ continued to purchase the filter for their nonlinear product from Roland Bailly in France. 3M/Aearo™ had to ship a further 200,000 Nonlinear filters back to the product manufacturer to be refunded as they failed to meet the design specifications (3M_MDL000825799). 3M/Aearo ultimately changed the exacting specifications for the nonlinear filter that ISL provided to them, moving the allowed tolerances from ±.0004" (or ± 0.01mm) to ±.0005" (or ± 0.013mm) (3M_MDL000886406)



e = Thickness       d=Diameter

---

[216] 3M_MDL000855229
[217] 3M_MDL000930590
[218] 3M_MDL000009240

### c.  ARC Testing problems

Despite how important 3M/Aearo   represented the ARC testing to be, they failed to address a plethora of issues that caused the Combat Arms to deviate from the acceptable ranges laid out in the specifications for the Combat Arms on each respective ARC box. In fact, in February 2003, while 3M/Aearo was actively discussing the proprietary nature of the testing and adding language as to how they sample and test 100% of the plugs, they were also attempting to address an "80% rejection rate" at their Mexico assembly plant.

"RWK assisted Gordon Grogan and spoke with Bob Zielinski about the problems with the Combat Arms Plug in Mexico. He recommended that one of the ARCs be sent to Indianapolis so the 100 plugs can be measured in the lab, to help determine why Mexico's measurements had an 80% reject rate" (RK-132, p. 148)

In his February monthly memo, Berger reported the same "80% reject rate" that was found at TJR using the CAE and ARC devices (DK-015, p.2). In May 2003, Kieper reported that he had to re-calibrate ARC devices and said, "After I 'calibrated' (verified that its output was the same as it was 2 years ago) one of the four Acoustic Resistance Checkers (ARC) that have been made for EAR/Aearo, I sent the unit back to Mexico . . . . Somehow, the two calibration plugs (blocked tubes) that [were] made for the 2 Mexican units were lost" (RK-416, p.1)

This issue of ARC testing at TJR worsened between 2003 to 2004, and on November 8, 2004, Zielinski expressed concern that TJR "cannot get any 'acceptable' product from the calibrated tester" because the measurements "are all too high according to the specs" (RK-412, p.1). This issue was concerning to 3M/Aearo and 3M because without proper calibration, there was no way for 3M/Aearo to confirm that the plugs meet quality standards or that they will work as advertised.

A week later on November 19, 2004, Klun circulated an action plan to address the quality problems at TJR (RK-405; RK-406). This plan shows that the ARC devices had not been calibrated even after a full year and that 3M/Aearo / TJR had to operate "under a waiver for over six months" to address "back order issues . . . . Because of equipment measurement problems, TJR continues to operate with a quality waiver" (RK-406, p.2). According to this action plan,

 "it has taken over six months to address equipment calibration problems for the Combat Arms product. Now we have more quality testing problems and releasing product under waiver. We believe this issue is not an <u>acute</u> problem, but rather a <u>chronic</u> problem that needs to be fixed now. We need team perspective to take a holistic look at the combat arms quality program at TJR" (RK-406, p.2)

During the 2004 holidays, Kieper traveled to Mexico to implement the action plan. Berger reported in his December monthly report: "Upon RWK's return from Mexico work continued to resolve testing issues for this product including a call with Etymotic. At month's end we were also requested to obtain a quote for an additional z-box (no order placed yet)" (DK-100, p.2).

Needless to say, Aearo/3M understood the importance of (and promised) a quality testing program to assure the yellow level-dependent end of the plug would provide the insertion loss required for impulsive noise for users. An Acoustic Resistance Checker (ARC), the test was considered critical in determining efficacy yet the government appears to have been never apprised of serious problems with the testing setup, process and procedure, input/output data, presence and prevalence of out of specification results, provision of waivers and other information to make a judgment as to the quality of ear protector the government was receiving. Documents and testimony relating to quality testing program reveal significant problems with the testing devices and plugs testing well out of quality specification ranges. This appeared to occur whether the ARC boxes were purportedly properly calibrated, mis-calibrated, or uncalibrated; and whether the testing occurred in Mexico or Indianapolis. At one point, over 80% of plugs were reported as having tested out of specification, however, there is no documentation revealing that the government was made aware. Critically, it is of utmost importance that ear protectors sold to our soldiers be quality products which are tested and go through quality assurance. Where Plug dimensions can alter impulsive noise protection, allowing our soldiers to receive plugs that are suspect in their quality is problematic to say the least.

### d. MPID - testing and efficacy, the sampling for inspection of the linear green end under ANSI/ASQ Z1.4

As mentioned, there is no documentary evidence establishing that 3M/Aearo ever satisfied this MPID requirement. Accordingly, it failed its obligations to the government.

### e.   MPID - protection of soldiers for up to 100 blasts at 190 dBP

The French No.1 plug was not the final CAE v2 that 3M/Aearo sold to the US military. BOP did not test the CAEv2. P2416. However, over the lifecycle of the CAE v2, 3M/Aearo's have used the BOP as scientific evidence for the marketing claim that the CAE v2 was "found to be protective at 190dB for at least 100 exposures" (3M_MDL000153471, p.2). Indeed, 3M audiologist Ted Madison testified that "The Johnson study was the basis for the claim about 190 decibels" (P2417; Madison, 12/10/2019, 343:19-20).

On July 16, 2006, the final version of the MPID #2 was published stating that 3M/Aearo would provide the military an earplug designed to "provide protection at sound-pressure levels up to 190 dBP (peak), even after the user has been exposed to 100 free-field noise impulses of 190 dBP (peak), minimum" (P0101; Berger 30b6, 11/13/2019, ex.29; 3M_MDL000000078).

On February 8, 2010, Berger questioned the scientific basis of 3M/Aearo's protection claim for the CAE v2. Berger emailed Ohlin and 3M's Military Marketing Manager Doug Moses to ask where the claim that the CAE v2 was "found to be protective at 190dB for at least 100 exposures" came from and if it went "back to the Blast Overpressure Study in Nevada" (sic) (3M_MDL000153471, p.2). Berger received confirmation that the claim derived from the BOP.[219]

Berger replied that the data from the BOP was not sufficient to prove 3M's claims. Berger pointed out that "with 100 shots there was 20% failure from 178-187, 50% failure at 190 and no tests allowed at 193" (ibid., p.1). Berger also said he remained "unconvinced" that the BOP could support 3M's claim because "the ISL plug in this study use[d] a filter about the same as the one we produce" but "its mounting in the plug is different as is the length of the plug" compared to the CAE v2 that 3M was selling" (ibid.).

Despite Berger's objections to using the BOP as support for the 190dB protection claim, 3M continued to misrepresent the results of the BOP when touting the safety of the CAEv2. For example, a brochure for the CAEv2 and v4 dated September 23, 2010, continued to use the 190dB claim (3M_MDL000012058, p.2).

---

[219] *Id.*

By December 2012, 3M's partner New Dynamics was also using the 190dB claim on marketing materials despite 3M's internal knowledge that the claim was false. The promotional materials for the CAE v2 from New Dynamics state that the CAE v2's "level-dependent technology used in the earplug has been tested and found to be protective up to approximately 190 dBP for outdoor exposures" and cite the BOP as support (3M_MDL000749309, p.2).

On July 9, 2014, Madison affirmed Berger's comment from 2010 that the "CAEs will not reduce 190dB explosions to a safe level of 140dB or less" (P0148; 3M_MDL000008470, p.2). Berger noted prior on July 8, 2014 in a reply to Jason Jones:

> "The CAE does not provide 30 dB peak reduction for a 140 dB peak. The plug in the open mode provides from 10-12 dB reduction at 130 dB, increasing to about 20-30 dB or more for 170 dB, depending on the nature of the impulse. The data below are from ISL. We get similar but not identical results in our impulse test lab. The data that show that the plug provides adequate protection at 190 dB are from a US Army study conducted with soldiers in the early 1990s. They found for a limited number of blasts up to about 190 dB the plugs prevented temporary threshold shifts. However, those were large weapons with much low frequency content. For rifle shots that are more hazardous to the ear because of their high-frequency content the protection will not be as great."

Instead of proving 3M/Aearo's protection claims for the CAE v2, the BOP shows that there was insufficient data to determine if the ISL filter inserted into Aearo's UltraFit plug provided adequate protection. For example, Johnson wrote that "not enough subjects were exposed to provide a definitive answer" regarding whether the ISL filter "performed better" than the other nonlinear plug (P0164B, p.144). Moreover, Johnson concluded that "[w]ith the limited number of subjects," the French no.1 plug was not "adequate to protect the auditory system from" the large weapons fire that subjects were exposed to (ibid., p.3). Finally, Johnson wrote that during testing, "There was concern that good seal of the flanges with the ear canal was not occurring for some subjects" and that the investigator "could not distinguish between the intentional leak through the filter and leak around the flanges" (ibid., p.33).[220] NATO's RTO Technical Report "Hearing Protection – Needs, Technologies and Performances" evaluates different types of earplugs in the context of military sound. The study explains that nonlinear earplugs provide little attenuation for moderate

---

[220]  Both Henning von Gierke and Edgar Shaw developed electrical/mechanical analogs of earmuff attenuation. However, the 1st order parameter driving earmuff attenuation is the size of the acoustic leak.  The approach for improving passive attenuation with earplugs was similar to the approach for earmuffs. i.e. reduce and/or eliminate the acoustic leak.

level sounds and should perform similarly to their linear counterparts when exposed to highest level sounds (4-12-13). Fit also becomes paramount to the functionality of the earplug as "[i]n the case of a misfit of the plug, the non-linear behavior will be lost" (4-14).

In summary, the BOP test and resulting data relied upon by Aearo/3M in making the 190 dBP claim, was insufficient as a reasonable basis upon which to make such an assertion.  A liberal reading of the BOP study would support a statement that some subjects utilizing plug with nonlinearity qualities did not exhibit temporary threshold shifts after exposure to up to 6 blasts at approximately 190 dBP. However, BOP involved the French singled ended version not the CAEv2 and the results were not supportive of this claim.  3M/Aearo   do not appear to have undertaken any further scientifically valid efforts to support their claim.


Furthermore, using the scientific measurements conducted by ISL during the design of the filter, it can be seen that the size of the orifice and the thickness of the plate are critical parameters in the acoustic performance of the filter: specifically, the insertion loss; and changes in the insertion loss with increasing peak pressure.  Good engineering practice would establish the mapping of these two parameters to the measured acoustic performance of the filter as installed in the CAEv2 and would use a consistent and validated method to measure this performance during production.  From the data available, it appears that 3M did not anchor nor tie the acoustic performance of the yellow end of the CAEv2 to the production measurements made with the ARC.   Therefore, there was no validation of the acoustic performance of the yellow end of the CAEv2 achievable from the ARC measurements.  Additionally, the ARC measurement, due to calibration and measurement issues, exhibited significant uncertainty further exacerbating the issue of verifying acoustic performance of the CAEv2 during production.  The government was buying a hearing protector that was intended to have acoustic performance sufficient to protect the hearing of soldiers.  Yet, 3M chose not to verify the acoustic attenuation or insertion loss of the CAEv2 during production.  Even the limited requirements of the MPID were not met and 3M did not inform the government that the CAEv2 earplugs being delivered did not meet the MPID requirements.

## XI. SAFER ALTERNATIVE DESIGN:

When evaluating safer alternative designs for a HPD, many of the factors from the Noise & Hearing Conservation Manual concerning Real World Performance of HPDs are relevant in making the evaluation.  Simply reviewing REAT numbers to determine whether a device is a safer alternative design would be inappropriate.   This is particularly true where one is looking at experimenter fit data, which attempts to show optimal performance versus real world performance where actual users wear the HPDs for extended periods of time. Factors that are often overlooked in evaluating HPDs include, but are not necessarily limited to:

1. **Comfort**.  Crucial in the real world as it involves compliance.
2. **Utilization**.  Earplugs may be incorrectly inserted or adjusted.
3. **Fit**. This must be done for each ear or performance can be affected.
4. **Compatibility**.  Must be matched to the user.
5. **Readjustment**.  Since HPDs can work loose, users must be advised of need for readjustment.
6. **Deterioration**. HPDs must be maintained and repaired as necessary.
7. **Abuse**.  Modification of HPDs for comfort which could reduce protection.
8. **Removal**.  When HPDs are not comfortable, they are often removed.

Noise & Hearing Conservation Manual, Fourth Edition (1986)(edited by EH Berger, WD Ward, JC Morrill, and LH Royster) pp. 359-360.

Thus, when evaluating safer alternative designs, one must consider not only what characteristics an HPD possesses but also what it lacks.  In addition, should an HPD possess a certain negative characteristic, whether the manufacturer has attempted to mitigate against the negative characteristic should be factored into the equation.  By way of example, the Combat Arms Version 4.1 has a "retainer clip" which, according to its marketing materials "helps the earplug stay in the ear during rigorous activity."[221] It specifically notes that: "A specially designed patented soft retainer helps ensure the ear plug remains securely seated inside the ear."  Thus, for this earplug at least, 3M determined there was an issue with the plug staying "in the ear during rigorous activity" and addressed that issue.

---

[221] 3M_MDL000766967

The following posters provide reference points for hearing protectors approved for use in our military. Making the Approved Product List does not ensure a safe and effective plug. The CAEv2 is proof of that. However, the family of plugs providing both linearity and nonlinearity that exist today (and have existed since circa 2008 and beyond) all have very similar design characteristics and noise attenuation and continuous noise attention qualities. The current offering has not changed considerably since 2015, except that the CAEv2 is notably "discontinued" by 2015. The second figure is from the Hearing Center of Excellence (2018).



Figure 41



Figure 42

**List of Safer Alternative Designs:**

- **CAEv1 for impulsive noise protect and hear through ability for situational awareness AND an Ultraflex-type plug for continuous noise protection**
- **CAEv4 for both impulsive and continuous noise protection with hear through ability for situational awareness**
- **CAEv4.1 for both impulsive and continuous noise protection with hear through ability for situational awareness**
- **Surefire Sonic Defender EP4 (triple flange) for both impulsive and continuous noise protection with hear through ability for situational awareness**
- **Moldex Battleplug for both impulsive and continuous noise protection with hear through ability for situational awareness**

a. **CAEv1 for impulsive noise protection and hear through ability for situational awareness AND an Ultraflex-type plug for continuous noise protection**

A great deal of discussion has been had on the CAEv1. It was the genesis of later CAE family of protectors. It was utilized by NATO allies. It was clearly a safer alternative to the CAEv2 and was available in 1999 and beyond. 3M/Aearo could have selected the CAEv1. Specifically, linear and nonlinear end tips which became the CAEv2 ends were already designed and in use by Aearo/3M. A detailed description is below.  These tips were also tested by Aearo/3M and the NRR attenuation numbers were known. Those NRR tests contained data which included attenuation at frequency. That information, along with the derived NRRs, provided a baseline for

92

the tips. When Test 213015, memorialized in the Flange Report, was performed, the suboptimal and poor attenuation data was revealed. Aearo/3M, Aearo/3M was on notice of the great disparity in results and should have undertaken good manufacturing and design measures under ISO 9001:1994. The government did not have this information necessary to make a good decision on proceeding with the CAEv2.

**b. CAEv2: Utilization of Pre-existing Ultrafit and Ultraflex-type plugs**

3M/Aearo utilized Ultrafit tip (yellow end) and UltraFlex tip (green end) for the CAEv2.[222] A picture of the final design drawing for the CAEv2 is below which includes both tips (yellow nonlinear identified as segment "A" and green linear identified as segment "B").



3M Confidential - Attorneys' Eyes Only    3M00019765

Confidential - Subject To Protective Order    3M_MDL000017784

(Figure 43 Berger 30(b)6 2020-09-25, ex.2, 3M_MDL000017774, page 11)

---

[222] *See* Berger 30(b)6 2020-09-25 Tr. 25:4-26:6.

### i. Nonlinear (yellow) UltraFit Tip for Impulsive Noise

Since 1989, 3M/Aearo had a preexisting patent for the UltraFit (yellow) tip and did not complete the final designs for the CAE v2 until ten years later in 1999.[223] Aearo's designer Robert Falco patented the UltraFit,[224] and the company used this design to create earplugs using the UltraFit plug with through hole, including the UltraTech or Hi Fi earplug.[225] The important difference between the UltraTech and the final CAE v2 was the hard plastic adapter stem that 3M/Aearo chose to use in the design of the CAE v2.[226]

The diameter of the adapter stem made the CAE v2 unsuitable for most ears because of fitting problems. 3M/Aearo was aware that the hard adapter stem created issues in the design and performance of the CAE v2 yet chose to move forward with this problematic design. In 1997, ISL investigator's Armand Dancer and Pascal Hamery updated Berger about their concerns with the prototype filter used in a modified UltraFit tip. According to Dancer and Hamery, the "increase in diameter of the prototype plug because of the surrounding stem" would lead to "fitting problems" and advised "reduc[ing] the overall diameter of the stem of the plug" from its current diameter of "4.2 mm."[227] Despite ISL's concerns, 3M/Aearo not only used a large design for the diameter of the adapter stem but also increased the size to 4.45 mm in the final designs of the CAE v2 (See figures below).[228] The NRR testing for the UltraFit and UltraFlex tips showed positive results during Aearo's and ISL's testing. For example, in 1997, ISL reported that the "EAR UltraFit earplug . . . has good attenuation performances."[229] These results prompted ISL to move forward using the UltraFit tip to house ISL's filter.

### ii. Linear (green) UltraFlex/Ultrafit Plus Tip for Continuous Noise

In 1997, the same year that ISL reported its findings for the UltraFit tip, 3M/Aearo performed REAT testing for the UltraFlex tip used as the green end of the CAE v2. A picture of the final

---

[223] *Id.* at 31:12-19.
[224] U.S. Patent No. 4,867,149
[225] Berger 30(b)6 2020-09-25 Tr. 50:22-51:4.
[226] *Id.* at 65:2-24.
[227] Berger 30(b)6 2020-09-25, ex.13, page 1
[228] Berger 30(b)6 2020-09-25, ex.2, page 9 and 11
[229] Berger 30(b)6 2020-09-25, ex.7, page 26

design drawing for the CAEv2 is below which includes both tips (the original tip of the UltraFlex and the final modified UltraFlex tip is identified as Figures 44 and 45, respectively).



Figure 44: Page 9 of ex.2; Drawing 2041-1 for CAE v2



Figure 45: Page 11 of ex.2; Drawing 2041-3, final design of the CAE v2

3M/Aearo used the UltraFlex tip in the design for a semi-aural band device. According to Aearo's internal REAT testing, the UltraFlex band showed an NRR of 27.4, 24.2, and 24.1.[230] Berger affirmed that the NRR testing for the UltraFit and UltraFlex tips showed positive results and that the REAT results for the UltraFlex band were actually higher than the REAT results for the green end of the CAE v2 tested two years later.[231] It is significant that key differences between the UltraFlex band and the CAE v2 green end are the stem and adapter: the UltraFlex band did not have the rubber stem shortened unlike the CAE v2 and the UltraFlex band did have an adapter that was of a different shape and a lower diameter than the adapter used in the CAE v2.

---

[230] Berger 30(b)6 2020-09-25, ex.16, 17, and 18
[231] For the UltraFit, see Berger 30(b)6 Tr. 85:22-24, and for the UltraFlex, see id. at 192:4-193:15. For Berger's confirmation regarding the REAT results for the CAE v2 and UltraFlex band, see id. at 196:5-14.

Aearo's design modifications to the UltraFlex end of the CAE v2 caused the fitting problems addressed in the Flange Report related to the length of the green end. The Flange Report indicates that "[b]ecause the stem of the green, solid end of the plug is so short; it was difficult for the experimenter to insert the plug deeply into some subjects' earcanal openings, especially those subjects with medium and larger earcanals."[232] According to Aearo's internal design drawings, the UltraFlex tip was longer at first than the final design. A preliminary drawing dated March 24, 1998, by 3M/Aearo designer Marc Doty shows that the UltraFlex tip for the CAE v2 used specifications from drawing 2032-B (See also figure below).[233] Aearo's final design drawings show that the company used drawing 2068-0 dated April 27, 1999, as the final design for the UltraFlex tip (Berger 30(b)6 2020-09-25, ex.2).[234] The adapter stem for the preliminary design of the green end does not push down as deeply into the UltraFlex tip compared to the final design that pushes into the back of the largest flange.

---

[232] 3M_MDL000019514
[233] Berger 30(b)6 2020-09-25, ex.14
[234] Berger 30(b)6 2020-09-25, ex.2. Berger affirmed that the preliminary designs for the UltraFlex tip showed a longer length than what 3M/Aearo used in its final designs for the CAE v2 (see Berger 30(b)6 2020-09-25 Tr. 181:8-22).



Figure 46: Preliminary design drawing for the CAE v2 with longer UltraFlex length

| DET | QTY | PART NUMBER | DESCRIPTION |
|-----|-----|-------------|-------------|
| A | 1 | 2039-0 | NONLINEAR EAR PLUG |
| B | 1 | 2032-B | ULTRAFLEX EAR PLUG |
| C | 1 | 4046-0 | NONLINEAR ULTRAFIT STEM, BARBED & REVERSIBLE |
| D | 1 | 4047-0 | FILTER FOR NONLINEAR PLUG - 2 HALVES ASSEMBLED |



| DET | QTY | PART NUMBER | DESCRIPTION |
|---|---|---|---|
| A | 1 | 2039-0 | NONLINEAR EAR PLUG |
| B | 1 | 2068-0 | ULTRAFLEX EAR PLUG |
| C | 1 | 4046-1 | NONLINEAR ULTRAFIT STEM, BARBED & REVERSIBLE |
| D | 1 | 4047-A | FILTER FOR NONLINEAR PLUG — 2 HALVES ASSEMBLED |

Figure 47: Final CAE v2 drawing with shorter UltraFlex length



Figure 48: Drawing 2068-0: Final design drawing for the UltraFlex (green) tip for the CAE v2

3M/Aearo had the option to use a more flexible alternative design for the CAE v2 adapter. For instance, the UltraFlex band tested in 1997 used an adapter that connected between the arm of the band and the UltraFlex tip of the plug using a rounded ball of 0.75 inches (See also figure below).[235] According to Berger, the material used to design the adapter for the UltraFlex band is "more flexible than the material that is the stem adapter in the Combat Arms 2."[236]

---

[235] Berger 30(b)6 2020-09-25, ex.15, page 2. Berger affirmed the difference between the UltraFlex band adapter and the CAE v2 adapter (see id. at 189:16-23). The adapter that pushed into the opening of the UltraFlex used a thin diameter close to the end and gradually became wider to the point where it connected to the band leg.
[236] *Id.* at 201:24-202:1



Figure 49: Berger 30(b)6 2020-09-25, ex.15, UltraFlex adapter

3M/Aearo had preexisting earplugs that the company could have used as safer alternative designs for the CAE. As discussed earlier, the designs for the UltraFlex semi-aural band completed in 1997 predated the Flange Report published internally in July 2000.[237] In addition, all REAT testing for the UltraFlex band was completed in 1997 prior to the first REAT test for the CAEv2 completed in January 2000.[238] Additionally, the designs and testing of the UltraFit Plus, another safer alternative design using the UltraFlex tip, were completed prior to the publication of the Flange Report and the 213015 REAT testing for CAEv2 green end. Both the UltraFlex band and UltraFit Plus showed better NRR results than the CAEv2 (see figures below). Both the UltraFlex and UltraFit Plus provided steady-state noise protection sufficient for continuous noise protection.

---

[237] See Berger 30(b)6 2020-09-25, ex.15.
[238] See Berger 30(b)6 2020-09-25, 16, 17, and 18 and 3M_MDL000019514.



Figure 50: image from 3M website[239]



Figure 51: image from packaging of UltraFit Plus[240]

By March 1999, 3M/Aearo began designing an alternative earplug using the UltraFlex tip called the UltraFit Plus.[241] 3M/Aearo used drawing 2068-A, the identical tip design as the green end of

---

[239] 3M E-A-Rflex Hearing Protector with UltraFit Tips, https://www.3m.com/3M/en_US/company-us/all-3m-products/~/3M-E-A-Rflex-Hearing-Protector-with-UltraFit-Tips-350-1100-100-EA-Case/?N=5002385+3294755211&rt=rud)

[240] Berger affirmed this NRR in his testimony (see Berger 30(b)6 2020-09-25 Tr. 245:24-246:4).

[241] See *id.* at 227:24-228:23.

the CAEv2, for the final design of the UltraFit Plus.[242] The UltraFit Plus was an available safer alternative design to the CAEv2. Although both plugs used the same UltraFlex tip, the UltraFit Plus had a longer, more flexible stem than the CAE v2, did not have opposing flanges that caused the plugs to loosen imperceptibly like the CAE v2, and was not a dual-ended design.  In addition, the Ultrafit does not suffer from the characteristic of a hard plastic Delrin stem, which is too stiff, too wide, and too uncomfortable to allow for proper fit and seal.  This is supported by the fact that REAT testing on the Ultrafit earplugs consistently supports higher NRR for the Ultrafit over the CAEv2.

The final design drawings for the UltraFit Plus show that the stem of this earplug was made from a flexible vinyl material called Unichem Vinyl (See also figure below).[243] However, the CAEv2 was designed with a shorter, more rigid adapter stem. Although 3M/Aearo had the ability to produce plastic stems that were more flexible, the company went with a defective design for the CAEv2's adapter stem.[244]

The REAT tests for the UltraFit Plus also demonstrate that that plug design achieved better NRR results than the green end of the CAEv2 even though the UltraFlex tip for both plugs is identical. On July 7, 1999, when 3M/Aearo began marketing the CAEv2, 3M/Aearo completed REAT testing for two sizes of the UltraFit Plus.[245] This testing for the UltraFit Plus occurred six months before 3M/Aearo conducted REAT testing on the CAEv2.[246] 3M/Aearo reported that one test subject had failed and that the original NRR was 24.3 and without the failed subject, the NRR was 26.1. The subjects for both the REAT test of the UltraFit Plus and the green end of the CAEv2 were the same. However, the NRR's for the green end of the CAEv2 during the first test of the plug were dramatically lower: the green end of the CAEv2 averaged a mean NRR of 14.5 while the UltraFit Plus averaged a mean NRR of 28.7.[247]

By 2004, Berger admitted that one of the primary problems with the CAEv2 was the hard, inflexible adapter stem and concluded that an alternative design was necessary for the product. In

---

[242] *Id.* at 231:19-232:8.
[243] Berger 30(b)6 2020-09-25, ex. 21. See also Berger 30(b)6 2020-09-25 Tr. 238:8-15.
[244] *Id.* at 256:23-257:1.
[245] Berger 30(b)6 2020-09-25, ex.22
[246] Berger 30(b)6 2020-09-25 Tr. 244:20-245:8
[247] See 3M_MDL000019514 (Flange Report) for the results of the first REAT testing of the CAEv2 green end.

an email to Doug Ohlin from November 15, 2004, Berger stated that a "principal reason for discomfort is the plastic insert in the earplug stem".[248] Berger said that a potential solution would be to reduce the diameter of the filter. Berger's proposal to Ohlin in 2004 is the same advice that Dancer gave to Berger in 1997 before the CAEv2 was sold to the military with its defectively designed stem.[249] The CAEv2 was not a suitable design for most ear canals because of the plastic insert that when fitted deeply caused problems with comfort and fit.



Figure 52: Berger 30(b)6 2020-09-25, ex.19, prototype UltraFit Plus

[248] Berger 30(b)6 2020-09-25, ex.23
[249] Berger 30(b)6 2020-09-25 Tr. 260:6-19



Figure 53: Berger 30(b) 2020-09-25, ex.20, final UltraFit Plus



Figure 54: Demonstrative used in Berger 30(b)6 2020-09-25

105



Figure 55: Berger 30(b)6 2020-09-25 UltraFit Plus Stem

In summary, the above chronology and detail of Aearo's design engineering missteps appear to reflect a company eager to sell a novel product to the military on the promise of offering benefits not previously provided by a protector.[250] No matter the motivation, technology existed which would have provided our soldiers linearity and nonlinearity in two separate plugs. The CID investigation respondents resoundingly affirm that the CAEv2 would not have been chosen were

---

[250] For 3M documents pertaining to sales of the CAE, see 3M_MDL000492909, 3M_MDL000260838, 3M_MDL000020026, 3M_MDL000153514, 3M_MDL000184852, and 3M_MDL000110105.

