# EXHIBIT 57

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS EARPLUG    )    Case No. 3:19md2885
PRODUCTS LIABILITY LITIGATION,   )
                                 )    Pensacola, Florida
    *Baker v. 3M Company*          )    June 17, 2021
    *Case No. 7:20cv0039*          )    7:34 a.m.
                                 )
_____)

VOLUME IX
(Pages 1 to 379)

TRANSCRIPT OF NINTH DAY OF JURY TRIAL
BEFORE THE HONORABLE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE, and a jury

**A P P E A R A N C E S**

**FOR THE PLAINTIFF:**    Tracey & Fox Law Firm
                          By: **SEAN P. TRACEY**
                              *stracey@traceylawfirm.com*

                          **SHAWN FOX**
                              *sfox@traceylawfirm.com*
                          440 Louisiana Street, Suite 1901
                          Houston, Texas  77002

                          Clark Love & Hutson, GP
                          By:  **SHELLEY HUTSON**
                              *bgreif@triallawfirm.com*

                          **EMILY B. MARLOWE**
                              *emarlowe@triallawfirm.com*
                          440 Louisiana Street, Suite 1600
                          Houston, Texas  77002

*Donna L. Boland, RPR, FCRR*
*United States Court Reporter*
*1 N Palafox Street * Pensacola, Florida  32502*
*Donna_Boland@flnd.uscourts.gov*

```
 1    APPEARANCES:    (Cont'd)

 2
      FOR THE PLAINTIFF:      Seeger Weiss LLP
 3                            By: DAVID R. BUCHANAN
                                  dbuchanan@seegerweiss.com
 4
                                  CALEB A. SEELEY
 5                                cseeley@seegerweiss.com

 6                                MAXWELL H. KELLY
                                  mkelly@seegerweiss.com
 7                            55 Challenger Rd, 6th Floor
                              Ridgefield Park, NJ  07660
 8
                              Ciresi Conlin LLP
 9                            By:  MICHAEL A. SACCHET
                                   mas@ciresiconlin.com
10
                                  MEGAN L. ODOM
11                                mlo@ciresiconlin.com
                              225 South 6th Street, Suite 4600
12                            Minneapolis, Minnesota  55402

13
      FOR THE DEFENDANTS:     Dechert, LLP
14                            By: KIMBERLY BRANSCOME
                                  kimberly.branscome@dechert.com
15
                                  JAY L. BHIMANI
16                                jay.bhimani@dechert.com
                              633 W 5th Street, Suite 4900
17                            Los Angeles, California  90071

18                            Dechert, LLP
                              By:  CRAIG CASTIGLIA
19                                 craig.castiglia@dechert.com
                              2929 Arch Street, Cira Centre
20                            Philadelphia, Pennsylvania  19104

21                            Moore, Hill & Westmoreland, PA
                              By: CHARLES F. BEALL, JR.
22                                cbeall@mhw-law.com
                              350 W Cedar Street, Suite 100
23                            Pensacola, Florida   32502

24

25
```

1    MR. BHIMANI:  Thank you, Your Honor.
2    BY MR. BHIMANI:
3    Q.  So, Dr. Stephenson, I'm displaying the slide here that says
4    questions at the top, and there's three questions listed.  The
5    first one -- well, first of all, are these some questions that
6    you were asked to address in this case?
7    A.  Yes, sir, they were.
8    Q.  And the first question says:  "Does the military conduct
9    its own testing when purchasing hearing protection for its
10   soldiers?"  Is that one of the questions that you were asked to
11   address?
12   A.  Yes, sir, it is.
13   Q.  The second says:  "Does the military develop its own
14   instructions and training when utilizing hearing protection for
15   its soldiers?"  Is that another question that you were asked to
16   address?
17   A.  Yes, sir, I was asked to address that.
18   Q.  And the final question:  "Was the CAEv2 effective?"  Was
19   that the last question you were asked to address?
20   A.  Yes, sir, does it work.
21   Q.  So with respect to -- I'm displaying now the slide, Dr.
22   Stephenson, that says, "Experience in Evaluating Hearing
23   Protection Devices for the Department of Defense."
24       In answering the first of your questions about whether the
25   military relies on its own testing, do you have some experience

```
05:18:17   1    like very late, but we will certainly let Hillary know, and
05:18:21   2    Judge Herndon will let her know if there's something.  So when
05:18:25   3    you're arriving in the morning, you'll know if we need to meet
05:18:30   4    at 7:30.
05:18:31   5               THE COURT:  That's fine.
05:18:32   6               Okay.  That's it.  It's a wrap.  Thank you.  Have a
05:18:34   7    nice evening.
           8                  (Proceedings concluded at 5:18 p.m.)
           9                       --------------------
          10    I certify that the foregoing is a correct transcript from the
                record of proceedings in the above-entitled matter.  Any
          11    redaction of personal data identifiers pursuant to the Judicial
                Conference Policy on Privacy are noted within the transcript.
          12
          13
                s/Donna L. Boland                              6-17-2021
          14    Donna L. Boland, RPR, FCRR                     Date
                Official Court Reporter
          15
```