# EXHIBIT 59

                                                                    1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:  3M COMBAT ARMS,          ) Case No. 3:19md2885
EARPLUG PRODUCTS LIABILITY       )
LITIGATION,                      )
                                 )  Judge M. Casey Rodgers
                                 )  Magistrate Judge Gary Jones

This Document Relates to
Luke Vilsmeyer, 7:20-cv-00113
Steven Wilkerson, 7:20-cv-00035


CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

— — —

TUESDAY, JANUARY 11, 2022

— — —

    Remote Videotaped Deposition of GREGORY A. FLAMME, Ph.D., taken pursuant to notice and conducted at the location of the witness, commencing at 9:03 a.m., Pacific Standard Time, on the above date, before Jennifer A. Dunn, Certified Realtime Reporter, Registered Merit Reporter, Registered Professional Reporter, and Certified Court Reporter.

— — —

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

```
 1              R E M O T E   A P P E A R A N C E S
                          (via ZOOM)
 2
       COUNSEL FOR PLAINTIFFS:
 3
           QUINN EMANUEL URQUHART & SULLIVAN, LLP
 4             BY:  MATTHEW HOSEN, ESQUIRE
               matthosen@quinnemanuel.com
 5             1109 First Avenue, Suite 210
               Seattle, Washington  98101
 6             Tel:  206.905.7100

 7
       COUNSEL FOR DEFENDANTS:
 8
           DECHERT LLP
 9             BY:  CRAIG J. CASTIGLIA, ESQUIRE
               craig.castiglia@dechert.com
10             Cira Centre
               2929 Arch Street
11             Philadelphia, Pennsylvania  19104-2808
               Tel:  215.994.2366
12
           DECHERT LLP
13             BY:  MATTHEW P. STEINBERG, ESQUIRE
               matthew.steinberg@dechert.com
14             Three Bryant Park
               1095 Avenue of the Americas
15             New York, New York  10036-6797
               Tel:  646.731.6197
16
           KIRKLAND & ELLIS LLP
17             BY:  YATES M. FRENCH, ESQUIRE
               yates.french@kirkland.com
18             300 North LaSalle
               Chicago, Illinois  60654
19             Tel:  312.862.7055

20         KIRKLAND & ELLIS LLP
               BY:  STERLING PAULSON, ESQUIRE
21             sterling.paulson@kirkland.com
               60 East South Temple
22             Salt Lake City, Utah  84111
               Tel:  801.877.8118
23
       ALSO PRESENT:
24
       Ashley DiLiberto - Messa & Associates
25     Chris Ritona - Videographer
```

1  explanation.

2      Q   Okay.  Can you point me to any literature that you

3  cite in your report or that you relied upon that supports

4  your opinion that burn pits cannot be ruled out as a

5  potential cause of his tinnitus or hearing loss?

6           MR. FRENCH:  Object to form.

7           THE WITNESS:  Well, we do have some documents

8  in there, but I would say the -- the most immediate answer

9  to that comes down to the work that I did with the world

10 health -- or World Trade Center health program, where we had

11 burning materials that are quite similar to burn pits and

12 both the people that were in the community over a very short

13 period of time, as well as the firefighters and EMS workers,

14 both showed a change in hearing, as well as a change in

15 complaints with respect to tinnitus.

16 BY MR. HOSEN:

17     Q   Okay.  So you're -- you're telling the jury,

18 you're testifying now that the fumes that World Trade Center

19 workers were exposed to after 9/11 are the same or similar

20 fumes to the burn pits that Mr. Wilkerson may have been

21 exposed to while he was in Afghanistan; is that your

22 testimony?

23     A   That is not what I said.

24     Q   Okay.  So they're not similar?

25     A   The statement that I made was that the contents

1   that were burning were similar.  That doesn't mean that the
2   statement that you just made having to do with the fumes and
3   the magnitudes were necessarily the same.
4        Q    Okay.  Tell me about the contents that were
5   burning at the World Trade Center that workers were exposed
6   to that you were involved somehow in.
7        A    Well, I would start with JP-8, the jet fuel from
8   the airplanes that crashed into the towers.
9        Q    Okay.  So jet fuel.
10            So you're saying that there was jet fuel in the
11  burn pits that Mr. Wilkerson was exposed to in Afghanistan?
12       A    Per hundred pounds of material that is being
13  burned, one gallon of JP-8 jet fuel is used as an
14  accelerant, that's based on Air Force data.
15       Q    Is it the same jet fuel?
16       A    JP-8 relative to the jet fuel that is used in
17  aircraft, like the civilian air aircraft?
18       Q    Civilian aircraft that crashed into the World
19  Trade Center.
20       A    For the -- yeah, as near as makes no difference
21  it's the same, yes.
22       Q    Okay.  What about -- is the proportion of the jet
23  fuel the same that was in the World Trade Center wreckage
24  compared to the burn pits he was exposed to?
25            MR. FRENCH:  Object to the form.  Note for

304

CERTIFICATE

I, Jennifer A. Dunn, Registered Professional Reporter and Certified Court Reporter, do hereby certify that prior to the commencement of the examination, GREGORY A. FLAMME, Ph.D., was duly remotely sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by me at the time, place and on the date hereinbefore set forth, to the best of my ability via remote Zoom videoconference technology.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

JENNIFER A. DUNN

Certified Realtime Reporter

Registered Merit Reporter

Registered Professional Reporter

Certified Court Reporter

Dated: January 14, 2022