# EXHIBIT 60

```
 1                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF FLORIDA
 2                     (PENSACOLA OVERFLOW ONE)

 3              CASE NUMBER 7:20-cv-00113-MCR-GRJ

 4    . . . . . . . . . . . . . . . . .
      LUKE VILSMEYER, ET AL.,         :
 5                                    :
               Plaintiffs,            :
 6                                    :      Pensacola, Florida
                    v.                :      March 16, 2022
 7                                    :      8:01 a.m.
      3M COMPANY, ET AL.,             :
 8                                    :
               Defendants.            :
 9    . . . . . . . . . . . . . . . . .

10

11

12      TRANSCRIPT OF JURY TRIAL PROCEEDINGS, VOLUME III

13         BEFORE THE HONORABLE ROY B. DALTON, JR.

14                UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21   Court Reporter:    Amie R. First, RDR, CRR, CRC, CPE
                        Federal Official Court Reporter
22                      401 West Central Boulevard, Suite 4600
                        Orlando, Florida  32801
23                      AmieFirst.CourtReporter@gmail.com

24   Proceedings recorded by Realtime Stenography.

25   Transcript produced by Computer-Aided Transcription.
```

```
 1   APPEARANCES:

 2

 3   Counsel for Plaintiffs:

 4

 5         AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
           17 East Main Street, Suite 200
 6         Pensacola, FL 32502

 7
                     BRYAN F. AYLSTOCK
 8                   BOBBY J. (BRAD) BRADFORD
                     JENNIFER M. HOEKSTRA
 9                   DANIEL J. THORNBURGH

10

11         MESSA & ASSOCIATES, P.C.
           123 South 22nd Street
12         Philadelphia, PA 19103

13
                     JOSEPH L. MESSA, JR.
14                   ASHLEY B. DILIBERTO

15

16         CLARK, LOVE & HUTSON, PLLC
           440 Louisiana Street, Suite 1700
17         Houston, TX 77002

18
                     JASON M. MILNE
19                   MARCELA J. AREVALO

20

21         SEEGER WEISS, LLP
           55 Challenger Road
22         Ridgefield Park, NJ 07660

23                   CALEB A. SEELEY

24

25
```

```
 1   APPEARANCES:

 2

 3   Counsel for Defendants:

 4

 5          KIRKLAND & ELLIS, LLP
            300 North LaSalle
 6          Chicago, IL 60654

 7
                      BRENTON A. ROGERS
 8                    RENEE D. SMITH

 9

10          KIRKLAND & ELLIS, LLP
            1301 Pennsylvania Avenue NW
11          Washington, DC 20004

12                    KASDIN MILLER MITCHELL
                      ROBERT (Mike) C. BROCK
13

14          MOORE, HILL & WESTMORELAND, P.A.
            PO BOX 13290
15          PENSACOLA, FL 32591

16                    CHARLES FRANKLIN BEALL, JR.

17

18

19

20

21

22

23

24

25
```

```
16:11:11    1    Q    And explain that for us.
16:11:14    2    A    The creation of noise notches in just one ear or in
16:11:18    3    both ears or there being an asymmetry, a difference between
16:11:22    4    the ears, can be dependent on the source of the noise
16:11:25    5    exposure.
16:11:36    6    Q    Now, we've talked a good bit, a good deal about, you
16:11:40    7    know, sensorineural hearing loss.
16:11:42    8         And before we move from hearing loss to tinnitus or
16:11:47    9    tinnitus, what is the most common cause of sensorineural
16:11:54   10    hearing loss?
16:11:56   11    A    The most common causes of sensorineural hearing loss
16:12:00   12    are going to be noise and age-related changes.
16:12:05   13    Q    And what is the most common cause of noise-related
16:12:12   14    hearing loss or sensorineural hearing loss in our service
16:12:15   15    members?
16:12:16   16    A    Noise exposure, particularly to firearms while
16:12:20   17    training.
