# EXHIBIT 61

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF FLORIDA
 2                   PENSACOLA DIVISION
     _____
 3                                    :
     IN RE:                           : Case No. 3:19md2885
 4   3M COMBAT ARMS EARPLUG           : Judge M. Casey Rodgers
     PRODUCTS LIABILITY LITIGATION    : Magistrate Judge
 5                                    : Gary R. Jones

     _____
 6
     This Document Relates to:
 7
     Guillermo Camarillorazo, 7:20-cv-00098
 8   Theodore Finley, 7:20-cv-00170
     Carter Stelling, 7:20-cv-00143
 9   _____
10
11            Friday, September 10, 2021
12
13            Remote videotaped deposition of
14   MARK R. STEPHENSON, Ph.D., held at the location of
15   the witness, commencing at 2:08 p.m., on the above
16   date, before Carol A. Kirk, Registered Merit Reporter,
17   Certified Shorthand Reporter, and Notary Public.
18
19
20
21
22
23             GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
24                 deps@golkow.com
```

```
 1             R E M O T E   A P P E A R A N C E S
 2                            - - -
 3   On behalf of the Plaintiffs:
 4         THOMAS W. PIRTLE, ESQUIRE
           BUFFY K. MARTINES, ESQUIRE
 5         LAMINACK PIRTLE & MARTINES, L.L.P
           5020 Montrose Boulevard, 9th Floor
 6         Houston, Texas  77006
           713-292-2750
 7         tomp@lpm-triallaw.com
           buffym@lpm-triallaw.com
 8
           CALEB A. SEELEY, ESQUIRE
 9         SEEGER WEISS LLP
           77 Water Street, 8th Floor
10         New York, New York  10005
           973-639-9100
11         cseeley@seegerweiss.com
12         AMANDA HUNT, ESQUIRE
           KELLER LENKNER, LLC
13         150 North Riverside Plaza, Suite 4270
           Chicago, Illinois  60606
14         312-741-5220
           amanda.hunt@kellerlenkner.com
15
           BRADLEY D. HONNOLD, ESQUIRE
16         GOZA & HONNOLD, LLC
           9500 Nall Avenue, Suite 400
17         Overland Park, Kansas  66207
           913-451-3433
18         bhonnold@gohonlaw.com
19
20
21
22
23
24
```

```
 1              R E M O T E   A P P E A R A N C E S
 2                            - - -
 3   On behalf of the Defendant:
 4         ALLIE OZUROVICH, ESQUIRE
           DECHERT LLP
 5         633 W. 5TH Street, Suite 4900
           Los Angeles, California  90071
 6         213-808-5700
           allie.ozurovich@dechert.com
 7
           DIANA CLOUGHBENTON, ESQUIRE
 8         KIRKLAND & ELLIS, LLP
           609 Main Street
 9         Houston, Texas  77002
           diana.benton@kirkland.com
10         713-836-3461
11         CHRISTINA SHARKEY, ESQUIRE
           KIRKLAND & ELLIS, LLP
12         300 North LaSalle
           Chicago, Illinois  60654
13         312-862-3458
           christina.sharkey@kirkland.com
14
15   ALSO PRESENT:
16         Ingrid Rodriguez, Videographer
           Tyler Krotty, Document Tech
17         Julian Delgado, Interpreter
           Chuck Hunger, Laminack Pirtle & Martines
18
19                            - - -
20
21
22
23
24
```

Mark R. Stephenson, Ph.D.

 1  recover, especially when the noise is really,

 2  really loud.  And Mr. Camarillorazo, Sergeant

 3  Camarillorazo, really -- you know, because his

 4  living quarters were so close to the flight line

 5  and there were other activities going on, there

 6  was so much noise when you're in these

 7  installations, confined installations, that it's

 8  noisy all the time, and your ears don't have a

 9  chance to recover like they normally would.

10              And so that combination of noise

11  during duty hours and still the presence of

12  noise during times where you're not

13  quote/unquote on duty have an effect.

14        Q.    And how much effect does it have,

15  in your view?

16        A.    I actually studied that and have a

17  publication looking at what effective quiet is.

18  And if you do not have effective quiet 75 dB or

19  less, any temporary threshold shift that you

20  have may not recover.  And so that means if it

21  doesn't recover, that when you start the next

22  day's exposure, your ears are already in a

23  temporary threshold shift state and can be

24  subject that much more to additional temporary

 1    threshold shift and potential harm.

 2           Q.    Now, this -- I mean, this paper

 3    you said you wrote, is that typical noise

 4    exposure in daily life?

 5           A.    No, sir.  I preceded that by a

 6    number of years.  This was an Air Force

 7    publication.  I probably presented it in

 8    Acoustical Society too.  It was an Air Force

 9    technical report.

10           Q.    Well, you did write with

11    Dr. Flamme --

12           A.    Yes.

13           Q.    -- an HHS public access document

14    titled Typical Noise Exposure in Daily Life,

15    correct?

16           A.    Yes.  And that actually also

17    addressed the fact that you need to have periods

18    of effective quiet in order for the ear to

19    recover.

20           Q.    In the -- in that paper, you and

21    Dr. Flamme state, "The results of this study

22    suggests that even though people spend much time

23    in relatively quiet environments, a person's

24    overall exposure is dominated by a small number

```
 1                      CERTIFICATION

 2

 3          I, Carol A. Kirk, Registered Merit Reporter and

 4   Certified Shorthand Reporter, do hereby certify that

 5   prior to the commencement of the examination, MARK R.

 6   STEPHENSON, Ph.D., was duly remotely sworn by me to

 7   testify to the truth, the whole truth, and nothing but

 8   the truth.

 9          I DO FURTHER CERTIFY that the foregoing is a

10   verbatim transcript of the testimony as taken

11   stenographically by me at the time, place, and on the

12   date hereinbefore set forth, to the best of my

13   ability.

14          I DO FURTHER CERTIFY that I am neither a

15   relative nor an employee nor attorney nor counsel of

16   any of the parties to this action, and that I am

17   neither a relative nor employee of such attorney or

18   counsel, and that I am not financially interested in

19   the action.

20

21

22   _____

     Carol A. Kirk, RMR, CSR

23   Notary Public

     Dated:  September 14, 2021

24
```