# EXHIBIT 62

# Identification of the Minimum Noise Level Capable of Producing an Asymptotic Temporary Threshold Shift

Mark R. Stephenson, Charles W. Nixon, and Daniel L. Johnson

*Air Force Aerospace Medical Research Laboratory, Wright-Patterson Air Force Base, Ohio 45433*

STEPHENSON, M. R., C. W. NIXON, and D. D. JOHNSON. *Identification of the minimum noise level capable of producing an asymptotic temporary threshold shift.* Aviat. Space Environ. Med. 51(4):391-396, 1980.

The present study was designed to identify the minimum noise level capable of producing an asymptotic temporary threshold shift (ATTS). It was estimated that at some level below 85 dBA, probably 70-80 dBA, there existed an exposure level at which no ATTS would occur. It is assumed that if a long-duration noise does not produce temporary changes in hearing levels, then it would not produce permanent changes either. This level would then define an exposure condition below which personnel could be exposed for indefinite periods of time without adverse auditory effects. Subjects were exposed to continuous pink noise for 24 h at levels of 65, 70, 75, 80, and 85 dBA. TTS growth and recovery was measured at specific intervals throughout each condition. Results demonstrate that at the most sensitive frequency (4000 Hz), at ATTS threshold level would be predicted in the region of 75-80 dBA.

THE CURRENT USAF REGULATION on hazardous noise exposure (AFR 161-135, Hazardous Noise Exposure) contains standards intended to promote acoustic environments that are free from adverse effects on personal health and welfare or on mission accomplishment. These standards contain limiting values for total daily acoustic exposures of as long as 16 h. Numerous activities within as well as outside the Air Force involve exposures to acoustic energy of durations exceeding 16, 24, or even 48 continuous hours. The airborne command post, an aircraft that engages in long flights, is an example of such an AF activity. Noise exposure criteria are not available to cover these long periods. This paper describes the Air Force approach to this technical need and specifically discusses a recently completed investigation in this program. Over the past few years, our Laboratory has conducted in house, or through contract with Ohio State University (1), a series of experiments designed to logically investigate the response of the human auditory system to various aspects of long noise exposure. These studies have:

1) Verified for large numbers of human subjects the phenomenon of asymptotic threshold shift, wherein a constant level of acoustic exposure will produce its maximum amount of temporary hearing threshold shift within 8-16 h after onset. This amount of shift is not exceeded with continual exposure, at least for durations of up to 48 h (2,3).

2) Demonstrated differences in the recovery of hearing to the pre-exposure levels between continuous 24- and 48-h exposures to a steady broad-band noise with an A-weighted level of 85 dB. Subjects exposed for 48 h require approximately twice the amount of time to recover to the original baseline hearing threshold levels as do subjects exposed for 24 h (3,4).

3) Demonstrated that 24-h exposures to intermittent noises with an $L_{eq}$ of 85 dB produced lower asymptotic levels than the continuous exposures with the same amount of energy, but that the TTS recovery patterns were essentially the same at 1 h and beyond for all conditions (5).

On the bases of these studies, interim guidelines have been proposed which suggest that long exposures of more than 16 h above 90 dBA should be avoided, while long exposures of 80-90 dBA should be followed by a recovery period free from the noise, at least as long as the exposure. Exposures of 70-80 dBA were observed as being in a transition zone where it was tentatively recommended that perhaps a rest period of one-half the duration of the exposure should be allowed. It was realized, however, that such guidance might be entirely too overprotective. This would be the case if exposures never caused a threshold shift. Certainly there does not need to be a recovery period for something that never occurs.

Another consideration was the $L_{eq}$ level of 70 dB, identified by the Environmental Protection Agency as requisite to protect public health and welfare with an adequate margin of safety. This level was selected on the basis of extrapolations of hearing loss data from workers exposed to sound levels above 78 dB. Certainly, it would have been useful to determine for typical broad-band environmental noise, the sound level at which even temporary changes of hearing do not occur. If a noise level does not cause temporary changes in hearing, regardless of the length of exposure, then

---

This paper was prepared by personnel of the Aerospace Medical Research Laboratory and has been identified by the Laboratory as AMRL-TR-79-105. The voluntary informed consent of subjects used in this research was obtained, as required by Air Force Regulation 80-33.

such noise level can reasonably be considered not to cause permanent changes in hearing.

