# EXHIBIT 64

| | |
|---|---|
| **From:** | Ozurovich, Allie |
| **Sent:** | Monday, June 27, 2022 6:05 AM |
| **To:** | 'Bryan Aylstock'; Kolsky, Joshua (CIV); cseeger@seegerweiss.com; shutson@triallawfirm.com; Brian Barr (External); epefile@mostynlaw.com |
| **Cc:** | Michael Rafky (ejv9@cdc.gov); Feldon, Gary D. (CIV); Branscome, Kimberly; Bhimani, Jay; Roitman, Sara; Cusker Gonzalez, Mara; Burrichter, Christopher; Newmark, Jenna; Nomellini, Mark J.; Wasdin, Nick; Brock, Mike; Snead, Jacqueline Coleman (CIV); Doug Kreis; Doug Monsour (External); Tom Pirtle |
| **Subject:** | RE: 3M - Murphy Deposition Notice |

Hi Bryan - these questions are better reserved for the witness at his deposition. Having said that, Dr. Murphy has already provided with his expert report the facts and data he considered in forming his opinions pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)(ii).

Best regards,
Allie

**Allie Ozurovich**
Associate

**Dechert LLP**
US Bank Tower
633 West 5th Street - Suite 4900
Los Angeles, CA 90071-2032

+1 213 808 5715 Direct
+1 310 383 6755 Mobile
allie.ozurovich@dechert.com
dechert.com

---

**From:** Bryan Aylstock <BAylstock@awkolaw.com>
**Sent:** Friday, June 24, 2022 2:29 PM
**To:** Ozurovich, Allie <Allie.Ozurovich@dechert.com>; Kolsky, Joshua (CIV) <Joshua.kolsky@usdoj.gov>; cseeger@seegerweiss.com; shutson@triallawfirm.com; Brian Barr (External) <bbarr@levinlaw.com>; epefile@mostynlaw.com
**Cc:** Michael Rafky (ejv9@cdc.gov) <ejv9@cdc.gov>; Feldon, Gary D. (CIV) <Gary.D.Feldon@usdoj.gov>; Branscome, Kimberly <Kimberly.Branscome@dechert.com>; Bhimani, Jay <Jay.Bhimani@dechert.com>; Roitman, Sara <Sara.Roitman@dechert.com>; Cusker Gonzalez, Mara <MaraCusker.gonzalez@dechert.com>; Burrichter, Christopher <Christopher.Burrichter@dechert.com>; Newmark, Jenna <Jenna.Newmark@dechert.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; Wasdin, Nick <nick.wasdin@kirkland.com>; Brock, Mike <mike.brock@kirkland.com>; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov>; Doug Kreis <DKreis@awkolaw.com>; Doug Monsour (External) <Doug@monsourlawfirm.com>; Tom Pirtle <tomp@lpm-triallaw.com>
**Subject:** RE: 3M - Murphy Deposition Notice

**[EXTERNAL EMAIL]**

Did Dr. Murphy consider them for any of his opinions?

Thanks
Bryan

1

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Ozurovich, Allie" <Allie.Ozurovich@dechert.com>
Date: 6/24/22 4:09 PM (GMT-06:00)
To: Bryan Aylstock <BAylstock@awkolaw.com>, "Kolsky, Joshua (CIV)" <Joshua.kolsky@usdoj.gov>, cseeger@seegerweiss.com, shutson@triallawfirm.com, "Brian Barr (External)" <bbarr@levinlaw.com>, epefile@mostynlaw.com
Cc: "Michael Rafky (ejv9@cdc.gov)" <ejv9@cdc.gov>, "Feldon, Gary D. (CIV)" <Gary.D.Feldon@usdoj.gov>, "Branscome, Kimberly" <Kimberly.Branscome@dechert.com>, "Bhimani, Jay" <Jay.Bhimani@dechert.com>, "Roitman, Sara" <Sara.Roitman@dechert.com>, "Cusker Gonzalez, Mara" <MaraCusker.gonzalez@dechert.com>, "Burrichter, Christopher" <Christopher.Burrichter@dechert.com>, "Newmark, Jenna" <Jenna.Newmark@dechert.com>, "Nomellini, Mark J." <mnomellini@kirkland.com>, "Wasdin, Nick" <nick.wasdin@kirkland.com>, "Brock, Mike" <mike.brock@kirkland.com>, "Snead, Jacqueline Coleman (CIV)" <Jacqueline.Snead@usdoj.gov>, Doug Kreis <DKreis@awkolaw.com>, "Doug Monsour (External)" <Doug@monsourlawfirm.com>, Tom Pirtle <tomp@lpm-triallaw.com>
Subject: RE: 3M - Murphy Deposition Notice

Bryan –

We have not viewed these documents and do not have copies of them. Our communications with Dr. Murphy and certainly our attorney notes and work product are protected by attorney-client privilege and the work product doctrine. *See* Fed. R. of Civ. Proc. 26(b)(4)(C); MDL Dkt No. 3072.

