# EXHIBIT 65





# ASA 2012
## 164th Meeting of the Acoustical Society of America
## Kansas City, Missouri

# Continuous and Impulsive Noise Attenuation Performance of Passive Level Dependent Earplugs

### 22-26 October 2012

Richard L. McKinley[1]
Hilary L. Gallagher[1]
Melissa A. Theis[2]
William J. Murphy[3]

Air Force Research Laboratory[1]
Oak Ridge Institute for Science & Education[2]
National Institute for Occupational Safety and Health[3]

**Integrity ★ Service ★ Excellence**

The findings and conclusions in this presentation have not been formally disseminated by the National Institute for Occupational Safety and Health or the U.S. Air Force and should not be construed to represent any agency determination or policy.
DISTRIBUTION STATEMENT A. Approved for public release; distribution is unlimited. 88ABW-2012-5192



1




# Introduction

- Level dependent hearing protectors, capable of attenuating both continuous and impulsive noise, have been designed to reduce the risk of hearing damage while preserving ambient listening capabilities and situational awareness




DISTRIBUTION STATEMENT A. Approved for public release; distribution is unlimited. 88ABW-2012-5192



2




# Methods

- Four commercially available passive level dependent earplugs were assessed for both continuous noise attenuation and impulsive insertion loss performance

| | One Size | Small, Medium, Large | |
|---|---|---|---|
| **Aero EAR Combat Arms Double Ended** |  |  | **Moldex Battleplugs** |
| **Etymotic Research EB15 Flange Tip** |  | | **Surefire Sonic Defenders Plus** |
| | Small, Large | Small, Medium, Large | |

DISTRIBUTION STATEMENT A. Approved for public release; distribution is unlimited. 88ABW-2012-5192

AFRL

3




# Methods
## Continuous



- American National Standard Institute (ANSI) S12.6-2008
  - Methods for Measuring the Real-Ear Attenuation of Hearing Protectors
  - Method A: trained-subject fit

DISTRIBUTION STATEMENT A. Approved for public release; distribution is unlimited. 88ABW-2012-5192



# Methods
## Qualifying Subjects - Continuous





- Continuous noise experiments were conducted at the Air Force Research Laboratory's (AFRL) Acoustics Branch at Wright-Patterson Air Force Base, OH
- AFRL operates an Institutional Review Board (IRB) who reviewed and approved protocol: FWA20070008H
- 20 Volunteer subjects
    - 12 males and 8 females
- Hearing threshold levels
    - 25 dB or less at all octave frequencies 125 – 8000 Hz

DISTRIBUTION STATEMENT A. Approved for public release; distribution is unlimited. 88ABW-2012-5192



 

# Analysis
## ANSI S12.68 - Continuous Noise

- Passive attenuation data were compiled using ANSI/ASA S12.68-2007 Methods of Estimating Effective A-Weighted Sound Pressure Levels When Hearing Protectors are Worn

    — Octave Band Method

    — Noise Level Reduction Statistics for use with A-Weighting (NRSA)

    — Noise Level Reduction Statistic, Graphical (NRSG)





DISTRIBUTION STATEMENT A. Approved for public release; distribution is unlimited. 88ABW-2012-5192

6

# Attenuation Data
## Continuous



DISTRIBUTION STATEMENT A. Approved for public release; distribution is unlimited. 88ABW-2012-5192

7

# Attenuation Data
## Continuous



DISTRIBUTION STATEMENT A. Approved for public release; distribution is unlimited. 88ABW-2012-5192

# Attenuation Data
## Continuous



DISTRIBUTION STATEMENT A. Approved for public release; distribution is unlimited. 88ABW-2012-5192




# Attenuation Data
## Continuous - NRS$_A$

|  |  | 20% | 80% |
|---|---|---|---|
| Combat Arms | Closed | 22.7 | 33.9 |
|  | Open | 7.1 | 14.9 |
| Moldex | Closed | 19.0 | 29.9 |
|  | Open | 9.9 | 19.0 |
| Sonic Defenders | Closed | 22.6 | 28.0 |
|  | Open | 12.0 | 19.6 |
| Etymotic | Off | 17.8 | 32.9 |

DISTRIBUTION STATEMENT A. Approved for public release; distribution is unlimited. 88ABW-2012-5192

