# EXHIBIT 67

```
1                   UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF FLORIDA

3                      PENSACOLA DIVISION

4

5    IN RE:  3M COMBAT ARMS         )

     EARPLUG PRODUCTS LIABILITY     )

6    LITIGATION                     )   CASE NO. 3:19md2885

                                    )

7    This document relates to       )   JUDGE M. CASEY RODGERS

                                    ) MAGISTRATE JUDGE GARY JONES

8    All Wave 1 cases

9

                     * * * * * * * * *

10

11

12

13

14

15

16              The remote video deposition of

17              E. SCOTT ELLEDGE, M.D., taken via

18              Zoom videoconference  on the 24th

19              day of June, 2022, commencing

20              at approximately 1:04 p.m. CST.

21

22

23

24

25
```

L. Scott Elledge, M.D.

```
 1                A P P E A R A N C E S

 2   FOR THE PLAINTIFF:

 3            WAGSTAFF & CARTMELL

             4740 Grand Avenue, Suite 300

 4           Kansas City, Missouri  64112

             BY:  Lindsey Scarcello, Esquire

 5                Lscarcello@wcllp.com

 6

     FOR THE DEFENDANTS:

 7

             KIRKLAND & ELLIS

 8           300 North Lasalle Street

             Chicago, Illinois 60654

 9           BY:  Nolan Leuthauser, Esquire

                  Nolan.leuthauser@kirkland.com

10

11

12

13

     VIDEOGRAPHER:  Harris Bitman

14

15

16

17

18

19           LOIS ANNE ROBINSON, RDR

             COURT REPORTER

20

21

22

23

24

25
```

E. Scott Elledge, M.D.

```
 1   tremendous number of people that have had

 2   military service, so I think it's easily 5

 3   percent.

 4   MS. SCARCELLO:

 5   Q        And of that 5 percent, can you estimate

 6   how many are veterans of the wars in the Middle

 7   East?

 8   MR. LEUTHAUSER:

 9            Object to form.  Foundation.

10   A        I have seen a lot of patients that

11   served in these recent Middle Eastern wars.

12   MS. SCARCELLO:

13   Q        So of that 5 percent, can you give me

14   an estimate of how many would have served in the

15   wars in the Middle East?

16   MR. LEUTHAUSER:

17            Object to form.

18   A        It's just not a number I calculate, so

19   I'd just have to -- I don't know what that number

20   would be.

21   MS. SCARCELLO:

22   Q        Okay.  So you don't have any specific

23   records or tracking for military service of your

24   current patient population.  Is that right?

25   MR. LEUTHAUSER:
```

E. Scott Elledge, M.D.

```
 1                    Object to form.

 2    A         I'm aware that a lot of my patients had

 3    military service, and I've taken care of a lot of

 4    people that served in the Middle East.

 5    MS. SCARCELLO:

 6    Q         But you don't specifically have any

 7    data that you track with regard to military

 8    service; is that right?

 9    MR. LEUTHAUSER:

10                    Object to form.  Asked and answered.

11    A         That, along with numerous other

12    variables, we don't track those kind of

13    variables.

14    MS. SCARCELLO:

15    Q         Okay.  Fair enough.

16                    So while you were in the military, did

17    you ever work directly with USA CHPPM, which is

18    U-S-A, C-H-P-P-M, the United States Army Center

19    for Health Promotion and Preventive Medicine.

20    Did you ever work directly with them?

21    A         I was aware of them, but I did not work

22    directly with them.

23    Q         Did you ever work indirectly with them?

24    A         Well, in the sense that they provided

25    regulations for public health for --
```

E. Scott Elledge, M.D.

```
 1   for a specific patient or if they should use an

 2   alternative earplug.  Is that right?

 3   MR. LEUTHAUSER:

 4            Object to form.

 5   A        Yes.  I may have made a

 6   recommendation -- I know I did numerous times --

 7   that the hearing protection needed to be changed

 8   or reevaluated.

 9   MS. SCARCELLO:

10   Q        Okay.  But when -- when you're

11   discussing that, you're not talking about a

12   installation-wide procurement decision.  Is that

13   fair?

14   A        That's right.  I would not procure the

15   earplug for the entire installation.

16   Q        And you wouldn't evaluate what earplugs

17   would be appropriate for the entire installation.

18   Is that right?

19   MR. LEUTHAUSER:

20            Object to form.

21   A        I would evaluate based on individuals

22   that I was seeing for hearing loss.

23   MS. SCARCELLO:

24   Q        Did you ever participate in any testing

25   of any earplugs while you were in the service?
```

