# EXHIBIT 69

```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF FLORIDA
 2                   PENSACOLA DIVISION
              CASE NO. 3:19-md-2885-MCR-GRJ
 3

 4   IN RE:   3M COMBAT ARMS             :
     EARPLUG PRODUCTS LIABILITY          :
 5   LITIGATION                          :
                                         :
 6                                       :
     This Document Relates to:           :
 7   All Wave 1 Cases                    :
                                         :
 8                                       :
 9
10
11
12              Remote deposition of DENNIS
13   DRISCOLL taken in the above-entitled matter
14   before Suzanne J. Stotz, a Certified Shorthand
15   Reporter (License No. 11942), Certified
16   Realtime Reporter, Registered Professional
17   Reporter, and Notary Public of the State of
18   Colorado, on Wednesday, June 15, 2022,
19   commencing at 10:06 a.m. MDT.
20
21
22
23
24
25
```

```
 1   A P P E A R A N C E S:
 2
 3   FOR THE PLAINTIFF:
 4        (Via Videoconference)
          QUINN EMANUEL URQUHART & SULLIVAN, LLP
 5            1109 First Avenue, Suite 210
              Seattle, Washington 98101
 6            (206) 905-7004
              matthosen@quinnemanuel.com
 7       BY:  Matthew Hosen, Esq.
 8            - and -
 9        (Via Videoconference)
          QUINN EMANUEL URQUHART & SULLIVAN, LLP
10            865 S. Figueroa St., 10th Floor
              Los Angeles, California 90017
11            (213) 443-3084
              adamwolfson@quinnemanuel.com
12       BY:  Adam B. Wolfson, Esq.
13            - and -
14        (Via Videoconference)
          AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
15            17 East Main Street Suite 200
              Pensacola, Florida 32502
16            (850) 202-1010
              DThornburgh@awkolaw.com
17       BY:  Daniel Thornburgh, Esq.
18
19   FOR THE DEFENDANT AND THE WITNESS:
20        (Via Videoconference)
          DECHERT, LLP
21            35 West Wacker Drive, Suite 3400
              Chicago, Illinois 60601
22            (312) 646-5823
              christopher.burrichter@dechert.com
23       BY:  Christopher Burrichter, Esq.
24            - and -
25
```

```
 1   A P P E A R A N C E S (Continued):
 2
 3         (Via Videoconference)
           KIRKLAND & ELLIS, LLP
 4              300 North LaSalle
                Chicago, Illinois 60654
 5              (312) 862-3986
                simon.gottlieb@kirkland.com
 6         BY:  Simon Gottlieb, Esq.
 7
 8
 9
     ALSO PRESENT:
10
           Jim Lopez, Videographer
11
           Evan Wolfe, Trial Technician
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1  that up.
2      Q.    Mr. Driscoll -- Mr. Driscoll, what
3  page is that on because your report doesn't go
4  up to page 33?
5      A.    It's on the last page of references
6  to my report, not --
7      Q.    Oh, I'm sorry.  In the -- in the --
8  in the references at the end, okay.
9      A.    Yes.
10     Q.    All right.  Thank you.
11           Do you remember earlier counsel
12  asked you about how you assessed -- how you
13  assessed which literature and articles to cite
14  to in your report?
15     A.    Yes.
16     Q.    Mr. Driscoll, could you please
17  briefly explain how you analyzed and assessed
18  which literature and articles to cite to in
19  your report for noise measurements and data?
20     A.    Sure.  You know, I did a lot of
21  research with regard to noise levels for
22  different types of sources, some nonmilitary
23  occupations.
24           And when I collected a lot of this
25  research, I would review the document based on

1  was it a peer-reviewed journal or textbook; is
2  it conducted in a standard protocol acceptable
3  for measuring noise levels and reporting them
4  or noise exposures.
5              I'd look at the instrumentation
6  that was used.  Was it acceptable based on ANSI
7  standard Type 2 instrument, and then how the
8  instruments were employed and what metrics they
9  were reporting.
10             So essentially, I'm combining those
11 documents that I've read and accepted with my
12 40 years of experience in measuring noise and
13 analyzing data to present the appropriate
14 information in my report, which is how I did
15 that.
16             I didn't use every reference I
17 collected because some of them didn't have the
18 protocol that was explained well enough to be
19 what I would consider acceptable and beyond
20 question.
21             So I think the ones that are in my
22 report are what any researcher might find and
23 use using the same methodology I used.
24      Q.    Is that methodology consistent with
25 how you assess the accuracy of noise data

```
 1                REPORTER'S CERTIFICATE
 2   STATE OF COLORADO              )
                                    ) ss.
 3   COUNTY OF DOUGLAS              )
 4            I, SUZANNE STOTZ, do hereby certify
 5   that I am a Certified Shorthand Reporter, a
 6   Registered Professional Reporter, and a Notary
 7   Public within the State of Colorado; that
 8   previous to the commencement of the
 9   examination, the deponent was duly sworn by me.
10            I further certify that this
11   deposition was taken in machine shorthand by me
12   at the time and place herein set forth, that it
13   was thereafter reduced to typewritten form, and
14   that the foregoing constitutes a true and
15   correct transcript of the proceedings had.
16            I further certify that I am not
17   employed by, related to, nor of counsel for any
18   of the parties herein, nor otherwise interested
19   in the result of the within litigation.
20            In witness whereof, I have affixed my
21   signature this 16th day of June, 2021.
22   _____
23        Suzanne J. Stotz, CRR, RPR
24        My commission expires:  July 10, 2023
25        Notary ID:  20194025684
```