# Exhibit
# 5



**Q2 2022 Earnings Call Transcript**
**Michael Roman, Monish Patolawala, and Kevin Rhodes**
**July 26, 2022**

**Slide 1, Cover page**
**Bruce Jermeland, Senior Vice President, Investor Relations**

Thank you and good morning, everyone and welcome to our second-quarter earnings conference call.

With me today are Mike Roman, 3M's chairman and chief executive officer, Monish Patolawala, our chief financial and transformation officer, and Kevin Rhodes our chief legal affairs officer. Please note that Mike's and Monish's formal comments this morning will be longer than past quarters given the announcements that we made this morning. Therefore, when we get to Q&A, please keep it to one question and one follow-up so that we can try and get to everyone as efficiently as possible.

Also note that today's earnings release and slide presentation accompanying this call are posted on the home page of our investor relations website at 3M.com.

Please turn to slide two.

**Slide 2, Forward looking statement**
**Bruce Jermeland**

Please take a moment to read the forward-looking statement. During today's conference call, we will be making certain predictive statements that reflect our current views about 3M's future performance and financial results. These statements are based on certain assumptions and expectations of future events that are subject to risks and uncertainties. Item 1A of our most recent Form 10-K and 8-K lists some of the most important risk factors that could cause actual results to differ from our predictions.

Please note, throughout today's presentation we will be making references to certain non-GAAP financial measures. Reconciliations of the non-GAAP measures can be found in the appendix to these slides and in the attachments to today's press release.

With that, please turn to slide three and I will now hand the call off to Mike.

Mike.

**Slide 3, 3M is taking significant actions to benefit stakeholders**
**Mike Roman, Chairman and Chief Executive Officer**

Thank you, Bruce. Good morning, everyone, and thank you for joining us.

Today is an exciting and important day for 3M. We are positioning our company for future success by creating more opportunity while reducing uncertainty.

We plan to spin off our Health Care Business, which will result in two world-class public companies that are global leaders with significant growth opportunities in their respective markets. We intend to execute a tax-free spin-off, creating a global diversified health care technology leader. New 3M will remain a leading global material science innovator, serving customers across a range of diverse and attractive end markets. Each company will be well capitalized, more agile and focused, and well positioned for long-term success.

Yes, Steve, there's certainly -- there are process steps that we will go through as we file today for the Aearo Technologies. And so there are – we have to work through each of those steps. So there's always decisions that are made along the way. So I think that's part of gaining certainty as we go, and we'll keep everybody updated. I don't -- Kevin, do you want to make any comments specifically?

**Kevin Rhodes**

Yes. Certainly, while most Chapter 11 proceedings are contested, Stephen, we've -- we're prepared to move forward, and we believe the applicable law supports our position as we move forward into this process. And the goal, again, is to remove uncertainty to set up a more efficient and equitable process for establishing a fund to compensate claimants who are entitled to compensation as opposed to the process of continuing to litigate on a claim-by-claim basis.

**Charles Stephen Tusa - JPMorgan Chase & Co, Research Division - MD**

Got it. Helpful. And then just one quick follow-up on how you're kind of preparing for a potential pullback in demand, more broadly. When you look at what happened in COVID, all you guys took a lot of temporary cost out, able to defend the margins pretty nicely. What are kind of the contingencies this time around? Did the things -- are things going to be a little bit different? Or should we look at COVID as kind of like the same playbook if we do see a significant macro pullback in the next couple of quarters?

**Mike Roman**

Yes, Steve. I think, as you've seen, we manage into recessions and through any kind of slowdowns with a broad-based approach. And we'll do what's needed given the economic conditions. As I said, we're watching how each of the market demand areas are developing, how the overall macro is developing, what's going on, on the global economic outlook. And we'll take actions as required, and it will be in what we do in our factories and how we manage our commercial businesses and how we operate the company. So we'll keep you updated as we get a better view.

**Nigel Edward Coe - Wolfe Research, LLC - MD & Senior Research Analyst**

Just wanted to go back to the bankruptcy filing. So when you put Aearo into Chapter 11, do you move EBITDA in that business? How does that work?

**Monish Patolawala**

Yes, Nigel. Depending on how the bankruptcy proceeding goes, the plan will be to deconsolidate that entity. But the overall revenue and earnings are immaterial in the grand scheme of things.

**Nigel Edward Coe - Wolfe Research, LLC - MD & Senior Research Analyst**

Okay. Okay. We'll move off-line there. And then is the -- I mean there is controversy around the structure and those appeals and the congressional bickering about it. But how contingent is the Health Care separation on a successful filing for Aearo? I mean is one contingent on the other? So can you still go ahead and separate Health Care even if the filing for Aearo is unresolved?

**Mike Roman**

15

Yes. Nigel. We did announce both actions today. They're really the result of separate kind of strategies and decisions. The Health Care spin was based on, as you know, we actively manage our portfolio. We look at, broadly, where to invest in our portfolio, where acquisitions make sense and how do we get the most value out of it. And that's what was behind the decision to ultimately spin the Health Care.

We've invested in strategies to create a stronger Health Care company. It's well positioned to succeed and have a great future as a stand-alone company. And that really drove that decision. The decision to really take the steps related to Combat Arms litigation came out of really, first and foremost, the result of the bellwether trial. They were highly variable. We believe it would take years to litigate those claims.

And so given a choice between a costly litigation process and a better, fair, more efficient resolution, that's what drove the decision to step into the new actions that we're taking. So they were -- they happened to be announced in the same day, but they're really based on separate strategies, and both really helping to set us up for, I think, well positioned for, as we said at the top, greater opportunity with the spin and more certainty with the actions we're taking related to Combat Arms.

**Nigel Edward Coe - Wolfe Research, LLC - MD & Senior Research Analyst**

And then if I can just follow up. We get a lot of questions from investors around, obviously, the $1 billion is what you put in initially. But obviously, the plaintiffs will be at a much, much higher level. So assuming the structure is approved. How does that gap get bridged between the $1 billion you're putting in and obviously, the plaintiffs that are at a much, much higher level? How does that get resolved?

**Mike Roman**

Well, based on what we're doing, there will be a separate process. There will be a different process. Kevin can talk about how that proceeds, but there will be -- in the court that takes responsibility for these proceedings, they will oversee a process there that -- we believe that, as I said, we're committed to a fund that was based on, we think, appropriate analysis from an expert outside firm. But Kevin can talk about the steps of that process and how that resolves.

**Kevin Rhodes**

Yes. As part of the Chapter 11 proceeding, there will be a claims estimation process where the court oversees that process. And we believe that the $1 billion that we have committed based on the external analysis is sufficient to fund a trust for those claimants who are entitled to compensation.

The proceedings will be the subject of expert reports overseen by the court. The claimants will be represented as well, and we believe this is a number that is required, the funding agreement. If necessary, 3M is prepared to provide additional funding to resolve this matter at the end of the process.

**Joseph Alfred Ritchie - Goldman Sachs Group, Inc., Research Division - VP & Lead Multi-Industry Analyst**

Congrats on both announcements. My question is for Kevin, actually, because this is all fairly new to us. I'm just curious. Like is there some kind of likelihood that the plaintiffs will come back and want their lawsuits to be heard outside of bankruptcy court?

**Kevin Rhodes**

So once the Chapter 11 filing is made, there's an automatic stay as to the debtor entity, which, in this case, is Aearo Technologies. We are also asking for that automatic stay to be extended to 3M. We are funding, according to the