# United States District Court
## CIVIL MINUTES - GENERAL

In Re: **3M Combat Arms Earplug Products Liability Litigation**

Date: **August 11, 2022**
Case No.: **3:19md2885**

**This Document Relates to All Cases**

**Judge M. Casey Rodgers**
**Magistrate Judge Gary R. Jones**

**DOCKET ENTRY: MOTION Hearing**

Court and counsel discuss Plaintiff Valle (doc. 3358), and Plaintiff Cupit's (doc. 3361), Emergency Motion for Preliminary Injunction Against Defendant 3M Company. Attendance of counsel in person.

**PRESENT:**

| Honorable **M. Casey Rodgers** United States District Judge | Jake Barnes & Faith Stachulski Law Clerk | Barbara Rogers Deputy Clerk | Donna Boland Court Reporter |

**APPEARANCES:**

**Lead Counsel for Plaintiff:** Ashley Keller, Ashley Barriere, Adam Wolfson, and Bryan Aylstock

**Lead Counsel for Defendants 3M Co.:** Charles Beall and Jessica Lauria

**PROCEEDINGS:**

| | |
|---|---|
| 10:05 am | Court in Session - Introduction of Counsel |
| 10:06 | Ashley Keller argues on behalf of Plaintiff Richard Valle |
| 10:24 | Jessica Lauria argues on behalf of 3M |
| 10:53 | Reply by Mr. Keller |
| 10:57 | Adam Wolfson argues on behalf Plaintiff Guy Cupit |
| 11:11 | Charles Beall argues on behalf of 3M |
| 11:34 | Reply by Mr. Wolfson |
| 11:39 | Reply by Mr. Beall |
| 11:41 | Bryan Aylstock argues on behalf of Plaintiffs |
| 11:44 | Reply by Ms. Lauria |
| 11:45 | Reply by Mr. Beall |
| 11:46 am | Court in Recess |