UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DEVISION

IN RE: 3M COMBAT ARMS            )
EARPLUG PRODUCTS                 )      CASE NO. 3:19-MD-2885
LIABILITY LITIGATION             )

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Comes now William Reeves (Rip) Andrews, who moves this Honorable Court pursuant to Local Rule 11.1(C) and to Pretrial Order No. 3, for leave to appear pro hac vice to represent the plaintiff, Tema Woods.

1. The movant resides in Mountain Brook, Alabama, and has been, and presently is, a member in good standing of the Alabama State Bar since 2007. A certificate of good standing is attached.

2. The movant regularly practices law in the State of Alabama, and his law office is in the State of Alabama.

3. The movant has been admitted to practice and is in good standing in the following additional courts: the Eleventh Circuit Court of Appeals, and the U.S. District Courts for the Northern, Middle, and Southern Districts of Alabama.

4. The movant is presently not subject to any disbarment, suspension, or disciplinary proceedings in any court or jurisdiction. The movant has never been subject to any disbarment, suspension, or disciplinary proceedings in any court or jurisdiction. The movant never has had any certificate or privilege to appear and practice before any court or administrative body suspended or revoked. The movant

-1-

has never terminated or attempted to terminate his office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings, either by resignation, withdrawal, or otherwise.

5. The movant is currently admitted *pro hac vice* in the Northern District of Florida, Pensacola Division in the following case: *Jeffrey David Ingram v. Andritz, Inc.*, 3:21 CV 778-TKW-ZCB.

6. The movant certifies that he is familiar with the CM/ECF e-filing system, and that he has reviewed the online CM/ECF Attorney User Guide and the local rules of court. The movant has also successfully completed the Attorney Admission Tutorial. The confirmation number is FLND16215367624439.

7. The movant agrees to comply with the provisions of the Rules of Professional Conduct that are part of the Rules Regulating The Florida Bar. The movant consents to the jurisdiction of the courts and the disciplinary boards of the State of Florida.

8. The movant has paid the pro hac vice fee. The movant will maintain an upgraded PACER account.

9. The movant respectfully requests to be admitted to practice in this Court for this cause only.

                                                     */s/ William "Rip" Andrews*
                                                     Wm. Rip Andrews
                                                     Ala. State Bar No. 8868L52A

MARSH, RICKARD & BRYAN P.C.
800 Shades Creek Parkway; Suite 600-D
Birmingham, Alabama 35209
(205)879-1981 phone
(205)879-1986 fax
ripandrews@mrblaw.com

Certificate of Filing and Service

On August 16, 2022, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ William "Rip" Andrews*
Wm. Rip Andrews

# Alabama State Bar

415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101



STATE OF ALABAMA

COUNTY OF MONTGOMERY

I, Terri B. Lovell, Secretary of the Alabama State Bar and custodian of its records, hereby certify that William Reeves Andrews has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that William Reeves Andrews was admitted to the Alabama State Bar September 28, 2007.

I further certify that the said William Reeves Andrews is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2022.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 12th day of August, 2022.

Terri B. Lovell, Secretary

