UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) Case No. 3:19md2885 ) ) ) ) Judge M. Casey Rodgers |
| This Document Relates to All Cases | ) ) Magistrate Judge Gary R. Jones ) ) ) |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3 (ECF No. 4), and Local Rule 11.1 of the United States District Court for the Northern District of Florida, Forrest Page Gamble ("Movant") of Clark, James, Hanlin & Hunt, LLC, 17 20th Street North, Birmingham, AL 35203, respectfully moves for admission *pro hac vice* to appear as counsel. In support of this motion Movant states:

1. Movant resides in the state of Alabama and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice and is a member in good standing of the Alabama State Bar.

4. A copy of a Letter of Good Standing from the Supreme Court of Alabama, dated within 30 days of this motion, is attached as **Exhibit A**.

5.  Movant certifies that he has successfully completed both the online Local Rules tutorial exam (confirmation number FLND16536019526282) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

6.  Movant has remitted simultaneously with the filing of the motion the Court's $208.00 *pro hac vice* admission fee.

7.  Movant has an updated PACER "NextGen" account.

8.  Movant will be representing Plaintiff, Howard L. Merritt, in Case No. 3:22-cv-16526 and Walter B. Leonard, Jr. in Case No. 3:22-cv-16554.

9.  Upon admission, Forrest Page Gamble respectfully requests that he be provided Notice of Electronic Filings to the following email address: pgamble@clarkandjames.com.

WHEREFORE, Forrest Page Gamble respectfully requests that this Court enter an order granting his motion to appear *pro hac vice* and directing the clerk to provide Notice of Electronic Filings to the undersigned.

DATED: August 16, 2022

By: */s/ Forrest Page Gamble*
**Clark James Hanlin & Hunts, LLC**
17 Twentieth Street North
Suite 600
Birmingham, AL  35203
Ph (205) 397-6403