**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Wave Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**CASE MANAGEMENT ORDER NO. 50**
**(Amended Discovery & Wave Schedule)**

The Court hereby extends the current stay of Wave deposition and other discovery deadlines for an additional seven days during which time the undersigned will discuss with the parties the longer jointly proposed extension currently under consideration.

**DONE and ORDERED** on this 17th day of August, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**