UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | ) Case No. 3:19-md-02885-MCR-GRJ<br>)<br>)<br>) Judge M. Casey Rodgers<br>) Magistrate Judge Gary R. Jones<br>)<br>)<br>) |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3 (ECF No. 4), and Local Rule 11.1 of the United States District Court for the Northern District of Florida, Matthew Dunn ("Movant") of Swartz & Swartz, P.C., 10 Marshall Street, Boston, MA 02108, respectfully moves for admissions *pro hac vice* to appear as counsel. In support of this motion Movant states:

1. Movant resides in the state of Massachusetts and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice and is a member in good standing of the Massachusetts State Bar.

4. A copy of a Certificate of Admission and Good Standing from the Massachusetts Supreme Judicial Court, dated within 30 days of this motion is attached as Exhibit A.

5. Movant certifies that he has successfully completed both the online and Local Rules tutorial exam (confirmation number **FLND16603278726561**) and the CM/ECF Online Tutorials, as require by Local Rule 11.1.

6. Movant has remitted simultaneously with the filing of the motion the Court's $208.00 *pro hac vice* admission fee.

7. Movant has an updated PACER "NextGen" account.

8. Movant will be representing Plaintiff, Ryan Stryker, in Case No. 7:21-cv-47871.

9. Upon admission, Matthew Dunn respectfully requests that he be provided Notice of Electronic Filings to the following emails address: mdunn@swartzlaw.com.

WHEREFORE, Matthew Dunn respectfully requests that this Court enter an order granting his motion to appear *pro hac vice* and directing the clerk to provide Notice of Electronic Filings to the undersigned.

           The Plaintiffs,
           By Their Attorneys,

           ___*/s/ Matthew S. Dunn*_____
           Matthew S. Dunn, Esq.
           BBO#: 686047
           Swartz & Swartz, P.C.
           10 Marshall Street
           Boston, MA 02108
           (617) 742-1900

Dated: August 17, 2022