UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF CHANGE OF ADDRESS FOR GERALD SINGLETON

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Singleton Schreiber, LLP, counsel of record for the Plaintiffs identified on Exhibit A, has relocated its San Diego office. The new address is as follows:

>Gerald Singleton (Pro Hac Vice)
>**Singleton Schreiber, LLP**
>591 Camino de la Reina, Suite 1025
>San Diego, California 92108
>T: (619) 771-3473
>gsingleton@singletonschreiber.com

1

Counsel has updated his address in CM/ECF to reflect the same. Counsel requests that the Court and all counsel update their records to reflect this change.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 19, 2022 | /s/ Gerald Singleton |
|  | Gerald Singleton (Pro Hac Vice) |
|  | **Singleton Schreiber, LLP** |
|  | 591 Camino de la Reina, Suite 1025 |
|  | San Diego, California 92108 |
|  | T: (619) 771-3473 |
|  | gsingleton@singletonschreiber.com |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served via the Court's electronic CM/ECF System, this 19th day of August 2022, which will automatically serve all counsel of record.

                                          */s/ Gerald Singleton*
                                          Gerald Singleton