## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION

This Document Relates to:
  *All Cases*

CASE NO.: 3:19-MD-2885-MCR-GRJ

Judge M. Casey Rodgers
Magistrate Judge Gary Jones

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Defendant 3M Company in the above-named case appeals to the United States Court of Appeals for the Eleventh Circuit from the order, dated August 16, 2022, granting in part and denying in part Plaintiff Richard Valle's motion for preliminary injunction (MDL Dkt. 3389).  *See* 28 U.S.C. § 1292(a)(1).

*[Signature Page Follows]*

Dated:  August 19, 2022

Respectfully submitted,

*/s/ Jessica C. Lauria*
Jessica C. Lauria (admitted *pro hac vice*)
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

Raoul G. Cantero
White & Case LLP
200 South Biscayne Blvd. #4900
Miami, Florida 33131
Telephone:  (305) 995-5290
Email:  raoul.cantero@whitecase.com

*Counsel for Defendant 3M Company in Connection with the Restructuring of the Debtors*

Larry Hill
Florida Bar No. 173908
lhill@mhw-law.com
Charles F. Beall, Jr.
Florida Bar No. 66494
cbeall@mhw-law.com
Moore, Hill & Westmoreland, P.A.
350 West Cedar Street
Maritime Place, Suite 100
Pensacola, Florida 32502
Telephone: (850) 434-3541

*Counsel for Defendant 3M Company*