UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

Defendant 3M Company has filed an Emergency Motion for a Stay Pending Appeal of the Court's August 16, 2022 Injunction Order. *See* ECF No. 3395. Given the urgency, Plaintiff Valle is directed to respond to the motion by August 22, 2022 at 5 p.m. Central. No reply will be permitted.

**SO ORDERED**, on this 20th day of August, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**