# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# FLORIDA PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG LITIGATION LIABILITY LITIGATION<br><br>This Document Relates to:<br>*All Cases* | CASE NO.: 3:19-MD-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that **Raoul G. Cantero** of the law firm White & Case LLP, has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant 3M Company.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

Respectfully submitted on this 22nd day of August, 2022

DATED:  August 22, 2022	Respectfully submitted:

BY: */s/ Raoul G. Cantero*
Raoul G. Cantero
**White & Case LLP**
200 South Biscayne Boulevard
Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
E-mail:  rcantero@whitecase.com

*Counsel for 3M Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** this 22nd day of August 2022, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

*/s/ Raoul G. Cantero*
Raoul G. Cantero