106

the failings memorialized in the Flange Report made known.[251] As the Garinther memo at Aberdeen reflects, option number 1 of two separate plugs was offered. The ISL or CAEv1 plug did not have the adapter and flange problem. It would have been safer and effective for impulsive noise. For linearity, the 3M/Aearo Ultrafit and Ultraflex product lines that existed then, and exist today, would have been adequate and certainly presented a safer and effective plug for continuous, steady state noise protection.

## C. OTHER NONLINEAR EARPLUGS

### 1. CAEv4 for both impulsive and continuous noise protection with hear through ability for situational awareness

3M/Aearo could have sought to develop the CAEv1 with a stitch or twist mechanism that we now find in the CAEv4, CAEv4.1, Surefire Sonic Defender and the Moldex Battleplug.  All of these products do favorably and do not have the uniquely problematic characteristics of the CAEv2 that were well known to 3M/Aearo. They are all safer alternatives to CAEv2. The CAEv4 ultimately replaced the CAEv2 with an improved single-ended CAEv4 plug design incorporating a rocker switch to achieve better user mode switching while wearing the CAEv4 plug.[252]  The new CAEv4 plug design housed the nonlinear acoustic filter within the outermost portion of the stem along with the rocker-cap switch assembly. Both components were placed external to the opposite-end stem portion fitted with one of three sizes (small, medium, or large) of triple-flange ear tips.  The CAEv4 was evaluated by 3M/Aearo    from 2007-2009 and, subsequently, was offered to the military to replace the CAEv2 dual-ended plug.[253] The CAEv4 remains on the APL.

The CAEv4.1 is a safer alternative to the CAEv2 The CAEv4.1 is an example of 3M's continued efforts to improve upon the CAEv4. It has a thin stem and the filter moved away from the ear canal. It has an earlock to lessen any movement or slippage. In addition, a later version of the CAEv2, the CAEv4.1 has a "[s]oft, flexible retainer clip helps the earplug stay in the ear during rigorous activity." Again, the retainer clip addresses a problem with the CAEv2 known to 3M:

---

[251] For instances of this, see the Army's criminal investigation report: CID_FILE0001: David Zarenkiewicz (p.35), James Johanson (p.36), Brian Schott (p.37-38), Albert Gatica (p.214), Mark Anthony (p.222), John Komada (p.225), and Joel Bealer (p.238-39).
[252] 3M_MDL000203825
[253] *Id.*

imperceptible loosening. It is fitted with one of three sizes (small, medium, or large) of triple-flange ear tips.

2. **Surefire Sonic Defender EP4 (triple flange) for both impulsive and continuous noise protection with hear through ability for situational awareness**



Figure 56

The EP4 is a safer alternative to the CAEv2 and is on the APL. Among features available that are beneficial to a user, they include a method of preventing loosening of an earplug through use of an ear lock or retainer clip. The lock utilized has seven grab points (Fig. 56) in the concha bowl. Importantly, the EP4 has an ergonomically curved stem. The Earlock moves around the first turn and up to and past the isthmus. The EP4 is sold in sizes small, medium and large. These are an important and addresses two inherent problems with the CAEv2: comfort and imperceptible loosening. The EP4, which utilizes a Hock filter with a modification on the open/close mechanism. Colonel Grantham tested the EP4 to determine IPIL and compared those results against results on the CAEv2 obtained at Aberdeen Proving Ground at a prior date. The comparison was favorable to Surefire which was granted entry into the APL. Additional points of interest in comparing the Surefire include, that: that 3M/Aearo conducted an internal comparison of the CAEv4 (the new and improved CAE version) against the EP4[254] and it was determined that EP4 was of a softer material and had an ergonomic stem that bends to help facilitate placement in the ear canal and that REAT analysis performed in furtherance of gaining approval on the Approved Product List

---

[254] 3M_MDL000198782

revealed that the EP4 did better than the CAEv2 in impulsive noise except at high dBP above 160~.[255]

### 3. Moldex Battleplug for both impulsive and continuous noise protection with hear through ability for situational awareness

The Battleplug is a safer alternative to the CAEv2 and is on the APL. Like the CAEv4, it is single ended without the adapter stem design found on the CAEv2 and without opposing flanges.  The Battleplug is sold in sizes small, medium and large.   These are important and addresses two inherent problems with the CAEv2:  comfort and imperceptible loosening.  The EP4, which utilizes a Hock filter with a modification on the open/close mechanism. Additional points of interest in comparing the Surefire include, that: 3M and ISL performed impulse noise testing on the CAEv4 and BattlePlug using an acoustical test fixture, and determined that the BattlePlug had "almost the same nonlinear behavior [as] the Combat arms earplug."[256]   The BattlePlug is a single-ended, triple-flanged earplug that uses a "cap" mechanism on the non-inserted end to switch between linear and non-linear modes.[257]

### 4. Custom Molded Products

Custom molded products with or without nonlinearity are and were safer alternatives to the CAEv2. Custom earplugs minimized the size of acoustic leaks by improving fit.[258]  Custom earplugs also improve reliability of fit as evidenced by a reduced standard deviation in attenuation scores, and, with custom earplugs, a factor that was beneficial was that they were comfortable in comparison to inserted earplugs.[259] Throughout the time CAEv2 was sold to the military, custom molded products were available on individual basis.  The custom molding enables a user to insert a non-linear filter such as the Hocks filter used in the Surefire EP4.  Military Hearing Conservation Program directives allowed for the Service Member to opt into a custom molded choice and, knowing what is known presently about the CAEv2 design defects, a custom molded choice would

---

[255] 3M_MDL000395009

[256] 3M_MDL000098869.

[257] 3M_MDL000358819

[258] McKinley, RL, Bjorn, VS, Hall. JA (2005) Improved Hearing Protection for Aviation Personnel. In New Directions for Improving Audio Effectiveness (pp.13-1 -- 13-12). Meeting Proceedings ROT-MP-HFM, Paper 13, Neuilly-sur-Seine, France: RTO, p 13-6.

[259] Id. at 13-7 -- 13-8.

have enabled impulsive noise protection along with situational awareness.  This product is formed to a user's ears taking out the biocompatibility challenges that protectors can pose in some users.

## **<u>CONCLUSION</u>**

All of the above opinions are held to a reasonable degree of professional and scientific certainty. They are based to a reasonable degree of professional probability and on scientifically reliable evidence. I reserve my right to amend or supplement my opinions if further information is provided in any form including, but not limited to, corporate documents, depositions, and expert reports.

I hold these opinions to a reasonable degree of scientific certainty. I reserve the right to supplement this report as if and when additional reliance materials become available to me.

Dated: October 9, 2020

Richard L. McKinley

EXHIBIT A

# Resume
(October 2019)

**1. NAME:   Richard L. McKinley**

**2. POSITIONS:**

Oct 2019 – Current
F-35 Senior Acoustics SME
Booz Allen Hamilton
Beavercreek, OH 45431

July 2016 – Oct 2019
F-35 ORISE Acoustics SME
Oak Ridge Institute for Science and Education
Battlespace Acoustics Branch, Warfighter Interface Division
Human Effectiveness Directorate, Air Force Research Laboratory
Wright-Patterson Air Force Base, OH 45433-7901

May 1976 – Jun 2016
Principal Biomedical Engineer, DR-IV
Battlespace Acoustics Branch, Warfighter Interface Division
Human Effectiveness Directorate, Air Force Research Laboratory
Wright-Patterson Air Force Base, OH 45433-7901

**3. EDUCATION:**

| | |
|---|---|
| M.S. Communications/Signal Processing, Air Force Institute of Technology | 1986 |
| B.S. Biomedical Engineering, Vanderbilt University | 1975 |

**4. MEMBERSHIP ACTIVITIES IN PROFESSIONAL AND TECHNICAL SOCIETIES:**

| | |
|---|---|
| Fellow – Air Force Research Laboratory | 2010-2016 |
| Fellow - Acoustical Society of America | 1996-present |
| American National Standards Institute (ANSI), Working Group S3-36, Speech Intelligibility Tests for Evaluation of Communications Equipment | 1997-present |
| ANSI, Working Group S12.35, Speech Communications while Wearing Hearing Protectors | 1998-present |
| ANSI, Working Group S12.10, Hearing Protectors | 1987-present |
| ANSI, Chair, Working Group S1.15, Noise Canceling Microphones | 1990-present |
| ANSI, Chair, Working Group S12.53, High Performance Aircraft Noise Measurement | 2009-present |
| ANSI, Chair, Working Group S1.12 Measurement of Sound Pressure Levels in Air | 2019-present |

**Resume – Richard L. McKinley**                                               **page 2**

Air Force Representative to Accredited Standards Committees S1 on Physical
Acoustics                                                       1988-2016
Air Force Representative to Accredited Standards Committees S12 on Noise
                                                                  1990-2016
Air Force Representative to Accredited Standards Committees S3 on Bioacoustics
                                                                  1993-2016
National Academy of Sciences Committee on Hearing, Bioacoustics and
Biomechanics                                                     1977-1992


## 5. HONORS AND PREVIOUS AWARDS:

| | |
|---|---|
| DOD Standardization Program Award – MILSTD 1474E Noise Limits | 2015 |
| AFRL 711th Human Performance Wing Scientific and | |
|    Technical Achievement Award (Team) | 2014 |
| F-35 Program Office Senior Civilian of the Year | 2013 |
| Fellow – Air Force Research Laboratory | 2010 |
| AFOSR  Star Team Award – Excellence in Basic Research – Bioacoustics | 2002, 2009 |
| Joint Strike Fighter Team Award | 2009 |
| Joint Strike Fighter Civilian of the Quarter | 2008 |
| Fitts Human Engineering Award | 2007 |
| Mission Support Award (Team) | 2001 |
| Director's Award | 1999 |
| Fellow Acoustical Society of America | 1996 |
| Total Quality Leadership Award | 1994 |
| Air Force Systems Command Aerospace Primus Award for | |
|   Outstanding Research Engineering Contributions | 1991 |
| Harry G. Armstrong Award for Scientific Excellence | 1990 |
| Air Force Systems Command Scientific Achievement Award | 1987 |
| Air Force Systems Command Scientific Achievement Award | 1982 |
| Air Force Systems Command Scientific Achievement Award | 1980 |
| Outstanding Performance & | 1981 |
|    Sustained Superior Performance(&/or cash | |
| award)1985,1987,1988,1989,1994,1995,1996 | |


## 6. SIGNIFICANT ACCOMPLISHMENTS:

### SIGNIFICANT ACCOMPLISHMENTS:

- ANSI S1.13 -2020 American National Standard Measurement of Sound Pressure
    Levels in Air                                                  2020
- ANSI S3.71 American National Standard Methods for Measuring the
    Effect of Head-worn Devices on Directional Sound Localization in the
    Horizontal Plane                                               2019
- ANSI S12.76 American National Standard Methods for Measurement of
    Supersonic Jet Noise From Uninstalled Military Aircraft Engines   2017
- F-35A operations in a Hardened Aircraft Shelter                    2016
- MILSTD 1474E – Noise Limits                                       2015

August 2019

**Resume – Richard L. McKinley**                                                    **page 3**

- **-** F-35A and F-35B Ground Run-up and Flyover Noise                                2013
- **-** ANSI S12.75 High Performance Aircraft Noise Methods                            2012
- **-** ANSI S12.42 Hearing Protector Objective Performance Methods                    2011
- **-** Joint Strike Fighter Ground Run-Up and Flyover Noise Test                      2008
- **-** Joint Strike Fighter Jet Blast Deflector Non-Linear Acoustic Effects           2003
- dB Towers 3-D aircraft acoustic signature range – concept & basic design            2002
- DoD Improved Hearing Protection for Aviation Personnel Plan (DTO)                    2001
- Joint Strike Fighter Vibroacoustics Lead                                            1997
- Combined Auditory/Visual Search & Detection Experiments 6. 1 grant                  1995
- Total Quality Leadership Award                                                      1994
- ILIR - Fiber Optic Microphone development                                           1993
- AFSC Primus Award for Outstanding Research Engineering                              1992
- Harry G. Armstrong Award for Scientific Excellence                                  1990
- Nominated AFSC Civilian of the Year                                                 1988
- Awarded Long Term Full Time Training                                                1988
- Interior Acoustics and Speech Intelligibility for VC-25 (AF-1)                      1987
- Nominated for Armstrong Award                                                 1981, 1988
- Nominated for Arthur S. Fleming Award                                               1983
- Conceived and obtained funding for dB Towers                            2003
- Sponsored JSF – AFRL/HE Days                                            2002
- Assembled, managed, and led Navy-Air Force sub-IPT for Joint Strike Fighter
- Conceived and obtained funding for SOF C-130 ANC program                1997
- Program Manager; SBIR Fiber Optic Microphone Development                1993
- Bioacoustics and Biocommunications Laboratory MCP Design                1985
- Lead Technical Engineer; Tri-service Communications Audio
  Distribution System                                                          1984-1990
- Active Noise Reduction Technology development                     1978-present
- Non-Linear Acoustic Propagation                                                     2003
- ANR and 3-D Audio for F-35 Joint Strike Fighter Program                             2001
- Joint AF-Navy Development of Improved Hearing Protectors                       2001-2016
- 3-D Audio for Navy F-18 program                                                     1998
- Developer of JSF vibroacoustics joint service program                               1997
- Developer of tri-service enhanced noise reduction working group                     1996
- Development & Flight test of 3-D audio in AV-8B for JAST                             1995
- Developed Voice Communications Effectiveness Task                                   1993
- Developed Voice Communications Jamming Model                                        1991
- F-22 Pilot and Maintainer noise requirements and measurement                   1990-2000
- Principal investigator on two AFOSR intra-mural research efforts                1995-2000
- Successfully established new in-house research facilities:
  - Auditory Localization Facility                                                    1990
  - Hearing Protector Assessment Facility                                            1989
  - Performance and Communication Research and
    Technology                                                                       1989
  - Active Noise Reduction Measurement Facility                                      1987
- Developer of Auditory Localization Cue Synthesizer                                  1987
- C-130 Active Synchro-phaser for Noise Reduction                                1985-1990
- B-2 Cockpit Acoustics/Pilot noise and communications                          1985-1989

August 2019

**Resume – Richard L. McKinley**                                    **page 4**
-   B-1 Cockpit Acoustics/Pilot noise exposure                      1980-1990
-   Developer of Active Noise Reduction Headset Technology              1980
-   Voice Communications Research and Evaluation System                1980


## 7.  PATENTS AND PUBLICATIONS:

McKinley, R.L., Driesen, Major A.L. van Veen, T.H., Wall, A.T., van 't Hof, J., Graafland, F., Gibney, D.M. Corbett, T.A. Block, M.J., Ott, D.K., Jackson, TSGT J.M., Flory, L.E., and Miller, J.E., Environmental  Parameters of F-35A Operations in a Hardened Aircraft Shelter at Leeuwarden Royal Netherlands Air Force Base, F-35 Joint Program Office, October 2016.

Murphy, W. J., Jerome, T. W., Gallagher, H. L., Theis, M. A., and McKinley, R. L., Comparison of Three Noise Reduction Rating Calculators for Passive and Active Hearing Protection Devices, EPHB Report No. 360-13a, July 2015.

A. T. Wall, K. L. Gee, T. B. Neilsen, B. M. Harker, S. A. McInerny, R. L. McKinley, and M. M. James, "Investigation of multi-lobed fighter jet noise sources using acoustical holography and partial field decomposition methods," AIAA Paper 2015-2379, June 22-26, 2015.

B. O. Reichman, J. M. Downing, A. Aubert, R.  McKinley, K. L. Gee, T. B. Neilsen, A. T. Wall, and M. M. James, "Acoustical Environment of an F-35B Aircraft During Vertical Landings," AIAA Paper 2015-2377, June 22-26, 2015.

M. M. James; A. R. Salton; J. M. Downing; K. L. Gee; T. B. Neilsen; B. O. Reichman; R. McKinley; A. T. Wall; H. Gallagher, "Acoustic Emissions from F-35A and F-35B Aircraft during Ground Run-Up," AIAA Paper 2015-2375, June 22-26, 2015.

Gallagher, H.L., McKinley, R.L., Theis, M.A., Swayne, B.J., Thompson, E.R., Performance Assessment of Passive Hearing Protection Devices. AFRL-RH-WP-TP-2014-0148, 2014.

Wall, A. T., and McKinley, R. L., "New American National Standard: Methods for the measurement of noise emissions from high performance military jet aircraft," Proc. Noise-Con 2014.

Gee, K.L., Neilsen,T.B., Muhlestein, M.B., Wall, A.T., Downing, J.M., James, M.M, and McKinley, R. L., On the Evolution of Crackle in Jet Noise from High-Performance Engines, 19th AIAA/CEAS Aeroacoustics Conference, May 27-29, 2013, Berlin, Germany, AIAA 2013-2190.

Gee, K. L., Neilsen, T. B.,  Downing, J. M., James, M. M., McKinley, R. L., McKinley, R. C., and Wall, A. T., "Near-field shock formation in noise propagation from a high-power jet aircraft," J. Acoust. Soc. Am. 133, EL88-EL93 (2013).

August 2019

**Resume – Richard L. McKinley**                                              **page 5**

Gallagher, H.L., McKinley, R.L., Noise Attenuation Performance of the Joint Service Aircrew Mask (JSAM) Fixed Wing Variant with Flight Helmets. AFRL-RH-WP-TR-2013-0015, 2013.

Gallagher, H.L., McKinley, R.L. (2012) Noise Attenuation Performance Assessment of the Joint Helmet Mounted Cueing System (JHMCS). AFRL-RH-WP-TR-2012-0174, 2012.

Aubert, A., McKinley, R.L., Measurements of Jet Noise Aboard US Navy Aircraft Carriers, AIAA Centennial of Naval Aviation Forum "100 Years of Achievement and Progress", Sep 2011, AIAA 2011-6947.

McKinley, R.L., Hearing and Noise, Chapter 1.5 in, Handbook of Aerospace and Operational Physiology, Woodrow, A. and Webb, J.T., editors, USAF School of Aerospace Medicine Special Report (SR), AFRL-SA-WP-2011-0003, Aug 2011, pages 1-56 to 1-68.

McKinley, R.L., McKinley, R.C., Computation of Community Noise Contours Relative to Operations of F-35 Aircraft, F-35 Lightning II Joint Strike Fighter Program Office Technical Report, Aug 2011.

Gallagher, H.L., Bjorn, V.S., and McKinley, R. L.,  Attenuation performance of double hearing protection devices, Acoustical Society of America, POMA Volume 11, pp. 040005 (August 2011).

James, S.H., et al, Hearing Protection – Needs, Technologies and Performance, NATO Technical Report, RTO-TR-HFM-147, Nov 2010.

McKinley, R.L., Spyropoulos, J., Munro, S., Proposed Standard 3-D Aircraft Flyover Noise Measurement And Analysis Methods, Proceedings of 16th AIAA/CEAS Aeroacoustics Conference (31th AIAA Aeroacoustics Conference), Stockholm, Sweden, Jun 2010, AIAA-2010-4003.

McKinley, R.L., McKinley, R.C., Gee, K., Pilan, T., Mobley, F, Gillespie, M, and Downing, M., Measurement of Near-Field and Far-Field Noise from Full Scale High Performance Jet Engines, Refereed Proceedings of the ASME Turbo Expo 2010: Power for Land, Sea and Air, Glasgow, UK, June 14-18, 2010, GT2010-22531.

Vold, H., Shah, P., Davis, J., Bremner, P., McLaughlin, D., Morris, P., Veltin, J., and McKinley, R., High-Resolution Continuous Scan Acoustical Holography Applied to High-Speed Jet Noise, Proceedings of 16th AIAA/CEAS Aeroacoustics Conference (31th AIAA Aeroacoustics Conference), Stockholm, Sweden, Jun 2010, AIAA-2010-3754.

Abel, S., Baudou, J., Bjorn, V., Buck, K., De Boodt, F., Drullman, R., Henry, P., James, S., McKinley, R.L., Sarafian, D., Van Der Veken, P., Hearing Protection - Needs, Technologies, and Performance, NATO RTO TG-147 Final Technical Report, April, 2010.

August 2019

**Resume – Richard L. McKinley** **page 6**

McKinley, R. L., Auditory and Acoustic Research & Development at the Air Force Research Laboratory, Acoustics Today, Acoustical Society of America, Jan 2010.

Murphy, W. J, et al, Results of the National Institute for Occupational Safety and Health—U.S. Environmental Protection Agency Interlaboratory Comparison of American National Standards Institute S12.6-1997 Methods A and B, pages 3262-3277,  J. Acoust. Soc. Am. Vol. 125, No. 5, May 2009

Hobbs, B, Hudson, D, King, M, McKinley, R, Brungart, D, Wideband Hearing, Intelligibility, and Sound Protection (WHISPr), AFRL-RH-TR-2009-31, Oct 2008

McKinley, R.L. 60 Years of Hearing Conservation and Hearing Protection Research and Development at Wright-Patterson Air Force Base, Council for Accreditation in Occupational Hearing Conservation (CAOHC) Update, Fall 2007.

McKinley, R.L., Preliminary Assessment of Damage Risk Associated with F-35 JSF Transparency Removal System (TRS), Joint Strike Fighter Program Office, Arlington, VA, 2006.

McKinley, R.L., Hobbs, B, Brungart, D.S., NACRE Quiet-Pro Earplug Performance Study, Marine Corps Systems Command, Quantico, VA, 2006.

McKinley, R.L., Kordik, A., Dancer, A. Loudness Matching in Bone/Tissue Conducted Noise, Proceedings Internoise 2005, Aug, 2005.

Hall, J.A., McKinley, R.L., New Directions for Custom Earplugs, Proceedings Internoise 2005, Aug, 2005.

McKinley, R.L., Bjorn, V.S., Hall, J.A., Improved Hearing Protection for Aviation personnel, NATO RTO-MP-HFM-123 New Directions for Improving Audio Effectiveness, April 2005

Ericson, M. A., Simpson, B. D., & McKinley, R. L., 3-D Audio: Military Applications and Symbology NATO HFM-123 New Directions for Improving Audio Effectiveness, April, 2005

Ericson, M.A. Simpson, B.D. and McKinley, R. L. Military Speech Communication over Vocoders in Tandem, NATO HFM-123 New Directions for Improving Audio Effectiveness, April, 2005

Bjorn, V.S., Albery, C.B, Shilling, R, McKinley, R.L., U.S. Navy Flight Deck Hearing Protection Use Trends: Survey Results, NATO HFM-123 New Directions for Improving Audio Effectiveness, April, 2005

Simpson, B.D., Brungart, D.S., Gilkey, R.H., McKinley, R.L., Spatial Audio Displays for Improving Safety and Enhancing Situation Awareness in General Aviation

August 2019

**Resume – Richard L. McKinley** **page 7**

Environments, NATO HFM-123 New Directions for Improving Audio Effectiveness, April, 2005

Simpson, B. D., Bolia, R. S., McKinley, R. L., and Brungart, D. S., The impact of hearing protection on sound localization and orienting behavior. *Human Factors, 47(1), 188-198.* 2005.

Brungart, D. S., Simpson, B. D., McKinley, R. L., Kordik, A. J., Dallman, R. C., & Ovenshire, D. A., The interaction between head-tracker latency, source duration, and response time in the localization of virtual sound sources. *Proceedings of the 10th Meeting of the International Conference on Auditory Displays,* 2004.

Brungart, D. S., Kordik, A. J., Simpson, B. D., & McKinley, R. L.,  Auditory localization in the horizontal plane with single and double hearing protection. *Journal of the Acoustical Society of America, 112,* 2244, 2003.

Brungart, D. S., Kordik, A. J., Simpson, B. D., & McKinley, R. L.,  Auditory localization in the horizontal plane with single and double hearing protection. *Aviation, Space, and Environmental Medicine, 74,* 937-946, 2003.

Simpson, B. D., Bolia, R. S., McKinley, R. L., and Brungart, D. S.  Sound localization with hearing protectors:  Performance and head motion analysis in a visual search task. *Proceedings of the 46th Annual Meeting of the Human Factors and Ergonomics Society 105:*1024, 2002.

McKinley, R.L., McKinley, R.C., and Mobley, F, Measured Flyover Noise Levels and F-35 Predicted Flyover Noise Levels, JSF Program Office, Arlington, VA, Nov 2003.

Brungart, D. S., Kordik, A. J., Simpson, B. D., & McKinley, R. L., Auditory Localization in the Horizontal Plane with Single and Double Hearing Protection.  Aviation, Space, and Environmental Medicine, 74, 937-946, September, 2003.

Mobley, Frank, McKinley, Richard, Yeager, TSgt. Donald, Measurement of AV-8B Cockpit Noise, JSF Program Office, 1213 Jefferson Davis Highway, Suite 600, Crystal Gateway 4, Arlington, VA, September 2003.

Atchley, A. A., Gabrielson ,T. B., McKinley, R. L., Preliminary Analysis of Nonlinearity in F/A-18E/F Radiated Noise, 16th Annual Office of Naval Research Propulsion Conference Proceedings, Los Angeles, California, June, 2003.

McKinley, Richard,  Barrow, Charles, Davis, Capt Brian,  D'Andrade, James,  Mobley, Frank, and Janousek, James, Acoustical Noise Fields Generated on the Flightdeck During Operations of F/A-18C/D, F-14B, EA-6B, and S-3B Aircraft, JSF Program Office, 1213 Jefferson Davis Highway, Suite 600, Crystal Gateway 4, Arlington, VA, September 2002.

McKinley, R., Communication and Localization with Hearing Protectors, NATO Research and Technology Organization, Human Factors and Medicine Panel, Lecture Series 219 on Damage Risk from Impulse Noise, St Petersburg, Russia; Bishkek, Kyrgyzstan May, 2002.

Barrow, C. W., McKinley, R.L., D'Andrade, J. A., Acoustical Noise Fields Generated On The Deck Of The USS Nassau During Shipboard Operations Of AV-8B Aircraft, JSF Program Office, 1213 Jefferson Davis Highway, Suite 600, Arlington, VA 22202, Jun 2001

McKinley, R.L., Communication and localization with hearing protectors, *North Atlantic Treaty Organization, Research and Technology Organization, Lecture Series 219, Damage Risk from Impulse Noise*, RTO-EN-AC/323(HFM)TP/31, 4-1 – 4-14, Sep 2000.

Bolia, R. S. & McKinley, R. L., The effects of hearing protectors on auditory localization: evidence from audio-visual target acquisition, *International Journal of Occupational Safety and Ergonomics*, Vol 6, No. 3, 309-319, 2000.

Bolia, R. S., D'Angelo, W. R, & McKinley, R. L., Aurally Aided Visual Search in Three-Dimensional Space, *Human Factors*, Vol 41, No. 4, 664-669, Dec 1999.

Bolia, R. S., Ericson, M. A., Nelson, W. T., McKinley, R. L., & Simpson, B. D., A cocktail party effect in the median plane? *Journal of the Acoustical Society of America 105:*1390-1391, 1999.

Simpson, B. D., Bolia, R. S., Ericson, M. A., & McKinley, R. L.,  The effect of sentence onset asynchrony on call sign detection and message intelligibility in a simulated "cocktail party." *Journal of the Acoustical Society of America 105:*1024, 1999

McKinley, R. L., Ericson, M. A., Nelson, W. T., Bolia, R. S., & Simpson, B. D., A series of experiments exploring the spatial separation of multiple talkers using 3-D audio technology. *Journal of the Acoustical Society of America 105:*116, 1999

Nelson, W. T., Bolia, R. S., Ericson, M. A., and McKinley, R. L., Spatial audio displays for speech communications:  a comparison of free field and virtual acoustic environments, Proceedings of the Human Factors and Ergonomics Society 43rd Annual Meeting, Houston, TX, Sep-Oct 1999.

McKinley, R., Loikith, G., and Downing, M., Acoustical noise fields generated during ground operations of F-14A aircraft, JSF Program Office, 1213 Jefferson Davis Highway, Suite 600, Arlington, VA 22202, Sep 1999.

McKinley, R., Loikith, G., and Downing, M., Acoustical noise fields generated during ground operations of F-18C aircraft, JSF Program Office, 1213 Jefferson Davis Highway, Suite 600, Arlington, VA 22202, Sep 1999.

McKinley, R., Loikith, G., and Downing, M., Acoustical noise fields generated during

**Resume – Richard L. McKinley**                                                      **page 9**

ground operations of F-18E/F aircraft, JSF Program Office, 1213 Jefferson Davis Highway, Suite 600, Arlington, VA 22202, Sep 1999.

Loikith, G., McKinley, R., and Downing, M., Acoustical noise fields generated during ground operations of AV-8B aircraft, JSF Program Office, 1213 Jefferson Davis Highway, Suite 600, Arlington, VA 22202, Sep 1999.