16:12:31   18    Q    Now, are there other tests that can be used -- we
16:12:34   19    talked a little bit about some types of testing that can be
16:12:37   20    used to identify whether or not the cilia or the hair cells
16:12:40   21    in the inner ear are functioning properly.
16:12:42   22    A    Yes.
16:12:42   23    Q    Are OAEs that you had mentioned, otoacoustic
16:12:47   24    emissions -- did I say that right?
16:12:49   25    A    Yes.
```

```
16:12:49   1    Q    Are OAEs a useful tool in determining whether or not
16:12:54   2    those hair cells in the cochlea are working properly?
16:13:00   3    A    Very much so.
16:13:01   4         And what they allow us is a site of lesion test.  It
16:13:05   5    lets us know where the damage is along the pathway.
16:13:08   6         Is the damage, for example, in the middle ear because
16:13:11   7    the eardrum is not functioning?
16:13:15   8         Is the damage at the level of the inner ear?
16:13:16   9         So we have different tests that we can perform that
16:13:19   10   give us insight into the function of each step of this
16:13:22   11   pathway and lets us know where the damage is at.
16:13:25   12        Commonly with noise, where we tend to see that damage
16:13:28   13   is with reduced cochlear function.
16:13:31   14   Q    And you had talked previously about how noise-related
16:13:36   15   hearing loss is preventable.
16:13:41   16        Is tinnitus or tinnitus also preventible?
16:13:45   17   A    Yes.
16:13:45   18   Q    And can wearing earplugs help prevent tinnitus like it
16:13:49   19   helps prevent hearing loss?
16:13:51   20   A    Yes.
16:14:04   21              MR. THORNBURGH:  If we could go ahead and pull in
16:14:05   22   the next slide.  I think the next slide.
16:14:08   23              Not numbered.
16:14:08   24   BY MR. THORNBURGH:
16:14:19   25   Q    And this is a slide that was presented by 3M's
```

```
16:14:24   1    attorneys during opening.
16:14:25   2           It says, What is tinnitus?
16:14:28   3           And it says, It is a common problem that affects more
16:14:32   4    than 45 million Americans.
16:14:34   5           Did I read that correctly?
16:14:35   6    A      Yes.
16:14:39   7    Q      How is common tinnitus defined in clinical practice?
16:14:44   8    What do we mean here by common tinnitus?
16:14:48   9    A      So the values you see here is based on epidemiological
16:14:54   10   studies that define tinnitus in this case as experiencing
16:14:59   11   ringing, buzzing, humming for at least five minutes one
16:15:05   12   time in the past year.
16:15:05   13   Q      And is there a difference between sort of transient,
16:15:12   14   non-bothersome tinnitus and more of a clinical, bothersome
16:15:20   15   tinnitus?
16:15:21   16   A      Very much so.
16:15:22   17   Q      What do you mean by that?
16:15:25   18   A      So there are tinnitus experiences that are not due to
16:15:31   19   damage to any portion of the ear or to the neural pathway.
16:15:35   20   Okay?
16:15:35   21          We can take healthy, young adults and place them in a
16:15:42   22   sound-treated room.  That's a very, very quiet space.  And
16:15:46   23   leave them in there for five minutes.  Don't do anything to
16:15:49   24   them.
16:15:49   25          Come back and ask them what they experience.
```

```
16:15:52    1          Almost -- about eight or nine out of ten, the vast
16:15:54    2    majority, will say they heard ringing, buzzing, humming
16:15:58    3    perception.
16:16:00    4          Now, we didn't give these people permanent chronic
16:16:03    5    tinnitus.
16:16:03    6          Rather, they were placed in an artificial environment
16:16:07    7    that has a lower noise floor.  And so the brain goes, Hey,
16:16:10    8    what happened to my normal sound?  Turns up its
16:16:13    9    sensitivity.  Starts picking up random neural firing in the
16:16:15   10    pathway, and they perceive tinnitus.
16:16:17   11          As soon as they come out of that sound-treated room,
16:16:21   12    they're no longer perceiving tinnitus.  That's because they
16:16:24   13    don't have a chronic deficit or damage to the auditory
16:16:26   14    pathway.  This was just a transient effect.