The experiment discussed herein was based on these considerations and designed to determine the level or range of exposure levels within which Asymptotic Temporary Threshold Shift (ATTS) just begins to occur; or in other words, the exposure level for the threshold of ATTS. Examination of our preceding studies and of the work of a few other investigators reporting on the question allowed us to predict that the threshold of ATTS from exposure to pink noise should occur in the rather wide range of 65-80 dB A-weighted sound level. A more accurate determination of this threshold level would define an exposure condition below which personnel could be exposed for indefinite periods of time without adverse auditory effects. It would provide the baseline upon which a well-founded criteria could be established when integrated with the other data collected on ATTS. The measurement of minimum levels of pink noise capable of producing an ATTS under a selected set of conditions is described as follows.

**MATERIALS AND METHODS**

Volunteers were each exposed to pink noise at intensive levels of 65-80 dBA in 5-dB increments for a period of 24 h. The hearing levels of the subjects were measured prior to, during, and following each session. The exposure level at which decreases in hearing sensitivity could not be statistically substantiated as ATTS defined the level or region of the threshold of ATTS.

*Volunteers:* 12 college-age males volunteered to participate in this study. They were required to report on at least three separate days to take five audiograms used to establish their pre-experiment hearing threshold levels (HTL's). The pre-experiment audiograms established that the subjects' pure tone HTL's were within normal limits, controlled for practice effects, and insured that the HTL's could be reliably repeated. A subject's qualification was dependent upon three criteria: a) mean pre-experiment HTL's equal to or better than 15 dB at each test frequency re ANSI-1969 standards (6), b) variability of a subject's HTL's at each test frequency must be within ± 5 dB of the mean pre-experiment HTL's, and c) pre-experiment audiograms, as measured with a Grason-Stadler 1703 self-recording audiometer, must not have had tracing widths of greater than ± 10 dB at any given frequency.

*Test Facility:* The experimental facility consisted of a test suite comprised of separate control, noise exposure, and audiometric test rooms. The noise exposure room was a large reverberation chamber which contained bunk beds, a table, chairs, a refrigerator, banks of loudspeakers, and basic sanitary facilities. Careful positioning of the banks of loudspeakers and the use of a 1/3 octave band sprectrum shaper generated the sound field that was uniform with ± 2 dB from 0.1-8 kHz at the various subject locations. An observation window allowed continuous visual contact with the subjects. The audiometric test room was an acoustically insulated semi-anechoic chamber whose interior ambient noise levels are well below those specified in ANSI S3.1-1977 (7).

*Instrumentation:* A General Radio Model 1382 Random Noise Generator was used to produce a pink noise signal. A Hewlett Packard Model 8056A 1/3 octave band spectrum shaper was then used to compensate for the frequency response characteristics of the loudspeakers and noise exposure room. A Hewlett Packard Model 350-A attenuator permitted precision control of the stimulus intensity, and a 60-W audio amplifier powered the four banks of loudspeakers in the exposure chamber. The sound field in the exposure chamber was monitored continuously using a Bruel and Kjaer (B&K) 1-in condenser microphone (type 4145) with a type 2619 preamplifier connected to either a B&K Model 2112 audio frequency spectrometer or a B&K Model 2131 digital frequency analyzer. Prior to the initial calibration measurement of the noise exposure chamber sound field, the microphone calibration was checked in an anechoic chamber against a similar microphone calibrated by the National Bureau of Standards. As an additional reference during the noise exposure, the output of the audio amplifier was continuously monitored by a Ballantine Model 320 true RMS voltmeter. A B&K 4220 pistonphone was used to periodically spot check the calibration of the acoustic monitoring system.