Best regards,
Allie


**Allie Ozurovich**
Associate

**Dechert LLP**
US Bank Tower
633 West 5th Street - Suite 4900
Los Angeles, CA 90071-2032

+1 213 808 5715 Direct
+1 310 383 6755 Mobile
allie.ozurovich@dechert.com
dechert.com

**From:** Bryan Aylstock <BAylstock@awkolaw.com>
**Sent:** Thursday, June 23, 2022 3:08 PM
**To:** Kolsky, Joshua (CIV) <Joshua.kolsky@usdoj.gov>; Ozurovich, Allie <Allie.Ozurovich@dechert.com>; cseeger@seegerweiss.com; shutson@triallawfirm.com; Brian Barr (External) <bbarr@levinlaw.com>; epefile@mostynlaw.com
**Cc:** Michael Rafky (ejv9@cdc.gov) <ejv9@cdc.gov>; Feldon, Gary D. (CIV) <Gary.D.Feldon@usdoj.gov>; Branscome, Kimberly <Kimberly.Branscome@dechert.com>; Bhimani, Jay <Jay.Bhimani@dechert.com>; Roitman, Sara <Sara.Roitman@dechert.com>; Cusker Gonzalez, Mara <MaraCusker.gonzalez@dechert.com>; Burrichter, Christopher

<Christopher.Burrichter@dechert.com>; Newmark, Jenna <Jenna.Newmark@dechert.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; Wasdin, Nick <nick.wasdin@kirkland.com>; Brock, Mike <mike.brock@kirkland.com>; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov>; Doug Kreis <DKreis@awkolaw.com>; Doug Monsour (External) <Doug@monsourlawfirm.com>; Tom Pirtle <tomp@lpm-triallaw.com>
**Subject:** RE: 3M - Murphy Deposition Notice

[EXTERNAL EMAIL]

Thank you Josh.

We would ask counsel for 3M if they have viewed these documents, have copies of them, discussed them with Dr. Murphy, or took notes about or from them.   If so I think a meet and confer with 3M is in order.

Best,
Bryan

**From:** Kolsky, Joshua (CIV) <Joshua.kolsky@usdoj.gov>
**Sent:** Thursday, June 23, 2022 3:59 PM
**To:** Ozurovich, Allie <Allie.Ozurovich@dechert.com>; Bryan Aylstock <BAylstock@awkolaw.com>; cseeger@seegerweiss.com; shutson@triallawfirm.com; Brian Barr (External) <bbarr@levinlaw.com>; epefile@mostynlaw.com
**Cc:** Michael Rafky (ejv9@cdc.gov) <ejv9@cdc.gov>; Feldon, Gary D. (CIV) <Gary.D.Feldon@usdoj.gov>; Branscome, Kimberly <Kimberly.Branscome@dechert.com>; Bhimani, Jay <Jay.Bhimani@dechert.com>; Roitman, Sara <Sara.Roitman@dechert.com>; Cusker Gonzalez, Mara <MaraCusker.gonzalez@dechert.com>; Burrichter, Christopher <Christopher.Burrichter@dechert.com>; Newmark, Jenna <Jenna.Newmark@dechert.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; Wasdin, Nick <nick.wasdin@kirkland.com>; Brock, Mike <mike.brock@kirkland.com>; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov>
**Subject:** RE: 3M - Murphy Deposition Notice

Allie,
Thank you for notifying us of this issue regarding Dr. Murphy.  To our knowledge, Dr. Murphy was not authorized to retain agency records upon his retirement.  To the extent that he has agency records in his possession, they are not his records to produce and he should return them to NIOSH.  Accordingly, the government objects to the production of any agency records by Dr. Murphy, and the government has requested Dr. Murphy to return any agency records in his possession.  Lastly, please note that Michael Rafky will attend the deposition to protect the government's interests and therefore counsel should coordinate with him.
Best regards,
Josh