# Attenuation Data
## Continuous - NRS$_G$




|  |  | B = Lc - LA | | | |
|---|---|---|---|---|---|
|  |  | -1 | 2 | 6 | 13 |
| Combat Arms (Closed) | 20% | 35.8 | 33.1 | 31.3 | 29.7 |
|  | 80% | 26.8 | 21.9 | 18.8 | 16.5 |
| Combat Arms (Open) | 20% | 18.7 | 11.2 | 6.6 | 2.2 |
|  | 80% | 15.3 | 7.5 | 3.1 | -0.9 |
| Moldex (Closed) | 20% | 29.9 | 30.1 | 29.1 | 27.8 |
|  | 80% | 21.3 | 18.4 | 16.1 | 13.9 |
| Moldex (Open) | 20% | 23.8 | 15.9 | 10.8 | 5.3 |
|  | 80% | 17.6 | 10.1 | 5.2 | 0.3 |
| Sonic Defenders (Closed) | 20% | 29.3 | 27.7 | 26.4 | 25.9 |
|  | 80% | 24.8 | 22.1 | 20 | 17.9 |
| Sonic Defenders (Open) | 20% | 23.5 | 16 | 11.5 | 6.7 |
|  | 80% | 20.2 | 12.7 | 7.8 | 1.7 |
| Etymotic (Off) | 20% | 35.7 | 32.1 | 29 | 26.3 |
|  | 80% | 22 | 17 | 13.7 | 10.7 |

# Methods
## Impulsive





- ANSI S12.42-2010
  - Methods for the Measurement of Insertion Loss of Hearing Protection Devices in Continuous or Impulsive Noise Using Microphone-in-Real-Ear (MIRE) or Acoustic Test Fixture Procedures

DISTRIBUTION STATEMENT A. Approved for public release; distribution is unlimited. 88ABW-2012-5192



12

# Attenuation Data
## Impulsive





Distance variable en fonction de la pression




DISTRIBUTION STATEMENT A. Approved for public release; distribution is unlimited. 88ABW-2012-5192



# Attenuation Data
## Impulsive








**Combat Arms (Closed)**

DISTRIBUTION STATEMENT A. Approved for public release; distribution is unlimited. 88ABW-2012-5192

14

# Attenuation Data
## Impulsive




| Earplug | NRSA (20% - 80%) | IPIL | | | |
|---|---|---|---|---|---|
| | | 150 | 170 | 185 | 195 |
| Combat Arms (Closed) | 22.7-33.9 | 41.3 | 39.6 | 41.1 | 40.6 |
| Combat Arms (Open) | 7.1-14.9 | 24.9 | 32.3 | 37.2 | 40.1 |
| Moldex (Closed) | 19-29.9 | 38.7 | 36.5 | 38 | 39 |
| Moldex (Open) | 9.9-19 | 25.6 | 29.6 | 33.9 | 38.2 |
| Sonic Defenders (Closed) | 22.6-28 | 35.1 | 35.3 | 37.5 | 35.8 |
| Sonic Defenders (Open) | 12-19.6 | 23.3 | 27.5 | 32.1 | 34.7 |
| Etymotic (Off) | 17.8-32.9 | 40.8 | 41.1 | 44.4 | 48.3 |
| Etymotic (Low) | UNABLE TO TEST | 39.4 | 41.7 | 43.8 | 47.1 |
| Etymotic (High) | UNABLE TO TEST | 34.9 | 39.5 | 42.7 | 47.4 |

# Conclusions




- Level dependant hearing protectors offer a unique advantage of preserving situational awareness while continuing to protect users from the damaging effects of both continuous and impulsive noise

- However, all hearing protective devices are not equally effective and full testing should include continuous and impulsive noise attenuation, localization, and auditory detection measurements before such devices are used in military applications

DISTRIBUTION STATEMENT A. Approved for public release; distribution is unlimited. 88ABW-2012-5192




# Acknowledgements

- United States Marine Corps
- Karl Buck, ISL

DISTRIBUTION STATEMENT A. Approved for public release; distribution is unlimited. 88ABW-2012-5192



17




# Questions



Contact Information
richard.mckinley@wpafb.af.mil
hilary.gallagher@wpafb.af.mil
melissa.theis.ctr@wpafb.af.mil
wjm4@cdc.gov

DISTRIBUTION STATEMENT A . Approved for public release; distribution is unlimited. 88ABW-2012-5192



18