E. Scott Elledge, M.D.

```
 1   Q         Okay.  Your supplemental materials

 2   list, which is -- starts on the bottom half of

 3   the first page and continues on to the second

 4   page of your materials considered, this includes

 5   a number of publicly-available documents, such as

 6   hearing conservation regulations from the DOD and

 7   the Army and the Air Force and things like that.

 8   Is that right?

 9   MR. LEUTHAUSER:

10         Object to form.

11   A         Yes.

12   MS. SCARCELLO:

13   Q         And it looks like the earliest

14   regulation included on this list is DOD

15   Instruction 6055.12, which is from 1996.  Is

16   that -- does that sound right to you?

17   A         You're saying that's the earliest one?

18   Q         Yes, sir.

19   A         I've taken a quick glance, but it looks

20   like '96 is the earliest one I've seen.

21   Q         Okay.  And that 1996 instruction would

22   have been implemented after you left the service

23   in '94; right?

24   A         Right.  I left in '94.

25   Q         So while you were in the service, you
```

E. Scott Elledge, M.D.

```
 1   personally would not have been implementing that

 2   DOD Instruction 6055.12 from 1996.  Is that true?

 3   A         We implemented the same principles.

 4   When I reviewed it, I didn't see any significant

 5   changes from what our policy was in 1994.

 6   Q         Fair.  But, as a general -- as a --

 7             Strike that.

 8             The earliest regulation on this list,

 9   which is from 1996, was actually implemented

10   after you left the service.  Is that true?

11   MR. LEUTHAUSER:

12             Objection.

13   A         Yes.

14   MR. LEUTHAUSER:

15             Asked and answered.

16   MS. SCARCELLO:

17   Q         And, so, while you were in the service,

18   you would have not been involved with

19   implementing DODI 6055.12 from 1996 or any of the

20   other post-1994 regulations listed on your

21   materials considered list.  Is that right?

22   MR. LEUTHAUSER:

23             Object to form.  Asked and answered.

24   A         Again, we implemented a virtually

25   identical program.
```

E. Scott Elledge, M.D.

```
 1   about the military's hearing conservation

 2   programs, its requirements, and how it

 3   functioned."

 4           Do you see that?

 5   A       I do.

 6   Q       We discussed this a little bit earlier,

 7   but how did you learn about the military's

 8   Hearing Conservation Program while you were a

 9   staff otolaryngologist at Fort Bragg?

10   A       Let me just read the paragraph.

11   Q       Okay.

12   A       So are you wanting to know why I have

13   familiarity with the Army's Hearing Conservation

14   Program?

15   Q       No.  So I'm just asking how -- how it

16   is that you came to be --

17           Strike that.

18           You state, "In this position I learned

19   a lot about the military's Hearing Conservation

20   Program, its requirements, and how it

21   functioned."  So I'm just asking how you came to

22   learn that information.

23   A       By direct observation of the audiology

24   corpsmen and audiologists that technically worked

25   underneath my department of otolaryngology.
```

E. Scott Elledge, M.D.

```
1    Because, see, in addition to providing healthcare
2    on a daily basis to active duty retirees and
3    dependents in our clinic, we were also
4    responsible for the Hearing Conservation Program.
5              So our audiology techs, while they
6    worked in my office doing audiograms for our
7    regular clinic patients, would time to time, if
8    they go out in the field --
9              In Fort Bragg they would go out to the
10   ranges, out where the soldiers were, and conduct
11   the tests.  So I was aware of their movement in
12   and out of the clinic, what day they were gone
13   and that kind of thing.
14             And then the audiologists would provide
15   oversight for the screening clinics and review
16   the outcomes of those tests, in addition to
17   providing audiological services for our other
18   patients.  So we had frequent dialogues about
19   patients.
20             You couldn't get an appointment with
21   the audiologist and the ENT doctor on the same
22   day.  And, so, many times my audiologists would
23   be seeing a service member that had failed the
24   screening audiogram and had been referred, and to
25   kind of facilitate getting the ball rolling, he
```

E. Scott Elledge, M.D.

1    or she would come over, show me the screening

2    audiograms, and we'd come up with a plan and

3    whether to come see me or give it another month,

4    whatnot.