Loikith, G., McKinley, R., and Downing, M., Acoustical noise fields generated during ground operations of EA-6B aircraft, JSF Program Office, 1213 Jefferson Davis Highway, Suite 600, Arlington, VA 22202, Sep 1999.

McKinley, R. L., & Bolia, R. S., The effects of hearing protectors on reaction times in audio-visual target acquisition. Proceedings of the 7th International Congress on Noise as a Public Health Problem, Sydney, Australia, pg 205-208, 1998.

Nelson, W. T., et al. , Effects of Localized Auditory Information on Visual Target Detection Performance Using a Helmet-Mounted Display, Human Factors, Vol. 40, No.3. 1998.

Nixon, C. W., et al. , Female Voice Communications in High level Aircraft Cockpit Noises – Part II:  Vocoder and Automatic Speech Recognition systems,  Aviation, Space, an d Environmental Medicine, Vol. 69, No. 11, 1998.

Nelson, W. T., Bolia, R. S., McKinley, R. L., Chelette, T. L., Tripp, L. D., & Esken, R., Localization of virtual auditory cues in a high +Gz environment. Proceedings of the Human Factors and Ergonomics Society 42nd Annual Meeting, 5-8 October 1998, Chicago, IL, pg 97-101.

Nelson, W. T., Bolia, R. S., Ericson, M. A., & McKinley, R. L.,  Monitoring the simultaneous presentation of multiple spatialized speech signals in the free field. *Proceedings of the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America*, 2341-2342, 1998.

Nelson, W. T., Bolia, R. S., Ericson, M. A., & McKinley, R. L.,  Monitoring the simultaneous presentation of spatialized speech signals in a virtual environment. *Proceedings of the 1998 IMAGE Conference*, 159-166, 1998

McKinley, R. L., D'Angelo, W. R., Nelson, W. T., Perrott, D. R., & Bolia, R. S., Three experiments in aurally aided visual search.  *Journal of the Acoustical Society of America* 102:3139, 1997.

McKinley, R. L., and Ericson, M. A.,  Flight Demonstration of a 3-D Auditory Display. *Binaural and Spatial Hearing in Real and Virtual Environments*, Lawrence Erlbaum and Associates,  683-700, 1996.

Ericson, M. A., and McKinley, R. L.,   The Intelligibility of Multiple Talkers Separated Spatially in Noise. *Binaural and Spatial Hearing in Real and Virtual Environments*,

**Resume – Richard L. McKinley**                                        **page 10**

Lawrence Erlbaum and Associates, 1996.

Perrott, D. R., Cisneros, J., McKinley R. L., & D'Angelo, W. R.,  Aurally aided visual search under virtual and free-field listening conditions.  *Human Factors*, *38*, 702-715, 1996.

McKinley, R. L., et al., A Voice Communications Effectiveness Test (VCET), Audio Effectiveness in Aviation, AGARD Conference Proceedings 596, 7 Rue Ancelle, 92200 Neuilly-Sur-Seine, France, 1996.

McKinley, R.L., Morris, Linda and Nixon, C. W., Special Applications of Active Noise Reduction Headsets,  Audio Effectiveness in Aviation, AGARD Conference Proceedings 596, 7 Rue Ancelle, 92200 Neuilly-Sur-Seine, France, 1996.

Nixon, C. W., et al., Vulnerability of Female Speech in Operational Noises, Audio Effectiveness in Aviation, AGARD Conference Proceedings 596, 7 Rue Ancelle, 92200 Neuilly-Sur-Seine, France, 1996.

McKinley, R.L., D'Angelo, William R., Haas, Michael W., Perrot, David R., Nelson, W. Todd, Hettinger, Lawrence J., Brickman, Bart J., "An Initial Study of the Effects of 3-Dimensional Auditory Cueing on Visual Target Detection," *Proceedings of the Human Factors and Ergonomics Society 39th Annual Meeting*, 119-123,  October 1995.

Perrot, David R., Cisneros, McKinley, R. L., and D'Angelo, William R.,"Aurally Aided Detection and Identification of Visual Targets," *Proceedings of the Human Factors and Ergonomics Society 39th Annual Meeting*, 104-108, October 1995.

McKinley, R.L., D'Angelo, William R., Moore, Thomas J., "EW Applications of 3-D Auditory Displays," *Proceedings of the Joint Electronic Warfare Conference*, Pensacola, FL, May 1995.

McKinley, R.L., Ericson, M.A., and D'Angelo, W.R., "3-Dimensional Auditory Displays: Development, Applications, and Performance," *Aviation, Space, and Environmental Medicine*, May 1994.

McKinley, R.L. and Nixon, C.W., "Active Noise Reduction Headsets,"  <u>Noise as a Public Health Problem</u>, Michel Vallet, editor, Institut National de Recherche sur Les Transports et Leur Securite, Nice, France, 83-86, July 1993.

Ericson, M.A., McKinley, R.L., Kibbe, M. and Francis, D., "Laboratory and In-Flight Experiments to Evaluate 3-D Audio Display Technology," *Proceedings SOAR 93*, Houston TX, 1993.

Nixon, C.W., McKinley, R.L., Steuver, J.W. and McCavitt, A.R., "What Can Active Noise Reduction Headsets Do for You?" Proceedings of Hearing Conservation Conference 92, Cincinnati, OH, University of Kentucky, Engineering Continuing Education, April 1992.

August 2019

**Resume – Richard L. McKinley**                                     **page 11**

Ericson, M.A. and McKinley, R.L., "Human Auditory Localization Performance in Azimuth," AL-TR-91-0014, 1991.

Ericson, M.S. and McKinley, R.L., "Auditory Localization Cue Synthesis and Human Performance," NAECON 90 Proceedings, 718-754, May 1990.

Nixon, C.W., McKinley, R.L. and Steuver, J.W., "Performance of Active Noise Reduction Headsets," Basic and Applied Aspects of Noise-Induced Hearing Loss, Dancer, Salvi, Henderson, and Hammernik, editors, Mosby Yearbook, 1990.

Stephenson, M.R., Nixon, C.W., McKinley, R.L., Fisher V. and Jacobs, M., "Intelligibility of Digital Speech Masked by Noise:  Normal Hearing and Hearing Impaired Listeners," AAMRL-TR-90-090, Jun 1990.

Ericson, M.A. and McKinley, R.L., "Auditory Localization Cue Synthesis and Human Performance," NAECON 89 Proceedings, Vol 2, 718-725, 1989.

McKinley, R.L. and Moore, T.J., "An Information Theory Based Model and Measure of Speech Communication Effectiveness in Jamming," *Proceedings of Speech Tech '89*, Media Dimensions, New York, 101-105, 1989.

McKinley, R.L. and Moore, T.J., "An Information Theory Based Model of Speech Communication Jamming," AAMRL-SR-88-052, 1988.

McKinley, R.L., "Concept and Design of an Auditory Localization Cue Synthesizer," AFIT Thesis, GE/ENG/88D-29, 1988.

Nixon, C.W. and McKinley, R.L., "Intelligibility in Noise of Three LPC Voice Channels with Active Noise Reduction Headsets," AAMRL-TR-88-063, 1988.

Nixon, C.W. and McKinley, R.L., "LPC-10 Intelligibility of Oxygen Masks and Microphones in Aircraft Noise," AAMRL-TR-88-048, 1988.

McKinley, R.L. and Moore, T.J., "Air Force Requirements for Speech Synthesis in Tactical Aircraft," *Proceedings Speech Tech '87*, Media Dimensions, New York, 152-154, 1987.

Moore, T.J. and McKinley, R.L., "Laboratory Investigations of Voice Communications Jamming," Proceedings of AOC Western-Mountain Region Technical Symposium, San Antonio TX, 1987.

McKinley, R.L. and Moore, T.J., "Effect of Audio Bandwidth and Bit Error Rate on PCM, ADPCM, and LPC Speech Coding Algorithm Intelligibility," *AGARD Conference Proceedings*, Information Management and Decision Making in Advanced Weapon Systems," 30.1-30.7, 1986.

August 2019

**Resume – Richard L. McKinley**                                              **page 12**

Nixon, C.W., McKinley, R.L. and Stock, M., "Design Guide for NORAD C$^3$ Voice Communications Links," AAMRL-TR-86-018, March, 1986.

McKinley, R.L. and Moore, T.J., "Effects of Audio Bandwidth on Selected Digital Speech Coding Algorithms," *Proceedings IEEE Military Communications Conference, Vol 1*, 161-165, 1985.

Anderson, T.R., Moore, T.J. and McKinley, R.L., "Issues in the Development and Use of a Speech Recognition Data Base for Military Cockpit Environments," *Proceedings of Speech Tech'85*, Media Dimensions, NY, 172-176, 1985.

Moore, T.J., McKinley, R.L. and Nixon, C.W., "Laboratory Investigations of Voice Communications Jamming," AFAMRL-TR-81-110. Also in *Proceedings of Second Annual Defense C$^3$CM Conference*, Bedford MA, 17-19 Nov 1981, and in *Proceedings of the Air University's Sixth Airpower Symposium*, 1982.

Anderson, T.R., McKinley, R.L. and Moore, T.J., "Evaluation of Speech Synthesis for Use in Military Noise," *Proceedings of National Bureau of Standards Workshop on Standardization of Speech I/O Technology*, 18-19, 241-245, 1982.

Nixon, C.W., McKinley, R.L. and Moore, T.J., "Effects of Training on Intelligibility of Jammed Voice Communications," *Aviat. Space Environ. Med.*, 53, 239-244, 1982.

McKinley, R.L., Nixon, C.W., and Moore, T.J., "Voice Communication Capability of Selected In-flight Headgear Devices," *AGARD Conference Proceedings No. 311, AURAL COMMUNICATION IN AVIATION*, 19.1-19.8, 1981.

Moore, T.J., Nixon, C.W. and McKinley, R.L., "Comparative Intelligibility of Speech Materials Processed by Standard Air Force Radio Systems in the Presence of Simulated Cockpit Noise," AGARD Conference Proceedings No.311, AURAL COMMUNICATION IN AVIATION, 14.1-14.5, 1981.

McKinley, R.L., "Voice Communications Research and Evaluation System," *Proceedings IEEE, National Aerospace and Electronics Conference, NAECON 79*, Vol 1, 212, and AFAMRL TR-80-25, 1980.

McKinley, R.L., "Application of Commercially Available Filter Components for Psychoacoustic Testing," *Proceedings IEEE 1978, National Aerospace and Electronics Conference, NAECON 78*, Vol 1, 390-392, 1979.

Moore, T.J., McKinley, R.L., and Mortimer, V.D., "Comparative Intelligibility of Standardized Test Materials Processed by the ARC-164 and the ARC-34 Radio Systems in the Presence of Various Levels of Simulated Cockpit Noise," AMRL-TR-79-108, 1979.

Moore, T.J., McKinley, R.L., Mortimer, V.D. and Nixon, C.W., "Evaluation of Word Intelligibility of Two Modems of a Spread Spectrum Communication System in Presence

**Resume – Richard L. McKinley**                                             **page 13**
of Simulated Cockpit Noise," AMRL-TR-78-54, 1978.

# RICHARD MCKINLEY
## MATERIALS CONSIDERED
### December 2, 2021

All materials referenced in my general report and publications on my curriculum vitae.

1.   3M (2012) 3M Combat Arms Technical Data Sheet. 3M Technical Datasheet 2012
2.   3M (2015) Lab Attenuation Data for 3M HPDs. 3M (2015)
3.   3M (2015) Technical Data Bulletin 234 Hearing Protection for Impulse Noise. 3M (2015)
4.   Abel (2003) Acoustical Performance of the Communications Ear Plug (CEP) in combination with the Gentex SPH-5 flight helmet. Technical Report TR 2003-077. Toronto, Ontario, Canada, DRDC-Toronto.
5.   Abel (2004) Sound Attenuation of the Indoor-Outdoor Range E-A-R Plug. Military medicine 2004; 7(169): 551-555.
6.   Abel (2005) Hearing loss in military aviation and other trades: investigation of prevalence and risk factors. Aviation, space, and environmental medicine 2005; 12 (76): 1128-1135.
7.   Abel (1986) Noise-Induced Hearing Loss and Hearing Protective Devices. Can J of Public Health 1986; 77(1): 104-107
8.   Abel (2004) Sound Attenuation of the Indoor-Outdoor Range EAR Plug. Military Medicine 2004; 7 (169): 551-555
9.   Abel (2008) An Investigation of the attenuation provided by the Surefire EP3 Sonic Defender Earplug (comparison to CAEv2). DRDC Toronto TR 2008-040
10.   Abel (2010) Laboratory Performance of the Single-Sided E-A-R Combat Arms Hearing Protective Earplug. Can Accoust 2010; (38) 2
11.   Abrams (2013) Using Hearing Aid Signal Processing for Hearing Protection. Innovations 2013; 3 (3):42-45
12.   Abrams, H. et al (2002) A cost-utility analysis of adult group audiologic rehabilitation - Are the benefits worth the cost? J Rehabil Res Dev. 2002 Sep-Oct;39(5):549-58
13.   Abrams, T., et al (2006) The Relationship Between Hearing Impairment and Depression in Older Veterans. J Am Geriatr Soc. 2006 Sep;54(9):1475-7
14.   Abstract (2017) Noise-Induced cochlear synaptopathy in rhesus monkeys (Macaca mulatta). Hear Res. 2017 Sep; 353:213-223
15.   Adams (2020) Tinnitus Neuroimaging. Otolaryngol Clin North Am. 2020 Aug;53(4):583-603
16.   adults, International Journal of Audiology, 49:8, 580-585
17.   Aedo & Aguillar (2020) Cochlear synaptopathy - new findings in animal and human research. Rev Neurosci. 2020 Aug 27;31(6):605-615
18.   AFI 48-20 Occupational Noise and Hearing Conservation Program, revised to AFI 48-127 (2016);
19.   Ahroon, W., et al (2011) Analysis of army-wide hearing conversation database for hearing profiles related to crew-served and individual weapon systems. Noise Health. 2011 Jan-Feb;13(50):76-83
20.   Ahuja (2005) Noise reduction through circulation control. 39th Aerospace Sciences Meeting and Exhibit 2001 (p. 666).
21.   AIBS (2010) Peer Review of Injury Prevention and Reduction Research Task Area Impulse Noise Injury Models
22.   Akil (2006) Progressive Deafness and Altered Cochlear Innervation in Knock-Out Mice Lacking Prosaposin. J Neurosci. 2006 Dec 13;26(50):13076-88
23.   Akil (2008) Localization of Synucleins in the Mammalian Cochlea. J Assoc Res Otolaryngol. 2008 Dec;9(4):452-63

24.     Akil (2015) Spiral Ganglion Degeneration and Hearing Loss as a Consequence of Satellite Cell Death. J Neurosci. 2015 Feb 18; 35(7):3263-75

25.     Akil (2018) Virally Mediated Overexpression of Glial-Derived Neurotrophic Factor. HumGene Ther. 2019 Jan;30(1):88-105

26.     Al-Omari, A., et al (2018) Association of Flying Time with Hearing Loss in Military Pilots. Saudi J Med Med Sci. 2018 Sep-Dec; 6(3):155-159

27.     Alali (2010) The Challenge of Localizing Vehicle Backup Alarms: Effects of passive and electronic hearing protectors, ambient noise level, and backup alarm spectral content. Noise Health. 2011 Mar-Apr; 13(51):99-112

28.     Alamgir (2016) Economic Burden of Hearing Loss for the US Military: A Proposed Framework for Estimation. Mil Med. 2016 Apr; 181(4):301-6

29.     Alamgir (2016) The Impact of Hearing Impairment and noise-induced hearing injury on quality of life in the active-duty military population: challenges to the study of this issue. Mil Med Res. 2016 Apr 12;3:11

30.     Alamgir (2016) Economic Burden of Hearing Loss for the US Military. Mil Med. 2016 Apr;181(4):301-6

31.     Alberti (2001) The Anatomy and Physiology of the Ear and Hearing. Occupational exposure to noise: Evaluation, prevention, and control (2001): 53-62

32.     Alberti (1995) NIOSH.pdf

33.     Aldag (2017) The Biological Basis of Chronic Traumatic Encephalopathy following blast injury: A literature review. J Neurotrauma. 2017 Sep;34(S1): S26-S43

34.     Allen and Berger (1990) Development of Passive Hearing Protector with Level Dep. Flat Atten. Characteristics. Noise Control Engineer. J.1990; 3 (34): 97-104

35.     Altschuler (2019) Small Arms Fire-Like Noise - Effects on Hearing Loss. Neuroscience 2019 May 21; 407:32-40

36.     Alvarado (2020) Antioxidants and Vasodilators for the Treatment of Noise-InducedHearing Loss. Front Cell Neurosci. 2020 Jul 22; 14:226

37.     Alvord (1997) Anatomy and orientation of the human external ear. J Am Acad Audiol 1997; 8: 383-390

38.     Alvord (1997) Anatomy of an earmold-a formal terminology. J AM Acad Audiol 1997; 8: 100-103

39.     Amant (2020) Abstract Genetic Inheritance and Its Contribution to Tinnitus. Curr Top Behav Neurosci. 2020 (Jul 24)

40.     American Academy of Audiology (2003) Position Statement Preventing Noise-Induced Occupational Hearing Loss. LOSS, PREVENTING NOISE-INDUCEDOCCUPATIONAL HEARING. "Position Statement." (2003).

41.     American Institute of Biological Sciences (2010). Peer Review of Injury Prevention and Reduction Research Task Area Injury Models

42.     Amrein (2012) High Level Impulse Sounds and Human Hearing: Stamdards, Physiology, Quantification. ARL-TR-6017; 2012 May

43.     Amrein (2012) High Level Impulse Sounds and Human Hearing Standards, Physiology, Quantification.pdf. (2012) Army Research Laboratory

44.     ANSI (2016) Methods for measuring the real-ear attenuation of hearing protectors. ANSI/ASA. 2016; S12.6

45.     ANSI (2008) Methods for measuring the real-ear attenuation of hearing protectors. ANSI/ASA. 2008; S12.6

46.     ARL PPT - Sound Localization with the Combat Arms Earplug. DOD Touhy Production Document

47.     Army (2019) FOIA Response Criminal Investigation Command. Dept. of the Army 2019 Mar.

48.     Associated Press (2005). Soldiers in Iraq praise quick, quiet Stryker. Ass. Press 2005 Apr. 6 https://tdn.com/news/soldiers-in-iraq-praise-quick-quiet-stryker/article.

49.     ATA (2009) 2009 PDR GUIDE TO DRUG INTERACTIONS, SIDE EFFECTS AND INDICATIONS FOR TINNITUS.pdf

50.     Attias (2002) Support for the central theory of tinnitus generation: a military epidemiological study. International journal of audiology 2002, (41): 301-307.

51.     Audiologic characteristics in a sample of recently-separated military Veterans: The Noise Outcomes in Service Members Epidemiology Study. (2017) Hearing Research 349 21-30

52.     Aulet (2014) A Case of Heroin Induced Sensorineural Hearing Loss.pdf. (2014) Case Reports in Otolaryngology, Volume 2014, Article ID 962759, 1-4

53.     Azam (2010) Noise induced hearing loss: profile in military service. PAFMJ 2010 Dec 31

54.     Babeu (2005) Level Dependent Hearing Protection and DPOAE After Small Arms Fire

55.     Baguley (2013) Tinnitus. Seminar 2013; (382): 1600-1607

56.     Baiduc, R., et al (2013) Clinical Measures of Auditory Function - The Cochlea and Beyond. Dis Mon. 2013 Apr;59(4):147-56

57.     Bakay (2018) Hidden hearing loss selectively impairs neural adaptation to loud sound environments. Nat Commun. 2018 Oct 16;9(1):4298

58.     Bao (2013) Prophylactic and therapeutic functions of drug combinations against noise-induced hearing loss.pdf. (2013) Hearing Research 304, 33-40

59.     Barbee (2018) Effectiveness of Auditory Measures for Detecting Hidden Hearing Loss and.or Cochlear Synaptopathy. Semin Hear. 2018 May;39(2):172-209

60.     Barberi (2019) Ototoxic Adverse Drug Reactions A Disproportionality Analysis Using the Italian Spontaneous Reporting Database.pdf. (2019) Frontiers in Cellular Neuroscience Ototoxic Adverse Drug

61.     Bartels (2008) The Additive Effect of Co-occurring Anxiety and Depression on Health Status, Quality of Life and Coping Strategies in Help-Seeking Tinnitus Patients. Ear Hear. 2008 Dec;29(6):947-56

62.     Berger (1994) Development of a new standard laboratory protocol for estimating the field attenuation of hearing protection devices. Part III The validity of using subject-fit data. The Journal of the Acoustical Society of America 1998; 2 (103): 665-672.

63.     Berger (1994) Development of a new standard laboratory protocol for estimating the field attenuation of hearing protection devices. Part III. The validity of using subject-fit data. The Journal of the Acoustical Society of AmericaÊ1998; 2 (103): 665-672.

64.     Berger (1994) In Search of Meaningful Measures of Hearing Protector Effectiveness. Spectrum Suppl, 1996; (13): 2913, 29.

65.     Berger (1994) International Review of Field Studies of Hearing Protector Attenuation. Scientific basis of noise-induced hearing loss (1996): 361-377.

66.     Berger (2001) Bibliography on Hearing Protection, Hearing Conservation, and Aural Care, Hygiene and Physiology. E-A-R 82-6/HP 2001

67.     Berger (2003) Does Loud Music During Exercise Affect Hearing? Journal of Scientific Exploration 2003; 4(17): 687-703.

68.     Berger (2005) Comparing hearing protector ratings - NRR, SNR, SLC, and others

69.     Berger (2005) Options in Defining Background Noise During Audiometric Testing. CAOHC UpdateÊ2005; 1 (18)

70.     Berger (2005) Overview and Index to the EARlog Series Numbers 1-21. EARLog 2005 Series Numbers 1-21

71.     Berger (2005) Preferred Methods for Measuring Hearing Protector Attenuation. INTER-NOISE and NOISE-CON Congress and Conference Proceedings 2005; 3 (2005): 4432-4441 Institute of Noise Control Engineering

72.     Berger & Hamery (2008) Empirical Evaluation of Impulse Noise of the Level Dependency of Various Passive Earplugs. J. Acoust. Soc. Am. 2008; 5 (123): 3528

73.     Berger (1979) The Effects of Hearing Protectors on Auditory Communications. Cabor Corporation, EAR Division 1983

74.     Berger (1980) Hearing Protector Performance: How They Work-and-What Goes Wrong in the Real World. Journal of Sound and Vibration 1980; 10 (14): 14-17

75.     Berger (1980) The Performance of Hearing Protectors in Industrial Noise Environments. EARLOG-Aearo Company-Lit Code 30295 1980

76.     Berger (1981) Details of Real World Hearing Protector Performance as Measured in the Laboratory. INTER-NOISE and NOISE-CON Congress and Conference Proceedings 1981; 1 (1981): 147-152

77.     Berger (1981) Extra-Auditory Benefits of a Hearing Conservation Program. EARLOG-Aearo Company 1980

78.     Berger (1981) Motivating Employees to Wear Hearing Protection Devices. Occupational Health & Safety 1987; 3 (56): 57-58

79.     Berger (1982) Responses to Questions and Complaints Part I. Cabot Corporation, EAR Division, 1983.

80.     Berger (1982) Responses to Questions and Complaints Part II. Cabot Corporation, EAR Division, 1983.

81.     Berger (1983) Considerations Regarding the Laboratory Measurement of Hearing Protector Attenuation. INTER-NOISE and NOISE-CON Congress and Conference Proceedings 1983; 4 (1983): 379-382

82.     Berger (1983) Responses to Questions and Complaints Part III. Cabot Corporation, EAR Division, 1983.

83.     Berger (1983) The Hearing Conservation Amendment Part I. Cabot Corporation, EAR Division, 1983.

84.     Berger (1984) Attenuation of Earplugs Worn in Combination with Earmuffs. Occupational Health and Safety (Waco, Tex.) 1984: 72

85.     Berger (1984) Protection for Infrasonic and Ultrasonic Noise Exposure. J. Occup. Med 1984; 9 (26): 649-656

86.     Berger (1984) The Hearing Conservation Amendment Part II. Cabot Corporation, EAR Division, 1984.

87.     Berger (1986) Noise & Hearing Conservation Manual Fourth Edition. Amer Indus. Hyg. Assn 1986

88.     Berger (1988) Tips for Fitting Hearing Protectors. Sound and Vibration 1988; (6): 22-25

89.     Berger (1993) Establishing the 'True' Laboratory. 18th Annual Conference of the National Hearing Conservation Association, Albuqurque, NM, Spectrum Vol. 10, Suppl. 1, p. 19 (1993).

90.     Berger (1994) History and Development of the EAR Foam Earplug. The Journal of the Acoustical Society of AmericaÊ1994; 5 (95): 2914-2914.

91.     Berger (1998) Development of a new standard laboratory protocol. J Acoust Soc Am. 1998 Feb;103(2):665-72

4

92.   Berger (2000) Musical Acoustics: Concert Performance by the American Brass Band. FRENCH GERMAN RESEARCH INST CEDEX (FRANCE), 2000.
93.   Berger (2000) The Naked Truth about NRRs. Cabot Safety 1993
94.   Berger (2003) Hearing Protection Devices. The Noise Manual-American Industrial Hygiene Assoc. 2003; 5th Edition
95.   Berger (2003) Hearing protection Surpassing the limits to attenuation imposed by the bone conduction pathways.pdf. (2003) Acoustical Society of America-Vol. 114, No. 4, Pt. 1
96.   Berger (2003) Noise Manual 5th edition. Berger, E. H. (Ed.). (2003). The noise manual. Aiha.
97.   Berger (2004) Keeping Noise at Bay. Safety + Health 2004; 5 (169): 52
98.   Berger (2005) Noise Nav 1.8.pdf. (2005) Noise Navigator Sound Level Database
99.   Berger (2007) Hearing Protection Devices. Encyclopedia of Acoustics, Chapter 81: 967-981
100.  Berger (2007) Methods of Developing and Validating a Field -MIRE Approach for Measuring Hearing Protector Attenuation. Spectrum 2007 Feb; (24) Suppl 1.
101.  Berger (2007) The Noise Stops Here - Experimental HPD Fitting Workshop. 33rd Annual Conference of the National Hearing Conservation Association, Portland, OR, Spectrum Vol. 25, Suppl. 1 (2007)
102.  Berger (2008) Methods of Fit Testing Hearing Protectors, with representative field test data. Hearing Loss (ICBEN) 2008
103.  Berger (2008) Why Can't I Measure Sound Exposures from MP3 Players (iPod or equivalent) or from a Peltor Worktunes, style earmuff, with a simple microphone? E-A-RCAL Laboratory 2008 Feb
104.  Berger (2010) Empirical Evaluation using Impulse Noise of the level-dependency of various passive earplug designs. J. Acoust. Soc. Am. 2008 June;
105.  Berger (2010) Hearing through the Protectors. IHN 2010 July/August
106.  Berger (2010) What is a Personal Attenuation Rating (PAR)? E-A-RCAL 07-21/HP; 2010 April
107.  Berger (2011) Custom Hearing Protection Have It Your WayÉMaybe. IHN 2011 May/June
108.  Berger (2011) Development and Validation of a field microphone-in-real-ear approach for measuring hearing protector attenuation. Noise Health. 2011 Mar-Apr;13(51):163-75
109.  Berger (2014) Evaluation of Variability in real-ear attenuation testing using a unique databaseÑ35 years of data from a single laboratory. The Journal of the Acoustical Society of America 2014; 4 (136): 2134
110.  Berger (2016) 6th Edition of The Noise Manual (3M Employee) Hearing Protection Devices. In The Noise Manual, 6th Ed.; Chapt. 11, Am Ind Hygn Assoc. 2017
111.  Berger (2016) Review of the 2016 Edition of ANSI S12.6 and its place in the panoply of standards on the measurement of real-ear attenuation at threshopld since 1957. J Acoust Soc Am. 2018 Oct;(140)4
112.  Berger (xxxx) EARLog 13 Attenuation of Earplugs Worn in Combination with Earmuffs.pdf. (xxxx) EAR Log 13
113.  Berger and Hamery (2008) Impulse Noise Evaluation of Level-Dependency in Various Passive Earplugs (V4.0). J. Acoust. Soc. Am. 2008; 5 (123): 3528
114.  Berger EH. (2005) Preferred methods for measuring hearing protector attenuation. In: Proceedings of internoise 2005, Rio de Janeiro, Brazil; p. 58.
115.  Berger (2003) Noise Control and Hearing Conservation: Why Do It? The noise manual. Fairfax, VA: American Industrial Hygiene Association.
116.  Berger, E. (2011) Custom Hearing Protection Have It Your Way. Maybe. Industrial Hygiene News. May/June 2011 Issue.
117.  Berger, E., (2014) 3M E-A-Rfit Validation System Frequently Asked Questions (April).