16:16:40   15    Q    And can tinnitus get worse over time?
16:16:42   16    A    Yes.
16:16:44   17    Q    And can overexposure to loud noise over a long period
16:16:50   18    of time cause worsening of tinnitus?
16:16:54   19    A    Yes.
16:17:08   20    Q    And is there a way to determine whether or not
16:17:10   21    somebody's tinnitus is noise-related like we discussed with
16:17:17   22    respect to hearing loss?
16:17:18   23    A    Yes.
16:17:19   24    Q    And how is that?
16:17:20   25    A    That's going to be related to factors relative to the
```

```
16:17:25    1   perception of the tinnitus.  All right?
16:17:28    2         Most of us experience or have experienced in our life
16:17:32    3   a high-pitched ringing or buzzing or humming sound like a
16:17:36    4   (indicating) that lasts a few seconds or minutes and it
16:17:41    5   goes away.  You may experience that randomly or
16:17:43    6   occasionally throughout the year.
16:17:45    7         When that's not tied to any specific effect like a
16:17:49    8   noise exposure or anything like that, that is considered
16:17:51    9   normal.  That is not pathological.  That is not a sign of
16:17:54   10   damage.  That is not a sign of anything.
16:17:55   11         When tinnitus is then related to a noise event, you
16:17:59   12   know, you go to a loud environment and you start having
16:18:01   13   ringing, buzzing, that's how we begin associating that with
16:18:07   14   noise exposure as the cause.
16:18:08   15         Then we have on top of that the differential testing
16:18:11   16   that we can perform, the otoacoustic emission, the hearing
16:18:15   17   testing, and we can see if there's evidence of peripheral
16:18:19   18   hearing damage that is underlying the tinnitus perception
16:18:21   19   that patient has.
16:18:23   20   Q    You had mentioned this phrase earlier.  I think it was
16:18:28   21   a site of lesion test.
16:18:30   22   A    Yes.
16:18:31   23   Q    Okay.  What does site of lesion mean exactly.
16:18:35   24   A    That's letting us know what part of the pathway is
16:18:39   25   damaged.  Okay?
```

```
16:18:41   1         Is it the eardrum that's damaged?  Is it the cochlea
16:18:45   2    that's damaged?  Is it the auditory nerve that's damaged?
16:18:49   3    Where is that damage at?
16:18:50   4         And that helps us define the type of hearing loss and
16:18:53   5    also what the likely cause of that hearing loss is.
16:18:56   6    Q    And can we do the same with respect to using the OAEs
16:19:04   7    to determine the site of lesion for someone's perceived
16:19:08   8    tinnitus or tinnitus?
16:19:08   9    A    Correct.
16:19:09   10        The most common cause of tinnitus is hearing loss.
16:19:12   11   Hearing loss causes tinnitus.  Tinnitus does not
16:19:17   12   necessarily cause hearing loss.  Tinnitus can cause
16:19:20   13   distraction and attention issues, but it doesn't cause
16:19:24   14   hearing loss itself.
16:19:24   15        But hearing loss causes the tinnitus because it's
16:19:26   16   reducing input to the brain.  The brain is trying to
16:19:29   17   compensate for that, and that creates this ringing
16:19:33   18   perception.
16:19:34   19   Q    And we talked about this sort of non-bothersome
16:19:38   20   buzzing or noise in the ear versus more of a clinical
16:19:42   21   bothersome tinnitus.
16:19:43   22        Can clinical -- how, if at all, does clinical,
16:19:52   23   bothersome tinnitus impact a person's life?
16:19:58   24   A    Sure.
16:19:58   25        So clinical bothersome tinnitus is really when
```

```
 1                      C E R T I F I C A T E
 2
 3          I certify that the foregoing is a correct
 4   transcript from the record of proceedings in the
 5   above-entitled matter.
 6
 7   March 16, 2022
 8
 9        s\   Amie R. First
     Amie R. First, RDR, CRR, CRC, CPE
10   Federal Official Court Reporter
     United States District Court
11   Middle District of Florida
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```