The Grason Stadler 1703 recording audiometer was calibrated in accordance with ANSI S3.6-1969. At least once a day, the calibration of the TDH-49 earphones was checked using a Bruel and Kjaer type 4144 microphone with an NBS 9-A 6CC Coupler and a B&K type 2619 preamplifier connected to either a B&K Model 2112 audio frequency spectrometer or a B&K Model 2131 digital frequency analyzer.

*Procedure:* The 12 subjects were assigned to three groups of four subjects each. Five experimental noise exposure conditions were employed. Continuous pink noise was presented at either 65, 70, 75, 80, or 85 dBA, depending on the condition. The general experimental design for each of the 24-h exposures is shown in Table I. Each of the exposure conditions was separated by a 1-week interval, with each group of subjects exposed to all conditions prior to exposure of the next group of subjects. During a typical exposure

TABLE I. THE GENERAL EXPERIMENTAL DESIGN SHOWING THE ORDER OF EXPOSURE CONDITIONS FOR EACH OF THE THREE GROUPS OF SUBJECTS.

| Group | Subject | 65 dB | 70 dB | 75 dB | 80 dB | 85 dB |
|---|---|---|---|---|---|---|
| A | 1 | | | | | |
|   | 2 | | | | | |
|   | 3 | e | d | c | b | a |
|   | 4 | | | | | |
| B | 5 | | | | | |
|   | 6 | | | | | |
|   | 7 | a | b | c | d | e |
|   | 8 | | | | | |
| C | 9 | | | | | |
|   | 10 | | | | | |
|   | 11 | d | e | a | c | b |
|   | 12 | | | | | |
| | | Exposure Given In Order Of a, b, c, d, e | | | | |

*24-h exposure.

session, subjects arrived before 8:00 a.m. and were given a pre-exposure audiogram in the left ear. This audiogram was then used as the basis for calculating a subject's TTS for that particular exposure session. Since only the left ear was being tested, the right ear of each subject was fitted with an earplug for the duration of each noise exposure.

Beginning at 8:00 a.m., subjects proceeded to enter the noise exposure room at 15-min intervals. Their entry was staggered such that subject A entered the chamber at 8:00, subject B entered at 8:15, and so forth. Throughout each 24-h exposure, subjects were removed to the adjacent audiometric test room at intervals to monitor the hearing level in the test ear to determine the amounts of TTS, if any. Thus, the subject's hearing in the test ear was measured at 1, 2, 4, 8, and 16 h following their entry into the noise chamber. Within 90s following their removal from the chamber, subjects were tested at 4 kHz for 30 s. Following this, the subject's test ear continued to be tested at standard audiometric frequencies from 0.5-6 kHz. This procedure measured the 4 kHz hearing level twice—once at about 2 min ($TTS_2$) and once at about 4.5 min ($TTS_{4.5}$) after removal from the noise. Each of the hearing threshold testing periods consumed about 5 min, which constituted a rest from the noise. Rest period times were not added to the total exposure durations. Hearing was measured in the test ear immediately following termination of the 24-h exposure, and again at 1, 2, 4, 7, 8, and 24 h and 1 week post-exposure. Post-exposure hearing tests followed the same procedure as before.

## RESULTS AND DISCUSSION

The results of the present investigation demonstrate that the maximum TTS occurred at 4 kHz. The TTS values at 4 kHz have been compared with the 4 kHz TTS values from our previous studies (Fig. 1), demon-



Fig. 1. $TTS_2$ growth and recovery curves at 4 kHz from 85 dBA exposure to continuous pink noise for 24 h. The curves demonstrate the consistency of the TTS growth and recovery between the current study and earlier studies conducted at this laboratory.

strating close agreement with one another. Exposure to 85 dBA continuous pink noise has generally produced mean asymptotic $TTS_2$ (ATTS) values at 4 kHz in the order of 10-13 dB when averaged over the 8-24 h exposure points.