**From:** Ozurovich, Allie <Allie.Ozurovich@dechert.com>
**Sent:** Tuesday, June 21, 2022 8:35 PM
**To:** BAylstock@awkolaw.com; cseeger@seegerweiss.com; shutson@triallawfirm.com; Brian Barr (External) <bbarr@levinlaw.com>; epefile@mostynlaw.com
**Cc:** Michael Rafky (ejv9@cdc.gov) <ejv9@cdc.gov>; Kolsky, Joshua (CIV) <Joshua.kolsky@usdoj.gov>; Feldon, Gary D. (CIV) <Gary.D.Feldon@usdoj.gov>; Branscome, Kimberly <Kimberly.Branscome@dechert.com>; Bhimani, Jay <Jay.Bhimani@dechert.com>; Roitman, Sara <Sara.Roitman@dechert.com>; Cusker Gonzalez, Mara <MaraCusker.gonzalez@dechert.com>; Burrichter, Christopher <Christopher.Burrichter@dechert.com>; Newmark, Jenna <Jenna.Newmark@dechert.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; Wasdin, Nick <nick.wasdin@kirkland.com>; Brock, Mike <mike.brock@kirkland.com>
**Subject:** [EXTERNAL] RE: 3M - Murphy Deposition Notice

Counsel—

I write to follow-up on the below. The parties have agreed to take Dr. Murphy's deposition on Tuesday, June 28. In order to provide the parties with ample time to review Dr. Murphy's production—if any—of documents responsive to the outstanding document requests, Dr. Murphy will intend to produce documents from his back-up NIOSH file on Friday June 24 unless counsel for the Government advises to the contrary. To that end, please let us know by end of day Thursday, June 23, if the Government objects to Dr. Murphy's production of documents. Defendants are happy to discuss at your convenience in the interim.

Best regards,
Allie

**Allie Ozurovich**
Associate

**Dechert LLP**
US Bank Tower
633 West 5th Street - Suite 4900
Los Angeles, CA 90071-2032

+1 213 808 5715 Direct
+1 310 383 6755 Mobile
allie.ozurovich@dechert.com
dechert.com

---

**From:** Ozurovich, Allie
**Sent:** Friday, June 17, 2022 9:52 AM
**To:** BAylstock@awkolaw.com; cseeger@seegerweiss.com; shutson@triallawfirm.com; Brian Barr (External) <bbarr@levinlaw.com>; epefile@mostynlaw.com
**Cc:** 'Michael Rafky (ejv9@cdc.gov)' <ejv9@cdc.gov>; Joshua.kolsky@usdoj.gov; Gary.D.Feldon@usdoj.gov; Branscome, Kimberly <Kimberly.Branscome@dechert.com>; Bhimani, Jay <Jay.Bhimani@dechert.com>; Roitman, Sara <Sara.Roitman@dechert.com>; Cusker Gonzalez, Mara <Maracusker.gonzalez@dechert.com>; Burrichter, Christopher <Christopher.Burrichter@dechert.com>; Newmark, Jenna <Jenna.Newmark@dechert.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; 'Wasdin, Nick' <nick.wasdin@kirkland.com>; Brock, Mike <mike.brock@kirkland.com>
**Subject:** 3M - Murphy Deposition Notice

Counsel--

I write regarding the document requests served on Dr. Bill Murphy in connection with his expert deposition in this matter. Request number 14 seeks "Any and all documents related to the Combat Arms earplugs, available to you or in your possession[.]" We understand that Dr. Murphy has responsive documents in his possession from his file while at NIOSH. While Dr. Murphy was at NIOSH, he maintained a backup set of the files he worked on. Having recently retired from NIOSH, he still has those files in his possession and has not been asked to return any of those documents from his file. A subset of those documents include documents related to the Combat Arms earplugs. We are copying the Government's counsel here to confirm whether he is permitted to produce such documents outside of a formal *Touhy* process and will proceed in accordance with their guidance. Should the Government require copies of the documents, we will work to collect them so they can be sent electronically.

Best regards,
Allie

**Allie Ozurovich**
Associate

**Dechert LLP**
US Bank Tower
633 West 5th Street - Suite 4900
Los Angeles, CA 90071-2032

+1 213 808 5715 Direct
+1 310 383 6755 Mobile
allie.ozurovich@dechert.com
dechert.com

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.