5         So this was a daily occurrence that we

6    were looking at audiograms together and making

7    treatment decisions if I felt like it was urgent

8    that we work around to get the soldiers in

9    quicker, because I was then responsible for

10   writing a profile if we needed to take the

11   service member off line.

12        So we're -- I was very aware of the

13   whole process from the testing phase to the

14   referring phase and, of course, my -- my role as

15   an otolaryngologist supervising the medical care

16   of a service member that has hearing loss.

17   Q        Sure.

18        So you mentioned testing kind of -- a

19   few times in your answer.  And when you say

20   "testing," are you talking about an air

21   conduction hearing threshold test?

22   MR. LEUTHAUSER:

23        Object to form.

24   A        Yeah.  There's two types of testing.

25   The screening is air conduction done in a -- in

E. Scott Bledsoe, M.D.

```
1    sure there were.  We had forms about everything

2    to read.

3    MS. SCARCELLO:

4    Q        Do you recall any seminar at Fort Bragg

5    where you learned the details of their Hearing

6    Conservation Program?

7    A        I remember learning about it from the

8    physician that I replaced when they exited and

9    learned about it from the staff head of

10   audiology.

11   Q        Okay.  And in the next sentence down in

12   your report, you mentioned that you were familiar

13   with the services and hearing protection devices

14   offered by the hearing conservation clinics and

15   their practice for fitting soldiers with hearing

16   protection devices.  Do you see that?

17   A        I do.

18   Q        Do you recall whether the Army was

19   issuing any dual-function earplugs like the

20   Combat Arms earplug at the time that you were a

21   practicing otolaryngologist at Fort Bragg?

22   MR. LEUTHAUSER:

23            Object to form.  Foundation.

24   A        I don't recall there being a dual

25   function.
```

E. Scott Bledsoe, M.D.

```
1    A          You know, we were using primarily the

2    tri-flange plug, and that would be a constant

3    attenuation plug.

4    MS. SCARCELLO:

5    Q          Okay.  So it's your understanding that

6    soldiers, at the time you were in the service,

7    weren't using any kind of earplug that would

8    purportedly block hazardous noise but preserve

9    the ability to hear nonhazardous sounds?

10   MR. LEUTHAUSER:

11             Object to form.

12   A          Again, my observations are what I saw

13   soldiers wearing, so...

14   MS. SCARCELLO:

15   Q          Right.  So did you see soldiers wearing

16   any kind of earplug that would block hazardous

17   noise while preserving the ability to hear

18   nonhazardous sounds?

19   MR. LEUTHAUSER:

20             Object to form.  Foundation.

21   A          I never saw that type of plug at Fort

22   Bragg.

23   MS. SCARCELLO:

24   Q          Okay.  How did you become aware of the

25   Hearing Conservation Program's fitting practices?
```

E. Scott Billeage, M.D.

```
 1    A           It would come up in conversations with

 2    the audiologists when we had someone with hearing

 3    loss.  We would have a discussion about fitting;

 4    do we think they have the right plug for them,

 5    you know, were they -- was the soldier wearing

 6    it, was it a compliance issue, was it a fit

 7    issue, did a different type need to be tried.

 8              And, again, that would be the

 9    audiologist that would be trying the other types.

10    But we would have discussions about changing or

11    perhaps going to a custom mold.

12    Q           For those soldiers who -- who hadn't

13    experienced some kind of hearing problem and

14    gotten on your radar that way but just in

15    general, were you aware of the fitting procedures

16    for the Hearing Conservation Program at Fort

17    Bragg during your time there?

18    MR. LEUTHAUSER:

19              Object to form.

20    A           Yeah, I was aware of the fitting

21    procedures.

22    MS. SCARCELLO:

23    Q           And how did you become aware of those

24    fitting procedures that were sort of generally

25    applied to the -- to the broader soldier
```