118. Berger, et al. (1998) Development of a New Standard Laboratory Protocol for Estimating HPD Field Attenuation. ÊThe Journal of the Acoustical Society of America 1996; 3 (99):1506-1526.

119. Berger, Royster (1996) In Search of Meaningful Measures of Hearing Protector Effectiveness. Spectrum Suppl 1996; 1 (13): 29

120. Berlin (xxxx) The Programmed Instruction in the Decibel.pdf

121. Bezandry (2016) Effects of Hearing Protection Device Attenuation on Unmanned Aerial Vehicle Audio Signatures. ARL-TR-7639 2016 Mar

122. Bharadwaj (2019) Non-Invasive Assays of Cochlear Synaptopathy - Candidates and Considerations. Neuroscience 2019 May 21; 407:53-66

123. Bhatt (2016) Analysis of audiometric notch as a noise-induced hearing loss phenotype in US youth data from the National Health and Nutrition Examination.pdf. (2017) International Journal of Audiology; Early Online: 1Ð8

124. Bhatt (2020) Association Analysis of Candidate Gene Polymorphism and Audiometric Measures of NIHL. Otol Neurotol. 2020 Jun;41(5): 538-e547

125. Bielefeld (2015) Protection from noise-induced hearing loss with Src Inhibitors. Drug Discov Today. 2015; 6 (20):760-765

126. Bielefeld (2019) Pharmaceutical Otoprotection Strategies to Prevent Impulse Noise-Induced Hearing Loss. J Acoust Soc Am. 2019 Nov;146(5):3790

127. Bilgili (2017) Continuing Education - Drug-Induced Ototoxicity.pdf

128. Bjorn (2005) US Navy Flight Deck Hearing Protection Use Trends: Survey Results. NAVAL AIR WARFARE CENTER AIRCRAFT DIV PATUXENT RIVER MD. 2006

129. Blackwell, DL., et al (2014) Summary Health Statistics for U.S. Adults - National Health Interview Survey, 2012. Vital Health Stat 10. 2014 Feb; (260):1-161

130. Blair, M. (2020) Retrospective Cohort Study of Pure Tone Audiometry Threshold Shifts from Ototoxic Substance, Continuous Noise, and Impulse Noise Exposures at Tinker Air Force Base from 2005 to 2019. Air Force Institute of Technology. Theses and Diss. 2020 (3226)

131. Blioskas (2018) Utility of Otoacoustic Emissions and Olivocochlear Reflex in Predicting Vulnerability to Noise-Induced Inner Ear Damage. Noise Health. 2018 May-Jun;20(94):101-111

132. Boettcher (1987) Synergistic Interactions of Noise and Other Ototraumatic Agents.pdf. (1987) Ear and Hearing; Volume 8, No 4, 192-212

133. Binseel (2012) A Comparison of the Single-Sided and Double Sided Combat Arms Earplugs. ARL-TR-6270 2012: 1-42

134. Bohnker (2002) U.S. Navy and Marine Corps Hearing Conservation Program 1995-1999: Mean Hearing Thresholds for Enlisted Personnel by Gender and Age Groups. Military Medicine Ê2020; 2 (167): 132-135.

135. Bohnker (2002) Navy Hearing Conservation Program - Threshold Shifts in Enlisted Personnel, 1995-1999. Military medicine 2002; 1 (167): 48-52

136. Borghi (2005) Prevalence of Tinnitus in Patients with Hypertension and the Impact of Different Antihypertensive Drugs on the Incidence of.pdf. (2005) Current Theraputic Research VOLUME 66, NUMBER 5

137. Bowes (2006) Computing the Return on Noise Reduction Investments in Navy.pdf. (2006) CAN

138. Bramhall (2018) Use of Non-Invasive Measures to Predict Cochlear Synapse Counts. Hear Res. 2018 Dec; 370:113-119

139. Bramhall (2019) Characterizing noise-induced hidden hearing loss in veterans. J. Acoust. Soc. Am. 2019 Mar; 3(145) Pt. 2:1907

140. Bramhall (2019) The Search for Noise-Induced Cochlear Synaptopathy in Humans. Hear Res. 2019 Jun; 377:88-103

141. Bramhall (2019) Tinnitus and Auditory Perception After a History of Noise Exposure Relationship to Auditory Brainstem Response Measures.pdf. (2019) EAR & HEARING, VOL. 39, NO. 5, 881Ð894

142. Bramhall, N., et al (2019) The search for noise-induced cochlear synaptopathy in humans: Mission impossible. Hear Res. 2019 Jun; 377:88-103

143. Breitzler (2020) Noise-Induced Hearing Loss in Zebrafish. Hear Res. 2020 Jun;391:107952

144. Bressler (2017) Sensory coding and cognitive processing of sound in Veterans with blast exposure. Hear Res. 2017 Jun;349:98-110

145. Brown (2015) Effects of Active and Passive Hearing Protection Devices on Sound Source Localization, Speech Recognition, and Tone Detection. PLoS ONE 2015; 8 (10): 1-21

146. Brueck (2013) Measurement Exposure Impulsive Noise at Indoor and Outdoor Firing Ranges during Tactical Training Exercises. HHS - CDC - NIOSH 2014;

147. Brungart (2007) A Comparison of Acoustic and Psychoacoustic Measurements of Pass-Through Hearing Devices. IEEE Workshop on Applcation of Signal Processing to Audio and Accoustics; October 21-24, 2007, New Paliz, NY

148. Brungart (2017) Development and validation of the Speech Reception in Noise (SPRINT) Test. Hear Res. 2017 Jun;349:90-97

149. Buck (2000) Performance of Hearing Protectors in Impulse Noise

150. Buck (2000) Performance of Hearing Protectors in Impulse Noise (Defense Technical Notice ADP010342). (Defense Technical Notice ADP010342)-French German Research Inst CEDEX (France) 2000: 3-1-3-10

151. Buck (2010) The European Regulation 2003-10-EC and the Impact of its Application to the Military Noise Exposure. ICA 2010 Aug 23-27

152. Byrne (2011) Relationship between comfort and attenuation measurements for two types of earplugs. Noise Health. 2011 Mar-Apr;13(51):86-92

153. Byrne (2017) Inter-laboratory Comparison of Three Earplug Fit-test Systems. J Occup Environ Hyg. 2017 Apr;14(4):294-305

154. Byrne (2017) Inter-Laboratory Comparison of Three Earplug Fit-Test Systems. Journal of Occupational and Environmental Hygiene 2017; 4 (14): 294-305

155. Byun (2020) Transcutaneous Electrical Nerve Stimulation for Treatment of Tinnitus A Systematic Review and Meta-analysis. Otol Neurotol. 2020 Aug;41(7):e767-e775

156. Cacace (2002) Expanding the biological basis of tinnitus - crossmodal origins and neuroplasticity. Hear Res. 2003 Jan;175(1-2):112-32

157. CAE Filter Techial Drawings 4047. 3M_MDL000481954-3M_MDL000481954

158. CAEv4.1 Sell Sheet with Comments. 3M_MDL000259866-3M_MDL000259918

159. Campbell (2011) Detection of Ototoxicity.pdf. (2011) SEMINARS IN HEARING/VOLUME 32, NUMBER 2, 196-202

160. Campbell, et al (2016) Guidelines for Auditory Threshold Measurement for Significant Threshold Shift. Otol Neurotol. 2016 Sep;37(8):e263-70

161. Canetto (2008) Hearing Protectors Real World Performance and the European Directive 2003 10 EC. JOSE 2009; (15) 2:221-226

162. Cantley (2019) Early Hearing Slope as a Predictor of Subsequent Hearing Trajectory. J Acoust Soc Am. 2019 Nov;146(5):4044

163. CAOHC Hearing Conservation Manual (Fifth Edition). Council for Accreditation in Occupational Hearing Conservation 2014

164. Carney (2018) Supra-threshold Hearing and Fluctuation Profiles: Imlications for sensorineural and hidden hearing loss. J Assoc Res Otolaryngol. 2018 Aug;19(4):331-352

165.   Carroll, Y., et al (2017) Vital Signs - Noise-Induced Hearing Loss Among Adults - US 2011-2012. MMWR Morb Mortal Wkly Rep. 2017 Feb 10;66(5):139-144

166.   Casali (1990) Attenuation Performance of Four Hearing Protectors under Dynamic Movement and Different User Fitting Conditions. Human Factors 1990; 1 (32): 9-25

167.   Casali (2009) A field investigation of hearing protection and hearing enhancement in one device: For soldiers whose ears and lives depend upon it. Noise and Health 2009; 11(42): 69

168.   Casali (2010) In-Field Localizaiton of Gunshots in Azimuth under Two Prototype Etymotic and Two Production AEARO-Peltor Hearing Protection/Enhancement Devices Intended for Military Ground Soldier Applications. ETYMOTIC Gunshot Localization Experiment; 2010 June

169.   Casali (2011) Warfighter Auditory Situation Awareness: Locating the Shooter with and without Hearing protection. Naval Engineers Journal 2012; (124.1): 149-159

170.   Casali (2013) Implications if Your Life Depends upon Your Hearing: The NRR vs. the ASAF. National Hearing Conservation Association, St. Petersburg, FL (2013)

171.   Casali (2015) Objective Metric-Based Assessments for Efficient Evaluation of Auditory Situation Awareness. Auditory Systems Lab 2015;

172.   Casali xxxx DRILCOM Final Report. DRILCOM:2-95

173.   Casali, (2009) A Field Investigation of Hearing Protection and hearing enhancement in one device: For soldiers whose ears and lives depend on it. Noise Health. 2009 Jan-Mar;11(42):69-90

174.   Casali, Berger (1996) Technology Advancements in Hearing Protection Circa 1995 (add to S Drive). Amer Industrial Hygiene Assoc. J. 1996; 2 (57): 175-185

175.   Casali, J., Berger, E. Technology Advancements in Hearing Protection Circa 1995. (1996). Active Noise Reduction, Frequency Amplitude-Sensitivity, and Uniform Attenuation. AIHA Journal

176.   Cason (2012) Air Force Hearing Conservation Program Data 1998-2008: A cross-sectional analysis of positive threshold shifts. Mil Med. 2012 May;177(5):589-93

177.   Caspary, D. & Llano, D. (2017) Auditory thalamic circuits and GABA receptor function - Putative mechanisms in tinnitus pathology. Hear Res. 2017 Jun; 349:197-207

178.   Cavallaro (2009) Army Says New Earplugs Will Save Soldiers Hearing. Army Times; 2009 Oct

179.   Cave (2010) Evolution of the Army Hearing Program in a Deployed Environment. US Army Med Dep J. 2010 Apr-Jun:65-7

180.   Cave, K., et al (2007) Blast Injury of the Ear - Clinical Update from the Global War on Terror. Mil Med. 2007 Jul;172(7):726-30

181.   Chan (2016) Impulse Noise Injury Model. Mil Med. 2016 May;181(5 Suppl):59-69

182.   Chen (2020) Ginsenoside Rd Amliorates Auditory Cortex Injury. Front Physiol. 2020 Jul 21; 11:788

183.   Chen (2020) Novel Oral Multifunctional Antioxidant Prevents Noise-Induced Hearing Loss and Hair Cell Loss. Hear Res. 2020 Mar 15; 388:107880

184.   Chen, H., et al (2019) Noise-induced Cochlear Synaptopathy and Signal Processing Disorders. Neuroscience. 2019 May; 407:41-52

185.   Chen, Y, et al (2017) Tinnitus and hyperacusis - Contributions of paraflocculus, reticular formatoin and stress. Hear Res. 2017 Jun;349:208-222

186.   Cho, S., et al (2013) Mechanisms of Hearing Loss after Blast Injury to the Ear. PLoS One. 2013 Jul; 8(7):e67618

187.   Cianfrone (2011) Pharmacological drugs inducing ototoxicity, vestibular symptoms and tinnitus: a reasoned and updated guide. Eur Rev Med Pharmacol Sci. 2011 Jun;15(6):601-36

188.   Clavler (2012) Measurement of Bone-Conducted Impulse Noise from Weapons Using a Head Simulator. J. Acoust. Soc. Am. 2012; (132) 3:2014

8

189. Cleveland (2009) Fort Carson: An Army Hearing Program Success Story. US Army Med Dep J. 2009 Apr-Jun:67-75

190. Clifford (2019) Untangling the Genomics of Noise-Induced Hearing Loss and Tinnitus. J Acoust Soc Am. 2019 Nov;146(5):4007

191. Clifford, R., et al (2016) The Genomic Basis of Noise-induced Hearing Loss - A Literature Review Organized by Cellular Pathways. Otol Neurotol. 2016 Sep; 37(8):309-16

192. Clifford, R., et al (2019) Impact of TBI, PTSD, and Hearing Loss on Tinnitus Program in a US Marine Cohort. Mil Med. 2019 Dec 1;184(11-12):839-846

193. Coelho (2020) Classification of Tinnitus - Mutiple Cuases with the Same Name. Otolaryngol Clin North Am. 2020 Aug;53(4):515-529

194. Cohen, J., et al (2002) Blast Injury of the Ear in a Confined Space Explosion - Auditory and Vestibular Evaluation. Isr Med Assoc J. 2002 Jul;4(7):559-62

195. Comprehensive Hearing Health Patient Brochure

196. Congressional Record. Arms Sales Notification

197. Cooper (2014) The Department of Defense Epidemiologic and Economic Burden of Hearing Loss Study. Mil Med. 2014; 12 (179): 1458-1464

198. Couth (2020) Investigating the Effects of Noise Exposure on Self-Report, Behavioral and Electrophysiological Indices. Hear Res. 2020 Sep 15; 395: 108021

199. Cox, H.J. & Ford, G.R. (1995) Hearing loss associated with weapons noise exposure - when t investigate an asymetrical loss. J Laryngol Otol. 1995 Apr;109(4):291-5

200. Cruickshanks, K., et al (2010) Education, Occupation, Noise Exposure History and the 10-yr Cumulative Incidence of Hearing Impairment in Older Adults. Hear Res. 2010 Jun 1;264(1-2):3-9

201. Curhan (2012) Prospective Study of Alcohol Use and Hearing Loss in Men.pdf. (2011) Ear Hear, 32(1)

202. CVC Combat Vehicle Crewman Helmet System featuring Bose. Gentex. 2017 www.gentexcorp.com

203. CVC M9 Operation and Maintenance Manual. Gentex. 2017 www.gentexcorp.com/patents

204. MCO 6260.3 Series - Marine Corps Hearing Conservation Program

205. OPNAVINST 5100.19 Series - Hearing Conservation (Afloat)

206. OPNAVINST 5100.23 Series - Hearing Conservation (Shore)

207. Dancer (1994) A New Nonlinear Earplug for Use in High Level Impulse Noise Environment. The Journal of the Acoustical Society of America Ê1998; 5 (1103): 2878-2878.

208. Dancer (1997) Study and production of nonlinear perforated earplugs. Saint-Louis Franco-German Research Institute-Tr. Ed. 1994 Report, R 128/97

209. Dancer (2005) Noise Ñ A Limiting Factor for the Use of Modern Weapon Systems?. NSTITUT FRANCO-ALLEMAND DE RECHERCHES SAINT-LOUIS (FRANCE) 2005.

210. Dancer (1995) Hearing Hazard from Impulse Noise: a Comparative study of Two Classical Criteria for Weapon Noises (Pfander Criterion and Smorrenburg Criterion) and the LAeq8 Method. Acta Acustica 1995; 3: 539-547

211. Dancer (1999) Hearing Protection in the Military Environment. Noise & Health 1999; 5: 1-15

212. Dancer et al (1992). J. Acoustical Soc. America 91(3), 1677-1689

213. Daniel L. Johnson Army Research Lab Blast Overpressure Studies (1st Rog Response). USAARL Contract Report N. CR-98-03 1998

214. Davis (2017) Impulsive Noise A Brief Review. Hearing Research 2017; (349): 34-36

215. Davis (2019) In-Ear and On-Body Measurements of Impulse Noise Exposure. Int J Audiol. 2019 Feb; 58(sup1):S49-S57

216. Davis (2019) In-ear and On-body Measurements of Impulse-noise Exposure. Intl. J. of Audiology 2019; S1 (58): S49-S57

217. Davis, R. & Claiver, O. (2017) Impulsive noise - A brief review. Hear Res. 2017 Jun;349:34-36

218. Davis, R. (2017) Long-term noise exposures - A brief review. Hear Res. 2017 Jun;349:31-33

219. Dawes (2019) Relationship Between Diet, Tinnitus, and Hearing Difficulties.pdf. (2020) Ear& Hearing; 41; 289Đ299

220. De Paolis (2017) Analytical and numerical modeling of the hearing system - Advances towards the assessment of hearing damage. Hear Res. 2017 Jun;349:111-128

221. De Paolis (2017) Human Cochlear Hydrodynamics: A high-resolution CT-Based finite element study. J Biomech. 2017 Jan 4;50:209-216

222. De Ru, A., et al (2014) Voluntary contraction of the tensor typani muscle and its audiometric effects. J Laryngol Otol. 2014 Mar 19:1

223. Deiters (2019) Generalizability of Clinicaly Measured Acoustic Reflexes. J Acoust Soc Am. 2019 Nov; 146(5):3993

224. Deiters (2019) Generalizability of clinically measured acoustic reflexes to brief sounds. The Journal of the Acoustical Society of Amer. 2019; 5 (146): 3993-4006

225. Deklerk (2020) Identifying non-otologic risk factors for tinnitus - a systematic review. Clin Otolaryngol. 2020 Jun 3

226. Department of the Army (2009). Programmatic Environmental Assessment for Fielding and Use of Mine Resistant Ambush Protected Vehicles at Army Installations in the United States. USADOA 2009 Sept.

227. Department of Defense (2000) Standard Practice for System Safety. DoD, M. I. L. S. T. D. US Department of Defense (2000).

228. Department of the Navy (2011) MCO 5100.29B. MCO 5100.298; 2011 Jul

229. Department of the Navy (2015) Marine Corps Hearing Conservation Program 6260.3. Dept of Navy 2016;

230. Dept Navy (2009) SecNav Instructions 6120.3 Change Transmittal 1. SECNAVINST 6120.3 CH-1; 2009 Dec

231. Dept Navy (2016) Marine Corps Hearing Cons Program 6260.3A. Marines Mil. 2016 Sep;MCO 6260.3A

232. Dept. of Army (2015) Department of the Army Pamphlet 40Đ501.pdf. (2015) Department of the Army Pamphlet 40Đ501

233. DeSpirito & Binseel (2008) Modeling of Acoustic Pressure Waves in Level-Dependent Earplugs. Army Research Lab 2008; No. ART-TR-4607

234. DeSpirito (2008) Modeling Acoustic Pressure Waves in Level- Dependent Earplugs. ARL 2008 Sept.

235. DH-132 AS Ballistic Combat Vehicle Helmet. Gentex transaeroinc.com

236. Diamond (2007) The Temporal Dynamics Model of Emotional Memory Processing - Stress-Induced. Neural Plast. 2007; 2007: 60803

237. Dille (2010) Tinnitus Onset Rates from Chemotherapeutic Agents and Ototoxic Antibiotics-Results of a Large Prospective Study.pdf. (2010) Journal of the American Academy of Audiology; Volume 21, Number 6, 409-417

238. Dion,G. & Packer, M. (2015) Anaplastic large-cell lymphoma presenting as a nasopharyngeal mass and cervical lymphadenopathy. Ear Nose Throat J. 2015 Jun;94(6):E26-9

239. Dixon (1950) Analysis of Extreme Values. The Annals of Mathematical Statistics 1950; 4 (21): 488-506

240. DOA (2008) DOA - ST 4-02.501 Army Hearing Program. ST 4-02.501; 2008 Feb

241. Dobie (2008) The_Burdens_of_Age_related_and_Occupational.pdf. (2008) Ear & Hearing ;29; 565Ð577

242. Dobie (2016) Commentary on the Regulatory Implication of Noise-induced Cochlear Neuropathy. Int J Audiol. 2017;56(sup1):74-78

243. Dobie Medial-Legal Evaluation of Hearing Loss (3rd edition). Plural Publishing Inc, 2015.

244. Dobie, R. (2001) Medical-Legal Evaluation of Hearing Loss (2d Edition). Cengage Learning (2001)

245. DOD (2019). DOD Arms Sales Notice

246. DOD Touhy Response re Steady State Exposures. 12.29.2020

247. DoD (2010) Hearing Conservation Program. DoDI 6055.12; 2010 Dec

248. DOD (2003) Directive 5000.01, The Defense Acquisition System. Department of Defense (DoD). (2003). The Defense Acquisition System (DoD Directive 5000.01).

249. DoD (2006) Instruction 6025.19 Individual Medical Readiness. Instruction, D. (2006). 6025.19. Individual Medical Readiness.

250. DoD (2008) Instruction 5000.02 Operation Defense Acquisition. DoDI 5000.02; 2008 Dec

251. DoD (2011) International State-of- the -Sicence Meeting on Blast-Induced Tinnitus. DoD PCO 2011

252. DoD (2014) Military Hearing Critical Task Review By Service. Dod HCE

253. DOD Hearing Center of Excellence Video - Hearing Loss and Quality of Life. 3M_MDL000259866-3M_MDL000259918

254. DoD xxxx NRR Hearing Protection Devices. Dod Lab.

255. Dolan, M., (2004). For 'ghost riders,' Mosul attack a stark reminder of Strykers' mortality. *Baltimore Sun.*

256. Donahue & Ohlin (1993) Noise and the Impairment of Hearing. Office of the Surgeon General U.S. Dept. of the Army 1993; 207-252

257. Donahue (1993) Noise and the Impairment of Hearing. Textbook of Military Medicine: Occupational health: the Soldier and the Industrial Base. Washington, DC: Borden Institute, Office of The Surgeon General, US Dept of the ArmyÊ(1993): 207-252.

258. Dong (2020) Low-Frequency Repetitive Transcranial Magrnetic Stimulation. Biomed Res Int. 2020 May 2;2020:3141278

259. Dougherty (2013) Blast-related Ear Injuries among U.S. Military personnel. JRRD 2013; 6 (50): 893-904

260. Dougherty (2018) Preliminary Study of Hearing Protection and Non-Impact, Blast-Induced Concussion in US Military Personnel. Brain Inj. 2018;32(11):1423-142

261. Dougherty (2018) Preliminary study of hearing protection and nonimpact, blast induced concussion in US military personnel.pdf. (2018) Brain Injury-32:11, 1423-1428

262. Drolet (2008) Noise dosimetry survey of Land Force occupations.pdf. (2008) Defence R&D Canada

263. Duda (2020) Does Tinnitus Fill in the Cap Using Electrophysiology - A Scoping Review. Otolaryngol Clin North Am. 2020 Aug;53(4):563-582

264. Dulon (2018) Clarin-1 Gene Transfer Rescues Auditory Synaptopathy in Model of Usher Syndrome. J Clin Invest. 2018 Aug 1;128(8):3382-3401

265. Dyhrfjeld-Johnsen (2020) Current Clinical Trials for Tinnitus - Drugs and Biologics. Otolaryngol Clin North Am. 2020 Aug;53(4):651-666

266. Engdahl (2015) Cardiovascular risk factors and hearing loss The HUNT study.pdf. (2015) International Journal of Audiology, 54:12, 958-966

267.    EPA (2003) Workshop on Hearing Protector Devices. US Environmental Protection Agency 2003 Workshop on Hearing Protector Devices Papers and Proceedings

268.    Esquivel (2018) Aural Blast Injury Acoustic Trauma and Hearing Loss. Mil Med. 2018 Sep 1;183(suppl_2):78-82

269.    Evaluated Passive Hearing Protection Devices Poster. Hearing Center of Excellence

270.    Fackler (2016) Uncertainty of Hearing Protection Device Impulsive Attenuation Measurements. J Acoust Soc Am. 2017 May;(141)3687

271.    Fackler (2016) Spectral Analysis of Hearing Protector Impulsive Insertion Loss. Int J Audiol. 2017;56(sup1):13-21

272.    Fackler (2017) Spectral Analysis of Hearing Protector Impulsive Insertion Loss. Int J Audiol. 2017;56(sup1):13-21

273.    Fackler (2018) Fit-testing Systems for Hearing Protectors: ANSI Standards to the Rescue.J Acoust Soc Am 2018 Mar; 143

274.    Fagelson (1998) The Occlusion Effect and Ear Canal Sound Pressure Level. Am J of Audiol 1998; 7(2): 50-54

275.    Fagelson (2007) The Association Between Tinntus and PTSD. Am J Audiol. 2007 Dec;16(2):107-17

276.    Fagelson (2016) Tinnitus Self Efficacy and Other Tinnitus Self-Report Variables. Ear Hear. 2016 Sep-Oct;37(5):541-6

277.    Fagelson (2016) Tinnitus Self Efficacy and Other Tinnitus Self-Report Variables. Ear Hear. 2016 Sep-Oct;37(5):541-6

278.    Fagelson, M. (2007) The Association Between Tinnitus and PTSD. Am J Audiol. 2007 Dec;16(2):107-17

279.    Fatz (2000) Military Ingenuity DoD hearing conservation efforts help improve readiness and provide advanced hearing protection for the armed forces. First ResponderÓ for the 21st Century.Ó MasterÕs thesis, USMC Command and Staff CollegeÊ(2005)

280.    Faulk (1972) Combined Effects of Noise and Ototoxic Drugs.pdf. (1972) Environmental Health Perspectives, 5-72

281.    Fausti (1992) High-Frequeney Audiometric Monitoring for Early Detection of Aminoglycoside Ototoxicity.pdf. (1992) The Journal of Infectious Diseases. Vol. 165, No. 6 , pp.

282.    Fausti (1994) High-Frequency Audiometric Monitoring Strategies for Early Detection of Ototoxicity.pdf. (1994) Ear and Hearing Vol. 15, No. 3, 232-239

283.    Favrelierea (2020) Drug-induced hearing loss a case non-case study in the French pharmacovigilance database.pdf. (2020) Societe Francaise de Pharmacologie et de Therapeutique

284.    Fechter (2007) JP-8 Jet Fuel Can Promote Auditory Impairment Resulting from Subsequent Noise Exposure in Rats. Toxicol Sci. 2007 Aug;98(2):510-25

285.    Fedele (2013) AHAAH hearing Protection Module (Version 2.1) with Level-dependent Parameters for the Double-ended Combat Arms Earplug. Army Research Laboratory2013;

286.    Fedele (2013) Using AHAAH with Hearing Protection Software, Release MIL-STD-1474E. Army Research Laboratory 2013;

287.    Fedele (2015) Level Dependent Nonlinear Hearing Protector Model in the AuditoryHazard Assessment Algorithm for Humans. Army Research Laboratory 2015;

288.    Fedele, Kalb (2015) Level-Dependent Nonlinear Hearing Protector Hazard Algorithm for Humans. US Army Research Lab 2015; TR-7271: 1-33

289.    Federal Practitioner (2015) Protecting Sensory Health. Fed Pract. 2015 May;32(5):29

290.    Fernandez (2015) Aging After Noise Exposure - Acceleration of Cochlear Synaptopathy in Recovered Ears. J Neurosci. 2015 May 13;35(19):7509-20

291. Fernandez, K., et al (2020) Noise-induced Cochlear Synaptopathy with and Without Sensory Cell Loss. Neuroscience. 2020 Feb; 427:43-57

292. Figueiredo (2016) Positive Association between Tinnitus and Arterial Hypertension.pdf. (2016) Frontiers in Cellular Neuroscience Positive Association between Tinnitus and Arterial Hypertension, 7:171.

293. Fisher (2020) Noise, Trauma and the Ear. J Laryngol Otol. 2020 Mar;134(3):189-190

294. Flamme (2019) Comparisons of Damage-Risk Criteria (DRC) for Impulsive Noise Evidence from Firearm Blast Signals. NIOSH-Report Number EPHB 2019

295. Flamme, G. et al. (2016). Acoustic reflexes are common but not pervasive: evidence from the National Health and Nutrition Examination Survey, 1999–2012. International Journal of Audiology. 56 (sup1): 52–62

296. Flamme, G. et al. SASRAC Technical Report #1909_0 Pervasiveness of early Middle Ear Muscle Contraction, (SASRAC, Loveland OH).