The consistency of the growth and recovery patterns

at 4 kHz are also illustrated in Fig. 1. As observed in our earlier studies, subjects reached asymptotic TTS levels 8-16 h after onset of the noise exposure, and recovered to their baseline HTL's within 24 h post-exposure. Also consistent with earlier studies by ourselves, Melnick and Ward (8), is the drop in TTS observed at the 24-h exposure point.

The effect of the noise exposure level on TTS growth and recovery at the most sensitive frequency (4 kHz) is demonstrated in Fig. 2. A decrease or general absence of TTS is seen as the overall sound level decreases from 85 dB to 65 dB. Both growth and recovery patterns are clearly evident for the 85-dB exposure condition.



Fig. 2. TTS growth and recovery at 4 kHz. The solid lines represent $TTS_2$ measurements and the dashed lines represent $TTS_4$ measurements. The effect of decreasing the exposure intensity from 85-65 dBA is demonstrated.

In addition to the effects noted at 4 kHz, the 85-dBA exposure also produced significant levels of ATTS ($>0.05$) in each of the other test frequencies (Table II). When the noise exposure is lowered to 80 dB and below, the effects of the noise are not so clearly indicated; that is, the changes are less than ± 5 dB. Consequently the sound level at which ATTS first starts is not clearly defined.

One approach in estimating the threshold would be to use the relationship that ATTS grows by 1.6 dB for each decibel increase in level. An ATTS of 10 dB at a sound level of 85 dB would imply a threshold of 79 dB (85-10/1.6). In our past studies, ATTS has been as high as 13 dB for a sound level of 85 dB. From these studies, a threshold of 77 dB (85-13/1.6) would be implied.

In any case, we would have predicted that the ATTS threshold would have been somewhere in the range of from 75-80 dB. Thus, it is informative to look closely at the effects of exposure to 80 dB and at the effects of exposure to 75 dB and below.

At the exposure condition of 80 dB, we can still detect the general TTS growth patterns at 4 kHz comparable to those observed at 85 dB (Fig. 2). As expected, the amount of shift is slightly smaller, less than

TABLE II. STATISTICAL SIGNIFICANCE AT THE 0.05 LEVEL OF CONFIDENCE FOR THE TTS AT ALL HEARING THRESHOLD MEASUREMENTS WAS DETERMINED USING A TWO-TAILED T-TEST.*