E. Scott Elledge, M.D.

```
1    population at Fort Bragg during your time there?

2    A          From the audiology corpsmen that did

3    the double duty of working in the clinic, taking

4    care of clinic patients, and also going out in

5    the field, I was aware that they did the fitting

6    and the fit testing.

7    Q          Did you ever personally observe those

8    hearing conservation corpsmen performing the

9    fitting and fit testing?

10   MR. LEUTHAUSER:

11              Object to form.

12   A          No.  I did not go out in the field for

13   that.

14   MS. SCARCELLO:

15   Q          Did you ever see the corpsmen doing the

16   fit testing in your office, for example?

17   A          Yeah.  We would sometimes have the

18   audiologists or the corpsmen come in the room if

19   we had a service member that we were concerned

20   about wasn't fitting them properly themselves and

21   kind of do a little in-service right in the

22   office, and I'd watch them do that.

23   Q          Okay.

24   A          Perhaps recommend a different type of

25   plug.
```

E. Scott Elledge, M.D.

```
 1   A          Yeah, I see it.

 2   MS. SCARCELLO:

 3   Q          What specific hearing conservation

 4   procedures were you responsible for administering

 5   during that time?

 6   A          I feel like we just discussed that, but

 7   I was the otolaryngologist that would be

 8   providing medical oversight to soldiers that,

 9   through the Hearing Conservation Program, had

10   been referred out because of a change in their

11   hearing.  So I was aware of the program in that

12   capacity, and we received a lot of patients that

13   way.

14              Then I would work with the audiologists

15   to make sure we felt like we had an accurate test

16   and then provide my medical evaluation.  Because

17   not all of the hearing loss was noise-induced.

18   Sometimes it was a medical problem or an injury

19   like a ruptured eardrum or something that would

20   fall into my hands to manage.

21              But I was very involved with the

22   program because it supplied a lot of patients to

23   us.

24   Q          But in terms of the -- the things that

25   are listed in the DOD instruction and the
```

E. Scott Elledge, M.D.

```
 1   Department of the Army pamphlet with respect to

 2   the specifics of the Hearing Conservation

 3   Program -- for example, annual fittings, annual

 4   earplug training, things like that -- that wasn't

 5   what you were responsible for handling during

 6   your time at Fort Bragg; is that right?

 7   MR. LEUTHAUSER:

 8           Object to form.

 9   A       Correct.  I was -- I was the

10   otolaryngologist, and I was responsible for the

11   medical phase -- medical evaluation and treatment

12   phase of the Hearing Conservation Program.

13   MS. SCARCELLO:

14   Q       Further down in the same paragraph you

15   discuss treating soldiers who were returning from

16   Operation Desert Storm, and you state "treating

17   these soldiers required obtaining a detailed

18   history, including their noise exposures while

19   deployed, and the hearing protection they

20   utilized, and therefore provided me with a

21   tremendous understanding of how the military

22   Hearing Conservation Program was implemented in

23   the field."

24           Do you see that?

25   A       I do.
```

```
 1    MR. LEUTHAUSER:

 2           Object to form.

 3    A        Well, there would be a medical record

 4    that I could review as to when they presented

 5    with their ear hearing injury, what treatments

 6    were rendered in the field and what other

 7    assessments they had had on the way back from

 8    Desert Storm.  So there would be a medical record

 9    that I could review.

10    MS. SCARCELLO:

11    Q        Did you do any kind of formal

12    statistical analysis of patient outcomes

13    considering whether or what kind of hearing

14    protection they used while deployed?

15    A        I did not do anything -- no formal.

16    Q        In the next sentence you say, "In my

17    experience, soldiers at this time very rarely

18    wore hearing protection while deployed and almost

19    never wore hearing protection when in combat or

20    situations where maintaining situational

21    awareness was essential."

22           Do you see that?

23    A        I do.

24    Q        And this statement is also focused on

25    your personal experience, which would have
```

E. Scott Elledge, M.D.

1    involved treating soldiers at Fort Bragg from '91

2    to '94.  Is that right?