297. Folmer (2010) Audiometric thresholds and prevalence of tinnitus among male veterans in the United States.pdf. (2011) Journal of Rehabilitation Research & Development Volume 48, Number 5, Pages 503Ð516

298. Foots (2015) Auditory Demonstrations for STEM Outreach. Army Research Laboratory 2015;

299. Formby (2013) Tinnitus Retraining Therapy Trial Manual of Procedures. Clinical Trials 2013;

300. Formby (2019) The Search for and Conduct of the Elusive Phase 3 Randomized Clinical Trial Snipe Hunting With the Military. JAMA Otolaryngol Head Neck Surg. 2019 Jul;145(7):595-596

301. Formby, C. & Scherer, R. (2013) Rationale for the tinnitus retraining therapy trial. Noise Health. 2013 Mar-Apr;15(63):134-42

302. Forrest, M., and Coles, R. (1970). Problems of communication and ear protection in the royal marines. J. R. Nav. Med. Serv., 56, 162-169.

303. Forrest, M.R. (1971), "Ear protection and hearing in high-intensity impulsive noise," Occupational Hearing loss, ed. D.W. Robinson, Academic Press for the British Acoustical Society

304. Forshaw, S.E., and J.I. Cruchley (1982), "Hearing protector problems in military operations," Personal Hearing Protection in Industry, ed. P.W. Alberti, Raven Press.

305. Francis (2017) Non-autonomous Cellular Responses to Ototoxic Drug-Induced Stress and Death.pdf. (2017) Frontiers in Cellular Neuroscience Non-autonomous Cellular Responses to Ototoxic Drug-Induced Stress and Death, 11:252.

306. Franks (1993) Sample size necessary to provide acceptable reproducibility in laboratory hearing protector attenuation testing. The Journal of the Acoustical Society of Amer. 1993; 3 (94): 1792-1792

307. Franks (2009) EPA's Proposed Revision of Hearing Protector Labeling. ISHNN 2009 Oct

308. Franks (2012) Why Choose Custom-Moulded Over Disposable Earplugs. Custom Protect Ear, 2012 Aug

309. Franks, Merry (1993) Sample Size Necessary to Provide Acceptable Reproducibility of Lab HPD Testing. The Journal of the Acoustical Society of America 1993;Ê3 (94): 1792-1792.

310. Franks, Stephenson, Merry, eds. (1996) Preventing Occupational Hearing Loss: A Practical Guide. Cincinnati, OH: National Institute for Occupational Safety and Health;

311. Friedland, D. (2006) Structure and Function in the Auditory System - From Cochlear to Cortex. Anat Rec A Discov Mol Cell Evol Biol. 2006 Apr;288(4):326-30

312. Frisina (2016) Comprehensive Audiometric Analysis of Hearing Impairment and Tinnitus After Cisplatin-Based Chemotherapy in Survivors of Adult-Onset Cancer.pdf. (2016) Journal of Clinical Oncology, 34, 23: 2712-2720

13

313.   Frye (2018) Lower Level Noise Exposure that Produces only TTS Modulates the Immune Homeostasis. J Neuroimmunol. 2018 Oct 15;323:152-166

314.   Frye (2019) Inflammation Associated With Noise-Induced Hearing Loss. J Acoust Soc Am. 2019 Nov;146(5):4020

315.   Fuente (2019) Jet Fuel Exposure and Auditory Outcomes in Australian Airforce Personnel. BMC Public Health. 2019 May; 19(1):675

316.   Fundamental & Clinical Pharmacology 34, 397Ð407

317.   Gaeta (2016) Effect of Orifice Shape on Acoustic Impedance. Int J Aeroacoust 2016;15(4-5)474-495

318.   Galazyuck and Brozoski (2020) Animal Models of Tinnitus - A review. Otolaryngol Clin North Am. 2020 Aug;53(4):469-480

319.   Gallagher (2016) Airforce Research Labs Performance Assessment of the 3M Combat Arms Generation 4.0 Tactical Military Shooter's Ear Plug. AFRL. 2016;AFRL-RH-WP-TR-2016-0092

320.   Gallun (2012) Performance on Tests of Central Auditory Processing by Individuals Exposed to High-Intensity Blasts. J Rehabil Res Dev. 2012;49(7):1005-25

321.   Gan (2019) Characterization of Protection Mechanisms to Blast Over pressure for Personal Hearing Protection Devices-Biomechanical Measurement and Computational Modeling. Mil Med. 2019 Mar; 3/4(184):251-260

322.   Ganesan (2018) Ototoxicity A Challenge in Diagnosis and Treatment. J Audiol Otol. 2018 Apr;22(2):59-68

323.   GAO Report - Hearing Loss Prevention Improvements to DOD Hearing Conservation Programs Could Lead to Better Outcomes. GAO Report to Congressional Committees 2011;GAO-11-114

324.   Gates (2000) Longitudinal Threshold Changes in Older Men with Audiometric Notches. Hear Res. 2000 Mar;141(1-2):220-8

325.   Gauger (2004) A New Hearing Protector Rating. The Journal of the Acoustical Society of America 2004; 5Ê(115): 2378-2378.

326.   Geocze, L. et al (2013) Systematic review on the evidences of an association between tinnitus and depression. Braz J Otorhinolaryngol. 2013 Jan; 79(1):106-11

327.   Gerges (1994) Hearing Protectors. Handbook of Noise and Vibration Control (364Ð376). John Wiley & Son, IncÊ(2007).

328.   Gerhardt (1987) Ear_Canal_Volume_and_Variability_in_the_Pattems_of Temporary Threshold Shifts.pdf. (1987) Ear and Hearing Vol 8, No 6, 316-321

329.   Gersten (2020) Ototoxicity and Platinum Uptake Following Cyclic Administration of Platinum-Based Chemotherapeutic Agents.pdf. (2020) JARO DOI: 10.1007/s10162-020-00759-y

330.   Gibbs (2006) Comparison of Nondeployable Hearing Profiles by Army Component (Active Duty, National Guard, and Reserve) and by Gender. ÊMilitary medicine 2006;Ê10(171): 967-969.

331.   Giguere (2014) Exploration of Flat Hearing Protector Attenuation and Sound Detection in Noise. The Journal of the Acoustical Society of America 2014; 4 (136): 2165-2166

332.   Giguere (2015) Investigation of Hearing Protector Attenuation- Frequency Function on Sound Detection and Speech Recognition in Nose. Conference Hearing Research Laboratory uOttawa 2/19/2015 - 2/21/2015

333.   Giguere (2015) Modeling the Interaction between the Hearing Protector Attenuation Function and the Hearing Loss Profile on Sound Detection in Noise. Conference: Euronoise 2015; Maastricht, The Netherlands

334.   Giguere (2016) Speech Recognition in Noise under Hearing Protection: A computational study of the combined effects of hearing loss and hearing protector attenuation. Int J Audiol. 2016;55 Suppl 1: S30-40

14

335. Gittler, J., (2004). Stryker: Bulky fighting vehicle is winning over once-skeptical soldiers. *Stars and Stripes,* December 2004.

336. Gnewikow (2004) Hearing Conservation Lecture-Effects of Noise.pdf

337. Golub (2019)Association of Subclinical Hearing Loss with Cognitive Performance. JAMA Otolaryngol Head Neck Surg. 2019 Nov; 146(1):57-67

338. Gonzalez (2017) Noise-Induced Hearing Loss and Tinnitus in Military Personnel. M JE-Med. 2017 2(2):027

339. Gordon (2017) Audiologic Chacteristics in a Sample of Recently-Separated Military Veterans: The Noise Outcomes in Servicemembers Epidemiology Study (NOISE) Study. Hear Res. 2017 Jun; 349:21-30

340. Grant (2020) Electrophysiological markers of cochlear function correlate with hearing-in-noise performance among audiometrically normal subjects. J Neurophysiol. 2020 Aug 1;124(2):418-431

341. Grantham (2012) Noise-Induced Hearing Loss and Tinnitus: Challenges for the Military.In Noise-Induced Hearing Loss 2012; pp. 27-38. Springer, New York, NY

342. Gray, W. (2017) Unintended Relevance: The Role of the Stryker Brigade Combat Team in the Decisive Action Environment.

343. Green (1993) Attenuation Results of a Real-Ear Attenuation at Threshold. AL/CF 1993; 0133: 1-59

344. Greene (2017) Intracochlear Pressure Measurements during Acoustic Shock Wave Exposure. Hear Res. 2018 Aug;365:149-164

345. Greer (2018) Outcomes Associated with Blast Versus Nonblast-related Traumatic Brain Injury in US Military Service Members and Veterans: A systematic Review. J Head Trauma Rehabil. 2018 Mar/Apr;33(2):E16-E29

346. Grobler (2020) Occupational Noise and Age - A Longitudinal Study. S Afr J Commun Disord. 2020 Mar 17;67(2):e1-e7

347. Groenewold (2011) Severe Hearing Impairment among Military Veterans. MMWR 2011 July; (60) 28:955-958

348. Grose (2017) Loud Music and Cochlear Synaptopathy in Young Adults: Isolated Auditory Brainstream Response Effects but No Perceptual Consequences. Trends Hear. 2017 Jan-Dec;21

349. Gubata (2013) Pre-enlistment Hearing Loss and Hearing Loss Disability among US soldiers and marines. Noise Health 2013; 15 (66): 289-295

350. Guest (2017) Tinnitus with a normal audiogram- Relation to noise exposure but no evidence for cochlear synaptopathy. Hear Res. 2017 Feb;344:265-274

351. Guest (2018) Impaired Speech Perception in Noise with a normal audiogram:No 1) evidence for cochlear synaptopathy and no relation to lifetime exposure. Hear Res. 2018 Jul;364:142-151

352. Guest (2019) Reliability and Interrelations of Seven Proxy Measures of Cochlearsynaptopathy. Hear Res. 2019 Apr;375:34-43

353. Guida (2014) Evaluation of Hearing Hearing Protection Used by Police Officers in the Shooting Range. Braz J Otorhinolaryngol. 2014; 6 (80): 515-521

354. Haase, G. & Rasad, K. (2016) Oxidative Damage and Inflammation Biomarkers - Strategy in Hearing Disorders. Otol Neurotol. 2016 Sep;37(8):e303-8

355. Haider (2018) Pathophysiology of Subjective.pdf. (2018) Frontiers in Neuroscience, Volume 12, Article 866

356. Halford (1991) Anxiety and Depression in Tinnitus Sufferers. J Psychosom Res. 1991;35(4-5):383-90

15

357.   Halford, J. & Anderson, S. (1991) Anxiety and Depression in Tinnitus Sufferers. J Psychosom Res. 1991; 35(4-5):383-90

358.   Hall (2005) New Directions for Custom Earplugs. Institute of Noise Control Engineering-INTER_NOISE and NOISE-CON Congress and Conference Proceedings 2005; 6 (2005):2016-2022

359.   Hammil (2019) Role of the US Department of Defense Hearing Center of Excellence in Studying the Treatment of Tinnitus. JAMA Otolaryngol Head Neck Surg. 2019 Jul; 145(7):608-609

360.   Hammill (2019) I'm Wearing My Hearing Protection- Am I still at risk for hearing loss? Lurking Ototoxins in the Military environment. Mil Med. 2019 Mar; 184(Suppl 1):615-620

361.   Hammill, T. & Packer, M. (2016) Introduction to the Pharmaceutical Interventions for Hearing Loss Clinical Research Guidance Papers. Otol Neurotol. 2016 Sep;37(8):e261-2

362.   Hammill, T. (2017) A review of the progress and pitfalls of FDA policy process - Planning a pathway for pharmaceutical interventions for hearing loss development. Hear Res. 2017 Jun;349:172-176

363.   Handelsman (2018) Vestibulotoxicity strategies for clinical diagnosis and rehabilitation.pdf. (2018) International Journal of Audiology 2018; 57: S69ÐS77

364.   Haragopal (2020) Specific loss of neural sensitivity to interaural time difference of unmodulated noise stimuli following NIHL. J Neurophysiol. 2020 Aug 26

365.   Harrison (2019) Assessing Hidden Hearing Loss after Impulse Noise in a Mouse Model. Noise Health. 2019 Jan; 21(98):35-40

366.   Hashimoto (2019) Protection from Noise-Induced Cochlear Synaptopathy by Virally Mediated Overexpression of NT3. Sci Rep. 2019 Oct 25;9(1):15362

367.   Hasoon (2017) Blast-Associated Traumatic Brain Injury in the Military as a Potential Trigger for Dementia and Chronic Traumatic Encephalopathy. US Army Med Dep J. 2017 Jan-Jun;(1-17):102-105

368.   Haugnes (2018) Hearing loss before and after cisplatin-based chemotherapy in testicular cancer survivors a longitudinal study.pdf. (2018) Hearing loss before and after cisplatinbased chemotherapy in testicular cancer survivors: a longitudinal study, Acta Oncologica, 57:8

369.   Hawkins, K. et al (2012) The prevalence of hearing impairment and its burden on the qualilty of life among adults with Medicare Supplement Insurance. Qual Life Res. 2012 Sep;21(7):1135-47

370.   Hearing Center of Excellence 811 (HCE811) Poster - I Waited 9 Months to Hear"Mommy". 3M_MDL000259866-3M_MDL000259918

371.   Hearing Center of Excellence (xxxx ) Hearing Protection Devices. Dod HCE; https://hearing.health.mil/

372.   Hearing Center of Excellence xxxx Aid Your Hearing. Dod HCE; https://hearing.health.mil/

373.   Hearing Research (2017). 349. 4-12

374.   Hecht (2019) Charaterizatoin of Acute Hearing Changes in the United States Military Populatoin. J Acoust Soc Am. 2019 Nov;146(5):3839

375.   Heine, C. & Slone, M. (2019) Case studies of adults with central auditory processing disorder - Shifting the spotlight. SAGE Open Med Case Rep. 2019 Jan 12;7:2050313X18823461

376.   Helfer (2003) Postdeployment Hearing Loss in US Army Soldiers Seen at Audiology Clinics From April 1, 2003, Through March 31, 2004. American Journal of AudiologyÊ2005; (14): 161-168

377.   Helfer (2010) Epidemiology of Hearing Impairment and Noise-Induced Hearing Injury Among U.S. Military Personnel, 2003-2005. Am J Prev Med. 2010 Jan;38(1 Suppl):S71-7

378.   Helling, K. et al (2011) Doxycycline reduces ntirc oxide production in guinea pig inner ears. Auris Nasus Larynx. 2011 Dec;38(6):671-7

379. Henderson (2006) The Role of Oxidative Stress in Noise-Induced Hearing Loss.pdf. (2006) EAR & HEARING, VOL. 27 NO. 1

380. Henry (1980) Increased Ototoxicity in Both Young and Old Mice.pdf. (1981) Arch Otolaryngol Vol 107, 92-95

381. Henry (2015) Underlying Mechanisms of Tinnitus Review and Clinical Implications.pdf. (2014) Journal of the American Academy of Audiology, Volume 25, Number 1

382. Henry (2016) Tinnitus Screener: Results from the first 100 participants in an epidemiology study. Am J Audiol. 2016 Jun 1;25(2):153-60

383. Henry (2018) Tramautic Brain Injury and Tinnitus in Military Veterans and Active-Duty Service Members. Tinnitus Today 2018 Win.; 10-13

384. Henry (2019) Impact of Tinnitus on Military Service Members. Mil Med. 2019 Mar; 184(Suppl 1):604-614

385. Henry (2019) Impact of Tinnitus on Military Service Members. Mil Med. 2019 Mar 1;184(Suppl 1):604-614

386. Henry (2020) Tinnitus - An Epidemiologic Perspective. Otolaryngol Clin North Am. 2020 Aug;53(4):481-499

387. Henry (2020) Tinnitus - an Epidemiologic Perspective. Otolaryngol Clin North Am. 2020 Aug;53(4):481-499

388. Henry, J. (2016) Measurement of Tinnitus. Otol Neurotol. 2016 Sep;37(8):e276-85

389. Henry, L., et al (2006) Airway-Obstructing Laryngeal Candidiasis in an Immunocompetent Host. Otolaryngol Head Neck Surg. 2005 Nov;133(5):808-10

390. Hertzano (2020) Acoustic Trauma to the Inner Ear. Otolaryngol Clin North Am. 2020 Aug;53(4):531-542

391. Heupa (2011) Effects of Impact Noise on the Hearing of Military Personnel. BrazJ Otorhinolaryngol. 2011 Nov-Dec;77(6):747-53

392. Hickman(2018) Blast-induced Cochlear Synaptopathy in Chinchillas. Sci Rep. 2018 Jul 16;8(1):10740

393. Hickox (2017) Translational Issues in Cochlear Synaptopathy. Hear Res. 2017Jun;349:164-171

394. Hinkley (2015) Increased striatal functional connectivity with auditory cortex in tinnitus.pdf. (2015) Frontiers in Neuroscience, Volume 9, Article 568

395. Hinton (2008) The Multiplex Model of Somatic Symptoms - Tinnitus among Traumatized Cambodian Refugees. Transcult Psychiatry. 2008 Jun;45(2):287-317

396. Ho Ahn (2011) Effects_of_Cigarette_Smoking_on_Hearing_Recovery.pdf. (2011) Otol Neurotol 32:926-932,

397. Hobbs (2009) Wideband Hearing, Intelligibility, and Sound Protection-TacticalHeaset Evaluation. The New Yorker, 2009 Feb 6.

398. Hobbs (2008) Wideband Hearing, Intelligibility, and Sound Protection (WHISPrReport)

399. Hocks, K., (2010) Focus On: Hearing Protection. [online]Hearing Review. Available at:

400. Hoffer, M., et al (2013) Neurosensory Sequelae of Mild Traumatic Brain Injury. Psychiatr Ann. 2013 Jul; 43(7):318-323

401. Hoffmann (2016) A Large Genome-Wide Association Study of Age-Related Hearign Impairment. PLoS Genet. 2016 Oct 20;12(10):e1006371

402. HSE (2008) Epidemiological Evidence for the Effectiveness of Noise at Work Regulations. HSE Books, Crown (2008)

403. Hsu (2004) Comfort evaluation of hearing protection. International Journal of Industrial Ergonomics 2004;33: 543-551

17

404. Hu (2020) Protection of Cochlear Synapses from Noise-Induced Excitotoxic Trauma. Sci U S A. 2020 Feb 18;117(7):3828-3838

405. Hult (2009) Structural Brain Changes Occuring With Subjecive Tinnitus In Individuals With PTSD

406. Humes (2006) Noise and Military Service: Implications for Hearing Loss and Tinnitus

407. Hunter, et al. (2008) Elements of Morphology - Standard Terminology for the Ear. American Journal of Medical Genetics Part A 2009;Ê1(149): 40-60.

408. Husain (2020) Perception of, and Reaction to, Tinnitus - the Depression Factor. Otolaryngol Clin North Am. 2020 Aug;53(4):555-561

409. International Journal of Audiology (2019). 58(51). 574-580.

410. IOM (2006) Noise and Military Service - Implications for Hearing Loss and Tinnitus. National Academy Press 2006

411. Isaacson, J. & Vora, N. (2003) Differential Diagnosis & Treatment of Hearing Loss. Am Fam Physician. 2003 Sep 15;68(6):1125-32

412. ISO 9001 : 1994

413. Jafari, Z. et al (2019) Age-related hearing loss and tinnitus, dementia risk and auditory amplification outcomes. Ageing Res Rev. 2019 Dec;56:100963

414. Jensen (2015) Immediate and Delayed Cochlear Neuropathy After Noise Exposure in Pubescent Mice. PLoS One. 2015 May 8;10(5):e0125160

415. Ji (2019) Auditory Metabolomics, an Approach to Identify Acute Molecular Effects of Noise Trauma. Sci Rep. 2019 Jun 25;9(1):9273

416. Jiang (2017) Aminoglycoside-Induced Cochleotoxicity A Review.pdf. (2017) Frontiers in Cellular Neuroscience Aminoglycoside-Induced Cochleotoxicity: A Review, 11:308.

417. Job, A., et al (2016) Specific activation of operculum 3 (OP3) brain region during provoked tinnitus-related phantom auditory perceptions in humans. Brain Struct Funct. 2016 Mar;221(2):913-22

418. Johnson (1996) Blast Overpressure Studies with Animals and Man. EG and G Inc. 1993

419. Johnson (1998) Blast Overpressure Studies. USAARL Contract Report N. 1998; CR-98-03

420. Johnson, Patterson (1997) Effectiveness of a Leaking Earmuff vs Leaking Earplug (USAARL Report 97-23). USAARL Report 1997; No. 97-23

421. Jokel (2012) Criteria and Procedures for Auditory Health Hazard Assessment of Impulse Noise (Blast Over Pressure). U.S. Army Public Health Command Technical Guide No. 338 2012

422. Jokel (2019) Noise of Military Weapons, Ground Vehicles, Planes and Ships. J Acoust Soc Am. 2019 Nov; 146(5):3832

423. Jones (2015) The Use of Personal Hearing Protection in Hostile Territory and the effect of health promotion activity: advice falling upon deaf ears. J R Army Med Corps. 2016; 4 (162):280-283

424. Jones (2019) Laboratory Evaluation of the Warned Middle-Ear Assumption of the Auditory Hazard Assessment Algorithm for Humans (AHAAH). USAARL 2019; 2019-04: 1-16

425. Jones, H et al. (2019). Human middle-ear muscles rarely contract in anticipation of acoustic impulses: Implications for hearing risk assessments. Hearing Research. 378: 53–62

426. Joo (2019) Prevalence of Ototoxic Medication Use among Older Adults in Beaver Dam, Wisconsin.pdf. (2018) J Am Assoc Nurse Pract.; 30(1): 27Ð34.

427. Joseph, A., et al (2018) Impact of Blast Injury on Hearing in a Screened Male Military Population. Am J Epidemiol. 2018 Jan;187(1):7-15

428. Kalb (2010) A hearing protector model for predicting impulsive noise hazard. In Proceedings of NOISE-CON 2010; US Army Research Lab, 2010 Apr

429. Kalb, Garinther, Golden, Price (1999) ARL-HRED HPD Assessments in Reverberating Environments. Army Research Laboratory, Human Research & Engineering Directorate 1999

430. Kamerer (2019) The Role of Cognition in Common Measures of Peripheral Synaptopathy. Am J Audiol. 2019 Dec 16;28(4):843-856

431. Kamerer, A. et al (2019) Examining physiological and perceptual consequences of noise exposure. J Acoust Soc Am. 2019 Nov;146(5):3947

432. Kaminsky (2017) Drug-Induced Ototoxicity: Mechanisms, Pharmacogenetics, and Protective Strategies. Clin Pharmacol Ther. 2017 Apr;101(4):491-500

433. Kaoutar (2020) Why is Drug-Induced Ototoxicity Still Not Preventable nor is it Treatable in.pdf. (2020) Why is Drug-Induced Ototoxicity Still Not Preventable nor is it Treatable in 2019? - A Literature Review of Aminoglycoside and Cisplatin Ototoxicity. Arch Med Vol: 12 Iss: 2:3

434. Karch (2014) Evaluation of Sound therapy Tinnitus Treatments with Concurrent Counseling in Active Duty Military Personnel. USAARL 2014;

435. Karch (2016) Hearing Loss and Tinnitus in Military Personnel with Deployment-Related Mild Traumatic Brain Injury. US Army Med Dep J. 2016 Oct-Dec;(3-16):52-63

436. Kardous (2004) Limitations of Using Dosimeters in Impulse Noise Environments. Journal of Occupational and Environmental Hygiene 2004;Ê7(1); 456-462.

437. Kardous (2018) How Can We Measure Impulse Noise Properly. NIOSH Science Blog 2018

438. Kasden (1976) Changes in Attenuation of Hearing Protectors During Use

439. Kastelein (2017) Temporary Hearing Threshold Shift in a Harbor Porpoise. J Acoust Soc Am. 2017 Oct;142(4):2430

440. Kaushik (2005) A Review of the Role of Acoustic Sensors in the Modern Battlefield. 11th AIAA/CEAS Aeroacoustics ConferenceÊ(p. 2997)

441. Keady (2013) U.S. Patent for Method and Structure for Achieving Spectrum-Tunable and Uniform Attenuation. US Patent No. 8,550,206 B2 2013;

442. Keller (2017) Performance in Noise: Impact of Reduced Speech Intelligibility on Sailor Performance in a Navy command and control environment. Hear Res. 2017 Jun;349:55-66

443. Khaled (2012) Auditory Backup Alarms -Distance at first detection via in-situ Experimentation on alarm design and hearing protection effects. Work. 2012;41 Suppl 1:3599-607

444. Khan (2013) Comparison of Two acoustic Test Fixtures for Measurement of Impulse Peak Insertion Loss. HHS - CDC - NIOSH 2014;

445. Khusid, M. (2013) Self-Care Mindfulness Approaches for Refractory Posttraumatic Stress Disorder. Psychiatr Ann. 2013 Jul; 43(7):340-344

446. Killion (2011) Better Protection from Blasts without sacrificing situational awareness. Int J Audiol. 2011 Mar;50 Suppl 1:S38-45

447. Kim (2018) Osmotic Stabilization Prevents Cochlear Synaptopathy After Blast Trauma. Proc Natl Acad Sci U S A. 2018 May 22;115(21):E4853-E4860

448. Kim (2019) The Effect of Earplug Training on Noise Protection. Ann Occup Environ Med. 2019 Nov 12;31:e34

449. Kim (2020) Associations Between Earplug Use and Hearing Loss in ROK Military Personnel. BMJ Mil Health. 2020 Mar 5

450. Kirchner (2012) Occupational Noise-Induced Hearing Loss. JOEM 2012; (54) 1:106-108

451. Kleinjung and Langguth (2020) Abstract Pharmacotherapy of Tinnitus.. Curr Top Behav Neurosci. 2020 Aug 7

452. Kobel (2017) Noise-induced cochlear synaptopathy: Past findings and future studies. Hear Res. 2017 Jun;349:148-154

453. Konrad-Martin, D. et al (2016) Serial Monitoring of Otoacoustic Emissions in Clinical Trials. Otol Neurotol. 2016 Sep;37(8):e286-94

454. Koochakzadeh (2020) Hearing Outcomes of Treatment for Acute Noise-Induced Hearing Loss. Otol Neurotol. 2020 Jul 27

455. Kopke (2002) Enhancing Intrinsic Cochlear Stress Defenses to Reduce Noise-Induced Hearing Loss. The Laryngoscope 2002;Ê9 (112): 1515-1532.

456. Kopke (xxxx) A Radical Demise Toxins and Trauma Share Common Pathways in Hair Cell Death.pdf. (xxxx) ANNALS NEW YORK ACADEMY OF SCIENCES pages 171-191

457. Kraus and Canlon (2012) Neuronal connectivity and interactions between the auditory and limbic systems. Hear Res. 2012 Jun;288(1-2):34-46

458. Krause (2016) Aminoglycosides An Overview.pdf. (2016) Cold Spring Harb Perspect Med; 6:a027029

459. Kreuzer (2012) Trauma-Associated Tinnitus Audiological Demographic and Clinical Characteristics. PLoS One 2012;7(9):e45599

460. Kreuzer (2014) Trauma-associated tinnitus. J Head Trauma Rehabil. 2014 Sep-Oct;29(5):432-42

461. Krishnamurti (2008) Sensorineural Hearing Loss Associated with Occupational Noise Exposure: Effects of Age-Corrections. Int. J. Environ. Res. Public Health 2009, (6): 889-899

462. Krishnamurti (2010) Acoustics and Vibration Animations. Ear Hear. 2010 May 24

463. Krishnamurti (2014) FMRI Poster Spring

464. Krishnamurti (2015) Role of Auditory Training in Intervention of Indviduals with Cognitive Decline and Hearing Impairment. Perspectives on Gerontology 2015; 2 (20):58

465. Krutt (1980) Attenuation Changes During the Use of Mineral Down and Polymer Foam Insert-Type Hearing Protectors. Audiology and Hearing Education 1980; 13-14

466. Kubli (2017) The Effects of Repeated Low-level Blast Exposure on Hearing in Marines. Noise Health. 2017 Sep-Oct;19(90):227-238

467. Kujawa, S. & Liberman, C. (2006) Acceleration of Age-Related Hearing Loss by Early Noise Exposure -Evidence of Misspent Youth. J Neurosci. 2006 Feb 15;26(7):2115-23

468. Kujawa, S. & Liberman, C. (2009) Adding Insult to Injury - Cochlear Nerve Degeneration after Temporary Noise-Induced Hearing Loss. J Neurosci. 2009 Nov 11;29(45):14077-85

469. Kujawa, S. & Liberman, M.C. (2015) Synaptopathy in the noise-exposed and aging cholea - primary neural degeneration in acquired sensorineural hearing loss. Hear Res. 2015 Dec; 330(Pt B):191-9

470. Kurabi (2017) Cellular Mechanisms of noise-induced hearling loss. Hear Res. 2017 Jun;349:129-137

471. Kusy & Chatillion (2012) Real-world Attenuation of Custom-moulded Earplugs Results from Industrial in situ F-MIRE Measurements. Appl. Acoust. 2012 (73): 639-647

472. Kyle (2015) Impact of Nonaspirin Nonsteroidal Anti-inflammatory Agents and Acetaminophen on Sensorineural Hearing Loss - A Systematic Review.pdf. (2015) Otolaryngol Head Neck Surg.; 152(3): 393Ð409

473. Laborers ACG (2000) Hearing Protection. Proceedings of the 11 th International Congress on Noise as a Public Health Problem. 2011.