| Condition/Test Frequency | Hours During Exposure | | | | | | Hours Post Exposure | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 4 | 8 | 16 | 24 | 1 | 2 | 4 | 7 | 8 | 24 |
| **65 dBA** | | | | | | | | | | | | |
| 4 kHz $TTS_2$ | — | — | — | — | — | — | — | — | — | — | — | — |
| 0.5 kHz | — | — | — | — | — | — | N | N | N | — | — | — |
| 1 kHz | — | — | — | — | — | — | — | — | — | — | — | — |
| 2 kHz | — | — | — | P | — | — | — | — | N | — | N | — |
| 3 kHz | — | — | — | — | — | — | — | — | — | — | — | — |
| 4 kHz $TTS_{4.5}$ | — | — | — | — | P | — | — | — | — | — | — | — |
| 6 kHz | — | N | — | — | — | — | — | — | — | — | N | — |
| **70 dBA** | | | | | | | | | | | | |
| 4 kHz $TTS_2$ | — | — | — | P | — | P | P | — | — | — | — | — |
| 0.5 kHz | — | — | — | — | — | — | — | — | — | — | — | — |
| 1 kHz | — | — | — | — | — | — | — | — | — | — | — | — |
| 2 kHz | — | — | — | — | — | — | — | — | — | — | — | — |
| 3 kHz | — | — | — | P | — | — | — | — | — | — | — | — |
| 4 kHz $TTS_{4.5}$ | — | — | — | P | — | — | — | — | — | — | — | — |
| 6 kHz | — | — | — | P | — | — | — | — | — | — | — | — |
| **75 dBA** | | | | | | | | | | | | |
| 4 kHz $TTS_2$ | — | — | P | P | P | — | — | P | — | — | — | P |
| 0.5 kHz | — | P | — | — | — | — | — | — | — | — | — | — |
| 1 kHz | — | — | — | — | — | — | — | — | — | — | — | — |
| 2 kHz | — | — | — | — | — | — | — | — | — | — | — | — |
| 3 kHz | — | — | — | — | — | — | — | — | — | — | — | — |
| 4 kHz $TTS_{4.5}$ | — | P | — | P | P | — | — | — | — | — | — | — |
| 6 kHz | — | — | — | — | — | — | — | — | — | — | — | N |
| **80 dBA** | | | | | | | | | | | | |
| 4 kHz $TTS_2$ | — | — | — | P | P | P | — | — | — | — | — | — |
| 0.5 kHz | — | — | — | — | — | — | — | — | — | — | — | — |
| 1 kHz | — | — | — | — | — | — | — | — | — | — | — | — |
| 2 kHz | — | — | — | — | — | — | — | — | — | — | — | — |
| 3 kHz | — | — | — | — | P | P | — | — | — | — | — | — |
| 4 kHz $TTS_{4.5}$ | — | — | — | P | P | P | — | — | — | — | — | — |
| 6 kHz | — | — | — | — | — | P | P | P | — | — | — | — |
| **85 dBA** | | | | | | | | | | | | |
| 4 kHz $TTS_2$ | P | P | P | P | P | P | — | — | — | P | — | — |
| 0.5 kHz | — | — | — | P | P | P | — | — | — | — | — | P |
| 1 kHz | — | — | — | — | P | P | — | — | — | — | — | — |
| 2 kHz | — | — | — | P | P | — | — | — | — | — | — | — |
| 3 kHz | — | — | P | P | P | P | P | — | — | — | — | — |
| 4 kHz $TTS_{4.5}$ | — | — | P | P | P | P | — | — | P | — | — | — |
| 6 kHz | — | — | — | P | — | — | P | — | P | — | — | — |

*P = statistically significant < 0.05; N = statistically significant > 0.95; — = not significant.

5 dB. It also appears that the period required for subjects to recover to their pre-exposure HTL's is shorter than the recovery period for the 85-dB exposure.

For the exposure condition of 75 dB, a TTS growth pattern can still be detected. This pattern, however, is strongly influenced by a 16-h point. If this one point were eliminated, the ATTS pattern would differ little from that which resulted from either the 65 dB or 70 dB exposures. For purposes of determining the ATTS threshold, it is somewhat confusing to note that a 4 kHz, ATTS from the 75 dB exposure is about the same as the 80 dB exposure. However, a clearer impression emerges when the ATTSs at all frequencies are considered.

When all frequencies are considered, the clear effect of the 85-dB exposure is again evident. This can best be seen from Table III and Fig. 3 where the average ATTS of the six frequencies (not using the first measurement at 4 kHz) is 4.4 dB. For the 80-dB exposure, this average declines to 1.9 dB. For both the 70 dB and the 75 dB exposures, this average is a mere

TABLE III. MEAN ATTS (average of 8, 16, and 24 h) AT EACH TEST FREQUENCY FROM 65-85 dBA. THE MEAN AMOUNT OF SHIFT SHOWN IN FIG. 3 IS LISTED HERE. THE 7-FREQUENCY TO 4-FREQUENCY AVERAGE VALUES ARE ALSO LISTED, DEMONSTRATING MORE CLEARLY THE EFFECT OF INCREASING EXPOSURE LEVEL ON THE SUBJECTS HEARING THRESHOLD LEVELS.