3    MR. LEUTHAUSER:

4              Object to form.

5    A         Yeah.  That was an observation I made

6    after interviewing numerous returning soldiers

7    and obtaining their history.

8    MS. SCARCELLO:

9    Q         And you don't know whether the

10   prevalence of earplug use changed after you left

11   the service; right?

12   MR. LEUTHAUSER:

13             Object to form.

14   A         No.  I don't know what happened after I

15   left.

16   MS. SCARCELLO:

17   Q         And the last sentence of this second

18   paragraph, it says "since my time in the

19   military, I have continued to stay informed of

20   the changes and updates that have occurred in the

21   military Hearing Conservation Program."

22             Do you see that?

23   A         I do.

24   Q         What specifically have you done to stay

25   informed of changes and updates to military

E. Scott Bledsoe, M.D.

```
 1   protection, and that is mentioned in several of

 2   these depositions, that the military does test

 3   them.  I remember reading that.

 4   MS. SCARCELLO:

 5   Q        Okay.  But then when you and I have

 6   been talking in your deposition, you said that

 7   every piece of equipment that the Army provides a

 8   soldier has been tested by the military.  Is that

 9   your opinion?

10   MR. LEUTHAUSER:

11            Object to form.

12   A        Yes, that's my opinion.

13   MS. SCARCELLO:

14   Q        Okay.  And what is the basis for that

15   opinion, aside from what you heard while you were

16   in the service?

17   MR. LEUTHAUSER:

18            Object to form.

19   A        Well, I think that should count for a

20   lot.  I was in for nine years.

21   MS. SCARCELLO:

22   Q        Well, certainly.  Your service counts.

23   There's no question.  But I'm asking aside from

24   the anecdotal information that you heard while

25   you were in the service, is there any study or
```

E. Scott Elledge, M.D.

```
 1    example of the training required.

 2    Q        Okay.  In the next paragraph at the

 3    beginning, you reference the 1996 version of the

 4    DOD instruction and you state that it was in

 5    effect from approximately 1996 to 2004.  Is that

 6    right?

 7    A        That's right.

 8    Q        And then there's a footnote at the

 9    bottom of the page, and that reads "the 2004 and

10    2010 DOD also contain substantially similar

11    requirements."

12             Do you see that?

13    A        I do see that.

14    Q        What would you consider the most

15    significant differences between the 1996 and the

16    2004 version of DOD Instruction 6055.12?

17    MR. LEUTHAUSER:

18             Object to form.

19    A        Let me just read the paragraph to

20    refresh my memory.

21             Yeah, I don't -- I don't think there's

22    any substantive differences between the '96 and

23    the other versions in terms of this particular

24    commentary about the plugs.

25    MS. SCARCELLO:
```

E. Scott Bledsoe, M.D.

```
1    Q        When you say "this particular

2    commentary about the plugs," what do you mean?

3    A        What's in the paragraph.

4    Q        Okay.  So -- so I'm just asking kind of

5    more broadly, not necessarily married to the --

6    the paragraph.  I'm just kind of asking what your

7    opinion is overall as an expert who's been hired

8    to review and analyze the strengths and

9    weaknesses of the Army's Hearing Conservation

10   Program.

11            So, with all that in mind, what would

12   you consider the most significant differences

13   between the 1996 and the 2004 versions of the DOD

14   Instruction 6055.12?

15   MR. LEUTHAUSER:

16            Object to form.

17   A        I believe everything in this paragraph

18   stays about the same, while they're acknowledging

19   that hearing protection is considered to be an

20   interim protective measure while engineering

21   control measures are being explored and only

22   become permanent measure if the engineering

23   controls are not feasible.

24            It also states that soldiers can choose

25   their personal hearing protection from devices
```

E. Scott Bledsoe, M.D.

1    approved by the military.

2    MS. SCARCELLO:

3    Q        So aside from those two parts of the

4    regulation, which it sounds like stayed the same

5    from 1996 to 2004, which part would you say was

6    the most significant difference between '96 and

7    2004?