474. Langer (2013) Understanding platinum-induced ototoxicity.pdf. (2013)Trends in Pharmacological Sciences, Vol. 34, No. 8

475. Langguth (2020) Non-Invasive Neuromodulation for Tinnitus. J Audiol Otol. 2020 Jul;24(3):113-118

476. Lawson, B., et al (2013) Mental Disorders Comorbid with Vestibular Pathology. Psychiatr Ann. 2013 Jul; 43(7):324-327

477.   Le (2017) Current insights in noise induced hearing loss a literature review of the underlying mechanism.pdf. (2017) Journal of Otolaryngology - Head and Neck Surgery - 46:41

478.   Le Prell (2017) Effects of Noise on Speech Recognition Challenges for Communication by Service Members. Hear Res. 2017 Jun;349:76-89

479.   Le Prell (2019) Effects of Noise Exposure on Auditory Brainstem Response and Speech-in Noise Tasks. Int J Audiol. 2019 Feb;58(sup1):S3-S32

480.   Le Prell (2019) Noise-Induced Hearing Loss and its Prevention. J Acoust Soc Am. 2019 Nov;146(5):4051

481.   Le Prell (2019) Noise-Induced Hearing Loss: Translating risk from animal models

482.   Le Prell, C. & Brungart, D. (2016) Speech-in-Noise Tests and Supra-threshold Auditory Evoked Potentials as Metrics for Noise Damage and Clinical Trial Outcome Measures. Otol Neurotol. 2016 Sep;37(8):e295-302

483.   Le, T. et al (2017) Current insights in noise-induced hearing loss - a literature review of underlying mechanism, pathophysiology, asymmetry, etc. J Otolaryngol Head Neck Surg. 2017 May 23;46(1):41

484.   Leaver, A. et al (2011) Dysregulation of limbic and auditory networks in tinnitus. Neuron. 2011 Jan 13;69(1):33-43

485.   Lee, T., et al. (2009) Growth Inhibitory and Anti-Tumour Activities of OSU-03012, NovelPDK-1 Inhibitor ....Eur J Cancer. 2009 Jun;45(9):1709-20

486.   Lefebvrea (2002) _Mechanisms of Cell Death in the Injured Auditory System Otoprotective Strategies.pdf. (2002) Audiol Neurootol;7: 165Đ170

487.   Lehtomaki (2000) Noise Attenuation against Heavy Weapon Noise. Military medicine 200; 9 (165): 678-682.

488.   LePrell (2017) Effects of noise on speech recognition - Challenges for communication by service members. Hear Res. 2017 Jun;349:76-89

489.   Letowski (1998) Speech Communication with Flat-Attenuation Hearing Protectors. Institute of Noise Control Engineering-INTER_NOISE and NOISE-CON Congress and Conference Proceedings 1998; 4 (1998): 1261-1264

490.   Levy (2020) Cochlear Implantation for Treatment of Tinnitus in Single-sided Deafness. Cochlear Implants Int. 2011 May;12 Suppl 1:S26-9

491.   Lewis (2020) Audiometric Predictors of Bothersome Tinnitus in a Large Clinical Cohort of Adults With Sensorineural Hearing Loss. Otol Neurotol. 2020 Apr;41(4):e414-e421

492.   Li (2018) Deletion of Tmtc4 Activates the Unfolded Protein Response Causing Postnatal Hearing Loss. J Clin Invest. 2018 Nov 1;128(11):5150-5162

493.   Liberman (2015) Dynamics of Cochlear Synaptopathy After Acoustic Overexposure. J Assoc Res Otolaryngol. 2015 Apr;16(2):205-19

494.   Liberman (2016) Toward a Differential Diagnosis of Hidden Hearing Loss in Humans. PLoS One. 2016 Sep 12;11(9):e0162726

495.   Liberman (2017) Cochlear synaptopathy in acquired sensorineural hearing loss: Manifestations and Mechanisms. Hear Res. 2017 Jun;349:138-147

496.   Lin (2011) Hearing Loss Prevalence in the United States.pdf. (2011) Arch Intern Med.;171(20): 1851Đ1852

497.   Lin (2020) Cigarette Smoking, Smoking Cessation, and Risk of Hearing Loss in Women.pdf. (2020) The American Journal of Medicine 000:1 7

498.   Lin, F. et al (2011) Hearing Loss Prevalence in the United States. Arch Intern Med. 2011 Nov 14;171(20):1851-2

21

499.   Lindqvist (2002) Field Investigation Real- World Attenuation provided by insert-type hearing protectors. Medicinska Fakulteten-Lunds Universitet-Institutionen for Logopedi, foniatri och audiologi

500.   Liu (2012) Case Report - Irreversible Atorvastatin-Associated Hearing Loss.pdf. (2012) Case Report - Irreversible Atorvastatin-Associated Hearing Loss

501.   Liu (2016) Noise induced hearing loss impairs spatial learning memory and hippocampal neurogenesis in mice. Sci Rep. 2016 Feb 4;6:20374

502.   Liu (2019) Functional alteration of ribbon synapses in inner hair cells by noise exposure causing hidden hearing loss. Neurosci Lett. 2019 Aug; 707:134268

503.   Lobarinas (2016) Differential Effects of Suppressors on Hazardous Sound Pressure Levels Generated by AR-15 Rifles: Considerations for recreational shooters, law enforcement, and the militaryy. Int J Audiol. 2016;55 Suppl 1:S59-71

504.   Lobarinas (2017) Evidence of Òhidden hearing loss "following noise exposures that produce robust TTS and ABR waveÑ1 amplitude reductions. Hear Res. 2017 Jun;349:155-163

505.   Lopez-Escamez (2020) Heritability and Genetics Contributioni to Tinnitus. Otolaryngol Clin North Am. 2020 Aug;53(4):501-513

506.   Lopez-Poveda (2019) Primary Neural Degeneration in the Human Cochlea Evidence for.pdf. (2019) Neuroscience- 8-20

507.   Loprinzia (2017) Relationship Between Objectively Measured Physical Activity, Cardiovascular Disease Biomarkers, and Hearing Sensitivity.pdf. (2017) American Journal of Audiology Vol. 26, 163Ð169

508.   Lovejoy (2007) Hearing Protection Evaluation for the Combat Arms Earplug at Idaho National Lab March 2007. INL 2007 March

509.   Lovejoy (2007) Lovejoy-Impulse- Hearing protection evaluation for the combat arms earplug at Idaho National Laboratory. INL 2007 March

510.   Luetzenberg (2020) Alternative Treatment of Tinnitus - Alternative Medicine. Otolaryngol Clin North Am. 2020 Aug;53(4):637-650

511.   Lukas (2006) Free-field Sound Localization with Non-Linear Hearing Protection Devices

512.   Luo (2020) Repeated Moderate Sound Exposure Causes Accumulated Trauma to Cochlear Ribbon Synapses in Mice. Neuroscience. 2020 Mar; 429:173-184

513.   Lustig (2001) Molecular Cloning and Mapping of the Human Nicotinic Acetylcholine Receptor alpha10 CHRNA 10. Genomics. 2001 May 1;73(3):272-83

514.   Lustig (2006) Nicotinic Acetylcholine Receptor Structure and Function in the Efferent Auditory System. Anat Rec A Discov Mol Cell Evol Biol. 2006 Apr;288(4):424-34

515.   Lustig (2018) Disease and Targets for Local Drug Delivery to the Inner Ear. Hear Res. 2018 Oct;368:3-9

516.   Ma (2018) Extended High-Frequency Audiometry (9Ð20 kHz) in Civilian Pilots.pdf. (2018) Aerospace Medicine and Human Performance Vol. 89, No. 7, 593-600

517.   MacGregor (2020) Co-Occurrence of Heairng Loss and posttraumatic stress disorder among injured military personnel: a retrospective study. BMC Public Health. 2020 Jul;20(1):1076

518.   MacGregor (2020) Co-occurrence of hearing loss and posttraumatic stress disorder among injured military personnel a retrospective study. BMC Public Health. 2020 Jul 8;20(1):1076

519.   MacGregor (2020) Co-occurrence of Hearing Loss and Posttraumatic Stress disorder Among Injured Military Personnel A Retrospective Study. BMC public health 2020; 1 (20): 1-7

520.   MacGregor, A., et al (2020) Prevalence of Tinnitus and Association with Self-Rated Health among Military Personnel Injured on Combat Deployment. Mil Med. 2020 Sep 18;185(9-10):e1608-e1614

521. Maeda (2020) Immediate Changes in Transcription Factors and Synaptic Transm in the Cochlea Following Acoustic Tra. Neurosci Res. 2020 May 15:S0168-0102(20)30106-1

522. Mahoney (2011) Structural neuroanatomy of tinnitus and hyperacusis in semantic dementia.J Neurol Neurosurg Psychiatry. 2011 Nov;82(11):1274-8

523. Manning (2017) The effect of sensorineural hearing loss and tinnitus on speech recognition over air and bone conduction military communications headsets. Hear Res. 2017 Jun; 349:67-7

524. Manning (2019) Perception Versus Reaction: Comparison of Tinnitus Psychoacoustic Measures and Tinnitus Functional Index Scores. Am J Audiol. 2019 Apr; 28(1S):174-180

525. Marmel (2020) The Ongoing Search for Cochlear Synaptopathy in Humans. Hear Res. 2020 Jul; 392:107960

526. Martinez (2012) Can you Hear Me Now- Occupational hearing loss, 2004-2010. Monthly Lab. Rev. 2012; (135) 48

527. Martz, E., et al (2018) Tinnitus, Depression, Anxiety, and Suicide in Recent Veterans -A Retropective Analysis. Ear Hear. 2018 Nov/Dec;39(6):1046-1056

528. Matsumura, J., et al., (2017). Assessing tracked and wheeled vehicles for Australian Mounted Close Combat Operations

529. Mazurek (2012) Stress and tinnitus. Front Syst Neurosci. 2012 Jun 11; 6:47

530. McBride (2001) Audiometric notch as a sign of noise induced hearing loss. Occupational and Environmental MedicineÊ2001; 1 (58): 46-51.

531. McFadden (1982) Aspirin can potentiate the temporary hearing loss induced by intense sounds.pdf. (1983) Heuring Research, 9 295-316

532. McFerran (2018) Drugs_and_tinnitus_Ver_2.3.pdf

533. McGwin Jr. (2010) Phosphodiesterase Type 5 Inhibitor Use and Hearing Impairment.pdf. (2010) Arch Otolaryngol Head Neck Surg.;136(5):488-492

534. McIlwain (2008) Evolution of the Army Hearing Program. US Army Med Dep J. 2008 Apr-Jun:62-6

535. McIlwain (2008) Heritage of Army Audiology and the Road Ahead: The Army Hearing Program. Am J Public Health. 2008 Dec;98(12):2167-72

536. McKee (2014) Military-related traumatic brain injury and neurodegeneration. Alzheimers Dement. 2014; 3 Suppl (10): S242-S253

537. McKenna (2014) A scientific congitive-behavioral model of tinnitus. Front Neurol. 2014 Oct 6; 5:196

538. McKenna (2020) Current Validated Medical Treatments for Tinnitus. Otolaryngol Clin North Am. 2020 Aug;53(4):605-615

539. McKenna, et al (2014) A Scientific cognitive-behavioral model of tinnitus -novel conceptulizations of tinnitus distress. Front Neurol. 2014 Oct; 5:196

540. McKinley (2000) Military Noise Environments and Hearing Protection/Conservation. Air Force Research Laboratory 2020

541. McKinley (2005) Improved Hearing Protection Aviation Personnel. AIR FORCE RESEARCH LAB WRIGHT-PATTERSON AFB OH

542. McKinley (2004) Passive Hearing Protection Systems. RTO-EN-HFM-111 2004: 1-13

543. McKinley, R, Gallagher, H., Murphy, WJ (2012) Using impulsive peak insertion loss of hearing protectors with impulsive damage risk criteria, Presentation in The Journal of the Acoustical Society of America · May (USAFRL and NIOSH)

544. McKinley, R., Gallagher, H., (2012) Using impulsive peak insertion loss of hearing protectors with impulsive damage risk criteria. Presentation in The Journal of the Acoustical Society of America · May (163rd Meeting of the Acoustical Society of America)

545. McKinley, Richard L. (2010), "Auditory and acoustic research and development at the Air Force Research Laboratory," Acoustics Today, page 22

546. Meehan (2019) Hidden hearing deficits in military service members with persistent post concussive symptoms. Undersea Hyperb Med. 2019 BIMA Special Edition No. Feb;46(3):251-260

547. Megarbane & Fuente (2020) Association between speech perception in noise and electrophysiological measures. Int J Audiol. 2020 Jun;59(6):427-433

548. Megha (2019) Narrow-band Chirp and Tone Burst Auditory Brainstem Response. Intractable Rare Dis Res. 2019 Aug;8(3):179-186

549. Mehraei (2016) Auditory Brainstem Response Latency in Noise as a Marker of Cochlear Synaptopathy. J Neurosci. 2016 Mar 30;36(13):3755-64

550. Meinke (2017) Prevention of Noise-Induced Hearing Loss from Recreational Firearms. Semin Hear. 2017 Nov;38(4):267-281

551. Memo re CAEv2 and CAEv3 Military Testing

552. Mepani (2019) Middle Ear Muscle Reflex and Word Recognition in Normal-Hearing Adults. Ear Hear. 2020 Jan/Feb;41(1):25-38

553. Merry et al (1992) The Effect of Fitting Procedure on Hearing Protector Attenuation. Ear and Hearing 1992; 1 (13): 11-17

554. Miao (2019) An Overview of Research Trends and Genetic Polymorphisms for NIHL. Environ Sci Pollut Res Int. 2019 Dec;26(34):34754-34774

555. Michel (2014) On the scaling of jet noise with Helmholtz Number close to the jet axis. 20th AIAA/CEAS Aeroacoustics Conference June 2014

556. MIL-DTL-44117B. Military Specification Helmet, Combat Vehicle Crewman, Ballistic Shell, DH-132B.

557. Military.com. M1126 Stryker Combat Vehicle

558. Mirza (2018) Occupational Noise-Induced Hearing Loss. J Occup Environ Med. 2018 Sep; 60(9):498-501

559. Mohrle (2019) Enhanced Central Neural Gain Compensates. Neuroscience. 2019 May 21; 407:146-169

560. Moore (2019) Incidence Rates of Tinnitus in Active Duty Military Service Members Between 2001 and 2015.pdf. (2019) American Journal of Audiology Vol. 28, 866Ð876

561. Moore (2020) Diagnosis and quantification of military noise-induced hearing loss. J Acoust Soc Am. 2020 Aug;148(2):884

562. Moore, B. et al (2019) Incidence Rates of Tinnitus in Active Duty Military Service Members Between 2001 & 2015. Am J Audiol. 2019 Dec 16;28(4):866-876

563. Morata (2001) Factors affecting hearing protectors in a population of printing workers. Noise and HealthÊ2001; 13 (4): 25.

564. Morata, TC, et al (1993) Effects of occupational exposure to organic solvents & noise on hearing. Scand J Work Environ Health. 1993 Aug;19(4):245-54

565. More (2010) Role of the Copper Transporter, CTR1, in Platinum-Induced Ototoxicity. J Neurosci. 2010 Jul 14;30(28):9500-9

566. Moring (2017) Tinnitus,Traumatic Brain Injury, and Post traumatic Stress Disorder in the Military. Int J Behav Med. 2018 Jun;25(3):312-321

567. Morse (2007) Using sound pressure to estimate reaeration in streams. J.N. Am. Benthol. Soc 2007, 26(1):28-37

568. Mosko, J.D., and Fletcher, J.L. (1971). Evaluation of the Gunfender earplug: temporary threshold shift and speech intelligibility. Journal of the Acoustical Society of America. 49, 1732-1733.

569. Mozeika (2020) Opioid-Associated Hearing Loss A 20-Year Review from the New Jersey Poison Center.pdf. (2019) Journal of Medical Toxicology

570. Mozo, B., Murphy, B., & Barlow, L. (1992). Sound Attenuation Characteristics of the DH-133A Helmet. *J.N. Am. Benthol. Soc 2007, 26*(1): 28-37.

571. Mrena (2008) The effect of improved hearing protection regulations in the prevention of military noise-induced hearing loss. Acta Otolaryngol. 2008 Sep;128(9):997-1003

572. Mrena, R., et al (2004) Otologic Consequences of Blast Exposure - A Finnish Case Study of a Shopping Mall Bomb Explosion. Acta Otolaryngol. 2004 Oct;124(8):946-52

573. Muhr (2019) Abstract Noise Exposure and Hearing Impairment in Air Force Pilots - PubMed. Aerosp Med Hum Perform. 2019 Sep 1;90(9):757-763.

574. Mukjerjea (2012) The Design and Screening of Drugs to Prevent Acquired.pdf. (2011) Expert Opin Drug Discov.; 6(5): 491Ð505.

575. Mulrow, C., et al (1990) Quality-of-life Changes and Hearing Impairment. A RandomizedTrial. Ann Intern Med. 1990 Aug;113(3):188-94

576. Munjal (1997) Impulse Noise Trauma During Army Weapon Firing.pdf. (1997) IJ & HNS-Vol 49 No.2

577. Murphy (2003) Development of a new standard laboratory protocol for estimation of the field attenuation of hearing protection devices: Sample size necessary to provide acceptable reproducibility. The Journal of the Acoustical Society of America 2003;1Ê(115): 311-323.

578. Murphy (2006) Results from the National Institute for Occupational Safety and Health Administration/Environmental Protection Agency (NIOSH/EPA) interlaboratory comparison of American National Standards. NIOSH/EPA Interlab Stud Comparison of ANSI S12.6 Method A and B

579. Murphy (2009) An Analysis of the Blast Overpressure Study Data Comparing Three Exposure Criteria. NIOSH-Report Number EPHB 2009

580. Murphy (2010) Hands-on fit-testing.. NHCA Spectrum Conference 2010 Jan

581. Murphy (2012) Comparison of three acoustic test fixtures for impulse peak insertion loss slides. J. Acoust. Soc. Am. 2011; (130) 4: 2433

582. Murphy (2012) Measurement of Impulse Peak Insertion Loss for Four Hearing Protection Devices in field conditions. Int J Audiol 2012 Feb;51 Suppl 1(0 1):S31-42

583. Murphy (2012) Peak Reductions of Nonlinear Hearing Protection Devices. 2003 Apr

584. Murphy (2014) Comparison impulse peak insertion loss measured with gunshot and shock tube noise sources. The Journal of the Acoustical Society of America 2014; 4 (136): 2165-2166

585. Murphy (2015) Comparison of the Performances of Three Acoustic Test Fixtures Using Impulse Peak Insertion Loss Measurements. EPHB Report 2015; 350(14a): 1-40

586. Murphy (2016) Angle Dependent Effects for Impulsive Noise Reduction for Hearing Protectors. Proc Mtgs Acoust. 2016;1(29):040010

587. Murphy et al. (2009) Results NIOSH. J. Acoust. Soc. Am. 2009 May; (125) 5

588. Murphy et al. (2012) Measurement of impulse peak insertion loss for four hearing protection devices in field conditions. International Journal of Audiology 2012; 51: S31—S42

589. Murphy et al. (2015) Measurement impulse peak IL. International Journal of Audiology 2012; Sup 1 (51): S31-S42

590. Murphy W.J. et al.(2009) An analysis of the blast overpressure study data comparing three exposure criteria. Survey Report EPHB 309-05H. National Institute for Occupational Safety and Health. Cincinnati, OH (December 2009).

591. Murphy WJ and Tubbs R.L. (2007) Assessment of noise exposure for indoor and outdoor firing ranges. J Occ Env Hyg, 4, 688-697

592.   Murphy, William James (2012), "A case for using A-weighted equivalent energy as a damage risk criterion for impulse noise exposure," The Journal of the Acoustical Society of America.

593.   Murphy, William James (2015), "Protecting hearing from impulsive noise," NHCA Spectrum, 32.

594.   Murphy, WL et al., (2015) NIOSH Comparison of Performance of Three Acoustic Test Fixtures Using Impulse PEak Insertion Loss Measurements. EPHB Report 350-14a.

595.   Musiba (2020) Classification of Audiograms in the Prevention of Noise-Induced Hearing Loss - A Clinical Perspective. S Afr J Commun Disord. 2020 Mar 3;67(2):e1-e5

596.   Naert (2019) Use of the Guinea Pig in Studies on the Development and Prevention of acquired sensorineural hearin. J Acoust Soc Am. 2019 Nov;146(5):3743

597.   Nakashima (2010) Overview of Tactical Communication Headsets. DRDC Toronto TM 2010-003; 2010 Jan

598.   Nakashima (2010) Overview of Tactical Communication Headsets. Defense Research and Development Toronto 2010;

599.   Nakashima (2015) Review of Weapon Noise Measurement and Damage Risk Criteria: Considerations for Auditory Protection and Performance. Military Medicine 2015; 4 (180): 402-408

600.   Nakashima (2015) Comparison of different types of hearing protection devices for use during weapons firing. Journal of Military, Verteran and Family Health 2015; 1(2):43-51

601.   Nakashima (2015) A comparison of metrics for impulse noise exposure. Defendse Research and Development Canada 2005; DRDC-RDDC-2015-R243

602.   Nakashima, A., et al (2007) Hearing, communication and cognition in low-frequency noise from armored vehicles. Noise Health. 2007 Apr-Jun;9(35):35-41

603.   NATO (2000) Damage Risk from Impulse Noise. SERIES, RTO LECTURE (2000).

604.   NATO (2005) New Directions Improving Audio Effectiveness. TREATY, N. A. New Directions for Improving Audio Effectiveness 2005.

605.   NATO (2001) Reconsideration of the Effects of Impulse Noise. RTO TR-017 2003

606.   NATO (2005) Personal Hearing Protection including Acvite Noise Reduction. EN-HFM, R. E.N. Personal Hearing Protection including Active Noise Reduction.

607.   NATO (2017) Hearing Protection - Needs, Technologies, and Performance. RTO TR-HFM-147 2010

608.   Navy (2003) MCO P1020.34G CH 1-5. Department of the Navy 2003 MCO P1020.34G CH 1-5

609.   Navy (2006) NAVMC directive 5100.8. Marine Corps Occupational Safety and Health (OSH) Program Manual; 2006

610.   Navy (2007) NAVMC directive 5040.6H. Marine Corps Readiness Inspections and Assessments Manual; March 2007

611.   Navy (2008) MCO 5200.24D. MCO 5200.24D; 2008 Mar

612.   Navy (2017) BUMEDINST 6270.8C. Department of the Navy Bureau of Medicine and Surgery 2017 May

613.   Navy Marine Corps (2005) Mishap and Safety Investigation, Reporting, and Record Keeping Manual Ch. 2. Navy Marine Corps (2005) Mishap and Safety Investigation, Reporting, and Record Keeping Manual Ch. 2

614.   Navy Med Dept (2008) Hearing Cons Program. NMCPHC - TM 6260.51.99-2; 2008 Sept

615.   Navy_2012 _BUMEDINST 6110.14 CH-1, CH-2, and CH-3. BUMEDINST 6110.14

616.   NCMJ (2017) Introduction to the NCMJ's Special Issue on Vision and Hearing Loss. N C Med J. 2017 Mar-Apr;78(2):93-95.

617.   Neitzel (2006) Variability Real-World Hearing Protector Attenuation Measurements. Ann Occup Hyg. 2006 Oct;50(7):679-91

618. Nelson (2010), "Senior Scientific Advisor Earns Fellow Standing," Wright-Patterson AFB, https://www.wpafb.af.mil/News/Article-Display/Article/400002/senior-scientific-advisor-earns-fellow-standing/.

619. Nelson (2017) Hearing Testing in the US DoD: Potential Impact on Veterans Affairs Hearing Loss Disability Awards. Hear Res. 2017 Jun;349:13-20

620. Nelson, A., et al (2013) Cerebral Vasospasm in traumatic Brain Injury - A Case Study. Psychiatr Ann. 2013 Jul; 43(7):328-330

621. Ness (xxxx) Documenting, Recording, and Reporting of Adverse Events and Unanticipated Problems.pdf

622. New Perspectives on Protecting Hearing from Intense Impulse Noise. PRICESUBPOENA0091-PRICESUBPOENA0026

623. NHCA xxxx Fitting Hearing Protection. NHCA; Guide"2: https://www.hearingconservation.org/

624. NHCA xxxx Selecting Hearing Protection. NHCA; Guide"1: https://www.hearingconservation.org/

625. NICE (2020) Tinnitus - Assessment and Management - Evidence Review A. London: National Institute for Health and Care Excellence (UK); 2020 Mar

626. NICE (2020) Tinnitus - Assessment and Management - Evidence Review for Assessing Psychological Impact. London: National Institute for Health and Care Excellence (UK); 2020 Mar

627. NICE (2020) Tinnitus - Assessment and Management - Evidence Review for Assessing Quality of Life. London: National Institute for Health and Care Excellence (UK); 2020 Mar

628. NICE (2020) Tinnitus - Assessment and Management - Evidence Review for Audiological Assessment. London: National Institute for Health and Care Excellence (UK); 2020 Mar11

629. NICE (2020) Tinnitus - Assessment and Management - Evidence Review for Combinations of Management Strategies. London: National Institute for Health and Care Excellence (UK); 2020 Mar

630. NICE (2020) Tinnitus - Assessment and Management - Evidence Review for Neuromodulation. London: National Institute for Health and Care Excellence (UK); 2020 Mar

631. NICE (2020) Tinnitus - Assessment and management - Evidence Review for Psychoacoustic Measures. London: National Institute for Health and Care Excellence (UK); 2020 Mar

632. NICE (2020) Tinnitus - Assessment and Management - Evidence Review for Psychological Therapies. London: National Institute for Health and Care Excellence (UK); 2020 Mar

633. NICE (2020) Tinnitus - Assessment and Management - Evidence Review for Questionnaires to Assess Tinnitus. London: National Institute for Health and Care Excellence (UK); 2020 Mar

634. NICE (2020) Tinnitus - Assessment and Management - Evidence Review for Sound Therapy and Amplification Devices. London: National Institute for Health and Care Excellence (UK); 2020 Mar

635. NICE (2020) Tinnitus - Assessment and Management - Evidence Review Review for Patient Information. London: National Institute for Health and Care Excellence (UK); 2020 Mar

636. NICE (2020) Tinnitus - Assessment and Management. London: National Institute for Health and Care Excellence (UK); 2020 Mar

637. NIOSH (1975) List of Personal Hearing Protectors and Attenuation Data (PB 267-461). US Department of Health, Education, and Welfare, Public Health Service, Center for Disease Control, National Institute for Occupational Safety and Health, Division of laboratories and Criteria Development, 1975

638. NIOSH (1998) Criteria for a Recommended Standard - Occupational Noise Exposure. NIOSH 1998

639.   NIOSH (2003) Noise Hazard Evaluation Report March

640.   NIOSH Science Blog - How Can We Measure Impulse Noise Properly. NIOSH Science Blog 2018-https://blogs.cdc.gov/niosh-science-blog/2018/07/18/impulse-noise/

641.   Niquette (2007) The Hearing Review: Uniform Attenuation Hearing Protection Devices. The Hearing Review 2007 March: 42-45

642.   Nixon (1998) A Glimpse of History: The Origin of Hearing Conservation Was in the Military?. AIR FORCE RESEARCH LAB WRIGHT-PATTERSON AFB OH HUMAN EFFECTIVENESS DIRECTORATE, 1998.