| | Condition In dB | | | | |
|---|---|---|---|---|---|
| | 65 | 70 | 75 | 80 | 85 |
| Frequency | | | | | |
| 4 KHz ($TTS_2$) | 1.36 | 2.88 | 3.58 | 3.66 | 10.08 |
| 0.5 KHz | −0.18 | 1.27 | 0.33 | 1.08 | 3.19 |
| 1 KHz | −0.15 | −0.12 | 0.00 | 1.11 | 3.22 |
| 2 KHz | 0.36 | −0.45 | 0.5 | 1.19 | 2.25 |
| 3 KHz | 0.33 | 1.15 | 1.3 | 2.47 | 6.44 |
| 4 KHz ($TTS_{4.5}$) | 1.45 | 0.7 | 2.19 | 3.14 | 7.03 |
| 6 KHz | −1.45 | 1.64 | 0.03 | 2.58 | 4.25 |
| 7 Freq Ave (4KHz-6KHz) | 0.25 | 1.01 | 1.13 | 2.18 | 5.21 |
| 6 Freq Ave (0.5-6KHz) | 0.06 | 0.7 | 0.73 | 1.92 | 4.4 |
| 5 Freq Ave (0.5-4KHz) | 0.36 | 0.51 | 0.86 | 1.79 | 4.43 |
| 4 Freq Ave (0.5,1K,2K,4KHz $TTS_{4.5}$) | 0.37 | 0.35 | 0.76 | 1.63 | 3.92 |



Fig. 3. Mean ATTS at each test frequency for each exposure level from 65-85 dBA. Since asymptote had been reached by about 8 h, the mean ATTS shown here represents the average of the TTS from the 8, 16, and 24 h exposure points. The single data point for each frequency and exposure facilitates a clearer comparison of each exposure level.



Fig. 4. Comparison of ATTS averaged over 0.5, 1, 2, and 4 kHz. 4 kHz TTS $_{4.5}$ data was used for this figure. The ATTS values used to obtain the 4-frequency averages were based on the 8, 16, and 24 h exposure points as in Fig. 3. The lines connected by the dots represent the actual ATTS 4-frequency averages. The lines connected by the X's represent the actual ATTS minus 1 dB, while the line connected by the open circles represent predicted NIPTS using the CHABA, working group 69 formula.

0.7 dB. One must not take these fractional decibel values too seriously or one might erroneously conclude that the ATTS threshold is at 65 dB. The nature of the exposures and demonstrated slight changes in hearing levels reveals this region as a marginal area where values may fluctuate for reasons other than the exposure stimulus. Results of exposures that produce hearing levels slightly above and slightly below the preexposure values tend to be controlled by chance variability. This variability is clearly evident in the raw data, for the 70 dBA and 65 dBA exposures are negative relative to preexposure levels.

On the basis of data collected during our prior studies of long exposure, an ATTS threshold level would be predicted in the region of 75-80 dB. The results of this study tend to support this prediction of a threshold region, rather than a clearly identified threshold level or value. The small amount of ATTS from the 80 dB exposure, and the rapid recovery of the TTS that accrued, might lead many to believe that 80 dB can be considered a reasonable and practical threshold. On the other hand, the authors prefer to interpret the data as indicating a 75-dB threshold, if a specific value is to be assigned to this phenomenon. This is also somewhat consistent with a recent report of the National Research Council Committee on Hearing, Bioacoustics, and Biomechanics (CHABA) working group 69 (9). In that report, a formula for estimating the Noise Induced Permanent Threshold Shift (NIPTS) for an average of hearing levels at 0.5, 1, 2, and 4 kHz after 8 h of exposure ($L_{8h}$) was given as NIPTS = $(L_{8h} - 75)^2/40$.

Using the average of 0.5, 1, 2, and 4 kHz, the TTS data listed in Table III are similar to values calculated with that formula, especially if 1 dB is substracted from each ATTS value such that the effect at 75 dB is normalized to zero. This comparison is shown in Fig. 4.

Previous ATTS studies by AMRL (1976) have shown that, with ATTS values as small as 5 dB from a continuous 24-h exposure to pink noise, up to 24 h is still required to recover the pre-exposure hearing levels. Except for the 85-dBA exposure, measured TTS's were considerably less than 5 dB. The time required to recover from these small ATTS values to within 1 dB or less of the pre-exposure HTL's was generally 1-4 h post-exposure. This difference in recovery periods may indicate that, when TTS from a long noise exposure (>16 hours) is less than 5 dB, then recovery to the baseline may not require as much time as the recovery from the higher ATTS values. Since the amount of TTS is so small and only 12 subjects are used, normal statistical variations make such conclusions tentative.