8    A        It's not in this paragraph, but we talk

9    about it later, is they had permission to remove

10   their ear protection when dismounting.  In '04,

11   because of the experience with IEDs, they

12   recommended hearing protection remain in place

13   even when dismounted.

14   MR. LEUTHAUSER:

15           Sorry.  Object to form on that last

16   one.  Sorry.

17   MS. SCARCELLO:

18   Q        Okay.  Anything else that you can think

19   of that you would consider a significant change

20   between '96 and 2004 version of the DOD

21   Instruction 6055.12?

22   A        No.

23   MR. LEUTHAUSER:

24           Object to form.

25   MS. SCARCELLO:

E. Scott Elledge, M.D.

```
1    military, starting in 1991, what was your title?

2    A        I was a staff otolaryngologist at

3    Womack Army Medical Center.

4    Q        And what were your responsibilities in

5    that position?

6    A        I would take care of active duty

7    soldiers, their dependents, and retirees for ear,

8    nose, and throat medical issues, and that

9    involved medical care as well as surgical care.

10   Q        And during that time, was your main

11   priority the active duty soldiers?

12   A        Yes.  They had priority for access to

13   our clinic.

14   Q        Okay.  During this time, how often did

15   you interact with the Hearing Conservation

16   Program?

17   A        Essentially, on a daily basis I would

18   have meetings with my head audiologist.

19   Q        And what kind of interactions would

20   these be?

21   A        Everything from going over individual

22   soldiers' audiograms to she would give me

23   follow-ups on how their screening programs were

24   going and --

25            Because the screening programs had an
```

E. Scott Billedge, M.D.

```
 1    impact on our personnel in our clinic, and it was

 2    always a constant struggle to have enough staff

 3    at both places.

 4    Q        Did the Hearing Conservation Program

 5    audiologists refer patients to you?

 6    A        They did.

 7    Q        And under what circumstances would they

 8    refer a patient to you?

 9    A        When there was a significant threshold

10    shift on the screening audiograms, they would be

11    referred.

12    Q        Okay.  And before you provided them

13    with care -- the patient with care, would you

14    kind of discuss anything with the Hearing

15    Conservation Program personnel about that

16    patient?

17    A        I would.  I'd ask about the testing

18    techniques and making sure the systems have

19    been -- calibrations were up to date.  And the

20    techs would usually be on top of those kind of

21    things and report back.

22    Q        Did you essentially view your position

23    in the military as the medical branch of the

24    Hearing Conservation Program?

25    A        I did.
```

E. Scott Blledge, M.D.

```
 1    Q         Okay.  So when you were referred a

 2    patient from the Hearing Conservation Program

 3    audiologists, once that patient was referred to

 4    you, what would you do?

 5    A         We would have the audiomatric -- I'm

 6    sorry -- audiometric data available that I could

 7    already review and have an idea of what was going

 8    on, and I would take an extensive history from

 9    the patient about his noise exposures, both

10    military and nonmilitary, ask about his hearing

11    protection and ask about what noise sources he'd

12    been around and perform a physical exam.

13    Q         Okay.  In order to understand the

14    patient's needs, would you have to have a good

15    understanding of the Hearing Conservation

16    Program?

17    MS. SCARCELLO:

18              Object to form.

19    A         Yes, I did need to have a good

20    understanding of the program.

21    MR. LEUTHAUSER:

22    Q         Why?

23    A         Well, I need to understand how the

24    screening went and was it effective and were we

25    catching people accurately and early enough to
```

E. Scott Elledge, M.D.

```
 1    impact saving their hearing.

 2    Q         And when you saw a patient that was

 3    referred to you, would you review their medical

 4    history?

 5    A         Yes, I would.

 6    Q         And would part of that review involve

 7    reviewing their audiograms that had been

 8    conducted in the military to date?

 9    A         Yes, I would.

10    Q         Okay.  And how often did you review

11    military audiograms for patients that you were

12    seeing?

13    A         Every day.

14    Q         Okay.  And, through that experience,

15    did you gain a knowledge of how the testing was

16    conducted and what information was important in

17    those audiograms?

18    A         Yes, I did.

19    Q         Okay.  Can you explain that to the

20    jury?

21    A         So the screening audiogram does air

22    conduction testing, but what's important is the

23    trend line, how the tones are -- if they're

24    changing or not.  If they're remaining stable,

25    well, all is good, but if there's a significant
```

E. Scott Bledsoe, M.D.

1    change, then we get alerted that he needs to be

2    referred or have a further workup.