643.   Noise Health and Environmental Standards - Various Article. Sessions

644.   Nondahl (2002) Prevalence and 5-year incidence of tinnitus among older adults-The epidemiology of hearing loss study.pdf. (2002) Journal of the American Academy of Audiology, 13 : 323-331

645.   Nondahl (2010) The ten year incidence of tinnitus among older adults.pdf. (2010) The ten-year incidence of tinnitus among older

646.   Nondahl (2011) Tinnitus and its Risk Factors in the Beaver Dam Offspring Study.pdf. (2011) International Journal of Audiology.; 50(5): 313Ð320.

647.   Norena (2015) Revisiting the Cochlear and Central Mechanisms of Tinnitus and Therapeutic Approaches. Audiol Neurootol. 2015;20 Suppl 1:53-9

648.   Norin (2011) Speech Intelligbility and passive, level-dependent earplugs. Ear Hear. 2011 Sep-Oct;32(5):642-9

649.   Now Hear This (2006) Noise and Military Service. Now Hear This. 2006 (9):1

650.   Oestenstad (2008) Efficacy Army policy hearing cons programs. Mil Med. 2008;173(10):992

651.   Ohlin (2000) Cost Effectiveness of Hearing Conservation Programs. ARMY CENTER FOR HEALTH PROMOTION AND PREVENTIVE MEDICINEÊ2000

652.   Ohlin (1994) Best Practices in Hearing Loss Prevention. Textbook of Military Medicine: Occupational health: the Soldier and the Industrial Base. Washington, DC: Borden Institute, Office of The Surgeon General, US Dept of the Army, 207-252.

653.   Ohlin (2009) Strategic Tactical Thinking in the hearing conservation mindset: A military perspective. Noise Health. 2009 Jan-Mar;11(42):22-5

654.   Ohlin (2010) Hearing Protection: It's not just about Noise Reduction. EHS Today; 2019 Apr 12

655.   Ohlin (2011) Get Stupid Stuff Right - Checklists benefit hearing conservation. ISHN 2011 Nov 1

656.   Ohlin-Fatz Publication re Army-Improved CAEv2. Occupational Health and Safety 2000; 6(69): 101-102

657.   OHSU (2008) TINNITUS FUNCTIONAL INDEX.pdf

658.   Okpala (2007) Knowledge and Attitude of Infantry soldiers to hearing conservation. Mil Med. 2007 May;172(5):520-2

659.   Oleksiak (2012) Audiological issues and hearing loss among veterans with mild traumatic brain injury. J Rehabil Res Dev. 2012;49(7):995-1004

660.   Oliveira (1997) The Active Earcanal. J. Am. Acad. Audiol. 1997; 6 (8): 401-410

661.   Onge (2011) Marine Corps Breacher training study - auditory and vestibular findings. US Army Med Dep J. 2011 Jul-Sep:97-107

662.   OSHA (2002) Hearing Conservation 3074 (Revised). OHSHA 2002 OHSHA Publication 3074

663.   OSHA xxxx Occupational noise exposure CFR 1910.95. OSHA; 1910.95G:1-9 www.OSHA.gov

664.   Osman (2008) Muscle-Like Nicotinic Receptor Accessory Molecules in Sensory Hair Cells of the Inner Ear. Mol Cell Neurosci. 2008 Jun;38(2):153-69

665.   Ou (2017) Development o fa Shortened Version of the Spatial Hearing Questionnaire (SHQ-S) B378 for Screening Spatial-Hearing Ability. Am J Audiol. 2017 Sep 18;26(3):293-300

666.    Oxenham (2016) Predicting the Perceptual Consequences of Hidden Hearing Loss. Trends Hear. 2016 Jan-Dec;20:2331216516686768

667.    Paakonen (2005) Protection efficiency hearing protectors against military noise from handheld weapons and vehicles. Noise and Health 2005;Ê26 (7): 11.

668.    Packer, M., et al (2013) Integrated Care for Multisensory Injury. Psychiatr Ann. 2013 Jul;43(7):334-337

669.    Park (2011) aSynuclein Deficiency and Efferent Nerve Degernation in the Mouse Cochlea. Neurosci Res. 2011 Nov;71(3):303-10

670.    Park (2020) Analysis of Occupational Safety and Health Administration (OSHA) noise standard violations over 50 years - 1972 to 2019. Am J Ind Med. 2020 Jul;63(7):616-623

671.    Patil (2015) Use Hearing Protection Military Operations. J.R. Army Med Corps 2011; 4 (157):381-384

672.    Patterson (1992) Experimental Basis for the Estimation of Auditory System Hazard Following Exposure to Impuse Noise. No. USAARL-92-17. ARMY AEROMEDICAL RESEARCH LAB FORT RUCKER AL, 1992.

673.    Patterson (2004) Evaluation of an Auditory Hazard Model Using Data from Human Volunteer Studies. (No. USAARL-2005-01). ARMY AEROMEDICAL RESEARCH LABÊ

674.    Patterson (1994) Actual Effectiveness of Hearing Protection in High Level Impulse Noise. USAARL Report No. 94-48ARMY AEROMEDICAL RESEARCH LAB FORT RUCKER AL, 1994.

675.    Patterson (1994) Actual Effectiveness of Hearing Protection in High Level Impulse Noise USAARL.pdf. (1994) USAARL Report No. 94-48

676.    Patterson, T., et al (2013) Concurrent and Co-Located Early Intervention for Concussion and Acute Stress Reaction. Psychiatr Ann. 2013 Jul; 43(7):313-317

677.    Paul (2017) Evidence that hidden hearing loss underlies amplitude modulation encoding deficits in individuals with and without tinnitus. Hear Res. 2017 Feb;344:170-182

678.    Paul (2017) Subcortial Amplitude Modulation Encoding Deficits Suggest Evidence. J Acoust Soc Am. 2017 Nov;142(5):EL434

679.    Paul (2018) Envelope Following Responses, Noise Exposure, and Evidence of Cochlearsynaptopathy in Humans. J Acoust Soc Am. 2018 Jun;143(6):EL487

680.    Pedrielli et al.(2008) Just noticeable differences of loudness and sharpness for earth moving machines. Presentation at Acoustics '08 Paris.

681.    Peng (2012) Hearing Aids - The Basic Information You Need to Know. FDA Basics Webinar; 2012 May

682.    Perkins (1979) Occupational Health Priorities for Health Standards: The Current NIOSH Approach. Amer. J. of Public Health 1979; 5 (69):444-448

683.    Perreau (2019) Establishing a group educational session for hyperacusis patients. Am J Audiol. 2019 Jun; 28(2):245-250

684.    Peters (1994) Hearing Impairment as a Predictor of Cognitive Decline in Dementia. Journal of the American Geriatrics Society 1988; 11 (36): 981-986.

685.    Peters (1998) Hearing Impairment as a Predictor of Cognitive Decline in Dementia. Journal of the American Geriatrics SocietyÊ1988; 11 (36): 981-986.

686.    Pfannenstiel (2014) Noise-induced hearing loss - a military perspective. Curr Opin Otolaryngol Head Neck Surg. 2014 Oct;22(5):384-7

687.    Phillips (2016) Feasibility of a Bilateral 4k-6k Hz Notch as a Phenotype for Genetic Association Analysis. Int J Audiol. 2015;54(10):645-652

29

688. Phillips (2019) Noise and Occupational Medicine - Common Practice Problems. J Occup Environ Med. 2019 Dec;61(12):1019-1029
689. Photographs of Stryker
690. Photographs of Bradley IFV
691. Plack (2014) Perceptual Consequences of ÒHiddenÓ Hearing Loss. Trends Hear. 2014; 9 (18):1-11
692. Plack (2016) Toward a Diagnostic Test for Hidden Hearing Loss. Trends Hear. 2016 Sep 7;20
693. Polumbo (2015) The Management and Outcomes of Pharmacological Treatments for.pdf.(2015) Current Neuropharmacology, 13, 692-700
694. Popelka (2020) Moderate Alcohol Consumption and Hearing Loss A Protective Effect.pdf. (2000) Journal American Geriatrics Society Vol. 48, No. 10, 1273-1278
695. Pottier (2009) INCIDENCE AND RISK OF COCHLEOTOXICITY AND VESTIBULOTOXICITY IN PATIENTS WITH HAEMATOLOGICAL MALIGNANCIES.pdf
696. Prendergast (2017) Effects of noise exposure on young adults with normal audiograms I: Electrophysiology. Hear Res. 2017 Feb;344:68-81
697. Price (1992) Importance of Spectrum for Rating Hazard: Theoretical Basis. No. HEL-TM-2-92. US ARMY HUMAN ENGINEERING LAB 1992
698. Price (2010) Critique of An Analysis of the Blast Overpressure Study Data Comparing Three Exposure Criteria. ARL-CR-657; 2010 Aug
699. Price (2010) Critique of An Analysis of the Blast Overpressure Study Data Comparing Three Exposure Criteria by Murphy, Khan, and Shaw. Report Number EPHB 2009
700. Price (2018) The philosophy, theoretical bases, and implementation of the AHAAH model for Evaluation of Hazard from exposure to Intense Sounds. ARL-TR-8333 2018 Apr
701. Price (2018) The Philosophy, Theoretical Bases, and Implementation of the AHAAH Model for Evaluation of Hazard from Exposure to Intense Sounds. US Army Research Laboratory 2018; ARL-TR-8333
702. Pusz (2017) Traumatic hearing loss in the context of blast-related tympanic membrane perforation. Mil Med. 2017 Jan;182(1):e1645-e1648
703. Rabinowitz (2000) Noise-induced hearing loss. Am Fam Physician 2000; 61(9): 2749-2756
704. Rabinowitz, Peter M. (2000), "Noise-Induced Hearing Loss," American Family Physician, vol. 61, no. 9, page 2749.
705. Rademaker-Lakhal (2005) Relationship Between Cisplatin Administration and the Development of Ototoxicity.pdf. (2006) Journal of Clinical Oncology VOLUME 24, NUMBER 6, Pages 918-924
706. Radziwon (2019) Noise-Induced Loudness Recruitment and Hyperacusis. 2019 Dec 1;422:212-227
707. Radziwon (2019) Psychophysical Changes in Temporal Processing in Chinchillas with NIHL. J Acoust Soc Am. 2019 Nov;146(5):373
708. Rajguu (2013) Military Aircrew and Noise-Induced Hearing Loss: Prevention and Management. Aviat Space Environ Med. 2013; 12 (84): 1268-1276
709. Ramma (2019) Prevention of treatment-induced ototoxicity-An update for clinicians.pdf. (2019) SAMJ Vol. 109, No. 3, 145-149
710. Rask (2012) Human Cochlea - anatomical Characteristics and Their Relevance for Cochlear Implantation. Anat Rec (Hoboken). 2012 Nov;295(11):1791-811
711. Rauschecker (2010) Tuning out the noise - Limbic-auditory interactions in tinnitus. Neuron. 2010 Jun 24;66(6):819-26

712. Rauschecker (2010) Tuning Out the Noise Limbic-Auditory Interactions in Tinnitus.pdf. (2010) Neuron 66

713. Reactions: A Disproportionality Analysis Using the Italian Spontaneous Reporting Database, 10:1161.

714. Rennie, C. et al (2016) Pneumatic Otoscope Examination. Medscape 2016Feb

715. Results of the National Institute for Occupational Safety and Health (2009) - U.S. Environmental Protection Agency Interlaboratory Comparison of American National Standards Institute 812.6-1997 Methods A and B. J. Acoust. Soc. Am.. Vol. 125. No. 5. May 2009.

716. Rezaee, M. et al (2011) Assessment of Impulse Noise Level and Acoustic Trauma in Military Personnel. Trauma Mon. 2012 Jan;16(4):182-7

717. Rhinological and Otological Society, Laryngoscope, 123:1527Ð1530

718. Ridley (2018) Using Thresholds in Noise to Identify Hidden Hearing Loss in Humans. EarHear. 2018 Sep/Oct;39(5):829-844

719. Rosati (2020) Environmental Exposures and Hearing Loss.pdf. (2020) Int. J. Environ. Res. Public Health, 17, 4879

720. Royster (1994) Development of a new standard laboratory protocol for estimating the field attenuation of hearing protection devices. Part I. Research of Working Group 11, Accredited Standards Committee S12, Noise.. The Journal of the Acoustical Society of AmericaÊ1996; 3 (99): 1506-1526.

721. Royster (2017) Preventing Noise-Induced Hearing Loss. N C Med J. 2017 Mar-Apr;78(2):113-11

722. Royster et al (1996) Development of a new standard laboratory protocol for estimating thefield attenuation of hearing protection devices - Part I. J. Acoust. Soc. Am. 1996; 99 (3): 1506-1526

723. Royster JD. et al. (1996) Development of a new standard laboratory protocol for estimating the field attenuation of hearing protection devices. Part I. Research of Working Group 11 Accredited Standards Committee S12. Noise. J Acoust Soc Am, 99, 1506-1526

724. Ryan, A. et al (2016) Temporary and Permanent Noise-induced Threshold Shifts - A Review of Basic and Clinical Observations. Otol Neurotol. 2016 Sep;37(8):e271-5

725. Safety, 5:3, 383-399

726. Sakamoto (2000) Extended high-frequency ototoxicity induced by the first administration of cisplatin.pdf. (2000) OtolaryngologyÐHead and Neck Surgery

727. Salvi (2020) Functional Neuroanatomy of Salicylate - and Noise-Induced Tinnitus and Hyperacusis. Curr Top Behav Neurosci. 2020 Jul 12

728. Saunders (2009) Hearing loss in veterans and the need for hearing loss prevention programs.. Noise Health. 2009 Jan-Mar;11(42):14-21

729. Scharine (2005) An Evaluation of Selected Communications Assemblies and Hearing Protection Systems: A Field Study Conducted for the Future Force Warrior Integrated Headgear Integrated Process Team. ARMY RESEARCH LAB ABERDEEN PROVING GROUND MD HUMAN RESEARCH AND ENGINEERING DIRECTORATE 2005

730. Scharine (2013) Evaluation of Variants of the 3M Peltor ComTAC and Tactical Communication and Protection System (TCAPS) Headsets: Measures of Hearing Protection and Auditory Performance. Army Research Laboratory 2013;

731. Scharine (2014) U.S. Marine CorpsLevel-Dependent Hearing Protector Assessment: Objective Measures of Hearing Protection Devices. Army Research Laboratory 2014;

732. Scherer (2012) Tinitus Retraining Therapy Trial. Trials 2014; (15) 396

733. Scherer (2019) Effect of Tinnitus Retraining Therapy vs Standard of Care on Tinnitus-Related Quality of Life. JAMA Otolaryngol Head Neck Surg. 2019 Jul; 145(7):597-608

31

734.     Seist (2020) Regeneration of Cochlear Synapses by Systemic Administration of a Bisphosphonate. Front Mol Neurosci. 2020 Jul 14;13:87

735.     Sereda (2020) A Process for prioritizing sytematic reviews in tinnitus. Int J Audiol. 2020 Aug;59(8):640-646

736.     Sewell (2004) Hearing loss in union army veterans from 1862 to 1920. The Laryngoscope 2004;Ê12 (114): 2147-2153.

737.     Shargorodsky (2010) Prevelance and Characteristics of Tinnitus among US Adults.pdf. (2010) The American Journal of Medicine 123, 711-718

738.     Shargorodsky, et al (2010) Prevalence & Characteristics of Tinnitus Among US Adults. AmJ Med. 2010 Aug;123(8):711-8

739.     Sharma (2001) A case of sensorineural deafness following ingestion of Ecstasy.pdf. (2001) The Journal of Laryngology & Otology, Vol. 115, pp. 911Ð915

740.     Shearer (2019) Auditory Synaptopathy, Auditory Neuropathy, and Cochlear Implantation. Laryngoscope Investig Otolaryngol. 2019 Jul 1;4(4):429-440

741.     Shearer, A., et al (2017) Hereditary Hearing Loss & Deafness Overview. 1999 Feb 14 [updated 2017 Jul 27]. In: Adam MP, Ardinger HH, Pagon RA, Wallace SE, Bean LJH, Stephens K, Amemiya A, editors. GeneReviews [Internet]. Seattle (WA): University of Washington,Seattle; 1993Ð2020

742.     Sheffield (2015) The relationship between hearing acuity and operational performance in dismounted combat. Proceedings of the Human Factors and Ergonomics Society 2015: 1346-1350

743.     Sheffield (2016) The Effects of Hearing Impairment on Fire Team Performance in Dismounted Combat. Proceedings of the Human Factors and Ergonomics Society Annual Mtg. Sage Publications 2016; 1 (60): 1509-1513

744.     Sherlock & Eisebnan (2020) Current Device-based Clinical Treatments for Tinnitus. Otolaryngol Clin North Am. 2020 Aug;53(4):627-636

745.     Shi, L. et al (2016) Cochlear Synaptopathy and Noise-Induced Hidden Hearing Loss. Neural Plast. 2016; 2016:6143164

746.     Shore (2016) Maladaptive Plasticity in Tinnitus - Triggers, Mechanisms and Treatment. Nat Rev Neurol. 2016 Mar;12(3):150-60

747.     Shore, S. & Wu, C. (2019) Mechanisms of noise-induced tinnitus - Insights from cellularstudies. Neuron. 2019 Jul;103(1):8-20

748.     Shore, S., & Wu, C. (2019) Mechanisms of noise-induced tinnitus - Insights from cellularstudies. Neuron. 2019 Jul; 103(1):8-20

749.     Si (2020) Productivity Burden of Occupational Noise-Induced Hearing Loss in Australia - A Life Table Modeling Study. Int J Environ Res Public Health. 2020 Jun 29;17(13):4667

750.     Silencer Central. Relative Sound Pressure Levels in Decibels (dB). Silencecentral.com

751.     Silva (2020) Is Noise-Induced Hearing Loss Still a Public Health Problem After Decadesof Legislation. Braz J Otorhinolaryngol. 2020 Apr 10: S1808-8694(20)30036-7

752.     Sindhusake, D., et al (2004) Factors Predicting Severity of Tinnitus: APopulation-Based Assessment. J Am Acad Audiol. 2004 Apr;15(4):269-80

753.     Singh, S. & Kapoor, N. (2014) Health Implications of Electromagnetic Fields, Mechanismsof Action & Research Needs. Advances in Biology 2014 Jan;(2014):1-25

754.     Smalt (2017) Noise dosimetry for tactical environments. Hear Res. 2017 Jun; 349:42-5

755.     Smalt (2019) The Effect of Hearing-Protection Devices on Auditory Situational Awareness and Listening Effort.pdf. (2019) EAR & HEARING, VOL. XX, NO. XX, 00Ð00

756. Smith (2003) Selected Topics in Deployment Occupational Medicine. 2003 Military Preventive Medicine: Mobilization and DeploymentÊ1.

757. Smith (2011) Can You Hear Me Now: The leading army injury and disability. USAWCStrategy Research Project 2011 Mar

758. Smith (2011) Development of the Self-Efficacy for Tinnitus Management Questionnaire. JAm Acad Audiol. 2011 Jul-Aug;22(7):424-40

759. Smoorenburg GF. (1996) Assessment of hearing protector performance in impulsive noise. Final report (report TM-96-CO42). Soesterberg, Netherlands: TNO. Human Factors ResearchInst.;

760. Smoorenburg GF. Assessment of hearing protector performance in impulsive noise. Final report (report TM-96-CO42). Soesterberg, Netherlands: TNO.

761. Soderlund (2011) Prevalence of permanent threshold shifts in the United States air force hearing conservation program by career field, 2005-2011. J Occup Environ Hyg. 2016;13(5):383-92

762. Somma (2008) Extended High-frequency Audiometry and Noise Induced Hearing Loss in Cement Workers. Am J Ind Med. 2008 Jun;51(6):452-62

763. Song (2016) Coding Deficits in Hidden Hearing Loss Induced by Noise - The Natureand Impacts. Sci Rep. 2016 Apr 27; 6:25200

764. Soundscape (2005) Journal of Acoustic Ecology Vol 6 No. 1. Journal of Acoustic Ecology2005; 1 (6)

765. Soylemez (2020) Dual-Task Performance and Vestibular Functions in Individuals with Noise Induced Hearing Loss. Am J Otolaryngol. 2020 Aug 11;41(6):102665

766. Spankovich (20xx) Tinnitus and Sensitivity 17.1 Definition and Epidemiology of Tinnitus.pdf

767. Spankovich (20xx) theearcourse.pdf

768. Spankovich (2008) Programs, regulations & implementation. PPT.pdf

769. Spankovich (2008) Tinnitus _ Normal Hearing PPT.pdf

770. Spankovich (2012) Anatomy and Physiology of the Auditory System PPT.pdf

771. Spankovich (2012) Introduction to Acoustics and Psychoacoustics PPT.pdf

772. Spankovich (2012) Introduction to Audiometry PPT.pdf

773. Spankovich (2012) The basic science of audiological diagnostics PPT.pdf

774. Spankovich (2013) Hearing disorders Noise induced hearing lossPPT.pdf

775. Spankovich (2014) Healthy Diets, Healthy Hearing National Health and Nutrition Examination Survey, 1999Ð2002.pdf

776. Spankovich (2014) Lecture 3 SNHL I and Clinical Decision Making PPT.pdf

777. Spankovich (2015) CAA_SyanptopathyNoise.pdf

778. Spankovich (2015) Nutrition + Lifestyle Roles in Risk Modification for Hearing Loss and Tinnitus PPT.pdf

779. Spankovich (2015) Translational Research in Hidden Hearing Loss OleMiss_Talk PPT.pdf

780. Spankovich (2016) Tinnitus Management Approaches PPT.pdf

781. Spankovich (2017) Relationship between dietary quality, tinnitus and hearing level- data from the national health and nutrition examination survey.pdf

782. Spankovich (2018) Self-reported hearing difficulty tinnitus and normal audiometric thresholds, The national health and nutrition examination survey 1999-2002. Hear Res. 2018 Feb;358:30-36

783. Spankovich (2018) Ototoxicity Monitoring PPT.pdf

784. Spankovich (2019) Hearing Testing-PPT.pdf

785. Spankovich (2019) Signia Tinnitus Evaluation and Management Workshop PPT.pdf

786. Spankovich, C. et al (2014) Temporary threshold shift after impulse-noise duringvideo game play - Laboratory data. Int J Audiol. 2014 Mar;53 Suppl 2(0 2): S53-65

787.	Spoor (2018) OTC hearing aids may stimulate demand for audiology services. The Hearing Journal 2018 Oct; 10(71):6

788.	Staab (2014) The Human Ear Canal.https://hearinghealthmatters.org/waynesworld/2014/human-ear-canal-v/

789.	Stephenson (2010) Perspectives on Efficacy of the U.S. Army policy on hearing conservation programs. Mil Med. 2010 Jan;175(1): xii-xvi

790.	Sulkowski (2017) Contemporary noise-induced hearing loss prevention. Otolaryngol Pol. 2017 Aug 31;71(4):1-7

791.	Suresh & Krishnan (2020) Search for Electrophysiological Indices of Hidden Hearing Loss in Humans. Ear Hear. 2020 Jul 13.

792.	Suter (1978) The Ability of Mildly Hearing-impaired Individuals to Discriminate Speech. EPA/USAF 1978

793.	Swan (2017) Prevalence of Hearing Loss and Tinnitus in Iraq and Afghanistan Veterans: A chronic effect of neurotrama consortium study. Hear Res Jun; 349:4-12

794.	Swan (2017) Prevalence of Hearing Loss and Tinnitus. Hear Res. 2017 Jun; 349:4-12

795.	Swayne (2015) Noise Attenuation Performance. Air Force Research Laboratory 2015;

796.	Takada (2019) Training in the proper use of earplugs - an objective evaluation.Work. 2020;65(2):401-407

797.	Takihata (2020) The Influence of a Noise Environment on Hearing Impairment and Tinnitus. Auris Nasus Larynx. 2020 Jun 8: S0385-8146(20)30128-0

798.	Talcott (2012) Azimuthal Auditory localization of gunshots in a realistic field environment: Effects of open-ear versus hearing protection-enhancement devices (HPEDs_, military vehicle noise, and hearing impairment. Int J Audiol. 2012 Feb;51 Suppl 1: S20-30

799.	Tambs (2006) Hearing Loss Induced by Occupational and Impulse Noise: Results on threshold shifts by frequencies, age and gender from the Nord-Trandelag Hearing Loss Study. Int J Audiol. 2006 May;45(5):309-17

800.	Tambs, K., (2004) Moderate Effects of Hearing Loss on Mental Health and Subjective Well-Being - Results from the Nord-Trodelag Hearing Loss Study. Psychosom Med. 2004 Sep-Oct;66(5):776-82

801.	Tanaka (2009) The effects of acoustic environment after traumatic noise exposure on hearing and outer hair cells. Hear Res. 2009 Apr;250(1-2):10-8

802.	Technical Report

803.	Tepe (2017) Hidden Hearing Injury - The Emerging Science and Military Relevance of Cochlear Synaptopathy. Mil Med. 2017 Sep;182(9): e1785-e1795

804.	Tepe, V., et al (2013) Polytraumatic TBI - Perspectives from Military Medicine. Psychiatr Ann 2013 Jul;43(7):308-312

805.	TG250, Army Readiness through Hearing Loss Prevention (2014) US Army Public Health Command, July

806.	Thakur (2013) Hearing Loss With Phosphodiesterase 5 Inhibitors A Prospective and Objective Analysis With Tadalafil.pdf. (2013) The American Laryngological,

807.	The Journal of Acoustical Society of America. (2014) The Journal of the Acoustical Society of America 2014; 4 (136):

808.	Theodoroff (2015) Hearing Impairment and Tinnitus: Prevalence, Risk Factors, and Outcomes in US Service Members and Veterans Deployed to the Iraq and Afghanistan Wars. Epidemiol Rev. 2015; (37): 71-85

809.	Theodoroff and Konrad-Martin (2020) Abstract Acoustic Trauma and Tinnitus, the US Military Experience. Otolaryngol Clin North Am. 2020 Aug;53(4):543-553

810.     Theodoroff, S. et al (2019) Decreased sound tolerance associated with blast exposure. Sci Rep. 2019 Jul 15;9(1):10204

811.     Tikka (2020) Cochrane Method for Systematic Review and Meta-Analysis of Int. to Prevent Occupational NIHL. Codas. 2020 Apr3;32(2):e20190127

812.     Tikka, C. et al (2017) Interventions to prevent occupational noise-induced hearing loss (Review). Cochrane Database Syst Rev. 2017 Jul 7;7(7)

813.     to real-world environments. J Acoust Soc Am. 2019 Nov;146(5):3646

814.     Tran (2012) User Evaluation of a Bone Conduction Communication Headset During the Patriot 2007 Joint Field Training Exercise. ARL-TR-5973; 2012 Apr

815.     TTRTTRG (2019) Effect of Tinnitus Retraining Therapy vs Standard of Care on Tinnitus-Related Quality of Life A Randomized Clinical Trial.pdf. (2019) JAMA Otolaryngology–Head & Neck Surgery

816.     Tu (2014) Anthropometry External Auditory Canal by Non-contactable Measurement. Appl Ergon. 2015; (50): 50-55

817.     Tuepker (2018) A qualitative study of implementations and adaptations to Progressive Tinnitus Management (PTM) delivery. PLoS One. 2018 May;13(5):e0196105

818.     Tufts (2003) Speech production in noise with and without hearing protection. The Journal of the Acoustical Society of America 2003; 2 (114): 1069-1080.