## CONCLUSIONS

This study has investigated the effect of several different long noise exposure levels on human temporary threshold shift. Earlier studies conducted at this laboratory have led to the hypothesis that somewhere at 65-75 dBA there exists a level or range of values of broad-band noise exposure which would not be hazardous to human hearing, regardless of the duration of the exposure. The present study has demonstrated this exposure may be from 75-80 dBA rather than 65-75 dBA. Effects of 65-75 dBA exposures showed primarily non-statistically significant trends that were both small and of short duration, even for the frequency (4 kHz) to which the human ear is most sensitive. This is interpreted to mean that prolonged exposure to broad-band noise with a sound level below 75 dB would be innocuous for populations regularly exposed to these or lower levels.

The present study defines the levels of 75-80 dBA as enclosing the region where ATTS begins to be clearly identified for exposures to pink noise. A specific threshold level was not found, nor is such a discrete value likely to exist within the precision of audiometric measurement. Until additional data are available, such as for different spectra and exposure profiles, it is recommended that long exposures of 80 dBA and above be followed by rest periods free from the noise that are at least as long as the noise exposure. Persons who experience exposures around levels of 80 dBA and below, for which the ATTS magnitude is about 5 dB

and less, are not required to experience rest periods from the noise. These recommendations do not mean that a sharp cutoff exists where long exposures around 80 dBA are dangerous and those below 80 dBA are not a problem. The relationship is a continuous one and is related to exposure level and magnitude of ATTS as well as duration. The 80 dBA value is recommended with a reasonable margin of safety, even with occasional ATTS values as high as 5 dB. The level of 75 dBA provides an even greater margin of safety against even temporary threshold changes in hearing (as much as perhaps 5 dB) for an exposed population.

ACKNOWLEDGEMENTS

The research reported in this paper was jointly sponsored by the Air Force Aerospace Medical Research Laboratory, Aerospace Medical Division, Air Force Systems Command, Wright-Patterson Air Force Base, Oh, and the US Environmental Protection Agency, Washington, DC.

Special thanks are extended to Mrs. Hazel F. Watkins who typed and retyped the manuscript.

REFERENCES

1. Melnick, W. 1975. TTS in man from a 24-hour exposure to an octave band of noise centered at 4 kHz. AGARD CP-171, p. C2-1.
2. Nixon, C. W., D. W. Krantz, and D. L. Johnson. 1975. Human temporary threshold shift and recovery. AMRL TR-74-101.
3. Nixon, C. W., D. L. Johnson, and M. R. Stephenson. 1977. Asymptotic behavior of temporary threshold shift and recovery from 24 to 48 hour noise exposures. *Aviat. Space Environ. Med.* 48:311-315.
4. Johnson, D. L., C. W. Nixon, and M. R. Stephenson. 1975. Asymptotic behavior of temporary threshold shift during exposure to long duration noises. AGARD CP-171, p. C5-1.
5. Johnson, D. L., Charles W. Nixon, and Mark R. Stephenson. 1976. Long duration exposure to intermittent noises. *Aviat. Space Environ. Med.* 45:987-990.
6. American National Standard Specifications for Audiometers, S3.6-1969. New York, American National Standards Institute, Inc., 1969.
7. American National Standard Criteria for Permissible Ambient Noise During Audiometric Testing, S3.1-1977. New York, American National Standards Institute, Inc., 1977.
8. Ward, W. D. 1975. Studies of asymptotic TTS. AGARD CP-171, p. C4-1.
9. Guidelines for Preparing Environmental Impact Statements on Noise, Report of CHABA Working Group #60, August, 1977. National Academy of Sciences, Washington, DC.