3    Q        Would you talk to patients about which

4    hearing protection device they were using?

5    A        I would.

6    Q        Okay.  And would you also talk to the

7    audiology staff to determine what potential

8    hearing protection devices an individual could

9    use?

10   A        I would.  I would ask them questions.

11   If I had concern that the current protection

12   wasn't adequate, we might refer to audiology for

13   a custom mold.

14   Q        If a soldier had noise-induced hearing

15   loss, what would you suggest for them or what

16   would their care look like?

17   A        Part of their care would be, A, close

18   follow-up and monitoring and closer monitoring

19   than the normal situation of just an annual

20   hearing test.  On average, follow-up audiogram in

21   a month.

22            It also might involve putting them on a

23   profile, which is essentially limiting their

24   training time around noise to minimize their risk

25   until we determined if the hearing loss is just

E. Scott Elledge, M.D.

```
 1   temporary or if it's changing permanently.
 2   Q        And in the audiograms that you
 3   reviewed, was it important that they accurately
 4   reflect whether or not a patient had reported
 5   tinnitus?
 6   A        Yes, it is.
 7   Q        Why?
 8   A        It's -- tinnitus is important to know
 9   about because we want to try to help them out
10   with that process, and it -- it can be one of the
11   side effects of the noise-induced hearing loss.
12   Q        If -- if a soldier had noise-induced
13   hearing loss, would there be different things
14   that you might suggest in order to reduce further
15   harm?
16   A        Yes.  More time away from noise inputs
17   and confirm that we have maximum hearing
18   protection best techniques.
19   Q        Are you -- are you a part of any
20   military otolaryngology societies?
21   A        Yes.  We have a society of military
22   otolaryngologists.  We usually meet whenever at
23   our national and team meetings, and these are
24   current and former military otolaryngologists.
25   It's a good chance to get reacquainted with the
```

E. Scott Elledge, M.D.

```
 1   people you trained with or the people that

 2   trained you.

 3   Q        And I know this might be limited by the

 4   recent COVID pandemic, but do you typically kind

 5   of have programming related to those meetings

 6   when you meet with the military otolaryngology

 7   society?

 8   A        Yeah.  Typically we'll let one of the

 9   chiefs at one of the training programs, either

10   Air Force, Navy, or Army, kind of get an update

11   on how the training's going, what's going on with

12   their program.

13   Q        You -- you discuss in your report the

14   fact that the military prioritized mission

15   accomplishment and medical readiness over hearing

16   conservation.  Do you recall that, Dr. Elledge?

17   A        Yes.

18   Q        When you were chief otolaryngologist,

19   did you become familiar with the H1, H2, H3

20   statuses?

21   A        Yes, I did.

22   Q        Okay.  Could you describe what those

23   are for the jury?

24   A        It's a profile.  As you go up in

25   number, then there's more severe hearing loss
```

E. Scott Elledge, M.D.

```
  1                C E R T I F I C A T E

  2

  3           I do hereby certify that the above and

  4   foregoing transcript of proceedings in the matter

  5   aforementioned was taken down by me in machine

  6   shorthand, and the questions and answers thereto

  7   were reduced to writing under my personal

  8   supervision, and that the foregoing represents a

  9   true and correct transcript of the proceedings

 10   given by said witness upon said hearing.

 11           I further certify that I am neither of

 12   counsel nor of kin to the parties to the action,

 13   nor am I in anywise interested in the result of

 14   said cause.

 15

 16

 17

 18                /s:// Lois Anne Robinson

                  LOIS ANNE ROBINSON, RPR, RMR

 19               REGISTERED DIPLOMATE REPORTER

                  CERTIFIED REALTIME REPORTER

 20

 21

 22

 23

 24

 25
```