819.     Tufts (2007) NSMRL TECHNICAL REPORT# 1247 MODEL FOR ESTIMATING NOISE-INDUCED HEARING LOSS.pdf

820.     Tufts, J. et al (2009) Auditory Fitness for Duty - A Review. J Am Acad Audiol. 2009 Oct;20(9):539-57.

821.     Tunkel, D et al (2014) Clinical Practice Guideline -Tinnitus Executive Summary. Otolaryngol Head Neck Surg. 2014 Oct;151(4):533-41

822.     Turkdogru (2013) Validity point source assumption of a Rotor for Farfield Acoustic Measurements with Shielding. Georgia Institue of Technology 2010

823.     Tyson, A., (2003). New Army 'Stryker' Combat Vehicle Nears Iraq Test. *The Christian Science Monitor*

824.     Udupi, V. et al (2013) The relationship of perceived severity of tinnitus with depression, anxiety, hearing status, age & gender in individuals with tinnitus. Int Tinnitus J. 2013;18(1):29-34

825.     Unknown (xxxx) Corrections to Nominal NRR's.pdf

826.     US Army (2006) Personal Hearing Protective Devices Their Fitting, Care, and Use. TG41, Feb 2006

827.     US Army (2020) TG-351A Health Hazard Assessor's Guide

828.     United States Army (2005). Stryker. *US Army Weapons Systems Handbook.*

829.     US DOJ (1973) Hearing Protectors for Use on Firing Ranges

830.     US EPA (1979) Product Noise Labeling Requirements. US EPA 1979; EPA 550/9-79-256

831.     USACHPPM (2001) Hearing Protection Devices dual ended tested by DOD

832.     USAPHC (2012) Criteria and Procedures for Auditory Health Hazard Assessment of Impulse Noise (Blast Over Pressure). U.S. Army Public Health Command 2012;

833.     USACHPPM. Noise Levels of Common Army Equipment.

834.     USAPHC xxxx Tinnitus Fact Sheet 51-3-713. USPHC; FACT SHEET 51-003-0713

835.     USAPHC xxxxx Hearing Loss Fact Sheet 51-1-713. USPHC; FACT SHEET 51-001-0713

836.     Valderrama (2016) Effects of lifetime noise exposure on the middle-age human auditory brainstem response, tinnitus and speech-in-noise intelligibility.pdf. (2018) Hearing Research 365 36-48

837. Vannson (2015) Quality of Life and Auditory Performance in Adults with Asymmetric Hearing Loss. Audiol Neurootol. 2015;20 Suppl 1:38-43

838. Varela-Nieto (2020) Drug development for noise-induced hearing loss. Expert Opin Drug Discov. 2020 Aug 25:1-15

839. Various E-mails to and from Kevin Michael. 3M_MDL000024363-3M_MDL000024693

840. Vermiglio (2012) The Relationship between high-frequency pure-tone hearing loss, hearing in noise test (HINT) thresholds, and the articulation index. J Am Acad Audiol 2012; (10):779-88

841. Vermiglio (2018) Argument self-report reference standard audiology. J Am Acad Audiol. 2018 Mar; 29(3):206-222

842. Vernon, J. & Meikle, M. (2003) Masking devices & alprazolam treatment for tinnitus. Otolaryngol Clin North Am. 2003 Apr;36(2):307-20

843. Viallet (2016) Investigation of the variability in earplugs sound attenuation measurements using a finite element model. Applied Acoust. 2015 Mar; 89:333-344

844. Viallet (2016) Investigation of the variability in earplugs sound attenuation measurements using a finite element model

845. Viana, L. et al (2016) Cochlear neuropathy in human presbycusis - confocal analysis of hidden hearing loss in post-mortem tissue. Hear Res. 2015 Sep; 327:78-88

846. Viasitsa (2013) Screen of FDA-approved drug library reveals compounds that.pdf. (2012) Hear Res.; 294(0): 153:165

847. Vick, A., et al., (2002). The Stryker Brigade Combat Team: Rethinking Strategic Responsiveness and Assessing Deployment Options.

848. Von Gierke, H. (1955) Criteria for Short Time Exposures to High Intensity Jet Aircraft Noise.

849. Von Gierke, H. (1957) Criteria for Work Spaces, Living Spaces, and Other Airbase Areas.

850. Wall, A. et al (2019) Cumulative noise exposure model for outdoor shooting ranges. J Acoust Soc Am. 2019 Nov;146(5):3863

851. Wang (2019) Presbycusis- An Update on Cochlear Mechanisms and Therapies.pdf. (2019) Journal of Clinical Medicine Vol. 9, No 18

852. Wang (2020) Auditory Neural Plasticity in Tinnitus Mechanisms and Management. Neural Plast. 2020 Jul 1; 2020:7438461

853. Warner (2015) Jet Fuel, Noise, and the Central Auditory Nervous System - A Literature Review. Military medicine 2015: 9 (180): 950-955

854. Warner, R. et al (2015) Jet Fuel, Noise and Central Auditory Nervous System - A Literature Review. Mil Med. 2015 Sep;180(9):950-5

855. Watts (2018) Development of the Warfighters Hearing Health Instructional Primer App. Mil Med. 2018 Mar;183(suppl_1):231-236

856. Weatherless (2007) Effects of the Advanced Combat Helmet (ACH) and Selected Communication and Hearing Protection Systems (C&HPSs) on Speech Communication: Talk-Through Systems. ARL 2007 April

857. Weatherless (2015) Effects of the Advanced Combat Helmet (ACH) and Selected Communication and Hearing Protection Systems(C&HPSs) on Speech Communication. Army Research Lab 2007; ARL-TR-4078

858. Weber, D., et al (2013) Three-dimensional Reproducibility of Natural Head Position. Am J Orthod Dentofacial Orthop. 2013 May;143(5):738-44

859. Wei (2020) RNA-seq Profiling and Co-Expression Network Analysis of Long Noncoding RNAs and mRNAs.... Neuroscience. 2020 May 10; 434:120-135

860. Weisz (2006) High-frequency tinnitus without hearing loss does not mean absence of differentiation. Hear Res. 2006 Dec;222(1-2):108-14

861.  Wells (2013) Attenuation characteristics fit-compromised earmuffs and various non-standard hearing protectors. Proc. Meet. Acoust. 2013; 1 (19):

862.  Wells (2015) Hearing loss associated with military combat deployment. Noise Health. 2015 Jan-Feb;17(74):34-42

863.  Whitlon, D. (2017) Drug discovery for hearing loss - Phenotypic screening of chemical compounds on primary cultures of the spiral ganglion. Hear Res. 2017 Jun;349:177-181

864.  WHO (2015) Hearing loss due to recreational exposure to loud sounds. WHO. 2015 NLM WV 270

865.  Wiener and Keast, "Experimental Study of the Propagation of Sound Over Ground," Journal of the Acoustical Society of America, 31, p. 724.

866.  Williams (2014) Assessment of Four Passive Hearing Protection Devices for Continuous Noise Attenuation, Impulsive Noise Insertion Loss, and Auditory Localization Performance. USAARL 2014

867.  Williams (2014) USAARL Assessment of Four Passive Hearing Protection Devices for Continuous Noise Attenuation, Impulsive Noise Insertion Loss. Army Aeromedical Research Lab 2014; USAARL-2015-01

868.  Wilson, R. & McArdle, R. (2013) Characteristics of the audiometric 4,000 Hz notch (744,553 veterans) and the 3,000, 1,000 and 6,000 Hz notches (539,932 veterans). J Rehabil Res Dev. 2013;50(1):111-32

869.  Wojtczak (2017) Weak Middle-Ear Muscle Reflex in Humans with Noise-Induced Tinnitus and Normal Hearing. eNeuro. 2017 Nov 27;4(6): ENEURO.0363-17.2017

870.  Wolgemuth (1994) The Effectiveness of the Navy's Hearing Conservation Program. Military Medicine 1995; 5 (160): 219-222

871.  Wu (2020) Age-related hearing loss is dominated by damage to inner ear sensory cells, not the cellular battery that powers them.pdf. (2020) Journal of Neuroscience; 10.1523/JNEUROSCI.0937-20.2020

872.  Wu (2020) Noise-Induced Loss of Sensory Hair Cells is Mediated by ROS AMPKa Pathway. Redox Biol. 2020 Jan; 29:101406

873.  Xie (2012) New developments in aminoglycoside therapy and ototoxicity.pdf. (2011) Hear Res.; 281(1-2): 28Ð37

874.  Xiong (2019) Missed Hearing Loss in Tinnitus Patients with Normal Audiograms. Hear Res. 2019 Dec; 384:107826

875.  Xiping, Z. (2019) Disrupted nerve cell function and Tinnitus-Related Quality of Life: A Randomized Clinical Trial. Hear Hlth. 2019:36

876.  Yankaskas (2011) Noise Control on Ships- Enabling Technologies. American Society of Naval Engineers 2011 May

877.  Yankaskas (2012) Noise-induced tinnitus and hearing loss in the military. Hear Res 2013;(295):3-8

878.  Yankaskas (2012) Prelude - Noise-induced tinnitus and hearing loss in the military. Hear Res. 2013 Jan; 295:3-8

879.  Yankaskas (2013) Acoustal Engineering Controls and Estimated Return on Investment for DoD Selected High Noise Sources: A Roadmap for Future Noise Control in Acquisition. DOD 2013;

880.  Yankaskas (2017) Auditory injury-- A military perspective. Hear Res. 2017 Jun; 349:1-3

881.  Yankaskas (2017) Editorial: Auditory injury - A military perspective. Hear Res. 2017 Jun; 349:1-3

882.  Yankaskas (2017) Engineering Out the Noise. Hear Res. 2017 Jun; 349:37-41

883. Yankaskas, K., et al (2017) Editorial - Auditory injury -- A military perspective. Hear Res. 2017 Jun; 349:1-3

884. Yates, C., et al (2010) Fatal Case of Tumor-Associated Hemorrhage in a Large Vestibular Schwannoma. Ann Otol Rhinol Laryngol. 2010 Jun;119(6):402-5

885. Yehudai (2017) Acute Acoustic Trauma Among Soldiers during an Intense Combat. J Am Acad Audiol. 2017 May;28(5):436-443

886. Yong (2015) Impact of noise on hearing in the military. Mil Med Res. 2015 Feb 25; 2:6

887. Yorgason (2006) Understanding drug ototoxicity- molecular insightsfor prevention and clinical management.pdf. (2006) Understanding drug ototoxicity: molecular insights for prevention and clinical management, Expert Opinion on Drug

888. Yorgason (2010) Acetaminophen ototoxicity after acetaminophen hydrocodone abuse Evidence from two parallel in vitro mouse models.pdf. (2010) OtolaryngologyÐHead and Neck Surgery 142, 814-819

889. Young (2015) Impact of Noise on Hearing in the Military. Mil Med Res. 2015 Feb 25; 2:6

890. Yu (2015) Anthropometry of external auditory canal by non-contactable measurement. Applied Ergonomics 2015; 50: 50-55

891. Yucel (2018) Effect of statins on hearing function and subjective tinnitus.pdf. (2019) ROM. J. INTERN. MED., 57, 2, 133Ð140

892. Yueh, B, et al (2010) Long-Term Effectiveness of Screening for Hearing Loss - The Screening for Auditory Impairment Which Hearing Assessment Test (SAI-WHAT) Randomized Trial. J Am Geriatr Soc. 2010 Mar;58(3):427-34

893. Zagadou (2016) An Interim LAeq8 Criterion for Impulse Noise Injury. Military Med 2016; 181(5): 51-58

894. Zemlin (1968) Ear Anatomy Section. Prentice-Hall 1968

895. Zhang (2020) New insights on repeated acoustic injury. Hear Res. 2020 Aug; 393:107996

896. Zhang (2020) New Metrics Needed in the Evaluation of Hearing Hazard Associatedwith Industrial Noise Exposure. Ear Hear. 2020 Aug 19

897. Zheng (2017) Cochlear hair cell regeneration after noise-induced hearing Loss: Does regeneration follow development? Hear Res. 2017 Jun; 349:182-196

898. Zhou (2020) Socio-economic disparity in the global burden of occupational noise-induced hearing loss. Occup Environ Med. 2020 Aug 24:

899. Zimpfer (2014) Impact of Hearing Protection Devices on Sound Localization Performance. Frontiers in Neuroscience 2014; 8(135): 1-10

900. "Personal protective equipment" (2019), APHC, https://phc.amedd.army.mil/topics/workplacehealth/ih/Pages/Personal-Protective-Equipment.aspx.

901. AR 40-501. Standards of Medical Fitness, Army Regulation. 2007

902. Army Hearing Program - Europe AER 40-501. Army Regulation in Europe 40-501. 2018

903. Army Occupational Health Program Aberdeen Proving Ground, MD21010. Army Environmental Hygiene Agency Aberdeen. 1978: 1-2f5

904. Army Hearing Program (DAP 40-501). 2015.

905. Aearo CAEv1 and CAEv2 Brochure (Colored). 2005.

906. 3M CAEv2 Brochure (Colored). 2010

907. Berger, E. (2012) Evaluation of the Surefire EP4 Sonic Defenders Plug. EAR 12-03/HP

908. 3M Combat Arms 4.1 Ear Plugs Video - Overview. 2015

909. Binseel (2011) Three Variants of the Dual Mode Combat Arms Earplug. ARL.Poster Presentation.

910. Air Force Email Thread re CAEv2 Verified Not in Use. 2019. DOD Touhy Document
911. U.S. Army Garrison Hawaii Article - "Service Members Should File Claims about Faulty Combat Arms Earplugs with Private Counsel". 2019. 3M_MDL000259866-3M_MDL000259918
912. McKinley (2014). Measuring effective detection and localization performance of hearing protection devices. AFRL Presentation.
913. ASQ.ANSI Z1.4-2003. Sampling Procedures and Tables for Inspection by Attributes.
914. Dec. 29, 2020 Ltr from Dept. of Defense in Response to Touhy Requests re: HHA noise data of M1126 Stryker Vehicle.
915. Dept. of the Army (2019) Fort Leonard Wood Regulation 40-7
916. Steady State Exposures – Priority Health Hazard Assessment
917. AR 40-501 (2005)
918. AR 385-63 (2012)
919. DA PAM 385-64 (2011)
920. DA PAM 385-63 (2003)
921. DA PAM 385-63 (2014)
922. Tank Platoon Field Manual 17-15, Headquarters, Department of the Army (1996)
923. Tank Platoon Field Manual 3-20.15, Headquarters, Department of the Army (2012)
924. AR40-501 (2007)
925. DA PAM 40-501 (2015)
926. AR 385-10 (2017)
927. DA PAM 40-501 (1998)

**Other Documents Considered:**

a) Deposition Transcript of Annette Childress 30(b)(6) – 9/23/20 and All Exhibits
b) Deposition Transcript of Robert Klun – 06/24/20 and All Exhibits
c) Deposition Transcript of Robert Zielinski – 06/22/20 and All Exhibits
d) Deposition Transcript of Ronald Kieper – 12/20/19 and All Exhibits
e) Deposition transcript of Stephen Todor – 08/24/20 and All Exhibits
f) Deposition Transcript of Brian Hobbs – 07/16/2020 and All Exhibits
g) Deposition Transcript of Richard Price – 08/26/20 and All Exhibits
h) Deposition Transcript of Kathy Gates – 05/29/2020 and All Exhibits
i) Deposition Transcript of Elliott Berger – 09/25/2020 and All Exhibits
j) Deposition Transcript of Elliott Berger – 12/12/2019 and All Exhibits
k) Deposition Transcript of Elliott Berger – 11/13/2019 and All Exhibits
l) Deposition Transcript of Elliott Berger – 12/10/2019 and All Exhibits
m) Deposition Transcript of Elliott Berger – 12/11/2019 and All Exhibit
n) Deposition Transcript of Ron Kieper – 12/20/2019 and All Exhibit
o) Deposition Transcript of Ron Kieper – 12/19/2020 and All Exhibits
p) Deposition Transcript of Robert Falco - 2/12/2020 and All Exhibits
q) Deposition Transcript of Robert Falco - 2/11/2020 and All Exhibits
r) Deposition Transcript of Marc Doty - 7/28/2020 and All Exhibits
s) Deposition Transcript of Dick Knauer - 12/17/2019 and All Exhibits
t) Deposition Transcript of Cyd Kladden - 1/31/2020 and All Exhibits
u) Deposition Transcript of Robert Zielinski - 6/22/2020 and All Exhibits
v) Deposition Transcript of Kara Cave – 3/11/2021 and All Exhibits
w) Deposition Transcript of Timothy McNamara – 3/11/2020 and All Exhibits

a) Expert Reports of Eric Rose – 10/09/2020
b) Expert Report of Allie Coetzee – 10/09/2020
c) Expert Report of David Madigan – 10/09/2020
d) Expert Report of Timothy Edens – 10/09/2020
e) Expert Report of John Franks – 10/09/2020
f) Expert Report of Blaine Huston – 10/09/2020
g) Expert Report of Roger Juneau – 10/09/2020
h) Expert Report of Chris Marshall – 10/09/2020
i) Expert Report of Mark Packer – 10/09/2020

j) Expert Report of Eric Rose – 10/09/2020

k) Expert Report of Vernon Rose – 10/09/2020

l) Expert Report of Christopher Spankovich – 10/09/2020
m) Expert Reports of Dave Eddins – 10/09/2020
n) Rebuttal Report of Dave Eddins – 11/19/2020
o) Expert Report of Steve Armstrong – 10/09/2020
p) Rebuttal Report of Steve Armstrong – 11/19/2020

| | | |
|---|---|---|
| 3M_MDL000002017 | 3M_MDL000010303 | 3M_MDL000153514 |
| 3M_MDL000314462 | 3M_MDL000855229 | 3M_MDL000110105 |
| 3M_MDL000003173 | 3M_MDL000257850 | 3M_MDL000017366 |
| 3M_MDL000012231 | 3M_MDL000371548 | 3M_MDL000006960 |
| 3M_MDL000423921 | 3M_MDL000322632 | 3M_MDL000203825 |
| 3M_MDL000427468 | 3M_MDL000335736 | 3M_MDL000325290 |
| 3M_MDL000572003 | 3M_MDL000024363 | 3M_MDL000009215 |
| 3M_MDL000571997 | 3M_MDL000259866 | 3M_MDL000010111 |
| 3M_MDL000008580 | 3M_MDL000481954 | 3M_MDL000162710 |
| 3M_MDL000006908 | 3M_MDL000002584 | 3M_MDL000192859 |
| 3M_MDL000229352 | 3M_MDL000000078 | 3M_MDL000285546 |
| 3M_MDL000480972 | 3M_MDL000002737 | 3M_MDL000024875 |
| 3M_MDL000906838 | 3M_MDL000319275 | 3M_MDL000313362 |
| 3M_MDL000825888 | 3M_MDL000393650 | 3M_MDL000393831 |
| 3M_MDL000905993 | 3M_MDL000195517 | 3M_MDL000492909 |
| 3M_MDL000835381 | 3M_MDL000008470 | 3M_MDL000401604 |
| 3M_MDL000886489 | 3M_MDL000010513 | 3M_MDL000569997 |
| 3M_MDL000886488 | 3M_MDL000013027 | 3M_MDL000338061 |
| 3M_MDL000926453 | 3M_MDL000017328 | 3M_MDL000473502 |
| 3M_MDL000953715 | 3M_MDL000042065 | 3M_MDL000260838 |
| 3M_MDL000953714 | 3M_MDL000005607 | 3M_MDL000332096 |
| 3M_MDL000953318 | 3M_MDL000188143 | 3M_MDL000332061 |
| 3M_MDL000945476 | 3M_MDL000285161 | 3M_MDL000865702 |
| 3M_MDL000696516 | 3M_MDL000188671 | 3M_MDL000009240 |
| 3M_MDL000003061 | 3M_MDL000023366 | 3M_MDL000364235 |
| 3M_MDL000017774 | 3M_MDL000184422 | 3M_MDL000004558 |
| 3M_MDL000019782 | 3M_MDL000109514 | 3M_MDL000016506 |
| 3M_MDL000395009 | 3M_MDL000109345 | 3M_MDL000013024 |
| 3M_MDL000476896 | 3M_MDL000258009 | 3M_MDL000257846 |
| 3M_MDL000825751 | 3M_MDL000357176 | 3M_MDL000096737 |

| | | |
|---|---|---|
| 3M_MDL000332111 | 3M_MDL000327476 | 3M_MDL000569853 |
| 3M_MDL000314375 | 3M_MDL000338039 | 3M_MDL000605908 |
| 3M_MDL000321233 | 3M_MDL000259188 | 3M_MDL000607004 |
| 3M_MDL000187991 | 3M_MDL000343622 | 3M_MDL000010416 |
| 3M_MDL000188664 | 3M_MDL000135802 | 3M_MDL000008420 |
| 3M_MDL000018819 | 3M_MDL000359112 | 3M_MDL000010738 |
| 3M_MDL000018817 | 3M_MDL000019102 | FALLON00294 |
| 3M_MDL000018856 | 3M_MDL000527216 | 3M_MDL000257999 |
| 3M_MDL000019526 | 3M_MDL000427465 | 3M_MDL000627115 |
| 3M_MDL000019680 | 3M_MDL000478845 | 3M_MDL000253945 |
| 3M_MDL000019712 | 3M_MDL000201975 | 3M_MDL000578447 |
| 3M_MDL000019806 | 3M_MDL000476776 | 3M_MDL000313380 |
| 3M_MDL000019811 | 3M_MDL000534450 | 3M_MDL000010393 |
| 3M_MDL000349564 | 3M_MDL000605262 | 3M_MDL000184852 |
| 3M_MDL000020020 | 3M_MDL000654767 | 3M_MDL000619485 |
| 3M_MDL000020026 | MICHAELASSOC_00000540 | 3M_MDL000293781 |
| 3M_MDL000020030 | 3M_MDL000782891 | 3M_MDL000373403 |
| 3M_MDL000360414 | 3M_MDL000825699 | 3M_MDL000263773 |
| 3M_MDL000756149 | 3M_MDL000535898 | 3M_MDL000586984 |
| 3M_MDL000327038 | 3M_MDL000534754 | 3M_MDL000358014 |
| 3M_MDL000048948 | 3M_MDL000534753 | 3M_MDL000331024 |
| 3M_MDL000020535 | 3M_MDL000534749 | 3M_MDL000499202 |
| 3M_MDL000254134 | FALLONSDT000542 | 3M_MDL000380137 |
| 3M_MDL000153468 | MICHAELASSOC_483 | 3M_MDL000571966 |
| 3M_MDL000026687 | 3M_MDL000028370 | 3M_MDL000476760 |
| 3M_MDL000271631 | 3M_MDL000423338 | 3M_MDL000635084 |
| 3M_MDL000001698 | 3M_MDL000439465 | 3M_MDL000716257 |
| 3M_MDL000013554 | 3M_MDL000434812 | 3M_MDL000392992 |
| 3M_MDL000011968 | 3M_MDL000534630 | 3M_MDL000340724 |
| 3M_MDL000285609 | 3M_MDL000596227 | 3M_MDL000612663 |
| 3M_MDL000017349 | 3M_MDL000332090 | 3M_MDL000724927 |
| 3M_MDL000478736 | 3M_MDL000570155 | 3M_MDL000321264 |
| 3M_MDL000184939 | 3M_MDL000321796 | 3M_MDL000692589 |
| 3M_MDL000002065 | 3M_MDL000456240 | 3M_MDL000684508 |
| 3M_MDL000022968 | 3M_MDL000627013 | 3M_MDL000825746 |
| 3M_MDL000034390 | 3M_MDL000559467 | 3M_MDL000527397 |
| 3M_MDL000280395 | 3M_MDL000556247 | 3M_MDL000716954 |
| 3M_MDL000277069 | 3M_MDL000574437 | 3M_MDL000153471 |
| 3M_MDL000627276 | 3M_MDL000627334 | 3M_MDL000005379 |
| 3M_MDL000332067 | 3M_MDL000271421 | 3M_MDL000234368 |
| 3M_MDL000236202 | 3M_MDL000473499 | 3M_MDL000569995 |
| 3M_MDL000236980 | 3M_MDL000637265 | 3M_MDL000258589 |
| 3M_MDL000243859 | 3M_MDL000696203 | 3M_MDL000257805 |
| 3M_MDL000258590 | 3M_MDL000627014 | 3M_MDL000313390 |
| 3M_MDL000259134 | FALCOSUBPOENA_00001 | 3M_MDL000581654 |
| 3M_MDL000271330 | 3M_MDL000755095 | 3M_MDL000332845 |
| 3M_MDL000281765 | 3M_MDL000683454 | 3M_MDL000434769 |
| 3M_MDL000012087 | 3M_MDL000265980 | 3M_MDL000724411 |
| 3M_MDL000358867 | 3M_MDL000533349 | 3M_MDL000010140 |
| 3M_MDL000024833 | 3M_MDL000321280 | 3M_MDL000002024 |

3M_MDL000008624
3M_MDL000016445
3M_MDL000004550
3M_MDL000258044
3M_MDL000434795
3M_MDL000832501
3M_MDL000599900
3M_MDL000364204
3M_MDL000024773
3M_MDL000515260
3M_MDL000012206
3M_MDL000846273
3M_MDL000314786

US Attorney's Office, 2018. District of South Carolina. 3M Company Agrees to Pay $9.1 Million.

U.S. Patent No. 4,867,149. 1989

Blast Effects on Hearing Protectors Video

US DOD (1998) Instruction Number 6055.1

Email from Whitney to Gear regarding Removing CAEv2 from inventory. 2020. DOD Touhy Production Document

Memo for Removal of CAEv2. 2019. DOD Touhy Production Document

AFRL Hearing Protector Evaluation Report - Closed End. 2012. DOD Touhy Production Document

AFRL Hearing Protector Evaluation Report - Closed End. 2007. DOD Touhy Production Document

AFRL Hearing Protector Evaluation Report - Open End. 2007. DOD Touhy Production Document

215508 HPDA Report Screenshot

215516 HPDA Report Screenshot

215007 HPDA Report Screenshot

215511 HPDA Report Screenshot

215515 HPDA Report Screenshot

258A06 HPDA Report Screenshot

215012 HPDA Report Screenshot

ARL PPT - Sound Localization with the Combat Arms Earplug. DOD Touhy Production Document

CID Investigation Report (Unredacted) DOD Touhy Production Document

DoD Hearing Conservation Mtg Agenda with Garinther-ISL Notes DOD Touhy Production Document

Medical Procurement Item Description (MPID) #1. 2003. DOD Touhy Production Document

Evaluated Passive Hearing Protection Devices Poster. Hearing Center of Excellence

ISO 9001: 1994

Weber's Law of Just Noticeable Difference, University of South Dakota: Available at:

http://apps.usd.edu/coglab/WebersLaw.html https://www.dau.edu/cop/esoh/SitePages/About.aspx

https://www.3m.com/3M/en_US/company-us/all-3m-products/~/3M-E-A-Rflex-Hearing-Protector-with-UltraFit-Tips-350-1100-100-EA-Case/?N=5002385+3294755211&rt=rud)

https://phc.amedd.army.mil/topics/workplacehealth/hrc/Pages/default.aspx

Development of the Combat Arms Earplug, Versions 1-4 (V2.4)

Federal Register, vol. 81, no. 63. (2016). Notices: Committee for Purchase from People who are Blind or Severely Disabled

Department of the Air Force Memorandum for 43EX. DOD Touhy Production Document.

2020 Report to House Committee on Armed Services: Hearing Protection Measures

ALLEN, C. H., BERGER, E..H. 1989 Development of a Unique Passive Hearing Protector With Level-Dependent and Flat Attenuation Characteristics Noise Control Engineering Journal, 34, 97-105

FORREST, M.R. 1969 Laboratory Development of An Amplitude-Sensitive Ear Plug, Royal Naval Personnel Research Committee Report HeS 133

SureFire EP3 Sonic Defenders® User Manual

SureFire EP4 Sonic Defenders® Plus User Manual

SureFire  EP5 Sonic Defenders® Max User Manual

SureFire EP7 Sonic Defenders® Ultra User Manual

Moldex BattlePlugs® User Manual

Triple Flange (NSN 615-00-442-4818) label

New Dynamics Sound Guard label

Aearo Classic SuperFit 33 label

**Trial Exhibits**

| | | |
|---|---|---|
| D-Gen-1548 | D-Gen-2165 | P-GEN-00050 |
| D-Gen-1893 | P-GEN-00001 | P-GEN-00101 |

P-GEN-00107
P-GEN-00121
P-GEN-00122
P-GEN-00124
P-GEN-00176
P-GEN-00336
P-GEN-00353
P-GEN-00391
P-GEN-00428
P-GEN-00514
P-GEN-00525
P-GEN-00535
P-GEN-00620
P-GEN-00629
P-GEN-00699
P-GEN-00729
P-GEN-00766
P-GEN-00783
P-GEN-00842
P-GEN-00951
P-GEN-00990
P-GEN-01039
P-GEN-01047
P-GEN-01063
P-GEN-01217
P-GEN-01231
P-GEN-01301
P-GEN-01301
P-GEN-01514
P-GEN-01595
P-GEN-01920
P-GEN-02195
P-GEN-02258
P-GEN-02258
P-GEN-02294
P-GEN-02541
P-GEN-02675
P-GEN-02710
P-GEN-02878
P-GEN-02878
P-GEN-02962
P-GEN-02963
P-GEN-02964
P-GEN-03086
P-GEN-03161
P-GEN-05150
S-GEN-0009
P-GEN-00099
P-GEN-00137
S-GEN-0007
S-GEN-0017
P-GEN-00026

P-GEN-00094
P-GEN-00653
P-GEN-01159
P-GEN-01296
P-GEN-02586
P-GEN-00052
P-GEN-10001
P-GEN-00311
P-GEN-01860
P-GEN-09001