# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION


This Document Relates To
All Cases


USDC NO.  3:19MD2885-MCR/GRJ
USCA NO. _____


## TRANSMITTAL OF INTERLOCUTORY NOTICE OF APPEAL

The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals. The Certified copy of the appeal notice, docket entries, judgment/opinion/order appealed from are enclosed.

First Appeal Notice.
The appellate docket fee paid.  Date paid: 8/19/2022
Court Reporter: Donna Boland

Judge appealed from: M. Casey Rodgers

Please acknowledge receipt on the enclosed copy of this transmittal to: PENSACOLA DIVISION

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

By: Donna Bajzik
Deputy Clerk
One North Palafox Street
August 22, 2022                    Pensacola, Florida 32502-5658

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION

This Document Relates to:
*All Cases*

CASE NO.: 3:19-MD-2885-MCR-GRJ

Judge M. Casey Rodgers
Magistrate Judge Gary Jones

## NOTICE OF APPEAL

Notice is hereby given that Defendant 3M Company in the above-named case

appeals to the United States Court of Appeals for the Eleventh Circuit from the order,

dated August 16, 2022, granting in part and denying in part Plaintiff Richard Valle's

motion for preliminary injunction (MDL Dkt. 3389).  *See* 28 U.S.C. § 1292(a)(1).

*[Signature Page Follows]*

Dated:  August 19, 2022

Respectfully submitted,

*/s/ Jessica C. Lauria*
Jessica C. Lauria (admitted *pro hac vice*)
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

Raoul G. Cantero
White & Case LLP
200 South Biscayne Blvd. #4900
Miami, Florida 33131
Telephone:  (305) 995-5290
Email:  raoul.cantero@whitecase.com

*Counsel for Defendant 3M Company in Connection with the Restructuring of the Debtors*

Larry Hill
Florida Bar No. 173908
lhill@mhw-law.com
Charles F. Beall, Jr.
Florida Bar No. 66494
cbeall@mhw-law.com
Moore, Hill & Westmoreland, P.A.
350 West Cedar Street
Maritime Place, Suite 100
Pensacola, Florida 32502
Telephone: (850) 434-3541

*Counsel for Defendant 3M Company*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## <u>ORDER</u>

This matter is before the Court on an Emergency Motion for Preliminary Injunction Against 3M Company filed by Plaintiff Richard Valle, *see* ECF No. 3358, which 3M opposes, *see* ECF No. 3370. The motion follows on the heels of a petition for Chapter 11 bankruptcy filed in the Southern District of Indiana by five of the six defendants in this MDL—Aearo Technologies LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and 3M Occupational Safety LLC (collectively, "Aearo"). In the bankruptcy court, Aearo has, among other things, requested that the automatic stay of actions or proceedings against it be extended to 3M Company, Aearo's non-debtor parent, and has made clear that its motive for doing so is to upend this statutorily authorized MDL. *See In re Aearo Techs. LLC*, Case No. 1:22bk2890, Informational Brief, ECF No. 12 at 56-61. Valle now asks this Court to enjoin 3M Company from (1) supporting an extension of the automatic stay that would preclude individual plaintiffs from litigating CAEv2 matters against 3M in

the MDL or following remand for trial; and (2) relitigating matters in bankruptcy court that this Court has already adjudicated.  Oral argument was heard on August 11, 2022.  After careful consideration, Valle's motion is granted in part and denied in part.

Valle's motion is grounded in the All Writs Act, which empowers federal courts to "issue all writs necessary or appropriate" to safeguard the integrity of "ongoing proceedings" and "potential future proceedings" before them, and to "protect or effectuate" their prior orders and judgments.  *See Klay v. United Healthgroup, Inc*., 376 F.3d 1092, 1099-1100 (11th Cir. 2004); *Wesch v. Folsom*, 6 F.3d 1465, 1470 (11th Cir. 1993); *see also* 28 U.S.C. § 1651.  A court's authority to enjoin certain activities in other forums is broad and "extends, under appropriate circumstances, to [any] persons who . . . are in a position to frustrate the implementation of a court order or the proper administration of justice, and encompasses even those who have not taken any affirmative action to hinder justice."  *United States v. New York Tel*. Co., 434 U.S. 159, 174 (1977).  Nevertheless, an All Writs Act injunction is an extraordinary remedy which, although derived from statute, is "essentially equitable" and, as such, generally is not available where there are adequate remedies at law.  *See Klay*, 376 F.3d at 1100.

All Writs Act injunctions must be "predicated on the existence of some underlying proceeding over which the issuing court [already] has jurisdiction[.]"  *See*

*Rohe v. Wells Fargo Bank, N.A.*, 988 F.3d 1256, 1264 (11th Cir. 2021).[1] Accordingly, to obtain an injunction under the Act, the requesting party must "point to some ongoing proceedings, or some past order or judgment, the integrity of which is being threatened by someone else's action or behavior." *See id.* For threats to ongoing proceedings, "a court may enjoin almost any conduct which, left unchecked, would have the practical effect of diminishing the court's power to bring the litigation to a natural conclusion." *See Klay*, 376 F.3d at 1102. For threats to prior orders, a court "has the power to enjoin a party before it from attempting to relitigate the same issues or related issues precluded by the principles of res judicata and collateral estoppel in another federal court." *See New York Life Ins. Co. v. Deshotel*, 142 F.3d 873, 879 (5th Cir. 1998) (citing *Kinnear-Weed Corp. v. Humble Oil & Refining Co.*, 441 F.2d 631, 637 (5th Cir. 1971)).

The Court begins with Valle's request that 3M be enjoined from supporting a bankruptcy injunction that would preclude individual plaintiffs from continuing to litigate CAEv2 matters against 3M in the MDL and other forums. There can be no doubt that if Aearo's automatic bankruptcy stay is extended to 3M, this Court will be prevented from guiding this litigation to "its natural conclusion." *See Klay*, 376

---

[1] *See also Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1099 (11th Cir. 2004) ("The Act does not create any substantive federal jurisdiction" and is instead a "codification of the federal courts' traditional, inherent power to protect the jurisdiction they already have, derived from some other source.").

F.3d at 1102.  Except for matters related to the recent bankruptcy filing, the MDL is now at a complete standstill.  Nearly 1,200 cases at various stages of Wave discovery are sitting idle.  Countless scheduled and pending depositions and defense medical exams have been, or will be, indefinitely cancelled.  Roughly 1,500 ripe *Daubert* and summary judgment motions are languishing.  Multiple appeals pending in the Eleventh Circuit Court of Appeals are halted.  Concurrent litigation in Minnesota state court likewise is halted.  And this is only the beginning.  *See*, the "ultimate objective" of this entire scheme is a permanent channeling injunction (and a third-party release of 3M) in the bankruptcy court requiring that all CAEv2 hearing-related claims be resolved through a bankruptcy claims trust rather than adjudicated in an Article III court.  *See In re Aearo*, 1:22bk2890, Informational Brief, ECF No. 12 at 61.  If successful, hundreds of thousands of individual plaintiffs will be deprived of their constitutional right to a jury trial while 3M—a fully solvent and highly profitable Fortune 500 Company that will never actually file a bankruptcy petition itself—will reap all of the benefits of the bankruptcy system without the attendant burdens.[2]  The unabashed justification for dismantling this MDL is 3M/Aearo's

---

[2] The Aearo debtors apparently were solvent wholly owned subsidiaries of 3M until the bankruptcy-eve execution of a funding and indemnity agreement, which left the companies in severe financial distress due to their newly created *exclusive* liability for the CAEv2 claims in this litigation.  As the Court reads it, albeit without the benefit of an evidentiary hearing, the funding and indemnity agreement creates no value other than to mount 3M's escape from this MDL.  In the agreement, Aearo agrees to take on potentially billions in liability for the CAEv2 claims in exchange for 3M funding a claims trust that automatically depletes if and only if 3M faces judgments in the MDL (or state court), artificially tying Aearo's ability to reorganize with

dissatisfaction with the MDL system, this Court's legal rulings, and the multiple jury verdicts against it in this litigation. *See id.*

Under these circumstances, the Court readily concludes that it has jurisdiction to determine whether Aearo's automatic stay applies to the claims against 3M in this MDL, *see, e.g., Hunt v. Bankers Trust Co.*, 799 F.2d 1060, 1069 (5th Cir. 1986), and the authority under the All Writs Act to enjoin actions by 3M in other forums which threaten the Court's jurisdiction, *see* 28 U.S.C. § 1651. Nevertheless—and despite the Court's serious concerns over the prospect of a solvent defendant being able to evade the jurisdiction of an Article III court, leaving over 230,000 plaintiffs in its wake, based solely on its policy disagreement with a system created by Congress and its dissatisfaction with the lawfully entered rulings of an Article III court—the Court declines to exercise that jurisdiction to prohibit 3M from supporting a bankruptcy court injunction precluding plaintiffs from litigating CAEv2 matters against 3M.

"[T]he All Writs Act is a residual source of authority to issue writs which are not otherwise covered by statute." *Klay*, 376 F.3d at 1100. Here, the Court's jurisdiction to interpret the automatic stay statute, 11 U.S.C. § 362, is concurrent

---

continued litigation against 3M in the MDL (or state court). While the argument can be made (and has been) that this is a fairly transparent attempt at manipulation and abuse of the bankruptcy code, it may be a perfectly legitimate use. This Court trusts that the bankruptcy court judge is well-equipped to decide the matter based on his knowledge of bankruptcy law and the fact that he will have a complete evidentiary record.

with that of the bankruptcy court.[3]   However, the bankruptcy court also has even broader equitable powers to further extend the stay under 11 U.S.C. § 105(a), and the bankruptcy court judge is presiding over an evidentiary hearing on that matter at this very moment.   Thus, while this Court respects and appreciates the solemn responsibility of Article III courts to enforce, protect and preserve their jurisdiction, there are times when those ends are best served by yielding to a court with concurrent jurisdiction, specialized expertise, and a full evidentiary record.   This is one of those times.   The bankruptcy court is well-qualified and aptly suited to determine whether 3M is lawfully using the Bankruptcy Code for a proper restructuring purpose or, instead, using its subsidiaries' bankruptcy petition as bad faith subterfuge to defeat this Court's jurisdiction and relitigate this Court's rulings.   *See, e.g., In re Moog*, 159 B.R. 357, 361 (Bankr. S.D. Fla. 1993) (explaining that "if the timing of the filing [of the bankruptcy petition] is such that the court concludes that the primary, if not sole purpose, of the filing was *litigation tactic*, the petition may be dismissed" and that "frustrating the legitimate processes of a non-bankruptcy forum" is inconsistent with the congressional intent of the bankruptcy code) (emphasis added).[4]

---

[3] *See In re Baldwin-United Corp. Litig.*, 765 F.2d 343 (2d Cir. 1985) (MDL courts have concurrent jurisdiction to interpret whether a bankruptcy stay applies and to issue injunction in aid of the MDL court's jurisdiction but may appropriately decline to exercise that jurisdiction when it unduly interferes with the bankruptcy court's ability to carry out its duties).

[4] *See also In re Karum Grp., Inc.,* 66 B.R. 436 (Bankr. W.D. Wash.1986) (case dismissed where debtor filed bankruptcy as a litigation tactic to avoid posting supersedeas bond); *In re Golden Ocala P'ship,* 50 B.R. 552 (Bankr. M.D. Fla. 1985) (Chapter 11 not designed to resolve internal fights between feuding shareholders); *In re Ofty Corp.,* 44 B.R. 479 (Bankr. D. Del.

Valle's second request implicates a more specific threat to this Court's jurisdiction.  Aearo's written submissions and oral representations to the bankruptcy court are replete with substantive challenges to this Court's many legal and evidentiary rulings in the MDL, and culminate in an outright rejection of traditional appellate review of those decisions by the Eleventh Circuit Court of Appeals. According to Aearo, *both* companies—specifically, "Aearo and 3M"—prefer to resolve CAEv2 claims on the basis of the "fair and complete evidentiary record" they plan to create in bankruptcy court.  *See In re Aearo*, 1:22bk2890, Informational Brief, ECF No. 12 at 61.  From this, the threat to this Court's previously exercised jurisdiction is undeniable.  It cannot and will not be countenanced, and compels immediate action from this Court by means of an All Writs Act injunction prohibiting 3M from attacking this Court's prior orders.

For the avoidance of doubt, the scope of today's injunction prevents 3M from "attempting to relitigate the same issues or related issues precluded by the principles of res judicata and collateral estoppel in" bankruptcy court.  *See New York Life*, 142 F.3d at 879.  This includes the relitigation of identical issues that the defendants

---

1984) (bankruptcy case filed to circumvent liquidation orders in state court dismissed as a bad faith filing); *In re Wally Findlay Galleries (N.Y.) Inc.,* 36 B.R. 849 (Bankr. S.D.N.Y. 1984) (bankruptcy case dismissed where intent was to relitigate not reorganize); *but see In re LTL Mgmt., LLC*, 637 B.R. 396 (Bankr. D.N.J. 2022)("Texas Two-Step" corporate restructuring and transfer of liability to a reorganized debtor considered a valid bankruptcy purpose, not merely aimed at gaining a tactical litigation advantage), *appeal docketed*, No. 22-2003 (3d Cir. Mar. 10, 2022).

litigated and lost against a particular plaintiff in this Court. *See, e.g., Jack Faucett Assocs., Inc. v. AT&T*, 744 F.2d 118, 124 (D.C. Cir. 1984) (citing *S. Pac. Commc'ns Co. v. AT&T*, 740 F.2d 1011, 1014 n.2 (1984)). 3M also is enjoined from supporting, directly or indirectly, financially or otherwise, any collateral attack on this Court's orders by any other parties in any other forum, including Aearo. After nearly three and a half years of litigation, 3M has had a "full and fair opportunity to litigate" a myriad of issues that were "critical and necessary" to the Court's orders and judgments. *See Christo v. Padgett*, 223 F.3d 1324, 1339 (11th Cir. 2000) (articulating standard for collateral estoppel. Today's injunction enforces the preclusive effect of all of those orders and judgments. If 3M defies this injunction by attempting to relitigate (or supporting relitigation of) these matters in the bankruptcy court, this Court retains jurisdiction to convene contempt proceedings to enforce compliance. *See United States v. Coulton*, 594 Fed. App'x 563, 565-66 (11th Cir. 2014).

Based on the foregoing, Valle's Motion for Preliminary Injunction, ECF No. 3358, is **GRANTED IN PART and DENIED IN PART**, consistent with this Order.

**DONE AND ORDERED** this 16th day of August 2022.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Query    Reports    Utilities    Help    Log Out

APPEAL,3M,IAPPEAL,LEAD_CASE,MDL

# U.S. District Court
# Northern District of Florida (Pensacola)
# CIVIL DOCKET FOR CASE #: 3:19-md-02885-MCR-GRJ

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS
LIABILITY LITIGATION
Assigned to: JUDGE M CASEY RODGERS
Referred to: MAGISTRATE JUDGE GARY R JONES
Case in other court: 22-11897-G
Cause: 28:1332 Diversity-Product Liability

Date Filed: 04/03/2019
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod.
Liability
Jurisdiction: Federal Question

**In Re**

**3M COMPANY**

**Plaintiff**

**LEAD COUNSEL FOR PLAINTIFFS**                represented by    **BRYAN FREDERICK AYLSTOCK**
AYLSTOCK WITKIN KREIS &
OVERHOLTZ - PENSACOLA FL
17 E MAIN STREET
SUITE 200
PENSACOLA, FL 32502
850-916-7450
Fax: 850-916-7449
Email: baylstock@awkolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CO-LEAD COUNSEL FOR**
**PLAINTIFFS**                                represented by    **CHRISTOPHER A SEEGER**
SEEGER WEISS LLP
55 CHALLENGER ROAD
6TH FLOOR
RIDGEFIELD PARK, NJ 07660
212-584-0700
Email: cseeger@seegerweiss.com
*ATTORNEY TO BE NOTICED*

**SHELLEY VAN NATTER HUTSON**
CLARK LOVE & HUTSON PLLC -
HOUSTON TX
440 LOUISIANA STREET
SUITE 1700
HOUSTON, TX 77002
713-757-1400
Fax: 713-759-1217
Email: bgreif@triallawfirm.com
*ATTORNEY TO BE NOTICED*

DARREN JEFFERY ROUSSO
DARREN J ROUSSO PA - MIAMI FL
9350 SOUTH DIXIE HIGHWAY
SUITE 1520
MIAMI, FL 33156-2944
305-670-6669
Email: darren@roussolawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CO-LIAISON COUNSEL FOR PLAINTIFFS**

represented by **BRIAN HUGH BARR**
LEVIN PAPANTONIO RAFFERTY - PENSACOLA FL
316 S BAYLEN STREET
PENSACOLA, FL 32502
850-435-7045
Fax: 850-436-6187
Email: bbarr@levinlaw.com
*ATTORNEY TO BE NOTICED*

**MICHAEL ANDREW BURNS**
MOSTYN LAW - HOUSTON TX
3810 W ALABAMA STREET
HOUSTON, TX 77027
713-714-0000
Email: epefile@mostynlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CO-CHAIR PSC**

represented by **DAVID R BUCHANAN**
SEEGER WEISS LLP - RIDGEFIELD PARK NJ
55 CHALLENGER ROAD
6TH FLOOR
RIDGEFIELD PARK, NJ 07660
973-639-9100
Fax: 973-679-8656
Email: dbuchanan@seegerweiss.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**3M COMPANY**

represented by **KIMBERLY O BRANSCOME**
DECHERT LLP - LOS ANGELES CA
633 W 5TH STREET
SUITE 4900
LOS ANGELES, CA 90071
213-808-5762
Fax: 213-808-5760
Email: kimberly.branscome@dechert.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**AARON NATHAN ARTHUR**
THOMAS COMBS & SPANN PLLC -
CHARLESTON WV
300 SUMMERS STREET
SUITE 1380
CHARLESTON, WV 25301
304-414-1800
Fax: 304-414-1801
Email: aarthur@tcspllc.com
*ATTORNEY TO BE NOTICED*

**ADAM MICHAEL MASIN**
GORDON & REES LLP -
GLASTONBURY CT
95 GLASTONBURY BOULEVARD
SUITE 206
GLASTONBURY, CT 06033
860-494-7505
Fax: 860-560-0185
Email: amasin@grsm.com
*ATTORNEY TO BE NOTICED*

**ADERIUS L ROSS**
THOMPSON COE COUSINS & IRONS -
AUSTIN TX
701 BRAZOS
SUITE 1500
AUSTIN, TX 78701
888-708-8200
Email: aross@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**ALAN R VICKERY**
BOWMAN AND BROOKE LLP - PLANO
TX
5345 TOWNE SQUARE DRIVE
SUITE 115
PLANO, TX 75024-2449
972-616-1705
Fax: 972-616-1701
Email:
alan.vickery@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**ALEIDA M MIELKE**
SEGAL MCCAMBRIDGE - FORT
LAUDERDALE FL
1776 E SUNRISE BOULEVARD
FORT LAUDERDALE, FL 33304
954-765-1001
Email: ammpleadings@smsm.com
*ATTORNEY TO BE NOTICED*

**ALESCHIA D HYDE**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-3726
Email: aleschia.hyde@kirkland.com
*ATTORNEY TO BE NOTICED*

**ALEXA DANIELLE GOMEZ**
MG&M LAW FIRM - NEW YORK NY
14 WALL STREET
28TH FLOOR
NEW YORK, NY 10004
908-268-6374
Email: agomez@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**ALEXANDRIA NICOLE GONZALEZ**
THOMPSON COE COUSINS & IRONS -
AUSTIN TX
701 BRAZOS
SUITE 1500
AUSTIN, TX 78701
512-703-5066
Fax: 512-708-8777
Email: angonzalez@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**ALISON SHANA COONEY**
DECHERT LLP - CHICAGO IL
35 W WACKER DRIVE
34TH FLOOR
CHICAGO, IL 60601
312-646-5857
Email: alison.cooney@dechert.com
*ATTORNEY TO BE NOTICED*

**ALISON YARDLEY**
KIRKLAND & ELLIS LLP - LOS
ANGELES CA
555 S FLOWER STREET
SUITE 3700
LOS ANGELES, CA 90071
213-680-8400
Email: alison.yardley@kirkland.com
*ATTORNEY TO BE NOTICED*

**ALLEN LEWIS RUTZ**
VORYS SATER SEYMOUR ETC LLP -
COLUMBUS OH
52 E GAY ST [43125]
PO BOX 1008
COLUMBUS, OH 43216-1008

614-464-5644
Email: alrutz@vorys.com
*ATTORNEY TO BE NOTICED*

**ALLISON K OZUROVICH**
DECHERT LLP - LOS ANGELES CA
633 W 5TH STREET
SUITE 4900
LOS ANGELES, CA 90071
213-808-5715
Fax: 213-808-5760
Email: allie.ozurovich@dechert.com
*ATTORNEY TO BE NOTICED*

**ALYCIA N BROZ**
VORYS SATER SEYMOUR ETC LLP -
COLUMBUS OH
52 E GAY ST [43125]
PO BOX 1008
COLUMBUS, OH 43216-1008
614-464-5481
Fax: 614-719-4810
Email: anbroz@vorys.com
*ATTORNEY TO BE NOTICED*

**ALYSSA CHRISTINE CLARK**
DECHERT LLP - NEW YORK NY
THREE BRYANT PARK
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
212-641-5673
Email: alyssa.clark@dechert.com
*ATTORNEY TO BE NOTICED*

**AMANDA BOLZ BARBOUR**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: amanda.barbour@butlersnow.com
*ATTORNEY TO BE NOTICED*

**ANDREW WILLIAM CARY**
GORDON & REES LLP - SAN
FRANCISCO CA
275 BATTERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111
415-986-5900
Fax: 415-986-8054
Email: acary@grsm.com
*TERMINATED: 03/28/2022*

**ANDREW B COOKE**
THOMAS COMBS & SPANN PLLC -
CHARLESTON WV
300 SUMMERS STREET
SUITE 1380
CHARLESTON, WV 25301
304-414-1800
Fax: 304-414-1801
Email: acooke@tcspllc.com
*ATTORNEY TO BE NOTICED*

**ANDREW BURNS JOHNSON**
BRADLEY ARANT BOULT ETC -
BIRMINGHAM AL
1819 5TH AVE N
BIRMINGHAM, AL 35203
205-521-8295
Email: ajohnson@bradley.com
*ATTORNEY TO BE NOTICED*

**ANDREW DAVID THARP**
BUTLER SNOW LLP - NASHVILLE TN
150 THIRD AVENUE
SUITE 1600
NASHVILLE, TN 37201
615-651-6710
Fax: 615-651-6701
Email: andrew.tharp@butlersnow.com
*ATTORNEY TO BE NOTICED*

**ANDREW J TUREAUD**
VORYS SATER SEYMOUR ETC LLP -
WASHINGTON DC
1909 K STREET NW
SUITE 900
WASHINGTON DC, DC 20006-1152
202-467-8912
Fax: 202-467-8900
Email: ajtureaud@vorys.com
*ATTORNEY TO BE NOTICED*

**ANGELA MARIE HAMPTON**
GORDON & REES LLP - SAN DIEGO CA
101 WEST BROADWAY
SUITE 2000
SAN DIEGO, CA 92101
619-696-6700
Email: ahampton@grsm.com
*ATTORNEY TO BE NOTICED*

**ANGELA G STRICKLAND**
BOWMAN & BROOKE LLP -
COLUMBIA SC
1441 MAIN STREET

SUITE 1200
COLUMBIA, SC 29201
803-726-7424
Email:
angela.strickland@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**ANITA K MODAK-TRURAN**
BUTLER SNOW LLP - NASHVILLE TN
150 THIRD AVENUE
SUITE 1600
NASHVILLE, TN 37201
615-651-6710
Fax: 615-651-6701
Email: anita.modak-truran@butlersnow.com
*ATTORNEY TO BE NOTICED*

**ANN THORNTON FIELD**
GORDON & REES LLP - PHILADELPHIA
PA
THREE LOGAN SQUARE
1717 ARCH STREET
SUITE 610
PHILADELPHIA, PA 19103
215-717-4002
Fax: 215-693-6650
Email: afield@grsm.com
*ATTORNEY TO BE NOTICED*

**ANNA TERTERYAN**
KIRKLAND & ELLIS LLP - SAN
FRANCISCO CA
555 CALIFORNIA STREET
SAN FRANCISCO, CA 94104
415-439-1864
Fax: 415-439-1500
Email: anna.terteryan@kirkland.com
*ATTORNEY TO BE NOTICED*

**ANNE MARIE SEIBEL**
BRADLEY ARANT BOULT ETC -
BIRMINGHAM AL
1819 5TH AVE N
BIRMINGHAM, AL 35203
205-521-8386
Email: aseibel@bradley.com
*ATTORNEY TO BE NOTICED*

**ANTHONY SINCLAIR MILLER**
MANNING GROSS & MASSENBURG -
SAN FRANCISCO CA
201 SPEAR STREET
18TH FLOOR
SAN FRANCISCO, CA 94105

415-512-4381
Fax: 415-512-6791
Email: amiller@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**ANTHONY L OSTERLUND**
VORYS SATER SEYMOUR ETC LLP -
CINCINNATI OH
301 EAST FOURTH STREET
SUITE 3500
CINCINNATI, OH 45202
513-723-4678
Fax: 513-723-4056
Email: alosterlund@vorys.com
*ATTORNEY TO BE NOTICED*

**ASHLEY A FLYNN**
DECHERT LLP - NEW YORK NY
THREE BRYANT PARK
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
212-641-5623
Email: ashley.flynn@dechert.com
*ATTORNEY TO BE NOTICED*

**ASHLEY ELIZABETH NEGLIA**
KIRKLAND & ELLIS LLP - LOS
ANGELES CA
555 S FLOWER STREET
SUITE 3700
LOS ANGELES, CA 90071
213-680-8400
Email: ashley.neglia@kirkland.com
*ATTORNEY TO BE NOTICED*

**AUBREY E BLATCHLEY**
GORDON & REES LLP -
GLASTONBURY CT
95 GLASTONBURY BOULEVARD
SUITE 206
GLASTONBURY, CT 06033
860-494-7505
Fax: 860-560-0185
Email: ablatchley@gordonrees.com
*ATTORNEY TO BE NOTICED*

**AUSTIN DEL PRIORE**
KIRKLAND & ELLIS LLP -
WASHINGTON DC
1301 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
202-879-5991
Fax: 202-879-5200
Email: austin.delpriore@kirkland.com

*ATTORNEY TO BE NOTICED*

**AUSTIN L KLAR**
KIRKLAND & ELLIS LLP - SAN
FRANCISCO CA
555 CALIFORNIA STREET
SAN FRANCISCO, CA 94104
415-439-4787
Email: austin.klar@kirkland.com
*ATTORNEY TO BE NOTICED*

**AUSTIN DAVID O'MALLEY**
HUSCH BLACKWELL LLP - HOBOKEN
NJ
115 GRAND STREET
STE APT 501
HOBOKEN, NJ 07030
732-233-9768
Email: aomalley@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**BARRY E FIELDS**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2000
Fax: 312-862-2200
Email: barry.fields@kirkland.com
*ATTORNEY TO BE NOTICED*

**BARTON JAMES FREEMAN**
THOMPSON COE COUSINS & IRONS -
DALLAS TX
700 NORTH PEARL STREET
SUITE 2500
DALLAS, TX 75201-4761
214-880-2620
Email: bfreeman@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**BEN JOHNSON SCOTT**
BUTLER SNOW LLP - MEMPHIS TN
6075 POPLAR AVENUE
SUITE 500
MEMPHIS, TN 38119
901-680-7301
Fax: 901-680-7201
Email: ben.scott@butlersnow.com
*ATTORNEY TO BE NOTICED*

**BENJAMIN M WATSON**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010

601-948-5711
Fax: 601-985-4500
Email: ben.watson@butlersnow.com
*ATTORNEY TO BE NOTICED*

**BLAKE GIBNEY**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-4104
Email: bwg@levinperconti.com
*TERMINATED: 11/05/2021*

**BRADLEY WILLIAM CROCKER**
SQUIRE PATTON BOGGS (US) LLP -
TAMPA FL
201 N FRANKLIN STREET
SUITE 2100
TAMPA, FL 33602
813-202-1300
Email: bradley.crocker@quarles.com
*TERMINATED: 05/08/2019*

**BRADLEY DAVID MASTERS**
KIRKLAND & ELLIS LLP - SALT LAKE
CITY UT
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UT 84111
801-877-8143
Email: brad.masters@kirkland.com
*ATTORNEY TO BE NOTICED*

**BRANDON M PELLEGRINO**
BOWMAN & BROOKE LLP -
BLOOMFIELD HILLS MI
41000 WOODWARD AVENUE
SUITE 200 EAST
BLOOMFIELD HILLS, MI 48304
248-205-3300
Fax: 248-205-3399
Email:
brandon.pellegrino@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**BRANDON COREY REES**
THOMPSON COE COUSINS & IRONS -
HOUSTON TX
ONE RIVERWAY
SUITE 1400
HOUSTON, TX 77056
713-403-8210
Email: brees@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**BRENTON ADAM ROGERS**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-7119
Email: brogers@kirkland.com
*ATTORNEY TO BE NOTICED*

**BRIAN D SIEVE**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2000
Email: bsieve@kirkland.com
*ATTORNEY TO BE NOTICED*

**BRITANY A KABAKOV**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-4260
Email: britany.kabakov@kirkland.com
*ATTORNEY TO BE NOTICED*

**CAITLYN ALEXIS CHELEDEN**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-4603
Email: caitlyn.cheleden@kirkland.com
*ATTORNEY TO BE NOTICED*

**CAMERON DAVID TURNER**
SEGAL MCCAMBRIDGE - FORT
LAUDERDALE FL
1776 E SUNRISE BOULEVARD
FORT LAUDERDALE, FL 33304
954-765-1001
Fax: 945-765-1005
Email: cturner@smsm.com
*ATTORNEY TO BE NOTICED*

**CANDICE C KUSMER**
MANNING GROSS & MASSENBURG
LLP - O'FALLON IL
1405 N GREEN MOUNT ROAD
SUITE 400
O'FALLON, IL 62269
618-277-5500
Email: ckusmer@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**CAROLINE LAPISH**
MANNING GROSS & MASSENBURG

LLP - BOSTON MA
125 HIGH STREET
6TH FLOOR
BOSTON, MA 02110
617-670-8800
Email: clapish@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**CAROLINE H STEPHENS**
KIRKLAND & ELLIS LLP -
WASHINGTON DC
1301 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
202-879-5991
Fax: 202-879-5200
Email: caroline.milner@kirkland.com
*ATTORNEY TO BE NOTICED*

**CASEY LEIGH MILLER**
BRADLEY ARANT BOULT CUMMINGS
- NASHVILLE TN
1600 DIVISION STREET
SUITE 700
NASHVILLE, TN 37203
615-252-2348
Fax: 615-252-6348
Email: cmiller@bradley.com
*ATTORNEY TO BE NOTICED*

**CASSANDRA NICOLE LOVE-OLIVO**
DECHERT LLP - LOS ANGELES CA
633 W 5TH STREET
SUITE 4900
LOS ANGELES, CA 90071
213-808-5762
Fax: 213-808-5760
Email: cassandra.love@dechert.com
*ATTORNEY TO BE NOTICED*

**CATHERINE B SLAVIN**
GORDON & REES LLP - PHILADELPHIA
PA
THREE LOGAN SQUARE
1717 ARCH STREET
SUITE 610
PHILADELPHIA, PA 19103
215-717-4006
Email: cslavin@grsm.com
*ATTORNEY TO BE NOTICED*

**CEDRIC EARL EVANS**
BUTLER SNOW LLP - AUSTIN TX
1400 LAVACA STREET
SUITE 1000

AUSTIN, TX 78701
737-802-1800
Email: cedric.evans@butlersnow.com
*ATTORNEY TO BE NOTICED*

**CHARLES FRANKLIN BEALL , JR.**
MOORE HILL & WESTMORELAND PA -
PENSACOLA FL
PO BOX 13290
PENSACOLA, FL 32591
850-434-3541
Fax: 850-435-7899
Email: cbeall@mhw-law.com
*ATTORNEY TO BE NOTICED*

**CHARLES BAILEY KING , JR**
BRADLEY ARANT BOULT ETC LLP -
CHARLOTTE NC
214 NORTH TRYON STREET
SUITE 3700
CHARLOTTE, NC 28202
704-338-6000
Fax: 704-332-8858
Email: bking@bradley.com
*ATTORNEY TO BE NOTICED*

**CHARLES F MORROW**
BUTLER SNOW LLP - MEMPHIS TN
6075 POPLAR AVENUE
SUITE 500
MEMPHIS, TN 38119
901-680-7309
Fax: 901-680-7201
Email: chip.morrow@butlersnow.com
*ATTORNEY TO BE NOTICED*

**CHRISTA C COTTRELL**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2000
Fax: 312-862-2200
Email: ccottrell@kirkland.com
*ATTORNEY TO BE NOTICED*

**CHRISTINA MICHELLE SCHWING**
HOLLAND & KNIGHT LLP -
JACKSONVILLE FL
50 N LAURA ST STE 3900
JACKSONVILLE, FL 32202
904-353-2000
Fax: 904-358-1872
Email: christina.schwing@hklaw.com
*TERMINATED: 05/08/2019*

**CHRISTINA MARIA SEANOR**
BRADLEY ARANT BOULT ETC LLP -
JACKSON MS
188 E CAPITOL STREET
SUITE 1000
JACKSON, MS 39201
601-948-8000
Email: cseanor@bradley.com
*ATTORNEY TO BE NOTICED*

**CHRISTINA E SHARKEY**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2000
Email: christina.sharkey@kirkland.com
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER S BERDY**
BUTLER SNOW LLP - BIRMINGHAM
AL
1819 5TH AVENUE N
SUITE 1000
BIRMINGHAM, AL 35203
205-297-2200
Fax: 205-297-2201
Email: chris.berdy@butlersnow.com
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER S BURRICHTER**
DECHERT LLP - CHICAGO IL
35 W WACKER DRIVE
34TH FLOOR
CHICAGO, IL 60601
312-646-5857
Email: christopher.burrichter@dechert.com
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER R DRURY**
GORDON & REES LLP -
GLASTONBURY CT
95 GLASTONBURY BOULEVARD
SUITE 206
GLASTONBURY, CT 06033
860-494-7505
Fax: 860-560-0185
Email: cdrury@goodwin.com
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER DAVID MORRIS**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010

601-948-5711
Fax: 601-985-4500
Email: chris.morris@butlersnow.com
*ATTORNEY TO BE NOTICED*

**CLYDE WHITTAKER STEINEKER**
BRADLEY ARANT BOULT ETC LLP -
BIRMINGHAM AL
1819 FIFTH AVE N
ONE FEDERAL PL
BIRMINGHAM, AL 35203
205-521-8401
Fax: 205-488-6401
Email: wsteineker@bradley.com
*ATTORNEY TO BE NOTICED*

**COLE THOMAS CARTER**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-1951
Email: cole.carter@kirkland.com
*ATTORNEY TO BE NOTICED*

**COLIN B RATHE**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-606-7530
Email: colin.rathe@kirkland.com
*ATTORNEY TO BE NOTICED*

**COLLEEN N CAVANAGH**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-3826
Email: colleen.cavanagh@kirkland.com
*ATTORNEY TO BE NOTICED*

**CONNER NEALE TURNER**
THOMPSON COE COUSINS & IRONS -
HOUSTON TX
ONE RIVERWAY
SUITE 1400
HOUSTON, TX 77056
713-403-8210
Email: eturner@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**CONNOR MCCARTHY BLAIR**
BRADLEY ARANT BOULT CUMMINGS
- NASHVILLE TN
1600 DIVISION STREET

SUITE 700
NASHVILLE, TN 37203
615-252-3887
Fax: 615-252-6380
Email: cblair@bradley.com
*ATTORNEY TO BE NOTICED*

**CORY SHANE REED**
THOMPSON COE COUSINS & IRONS -
HOUSTON TX
ONE RIVERWAY
SUITE 1400
HOUSTON, TX 77056
713-403-8200
Email: creed@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**CRAIG CASTIGLIA**
DECHERT LLP - PHILADELPHIA PA
2929 ARCH STREET
CIRA CENTRE
PHILADELPHIA, PA 19104
215-994-2366
Email: craig.castiglia@dechert.com
*ATTORNEY TO BE NOTICED*

**CRYSTAL LIZ KURUVILLA**
SEGAL MCCAMBRIDGE - CHICAGO IL
233 S WACKER DRIVE
SUITE 5500
CHICAGO, IL 60606
847-814-4849
Email: ckuruvilla@smsm.com
*ATTORNEY TO BE NOTICED*

**CULLEN WELLES GUILMARTIN**
GORDON & REES LLP -
GLASTONBURY CT
95 GLASTONBURY BOULEVARD
SUITE 206
GLASTONBURY, CT 06033
860-494-7513
Fax: 860-560-0185
Email: cguilmartin@grsm.com
*ATTORNEY TO BE NOTICED*

**DANA C LUMSDEN**
BRADLEY ARANT BOULT ETC LLP -
CHARLOTTE NC
214 NORTH TRYON STREET
SUITE 3700
CHARLOTTE, NC 28202
704-338-6034
Fax: 704-332-8858

Email: dlumsden@bradley.com
*ATTORNEY TO BE NOTICED*

**DANE W SCHRADER**
MANNING GROSS & MASSENBURG -
LOS ANGELES CA
444 SOUTH FLOWER STREET
SUITE 4100
LOS ANGELES, CA 90071
213-694-4203
Fax: 213-622-7313
Email: dwschrader@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**DANIEL B BLUCHER**
THOMPSON COE COUSINS & IRONS -
HOUSTON TX
ONE RIVERWAY
SUITE 1400
HOUSTON, TX 77056
713-403-8210
Email: dblucher@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**DANIEL R HIGGINBOTHAM**
THOMAS COMBS & SPANN PLLC -
CHARLESTON WV
300 SUMMERS STREET
SUITE 1380
CHARLESTON, WV 25301
304-414-1811
Fax: 304-414-1801
Email: dhigginbotham@tcspllc.com
*ATTORNEY TO BE NOTICED*

**DANIEL R MURDOCK**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-4278
Email: daniel.murdock@kirkland.com
*ATTORNEY TO BE NOTICED*

**DANIEL LEE O'NEIL**
THOMPSON COE COUSINS & IRONS -
HOUSTON TX
ONE RIVERWAY
SUITE 1400
HOUSTON, TX 77056
713-403-8210
Email: doneil@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**DANIEL E SHUEY**

VORYS SATER SEYMOUR ETC LLP -
COLUMBUS OH
52 E GAY ST [43125]
PO BOX 1008
COLUMBUS, OH 43216-1008
614-464-8277
Fax: 614-719-4616
Email: deshuey@vorys.com
*ATTORNEY TO BE NOTICED*

**DAVID WAYNE CORNEIL**
GORDON & REES LLP - PORTLAND OR
1300 SW 5TH AVENUE
SUITE 2000
PORTLAND, OR 97201
503-382-3855
Email: dcorneil@grsm.com
*ATTORNEY TO BE NOTICED*

**DAVID IAN HOROWITZ**
KIRKLAND & ELLIS LLP - LOS
ANGELES CA
333 SOUTH HOPE STREET
LOS ANGELES, CA 94104
213-680-8400
Email: dhorowitz@kirkland.com
*ATTORNEY TO BE NOTICED*

**DAVID JAMES KOOB**
BOWMAN AND BROOKE LLP -
MINNEAPOLIS MN
150 S FIFTH ST
STE 3000
MINNEAPOLIS, MN 55402
612-672-3274
Fax: 612-672-3200
Email: david.koob@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**DAVID G MAYHAN**
BUTLER SNOW LLP - DENVER CO
1801 CALIFORNIA STREET
SUITE 5100
DENVER, CO 80202
720-330-2394
Fax: 720-330-2301
Email: david.mayhan@butlersnow.com
*ATTORNEY TO BE NOTICED*

**DAVID M TAYLOR**
THOMPSON COE COUSINS & IRONS -
DALLAS TX
700 NORTH PEARL STREET
SUITE 2500

DALLAS, TX 75201-4761
214-871-8200
Fax: 214-871-8209
Email: dtaylor@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**DENNIS PETER KISYK , JR**
GORDON & REES LLP - AUSTIN TX
901 S MOPAC EXPRESSWAY
BUILDING 1 SUITE 480
AUSTIN, TX 78746
512-582-6485
Fax: 512-391-0183
Email: dennis.kisyk@gmail.com
*ATTORNEY TO BE NOTICED*

**DESHAWN H MITCHELL**
BOWMAN & BROOKE LLP -
COLUMBIA SC
1441 MAIN STREET
SUITE 1200
COLUMBIA, SC 29201
803-726-7424
Fax: 803-726-7421
Email:
deshawn.mitchell@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**DIANA CLOUGH BENTON**
KIRKLAND & ELLIS LLP - HOUSTON
TX
609 MAIN STREET
HOUSTON, TX 77002
713-836-3461
Fax: 713-836-3601
Email: diana.benton@kirkland.com
*ATTORNEY TO BE NOTICED*

**DIANA NICOLE EVANS**
BRADLEY ARANT BOULT ETC LLP -
TAMPA FL
100 N TAMPA STREET
STE 2200
TAMPA, FL 33602
813-559-5522
Email: dnevans@bradley.com
*ATTORNEY TO BE NOTICED*

**DIANE ROSEANN LENKOWSKY**
GORDON & REES LLP - PORTLAND OR
1300 SW 5TH AVENUE
SUITE 2000
PORTLAND, OR 97201
503-382-3855

Email: dlenkowsky@grsm.com
*ATTORNEY TO BE NOTICED*

**DOUGLAS NATHAN ROBERTSON**
BRADLEY ARANT BOULT ETC LLP -
BIRMINGHAM AL
1819 FIFTH AVE N
ONE FEDERAL PL
BIRMINGHAM, AL 35203
205-521-8182
Email: drobertson@bradley.com
*ATTORNEY TO BE NOTICED*

**DREW CHRISTOPHER BENCIE**
DECHERT LLP - PHILADELPHIA PA
2929 ARCH STREET
CIRA CENTRE
PHILADELPHIA, PA 19104
609-774-3319
Email: drew.bencie@dechert.com
*ATTORNEY TO BE NOTICED*

**E BARNEY ROBINSON , III**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: barney.robinson@butlersnow.com
*ATTORNEY TO BE NOTICED*

**EDDEREK COLE**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: beau.cole@butlersnow.com
*ATTORNEY TO BE NOTICED*

**EDWARD J MCCAMBRIDGE**
SEGAL MCCAMBRIDGE - CHICAGO IL
233 S WACKER DRIVE
SUITE 5500
CHICAGO, IL 60606
312-645-7800
Fax: 312-645-7711
Email: emccambridge@smsm.com
*ATTORNEY TO BE NOTICED*

**ELIZABETH BRABB**
THOMPSON COE COUSINS & IRONS -
AUSTIN TX
701 BRAZOS

SUITE 1500
AUSTIN, TX 78701
888-708-8200
Email: ebrabb@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**ELIZABETH CAROLYN DEGORI**
KIRKLAND & ELLIS LLP - NEW YORK
NY
277 PARK AVENUE
45TH FLOOR
NEW YORK, NY 10172
212-484-9866
Fax: 646-968-4125
Email: elizabeth.degori@kirkland.com
*ATTORNEY TO BE NOTICED*

**ELIZABETH RIGHTON JOHNSON
LEWIS**
BUTLER SNOW LLP - ATLANTA GA
1170 PEACHTREE STREET NE
SUITE 1900
ATLANTA, GA 30309
678-515-5064
Email: righton.lewis@butlersnow.com
*ATTORNEY TO BE NOTICED*

**ELIZABETH GLORIA KUROWSKI**
6455 LANSDOWNE AVENUE
SAINT LOUIS, MO 63109
618-567-0098
Email: ekurowski@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**ELIZABETH STEWART RAINES**
THOMPSON COE COUSINS & IRONS -
DALLAS TX
700 NORTH PEARL STREET
SUITE 2500
DALLAS, TX 75201-4761
214-880-2620
Email: eraines@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**ELIZABETH T SMITH**
VORYS SATER SEYMOUR ETC LLP -
COLUMBUS OH
52 E GAY ST [43125]
PO BOX 1008
COLUMBUS, OH 43216-1008
614-464-5443
Email: etsmith@vorys.com
*ATTORNEY TO BE NOTICED*

**EMILY LAUREN VAN TUYL**
DECHERT LLP - NEW YORK NY
THREE BRYANT PARK
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
212-641-5621
Email: emily.vantuyl@dechert.com
*ATTORNEY TO BE NOTICED*

**ERIC E HUDSON**
BUTLER SNOW LLP - MEMPHIS TN
6075 POPLAR AVENUE
SUITE 500
MEMPHIS, TN 38119
901-680-7309
Fax: 901-680-7201
Email: eric.hudson@butlersnow.com
*ATTORNEY TO BE NOTICED*

**ERIC D OLSON**
BOWMAN AND BROOKE LLP -
MINNEAPOLIS MN
150 S FIFTH ST
STE 3000
MINNEAPOLIS, MN 55402
612-672-3298
Email: eric.olson@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**ERIC MCKENNETT SEFTON**
KIRKLAND & ELLIS LLP - LOS
ANGELES CA
555 S FLOWER STREET
SUITE 3700
LOS ANGELES, CA 90071
213-680-8400
Email: esefton@troygould.com
*TERMINATED: 02/23/2021*

**ERICA M RODRIGUEZ**
VORYS SATER SEYMOUR ETC LLP -
COLUMBUS OH
52 E GAY ST [43125]
PO BOX 1008
COLUMBUS, OH 43216-1008
614-464-8209
Fax: 614-719-4749
Email: emrodriguez@vorys.com
*ATTORNEY TO BE NOTICED*

**ERIKA J DOHERTY**
MANNING GROSS & MASSENBURG
LLP - BOSTON MA
125 HIGH STREET

6TH FLOOR
BOSTON, MA 02110
617-670-8621
Fax: 617-670-8801
Email: edoherty@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**ERIKA MEDINA**
THOMPSON COE COUSINS & IRONS -
HOUSTON TX
ONE RIVERWAY
SUITE 1400
HOUSTON, TX 77056
713-403-8210
Email: emedina@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**ERIN DWYER FRENCH**
VORYS SATER SEYMOUR ETC LLP -
CINCINNATI OH
301 EAST FOURTH STREET
SUITE 3500
CINCINNATI, OH 45202
513-723-4678
Fax: 513-723-4056
Email: edfrench@vorys.com
*ATTORNEY TO BE NOTICED*

**ERIN C JOHNSTON**
KIRKLAND & ELLIS LLP -
WASHINGTON DC
1301 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
202-879-5991
Fax: 202-879-5200
Email: ejohnston@kirkland.com
*ATTORNEY TO BE NOTICED*

**FRANK CHADWICK MORRISS**
KIRKLAND & ELLIS LLP -
WASHINGTON DC
1301 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
202-389-5996
Fax: 202-654-9577
Email: chad.morriss@kirkland.com
*ATTORNEY TO BE NOTICED*

**GARRET ALAN LEACH**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2363
Email: garret.leach@kirkland.com

*ATTORNEY TO BE NOTICED*

**GARRETT W MESSERLY**
KIRKLAND & ELLIS LLP - SALT LAKE
CITY UT
36 SOUTH STATE STREET
SUITE 1400
SALT LAKE CITY, UT 84111
801-532-1500
Email: garrett.messerly@kirkland.com
*ATTORNEY TO BE NOTICED*

**GARY LANE HOWARD**
BRADLEY ARANT BOULT ETC LLP -
BIRMINGHAM AL
1819 FIFTH AVE N
ONE FEDERAL PL
BIRMINGHAM, AL 35203
205-521-8000
Email: ghoward@bradley.com
*ATTORNEY TO BE NOTICED*

**GARY JOHN SAALMAN**
VORYS SATER SEYMOUR ETC LLP -
COLUMBUS OH
52 E GAY ST [43125]
PO BOX 1008
COLUMBUS, OH 43216-1008
614-464-5678
Email: gjsaalman@vorys.com
*ATTORNEY TO BE NOTICED*

**GAVIN R TISDALE**
KIRKLAND & ELLIS LLP -
WASHINGTON DC
655 15TH STREET NW
SUITE 1200
WASHINGTON, DC 20005
202-879-5255
Email: gavin.tisdale@kirkland.com
*ATTORNEY TO BE NOTICED*

**HALEY J VANFLETEREN**
MOORE HILL & WESTMORELAND PA -
PENSACOLA FL
350 W CEDAR STREET
SUITE 100
PENSACOLA, FL 32502
850-434-3541
Fax: 850-435-7899
Email: hvanfleteren@mhw-law.com
*ATTORNEY TO BE NOTICED*

**HAMPTON S FRENCH**

SEGAL MCCAMBRIDGE SINGER ET AL
- CHICAGO IL
233 SOUTH WACKER DRIVE
SUITE 5500
CHICAGO, IL 60606
312-645-7800
Fax: 312-645-7711
Email: hfrench@smsm.com
*ATTORNEY TO BE NOTICED*

**HARIKLIA KARIS**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2330
Fax: 312-862-2200
Email: hkaris@kirkland.com
*ATTORNEY TO BE NOTICED*

**HAROLD D MOOTY , III**
BRADLEY ARANT BOULT ETC -
HUNTSVILLE AL
200 CLINTON AVE WEST
SUITE 900
HUNTSVILLE, AL 35801-4900
256-517-5119
Email: hmooty@bradley.com
*ATTORNEY TO BE NOTICED*

**HEATHER ANN LEVINSKY**
SEGAL MCCAMBRIDGE - CHICAGO IL
233 S WACKER DRIVE
SUITE 5500
CHICAGO, IL 60606
312-645-3011
Email: hsnider@smsm.com
*ATTORNEY TO BE NOTICED*

**HENRIQUE ALEJANDRO GEIGEL**
VORYS SATER SEYMOUR ETC LLP -
COLUMBUS OH
52 E GAY ST [43125]
PO BOX 1008
COLUMBUS, OH 43216-1008
614-466-4166
Email: hageigel@vorys.com
*ATTORNEY TO BE NOTICED*

**HILLARY ANALESA ANDERSON**
VORYS SATER SEYMOUR ETC LLP -
CLEVELAND OH
200 PUBLIC SQUARE
SUITE 1400
CLEVELAND, OH 44114

216-479-6175
Fax: 216-937-3408
Email: haanderson@vorys.com
*ATTORNEY TO BE NOTICED*

**INGRID GOLEMI**
MANNING GROSS & MASSENBURG
LLP - NEW YORK NY
14 WALL STREET
28TH FLOOR
NEW YORK, NY 10005
646-457-7166
Email: igolemi@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**JACQUELINE RENEE BOLDEN**
THOMPSON COE COUSINS & IRONS -
DALLAS TX
700 NORTH PEARL STREET
SUITE 2500
DALLAS, TX 75201-4761
214-880-2620
Email: jbolden@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**JAMES MARK ADAMS , JR**
BRADLEY ARANT BOULT ETC LLP -
BIRMINGHAM AL
1819 FIFTH AVE N
ONE FEDERAL PL
BIRMINGHAM, AL 35203
205-521-8550
Fax: 205-488-6550
Email: madams@bradley.com
*ATTORNEY TO BE NOTICED*

**JAMES H BOLIN**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: jay.bolin@butlersnow.com
*ATTORNEY TO BE NOTICED*

**JAMES DOMINIC CAMPODONICO**
GORDON & REES LLP - SAN
FRANCISCO CA
275 BATTERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111
415-875-3118
Email: dcampodonico@grsm.com
*ATTORNEY TO BE NOTICED*

**JAMES STEPHEN FRITZ , JR**
BRADLEY ARANT BOULT ETC LLP -
JACKSON MS
188 E CAPITOL STREET
SUITE 1000
JACKSON, MS 39201
601-948-8000
Fax: 601-948-3000
Email: sfritz@bradley.com
*ATTORNEY TO BE NOTICED*

**JAMES B LETTEN**
BUTLER SNOW LLP - NEW ORLEANS
LA
201 ST CHARLES AVENUE
SUITE 2700
NEW ORLEANS, LA 70170
504-299-7746
Email: jim.letten@butlersnow.com
*ATTORNEY TO BE NOTICED*

**JAMES B LIND**
VORYS SATER SEYMOUR ETC LLP -
CINCINNATI OH
301 EAST FOURTH STREET
SUITE 3500
CINCINNATI, OH 45202
513-723-4678
Fax: 513-723-4056
Email: jblind@vorys.com
*ATTORNEY TO BE NOTICED*

**JAMES WILLIAM MANUEL**
BRADLEY ARANT BOULT ETC LLP -
JACKSON MS
188 E CAPITOL STREET
SUITE 1000
JACKSON, MS 39201
601-948-8000
Fax: 601-592-1415
Email: wmanuel@bradley.com
*ATTORNEY TO BE NOTICED*

**JAMES E ROBINSON**
GORDON & REES LLP - PHILADELPHIA
PA
THREE LOGAN SQUARE
1717 ARCH STREET
SUITE 610
PHILADELPHIA, PA 19103
215-717-4007
Fax: 215-693-6650
Email: jrobinson@grsm.com

*ATTORNEY TO BE NOTICED*

**JAMES DAVID YATES , JR**
KIRKLAND & ELLIS LLP -
WASHINGTON DC
1301 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
202-879-5991
Fax: 202-879-5200
Email: james.yates@kirkland.com
*ATTORNEY TO BE NOTICED*

**JAMIE A AYCOCK**
KIRKLAND & ELLIS LLP - HOUSTON
TX
609 MAIN STREET
HOUSTON, TX 77002
713-836-3361
Fax: 713-836-3601
Email: jamie.aycock@kirkland.com
*TERMINATED: 03/16/2022*

**JARED LEE GRISHAM**
THOMPSON COE COUSINS & IRONS -
AUSTIN TX
701 BRAZOS
SUITE 1500
AUSTIN, TX 78701
512-708-8200
Fax: 512-708-8777
Email: jgrisham@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**JASON A CINCILLA**
MANNING GROSS & MASSENBURG
LLP - WILMINGTON DE
1007 N ORANGE STREET
SUITE 711
WILMINGTON, DE 19801
302-657-2100
Email: jcincilla@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**JASON PATRICK ECKERLY**
SEGAL MCCAMBRIDGE - CHICAGO IL
233 S WACKER DRIVE
SUITE 5500
CHICAGO, IL 60606
312-329-6553
Fax: 312-645-7711
Email: jeckerly@smsm.com
*ATTORNEY TO BE NOTICED*

**JASON ERIC FORTENBERRY**

BRADLEY ARANT BOULT ETC LLP -
JACKSON MS
188 E CAPITOL STREET
SUITE 1000
JACKSON, MS 39201
601-948-8000
Fax: 601-948-3000
Email: jfortenberry@bradley.com
*ATTORNEY TO BE NOTICED*

**JAY L BHIMANI**
DECHERT LLP - LOS ANGELES CA
633 W 5TH STREET
SUITE 4900
LOS ANGELES, CA 90071
213-808-5762
Fax: 213-808-5760
Email: jay.bhimani@dechert.com
*ATTORNEY TO BE NOTICED*

**JAY RICHARD BOLTIN**
GORDON & REES LLP - BATON ROUGE
LA
1755 AVONDALE DRIVE
BATON ROUGE, LA 70808
225-362-2230
Email: jay@boltinlaw.com
*ATTORNEY TO BE NOTICED*

**JEFFREY RALPH BLACKWOOD**
BRADLEY ARANT BOULT ETC LLP -
JACKSON MS
188 E CAPITOL STREET
SUITE 1000
JACKSON, MS 39201
601-948-8000
Fax: 601-592-1416
Email: jblackwood@bradley.com
*ATTORNEY TO BE NOTICED*

**JEFFREY J ZEIGER**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-3237
Email: jzeiger@kirkland.com
*ATTORNEY TO BE NOTICED*

**JENNA MARIE MILLER**
SEGAL MCCAMBRIDGE - CHICAGO IL
233 S WACKER DRIVE
SUITE 5500
CHICAGO, IL 60606
312-329-6557

Email: jmiller@smsm.com
*ATTORNEY TO BE NOTICED*

**JENNA CHRISTINE NEWMARK**
DECHERT LLP - NEW YORK NY
THREE BRYANT PARK
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
212-649-8723
Email: jenna.newmark@dechert.com
*ATTORNEY TO BE NOTICED*

**JENNIFER JOSLIN**
KIRKLAND & ELLIS LLP - SALT LAKE
CITY UT
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UT 84111
801-877-8144
Email: jennifer.joslin@kirkland.com
*ATTORNEY TO BE NOTICED*

**JERRY W BLACKWELL**
BLACKWELL BURKE PA -
MINNEAPOLIS MN
431 SOUTH 7TH STREET
SUITE 2500
MINNEAPOLIS, MN 55415
612-343-3200
Fax: 612-343-3205
Email: blackwell@blackwellburke.com
*ATTORNEY TO BE NOTICED*

**JESSE LUKE GREEN**
WHITE & CASE LLP - MIAMI FL
200 S BISCAYNE BLVD
SUITE 4900
MIAMI, FL 33131
305-925-4722
Fax: 305-358-5744
Email: jgreen@whitecase.com
*ATTORNEY TO BE NOTICED*

**JESSICA BOELTER**
WHITE & CASE LLP - NEW YORK NY
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
212-819-7097
Email: jessica.lauria@whitecase.com
*ATTORNEY TO BE NOTICED*

**JESSICA RACHEL GARRITY**
BOWMAN AND BROOKE LLP - CORAL
GABLES FL
2 ALHAMBRA PLAZA

SUITE 800
CORAL GABLES, FL 33134
305-995-5617
Email:
jessica.garrity@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**JESSICA NAEGELY**
MANNING GROSS & MASSENBURG
LLP - BOSTON MA
125 HIGH STREET
6TH FLOOR
BOSTON, MA 02110
617-670-8506
Fax: 617-670-8801
Email: jnaegely@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**JOHN THOMAS HUGO**
MANNING GROSS & MASSENBURG
LLP - BOSTON MA
125 HIGH STREET
6TH FLOOR
BOSTON, MA 02110
617-670-8800
Email: jhugo@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**JOHN ANDREW HUTTON**
GORDON & REES LLP - AUSTIN TX
901 S MOPAC EXPRESSWAY
BUILDING 1 SUITE 480
AUSTIN, TX 78746
512-582-6485
Fax: 512-391-0183
Email: ahutton@grsm.com
*ATTORNEY TO BE NOTICED*

**JOHN JAMES ROBINSON**
GORDON & REES LLP -
GLASTONBURY CT
95 GLASTONBURY BOULEVARD
SUITE 206
GLASTONBURY, CT 06033
860-494-7505
Fax: 860-560-0185
Email: jjrobinson@grsm.com
*ATTORNEY TO BE NOTICED*

**JON OLSSON**
DECHERT LLP - BOSTON MA
100 OLIVER STREET
BOSTON, MA 02110
508-654-5414

Email: jon.olsson@dechert.com
*ATTORNEY TO BE NOTICED*

**JONATHAN MICHAEL BARNES**
BRADLEY ARANT BOULT ETC LLP -
JACKSON MS
188 E CAPITOL STREET
SUITE 1000
JACKSON, MS 39201
601-592-9926
Email: jbarnes@bradley.com
*ATTORNEY TO BE NOTICED*

**JONATHAN LANE SMITH**
BOWMAN & BROOKE LLP - AUSTIN TX
2901 VIA FORTUNA DRIVE
SUITE 500
AUSTIN, TX 78746
512-874-3853
Fax: 512-874-3831
Email:
Jonathan.Smith@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**JONATHAN HOYT STILL**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: jon.still@butlersnow.com
*ATTORNEY TO BE NOTICED*

**JONATHAN S TAM**
DECHERT LLP - SAN FRANCISCO CA
ONE BUSH STREET
SUITE 1600
SAN FRANCISCO, CA 94104
415-262-4500
Fax: 415-262-4555
Email: jonathan.tam@dechert.com
*ATTORNEY TO BE NOTICED*

**JORDAN CHRISTOPHER PATTERSON**
VORYS SATER SEYMOUR ETC LLP -
COLUMBUS OH
52 E GAY ST [43125]
PO BOX 1008
COLUMBUS, OH 43216-1008
330-749-1622
Email: jcpatterson@vorys.com
*ATTORNEY TO BE NOTICED*

**JORDAN LEIGH SCHWINDT**

MANNING GROSS & MASSENBURG
LLP - BOSTON MA
125 HIGH STREET
6TH FLOOR
BOSTON, MA 02110
617-670-8800
Fax: 617-670-8801
Email: jschwindt@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**JORDAN NEIL WALKER**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: jordan.walker@butlersnow.com
*ATTORNEY TO BE NOTICED*

**JOSE MANUEL LUZARRAGA**
BUTLER SNOW LLP - DALLAS TX
2911 TURTLE CREEK BOULEVARD
SUITE 1400
DALLAS, TX 75219
469-680-5503
Email: jose.luzarraga@butlersnow.com
*ATTORNEY TO BE NOTICED*

**JOSEPH P CELOTTO**
MANNING GROSS & MASSENBURG -
NEW YORK NY
14 WALL STREET
28TH FLOOR
NEW YORK, NY 10005
929-378-4800
Email: celottojoseph@gmail.com
*ATTORNEY TO BE NOTICED*

**JUDSON D BROWN**
KIRKLAND & ELLIS LLP -
WASHINGTON DC
1301 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
202-879-5991
Fax: 202-879-5200
Email: judson.brown@kirkland.com
*ATTORNEY TO BE NOTICED*

**JULIA MARY RAFFERTY**
GORDON & REES LLP - PHILADELPHIA
PA
THREE LOGAN SQUARE
1717 ARCH STREET
SUITE 610

PHILADELPHIA, PA 19103
215-717-4009
Email: jrafferty@grsm.com
*ATTORNEY TO BE NOTICED*

**JULIE ANN CARPENTER**
THOMPSON COE COUSINS & IRONS -
HOUSTON TX
ONE RIVERWAY
SUITE 1400
HOUSTON, TX 77056
713-403-8210
Email: jcarpenter@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**JULIE BARDACKE HADDON**
GORDON & REES LLP - PORTLAND OR
1300 SW 5TH AVENUE
SUITE 2000
PORTLAND, OR 97201
503-382-3855
Fax: 503-224-6468
Email: jhaddon@grsm.com
*ATTORNEY TO BE NOTICED*

**JULIE M K SIEGAL**
KIRKLAND & ELLIS LLP -
WASHINGTON DC
1301 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
202-389-3117
Email: julie.siegal@kirkland.com
*ATTORNEY TO BE NOTICED*

**JUNE GILSON**
GORDON & REES LLP - PHILADELPHIA
PA
THREE LOGAN SQUARE
1717 ARCH STREET
SUITE 610
PHILADELPHIA, PA 19103
610-220-7008
Email: jgilson@grsm.com
*ATTORNEY TO BE NOTICED*

**KARI L SUTHERLAND**
BUTLER SNOW LLP - OXFORD MS
1200 JEFFERSON AVE
STE 205
OXFORD, MS 38655
662-513-8000
Email: kari.sutherland@butlersnow.com
*ATTORNEY TO BE NOTICED*

**KARINA ELISABETH MURSKI**
MANNING GROSS & MASSENBURG -
NEW YOKR NY
14 WALL STREET
28TH FLOOR
NEW YORK, NY 10005
212-364-2304
Fax: 618-607-5299
Email: kmurski@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**KARL B GUNDERSON**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2379
Email: karl.gunderson@kirkland.com
*ATTORNEY TO BE NOTICED*

**KASDIN MILLER MITCHELL**
KIRKLAND & ELLIS LLP -
WASHINGTON DC
1301 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
202-879-5991
Fax: 202-879-5200
Email: kasdin.mitchell@kirkland.com
*ATTORNEY TO BE NOTICED*

**KATARZYNA JANUSZKIEWICZ**
MANNING GROSS & MASSENBURG -
NEW YORK NY
14 WALL STREET
28TH FLOOR
NEW YORK, NY 10005
646-287-7776
Email: kjanuszkiewicz@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**KATE WALLING AGUIAR**
BOYD & JENERETTE PA -
JACKSONVILLE FL
201 N HOGAN ST
STE 400
JACKSONVILLE, FL 32202
904-353-6241
Email: kaguiar@boydjen.com
*ATTORNEY TO BE NOTICED*

**KATELYN RUSH ASHTON**
BUTLER SNOW LLP - MEMPHIS TN
6075 POPLAR AVENUE
SUITE 500
MEMPHIS, TN 38119

901-680-7259
Email: katelyn.ashton@butlersnow.com
*ATTORNEY TO BE NOTICED*

**KATHARINE S PERRY**
MANNING GROSS & MASSENBURG
LLP - BOSTON MA
125 HIGH STREET
6TH FLOOR
BOSTON, MA 02110
617-670-8800
Fax: 617-670-8801
Email: kperry@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**KATHERINE ELIZABETH UNGER**
DECHERT LLP - PHILADELPHIA PA
2929 ARCH STREET
CIRA CENTRE
PHILADELPHIA, PA 19104
215-994-2015
Email: katherine.unger@dechert.com
*ATTORNEY TO BE NOTICED*

**KATHERINE T WALLING**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-3727
Email: kate.walling@kirkland.com
*ATTORNEY TO BE NOTICED*

**KATHLEEN INGRAM CARRINGTON**
BUTLER SNOW LLP - NASHVILLE TN
150 THIRD AVENUE
SUITE 1600
NASHVILLE, TN 37201
615-651-6710
Fax: 615-651-6701
Email: kat.carrington@butlersnow.com
*ATTORNEY TO BE NOTICED*

**KATIE REBECCA LENCIONI**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-3655
Fax: 312-862-2200
Email: katie.lencioni@kirkland.com
*ATTORNEY TO BE NOTICED*

**KAY BARNES BAXTER**
GORDON & REES LLP - NEW ORLEANS
LA

1003 SAINT PHILLIP STREET
NEW ORLEANS, LA 70015
504-460-2365
Email: anorman@grsm.com
*ATTORNEY TO BE NOTICED*

**KEITH STEVEN ANDERSON**
BRADLEY ARANT BOULT ETC LLP -
BIRMINGHAM AL
1819 FIFTH AVE N
ONE FEDERAL PL
BIRMINGHAM, AL 35203
205-521-8000
Email: kanderson@bradley.com
*ATTORNEY TO BE NOTICED*

**KEITH C MIER**
BUTLER SNOW LLP - ALBUQUERQUE
NM
2155 LOUISIANA BOULEVARD NE
SUITE 10400
ALBU, NM 87110
505-545-6065
Fax: 505-545-6101
Email: keith.mier@butlersnow.com
*ATTORNEY TO BE NOTICED*

**KELCIE BURNS REID**
GORDON & REES LLP -
GLASTONBURY CT
95 GLASTONBURY BOULEVARD
SUITE 206
GLASTONBURY, CT 06033
860-494-7514
Email: kreid@grsm.com
*ATTORNEY TO BE NOTICED*

**KELLY R KIMBROUGH**
BOWMAN & BROOKE LLP - AUSTIN TX
2901 VIA FORTUNA DRIVE
SUITE 500
AUSTIN, TX 78746
512-874-3800
Fax: 512-874-3801
Email:
kelly.kimbrough@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**KELSEY J SHAW**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-4462
Email: kelsey.shaw@kirkland.com

*ATTORNEY TO BE NOTICED*

**KENNETH MAECHTLEN COCHRAN**
DECHERT LLP - LOS ANGELES CA
633 W 5TH STREET
SUITE 4900
LOS ANGELES, CA 90071
213-808-5762
Fax: 213-808-5760
Email: kenny.cochran@dechert.com
*ATTORNEY TO BE NOTICED*

**KENNETH R COSTA**
MANNING GROSS & MASSENBURG
LLP - BOSTON MA
125 HIGH STREET
6TH FLOOR
BOSTON, MA 02110
401-443-2100
Email: kcosta@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**KENNETH J FERGUSON**
GORDON & REES LLP - AUSTIN TX
901 S MOPAC EXPRESSWAY
BUILDING 1 SUITE 480
AUSTIN, TX 78746
512-582-6485
Fax: 512-391-0183
Email: kferguson@grsm.com
*ATTORNEY TO BE NOTICED*

**KENT A BRITT**
VORYS SATER SEYMOUR ETC LLP -
CINCINNATI OH
301 EAST FOURTH STREET
SUITE 3500
CINCINNATI, OH 45202
513-723-4678
Fax: 513-723-4056
Email: kabritt@vorys.com
*ATTORNEY TO BE NOTICED*

**KENYA C BODDEN**
THOMPSON COE COUSINS & IRONS -
ST PAUL MN
408 ST PETER STREET
SUITE 510
ST PAUL, MN 55102
651-389-5000
Email: kbodden@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**KERRY LYNN RHOADS**

SEGAL MCCAMBRIDGE SINGER ET AL
- SOUTHFIELD MI
29100 NORTHWESTERN HIGHWAY
SUITE 240
SOUTHFIELD, MI 48034
248-994-0060
Email: krhoads@smsm.com
*ATTORNEY TO BE NOTICED*

**KEVIN BARBER BROWN**
THOMPSON COE COUSINS & IRONS -
DALLAS TX
700 NORTH PEARL STREET
SUITE 2500
DALLAS, TX 75201-4761
214-871-8286
Email: kbrown@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**KEVIN JOSEPH MALLOY**
BOWMAN & BROOKE LLP -
COLUMBIA SC
1441 MAIN STREET
SUITE 1200
COLUMBIA, SC 29201
803-726-7499
Email:
kevin.malloy@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**KEVIN MICHAEL STOCKMANN**
MANNING GROSS & MASSENBURG
LLP - O'FALLON IL
1405 N GREEN MOUNT ROAD
O'FALLON, IL 62269
314-640-2259
Email: kstockmann@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**KIM F MCCLENDON**
GORDON & REES LLP - PORTLAND OR
1300 SW 5TH AVENUE
SUITE 2000
PORTLAND, OR 97201
503-382-3855
Email: kmcclendon@grsm.com
*ATTORNEY TO BE NOTICED*

**KIMBERLY WEBER HERLIHY**
VORYS SATER SEYMOUR ETC LLP -
COLUMBUS OH
52 E GAY ST [43125]
PO BOX 1008
COLUMBUS, OH 43216-1008

614-464-8283
Fax: 614-519-5021
Email: kwherlihy@vorys.com
*ATTORNEY TO BE NOTICED*

**KIMBERLY D HILL**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-4461
Email: kim.hill@kirkland.com
*ATTORNEY TO BE NOTICED*

**KIMBERLY B MARTIN**
BRADLEY ARANT BOULT ETC -
HUNTSVILLE AL
200 CLINTON AVE WEST
SUITE 900
HUNTSVILLE, AL 35801-4900
256-517-5155
Fax: 256-517-5200
Email: kmartin@bradley.com
*ATTORNEY TO BE NOTICED*

**KIME H SMITH , III**
MANNING GROSS & MASSENBURG
LLP - WALNUT CREEK CA
100 PRINGLE AVENUE
SUITE 750
WALNUT CREEK, CA 94596
925-305-9375
Email: ksmith@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**KRISTINA ALLEN RELIFORD**
BRADLEY ARANT BOULT CUMMINGS
- NASHVILLE TN
1600 DIVISION STREET
SUITE 700
NASHVILLE, TN 37203
615-252-2348
Fax: 615-252-6348
Email: kreliford@bradley.com
*ATTORNEY TO BE NOTICED*

**KYLE RICHARD DECAMP**
DECHERT LLP - LOS ANGELES CA
633 W 5TH STREET
SUITE 4900
LOS ANGELES, CA 90071
213-808-5762
Fax: 213-808-5760
Email: kyle.decamp@dechert.com
*TERMINATED: 02/16/2022*

**LA'VERNE EDNEY**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: la'verne.edney@butlersnow.com
*ATTORNEY TO BE NOTICED*

**LAURA J HENNEMAN**
SEGAL MCCAMBRIDGE - CHICAGO IL
233 S WACKER DRIVE
SUITE 5500
CHICAGO, IL 60606
312-645-7800
Fax: 312-645-7711
Email: lhenneman@smsm.com

**LAUREN A RUSS**
BOWMAN AND BROOKE LLP -
MINNEAPOLIS MN
150 S FIFTH ST
STE 3000
MINNEAPOLIS, MN 55402
612-656-4017
Email: lauren.russ@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**LEA ANN SMITH**
BUTLER SNOW LLP - NEW ORLEANS
LA
201 ST CHARLES AVENUE
SUITE 2700
NEW ORLEANS, LA 70170
504-299-7746
Email: LeaAnn.Smith@butlersnow.com
*ATTORNEY TO BE NOTICED*

**LEAH N LEDFORD**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: leah.ledford@butlersnow.com
*ATTORNEY TO BE NOTICED*

**LEIGH ANNE HODGE**
BRADLEY ARANT BOULT ETC -
BIRMINGHAM AL
1819 5TH AVE N
BIRMINGHAM, AL 35203
205-521-8092

Fax: 205-488-6092
Email: lhodge@bradley.com
*ATTORNEY TO BE NOTICED*

**LELA HOLLABAUGH**
BRADLEY ARANT BOULT CUMMINGS
- NASHVILLE TN
1600 DIVISION STREET
SUITE 700
NASHVILLE, TN 37203
615-252-2348
Fax: 615-252-6348
Email: lhollabaugh@bradley.com
*ATTORNEY TO BE NOTICED*

**LESLIE ANNE BENITEZ**
GORDON & REES LLP - AUSTIN TX
901 S MOPAC EXPRESSWAY
BUILDING 1 SUITE 480
AUSTIN, TX 78746
512-582-6485
Fax: 512-391-0183
Email: lbenitez@grsm.com
*ATTORNEY TO BE NOTICED*

**LESLIE MARIE SMITH**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-861-2141
Email: leslie.smith@kirkland.com
*ATTORNEY TO BE NOTICED*

**LESLIE LEUNG SUN**
THOMPSON COE COUSINS & IRONS -
AUSTIN TX
701 BRAZOS
SUITE 1500
AUSTIN, TX 78701
888-708-8200
Email: lsun@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**LIA F MAZZARELLA**
VORYS SATER SEYMOUR ETC LLP -
CINCINNATI OH
301 EAST FOURTH STREET
SUITE 3500
CINCINNATI, OH 45202
513-723-4678
Fax: 513-723-4056
Email: lfmazzarella@vorys.com
*ATTORNEY TO BE NOTICED*

**LINA Y GARCIA**
GORDON & REES LLP - AUSTIN TX
901 S MOPAC EXPRESSWAY
BUILDING 1 SUITE 480
AUSTIN, TX 78746
512-582-6485
Fax: 512-391-0183
Email: jharris@grsm.com
*ATTORNEY TO BE NOTICED*

**LINDSAY ZANELLO**
DECHERT LLP - NEW YORK NY
THREE BRYANT PARK
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
212-698-3867
Email: lindsay.zanello@dechert.com
*ATTORNEY TO BE NOTICED*

**LINDSEY BETH COHAN**
DECHERT LLP - AUSTIN TX
515 CONGRESS AVENUE
SUITE 1400
AUSTIN, TX 78701
512-394-3000
Fax: 512-394-3001
Email: lindsey.cohan@dechert.com
*ATTORNEY TO BE NOTICED*

**LUCIA VERONICA PAZOS**
MANNING GROSS & MASSENBURG
LLP - MIAMI FL
701 BRICKELL AVENUE
SUITE 2000
MIAMI, FL 33131
305-537-3410
Fax: 305-537-3411
Email: lpazos@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**M DAVID GRIFFITH , JR**
THOMAS COMBS & SPANN PLLC -
CHARLESTON WV
300 SUMMERS STREET
SUITE 1380
CHARLESTON, WV 25301
304-414-1810
Fax: 304-414-1801
Email: dgriffith@tcspllc.com
*ATTORNEY TO BE NOTICED*

**MARA CUSKER GONZALEZ**
DECHERT LLP - NEW YORK NY
THREE BRYANT PARK

1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
212-698-3500
Fax: 212-698-3599
Email: maracusker.gonzalez@dechert.com
*ATTORNEY TO BE NOTICED*

**MARCEL CHARLES DUHAMEL**
VORYS SATER SEYMOUR ETC LLP -
CLEVELAND OH
200 PUBLIC SQUARE
SUITE 1400
CLEVELAND, OH 44114
216-479-6100
Fax: 216-937-3722
Email: mcduhamel@vorys.com
*ATTORNEY TO BE NOTICED*

**MARGARET D EVERETT**
VORYS SATER SEYMOUR ETC LLP -
CLEVELAND OH
200 PUBLIC SQUARE
SUITE 1400
CLEVELAND, OH 44114
216-479-6102
Fax: 216-479-6060
Email: mdeverett@vorys.com
*ATTORNEY TO BE NOTICED*

**MARIA P RIVERA**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2740
Email: mrivera@kirkland.com
*ATTORNEY TO BE NOTICED*

**MARK A DREHER**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: mark.dreher@butlersnow.com
*ATTORNEY TO BE NOTICED*

**MARK ANDREW HILL**
THOMPSON COE COUSINS & IRONS -
NEW ORLEANS LA
601 POYDRAS STREET
SUITE 1850
NEW ORLEANS, LA 70130
504-526-4334
Email: mhill@thompsoncoe.com

*ATTORNEY TO BE NOTICED*

**MARK J NOMELLINI**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-861-2410
Email: mnomellini@kirkland.com
*ATTORNEY TO BE NOTICED*

**MARK W PREMO-HOPKINS**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2706
Fax: 312-862-2200
Email: mark.premohopkins@kirkland.com
*ATTORNEY TO BE NOTICED*

**MARTIN SCHNEIDER**
THOMPSON COE COUSINS & IRONS -
NEW ORLEANS LA
601 POYDRAS STREET
SUITE 1850
NEW ORLEANS, LA 70130
504-526-4350
Email: mschneider@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**MARY KATHLEEN GLASPY**
MANNING GROSS & MASSENBURG
LLP - WALNUT CREEK CA
100 PRINGLE AVENUE
SUITE 750
WALNUT CREEK, CA 94596
925-947-1300
Fax: 925-947-1594
Email: mglaspy@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**MARY H KIM**
DECHERT LLP - SAN FRANCISCO CA
ONE BUSH STREET
SUITE 1600
SAN FRANCISCO, CA 94104
415-262-4500
Email: mary.kim@dechert.com
*ATTORNEY TO BE NOTICED*

**MARY R PAWELEK**
BOWMAN & BROOKE LLP - AUSTIN TX
2901 VIA FORTUNA DRIVE
SUITE 500
AUSTIN, TX 78746

512-874-3842
Fax: 512-874-3801
Email:
mary.pawelek@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**MATTHEW RYAN CARPENTER**
VORYS SATER SEYMOUR ETC LLP -
CLEVELAND OH
200 PUBLIC SQUARE
SUITE 1400
CLEVELAND, OH 44114
216-762-3561
Email: mrcarpenter@vorys.com
*ATTORNEY TO BE NOTICED*

**MATTHEW DOUGLAS KELLY**
SEGAL MCCAMBRIDGE - CHICAGO IL
233 SOUTH WACKER DRIVE
SUITE 5500
CHICAGO, IL 60606
312-645-7800
Email: mkelly@smsm.com
*ATTORNEY TO BE NOTICED*

**MATTHEW JOHN KOLODOSKI**
THOMPSON COE COUSINS & IRONS -
DALLAS TX
700 NORTH PEARL STREET
SUITE 2500
DALLAS, TX 75201-4761
214-880-2620
Email: mkolodoski@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**MATTHEW PARKER SMITH**
BUTLER SNOW LLP - NASHVILLE TN
150 THIRD AVENUE
SUITE 1600
NASHVILLE, TN 37201
615-651-6710
Fax: 615-651-6701
Email: matt.smith@butlersnow.com
*ATTORNEY TO BE NOTICED*

**MATTHEW PERRY STEINBERG**
DECHERT LLP - WASHINGTON DC
333 CONSTITUTION AVENUE NW
WASHINGTON, DC 20001
954-990-9083
Email: matthew.steinberg@dechert.com
*ATTORNEY TO BE NOTICED*

**MATTHEW JOSEPH YOUNG**

VORYS SATER SEYMOUR ETC LLP -
COLUMBUS OH
52 E GAY ST [43125]
PO BOX 1008
COLUMBUS, OH 43216-1008
419-689-1190
Email: mjyoung@vorys.com
*ATTORNEY TO BE NOTICED*

**MAXWELL HEWITT KING**
VORYS SATER SEYMOUR ETC LLP -
COLUMBUS OH
52 E GAY ST [43125]
PO BOX 1008
COLUMBUS, OH 43216-1008
614-339-9197
Email: mhking@vorys.com
*ATTORNEY TO BE NOTICED*

**MEGAN DELUREY**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-4485
Email: megan.delurey@kirkland.com
*ATTORNEY TO BE NOTICED*

**MEGHAN ANN AGOSTINELLI**
DECHERT LLP - CHICAGO IL
35 W WACKER DRIVE
34TH FLOOR
CHICAGO, IL 60601
312-646-5857
Email: meghan.agostinelli@dechert.com
*ATTORNEY TO BE NOTICED*

**MELODY MCANALLY**
BUTLER SNOW LLP - MEMPHIS TN
6075 POPLAR AVENUE
SUITE 500
MEMPHIS, TN 38119
901-680-7322
Email: melody.mcanally@butlersnow.com
*(Inactive)*
*ATTORNEY TO BE NOTICED*

**MICAH DAVID BROWN**
DECHERT LLP - PHILADELPHIA PA
2929 ARCH STREET
CIRA CENTRE
PHILADELPHIA, PA 19104
215-944-2527
Email: micah.brown@dechert.com
*TERMINATED: 02/16/2022*

**MICHAEL B HEWES**
BUTLER SNOW LLP - GULFPORT MS
1300 25TH AVENUE
SUITE 204
GULFPORT, MS 39501
228-864-1170
Fax: 228-868-1531
Email: michael.hewes@butlersnow.com
*ATTORNEY TO BE NOTICED*

**MICHAEL R KLATT**
GORDON & REES LLP - AUSTIN TX
901 S MOPAC EXPRESSWAY
BUILDING 1 SUITE 480
AUSTIN, TX 78746
512-582-6485
Fax: 512-391-0183
Email: mklatt@grsm.com
*ATTORNEY TO BE NOTICED*

**MICHAEL EDWARD MCWILLIAMS**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: mike.mcwilliams@butlersnow.com
*ATTORNEY TO BE NOTICED*

**MICHAEL P OLIVERIO**
VORYS SATER SEYMOUR ETC LLP -
PITTSBURGH PA
500 GRANT STREET
SUITE 4900
PITTSB, PA 15219
412-904-7698
Fax: 412-904-7801
Email: mpoliverio@vorys.com
*ATTORNEY TO BE NOTICED*

**MICHAEL C WILLIAMS**
BRADLEY ARANT BOULT ETC LLP -
JACKSON MS
188 E CAPITOL STREET
SUITE 1000
JACKSON, MS 39201
601-948-8000
Fax: 601-948-3000
Email: mcwilliams@bradley.com
*ATTORNEY TO BE NOTICED*

**MICHELLE MOLINARO BURKE**
GORDON & REES LLP - FLORHAM

PARK NJ
18 COLUMBIA TURNPIKE
SUITE 220
FLORHAM PARK, NJ 07932
973-549-2500
Email: mxburke@grsm.com
*ATTORNEY TO BE NOTICED*

**MITCHELL BENJAMIN TUGGLE**
THOMAS COMBS & SPANN PLLC -
CHARLESTON WV
300 SUMMERS STREET
SUITE 1380
CHARLESTON, WV 25301
304-414-1800
Fax: 304-414-1801
Email: mtuggle@tcspllc.com
*ATTORNEY TO BE NOTICED*

**MOHAMMAD H HUSAN**
THOMPSON COE COUSINS & IRONS -
HOUSTON TX
ONE RIVERWAY
SUITE 1400
HOUSTON, TX 77056
713-403-8210
Email: mhusan@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**NADIA S ABRAMSON**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2484
Email: nadia.abramson@kirkland.com
*ATTORNEY TO BE NOTICED*

**NANCY MAE ERFLE**
GORDON & REES LLP - PORTLAND OR
1300 SW 5TH AVENUE
SUITE 2000
PORTLAND, OR 97201
503-382-3852
Email: nerfle@grsm.com
*ATTORNEY TO BE NOTICED*

**NATALIE ROSE ATKINSON**
THOMAS COMBS & SPANN PLLC -
CHARLESTON WV
300 SUMMERS STREET
SUITE 1380
CHARLESTON, WV 25338
304-346-1800
Email: natkinson@tcspllc.com

*ATTORNEY TO BE NOTICED*

**NATASHA A ALEXANDER**
VORYS SATER SEYMOUR ETC LLP -
HOUSTON TX
909 FANNIN STREET
SUITE 2700
HOUSTON, TX 77010
713-588-7000
Fax: 713-588-7050
Email: naalexander@vorys.com
*ATTORNEY TO BE NOTICED*

**NATHAN HUEY**
GORDON & REES LLP - DENVER CO
555 17TH STEET
SUITE 3400
DENVER, CO 80202
303-200-6842
Email: nhuey@grsm.com
*ATTORNEY TO BE NOTICED*

**NATHAN JOSEPH LAW**
SEGAL MCCAMBRIDGE SINGER ET AL
- CHICAGO IL
233 SOUTH WACKER DRIVE
SUITE 5500
CHICAGO, IL 60606
312-645-7800
Fax: 312-645-7711
Email: nlaw@smsm.com
*ATTORNEY TO BE NOTICED*

**NEIL MATTHEW KLIEBENSTEIN**
BOWMAN & BROOKE LLP - SAN JOSE
CA
1741 TECHNOLOGY DRIVE
SUITE 200
SAN JOSE, CA 95110
408-279-5393
Fax: 408-279-5845
Email:
neil.kliebenstein@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**NICHOLAS F WASDIN**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2000
Email: nick.wasdin@kirkland.com
*ATTORNEY TO BE NOTICED*

**NICKOLAS H BARBER**

KIRKLAND & ELLIS LLP -
WASHINGTON DC
1301 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
202-879-5991
Fax: 202-879-5200
Email: nickolas.barber@kirkland.com
*ATTORNEY TO BE NOTICED*

**NIKITA SHERRELL MCMILLIAN**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: nikita.mcmillian@butlersnow.com
*ATTORNEY TO BE NOTICED*

**NINA I WEBB-LAWTON**
VORYS SATER SEYMOUR ETC LLP -
COLUMBUS OH
52 E GAY ST [43125]
PO BOX 1008
COLUMBUS, OH 43216-1008
614-464-8389
Fax: 614-719-5082
Email: niwebb@vorys.com
*ATTORNEY TO BE NOTICED*

**NOAH SHAW BECKER**
DECHERT LLP - PHILADELPHIA PA
2929 ARCH STREET
CIRA CENTRE
PHILADELPHIA, PA 19104
215-994-2522
Email: noah.becker@dechert.com
*ATTORNEY TO BE NOTICED*

**NOLAN M LEUTHAUSER**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-3937
Email: nolan.leuthauser@kirkland.com
*ATTORNEY TO BE NOTICED*

**OLIVIA JORDAN POSS**
KIRKLAND & ELLIS LLP - LOS
ANGELES CA
555 S FLOWER STREET
SUITE 3700
LOS ANGELES, CA 90071
213-680-8400
Email: olivia.poss@kirkland.com

*ATTORNEY TO BE NOTICED*

**ORLA O'CALLAGHAN**
KIRKLAND & ELLIS LLP - HOUSTON
TX
609 MAIN STREET
HOUSTON, TX 77002
713-836-3588
Email: oocallaghan@ontra.ai
*TERMINATED: 05/02/2022*

**PAMELA LAWRENCE FERRELL**
BUTLER SNOW LLP - ATLANTA GA
1170 PEACHTREE STREET NE
SUITE 1900
ATLANTA, GA 30309
678-515-5011
Email: pamela.ferrell@butlersnow.com
*ATTORNEY TO BE NOTICED*

**PATRICK L DELAUNE**
BOWMAN & BROOKE LLP - AUSTIN TX
2901 VIA FORTUNA DRIVE
SUITE 500
AUSTIN, TX 78746
512-874-3862
Fax: 512-874-3801
Email:
patrick.delaune@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**PATRICK J KELLY**
THOMPSON COE COUSINS & IRONS -
ST PAUL MN
408 ST PETER STREET
SUITE 510
ST PAUL, MN 55102
651-389-5000
Fax: 651-389-5099
Email: pkelly@ThompsonCoe.com
*ATTORNEY TO BE NOTICED*

**PATRICK PHILIP SANDMAN**
KIRKLAND & ELLIS LLP - NEW YORK
NY
601 LEXINGTON AVE
NEW YORK, NY 10022
212-909-3489
Email: patrick.sandman@kirkland.com
*ATTORNEY TO BE NOTICED*

**PATRICK FRANCIS SULLIVAN , III**
SEGAL MCCAMBRIDGE - CHICAGO IL
233 S WACKER DRIVE

SUITE 5500
CHICAGO, IL 60606
312-644-4940
Email: pfsullivan@grsm.com
*ATTORNEY TO BE NOTICED*

**PAUL DONALD MOTZ**
SEGAL MCCAMBRIDGE - CHICAGO IL
233 S WACKER DRIVE
SUITE 5500
CHICAGO, IL 60606
312-645-3010
Email: pmotz@smsm.com
*ATTORNEY TO BE NOTICED*

**PAUL S MURPHY**
BUTLER SNOW LLP - GULFPORT MS
1300 25TH AVENUE
SUITE 204
GULFPORT, MS 39501
228-575-3033
Fax: 228-868-1531
Email: paul.murphy@butlersnow.com
*ATTORNEY TO BE NOTICED*

**PAUL QUINCY**
KIRKLAND & ELLIS LLP -
WASHINGTON DC
1301 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
202-879-5991
Fax: 202-879-5200
Email: paul.quincy@kirkland.com
*ATTORNEY TO BE NOTICED*

**PAUL S ROSENBLATT**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: paul.rosenblatt@butlersnow.com
*ATTORNEY TO BE NOTICED*

**PAUL SAMPSON**
KIRKLAND & ELLIS LLP - SALT LAKE
CITY UT
60 EAST SOUTH TEMPLE
7TH FLOOR
SALT LAKE CITY, UT 84111
801-877-8140
Fax: 801-877-8101
Email: paul.sampson@kirkland.com
*ATTORNEY TO BE NOTICED*

**PERRY WALKER DORAN , II**
VORYS SATER SEYMOUR ETC LLP -
COLUMBUS OH
52 E GAY ST [43125]
PO BOX 1008
COLUMBUS, OH 43216-1008
614-464-6305
Fax: 614-719-5185
Email: pdoran@vorys.com
*ATTORNEY TO BE NOTICED*

**PETER ANDREWS LUSENHOP**
VORYS SATER SEYMOUR ETC LLP -
COLUMBUS OH
52 E GAY ST [43125]
PO BOX 1008
COLUMBUS, OH 43216-1008
614-464-8263
Fax: 614-719-4831
Email: palusenhop@vorys.com
*ATTORNEY TO BE NOTICED*

**PHILIP JUDSON COMBS**
THOMAS COMBS & SPANN PLLC -
CHARLESTON WV
300 SUMMERS STREET
SUITE 1380
CHARLESTON, WV 25301
304-414-1805
Fax: 304-414-1801
Email: pcombs@tcspllc.com
*ATTORNEY TO BE NOTICED*

**RACHAEL GRAY WEATHERLY**
DECHERT LLP - LOS ANGELES CA
633 W 5TH STREET
SUITE 4900
LOS ANGELES, CA 90071
213-808-5762
Fax: 213-808-5760
Email: rachael.weatherly@dechert.com
*ATTORNEY TO BE NOTICED*

**RACHEL ELIZABETH MOYNIHAN**
MANNING GROSS & MASSENBURG
LLP - BOSTON MA
125 HIGH STREET
6TH FLOOR
BOSTON, MA 02110
617-670-8800
Email: rmoynihan@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**RACHEL MAURA ROSENBERG**
DECHERT LLP - PHILADELPHIA PA
2929 ARCH STREET
CIRA CENTRE
PHILADELPHIA, PA 19104
215-994-2932
Email: rachel.rosenberg@dechert.com
*ATTORNEY TO BE NOTICED*

**RAJEEV K ADLAKHA**
VORYS SATER SEYMOUR ETC LLP -
CLEVELAND OH
200 PUBLIC SQUARE
SUITE 1400
CLEVELAND, OH 44114
216-479-6175
Fax: 216-937-3408
Email: rkadlakha@vorys.com
*ATTORNEY TO BE NOTICED*

**RANDALL L CHRISTIAN**
BOWMAN & BROOKE LLP - AUSTIN TX
2901 VIA FORTUNA DRIVE
SUITE 500
AUSTIN, TX 78746
512-874-3811
Fax: 512-874-3801
Email:
randy.christian@bowmanandbrooke.com

**RAOUL G CANTERO**
WHITE & CASE LLP - MIAMI FL
200 S BISCAYNE BLVD
SUITE 4900
MIAMI, FL 33131
305-371-2700
Fax: 305-358-5744
Email: raoul.cantero@whitecase.com
*ATTORNEY TO BE NOTICED*

**REMUS WRIGHT , IV**
THOMPSON COE COUSINS & IRONS -
HOUSTON TX
ONE RIVERWAY
SUITE 1400
HOUSTON, TX 77056
713-403-8210
Email: ewright@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**RENEE D SMITH**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654

312-862-2310
Email: rdsmith@kirkland.com
*ATTORNEY TO BE NOTICED*

**REX WILLIAM MANNING**
KIRKLAND & ELLIS LLP - HOUSTON
TX
609 MAIN STREET
HOUSTON, TX 77002
713-836-3474
Email: rex.manning@kirkland.com
*ATTORNEY TO BE NOTICED*

**RICHARD M DYE**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: rick.dye@butlersnow.com
*ATTORNEY TO BE NOTICED*

**RICHARD HOWELL**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-7092
Email: rhowell@kirkland.com
*ATTORNEY TO BE NOTICED*

**RICHARD D SCHUSTER**
VORYS SATER SEYMOUR ETC LLP -
COLUMBUS OH
52 E GAY ST [43125]
PO BOX 1008
COLUMBUS, OH 43216-1008
614-464-5475
Fax: 614-719-4955
Email: rdschuster@vorys.com
*ATTORNEY TO BE NOTICED*

**RICHARD W SLIMAN**
BUTLER SNOW LLP - GULFPORT MS
1300 25TH AVENUE
SUITE 204
GULFPORT, MS 39501
228-864-1170
Fax: 228-868-1531
Email: richard.sliman@butlersnow.com
*ATTORNEY TO BE NOTICED*

**ROBERT C BROCK**
KIRKLAND & ELLIS LLP -
WASHINGTON DC

1301 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
202-879-5991
Fax: 202-879-5200
Email: mike.brock@kirkland.com
*ATTORNEY TO BE NOTICED*

**ROBERT B ELLIS**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2000
Email: robert.ellis@kirkland.com
*ATTORNEY TO BE NOTICED*

**ROBERT V GREENLEE**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: robert.greenlee@butlersnow.com
*ATTORNEY TO BE NOTICED*

**ROBERT EDWARD ZULANDT , III**
VORYS SATER SEYMOUR ETC LLP -
AKRON OH
106 SOUTH MAIN STREET
SUITE 1100
AKRON, OH 44308
330-208-1109
Fax: 330-208-1087
Email: rezulandt@vorys.com
*ATTORNEY TO BE NOTICED*

**ROSEMARY D WELSH**
VORYS SATER SEYMOUR ETC LLP -
CINCINNATI OH
301 EAST FOURTH STREET
SUITE 3500
CINCINNATI, OH 45202
513-723-4678
Fax: 513-723-4056
Email: rdwelsh@vorys.com
*ATTORNEY TO BE NOTICED*

**ROSHAN RAJKUMAR**
BOWMAN AND BROOKE LLP -
MINNEAPOLIS MN
150 S FIFTH ST
STE 3000
MINNEAPOLIS, MN 55402
612-672-3216
Fax: 612-672-3200

Email:
roshan.rajkumar@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**ROY F VIOLA , JR**
GORDON & REES LLP - FLORHAM
PARK NJ
18 COLUMBIA TURNPIKE
SUITE 220
FLORHAM PARK, NJ 07932
201-230-6015
Email: Rviola@grsm.com
*ATTORNEY TO BE NOTICED*

**RYAN MICHAEL MURPHY**
MANNING GROSS & MASSENBURG
LLP - BOSTON MA
125 HIGH STREET
6TH FLOOR
BOSTON, MA 02110
617-670-8800
Email: rmurphy@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**SAGHAR ESFANDIARIFARD**
KIRKLAND & ELLIS LLP - LOS
ANGELES CA
555 S FLOWER STREET
SUITE 3700
LOS ANGELES, CA 90071
310-552-4330
Email: saghar.esfandiarifard@kirkland.com
*ATTORNEY TO BE NOTICED*

**SAMUEL KEENAN CARTER**
BUTLER SNOW LLP - MEMPHIS TN
6075 POPLAR AVENUE
SUITE 500
MEMPHIS, TN 38119
901-680-7257
Fax: 901-680-7201
Email: keenan.carter@butlersnow.com
*ATTORNEY TO BE NOTICED*

**SAMUEL COLE ZATZ**
THOMPSON COE COUSINS & IRONS -
HOUSTON TX
ONE RIVERWAY
SUITE 1400
HOUSTON, TX 77056
713-403-8210
Email: szatz@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**SARA ANDERSON FREY**
GORDON & REES LLP - PHILADELPHIA
PA
THREE LOGAN SQUARE
1717 ARCH STREET
SUITE 610
PHILADELPHIA, PA 19103
215-717-4009
Email: sfrey@gordonrees.com
*ATTORNEY TO BE NOTICED*

**SARA ANN INGRAM**
212 KANGAROO COURT
MARINE, IL 62061
618-304-7800
Fax: 614-464-6350
Email: saingram@vorys.com
*ATTORNEY TO BE NOTICED*

**SARA B ROITMAN**
DECHERT LLP - CHICAGO IL
35 W WACKER DRIVE
34TH FLOOR
CHICAGO, IL 60601
312-646-5857
Email: sara.roitman@dechert.com
*ATTORNEY TO BE NOTICED*

**SARAH ANN MEADOWS**
THOMAS COMBS & SPANN PLLC -
CHARLESTON WV
300 SUMMERS STREET
SUITE 1380
CHARLESTON, WV 25301
304-414-1812
Fax: 304-414-1801
Email: smeadows@tcspllc.com
*ATTORNEY TO BE NOTICED*

**SARAH SMYTH O'BRIEN**
BUTLER SNOW LLP - DENVER CO
1801 CALIFORNIA STREET
SUITE 5100
DENVER, CO 80202
720-330-2394
Fax: 720-330-2301
Email: sarah.obrien@butlersnow.com
*ATTORNEY TO BE NOTICED*

**SEBASTIAN NUNEZ**
BOWMAN & BROOKE LLP - GARLAND
TX
5435 N GARLAND AVENUE
SUITE 140 PMB 123

GARLAND, TX 75040-2787
972-616-1700
Fax: 972-616-1701
Email:
Sebastian.Nunez@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**SHANNON L H PHILLIPS**
BOWMAN & BROOKE LLP -
BLOOMFIELD HILLS MI
41000 WOODWARD AVENUE
SUITE 200 EAST
BLOOMFIELD HILLS, MI 48304
248-205-3343
Email:
shannon.phillips@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**SHARON TAMAR TURRET**
DECHERT LLP - NEW YORK NY
THREE BRYANT PARK
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
212-698-3867
Email: sharon.turret@dechert.com
*ATTORNEY TO BE NOTICED*

**SHAYNE HUNTER HENRY**
KIRKLAND & ELLIS LLP - SAN
FRANCISCO CA
555 CALIFORNIA STREET
SAN FRANCISCO, CA 94104
415-439-1358
Email: shayne.henry@kirkland.com
*ATTORNEY TO BE NOTICED*

**SHELLEY W COLEMAN**
BUTLER SNOW LLP - WILMINGTON NC
6752 ROCK SPRING ROAD
SUITE 310
WILMINGTON, NC 28405
910-550-1330
Email: shelley.coleman@butlersnow.com
*ATTORNEY TO BE NOTICED*

**SHERRIE ARMSTRONG DAVIS**
THOMAS COMBS & SPANN PLLC -
CHARLESTON WV
300 SUMMERS STREET
SUITE 1380
CHARLESTON, WV 25301
304-414-1800
Fax: 304-414-1801
Email: sarmstrongdavis@tcspllc.com

*ATTORNEY TO BE NOTICED*

**SHUNDRA CRUMPTON MANNING**
BRADLEY ARANT BOULT CUMMINGS
- NASHVILLE TN
1600 DIVISION STREET
SUITE 700
NASHVILLE, TN 37203
615-252-3557
Email: scmanning@bradley.com
*ATTORNEY TO BE NOTICED*

**SIERRA ELIZABETH**
KIRKLAND & ELLIS LLP - LOS
ANGELES CA
555 S FLOWER STREET
SUITE 3700
LOS ANGELES, CA 90071
213-680-8543
Email: sierra.elizabeth@kirkland.com
*ATTORNEY TO BE NOTICED*

**SIMON TURNER BAILEY**
BRADLEY ARANT BOULT ETC LLP -
JACKSON MS
188 E CAPITOL STREET
SUITE 1000
JACKSON, MS 39201
601-592-9941
Email: sbailey@bradley.com
*ATTORNEY TO BE NOTICED*

**SIMON GOTTLIEB**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-3986
Email: simon.gottlieb@kirkland.com
*ATTORNEY TO BE NOTICED*

**STACEY G PAGONIS**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-3163
Email: stacey.pagonis@kirkland.com
*ATTORNEY TO BE NOTICED*

**STEFANIE ANN TUBBS**
DECHERT LLP - PHILADELPHIA PA
2929 ARCH STREET
CIRA CENTRE
PHILADELPHIA, PA 19104
215-994-2987

Email: stefanie.tubbs@dechert.com
*ATTORNEY TO BE NOTICED*

**STEPHANIE MARIE CHESNEY**
MANNING GROSS & MASSENBURG
LLP - BOSTON MA
125 HIGH STREET
6TH FLOOR
BOSTON, MA 02110
617-670-8506
Fax: 617-670-8801
Email: SChesney@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**STEPHEN DANIEL KAUFMANN**
BRADLEY ARANT BOULT ETC -
HUNTSVILLE AL
200 CLINTON AVE WEST
SUITE 900
HUNTSVILLE, AL 35801-4900
256-517-5120
Email: dkaufmann@bradley.com
*ATTORNEY TO BE NOTICED*

**STEPHEN ALAN TENSMEYER**
KIRKLAND & ELLIS LLP - SALT LAKE
CITY UT
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UT 84111
801-877-8119
Email: stephen.tensmeyer@kirkland.com
*ATTORNEY TO BE NOTICED*

**STEVEN MICHAEL AUGUSTINE**
THOMPSON COE COUSINS & IRONS -
DALLAS TX
700 NORTH PEARL STREET
SUITE 2500
DALLAS, TX 75201-4761
214-880-2620
Email: saugustine@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**STEVEN CRAIG CZAK**
KIRKLAND & ELLIS LLP - LOS
ANGELES CA
2049 CENTURY PARK EAST
37TH FLOOR
LOS ANGELES, CA 90067
310-552-4346
Email: steven.czak@kirkland.com
*ATTORNEY TO BE NOTICED*

**STEVEN RECH**

VORYS SATER SEYMOUR ETC LLP -
HOUSTON TX
909 FANNIN STREET
SUITE 2700
HOUSTON, TX 77010
713-588-7000
Fax: 713-588-7050
Email: srech@vorys.com
*ATTORNEY TO BE NOTICED*

**STEVEN L REITENOUR**
BOWMAN AND BROOKE LLP -
MINNEAPOLIS MN
150 S FIFTH ST
STE 3000
MINNEAPOLIS, MN 55402
612-672-3244
Email:
steven.reitenour@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**STEVIE FARRAR RUSHING**
BRADLEY ARANT BOULT ETC LLP -
JACKSON MS
188 E CAPITOL STREET
SUITE 1000
JACKSON, MS 39201
601-592-9938
Fax: 601-948-3000
Email: srushing@bradley.com
*ATTORNEY TO BE NOTICED*

**SUSAN M ROBINSON**
THOMAS COMBS & SPANN PLLC -
CHARLESTON WV
300 SUMMERS STREET
SUITE 1380
CHARLESTON, WV 25301
304-414-1808
Fax: 304-414-1801
Email: srobinson@tcspllc.com
*ATTORNEY TO BE NOTICED*

**SUSAN WONG ROMAINE**
THOMAS COMBS & SPANN PLLC -
CHARLESTON WV
300 SUMMERS STREET
SUITE 1380
CHARLESTON, WV 25301
304-414-1800
Fax: 304-414-1801
Email: swromaine@tcspllc.com
*ATTORNEY TO BE NOTICED*

**SUSANNA MOLDOVEANU**
BUTLER SNOW LLP - MEMPHIS TN
6075 POPLAR AVENUE
SUITE 500
MEMPHIS, TN 38119
901-680-7309
Fax: 901-680-7201
Email:
susanna.moldoveanu@butlersnow.com
*ATTORNEY TO BE NOTICED*

**TABITHA JOY DE PAULO**
KIRKLAND & ELLIS LLP - HOUSTON
TX
609 MAIN STREET
HOUSTON, TX 77002
713-836-3361
Email: tabitha.depaulo@kirkland.com
*ATTORNEY TO BE NOTICED*

**TAYLOR BRADFORD MAYES**
BUTLER SNOW LLP - NASHVILLE TN
150 THIRD AVENUE
SUITE 1600
NASHVILLE, TN 37201
615-651-6710
Fax: 615-651-6701
Email: taylor.mayes@butlersnow.com
*ATTORNEY TO BE NOTICED*

**THEODORE P MATTIS**
VORYS SATER SEYMOUR ETC LLP -
COLUMBUS OH
52 E GAY ST [43125]
PO BOX 1008
COLUMBUS, OH 43216-1008
614-440-9312
Email: tpmattis@vorys.com
*ATTORNEY TO BE NOTICED*

**THOMAS H FUSONIE**
VORYS SATER SEYMOUR ETC LLP -
COLUMBUS OH
52 E GAY ST [43125]
PO BOX 1008
COLUMBUS, OH 43216-1008
614-464-8261
Email: thfusonie@vorys.com
*ATTORNEY TO BE NOTICED*

**THOMAS LARRY HILL**
MOORE HILL & WESTMORELAND PA -
PENSACOLA
PO BOX 13290

PENSACOLA, FL 32591
850-434-3541
Fax: 850-435-7899
Email: lhill@mhw-law.com
*ATTORNEY TO BE NOTICED*

**THOMAS MICHAEL HORAN , II**
THOMPSON COE COUSINS & IRONS -
DALLAS TX
700 NORTH PEARL STREET
SUITE 2500
DALLAS, TX 75201-4761
214-871-8241
Email: thoran@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**THOMAS NATHAN LURIE , JR**
BOWMAN & BROOKE LLP -
BLOOMFIELD HILLS MI
41000 WOODWARD AVENUE
SUITE 200 EAST
BLOOMFIELD HILLS, MI 48304
248-205-3374
Email:
thomas.lurie@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**TIFFANY JOHNSON DEGRUY**
BRADLEY ARANT BOULT ETC LLP -
BIRMINGHAM AL
1819 FIFTH AVE N
ONE FEDERAL PL
BIRMINGHAM, AL 35203
205-521-8354
Fax: 205-488-6354
Email: tdegruy@bradley.com
*ATTORNEY TO BE NOTICED*

**TYE CURTIS BELL**
MANNING GROSS & MASSENBURG
LLP - WILMINGTON DE
1007 N ORANGE STREET
SUITE 711
WILMINGTON, DE 19801
302-504-6787
Email: tbell@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**VANESSA ANNE BARSANTI**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2205
Email: vanessa.barsanti@kirkland.com

*ATTORNEY TO BE NOTICED*

**WILLIAM BRADFORD BARBER**
KIRKLAND & ELLIS LLP - SALT LAKE
CITY UT
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UT 84111
801-877-8122
Email: brad.barber@kirkland.com
*ATTORNEY TO BE NOTICED*

**WILLIAM M GAGE**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: diane.wigley@butlersnow.com
*ATTORNEY TO BE NOTICED*

**WILLIAM B LARSON , JR**
MANNING GROSS & MASSENBURG
LLP - WILMINGTON DE
1007 N ORANGE STREET
SUITE 711
WILMINGTON, DE 19801
302-657-2100
Email: wlarson@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**WILLIAM GREG LOCKWOOD**
GORDON & REES LLP - PORTLAND OR
1300 SW 5TH AVENUE
SUITE 2000
PORTLAND, OR 97201
503-382-3855
Email: wglockwood@grsm.com
*ATTORNEY TO BE NOTICED*

**WILLIAM GLOVER PORTER , II**
VORYS SATER SEYMOUR ETC LLP -
COLUMBUS OH
52 E GAY ST [43125]
PO BOX 1008
COLUMBUS, OH 43216-1008
614-464-5448
Email: wgporter@vorys.com
*ATTORNEY TO BE NOTICED*

**WILLIAM LOUIS SMITH**
KIRKLAND & ELLIS LLP - LOS
ANGELES CA
555 S FLOWER STREET
SUITE 3700

LOS ANGELES, CA 90071
213-680-8400
Email: william.smith@kirkland.com
*ATTORNEY TO BE NOTICED*

**WILLIAM POLK THOMAS**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: will.thomas@butlersnow.com
*ATTORNEY TO BE NOTICED*

**YATES M FRENCH**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-7055
Email: yfrench@kirkland.com
*ATTORNEY TO BE NOTICED*

**ZANDRA E FOLEY**
THOMPSON COE COUSINS & IRONS -
HOUSTON TX
ONE RIVERWAY
SUITE 1400
HOUSTON, TX 77056
713-403-8200
Email: zfoley@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**AEARO TECHNOLOGIES LLC**                 represented by  **KIMBERLY O BRANSCOME**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AARON NATHAN ARTHUR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ADAM MICHAEL MASIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ADERIUS L ROSS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALAN R VICKERY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEIDA M MIELKE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALESCHIA D HYDE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEXA DANIELLE GOMEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEXANDRIA NICOLE GONZALEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALISON SHANA COONEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALISON YARDLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALLEN LEWIS RUTZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALLISON K OZUROVICH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALYCIA N BROZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALYSSA CHRISTINE CLARK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AMANDA BOLZ BARBOUR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW WILLIAM CARY**
(See above for address)
*TERMINATED: 03/28/2022*

**ANDREW B COOKE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW BURNS JOHNSON**
(See above for address)

*ATTORNEY TO BE NOTICED*

**ANDREW DAVID THARP**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW J TUREAUD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANGELA MARIE HAMPTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANGELA G STRICKLAND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANITA K MODAK-TRURAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANN THORNTON FIELD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANNA TERTERYAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANNE MARIE SEIBEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANTHONY SINCLAIR MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANTHONY L OSTERLUND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ASHLEY A FLYNN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ASHLEY ELIZABETH NEGLIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUBREY E BLATCHLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN DEL PRIORE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN L KLAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN DAVID O'MALLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BARRY E FIELDS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BARTON JAMES FREEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BEN JOHNSON SCOTT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BENJAMIN M WATSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BLAKE GIBNEY**
(See above for address)
*TERMINATED: 11/05/2021*

**BRADLEY DAVID MASTERS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRANDON M PELLEGRINO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRANDON COREY REES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRENTON ADAM ROGERS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRIAN D SIEVE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRITANY A KABAKOV**
(See above for address)

*ATTORNEY TO BE NOTICED*

**CAITLYN ALEXIS CHELEDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAMERON DAVID TURNER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CANDICE C KUSMER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAROLINE LAPISH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAROLINE H STEPHENS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CASEY LEIGH MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CASSANDRA NICOLE LOVE-OLIVO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CATHERINE B SLAVIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CEDRIC EARL EVANS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES FRANKLIN BEALL , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES BAILEY KING , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES F MORROW**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTA C COTTRELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTINA MARIA SEANOR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTINA E SHARKEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER S BERDY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER S BURRICHTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER R DRURY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER DAVID MORRIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CLYDE WHITTAKER STEINEKER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLE THOMAS CARTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLIN B RATHE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLLEEN N CAVANAGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CONNER NEALE TURNER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CONNOR MCCARTHY BLAIR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CORY SHANE REED**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CRAIG CASTIGLIA**
(See above for address)

*ATTORNEY TO BE NOTICED*

**CRYSTAL LIZ KURUVILLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CULLEN WELLES GUILMARTIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANA C LUMSDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANE W SCHRADER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL B BLUCHER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL R HIGGINBOTHAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL R MURDOCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL LEE O'NEIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL E SHUEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID WAYNE CORNEIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID IAN HOROWITZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID JAMES KOOB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID G MAYHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID M TAYLOR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DENNIS PETER KISYK , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DESHAWN H MITCHELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DIANA CLOUGH BENTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DIANA NICOLE EVANS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DOUGLAS NATHAN ROBERTSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DREW CHRISTOPHER BENCIE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**E BARNEY ROBINSON , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EDDEREK COLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EDWARD J MCCAMBRIDGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH BRABB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH CAROLYN DEGORI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH RIGHTON JOHNSON
LEWIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH GLORIA KUROWSKI**

(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH STEWART RAINES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH T SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY LAUREN VAN TUYL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIC E HUDSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIC D OLSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIC MCKENNETT SEFTON**
(See above for address)
*TERMINATED: 02/23/2021*

**ERICA M RODRIGUEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIKA J DOHERTY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIKA MEDINA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIN DWYER FRENCH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIN C JOHNSTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**FRANK CHADWICK MORRISS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARRET ALAN LEACH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARRETT W MESSERLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY LANE HOWARD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY JOHN SAALMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GAVIN R TISDALE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HALEY J VANFLETEREN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HAMPTON S FRENCH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HARIKLIA KARIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HAROLD D MOOTY , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HEATHER ANN LEVINSKY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HENRIQUE ALEJANDRO GEIGEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HILLARY ANALESA ANDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**INGRID GOLEMI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JACQUELINE RENEE BOLDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES MARK ADAMS , JR**

(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES H BOLIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES DOMINIC CAMPODONICO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES STEPHEN FRITZ , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES B LETTEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES B LIND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES WILLIAM MANUEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES E ROBINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES DAVID YATES , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMIE A AYCOCK**
(See above for address)
*TERMINATED: 03/16/2022*

**JARED LEE GRISHAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON A CINCILLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON PATRICK ECKERLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON ERIC FORTENBERRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAY L BHIMANI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JEFFREY RALPH BLACKWOOD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JEFFREY J ZEIGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNA MARIE MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNA CHRISTINE NEWMARK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNIFER JOSLIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JESSICA RACHEL GARRITY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JESSICA NAEGELY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN THOMAS HUGO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN ANDREW HUTTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN JAMES ROBINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JON OLSSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN MICHAEL BARNES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN LANE SMITH**

(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN HOYT STILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN S TAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JORDAN CHRISTOPHER PATTERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JORDAN LEIGH SCHWINDT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JORDAN NEIL WALKER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSE MANUEL LUZARRAGA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSEPH P CELOTTO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JUDSON D BROWN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIA MARY RAFFERTY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE ANN CARPENTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE BARDACKE HADDON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE M K SIEGAL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JUNE GILSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARI L SUTHERLAND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARINA ELISABETH MURSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARL B GUNDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KASDIN MILLER MITCHELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATARZYNA JANUSZKIEWICZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATE WALLING AGUIAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATELYN RUSH ASHTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHARINE S PERRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHERINE ELIZABETH UNGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHERINE T WALLING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHLEEN INGRAM CARRINGTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATIE REBECCA LENCIONI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH STEVEN ANDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH C MIER**

(See above for address)
*ATTORNEY TO BE NOTICED*

**KELLY R KIMBROUGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KELSEY J SHAW**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH MAECHTLEN COCHRAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH R COSTA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH J FERGUSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENT A BRITT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENYA C BODDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KERRY LYNN RHOADS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN BARBER BROWN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN JOSEPH MALLOY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN MICHAEL STOCKMANN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIMBERLY WEBER HERLIHY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIMBERLY D HILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIMBERLY B MARTIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIME H SMITH , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KRISTINA ALLEN RELIFORD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KYLE RICHARD DECAMP**
(See above for address)
*TERMINATED: 02/16/2022*

**LA'VERNE EDNEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LAURA J HENNEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LAUREN A RUSS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LEA ANN SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LEAH N LEDFORD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LEIGH ANNE HODGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LELA HOLLABAUGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LESLIE ANNE BENITEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LESLIE MARIE SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LESLIE LEUNG SUN**

(See above for address)
*ATTORNEY TO BE NOTICED*

**LIA F MAZZARELLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINA Y GARCIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINDSAY ZANELLO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINDSEY BETH COHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LUCIA VERONICA PAZOS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M DAVID GRIFFITH , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARA CUSKER GONZALEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARCEL CHARLES DUHAMEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARGARET D EVERETT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARIA P RIVERA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK A DREHER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK ANDREW HILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK J NOMELLINI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK W PREMO-HOPKINS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARTIN SCHNEIDER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARY H KIM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARY R PAWELEK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW RYAN CARPENTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW DOUGLAS KELLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW JOHN KOLODOSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW PARKER SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW JOSEPH YOUNG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MAXWELL HEWITT KING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGAN DELUREY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGHAN ANN AGOSTINELLI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MELODY MCANALLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICAH DAVID BROWN**

(See above for address)
*TERMINATED: 02/16/2022*

**MICHAEL B HEWES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL R KLATT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL EDWARD MCWILLIAMS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL P OLIVERIO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL C WILLIAMS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHELLE MOLINARO BURKE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MITCHELL BENJAMIN TUGGLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD H HUSAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NADIA S ABRAMSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATALIE ROSE ATKINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATASHA A ALEXANDER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATHAN HUEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATHAN JOSEPH LAW**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NEIL MATTHEW KLIEBENSTEIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NICHOLAS F WASDIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NICKOLAS H BARBER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NIKITA SHERRELL MCMILLIAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NINA I WEBB-LAWTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOAH SHAW BECKER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOLAN M LEUTHAUSER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**OLIVIA JORDAN POSS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ORLA O'CALLAGHAN**
(See above for address)
*TERMINATED: 05/02/2022*

**PAMELA LAWRENCE FERRELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK L DELAUNE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK J KELLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK PHILIP SANDMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK FRANCIS SULLIVAN , III**

(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL DONALD MOTZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL S MURPHY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL QUINCY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL S ROSENBLATT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL SAMPSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PERRY WALKER DORAN , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PETER ANDREWS LUSENHOP**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PHILIP JUDSON COMBS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RACHAEL GRAY WEATHERLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RACHEL ELIZABETH MOYNIHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RACHEL MAURA ROSENBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RAJEEV K ADLAKHA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RANDALL L CHRISTIAN**
(See above for address)

**REMUS WRIGHT , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RENEE D SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**REX WILLIAM MANNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD M DYE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD HOWELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD D SCHUSTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD W SLIMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT C BROCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT B ELLIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT V GREENLEE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT EDWARD ZULANDT , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROSEMARY D WELSH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROSHAN RAJKUMAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RYAN MICHAEL MURPHY**
(See above for address)

*ATTORNEY TO BE NOTICED*

**SAGHAR ESFANDIARIFARD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SAMUEL KEENAN CARTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SAMUEL COLE ZATZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARA ANDERSON FREY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARA ANN INGRAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARAH ANN MEADOWS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARAH SMYTH O'BRIEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SEBASTIAN NUNEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHANNON L H PHILLIPS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHARON TAMAR TURRET**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHAYNE HUNTER HENRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHELLEY W COLEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHERRIE ARMSTRONG DAVIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHUNDRA CRUMPTON MANNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SIERRA ELIZABETH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SIMON TURNER BAILEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SIMON GOTTLIEB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STACEY G PAGONIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEFANIE ANN TUBBS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEPHANIE MARIE CHESNEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEPHEN DANIEL KAUFMANN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEPHEN ALAN TENSMEYER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN MICHAEL AUGUSTINE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN CRAIG CZAK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN RECH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN L REITENOUR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVIE FARRAR RUSHING**
(See above for address)

*ATTORNEY TO BE NOTICED*

**SUSAN M ROBINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SUSAN WONG ROMAINE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SUSANNA MOLDOVEANU**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TABITHA JOY DE PAULO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TAYLOR BRADFORD MAYES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THEODORE P MATTIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS H FUSONIE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS LARRY HILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS MICHAEL HORAN , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS NATHAN LURIE , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TIFFANY JOHNSON DEGRUY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TYE CURTIS BELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**VANESSA ANNE BARSANTI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM BRADFORD BARBER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM M GAGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM B LARSON , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM GREG LOCKWOOD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM GLOVER PORTER , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM LOUIS SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM POLK THOMAS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**YATES M FRENCH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ZANDRA E FOLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**AEARO HOLDING LLC**                 represented by **KIMBERLY O BRANSCOME**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AARON NATHAN ARTHUR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ADAM MICHAEL MASIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ADERIUS L ROSS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALAN R VICKERY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEIDA M MIELKE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALESCHIA D HYDE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEXA DANIELLE GOMEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEXANDRIA NICOLE GONZALEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALISON SHANA COONEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALISON YARDLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALLEN LEWIS RUTZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALLISON K OZUROVICH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALYCIA N BROZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALYSSA CHRISTINE CLARK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AMANDA BOLZ BARBOUR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW WILLIAM CARY**
(See above for address)
*TERMINATED: 03/28/2022*

**ANDREW B COOKE**
(See above for address)

*ATTORNEY TO BE NOTICED*

**ANDREW BURNS JOHNSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW DAVID THARP**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW J TUREAUD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANGELA MARIE HAMPTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANGELA G STRICKLAND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANITA K MODAK-TRURAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANN THORNTON FIELD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANNA TERTERYAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANNE MARIE SEIBEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANTHONY SINCLAIR MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANTHONY L OSTERLUND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ASHLEY A FLYNN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ASHLEY ELIZABETH NEGLIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUBREY E BLATCHLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN DEL PRIORE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN L KLAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN DAVID O'MALLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BARRY E FIELDS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BARTON JAMES FREEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BEN JOHNSON SCOTT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BENJAMIN M WATSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BLAKE GIBNEY**
(See above for address)
*TERMINATED: 11/05/2021*

**BRADLEY DAVID MASTERS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRANDON M PELLEGRINO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRANDON COREY REES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRENTON ADAM ROGERS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRIAN D SIEVE**
(See above for address)

*ATTORNEY TO BE NOTICED*

**BRITANY A KABAKOV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAITLYN ALEXIS CHELEDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAMERON DAVID TURNER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CANDICE C KUSMER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAROLINE LAPISH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAROLINE H STEPHENS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CASEY LEIGH MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CASSANDRA NICOLE LOVE-OLIVO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CATHERINE B SLAVIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CEDRIC EARL EVANS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES FRANKLIN BEALL , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES BAILEY KING , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES F MORROW**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTA C COTTRELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTINA MARIA SEANOR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTINA E SHARKEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER S BERDY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER S BURRICHTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER R DRURY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER DAVID MORRIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CLYDE WHITTAKER STEINEKER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLE THOMAS CARTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLIN B RATHE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLLEEN N CAVANAGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CONNER NEALE TURNER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CONNOR MCCARTHY BLAIR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CORY SHANE REED**
(See above for address)

*ATTORNEY TO BE NOTICED*

**CRAIG CASTIGLIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CRYSTAL LIZ KURUVILLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CULLEN WELLES GUILMARTIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANA C LUMSDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANE W SCHRADER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL B BLUCHER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL R HIGGINBOTHAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL R MURDOCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL LEE O'NEIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL E SHUEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID WAYNE CORNEIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID IAN HOROWITZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID JAMES KOOB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID G MAYHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID M TAYLOR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DENNIS PETER KISYK , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DESHAWN H MITCHELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DIANA CLOUGH BENTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DIANA NICOLE EVANS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DOUGLAS NATHAN ROBERTSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DREW CHRISTOPHER BENCIE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**E BARNEY ROBINSON , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EDDEREK COLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EDWARD J MCCAMBRIDGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH BRABB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH CAROLYN DEGORI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH RIGHTON JOHNSON
LEWIS**

(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH GLORIA KUROWSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH STEWART RAINES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH T SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY LAUREN VAN TUYL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIC E HUDSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIC D OLSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIC MCKENNETT SEFTON**
(See above for address)
*TERMINATED: 02/23/2021*

**ERICA M RODRIGUEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIKA J DOHERTY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIKA MEDINA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIN DWYER FRENCH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIN C JOHNSTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**FRANK CHADWICK MORRISS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARRET ALAN LEACH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARRETT W MESSERLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY LANE HOWARD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY JOHN SAALMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GAVIN R TISDALE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HALEY J VANFLETEREN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HAMPTON S FRENCH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HARIKLIA KARIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HAROLD D MOOTY , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HEATHER ANN LEVINSKY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HENRIQUE ALEJANDRO GEIGEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HILLARY ANALESA ANDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**INGRID GOLEMI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JACQUELINE RENEE BOLDEN**

(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES MARK ADAMS , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES H BOLIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES DOMINIC CAMPODONICO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES STEPHEN FRITZ , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES B LETTEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES B LIND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES WILLIAM MANUEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES E ROBINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES DAVID YATES , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMIE A AYCOCK**
(See above for address)
*TERMINATED: 03/16/2022*

**JARED LEE GRISHAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON A CINCILLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON PATRICK ECKERLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON ERIC FORTENBERRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAY L BHIMANI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JEFFREY RALPH BLACKWOOD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JEFFREY J ZEIGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNA MARIE MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNA CHRISTINE NEWMARK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNIFER JOSLIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JESSICA RACHEL GARRITY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JESSICA NAEGELY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN THOMAS HUGO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN ANDREW HUTTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN JAMES ROBINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JON OLSSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN MICHAEL BARNES**

(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN LANE SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN HOYT STILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN S TAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JORDAN CHRISTOPHER PATTERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JORDAN LEIGH SCHWINDT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JORDAN NEIL WALKER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSE MANUEL LUZARRAGA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSEPH P CELOTTO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JUDSON D BROWN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIA MARY RAFFERTY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE ANN CARPENTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE BARDACKE HADDON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE M K SIEGAL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JUNE GILSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARI L SUTHERLAND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARINA ELISABETH MURSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARL B GUNDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KASDIN MILLER MITCHELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATARZYNA JANUSZKIEWICZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATE WALLING AGUIAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATELYN RUSH ASHTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHARINE S PERRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHERINE ELIZABETH UNGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHERINE T WALLING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHLEEN INGRAM CARRINGTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATIE REBECCA LENCIONI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH STEVEN ANDERSON**

(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH C MIER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KELLY R KIMBROUGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KELSEY J SHAW**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH MAECHTLEN COCHRAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH R COSTA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH J FERGUSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENT A BRITT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENYA C BODDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KERRY LYNN RHOADS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN BARBER BROWN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN JOSEPH MALLOY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN MICHAEL STOCKMANN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIMBERLY WEBER HERLIHY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIMBERLY D HILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIMBERLY B MARTIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIME H SMITH , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KRISTINA ALLEN RELIFORD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KYLE RICHARD DECAMP**
(See above for address)
*TERMINATED: 02/16/2022*

**LA'VERNE EDNEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LAURA J HENNEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LAUREN A RUSS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LEA ANN SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LEAH N LEDFORD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LEIGH ANNE HODGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LELA HOLLABAUGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LESLIE ANNE BENITEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LESLIE MARIE SMITH**

(See above for address)
*ATTORNEY TO BE NOTICED*

**LESLIE LEUNG SUN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LIA F MAZZARELLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINA Y GARCIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINDSAY ZANELLO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINDSEY BETH COHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LUCIA VERONICA PAZOS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M DAVID GRIFFITH , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARA CUSKER GONZALEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARCEL CHARLES DUHAMEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARGARET D EVERETT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARIA P RIVERA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK A DREHER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK ANDREW HILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK J NOMELLINI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK W PREMO-HOPKINS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARTIN SCHNEIDER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARY H KIM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARY R PAWELEK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW RYAN CARPENTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW DOUGLAS KELLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW JOHN KOLODOSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW PARKER SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW JOSEPH YOUNG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MAXWELL HEWITT KING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGAN DELUREY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGHAN ANN AGOSTINELLI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MELODY MCANALLY**

(See above for address)
*ATTORNEY TO BE NOTICED*

**MICAH DAVID BROWN**
(See above for address)
*TERMINATED: 02/16/2022*

**MICHAEL B HEWES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL R KLATT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL EDWARD MCWILLIAMS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL P OLIVERIO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL C WILLIAMS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHELLE MOLINARO BURKE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MITCHELL BENJAMIN TUGGLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD H HUSAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NADIA S ABRAMSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATALIE ROSE ATKINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATASHA A ALEXANDER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATHAN HUEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATHAN JOSEPH LAW**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NEIL MATTHEW KLIEBENSTEIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NICHOLAS F WASDIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NICKOLAS H BARBER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NIKITA SHERRELL MCMILLIAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NINA I WEBB-LAWTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOAH SHAW BECKER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOLAN M LEUTHAUSER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**OLIVIA JORDAN POSS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ORLA O'CALLAGHAN**
(See above for address)
*TERMINATED: 05/02/2022*

**PAMELA LAWRENCE FERRELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK L DELAUNE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK J KELLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK PHILIP SANDMAN**

(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK FRANCIS SULLIVAN , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL DONALD MOTZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL S MURPHY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL QUINCY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL S ROSENBLATT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL SAMPSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PERRY WALKER DORAN , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PETER ANDREWS LUSENHOP**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PHILIP JUDSON COMBS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RACHAEL GRAY WEATHERLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RACHEL ELIZABETH MOYNIHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RACHEL MAURA ROSENBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RAJEEV K ADLAKHA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RANDALL L CHRISTIAN**
(See above for address)

**REMUS WRIGHT , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RENEE D SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**REX WILLIAM MANNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD M DYE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD HOWELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD D SCHUSTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD W SLIMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT C BROCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT B ELLIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT V GREENLEE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT EDWARD ZULANDT , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROSEMARY D WELSH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROSHAN RAJKUMAR**
(See above for address)

*ATTORNEY TO BE NOTICED*

**RYAN MICHAEL MURPHY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SAGHAR ESFANDIARIFARD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SAMUEL KEENAN CARTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SAMUEL COLE ZATZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARA ANDERSON FREY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARA ANN INGRAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARAH ANN MEADOWS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARAH SMYTH O'BRIEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SEBASTIAN NUNEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHANNON L H PHILLIPS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHARON TAMAR TURRET**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHAYNE HUNTER HENRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHELLEY W COLEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHERRIE ARMSTRONG DAVIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHUNDRA CRUMPTON MANNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SIERRA ELIZABETH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SIMON TURNER BAILEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SIMON GOTTLIEB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STACEY G PAGONIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEFANIE ANN TUBBS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEPHANIE MARIE CHESNEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEPHEN DANIEL KAUFMANN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEPHEN ALAN TENSMEYER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN MICHAEL AUGUSTINE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN CRAIG CZAK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN RECH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN L REITENOUR**
(See above for address)

*ATTORNEY TO BE NOTICED*

**STEVIE FARRAR RUSHING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SUSAN M ROBINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SUSAN WONG ROMAINE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SUSANNA MOLDOVEANU**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TABITHA JOY DE PAULO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TAYLOR BRADFORD MAYES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THEODORE P MATTIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS H FUSONIE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS LARRY HILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS MICHAEL HORAN , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS NATHAN LURIE , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TIFFANY JOHNSON DEGRUY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TYE CURTIS BELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**VANESSA ANNE BARSANTI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM BRADFORD BARBER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM M GAGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM B LARSON , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM GREG LOCKWOOD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM GLOVER PORTER , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM LOUIS SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM POLK THOMAS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**YATES M FRENCH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ZANDRA E FOLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**AEARO INTERMEDIATE LLC**              represented by   **KIMBERLY O BRANSCOME**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AARON NATHAN ARTHUR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ADAM MICHAEL MASIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ADERIUS L ROSS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALAN R VICKERY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEIDA M MIELKE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALESCHIA D HYDE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEXA DANIELLE GOMEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEXANDRIA NICOLE GONZALEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALISON SHANA COONEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALISON YARDLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALLEN LEWIS RUTZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALLISON K OZUROVICH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALYCIA N BROZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALYSSA CHRISTINE CLARK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AMANDA BOLZ BARBOUR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW WILLIAM CARY**
(See above for address)

*TERMINATED: 03/28/2022*

**ANDREW B COOKE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW BURNS JOHNSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW DAVID THARP**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW J TUREAUD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANGELA MARIE HAMPTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANGELA G STRICKLAND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANITA K MODAK-TRURAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANN THORNTON FIELD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANNA TERTERYAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANNE MARIE SEIBEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANTHONY SINCLAIR MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANTHONY L OSTERLUND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ASHLEY A FLYNN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ASHLEY ELIZABETH NEGLIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUBREY E BLATCHLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN DEL PRIORE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN L KLAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN DAVID O'MALLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BARRY E FIELDS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BARTON JAMES FREEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BEN JOHNSON SCOTT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BENJAMIN M WATSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BLAKE GIBNEY**
(See above for address)
*TERMINATED: 11/05/2021*

**BRADLEY DAVID MASTERS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRANDON M PELLEGRINO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRANDON COREY REES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRENTON ADAM ROGERS**
(See above for address)

*ATTORNEY TO BE NOTICED*

**BRIAN D SIEVE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRITANY A KABAKOV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAITLYN ALEXIS CHELEDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAMERON DAVID TURNER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CANDICE C KUSMER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAROLINE LAPISH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAROLINE H STEPHENS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CASEY LEIGH MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CASSANDRA NICOLE LOVE-OLIVO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CATHERINE B SLAVIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CEDRIC EARL EVANS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES FRANKLIN BEALL , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES BAILEY KING , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES F MORROW**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTA C COTTRELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTINA MARIA SEANOR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTINA E SHARKEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER S BERDY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER S BURRICHTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER R DRURY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER DAVID MORRIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CLYDE WHITTAKER STEINEKER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLE THOMAS CARTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLIN B RATHE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLLEEN N CAVANAGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CONNER NEALE TURNER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CONNOR MCCARTHY BLAIR**
(See above for address)

*ATTORNEY TO BE NOTICED*

**CORY SHANE REED**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CRAIG CASTIGLIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CRYSTAL LIZ KURUVILLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CULLEN WELLES GUILMARTIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANA C LUMSDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANE W SCHRADER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL B BLUCHER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL R HIGGINBOTHAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL R MURDOCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL LEE O'NEIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL E SHUEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID WAYNE CORNEIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID IAN HOROWITZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID JAMES KOOB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID G MAYHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID M TAYLOR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DENNIS PETER KISYK , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DESHAWN H MITCHELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DIANA CLOUGH BENTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DIANA NICOLE EVANS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DOUGLAS NATHAN ROBERTSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DREW CHRISTOPHER BENCIE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**E BARNEY ROBINSON , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EDDEREK COLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EDWARD J MCCAMBRIDGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH BRABB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH CAROLYN DEGORI**
(See above for address)

*ATTORNEY TO BE NOTICED*

**ELIZABETH RIGHTON JOHNSON
LEWIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH GLORIA KUROWSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH STEWART RAINES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH T SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY LAUREN VAN TUYL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIC E HUDSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIC D OLSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIC MCKENNETT SEFTON**
(See above for address)
*TERMINATED: 02/23/2021*

**ERICA M RODRIGUEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIKA J DOHERTY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIKA MEDINA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIN DWYER FRENCH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIN C JOHNSTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**FRANK CHADWICK MORRISS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARRET ALAN LEACH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARRETT W MESSERLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY LANE HOWARD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY JOHN SAALMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GAVIN R TISDALE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HALEY J VANFLETEREN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HAMPTON S FRENCH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HARIKLIA KARIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HAROLD D MOOTY , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HEATHER ANN LEVINSKY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HENRIQUE ALEJANDRO GEIGEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HILLARY ANALESA ANDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**INGRID GOLEMI**

(See above for address)
*ATTORNEY TO BE NOTICED*

**JACQUELINE RENEE BOLDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES MARK ADAMS , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES H BOLIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES DOMINIC CAMPODONICO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES STEPHEN FRITZ , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES B LETTEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES B LIND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES WILLIAM MANUEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES E ROBINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES DAVID YATES , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMIE A AYCOCK**
(See above for address)
*TERMINATED: 03/16/2022*

**JARED LEE GRISHAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON A CINCILLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON PATRICK ECKERLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON ERIC FORTENBERRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAY L BHIMANI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JEFFREY RALPH BLACKWOOD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JEFFREY J ZEIGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNA MARIE MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNA CHRISTINE NEWMARK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNIFER JOSLIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JESSICA RACHEL GARRITY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JESSICA NAEGELY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN THOMAS HUGO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN ANDREW HUTTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN JAMES ROBINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JON OLSSON**

(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN MICHAEL BARNES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN LANE SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN HOYT STILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN S TAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JORDAN CHRISTOPHER PATTERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JORDAN LEIGH SCHWINDT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JORDAN NEIL WALKER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSE MANUEL LUZARRAGA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSEPH P CELOTTO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JUDSON D BROWN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIA MARY RAFFERTY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE ANN CARPENTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE BARDACKE HADDON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE M K SIEGAL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JUNE GILSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARI L SUTHERLAND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARINA ELISABETH MURSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARL B GUNDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KASDIN MILLER MITCHELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATARZYNA JANUSZKIEWICZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATE WALLING AGUIAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATELYN RUSH ASHTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHARINE S PERRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHERINE ELIZABETH UNGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHERINE T WALLING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHLEEN INGRAM CARRINGTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATIE REBECCA LENCIONI**

(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH STEVEN ANDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH C MIER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KELLY R KIMBROUGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KELSEY J SHAW**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH MAECHTLEN COCHRAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH R COSTA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH J FERGUSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENT A BRITT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENYA C BODDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KERRY LYNN RHOADS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN BARBER BROWN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN JOSEPH MALLOY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN MICHAEL STOCKMANN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIMBERLY WEBER HERLIHY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIMBERLY D HILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIMBERLY B MARTIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIME H SMITH , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KRISTINA ALLEN RELIFORD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KYLE RICHARD DECAMP**
(See above for address)
*TERMINATED: 02/16/2022*

**LA'VERNE EDNEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LAURA J HENNEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LAUREN A RUSS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LEA ANN SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LEAH N LEDFORD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LEIGH ANNE HODGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LELA HOLLABAUGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LESLIE ANNE BENITEZ**

(See above for address)
*ATTORNEY TO BE NOTICED*

**LESLIE MARIE SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LESLIE LEUNG SUN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LIA F MAZZARELLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINA Y GARCIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINDSAY ZANELLO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINDSEY BETH COHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LUCIA VERONICA PAZOS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M DAVID GRIFFITH , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARA CUSKER GONZALEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARCEL CHARLES DUHAMEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARGARET D EVERETT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARIA P RIVERA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK A DREHER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK ANDREW HILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK J NOMELLINI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK W PREMO-HOPKINS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARTIN SCHNEIDER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARY H KIM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARY R PAWELEK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW RYAN CARPENTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW DOUGLAS KELLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW JOHN KOLODOSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW PARKER SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW JOSEPH YOUNG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MAXWELL HEWITT KING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGAN DELUREY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGHAN ANN AGOSTINELLI**

(See above for address)
*ATTORNEY TO BE NOTICED*

**MELODY MCANALLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICAH DAVID BROWN**
(See above for address)
*TERMINATED: 02/16/2022*

**MICHAEL B HEWES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL R KLATT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL EDWARD MCWILLIAMS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL P OLIVERIO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL C WILLIAMS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHELLE MOLINARO BURKE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MITCHELL BENJAMIN TUGGLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD H HUSAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NADIA S ABRAMSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATALIE ROSE ATKINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATASHA A ALEXANDER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATHAN HUEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATHAN JOSEPH LAW**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NEIL MATTHEW KLIEBENSTEIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NICHOLAS F WASDIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NICKOLAS H BARBER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NIKITA SHERRELL MCMILLIAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NINA I WEBB-LAWTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOAH SHAW BECKER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOLAN M LEUTHAUSER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**OLIVIA JORDAN POSS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ORLA O'CALLAGHAN**
(See above for address)
*TERMINATED: 05/02/2022*

**PAMELA LAWRENCE FERRELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK L DELAUNE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK J KELLY**

(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK PHILIP SANDMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK FRANCIS SULLIVAN , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL DONALD MOTZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL S MURPHY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL QUINCY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL S ROSENBLATT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL SAMPSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PERRY WALKER DORAN , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PETER ANDREWS LUSENHOP**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PHILIP JUDSON COMBS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RACHAEL GRAY WEATHERLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RACHEL ELIZABETH MOYNIHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RACHEL MAURA ROSENBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RAJEEV K ADLAKHA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RANDALL L CHRISTIAN**
(See above for address)

**REMUS WRIGHT , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RENEE D SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**REX WILLIAM MANNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD M DYE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD HOWELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD D SCHUSTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD W SLIMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT C BROCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT B ELLIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT V GREENLEE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT EDWARD ZULANDT , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROSEMARY D WELSH**
(See above for address)

*ATTORNEY TO BE NOTICED*

**ROSHAN RAJKUMAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RYAN MICHAEL MURPHY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SAGHAR ESFANDIARIFARD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SAMUEL KEENAN CARTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SAMUEL COLE ZATZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARA ANDERSON FREY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARA ANN INGRAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARAH ANN MEADOWS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARAH SMYTH O'BRIEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SEBASTIAN NUNEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHANNON L H PHILLIPS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHARON TAMAR TURRET**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHAYNE HUNTER HENRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHELLEY W COLEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHERRIE ARMSTRONG DAVIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHUNDRA CRUMPTON MANNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SIERRA ELIZABETH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SIMON TURNER BAILEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SIMON GOTTLIEB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STACEY G PAGONIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEFANIE ANN TUBBS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEPHANIE MARIE CHESNEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEPHEN DANIEL KAUFMANN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEPHEN ALAN TENSMEYER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN MICHAEL AUGUSTINE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN CRAIG CZAK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN RECH**
(See above for address)

*ATTORNEY TO BE NOTICED*

**STEVEN L REITENOUR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVIE FARRAR RUSHING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SUSAN M ROBINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SUSAN WONG ROMAINE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SUSANNA MOLDOVEANU**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TABITHA JOY DE PAULO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TAYLOR BRADFORD MAYES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THEODORE P MATTIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS H FUSONIE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS LARRY HILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS MICHAEL HORAN , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS NATHAN LURIE , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TIFFANY JOHNSON DEGRUY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TYE CURTIS BELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**VANESSA ANNE BARSANTI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM BRADFORD BARBER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM M GAGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM B LARSON , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM GREG LOCKWOOD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM GLOVER PORTER , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM LOUIS SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM POLK THOMAS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**YATES M FRENCH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ZANDRA E FOLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**AEARO LLC**                                    represented by **KIMBERLY O BRANSCOME**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AARON NATHAN ARTHUR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ADAM MICHAEL MASIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ADERIUS L ROSS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALAN R VICKERY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEIDA M MIELKE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALESCHIA D HYDE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEXA DANIELLE GOMEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEXANDRIA NICOLE GONZALEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALISON SHANA COONEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALISON YARDLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALLEN LEWIS RUTZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALLISON K OZUROVICH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALYCIA N BROZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALYSSA CHRISTINE CLARK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AMANDA BOLZ BARBOUR**
(See above for address)

*ATTORNEY TO BE NOTICED*

**ANDREW WILLIAM CARY**
(See above for address)
*TERMINATED: 03/28/2022*

**ANDREW B COOKE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW BURNS JOHNSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW DAVID THARP**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW J TUREAUD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANGELA MARIE HAMPTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANGELA G STRICKLAND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANITA K MODAK-TRURAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANN THORNTON FIELD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANNA TERTERYAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANNE MARIE SEIBEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANTHONY SINCLAIR MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANTHONY L OSTERLUND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ASHLEY A FLYNN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ASHLEY ELIZABETH NEGLIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUBREY E BLATCHLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN DEL PRIORE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN L KLAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN DAVID O'MALLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BARRY E FIELDS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BARTON JAMES FREEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BEN JOHNSON SCOTT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BENJAMIN M WATSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BLAKE GIBNEY**
(See above for address)
*TERMINATED: 11/05/2021*

**BRADLEY DAVID MASTERS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRANDON M PELLEGRINO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRANDON COREY REES**
(See above for address)

*ATTORNEY TO BE NOTICED*

**BRENTON ADAM ROGERS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRIAN D SIEVE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRITANY A KABAKOV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAITLYN ALEXIS CHELEDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAMERON DAVID TURNER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CANDICE C KUSMER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAROLINE LAPISH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAROLINE H STEPHENS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CASEY LEIGH MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CASSANDRA NICOLE LOVE-OLIVO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CATHERINE B SLAVIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CEDRIC EARL EVANS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES FRANKLIN BEALL , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES BAILEY KING , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES F MORROW**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTA C COTTRELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTINA MARIA SEANOR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTINA E SHARKEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER S BERDY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER S BURRICHTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER R DRURY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER DAVID MORRIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CLYDE WHITTAKER STEINEKER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLE THOMAS CARTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLIN B RATHE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLLEEN N CAVANAGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CONNER NEALE TURNER**
(See above for address)

*ATTORNEY TO BE NOTICED*

**CONNOR MCCARTHY BLAIR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CORY SHANE REED**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CRAIG CASTIGLIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CRYSTAL LIZ KURUVILLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CULLEN WELLES GUILMARTIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANA C LUMSDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANE W SCHRADER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL B BLUCHER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL R HIGGINBOTHAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL R MURDOCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL LEE O'NEIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL E SHUEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID WAYNE CORNEIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID IAN HOROWITZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID JAMES KOOB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID G MAYHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID M TAYLOR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DENNIS PETER KISYK , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DESHAWN H MITCHELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DIANA CLOUGH BENTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DIANA NICOLE EVANS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DOUGLAS NATHAN ROBERTSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DREW CHRISTOPHER BENCIE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**E BARNEY ROBINSON , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EDDEREK COLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EDWARD J MCCAMBRIDGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH BRABB**
(See above for address)

*ATTORNEY TO BE NOTICED*

**ELIZABETH CAROLYN DEGORI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH RIGHTON JOHNSON
LEWIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH GLORIA KUROWSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH STEWART RAINES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH T SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY LAUREN VAN TUYL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIC E HUDSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIC D OLSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIC MCKENNETT SEFTON**
(See above for address)
*TERMINATED: 02/23/2021*

**ERICA M RODRIGUEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIKA J DOHERTY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIKA MEDINA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIN DWYER FRENCH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIN C JOHNSTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**FRANK CHADWICK MORRISS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARRET ALAN LEACH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARRETT W MESSERLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY LANE HOWARD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY JOHN SAALMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GAVIN R TISDALE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HALEY J VANFLETEREN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HAMPTON S FRENCH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HARIKLIA KARIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HAROLD D MOOTY , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HEATHER ANN LEVINSKY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HENRIQUE ALEJANDRO GEIGEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HILLARY ANALESA ANDERSON**

(See above for address)
*ATTORNEY TO BE NOTICED*

**INGRID GOLEMI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JACQUELINE RENEE BOLDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES MARK ADAMS , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES H BOLIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES DOMINIC CAMPODONICO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES STEPHEN FRITZ , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES B LETTEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES B LIND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES WILLIAM MANUEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES E ROBINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES DAVID YATES , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMIE A AYCOCK**
(See above for address)
*TERMINATED: 03/16/2022*

**JARED LEE GRISHAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON A CINCILLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON PATRICK ECKERLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON ERIC FORTENBERRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAY L BHIMANI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JEFFREY RALPH BLACKWOOD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JEFFREY J ZEIGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNA MARIE MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNA CHRISTINE NEWMARK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNIFER JOSLIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JESSICA RACHEL GARRITY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JESSICA NAEGELY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN THOMAS HUGO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN ANDREW HUTTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN JAMES ROBINSON**

(See above for address)
*ATTORNEY TO BE NOTICED*

**JON OLSSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN MICHAEL BARNES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN LANE SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN HOYT STILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN S TAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JORDAN CHRISTOPHER PATTERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JORDAN LEIGH SCHWINDT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JORDAN NEIL WALKER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSE MANUEL LUZARRAGA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSEPH P CELOTTO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JUDSON D BROWN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIA MARY RAFFERTY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE ANN CARPENTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE BARDACKE HADDON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE M K SIEGAL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JUNE GILSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARI L SUTHERLAND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARINA ELISABETH MURSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARL B GUNDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KASDIN MILLER MITCHELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATARZYNA JANUSZKIEWICZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATE WALLING AGUIAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATELYN RUSH ASHTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHARINE S PERRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHERINE ELIZABETH UNGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHERINE T WALLING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHLEEN INGRAM CARRINGTON**

(See above for address)
*ATTORNEY TO BE NOTICED*

**KATIE REBECCA LENCIONI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH STEVEN ANDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH C MIER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KELLY R KIMBROUGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KELSEY J SHAW**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH MAECHTLEN COCHRAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH R COSTA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENT A BRITT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENYA C BODDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KERRY LYNN RHOADS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN BARBER BROWN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN JOSEPH MALLOY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN MICHAEL STOCKMANN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIMBERLY WEBER HERLIHY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIMBERLY D HILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIMBERLY B MARTIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIME H SMITH , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KRISTINA ALLEN RELIFORD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KYLE RICHARD DECAMP**
(See above for address)
*TERMINATED: 02/16/2022*

**LA'VERNE EDNEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LAURA J HENNEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LAUREN A RUSS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LEA ANN SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LEAH N LEDFORD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LEIGH ANNE HODGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LELA HOLLABAUGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LESLIE ANNE BENITEZ**

(See above for address)
*ATTORNEY TO BE NOTICED*

**LESLIE MARIE SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LESLIE LEUNG SUN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LIA F MAZZARELLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINA Y GARCIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINDSAY ZANELLO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINDSEY BETH COHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LUCIA VERONICA PAZOS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M DAVID GRIFFITH , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARA CUSKER GONZALEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARCEL CHARLES DUHAMEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARGARET D EVERETT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARIA P RIVERA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK A DREHER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK ANDREW HILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK J NOMELLINI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK W PREMO-HOPKINS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARTIN SCHNEIDER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARY H KIM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARY R PAWELEK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW RYAN CARPENTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW DOUGLAS KELLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW JOHN KOLODOSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW PARKER SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW JOSEPH YOUNG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MAXWELL HEWITT KING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGAN DELUREY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGHAN ANN AGOSTINELLI**

(See above for address)
*ATTORNEY TO BE NOTICED*

**MELODY MCANALLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICAH DAVID BROWN**
(See above for address)
*TERMINATED: 02/16/2022*

**MICHAEL B HEWES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL R KLATT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL EDWARD MCWILLIAMS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL P OLIVERIO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL C WILLIAMS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHELLE MOLINARO BURKE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MITCHELL BENJAMIN TUGGLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD H HUSAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NADIA S ABRAMSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATALIE ROSE ATKINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATASHA A ALEXANDER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATHAN HUEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATHAN JOSEPH LAW**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NEIL MATTHEW KLIEBENSTEIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NICHOLAS F WASDIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NICKOLAS H BARBER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NIKITA SHERRELL MCMILLIAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NINA I WEBB-LAWTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOAH SHAW BECKER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOLAN M LEUTHAUSER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**OLIVIA JORDAN POSS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ORLA O'CALLAGHAN**
(See above for address)
*TERMINATED: 05/02/2022*

**PAMELA LAWRENCE FERRELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK L DELAUNE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK J KELLY**

(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK PHILIP SANDMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK FRANCIS SULLIVAN , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL DONALD MOTZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL S MURPHY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL QUINCY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL S ROSENBLATT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL SAMPSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PERRY WALKER DORAN , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PETER ANDREWS LUSENHOP**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PHILIP JUDSON COMBS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RACHAEL GRAY WEATHERLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RACHEL ELIZABETH MOYNIHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RACHEL MAURA ROSENBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RAJEEV K ADLAKHA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RANDALL L CHRISTIAN**
(See above for address)

**REMUS WRIGHT , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RENEE D SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**REX WILLIAM MANNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD M DYE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD HOWELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD D SCHUSTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD W SLIMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT C BROCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT B ELLIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT V GREENLEE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT EDWARD ZULANDT , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROSEMARY D WELSH**
(See above for address)

*ATTORNEY TO BE NOTICED*

**ROSHAN RAJKUMAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RYAN MICHAEL MURPHY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SAGHAR ESFANDIARIFARD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SAMUEL KEENAN CARTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SAMUEL COLE ZATZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARA ANDERSON FREY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARA ANN INGRAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARAH ANN MEADOWS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARAH SMYTH O'BRIEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SEBASTIAN NUNEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHANNON L H PHILLIPS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHARON TAMAR TURRET**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHAYNE HUNTER HENRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHELLEY W COLEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHERRIE ARMSTRONG DAVIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHUNDRA CRUMPTON MANNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SIERRA ELIZABETH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SIMON TURNER BAILEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SIMON GOTTLIEB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STACEY G PAGONIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEFANIE ANN TUBBS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEPHANIE MARIE CHESNEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEPHEN DANIEL KAUFMANN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEPHEN ALAN TENSMEYER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN MICHAEL AUGUSTINE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN CRAIG CZAK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN RECH**
(See above for address)

*ATTORNEY TO BE NOTICED*

**STEVEN L REITENOUR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVIE FARRAR RUSHING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SUSAN M ROBINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SUSAN WONG ROMAINE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SUSANNA MOLDOVEANU**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TABITHA JOY DE PAULO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TAYLOR BRADFORD MAYES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THEODORE P MATTIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS H FUSONIE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS LARRY HILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS MICHAEL HORAN , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS NATHAN LURIE , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TIFFANY JOHNSON DEGRUY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TYE CURTIS BELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**VANESSA ANNE BARSANTI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM BRADFORD BARBER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM M GAGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM B LARSON , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM GREG LOCKWOOD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM GLOVER PORTER , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM LOUIS SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM POLK THOMAS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**YATES M FRENCH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ZANDRA E FOLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CO-LIAISON COUNSEL FOR
DEFENDANTS**                    represented by    **THOMAS LARRY HILL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CONNOR MCCARTHY BLAIR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JUNE GILSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARI L SUTHERLAND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW PARKER SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**3M OCCUPATIONAL SAFETY LLC**          represented by   **KIMBERLY O BRANSCOME**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AARON NATHAN ARTHUR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ADAM MICHAEL MASIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ADERIUS L ROSS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALAN R VICKERY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEIDA M MIELKE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALESCHIA D HYDE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEXA DANIELLE GOMEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEXANDRIA NICOLE GONZALEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALISON SHANA COONEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALISON YARDLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALLEN LEWIS RUTZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALLISON K OZUROVICH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALYCIA N BROZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALYSSA CHRISTINE CLARK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AMANDA BOLZ BARBOUR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW WILLIAM CARY**
(See above for address)
*TERMINATED: 03/28/2022*

**ANDREW B COOKE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW BURNS JOHNSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW DAVID THARP**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW J TUREAUD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANGELA MARIE HAMPTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANGELA G STRICKLAND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANITA K MODAK-TRURAN**
(See above for address)

*ATTORNEY TO BE NOTICED*

**ANN THORNTON FIELD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANNA TERTERYAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANNE MARIE SEIBEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANTHONY SINCLAIR MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANTHONY L OSTERLUND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ASHLEY A FLYNN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ASHLEY ELIZABETH NEGLIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUBREY E BLATCHLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN DEL PRIORE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN L KLAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN DAVID O'MALLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BARRY E FIELDS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BARTON JAMES FREEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BEN JOHNSON SCOTT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BENJAMIN M WATSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BLAKE GIBNEY**
(See above for address)
*TERMINATED: 11/05/2021*

**BRADLEY DAVID MASTERS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRANDON M PELLEGRINO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRANDON COREY REES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRENTON ADAM ROGERS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRIAN D SIEVE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRITANY A KABAKOV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAITLYN ALEXIS CHELEDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAMERON DAVID TURNER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CANDICE C KUSMER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAROLINE LAPISH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAROLINE H STEPHENS**
(See above for address)

*ATTORNEY TO BE NOTICED*

**CASEY LEIGH MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CASSANDRA NICOLE LOVE-OLIVO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CATHERINE B SLAVIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CEDRIC EARL EVANS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES BAILEY KING , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES F MORROW**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTA C COTTRELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTINA MARIA SEANOR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTINA E SHARKEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER S BERDY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER S BURRICHTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER R DRURY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER DAVID MORRIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CLYDE WHITTAKER STEINEKER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLE THOMAS CARTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLIN B RATHE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLLEEN N CAVANAGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CONNER NEALE TURNER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CONNOR MCCARTHY BLAIR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CORY SHANE REED**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CRAIG CASTIGLIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CRYSTAL LIZ KURUVILLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CULLEN WELLES GUILMARTIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANA C LUMSDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANE W SCHRADER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL B BLUCHER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL R HIGGINBOTHAM**
(See above for address)

*ATTORNEY TO BE NOTICED*

**DANIEL R MURDOCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL LEE O'NEIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL E SHUEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID WAYNE CORNEIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID IAN HOROWITZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID JAMES KOOB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID G MAYHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID M TAYLOR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DENNIS PETER KISYK , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DESHAWN H MITCHELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DIANA CLOUGH BENTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DIANA NICOLE EVANS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DOUGLAS NATHAN ROBERTSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DREW CHRISTOPHER BENCIE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**E BARNEY ROBINSON , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EDDEREK COLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EDWARD J MCCAMBRIDGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH BRABB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH CAROLYN DEGORI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH RIGHTON JOHNSON
LEWIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH GLORIA KUROWSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH STEWART RAINES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH T SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY LAUREN VAN TUYL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIC E HUDSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIC D OLSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIC MCKENNETT SEFTON**

(See above for address)
*TERMINATED: 02/23/2021*

**ERICA M RODRIGUEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIKA J DOHERTY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIKA MEDINA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIN DWYER FRENCH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIN C JOHNSTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARRET ALAN LEACH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARRETT W MESSERLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY LANE HOWARD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY JOHN SAALMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GAVIN R TISDALE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HAMPTON S FRENCH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HARIKLIA KARIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HAROLD D MOOTY , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HEATHER ANN LEVINSKY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HENRIQUE ALEJANDRO GEIGEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HILLARY ANALESA ANDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**INGRID GOLEMI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JACQUELINE RENEE BOLDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES MARK ADAMS , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES H BOLIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES DOMINIC CAMPODONICO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES STEPHEN FRITZ , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES B LETTEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES B LIND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES WILLIAM MANUEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES E ROBINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES DAVID YATES , JR**

(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMIE A AYCOCK**
(See above for address)
*TERMINATED: 03/16/2022*

**JARED LEE GRISHAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON A CINCILLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON PATRICK ECKERLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON ERIC FORTENBERRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAY L BHIMANI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JEFFREY RALPH BLACKWOOD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JEFFREY J ZEIGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNA MARIE MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNA CHRISTINE NEWMARK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNIFER JOSLIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JESSICA RACHEL GARRITY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JESSICA NAEGELY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN THOMAS HUGO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN ANDREW HUTTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN JAMES ROBINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JON OLSSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN MICHAEL BARNES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN LANE SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN HOYT STILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN S TAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JORDAN CHRISTOPHER PATTERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JORDAN LEIGH SCHWINDT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JORDAN NEIL WALKER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSE MANUEL LUZARRAGA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSEPH P CELOTTO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JUDSON D BROWN**

(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIA MARY RAFFERTY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE ANN CARPENTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE BARDACKE HADDON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE M K SIEGAL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JUNE GILSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARI L SUTHERLAND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARINA ELISABETH MURSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARL B GUNDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KASDIN MILLER MITCHELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATARZYNA JANUSZKIEWICZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATE WALLING AGUIAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATELYN RUSH ASHTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHARINE S PERRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHERINE ELIZABETH UNGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHERINE T WALLING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHLEEN INGRAM CARRINGTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATIE REBECCA LENCIONI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH STEVEN ANDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH C MIER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KELLY R KIMBROUGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KELSEY J SHAW**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH MAECHTLEN COCHRAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH R COSTA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH J FERGUSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENT A BRITT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENYA C BODDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KERRY LYNN RHOADS**

(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN BARBER BROWN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN JOSEPH MALLOY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN MICHAEL STOCKMANN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIMBERLY WEBER HERLIHY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIMBERLY D HILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIMBERLY B MARTIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIME H SMITH , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KRISTINA ALLEN RELIFORD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KYLE RICHARD DECAMP**
(See above for address)
*TERMINATED: 02/16/2022*

**LA'VERNE EDNEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LAURA J HENNEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LAUREN A RUSS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LEA ANN SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LEAH N LEDFORD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LEIGH ANNE HODGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LELA HOLLABAUGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LESLIE ANNE BENITEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LESLIE MARIE SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LESLIE LEUNG SUN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LIA F MAZZARELLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINA Y GARCIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINDSAY ZANELLO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINDSEY BETH COHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LUCIA VERONICA PAZOS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M DAVID GRIFFITH , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARA CUSKER GONZALEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARCEL CHARLES DUHAMEL**

(See above for address)
*ATTORNEY TO BE NOTICED*

**MARGARET D EVERETT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARIA P RIVERA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK A DREHER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK ANDREW HILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK J NOMELLINI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK W PREMO-HOPKINS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARTIN SCHNEIDER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARY H KIM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARY R PAWELEK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW RYAN CARPENTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW DOUGLAS KELLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW JOHN KOLODOSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW PARKER SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW JOSEPH YOUNG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MAXWELL HEWITT KING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGAN DELUREY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGHAN ANN AGOSTINELLI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MELODY MCANALLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICAH DAVID BROWN**
(See above for address)
*TERMINATED: 02/16/2022*

**MICHAEL B HEWES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL R KLATT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL EDWARD MCWILLIAMS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL P OLIVERIO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL C WILLIAMS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHELLE MOLINARO BURKE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MITCHELL BENJAMIN TUGGLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD H HUSAN**

(See above for address)
*ATTORNEY TO BE NOTICED*

**NADIA S ABRAMSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATALIE ROSE ATKINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATASHA A ALEXANDER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATHAN HUEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATHAN JOSEPH LAW**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NEIL MATTHEW KLIEBENSTEIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NICKOLAS H BARBER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NIKITA SHERRELL MCMILLIAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NINA I WEBB-LAWTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOAH SHAW BECKER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOLAN M LEUTHAUSER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**OLIVIA JORDAN POSS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ORLA O'CALLAGHAN**
(See above for address)
*TERMINATED: 05/02/2022*

**PAMELA LAWRENCE FERRELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK L DELAUNE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK J KELLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK PHILIP SANDMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK FRANCIS SULLIVAN , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL DONALD MOTZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL S MURPHY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL QUINCY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL S ROSENBLATT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL SAMPSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PERRY WALKER DORAN , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PETER ANDREWS LUSENHOP**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PHILIP JUDSON COMBS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RACHAEL GRAY WEATHERLY**

(See above for address)
*ATTORNEY TO BE NOTICED*

**RACHEL ELIZABETH MOYNIHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RACHEL MAURA ROSENBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RAJEEV K ADLAKHA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RANDALL L CHRISTIAN**
(See above for address)

**REMUS WRIGHT , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RENEE D SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**REX WILLIAM MANNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD M DYE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD HOWELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD D SCHUSTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD W SLIMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT C BROCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT V GREENLEE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT EDWARD ZULANDT , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROSEMARY D WELSH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROSHAN RAJKUMAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RYAN MICHAEL MURPHY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SAGHAR ESFANDIARIFARD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SAMUEL KEENAN CARTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SAMUEL COLE ZATZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARA ANDERSON FREY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARA ANN INGRAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARAH ANN MEADOWS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARAH SMYTH O'BRIEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SEBASTIAN NUNEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHANNON L H PHILLIPS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHARON TAMAR TURRET**
(See above for address)

*ATTORNEY TO BE NOTICED*

**SHAYNE HUNTER HENRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHELLEY W COLEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHERRIE ARMSTRONG DAVIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHUNDRA CRUMPTON MANNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SIMON TURNER BAILEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SIMON GOTTLIEB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STACEY G PAGONIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEFANIE ANN TUBBS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEPHANIE MARIE CHESNEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEPHEN DANIEL KAUFMANN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEPHEN ALAN TENSMEYER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN MICHAEL AUGUSTINE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN CRAIG CZAK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN RECH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN L REITENOUR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVIE FARRAR RUSHING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SUSAN M ROBINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SUSAN WONG ROMAINE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SUSANNA MOLDOVEANU**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TABITHA JOY DE PAULO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TAYLOR BRADFORD MAYES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THEODORE P MATTIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS H FUSONIE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS MICHAEL HORAN , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS NATHAN LURIE , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TIFFANY JOHNSON DEGRUY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TYE CURTIS BELL**
(See above for address)

*ATTORNEY TO BE NOTICED*

**VANESSA ANNE BARSANTI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM BRADFORD BARBER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM M GAGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM B LARSON , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM GREG LOCKWOOD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM GLOVER PORTER , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM LOUIS SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM POLK THOMAS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**YATES M FRENCH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ZANDRA E FOLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Material Witness**

**ELLIOTT BERGER**                    represented by    **CHARLES LUTHER MCCLOUD**
WILLIAMS & CONNOLLY LLP -
WASHINGTON DC
680 MAINE AVENUE SW
WASHINGTON, DC 20024
202-434-5586
Email: lmccloud@wc.com
*ATTORNEY TO BE NOTICED*

**PHILIP A BATES**
PHILIP A BATES PA -PENSACOLA, FL

25 W CEDAR ST STE 550
PENSACOLA, FL 32502
850/470-0091
Fax: 470-0441
Email: pbates@philipbates.net
*ATTORNEY TO BE NOTICED*

**TAYLOR CHRISTOPHER BARTLETT**
HENINGER GARRISON DAVIS LLC -
BIRMINGHAM AL
2224 1ST AVENUE NORTH
BIRMINGHAM, AL 35203
205-326-3336
Email: taylor@hgdlawfirm.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/03/2019 | 1 | TRANSFER ORDER FROM THE MDL PANEL transferring 8 actions to the Northern District of Florida. It is therefore ordered that the actions listed on Schedule A and pending outside of the Northern District of Florida are transferred to the Northern District of Florida, and, with the consent of that court, assigned to the Honorable M. Casey Rodgers for coordinated or consolidated pretrial proceedings. Signed by PANEL ON MULTIDISTRICT LITIGATION on 4/3/2019. (erl) (Entered: 04/05/2019) |
| 04/05/2019 | 2 | PRETRIAL ORDER NO. 1 - The Clerk is hereby directed to assign all actions pertaining to the above litigation to United States Magistrate Judge Gary R. Jones. Signed by JUDGE M CASEY RODGERS on 4/5/2019. (erl) (Entered: 04/05/2019) |
| 04/05/2019 | 3 | PRETRIAL ORDER NO. 2 - An initial case management conference will be held in this matter on **4/17/2019 09:00 AM CST** in Courtroom 2 of the Winston E. Arnow Federal Building before JUDGE M CASEY RODGERS. The Court hereby appoints Bryan F. Aylstock to serve as interim lead and liaison counsel for plaintiffs. Notice will be sent to defense counsel identified in Schedule B. The Court will establish docketing and filing procedures by separate order. Signed by JUDGE M CASEY RODGERS on 4/5/2019. (erl) (Entered: 04/05/2019) |
| 04/09/2019 | 4 | PRETRIAL ORDER NO. 3. This Order governs docketing and filing procedures in all actions that have been or will be filed in, removed to, or transferred to this Court as part of the 3M Combat Arms Earplug Products Liability Litigation. Signed by JUDGE M CASEY RODGERS on 4/9/2019. (djb) (Entered: 04/09/2019) |
| 04/09/2019 | 5 | NOTICE/MEMO from Clerk to Counsel w/Conference Call Instructions pursuant to 3 Order re: Initial Case Management Conference set for 4/17/2019 at 9:00 am (Central). (sps) (Entered: 04/09/2019) |
| 04/10/2019 | 6 | NOTICE of Appearance by KIMBERLY O BRANSCOME on behalf of 3M COMPANY (BRANSCOME, KIMBERLY) (Entered: 04/10/2019) |
| 04/10/2019 | 7 | Corporate Disclosure Statement/Certificate of Interested Persons by 3M COMPANY identifying Corporate Parent 3M COMPANY for 3M COMPANY.. (BRANSCOME, KIMBERLY) (Entered: 04/10/2019) |
| 04/10/2019 | 8 | MOTION to Appear Pro Hac Vice by Lesley Paniszczyn.( Filing fee $ 201 receipt number AFLNDC-4453616.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (PANISZCZYN, LESLEY) (Entered: 04/10/2019) |

| 04/10/2019 | 9 | MOTION to Appear Pro Hac Vice by Thomas J. Henry.( Filing fee $ 201 receipt number AFLNDC-4453617.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (PANISZCZYN, LESLEY) (Entered: 04/10/2019) |
|---|---|---|
| 04/10/2019 | 10 | MOTION to Appear Pro Hac Vice by Laurie Dobson.( Filing fee $ 201 receipt number AFLNDC-4453618.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (PANISZCZYN, LESLEY) (Entered: 04/10/2019) |
| 04/11/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 9 MOTION to Appear Pro Hac Vice by Thomas J. Henry. 8 MOTION to Appear Pro Hac Vice by Lesley Paniszczyn. 10 MOTION to Appear Pro Hac Vice by Laurie Dobson. (djb) (Entered: 04/11/2019) |
| 04/11/2019 | 11 | **VACATED per 86 Order** ORDER granting 8 Motion to Appear Pro Hac Vice by Notice Only as to Lesley C. Paniszczyn. Signed by JUDGE M CASEY RODGERS on 4/11/2019. (djb) Modified on 4/23/2019 (djb). (Entered: 04/11/2019) |
| 04/11/2019 | 12 | **VACATED per 86 Order** ORDER granting 9 Motion to Appear Pro Hac Vice (Appointed THOMAS J HENRY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/11/2019. (djb) Modified on 4/23/2019 (djb). (Entered: 04/11/2019) |
| 04/11/2019 | 13 | **VACATED per 86 Order** ORDER granting 10 Motion to Appear Pro Hac Vice (Appointed LAURIE RUTH DOBSON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/11/2019. (djb) Modified on 4/23/2019 (djb). (Entered: 04/11/2019) |
| 04/11/2019 | 14 | NOTICE of Appearance by ADAM MATTHEW MOSKOWITZ on behalf of NOTICE ONLY (MOSKOWITZ, ADAM) (Entered: 04/11/2019) |
| 04/11/2019 | 15 | NOTICE of Appearance by HOWARD MITCHELL BUSHMAN on behalf of NOTICE ONLY (BUSHMAN, HOWARD) (Entered: 04/11/2019) |
| 04/11/2019 | 16 | NOTICE of Appearance by JOSEPH M KAYE on behalf of NOTICE ONLY (KAYE, JOSEPH) (Entered: 04/11/2019) |
| 04/12/2019 | 17 | NOTICE of Appearance by VIRGINIA E ANELLO on behalf of NOTICE ONLY (ANELLO, VIRGINIA) (Entered: 04/12/2019) |
| 04/12/2019 | 18 | NOTICE of Appearance by RICHARD M PAUL, III on behalf of NOTICE ONLY (PAUL, RICHARD) (Entered: 04/12/2019) |
| 04/12/2019 | 19 | NOTICE of Appearance by ASHLEA SCHWARZ on behalf of NOTICE ONLY (SCHWARZ, ASHLEA) (Entered: 04/12/2019) |
| 04/12/2019 | 20 | MOTION to Appear Pro Hac Vice by Muhammad S. Aziz.( Filing fee $ 201 receipt number AFLNDC-4456355.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (AZIZ, MUHAMMAD) (Entered: 04/12/2019) |
| 04/12/2019 | 21 | NOTICE of Appearance by KIMBERLY O BRANSCOME on behalf of AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BRANSCOME, KIMBERLY) (Entered: 04/12/2019) |
| 04/12/2019 | 22 | NOTICE of Appearance by MARK J NOMELLINI on behalf of 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (NOMELLINI, MARK) (Entered: 04/12/2019) |
| 04/12/2019 | 23 | NOTICE of Appearance by ROBERTO MARTINEZ on behalf of NOTICE ONLY (MARTINEZ, ROBERTO) (Entered: 04/12/2019) |
| 04/12/2019 | 24 | NOTICE of Appearance by FRANCISCO RAUL MADERAL on behalf of NOTICE |

| | | ONLY (MADERAL, FRANCISCO) (Entered: 04/12/2019) |
|---|---|---|
| 04/12/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 20 MOTION to Appear Pro Hac Vice by Muhammad S. Aziz. (djb) (Entered: 04/12/2019) |
| 04/12/2019 | 25 | MOTION to Appear Pro Hac Vice by Robert C. Brock.( Filing fee $ 201 receipt number BFLNDC-4456646.) by 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (BROCK, ROBERT) (Entered: 04/12/2019) |
| 04/12/2019 | 26 | MOTION to Appear Pro Hac Vice by F. Chadwick Morriss.( Filing fee $ 201 receipt number AFLNDC-4456687.) by 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (MORRISS, FRANK) (Entered: 04/12/2019) |
| 04/12/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 25 MOTION to Appear Pro Hac Vice by Robert C. Brock. (djb) (Entered: 04/12/2019) |
| 04/12/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 26 MOTION to Appear Pro Hac Vice by F. Chadwick Morriss. (djb) (Entered: 04/12/2019) |
| 04/12/2019 | 27 | MOTION to Appear Pro Hac Vice by Clayton A. Clark.( Filing fee $ 201 receipt number AFLNDC-4456810.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (CLARK, CLAYTON) (Entered: 04/12/2019) |
| 04/12/2019 | 28 | MOTION to Appear Pro Hac Vice by W. Michael Moreland.( Filing fee $ 201 receipt number AFLNDC-4456854.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (MORELAND, WILLIAM) (Entered: 04/12/2019) |
| 04/12/2019 | 29 | MOTION to Appear Pro Hac Vice by Scott A. Love.( Filing fee $ 201 receipt number AFLNDC-4456865.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (LOVE, SCOTT) (Entered: 04/12/2019) |
| 04/12/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 27 MOTION to Appear Pro Hac Vice by Clayton A. Clark. 28 MOTION to Appear Pro Hac Vice by W. Michael Moreland. 29 MOTION to Appear Pro Hac Vice by Scott A. Love. (djb) (Entered: 04/12/2019) |
| 04/15/2019 | 30 | NOTICE of MINUTE ORDER - TO INVOLVED CLERKS Re: MDL No. 2885. Conditional Transfer Order (CTO-1) Finalized on 4/15/19. (djb) (Entered: 04/15/2019) |
| 04/15/2019 | 31 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) IN RE: 3M Combat Arms Earplug Products Liability Litigation Case Number: MDL No. 2885 - 128 actions. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 4/15/2019. (Attachments: # 1 CTO-1) (djb) (Entered: 04/15/2019) |
| 04/15/2019 | 32 | NOTICE of Appearance by ROBERT B ELLIS on behalf of 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (ELLIS, ROBERT) (Entered: 04/15/2019) |
| 04/15/2019 | 33 | ORDER granting 25 Motion to Appear Pro Hac Vice (Appointed ROBERT C BROCK for 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC). Signed by JUDGE M CASEY RODGERS on 4/15/2019. (djb) Modified on 4/15/2019 (djb). (Entered: 04/15/2019) |

| 04/15/2019 | 34 | ORDER granting 26 Motion to Appear Pro Hac Vice (Appointed FRANK CHADWICK MORRISS for 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 4/15/2019. (djb) (Entered: 04/15/2019) |
|---|---|---|
| 04/15/2019 | 35 | NOTICE of Appearance by MARYBETH V GIBSON on behalf of NOTICE ONLY (GIBSON, MARYBETH) (Entered: 04/15/2019) |
| 04/15/2019 | 36 | NOTICE of Appearance by JEFFREY PAUL BERNIARD on behalf of NOTICE ONLY (BERNIARD, JEFFREY) (Entered: 04/15/2019) |
| 04/15/2019 | 37 | NOTICE of Appearance by CHRISTOPHER R BAGLEY on behalf of NOTICE ONLY (BAGLEY, CHRISTOPHER) (Entered: 04/15/2019) |
| 04/15/2019 | 38 | NOTICE of Appearance by GARY W JACKSON on behalf of NOTICE ONLY (JACKSON, GARY) (Entered: 04/15/2019) |
| 04/15/2019 | 39 | NOTICE of Appearance by CHRISTOPHER R BAGLEY on behalf of NOTICE ONLY (BAGLEY, CHRISTOPHER) (Entered: 04/15/2019) |
| 04/15/2019 | 40 | NOTICE of Appearance by MICHAEL A AKSELRUD on behalf of NOTICE ONLY (AKSELRUD, MICHAEL) Modified on 5/2/2019 to note party changed to NOTICE ONLY (djb). (Entered: 04/15/2019) |
| 04/15/2019 | 41 | NOTICE of Appearance by GARY W JACKSON on behalf of NOTICE ONLY (JACKSON, GARY) (Entered: 04/15/2019) |
| 04/15/2019 | 42 | NOTICE of Appearance by W MARK LANIER on behalf of NOTICE ONLY (LANIER, W) Modified on 5/2/2019 party corrected to NOTICE ONLY (djb). (Entered: 04/15/2019) |
| 04/15/2019 | 43 | NOTICE of Appearance by KATHRYN RACHEL LANIER on behalf of NOTICE ONLY (LANIER, W) Modified on 4/16/2019 to correct attorney name and NOTICE ONLY party. (djb) (Entered: 04/15/2019) |
| 04/15/2019 | 44 | NOTICE of Appearance by KATHRYN RACHEL LANIER on behalf of NOTICE ONLY party. (LANIER, KATHRYN) Modified on 5/2/2019 (djb). (Entered: 04/15/2019) |
| 04/15/2019 | 45 | NOTICE of Appearance by DARA GRISBEE HEGAR on behalf of NOTICE ONLY (HEGAR, DARA) Modified on 5/2/2019 (djb). (Entered: 04/15/2019) |
| 04/15/2019 | 46 | NOTICE of Appearance by RICHARD D MEADOW on behalf of NOTICE ONLY. (MEADOW, RICHARD) Modified on 5/2/2019 (djb). (Entered: 04/15/2019) |
| 04/15/2019 | 47 | MOTION to Appear Pro Hac Vice by Mikal C. Watts.( Filing fee $ 201 receipt number AFLNDC-4458875.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificat of Good Standing) (WATTS, MIKAL) (Entered: 04/15/2019) |
| 04/16/2019 | 48 | DOCKET ANNOTATION BY COURT: NOTICE TO COUNSEL of The Lanier Law Firm, P.C. - ROBIN KENNEDY has been removed from the docket. Appearances for any plaintiff regarding transfer in cases or direct filed cases should be filed as to NOTICE ONLY party. Re 44 Notice of Appearance, 45 Notice of Appearance, 42 Notice of Appearance, 40 Notice of Appearance, 46 Notice of Appearance, 43 Notice of Appearance. Please review 4 Pretrial Order No. 3. Clerk will add each attorney to the NOTICE ONLY party. If you have questions please call 850-470-8188. (djb) (Entered: 04/16/2019) |
| 04/16/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 47 MOTION to Appear Pro Hac Vice by |

| | | Mikal C. Watts. (djb) (Entered: 04/16/2019) |
|---|---|---|
| 04/16/2019 | 49 | NOTICE of Appearance by CLAYTON A CLARK on behalf of NOTICE ONLY (CLARK, CLAYTON) (Entered: 04/16/2019) |
| 04/16/2019 | 50 | NOTICE of Appearance by WILLIAM MICHAEL MORELAND on behalf of NOTICE ONLY (MORELAND, WILLIAM) (Entered: 04/16/2019) |
| 04/16/2019 | 51 | **DISREGARD see 52 Notice of Appearance** NOTICE of Appearance by SCOTT A LOVE on behalf of NOTICE ONLY (LOVE, SCOTT) Modified on 4/16/2019 (djb). (Entered: 04/16/2019) |
| 04/16/2019 | 52 | NOTICE of Appearance by SCOTT A LOVE on behalf of NOTICE ONLY (LOVE, SCOTT) (Entered: 04/16/2019) |
| 04/16/2019 | 53 | NOTICE of Appearance by DIANA YASTROVSKAYA on behalf of NOTICE ONLY (YASTROVSKAYA, DIANA) (Entered: 04/16/2019) |
| 04/16/2019 | 54 | MOTION to Appear Pro Hac Vice by Shelley V. Hutson.( Filing fee $ 201 receipt number AFLNDC-4460052.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (HUTSON, SHELLEY) (Entered: 04/16/2019) |
| 04/16/2019 | 55 | MOTION to Appear Pro Hac Vice by Erin Rogiers.( Filing fee $ 201 receipt number AFLNDC-4460088.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (ROGIERS, ERIN) (Entered: 04/16/2019) |
| 04/16/2019 | 56 | NOTICE of Appearance by MARK ADAM GRIFFIN on behalf of NOTICE ONLY (GRIFFIN, MARK) (Entered: 04/16/2019) |
| 04/16/2019 | 57 | NOTICE of Appearance by MARK D SAMSON on behalf of NOTICE ONLY (SAMSON, MARK) (Entered: 04/16/2019) |
| 04/16/2019 | 58 | NOTICE of Appearance by PATRICK HOWARD on behalf of NOTICE ONLY (HOWARD, PATRICK) (Entered: 04/16/2019) |
| 04/16/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 55 MOTION to Appear Pro Hac Vice by Erin Rogiers. 54 MOTION to Appear Pro Hac Vice by Shelley V. Hutson. (djb) (Entered: 04/16/2019) |
| 04/16/2019 | 59 | NOTICE of Appearance by ASHLEY CONRAD KELLER on behalf of NOTICE ONLY (KELLER, ASHLEY) (Entered: 04/16/2019) |
| 04/16/2019 | 60 | NOTICE of Appearance by NICOLE CORRINE BERG on behalf of NOTICE ONLY (BERG, NICOLE) (Entered: 04/16/2019) |
| 04/16/2019 | 61 | NOTICE of Appearance by MARK HAYDEN TROUTMAN on behalf of NOTICE ONLY (TROUTMAN, MARK) (Entered: 04/16/2019) |
| 04/16/2019 | 62 | NOTICE of Appearance by TRAVIS D LENKNER on behalf of NOTICE ONLY (LENKNER, TRAVIS) (Entered: 04/16/2019) |
| 04/16/2019 | 63 | NOTICE of Appearance by SHAWN KINCADE JUDGE on behalf of NOTICE ONLY (JUDGE, SHAWN) (Entered: 04/16/2019) |
| 04/16/2019 | 64 | NOTICE of Appearance by GREGORY MICHAEL TRAVALIO on behalf of NOTICE ONLY (TRAVALIO, GREGORY) (Entered: 04/16/2019) |
| 04/16/2019 | 65 | NOTICE of Appearance by OSCAR MONFORT PRICE, IV on behalf of NOTICE ONLY (PRICE, OSCAR) (Entered: 04/16/2019) |

| 04/16/2019 | 66 | NOTICE of Appearance by NICHOLAS WILLIAM ARMSTRONG on behalf of NOTICE ONLY (ARMSTRONG, NICHOLAS) (Entered: 04/16/2019) |
|---|---|---|
| 04/17/2019 | 67 | MOTION to Appear Pro Hac Vice by Brandon H. Steffey.( Filing fee $ 201 receipt number AFLNDC-4461678.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (STEFFEY, BRANDON) (Entered: 04/17/2019) |
| 04/17/2019 | 68 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) IN RE: 3M Combat Arms Earplug Products Liability Litigation Case Number: MDL No. 2885 - 98 actions. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 4/16/2019. (Attachments: # 1 CTO-2) (djb) (Entered: 04/17/2019) |
| 04/17/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 67 MOTION to Appear Pro Hac Vice by Brandon H. Steffey. (djb) (Entered: 04/17/2019) |
| 04/17/2019 | 69 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS:Initial Case Management Conference held on 4/17/2019. Magistrate Judge Jones present. Order to follow. (Court Reporter Donna Boland.) (sps) (Entered: 04/18/2019) |
| 04/18/2019 | 70 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s). Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 4/17/2019. (Attachments: # 1 CTO-3) (djb) (Entered: 04/18/2019) |
| 04/18/2019 | 71 | ORDER granting 67 Motion to Appear Pro Hac Vice (Appointed BRANDON HURK STEFFEY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/18/2019. (djb) (Entered: 04/19/2019) |
| 04/19/2019 | 72 | NOTICE of Appearance by HENRY G GARRARD, III on behalf of NOTICE ONLY (GARRARD, HENRY) (Entered: 04/19/2019) |
| 04/19/2019 | 73 | NOTICE of Appearance by JAMES B MATTHEWS, III on behalf of NOTICE ONLY (MATTHEWS, JAMES) (Entered: 04/19/2019) |
| 04/19/2019 | 74 | NOTICE of Appearance by JOSH B WAGES on behalf of NOTICE ONLY (WAGES, JOSH) (Entered: 04/19/2019) |
| 04/19/2019 | 75 | NOTICE of Appearance by PATRICK H GARRARD on behalf of NOTICE ONLY (GARRARD, PATRICK) (Entered: 04/19/2019) |
| 04/19/2019 | 76 | PRETRIAL ORDER NO. 4 Plaintiff Leadership Structure. Signed by JUDGE M CASEY RODGERS on 4/19/2019. (djb) (Entered: 04/19/2019) |
| 04/19/2019 | 77 | NOTICE of Appearance by MICHELLE PERKOVIC on behalf of NOTICE ONLY (PERKOVIC, MICHELLE) (Entered: 04/19/2019) |
| 04/19/2019 | 78 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 actions in MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 4/18/2019. (Attachments: # 1 CTO-4) (djb) (Entered: 04/19/2019) |
| 04/19/2019 | 79 | NOTICE of Appearance by RAYMOND C SILVERMAN on behalf of NOTICE ONLY (SILVERMAN, RAYMOND) (Entered: 04/19/2019) |
| 04/20/2019 | 80 | NOTICE of Appearance by ERIC D HOLLAND on behalf of NOTICE ONLY (HOLLAND, ERIC) (Entered: 04/20/2019) |
| 04/22/2019 | 81 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 15 actions Re: |

| | | |
|---|---|---|
| | | 3:19md2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 4/19/2019. (Attachments: # 1 CT0-5) (djb) (Entered: 04/22/2019) |
| 04/22/2019 | 82 | MOTION to Appear Pro Hac Vice by RICHARD LEE ROOT.( Filing fee $ 201 receipt number AFLNDC-4466305.) by RICHARD LEE ROOT. (Attachments: # 1 Exhibit) (ROOT, RICHARD) (Entered: 04/22/2019) |
| 04/23/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 82 MOTION to Appear Pro Hac Vice by RICHARD LEE ROOT. (djb) (Entered: 04/23/2019) |
| 04/23/2019 | 83 | NOTICE of Appearance by BRANDON BOULWARE on behalf of NOTICE ONLY (BOULWARE, BRANDON) (Entered: 04/23/2019) |
| 04/23/2019 | 84 | NOTICE of Appearance by JEREMY M SUHR on behalf of NOTICE ONLY (SUHR, JEREMY) (Entered: 04/23/2019) |
| 04/23/2019 | 85 | NOTICE of Appearance by ERIN D LAWRENCE on behalf of NOTICE ONLY (LAWRENCE, ERIN) (Entered: 04/23/2019) |
| 04/23/2019 | 86 | CASE MANAGEMENT ORDER NO. 1. There are seven motions to appear pro hac vice currently pending in which the movants failed to identify any individual case, in which they are attorney of record, that was or will be filed in, removed to, or transferred to this MDL. See ECF Nos. 20 , 27 , 28 , 29 , 47 , 54 - 55 . Those motions are hereby DENIED WITHOUT PREJUDICE to refiling with the proper case-identifying information. Three additional pro hac vice motions were inadvertently granted, although they too failed to identify any individual cases in which the movant is attorney of record, see ECF Nos. 8 , 9 and 10 . Accordingly, the Orders granting those three pro hac vice admissions, ECF Nos. 11 , 12 and 13 , are hereby VACATED. Counsel are directed to refile their motions to appear pro hac vice with the proper case-identifying information. Pursuant to Local Rule 23.1, the Court hereby TOLLS the 90-day deadline for filing a motion to certify a class. All discovery in this matter is currently stayed, pursuant to Pretrial Order No. 2, ECF No. 3 at 5. The parties must hold a multi-day Rule 26(f) conference by Friday, June 7, 2019. The parties' Joint Rule 26(f) Report must be filed by Friday, **6/14/2019**. On Monday, **6/17/2019 at 9:00 a.m. (CST)**, the Court will conduct a Rule 16/case management conference in Pensacola, at which the parties should be prepared to meaningfully discuss their joint report and proposed discovery plan. Signed by JUDGE M CASEY RODGERS on 4/23/2019. (djb) (Entered: 04/23/2019) |
| 04/23/2019 | 87 | NOTICE of Appearance by MARTIN DANIEL CRUMP on behalf of NOTICE ONLY (CRUMP, MARTIN) (Entered: 04/23/2019) |
| 04/23/2019 | 88 | Amended MOTION Amended Motion to Appear Pro Hac Vice by NOTICE ONLY. (Attachments: # 1 Exhibit A - Letter of Good Standing, # 2 Exhibit B - Direct Filed Cases) (CLARK, CLAYTON) (Entered: 04/23/2019) |
| 04/23/2019 | 89 | NOTICE of Appearance by B KRISTIAN W RASMUSSEN on behalf of NOTICE ONLY (RASMUSSEN, B KRISTIAN) (Entered: 04/23/2019) |
| 04/23/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 88 Amended MOTION Amended Motion to Appear Pro Hac Vice (djb) (Entered: 04/23/2019) |
| 04/23/2019 | 90 | MOTION to Appear Pro Hac Vice by Gregory D. Brown.( Filing fee $ 201 receipt number AFLNDC-4467951.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (BROWN, GREGORY) (Entered: 04/23/2019) |

| 04/23/2019 | 91 | Amended MOTION Amended Motion to Appear Pro Hac Vice *SCOTT A. LOVE* by NOTICE ONLY. (Attachments: # 1 Exhibit A - LOGS, # 2 Exhibit B - Filed Cases) (LOVE, SCOTT) (Entered: 04/23/2019) |
|---|---|---|
| 04/23/2019 | 92 | Amended MOTION Amended Motion to Appear Pro Hac Vice *W. MICHAEL MORELAND* by NOTICE ONLY. (Attachments: # 1 Exhibit A - LOGS, # 2 Exhibit B - Filed Cases) (MORELAND, WILLIAM) (Entered: 04/23/2019) |
| 04/23/2019 | 93 | Amended MOTION Amended Motion to Appear Pro Hac Vice *SHELLEY V. HUTSON* by NOTICE ONLY. (Attachments: # 1 Exhibit A - LOGS, # 2 Exhibit B - Filed Cases) (HUTSON, SHELLEY) (Entered: 04/23/2019) |
| 04/23/2019 | 94 | Amended MOTION to Appear Pro Hac Vice by Muhammad S. Aziz.( Filing fee $ 201 receipt number AFLNDC-4467961.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (AZIZ, MUHAMMAD) (Entered: 04/23/2019) |
| 04/24/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 90 MOTION to Appear Pro Hac Vice by Gregory D. Brown; 91 Amended MOTION Amended Motion to Appear Pro Hac Vice SCOTT A. LOVE; 92 Amended MOTION Amended Motion to Appear Pro Hac Vice W. MICHAEL MORELAND; 94 Amended MOTION to Appear Pro Hac Vice by Muhammad S. Aziz; 93 Amended MOTION Amended Motion to Appear Pro Hac Vice SHELLEY V. HUTSON (djb) (Entered: 04/24/2019) |
| 04/24/2019 | 95 | MOTION to Appear Pro Hac Vice by Virginia E. Anello.( Filing fee $ 201 receipt number AFLNDC-4468140.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (ANELLO, VIRGINIA) (Entered: 04/24/2019) |
| 04/24/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 95 MOTION to Appear Pro Hac Vice by Virginia E. Anello. (djb) (Entered: 04/24/2019) |
| 04/24/2019 | 96 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings - 1ST CASE MANAGEMENT CONFERENCE - held on April 17, 2019, before Judge M. Casey Rodgers. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. **Email:Donna_Boland@flnd.uscourts.gov. for transcript copies<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **5/1/2019**. Release of Transcript Restriction set for **7/30/2019**. (dlb) (Entered: 04/24/2019) |
| 04/24/2019 | 97 | ORDER granting 82 Motion to Appear Pro Hac Vice (Appointed RICHARD L ROOT for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/24/2019. (djb) (Entered: 04/24/2019) |
| 04/24/2019 | 98 | ORDER denying without prejudice 90 Motion to Appear Pro Hac Vice for failure to identify any individual case in which counsel appears as attorney of record. See ECF No. 86 . Signed by JUDGE M CASEY RODGERS on 4/24/2019. (djb) (Entered: 04/24/2019) |
| 04/24/2019 | 99 | NOTICE of Appearance by DAVID TODD MATHEWS on behalf of NOTICE ONLY (MATHEWS, DAVID) (Entered: 04/24/2019) |
| 04/24/2019 | 100 | NOTICE of Appearance by MEGAN TOMLINSON ARVOLA on behalf of NOTICE ONLY (ARVOLA, MEGAN) (Entered: 04/24/2019) |

| 04/24/2019 | 101 | NOTICE of Appearance by THOMAS ROE FRAZER, II on behalf of NOTICE ONLY (FRAZER, THOMAS) (Entered: 04/24/2019) |
| 04/24/2019 | 102 | MOTION to Appear Pro Hac Vice by Michael J. O'Neill.( Filing fee $ 201 receipt number AFLNDC-4469208.) by NOTICE ONLY. (O'NEILL, MICHAEL) Modified to correct party on 4/24/2019 (djb). (Entered: 04/24/2019) |
| 04/24/2019 | 103 | ORDER granting 91 Motion Amended Motion to Appear Pro Hac Vice by Scott A. Love, Esq. Signed by JUDGE M CASEY RODGERS on 4/24/2019. (djb) (Entered: 04/24/2019) |
| 04/24/2019 | 104 | ORDER granting 92 Amended Motion to Appear Pro Hac Vice by W. MICHAEL MORELAND on behalf of NOTICE ONLY. Signed by JUDGE M CASEY RODGERS on 4/24/2019. (djb) (Entered: 04/24/2019) |
| 04/24/2019 | 105 | ORDER granting 93 Amended Motion to Appear Pro Hac Vice by SHELLEY V. HUTSON on behalf of NOTICE ONLY. Signed by JUDGE M CASEY RODGERS on 4/24/2019. (djb) (Entered: 04/24/2019) |
| 04/24/2019 | 106 | ORDER granting 88 Amended MOTION Amended Motion to Appear Pro Hac Vice by Clayton A. Clark, Esq. on behalf of NOTICE ONLY. Signed by JUDGE M CASEY RODGERS on 4/24/2019. (djb) (Entered: 04/24/2019) |
| 04/24/2019 | 107 | ORDER granting 94 Amended MOTION to Appear Pro Hac Vice by Muhammad S. Aziz on behalf of NOTICE ONLY. Signed by JUDGE M CASEY RODGERS on 4/24/2019. (djb) (Entered: 04/24/2019) |
| 04/24/2019 | 108 | ORDER granting 95 Motion to Appear Pro Hac Vice (Appointed VIRGINIA E ANELLO for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/24/2019. (djb) (Entered: 04/24/2019) |
| 04/24/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 102 MOTION to Appear Pro Hac Vice by Michael J. O'Neill on behalf of NOTICE ONLY. (djb) (Entered: 04/24/2019) |
| 04/24/2019 | 109 | ORDER granting 102 Motion to Appear Pro Hac Vice (Appointed MICHAEL J O'NEILL for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/24/2019. (djb) (Entered: 04/24/2019) |
| 04/24/2019 | 110 | NOTICE of Appearance by THOMAS P CARTMELL on behalf of NOTICE ONLY (CARTMELL, THOMAS) (Entered: 04/24/2019) |
| 04/24/2019 | 111 | NOTICE of Appearance by RICHARD L ROOT on behalf of NOTICE ONLY (ROOT, RICHARD) (Entered: 04/24/2019) |
| 04/24/2019 | 112 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 actions. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 4/24/2019. (Attachments: # 1 CTO-6 Finalized) (djb) (Entered: 04/25/2019) |
| 04/25/2019 | 113 | NOTICE of Appearance by ROBERT D CAIN, JR on behalf of NOTICE ONLY (CAIN, ROBERT) (Entered: 04/25/2019) |
| 04/25/2019 | 114 | NOTICE of Appearance by STACY KATHRYN HAUER on behalf of NOTICE ONLY (HAUER, STACY) (Entered: 04/25/2019) |
| 04/25/2019 | 115 | NOTICE of Appearance by PATRICK HOWARD on behalf of NOTICE ONLY (HOWARD, PATRICK) (Entered: 04/25/2019) |
| 04/25/2019 | 116 | NOTICE of Appearance by JAMES NIXON DANIEL on behalf of NOTICE ONLY |

| | | (DANIEL, JAMES) (Entered: 04/25/2019) |
|---|---|---|
| 04/25/2019 | 117 | NOTICE of Appearance by CRISTINA DELISE on behalf of NOTICE ONLY (DELISE, CRISTINA) (Entered: 04/25/2019) |
| 04/25/2019 | 118 | Amended MOTION Amended Motion for Pro Hac Vice by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing, # 2 Exhibit B - Filed Cases) (WATTS, MIKAL) (Entered: 04/25/2019) |
| 04/25/2019 | 119 | Amended MOTION Amended Motion for Pro Hac Vice by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing, # 2 Exhibit B - Filed Cases) (ROGIERS, ERIN) (Entered: 04/25/2019) |
| 04/25/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 119 Amended MOTION Amended Motion for Pro Hac Vice by Erin Rogiers , 118 Amended MOTION Amended Motion for Pro Hac Vice by Mikal C. Watts (djb) (Entered: 04/25/2019) |
| 04/25/2019 | 120 | ORDER - The deadlines in Case Management Order No. 1, ECF No. 86 , regarding multi-plaintiff actions are hereby VACATED. The parties must add this issue to the agenda for their Rule 26(f) conference and be prepared to discuss it during the Rule 16/case management conference on June 17, 2019. Signed by JUDGE M CASEY RODGERS on 04/25/2019. (TVJ) (Entered: 04/25/2019) |
| 04/26/2019 | 121 | NOTICE of Appearance by MERRIDA P COXWELL on behalf of NOTICE ONLY (COXWELL, MERRIDA) Modified on 6/17/2019 to note correct civil case #3:19cv1404 (djb). (Entered: 04/26/2019) |
| 04/26/2019 | 122 | ORDER granting 118 Amended Motion for Pro Hac Vice. Attorney MIKAL WATTS for NOTICE ONLY added. Signed by JUDGE M CASEY RODGERS on 4/26/2019. (djb) (Entered: 04/26/2019) |
| 04/26/2019 | 123 | ORDER granting 119 Amended Motion for Pro Hac Vice. Attorney ERIN J ROGIERS for NOTICE ONLY added. Signed by JUDGE M CASEY RODGERS on 4/26/2019. (djb) (Entered: 04/26/2019) |
| 04/26/2019 | 124 | MOTION Amended Motion for Admission Pro Hac Vice Gregory D. Brown by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Related Case) (BROWN, GREGORY) (Entered: 04/26/2019) |
| 04/26/2019 | 125 | MOTION to Appear Pro Hac Vice by David L. Selby, II.( Filing fee $ 201 receipt number AFLNDC-4472279.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (SELBY, DAVID) (Entered: 04/26/2019) |
| 04/26/2019 | 126 | MOTION to Appear Pro Hac Vice by Katherine E. Charonko.( Filing fee $ 201 receipt number AFLNDC-4472351.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (CHARONKO, KATHERINE) (Entered: 04/26/2019) |
| 04/26/2019 | 127 | NOTICE of Appearance by GABRIEL A ASSAAD on behalf of NOTICE ONLY (ASSAAD, GABRIEL) (Entered: 04/26/2019) |
| 04/26/2019 | 128 | ORDER granting 124 Amended Motion for Admission Pro Hac Vice. Attorney GREGORY DONALD BROWN for NOTICE ONLY added. Signed by JUDGE M CASEY RODGERS on 4/26/2019. (djb) Modified on 4/30/2019 to correct file date(djb). (Entered: 04/29/2019) |
| 04/26/2019 | 129 | ORDER granting 125 MOTION to Appear Pro Hac Vice by David L. Selby, II. Attorney DAVID L SELBY, II for NOTICE ONLY added. Signed by JUDGE M |

|  |  | CASEY RODGERS on 4/26/2019. (djb) Modified on 4/30/2019 to correct file date(djb). (Entered: 04/29/2019) |
|---|---|---|
| 04/26/2019 | 130 | ORDER granting 126 MOTION to Appear Pro Hac Vice by Katherine E. Charonko. Attorney KATHERINE E CHARONKO for NOTICE ONLY added. Signed by JUDGE M CASEY RODGERS on 4/26/2019. (djb) Modified on 4/30/2019 to correct file date (djb). (Entered: 04/29/2019) |
| 04/29/2019 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 125 MOTION to Appear Pro Hac Vice by David L. Selby, II, 126 MOTION to Appear Pro Hac Vice by Katherine E. Charonko, 124 MOTION Amended Motion for Admission Pro Hac Vice Gregory D. Brown (djb) (Entered: 04/29/2019) |
| 04/29/2019 | 131 | NOTICE of Appearance by SHELLEY VAN NATTER HUTSON on behalf of NOTICE ONLY (HUTSON, SHELLEY) (Entered: 04/29/2019) |
| 04/29/2019 | 132 | NOTICE of Appearance by BRIAN AUGUSTUS BECKCOM on behalf of All Plaintiffs (BECKCOM, BRIAN) Modified on 5/1/2019 to correct Filer on behalf of NOTICE ONLY party not All Plaintiffs (djb). (Entered: 04/29/2019) |
| 04/29/2019 | 133 | MOTION to Appear Pro Hac Vice by Joseph L. Messa, Jr.( Filing fee $ 201 receipt number AFLNDC-4473762.) by NOTICE ONLY. (Attachments: # 1 Motion to Appear Pro Hac Vice - Exhibit A, # 2 Motion to Appear Pro Hac Vice - Exhibit B) (MESSA, JOSEPH) (Entered: 04/29/2019) |
| 04/29/2019 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 133 MOTION to Appear Pro Hac Vice by Joseph L. Messa, Jr. (djb) (Entered: 04/29/2019) |
| 04/29/2019 | 134 | NOTICE of Appearance by VUK S VUJASINOVIC on behalf of All Plaintiffs (VUJASINOVIC, VUK) Modified on 5/1/2019 to note Filer corrected to NOTICE ONLY party not All Plaintiffs (djb). (Entered: 04/29/2019) |
| 04/29/2019 | 135 | NOTICE of Appearance by JESSICA HAMMAN MEEDER on behalf of NOTICE ONLY (MEEDER, JESSICA) (Entered: 04/29/2019) |
| 04/29/2019 | 136 | NOTICE of Appearance by MIKAL WATTS on behalf of NOTICE ONLY (WATTS, MIKAL) (Entered: 04/29/2019) |
| 04/29/2019 | 137 | ORDER denying without prejudice 133 MOTION to Appear Pro Hac Vice by Joseph L. Messa, Jr., for failure to identify any individual case in which counsel appears as attorney of record. Signed by JUDGE M CASEY RODGERS on 4/29/2019. (djb) (Entered: 04/29/2019) |
| 04/29/2019 | 138 | MOTION to Appear Pro Hac Vice by Joseph L. Messa, Jr.( Filing fee $ 201 receipt number AFLNDC-4474123.) by NOTICE ONLY. (Attachments: # 1 Exhibit Supreme Court of Pennsylvania Certificate of Good Standing, # 2 Exhibit Supreme Court of New Jersey Certificate of Good Standing) (MESSA, JOSEPH) Modified to note phv fee will be refunded motion filed incorrectly on 4/30/2019 (djb). (Entered: 04/29/2019) |
| 04/29/2019 | 139 | NOTICE of Appearance by GREGORY DONALD BROWN on behalf of NOTICE ONLY (BROWN, GREGORY) (Entered: 04/29/2019) |
| 04/29/2019 | 140 | NOTICE of Appearance by TRICIA R HERZFELD on behalf of NOTICE ONLY (HERZFELD, TRICIA) (Entered: 04/29/2019) |
| 04/29/2019 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 138 MOTION to Appear Pro Hac Vice by |

Joseph L. Messa, Jr. (djb) (Entered: 04/29/2019)

| 04/29/2019 | 141 | ORDER granting 138 MOTION to Appear Pro Hac Vice. JOSEPH L MESSA for NOTICE ONLY added. Signed by JUDGE M CASEY RODGERS on 4/29/2019. (djb) (Entered: 04/29/2019) |
| --- | --- | --- |
| 04/29/2019 | 142 | MOTION to Appear Pro Hac Vice by William H. Murphy III.( Filing fee $ 201 receipt number AFLNDC-4474434.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (MURPHY, WILLIAMS) (Entered: 04/29/2019) |
| 04/29/2019 | 143 | NOTICE of Appearance by SHAWN FOX on behalf of NOTICE ONLY (FOX, SHAWN) (Entered: 04/29/2019) |
| 04/29/2019 | 144 | First MOTION to Appear Pro Hac Vice by Shawn P. Fox.( Filing fee $ 201 receipt number AFLNDC-4474453.) by NOTICE ONLY. (Attachments: # 1 Exhibit A. Texas Certificate of Good Standing, # 2 Exhibit B. Related Cases) (FOX, SHAWN) (Entered: 04/29/2019) |
| 04/29/2019 | 145 | ORDER granting 142 Motion to Appear Pro Hac Vice (Appointed WILLIAMS HUGHES MURPHY, III for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/29/2019. (djb) Modified on 5/1/2019 (djb). (Entered: 04/30/2019) |
| 04/30/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 144 First MOTION to Appear Pro Hac Vice by Shawn P. Fox; 142 MOTION to Appear Pro Hac Vice by William H. Murphy III. (djb) (Entered: 04/30/2019) |
| 04/30/2019 | 146 | ORDER granting 144 Motion to Appear Pro Hac Vice (Appointed SHAWN FOX for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/30/2019. (djb) (Entered: 04/30/2019) |
| 04/30/2019 | 147 | NOTICE of Appearance by ERIN J ROGIERS on behalf of NOTICE ONLY (ROGIERS, ERIN) (Entered: 04/30/2019) |
| 04/30/2019 | 148 | NOTICE of Appearance by BENJAMIN L BAILEY on behalf of NOTICE ONLY (BAILEY, BENJAMIN) (Entered: 04/30/2019) |
| 04/30/2019 | 149 | NOTICE of Appearance by YVONNE FLAHERTY on behalf of NOTICE ONLY (FLAHERTY, YVONNE) (Entered: 04/30/2019) |
| 04/30/2019 | 150 | NOTICE of Appearance by DANIEL E GUSTAFSON on behalf of NOTICE ONLY (GUSTAFSON, DANIEL) (Entered: 04/30/2019) |
| 04/30/2019 | 151 | NOTICE of Appearance by KARLA M GLUEK on behalf of NOTICE ONLY (GLUEK, KARLA) (Entered: 04/30/2019) |
| 04/30/2019 | 152 | NOTICE of Appearance by AMANDA MARIE WILLIAMS on behalf of NOTICE ONLY (WILLIAMS, AMANDA) (Entered: 04/30/2019) |
| 04/30/2019 | 153 | NOTICE of Appearance by ERIC S TAUBEL on behalf of NOTICE ONLY (TAUBEL, ERIC) (Entered: 04/30/2019) |
| 04/30/2019 | 154 | NOTICE of Appearance by BRYAN FREDERICK AYLSTOCK on behalf of NOTICE ONLY (AYLSTOCK, BRYAN) (Entered: 04/30/2019) |
| 04/30/2019 | 155 | NOTICE of Appearance by CAITLYN CORRINE PRICHARD on behalf of NOTICE ONLY (PRICHARD, CAITLYN) (Entered: 04/30/2019) |
| 04/30/2019 | 156 | NOTICE of Appearance by DOUGLASS ALAN KREIS on behalf of NOTICE ONLY (KREIS, DOUGLASS) (Entered: 04/30/2019) |

| 04/30/2019 | 157 | NOTICE of Appearance by NEIL DUANE OVERHOLTZ on behalf of NOTICE ONLY (OVERHOLTZ, NEIL) (Entered: 04/30/2019) |
| --- | --- | --- |
| 05/01/2019 | 158 | MOTION to Appear Pro Hac Vice by David McLendon.( Filing fee $ 201 receipt number AFLNDC-4476847.) by NOTICE ONLY. (Attachments: # 1 Exhibit A-Certificate of Good Standing) (MCLENDON, DAVID) (Entered: 05/01/2019) |
| 05/01/2019 | 159 | Amended MOTION Amended Motion to Appear Pro Hac Vice by NOTICE ONLY. (Attachments: # 1 Exhibit A-Certificate of Good Standing) (MCLENDON, DAVID) (Entered: 05/01/2019) |
| 05/01/2019 | 160 | NOTICE of Appearance by GEORGE A HANSON on behalf of NOTICE ONLY (HANSON, GEORGE) (Entered: 05/01/2019) |
| 05/01/2019 | 161 | **DISREGARD wrong pdf attached see 162** NOTICE of Appearance by ABBY ELIZABETH MCCLELLAN on behalf of NOTICE ONLY (MCCLELLAN, ABBY) Modified on 5/1/2019 (djb). (Entered: 05/01/2019) |
| 05/01/2019 | 162 | NOTICE of Appearance by ABBY ELIZABETH MCCLELLAN on behalf of NOTICE ONLY (MCCLELLAN, ABBY) (Entered: 05/01/2019) |
| 05/01/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 158 MOTION to Appear Pro Hac Vice by David McLendon.( Filing fee $ 201 receipt number AFLNDC-4476847.). See also 159 Amended MOTION Amended Motion to Appear Pro Hac Vice. (djb) (Entered: 05/01/2019) |
| 05/01/2019 | 163 | NOTICE of Appearance by GENEVIEVE MARY ZIMMERMAN on behalf of NOTICE ONLY (ZIMMERMAN, GENEVIEVE) (Entered: 05/01/2019) |
| 05/01/2019 | 164 | NOTICE of Appearance by AARON RUSSELL DIAS on behalf of NOTICE ONLY (DIAS, AARON) (Entered: 05/01/2019) |
| 05/01/2019 | 165 | NOTICE of Appearance by ELIZABETH MIDDLETON BURKE on behalf of NOTICE ONLY (BURKE, ELIZABETH) (Entered: 05/01/2019) |
| 05/01/2019 | 166 | ORDER granting 159 Amended Motion to Appear Pro Hac Vice by David McLendon, Esq. Signed by JUDGE M CASEY RODGERS on 5/1/2019. (djb) (Entered: 05/01/2019) |
| 05/02/2019 | 167 | MOTION to Appear Pro Hac Vice by Thomas F. Hollingsworth III.( Filing fee $ 201 receipt number AFLNDC-4478124.) by NOTICE ONLY. (Attachments: # 1 Exhibit, # 2 Exhibit) (HOLLINGSWORTH, THOMAS) (Entered: 05/02/2019) |
| 05/02/2019 | 168 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-7) - 4 actions in MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 5/1/2019. (Attachments: # 1 CTO-7 Finalized) (djb) (Entered: 05/02/2019) |
| 05/02/2019 | 169 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-8) - 5 actions, in MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 5/2/2019. (Attachments: # 1 CTO-8 Finalized) (djb) (Entered: 05/02/2019) |
| 05/02/2019 | 170 | NOTICE of Appearance by ROBERT WILLIAM ZIMMERMAN on behalf of NOTICE ONLY (ZIMMERMAN, ROBERT) (Entered: 05/02/2019) |
| 05/02/2019 | 171 | MOTION to Appear Pro Hac Vice by Trent B Miracle.( Filing fee $ 201 receipt number AFLNDC-4478410.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (MIRACLE, TRENT) (Entered: 05/02/2019) |

| 05/02/2019 | 172 | NOTICE of Appearance by ROBERT ALLEN SCHWARTZ on behalf of NOTICE ONLY (SCHWARTZ, ROBERT) (Entered: 05/02/2019) |
| --- | --- | --- |
| 05/02/2019 | 173 | NOTICE of Appearance by BRANDON HURK STEFFEY on behalf of NOTICE ONLY (STEFFEY, BRANDON) (Entered: 05/02/2019) |
| 05/02/2019 | 174 | NOTICE of Appearance by KEVIN SCOTT HANNON on behalf of NOTICE ONLY (HANNON, KEVIN) (Entered: 05/02/2019) |
| 05/02/2019 | 175 | NOTICE of Appearance by SEAN PATRICK TRACEY on behalf of NOTICE ONLY (TRACEY, SEAN) (Entered: 05/02/2019) |
| 05/02/2019 | 176 | First MOTION to Appear Pro Hac Vice by Sean Patrick Tracey.( Filing fee $ 201 receipt number AFLNDC-4478862.) by NOTICE ONLY. (Attachments: # 1 Exhibit A. Texas Certificate of Good Standing for SPT, # 2 Exhibit B. List of MDL Cases) (TRACEY, SEAN) (Entered: 05/02/2019) |
| 05/02/2019 | 177 | MOTION to Appear Pro Hac Vice by Emily Jeffcott.( Filing fee $ 201 receipt number AFLNDC-4478763.) by NOTICE ONLY. (Attachments: # 1 Exhibit "A" - Certificate of Good Standing - Texas) (JEFFCOTT, EMILY) (Entered: 05/02/2019) |
| 05/02/2019 | 178 | MOTION to Appear Pro Hac Vice by Tim Goss.( Filing fee $ 201 receipt number AFLNDC-4478884.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (GOSS, TIM) Modified on 7/8/2019 to correct filer (djb). (Entered: 05/02/2019) |
| 05/02/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 171 MOTION to Appear Pro Hac Vice by Trent B Miracle; 177 MOTION to Appear Pro Hac Vice by Emily Jeffcott; 176 First MOTION to Appear Pro Hac Vice by Sean Patrick Tracey; 178 MOTION to Appear Pro Hac Vice by Tim Goss. (djb) (Entered: 05/02/2019) |
| 05/02/2019 | 179 | NOTICE of Appearance by JEFFREY MICHAEL BLANK on behalf of NOTICE ONLY party. (BLANK, JEFFREY) Modified on 5/2/2019 (djb). (Entered: 05/02/2019) |
| 05/02/2019 | 180 | NOTICE of Appearance by ALFRED A OLINDE, JR on behalf of NOTICE ONLY (OLINDE, ALFRED) (Entered: 05/02/2019) |
| 05/02/2019 | 181 | MOTION to Appear Pro Hac Vice by Alyson Oliver.( Filing fee $ 201 receipt number AFLNDC-4479266.) by NOTICE ONLY. (OLIVER, ALYSON) Modified on 7/8/2019 to correct filer (djb). (Entered: 05/02/2019) |
| 05/02/2019 | 182 | ORDER granting 171 Motion to Appear Pro Hac Vice (Appointed TRENT B MIRACLE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/2/2019. (djb) (Entered: 05/02/2019) |
| 05/02/2019 | 183 | ORDER granting 176 Motion to Appear Pro Hac Vice (Appointed SEAN PATRICK TRACEY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/2/2019. (djb) (Entered: 05/02/2019) |
| 05/02/2019 | 184 | ORDER - The 177 MOTION to Appear Pro Hac Vice by Emily Jeffcott is DENIED without prejudice for failure to identify any individual case which counsel appears as attorney of record. SeeECF No. 86, II. Signed by JUDGE M CASEY RODGERS on 5/2/2019. (djb) (Entered: 05/02/2019) |
| 05/02/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 181 MOTION to Appear Pro Hac Vice by Alyson Oliver. (djb) (Entered: 05/02/2019) |

| 05/02/2019 | 185 | ORDER granting 178 Motion to Appear Pro Hac Vice (Appointed TIM K GOSS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/2/2019. (djb) (Entered: 05/02/2019) |
|---|---|---|
| 05/02/2019 | 186 | MOTION to Appear Pro Hac Vice by Jennifer M. Hoekstra.( Filing fee $ 201 receipt number AFLNDC-4479364.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Standing, # 2 Exhibit Exhibit B - List of Cases) (HOEKSTRA, JENNIFER) (Entered: 05/02/2019) |
| 05/02/2019 | 187 | MOTION to Appear Pro Hac Vice by Justin Presnal.( Filing fee $ 201 receipt number AFLNDC-4479431.) by NOTICE ONLY. (Attachments: # 1 Exhibit Ex 1 - Cert of Good Standing) (PRESNAL, JUSTIN) (Entered: 05/02/2019) |
| 05/02/2019 | 188 | NOTICE of Appearance by JOHN R ZOESCH, III on behalf of NOTICE ONLY (ZOESCH, JOHN) (Entered: 05/02/2019) |
| 05/02/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 187 MOTION to Appear Pro Hac Vice by Justin Presnal; 186 MOTION to Appear Pro Hac Vice by Jennifer M. Hoekstra. (djb) (Entered: 05/02/2019) |
| 05/02/2019 | 189 | NOTICE of Appearance by THOMAS LARRY HILL on behalf of 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (HILL, THOMAS) (Entered: 05/02/2019) |
| 05/02/2019 | 190 | MOTION to Appear Pro Hac Vice by Katherine Cornell.( Filing fee $ 201 receipt number AFLNDC-4479451.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (CORNELL, KATHERINE) Modified on 5/23/2019 to correct filer (djb). (Entered: 05/02/2019) |
| 05/02/2019 | 191 | MOTION to Appear Pro Hac Vice by Kathryn Rachel Lanier.( Filing fee $ 201 receipt number AFLNDC-4479529.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (LANIER, KATHRYN) (Entered: 05/02/2019) |
| 05/02/2019 | 192 | NOTICE of Appearance by WILLIAMS HUGHES MURPHY, III on behalf of NOTICE ONLY (MURPHY, WILLIAMS) (Entered: 05/02/2019) |
| 05/02/2019 | 193 | MOTION to Appear Pro Hac Vice by Michael A. Akselrud.( Filing fee $ 201 receipt number AFLNDC-4479556.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (AKSELRUD, MICHAEL) (Entered: 05/02/2019) |
| 05/02/2019 | 194 | Amended MOTION Amended Motion to Appear Pro Hac Vice by NOTICE ONLY. (Attachments: # 1 Exhibit A-Certificate of Good Standing) (JEFFCOTT, EMILY) (Entered: 05/02/2019) |
| 05/02/2019 | 195 | MOTION to Appear Pro Hac Vice by Cristina R. Delise.( Filing fee $ 201 receipt number AFLNDC-4479562.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (DELISE, CRISTINA) (Entered: 05/02/2019) |
| 05/02/2019 | 196 | NOTICE of Appearance by AMY MARIE ZEMAN on behalf of NOTICE ONLY (ZEMAN, AMY) (Entered: 05/02/2019) |
| 05/02/2019 | 197 | MOTION to Appear Pro Hac Vice by Steve Kherkher.( Filing fee $ 201 receipt number AFLNDC-4479573.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Case List) (KHERKHER, STEVEN) (Entered: 05/02/2019) |
| 05/02/2019 | 198 | NOTICE of Appearance by TODD C WERTS on behalf of NOTICE ONLY (WERTS, TODD) (Entered: 05/02/2019) |
| 05/02/2019 | 199 | MOTION to Appear Pro Hac Vice by Karen H. Beyea-Schroeder.( Filing fee $ 201 |

| | | receipt number AFLNDC-4479623.) by LIAISON COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit Certificate of Good Standing) (BEYEA-SCHROEDER, KAREN) (Entered: 05/02/2019) |
|---|---|---|
| 05/03/2019 | 200 | NOTICE of Appearance by CHRISTOPHER CARL OXX on behalf of NOTICE ONLY (OXX, CHRISTOPHER) (Entered: 05/03/2019) |
| 05/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 195 MOTION to Appear Pro Hac Vice by Cristina R. Delise; 190 MOTION to Appear Pro Hac Vice by Katherine Cornell; 197 MOTION to Appear Pro Hac Vice by Steve Kherkher; 194 Amended MOTION to Appear Pro Hac Vice; 191 MOTION to Appear Pro Hac Vice by Kathryn Rachel Lanier; 199 MOTION to Appear Pro Hac Vice by Karen H. Beyea-Schroeder; 193 MOTION to Appear Pro Hac Vice by Michael A. Akselrud. (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 201 | MOTION to Appear Pro Hac Vice by Sara E. Schramm.( Filing fee $ 201 receipt number AFLNDC-4479778.) by NOTICE ONLY. (Attachments: # 1 Exhibit, # 2 Exhibit) (SCHRAMM, SARA) (Entered: 05/03/2019) |
| 05/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 201 MOTION to Appear Pro Hac Vice by Sara E. Schramm. (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 202 | ORDER re: 181 MOTION to Appear Pro Hac Vice by Alyson Oliver. Temporary admission is GRANTED for a period of 30 days. Attorney ALYSON OLIVER for NOTICE ONLY added. Signed by JUDGE M CASEY RODGERS on 5/3/2019. (30 day Deadline 6/3/2019.) (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 203 | ORDER granting 187 Motion to Appear Pro Hac Vice (Appointed JUSTIN JOSEPH PRESNAL for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/3/2019. (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 204 | ORDER granting 190 Motion to Appear Pro Hac Vice. (Appointed KATHERINE LINDSEY CORNELL for NOTICE ONLY).. Signed by JUDGE M CASEY RODGERS on 5/3/2019. (KATHERINE LINDSEY CORNELL terminated LIAISON COUNSEL FOR PLAINTIFFS) (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 205 | ORDER granting 191 Motion to Appear Pro Hac Vice by Kathryn Rachel Lanier for NOTICE ONLY. Signed by JUDGE M CASEY RODGERS on 5/3/2019. (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 206 | ORDER granting 193 Motion to Appear Pro Hac Vice (Appointed MICHAEL A AKSELRUD for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/3/2019. (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 207 | **VACATED per 315 Order** ORDER granting 194 Motion Amended Motion to Appear Pro Hac Vice (Appointed EMILY JEFFCOTT for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/3/2019. (djb) Modified on 5/14/2019 (djb). (Entered: 05/03/2019) |
| 05/03/2019 | 208 | ORDER granting 195 Motion to Appear Pro Hac Vice (Appointed CRISTINA DELISE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/3/2019. (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 209 | ORDER granting 197 Motion to Appear Pro Hac Vice (Appointed STEVEN J KHERKHER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/3/2019. (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 210 | ORDER granting 199 Motion to Appear Pro Hac Vice (Appointed KAREN BEYEA- |

| | | |
|---|---|---|
| | | SCHROEDER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/3/2019. (Attorney KAREN BEYEA-SCHROEDER terminated LIAISON COUNSEL FOR PLAINTIFFS) (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 211 | ORDER granting 201 Motion to Appear Pro Hac Vice (Appointed SARA SPEAS SCHRAMM for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/3/3019. (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 212 | MOTION to Appear Pro Hac Vice by Harrison M. Biggs.( Filing fee $ 201 receipt number AFLNDC-4480173.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (BIGGS, HARRISON) (Entered: 05/03/2019) |
| 05/03/2019 | 213 | MOTION *to Establish Separate Class Action Track and for Selecting Interim Class Counsel* by NOTICE ONLY. (MEEDER, JESSICA) (Entered: 05/03/2019) |
| 05/03/2019 | 214 | NOTICE of Appearance by JUSTIN JOSEPH PRESNAL on behalf of NOTICE ONLY (PRESNAL, JUSTIN) (Entered: 05/03/2019) |
| 05/03/2019 | | Set Deadlines as to 213 MOTION to Establish Separate Class Action Track and for Selecting Interim Class Counsel. (Internal deadline for referral to judge if response not filed earlier: **5/17/2019**). (djb) (Entered: 05/03/2019) |
| 05/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 212 MOTION to Appear Pro Hac Vice by Harrison M. Biggs; 213 MOTION to Establish Separate Class Action Track and for Selecting Interim Class Counsel. (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 215 | NOTICE of Appearance by REBECCA KATHLEEN TIMMONS on behalf of NOTICE ONLY (TIMMONS, REBECCA) (Entered: 05/03/2019) |
| 05/03/2019 | 216 | NOTICE of Appearance by DAVID VINCENT MCLENDON on behalf of NOTICE ONLY (MCLENDON, DAVID) (Entered: 05/03/2019) |
| 05/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 167 MOTION to Appear Pro Hac Vice by Thomas F. Hollingsworth III. (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 217 | NOTICE of Appearance by MICHAEL A SACCHET on behalf of NOTICE ONLY (SACCHET, MICHAEL) (Entered: 05/03/2019) |
| 05/03/2019 | 218 | NOTICE of Appearance by CHRISTOPHER A SEEGER on behalf of NOTICE ONLY (SEEGER, CHRISTOPHER) (Entered: 05/03/2019) |
| 05/03/2019 | 219 | NOTICE of Appearance by JENNIFER REBECCA SCULLION on behalf of NOTICE ONLY (SCULLION, JENNIFER) (Entered: 05/03/2019) |
| 05/03/2019 | 220 | MOTION to Appear Pro Hac Vice by Michael P. McGartland.( Filing fee $ 201 receipt number AFLNDC-4480707.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (MCGARTLAND, MICHAEL) (Entered: 05/03/2019) |
| 05/03/2019 | 221 | MOTION to Appear Pro Hac Vice by Andre M. Mura.( Filing fee $ 201 receipt number AFLNDC-4480702.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (MURA, ANDRE) (Entered: 05/03/2019) |
| 05/03/2019 | 222 | NOTICE of Appearance by ROBERT J MONGELUZZI on behalf of NOTICE ONLY (MONGELUZZI, ROBERT) (Entered: 05/03/2019) |
| 05/03/2019 | 223 | NOTICE of Appearance by MICHAEL P MCGARTLAND on behalf of NOTICE ONLY (MCGARTLAND, MICHAEL) (Entered: 05/03/2019) |
| 05/03/2019 | 224 | MOTION to Appear Pro Hac Vice by W. Mark Lanier.( Filing fee $ 201 receipt number |

| | | AFLNDC-4480706.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (LANIER, W) (Entered: 05/03/2019) |
|---|---|---|
| 05/03/2019 | 225 | NOTICE of Appearance by PARVIN KRISTY AMINOLROAYA on behalf of NOTICE ONLY (AMINOLROAYA, PARVIN) (Entered: 05/03/2019) |
| 05/03/2019 | 226 | MOTION to Appear Pro Hac Vice by Michael A. London.( Filing fee $ 201 receipt number AFLNDC-4480743.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Standing) (LONDON, MICHAEL) (Entered: 05/03/2019) |
| 05/03/2019 | 227 | MOTION to Appear Pro Hac Vice by Mildred S. Conroy.( Filing fee $ 201 receipt number AFLNDC-4480741.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (CONROY, MILDRED) (Entered: 05/03/2019) |
| 05/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 220 MOTION to Appear Pro Hac Vice by Michael P. McGartland; 224 MOTION to Appear Pro Hac Vice by W. Mark Lanier; 221 MOTION to Appear Pro Hac Vice by Andre M. Mura; 226 MOTION to Appear Pro Hac Vice by Michael A. London. (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 228 | NOTICE of Appearance by MAXWELL H KELLY on behalf of NOTICE ONLY (KELLY, MAXWELL) (Entered: 05/03/2019) |
| 05/03/2019 | 229 | MOTION to Appear Pro Hac Vice by Diana Yastrovskaya.( Filing fee $ 201 receipt number AFLNDC-4480829.) by NOTICE ONLY. (Attachments: # 1 Affidavit Exhibit A - Certificate of Good Standing) (YASTROVSKAYA, DIANA) (Entered: 05/03/2019) |
| 05/03/2019 | 230 | NOTICE of Appearance by JAMES L WARD, JR on behalf of NOTICE ONLY (WARD, JAMES) (Entered: 05/03/2019) |
| 05/03/2019 | 231 | AMENDED DOCUMENT by NOTICE ONLY. Amendment to 40 Notice of Appearance (Attachments: # 1 Exhibit A) (AKSELRUD, MICHAEL) (Entered: 05/03/2019) |
| 05/03/2019 | 232 | NOTICE *[AGREED PROPOSED] ORDER ON PROCEDURES FOR DIRECT FILING* by NOTICE ONLY (HILL, THOMAS) (Entered: 05/03/2019) |
| 05/03/2019 | 233 | NOTICE of Appearance by MILDRED S CONROY on behalf of NOTICE ONLY (Attachments: # 1 Exhibit A) (CONROY, MILDRED) (Entered: 05/03/2019) |
| 05/03/2019 | 234 | MOTION to Appear Pro Hac Vice by Melanie H. Muhlstock.( Filing fee $ 201 receipt number AFLNDC-4480951.) by NOTICE ONLY. (Attachments: # 1 Exhibit A Certificate of Good Standing) (MUHLSTOCK, MELANIE) (Entered: 05/03/2019) |
| 05/03/2019 | 235 | MOTION to Appear Pro Hac Vice by Dana Lizik.( Filing fee $ 201 receipt number AFLNDC-4480997.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (LIZIK, DANA) (Entered: 05/03/2019) |
| 05/03/2019 | 236 | NOTICE of Appearance by STEPHEN M HUBER on behalf of KEITH CHANDLER (HUBER, STEPHEN) (Entered: 05/03/2019) |
| 05/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 229 MOTION to Appear Pro Hac Vice by Diana Yastrovskaya; 235 MOTION to Appear Pro Hac Vice by Dana Lizik; 234 MOTION to Appear Pro Hac Vice by Melanie H. Muhlstock. (djb) (Entered: 05/03/2019) |
| 05/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 232 NOTICE [AGREED PROPOSED] ORDER ON PROCEDURES FOR DIRECT FILING (djb) (Entered: 05/03/2019) |

| 05/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 227 MOTION to Appear Pro Hac Vice by Mildred S. Conroy. (djb) (Entered: 05/03/2019) |
|---|---|---|
| 05/03/2019 | 237 | NOTICE of Appearance by KAREN BEYEA-SCHROEDER on behalf of NOTICE ONLY (BEYEA-SCHROEDER, KAREN) (Entered: 05/03/2019) |
| 05/03/2019 | 238 | MOTION to Appear Pro Hac Vice by Lee Rikard McGartland.( Filing fee $ 201 receipt number AFLNDC-4481143.) by NOTICE ONLY. (MCGARTLAND, LEE) (Entered: 05/03/2019) |
| 05/03/2019 | 239 | MOTION to Appear Pro Hac Vice by Archie C. Lamb Jr..( Filing fee $ 201 receipt number AFLNDC-4481083.) by NOTICE ONLY. (Attachments: # 1 Exhibit, # 2 Exhibit) (BOUK, WINSTON) (Entered: 05/03/2019) |
| 05/03/2019 | 240 | MOTION to Appear Pro Hac Vice by CATHERINE HULME.( Filing fee $ 201 receipt number AFLNDC-4481160.) by NOTICE ONLY. (Attachments: # 1 Exhibit CERTIFICATE OF GOOD STANDING) (HULME, CATHERINE) (Entered: 05/03/2019) |
| 05/03/2019 | 241 | NOTICE of Appearance by MARK P CHALOS on behalf of NOTICE ONLY (CHALOS, MARK) (Entered: 05/03/2019) |
| 05/03/2019 | 246 | ORDER granting 212 Motion to Appear Pro Hac Vice (Appointed HARRISON MACY BIGGS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/3/2019. (djb) Modified on 5/9/2019 to correct file date (djb). (Entered: 05/06/2019) |
| 05/06/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 239 MOTION to Appear Pro Hac Vice by Archie C. Lamb Jr; 240 MOTION to Appear Pro Hac Vice by CATHERINE HULME; 238 MOTION to Appear Pro Hac Vice by Lee Rikard McGartland. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 242 | NOTICE of Appearance by SARA SPEAS SCHRAMM on behalf of NOTICE ONLY (SCHRAMM, SARA) (Entered: 05/06/2019) |
| 05/06/2019 | 243 | MOTION to Appear Pro Hac Vice by John J. Foley.( Filing fee $ 201 receipt number AFLNDC-4481517.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (FOLEY, JOHN) (Entered: 05/06/2019) |
| 05/06/2019 | 244 | NOTICE of Appearance by SCOTT R BICKFORD on behalf of NOTICE ONLY (BICKFORD, SCOTT) (Entered: 05/06/2019) |
| 05/06/2019 | 245 | NOTICE of Appearance by EMILY CATHERINE JEFFCOTT on behalf of NOTICE ONLY (JEFFCOTT, EMILY) (Entered: 05/06/2019) |
| 05/06/2019 | 247 | ORDER granting 221 Motion to Appear Pro Hac Vice (Appointed ANDRE M MURA for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 248 | ORDER granting 224 Motion to Appear Pro Hac Vice (Appointed W MARK LANIER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 249 | ORDER granting 226 Motion to Appear Pro Hac Vice (Appointed MICHAEL A LONDON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 250 | ORDER granting 227 Motion to Appear Pro Hac Vice (Appointed MILDRED S |

| | | |
|---|---|---|
| | | CONROY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 251 | ORDER granting 229 Motion to Appear Pro Hac Vice (Appointed DIANA YASTROVSKAYA for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 243 MOTION to Appear Pro Hac Vice by John J. Foley. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 252 | PRETRIAL ORDER NO. 5. Stipulated Order on Procedures for Direct Filing. Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 253 | NOTICE of Appearance by HARRISON MACY BIGGS on behalf of NOTICE ONLY (BIGGS, HARRISON) (Entered: 05/06/2019) |
| 05/06/2019 | 254 | NOTICE of Appearance by ANDRE M MURA on behalf of NOTICE ONLY (MURA, ANDRE) (Entered: 05/06/2019) |
| 05/06/2019 | 255 | ORDER granting 167 Motion to Appear Pro Hac Vice (Appointed THOMAS HOLLINGSWORTH, III for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 256 | ORDER - The 186 Motion to Appear Pro Hac Vice by Jennifer M. Hoekstra is held in abeyance. Ms. Hoekstra must show cause by **5/10/2019**, why her motion should not be denied and she should otherwise be permitted to appear pro hac vice before this Court. Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 257 | ORDER granting 220 Motion to Appear Pro Hac Vice (Appointed MICHAEL P MCGARTLAND for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 258 | ORDER - The 234 Motion to Appear Pro Hac Vice by Melanie H. Muhlstock is DENIED without prejudice, for failure to provide the required Certificate of Good Standing. Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 259 | ORDER granting 235 Motion to Appear Pro Hac Vice (Appointed DANA A LIZIK for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 260 | ORDER - The 238 MOTION to Appear Pro Hac Vice by Lee Rikard McGartland is DENIED without prejudice. Counsel may refile with the required Certification of Good Standing. Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 261 | ORDER - On consideration, the 239 Motion to Appear Pro Hac Vice by Archie C. Lamb Jr. is DENIED. As a member of the The Florida Bar and currently residing in Florida, counsel may apply for admission to the District's bar. See N.D. Fla. Loc. R. 11.1(A) and (B). Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 262 | ORDER granting 240 Motion to Appear Pro Hac Vice (Appointed CATHERINE SARAH HULME for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 263 | ORDER granting 243 Motion to Appear Pro Hac Vice (Appointed JOHN J FOLEY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) |

| | | (Entered: 05/06/2019) |
|---|---|---|
| 05/07/2019 | 264 | Amended MOTION for Admission Pro Hac Vice *of Melanie H. Muhlstock* by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (MUHLSTOCK, MELANIE) (Entered: 05/07/2019) |
| 05/07/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 264 Amended MOTION for Admission Pro Hac Vice of Melanie H. Muhlstock (djb) (Entered: 05/07/2019) |
| 05/07/2019 | 265 | ORDER granting 264 Amended Motion to Appear Pro Hac Vice by Melanie H. Muhlstock for NOTICE ONLY party. Signed by JUDGE M CASEY RODGERS on 5/7/2019. (djb) (Entered: 05/07/2019) |
| 05/07/2019 | 266 | NOTICE of Appearance by DANA A LIZIK on behalf of NOTICE ONLY (LIZIK, DANA) (Entered: 05/07/2019) |
| 05/07/2019 | 267 | NOTICE of Appearance by BRIAN HUGH BARR on behalf of NOTICE ONLY (BARR, BRIAN) (Entered: 05/07/2019) |
| 05/07/2019 | 268 | NOTICE of Appearance by MELANIE MUHLSTOCK on behalf of NOTICE ONLY (MUHLSTOCK, MELANIE) (Entered: 05/07/2019) |
| 05/07/2019 | 269 | MOTION to Appear Pro Hac Vice by Lee Rikard McGartland.( Filing fee $ 201 receipt number AFLNDC-4483180.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (MCGARTLAND, LEE) (Entered: 05/07/2019) |
| 05/07/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 269 MOTION to Appear Pro Hac Vice by Lee Rikard McGartland. (djb) (Entered: 05/07/2019) |
| 05/07/2019 | 270 | ORDER - By Order dated May 3, 2019, ECF No. 207 , the Court granted the Amended Motion to Appear Pro Hac Vice, ECF No. 194 , of attorney Emily Jeffcott, with the law firm of Morgan & Morgan, P.A. The matter is now before the Court for reconsideration *sua sponte*. It does not appear that Ms. Jeffcott is a member of The Florida Bar. Therefore, it appears Ms. Jeffcott is not eligible to appear before this Court. Ms. Jeffcott must show cause by **5/10/2019**, why the previously entered Order, should not be vacated and her motion denied, and she should otherwise be permitted to appear pro hac vice before this Court. Signed by JUDGE M CASEY RODGERS on 5/7/2019. (djb) (Entered: 05/07/2019) |
| 05/07/2019 | 271 | ORDER Re: 269 MOTION to Appear Pro Hac Vice by Lee Rikard McGartland. Temporary admission is GRANTED for a period of 30 days. If the identified case or cases in which movant is attorney of record aretimely consolidated in the MDL, this temporary admission will automaticallyconvert to a traditional PHV admission, without further order of the Court. Signed by JUDGE M CASEY RODGERS on 5/7/2019. (Miscellaneous Deadline - by **6/6/2019**.) (djb) (Entered: 05/07/2019) |
| 05/07/2019 | 272 | NOTICE *of Withdrawal of Counsel Pursuant to Local Rule 11.1(H)(1)(B) and Request for Removal from Service List* by 3M COMPANY, 3M COMPANY (SCHWING, CHRISTINA) Modified on 5/9/2019 (djb). (Entered: 05/07/2019) |
| 05/07/2019 | 273 | MOTION to Appear Pro Hac Vice by Jeffrey P. Berniard.( Filing fee $ 201 receipt number AFLNDC-4483507.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (BERNIARD, JEFFREY) (Entered: 05/07/2019) |
| 05/07/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 272 NOTICE of Withdrawal of Counsel |

| | | |
|---|---|---|
| | | Pursuant to Local Rule 11.1(H)(1)(B) and Request for Removal from Service List (djb) (Entered: 05/07/2019) |
| 05/07/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 273 MOTION to Appear Pro Hac Vice by Jeffrey P. Berniard. (djb) (Entered: 05/07/2019) |
| 05/07/2019 | 274 | ORDER re 273 MOTION to Appear Pro Hac Vice by Jeffrey P. Berniard. Temporary admission is GRANTED for a period of 30 days. If the identified case or cases in which movant is attorney of record are timely consolidated in the MDL, this temporary admission will automatically convert to a traditional PHV admission, without further order of the Court. Signed by JUDGE M CASEY RODGERS on 5/7/2019. (Miscellaneous Deadline - by 6/6/2019.) (djb) (Entered: 05/07/2019) |
| 05/07/2019 | 275 | MOTION to Appear Pro Hac Vice( Filing fee $ 201 receipt number AFLNDC-4483732.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (KEITH, SEAN) (Entered: 05/07/2019) |
| 05/07/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 275 MOTION to Appear Pro Hac Vice by Sean T. Keith. (djb) (Entered: 05/07/2019) |
| 05/07/2019 | 276 | NOTICE of Appearance by THOMAS HOLLINGSWORTH, III on behalf of NOTICE ONLY (HOLLINGSWORTH, THOMAS) (Entered: 05/07/2019) |
| 05/07/2019 | 277 | NOTICE of Appearance by CATHERINE SARAH HULME on behalf of NOTICE ONLY (HULME, CATHERINE) (Entered: 05/07/2019) |
| 05/08/2019 | 278 | NOTICE of Appearance by DENNIS CRAIG REICH on behalf of NOTICE ONLY (REICH, DENNIS) (Entered: 05/08/2019) |
| 05/08/2019 | 279 | NOTICE of Appearance to be refiled by Attorney J. Alistair McKenzie Notice of Appearance by DENNIS CRAIG REICH on behalf of NOTICE ONLY (REICH, DENNIS) Modified on 5/8/2019 (djb). (Entered: 05/08/2019) |
| 05/08/2019 | 280 | NOTICE of Appearance by MELISSA BINSTOCK EPHRON on behalf of NOTICE ONLY (BINSTOCK EPHRON, MELISSA) (Entered: 05/08/2019) |
| 05/08/2019 | 281 | NOTICE of Appearance by ROBERT J BINSTOCK on behalf of NOTICE ONLY (BINSTOCK, ROBERT) (Entered: 05/08/2019) |
| 05/08/2019 | 282 | NOTICE of Appearance by KYLE WAYNE FARRAR on behalf of NOTICE ONLY (FARRAR, KYLE) (Entered: 05/08/2019) |
| 05/08/2019 | 283 | NOTICE of Appearance by SEAN T KEITH on behalf of NOTICE ONLY (KEITH, SEAN) (Entered: 05/08/2019) |
| 05/08/2019 | 284 | MOTION to Appear Pro Hac Vice by Yvonne M. Flaherty.( Filing fee $ 201 receipt number AFLNDC-4484323.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (FLAHERTY, YVONNE) (Entered: 05/08/2019) |
| 05/08/2019 | 285 | ORDER - Before the Court is Plaintiff Sean Lynch's 213 Motion to Establish Separate Class Action Track and for Selecting Interim Class Counsel. The Court finds it appropriate to TOLL the deadline for Defendants' response until further order. The parties are directed to include the class action issue on the agenda for their Rule 26(f) conference and be prepared to discuss it during the Rule 16/case management conference on June 17, 2019. Signed by JUDGE M CASEY RODGERS on 5/8/2019. (djb) (Entered: 05/08/2019) |
| 05/08/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY |

| | | RODGERS notified that action is needed Re: 284 MOTION to Appear Pro Hac Vice by Yvonne M. Flaherty. (djb) (Entered: 05/08/2019) |
|---|---|---|
| 05/08/2019 | 286 | PRETRIAL ORDER NO. 6. Plaintiff Leadership Presentations. Signed by JUDGE M CASEY RODGERS on 5/8/2019. (djb) (Entered: 05/08/2019) |
| 05/08/2019 | 287 | NOTICE of Appearance by DAVID R BUCHANAN on behalf of NOTICE ONLY (BUCHANAN, DAVID) (Entered: 05/08/2019) |
| 05/08/2019 | 288 | MOTION to Appear Pro Hac Vice by Grant D. Amey.( Filing fee $ 201 receipt number AFLNDC-4484595.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Case List) (AMEY, GRANT) (Entered: 05/08/2019) |
| 05/08/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 288 MOTION to Appear Pro Hac Vice by Grant D. Amey. (djb) (Entered: 05/08/2019) |
| 05/08/2019 | 289 | ORDER granting 275 Motion to Appear Pro Hac Vice (Appointed SEAN T KEITH for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/8/2019. (djb) (Entered: 05/08/2019) |
| 05/08/2019 | 290 | ORDER granting 284 Motion to Appear Pro Hac Vice (Appointed YVONNE FLAHERTY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/8/2019. (djb) (Entered: 05/08/2019) |
| 05/08/2019 | 291 | ORDER granting 288 Motion to Appear Pro Hac Vice (Appointed GRANT DAVID AMEY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/8/2019. (djb) (Entered: 05/08/2019) |
| 05/08/2019 | 292 | NOTICE of Appearance by GRANT DAVID AMEY on behalf of NOTICE ONLY (AMEY, GRANT) (Entered: 05/08/2019) |
| 05/08/2019 | 293 | NOTICE of Appearance by J ALISTAIR MCKENZIE on behalf of NOTICE ONLY (MCKENZIE, J) (Entered: 05/08/2019) |
| 05/08/2019 | 294 | ORDER granting 272 Notice of Withdrawal of Counsel and Request for Removal from Service List. Attorneys Christina M. Schwing and Bradley W. Crocker, and the law firm of Holland & Knight LLP, are relieved from further representation of Defendant 3M in this litigation. The clerk is directed to update the docket accordingly. Signed by JUDGE M CASEY RODGERS on 5/8/2019. Attorney BRADLEY WILLIAM CROCKER and CHRISTINA MICHELLE SCHWING terminated. (djb) (Entered: 05/09/2019) |
| 05/09/2019 | 295 | MOTION to Appear Pro Hac Vice by Kori Westbrook.( Filing fee $ 201 receipt number AFLNDC-4485607.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (WESTBROOK, KORI) (Entered: 05/09/2019) |
| 05/09/2019 | 296 | NOTICE of Appearance by CHARLES FRANKLIN BEALL, JR on behalf of 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BEALL, CHARLES) (Entered: 05/09/2019) |
| 05/09/2019 | 297 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-9) - 10 actions in MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 5/9/2019. (Attachments: # 1 CTO-10 Finalized) (djb) (Entered: 05/09/2019) |
| 05/09/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 295 MOTION to Appear Pro Hac Vice by Kori Westbrook. (djb) (Entered: 05/09/2019) |
| 05/09/2019 | 298 | MOTION to Appear Pro Hac Vice by Jason J. Joy.( Filing fee $ 201 receipt number |

|  |  | AFLNDC-4485829.) by NOTICE ONLY. (JOY, JASON) (Entered: 05/09/2019) |
|---|---|---|
| 05/09/2019 | 299 | NOTICE of Appearance by TIM K GOSS on behalf of NOTICE ONLY (GOSS, TIM) (Entered: 05/09/2019) |
| 05/09/2019 | 300 | NOTICE of Appearance by MICHAEL P MCGARTLAND on behalf of NOTICE ONLY (MCGARTLAND, MICHAEL) (Entered: 05/09/2019) |
| 05/09/2019 | 301 | NOTICE of Appearance by LEE RIKARD MCGARTLAND on behalf of NOTICE ONLY (MCGARTLAND, LEE) (Entered: 05/09/2019) |
| 05/09/2019 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 298 MOTION to Appear Pro Hac Vice by Jason J. Joy. (djb) (Entered: 05/09/2019) |
| 05/09/2019 | 302 | ORDER granting 295 Motion to Appear Pro Hac Vice (Appointed KORI LYNN WESTBROOK for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/9/2019. (djb) (Entered: 05/09/2019) |
| 05/09/2019 | 303 | ORDER denying 298 Motion to Appear Pro Hac Vice by Jason J. Joy without prejudice for failure to identify any individual case in which counsel appears as attorney of record. SeeECF No. 86, ¶ II. Signed by JUDGE M CASEY RODGERS on 5/9/2019. (djb) (Entered: 05/09/2019) |
| 05/09/2019 | 304 | NOTICE of Appearance by KORI LYNN WESTBROOK on behalf of NOTICE ONLY (WESTBROOK, KORI) (Entered: 05/09/2019) |
| 05/09/2019 | 305 | NOTICE of Appearance by EVAN D BUXNER on behalf of NOTICE ONLY (BUXNER, EVAN) (Entered: 05/09/2019) |
| 05/09/2019 | 306 | AMENDED NOTICE of Appearance by EVAN D BUXNER on behalf of NOTICE ONLY (BUXNER, EVAN) Modified on 5/9/2019 (djb). (Entered: 05/09/2019) |
| 05/09/2019 | 307 | NOTICE of Appearance by DANAE N BENTON on behalf of NOTICE ONLY (BENTON, DANAE) (Entered: 05/09/2019) |
| 05/10/2019 | 308 | RESPONSE TO ORDER TO SHOW CAUSE by NOTICE ONLY. (JEFFCOTT, EMILY) (Entered: 05/10/2019) |
| 05/10/2019 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 308 Response to Order to Show Cause, 270 Order (djb) (Entered: 05/10/2019) |
| 05/10/2019 | 309 | NOTICE of Appearance by TAYLOR CHRISTOPHER BARTLETT on behalf of NOTICE ONLY (BARTLETT, TAYLOR) (Entered: 05/10/2019) |
| 05/10/2019 | 310 | Amended MOTION Admission Pro Hac Vice by NOTICE ONLY. (JOY, JASON) (Entered: 05/10/2019) |
| 05/10/2019 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 310 Amended MOTION Admission Pro Hac Vice , re: 298 MOTION to Appear Pro Hac Vice by Jason J. Joy. (djb) (Entered: 05/10/2019) |
| 05/10/2019 | 311 | MOTION to Withdraw 256 Order,, Set Deadlines, 186 MOTION to Appear Pro Hac Vice by Jennifer M. Hoekstra.( Filing fee $ 201 receipt number AFLNDC-4479364.) by NOTICE ONLY. (HOEKSTRA, JENNIFER) (Entered: 05/10/2019) |
| 05/10/2019 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 311 MOTION to Withdraw 186 MOTION |

| | | to Appear Pro Hac Vice by Jennifer M. Hoekstra, re: 256 Order (djb) (Entered: 05/10/2019) |
|---|---|---|
| 05/10/2019 | 312 | NOTICE of Appearance by HALEY J VANFLETEREN on behalf of 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (VANFLETEREN, HALEY) (Entered: 05/10/2019) |
| 05/10/2019 | 313 | ORDER granting 310 Motion Amended Motion to Appear Pro Hac Vice by Jason J. Joy on behalf of NOTICE ONLY party. Signed by JUDGE M CASEY RODGERS on 5/10/2019. (djb) (Entered: 05/13/2019) |
| 05/13/2019 | 314 | NOTICE of Appearance by STEVEN L NICHOLAS on behalf of NOTICE ONLY party. (NICHOLAS, STEVEN) Modified on 5/13/2019 to correct party (djb). (Entered: 05/13/2019) |
| 05/13/2019 | 315 | ORDER - The Court's 207 Order dated May 3, 2019 is VACATED. Ms. Jeffcott's 194 Amended Motion to Appear Pro Hac Vice is DENIED and her previous pro hac vice status is REVOKED. Once Ms. Jeffcott becomes a licensed member of The Florida Bar, she may apply for admission to the District's bar. Signed by JUDGE M CASEY RODGERS on 5/13/2019. (djb) (Entered: 05/14/2019) |
| 05/13/2019 | 316 | ORDER granting 311 Motion to Withdraw Motion to Appear Pro Hac Vice of Jennifer Hoekstra. Withdrawn 186 Motion to Appear Pro Hac Vice. Signed by JUDGE M CASEY RODGERS on 5/13/2019. (djb) Modified on 5/17/2019 (djb). (Entered: 05/14/2019) |
| 05/14/2019 | 317 | NOTICE of Appearance by EDWARD POWELL ROWAN on behalf of NOTICE ONLY (ROWAN, EDWARD) (Entered: 05/14/2019) |
| 05/14/2019 | 318 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 actions. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 5/14/2019. (Attachments: # 1 CTO-10 Finalized) (djb) (Entered: 05/14/2019) |
| 05/14/2019 | 319 | MOTION to Appear Pro Hac Vice by Ernest Cory.( Filing fee $ 201 receipt number AFLNDC-4491171.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (RASMUSSEN, B KRISTIAN) (Entered: 05/14/2019) |
| 05/14/2019 | 320 | MOTION to Appear Pro Hac Vice by Riley L. Burnett, Jr..( Filing fee $ 201 receipt number AFLNDC-4491399.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (BURNETT, RILEY) (Entered: 05/14/2019) |
| 05/14/2019 | 321 | NOTICE of Appearance by SINDHU SUSAN DANIEL on behalf of NOTICE ONLY (DANIEL, SINDHU) (Entered: 05/14/2019) |
| 05/14/2019 | 322 | **WITHDRAWN per 340 Order** Second MOTION to Appear Pro Hac Vice by Karen H. Beyea-Schroeder.( Filing fee $ 201 receipt number AFLNDC-4491436.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (BEYEA-SCHROEDER, KAREN) Modified on 5/16/2019 (djb). (Entered: 05/14/2019) |
| 05/14/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 320 MOTION to Appear Pro Hac Vice by Riley L. Burnett, Jr.; 319 MOTION to Appear Pro Hac Vice by Ernest Cory; 322 Second MOTION to Appear Pro Hac Vice by Karen H. Beyea-Schroeder. (djb) (Entered: 05/14/2019) |
| 05/15/2019 | 323 | NOTICE of Appearance by EMILY ROARK on behalf of NOTICE ONLY (ROARK, EMILY) (Entered: 05/15/2019) |

| 05/15/2019 | [324](#) | ORDER granting [319](#) Motion to Appear Pro Hac Vice (Appointed ERNEST CORY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/15/2019. (djb) (Entered: 05/15/2019) |
|---|---|---|
| 05/15/2019 | [325](#) | ORDER granting [320](#) Motion to Appear Pro Hac Vice (Appointed RILEY L BURNETT, JR for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/15/2019. (djb) (Entered: 05/15/2019) |
| 05/15/2019 | [326](#) | NOTICE of Appearance by JAMES R DUGAN, II on behalf of NOTICE ONLY (DUGAN, JAMES) (Entered: 05/15/2019) |
| 05/15/2019 | [327](#) | NOTICE of Appearance by DAVID SCOTT SCALIA on behalf of NOTICE ONLY (SCALIA, DAVID) (Entered: 05/15/2019) |
| 05/15/2019 | [328](#) | NOTICE of Appearance by RILEY L BURNETT, JR on behalf of NOTICE ONLY (BURNETT, RILEY) (Entered: 05/15/2019) |
| 05/15/2019 | [329](#) | NOTICE of Appearance by CHRISTOPHER THEODORE HELLUMS on behalf of NOTICE ONLY (HELLUMS, CHRISTOPHER) Modified on 5/15/2019 (djb). Modified on 5/16/2019 (see [338](#) Amended NOA)(djb). (Entered: 05/15/2019) |
| 05/15/2019 | [330](#) | NOTICE of Appearance by ALYSON OLIVER on behalf of NOTICE ONLY (OLIVER, ALYSON) (Entered: 05/15/2019) |
| 05/15/2019 | 331 | DOCKET ANNOTATION BY COURT: Notice to Counsel Re: [329](#) Notice of Appearance by Chris T. Hellums. See ECF [86](#) Case Management Order No. 1, pg 2, II. Pro Hac Vice Admission, 12 and ECF [4](#) Pretrial Order No. 3. Please file an Amended Notice of Appearance. (djb) (Entered: 05/15/2019) |
| 05/15/2019 | [332](#) | MOTION to Appear Pro Hac Vice by Kenneth S. Byrd.( Filing fee $ 201 receipt number AFLNDC-4492680.) by NOTICE ONLY. (Attachments: # [1](#) Certificate of Good Standing) (BYRD, KENNETH) (Entered: 05/15/2019) |
| 05/15/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [332](#) MOTION to Appear Pro Hac Vice by Kenneth S. Byrd. (djb) (Entered: 05/15/2019) |
| 05/15/2019 | [333](#) | MOTION to Appear Pro Hac Vice by W. Lewis Garrison, Jr..( Filing fee $ 201 receipt number AFLNDC-4492829.) by LIAISON COUNSEL FOR PLAINTIFFS. (Attachments: # [1](#) Exhibit Certificate of Good Standing) (GARRISON, WILLIAM) (Entered: 05/15/2019) |
| 05/15/2019 | [334](#) | NOTICE of Appearance by WILLIAM LEWIS GARRISON, JR on behalf of NOTICE ONLY (GARRISON, WILLIAM) (Entered: 05/15/2019) |
| 05/15/2019 | [335](#) | MOTION to Withdraw [322](#) Second MOTION to Appear Pro Hac Vice by Karen H. Beyea-Schroeder.( Filing fee $ 201 receipt number AFLNDC-4491436.) *Karen Beyea-Schroeder* by NOTICE ONLY. (BEYEA-SCHROEDER, KAREN) (Entered: 05/15/2019) |
| 05/15/2019 | [336](#) | ORDER granting [332](#) Motion to Appear Pro Hac Vice (Appointed KENNETH S BYRD for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/15/2019. (djb) (Entered: 05/16/2019) |
| 05/16/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [335](#) MOTION to Withdraw [322](#) Second MOTION to Appear Pro Hac Vice by Karen H. Beyea-Schroeder; [333](#) MOTION to Appear Pro Hac Vice by W. Lewis Garrison, Jr. (djb) (Entered: 05/16/2019) |
| 05/16/2019 | [337](#) | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-11) - 11 actions in MDL |

| | | No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 5/16/2019. (Attachments: # 1 CTO-11 Finalized) (djb) (Entered: 05/16/2019) |
|---|---|---|
| 05/16/2019 | 338 | AMENDED NOTICE of Appearance by CHRISTOPHER THEODORE HELLUMS on behalf of NOTICE ONLY (HELLUMS, CHRISTOPHER) Modified on 5/16/2019 amendment to 329 Notice of Appearance (djb). (Entered: 05/16/2019) |
| 05/16/2019 | 339 | ORDER granting 333 Motion to Appear Pro Hac Vice (Appointed WILLIAM LEWIS GARRISON, JR for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/16/2019. (djb) (Entered: 05/16/2019) |
| 05/16/2019 | 340 | ORDER granting 335 Motion to Withdraw 322 Second MOTION to Appear Pro Hac Vice by Karen H. Beyea-Schroeder. Signed by JUDGE M CASEY RODGERS on 5/16/2019. (djb) (Entered: 05/16/2019) |
| 05/16/2019 | 341 | MOTION to Appear Pro Hac Vice by Jennifer Liakos.( Filing fee $ 201 receipt number AFLNDC-4493492.) by Jennifer Liakos. (Attachments: # 1 Exhibit, # 2 Exhibit) (MODIANO, AARON) (Entered: 05/16/2019) |
| 05/16/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 341 MOTION to Appear Pro Hac Vice by Jennifer Liakos. (djb) (Entered: 05/16/2019) |
| 05/16/2019 | 342 | MOTION to Appear Pro Hac Vice by John C. Enochs.( Filing fee $ 201 receipt number AFLNDC-4493662.) by NOTICE ONLY. (Attachments: # 1 Exhibit, # 2 Exhibit) (ENOCHS, JOHN) (Entered: 05/16/2019) |
| 05/16/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 342 MOTION to Appear Pro Hac Vice by John C. Enochs. (djb) (Entered: 05/16/2019) |
| 05/16/2019 | 343 | MOTION to Appear Pro Hac Vice by Edward P. Rowan.( Filing fee $ 201 receipt number AFLNDC-4493676.) by NOTICE ONLY. (Attachments: # 1 Exhibit A--AL Letter of Good Standing, # 2 Exhibit B--MS Letter of Good Standing) (ROWAN, EDWARD) (Entered: 05/16/2019) |
| 05/16/2019 | 344 | ORDER granting 341 Motion to Appear Pro Hac Vice (Appointed JENNIFER R LIAKOS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/16/2019. (djb) (Entered: 05/16/2019) |
| 05/16/2019 | 345 | ORDER granting 342 Motion to Appear Pro Hac Vice (Appointed JOHN CHRISTIAN ENOCHS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/16/2019. (djb) (Entered: 05/16/2019) |
| 05/16/2019 | 346 | First MOTION to Appear Pro Hac Vice by Rebecca Briggs King.( Filing fee $ 201 receipt number AFLNDC-4493781.) by NOTICE ONLY. (Attachments: # 1 Exhibit A. Certificate of Good Standing, # 2 Exhibit B. List of Cases, # 3 Exhibit C. Marriage Certificate Briggs) (KING, REBECCA) (Entered: 05/16/2019) |
| 05/16/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 343 MOTION to Appear Pro Hac Vice by Edward P. Rowan; 346 First MOTION to Appear Pro Hac Vice by Rebecca Briggs King. (djb) (Entered: 05/16/2019) |
| 05/16/2019 | 347 | **Disregard** NOTICE of Appearance by KYLE ADAM VAN SLYKE on behalf of NOTICE ONLY (VAN SLYKE, KYLE) Modified on 5/16/2019 to note case has not been transferred to NDFL yet (djb). (Entered: 05/16/2019) |

| 05/16/2019 | 348 | NOTICE of Appearance by KENNETH S BYRD on behalf of NOTICE ONLY (BYRD, KENNETH) (Entered: 05/16/2019) |
| 05/16/2019 | 349 | NOTICE of Appearance by REBECCA KING on behalf of NOTICE ONLY (KING, REBECCA) (Entered: 05/16/2019) |
| 05/16/2019 | 350 | NOTICE of Appearance by AARON RICHARD MODIANO on behalf of NOTICE ONLY (MODIANO, AARON) (Entered: 05/16/2019) |
| 05/16/2019 | 351 | ORDER granting 343 Motion to Appear Pro Hac Vice for a period of 30 days. If the identified case or cases in which movant is attorney of record are timely consolidated in the MDL, this temporary admission will automatically convert to a traditional PHV admission, without further order of the Court. If no case in which the movant is attorney of record is timely filed, this temporary admission will be automatically revoked. See ECF No. 86 , II. (Appointed EDWARD POWELL ROWAN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/16/2019. (djb) (Entered: 05/16/2019) |
| 05/16/2019 | 352 | NOTICE of Appearance by JOHN CHRISTIAN ENOCHS on behalf of NOTICE ONLY (ENOCHS, JOHN) (Entered: 05/16/2019) |
| 05/16/2019 | 353 | ORDER granting 346 Motion to Appear Pro Hac Vice (Appointed REBECCA KING for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/16/2019. (djb) (Entered: 05/17/2019) |
| 05/17/2019 | 354 | ORDER. Schedule for Leadership Presentations on May 20-21, 2019. Signed by JUDGE M CASEY RODGERS on 5/17/2019. (djb) (Entered: 05/17/2019) |
| 05/17/2019 | 355 | NOTICE of Appearance by JESSICA KRAMER GIVENS on behalf of NOTICE ONLY (GIVENS, JESSICA) (Entered: 05/17/2019) |
| 05/17/2019 | 356 | NOTICE of Appearance by STEVEN WILLIAM TEPPLER on behalf of NOTICE ONLY (TEPPLER, STEVEN) (Entered: 05/17/2019) |
| 05/17/2019 | 357 | NOTICE of Appearance by MARIO A PACELLA on behalf of NOTICE ONLY (Attachments: # 1 Certificate of Service) (PACELLA, MARIO) (Entered: 05/17/2019) |
| 05/17/2019 | 358 | NOTICE of Appearance by ANGELA JOY MASON on behalf of NOTICE ONLY (MASON, ANGELA) (Entered: 05/17/2019) |
| 05/17/2019 | 359 | MOTION to Appear Pro Hac Vice by Harold A. Barza.( Filing fee $ 201 receipt number AFLNDC-4495077.) by NOTICE ONLY. (BARZA, HAROLD) (Entered: 05/17/2019) |
| 05/17/2019 | 360 | NOTICE of Appearance by KIMBERLY WILSON WHITE on behalf of NOTICE ONLY (WHITE, KIMBERLY) (Entered: 05/17/2019) |
| 05/17/2019 | 361 | MOTION to Appear Pro Hac Vice by Adam Wolfson.( Filing fee $ 201 receipt number AFLNDC-4495203.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (BARZA, HAROLD) (Entered: 05/17/2019) |
| 05/18/2019 | 362 | NOTICE of Appearance by JOHN CHRISTIAN ENOCHS on behalf of NOTICE ONLY (ENOCHS, JOHN) (Entered: 05/18/2019) |
| 05/20/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 359 MOTION to Appear Pro Hac Vice by Harold A. Barza; 361 MOTION to Appear Pro Hac Vice by Adam Wolfson. (djb) (Entered: 05/20/2019) |
| 05/20/2019 | 363 | ORDER re: 359 Motion to Appear Pro Hac Vice by Harold Avrum Barza. Temporary admission is GRANTED for a period of 30 days. If the identified case or cases in which movant is attorney of record are timely consolidated in the MDL, this temporary |

| | | |
|---|---|---|
| | | admission will automatically convert to a traditional PHV admission, without further order of the Court. (Appointed HAROLD A BARZA for NOTICE ONLY) Signed by JUDGE M CASEY RODGERS on 5/20/2019. (djb) (Entered: 05/20/2019) |
| 05/20/2019 | 364 | NOTICE of Appearance by JONATHAN D ORENT on behalf of NOTICE ONLY (ORENT, JONATHAN) (Entered: 05/20/2019) |
| 05/20/2019 | 365 | ORDER re: 361 Motion to Appear Pro Hac Vice by Adam Wolfson. Temporary admission is GRANTED for a period of 30 days. If the identified case or cases in which movant is attorney of record are timely consolidated in the MDL, this temporary admission will automatically convert to a traditional PHV admission, without further order of the Court. (Appointed ADAM BRYAN WOLFSON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/20/2019. (djb) (Entered: 05/20/2019) |
| 05/20/2019 | 366 | MOTION to Appear Pro Hac Vice by Paul J. Pennock.( Filing fee $ 201 receipt number AFLNDC-4496027.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (PENNOCK, PAUL) (Entered: 05/20/2019) |
| 05/20/2019 | 367 | NOTICE of Appearance by BRADLEY D HONNOLD on behalf of NOTICE ONLY (HONNOLD, BRADLEY) (Entered: 05/20/2019) |
| 05/20/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 366 MOTION to Appear Pro Hac Vice by Paul J. Pennock. (djb) (Entered: 05/20/2019) |
| 05/20/2019 | 368 | ORDER granting 366 Motion to Appear Pro Hac Vice (Appointed PAUL J PENNOCK for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/20/2019. (djb) (Entered: 05/20/2019) |
| 05/20/2019 | 374 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and JUDGE GARY R JONES: Status Conference held on 5/20/2019 re: Leadership and Touhy Presentations. Hearing resumes on 5/21/2019 @ 8:30 am. (Court Reporter Donna Boland.) (sps) (Entered: 05/22/2019) |
| 05/21/2019 | 369 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) Certified - 21 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 5/21/2019. (Attachments: # 1 CTO-12 Finalized) (djb) (Entered: 05/21/2019) |
| 05/21/2019 | 370 | MOTION to Appear Pro Hac Vice by Thomas J Henry.( Filing fee $ 201 receipt number AFLNDC-4498062.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (HENRY, THOMAS) Modified on 5/22/2019 (djb). (Entered: 05/21/2019) |
| 05/21/2019 | 375 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and JUDGE GARY R JONES:Status Conference held on 5/21/2019 re: Leadership Presentations. Order to follow. (Court Reporter Donna Boland.) (sps) (Entered: 05/22/2019) |
| 05/22/2019 | 371 | NOTICE of Appearance by CLAYTON MORRIS CONNORS on behalf of NOTICE ONLY (CONNORS, CLAYTON) (Entered: 05/22/2019) |
| 05/22/2019 | 372 | MOTION to Appear Pro Hac Vice by J. Scott Bertram.( Filing fee $ 201 receipt number AFLNDC-4498931.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing-J. Scott Bertram) (BERTRAM, JOE) (Entered: 05/22/2019) |
| 05/22/2019 | 373 | MOTION to Appear Pro Hac Vice by Christine M. Durant.( Filing fee $ 201 receipt number AFLNDC-4499043.) by NOTICE ONLY. (Attachments: # 1 A Certificate of Good Standing) (DURANT, CHRISTINE) (Entered: 05/22/2019) |
| 05/22/2019 | 376 | PRETRIAL ORDER NO. 7. Plaintiff Leadership Appointments. Signed by JUDGE M |

| | | CASEY RODGERS on 5/22/2019. (djb) (Entered: 05/22/2019) |
|---|---|---|
| 05/22/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 370 MOTION to Appear Pro Hac Vice by Thomas J Henry; 372 MOTION to Appear Pro Hac Vice by J. Scott Bertram; 373 MOTION to Appear Pro Hac Vice by Christine M. Durant. (djb) (Entered: 05/22/2019) |
| 05/22/2019 | 377 | ORDER granting 370 Motion to Appear Pro Hac Vice (Appointed THOMAS J HENRY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/22/2019. (djb) (Entered: 05/23/2019) |
| 05/22/2019 | 378 | ORDER denying without prejudice 372 Motion to Appear Pro Hac Vice by J. Scott Bertram, for failure to identify any individual case in which counsel appears as attorney of record. See ECF No. 86 , II. Signed by JUDGE M CASEY RODGERS on 5/22/2019. (djb) Modified on 5/24/2019 to correct file date (djb). (Entered: 05/23/2019) |
| 05/22/2019 | 379 | ORDER granting 373 Motion to Appear Pro Hac Vice (Appointed CHRISTINE M DURANT for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/22/2019. (djb) (Entered: 05/23/2019) |
| 05/23/2019 | 380 | NOTICE of Appearance by CHRISTINE M DURANT on behalf of NOTICE ONLY (DURANT, CHRISTINE) (Entered: 05/23/2019) |
| 05/23/2019 | 381 | MOTION to Appear Pro Hac Vice by Ryan J. Loehr.( Filing fee $ 201 receipt number AFLNDC-4499971.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing-Ryan J. Loehr) (LOEHR, RYAN) (Entered: 05/23/2019) |
| 05/23/2019 | 382 | MOTION to Appear Pro Hac Vice by Timothy R. West.( Filing fee $ 201 receipt number AFLNDC-4499978.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing-Tim R. West) (WEST, TIMOTHY) (Entered: 05/23/2019) |
| 05/23/2019 | 383 | AMENDED MOTION to Appear Pro Hac Vice by J. Scott Bertram.( Filing fee $ 201 receipt number AFLNDC-4499991.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing-J. Scott Bertram) (BERTRAM, JOE) Modified on 5/24/2019 (djb). (Entered: 05/23/2019) |
| 05/23/2019 | 384 | NOTICE of Appearance by AMANDA DOUGLAS SUMMERLIN on behalf of NOTICE ONLY (SUMMERLIN, AMANDA) (Entered: 05/23/2019) |
| 05/24/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 381 MOTION to Appear Pro Hac Vice by Ryan J. Loehr; 383 AMENDED MOTION to Appear Pro Hac Vice by J. Scott Bertram; 382 MOTION to Appear Pro Hac Vice by Timothy R. West. (djb) (Entered: 05/24/2019) |
| 05/24/2019 | 385 | ORDER granting 381 Motion to Appear Pro Hac Vice (Appointed RYAN JOSEPH LOEHR for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/24/2019. (djb) (Entered: 05/24/2019) |
| 05/24/2019 | 386 | ORDER granting 382 Motion to Appear Pro Hac Vice (Appointed TIMOTHY RAY WEST for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/24/2019. (djb) (Entered: 05/24/2019) |
| 05/24/2019 | 387 | ORDER granting 383 Motion to Appear Pro Hac Vice (Appointed JOE SCOTT BERTRAM for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/24/2019. (djb) (Entered: 05/24/2019) |
| 05/24/2019 | 388 | MOTION to Appear Pro Hac Vice by Kristina Anderson.( Filing fee $ 201 receipt number AFLNDC-4500873.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certficate |

| | | |
|---|---|---|
| | | of Good Standing, # 2 Text of Proposed Order) (ANDERSON, KRISTINA) (Entered: 05/24/2019) |
| 05/24/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 388 MOTION to Appear Pro Hac Vice by Kristina Anderson. (transfer referenced is case 3:19cv1411) (djb) (Entered: 05/24/2019) |
| 05/24/2019 | 389 | ORDER granting 388 Motion to Appear Pro Hac Vice (Appointed KRISTINA J ANDERSON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/24/2019. (djb) (Entered: 05/24/2019) |
| 05/24/2019 | 390 | ORDER - The Science & Technology Day currently scheduled for June 18, 2019 is hereby cancelled. The technology presentations will be incorporated into the Rule 16/Case Management Conference previously set for June 17, 2019. Signed by JUDGE M CASEY RODGERS on 5/24/2019. (djb) (Entered: 05/24/2019) |
| 05/24/2019 | 391 | NOTICE of Appearance by RYAN KEES HIGGINS on behalf of NOTICE ONLY (HIGGINS, RYAN) (Entered: 05/24/2019) |
| 05/28/2019 | 392 | ORDER OF APPOINTMENT - The Court hereby appoints Ellen Reisman of Reisman Karron Greene LLP as Common Benefit Special Master and Randall Sansom as CPA. Both Special Master Reisman and Mr. Sansom may communicate *ex parte* with plaintiffs' counsel and/or with the Court. Signed by JUDGE M CASEY RODGERS on 5/28/2019. (djb) (Entered: 05/28/2019) |
| 05/28/2019 | 393 | MOTION to Appear Pro Hac Vice by George Richard DiGiorgio.( Filing fee $ 201 receipt number AFLNDC-4503180.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (DIGIORGIO, GEORGE) (Entered: 05/28/2019) |
| 05/29/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 393 MOTION to Appear Pro Hac Vice by George Richard DiGiorgio. (djb) (Entered: 05/29/2019) |
| 05/29/2019 | 394 | ORDER granting 393 Motion to Appear Pro Hac Vice (Appointed GEORGE RICK DIGIORGIO for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/29/2019. (djb) (Entered: 05/29/2019) |
| 05/29/2019 | 395 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-13) Certified - 7 actions. re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 5/29/2019. (Attachments: # 1 CTO-13 Finalized) (djb) (Entered: 05/29/2019) |
| 05/29/2019 | 396 | NOTICE of Appearance by NICHOLAS CHARLES BONADIO on behalf of NOTICE ONLY (BONADIO, NICHOLAS) (Entered: 05/29/2019) |
| 05/29/2019 | 397 | NOTICE of Appearance by SUSAN RANEE SAUNDERS on behalf of NOTICE ONLY (SAUNDERS, SUSAN) (Entered: 05/29/2019) |
| 05/29/2019 | 398 | NOTICE of Appearance by JAY DANTE MILLER on behalf of NOTICE ONLY (MILLER, JAY) (Entered: 05/29/2019) |
| 05/29/2019 | 399 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on May 20, 2019, before Judge M. Casey Rodgers. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. ***FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* |

|  |  | Redaction Request due **6/5/2019**. Release of Transcript Restriction set for **9/3/2019**. (dlb) (Entered: 05/29/2019) |
|---|---|---|
| 05/30/2019 | 400 | MOTION to Appear Pro Hac Vice by Brad Ponder.( Filing fee $ 201 receipt number AFLNDC-4505769.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (PONDER, JOSEPH) (Entered: 05/30/2019) |
| 05/30/2019 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 400 MOTION to Appear Pro Hac Vice by Brad Ponder. (djb) (Entered: 05/30/2019) |
| 05/30/2019 | 401 | MOTION to Appear Pro Hac Vice by Gerald Singleton.( Filing fee $ 201 receipt number AFLNDC-4506254.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (SINGLETON, GERALD) Modified on 5/31/2019 to correct filer to NOTICE ONLY party (djb). (Entered: 05/30/2019) |
| 05/30/2019 | 402 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 05/30/2019) |
| 05/31/2019 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 401 MOTION to Appear Pro Hac Vice by Gerald Singleton. (djb) (Entered: 05/31/2019) |
| 05/31/2019 | 403 | ORDER granting 400 Motion to Appear Pro Hac Vice (Appointed JOSEPH BRADLEY PONDER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/31/2019. (djb) (Entered: 05/31/2019) |
| 06/03/2019 | 404 | NOTICE of Appearance by GLENN EDWARD MINTZER on behalf of NOTICE ONLY (MINTZER, GLENN) (Entered: 06/03/2019) |
| 06/04/2019 | 405 | NOTICE of Appearance by JONATHAN R MENCEL on behalf of NOTICE ONLY (MENCEL, JONATHAN) (Entered: 06/04/2019) |
| 06/04/2019 | 406 | MOTION to Appear Pro Hac Vice by Ashley DiLiberto.( Filing fee $ 201 receipt number AFLNDC-4509437.) by NOTICE ONLY. (DILIBERTO, ASHLEY) Modified on 6/4/2019 to correct filer (docket will be corrected) and document number(djb). (Entered: 06/04/2019) |
| 06/04/2019 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 406 MOTION to Appear Pro Hac Vice by Ashley DiLiberto. (djb) (Entered: 06/04/2019) |
| 06/04/2019 | 407 | ORDER granting 406 Motion to Appear Pro Hac Vice (Appointed ASHLEY BETH DILIBERTO for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/4/2019. (djb) (Entered: 06/04/2019) |
| 06/04/2019 | 408 | ORDER - The Science Day proceeding is scheduled for **Monday, August 26, 2019 at 9:00 a.m. (Central)**. Signed by JUDGE M CASEY RODGERS on 6/4/2019. (djb) (Entered: 06/04/2019) |
| 06/05/2019 | 409 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-14) Certified - 14 actions. re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 6/5/2019. (Attachments: # 1 CTO-14 Finalized) (djb) (Entered: 06/05/2019) |
| 06/05/2019 | 410 | NOTICE of Appearance by JESSICA SUZANNE WILLIAMS on behalf of NOTICE ONLY (WILLIAMS, JESSICA) (Entered: 06/05/2019) |
| 06/05/2019 | 411 | MOTION to Appear Pro Hac Vice by Gregory Graf.( Filing fee $ 201 receipt number AFLNDC-4511465.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good |

| | | Standing-Greg Graf) (GRAF, GREGORY) (Entered: 06/05/2019) |
|---|---|---|
| 06/05/2019 | 412 | MOTION to Appear Pro Hac Vice( Filing fee $ 201 receipt number AFLNDC-4511486.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (CROMPTON, RANDALL) (Entered: 06/05/2019) |
| 06/05/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 411 MOTION to Appear Pro Hac Vice by Gregory Graf; 412 MOTION to Appear Pro Hac Vice by R. Seth Crompton. (djb) (Entered: 06/05/2019) |
| 06/05/2019 | 413 | ORDER granting 411 Motion to Appear Pro Hac Vice (Appointed GREGORY CHARLES GRAF for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/5/2019. (djb) (Entered: 06/05/2019) |
| 06/05/2019 | 414 | ORDER granting 412 Motion to Appear Pro Hac Vice (Appointed RANDALL SETH CROMPTON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/5/2019. (djb) (Entered: 06/05/2019) |
| 06/05/2019 | 415 | MOTION to Appear Pro Hac Vice by William L Barton.( Filing fee $ 201 receipt number AFLNDC-4512787.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (BARTON, WILLIAM) (Entered: 06/05/2019) |
| 06/06/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 415 MOTION to Appear Pro Hac Vice by William L Barton. (djb) (Entered: 06/06/2019) |
| 06/06/2019 | 416 | NOTICE of Appearance by JAMES A PIATT on behalf of NOTICE ONLY (PIATT, JAMES) (Entered: 06/06/2019) |
| 06/06/2019 | 417 | MOTION to Appear Pro Hac Vice by ROGER TURK.( Filing fee $ 201 receipt number AFLNDC-4513398.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (TURK, ROGER) (Entered: 06/06/2019) |
| 06/06/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 417 MOTION to Appear Pro Hac Vice by ROGER TURK. (djb) (Entered: 06/06/2019) |
| 06/06/2019 | 418 | ORDER granting 415 Motion to Appear Pro Hac Vice (Appointed WILLIAM LEE BARTON, IV for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/6/2019. (djb) (Entered: 06/06/2019) |
| 06/06/2019 | 419 | ORDER granting 417 Motion to Appear Pro Hac Vice (Appointed ROGER L TURK for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/6/2019. (djb) (Entered: 06/06/2019) |
| 06/07/2019 | 420 | NOTICE OF NAME CHANGE by NOTICE ONLY (CLARK, CLAYTON) (Entered: 06/07/2019) |
| 06/07/2019 | 421 | MOTION to Appear Pro Hac Vice by LESLEY PANISZCZYN.( Filing fee $ 201 receipt number AFLNDC-4515370.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (PANISZCZYN, LESLEY) (Entered: 06/07/2019) |
| 06/07/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 421 MOTION to Appear Pro Hac Vice by LESLEY PANISZCZYN. (djb) (Entered: 06/07/2019) |
| 06/10/2019 | 422 | ORDER granting 421 Motion to Appear Pro Hac Vice (Appointed LESLEY CATHERINE PANISZCZYN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/10/2019. (djb) (Entered: 06/10/2019) |

| 06/12/2019 | 423 | CONDITIONAL TRANSFER ORDER (CTO-15) Finalized on 6/12/19. Certified - 5 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 6/12/2019. (Attachments: # 1 CTO-15 Finalized) (djb) (Entered: 06/12/2019) |
|---|---|---|
| 06/12/2019 | 424 | Amended MOTION to Amend/Correct 13 Order on Motion to Appear Pro Hac Vice *LAURIE DOBSON* by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (DOBSON, LAURIE) (Entered: 06/12/2019) |
| 06/12/2019 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 424 Amended MOTION to Appear Pro Hac Vice, re: 13 Order on Motion to Appear Pro Hac Vice *LAURIE DOBSON* (djb) (Entered: 06/12/2019) |
| 06/12/2019 | 425 | NOTICE of Appearance by DANIEL ROBERT SEIDMAN on behalf of NOTICE ONLY (SEIDMAN, DANIEL) (Entered: 06/12/2019) |
| 06/12/2019 | 426 | ORDER granting 424 Amended Motion to Appear Pro Hac Vice. LAURIE RUTH DOBSON for NOTICE ONLY added. Signed by JUDGE M CASEY RODGERS on 6/12/2019. (djb) (Entered: 06/12/2019) |
| 06/12/2019 | 427 | ORDER - Following the parties' Rule 26(f) conference, it has become apparent that the upcoming case management conference and the parties' joint ESI presentation will take the better part of the day on Monday, June 17, 2019. Given the anticipated scope of those proceedings, the vendor technology presentations will be moved back to Tuesday, June 18, 2019, beginning at 9:00 a.m. CST. Signed by JUDGE M CASEY RODGERS on 6/12/2019. (djb) (Entered: 06/12/2019) |
| 06/12/2019 | 428 | NOTICE of Appearance by R JASON RICHARDS on behalf of NOTICE ONLY (RICHARDS, R) (Entered: 06/12/2019) |
| 06/13/2019 | 429 | NOTICE of Appearance by ASHLEY PAIGE CARAWAY on behalf of NOTICE ONLY (CARAWAY, ASHLEY) (Entered: 06/13/2019) |
| 06/13/2019 | 430 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 06/13/2019) |
| 06/13/2019 | 431 | Amended MOTION to Appear Pro Hac Vice by NOTICE ONLY PARTY. (Attachments: # 1 Exhibit Certificate of Good Standing) (SINGLETON, GERALD) Modified on 6/14/2019 to correct filer (djb). (Entered: 06/13/2019) |
| 06/13/2019 | 432 | NOTICE of Appearance by GERALD B SINGLETON on behalf of NOTICE ONLY. (SINGLETON, GERALD) Modified on 6/14/2019 to correct filer (djb). (Entered: 06/13/2019) |
| 06/14/2019 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 431 Amended MOTION to Appear Pro Hac Vice, re: 401 MOTION to Appear Pro Hac Vice by Gerald Singleton. (see civil case 3:19-cv-01513-MCR-GRJ SWANN v 3M COMPANY et al) (djb) (Entered: 06/14/2019) |
| 06/14/2019 | 433 | ORDER granting 431 Amended Motion to Appear Pro Hac Vice. GERALD B SINGLETON for NOTICE ONLY party. Signed by JUDGE M CASEY RODGERS on 6/14/2019. (djb) (Entered: 06/14/2019) |
| 06/14/2019 | 434 | REPORT of Rule 26(f) Planning Meeting. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (BRANSCOME, KIMBERLY) (Entered: 06/14/2019) |
| 06/17/2019 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 434 Report of Rule 26(f) Planning |

| 06/17/2019 | 435 | MOTION to Appear Pro Hac Vice by Jason M. Hart.( Filing fee $ 201 receipt number AFLNDC-4522818.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (HART, JASON) (Entered: 06/17/2019) |
| --- | --- | --- |
| 06/17/2019 | 436 | NOTICE of Appearance by SARAH SHOEMAKE DOLES on behalf of NOTICE ONLY. (DOLES, SARAH) Modified on 6/18/2019 to correct party (djb). (Entered: 06/17/2019) |
| 06/17/2019 | 437 | MOTION to File Corrected Pro Hac Vice Motion re 435 MOTION to Appear Pro Hac Vice by Jason M. Hart.( Filing fee $ 201 receipt number AFLNDC-4522818.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (HART, JASON) (Entered: 06/17/2019) |
| 06/17/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 437 MOTION to File Corrected Pro Hac Vice Motion, re 435 MOTION to Appear Pro Hac Vice by Jason M. Hart. (djb) (Entered: 06/17/2019) |
| 06/17/2019 | 438 | ORDER - The vendor technology presentations are scheduled for Tuesday, June 18, 2019 beginning at 9:00 a.m. CST. The ESI-only vendors' presentations should be no longer than 15 to 20 minutes. The litigation platform vendors' presentations should be no longer than 30 to 45 minutes. The military records vendor's presentation should be no longer than 20 to 30 minutes. Signed by JUDGE M CASEY RODGERS on 6/17/2019. (djb) (Entered: 06/17/2019) |
| 06/17/2019 | 439 | NOTICE of Appearance by NICHOLAS F WASDIN on behalf of 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (WASDIN, NICHOLAS) (Entered: 06/17/2019) |
| 06/17/2019 | 440 | PRETRIAL ORDER NO. 8. JOINT STIPULATED ORDER FOR PRESERVATION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION. Signed by JUDGE M CASEY RODGERS on 6/17/2019. (djb) (Entered: 06/17/2019) |
| 06/17/2019 | 441 | NOTICE of Appearance by EDWARD ANTHONY WALLACE on behalf of NOTICE ONLY (WALLACE, EDWARD) Modified on 6/19/2019 - civil case 3:19cv887, Duran v 3M Company and 3:19cv1167, Jones v 3M Company (djb). (Entered: 06/17/2019) |
| 06/17/2019 | 442 | PRETRIAL ORDER No. 9 STIPULATED ORDER GOVERNING CONFIDENTIALITY AND PRIVILEGE. Signed by JUDGE M CASEY RODGERS on 6/17/2019. (djb) (Entered: 06/17/2019) |
| 06/17/2019 | 443 | PRETRIAL ORDER NO. 10. ORDER GOVERNING PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION. Signed by JUDGE M CASEY RODGERS on 6/17/2019. (djb) (Additional attachment(s) added on 6/19/2019: # 1 Exhibit A) (djb). (Entered: 06/17/2019) |
| 06/17/2019 | 455 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Rule 16/Second Case Management Conference held on 6/17/2019. (Court Reporter Donna Boland.) (sps) (Entered: 06/20/2019) |
| 06/18/2019 | 444 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-16) Certified - 3 actions. re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 6/18/2019. (Attachments: # 1 CTO-16 Finalized) (djb) (Entered: 06/18/2019) |
| 06/18/2019 | 445 | ORDER granting 437 Amended Motion to Appear Pro Hac Vice (Appointed JASON |

| | | MATTHEW HART for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/18/2019. (djb) (Entered: 06/18/2019) |
|---|---|---|
| 06/18/2019 | 446 | NOTICE of Appearance by ANDREA SOLOMON HIRSCH on behalf of NOTICE ONLY (HIRSCH, ANDREA) (Entered: 06/18/2019) |
| 06/18/2019 | 456 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Status Conference re: Vendor Technology Presentations held on 6/18/2019. (Court Reporter None.) (sps) (Entered: 06/20/2019) |
| 06/19/2019 | 447 | MOTION to Appear Pro Hac Vice by Ronnie G. Penton.( Filing fee $ 201 receipt number AFLNDC-4525927.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order) (PENTON, RONNIE) (Entered: 06/19/2019) |
| 06/19/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 447 MOTION to Appear Pro Hac Vice by Ronnie G. Penton. (djb) (Entered: 06/19/2019) |
| 06/19/2019 | 448 | NOTICE of Appearance by RONNIE G PENTON on behalf of NOTICE ONLY (PENTON, RONNIE) (Entered: 06/19/2019) |
| 06/19/2019 | 449 | ORDER granting 447 Motion to Appear Pro Hac Vice (Appointed RONNIE G PENTON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/19/2019. (djb) (Entered: 06/19/2019) |
| 06/19/2019 | 450 | MOTION to Appear Pro Hac Vice by Andrea S. Hirsch.( Filing fee $ 201 receipt number AFLNDC-4526686.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order Proposed Order) (HIRSCH, ANDREA) (Entered: 06/19/2019) |
| 06/19/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 450 MOTION to Appear Pro Hac Vice by Andrea S. Hirsch. (djb) (Entered: 06/19/2019) |
| 06/19/2019 | 451 | ORDER granting 450 Motion to Appear Pro Hac Vice (Appointed ANDREA SOLOMON HIRSCH for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/19/2019. (djb) (Entered: 06/20/2019) |
| 06/20/2019 | 452 | CASE MANAGEMENT ORDER NO. 2. This Order serves as a non-exhaustive recitation of the key points of discussion during the conference. The previously imposed stay of discovery is hereby LIFTED. During the case management conference, Plaintiffs' leadership and Defendants advised the Court that they jointly oppose Mr. Lynch's 213 Motion to Establish Separate Class Action Track and for Selecting Interim Class Counsel. The parties were directed to file a formal opposition brief to the pending motion by **7/1/2019**. Signed by JUDGE M CASEY RODGERS on 6/20/2019. (djb) (Entered: 06/20/2019) |
| 06/20/2019 | 453 | PRETRIAL ORDER NO. 11 Defense Leadership Appointments. The Court hereby appoints Larry Hill of Moore, Hill & Westmoreland, P.A. and Mark Nomellini of Kirkland & Ellis LLP to serve as Defendants' Co-Liaison Counsel. The Court also appoints the following attorneys to represent Defendants on the joint committees in this litigation. (see order) Signed by JUDGE M CASEY RODGERS on 6/20/2019. (djb) (Entered: 06/20/2019) |
| 06/20/2019 | 454 | NOTICE of Appearance by CASEY LANGSTON LOTT on behalf of NOTICE ONLY (LOTT, CASEY) (Entered: 06/20/2019) |
| 06/20/2019 | 457 | NOTICE of Appearance by SHANNON MARIE LUKEI on behalf of NOTICE ONLY |

| | | (LUKEI, SHANNON) (Entered: 06/20/2019) |
|---|---|---|
| 06/21/2019 | 458 | NOTICE of Appearance by WILLARD J MOODY, JR on behalf of NOTICE ONLY (MOODY, WILLARD) Modified on 7/30/2019 case transferred in 3:19cv1560-MCR/GRJ, Horne v 3M Company (djb). (Entered: 06/21/2019) |
| 06/21/2019 | 459 | NOTICE of Appearance by WENDY RUTH FLEISHMAN on behalf of NOTICE ONLY (FLEISHMAN, WENDY) (Entered: 06/21/2019) |
| 06/25/2019 | 460 | NOTICE of Appearance by MICHELLE NICHOLE HOLMES on behalf of NOTICE ONLY (HOLMES, MICHELLE) Modified on 6/25/2019 to note atty to file an amended notice of appearance after cases are transferred (djb). (Entered: 06/25/2019) |
| 06/26/2019 | 461 | First MOTION to Appear Pro Hac Vice by Matthew R. McCarley.( Filing fee $ 201 receipt number AFLNDC-4533063.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order) (MCCARLEY, MATTHEW) (Entered: 06/26/2019) |
| 06/26/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 461 First MOTION to Appear Pro Hac Vice by Matthew R. McCarley. (djb) (Entered: 06/26/2019) |
| 06/26/2019 | 462 | ORDER granting 461 Motion to Appear Pro Hac Vice (Appointed MATTHEW RYAN MCCARLEY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/26/2019. (djb) (Entered: 06/26/2019) |
| 06/27/2019 | 463 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-17) Certified - 3 actions. re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 6/27/2019. (Attachments: # 1 CTO-17 Finalized) (djb) (Entered: 06/27/2019) |
| 06/27/2019 | 464 | MOTION to Appear Pro Hac Vice by Charles H. Johnson.( Filing fee $ 201 receipt number BFLNDC-4534617.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing, MN, # 2 Text of Proposed Order) (JOHNSON, CHARLES) (Entered: 06/27/2019) |
| 06/27/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 464 MOTION to Appear Pro Hac Vice by Charles H. Johnson. (djb) (Entered: 06/27/2019) |
| 06/27/2019 | 465 | NOTICE of Appearance and Substitution of Counsel by LEIGH ANNE HODGE on behalf of 3M COMPANY (HODGE, LEIGH ANNE) Modified on 6/27/2019 (djb). (Entered: 06/27/2019) |
| 06/27/2019 | 466 | ORDER granting 464 Motion to Appear Pro Hac Vice (Appointed CHARLES H JOHNSON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/27/2019. (djb) (Entered: 06/27/2019) |
| 06/27/2019 | 467 | NOTICE of Appearance by RHON E JONES on behalf of NOTICE ONLY (JONES, RHON) (Entered: 06/27/2019) |
| 06/27/2019 | 468 | NOTICE of Appearance by RHON E JONES on behalf of NOTICE ONLY (JONES, RHON) (Entered: 06/27/2019) |
| 06/27/2019 | 469 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of 2ND CMC Proceedings held on June 17, 2019, before Judge M. Casey Rodgers. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. ***FOR TRANSCRIPT COPIES:Email:Donna_Boland@flnd.uscourts.gov. |

| | | *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **7/5/2019**. Release of Transcript Restriction set for **10/2/2019**. (dlb) (Entered: 06/27/2019) |
|---|---|---|
| 07/01/2019 | 470 | Proposed Pretrial Order *Protocol Relating to Use of Technology Assisted Review ("TAR Protocol")* by CO-LEAD COUNSEL FOR PLAINTIFFS, LEAD COUNSEL FOR PLAINTIFFS. (AYLSTOCK, BRYAN) (Entered: 07/01/2019) |
| 07/01/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 470 Proposed Protocol Relating to Use of Technology Assisted Review ("TAR Protocol") (djb) (Entered: 07/01/2019) |
| 07/01/2019 | 471 | MEMORANDUM in Opposition re 213 MOTION *to Establish Separate Class Action Track and for Selecting Interim Class Counsel* filed by CO-LEAD COUNSEL FOR PLAINTIFFS. (SEEGER, CHRISTOPHER) (Entered: 07/01/2019) |
| 07/01/2019 | 472 | PRETRIAL ORDER NO. 12 PROTOCOL RELATING TO USE OF TECHNOLOGY ASSISTED REVIEW ("TAR PROTOCOL"). Signed by JUDGE M CASEY RODGERS on 7/1/2019. (djb) (Entered: 07/01/2019) |
| 07/01/2019 | 473 | MEMORANDUM in Opposition re 213 MOTION *to Establish Separate Class Action Track and for Selecting Interim Class Counsel* filed by 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BRANSCOME, KIMBERLY) (Entered: 07/01/2019) |
| 07/02/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 213 MOTION to Establish Separate Class Action Track and for Selecting Interim Class Counsel, 471 Memorandum in Opposition to Motion, 473 Defendants' Memorandum in Opposition to Motion (djb) (Entered: 07/02/2019) |
| 07/02/2019 | 474 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-18) Certified - 1 action. re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 7/2/2019. (Attachments: # 1 CTO-18 Finalized) (djb) (Entered: 07/02/2019) |
| 07/02/2019 | 475 | NOTICE of Appearance by KYLE ADAM VAN SLYKE on behalf of NOTICE ONLY (VAN SLYKE, KYLE) Modified on 7/2/2019 to note member case no. 3:19cv1519-MCR/GRJ. (djb). (Entered: 07/02/2019) |
| 07/02/2019 | 476 | MOTION to Appear Pro Hac Vice by Whitney J. Butcher.( Filing fee $ 201 receipt number AFLNDC-4539658.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (BUTCHER, WHITNEY) (Entered: 07/02/2019) |
| 07/02/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 476 MOTION to Appear Pro Hac Vice by Whitney J. Butcher. (djb) (Entered: 07/02/2019) |
| 07/02/2019 | 477 | ORDER granting 476 Motion to Appear Pro Hac Vice (Appointed WHITNEY BUTCHER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/2/2019. (djb) (Entered: 07/02/2019) |
| 07/03/2019 | 478 | NOTICE of Appearance by MICHAEL SALTAFORMAGGIO on behalf of NOTICE ONLY (SALTAFORMAGGIO, MICHAEL) (Entered: 07/03/2019) |
| 07/03/2019 | 479 | NOTICE of Appearance by THOMAS R ANAPOL on behalf of NOTICE ONLY |

| | | (ANAPOL, THOMAS) (Entered: 07/03/2019) |
|---|---|---|
| 07/03/2019 | 480 | NOTICE of Appearance by JAY C ZAINEY, JR on behalf of DANIAL ALLEN (ZAINEY, JAY) Modified on 7/3/2019 DANIAL ALLEN deleted off the docket. Jay Zainey, Jr. added as NOTICE ONLY party. (djb). (Entered: 07/03/2019) |
| 07/03/2019 | 481 | NOTICE of Appearance by WHITNEY BUTCHER on behalf of NOTICE ONLY (BUTCHER, WHITNEY) (Entered: 07/03/2019) |
| 07/08/2019 | 482 | NOTICE of Appearance by JASON MATTHEW HART on behalf of NOTICE ONLY (HART, JASON) (Entered: 07/08/2019) |
| 07/09/2019 | 483 | NOTICE of Appearance by CHARLOTTE A LONG on behalf of NOTICE ONLY (LONG, CHARLOTTE) (Entered: 07/09/2019) |
| 07/09/2019 | 484 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of ESI PRESENTATIONS Proceedings held on June 17, 2019, before Judge M. Casey Rodgers. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. ****FOR TRANSCRIPT COPIES: Email:Donna_Boland@flnd.uscourts.gov.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **7/16/2019**. Release of Transcript Restriction set for **10/14/2019**. (dlb) (Entered: 07/09/2019) |
| 07/10/2019 | 485 | MOTION to Appear Pro Hac Vice by William R. Sutton.( Filing fee $ 201 receipt number AFLNDC-4546700.) by NOTICE ONLY. (Attachments: # 1 Text of Proposed Order Proposed Order) (SUTTON, WILLIAM) (Entered: 07/10/2019) |
| 07/10/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 485 MOTION to Appear Pro Hac Vice by William R. Sutton. (djb) (Entered: 07/10/2019) |
| 07/10/2019 | 486 | NOTICE of Appearance by ROBERT W COWAN on behalf of NOTICE ONLY (COWAN, ROBERT) (Entered: 07/10/2019) |
| 07/11/2019 | 487 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-19) Certified - 3 actions. re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 7/11/2019. (Attachments: # 1 CTO-19 Finalized) (djb) (Entered: 07/11/2019) |
| 07/12/2019 | 488 | COMMON BENEFIT ORDER NO. 1. Signed by JUDGE M CASEY RODGERS on 7/12/2019. (djb) (Entered: 07/12/2019) |
| 07/12/2019 | 489 | NOTICE of Appearance by JON PAUL SAWYER on behalf of NOTICE ONLY (SAWYER, JON) (Entered: 07/12/2019) |
| 07/12/2019 | 490 | MOTION to Appear Pro Hac Vice by Jonathan M. Sedgh.( Filing fee $ 201 receipt number AFLNDC-4549849.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (SEDGH, JONATHAN) (Entered: 07/12/2019) |
| 07/12/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 490 MOTION to Appear Pro Hac Vice by Jonathan M. Sedgh. (djb) (Entered: 07/12/2019) |
| 07/12/2019 | 491 | ORDER granting 485 Motion to Appear Pro Hac Vice (Appointed WILLIAM ROBERT SUTTON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/12/2019. (djb) (Entered: 07/12/2019) |

| 07/12/2019 | 492 | ORDER granting 490 Motion to Appear Pro Hac Vice (Appointed JONATHAN M SEDGH for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/12/2019. (djb) (Entered: 07/12/2019) |
|---|---|---|
| 07/12/2019 | 493 | MOTION to Appear Pro Hac Vice by Caroline L. Maida.( Filing fee $ 201 receipt number AFLNDC-4550222.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (BURNS, MICHAEL) (Entered: 07/12/2019) |
| 07/12/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 493 MOTION to Appear Pro Hac Vice by Caroline L. Maida. (djb) (Entered: 07/12/2019) |
| 07/13/2019 | 494 | MOTION to Appear Pro Hac Vice by MICHAEL A. YODER.( Filing fee $ 201 receipt number AFLNDC-4550468.) by NOTICE ONLY. (YODER, MICHAEL) (Entered: 07/13/2019) |
| 07/15/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 494 MOTION to Appear Pro Hac Vice by MICHAEL A. YODER. (djb) (Entered: 07/15/2019) |
| 07/15/2019 | 495 | MOTION to Seal Document *Exhibit A1 to Plaintiffs Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 07/15/2019) |
| 07/15/2019 | 496 | PLAINTIFFS Unopposed MOTION to Authorize Disclosure *of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-Filed Under Seal, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) Modified on 7/15/2019 (djb). (Attachment 2 replaced on 7/16/2019) (djb). (Additional attachment(s) added on 7/17/2019: # 4 Redacted EX - A1) (djb). (Entered: 07/15/2019) |
| 07/15/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 495 Plaintiffs' MOTION to File Under Seal Exhibit A1 to Plaintiffs Motion to Authorize Disclosure of Military Records; 496 PLAINTIFFS Unopposed MOTION to Authorize Disclosure of Military Records. (djb) (Entered: 07/15/2019) |
| 07/16/2019 | 497 | MOTION to Appear Pro Hac Vice by John P. Cannon.( Filing fee $ 201 receipt number AFLNDC-4552486.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) Attorney of Record case 3:19cv2055-MCR/GRJ. (CANNON, JOHN) Modified on 7/16/2019 (djb). (Entered: 07/16/2019) |
| 07/16/2019 | 498 | ORDER granting 495 MOTION for Leave to File Under Seal Exhibit A1 to Plaintiffs Motion to Authorize Disclosure of Military Records, ECF No. 496 , which has been marked CONFIDENTIAL pursuant to the Protective Order in this case, UNDER SEAL until further Order of the Court. Plaintiffs must file an appropriately redacted version of the exhibit on the public docket. Signed by JUDGE M CASEY RODGERS on 7/16/2019. (djb) (Entered: 07/16/2019) |
| 07/16/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 497 MOTION to Appear Pro Hac Vice by John P. Cannon. (djb) (Entered: 07/16/2019) |
| 07/16/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 496 PLAINTIFFS Unopposed MOTION to Authorize Disclosure of Military Records (djb) (Entered: 07/16/2019) |
| 07/16/2019 | 499 | ORDER - Plaintiff's 496 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to file and maintain the attached Exhibit |

| | | A1 UNDER SEAL. All records obtained from the Department of Defense, Defense Logistics Agency, and the United States Army, Navy, Marine Corps, Air Force, and Coast Guard pursuant to this Order are hereby designated as Confidential Information, as that term is defined in Pretrial Order No. 9, Stipulated Order Governing Confidentiality and Privilege, ECF No. 442 . The parties may not further disclose the information contained in the records except as provided in Pretrial Order No. 9. Signed by JUDGE M CASEY RODGERS on 7/16/2019. (djb) (Additional attachment(s) added on 7/16/2019: # 1 Exhibit A1 Sealed) (djb). (Entered: 07/16/2019) |
| 07/16/2019 | 500 | ORDER granting 493 Motion to Appear Pro Hac Vice (Appointed CAROLINE L MAIDA for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/16/2019. (djb) (Entered: 07/16/2019) |
| 07/16/2019 | 501 | ORDER granting 494 Motion to Appear Pro Hac Vice (Appointed MICHAEL ALAN YODER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/16/2019. (djb) (Entered: 07/16/2019) |
| 07/16/2019 | 502 | ORDER granting 497 Motion to Appear Pro Hac Vice (Appointed JOHN P CANNON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/16/2019. (djb) (Entered: 07/16/2019) |
| 07/17/2019 | 503 | NOTICE of Appearance by SHAYNA SLATER on behalf of NOTICE ONLY (SLATER, SHAYNA) (Entered: 07/17/2019) |
| 07/17/2019 | 504 | NOTICE *to Take Deposition Pursuant to Federal Rule of Civil Procedure 30(B)(6)* by CO-LEAD COUNSEL FOR PLAINTIFFS (Attachments: # 1 Exhibit A) (HUTSON, SHELLEY) (Entered: 07/17/2019) |
| 07/18/2019 | 505 | NOTICE *OF PROPOSED ORDER REGARDING PLATFORM VENDOR* by CO-LEAD COUNSEL FOR PLAINTIFFS (HUTSON, SHELLEY) (Entered: 07/18/2019) |
| 07/18/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 505 Notice Proposed Order Appointing Platform Vendor. (djb) (Entered: 07/18/2019) |
| 07/18/2019 | 506 | NOTICE *of Filing of Joint Letter Setting Tentative Agenda for the July 25, 2019 Case Management Conference* by 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BRANSCOME, KIMBERLY) (Entered: 07/18/2019) |
| 07/19/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 506 Notice of Filing of Joint Letter Setting Tentative Agenda for the July 25, 2019 Case Management Conference (djb) (Entered: 07/19/2019) |
| 07/19/2019 | 507 | NOTICE of Appearance by VINCENT JOSEPH MOCCIO on behalf of NOTICE ONLY (MOCCIO, VINCENT) (djb). Modified on 7/19/2019 (djb). (Entered: 07/19/2019) |
| 07/19/2019 | 508 | ORDER OF APPOINTMENT. By agreement of the parties, following independent and joint presentations from multiple vendors, the Court hereby APPOINTS BrownGreer PLC to serve as the electronic platform firm for this MDL. Signed by JUDGE M CASEY RODGERS on 7/19/2019. (djb) (Entered: 07/19/2019) |
| 07/23/2019 | 509 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
| 07/23/2019 | 510 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |

| 07/23/2019 | 511 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
| 07/23/2019 | 512 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
| 07/23/2019 | 513 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
| 07/23/2019 | 514 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
| 07/23/2019 | 515 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
| 07/23/2019 | 516 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
| 07/23/2019 | 517 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
| 07/23/2019 | 518 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
| 07/23/2019 | 519 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
| 07/23/2019 | 520 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
| 07/23/2019 | 521 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
| 07/23/2019 | 522 | MOTION to Appear Pro Hac Vice by Michele M. Vercoski.( Filing fee $ 201 receipt number AFLNDC-4561034.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit "A" to Pro Hac Vice Motion) (VERCOSKI, MICHELE) (Entered: 07/23/2019) |
| 07/24/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 522 MOTION to Appear Pro Hac Vice by Michele M. Vercoski. (djb) (Entered: 07/24/2019) |
| 07/24/2019 | 523 | DOCKET ANNOTATION BY COURT: NOTICE to Attorney William L. Barton. Please do not file another NOTICE OF APPEARANCE in the LEAD CASE regarding the direct filed complaints. Re 514 Notice of Appearance filed by NOTICE ONLY, 516 Notice of Appearance filed by NOTICE ONLY, 511 Notice of Appearance filed by NOTICE ONLY, 520 Notice of Appearance filed by NOTICE ONLY, 519 Notice of Appearance filed by NOTICE ONLY, 518 Notice of Appearance filed by NOTICE ONLY, 509 Notice of Appearance filed by NOTICE ONLY, 517 Notice of Appearance filed by NOTICE ONLY, 513 Notice of Appearance filed by NOTICE ONLY, 521 Notice of Appearance filed by NOTICE ONLY, 515 Notice of Appearance filed by NOTICE ONLY, 512 Notice of Appearance filed by NOTICE ONLY, 510 Notice of Appearance filed by NOTICE ONLY (djb) (Entered: 07/24/2019) |
| 07/24/2019 | 524 | MOTION to Appear Pro Hac Vice by Pamela A. Borgess.( Filing fee $ 201 receipt number AFLNDC-4561331.) by NOTICE ONLY. (Attachments: # 1 Certificate of Good Standing) (BORGESS, PAMELA) (Entered: 07/24/2019) |
| 07/24/2019 | 525 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/24/2019) |

| 07/24/2019 | 526 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/24/2019) |
|---|---|---|
| 07/24/2019 | 527 | First MOTION to Appear Pro Hac Vice by Amber M.S.Y Pang Parra.( Filing fee $ 201 receipt number AFLNDC-4561614.) by NOTICE ONLY. (PANG PARRA, AMBER) (Entered: 07/24/2019) |
| 07/24/2019 | 528 | MOTION to Appear Pro Hac Vice by Joel L. DiLorenzo.( Filing fee $ 201 receipt number AFLNDC-4561725.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing - AL Bar) (DILORENZO, JOEL) (Entered: 07/24/2019) |
| 07/24/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 528 MOTION to Appear Pro Hac Vice by Joel L. DiLorenzo; 527 First MOTION to Appear Pro Hac Vice by Amber M.S.Y Pang Parra. (some of the pdf 527 unreadable) (djb) Modified on 7/24/2019 (djb). (Entered: 07/24/2019) |
| 07/24/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 524 MOTION to Appear Pro Hac Vice by Pamela A. Borgess. (djb) (Entered: 07/24/2019) |
| 07/24/2019 | 529 | MOTION to Appear Pro Hac Vice by Stephen G. Lowry.( Filing fee $ 201 receipt number AFLNDC-4562132.) by NOTICE ONLY. (LOWRY, STEPHEN) (Entered: 07/24/2019) |
| 07/24/2019 | 530 | MOTION to Appear Pro Hac Vice by Ashley Neglia.( Filing fee $ 201 receipt number AFLNDC-4562318.) by 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (NEGLIA, ASHLEY) (Entered: 07/24/2019) |
| 07/24/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 530 MOTION to Appear Pro Hac Vice by Ashley Neglia; 529 MOTION to Appear Pro Hac Vice by Stephen G. Lowry. (djb) (Entered: 07/24/2019) |
| 07/24/2019 | 531 | Ex Parte MOTION to Appear Pro Hac Vice by Stephen Huber.( Filing fee $ 201 receipt number AFLNDC-4562517.) by KEITH CHANDLER. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (HUBER, STEPHEN) (Entered: 07/24/2019) |
| 07/25/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 531 MOTION to Appear Pro Hac Vice by Stephen Huber. (djb) (Entered: 07/25/2019) |
| 07/25/2019 | 532 | NOTICE *Certificate of Good Standing. Exhibit to PHV* by NOTICE ONLY re 529 MOTION to Appear Pro Hac Vice by Stephen G. Lowry.( Filing fee $ 201 receipt number AFLNDC-4562132.) (LOWRY, STEPHEN) (Entered: 07/25/2019) |
| 07/25/2019 | 533 | NOTICE of Appearance by JOSHUA BLAKE MAYES on behalf of SAMUEL ZANGER (MAYES, JOSHUA) Modified on 7/26/2019 to note appearance filed incorrectly. Attorney deleted from the docket and notified to re-file. (djb). (Entered: 07/25/2019) |
| 07/25/2019 | 534 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Case Management Conference held on 7/25/2019. (Court Reporter Donna Boland) (mjm) (Entered: 07/25/2019) |
| 07/25/2019 | 539 | ORDER - On consideration, the 529 MOTION to Appear Pro Hac Vice by Stephen G. Lowry, is is DENIED without prejudice failure to identify any individual case in which counsel appears as attorney of record, see ECF No. 86 , II, and for failure to provide the |

| | | |
|---|---|---|
| | | required Certificate of GoodStanding. Signed by JUDGE M CASEY RODGERS on 7/25/2019. (djb) (Entered: 07/26/2019) |
| 07/25/2019 | 541 | ORDER granting 531 Motion to Appear Pro Hac Vice (Appointed STEPHEN M HUBER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/25/2019. (djb) (Entered: 07/26/2019) |
| 07/25/2019 | 556 | CONDITIONAL TRANSFER ORDER (CTO-20) Certified - 1 action. re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 7/25/2019. (Attachments: # 1 CT-20 Finalized) (djb) (Entered: 07/30/2019) |
| 07/26/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 532 Notice of Certificate of Good Standing re: 529 MOTION to Appear Pro Hac Vice by Stephen G. Lowry. (djb) (Entered: 07/26/2019) |
| 07/26/2019 | 535 | ORDER - On consideration, temporary admission is GRANTED for a period of 30 days re: 522 Motion to Appear Pro Hac Vice. If no case in which the movant is attorney of record is timely filed, this temporary admission will be automatically revoked. See ECF No. 86 , II. Signed by JUDGE M CASEY RODGERS on 7/25/2019. (Appointed MICHELE MARIE VERCOSKI for NOTICE ONLY) (djb) Modified on 7/26/2019 (djb). (Entered: 07/26/2019) |
| 07/26/2019 | 536 | ORDER granting 524 Motion to Appear Pro Hac Vice (Appointed PAMELA A BORGESS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/25/2019. (djb) (Entered: 07/26/2019) |
| 07/26/2019 | 537 | ORDER granting 527 Motion to Appear Pro Hac Vice (Appointed AMBER MARIE SEU YIN PANG PARRA for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/25/2019. (djb) (Entered: 07/26/2019) |
| 07/26/2019 | 538 | ORDER - On consideration, the 528 MOTION to Appear Pro Hac Vice by Joel L. DiLorenzo, is DENIED without prejudice for failure to identify any individual case in which counsel appears as attorney of record. See ECF No. 86 , II. Signed by JUDGE M CASEY RODGERS on 7/25/2019. (djb) (Entered: 07/26/2019) |
| 07/26/2019 | 540 | ORDER granting 530 Motion to Appear Pro Hac Vice (Appointed ASHLEY ELIZABETH NEGLIA for 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 7/25/2019. (djb) (Entered: 07/26/2019) |
| 07/26/2019 | 542 | Amended MOTION to Appear Pro Hac Vice by Joel L. DiLorenzo.( Filing fee $ 201 receipt number AFLNDC-4565712.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing - AL Bar) (DILORENZO, JOEL) (Entered: 07/26/2019) |
| 07/26/2019 | 543 | NOTICE of Appearance by BRIAN ALAN GOLDSTEIN on behalf of JUSTIN P. KAIER (GOLDSTEIN, BRIAN) (Entered: 07/26/2019) |
| 07/26/2019 | 544 | NOTICE of Appearance by BRIAN ALAN GOLDSTEIN on behalf of NOTICE ONLY (GOLDSTEIN, BRIAN) (Entered: 07/26/2019) |
| 07/26/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 542 Amended MOTION to Appear Pro Hac Vice by Joel L. DiLorenzo. (djb) (Entered: 07/26/2019) |
| 07/26/2019 | 545 | MOTION to Appear Pro Hac Vice by John A. Venezia.( Filing fee $ 201 receipt number AFLNDC-4567071.) by Todd Galliand. (Attachments: # 1 Exhibit Letter of good standing, # 2 Text of Proposed Order) (VENEZIA, JOHN) (Entered: 07/26/2019) |

| 07/26/2019 | 546 | ORDER granting 542 Motion to Appear Pro Hac Vice (Appointed JOEL LEE DILORENZO for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/26/2019. (djb) (Entered: 07/29/2019) |
| 07/29/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 545 MOTION to Appear Pro Hac Vice by John A. Venezia. New case 3:19-cv-02744. (djb) (Entered: 07/29/2019) |
| 07/29/2019 | 547 | ORDER granting 545 Motion to Appear Pro Hac Vice (Appointed JOHN A VENEZIA for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/29/2019. (djb) (Entered: 07/29/2019) |
| 07/29/2019 | 548 | NOTICE of Appearance by SIERRA ELIZABETH on behalf of 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (ELIZABETH, SIERRA) (Entered: 07/29/2019) |
| 07/29/2019 | 549 | MOTION to Appear Pro Hac Vice by Keely Perdue.( Filing fee $ 201 receipt number AFLNDC-4568724.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Standing) (PERDUE, KEELY) Modified on 7/29/2019 to note plaintiffs have been deleted the docket and docket entry corrected to show filed by NOTICE ONLY party. (djb). (Entered: 07/29/2019) |
| 07/29/2019 | 550 | NOTICE of Appearance by FREDERICK THURMAN KUYKENDALL, III on behalf of NOTICE ONLY (KUYKENDALL, FREDERICK) (Entered: 07/29/2019) |
| 07/29/2019 | 551 | CASE MANAGEMENT ORDER NO. 3. The third case management conference in this matter was held on July 25, 2019. This Order serves as a non-exhaustive recitation of the key points of discussion during the conference. Science Day is scheduled for Monday, **8/26/2019 at 09:00 AM, CST**, and will be followed by a case management conference. A joint proposed agenda for Science Day must be submitted by **8/5/2019**. Signed by JUDGE M CASEY RODGERS on 7/29/2019. (djb) (Entered: 07/29/2019) |
| 07/29/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 549 MOTION to Appear Pro Hac Vice by Keely Perdue. (djb) (Entered: 07/29/2019) |
| 07/29/2019 | 552 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings - THIRD CASE MANAGEMENT CONFERENCE held on July 25, 2019, before Judge M. Casey Rodgers and Judge Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. ***FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **8/5/2019**. Release of Transcript Restriction set for **11/4/2019**. (dlb) (Entered: 07/29/2019) |
| 07/29/2019 | 553 | ORDER granting 549 Motion to Appear Pro Hac Vice (Appointed KEELY ANN PERDUE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/29/2019. (djb) (Entered: 07/30/2019) |
| 07/30/2019 | 554 | PRETRIAL ORDER NO. 13 DEPOSITION PROTOCOL. Order Applicable to All Cases in MDL Proceedings. This Order applies to all cases currently pending in MDL No. 2885 and to all related actions that have been or will be originally filed in, transferred to, or removed to this Court and assigned hereto (collectively, "the MDL Proceedings"). This Order is subject to modification by agreement of Plaintiffs' Counsel |

|  |  |  |
|---|---|---|
|  |  | and Defendants' Counsel, subject to Court approval, or by further of this Court. Signed by JUDGE M CASEY RODGERS on 7/30/2019. (djb) (Entered: 07/30/2019) |
| 07/30/2019 | 555 | MOTION to Appear Pro Hac Vice by David P. Whatley.( Filing fee $ 201 receipt number AFLNDC-4570357.) by NOTICE ONLY. (WHATLEY, DAVID) (Entered: 07/30/2019) |
| 07/30/2019 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 555 MOTION to Appear Pro Hac Vice by David P. Whatley. (djb) (Entered: 07/30/2019) |
| 07/30/2019 | 557 | MOTION to Appear Pro Hac Vice by CHARLES W. BEENE.( Filing fee $ 201 receipt number AFLNDC-4571451.) by NOTICE ONLY. (BEENE, CHARLES) (Entered: 07/30/2019) |
| 07/30/2019 | 558 | ORDER - The 555 Motion to Appear Pro Hac Vice by David P. Whatley, is DENIED without prejudice for failure to identify any individual case in which counsel appears as attorney of record. See ECF No. 86 , II. Signed by JUDGE M CASEY RODGERS on 7/30/2019. (djb) (Entered: 07/30/2019) |
| 07/30/2019 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 557 MOTION to Appear Pro Hac Vice by CHARLES W. BEENE. (djb) (Entered: 07/30/2019) |
| 07/31/2019 | 559 | First MOTION to Appear Pro Hac Vice by RON A AUSTIN.( Filing fee $ 201 receipt number AFLNDC-4572455.) by NOTICE ONLY. (Attachments: # 1 Exhibit Cert of Good Standing) (AUSTIN, RON) (Entered: 07/31/2019) |
| 07/31/2019 | 560 | ORDER denying 557 Motion to Appear Pro Hac Vice by Charles W. Beene, without prejudice for failure to identify any individual case in which counsel appears as attorney of record. See ECF No. 86 , II. Signed by JUDGE M CASEY RODGERS on 7/31/2019. (djb) (Entered: 07/31/2019) |
| 07/31/2019 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 559 First MOTION to Appear Pro Hac Vice by RON A AUSTIN. (djb) (Entered: 07/31/2019) |
| 07/31/2019 | 561 | ORDER granting 559 Motion to Appear Pro Hac Vice (Appointed RON A AUSTIN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/31/2019. (djb) (Entered: 07/31/2019) |
| 08/01/2019 | 562 | First MOTION to Appear Pro Hac Vice by Craig M. Silverman.( Filing fee $ 201 receipt number AFLNDC-4573973.) by Craig M. Silverman. (Attachments: # 1 Exhibit Certificate of Good Standing) (SILVERMAN, CRAIG) (Entered: 08/01/2019) |
| 08/01/2019 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 562 First MOTION to Appear Pro Hac Vice by Craig M. Silverman. (djb) (Entered: 08/01/2019) |
| 08/01/2019 | 563 | Amended MOTION to Appear Pro Hac Vice by Stephen G. Lowry.( Filing fee $ 201 receipt number AFLNDC-4574458.) by NOTICE ONLY. (Attachments: # 1 Letter of Good Standing, # 2 Proposed Order) (LOWRY, STEPHEN) (Entered: 08/01/2019) |
| 08/01/2019 | 564 | NOTICE of Appearance by AMBER MARIE SEU YIN PANG PARRA on behalf of NOTICE ONLY (PANG PARRA, AMBER) (Entered: 08/01/2019) |
| 08/01/2019 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 563 Amended MOTION to Appear Pro Hac Vice by Stephen G. Lowry. (djb) (Entered: 08/01/2019) |

| 08/01/2019 | 565 | Amended MOTION AMENDED MOTION TO APPEAR PRO HAC VICE re 557 MOTION to Appear Pro Hac Vice by CHARLES W. BEENE.( Filing fee $ 201 receipt number AFLNDC-4571451.) by NOTICE ONLY. (BEENE, CHARLES) (Entered: 08/01/2019) |
|---|---|---|
| 08/01/2019 | 566 | Amended MOTION Amemded Motion for Pro Hac Vice re 555 MOTION to Appear Pro Hac Vice by David P. Whatley.( Filing fee $ 201 receipt number AFLNDC-4570357.) by NOTICE ONLY. (WHATLEY, DAVID) (Entered: 08/01/2019) |
| 08/01/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 566 Amended Motion for Pro Hac Vice re 555 MOTION to Appear Pro Hac Vice by David P. Whatley; 565 Amended MOTION to Appear Pro Hac Vice re 557 MOTION to Appear Pro Hac Vice by CHARLES W. BEENE. (djb) (Entered: 08/01/2019) |
| 08/01/2019 | 567 | ORDER granting 562 Motion to Appear Pro Hac Vice (Appointed CRAIG M SILVERMAN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/1/2019. (djb) (Entered: 08/01/2019) |
| 08/01/2019 | 568 | ORDER granting 563 Motion to Appear Pro Hac Vice (Appointed STEPHEN G LOWRY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/1/2019. (djb) (Entered: 08/01/2019) |
| 08/01/2019 | 569 | ORDER granting 565 Amended Motion to Appear Pro Hac Vice (Appointed CHARLES W BEENE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/1/2019. (djb) (Entered: 08/01/2019) |
| 08/01/2019 | 570 | ORDER granting 566 Amended Motion for Pro Hac Vice. Attorney DAVID P WHATLEY for NOTICE ONLY added. Signed by JUDGE M CASEY RODGERS on 8/1/2019. (djb) (Entered: 08/01/2019) |
| 08/01/2019 | 571 | NOTICE of Appearance by STEPHEN G LOWRY on behalf of NOTICE ONLY (LOWRY, STEPHEN) (Entered: 08/01/2019) |
| 08/02/2019 | 572 | First MOTION to Appear Pro Hac Vice by Ryan P. Linsner.( Filing fee $ 201 receipt number AFLNDC-4575601.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (LINSNER, RYAN) (Entered: 08/02/2019) |
| 08/02/2019 | 573 | NOTICE of Appearance by CRAIG M SILVERMAN on behalf of NOTICE ONLY (SILVERMAN, CRAIG) (Entered: 08/02/2019) |
| 08/02/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 572 First MOTION to Appear Pro Hac Vice by Ryan P. Linsner. (djb) (Entered: 08/02/2019) |
| 08/02/2019 | 574 | ORDER granting 572 Motion to Appear Pro Hac Vice (Appointed RYAN PATRICK LINSNER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/2/2019. (djb) (Entered: 08/02/2019) |
| 08/05/2019 | 575 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-21) - 6 actions, re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 8/5/2019. (Attachments: # 1 CTO-21 Finalized) (djb) (Entered: 08/05/2019) |
| 08/05/2019 | 576 | MOTION to Appear Pro Hac Vice by C. Dorian Britt.( Filing fee $ 201 receipt number AFLNDC-4577055.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (BRITT, C) (Entered: 08/05/2019) |
| 08/05/2019 | 577 | MOTION to Appear Pro Hac Vice by Jeremy S. McKenzie.( Filing fee $ 201 receipt |

| | | |
|---|---|---|
| | | number AFLNDC-4577236.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (MCKENZIE, JEREMY) (Entered: 08/05/2019) |
| 08/05/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 577 MOTION to Appear Pro Hac Vice by Jeremy S. McKenzie; 576 MOTION to Appear Pro Hac Vice by C. Dorian Britt. (djb) (Entered: 08/05/2019) |
| 08/05/2019 | 578 | NOTICE of Appearance by MICHAEL ALAN YODER on behalf of NOTICE ONLY (YODER, MICHAEL) (Entered: 08/05/2019) |
| 08/05/2019 | 579 | NOTICE of Appearance by MICHAEL ALAN YODER on behalf of NOTICE ONLY (YODER, MICHAEL) (Entered: 08/05/2019) |
| 08/05/2019 | 580 | NOTICE of Appearance by MICHAEL ALAN YODER on behalf of NOTICE ONLY (YODER, MICHAEL) (Entered: 08/05/2019) |
| 08/05/2019 | 581 | NOTICE of Appearance by MICHAEL ALAN YODER on behalf of NOTICE ONLY (YODER, MICHAEL) (Entered: 08/05/2019) |
| 08/05/2019 | 582 | NOTICE of Appearance by MICHAEL ALAN YODER on behalf of NOTICE ONLY (YODER, MICHAEL) (Entered: 08/05/2019) |
| 08/05/2019 | 583 | NOTICE of Appearance by MICHAEL ALAN YODER on behalf of NOTICE ONLY (YODER, MICHAEL) (Entered: 08/05/2019) |
| 08/05/2019 | 584 | NOTICE of Appearance by MICHAEL ALAN YODER on behalf of NOTICE ONLY (YODER, MICHAEL) (Entered: 08/05/2019) |
| 08/05/2019 | 585 | NOTICE of Appearance by MICHAEL ALAN YODER on behalf of NOTICE ONLY (YODER, MICHAEL) (Entered: 08/05/2019) |
| 08/05/2019 | 586 | NOTICE of Appearance by MICHAEL ALAN YODER on behalf of NOTICE ONLY (YODER, MICHAEL) (Entered: 08/05/2019) |
| 08/05/2019 | 587 | NOTICE of Appearance by MICHAEL ALAN YODER on behalf of NOTICE ONLY (YODER, MICHAEL) (Entered: 08/05/2019) |
| 08/05/2019 | 588 | NOTICE of Appearance by MICHAEL ALAN YODER on behalf of NOTICE ONLY (YODER, MICHAEL) (Entered: 08/05/2019) |
| 08/06/2019 | 589 | DOCKET ANNOTATION BY COURT: NOTICE to Filer - One notice of appearance by notice only party is sufficient. Please do not file one for every civil member case. Re 578 Notice of Appearance filed by NOTICE ONLY. (djb) (Entered: 08/06/2019) |
| 08/06/2019 | 590 | MOTION to Appear Pro Hac Vice by John D. Hafemann.( Filing fee $ 201 receipt number AFLNDC-4578266.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (HAFEMANN, JOHN) (Entered: 08/06/2019) |
| 08/06/2019 | 591 | NOTICE of Appearance by C DORIAN BRITT on behalf of NOTICE ONLY (BRITT, C) (Entered: 08/06/2019) |
| 08/06/2019 | 592 | NOTICE of Appearance by JOHN DANIEL HAFEMANN on behalf of NOTICE ONLY (HAFEMANN, JOHN) (Entered: 08/06/2019) |
| 08/06/2019 | 593 | NOTICE of Appearance by JEREMY S MCKENZIE on behalf of NOTICE ONLY (MCKENZIE, JEREMY) (Entered: 08/06/2019) |
| 08/06/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 590 MOTION to Appear Pro Hac Vice by John D. Hafemann. (djb) (Entered: 08/06/2019) |

| 08/06/2019 | 594 | MOTION to Appear Pro Hac Vice by Genevieve M. Zimmerman.( Filing fee $ 201 receipt number AFLNDC-4579054.) by Genevieve Zimmerman. (Attachments: # 1 Exhibit A- Certificate of Good Standing) (ZIMMERMAN, GENEVIEVE) (Entered: 08/06/2019) |
| --- | --- | --- |
| 08/06/2019 | 595 | NOTICE of Appearance by MICHELE MARIE VERCOSKI on behalf of NOTICE ONLY (VERCOSKI, MICHELE) (Entered: 08/06/2019) |
| 08/06/2019 | 596 | NOTICE of Appearance by MICHELE MARIE VERCOSKI on behalf of NOTICE ONLY (VERCOSKI, MICHELE) (Entered: 08/06/2019) |
| 08/06/2019 | 597 | NOTICE of Appearance by JOSHUA BLAKE MAYES on behalf of NOTICE ONLY (MAYES, JOSHUA) (Entered: 08/06/2019) |
| 08/06/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 594 MOTION to Appear Pro Hac Vice by Genevieve M. Zimmerman. (djb) (Entered: 08/06/2019) |
| 08/06/2019 | 598 | ORDER granting 576 Motion to Appear Pro Hac Vice (Appointed C DORIAN BRITT for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/6/2019. (djb) (Entered: 08/06/2019) |
| 08/06/2019 | 599 | ORDER denying 577 Motion to Appear Pro Hac Vice by Jeremy S. McKenzie, without prejudice for failure to provide a Certificate of Good Standing dated within 30 days of the motion. Signed by JUDGE M CASEY RODGERS on 8/6/2019. (djb) Modified on 8/6/2019 (djb). (Entered: 08/06/2019) |
| 08/06/2019 | 600 | ORDER denying 590 Motion to Appear Pro Hac Vice by John D. Hafemann, without prejudice for failure to provide a Certificate of Good Standing dated within 30 days of the motion. Signed by JUDGE M CASEY RODGERS on 8/6/2019. (djb) (Entered: 08/06/2019) |
| 08/06/2019 | 601 | First MOTION to Appear Pro Hac Vice by Jeffrey P. Green.( Filing fee $ 201 receipt number AFLNDC-4579916.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate Good Standing) (GREEN, JEFFREY) (Entered: 08/06/2019) |
| 08/06/2019 | 604 | ORDER granting 594 Motion to Appear Pro Hac Vice (Appointed GENEVIEVE MARY ZIMMERMAN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/6/2019. (djb) (Entered: 08/07/2019) |
| 08/07/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 601 First MOTION to Appear Pro Hac Vice by Jeffrey P. Green. (djb) (Entered: 08/07/2019) |
| 08/07/2019 | 602 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-22) - 16 actions re: MDL 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 8/7/2019. (Attachments: # 1 CTO-22 Finalized) (djb) (Entered: 08/07/2019) |
| 08/07/2019 | 603 | MOTION to Appear Pro Hac Vice by E. Ryan Bradley.( Filing fee $ 201 receipt number AFLNDC-4580344.) by CO-LIAISON COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit) (BRADLEY, EDWARD) (Entered: 08/07/2019) |
| 08/07/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 603 MOTION to Appear Pro Hac Vice by E. Ryan Bradley. (djb) (Entered: 08/07/2019) |
| 08/07/2019 | 605 | ORDER granting 601 Motion to Appear Pro Hac Vice (Appointed JEFFREY PHILIP GREEN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/7/2019. |

| | | |
|---|---|---|
| | | (djb) (Entered: 08/07/2019) |
| 08/07/2019 | 606 | ORDER granting 603 Motion to Appear Pro Hac Vice (Appointed EDWARD RYAN BRADLEY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/7/2019. (djb) (Entered: 08/07/2019) |
| 08/07/2019 | 607 | DOCKET ANNOTATION BY COURT: IN ERROR Previous document 607, Complaint was filed in the lead case has been deleted. (djb) (Entered: 08/07/2019) |
| 08/08/2019 | 608 | NOTICE of Appearance by KATHERINE ANN KIZIAH on behalf of NOTICE ONLY (KIZIAH, KATHERINE) (Entered: 08/08/2019) |
| 08/08/2019 | 609 | Amended MOTION Pro Hac re 599 Order on Motion to Appear Pro Hac Vice, 577 MOTION to Appear Pro Hac Vice by Jeremy S. McKenzie.( Filing fee $ 201 receipt number AFLNDC-4577236.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (MCKENZIE, JEREMY) (Entered: 08/08/2019) |
| 08/08/2019 | 610 | NOTICE of Appearance by ROBERT KEITH JOHNSTON on behalf of NOTICE ONLY (JOHNSTON, ROBERT) (Entered: 08/08/2019) |
| 08/08/2019 | 611 | Amended MOTION Pro Hac re 600 Order on Motion to Appear Pro Hac Vice, 590 MOTION to Appear Pro Hac Vice by John D. Hafemann.( Filing fee $ 201 receipt number AFLNDC-4578266.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (HAFEMANN, JOHN) (Entered: 08/08/2019) |
| 08/08/2019 | 612 | NOTICE of Appearance by ROBERT KEITH JOHNSTON on behalf of NOTICE ONLY (JOHNSTON, ROBERT) (Entered: 08/08/2019) |
| 08/08/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 609 Amended MOTION Pro Hac Vice by Jeremy S. McKenzie; 611 Amended MOTION Pro Hac Vice by John D. Hafemann. (djb) (Entered: 08/08/2019) |
| 08/08/2019 | 613 | ORDER granting 609 Amended MOTION to Appear Pro Hac Vice by Jeremy S. McKenzie. Signed by JUDGE M CASEY RODGERS on 8/8/2019. (sdw) (Entered: 08/09/2019) |
| 08/08/2019 | 614 | ORDER granting 611 Amended MOTION to Appear Pro Hac Vice by John D. Hafemann. Signed by JUDGE M CASEY RODGERS on 8/8/2019. (sdw) (Entered: 08/09/2019) |
| 08/09/2019 | 615 | PRETRIAL ORDER NO. 14 Science Day Agenda. Science Day is scheduled for **Monday, 8/26/2019 beginning at 09:00 AM CST.**. See order for Science Day procedures. Signed by JUDGE M CASEY RODGERS on 8/9/2019. (djb) (Entered: 08/12/2019) |
| 08/12/2019 | 616 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-23) - 9 actions. Re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 8/12/2019. (Attachments: # 1 CTO-23 Finalized) (djb) (Entered: 08/12/2019) |
| 08/12/2019 | 617 | NOTICE of Appearance by BOBBY JEWELL BELL, JR on behalf of NOTICE ONLY (BELL, BOBBY) (Entered: 08/12/2019) |
| 08/12/2019 | 618 | NOTICE of Appearance by TYLER C VAIL on behalf of NOTICE ONLY (VAIL, TYLER) (Entered: 08/12/2019) |
| 08/14/2019 | 619 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 actions in MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by |

| | | |
|---|---|---|
| | | Clerk of the Panel John W. Nichols on 8/14/2019. (Attachments: # 1 CTO-24 Finalized) (djb) (Entered: 08/14/2019) |
| 08/14/2019 | 620 | NOTICE of Appearance by RYAN PATRICK LINSNER on behalf of NOTICE ONLY (LINSNER, RYAN) (Entered: 08/14/2019) |
| 08/14/2019 | 621 | NOTICE of Appearance by RYAN PATRICK LINSNER on behalf of NOTICE ONLY (LINSNER, RYAN) (Entered: 08/14/2019) |
| 08/15/2019 | 622 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-25) - 21 actions in MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 8/15/2019. (Attachments: # 1 CTO-25 Finalized) (djb) (Entered: 08/15/2019) |
| 08/15/2019 | 623 | NOTICE of Appearance by JEFFREY LOUIS HABERMAN on behalf of NOTICE ONLY (HABERMAN, JEFFREY) (Entered: 08/15/2019) |
| 08/15/2019 | 624 | NOTICE of Appearance by CLAIRE E BERG on behalf of NOTICE ONLY (BERG, CLAIRE) (Entered: 08/15/2019) |
| 08/16/2019 | 625 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-26) - 19 actions in MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 8/16/2019. (Attachments: # 1 CTO-26 Finalized) (djb) (Entered: 08/16/2019) |
| 08/16/2019 | 626 | NOTICE of Appearance by MARTIN A RAMEY on behalf of NOTICE ONLY (RAMEY, MARTIN) (Entered: 08/16/2019) |
| 08/19/2019 | 627 | MOTION to Appear Pro Hac Vice by Mark M. Makhail.( Filing fee $ 201 receipt number AFLNDC-4592710.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (MAKHAIL, MARK) (Entered: 08/19/2019) |
| 08/19/2019 | 628 | MOTION to Appear Pro Hac Vice by James E. Cecchi.( Filing fee $ 201 receipt number AFLNDC-4592720.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (CECCHI, JAMES) (Entered: 08/19/2019) |
| 08/19/2019 | 629 | Amended Motion to Appear Pro Hac Vice by NOTICE ONLY. Amendment to 628 MOTION to Appear Pro Hac Vice by James E. Cecchi.( Filing fee $ 201 receipt number AFLNDC-4592720.) (Attachments: # 1 Exhibit A Certificate of Good Standing) (CECCHI, JAMES) Modified on 8/19/2019 to correct civil event to motion (djb). (Entered: 08/19/2019) |
| 08/19/2019 | 630 | PRETRIAL ORDER NO. 15. Order Regarding Service of Discovery Requests, Responses and Related Documents through MDL Centrality. ECF Notifications. The Clerk of Court must execute the steps necessary to include BrownGreer PLC as the MDL Centrality Administrator as an interested party for purposes of receiving emailed ECF notifications related to this matter. Signed by JUDGE M CASEY RODGERS on 8/19/2019. (djb) (Entered: 08/19/2019) |
| 08/19/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 629 Amended Motion to Appear Pro Hac Vice by James E. Cecchi; 627 MOTION to Appear Pro Hac Vice by Mark M. Makhail. (djb) (Entered: 08/19/2019) |
| 08/19/2019 | 631 | ORDER granting 627 MOTION to Appear Pro Hac Vice by Mark M. Makhail. Signed by JUDGE M CASEY RODGERS on 8/19/2019. Attorney MARK M MAKHAIL for NOTICE ONLY added. (djb) (Entered: 08/19/2019) |
| 08/19/2019 | 632 | ORDER granting 629 Amended Motion to Appear Pro Hac Vice. Signed by JUDGE M |

| | | |
|---|---|---|
| | | CASEY RODGERS on 8/19/2019. Attorney JAMES E CECCHI for NOTICE ONLY added. (djb) (Entered: 08/19/2019) |
| 08/20/2019 | 633 | NOTICE *OF FILING OF JOINT LETTER SETTING TENTATIVE AGENDA FOR THE AUGUST 26, 2019 CASE MANAGEMENT CONFERENCE* by CO-LEAD COUNSEL FOR PLAINTIFFS (HUTSON, SHELLEY) (Entered: 08/20/2019) |
| 08/20/2019 | 634 | CONDITIONAL TRANSFER ORDER (CTO-27) 17 actions Re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 8/20/2019. (Attachments: # 1 CTO-27 Finalized) (djb) (Entered: 08/20/2019) |
| 08/20/2019 | 635 | NOTICE of Appearance by MARK M MAKHAIL on behalf of NOTICE ONLY (MAKHAIL, MARK) (Entered: 08/20/2019) |
| 08/20/2019 | 636 | NOTICE of Appearance by JAMES E CECCHI on behalf of NOTICE ONLY (CECCHI, JAMES) (Entered: 08/20/2019) |
| 08/20/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 633 NOTICE OF FILING OF JOINT LETTER SETTING TENTATIVE AGENDA FOR THE AUGUST 26, 2019 CASE MANAGEMENT CONFERENCE (djb) (Entered: 08/20/2019) |
| 08/21/2019 | 637 | MOTION to Appear Pro Hac Vice by Jennifer Nolte.( Filing fee $ 201 receipt number AFLNDC-4595726.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (NOLTE, JENNIFER) (Entered: 08/21/2019) |
| 08/21/2019 | 638 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-28) - 13 actions re: MDL 2885. Inasmuch as no objection is pending at this time, the stay is lifted.Signed by Clerk of the Panel John W. Nichols on 8/21/2019. (Attachments: # 1 CTO-28 Finalized) (djb) (Entered: 08/21/2019) |
| 08/21/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 637 MOTION to Appear Pro Hac Vice by Jennifer Nolte. (djb) (Entered: 08/21/2019) |
| 08/21/2019 | 639 | NOTICE of Appearance by ABBY ELIZABETH MCCLELLAN on behalf of NOTICE ONLY (MCCLELLAN, ABBY) (Entered: 08/21/2019) |
| 08/21/2019 | 640 | ORDER - The 637 Motion to Appear Pro Hac Vice by Jennifer Nolte, is DENIED without prejudice for failure to identify any individual case in which counsel appears as attorney of record. See ECF No. 86, ¶ II. Signed by JUDGE M CASEY RODGERS on 8/21/2019. (djb) (Entered: 08/21/2019) |
| 08/22/2019 | 641 | NOTICE of Appearance by RUSSEL HARDIN, JR on behalf of NOTICE ONLY. (HARDIN, RUSSEL) Modified on 8/22/2019 to correct party name. (djb). (Entered: 08/22/2019) |
| 08/22/2019 | 642 | NOTICE of Appearance by DANIEL R DUTKO on behalf of NOTICE ONLY (DUTKO, DANIEL) (Entered: 08/22/2019) |
| 08/22/2019 | 740 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-29) - 9 actions. Re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 8/22/2019. (Attachments: # 1 CTO-29 Finalized) (CTO-29 was not posted in error. Cases were transferred in on 8/22/2019) (djb) (Entered: 10/07/2019) |
| 08/23/2019 | 643 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 actions. Re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by |

| | | Clerk of the Panel John W. Nichols on 8/23/2019. (Attachments: # 1 CTO-30 Finalized) (djb) (Entered: 08/23/2019) |
|---|---|---|
| 08/23/2019 | 644 | Amended MOTION to Appear Pro Hac Vice by Jennifer Nolte.( Filing fee $ 201 receipt number AFLNDC-4598724.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (NOLTE, JENNIFER) (Entered: 08/23/2019) |
| 08/23/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 644 Amended MOTION to Appear Pro Hac Vice by Jennifer Nolte. (djb) (Entered: 08/23/2019) |
| 08/23/2019 | 645 | ORDER granting 644 Motion to Appear Pro Hac Vice (Appointed JENNIFER LEIGH NOLTE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/23/2019. (djb) (Entered: 08/23/2019) |
| 08/23/2019 | 646 | MOTION to Appear Pro Hac Vice by Adam H. Weintraub.( Filing fee $ 201 receipt number AFLNDC-4599774.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (WEINTRAUB, ADAM) (Entered: 08/23/2019) |
| 08/26/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 646 MOTION to Appear Pro Hac Vice by Adam H. Weintraub. (djb) (Entered: 08/26/2019) |
| 08/26/2019 | 647 | STIPULATED ORDER GOVERNING CONFIDENTIALITY OF LAW ENFORCEMENT REPORT 00019-2016-CID133-14635-8C. Signed by JUDGE M CASEY RODGERS on 8/26/2019. (djb) (Entered: 08/26/2019) |
| 08/26/2019 | 648 | ORDER granting 646 Motion to Appear Pro Hac Vice (Appointed ADAM H WEINTRAUB for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/26/2019. (djb) (Entered: 08/26/2019) |
| 08/26/2019 | 649 | NOTICE of Appearance by JEFFREY MILES OSTROW on behalf of Baker John, DAVID ORTIZ GUERRA (OSTROW, JEFFREY) (Entered: 08/26/2019) |
| 08/26/2019 | 650 | DOCKET ANNOTATION BY COURT: Re 551 Case Management Order No. 3. The Case Management Conference No. 4 (following Science Day) will begin at approximately 4:15 pm Central. Counsel may appear by phone at that time. See 5 Notice/Memo for Conference Call Instructions to connect to this hearing. (sps) (Entered: 08/26/2019) |
| 08/26/2019 | 655 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Science Day and Fourth Case Management Conference held on 8/26/2019. (Court Reporter Donna Boland.) (sps) (Entered: 08/28/2019) |
| 08/27/2019 | 651 | CASE MANAGEMENT ORDER NO. 4. The fourth case management conference in this matter was held on August 26, 2019. This Order serves as a non-exhaustive recitation of the key points of discussion during the conference. Case Management Conference is **Friday, September, 27,2019 at 9:30 a.m. CST**. Signed by JUDGE M CASEY RODGERS on 8/27/2019. (djb) Modified on 9/27/2019 to add conference date) (djb). (Entered: 08/27/2019) |
| 08/28/2019 | 652 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 12 actions. re: MDL 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 8/28/2019. (Attachments: # 1 CTO-31 Finalized) (djb) (Entered: 08/28/2019) |
| 08/28/2019 | 653 | NOTICE of Appearance by HARVEY ALTUS on behalf of NOTICE ONLY (ALTUS, HARVEY) (Entered: 08/28/2019) |

| 08/28/2019 | 654 | MOTION to Appear Pro Hac Vice by Tim L. Bowden.( Filing fee $ 201 receipt number AFLNDC-4603799.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing - TN Supreme Court, # 2 Exhibit Certificate of Good Standing - TN District Court) (GAINES, MICHAEL) (Additional attachment(s) added on 8/29/2019: # 3 3M Case List) (djb). Modified on 8/29/2019 (djb). (Entered: 08/28/2019) |
|---|---|---|
| 08/29/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 654 MOTION to Appear Pro Hac Vice by Tim L. Bowden. (djb) (Entered: 08/29/2019) |
| 08/29/2019 | 656 | ORDER granting 654 Motion to Appear Pro Hac Vice (Appointed TIM L BOWDEN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/29/2019. (djb) (Entered: 08/29/2019) |
| 08/30/2019 | 657 | NOTICE of Appearance by JONATHAN ANDREW KNOLL on behalf of NOTICE ONLY (KNOLL, JONATHAN) (Entered: 08/30/2019) |
| 08/30/2019 | 658 | MOTION to Appear Pro Hac Vice by Casey Marshall.( Filing fee $ 201 receipt number AFLNDC-4606567.) by NOTICE ONLY. (MARSHALL, CASEY) (Entered: 08/30/2019) |
| 08/30/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 658 MOTION to Appear Pro Hac Vice by Casey Marshall. (djb) (Entered: 08/30/2019) |
| 08/30/2019 | 659 | MOTION to Seal *Exhibit to Plaintiffs' Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A) (AYLSTOCK, BRYAN) (Entered: 08/30/2019) |
| 08/30/2019 | 660 | MOTION for Disclosure *of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-SEALED) (AYLSTOCK, BRYAN) Modified on 9/3/2019 (djb). (Entered: 08/30/2019) |
| 08/31/2019 | 661 | ORDER granting 659 Motion for Leave to File Under Seal. Signed by JUDGE M CASEY RODGERS on 08/31/2019. (tvj) (Entered: 08/31/2019) |
| 09/02/2019 | 662 | First MOTION to Appear Pro Hac Vice by Andrew Cobos.( Filing fee $ 201 receipt number AFLNDC-4607390.) by NOTICE ONLY. (Attachments: # 1 Appendix Good Standing) (COBOS, ANDREW) (Entered: 09/02/2019) |
| 09/03/2019 | 663 | ORDER granting 658 Motion to Appear Pro Hac Vice (Appointed CASEY D MARSHALL for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/3/2019. (djb) (Entered: 09/03/2019) |
| 09/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 660 Plaintiffs Unopposed MOTION to Authorize Disclosure of Military Records (djb) (Entered: 09/03/2019) |
| 09/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 662 First MOTION to Appear Pro Hac Vice by Andrew Cobos. (djb) (Entered: 09/03/2019) |
| 09/03/2019 | 664 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-32) - 1 action re: MDL No. 2885, 1 in MN/0:19-cv-02297. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 9/3/2019. (Attachments: # 1 CTO-32 Finalized) (djb) (Entered: 09/03/2019) |
| 09/03/2019 | 665 | ORDER granting 662 Motion to Appear Pro Hac Vice (Appointed ANDREW JAMES COBOS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/3/2019. |

| | | |
|---|---|---|
| | | (djb) (Entered: 09/03/2019) |
| 09/03/2019 | 666 | Removed Document (per MCR chambers) Modified on 9/3/2019 (djb). (Entered: 09/03/2019) |
| 09/03/2019 | 667 | MOTION to Appear Pro Hac Vice by Laura Ann Raymond.( Filing fee $ 201 receipt number AFLNDC-4608003.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (RAYMOND, LAURA) (Entered: 09/03/2019) |
| 09/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 667 MOTION to Appear Pro Hac Vice by Laura Ann Raymond. (djb) (Entered: 09/03/2019) |
| 09/03/2019 | 668 | ORDER - Plaintiff Sean Lynch's 213 Motion to Establish Separate Class Action Track and for Selecting Interim Class Counsel is DENIED without prejudice to the future filing of a motion by Plaintiff Leadership seeking class certification and/or the appointment of interim class counsel. Signed by JUDGE M CASEY RODGERS on 9/3/2019. (djb) (Entered: 09/03/2019) |
| 09/03/2019 | 669 | PRIVACY ACT ORDER NO. 2. Plaintiffs' 660 Unopposed Motion to Authorize Disclosure of Military Records, is GRANTED. The Clerk is directed to maintain Exhibit A1 to Plaintiffs' motion, ECF No. 660 -2, UNDER SEAL. The Department of Defense, Defense Logistics Agency, and the United States Army, Navy, Marine Corps, Air Force, and Coast Guard are authorized to produce all records maintained on the individuals identified in Exhibit A1, ECF No. 660 -2, that are responsive to Plaintiffs' accompanying Touhy request, in unredacted form, to be used solely for the purposes of this litigation and not otherwise. All records obtained from the Department of Defense, Defense Logistics Agency, and the United States Army, Navy, Marine Corps, Air Force, and Coast Guard pursuant to this Order are hereby designated as "Confidential Information," as that term is defined in Pretrial Order No. 9, Stipulated Order Governing Confidentiality and Privilege, ECF No. 442 . The parties may not further disclose the information contained in the records except as provided in Pretrial Order No. 9. Signed by JUDGE M CASEY RODGERS on 9/3/2019. (djb) (Entered: 09/03/2019) |
| 09/05/2019 | 670 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-33) - 3 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 9/5/2019. (Attachments: # 1 CTO-33 Finalized) (djb) (Entered: 09/05/2019) |
| 09/05/2019 | 671 | MOTION to Appear Pro Hac Vice by Aram V. Desteian.( Filing fee $ 201 receipt number AFLNDC-4611040.) by NOTICE ONLY. (DESTEIAN, ARAM) (Entered: 09/05/2019) |
| 09/05/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 671 MOTION to Appear Pro Hac Vice by Aram V. Desteian. (djb) (Entered: 09/05/2019) |
| 09/05/2019 | 672 | ORDER granting 667 Motion to Appear Pro Hac Vice (Appointed LAURA RAYMOND for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/5/2019. (djb) (Entered: 09/05/2019) |
| 09/05/2019 | 673 | ORDER granting 671 Motion to Appear Pro Hac Vice (Appointed ARAM V DESTEIAN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/5/2019. (djb) (Entered: 09/05/2019) |
| 09/06/2019 | 674 | NOTICE of Appearance by TIFFANY A WINCHESTER on behalf of NOTICE ONLY (WINCHESTER, TIFFANY) (Entered: 09/06/2019) |
| 09/06/2019 | 675 | NOTICE of Appearance by KIMBALL J JONES on behalf of NOTICE ONLY (JONES, |

| | | KIMBALL) (Entered: 09/06/2019) |
|---|---|---|
| 09/06/2019 | 676 | NOTICE *of Withdrawal of Counsel (Ashley Neglia) Pursuant to Local Rule 11.1(H)(1) (B) and Request for Removal from Service List* by 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BRANSCOME, KIMBERLY) (Entered: 09/06/2019) |
| 09/09/2019 | 677 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of FOURTH CASE MANAGEMENT CONFERENCE Proceedings held on August 26, 2019, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. ***FOR TRANSCRIPT COPIES Email: Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **9/16/2019**. Release of Transcript Restriction set for **12/16/2019**. (dlb) (Entered: 09/09/2019) |
| 09/09/2019 | 678 | MOTION to Remand to State Court by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Affidavit, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5) (SINGLETON, GERALD) (Entered: 09/09/2019) |
| 09/09/2019 | 679 | MOTION to Remand to State Court by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Affidavit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit) (SINGLETON, GERALD) (Entered: 09/09/2019) |
| 09/09/2019 | 680 | MOTION to Remand to State Court by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Affidavit, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5) (SINGLETON, GERALD) (Entered: 09/09/2019) |
| 09/09/2019 | 681 | MOTION to Remand to State Court by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Affidavit, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5) (SINGLETON, GERALD) (Entered: 09/09/2019) |
| 09/09/2019 | 682 | MOTION to Remand to State Court by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Affidavit, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5) (SINGLETON, GERALD) (Entered: 09/09/2019) |
| 09/09/2019 | 683 | MOTION to Remand to State Court by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Affidavit, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5) (SINGLETON, GERALD) (Entered: 09/09/2019) |
| 09/10/2019 | 684 | DOCKET ANNOTATION BY COURT Re: MOTIONS to Remand to State Court (ECF 678 , 679 , 680 , 681 , 682 , and 683 ). The motions were inadvertently filed in the incorrect case. Counsel is instructed to file the motions in each individual civil cases. (sdw) (Entered: 09/10/2019) |
| 09/11/2019 | 685 | NOTICE of Appearance by SHERI LILLIAN STEWART on behalf of NOTICE ONLY (STEWART, SHERI) (Entered: 09/11/2019) |
| 09/12/2019 | 686 | MOTION Seeking Relief re Plaintiffs' Requests for Production Seeking Certain Moldex Depositions by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (BRANSCOME, KIMBERLY) (Entered: 09/12/2019) |
| 09/12/2019 | 687 | MOTION to Seal Document *in Support of Plaintiffs Motion to Compel Discovery and* |

| | | |
|---|---|---|
| | | *Memorandum of Law* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 09/12/2019) |
| 09/12/2019 | 688 | MOTION to Compel *Discovery and Memorandum of Law* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7 - Filed Under Seal, # 8 Exhibit 8 - Filed Under Seal, # 9 Exhibit 9 - Filed Under Seal, # 10 Exhibit 10, # 11 Motion to Compel (Unredacted)) (AYLSTOCK, BRYAN) (djb). Modified on 9/19/2019 (djb). (Entered: 09/12/2019) |
| 09/12/2019 | 689 | MOTION Seeking Relief from Plaintiffs' Requests for Production that Seek Information re Predecessor and Successor Designs of the 3M Earplugs by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Declaration of Michelle Six, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8) (BRANSCOME, KIMBERLY) (Entered: 09/12/2019) |
| 09/12/2019 | 690 | ORDER granting 687 Motion for Leave to File Certain Documents Under Seal. Signed by JUDGE M CASEY RODGERS on 09/12/2019. (tvj) (Entered: 09/12/2019) |
| 09/12/2019 | 691 | Minute Entry for proceedings held before MAGISTRATE JUDGE GARY R JONES: Telephone Conference held on 9/12/2019. (atm) (Entered: 09/13/2019) |
| 09/13/2019 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 686 MOTION Seeking Relief re Plaintiffs' Requests for Production Seeking Certain Moldex Depositions , 688 MOTION to Compel *Discovery and Memorandum of Law*, 689 MOTION Seeking Relief from Plaintiffs' Requests for Production that Seek Information re Predecessor and Successor Designs of the 3M Earplugs . Referred to GARY R JONES. (sdw) (Entered: 09/13/2019) |
| 09/13/2019 | 692 | MOTION to Appear Pro Hac Vice by Joshua A. Millican.( Filing fee $ 201 receipt number AFLNDC-4620870.) by NOTICE ONLY. (MILLICAN, JOSHUA) (Entered: 09/13/2019) |
| 09/16/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 692 MOTION to Appear Pro Hac Vice by Joshua A. Millican. (djb) (Entered: 09/16/2019) |
| 09/16/2019 | 693 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-34) - 1 action re: (1 in IAS/4:19- cv-00266, MDL No. 2885). Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 9/16/2019. (Attachments: # 1 CTO-34 Finalized) (djb) (Entered: 09/16/2019) |
| 09/16/2019 | 694 | ORDER granting 692 Motion to Appear Pro Hac Vice (Appointed JOSHUA A MILLICAN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/16/2019. (djb) (Entered: 09/16/2019) |
| 09/16/2019 | 695 | NOTICE of Appearance by JEFFREY G BLACKWELL on behalf of NOTICE ONLY (BLACKWELL, JEFFREY) Modified on 9/17/2019 to add related civil case number 3:19cv3119-MCR/GRJ (djb). (Entered: 09/16/2019) |
| 09/16/2019 | 696 | MOTION for Leave to Submit Documents for In Camera Review by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BRANSCOME, KIMBERLY) (Entered: 09/16/2019) |
| 09/17/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY |

| | | RODGERS notified that action is needed Re: 696 MOTION for Leave to Submit Documents for In Camera Review (djb) (Entered: 09/17/2019) |
|---|---|---|
| 09/17/2019 | 697 | ORDER granting 696 MOTION for Leave to Submit Documents for In Camera Review. Signed by JUDGE M CASEY RODGERS on 9/17/2019. (djb) (Entered: 09/17/2019) |
| 09/17/2019 | 698 | NOTICE of Appearance by MARK D RECK on behalf of NOTICE ONLY (RECK, MARK) (Entered: 09/17/2019) |
| 09/17/2019 | 699 | NOTICE of Appearance by JAMES H COOK on behalf of NOTICE ONLY (COOK, JAMES) Modified on 9/18/2019 (djb). (Entered: 09/17/2019) |
| 09/17/2019 | 700 | MOTION to Appear Pro Hac Vice by James H. Cook.( Filing fee $ 201 receipt number AFLNDC-4623686.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order) (COOK, JAMES) Modified on 9/18/2019 (djb). (Entered: 09/17/2019) |
| 09/18/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 700 MOTION to Appear Pro Hac Vice by James H. Cook. (djb) (Entered: 09/18/2019) |
| 09/18/2019 | 701 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 14 actions. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 9/18/2019. Signed by JUDGE M CASEY RODGERS on 9/18/2019. (Attachments: # 1 CTO-35 Finalized) (djb) (Entered: 09/18/2019) |
| 09/19/2019 | 702 | ORDER granting 700 Motion to Appear Pro Hac Vice (Appointed JAMES H COOK for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/19/2019. (djb) (Entered: 09/19/2019) |
| 09/20/2019 | 703 | MOTION to Seal Document *Master Long Form Complaint and Jury Demand* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 09/20/2019) |
| 09/20/2019 | 704 | MASTER LONG FORM COMPLAINT AND JURY TRIAL DEMAND by LEAD COUNSEL FOR PLAINTIFFS (Redacted) (AYLSTOCK, BRYAN) (Additional attachment(s) added on 9/20/2019: # 1 Plaintiffs' Master Long Form Complaint and Jury Trial Demand - Unredacted) (djb). Modified on 10/3/2019 (djb). (Entered: 09/20/2019) |
| 09/20/2019 | 705 | Master Short Form Complaint and Jury Trial Demand by LEAD COUNSEL FOR PLAINTIFFS (AYLSTOCK, BRYAN) Modified on 10/3/2019 (djb). (Entered: 09/20/2019) |
| 09/20/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 703 MOTION to Seal Document Master Long Form Complaint and Jury Demand; 704 Notice of Filing Master Long Form Complaint and Jury Demand; see also 705 Notice of Filing Master Short Form Complaint and Jury Trial Demand (djb) (Entered: 09/20/2019) |
| 09/20/2019 | 706 | ORDER granting 703 Motion for Leave to File the Master Long Form Complaint and Jury Trial Demand Under Seal. Signed by JUDGE M CASEY RODGERS on 9/20/2019. (djb) (Entered: 09/20/2019) |
| 09/23/2019 | 707 | NOTICE of Appearance by MITCHELL A TOUPS on behalf of NOTICE ONLY (Attachments: # 1 Exhibit Certificates of Good Standing) (TOUPS, MITCHELL) (Entered: 09/23/2019) |
| 09/24/2019 | 708 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-36) - 3 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by |

| | | |
|---|---|---|
| | | Clerk of the Panel John W. Nichols on 9/24/2019. (Attachments: # 1 CTO-36 Finalized) (djb) (Entered: 09/24/2019) |
| 09/24/2019 | 709 | MOTION to Seal Document *Exhibits to Their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A) (AYLSTOCK, BRYAN) (Entered: 09/24/2019) |
| 09/24/2019 | 710 | MOTION for Disclosure *of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1 through A4 (under seal), # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 9/25/2019) (djb). (Entered: 09/24/2019) |
| 09/24/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 709 MOTION to Seal Document *Exhibits to Their Motion to Authorize Disclosure of Military Records* (djb) (Entered: 09/24/2019) |
| 09/24/2019 | 711 | ORDER granting 709 Motion For Leave to File Under Seal Exhibits to Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 9/24/2019. (djb) (Entered: 09/24/2019) |
| 09/24/2019 | 712 | PRIVACY ACT ORDER NO. 3. Plaintiffs' 710 Unopposed MOTION to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 710 -2, UNDER SEAL. The Department of Defense, Defense Logistics Agency, and the United States Army, Navy, Marine Corps, Air Force, and Coast Guard are authorized to produce all records maintained on the individuals identified in Exhibits A1 through A4, ECF No. 710 -2, that are responsive to Plaintiffs' accompanying Touhy request, in unredacted form, to be used solely for the purposes of this litigation and not otherwise. All records obtained from the Department of Defense, Defense Logistics Agency, and the United States Army, Navy, Marine Corps, Air Force, and Coast Guard pursuant to this Order are hereby designated as "Confidential Information," as that term is defined in Pretrial Order No. 9, Stipulated Order Governing Confidentiality and Privilege, ECF No. 442 . The parties may not further disclose the information contained in the records except as provided in Pretrial Order No. 9. Signed by JUDGE M CASEY RODGERS on 9/24/2019. (djb) (Entered: 09/24/2019) |
| 09/27/2019 | 714 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Fifth Case Management Conference held on 9/27/2019. (Court Reporter Donna Boland.) (sps) (Entered: 09/27/2019) |
| 09/27/2019 | 715 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on September 27, 2019, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. ******TRANSCRIPT-COPIES:Email:Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **10/4/2019**. Release of Transcript Restriction set for **1/2/2020**. (dlb) (Entered: 09/27/2019) |
| 09/30/2019 | 716 | MOTION to Appear Pro Hac Vice by NOTICE ONLY.( Filing fee $ 201 receipt number AFLNDC-4636515.) by Robert Scot Kraeuter. (Attachments: # 1 Certificate of Good Standing) (KRAEUTER, ROBERT) Modified on 9/30/2019 to correct filer name and remove from docket as defendant (djb). (Entered: 09/30/2019) |
| 09/30/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY |

| | | RODGERS notified that action is needed Re: 716 MOTION to Appear Pro Hac Vice by R. Scot Kraeuter. (djb) (Entered: 09/30/2019) |
|---|---|---|
| 09/30/2019 | 717 | ORDER granting 716 Motion to Appear Pro Hac Vice (Appointed ROBERT SCOT KRAEUTER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/29/2019. (djb) (Entered: 09/30/2019) |
| 10/02/2019 | 718 | MOTION to Appear Pro Hac Vice by Keith Jensen.( Filing fee $ 201 receipt number AFLNDC-4640336.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (JENSEN, KEITH) (Entered: 10/02/2019) |
| 10/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 718 MOTION to Appear Pro Hac Vice by Keith Jensen. (djb) (Entered: 10/03/2019) |
| 10/03/2019 | 719 | ORDER granting 718 Motion to Appear Pro Hac Vice (Appointed KEITH M JENSEN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 10/3/2019. (djb) (Entered: 10/03/2019) |
| 10/03/2019 | 720 | MOTION to Appear Pro Hac Vice by Thomas V. Ayala.( Filing fee $ 201 receipt number AFLNDC-4641023.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificates of Good Standing) (AYALA, THOMAS) (Entered: 10/03/2019) |
| 10/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 720 MOTION to Appear Pro Hac Vice by Thomas V. Ayala. (djb) (Entered: 10/03/2019) |
| 10/03/2019 | 721 | ORDER granting 720 Motion to Appear Pro Hac Vice (Appointed THOMAS V AYALA for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 10/3/2019. (djb) (Entered: 10/03/2019) |
| 10/03/2019 | 722 | CASE MANAGEMENT ORDER NO. 5. Plaintiffs' Master Long Form and Short Form Complaints were filed on September 20, 2019. See ECF Nos. 703 , 704 , 705 . Defendants' response will be filed by October 31, 2019. The procedures for use of short form complaints in this litigation will be set forth in a separate pretrial order. Case management conferences through the end of the year are scheduled as follows: Friday, **October 25, 2019 at 9:30 a.m.** , Friday, November 22, 2019 at 9:30 a.m., Monday, December 16, 2019 at 9:30 a.m. Signed by JUDGE M CASEY RODGERS on 10/3/2019. (djb) (Entered: 10/03/2019) |
| 10/03/2019 | 723 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |
| 10/03/2019 | 724 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |
| 10/03/2019 | 725 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |
| 10/03/2019 | 726 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |
| 10/03/2019 | 727 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |
| 10/03/2019 | 728 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |
| 10/03/2019 | 729 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |

| 10/03/2019 | 730 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |
|---|---|---|
| 10/03/2019 | 731 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |
| 10/03/2019 | 732 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |
| 10/03/2019 | 733 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |
| 10/03/2019 | 734 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |
| 10/03/2019 | 735 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |
| 10/04/2019 | 736 | NOTICE of Voluntary Dismissal by NOTICE ONLY (CONNORS, CLAYTON) (Entered: 10/04/2019) |
| 10/04/2019 | 737 | DOCKET ANNOTATION BY COURT: NOTICE TO COUNSEL - Voluntary Dismissals should be filed in individual civil cases only. (djb) (Entered: 10/04/2019) |
| 10/07/2019 | 738 | NOTICE of Appearance by MARK J DEARMAN on behalf of NOTICE ONLY (DEARMAN, MARK) (Entered: 10/07/2019) |
| 10/07/2019 | 739 | MOTION to Appear Pro Hac Vice by Mitchell A. Toups.( Filing fee $ 201 receipt number AFLNDC-4644474.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (TOUPS, MITCHELL) (Entered: 10/07/2019) |
| 10/07/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 739 MOTION to Appear Pro Hac Vice by Mitchell A. Toups. (djb) (Entered: 10/07/2019) |
| 10/07/2019 | 741 | MOTION to Appear Pro Hac Vice( Filing fee $ 201 receipt number AFLNDC-4644953.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (NEVIN, BARBARA) (Entered: 10/07/2019) |
| 10/07/2019 | 742 | ORDER granting 739 Motion to Appear Pro Hac Vice (Appointed MITCHELL A TOUPS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 10/7/2019. (djb) (Entered: 10/07/2019) |
| 10/07/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 741 MOTION to Appear Pro Hac Vice by Barbara Nilva Nevin (djb) (Entered: 10/07/2019) |
| 10/07/2019 | 743 | ORDER - Barbara Nilva Nevin's 741 Motion to Appear Pro Hac Vice is DENIED without prejudice for failure to identify any individual case in which counsel appears as attorney of record. See ECF No. 86 , II. Signed by JUDGE M CASEY RODGERS on 10/7/2019. (djb) (Entered: 10/08/2019) |
| 10/09/2019 | 744 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-37) - 2 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 10/9/2019. (Attachments: # 1 CTO-37 Finalized) (djb) (Entered: 10/09/2019) |
| 10/09/2019 | 745 | NOTICE of Appearance by JERRY W SULLIVAN on behalf of NOTICE ONLY (SULLIVAN, JERRY) (Entered: 10/09/2019) |

| 10/09/2019 | 746 | MOTION to Seal Document *Exhibits to Plaintiffs' Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 10/09/2019) |
| 10/09/2019 | 747 | MOTION for Disclosure *of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 Cover, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 10/10/2019) (djb). (Entered: 10/09/2019) |
| 10/09/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 746 MOTION to Seal Document *Exhibits to Plaintiffs' Motion to Authorize Disclosure of Military Records* (djb) (Entered: 10/09/2019) |
| 10/09/2019 | 748 | ORDER granting in part and denying in part 686 Plaintiffs' Requests for Production of Certain Moldex Depositions; granting in part and denying in part 688 Plaintiffs' Motion to Compel Discovery; granting in part and denying in part 689 Plaintiffs' Requests for Production of Information Regarding Predecessor and Successor Designs of the 3M Earplugs. Signed by MAGISTRATE JUDGE GARY R JONES on 10/09/19. (grj) (Entered: 10/09/2019) |
| 10/10/2019 | 749 | ORDER granting 746 MOTION to Seal Document *Exhibits to Plaintiffs' Motion to Authorize Disclosure of Military Records.* Signed by JUDGE M CASEY RODGERS on 10/10/2019. (djb) (Entered: 10/10/2019) |
| 10/10/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 747 Plaintiffs' Unopposed MOTION for Disclosure of Military Records (djb) (Entered: 10/10/2019) |
| 10/10/2019 | 750 | PRIVACY ACT ORDER NO. 4. Plaintiffs' 747 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 747 -2, UNDER SEAL. All records obtained from the Department of Defense, Defense Logistics Agency, and the United States Army, Navy, Marine Corps, Air Force, and Coast Guard pursuant to this Order are hereby designated as "Confidential Information," as that term is defined in 442 Pretrial Order No. 9, Stipulated Order Governing Confidentiality and Privilege. The parties may not further disclose the information contained in the records except as provided in Pretrial Order No. 9. Signed by JUDGE M CASEY RODGERS on 10/10/2019. (djb) (Entered: 10/10/2019) |
| 10/10/2019 | 751 | ORDER scheduling telephone conference before Magistrate Judge Gary R. Jones on October 21, 2019 at 3:00 PM (EDST) re: sealing documents. Signed by MAGISTRATE JUDGE GARY R JONES on 10/10/19. (grj) (Entered: 10/10/2019) |
| 10/11/2019 | 752 | NOTICE *of Filing Joint Letter from Christopher A. Seeger re: Proposed Order Regarding Judge David Herndon's Appointment as Special Master* by CO-LEAD COUNSEL FOR PLAINTIFFS (Attachments: # 1 Text of Proposed Order) (SEEGER, CHRISTOPHER) (Entered: 10/11/2019) |
| 10/11/2019 | 753 | NOTICE of Appearance by JOSH WILLIAM HOPKINS on behalf of ADRIAN ALAN ARRIOLA (HOPKINS, JOSH) (Entered: 10/11/2019) |
| 10/11/2019 | 754 | MOTION to Appear Pro Hac Vice by Sarah L. Adle.( Filing fee $ 201 receipt number AFLNDC-4653029.) by NOTICE ONLY. (Attachments: # 1 Exhibit Letter of Good Standing, # 2 Exhibit Proposed Order) (ADLE, SARAH) (Entered: 10/11/2019) |
| 10/11/2019 | 755 | Minute Entry for proceedings held before MAGISTRATE JUDGE GARY R JONES: Telephone Conference held on 10/11/2019. (Tape #GNV DCR 2019.) (atm) (Entered: |

| | | 10/11/2019) |
|---|---|---|
| 10/14/2019 | 756 | NOTICE of Voluntary Dismissal by NICOLE GOEHRING (SEIDMAN, DANIEL) (Entered: 10/14/2019) |
| 10/15/2019 | 757 | DOCKET ANNOTATION BY COURT: Notice to Attorney, Daniel Seidman Please file in individual civil cases only and not in the lead case. Re 756 Notice of Voluntary Dismissal filed by NICOLE GOEHRING (djb) (Entered: 10/15/2019) |
| 10/15/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 754 MOTION to Appear Pro Hac Vice by Sarah L. Adle. (djb) (Entered: 10/15/2019) |
| 10/15/2019 | 758 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-38) - 1 action re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 10/15/2019. (Attachments: # 1 CTO-38 Finalized) (djb) (Entered: 10/15/2019) |
| 10/15/2019 | 759 | ORDER granting 754 Motion to Appear Pro Hac Vice (Appointed SARAH G ADLE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 10/15/2019. (djb) (Entered: 10/15/2019) |
| 10/15/2019 | 760 | ORDER OF APPOINTMENT - Pursuant to Federal Rule of Civil Procedure 53 and its inherent authority, the Court hereby appoints retired Judge David Herndon as a Special Master in this proceeding for the purpose of assisting the Court in moving the affirmative defenses into a posture for dispositive motion practice and to do so as efficiently and expediently as possible. DAVID HERNDON added. Signed by JUDGE M CASEY RODGERS on 10/15/2019. (djb) (Entered: 10/15/2019) |
| 10/15/2019 | 761 | PRETRIAL ORDER NO. 16. Multi-Plaintiff Actions. Signed by JUDGE M CASEY RODGERS on 10/15/2019. (TVJ) (Entered: 10/15/2019) |
| 10/16/2019 | 762 | STIPULATION of Dismissal *without Prejudice* by ALEXANDER FRASER. (DUGAN, JAMES) (Entered: 10/16/2019) |
| 10/16/2019 | 763 | PRETRIAL ORDER NO. 17 ORDER GOVERNING ADOPTION OF MASTER COMPLAINT AND SHORT FORM COMPLAINT FOR FILED CASES. All Plaintiffs with a case pending in this MDL as of the date of this Order must file a Short Form Complaint within 20 days of the date of this Order. Any Plaintiff whose case becomes part of this MDL after the date of this Order, either by a direct filing and assignment to this Court (if permitted by subsequent order of the Court) or by transfer from another district or from another judge in this district, must file a Short Form Complaint within 20 days from the date of transfer or, if originally filed in this district, assignment to this Court. By **10/31/2019**, the Defendants named in the Master Complaint must file a Master Answer on the MDL docket. As set forth herein, after the Master Answer has been filed in this MDL No. 2885, it will be deemed adopted in every case. As a result, following the filing of the Master Answer, any Plaintiff who wishes to voluntarily dismiss any case filed in or transferred to this MDL must comply with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Signed by JUDGE M CASEY RODGERS on 10/16/2019. (Short Form Complaints file by **11/5/2019**.) (djb) (Entered: 10/16/2019) |
| 10/17/2019 | 764 | DOCKET ANNOTATION BY COURT: NOTICE TO FILER - FILE the NOTICE OF VOLUNTARY DISMISSAL in the individual civil case only. Re 762 Stipulation of Dismissal filed by ALEXANDER FRASER (djb) (Entered: 10/17/2019) |
| 10/17/2019 | 765 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-39) - 1 action ) re: MDL No. 2885, 1 in MSN/1:19-cv-00176) Inasmuch as no objection is pending at this time, |

| | | |
|---|---|---|
| | | the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 10/17/2019. (Attachments: # 1 CTO-39 Finalized) (djb) (Entered: 10/17/2019) |
| 10/17/2019 | 766 | NOTICE *of Counsel to Stop Receiving Notices of Electronic Filing* by NOTICE ONLY (MAKHAIL, MARK) (Entered: 10/17/2019) |
| 10/17/2019 | 767 | NOTICE *of Counsel to Stop Receiving Notices of Electronic Filing* by NOTICE ONLY (MAKHAIL, MARK) (Entered: 10/17/2019) |
| 10/17/2019 | 768 | NOTICE *of Counsel to Stop Receiving Notices of Electronic Filing* by NOTICE ONLY (BOWER, ZACHARY) (Entered: 10/17/2019) |
| 10/17/2019 | 769 | NOTICE *of Counsel to Stop Receiving Notices of Electronic Filing* by NOTICE ONLY (BOWER, ZACHARY) (Entered: 10/17/2019) |
| 10/18/2019 | 770 | NOTICE *of Counsel to Stop Receiving Notices of Electronic Filing* by NOTICE ONLY (CECCHI, JAMES) (Entered: 10/18/2019) |
| 10/18/2019 | 771 | NOTICE *of Counsel to Stop Receiving Notices of Electronic Filing* by NOTICE ONLY (CECCHI, JAMES) (Entered: 10/18/2019) |
| 10/21/2019 | 772 | NOTICE of Appearance by THOMAS C CERULLO on behalf of NOTICE ONLY (CERULLO, THOMAS) (Entered: 10/21/2019) |
| 10/21/2019 | 773 | Minute Entry for proceedings held before MAGISTRATE JUDGE GARY R JONES: Telephone Conference held on 10/21/2019. Written order to follow. (Tape #GNV DCR 2019.) (atm) (Entered: 10/21/2019) |
| 10/22/2019 | 774 | MOTION to Appear Pro Hac Vice by Tudor Farcas.( Filing fee $ 201 receipt number AFLNDC-4664552.) by NOTICE ONLY. (FARCAS, TUDOR) (Entered: 10/22/2019) |
| 10/22/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 774 MOTION to Appear Pro Hac Vice by Tudor Farcas. (djb) (Entered: 10/22/2019) |
| 10/22/2019 | 775 | PRETRIAL ORDER NO. 18 ORDER GOVERNING INITIAL CENSUS REQUIREMENTS FOR FILED CASES. Signed by JUDGE M CASEY RODGERS on 10/22/2019. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (djb) (Entered: 10/22/2019) |
| 10/22/2019 | 776 | ORDER granting 774 Motion to Appear Pro Hac Vice (Appointed TUDOR FARCAS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 10/22/2019. (djb) (Entered: 10/22/2019) |
| 10/22/2019 | 777 | ORDER confirming rulings at October 22, 2019 telephonic hearing re: sealing protocol and additional custodians. Signed by MAGISTRATE JUDGE GARY R JONES on 10/22/19. (grj) (Entered: 10/22/2019) |
| 10/23/2019 | 778 | MOTION to Appear Pro Hac Vice by Barbara N. Nevin.( Filing fee $ 201 receipt number AFLNDC-4666409.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (NEVIN, BARBARA) (Entered: 10/23/2019) |
| 10/23/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 778 MOTION to Appear Pro Hac Vice by Barbara N. Nevin. (djb) (Entered: 10/23/2019) |
| 10/23/2019 | 779 | MOTION to Seal Document *Plaintiffs Motion for Leave to File Under Seal Exhibits to Their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 10/23/2019) |
| 10/23/2019 | 780 | MOTION for Disclosure *Plaintiffs Unopposed Motion to Authorize Disclosure of* |

| | | |
|---|---|---|
| | | *Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 10/24/2019) (djb). (Entered: 10/23/2019) |
| 10/23/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 779 Plaintiffs Motion for Leave to File Under Seal Exhibits to Their Motion to Authorize Disclosure of Military Records (djb) (Entered: 10/23/2019) |
| 10/23/2019 | 781 | Removed Document (per MCR chambers) Modified on 10/24/2019 (djb). (Entered: 10/23/2019) |
| 10/23/2019 | 782 | Removed Document (per MCR chambers) Modified on 10/24/2019 (djb). (Entered: 10/23/2019) |
| 10/23/2019 | 783 | First MOTION to Extend Time*Motion for Leave to Extend Time to Serve Defendants* by IVAN BAUER. (AZIZ, MUHAMMAD) (Entered: 10/23/2019) |
| 10/24/2019 | 784 | DOCKET ANNOTATION BY COURT: NOTICE TO Attorney, Mark D. Reck ALL Amended Complaints are to be filed in the individual civil cases only. Please re-file in the correct cases. Re 782 Amended Complaint filed by NOTICE ONLY, 781 Amended Complaint filed by NOTICE ONLY (djb) (Entered: 10/24/2019) |
| 10/24/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 783 Motion for Leave to Extend Time to Serve Defendants (djb) (Entered: 10/24/2019) |
| 10/24/2019 | 785 | ORDER granting 778 Motion to Appear Pro Hac Vice (Appointed BARBARA N NEVIN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 10/24/2019. (djb) (Entered: 10/24/2019) |
| 10/24/2019 | 786 | ORDER granting 779 Plaintiffs' Motion for Leave to File Under Seal Exhibits to Their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 10/24/2019. (djb) (Entered: 10/24/2019) |
| 10/24/2019 | 787 | PRIVACY ACT ORDER NO. 5. Plaintiffs' 780 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 780 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 10/24/2019. (djb) (Entered: 10/24/2019) |
| 10/24/2019 | 788 | ORDER entered pursuant to telephonic hearing during which Court approved a framework by which a party may file a document under seal signed by MAGISTRATE JUDGE GARY R JONES on 10/24/19. (tss) (Entered: 10/24/2019) |
| 10/24/2019 | 789 | NOTICE of Appearance by FRANK S GATTUSO on behalf of NOTICE ONLY (GATTUSO, FRANK) (Entered: 10/24/2019) |
| 10/25/2019 | 790 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS:6th Case Management Conference held on 10/25/2019. Order to follow. (Court Reporter Donna Boland.) (sps) (Entered: 10/28/2019) |
| 10/28/2019 | 791 | ORDER - The 783 Motion for Leave to Extend Time for Service of Summonses and Complaints is denied without prejudice for failure to comply with the Local Rules of this Court, as it lacks a certificate "confirming that the moving party complied with the attorney-conference requirement of Local Rule 7.1(B) and setting out the results" of that conference. Signed by JUDGE M CASEY RODGERS on 10/28/2019. (djb) (Entered: 10/28/2019) |
| 10/28/2019 | 792 | NOTICE of Voluntary Dismissal by NOTICE ONLY (HERZFELD, TRICIA) (Entered: |

| | | 10/28/2019) |
|---|---|---|
| 10/29/2019 | 793 | DOCKET ANNOTATION BY COURT: NOTICE to Attorney, Tricia Herzfeld, Re 792 Notice of Voluntary Dismissal filed by NOTICE ONLY. Please docket the voluntary dismissals in the individual member civil cases only. (djb) (Entered: 10/29/2019) |
| 10/29/2019 | 794 | NOTICE of Voluntary Dismissal by NATHANIEL F HIEB (ORENT, JONATHAN) (Entered: 10/29/2019) |
| 10/29/2019 | 795 | DOCKET ANNOTATION BY COURT: Notice to Attorney Jonathan D Orent, File the dismissal in the individual civil case. Re 794 Notice of Voluntary Dismissal filed by NATHANIEL F HIEB (djb) (Entered: 10/29/2019) |
| 10/30/2019 | 796 | NOTICE of Appearance by CHRIS ECONOMOU on behalf of NOTICE ONLY (ECONOMOU, CHRIS) (Entered: 10/30/2019) |
| 10/30/2019 | 797 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of SIXTH CASE MANAGEMENT CONFERENCE Proceedings held on October 25, 2019, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. Email:Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **11/6/2019**. Release of Transcript Restriction set for **2/4/2020**. (dlb) (Entered: 10/30/2019) |
| 10/31/2019 | 798 | MOTION to Compel *Discovery* by CO-LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10 - Filed Under Seal (Placeholder), # 11 Exhibit 11) (SEEGER, CHRISTOPHER) (Entered: 10/31/2019) |
| 10/31/2019 | 799 | PRETRIAL ORDER NO. 19. A number of individual cases that were severed pursuant to Pretrial Order No. 16 have now been improperly refiled in the Gainesville division of this Court. In the future, any case filed in this district against 3M Company and/or its subsidiaries alleging claims involving the Dual-Ended Combat Arms Earplug must be filed in the Pensacola division of the Court. Signed by JUDGE M CASEY RODGERS on 10/31/2019. (djb) (Entered: 10/31/2019) |
| 10/31/2019 | 800 | ANSWER to Complaint by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BRANSCOME, KIMBERLY) (Additional attachment(s) added on 11/1/2019: # 1 Unredacted Answer to Master Complaint) (djb). (Entered: 10/31/2019) |
| 11/01/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 800 Answer to 704 Master Long Form Complaint (djb) (Entered: 11/01/2019) |
| 11/01/2019 | 801 | NOTICE of Appearance by PETER MAWN FARREN on behalf of NOTICE ONLY (FARREN, PETER) (Entered: 11/01/2019) |
| 11/01/2019 | 802 | Removed Document (per MCR chambers) - Modified on 11/4/2019 (djb). (djb). (Entered: 11/01/2019) |
| 11/01/2019 | 803 | Removed Document (per MCR chambers) Modified on 11/4/2019 (djb). (Entered: 11/01/2019) |

| 11/01/2019 | 804 | MEMORANDUM in Opposition re 798 MOTION to Compel *Discovery* filed by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BRANSCOME, KIMBERLY) (Entered: 11/01/2019) |
|---|---|---|
| 11/02/2019 | 805 | Removed Document (per MCR chambers) Modified on 11/4/2019 (djb). (Entered: 11/02/2019) |
| 11/04/2019 | 806 | DOCKET ANNOTATION BY COURT: NOTICE to Attorneys, Nicholas W. Armstrong, Stephen B. Murray, Sr. and Jeffrey L. Haberman: All short form complaints are to be filed in the individual civil cases only. Please re-file. Re 802 Amended Complaint filed by NOTICE ONLY, 805 Amended Complaint filed by ERIC GLOCER, 803 Amended Complaint filed by DANIEL WOODS. (djb) (Entered: 11/04/2019) |
| 11/04/2019 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 798 MOTION to Compel *Discovery*, 804 Memorandum in Opposition to Motion. Referred to GARY R JONES. (djb) (Entered: 11/04/2019) |
| 11/04/2019 | 807 | NOTICE *of Counsel to Stop Receiving Notices of Electronic Filing* by NOTICE ONLY (MEEDER, JESSICA) (Entered: 11/04/2019) |
| 11/04/2019 | 808 | MOTION for Leave to File re 798 MOTION to Compel *Discovery*, 804 Memorandum in Opposition to Motion *PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY* by Co-Chair PSC. (BUCHANAN, DAVID) (Entered: 11/04/2019) |
| 11/05/2019 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 808 MOTION for Leave to File Reply in Support of 798 MOTION to Compel Discovery. Referred to GARY R JONES. (djb) (Entered: 11/05/2019) |
| 11/05/2019 | 809 | MOTION to Appear Pro Hac Vice by Karl Gunderson.( Filing fee $ 201 receipt number AFLNDC-4687943.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A (Certificate of Good Standing (IL)), # 2 Exhibit A (Certificate of Good Standing (PA))) (GUNDERSON, KARL) (Entered: 11/05/2019) |
| 11/05/2019 | 810 | ORDER granting 808 Plaintiffs' Unopposed Motion for Leave to File Reply in Support of Plaintiffs' Motion to Compel Discovery. Plaintiffs' reply due by November 5, 2019. Signed by MAGISTRATE JUDGE GARY R JONES on 11/5/19. (grj) (Entered: 11/05/2019) |
| 11/05/2019 | 811 | REPLY to Response to Motion re 798 MOTION to Compel *Discovery* , RESPONSE in Support filed by CO-LEAD COUNSEL FOR PLAINTIFFS. (SEEGER, CHRISTOPHER) (Additional attachment(s) added on 11/5/2019: # 1 Unredacted Reply (Sealed)) (djb). (Entered: 11/05/2019) |
| 11/05/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 809 MOTION to Appear Pro Hac Vice by Karl Gunderson. (djb) (Entered: 11/05/2019) |
| 11/05/2019 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 798 MOTION to Compel Discovery, 804 Memorandum in Opposition to Motion, 811 Reply to Response to Motion. Referred to GARY R JONES. (djb) Modified on 11/13/2019 to correct judge association (djb). (Entered: 11/05/2019) |

| 11/05/2019 | 812 | ORDER granting 809 Motion to Appear Pro Hac Vice (Appointed KARL B GUNDERSON for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC and AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 11/5/2019. (djb) (Entered: 11/05/2019) |
|---|---|---|
| 11/05/2019 | 813 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings - TELEPHONE CONFERENCE - held on October 21, 2019, before Judge Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. ****FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **11/12/2019**. Release of Transcript Restriction set for **2/10/2020**. (dlb) (Entered: 11/05/2019) |
| 11/06/2019 | 814 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Miltary Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 11/06/2019) |
| 11/06/2019 | 815 | MOTION for Disclosure *of Miltary Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 11/6/2019) (djb). (Entered: 11/06/2019) |
| 11/06/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 814 MOTION to Seal Document Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records (djb) (Entered: 11/06/2019) |
| 11/06/2019 | 816 | ORDER granting 814 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 11/6/2019. (djb) (Entered: 11/06/2019) |
| 11/06/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 815 Plaintiffs Unopposed MOTION for Disclosure of Military Records (djb) (Entered: 11/06/2019) |
| 11/06/2019 | 817 | PRIVACY ACT ORDER NO. 6. Plaintiffs' 815 Unopposed Motion for Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs motion, ECF No. 815 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 11/6/2019. (djb) (Entered: 11/06/2019) |
| 11/06/2019 | 818 | ORDER granting in part 798 Plaintiffs' Motion to Compel Discovery. Signed by MAGISTRATE JUDGE GARY R JONES on 11/6/19. (grj) (Entered: 11/06/2019) |
| 11/06/2019 | 819 | MOTION to Appear Pro Hac Vice by S. Everett Pepper.( Filing fee $ 201 receipt number AFLNDC-4691297.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (PEPPER, STACY) (Entered: 11/06/2019) |
| 11/07/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 819 MOTION to Appear Pro Hac Vice by S. Everett Pepper. (djb) (Entered: 11/07/2019) |
| 11/07/2019 | 820 | ORDER granting 819 Motion to Appear Pro Hac Vice (Appointed STACY EVERETT |

| | | PEPPER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 11/7/2019. (djb) (Entered: 11/07/2019) |
|---|---|---|
| 11/08/2019 | 821 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 1 action re: MDL No. 2885, 1 in MN/0:19-cv-02788. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 11/8/2019. (Attachments: # 1 CTO-40 Finalized) (djb) (Entered: 11/08/2019) |
| 11/08/2019 | 822 | ORDER - The Seventh Case Management Conference currently set for December 16, 2019 is hereby cancelled, to accommodate the parties' deposition schedule. The January 2020 conference will be rescheduled at a later date. Signed by JUDGE M CASEY RODGERS on 11/8/2019. (djb) (Entered: 11/08/2019) |
| 11/08/2019 | 823 | Removed Document (per MCR chambers) Modified on 11/8/2019 (djb). (Entered: 11/08/2019) |
| 11/12/2019 | 824 | NOTICE of Appearance by EDWARD A READY on behalf of NOTICE ONLY (READY, EDWARD) (Entered: 11/12/2019) |
| 11/13/2019 | 825 | ORDER re 775 PRETRIAL ORDER NO. 18 ORDER GOVERNING INITIAL CENSUS REQUIREMENTS FOR FILED CASES. All Minnesota cases in which a remand motion is currently pending are hereby relieved from the obligation to comply with the Initial Census Order, until further order of the Court. Signed by JUDGE M CASEY RODGERS on 11/13/2019. (djb) (Entered: 11/13/2019) |
| 11/13/2019 | 826 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 11/13/2019) |
| 11/13/2019 | 827 | MOTION for Disclosure *Plaintiffs Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 Under Seal, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 11/14/2019) (djb). (Entered: 11/13/2019) |
| 11/14/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 826 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their 827 Plaintiffs Motion to Authorize Disclosure of Military Records (djb) (Entered: 11/14/2019) |
| 11/14/2019 | 828 | ORDER granting 826 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 11/14/2019. (djb) (Entered: 11/14/2019) |
| 11/14/2019 | 829 | PRIVACY ACT ORDER NO. 7. Plaintiffs' 827 Unopposed Motion to Authorize Disclosure of MilitaryRecords is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 11/14/2019. (djb) (Entered: 11/14/2019) |
| 11/18/2019 | 830 | NOTICE of Appearance by ADAM J LANGINO on behalf of NOTICE ONLY (LANGINO, ADAM) (Entered: 11/18/2019) |
| 11/19/2019 | 831 | ORDER LIFTING STAY OF CTO (CTO-28) AND VACATING THE DECEMBER 5, 2019 HEARING SESSION ORDER in MDL No. 2885. Re: MA/1:19-cv-11663. IT IS THEREFORE ORDERED that CTO-28 filed on AUGUST 13, 2019, is lifted insofar as it relates to this action. Signed by Clerk of the Panel John W. Nichols on 11/19/2019. (Attachments: # 1 E-Mail Re: CTO-28 stay lifted) (djb) (Entered: 11/19/2019) |
| 11/19/2019 | 832 | ORDER - Case management conferences are hereby scheduled at 9:30 Central on the |

| | | |
|---|---|---|
| | | following dates: Tuesday, **January 14, 2020**; Friday, February 21, 2020; Friday, March 27, 2020; Friday, April 24, 2020; Friday, May 29, 2020. The Court will hold a preconference meeting at 8:30 Central with those attorneys permitted to attend under Case Management Order No. 2, ECF No. 452 . Signed by JUDGE M CASEY RODGERS on 11/19/2019. (djb) (Entered: 11/20/2019) |
| 11/21/2019 | 833 | MOTION to Appear Pro Hac Vice by Joseph M. Bruno.( Filing fee $ 201 receipt number AFLNDC-4712349.) by NOTICE ONLY. (Attachments: # 1 Exhibit Ex 1- Certificate of Good Standing, # 2 Exhibit Ex 2 - Certificate of Good Standing, # 3 Text of Proposed Order) (BRUNO, JOSEPH) (Entered: 11/21/2019) |
| 11/21/2019 | 834 | NOTICE of Appearance by JOSEPH M BRUNO, SR on behalf of NOTICE ONLY (BRUNO, JOSEPH) (Entered: 11/21/2019) |
| 11/21/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 833 MOTION to Appear Pro Hac Vice by Joseph M. Bruno. (djb) (Entered: 11/21/2019) |
| 11/21/2019 | 838 | ORDER granting 833 Motion to Appear Pro Hac Vice by Joseph M. Bruno. Signed by JUDGE M CASEY RODGERS on 11/21/2019. (sdw) (Entered: 11/25/2019) |
| 11/22/2019 | 835 | NOTICE of Appearance by DENNIS G PANTAZIS, JR on behalf of NOTICE ONLY. (PANTAZIS, DENNIS) Modified on 11/22/2019 to correct party (djb). (Entered: 11/22/2019) |
| 11/22/2019 | 837 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Seventh Case Management Conference held on 11/22/2019. (Court Reporter Donna Boland.) (sps) (Entered: 11/25/2019) |
| 11/25/2019 | 836 | CASE MANAGEMENT ORDER NO. 6. Signed by JUDGE M CASEY RODGERS on 11/25/2019. (sdw) (Entered: 11/25/2019) |
| 11/25/2019 | 839 | ORDER scheduling telephonic hearing before Magistrate Judge Gary R. Jones on Tuesday, December 3, 2019 at 10:30 AM (EST) Re: Disputed Custodians. Signed by MAGISTRATE JUDGE GARY R JONES on 11/25/19. (grj) (Entered: 11/25/2019) |
| 11/25/2019 | 840 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings - SEVENTH CASE MANAGEMENT CONFERENCE held on November 22, 2019, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. ***TRANSCRIPT COPIES:Email:Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **12/2/2019**. Release of Transcript Restriction set for **3/2/2020**. (dlb) (Entered: 11/25/2019) |
| 11/26/2019 | 841 | MOTION to Appear Pro Hac Vice by Barry E, Fields.( Filing fee $ 201 receipt number AFLNDC-4718535.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit) (FIELDS, BARRY) (Entered: 11/26/2019) |
| 11/26/2019 | 842 | MOTION to Appear Pro Hac Vice by Garret A. Leach.( Filing fee $ 201 receipt number AFLNDC-4719127.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO |

| | | |
|---|---|---|
| | | TECHNOLOGIES LLC. (Attachments: # 1 Exhibit) (LEACH, GARRET) (Entered: 11/26/2019) |
| 12/02/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 841 MOTION to Appear Pro Hac Vice by Barry E, Fields; 842 MOTION to Appear Pro Hac Vice by Garret A. Leach. (djb) (Entered: 12/02/2019) |
| 12/02/2019 | 843 | NOTICE of Appearance by KEITH L MAYNARD on behalf of NOTICE ONLY (MAYNARD, KEITH) (Entered: 12/02/2019) |
| 12/02/2019 | 844 | ORDER granting 841 Motion to Appear Pro Hac Vice (Appointed BARRY E FIELDS for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 12/2/2019. (djb) (Entered: 12/02/2019) |
| 12/02/2019 | 845 | ORDER granting 842 Motion to Appear Pro Hac Vice (Appointed GARRET ALAN LEACH for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 12/2/2019. (djb) (Entered: 12/02/2019) |
| 12/02/2019 | 846 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-41) - 1 action re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 11/25/2019. (CAS:3:19-cv-02087, Arrieta, et al v. 3M Company). (Attachments: # 1 CTO-41 Finalized) (djb) (Entered: 12/02/2019) |
| 12/03/2019 | 847 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 1 action re: MDLNo. 2885, 1 in MN/0:19-cv-02961) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 12/3/2019. (Attachments: # 1 CTO-42 Finalized) (djb) (Entered: 12/03/2019) |
| 12/03/2019 | 848 | Minute Entry for proceedings held before MAGISTRATE JUDGE GARY R JONES: Telephone Conference held on 12/3/2019. Written order to follow. (Tape #GNV DCR 2019.) (atm) (Entered: 12/03/2019) |
| 12/03/2019 | 849 | MOTION to Appear Pro Hac Vice by Saghar Esfandiarifard.( Filing fee $ 201 receipt number AFLNDC-4725642.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit) (ESFANDIARIFARD, SAGHAR) (Entered: 12/03/2019) |
| 12/03/2019 | 854 | ORDER signed by MAGISTRATE JUDGE GARY R JONES on 12/3/19. Plaintiffs request to add eight additional custodians to the TAR corpus, which the Court construes as a motion to compel Defendants to collect ESI from additional custodians to include in the TAR corpus is GRANTED in part and DENIED in part. (tss) (Entered: 12/04/2019) |
| 12/04/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 849 MOTION to Appear Pro Hac Vice by Saghar Esfandiarifard. (djb) (Entered: 12/04/2019) |
| 12/04/2019 | 850 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 12/04/2019) |
| 12/04/2019 | 851 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit |

| | | A, # 2 Exhibit A1-4 [Sealed], # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 12/4/2019) (djb). (Entered: 12/04/2019) |
|---|---|---|
| 12/04/2019 | 852 | ORDER granting 849 Motion to Appear Pro Hac Vice (Appointed SAGHAR ESFANDIARIFARD for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 12/4/2019. (djb) (Entered: 12/04/2019) |
| 12/04/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 850 Plaintiffs' MOTION for Leave to File Under Seal Exhibits to their 851 Motion to Authorize Disclosure of Military Records (djb) (Entered: 12/04/2019) |
| 12/04/2019 | 853 | ORDER - GRANTED, as requested, 850 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 12/4/2019. (djb) (Entered: 12/04/2019) |
| 12/04/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 851 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 12/04/2019) |
| 12/04/2019 | 855 | PRIVACY ACT ORDER NO. 8. Plaintiffs' 851 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 851 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 12/4/2019. (djb) (Entered: 12/04/2019) |
| 12/04/2019 | 856 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Veterans Affairs and Related Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 12/04/2019) |
| 12/04/2019 | 857 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Veterans Affairs and Related Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A-SEALED, # 2 Exhibit B, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 1 replaced on 12/6/2019) (djb). (Entered: 12/04/2019) |
| 12/05/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 856 Plaintiffs' MOTION for Leave to File Under Seal Exhibits to their 857 Motion to Authorize Disclosure of Veterans Affairs and Related Military Records (djb) (Entered: 12/05/2019) |
| 12/05/2019 | 858 | NOTICE of Appearance by PHILIP PAUL TERRAZZINO on behalf of NOTICE ONLY (TERRAZZINO, PHILIP) (Entered: 12/05/2019) |
| 12/05/2019 | 859 | MOTION to Compel *DISCOVERY AND MEMORANDUM OF LAW* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (HUTSON, SHELLEY) # 5 3M Plaintiff's Motion to Compel Exemplars (Unredacted)) (djb). Modified on 12/6/2019 (djb). (Entered: 12/05/2019) |
| 12/06/2019 | 860 | MOTION to Appear Pro Hac Vice by Wesley D. Merillat.( Filing fee $ 201 receipt number AFLNDC-4729808.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A: Certificate of Good Standing) (MERILLAT, WESLEY) (Entered: 12/06/2019) |
| 12/06/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 860 MOTION to Appear Pro Hac Vice by Wesley D. Merillat. (djb) (Entered: 12/06/2019) |

| 12/06/2019 | 861 | ORDER granting 856 Plaintiffs' MOTION for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Veterans Affairs and Related Military Records. Signed by JUDGE M CASEY RODGERS on 12/6/2019. (djb) (Entered: 12/06/2019) |
|---|---|---|
| 12/06/2019 | 862 | PRIVACY ACT ORDER NO. 9. The 857 Plaintiffs' Unopposed Motion to Authorize Disclosure of Veterans Affairs and Related Military Records is GRANTED. The Clerk is directed to maintain Exhibit A to Plaintiffs' motion, ECFNo. 857 -1, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 12/6/2019. (djb) (Entered: 12/06/2019) |
| 12/06/2019 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 859 MOTION to Compel DISCOVERY AND MEMORANDUM OF LAW. Referred to GARY R JONES. (djb) (Entered: 12/06/2019) |
| 12/06/2019 | 863 | ORDER granting 860 Motion to Appear Pro Hac Vice (Appointed WESLEY D MERILLAT for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 12/6/2019. (djb) (Entered: 12/06/2019) |
| 12/06/2019 | 864 | PRETRIAL ORDER NO. 20 INACTIVE ADMINISTRATIVE DOCKET. The Court has established an inactive administrative docket, In re 3M Inactive Plaintiffs, Case No. 3:19mc87, which will serve as a "master" docket for the oversight and management of all claims involving the 3M CAEv2 that have been or will be in the future registered with MDL Centrality/BrownGreer, PLC. Signed by JUDGE M CASEY RODGERS on 12/6/2019. (djb) (Entered: 12/06/2019) |
| 12/08/2019 | 865 | PRETRIAL ORDER NO. 21. Amendments to Pretrial Order No. 20 864 . Signed by JUDGE M CASEY RODGERS on 12/8/2019. (tvj) (Entered: 12/08/2019) |
| 12/09/2019 | 866 | Minute Entry for proceedings held before MAGISTRATE JUDGE GARY R JONES: Telephone Conference held on 12/9/2019. Additional telephonic hearing on this matter set for 12/18/2019 at 2:00 p.m. Written order to follow. (Tape #GNV DCR 2019.) (atm) (Entered: 12/09/2019) |
| 12/10/2019 | 867 | ORDER concerning matters addressed at the December 9, 2019 telephone hearing, suspending the return date for the subpoenas served on Dr. Casali and Virginia Tech until further order of the court and scheduling a further telephonic hearing before Magistrate Judge Gary R. Jones on December 18, 2019 at 2:00 PM (EST). Signed by MAGISTRATE JUDGE GARY R JONES on 12/10/19. (grj) (Entered: 12/10/2019) |
| 12/10/2019 | 868 | MOTION Unopposed Motion for Leave to Submit Consolidated Opposition to Plaintiffs' Remand Motions and Extend Response Deadline by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BRANSCOME, KIMBERLY) (Entered: 12/10/2019) |
| 12/10/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 868 MOTION Unopposed Motion for Leave to Submit Consolidated Opposition to Plaintiffs' Remand Motions and Extend Response Deadline (djb) (Entered: 12/10/2019) |
| 12/10/2019 | 869 | ORDER granting 868 Motion for Leave to Submit Consolidated Opposition to Plaintiffs' Remand Motions and Extend Response Deadline. Signed by JUDGE M CASEY RODGERS on 12/10/2019. (tvj) (Entered: 12/10/2019) |
| 12/11/2019 | 870 | NOTICE of Appearance by WESLEY D MERILLAT on behalf of NOTICE ONLY (MERILLAT, WESLEY) (Entered: 12/11/2019) |
| 12/11/2019 | | Set Deadlines re: 869 Order - Plaintiffs' remand motions filed between December 3 and December 6, 2019, and to extend the deadline for filing the consolidated response to |

| | | |
|---|---|---|
| | | **1/16/2020**. (see list of cases at [868] Motion for Leave to Submit Consolidated Opposition to Plaintiffs' Remand Motions.) (djb) Modified on 12/11/2019 (djb). (Entered: 12/11/2019) |
| 12/12/2019 | [871] | MOTION to Appear Pro Hac Vice by KEVIN S. LAINE.( Filing fee $ 201 receipt number AFLNDC-4739055.) by NOTICE ONLY. (LAINE, KEVIN) Modified on 12/12/2019 to correct name of filer to "notice only" party (djb). (Entered: 12/12/2019) |
| 12/12/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [871] MOTION to Appear Pro Hac Vice by KEVIN S. LAINE. (djb) (Entered: 12/12/2019) |
| 12/12/2019 | [872] | ORDER granting [871] Motion to Appear Pro Hac Vice (Appointed KEVIN S LAINE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 12/12/2019. (djb) (Entered: 12/12/2019) |
| 12/12/2019 | [873] | RESPONSE in Opposition re [859] MOTION to Compel *DISCOVERY AND MEMORANDUM OF LAW* , RESPONSE to Motion filed by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # [1] Exhibit A, # [2] Exhibit B) (BRANSCOME, KIMBERLY) (Entered: 12/12/2019) |
| 12/13/2019 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: [873] Response in Opposition to Motion, Response to Motion, [859] MOTION to Compel *DISCOVERY AND MEMORANDUM OF LAW*. Referred to GARY R JONES. (djb) (Entered: 12/13/2019) |
| 12/13/2019 | [874] | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 4 actions re: MDLNo. 2885, MN/0:19-cv-02974, MN/0:19-cv-02975, MN/0:19-cv-02976, MN/0:19-cv-02977) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 12/13/2019. (Attachments: # [1] CTO-43 Finalized) (djb) (Entered: 12/13/2019) |
| 12/13/2019 | [875] | NOTICE of Appearance by JEFF H ECKLAND on behalf of NOTICE ONLY (ECKLAND, JEFF) (Entered: 12/13/2019) |
| 12/16/2019 | [876] | NOTICE of Appearance by JEFF H ECKLAND on behalf of NOTICE ONLY (ECKLAND, JEFF) (Entered: 12/16/2019) |
| 12/17/2019 | [877] | NOTICE of Appearance by VINCE C REUTER on behalf of NOTICE ONLY (REUTER, VINCE) (Entered: 12/17/2019) |
| 12/18/2019 | [878] | MOTION to Appear Pro Hac Vice by Michael Rothmann.( Filing fee $ 201 receipt number AFLNDC-4747106.) by NOTICE ONLY. (ROTHMANN, MICHAEL) (Entered: 12/18/2019) |
| 12/18/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [878] MOTION to Appear Pro Hac Vice by Michael Rothmann. (sdw) (Entered: 12/18/2019) |
| 12/18/2019 | [879] | ORDER denying [859] Plaintiffs' Motion to Compel Discovery but directing the relinquishment of five exemplars for purposes of deposition and trial. Signed by MAGISTRATE JUDGE GARY R JONES on 12/18/19. (grj) (Entered: 12/18/2019) |
| 12/18/2019 | [880] | ORDER denying without prejudice [878] MOTION to Appear Pro Hac Vice by Michael Rothmann for failure to identify any individual case in which counsel appears as attorney of record. Signed by JUDGE M CASEY RODGERS on 12/18/2019. (sdw) (Entered: 12/18/2019) |

| 12/18/2019 | 881 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under SEal Exhibits to Their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 12/18/2019) |
|---|---|---|
| 12/18/2019 | 882 | MOTION for Disclosure *of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 Cover, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 12/30/2019) (djb). (Entered: 12/18/2019) |
| 12/18/2019 | 883 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Veterans Affairs and Related Medical Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 12/18/2019) |
| 12/18/2019 | 884 | MOTION for Disclosure *of Veterans Affairs and Related Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A (Under Seal), # 2 Exhibit B, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 12/18/2019) |
| 12/18/2019 | 885 | Minute Entry for proceedings held before MAGISTRATE JUDGE GARY R JONES: Telephone Conference held on 12/18/2019. (Court Reporter Donna Boland, Official) (atm) (Entered: 12/18/2019) |
| 12/19/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 883 MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Veterans Affairs and Related Medical Records*, 882 MOTION for Disclosure *of Military Records*, 881 MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under SEal Exhibits to Their Motion to Authorize Disclosure of Military Records*, 884 MOTION for Disclosure *of Veterans Affairs and Related Military Records*. (sdw) (Entered: 12/19/2019) |
| 12/19/2019 | 886 | ORDER granting 881 Motion for Leave to File Under Seal Exhibits to Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 12/19/2019. (sdw) (Entered: 12/19/2019) |
| 12/19/2019 | 887 | ORDER granting 882 Unopposed Motion to Authorize Disclosure of Military Records. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 882 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 12/19/2019. (sdw) (Entered: 12/19/2019) |
| 12/26/2019 | 888 | MOTION to Appear Pro Hac Vice by Bradley M. Lakin.( Filing fee $ 201 receipt number AFLNDC-4755402.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A) (LAKIN, BRADLEY) (Entered: 12/26/2019) |
| 12/26/2019 | 940 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 13 actions re: MDL 2885. (1 in CAS/3:19-cv-02277, 1 in MN/0:19-cv-02985, 1 in MN/0:19-cv-02986, 1 in MN/0:19-cv-02988, 1 in MN/0:19-cv-02989, 1 in MN/0:19-cv-02991, 1 in MN/0:19-cv-02993, 1 in MN/0:19-cv-03016, 1 in MN/0:19-cv-03018, 1 in MN/0:19-cv-03022, 1 in MN/0:19-cv-03026, 1 in MN/0:19-cv-03029, 1 in MSS/1:19-cv-00897) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 12/18/2019. (Attachments: # 1 CTO-44 Finalized) (***Note- Order was not posted on 12/26/2019 in error. All cases listed have been transferred in.) (djb) (Entered: 01/28/2020) |
| 12/27/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 888 MOTION to Appear Pro Hac Vice by Bradley M. Lakin. (djb) (Entered: 12/27/2019) |

| 12/30/2019 | [889](#) | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-45) - 1 action re: MDLNo. 2885, (NYS/1:19-cv-02593) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 12/27/2019. (Attachments: # [1](#) CTO-45 Finalized) (djb) (Entered: 12/30/2019) |
| 12/30/2019 | [890](#) | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-46) - 3 actions re: MDLNo. 2885, (MN/0:19-cv-03079, MN/0:19-cv-03081, MN/0:19-cv-03082) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 12/27/2019. (Attachments: # [1](#) CTO-46 Finalized) (djb) (Entered: 12/30/2019) |
| 12/30/2019 | [891](#) | MOTION to Compel by CO-LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D - To Be Filed Under Seal, # [5](#) Exhibit E - To Be Filed Under Seal, # [6](#) Exhibit F - To Be Filed Under Seal, # [7](#) Exhibit G) # [8](#) Motion to Compel (Unredacted). (SEEGER, CHRISTOPHER) Modified on 12/31/2019 (djb). (Entered: 12/30/2019) |
| 12/31/2019 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: [891](#) MOTION to Compel Production of Documents and Memorandum of Law . Referred to GARY R JONES. (djb) (Entered: 12/31/2019) |
| 01/02/2020 | [892](#) | ORDER directing Plaintiffs to file a certificate of service that Plaintiffs' Motion to Compel Production of Documents [ECF No. 891] was served upon counsel for the French-German Research Institute of Saint-Louis. Signed by MAGISTRATE JUDGE GARY R JONES on 01/2/20. (grj) (Entered: 01/02/2020) |
| 01/02/2020 | [893](#) | ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER. IT IS ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-44" filed on December 10, 2019, is REINSTATED insofar as it relates to this action. As to Zamudio v. 3M Company Inc., S.D. California, C.A. No. 3:19-02277, only. FLND case number 3:19cv5069-MCR/GRJ. Signed by John W. Nichols, Clerk of the Panel. (djb) (Entered: 01/06/2020) |
| 01/02/2020 | [894](#) | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-47) - 2 actions (AK/3:19-cv-00286, MN/0:19-cv-03085) re: MDL 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 1/2/2020. (Attachments: # [1](#) CTO-47 Finalized) (djb) (Entered: 01/06/2020) |
| 01/06/2020 | [895](#) | NOTICE of Appearance by BRIAN MCNIFF on behalf of NOTICE ONLY (MCNIFF, BRIAN) Modified on 1/6/2020 to note civil case 3:19cv4808-MCR/GRJ, Drago v. 3M Company et al, transferred in 11/21/2019 (djb). (Entered: 01/06/2020) |
| 01/06/2020 | [896](#) | CERTIFICATE OF SERVICE by CO-LEAD COUNSEL FOR PLAINTIFFS re [891](#) MOTION to Compel , [892](#) Order, (SEEGER, CHRISTOPHER) (Entered: 01/06/2020) |
| 01/07/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: [896](#) Certificate of Service, [891](#) MOTION to Compel , per [893](#) Order. Referred to GARY R JONES. (djb) (Entered: 01/07/2020) |
| 01/07/2020 | [897](#) | NOTICE of Appearance by LARRY R WOOLFORD on behalf of NOTICE ONLY (WOOLFORD, LARRY) (Entered: 01/07/2020) |
| 01/07/2020 | [898](#) | PRETRIAL ORDER NO. 22. This Order replaces and supersedes [864](#) Pretrial Order No. 20 and [865](#) Pretrial Order No. 21 in all respects. The administrative docket will be renamed, In re 3M Administrative Docket, 3:19mc87. Signed by JUDGE M CASEY RODGERS on 1/7/2020. (djb) (Entered: 01/07/2020) |

| 01/08/2020 | 899 | NOTICE of Appearance by MACY D HANSON on behalf of LAMAR SETTLEMIRES (HANSON, MACY) (Entered: 01/08/2020) |
|---|---|---|
| 01/09/2020 | 900 | COMMON BENEFIT ORDER NO. 2. This Order amends the Court's prior 392 Order of Appointment and 488 Common Benefit Order No. 1, to reflect that Ellen Reisman will no longer serve as Common Benefit Fund (CBF) Special Master in the 3M MDL and instead Randall Sansom, CPA will serve in that same capacity with all of the authority conferred on the special master in the prior Order of Appointment. Signed by JUDGE M CASEY RODGERS on 1/9/2019. (djb) (Entered: 01/09/2020) |
| 01/09/2020 | 901 | NOTICE of Appearance by MATIAS J ADROGUE on behalf of LAKELTRA AMBROSHA JONES (ADROGUE, MATIAS) (Entered: 01/09/2020) |
| 01/09/2020 | 902 | MOTION Renewed Motion to Appear Pro Hac Vice by NOTICE ONLY. (ROTHMANN, MICHAEL) Modified on 1/9/2020 to correct filer as notice only party (djb). (Entered: 01/09/2020) |
| 01/09/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 902 MOTION Renewed Motion to Appear Pro Hac Vice by Michael Rothman (djb) (Entered: 01/09/2020) |
| 01/10/2020 | 903 | ORDER granting 902 Renewed Motion to Appear Pro Hac Vice. Signed by JUDGE M CASEY RODGERS on 1/10/2020. Attorney MICHAEL ROTHMANN for NOTICE ONLY added. (djb) (Entered: 01/10/2020) |
| 01/13/2020 | 904 | SEALED ORDER - For the foregoing reasons, the Court finds that Defendants have satisfied the requirements for removal under § 1442(a)(1) and that it has subject matter jurisdiction over Plaintiffs' claims. Accordingly: (1.) Plaintiffs' motions to remand are DENIED. Due to the sealed nature of this Order, the Clerk is directed to enter it only on the master docket for the MDL, until further order of the Court. (2.) The Clerk is further directed to sever the Minnesota multi-plaintiff actions as follows: all plaintiffs, except for the first-named plaintiff, are hereby DISMISSED WITHOUT PREJUDICE, with the right to refile an individual short complaint in the approved form for the MDL at ECF No. 705 . The filing fee will be waived for any Minnesota plaintiff who is severed pursuant to this order and who timely files a short form complaint within 30 days of the dismissal without prejudice. The provisions of Pretrial Order No. 16, ECF No. 761 , govern the severance process. (3.) All other deadlines applicable to 3M MDL plaintiff-- including census obligations--are now reinstated as to the Minnesota plaintiffs. Signed by JUDGE M CASEY RODGERS on 1/13/2020. (djb) (Entered: 01/13/2020) |
| 01/13/2020 | 905 | ORDER - The Court has now entered an omnibus Order resolving the Minnesota Plaintiffs' motions to remand. The omnibus Order was provisionally sealed to protect from disclosure any confidential information previously determined to be subject to seal. The parties are granted until January 21, 2020 to file an appropriate motion, supported by good cause, for maintaining any specific portions of the Order under seal. Signed by JUDGE M CASEY RODGERS on 1/13/2020. (djb) (Entered: 01/13/2020) |
| 01/14/2020 | 906 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Eighth Case Management Conference held on 1/14/2020. (Court Reporter Donna Boland.) (Attachments: # 1 Census Data Presentation) (sps) (Entered: 01/14/2020) |
| 01/14/2020 | 907 | ORDER scheduling telephonic hearing before Magistrate Judge Gary R. Jones on January 16, 2020 at 11:00 AM (EST). Signed by MAGISTRATE JUDGE GARY R JONES on 01/14/20. (grj) (Entered: 01/14/2020) |
| 01/15/2020 | 908 | NOTICE of Appearance by JARED M REAMS on behalf of NOTICE ONLY (REAMS, JARED) (Entered: 01/15/2020) |

| 01/16/2020 | 909 | MOTION for Emergency Admission of Counsel for Non-Party French-German Research Institute of Saint Louis (ISL). (Attachments: # 1 Text of Proposed Order) (djb) (Entered: 01/16/2020) |
|---|---|---|
| 01/16/2020 | 910 | UNOPPOSED MOTION for Extension of Time to Respond to Plaintiffs' 891 MOTION to Compel Production of Documents filed by Attorney Charles F. B. McAleer, Jr. (djb) (Entered: 01/16/2020) |
| 01/16/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 910 UNOPPOSED MOTION for Extension of Time to File Response to 891 MOTION to Compel , 909 MOTION for Leave to Appear for Emergency Admission of Counsel for Non-Party French-German Research Institute of Saint Louis (ISL). Referred to GARY R JONES. (djb) (Entered: 01/16/2020) |
| 01/16/2020 | 911 | MOTION to Appear Pro Hac Vice by Eric J. O'Bell.( Filing fee $ 201 receipt number AFLNDC-4780856.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (O'BELL, ERIC) (Entered: 01/16/2020) |
| 01/16/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 911 MOTION to Appear Pro Hac Vice by Eric J. O'Bell. (Civil Complaint filed 3:20-cv138-MCR/GRJ) (djb) (Entered: 01/16/2020) |
| 01/16/2020 | 912 | ORDER granting 911 Motion to Appear Pro Hac Vice (Appointed ERIC J O'BELL for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 1/16/2020. (djb) (Entered: 01/16/2020) |
| 01/16/2020 | 913 | Minute Entry for proceedings held before MAGISTRATE JUDGE GARY R JONES:Telephone Conference held on 1/16/2020. Written order to follow. (Court Reporter Donna Boland, Official Court Reporter, Pens.) (atm) (Entered: 01/16/2020) |
| 01/16/2020 | 914 | NOTICE of Appearance by DAVID WAYNE HODGES on behalf of NOTICE ONLY (HODGES, DAVID) (Entered: 01/16/2020) |
| 01/16/2020 | 915 | ORDER granting 910 Motion for Extension of Time to File Response as to 891 MOTION to Compel (ISL's response due by: 2/4/2020). Signed by MAGISTRATE JUDGE GARY R JONES on 1/16/2020. (kdm) (Entered: 01/16/2020) |
| 01/16/2020 | 916 | ORDER granting 909 Motion for Leave to Appear CHARLES F B MCALEER JR PHV on an emergency and limited basis for non-party French-German Research Institute of Saint Louis (ISL)signed by MAGISTRATE JUDGE GARY R JONES on 1/16/20. (Entered: 01/16/2020) |
| 01/16/2020 | 917 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings - EIGHTH CASE MANAGEMENT CONFERENCE held on January 14, 2020, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189 ******FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due 1/23/2020. Release of Transcript Restriction set for 4/22/2020. (dlb) (Entered: 01/16/2020) |
| 01/16/2020 | 918 | ORDER. (Parties to advise Court of their selected documents on 1/28/2020., Defendants |

|  | | must provide the Court with a copy of privilege log in camera on **1/28/2020.**, Defendants remaining privilege objections to the 200 selected documents and those selected by the Court on or before **2/21/2020.**, Parties must file any response to the opposing partys brief on or before: **2/24/2020)**. Signed by MAGISTRATE JUDGE GARY R JONES on 1/16/2020. (kdm) (Entered: 01/17/2020) |
|------------|------|------|
| 01/17/2020 | 919  | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-48) - 18 actions in MDL No. 2885, 1 in MN/0:20-cv-00010, 1 in MN/0:20-cv-00014, 1 in MN/0:20-cv-00019, 1 in MN/0:20-cv-00020, 1 in MN/0:20-cv-00021, 1 in MN/0:20-cv-00023, 1 in MN/0:20-cv-00024, 1 in MN/0:20-cv-00026, 1 in MN/0:20-cv-00029, 1 in MN/0:20-cv-00030, 1 in MN/0:20-cv-00031, 1 in MN/0:20-cv-00032, 1 in MN/0:20-cv-00033, 1 in MN/0:20-cv-00034, 1 in MN/0:20-cv-00035, 1 in MN/0:20-cv-00039, 1 in MN/0:20-cv-00042, 1 in MN/0:20-cv-00043) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 1/17/2020. (Attachments: # 1 CTO-48 Finalized) (djb) (Entered: 01/17/2020) |
| 01/17/2020 | 920  | NOTICE of Appearance by BRETT J NOVICK on behalf of NOTICE ONLY (NOVICK, BRETT) (Entered: 01/17/2020) |
| 01/17/2020 | 921  | MOTION to Appear Pro Hac Vice by William B. Shinoff.( Filing fee $ 201 receipt number AFLNDC-4785489.) by NOTICE ONLY. (SHINOFF, WILLIAM) (Entered: 01/17/2020) |
| 01/21/2020 |      | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 921 MOTION to Appear Pro Hac Vice by William B. Shinoff. (djb) (Entered: 01/21/2020) |
| 01/21/2020 | 922  | PRETRIAL ORDER NO. 23 Bellwether Selection Protocol. Signed by JUDGE M CASEY RODGERS on 1/21/2020. (djb) (Entered: 01/21/2020) |
| 01/21/2020 | 923  | ORDER granting 888 Motion to Appear Pro Hac Vice (Appointed BRADLEY MATTHEW LAKIN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 1/21/2020. (djb) (Entered: 01/21/2020) |
| 01/21/2020 | 924  | CASE MANAGEMENT ORDER NO. 7. The Eighth Case Management Conference in this matter was held on January 14, 2020. This Order serves as a non-exhaustive recitation of the key points of discussion during the conference. Signed by JUDGE M CASEY RODGERS on 1/21/2020. (djb) (Entered: 01/21/2020) |
| 01/22/2020 | 925  | MOTION to Appear Pro Hac Vice by Evan D. Buxner.( Filing fee $ 201 receipt number AFLNDC-4792134.) by NOTICE ONLY. (Attachments: # 1 Exhibit A (Certificates of Good Standing)) (BUXNER, EVAN) (Entered: 01/22/2020) |
| 01/22/2020 | 926  | ORDER of Deficiency. It is ORDERED that Attorney's Shinoff's Application for Admission of Attorney Pro Hac Vice, ECF No. 921 , will remain in the electronic file, but the Court will not consider it until the above deficiencies have been corrected through the filing of a renewed amended document. The motion is DENIED without prejudice to refiling. Signed by JUDGE M CASEY RODGERS on 1/22/2020. (sdw) (Entered: 01/22/2020) |
| 01/22/2020 | 927  | AMENDED ORDER - This Order amends the Court's sealed 904 Order dated January 13, 2020 denying the Minnesota plaintiffs' motions to remand, by redacting references to materials subject to a protective order in a prior related litigation. The Clerk is directed to enter a copy of this Amended Order on the master docket for the MDL, and also on the individual dockets for Minnesota cases in which motions to remand were pending on January 13, 2020. Signed by JUDGE M CASEY RODGERS on 1/22/2020. (tvj) (Entered: 01/22/2020) |

| 01/23/2020 | 928 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49)- 83 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 1/22/2020. (Attachments: # 1 CTO-49 Finalized) (djb) (Entered: 01/23/2020) |
|---|---|---|
| 01/23/2020 | 929 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-50) - re: MDL No. 2885, 1 in MN/0:20-cv-00115, 1 in MN/0:20-cv-00122, 1 in MN/0:20-cv-00124, 1 in MN/0:20-cv-00125, 1 in MN/0:20-cv-00166, 1 in MN/0:20-cv-00172, 1 in MN/0:20-cv-00173, 1 in MN/0:20- cv-00177, 1 in MN/0:20-cv-00180, 1 in MN/0:20-cv-00182) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 1/23/2020. (Attachments: # 1 CTO-50 Finalized) (djb) (Entered: 01/23/2020) |
| 01/23/2020 | 930 | MOTION to Appear Pro Hac Vice by David S. Alllard-Reyes.( Filing fee $ 201 receipt number AFLNDC-4794603.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A - Cert. of Good Standing) (ALLARD-REYES, DAVID) (Entered: 01/23/2020) |
| 01/23/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 930 MOTION to Appear Pro Hac Vice by David S. Alllard-Reyes. (djb) (Entered: 01/23/2020) |
| 01/23/2020 | 931 | NOTICE of Appearance by GARY STUART FISH on behalf of NOTICE ONLY. (FISH, GARY) (Main Document 931 replaced on 1/24/2020) (djb) Modified on 1/24/2020 to correct "on behalf of NOTICE ONLY" and the pdf was upside down. Rasheem Thomas was deleted off the docket.) (djb). (Entered: 01/23/2020) |
| 01/24/2020 | 932 | ORDER granting 930 Motion to Appear Pro Hac Vice (Appointed DAVID SCOTT ALLARD-REYES for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 1/24/2020. (djb) (Entered: 01/24/2020) |
| 01/24/2020 | 933 | NOTICE of Appearance by BRADLEY MATTHEW LAKIN on behalf of NOTICE ONLY (LAKIN, BRADLEY) (Entered: 01/24/2020) |
| 01/25/2020 | 934 | PRETRIAL ORDER NO. 24 - Amendment to Pretrial Order No. 23 922 . The deadline for the parties to jointly advise the Court of their selections for the initial discovery pool is extended to February 25, 2020. Signed by JUDGE M CASEY RODGERS on 01/25/2020. (tvj) Modified on 1/25/2020 (Jacobs, Tevenia). (Entered: 01/25/2020) |
| 01/27/2020 | 935 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-51) - 6 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 1/24/2020. (Attachments: # 1 CTO-51 Finalized) (djb) (Entered: 01/27/2020) |
| 01/27/2020 | 936 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 15 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 1/24/2020. (Attachments: # 1 CTO-52 Finalized) (djb) (Entered: 01/27/2020) |
| 01/27/2020 | 937 | MOTION to Appear Pro Hac Vice by Charles F. B. McAleer, Jr..( Filing fee $ 201 receipt number AFLNDC-4804855.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - VA Certificate of Good Standing, # 2 Exhibit B - DC Certificate of Good Standing) (MCALEER, CHARLES) (Entered: 01/27/2020) |
| 01/27/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 937 MOTION to Appear Pro Hac Vice by Charles F. B. McAleer, Jr. (djb) (Entered: 01/27/2020) |
| 01/27/2020 | 938 | MOTION to Appear Pro Hac Vice by Hannah Cory.( Filing fee $ 201 receipt number AFLNDC-4802906.) by NOTICE ONLY. (CORY, HANNAH) (Entered: 01/27/2020) |

| 01/28/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 938 MOTION to Appear Pro Hac Vice by Hannah Cory. (djb) (Entered: 01/28/2020) |
|---|---|---|
| 01/28/2020 | 939 | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER (CTO-44) - MDL No. 2885. (CAS/3:19-cv-02277, Zamudio). IT IS THEREFORE ORDERED that the stay of CTO-44 is LIFTED insofar as it relates to this action. Signed by Clerk of the Panel John W. Nichols on 1/28/2020. (Attachments: # 1 CTO-44 Stay Lifted) (djb) (Entered: 01/28/2020) |
| 01/28/2020 | 941 | ORDER granting 925 Motion to Appear Pro Hac Vice (Appointed EVAN D BUXNER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 1/28/2020. (djb) (Entered: 01/28/2020) |
| 01/28/2020 | 942 | ORDER granting 938 Motion to Appear Pro Hac Vice (Appointed HANNAH NICOLE CORY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 1/28/2020. (djb) (Entered: 01/28/2020) |
| 01/28/2020 | 943 | First MOTION to Appear Pro Hac Vice by Gary S. Fish.( Filing fee $ 201 receipt number AFLNDC-4807935.) by Rasheem Thomas. (FISH, GARY) Modified on 1/28/2020 to note motion filed in error. Fee has been refunded and Plaintiff taken off the docket (djb). (Entered: 01/28/2020) |
| 01/28/2020 | 945 | MOTION to Appear Pro Hac Vice by Eashaan Vajpeyi.( Filing fee $ 201 receipt number AFLNDC-4809976.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (VAJPEYI, EASHAAN) (Entered: 01/28/2020) |
| 01/29/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 945 MOTION to Appear Pro Hac Vice by Eashaan Vajpeyi. (djb) (Entered: 01/29/2020) |
| 01/29/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 918 Order. Parties to advise Court of their selected documents on 1/28/2020. Defendants must provide the Court with a copy of privilege log in camera on 1/28/2020. (djb) (Entered: 01/29/2020) |
| 01/29/2020 | 946 | ORDER granting 945 Motion to Appear Pro Hac Vice (Appointed EASHAAN VAJPEYI for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 1/29/2020. (djb) (Entered: 01/29/2020) |
| 01/29/2020 | 947 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 actions re: MDLNo. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 1/29/2020. (Attachments: # 1 CTO-53 Finalized) (djb) (Entered: 01/29/2020) |
| 01/29/2020 | 948 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibit to Joint Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 01/29/2020) |
| 01/29/2020 | 949 | ORDER granting 937 Motion to Appear Pro Hac Vice by Charles F.B. McAleer, Jr. Signed by JUDGE M CASEY RODGERS on 1/29/2020. (sdw) (Entered: 01/29/2020) |
| 01/29/2020 | 950 | MOTION for Disclosure *Joint Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 1 replaced on 1/30/2020) (djb). (Entered: 01/29/2020) |

| 01/29/2020 | 951 | ORDER granting 948 Motion for Leave to File Under Seal Exhibit to Joint Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 1/29/2020. (tvj) (Entered: 01/29/2020) |
| 01/29/2020 | 952 | PRIVACY ACT ORDER NO. 11. The 950 Joint Motion to Authorize Disclosure of Military Records is GRANTED. Signed by JUDGE M CASEY RODGERS on 1/29/2020. (tvj) (Entered: 01/29/2020) |
| 01/30/2020 | 953 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Eal Exhibits to Their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 01/30/2020) |
| 01/30/2020 | 954 | MOTION for Disclosure *of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 Under Seal, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 2/3/2020) (djb). (Entered: 01/30/2020) |
| 01/31/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 953 Plaintiffs' Motion for Leave to File Under Seal Exhibits to Their Motion to Authorize Disclosure of Military Records, re: 954 MOTION for Disclosure of Military Records (djb) (Entered: 01/31/2020) |
| 01/31/2020 | 955 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 17 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 1/31/2020. (Attachments: # 1 CTO-54 Finalized) (djb) (Entered: 01/31/2020) |
| 01/31/2020 | 956 | ORDER granting 953 Motion for Leave to File Under Seal Exhibit to Plaintiffs' Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 1/31/2020. (tvj) (Entered: 01/31/2020) |
| 01/31/2020 | 957 | PRIVACY ACT ORDER NO. 12. Plaintiffs' 954 Motion to Authorize Disclosure of Military Records is GRANTED. Signed by JUDGE M CASEY RODGERS on 1/31/2020. (tvj) (Entered: 01/31/2020) |
| 02/03/2020 | 958 | MOTION to Amend/Correct 800 Answer to Complaint, *Master Long Form Complaint [Unopposed]* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BRANSCOME, KIMBERLY) (Entered: 02/03/2020) |
| 02/03/2020 | 959 | AMENDED ANSWER to *Master Long Form Complaint 704* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BRANSCOME, KIMBERLY) (Entered: 02/03/2020) |
| 02/03/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 958 MOTION to Amend 800 Answer to Master Long Form Complaint [Unopposed], see 959 Amended Answer to Complaint (djb) (Entered: 02/03/2020) |
| 02/03/2020 | 960 | MOTION to Appear Pro Hac Vice by Jennifer L. Lawrence.( Filing fee $ 201 receipt number AFLNDC-4827142.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A) (LAWRENCE, JENNIFER) (Entered: 02/03/2020) |
| 02/03/2020 | 961 | MOTION to Appear Pro Hac Vice by Lindsay A. Lawrence.( Filing fee $ 201 receipt number AFLNDC-4827232.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A) (LAWRENCE, JENNIFER) (Entered: 02/03/2020) |

| 02/03/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 960 MOTION to Appear Pro Hac Vice by Jennifer L. Lawrence; 961 MOTION to Appear Pro Hac Vice by Lindsay A. Lawrence. (djb) (Entered: 02/03/2020) |
|---|---|---|
| 02/03/2020 | 962 | ORDER - The 960 Motion to Appear Pro Hac Vice is DENIED without prejudice for failure to identify any individual case in which counsel appears as attorney of record. See ECF No. 86 , II. Signed by JUDGE M CASEY RODGERS on 2/3/2020. (djb) (Entered: 02/03/2020) |
| 02/03/2020 | 963 | ORDER - The 961 Motion to Appear Pro Hac Vice is DENIED without prejudice for failure to identify any individual case in which counsel appears as attorney of record. See ECF No. 86 , II. Signed by JUDGE M CASEY RODGERS on 2/3/2020. (djb) (Entered: 02/03/2020) |
| 02/03/2020 | 964 | ORDER granting 958 MOTION to Amend 800 Answer to Master Long Form Complaint. Signed by JUDGE M CASEY RODGERS on 2/3/2020. (djb) (Entered: 02/03/2020) |
| 02/03/2020 | 965 | STIPULATION *JOINT STIPULATION RE PRODUCTION OF PLAINTIFF RECORDS* by 3M COMPANY. (HILL, THOMAS) (Entered: 02/03/2020) |
| 02/03/2020 | 966 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings, Teleconference, held on 12/18/19, before Judge Gary R. Jones. Court Reporter/Transcriber Julie A. Wycoff, Telephone number 850-470-8196. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **2/10/2020**. Release of Transcript Restriction set for **5/11/2020**. (jaw) (Entered: 02/03/2020) |
| 02/04/2020 | 967 | MOTION to Appear Pro Hac Vice by Hamilton Jordan.( Filing fee $ 201 receipt number AFLNDC-4831390.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (DIGIORGIO, GEORGE) (Entered: 02/04/2020) |
| 02/04/2020 | 968 | First MOTION to Appear Pro Hac Vice by Robert K. Jassoy.( Filing fee $ 201 receipt number AFLNDC-4833478.) by NOTICE ONLY. (JASSOY, ROBERT) (Entered: 02/04/2020) |
| 02/04/2020 | 969 | MEMORANDUM in Opposition re 891 MOTION to Compel filed by NOTICE ONLY. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit A to Exhibit 2, # 4 Exhibit B to Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8) (MCALEER, CHARLES) (Entered: 02/04/2020) |
| 02/05/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 968 First MOTION to Appear Pro Hac Vice by Robert K. Jassoy; 967 MOTION to Appear Pro Hac Vice by Hamilton Jordan. (djb) (Entered: 02/05/2020) |
| 02/05/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 969 Memorandum in Opposition to Motion, 891 MOTION to Compel . Referred to GARY R JONES. (djb) (Entered: 02/05/2020) |
| 02/05/2020 | 970 | MOTION to Appear Pro Hac Vice by Jennifer L. Lawrence.( Filing fee $ 201 receipt number AFLNDC-4834448.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A) |

| | | (LAWRENCE, JENNIFER) (Entered: 02/05/2020) |
|---|---|---|
| 02/05/2020 | 971 | MOTION to Appear Pro Hac Vice by Lindsay A. Lawrence.( Filing fee $ 201 receipt number AFLNDC-4834513.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A) (LAWRENCE, JENNIFER) (Entered: 02/05/2020) |
| 02/05/2020 | 972 | ORDER granting 967 Motion to Appear Pro Hac Vice (Appointed HAMILTON GREEN JORDAN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 2/5/2020. (djb) (Entered: 02/05/2020) |
| 02/05/2020 | 973 | ORDER granting 968 Motion to Appear Pro Hac Vice (Appointed ROBERT KEVIN JASSOY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 2/5/2020. (djb) (Entered: 02/05/2020) |
| 02/05/2020 | 974 | ORDER granting 970 Motion to Appear Pro Hac Vice (Appointed JENNIFER LEE LAWRENCE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 2/5/2020. (djb) (please note, requested refund from Finance Department for second PHV fee) (Entered: 02/05/2020) |
| 02/05/2020 | 975 | ORDER granting 971 Motion to Appear Pro Hac Vice by Lindsay A. Lawrence. Signed by JUDGE M CASEY RODGERS on 2/5/2020. (djb) (please note, requested refund from Finance Department for second PHV fee. Ms. Lawrence you are not added to NOTICE ONLY party because you have not finished the attorney admissions process) (Entered: 02/05/2020) |
| 02/05/2020 | 976 | NOTICE of Appearance by KEVIN REEVE DUCK on behalf of NOTICE ONLY (DUCK, KEVIN) (Entered: 02/05/2020) |
| 02/05/2020 | 977 | PRETRIAL ORDER NO. 25 - Confidentiality of Certain Medical Information, 38 U.S.C. § 7332. Signed by JUDGE M CASEY RODGERS on 2/5/2020. (tvj) (Entered: 02/05/2020) |
| 02/07/2020 | 978 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 actions. re: MDL 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 2/7/2020. (Attachments: # 1 CTO-55 Finalized) (djb) (Entered: 02/07/2020) |
| 02/07/2020 | 979 | First MOTION to Appear Pro Hac Vice by Elizabeth E. Chambers.( Filing fee $ 201 receipt number AFLNDC-4843792.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (CHAMBERS, ELIZABETH) (Entered: 02/07/2020) |
| 02/07/2020 | 980 | Amended MOTION to Appear Pro Hac Vice by William B. Shinoff.( Filing fee $ 201 receipt number AFLNDC-4845028.) by NOTICE ONLY. (Attachments: # 1 Exhibit Ex A Certificate of Good Standing) (SHINOFF, WILLIAM) Modified on 2/10/2020 to correct filer to NOTICE ONLY(djb). (Entered: 02/07/2020) |
| 02/10/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 979 First MOTION to Appear Pro Hac Vice by Elizabeth E. Chambers. (djb) (Entered: 02/10/2020) |
| 02/10/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 980 Amended MOTION to Appear Pro Hac Vice by William B. Shinoff. (see 926 Deficiency Order) (djb) (Entered: 02/10/2020) |
| 02/10/2020 | 981 | ORDER granting 979 Motion to Appear Pro Hac Vice (Appointed ELIZABETH ELLIS CHAMBERS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 2/10/2020. (djb) (Entered: 02/10/2020) |

| 02/10/2020 | 982 | ORDER granting 980 Motion to Appear Pro Hac Vice (Appointed WILLIAM B SHINOFF for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 2/10/2020. (djb) (Entered: 02/10/2020) |
|---|---|---|
| 02/10/2020 | 983 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of PHONE CONFERENCE Proceedings held on January 16, 2020, before Judge Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189.EMAIL:Donna_Boland@flnd.uscourts.gov. <br><br> *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* <br><br> Redaction Request due **2/18/2020**. Release of Transcript Restriction set for **5/18/2020**. (dlb) (Entered: 02/10/2020) |
| 02/10/2020 | 984 | MOTION to Appear Pro Hac Vice by Tabitha J. De Paulo.( Filing fee $ 201 receipt number AFLNDC-4849412.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A (Certificate of Good Standing)) (DE PAULO, TABITHA) (Entered: 02/10/2020) |
| 02/11/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 984 MOTION to Appear Pro Hac Vice by Tabitha J. De Paulo. (djb) (Entered: 02/11/2020) |
| 02/11/2020 | 985 | ORDER granting 984 Motion to Appear Pro Hac Vice (Appointed TABITHA JOY DE PAULO for 3M COMPANY,TABITHA JOY DE PAULO for 3M OCCUPATIONAL SAFETY LLC,TABITHA JOY DE PAULO for AEARO HOLDING LLC,TABITHA JOY DE PAULO for AEARO INTERMEDIATE LLC,TABITHA JOY DE PAULO for AEARO LLC,TABITHA JOY DE PAULO for AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 2/11/2020. (djb) (Entered: 02/11/2020) |
| 02/11/2020 | 986 | MOTION to Appear Pro Hac Vice by Naomi Pontious.( Filing fee $ 201 receipt number AFLNDC-4851252.) by NOTICE ONLY. (Attachments: # 1 Exhibit Ex. A - Certificate of Good Standing) (PONTIOUS, NAOMI) (Entered: 02/11/2020) |
| 02/11/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 986 MOTION to Appear Pro Hac Vice by Naomi Pontious. (djb) (Entered: 02/11/2020) |
| 02/11/2020 | 987 | PRETRIAL ORDER NO. 26. Phase 1 Discovery and Dispositive Motions. Discovery on issues related to Defendants' federal affirmative defenses is ongoing and no deadline will be imposed for its completion. To the extent either side wishes to file a dispositive motion on the merits of a particular affirmative defense, that motion must be filed by **April 1, 2020**, with responses due by **April 14, 2020** and replies due by **April 21, 2020**. This will be the parties' only opportunity to move for summary judgment on the federal government contractor defense-neither side will be permitted to so move in an individual case. Signed by JUDGE M CASEY RODGERS on 2/11/2020. (djb) (Entered: 02/11/2020) |
| 02/11/2020 | 988 | ORDER granting 986 Motion to Appear Pro Hac Vice (Appointed NAOMI C PONTIOUS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 2/11/2020. (djb) (Entered: 02/11/2020) |
| 02/11/2020 | 989 | NOTICE of Appearance by JENNIFER LEE LAWRENCE on behalf of NOTICE ONLY (LAWRENCE, JENNIFER) (Entered: 02/11/2020) |

| | | |
|---|---|---|
| 02/11/2020 | 990 | MOTION to Seal Document *Plaintiff's Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 02/11/2020) |
| 02/11/2020 | 991 | MOTION for Disclosure *of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-4, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) Modified on 2/12/2020 (djb). (Entered: 02/11/2020) |
| 02/11/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 990 Plaintiff's MOTION for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, re: 991 MOTION for Disclosure of Military Records (djb) (Entered: 02/11/2020) |
| 02/12/2020 | 992 | ORE TENUS MOTION for Protective Order under Rule 30(d)(3). (kdm) (Entered: 02/12/2020) |
| 02/12/2020 | 993 | ORDER denying 992 ORE TENUS MOTION for Protective Order under Rule 30(d)(3. Signed by MAGISTRATE JUDGE GARY R JONES on 2/12/2020. (kdm) (Entered: 02/12/2020) |
| 02/12/2020 | 994 | ORDER granting 990 Plaintiff's Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, as requested. Signed by JUDGE M CASEY RODGERS on 2/12/2020. (djb) (Entered: 02/12/2020) |
| 02/12/2020 | 995 | PRIVACY ACT ORDER NO. 13. Plaintiffs' 991 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 991 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 2/12/2020. (djb) (Entered: 02/12/2020) |
| 02/13/2020 | 996 | ORDER - The case management conference on Friday, February 21, 2020 at 9:30 a.m. Central will be held in Courtroom 1, which is on the first floor of the Winston E. Arnow Federal Building. The Court will hold a preconference meeting at 8:30 a.m. Central with those attorneys permitted to attend under Case Management Order No. 2, ECF No. 452 , in the jury room adjacent to Courtroom 1. Signed by JUDGE M CASEY RODGERS on 2/13/2020. (djb) (Entered: 02/13/2020) |
| 02/13/2020 | 997 | NOTICE of Appearance by WILLIAM B SHINOFF on behalf of NOTICE ONLY. (SHINOFF, WILLIAM) Modified on 2/13/2020 to correct filer (djb). (Entered: 02/13/2020) |
| 02/13/2020 | 998 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 actions re: MDL 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 2/13/2020. (Attachments: # 1 CTO-56 Finalized) (djb) (Entered: 02/13/2020) |
| 02/13/2020 | 999 | PRETRIAL ORDER NO. 27 - Suspension of Initial Census Deadlines. Signed by JUDGE M CASEY RODGERS on 2/13/2020. (tvj) (Entered: 02/13/2020) |
| 02/18/2020 | 1000 | ORDER denying 891 Motion to Compel and denying ISL request for an award of attorney's fees and costs re: 969 at 34 MEMORANDUM in Opposition signed by MAGISTRATE JUDGE GARY R JONES on 2/18/20. (bkp) (Entered: 02/18/2020) |
| 02/19/2020 | 1001 | NOTICE of Change of Address by KIMBERLY O BRANSCOME (BRANSCOME, KIMBERLY) (Entered: 02/19/2020) |
| 02/19/2020 | 1021 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-57) - 14 action(s). Inasmuch as no objection is pendingat this time, the stay is lifted.Signed by Clerk of the Panel John W. Nichols on 2/19/2020. (Attachments: # 1 CTO-57 Finalized) (djb) (order |

| | | not posted on 2/19/2020 in error - all cases listed were transferred in on 2/19/2020) (Entered: 03/06/2020) |
| --- | --- | --- |
| 02/20/2020 | 1002 | NOTICE of Appearance by NAOMI C PONTIOUS on behalf of NOTICE ONLY (PONTIOUS, NAOMI) (Entered: 02/20/2020) |
| 02/20/2020 | 1003 | NOTICE *of Counsel to Stop Receiving Notices of Electronic Filings* by NOTICE ONLY (WILLIAMS, JESSICA) (Entered: 02/20/2020) |
| 02/21/2020 | 1004 | NOTICE of Appearance by ZEFFERY MIMS on behalf of NOTICE ONLY (MIMS, ZEFFERY) (Entered: 02/21/2020) |
| 02/21/2020 | 1005 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Ninth Case Conference held on 2/21/2020. (Court Reporter DONNA BOLAND.) (sps) (Main Document 1005 replaced on 2/25/2020) (sps). (Entered: 02/24/2020) |
| 02/24/2020 | 1006 | MOTION Plaintiffs' Unopposed Motion to Appoint Lien Resolution Administrator and Memorandum of Law by CO-LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Proposed Order) (HUTSON, SHELLEY) (Entered: 02/24/2020) |
| 02/24/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1006 MOTION Plaintiffs' Unopposed Motion to Appoint Lien Resolution Administrator and Memorandum of Law (djb) (Entered: 02/24/2020) |
| 02/25/2020 | 1007 | ORDER OF APPOINTMENT. On Plaintiffs' unopposed motion to appoint Lien Resolution Administrator, ECF No. 1006 , and for good cause shown, the Court hereby appoints ARCHER Systems, LLC ("ARCHER") to serve as the Lien Resolution Administrator for this MDL. Signed by JUDGE M CASEY RODGERS on 2/25/2020. (djb) (Entered: 02/25/2020) |
| 02/25/2020 | 1008 | ORDER scheduling telephonic hearing before Magistrate Judge Gary R. Jones on March 4, 2020 at 11:00 AM (EST) Re: Outstanding Discovery Issues. Call-in instructions in order. Signed by MAGISTRATE JUDGE GARY R JONES on 02/25/20. (grj) (Entered: 02/25/2020) |
| 02/25/2020 | 1009 | PRETRIAL ORDER NO. 28 Discovery & Trial Schedule for Initial Bellwether Cases. Signed by JUDGE M CASEY RODGERS on 2/25/2020. (djb) (Entered: 02/25/2020) |
| 02/25/2020 | 1010 | CASE MANAGEMENT ORDER NO. 8. The Ninth Case Management Conference in this matter was held on February 21, 2020. This Order serves as a non-exhaustive recitation of the key points of discussion during the conference. Case management conferences are scheduled at 9:30 a.m. Central on the following dates: **Friday, March 27, 2020**; Friday, April 24, 2020; Friday, May 29, 2020. Signed by JUDGE M CASEY RODGERS on 2/25/2020. (djb) (Entered: 02/25/2020) |
| 02/25/2020 | 1011 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings NINTH CASE MANAGEMENT CONFERENCE held on February 21, 2020, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 840.470.8189 FOR TRANSCRIPT COPIES EMAIL:Donna_Boland@flnd.uscourts.gov. <br><br> *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* |

| | | Redaction Request due **3/3/2020**. Release of Transcript Restriction set for **6/1/2020**. (dlb) (Entered: 02/25/2020) |
|---|---|---|
| 02/26/2020 | 1012 | CASE MANAGEMENT ORDER NO 9. Case management conferences schedule through the end of the year. Signed by JUDGE M CASEY RODGERS on 2/26/2020. (djb) (Entered: 02/26/2020) |
| 02/26/2020 | 1013 | MOTION to Appear Pro Hac Vice by M. Regina Bagdasarian.( Filing fee $ 201 receipt number AFLNDC-4902575.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (BAGDASARIAN, MILDRED) (Entered: 02/26/2020) |
| 02/26/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1013 MOTION to Appear Pro Hac Vice by M. Regina Bagdasarian. (djb) (Entered: 02/26/2020) |
| 02/26/2020 | 1014 | ORDER granting 1013 Motion to Appear Pro Hac Vice (Appointed MILDRED REGINA BAGDASARIAN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 2/26/2020. (djb) (Entered: 02/27/2020) |
| 02/27/2020 | 1015 | PRETRIAL ORDER NO. 29 Initial Bellwether Cases. In accordance with the procedures set forth in Pretrial Order Nos. 23 and 24, the following cases (see order) have been selected for the initial bellwether pool. The Clerk is directed to enter a copy of this Order on the individual docket for each of the 25 cases, transfer the administrative cases to the 3M MDL docket, 3:19md2885, and send electronic notices of same to the attorneys of record for both sides. Signed by JUDGE M CASEY RODGERS on 2/27/2020. (djb) (Entered: 02/27/2020) |
| 03/03/2020 | 1016 | NOTICE of Appearance by LARRY D DRURY on behalf of NOTICE ONLY (DRURY, LARRY) (Entered: 03/03/2020) |
| 03/04/2020 | 1017 | Minute Entry for proceedings held before MAGISTRATE JUDGE GARY R JONES: Telephone Conference held on 3/4/2020. Written order to follow. (Court Reporter Donna Boland, Official Court Reporter (Pensacola). (atm) (Entered: 03/04/2020) |
| 03/04/2020 | 1018 | MOTION to Appear Pro Hac Vice by Katharine Krottinger.( Filing fee $ 201 receipt number AFLNDC-4927173.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (KROTTINGER, KATHARINE) Modified on 3/5/2020 to correct filer to NOTICE ONLY party (djb). (Entered: 03/04/2020) |
| 03/05/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1018 MOTION to Appear Pro Hac Vice by Katharine Krottinger. (djb) (Entered: 03/05/2020) |
| 03/05/2020 | 1019 | ORDER granting 1018 Motion to Appear Pro Hac Vice (Appointed KATHARINE GALE KROTTINGER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 3/5/2020. (djb) (Entered: 03/05/2020) |
| 03/05/2020 | 1020 | ORDER re 1017 Telephone Conference. Signed by MAGISTRATE JUDGE GARY R JONES on 3/5/2020. (kdm) (Entered: 03/05/2020) |
| 03/06/2020 | 1022 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-58) - 1 action re: MDL No. 2885, 1 in MN/0:20-cv-00516). Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 3/6/2020. (Attachments: # 1 CTO-58 Finalized) (djb) (Entered: 03/06/2020) |
| 03/06/2020 | 1023 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibit to Joint Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 03/06/2020) |

| 03/06/2020 | 1024 | MOTION for Disclosure *Joint Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 1 replaced on 3/9/2020) (djb). (Entered: 03/06/2020) |
| --- | --- | --- |
| 03/06/2020 | 1025 | PRETRIAL ORDER NO. 30 Amendment to Pretrial Order No. 29, ECF 1015 . By agreement of the parties, the deadline for initial bellwether plaintiffs to file a Notice of Designated Forum is extended to **March 20, 2020**, and the deadline for the parties to file Lexecon statements for each initial bellwether case is extended to **March 24, 2020**. Signed by JUDGE M CASEY RODGERS on 3/6/2020. (djb) (Entered: 03/06/2020) |
| 03/06/2020 | 1026 | ORDER - Judge David R. Herndon (ret.) was previously appointed as a Special Master in this MDL to assist the Court in moving the affirmative defenses into a posture for dispositive motion practice and, in particular, to help facilitate discovery from the United States. See ECF No. 760 . The Court now finds it appropriate to expand that role. (see order) Judge Herndon may communicate ex parte with counsel and/or the Court in fulfilling his duties. All other provisions of the prior Order of Appointment, ECF No. 760 , remain unchanged. Signed by JUDGE M CASEY RODGERS on 3/6/2020. (djb) (Entered: 03/06/2020) |
| 03/07/2020 | 1027 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of TELEPHONE CONFERENCE Proceedings held on March 4, 2020, before Judge Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 840.470.8189 FOR TRANSCRIPT COPIES EMAIL:Donna_Boland@flnd.uscourts.gov.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **3/16/2020**. Release of Transcript Restriction set for **6/12/2020**. (dlb) (Entered: 03/07/2020) |
| 03/09/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1023 Plaintiffs' Motion for Leave to File Under Seal Exhibit to Joint Motion to Authorize Disclosure of Military Records, re: 1024 Joint Motion to Authorize Disclosure of Military Records (djb) (Entered: 03/09/2020) |
| 03/09/2020 | 1028 | AMENDED ORDER re 1017 Telephone Conference. Signed by MAGISTRATE JUDGE GARY R JONES on 3/9/2020. (kdm) (Entered: 03/09/2020) |
| 03/09/2020 | 1029 | ORDER granting 1023 Plaintiffs' Motion for Leave to File Under Seal Exhibit to Joint Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 3/9/2020. (djb) (Entered: 03/09/2020) |
| 03/09/2020 | 1030 | PRIVACY ACT ORDER NO. 14. The 1024 Joint Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibit A to the joint motion, ECF No. 1024 -1, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 3/9/2020. (djb) (Entered: 03/09/2020) |
| 03/09/2020 | 1031 | MOTION to Appear Pro Hac Vice by Deborah Kay Levy.( Filing fee $ 201 receipt number AFLNDC-4938750.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standings) (LEVY, DEBORAH) (Entered: 03/09/2020) |
| 03/10/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1031 MOTION to Appear Pro Hac Vice by Deborah Kay Levy. (djb) (Entered: 03/10/2020) |

| 03/10/2020 | 1032 | ORDER granting 1031 Motion to Appear Pro Hac Vice (Appointed DEBORAH K LEVY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 3/10/2020. (djb) (Entered: 03/10/2020) |
|---|---|---|
| 03/10/2020 | 1033 | NOTICE of Appearance by EDWARD KIRKSEY WOOD, JR on behalf of NOTICE ONLY (WOOD, EDWARD) (Entered: 03/10/2020) |
| 03/10/2020 | 1034 | MOTION to Appear Pro Hac Vice by Thomas P. Valet.( Filing fee $ 201 receipt number AFLNDC-4943833.) by NOTICE ONLY. (VALET, THOMAS) Modified on 3/11/2020 to correct filer. Plaintiff party name removed from the docket. (djb). (Entered: 03/10/2020) |
| 03/11/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1034 MOTION to Appear Pro Hac Vice by Thomas P. Valet. (djb) (Entered: 03/11/2020) |
| 03/11/2020 | 1035 | ORDER granting 1034 Motion to Appear Pro Hac Vice (Appointed THOMAS P VALET for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 3/11/2020. (djb) (Entered: 03/11/2020) |
| 03/11/2020 | 1036 | MOTION to Seal Document *Plaintiffs Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 03/11/2020) |
| 03/11/2020 | 1037 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit SEALED COVER A1-A4, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 3/11/2020) (djb). (Entered: 03/11/2020) |
| 03/11/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1036 Plaintiffs Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, re: 1037 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 03/11/2020) |
| 03/11/2020 | 1038 | ORDER granting 1036 Plaintiffs Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, as requested. Signed by JUDGE M CASEY RODGERS on 3/11/2020. (djb) (Entered: 03/11/2020) |
| 03/11/2020 | 1039 | PRIVACY ACT ORDER NO. 15. 1037 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 1037 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 3/11/2020. (djb) (Entered: 03/11/2020) |
| 03/12/2020 | 1040 | NOTICE of Appearance by ASHLEY BETH DILIBERTO on behalf of NOTICE ONLY (DILIBERTO, ASHLEY) (Entered: 03/12/2020) |
| 03/12/2020 | 1041 | NOTICE of Appearance by THOMAS JAMES CONROY on behalf of NOTICE ONLY (CONROY, THOMAS) (Entered: 03/12/2020) |
| 03/16/2020 | 1042 | ORDER scheduling telephonic hearing before Magistrate Judge Gary R. Jones on Tuesday, March 24, 2020 at 2:00 PM (EDST). Defendants must provide their letter brief by March 20, 2020. Plaintiffs must provide their letter brief by March 23, 2020. Signed by MAGISTRATE JUDGE GARY R JONES on 3/16/20. (grj) (Entered: 03/16/2020) |
| 03/17/2020 | | Set Hearings re: 1042 Order. Telephonic hearing scheduled for **Tuesday, 3/24/2020 at 02:30 PM (Eastern Time)** before MAGISTRATE JUDGE GARY R JONES. |

| | | Defendants letter brief due on or before **March 20, 2020**. Plaintiffs letter brief due on or before **March 23, 2020**. (djb) (Entered: 03/17/2020) |
|---|---|---|
| 03/17/2020 | 1043 | ORDER - The case management conference currently set for Friday, March 27, 2020 is hereby cancelled. The Court will instead hold a conference call with leadership counsel for both sides only. Signed by JUDGE M CASEY RODGERS on 3/17/2020. (djb) (Entered: 03/17/2020) |
| 03/17/2020 | 1044 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-59) - 3 action(s) re: pldg. ( 721 in MDL No. 2885, 1 in MN/0:20-cv-00665, 1 in MN/0:20-cv-00667, 1 in MN/0:20-cv-00668) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 3/17/2020. (Attachments: # 1 CTO-59 Finalized) (djb) (Entered: 03/17/2020) |
| 03/18/2020 | 1045 | NOTICE of Appearance by KRISTINA J ANDERSON on behalf of NOTICE ONLY (ANDERSON, KRISTINA) (Entered: 03/18/2020) |
| 03/18/2020 | 1046 | PRETRIAL ORDER NO. 31 Plaintiff Leadership Reappointment Process. On May 22, 2019, the plaintiff leadership team for this litigation was appointed to a one-year term, expiring on May 22, 2020, with the option to apply for reappointment annually. See Pretrial Order No. 7, ECF No. 376 . This Order establishes the reappointment application process. Signed by JUDGE M CASEY RODGERS on 3/18/2020. (djb) (Entered: 03/18/2020) |
| 03/19/2020 | 1047 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-60) - 1 action re: MDL No. 2885, 1 in PAE/2:20-cv-01049) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 3/19/2020. (Attachments: # 1 CTO-60 Finalized) (djb) (Entered: 03/19/2020) |
| 03/20/2020 | 1048 | ORDER re 918 and Plaintiffs' Motion to Compel documents on Defendants' privilege logs, as set forth in the parties letter briefs. Plaintiffs' Motion to Compel Defendants to produce exemplar documents on Defendants' privilege logs is granted in part and denied in part as to those documents identified in the Court's order. Signed by MAGISTRATE JUDGE GARY R JONES on 03/20/20. (grj) (Entered: 03/20/2020) |
| 03/20/2020 | 1049 | MOTION to Appear Pro Hac Vice by Quinn R. Wilson.( Filing fee $ 201 receipt number AFLNDC-4988576.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (WILSON, QUINN) (Entered: 03/20/2020) |
| 03/20/2020 | 1050 | MOTION to Appear Pro Hac Vice by RUSSELL ENDSLEY.( Filing fee $ 201 receipt number AFLNDC-4988592.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (ENDSLEY, RUSSELL) (Entered: 03/20/2020) |
| 03/20/2020 | 1051 | MOTION to Withdraw as Attorney *Motion to WIthdraw Harold A. Barza as Counsel for Plaintiffs Gilbert Formoso and Scott E. Lambert* by NOTICE ONLY. (BARZA, HAROLD) (Entered: 03/20/2020) |
| 03/23/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1050 MOTION to Appear Pro Hac Vice by RUSSELL ENDSLEY; 1049 MOTION to Appear Pro Hac Vice by Quinn R. Wilson; 1051 MOTION to WIthdraw Harold A. Barza as Counsel for Plaintiffs Gilbert Formoso and Scott E. Lambert (djb) (Entered: 03/23/2020) |
| 03/23/2020 | 1052 | MOTION to Appear Pro Hac Vice by Robert W. Cowan.( Filing fee $ 201 receipt number AFLNDC-4990831.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (COWAN, ROBERT) (Entered: 03/23/2020) |
| 03/23/2020 | 1053 | MOTION to Appear Pro Hac Vice by K. Camp Bailey.( Filing fee $ 201 receipt number AFLNDC-4990912.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of |

| | | Good Standing) (BAILEY, KENNETH) (Entered: 03/23/2020) |
|---|---|---|
| 03/23/2020 | 1054 | MOTION to Appear Pro Hac Vice by Aaron Heckaman.( Filing fee $ 201 receipt number AFLNDC-4990944.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (HECKAMAN, AARON) (Entered: 03/23/2020) |
| 03/23/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1054 MOTION to Appear Pro Hac Vice by Aaron Heckaman; 1052 MOTION to Appear Pro Hac Vice by Robert W. Cowan; 1053 MOTION to Appear Pro Hac Vice by K. Camp Bailey. (djb) (Entered: 03/23/2020) |
| 03/23/2020 | 1055 | ORDER granting 1049 Motion to Appear Pro Hac Vice (Appointed QUINN ROBERT WILSON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 3/23/2020. (djb) (Entered: 03/23/2020) |
| 03/23/2020 | 1056 | ORDER granting 1050 Motion to Appear Pro Hac Vice (Appointed RUSSELL WILLIAM ENDSLEY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 3/23/2020. (djb) (Entered: 03/23/2020) |
| 03/23/2020 | 1057 | ORDER - The 1051 Motion to WIthdraw Harold A. Barza as Counsel for Plaintiffs Gilbert Formoso and Scott E. Lambert is DENIED without prejudice. For cases associated with the 3M MDL docket, motions to withdraw as counsel must be filed on individual plaintiffs' dockets. For cases on the 3M administrative docket, a Notice of Representation Issue must be submitted through MDL Centrality. Signed by JUDGE M CASEY RODGERS on 3/23/2020. (djb) (Entered: 03/23/2020) |
| 03/23/2020 | 1058 | ORDER granting 1052 Motion to Appear Pro Hac Vice (Appointed ROBERT W COWAN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 3/23/2020. (djb) (Entered: 03/23/2020) |
| 03/23/2020 | 1059 | MOTION to Compel by CO-LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A - Plaintiffs' First Set of Interrogatories, # 2 Exhibit B - Defendants' Response to Plaintiffs' First Set of Interrogatories, # 3 Exhibit C - Oct. 30, 2019 D. Buchanan Ltr. to M. Nomellini, # 4 Exhibit D - Jan. 1, 2020, D. Buchanan Ltr. to M. Nomellini, # 5 Exhibit E - Feb. 28, 2020, N. Wasdin email to D. Buchanan, # 6 Exhibit F - TO BE FILED UNDER SEAL, # 7 Exhibit G - TO BE FILED UNDER SEAL, # 8 Exhibit H - TO BE FILED UNDER SEAL, # 9 Exhibit I - TO BE FILED UNDER SEAL, # 10 Exhibit J - TO BE FILED UNDER SEAL) (SEEGER, CHRISTOPHER) Modified on 3/24/2020 (djb). (Entered: 03/23/2020) |
| 03/23/2020 | 1060 | ORDER granting 1053 Motion to Appear Pro Hac Vice (Appointed KENNETH CAMP BAILEY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 3/23/2020. (djb) (Entered: 03/24/2020) |
| 03/23/2020 | 1061 | ORDER granting 1054 Motion to Appear Pro Hac Vice (Appointed AARON M HECKAMAN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 3/23/2020. (djb) (Entered: 03/24/2020) |
| 03/24/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1059 MOTION to Compel . Referred to GARY R JONES. (djb) (Entered: 03/24/2020) |
| 03/24/2020 | 1062 | NOTICE of Appearance by HENRY M GEORGE, JR on behalf of NOTICE ONLY. (GEORGE, HENRY) Modified on 3/24/2020 to correct filer name. Party deleted from the docket. (djb). (Entered: 03/24/2020) |
| 03/25/2020 | 1063 | NOTICE of Appearance by ADAM J LANGINO on behalf of NOTICE ONLY (LANGINO, ADAM) (Entered: 03/25/2020) |

| | | |
|---|---|---|
| 03/26/2020 | 1064 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of DEFENSE MOTIONS TELECONFERENCE Proceedings held on March 24, 2020, before Judge Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. EMAIL:Donna_Boland@flnd.uscourts.gov.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **4/2/2020**. Release of Transcript Restriction set for **7/1/2020**. (dlb) (Entered: 03/26/2020) |
| 03/26/2020 | 1065 | ORDER memorializing the Court's ruling at the March 24, 2020 telephonic hearing. 1042 . Defendants' motion to compel the Bellwether Plaintiffs to execute authorizations is granted in part and denied in part.. Signed by MAGISTRATE JUDGE GARY R JONES on 03/26/20. (grj) (Entered: 03/26/2020) |
| 03/27/2020 | | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Telephone Conference / 10th Case Management Conference held on 3/27/2020. [From 9:31 am to 11:16 am] (Court Reporter Donna Boland.) (sps) (Entered: 03/31/2020) |
| 03/30/2020 | 1066 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings - TENTH CASE MANAGEMENT CONFERENCE held on March 27, 2020, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. Email:Donna_Boland@flnd.uscourts.gov.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **4/6/2020**. Release of Transcript Restriction set for **7/6/2020**. (dlb) (Entered: 03/30/2020) |
| 03/30/2020 | 1067 | MOTION to Appear Pro Hac Vice by Eric E. Holm.( Filing fee $ 201 receipt number AFLNDC-5015319.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (HOLM, ERIC) Modified on 3/31/2020 to correct filer to NOTICE ONLY. (djb) (Entered: 03/30/2020) |
| 03/31/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1067 MOTION to Appear Pro Hac Vice by Eric E. Holm. (djb) (Entered: 03/31/2020) |
| 03/31/2020 | 1068 | MOTION to Appear Pro Hac Vice by Rebecca Fredona.( Filing fee $ 201 receipt number AFLNDC-5017507.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (FREDONA, REBECCA) (Entered: 03/31/2020) |
| 03/31/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1068 MOTION to Appear Pro Hac Vice by Rebecca Fredona. (djb) (Entered: 03/31/2020) |
| 03/31/2020 | 1069 | ORDER granting 1067 Motion to Appear Pro Hac Vice (Appointed ERIC E HOLM for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 3/31/2020. (djb) (Entered: 03/31/2020) |
| 03/31/2020 | 1070 | ORDER granting 1068 Motion to Appear Pro Hac Vice (Appointed REBECCA LAINE FREDONA for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on |

| | | |
|---|---|---|
| | | 3/31/2020. (djb) (Entered: 03/31/2020) |
| 04/01/2020 | 1071 | MOTION for Summary Judgment *on the Government Contractor Defense (Redacted Version)* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Internal deadline for referral to judge if response to summary judgment not filed earlier: **4/22/2020**). (Attachments: # 1 Affidavit of Cole Carter, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13 (Sealed), # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27 (Sealed), # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Exhibit 44 (Sealed), # 46 Exhibit 45, # 47 Exhibit 46, # 48 Exhibit 47, # 49 Exhibit 48, # 50 Exhibit 49, # 51 Exhibit 50, # 52 Exhibit 51, # 53 Exhibit 52, # 54 Exhibit 53, # 55 Exhibit 54, # 56 Exhibit 55, # 57 Exhibit 56, # 58 Exhibit 57, # 59 Exhibit 58, # 60 Exhibit 59, # 61 Exhibit 60, # 62 Exhibit 61, # 63 Exhibit 62, # 64 Exhibit 63, # 65 Exhibit 64, # 66 Exhibit 65, # 67 Exhibit 66), # 68 Defendants' Motion for Summary Judgment on the Government Contractor Defense (Sealed)) (BRANSCOME, KIMBERLY) Modified on 4/8/2020 (djb). Modified on 4/20/2020 (djb). (Entered: 04/01/2020) |
| 04/01/2020 | 1072 | MOTION for Summary Judgment *on Government Contractor Defense* by LEAD COUNSEL FOR PLAINTIFFS. (Internal deadline for referral to judge if response to summary judgment not filed earlier: **4/22/2020**). (Attachments: # 1 Exhibit Memo ISO Plaintiffs' MSJ, # 2 Exhibit Declaration of M. Sacchet, # 3 Exhibit PX1-SEALED, # 4 Exhibit PX2-SEALED, # 5 Exhibit PX3-SEALED, # 6 Exhibit PX4-SEALED, # 7 Exhibit PX5-SEALED, # 8 Exhibit PX6-SEALED, # 9 Exhibit PX7-SEALED, # 10 Exhibit PX8-SEALED, # 11 Exhibit PX9-SEALED, # 12 Exhibit PX10-SEALED, # 13 Exhibit PX11-SEALED, # 14 Exhibit PX12-SEALED, # 15 Exhibit PX13-SEALED, # 16 Exhibit PX14-SEALED, # 17 Exhibit PX14A-SEALED, # 18 Exhibit PX15-SEALED, # 19 Exhibit PX16-SEALED, # 20 Exhibit PX17-SEALED, # 21 Exhibit PX18-SEALED, # 22 Exhibit PX19-SEALED, # 23 Exhibit PX20-SEALED, # 24 Exhibit PX21-SEALED, # 25 Exhibit PX22-SEALED, # 26 Exhibit PX23-SEALED, # 27 Exhibit PX24-SEALED, # 28 Exhibit PX25-SEALED, # 29 Exhibit PX26-SEALED, # 30 Exhibit PX27-SEALED, # 31 Exhibit PX28-SEALED, # 32 Exhibit PX29-SEALED, # 33 Exhibit PX30, # 34 Exhibit PX31-SEALED, # 35 Exhibit PX32-SEALED, # 36 Exhibit PX33-SEALED, # 37 Exhibit PX34-SEALED, # 38 Exhibit PX35-SEALED, # 39 Exhibit PX36-SEALED, # 40 Exhibit PX37-SEALED, # 41 Exhibit PX38-SEALED, # 42 Exhibit PX39-SEALED, # 43 Exhibit PX40-SEALED, # 44 Exhibit PX41-SEALED, # 45 Exhibit PX42, # 46 Exhibit PX43-SEALED, # 47 Exhibit PX44-SEALED, # 48 Exhibit PX45-SEALED, # 49 Exhibit PX46-SEALED, # 50 Exhibit PX47-SEALED, # 51 Exhibit PX48-SEALED, # 52 Exhibit PX49-SEALED, # 53 Exhibit PX50-SEALED, # 54 Exhibit PX51-SEALED, # 55 Exhibit PX52-SEALED, # 56 Exhibit PX53-SEALED, # 57 Exhibit PX54-SEALED, # 58 Exhibit PX55-SEALED, # 59 Exhibit PX56-SEALED, # 60 Exhibit PX57-SEALED, # 61 Exhibit PX58-SEALED, # 62 Exhibit PX59-SEALED, # 63 Exhibit PX60-SEALED, # 64 Exhibit PX61-SEALED, # 65 Exhibit PX62, # 66 Exhibit PX63-SEALED, # 67 Exhibit PX64-SEALED, # 68 Exhibit PX65-SEALED, # 69 Exhibit PX66-SEALED, # 70 Exhibit PX67-SEALED, # 71 Exhibit PX47_Part 2-SEALED, # 72 Exhibit PX47_Part 3-SEALED) # 73 Exhibit Memorandum in Support - Unredacted) (AYLSTOCK, BRYAN) Modified on 4/2/2020 (djb). Modified on 4/20/2020 (djb). (Entered: 04/01/2020) |

| 04/02/2020 | 1073 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-61) - re: pldg. ( 731 in MDL No. 2885, 1 in NYE/1:20-cv-01447) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 4/2/2020. (Attachments: # 1 CTO-61 Finalized) (djb) (Entered: 04/02/2020) |
|---|---|---|
| 04/02/2020 | 1074 | MOTION to Appear Pro Hac Vice by Katie L. Merrill.( Filing fee $ 201 receipt number AFLNDC-5030378.) by NOTICE ONLY. (MERRILL, KATIE) (Entered: 04/02/2020) |
| 04/02/2020 | 1075 | NOTICE of Appearance by KATIE LANETTE MERRILL on behalf of NOTICE ONLY (MERRILL, KATIE) (Entered: 04/02/2020) |
| 04/03/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1074 MOTION to Appear Pro Hac Vice by Katie L. Merrill. (djb) (Entered: 04/03/2020) |
| 04/03/2020 | 1076 | ORDER granting 1074 Motion to Appear Pro Hac Vice (Appointed KATIE LANETTE MERRILL for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/3/2020. (djb) (Entered: 04/03/2020) |
| 04/03/2020 | 1077 | MEMORANDUM in Opposition re 1059 MOTION to Compel *Discovery (Redacted - Public Version)* filed by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A (Filed Under Seal), # 2 Exhibit B (Filed Under Seal), # 3 Exhibit C (Filed Under Seal), # 4 Exhibit D (Filed Under Seal), # 5 Exhibit E (Filed Under Seal), # 6 Exhibit F (Filed Under Seal)) # 7 Defendants' Opposition (Unredacted)) (BRANSCOME, KIMBERLY). Modified on 4/6/2020 (djb). (Entered: 04/03/2020) |
| 04/06/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1059 MOTION to Compel, 1077 Memorandum in Opposition to Motion. Referred to GARY R JONES. (djb) (Entered: 04/06/2020) |
| 04/08/2020 | 1078 | NOTICE of Appearance by JULIE KATHLEEN KURTZ on behalf of NOTICE ONLY (KURTZ, JULIE) (Entered: 04/08/2020) |
| 04/09/2020 | 1079 | MOTION to Appear Pro Hac Vice by Nathaniel Morse.( Filing fee $ 201 receipt number AFLNDC-5054557.) by NOTICE ONLY. (MORSE, NATHANIEL) (Entered: 04/09/2020) |
| 04/09/2020 | 1080 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Miltary Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 04/09/2020) |
| 04/09/2020 | 1081 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 4/10/2020) (djb). (Entered: 04/09/2020) |
| 04/10/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1079 MOTION to Appear Pro Hac Vice by Nathaniel Morse; 1080 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, 1081 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 04/10/2020) |
| 04/10/2020 | 1082 | ORDER - Plaintiffs' 1080 Motion for Leave to File Under Seal Exhibits to their 1081 Motion to Authorize Disclosure of Military Records is GRANTED, as requested. |

Signed by JUDGE M CASEY RODGERS on 4/10/2020. (djb) (Entered: 04/10/2020)

| 04/10/2020 | 1083 | PRIVACY ACT ORDER NO. 16. Plaintiffs' 1081 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 1081 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 4/10/2020. (djb) (Entered: 04/10/2020) |
| --- | --- | --- |
| 04/10/2020 | 1084 | ORDER granting 1079 Motion to Appear Pro Hac Vice (Appointed NATHANIEL B MORSE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/10/2020. (djb) (Entered: 04/10/2020) |
| 04/10/2020 | 1085 | ORDER granting in part and denying in part 1059 Plaintiffs' Motion to Compel Discovery. Signed by MAGISTRATE JUDGE GARY R JONES on 04/10/20. (grj) (Entered: 04/10/2020) |
| 04/13/2020 | | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE GARY R JONES:Telephone Conference with leadership counsel held on 4/13/2020. [11:01 am to 12:35 pm] (Court Reporter Donna Boland.) (sps) (Entered: 04/16/2020) |
| 04/14/2020 | 1086 | CASE MANAGEMENT ORDER NO. 10. Due to the continued public health crisis from the coronavirus, there will not be an in-person case management conference on Friday, April 24, 2020. Instead, the case management conference will be conducted telephonically with leadership counsel for both sides only.The case management conference currently set for July 31, 2020 at 9:30 a.m. Central has been rescheduled for **Wednesday, 7/29/2020 at 09:30 AM Central . All future in-person case management conferences will be conducted in the 5th Floor Courtroom at One N. Palafox Street, Pensacola, FL 32502.** Attorney Jeff Eckland has recently filed motions to remand in a number of individual cases. For purposes of efficiency and judicial economy, Defendants are granted leave to submit a single, consolidated response to the motions on the 3M MDL docket by **5/8/2020**. Initial bellwether plaintiffs must provide signed authorizations (i.e., wet signatures) for the release of medical records (excluding mental health records) by previously identified healthcare providers, on a rolling basis, not later than April 27, 2020. Signed by JUDGE M CASEY RODGERS on 4/14/2020. (djb) (Entered: 04/14/2020) |
| 04/14/2020 | 1087 | PRETRIAL ORDER NO. 32 Amendment to Pretrial Order No. 31. ECF No. 1046 . The Court hereby amends Pretrial Order No. 31 to require that applications for reappointment be submitted to chambers at flnd_rodgers@flnd.uscourts.gov, for in camera review, by close of business on April 22, 2020. The applications should not be filed on the public MDL docket. All other provisions of Pretrial Order No. 31 remain unchanged. Signed by JUDGE M CASEY RODGERS on 4/14/2020. (djb) (Entered: 04/14/2020) |
| 04/14/2020 | 1088 | MEMORANDUM in Opposition re 1072 MOTION for Summary Judgment *on Government Contractor Defense (Redacted Version)* filed by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Affidavit of Cole Carter, # 2 Exhibit DX1, # 3 Exhibit DX2, # 4 Exhibit DX3, # 5 Exhibit DX4, # 6 Exhibit DX5, # 7 Exhibit DX6, # 8 Exhibit DX7, # 9 Exhibit DX8, # 10 Exhibit DX9 (SEALED), # 11 Exhibit DX10, # 12 Memorandum in Opposition (UNREDACTED) (BRANSCOME, KIMBERLY) Modified on 4/15/2020 (djb). (djb). Modified on 4/22/2020 (djb). (Entered: 04/14/2020) |
| 04/14/2020 | 1089 | MEMORANDUM in Opposition re 1071 MOTION for Summary Judgment *on the Government Contractor Defense (Redacted Version)* filed by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Affidavit Declaration of Michael Sacchet, # 2 Exhibit |

|  |  | PX68-SEALED, # [3](#) Exhibit PX69-SEALED, # [4](#) Exhibit PX70-SEALED, # [5](#) Exhibit PX71-SEALED, # [6](#) Exhibit PX72, # [7](#) Exhibit PX73-SEALED, # [8](#) Exhibit PX74-SEALED, # [9](#) Exhibit PX75-SEALED, # [10](#) Exhibit PX76-SEALED, # [11](#) Exhibit PX77-SEALED, # [12](#) Exhibit PX78-SEALED, # [13](#) Exhibit PX79-SEALED, # [14](#) Exhibit PX80-SEALED, # [15](#) Exhibit PX81-SEALED, # [16](#) Exhibit PX82-SEALED, # [17](#) Exhibit PX 83, # [18](#) Exhibit PX84, # [19](#) Exhibit PX85, # [20](#) Exhibit PX86, # [21](#) Exhibit PX87-SEALED, # [22](#) Exhibit PX88-SEALED, # [23](#) Exhibit PX89, # [24](#) Exhibit PX90-SEALED, # [25](#) Exhibit PX91-SEALED, # [26](#) Exhibit PX92-SEALED, # [27](#) Exhibit PX93-SEALED, # [28](#) Exhibit PX94-SEALED, # [29](#) Exhibit PX95-SEALED, # [30](#) Exhibit PX96-SEALED, # [31](#) Exhibit PX97-SEALED, # [32](#) Exhibit PX98-SEALED, # [33](#) Exhibit PX99-SEALED, # [34](#) Exhibit PX100-SEALED, # [35](#) Exhibit PX101-SEALED, # [36](#) Exhibit PX102-SEALED, # [37](#) Exhibit PX103-SEALED, # [38](#) Exhibit PX104-SEALED, # [39](#) Exhibit PX105-SEALED, # [40](#) Exhibit PX106-SEALED, # [41](#) Exhibit PX107-SEALED, # [42](#) Exhibit PX108-SEALED, # [43](#) Exhibit PX109-SEALED, # [44](#) Exhibit PX110-SEALED, # [45](#) Exhibit PX111-SEALED, # [46](#) Exhibit PX112-SEALED, # [47](#) Memorandum in Opposition (UNREDACTED)) (AYLSTOCK, BRYAN) Modified on 4/15/2020 (djb). Modified on 4/22/2020 (djb). (Entered: 04/14/2020) |
| 04/15/2020 | [1090](#) | MOTION to Appear Pro Hac Vice( Filing fee $ 201 receipt number AFLNDC-5081921.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit) (BIASIELLO, TIMOTHY) Modified on 4/15/2020 to correct filer name (djb). Modified on 4/15/2020 to note civil case number 3:20cv5395-MCR/GRJ (djb). (Entered: 04/15/2020) |
| 04/15/2020 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [1090](#) MOTION to Appear Pro Hac Vice by Timothy M. Biasiello. (djb) (Entered: 04/15/2020) |
| 04/15/2020 | [1091](#) | MOTION to Appear Pro Hac Vice by Jason W. Earley.( Filing fee $ 201 receipt number AFLNDC-5082880.) by NOTICE ONLY. (EARLEY, JASON) (Entered: 04/15/2020) |
| 04/15/2020 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [1091](#) MOTION to Appear Pro Hac Vice by Jason W. Earley. (djb) (Entered: 04/15/2020) |
| 04/15/2020 | [1092](#) | ORDER granting [1090](#) Motion to Appear Pro Hac Vice (Appointed TIMOTHY M BIASIELLO for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/15/2020. (djb) (Entered: 04/15/2020) |
| 04/15/2020 | [1093](#) | ORDER granting [1091](#) Motion to Appear Pro Hac Vice (Appointed JASON W EARLEY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/15/2020. (djb) (Entered: 04/15/2020) |
| 04/15/2020 | [1094](#) | Second MOTION to Appear Pro Hac Vice by Kevin W. Connell.( Filing fee $ 201 receipt number AFLNDC-5084621.) by NOTICE ONLY. (CONNELL, KEVIN) Modified on 4/15/2020 to correct filer to NOTICE ONLY (djb). (Entered: 04/15/2020) |
| 04/15/2020 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [1094](#) Second MOTION to Appear Pro Hac Vice by Kevin W. Connell. (motion previously filed in civil case) (djb) (Entered: 04/15/2020) |
| 04/15/2020 | [1095](#) | ORDER granting [1094](#) Motion to Appear Pro Hac Vice (Appointed KEVIN WILLIAM CONNELL for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/15/2020. (djb) Modified on 4/16/2020 (djb). (Entered: 04/16/2020) |
| 04/16/2020 | [1096](#) | MOTION to Appear Pro Hac Vice by Stephen L. Drummond.( Filing fee $ 201 receipt number AFLNDC-5091646.) by NOTICE ONLY. (DRUMMOND, STEPHEN) |

| | | (Entered: 04/16/2020) |
|---|---|---|
| 04/16/2020 | 1097 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings - LEADERSHIP CONFERENCE CALL - held on April 13, 2020, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. ***FOR TRANSCRIPT COPIES:Email:Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **4/23/2020**. Release of Transcript Restriction set for **7/22/2020**. (dlb) (Entered: 04/16/2020) |
| 04/17/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1096 MOTION to Appear Pro Hac Vice by Stephen L. Drummond. (djb) (Entered: 04/17/2020) |
| 04/17/2020 | 1098 | ORDER denying 1096 Motion to Appear Pro Hac Vice filed by Stephen L. Drummond. Signed by JUDGE M CASEY RODGERS on 4/17/2020. (djb) (Entered: 04/17/2020) |
| 04/18/2020 | 1099 | NOTICE of Appearance by STEPHEN L DRUMMOND on behalf of NOTICE ONLY (DRUMMOND, STEPHEN) (Entered: 04/18/2020) |
| 04/20/2020 | 1100 | NOTICE of Appearance by STEPHEN L DRUMMOND on behalf of NOTICE ONLY (DRUMMOND, STEPHEN) (Entered: 04/20/2020) |
| 04/21/2020 | 1101 | RESPONSE in Support re 1071 MOTION for Summary Judgment *on the Government Contractor Defense (Redacted Version)* filed by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Affidavit of Cole Carter, # 2 Exhibit 67, # 3 Exhibit 68, # 4 Exhibit 69, # 5 Exhibit 70) (WASDIN, NICHOLAS) (Additional attachment(s) added on 5/20/2020: # 6 Reply Memorandum In Support (Sealed)) (djb). (Entered: 04/21/2020) |
| 04/21/2020 | 1102 | RESPONSE in Support re 1072 MOTION for Summary Judgment *on Government Contractor Defense* filed by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Affidavit Declaration of Michael Sacchet, # 2 Exhibit PX113-SEALED, # 3 Exhibit PX114-SEALED, # 4 Exhibit PX115-SEALED, # 5 Exhibit PX116-SEALED, # 6 Exhibit PX117-SEALED, # 7 Exhibit PX118-SEALED, # 8 Exhibit PX119-SEALED, # 9 Exhibit PX120, # 10 Exhibit PX121-SEALED, # 11 Exhibit PX122-SEALED) (AYLSTOCK, BRYAN) Modified on 4/22/2020 (djb). (Attachment 2 replaced on 4/24/2020) (djb). (Attachment 3 replaced on 4/24/2020) (djb). (Attachment 4 replaced on 4/24/2020) (djb). (Attachment 5 replaced on 4/24/2020) (djb). (Attachment 6 replaced on 4/24/2020) (djb). (Attachment 7 replaced on 4/24/2020) (djb). (Attachment 8 replaced on 4/24/2020) (djb). (Attachment 10 replaced on 4/24/2020) (djb). (Attachment 11 replaced on 4/24/2020) (djb). (Main Document 1102 replaced on 4/24/2020) (djb). (Entered: 04/21/2020) |
| 04/24/2020 | 1103 | PRETRIAL ORDER NO. 33 Court-Appointed Expert Witness. Accordingly, pursuant to Federal Rule of Evidence 706, the parties are hereby ORDERED TO SHOW CAUSE why an independent expert, such as a biostatistician, should not be appointed to assist the Court in a manner consistent with this Order, by **Friday, May 8, 2020**. If there is no objection to the appointment of an independent expert for the above-described purposes, then a statement to that effect should be filed on the docket by that same date. In any |

| | | event, the parties are encouraged to confer and nominate an expert for this role. Signed by JUDGE M CASEY RODGERS on 4/24/2020. (djb) (Entered: 04/24/2020) |
|---|---|---|
| 04/24/2020 | 1104 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: 11th Case Management Conference (by telephone w/leadership counsel only) held on 4/24/2020. Order to follow. (Court Reporter Donna Boland.) (sps) (Entered: 04/24/2020) |
| 04/24/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1071 MOTION for Summary Judgment on the Government Contractor Defense (Redacted Version), 1072 MOTION for Summary Judgment on Government Contractor Defense, 1088 Memorandum in Opposition to Motion, 1089 Memorandum in Opposition to Motion, 1101 Reply Memorandum in Support of Motion, 1102 Reply Memorandum in Support of Motion. (djb) (Entered: 04/24/2020) |
| 04/24/2020 | 1105 | MOTION to Seal *an Exhibit from Plaintiffs' Motion for Summary Judgment 1072* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (BROCK, ROBERT) (Entered: 04/24/2020) |
| 04/27/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1105 MOTION to Seal an Exhibit from 1072 Plaintiffs' Motion for Summary Judgment (djb) (Entered: 04/27/2020) |
| 04/28/2020 | 1106 | ORDER - For good cause shown, the 1105 Motion for Leave to File Under Seal an Exhibit from Plaintiffs' Motion for Summary Judgment is GRANTED. The Clerk is directed to maintain Exhibit 58 to Plaintiffs' MOTION for Summary Judgment ECF No. 1072 -61, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 4/28/2020. (djb) (Entered: 04/28/2020) |
| 04/28/2020 | 1107 | PRETRIAL ORDER NO. 34 Changes in Firm and/or Representation. It is not uncommon for law firms to reorganize and/or attorneys to change firms during the course of an MDL. However, in this MDL, and indeed in any case, it is imperative that the Court be formally notified of any such changes and that the record accurately reflect a partys current counsel of record at all times. To that end, the following notice procedures must be followed with respect to cases on the 3M MDL docket within 14 days after an attorney of record leaves a law firm or a law firm of record dissolves. Signed by JUDGE M CASEY RODGERS on 4/28/2020. (djb) (Entered: 04/28/2020) |
| 04/28/2020 | 1108 | ORDER granting in part and denying in part Defendants' Motion to Compel as presented in the parties April 22, 2020 letter briefs concerning the number of interrogatories and the disclosure of Plaintiffs' mental health records. Signed by MAGISTRATE JUDGE GARY R JONES on 4/28/20. (grj) (Entered: 04/28/2020) |
| 04/29/2020 | 1109 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to Their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 04/29/2020) |
| 04/29/2020 | 1110 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 - UNDER SEAL, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 4/29/2020) (djb). (Entered: 04/29/2020) |
| 04/29/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1109 Plaintiffs' Motion for Leave to File Under Seal Exhibits to Their Motion to Authorize Disclosure of Military Records, re: |

| | | 1110 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 04/29/2020) |
|---|---|---|
| 04/29/2020 | 1111 | ORDER granting 1109 Plaintiffs' Motion for Leave to File Under Seal Exhibits to Their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 4/29/2020. (djb) (Entered: 04/29/2020) |
| 04/29/2020 | 1112 | PRIVACY ACT ORDER NO. 17. Plaintiffs' 1110 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 1110 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 4/29/2020. (djb) (Entered: 04/29/2020) |
| 04/29/2020 | 1113 | CASE MANAGEMENT ORDER NO. 11. The Eleventh Case Management Conference in this matter was held by telephone with leadership counsel for both sides on April 24, 2020. This Order serves as a non-exhaustive recitation of the key points of discussion during the conference. Signed by JUDGE M CASEY RODGERS on 4/29/2020. (djb) (Entered: 04/29/2020) |
| 04/30/2020 | 1114 | NOTICE of Change of Address by B KRISTIAN W RASMUSSEN (RASMUSSEN, B KRISTIAN) (Entered: 04/30/2020) |
| 04/30/2020 | 1115 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of 11th CASE MANAGEMENT CONFERENCE Proceedings held on April 24, 2020, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. ***FOR TRANSCRIPT COPY:Email:Donna_Boland@flnd.uscourts.gov.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **5/7/2020**. Release of Transcript Restriction set for **8/5/2020**. (dlb) (Entered: 04/30/2020) |
| 05/04/2020 | 1116 | NOTICE of Change of Address by DANAE N BENTON (BENTON, DANAE) (Entered: 05/04/2020) |
| 05/07/2020 | 1117 | NOTICE of Appearance by MICHAEL DUSTIN SECHREST on behalf of NOTICE ONLY (SECHREST, MICHAEL) Modified on 5/7/2020 to reference the correct civil case number 3:20cv5445-MCR/GRJ Waddell v. 3M Company et al (djb). (Entered: 05/07/2020) |
| 05/07/2020 | 1118 | MOTION to Appear Pro Hac Vice by Kristin Michelle Kizziah.( Filing fee $ 201 receipt number AFLNDC-5189800.) by NOTICE ONLY. (Attachments: # 1 Affidavit Certificate of Good Standing) (KIZZIAH, KRISTIN) (Entered: 05/07/2020) |
| 05/07/2020 | 1119 | NOTICE *of Change in Representation* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BROCK, ROBERT) (Entered: 05/07/2020) |
| 05/07/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1118 MOTION to Appear Pro Hac Vice by Kristin Michelle Kizziah. (djb) (Entered: 05/07/2020) |
| 05/07/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1119 Notice of Change in Representation (djb) (Entered: 05/07/2020) |
| 05/07/2020 | 1120 | ORDER granting 1118 Motion to Appear Pro Hac Vice (Appointed KRISTIN |

| | | MICHELLE KIZZIAH for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/7/2020. (djb) (Entered: 05/07/2020) |
| --- | --- | --- |
| 05/08/2020 | 1121 | RESPONSE by LEAD COUNSEL FOR PLAINTIFFS re 1103 Order,,, Set Deadlines/Hearings,, *Plaintiffs' Response to PTO 33 Regarding Court Appointed Witness*. (AYLSTOCK, BRYAN) (Entered: 05/08/2020) |
| 05/08/2020 | 1122 | Defendants' Consolidated Opposition to Plaintiffs' Motions to Remand by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC re 1086 Order. (Attachments: # 1 Addendum A, # 2 Affidavit of Cole Carter, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13 (Sealed), # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28 (Sealed), # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31, # 34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34, # 37 Defendants' Consolidated Opposition (Sealed)) (BROCK, ROBERT) . Modified on 5/11/2020 (djb). (Entered: 05/08/2020) |
| 05/08/2020 | 1123 | RESPONSE by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC re 1103 Order,,, Set Deadlines/Hearings,, *Defendants' Opposition to Appointment of a Rule 706 Expert*. (BROCK, ROBERT) (Entered: 05/08/2020) |
| 05/08/2020 | 1124 | RESPONSE in Opposition re 1105 MOTION to Seal *an Exhibit from Plaintiffs' Motion for Summary Judgment 1072* filed by LEAD COUNSEL FOR PLAINTIFFS. # 1 Plaintiffs' Response in Opposition (Unredacted)). (AYLSTOCK, BRYAN) Modified on 5/11/2020 (djb). (Entered: 05/08/2020) |
| 05/11/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1121 Plaintiffs' Response to Pretrial Order No. 33 Regarding Court Appointed Witness, 1123 Defendants' Opposition to Appointment of a Rule 706 Expert, re: 1103 Pretrial Order No. 33 (djb) (Entered: 05/11/2020) |
| 05/11/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1105 MOTION to Seal an Exhibit from Plaintiffs' Motion for Summary Judgment 1072 , 1124 Response in Opposition to Motion, (djb) (Entered: 05/11/2020) |
| 05/11/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1122 Defendants' Consolidated Opposition to Plaintiffs' Motions to Remand, re: 1086 CASE MANAGEMENT ORDER NO. 10. (djb) (Entered: 05/11/2020) |
| 05/13/2020 | 1125 | PRETRIAL ORDER NO. 35 Remote Depositions. Signed by JUDGE M CASEY RODGERS on 5/13/2020. (djb) (Entered: 05/13/2020) |
| 05/13/2020 | 1127 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS:Telephone Conference held on 5/13/2020. [Time: 11:58 am to 12:18 pm, 20 minutes.] (Court Reporter Donna Boland.) (sps) (Entered: 05/15/2020) |
| 05/14/2020 | 1126 | PRETRIAL ORDER NO. 36. Given Defendants' objections to the appointment of an independent expert under Federal Rule of Evidence 706, the Court will table the matter for now. Signed by JUDGE M CASEY RODGERS on 5/14/2020. (djb) (Entered: 05/14/2020) |

| 05/15/2020 | 1128 | MOTION to Appear Pro Hac Vice by Jinan M. Hamood.( Filing fee $ 201 receipt number AFLNDC-5219142.) by NOTICE ONLY. (Attachments: # 1 Exhibit Michigan Bar Certificate of Good Standing) (HAMOOD, JINAN) (Entered: 05/15/2020) |
| --- | --- | --- |
| 05/15/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1128 MOTION to Appear Pro Hac Vice by Jinan M. Hamood. (djb) (Entered: 05/15/2020) |
| 05/15/2020 | 1129 | ORDER granting 1128 Motion to Appear Pro Hac Vice (Appointed JINAN HAMOOD for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/15/2020. (djb) (Entered: 05/15/2020) |
| 05/16/2020 | 1130 | PRETRIAL ORDER NO. 37 - Plaintiff Leadership Reappointments. Signed by JUDGE M CASEY RODGERS on 5/16/2020. (tvj) (Entered: 05/16/2020) |
| 05/17/2020 | 1131 | PRETRIAL ORDER NO. 38 - Amended Plaintiff Leadership Reappointments. Signed by JUDGE M CASEY RODGERS on 5/17/2020. (tvj) (Entered: 05/17/2020) |
| 05/20/2020 | 1132 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to Their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 05/20/2020) |
| 05/20/2020 | 1133 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 COVER_UNDER SEAL, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) Modified on 5/27/2020 (djb). (Entered: 05/20/2020) |
| 05/20/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1132 Plaintiffs' Motion for Leave to File Under Seal Exhibits to Their Motion to Authorize Disclosure of Military Records, re: 1133 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 05/20/2020) |
| 05/20/2020 | 1134 | MOTION to Appear Pro Hac Vice by Sean B. Swords.( Filing fee $ 201 receipt number AFLNDC-5244773.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (SWORDS, SEAN) Modified on 5/21/2020 to correct filer (djb). (Entered: 05/20/2020) |
| 05/21/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1134 MOTION to Appear Pro Hac Vice by Sean B. Swords. (djb) (Entered: 05/21/2020) |
| 05/21/2020 | 1135 | MOTION to Appear Pro Hac Vice by Eugene E. Lester III.( Filing fee $ 201 receipt number AFLNDC-5246800.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (LESTER, EUGENE) (Entered: 05/21/2020) |
| 05/21/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1135 MOTION to Appear Pro Hac Vice by Eugene E. Lester III. (djb) (Entered: 05/21/2020) |
| 05/21/2020 | 1136 | ORDER granting 1134 Motion to Appear Pro Hac Vice (Appointed SEAN BURTON SWORDS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/21/2020. (djb) Modified on 5/27/2020 to correct filing date (djb). (Entered: 05/22/2020) |
| 05/21/2020 | 1137 | ORDER granting 1135 Motion to Appear Pro Hac Vice (Appointed EUGENE E LESTER, III for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/21/2020. (djb) Modified on 5/27/2020 to correct filing date (djb). (Entered: 05/22/2020) |

| 05/22/2020 | 1138 | NOTICE of Appearance by DAVID ROY HEFFERNAN on behalf of NOTICE ONLY (HEFFERNAN, DAVID) (Entered: 05/22/2020) |
|---|---|---|
| 05/22/2020 | 1139 | NOTICE of Appearance by SEAN BURTON SWORDS on behalf of NOTICE ONLY (SWORDS, SEAN) Modified on 5/22/2020 to remove plaintiff from docket. (djb). (Entered: 05/22/2020) |
| 05/26/2020 | 1140 | NOTICE of Appearance by EUGENE E LESTER, III on behalf of NOTICE ONLY (LESTER, EUGENE) (Entered: 05/26/2020) |
| 05/26/2020 | 1141 | NOTICE of Appearance by KIMBERLY O BRANSCOME on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BRANSCOME, KIMBERLY) (Entered: 05/26/2020) |
| 05/27/2020 | 1142 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-64). (1 in LAW/2:20-cv-00604, 754 in MDL No. 2885) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 5/27/2020. (Attachments: # 1 CTO-64 Finalized) (djb) (Entered: 05/27/2020) |
| 05/27/2020 | 1143 | ORDER granting 1132 Motion for Leave to File Under Seal Exhibits to Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 5/27/2020. (djb) (Entered: 05/27/2020) |
| 05/27/2020 | 1144 | PRIVACY ACT ORDER NO. 18. Plaintiffs' 1133 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs motion, ECF No. 1133 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 5/27/2020. (djb) (Entered: 05/27/2020) |
| 05/28/2020 | 1145 | MOTION to Compel *Interrogatory Responses* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A (Sealed), # 2 Exhibit B (Sealed), # 3 Exhibit C, # 4 Exhibit D (Sealed), # 5 Exhibit E) (BROCK, ROBERT) (Entered: 05/28/2020) |
| 05/29/2020 | 1146 | DECLARATION OF ELLEN K. REISMAN. (tvj) (Entered: 05/29/2020) |
| 05/29/2020 | 1147 | ORDER OF APPOINTMENT - Ellen K. Reisman, Special Master. Signed by JUDGE M CASEY RODGERS on 5/29/2020. (tvj) (Entered: 05/29/2020) |
| 05/29/2020 | 1148 | ORDER regarding May 28, 2020 telephone hearing concerning production of documents from Eric Fallon. Signed by MAGISTRATE JUDGE GARY R JONES on 05/29/20. (grj) (Entered: 05/29/2020) |
| 05/29/2020 | 1149 | MOTION to Appear Pro Hac Vice by Svitlana Elliott.( Filing fee $ 201 receipt number AFLNDC-5282663.) by NOTICE ONLY. (ELLIOTT, SVITLANA) (Entered: 05/29/2020) |
| 05/29/2020 | 1150 | NOTICE of Appearance by SVITLANA V ELLIOTT on behalf of NOTICE ONLY (ELLIOTT, SVITLANA) (Entered: 05/29/2020) |
| 05/29/2020 | 1151 | ORDER granting Defendants' Motion to Compel Interrogatory Responses, ECF No. 1145 , and overruling Plaintiffs' objections to the interrogatories based on Department of Defense Directive 5405.2. Signed by JUDGE M CASEY RODGERS on 5/29/2020. (tvj) (Entered: 05/29/2020) |
| 05/29/2020 | 1153 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Twelfth Case Management Conference held |

| | | |
|---|---|---|
| | | on 5/29/2020. Order to follow. (Court Reporter Donna Boland.) (sps) (Entered: 06/01/2020) |
| 06/01/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1149 MOTION to Appear Pro Hac Vice by Svitlana Elliott. (djb) (Entered: 06/01/2020) |
| 06/01/2020 | 1152 | ORDER granting 1149 Motion to Appear Pro Hac Vice (Appointed SVITLANA V ELLIOTT for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/1/2020. (djb) (Entered: 06/01/2020) |
| 06/01/2020 | 1154 | PRETRIAL ORDER NO. 39 Amendments to Pretrial Order No. 25. On February 5, 2020, the Court entered an Order setting forth the manner in which the parties in this litigation may obtain, review, share, and use certain confidential records produced by the Department of Veterans Affairs ("VA"). See Pretrial Order No. 25, ECF No. 977 ("PTO 25"). The Court now clarifies and amends certain provisions of that Order. Signed by JUDGE M CASEY RODGERS on 6/1/2020. (djb) (Entered: 06/01/2020) |
| 06/02/2020 | 1155 | MOTION to Appear Pro Hac Vice by Christopher Michael Glass.( Filing fee $ 201 receipt number AFLNDC-5292041.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (GLASS, CHRISTOPHER) Modified on 6/2/2020 to correct filer. (djb). (Entered: 06/02/2020) |
| 06/02/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1155 MOTION to Appear Pro Hac Vice by Christopher Michael Glass. (djb) (Entered: 06/02/2020) |
| 06/02/2020 | 1156 | MOTION to Appear Pro Hac Vice by Emmet D. Alexander.( Filing fee $ 201 receipt number BFLNDC-5294320.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate if Good Standing) (ALEXANDER, EMMET) Modified on 6/3/2020 to correct filer (djb). (Entered: 06/02/2020) |
| 06/02/2020 | 1157 | CASE MANAGEMENT ORDER NO. 12. The Twelfth Case Management Conference in this matter was held on May 29, 2020. This Order serves as a non-exhaustive recitation of the key points of discussion during the conference. Signed by JUDGE M CASEY RODGERS on 6/02/2020. (tvj) (Entered: 06/02/2020) |
| 06/02/2020 | 1158 | PRETRIAL ORDER NO. 40. Amendments to the discovery and trial schedule for the initial bellwether cases set forth in Pretrial Order No. 28 1009 . Signed by JUDGE M CASEY RODGERS on 6/02/2020. (tvj) (Entered: 06/02/2020) |
| 06/02/2020 | 1159 | ORDER granting 1155 Motion to Appear Pro Hac Vice (Appointed CHRISTOPHER MICHAEL GLASS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/2/2020. (djb) (Entered: 06/03/2020) |
| 06/03/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1156 MOTION to Appear Pro Hac Vice by Emmet D. Alexander. (djb) (Entered: 06/03/2020) |
| 06/03/2020 | 1160 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-65) - 1 action in MDLNo. 2885. Inasmuch as no objection is pending at this time, the stay islifted.Signed by Clerk of the Panel John W. Nichols on 6/3/2020. (Attachments: # 1 CTO-65 Finalized) (djb) (Entered: 06/03/2020) |
| 06/03/2020 | 1161 | ORDER granting 1156 Motion to Appear Pro Hac Vice (Appointed EMMET D ALEXANDER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/3/2020. (djb) (Entered: 06/03/2020) |
| 06/03/2020 | 1162 | PRETRIAL ORDER NO. 41 Joint Coordination Order Relating to Minnesota Actions. |

| | | Signed by JUDGE M CASEY RODGERS on 6/3/2020. (djb) (Entered: 06/03/2020) |
|---|---|---|
| 06/04/2020 | 1163 | MOTION to Appear Pro Hac Vice by Bobby D. Davidson.( Filing fee $ 201 receipt number AFLNDC-5303861.) by NOTICE ONLY. (Attachments: # 1 Certificate of Good Standing) (DAVIDSON, BOBBY) Modified on 6/4/2020 to correct filer(djb). (djb). Modified on 6/5/2020 (djb). (Entered: 06/04/2020) |
| 06/04/2020 | 1164 | MOTION to Appear Pro Hac Vice by William P. Harris III.( Filing fee $ 201 receipt number AFLNDC-5307425.) by NOTICE ONLY. (Attachments: # 1 Exhibit Ex A) (HARRIS, WILLIAM) Modified on 6/5/2020 to correct filer (djb). (Entered: 06/04/2020) |
| 06/05/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1164 MOTION to Appear Pro Hac Vice by William P. Harris III. (djb) (Entered: 06/05/2020) |
| 06/05/2020 | 1165 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-66) - 3 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 6/5/2020. (Attachments: # 1 CTO-66 Finalized) (djb) (Entered: 06/05/2020) |
| 06/05/2020 | 1166 | ORDER granting 1164 Motion to Appear Pro Hac Vice (Appointed WILLIAM PATRICK HARRIS, III for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/5/2020. (djb) (Entered: 06/05/2020) |
| 06/05/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1163 MOTION to Appear Pro Hac Vice by Bobby D. Davidson. (djb) (Entered: 06/05/2020) |
| 06/08/2020 | 1167 | ORDER granting 1163 Motion to Appear Pro Hac Vice (Appointed BOBBY DEAN DAVIDSON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/8/2020. (djb) (Entered: 06/09/2020) |
| 06/09/2020 | 1168 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 06/09/2020) |
| 06/09/2020 | 1169 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Errata A, # 2 Exhibit A1-A4 Cover, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 6/11/2020) (djb). (Entered: 06/09/2020) |
| 06/09/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1168 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records RE 1169 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 06/09/2020) |
| 06/10/2020 | 1170 | NOTICE of Appearance by BOBBY DEAN DAVIDSON on behalf of NOTICE ONLY (DAVIDSON, BOBBY) (Entered: 06/10/2020) |
| 06/11/2020 | 1171 | PRETRIAL ORDER No. 42 Governing Bellwether Plaintiffs' Obligation to Review and Produce Electronically Stored Information. Signed by MAGISTRATE JUDGE GARY R JONES on 6/11/20. (grj) (Entered: 06/11/2020) |
| 06/11/2020 | 1172 | ORDER memorializing the Court's ruling at the June 10, 2020 telephonic hearing re: additional custodians, Plaintiffs' privilege logs and search terms for Bellwether |

| | | Plaintiffs' ESI Protocol. Signed by MAGISTRATE JUDGE GARY R JONES on 6/11/20. (grj) (Entered: 06/11/2020) |
|---|---|---|
| 06/11/2020 | 1173 | ORDER granting 1168 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 6/11/2020. (djb) (Entered: 06/11/2020) |
| 06/11/2020 | 1174 | PRIVACY ACT ORDER NO. 19. Plaintiffs' 1169 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs motion, ECF No. 1169 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 6/11/2020. (djb) (Entered: 06/11/2020) |
| 06/11/2020 | 1175 | MOTION to Appear Pro Hac Vice by Ashley Neglia.( Filing fee $ 201 receipt number AFLNDC-5337363.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (NEGLIA, ASHLEY) (Entered: 06/11/2020) |
| 06/12/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1175 MOTION to Appear Pro Hac Vice by Ashley Neglia. (djb) (Entered: 06/12/2020) |
| 06/12/2020 | 1176 | MOTION to Appear Pro Hac Vice by Scott E. Brady.( Filing fee $ 201 receipt number AFLNDC-5338477.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (BRADY, SCOTT) (Entered: 06/12/2020) |
| 06/12/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1176 MOTION to Appear Pro Hac Vice by Scott E. Brady. (djb) (Entered: 06/12/2020) |
| 06/12/2020 | 1177 | MOTION to Appear Pro Hac Vice by James R. Morris.( Filing fee $ 201 receipt number AFLNDC-5339601.) by NOTICE ONLY. (Attachments: # 1 Exhibit Cert of Good Standing, # 2 Text of Proposed Order) (MORRIS, JAMES) (Entered: 06/12/2020) |
| 06/12/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1177 MOTION to Appear Pro Hac Vice by James R. Morris. (djb) (Entered: 06/12/2020) |
| 06/12/2020 | 1178 | MOTION to Compel *Against The Department of Defense (PUBLIC - Redacted)* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I) (BROCK, ROBERT) (Entered: 06/12/2020) |
| 06/12/2020 | 1179 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES:Telephone Conference w/leadership counsel held on 6/12/2020. [40 minutes] (Court Reporter Donna Boland.) (sps) Modified on 6/14/2020 (sps). (Entered: 06/14/2020) |
| 06/15/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1178 MOTION to Compel Against The Department of Defense (PUBLIC - Redacted). Referred to GARY R JONES. (djb) (Entered: 06/15/2020) |
| 06/15/2020 | 1180 | ORDER granting 1175 Motion to Appear Pro Hac Vice (Appointed ASHLEY ELIZABETH NEGLIA for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO |

| | | TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 6/15/2020. (djb) Modified on 6/15/2020 to correct appointments. (djb). (Entered: 06/15/2020) |
|---|---|---|
| 06/15/2020 | 1181 | ORDER granting 1176 Motion to Appear Pro Hac Vice (Appointed SCOTT EARL BRADY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/15/2020. (djb) (Main Document 1181 replaced on 6/15/2020) (djb). (Entered: 06/15/2020) |
| 06/15/2020 | 1182 | ORDER granting 1177 Motion to Appear Pro Hac Vice (Appointed JAMES R MORRIS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/15/2020. (djb) (Entered: 06/15/2020) |
| 06/15/2020 | 1183 | MOTION to Appear Pro Hac Vice by Douglas C. Monsour.( Filing fee $ 201 receipt number AFLNDC-5348481.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (MONSOUR, DOUGLAS) (Entered: 06/15/2020) |
| 06/15/2020 | 1186 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS:Oral Argument/Motion Hearing held on 6/15/2020 re 1071 MOTION for Summary Judgment *on the Government Contractor Defense (Redacted Version)* filed by 3M OCCUPATIONAL SAFETY LLC, 3M COMPANY, AEARO LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC and 1072 MOTION for Summary Judgment *on Government Contractor Defense* filed by LEAD COUNSEL FOR PLAINTIFFS. Argument heard. Order to follow. (Court Reporter Donna Boland.) (sps) (Entered: 06/16/2020) |
| 06/16/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1183 MOTION to Appear Pro Hac Vice by Douglas C. Monsour. (djb) (Entered: 06/16/2020) |
| 06/16/2020 | 1184 | NOTICE of Appearance by SCOTT EARL BRADY on behalf of NOTICE ONLY (BRADY, SCOTT) (Entered: 06/16/2020) |
| 06/16/2020 | 1185 | ORDER granting 1183 Motion to Appear Pro Hac Vice (Appointed DOUGLAS C MONSOUR for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/16/2020. (djb) (Entered: 06/16/2020) |
| 06/16/2020 | 1187 | ORDER referring Defendants' 1178 MOTION to Compel *Against The Department of Defense (PUBLIC - Redacted)* to United States Magistrate Judge Gary Jones for further proceedings, including a hearing, if necessary, and the preparation of a report and recommendation. Signed by JUDGE M CASEY RODGERS on 6/16/2020. (TVJ) (Entered: 06/16/2020) |
| 06/17/2020 | 1188 | MOTION to Appear Pro Hac Vice by Clinton E. Blanck.( Filing fee $ 201 receipt number AFLNDC-5358962.) by Kaleb R. Britton. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Confirmation Number, # 3 Text of Proposed Order Order Granting Motion to Appear Pro Hac Vice) (BLANCK, CLINTON) (Entered: 06/17/2020) |
| 06/17/2020 | 1189 | NOTICE of Appearance by WILLIAM PATRICK HARRIS, III on behalf of All Plaintiffs (HARRIS, WILLIAM) (Entered: 06/17/2020) |
| 06/17/2020 | 1190 | NOTICE of Appearance by JAESON W HOMOLA on behalf of NOTICE ONLY (HOMOLA, JAESON) (Entered: 06/17/2020) |
| 06/17/2020 | 1191 | ORDER re 1178 MOTION to Compel Against The Department of Defense. Signed by MAGISTRATE JUDGE GARY R JONES on 6/17/2020. The Department of Defense must file a response to Defendants' motion to compel within fourteen (14) days of service. (kdm) (Entered: 06/18/2020) |
| 06/18/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY |

| | | RODGERS notified that action is needed Re: <u>1188</u> MOTION to Appear Pro Hac Vice by Clinton E. Blanck. (sdw) (Entered: 06/18/2020) |
|---|---|---|
| 06/18/2020 | <u>1192</u> | ORDER granting <u>1188</u> Motion to Appear Pro Hac Vice by Clinton E. Blanck. Signed by JUDGE M CASEY RODGERS on 06/18/2020. (sdw) (Entered: 06/18/2020) |
| 06/18/2020 | <u>1193</u> | CERTIFICATE OF SERVICE by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC re <u>1178</u> MOTION to Compel *Against The Department of Defense (PUBLIC - Redacted)* (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D) (BROCK, ROBERT) (Entered: 06/18/2020) |
| 06/18/2020 | <u>1194</u> | MOTION to Appear Pro Hac Vice by JAY L. BHIMANI.( Filing fee $ 201 receipt number AFLNDC-5367678.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BHIMANI, JAY) (Entered: 06/18/2020) |
| 06/22/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: <u>1194</u> MOTION to Appear Pro Hac Vice by JAY L. BHIMANI, for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC. (djb) (Entered: 06/22/2020) |
| 06/22/2020 | <u>1195</u> | ORDER granting <u>1194</u> Motion to Appear Pro Hac Vice (Appointed JAY L BHIMANI for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 6/22/2020. (djb) (Entered: 06/22/2020) |
| 06/23/2020 | <u>1196</u> | NOTICE of Appearance by DAVID MICHAEL GLASS on behalf of DEPARTMENT OF DEFENSE (GLASS, DAVID) (Entered: 06/23/2020) |
| 06/24/2020 | <u>1197</u> | NOTICE *OF WITHDRAWAL OF DEFENDANTS' MOTION TO COMPEL AGAINST THE DEPARTMENT OF DEFENSE, WITHOUT PREJUDICE* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC re <u>1178</u> MOTION to Compel *Against The Department of Defense (PUBLIC - Redacted)* (BROCK, ROBERT) (Entered: 06/24/2020) |
| 06/24/2020 | <u>1198</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of LEADERSHIP TELECONFERENCE Proceedings held on June 12, 2020, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, ***FOR TRANSCRIPT COPIES CONTACT: Donna_Boland@flnd.uscourts.gov.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **7/1/2020**. Release of Transcript Restriction set for **9/29/2020**. (dlb) (Entered: 06/24/2020) |
| 06/24/2020 | <u>1199</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of MOTIONS FOR SUMMARY JUDGMENT Proceedings held on June 15, 2020, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter Donna L. Boland, ***FOR TRANSCRIPT COPIES CONTACT: Donna_Boland@flnd.uscourts.gov.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* |

| | | Redaction Request due **7/1/2020**. Release of Transcript Restriction set for **9/29/2020**. (dlb) (Entered: 06/24/2020) |
|---|---|---|
| 06/25/2020 | 1200 | NOTICE of Appearance by JONATHAN ASHER COBB on behalf of NOTICE ONLY (Attachments: # 1 certificate) (COBB, JONATHAN) (Entered: 06/25/2020) |
| 06/25/2020 | 1201 | MOTION to Appear Pro Hac Vice by Richard W. Schulte.( Filing fee $ 201 receipt number AFLNDC-5396786.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (SCHULTE, RICHARD) (Entered: 06/25/2020) |
| 06/26/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1201 MOTION to Appear Pro Hac Vice by Richard W. Schulte. (djb) (Entered: 06/26/2020) |
| 06/26/2020 | 1202 | ORDER granting 1201 Motion to Appear Pro Hac Vice (Appointed RICHARD W SCHULTE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/26/2020. (djb) (Entered: 06/26/2020) |
| 06/26/2020 | 1205 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE GARY R JONES:Thirteenth Case Management Conference held on 6/26/2020. See Order 1203 . (Court Reporter Donna Boland.) (sps) (Entered: 06/29/2020) |
| 06/29/2020 | 1203 | CASE MANAGEMENT ORDER NO. 13. The Thirteenth Case Management Conference in this matter was held on June 26, 2020. This Order serves as a non-exhaustive recitation of the key points of discussion during the conference. Signed by JUDGE M CASEY RODGERS on 06/29/2020. (sdw) (Entered: 06/29/2020) |
| 06/29/2020 | 1204 | PRETRIAL ORDER NO. 43. The Court adopts the following discovery and trial schedule for the initial bellwether cases in Trial Group A. The following deadlines supersede the deadlines set forth in Pretrial Order No. 28. Signed by JUDGE M CASEY RODGERS on 06/29/2020. (sdw) (Entered: 06/29/2020) |
| 06/30/2020 | 1206 | MOTION to Appear Pro Hac Vice by Megan Arvola.( Filing fee $ 201 receipt number AFLNDC-5418976.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (ARVOLA, MEGAN) (Entered: 06/30/2020) |
| 06/30/2020 | 1207 | ORDER EXPEDITING THE AUTHORIZATION AND RELEASE OF PROTECTED INFORMATION RELATING TO INDIVIDUAL PLAINTIFFS. All records described in the authorizations approved by this Court in its March 26 1065 Order, and executed by a Plaintiff or a Plaintiff's representative, must be produced to the authorized person within 14 days of receipt of this Order and a subpoena for such records under Fed. R. Civ. P. 45. In the event that the records holder does not have any responsive records, it must provide a certification that no responsive records exist within the 14 day time period. Defendants shall provide Plaintiffs with bates-numbered copies of any records obtained with this Order within 14 days of receipt of such records. Signed by JUDGE M CASEY RODGERS on 6/30/2020. (djb) (Entered: 06/30/2020) |
| 06/30/2020 | 1208 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 06/30/2020) |
| 06/30/2020 | 1209 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-4 UNDER SEAL COVER, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 7/6/2020) (djb). (Entered: 06/30/2020) |

| 07/01/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1206 MOTION to Appear Pro Hac Vice by Megan Arvola. (djb) (Entered: 07/01/2020) |
| --- | --- | --- |
| 07/01/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1208 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, re: 1209 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 07/01/2020) |
| 07/01/2020 | 1210 | ORDER granting 1206 Motion to Appear Pro Hac Vice (Appointed MEGAN TOMLINSON ARVOLA for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/1/2020. (djb) (Entered: 07/01/2020) |
| 07/01/2020 | 1211 | MOTION to Compel *Against the Department of Defense (Public Version)* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Motion to Compel Against the Department of Defense (Sealed)) (BROCK, ROBERT). Modified on 8/18/2020 (djb). (Entered: 07/01/2020) |
| 07/02/2020 | 1212 | ORDER referring Defendants' 1211 MOTION to Compel *Against the Department of Defense (Public Version)* to United States Magistrate Judge Gary R. Jones for further proceedings, including a hearing, if necessary, and the preparation of a report and recommendation. Signed by JUDGE M CASEY RODGERS on 7/02/2020. (TVJ) (Entered: 07/02/2020) |
| 07/02/2020 | 1213 | ORDER directing response by the Department of Defense by July 15, 2020 to 1211 Defendants' Motion to Compel Against the Department of Defense (Public Version) filed by 3M OCCUPATIONAL SAFETY LLC, 3M COMPANY, AEARO LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC. Signed by MAGISTRATE JUDGE GARY R JONES on 7/2/20. (grj) (Entered: 07/02/2020) |
| 07/02/2020 | | Set Deadline per 1213 Order -- Department of Defense's response AND any opposition memorandum from Plaintiffs due : **7/15/2020**. (kdm) (Entered: 07/02/2020) |
| 07/02/2020 | 1214 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of THIRTEENTH CASE MANAGEMENT CONFERENCE Proceedings held on June 26, 2020, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, **FOR TRANSCRIPT COPIES Email: Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **7/9/2020**. Release of Transcript Restriction set for **10/7/2020**. (dlb) (Entered: 07/02/2020) |
| 07/06/2020 | 1215 | ORDER granting as requested 1208 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 7/6/2020. (djb) (Entered: 07/06/2020) |
| 07/06/2020 | 1216 | PRIVACY ACT ORDER NO. 20. The 1209 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain |

Exhibits A1 through A4 to Plaintiffs' motion UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 7/6/2020. (djb) (Entered: 07/06/2020)

| | | |
|---|---|---|
| 07/06/2020 | 1217 | NOTICE *Concerning Def. Renewed Mot. Compel, ECF No. 1211* by DEPARTMENT OF DEFENSE (Attachments: # 1 Ex. A (ECF No. 791)) (GLASS, DAVID) (Entered: 07/06/2020) |
| 07/06/2020 | 1218 | Removed Document (per MCR chambers) Modified on 7/7/2020 (djb). (Entered: 07/06/2020) |
| 07/06/2020 | 1219 | MOTION to Appear Pro Hac Vice by Simon Purnell.( Filing fee $ 201 receipt number AFLNDC-5443252.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A Certificate of Good Standing) (PURNELL, SIMON) (Entered: 07/06/2020) |
| 07/06/2020 | 1220 | RESPONSE by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC re 1217 Notice (Other) *OF THE DEPARTMENT OF DEFENSE CONCERNING DEFENDANTS' RENEWED MOTION TO COMPEL 1211* . (BROCK, ROBERT) (Entered: 07/06/2020) |
| 07/06/2020 | 1222 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS:Telephone Conference held on 7/6/2020 w/leadership counsel. (Court Reporter Donna Boland.) (sps) (Entered: 07/08/2020) |
| 07/07/2020 | 1221 | DOCKET ANNOTATION BY COURT: Notice to Attorney, Jonathan A. Cobb RE: 1218 Complaint filed by NOTICE ONLY. The pdf has been deleted. The complaint was filed in error in the LEAD CASE. Please refile by opening an individual civil case then file the complaint in the new civil case number. For any questions please call the Clerk's Office at 850-470-8188. (djb) (Entered: 07/07/2020) |
| 07/07/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1220 Response, re: 1217 Notice Concerning Def. Renewed Mot. Compel, ECF No. 1211 (djb) (Entered: 07/07/2020) |
| 07/07/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1219 MOTION to Appear Pro Hac Vice by Simon Purnell. (djb) (Entered: 07/07/2020) |
| 07/08/2020 | 1223 | NOTICE *(Reply of Dep't of Def. to Def. Response to Not. of Dep't of Def., ECF No.1217, concerning Def. Renwed Mot.Compel, ECF No. 1211)* by DEPARTMENT OF DEFENSE (GLASS, DAVID) (Entered: 07/08/2020) |
| 07/08/2020 | 1224 | MOTION to Withdraw as Attorney *of Charles F. B. McAleer, Jr.* by NOTICE ONLY. (Attachments: # 1 Text of Proposed Order) (MCALEER, CHARLES) (Entered: 07/08/2020) |
| 07/08/2020 | 1225 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of TELECONFERENCE Proceedings held on July 6, 2020, before Judge M. Casey Rodgers. Court Reporter/Transcriber Donna L. Boland, *FOR TRANSCRIPT COPIES Email: Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **7/15/2020**. Release of Transcript Restriction set for **10/13/2020**. (dlb) (Entered: 07/08/2020) |

| 07/08/2020 | 1226 | MOTION to Compel by CO-LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A - 3M Supp Response (5.11.2020), # 2 Exhibit B - 3M Supp Response (6.17.2020), # 3 Exhibit C - 3M Initial Response (3.26.2020), # 4 Exhibit D - 3M Supp Response (5.11.2020), # 5 Exhibit E - 3M Response - Wayman (5.15.2020), # 6 Exhibit F - To Be Filed Under Seal, # 7 Exhibit G - To Be Filed Under Seal, # 8 Exhibit H - To Be Filed Under Seal, # 9 Exhibit I - To Be Filed Under Seal, # 10 Exhibit J - To Be Filed Under Seal, # 11 Exhibit K - To Be Filed Under Seal) (SEEGER, CHRISTOPHER) Modified on 7/9/2020 (djb). Modified on 7/15/2020 (djb). Modified on 8/4/2020 (djb). (Entered: 07/08/2020) |
| --- | --- | --- |
| 07/08/2020 | 1231 | MOTION to Compel Production of Unredacted Records or, in the Alternative, for In Camera Review by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (djb) Modified on 7/15/2020 (djb). (Additional attachment(s) added on 7/15/2020: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Defendants' Motion to Compel (Unredacted)) (djb). Modified on 8/5/2020 (djb). (Entered: 07/09/2020) |
| 07/08/2020 | 1241 | Defendants' MOTION to Compel Initial Disclosures and Discovery Responses by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19) (djb) Modified on 8/5/2020 (djb). (Entered: 07/15/2020) |
| 07/09/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1224 MOTION to Withdraw as Attorney of Charles F. B. McAleer, Jr. (djb) (Entered: 07/09/2020) |
| 07/09/2020 | 1227 | MOTION to Appear Pro Hac Vice by Nicole Berg.( Filing fee $ 201 receipt number AFLNDC-5460106.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (BERG, NICOLE) (Entered: 07/09/2020) |
| 07/09/2020 | 1228 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-67) Certified - 1 action. re: MDL No. 2885, (MOE/4:20-cv-00853) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 7/9/2020. (Attachments: # 1 CTO-67 Finalized) (djb) (Entered: 07/09/2020) |
| 07/09/2020 | 1229 | ORDER Re: Second Science Day. Signed by JUDGE M CASEY RODGERS on 7/9/2020. (djb) (Entered: 07/09/2020) |
| 07/09/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1227 MOTION to Appear Pro Hac Vice by Nicole Berg. (djb) (Entered: 07/09/2020) |
| 07/09/2020 | 1230 | Amended MOTION for Leave to Appear pro hac by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing Texas Bar) (PURNELL, SIMON) (Entered: 07/09/2020) |
| 07/09/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY |

| | | RODGERS notified that action is needed Re: <u>1230</u> Amended MOTION for Leave to Appear pro hac by Simon Brian Purnell. see <u>1219</u> Motion for Leave to Appear pro hac (djb) (Entered: 07/09/2020) |
|---|---|---|
| 07/10/2020 | <u>1232</u> | ORDER granting <u>1230</u> Amended MOTION for Leave to Appear pro hac. Attorney SIMON BRIAN PURNELL for NOTICE ONLY added. The Clerk is directed to terminate as moot Mr. Purnell's initial Motion to Appear Pro Hac Vice, ECF No. <u>1219</u> . Signed by JUDGE M CASEY RODGERS on 7/10/2020. (djb) (Entered: 07/10/2020) |
| 07/10/2020 | <u>1233</u> | ORDER granting <u>1227</u> Motion to Appear Pro Hac Vice (Appointed NICOLE CORRINE BERG for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/10/2020. (djb) (Entered: 07/10/2020) |
| 07/10/2020 | 1234 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R. JONES: Telephone Conference w/leadership counsel held on 7/10/2020. [2:01 pm to 3:47 pm, 1 hour 46 minutes] (Court Reporter Donna Boland.) (sps) (Entered: 07/10/2020) |
| 07/11/2020 | <u>1235</u> | MOTION for Issuance of a Letter of Request Pursuant to the Hague Convention of the Taking of Evidence Abroad in Civil or Commerical Matters by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # <u>1</u> Exhibit A) (AYLSTOCK, BRYAN) (Modified on 7/13/2020) (djb). (Entered: 07/11/2020) |
| 07/11/2020 | | Set Deadlines as to <u>1235</u> MOTION for Issuance of a Letter of Request Pursuant to the Hague Convention of the Taking of Evidence Abroad in Civil or Commercial Matters . (Internal deadline for referral to judge if response not filed earlier: **7/27/2020**.) (djb) (Entered: 07/13/2020) |
| 07/14/2020 | <u>1236</u> | NOTICE of Appearance by SIMON BRIAN PURNELL on behalf of NOTICE ONLY (PURNELL, SIMON) (Entered: 07/14/2020) |
| 07/14/2020 | <u>1237</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of TELECONFERENCE Proceedings held on May 28, 2020, before Judge Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, **FOR TRANSCRIPT COPIES:Donna_Boland@flnd.uscourts.gov.    *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*    Redaction Request due **7/21/2020**. Release of Transcript Restriction set for **10/19/2020**. (dlb) (Entered: 07/14/2020) |
| 07/14/2020 | <u>1238</u> | MOTION to Appear Pro Hac Vice( Filing fee $ 201 receipt number AFLNDC-5487337.) by NOTICE ONLY. (Attachments: # <u>1</u> Exhibit A - Certificate of Good Standing) (DEPONTO, RICHARD) (Entered: 07/14/2020) |
| 07/14/2020 | <u>1239</u> | ORDER scheduling telephonic hearing before Magistrate Judge Gary R. Jones on July 16, 2020 at 10:00 AM (EST) re <u>1226</u> Plaintiffs' MOTION to Compel Discovery filed by CO-LEAD COUNSEL FOR PLAINTIFFS, <u>1231</u> Defendants' MOTION to Compel Production of Unredacted Documents, or, in the Alternative, for In Camera Review filed by 3M OCCUPATIONAL SAFETY LLC, 3M COMPANY, AEARO LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC. Signed by MAGISTRATE JUDGE GARY R JONES on 07/14/20. (grj) (Entered: 07/14/2020) |
| 07/14/2020 | <u>1240</u> | MOTION to Appear Pro Hac Vice by Nicholas W. Mayle.( Filing fee $ 201 receipt number AFLNDC-5488212.) by NOTICE ONLY. Re: 3:20cv05566-MCR/GRJ |

| | | ROSALES v. 3M COMPANY et al. (Attachments: # 1 Exhibit) (MAYLE, NICHOLAS) Modified on 7/15/2020 to correct filer. (djb) (Entered: 07/14/2020) |
|---|---|---|
| 07/15/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1226 Plaintiffs' MOTION to Compel Discovery and Memorandum of Law, 1231 Defendants' SEALED MOTION to Compel Production of Unredacted Records or, in the Alternative, for In Camera Review, 1241 SEALED Defendants' MOTION to Compel Initial Disclosures and Discovery Responses. Referred to GARY R JONES. (djb) (Entered: 07/15/2020) |
| 07/15/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1240 MOTION to Appear Pro Hac Vice by Nicholas W. Mayle. (djb) (Entered: 07/15/2020) |
| 07/15/2020 | 1242 | PRETRIAL ORDER NO. 44 SUPPLEMENTAL PROTOCOL RELATING TO USE OF TECHNOLOGY ASSISTED REVIEW ("SUPPLEMENTAL TAR PROTOCOL"). Signed by JUDGE M CASEY RODGERS on 7/15/2020. (djb) (Entered: 07/15/2020) |
| 07/15/2020 | 1243 | AMENDED ORDER scheduling telephonic hearing before Magistrate Judge Gary R. Jones on July 16, 2020 at 10:00 AM (EST) to include 1241 Defendants' Motion to Compel Initial Disclosures and Discovery Responses as to Bellwether Plaintiffs, Baker, Estes, Hacker, Keefer, McCombs and Rowe. Signed by MAGISTRATE JUDGE GARY R JONES on 07/15/20. (grj) (Entered: 07/15/2020) |
| 07/15/2020 | 1244 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of LEADERSHIP CONFERENCE Proceedings held on July 10, 2020, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, ***FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **7/22/2020**. Release of Transcript Restriction set for **10/20/2020**. (dlb) (Entered: 07/15/2020) |
| 07/15/2020 | 1245 | ORDER granting 1238 Motion to Appear Pro Hac Vice (Appointed RICHARD JOHN DEPONTO for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/15/2020. (djb) (Entered: 07/15/2020) |
| 07/15/2020 | 1246 | ORDER granting 1240 Motion to Appear Pro Hac Vice (Appointed NICHOLAS W MAYLE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/15/2020. (djb) (Entered: 07/15/2020) |
| 07/15/2020 | 1247 | ORDER granting 1224 Motion to Withdraw as Attorney. Attorney CHARLES FB MCALEER, JR terminated. Signed by JUDGE M CASEY RODGERS on 7/15/2020. (djb) (Entered: 07/15/2020) |
| 07/15/2020 | 1248 | Sealed Plaintiffs' Memorandum In Opposition to Defendants' Motion to Compel Production of Unredacted Records or, In the Alternative, For In Camera Review. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (djb) (Entered: 07/15/2020) |
| 07/15/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1248 Sealed Plaintiffs Memorandum in Opposition to 1231 Defendants Motion to Compel Production of Unredacted Records or, in the Alternative, for In Camera Review. (djb) (Entered: 07/15/2020) |

| 07/15/2020 | 1249 | NOTICE of Appearance by RICHARD JOHN DEPONTO on behalf of NOTICE ONLY (DEPONTO, RICHARD) (Entered: 07/15/2020) |
|---|---|---|
| 07/15/2020 | 1250 | AMENDED NOTICE of Appearance by RICHARD JOHN DEPONTO on behalf of NOTICE ONLY (DEPONTO, RICHARD) Modified on 7/16/2020 (djb). (Entered: 07/15/2020) |
| 07/15/2020 | 1251 | NOTICE of Appearance by NICHOLAS W MAYLE on behalf of NOTICE ONLY (MAYLE, NICHOLAS) (Entered: 07/15/2020) |
| 07/15/2020 | 1252 | RESPONSE in Opposition re 1226 MOTION to Compel *Discovery* filed by 3M COMPANY, 3M Company, 3M Company Occupational Safety LLC, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC. (Attachments: # 1 Exhibit 1 (SEALED), # 2 Exhibit 2, # 3 Exhibit 3 (SEALED), # 4 Exhibit 4 (SEALED), # 5 Exhibit 5 (SEALED), # 6 Exhibit 6 (SEALED), # 7 Exhibit 7 (SEALED), # 8 Exhibit 8 (SEALED), # 9 Exhibit 9 (SEALED), # 10 Exhibit 10 (SEALED), # 11 Exhibit 11, # 12 Exhibit 12 (SEALED), # 13 Exhibit 13, # 14 Exhibit 14 (SEALED)) (WASDIN, NICHOLAS) Modified on 7/16/2020 (djb). (Entered: 07/15/2020) |
| 07/15/2020 | 1253 | RESPONSE in Opposition re 1211 MOTION to Compel *Against the Department of Defense (Public Version)* filed by DEPARTMENT OF DEFENSE. (GLASS, DAVID) (Entered: 07/15/2020) |
| 07/15/2020 | 1254 | Sealed Plaintiffs' Memorandum of Law in Opposition to 1241 Defendants' Motion to Compel Discovery. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E1, # 6 Exhibit E2, # 7 Exhibit E3, # 8 Exhibit E4, # 9 Exhibit E5, # 10 Exhibit E6, # 11 Exhibit F1, # 12 Exhibit F2, # 13 Exhibit F3, # 14 Exhibit F4, # 15 Exhibit F5, # 16 Exhibit F6, # 17 Exhibit G, # 18 Exhibit H, # 19 Exhibit I, # 20 Exhibit J, # 21 Exhibit K, # 22 Exhibit L) (djb) (Entered: 07/16/2020) |
| 07/16/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1253 Response in Opposition to 1211 MOTION to Compel Against the Department of Defense (Public Version), 1252 Response in Opposition to 1226 MOTION to Compel. Referred to GARY R JONES. (djb) (Entered: 07/16/2020) |
| 07/16/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1254 SEALED PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO 1241 SEALED DEFENDANTS' MOTION TO COMPEL DISCOVERY (djb) (Entered: 07/16/2020) |
| 07/16/2020 | 1255 | MOTION to Appear Pro Hac Vice by Carrie R. Guest.( Filing fee $ 201 receipt number AFLNDC-5498396.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (GUEST, CARRIE) Modified on 7/16/2020 to correct filer(djb). (Entered: 07/16/2020) |
| 07/16/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1255 MOTION to Appear Pro Hac Vice by Carrie R. Guest. (djb) (Entered: 07/16/2020) |
| 07/16/2020 | 1256 | ORDER granting 1255 Motion to Appear Pro Hac Vice (Appointed CARRIE R GUEST for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/16/2020. (djb) Modified on 7/21/2020 to correct filing and signature date (djb). (Entered: 07/17/2020) |
| 07/16/2020 | 1261 | Minute Entry for proceedings held before MAGISTRATE JUDGE GARY R JONES: Telephonic Motion Hearing held on 7/16/2020 re 1226 MOTION to Compel , 1231 |

| | | SEALED MOTION. Written order to follow. (Court Reporter Donna Boland, Official Court Reporter (Pens). (atm) (Entered: 07/17/2020) |
|---|---|---|
| 07/17/2020 | 1257 | MOTION for Leave to File *Reply Brief in Support of Motion to Compel Against Department of Defense* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (Entered: 07/17/2020) |
| 07/17/2020 | 1258 | ORDER granting in part and denying in part 1226 Plaintiffs' Motion to Compel Discovery; denying 1231 Defendants' Sealed Motion to Compel Production of Unredacted Records as to Bellwether Plaintiffs Rowe and Hacker. Signed by MAGISTRATE JUDGE GARY R JONES on 07/17/20. (grj) (Entered: 07/17/2020) |
| 07/17/2020 | 1259 | ORDER granting 1257 Defendants' Motion for Leave to File Reply in Support of Motion to Compel Against Department of Defense. Defendants must file their reply limited to 3200 words on or before July 23, 2020. Signed by MAGISTRATE JUDGE GARY R JONES on 07/17/20. (grj) (Entered: 07/17/2020) |
| 07/17/2020 | 1260 | ORDER granting in part and denying in part 1241 Defendants' Motion to Compel Initial Disclosures and Discovery Responses as to Bellwether Plaintiffs. Signed by MAGISTRATE JUDGE GARY R JONES on 07/17/20. (grj) (Entered: 07/17/2020) |
| 07/17/2020 | 1262 | MOTION to Issue Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence in Civil or Commercial Matters by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (BROCK, ROBERT) (Entered: 07/17/2020) |
| 07/17/2020 | 1263 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of TELECONFERENCE Proceedings held on July 16, 2020, before Judge Gary R. Jones. Court Reporter/Transcriber Donna L. Boland. **FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **7/24/2020**. Release of Transcript Restriction set for **10/22/2020**. (dlb) Modified on 7/17/2020 (dlb). (Entered: 07/17/2020) |
| 07/17/2020 | | Set Deadlines as to 1262 MOTION to Issue Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence in Civil or Commercial Matters . (Internal deadline for referral to judge if response not filed earlier: **7/31/2020**). (djb) (Entered: 07/20/2020) |
| 07/20/2020 | 1264 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 07/20/2020) |
| 07/20/2020 | 1265 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-4 Under Seal, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 7/21/2020) (djb). (Entered: 07/20/2020) |
| 07/20/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1264 Plaintiffs' Motion for Leave to File |

| | | Under Seal Their Motion to Authorize Disclosure of Military Records, re: 1265 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 07/20/2020) |
|---|---|---|
| 07/20/2020 | 1266 | MOTION to Appear Pro Hac Vice by Eric Sefton.( Filing fee $ 201 receipt number AFLNDC-5507862.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A (Certificate of Good Standing)) (SEFTON, ERIC) (Entered: 07/20/2020) |
| 07/20/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1266 MOTION to Appear Pro Hac Vice by Eric Sefton. (djb) (Entered: 07/20/2020) |
| 07/20/2020 | 1267 | ORDER granting 1266 Motion to Appear Pro Hac Vice (Appointed ERIC M SEFTON for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 7/20/2020. (djb) (Entered: 07/20/2020) |
| 07/20/2020 | 1268 | ORDER granting 1264 Plaintiffs' Motion for Leave to File Under Seal Their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 7/20/2020. (djb) (Entered: 07/21/2020) |
| 07/20/2020 | 1269 | PRIVACY ACT ORDER NO. 21. 1265 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 1265 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 7/20/2020. (djb) (Entered: 07/21/2020) |
| 07/21/2020 | 1270 | NOTICE of Appearance by MATTHEW S BIGLER on behalf of Jerry M Dumm (BIGLER, MATTHEW) Modified on 7/22/2020 (djb). (Entered: 07/21/2020) |
| 07/21/2020 | 1271 | MOTION to Appear Pro Hac Vice by ALLISON K. OZUROVICH.( Filing fee $ 201 receipt number AFLNDC-5517958.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (OZUROVICH, ALLISON) Modified on 7/22/2020 (djb). (Entered: 07/21/2020) |
| 07/22/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1271 MOTION to Appear Pro Hac Vice by ALLISON K. OZUROVICH. (djb) (Entered: 07/22/2020) |
| 07/22/2020 | 1272 | MOTION to Appear Pro Hac Vice by Dennis F. O'Brien.( Filing fee $ 201 receipt number AFLNDC-5519380.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Case List) (O'BRIEN, DENNIS) (Entered: 07/22/2020) |
| 07/22/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1272 MOTION to Appear Pro Hac Vice by Dennis F. O'Brien. (djb) (Entered: 07/22/2020) |
| 07/22/2020 | 1273 | ORDER granting 1271 Motion to Appear Pro Hac Vice (Appointed ALLISON K OZUROVICH for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 7/22/2020. (djb) (Entered: 07/22/2020) |
| 07/22/2020 | 1274 | ORDER granting 1272 Motion to Appear Pro Hac Vice (Appointed DENNIS F O'BRIEN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/22/2020. (djb) (Entered: 07/22/2020) |

| 07/22/2020 | 1275 | REPLY to Response to Motion re 1211 MOTION to Compel *Against the Department of Defense (Public Version)* filed by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit V, # 2 Exhibit W, # 3 Exhibit X, # 4 Exhibit Y, # 5 Exhibit Z) (BROCK, ROBERT) (Entered: 07/22/2020) |
|---|---|---|
| 07/23/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1275 Reply to Response to Motion, 1253 Response in Opposition to Motion, 1211 MOTION to Compel Against the Department of Defense (Public Version). Referred to GARY R JONES. (djb) (Entered: 07/23/2020) |
| 07/24/2020 | 1276 | MOTION to Appear Pro Hac Vice by Brett Bustamante.( Filing fee $ 201 receipt number AFLNDC-5529083.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (BUSTAMANTE, BRETT) (Entered: 07/24/2020) |
| 07/24/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1276 MOTION to Appear Pro Hac Vice by Brett Bustamante. (djb) (Entered: 07/24/2020) |
| 07/24/2020 | 1277 | ORDER granting 1276 Motion to Appear Pro Hac Vice (Appointed BRETT SCOTT BUSTAMANTE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/24/2020. (djb) (Entered: 07/24/2020) |
| 07/24/2020 | 1278 | NOTICE of Appearance by BRETT SCOTT BUSTAMANTE on behalf of NOTICE ONLY (BUSTAMANTE, BRETT) (Entered: 07/24/2020) |
| 07/24/2020 | 1279 | MOTION to Appear Pro Hac Vice by Cole Carter.( Filing fee $ 201 receipt number AFLNDC-5530876.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Exhibit A (Certificate of Good Standing)) (CARTER, COLE) (Entered: 07/24/2020) |
| 07/24/2020 | 1280 | ORDER denying 1071 Defendants' Motion for Summary Judgment on the Government Contractor Defense, and granting 1072 Plaintiffs' Motion for Summary Judgment on the Government Contractor Defense. Signed by JUDGE M CASEY RODGERS on 7/24/2020. (tvj) (Entered: 07/24/2020) |
| 07/27/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1279 MOTION to Appear Pro Hac Vice by Cole Carter. (djb) (Entered: 07/27/2020) |
| 07/27/2020 | 1281 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-69) - 1 action. (CAC/2:20-cv-06110 in MDL No. 2885) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 7/27/2020. (Attachments: # 1 CTO-69 Finalized) (djb) (Entered: 07/27/2020) |
| 07/27/2020 | 1282 | ORDER granting 1279 Motion to Appear Pro Hac Vice (Appointed COLE THOMAS CARTER for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 7/27/2020. (djb) (Entered: 07/27/2020) |
| 07/27/2020 | 1283 | MOTION to Appear Pro Hac Vice by Hariklia Karis.( Filing fee $ 201 receipt number AFLNDC-5534501.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A (Certificate of Good Standing)) (KARIS, HARIKLIA) Modified on 7/28/2020 (djb). (Entered: 07/27/2020) |

| | | |
|---|---|---|
| 07/28/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1283 MOTION to Appear Pro Hac Vice by Hariklia Karis. (djb) (Entered: 07/28/2020) |
| 07/28/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1235 MOTION for Issuance of a Letter of Request Pursuant to the Hague Convention of the Taking of Evidence Abroad in Civil or Commercial Matters (no response filed) (djb) (Entered: 07/28/2020) |
| 07/28/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1235 MOTION for Issuance of a Letter of Request Pursuant to the Hague Convention of the Taking of Evidence Abroad in Civil or Commercial Matters . (no response filed) Referred to GARY R JONES. (djb) (Entered: 07/28/2020) |
| 07/28/2020 | 1284 | ORDER granting 1283 Motion to Appear Pro Hac Vice (Appointed HARIKLIA KARIS for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 7/28/2020. (djb) (Entered: 07/28/2020) |
| 07/28/2020 | 1285 | First MOTION to Substitute Attorney *Lindsay Lawrence, Esq.* by NOTICE ONLY. (Attachments: # 1 Exhibit Consent Forms - Representation) (LAWRENCE, LINDSAY) (Entered: 07/28/2020) |
| 07/28/2020 | 1286 | PRETRIAL ORDER NO. 45. The following cases have been selected for the initial bellwether pool, and have been placed in Trial Groups: 1 Bellwether Case: Carter Stelling, 7:20cv143, 81923. 2 Alternates: Carlos Montero, 7:20cv67, 45531; Steven Wilkerson, 7:20cv35, 138590. The Clerk is directed to enter a copy of this Order on the individual docket for each of the three cases, transfer the administrative cases to the 3M MDL docket, 3:19md2885, and send electronic notices of same to the attorneys of record for both sides. Signed by JUDGE M CASEY RODGERS on 7/28/2020. (djb) (Entered: 07/28/2020) |
| 07/29/2020 | 1287 | First MOTION to Substitute Attorney *Lindsay A. Lawrence, Esq.* by 3M COMPANY. (Attachments: # 1 Supplement Consent Forms) (LAWRENCE, LINDSAY) (Entered: 07/29/2020) |
| 07/29/2020 | 1288 | ORDER granting 1235 MOTION for Issuance of a Letter of Request Pursuant to the Hague Convention of the Taking of Evidence Abroad in Civil or Commerical Matters ; granting 1262 MOTION to Issue Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence in Civil or Commercial Matters. Signed by MAGISTRATE JUDGE GARY R JONES on 7/29/2020. # 1 Order for ECF 1235 Hague Request, # 2 Order for ECF 1262 Hague Request) (kdm). (Entered: 07/29/2020) |
| 07/29/2020 | 1289 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE GARY R JONES: Fourteenth Case Management Conference held on 7/29/2020. (Court Reporter Donna Boland.) (sps) (Entered: 07/30/2020) |
| 07/29/2020 | 1290 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Science Day Presentations held on 7/29/2020. (Court Reporter Donna Boland.) (sps) (Entered: 07/30/2020) |
| 07/30/2020 | 1292 | REPORT AND RECOMMENDATION re: 1211 Defendants' Motion to Compel Against the Department of Defense. It is recommended that Defendants' Motion to Compel should be granted in part and denied in part. Signed by MAGISTRATE JUDGE GARY R JONES on 07/30/20. Internal deadline for referral to district judge if objections are not filed earlier: 8/13/2020. (grj) (Entered: 07/30/2020) |

| 07/31/2020 | 1293 | ORDER re 1289 Minute Entry for proceedings held - Fourteenth Case Management Conference. (TELEPHONIC Hearing set for **Tuesday, 8/4/2020 01:00 PM (Eastern Time)** before MAGISTRATE JUDGE GARY R JONES). Signed by MAGISTRATE JUDGE GARY R JONES on 7/31/2020. The parties may dial into the conference call up to five minutes before the scheduled start time by calling AT&T Conference Line at 888-684-8852 and entering access code 4251733#. When prompted for a security code enter 3696#. (kdm) (Entered: 07/31/2020) |
|---|---|---|
| 07/31/2020 | 1294 | CASE MANAGEMENT ORDER NO. 14. Signed by JUDGE M CASEY RODGERS on 7/31/2020. (djb) (Entered: 07/31/2020) |
| 07/31/2020 | 1295 | PRETRIAL ORDER NO. 46. Discovery and Pretrial Schedule for Trial Group B, C, and D Cases. Signed by JUDGE M CASEY RODGERS on 7/31/2020. (djb) (Entered: 07/31/2020) |
| 07/31/2020 | 1296 | SEALED MOTION for Clarification or, in the Alternative, Reconsideration of the Court's July 17 Order, by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Appendix A, # 6 Appendix B, # 7 Appendix C) (djb) (Additional attachment(s) added on 8/13/2020: # 8 MOTION for Clarification or, in the Alternative, Reconsideration of the Court's July 17 Order Public Version, # 9 Exhibit 1, # 10 Exhibit 2, # 11 Exhibit 3, # 12 Exhibit 4, # 13 Appendix A, # 14 Appendix B, # 15 Appendix C) (djb). (Entered: 08/03/2020) |
| 07/31/2020 | 1297 | Sealed Defendants Objection to the July 17, 1258 Order. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Appendix A, # 6 Appendix B, # 7 Appendix C) (djb) (Additional attachment(s) added on 8/13/2020: # 8 Objection to the July 17 Order (Dkt. 1258) Public Version, # 9 Exhibit 1, # 10 Exhibit 2, # 11 Exhibit 3, # 12 Exhibit 4, # 13 Appendix A, # 14 Appendix B, # 15 Appendix C) (djb). (Entered: 08/03/2020) |
| 08/03/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1296 SEALED Motion for Clarification or, in the Alternative, Reconsideration of the Courts July 17 Order, re 1258 Order. Referred to GARY R JONES. (djb) (Entered: 08/03/2020) |
| 08/03/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1297 Sealed Defendants Objection to 1258 Order (djb) (Entered: 08/03/2020) |
| 08/03/2020 | 1298 | MOTION for 28 U.S.C. § 1292(B) Certification of The Court's Order on the Parties Cross-Motions For Summary Judgment on the Government Contractor Defense 1280 by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) Modified on 8/4/2020 to correct civil to a motion (djb) (Entered: 08/03/2020) |
| 08/04/2020 | 1299 | MOTION to Appear Pro Hac Vice by Matthew S. Bigler.( Filing fee $ 201 receipt number AFLNDC-5559445.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (BIGLER, MATTHEW) (Entered: 08/04/2020) |
| 08/04/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1299 MOTION to Appear Pro Hac Vice by Matthew S. Bigler. (djb) (Entered: 08/04/2020) |
| 08/04/2020 | 1300 | ORDER granting 1299 Motion to Appear Pro Hac Vice (Appointed MATTHEW S BIGLER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/4/2020. |

| | | (djb) (Entered: 08/05/2020) |
|---|---|---|
| 08/05/2020 | 1301 | ORDER granting in part and denying in part Plaintiffs' motion to compel additional custodians argued during the August 4, 2020 telephonic hearing. Signed by MAGISTRATE JUDGE GARY R JONES on 08/05/20. (grj) (Entered: 08/05/2020) |
| 08/05/2020 | 1302 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of FOURTEENTH CASE MANAGEMENT CONFERENCE Proceedings held on July 29, 2020, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, ***FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **8/12/2020**. Release of Transcript Restriction set for **11/10/2020**. (dlb) (Entered: 08/05/2020) |
| 08/05/2020 | 1303 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of TELECONFERENCE Proceedings held on August 4, 2020, before Judge Gary R. Jones. Court Reporter/Transcriber Donna L. Boland. ***FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **8/12/2020**. Release of Transcript Restriction set for **11/10/2020**. (dlb) (Entered: 08/05/2020) |
| 08/06/2020 | 1306 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-70) Certified - re: MDL No. 2885. MOE/4:20-cv-00974. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 8/6/2020. (Attachments: # 1 CTO-70 Finalized) (djb) (Entered: 08/07/2020) |
| 08/07/2020 | 1304 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 08/07/2020) |
| 08/07/2020 | 1305 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 Under Seal Cover, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 8/11/2020) (djb). (Entered: 08/07/2020) |
| 08/07/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1304 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, re: 1305 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 08/07/2020) |
| 08/07/2020 | 1307 | TRANSFER ORDER Certified re: MDL No. 2885, Transferring 1 action - MOW/6:20-cv-03085. Signed by Judge Karen K. Caldwell, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 8/7/2020. (djb) (Entered: 08/07/2020) |
| 08/10/2020 | 1308 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-71) Certified. MDL No. 2885, PR/3:20-cv-01339. Inasmuch as no objection is pending at this time, the stay is |

| | | lifted. Signed by Clerk of the Panel John W. Nichols on 8/10/2020. (Attachments: # 1 CTO-71 Finalized) (djb) (Entered: 08/10/2020) |
|---|---|---|
| 08/10/2020 | 1309 | MOTION to Appear Pro Hac Vice by Philip Bohrer.( Filing fee $ 201 receipt number AFLNDC-5571037.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (BOHRER, PHILIP) (Entered: 08/10/2020) |
| 08/10/2020 | 1310 | MOTION to Appear Pro Hac Vice by Chad Tuschman.( Filing fee $ 201 receipt number AFLNDC-5572054.) by NOTICE ONLY. (TUSCHMAN, CHAD) (Entered: 08/10/2020) |
| 08/10/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1309 MOTION to Appear Pro Hac Vice by Philip Bohrer. (djb) (Entered: 08/10/2020) |
| 08/10/2020 | 1311 | ORDER granting 1309 Motion to Appear Pro Hac Vice (Appointed PHILIP BOHRER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/10/2020. (djb) (Entered: 08/11/2020) |
| 08/11/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1310 MOTION to Appear Pro Hac Vice by Chad Tuschman. (djb) (Entered: 08/11/2020) |
| 08/11/2020 | 1312 | ORDER granting 1304 Motion to Seal Document 1305 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 8/11/2020. (djb) Modified on 8/11/2020 to add link (djb). (Entered: 08/11/2020) |
| 08/11/2020 | 1313 | PRIVACY ACT ORDER NO. 22. 1305 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs motion, ECF No. 1305 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 8/11/2020. (djb) (Entered: 08/11/2020) |
| 08/11/2020 | 1314 | ORDER - The 1310 Motion to Appear Pro Hac Vice by Chad M. Tuschman, is DENIED without prejudice for failure to provide a Certificate of Good Standing dated within 30 days of the motion. Signed by JUDGE M CASEY RODGERS on 8/11/2020. (djb) (Entered: 08/11/2020) |
| 08/12/2020 | 1315 | MOTION to Appear Pro Hac Vice by Michael G. Ginos.( Filing fee $ 201 receipt number AFLNDC-5576867.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (GINOS, MICHAEL) (Entered: 08/12/2020) |
| 08/12/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1315 MOTION to Appear Pro Hac Vice by Michael G. Ginos. (djb) (Entered: 08/12/2020) |
| 08/12/2020 | 1316 | ORDER granting 1315 Motion to Appear Pro Hac Vice (Appointed MICHAEL G GINOS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/12/2020. (djb) (Entered: 08/12/2020) |
| 08/12/2020 | 1317 | MOTION to Compel *Against The Centers for Disease Control* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (BROCK, ROBERT) (Entered: 08/12/2020) |
| 08/12/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1317 MOTION to Compel Against The Centers for Disease Control. (djb) Modified on 8/13/2020 (djb). (Entered: 08/12/2020) |

| 08/12/2020 | 1318 | NOTICE of Appearance by MICHAEL H CHEN on behalf of NOTICE ONLY (CHEN, MICHAEL) (Entered: 08/12/2020) |
| 08/13/2020 | | Motions No Longer Referred: 1317 MOTION to Compel *Against The Centers for Disease Control* (djb) (Entered: 08/13/2020) |
| 08/13/2020 | 1319 | ORDER - The Court finds it appropriate to refer this matter to United States Magistrate Judge Gary Jones for further proceedings, including a hearing, if necessary, and the preparation of a report and recommendation, pursuant to Federal Rule of Civil Procedure 72(b). See also 28 U.S.C. § 636(b)(1)(B); N.D. Fla. Loc. R. 72.3. re: 1317 MOTION to Compel Against The Centers for Disease Control. Signed by JUDGE M CASEY RODGERS on 8/13/2020. Motions referred to GARY R JONES. (djb) (Entered: 08/13/2020) |
| 08/13/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1317 MOTION to Compel Against The Centers for Disease Control, re: 1319 Order Referring Motion. Referred to GARY R JONES. (djb) (Entered: 08/13/2020) |
| 08/13/2020 | 1320 | OBJECTION TO THE MAGISTRATE JUDGE'S 1292 REPORT AND RECOMMENDATION by DEPARTMENT OF DEFENSE. (Attachments: # 1 Ex. A (Kim Decl.), # 2 Ex. B (Stansell Order)) (GLASS, DAVID) Modified on 8/14/2020 to correct civil event (djb). (Entered: 08/13/2020) |
| 08/14/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1320 OBJECTION TO THE MAGISTRATE JUDGE'S 1292 REPORT AND RECOMMENDATION by DEPARTMENT OF DEFENSE, 1292 REPORT AND RECOMMENDATION It is recommended granting in part and denying in part. (djb) (Entered: 08/14/2020) |
| 08/14/2020 | 1321 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Telephone Conference w/leadership counsel held on 8/14/2020. [From 10:29 am to 12:46 pm.](Court Reporter Donna Boland.) (sps) (Entered: 08/14/2020) |
| 08/14/2020 | 1322 | MOTION to Appear Pro Hac Vice by Marvin J. Hammerman.( Filing fee $ 201 receipt number AFLNDC-5586374.) by NOTICE ONLY. (HAMMERMAN, MARVIN) (Entered: 08/14/2020) |
| 08/14/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1322 MOTION to Appear Pro Hac Vice by Marvin J. Hammerman. (djb) (Entered: 08/14/2020) |
| 08/14/2020 | 1323 | Sealed Plaintiffs' Memorandum in Response to Defendant's Objection to the July 17 Order (Dkt. 1258 ). (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (djb) (Entered: 08/14/2020) |
| 08/14/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1323 Sealed Response, 1297 Sealed Objection, 1258 Order on Motion to Compel. (djb) (Entered: 08/14/2020) |
| 08/14/2020 | 1324 | ORDER granting 1322 Motion to Appear Pro Hac Vice (Appointed MARVIN J HAMMERMAN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/14/2020. (djb) (Entered: 08/17/2020) |
| 08/14/2020 | 1328 | Sealed Plaintiffs' Opposition to Defendants' Motion for Clarification or Reconsideration of the Court's July 17, 2020 Order (Dkt No. 1258 ). (Attachments: # 1 Exhibit A, # 2 |

| | | Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (djb) (Entered: 08/17/2020) |
|---|---|---|
| 08/17/2020 | 1325 | MOTION Amended Motion to Appear Pro Hac Vice by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (TUSCHMAN, CHAD) (Entered: 08/17/2020) |
| 08/17/2020 | 1326 | RESPONSE in Opposition re 1298 MOTION for 28 U.S.C. § 1292(B) Certification of The Court's Order on the Parties Cross-Motions For Summary Judgment on the Government Contractor Defense 1280 filed by LEAD COUNSEL FOR PLAINTIFFS. (AYLSTOCK, BRYAN) (Entered: 08/17/2020) |
| 08/17/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1325 MOTION Amended Motion to Appear Pro Hac Vice by Chad Michael Tuschman. (djb) (Entered: 08/17/2020) |
| 08/17/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1298 MOTION for 28 U.S.C. § 1292(B) Certification of The Court's Order on the Parties Cross-Motions For Summary Judgment on the Government Contractor Defense 1280 , 1326 Response in Opposition to Motion, (djb) (Entered: 08/17/2020) |
| 08/17/2020 | 1327 | ORDER granting 1325 Amended Motion to Appear Pro Hac Vice. Attorney CHAD MICHAEL TUSCHMAN for NOTICE ONLY added. Signed by JUDGE M CASEY RODGERS on 8/17/2020. (djb) (Entered: 08/17/2020) |
| 08/17/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1328 Sealed Plaintiffs' Opposition to Defendants' Motion for Clarification or Reconsideration of the Court's July 17, 2020 Order, 1296 SEALED Defendants' Motion for Clarification or Reconsideration of the Court's July 17, 2020 Order, 1258 Order on Motion to Compel. Referred to GARY R JONES. (djb) (Entered: 08/17/2020) |
| 08/17/2020 | 1329 | ORDER denying 1298 Defendants' motion for 28 U.S.C. § 1292(b) certification of the Court's Order on the parties' cross-motions for summary judgment on the government contractor defense. Signed by JUDGE M CASEY RODGERS on 8/17/2020. (tvj) (Entered: 08/17/2020) |
| 08/17/2020 | 1330 | ORDER regarding second Science Day on ototoxic medications and illicit substances. Signed by JUDGE M CASEY RODGERS on 8/17/2020. (Attachments: # 1 Exhibit A) (hhd) (Entered: 08/17/2020) |
| 08/17/2020 | 1331 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of LEADERSHIP TELECONFERENCE Proceedings held on August 14, 2020, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, ****FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **8/24/2020**. Release of Transcript Restriction set for **11/23/2020**. (dlb) (Entered: 08/17/2020) |
| 08/17/2020 | 1332 | MOTION for Protective Order *Concerning Plaintiff's Notice of Rule 30(b)(6) Deposition and Supporting Memorandum of Law (Public Version)* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROCK, |

| | | ROBERT) (djb) (Additional attachment(s) added on 8/18/2020: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 Sealed, # 4 Exhibit 4 Sealed, # 5 Exhibit 5, # 7 Exhibit 6 Sealed, # 8 Exhibit 7 Sealed, # 9 Exhibit 8 Sealed, # 10 Exhibit 9 Sealed, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16 Sealed, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20 Sealed, # 22 Exhibit 21, # 23 Exhibit 22 Sealed, # 24 Exhibit 23 Sealed, # 25 Exhibit 24 Sealed, # 26 Exhibit 25 Sealed, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Sealed Motion for Protective Order 30(b)(6) Deposition) (djb). (Entered: 08/18/2020) |
| 08/19/2020 | 1333 | PRETRIAL ORDER NO. 47. Pursuant to agreement between Plaintiffs and 3M Defendants, the Court adopts the following additional initial deadlines for the bellwether trial pool plaintiffs reflected in Pretrial Order No. 45 for Bellwether Plaintiffs Carter Stelling (7:20cv143), Carlos Montero (7:20cv67), and Steven Wilkerson (7:20cv35). Signed by JUDGE M CASEY RODGERS on 8/19/2020. (djb) (Entered: 08/19/2020) |
| 08/19/2020 | 1334 | PRETRIAL ORDER NO. 48 Amendments to Pretrial No. 46. (ECF No. 1295 ). Pursuant to agreement between Plaintiffs and 3M Defendants the Court adopts the following additionally discovery deadlines for the initial bellwether cases in Trial Groups B, C, and D. Signed by JUDGE M CASEY RODGERS on 8/19/2020. (djb) (Entered: 08/19/2020) |
| 08/19/2020 | 1335 | ORDER denying 1296 Defendants' Motion for Clarification or Reconsideration of the Court's July 17, 2020 Order. Signed by MAGISTRATE JUDGE GARY R JONES on 08/19/20. (grj) (Entered: 08/19/2020) |
| 08/19/2020 | 1336 | ORDER scheduling telephonic hearing before Magistrate Judge Gary R. Jones on August 21, 2020 at 1:00 PM (EST) re 1332 Defendants' Motion for Protective Order Concerning Plaintiffs' Notice of Rule 30(b)(6) Deposition filed by 3M OCCUPATIONAL SAFETY LLC, 3M COMPANY, AEARO LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC. Signed by MAGISTRATE JUDGE GARY R JONES on 08/19/20. (grj) (Entered: 08/19/2020) |
| 08/19/2020 | 1337 | DEFENDANTS' RESPONSE TO THE 1320 OBJECTION TO THE MAGISTRATE JUDGE'S 1292 REPORT AND RECOMMENDATION by AEARO HOLDING LLC, AEARO LLC, 3M OCCUPATIONAL SAFETY LLC, 3M COMPANY, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B (SEALED), # 3 Exhibit C, # 4 Exhibit D, # 5 Defendants' Response to the Department of Defense's Objections to the Report and Recommendation (Sealed)) (BROCK, ROBERT) Modified on 8/20/2020 (djb). (Entered: 08/19/2020) |
| 08/19/2020 | 1338 | Sealed Plaintiffs' Opposition to Defendants' 1332 Motion for Protective Order Concerning Plaintiffs' Notice of Rule 30(B)(6) Deposition. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17) (djb) (Entered: 08/20/2020) |
| 08/20/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1332 MOTION for Protective Order, 1338 Sealed Plaintiffs' Opposition to Defendants' Motion for Protective Order Concerning Plaintiffs' Notice of Rule 30(B)(6) Deposition. Referred to GARY R JONES. (djb) (Entered: 08/20/2020) |
| 08/20/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1337 Defendants' Response to the Objection, 1320 Objection to the Magistrate Judge's Report and Recommendation, 1292 REPORT AND RECOMMENDATION (djb) (Entered: 08/20/2020) |

| 08/20/2020 | 1339 | PRETRIAL ORDER NO. 49. Amendment to Pretrial Order No. 25, ECF No. 977 and Pretrial Order No. 39, ECF No. 1154 . Signed by JUDGE M CASEY RODGERS on 8/20/2020. (djb) (Entered: 08/20/2020) |
|---|---|---|
| 08/20/2020 | 1340 | PRETRIAL ORDER NO. 50. Amendment to Pretrial Order No. 13, ECF No. 554 . Signed by JUDGE M CASEY RODGERS on 8/20/2020. (djb) (Entered: 08/20/2020) |
| 08/20/2020 | 1341 | ORDER - Pretrial Order No. 50 (ECF No. 1340 ), filed after Judge Jones' Report and Recommendation, requires the parties to subpoena the United States Government with any requests for depositions or production of documents, including those that are the subject of Defendants' Motion to Compel (ECF No. 1211 ). Because Pretrial Order No. 50 now moots the threshold dispute between the parties and, should subpoenas issue, will provide the Department with an opportunity to respond to the subpoena, the Court hereby REJECTS the entire 1292 REPORT AND RECOMMENDATION and DENIES Defendants' 1211 MOTION to Compel as moot. Should a motion to compel still be necessary following the subpoena process, Defendants may renew their arguments in a new motion to compel. Signed by JUDGE M CASEY RODGERS on 8/20/2020. (djb) (Entered: 08/20/2020) |
| 08/21/2020 | 1343 | SEALED DEFENDANTS' MOTION TO COMPEL, by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Appendix A, # 14 Appendix B, # 15 Appendix C, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Exhibit 21, # 25 Exhibit 22, # 26 Exhibit 23) (djb) (Additional attachment(s) added on 9/1/2020: # 27 Defendants' Motion to Compel (Public Version), # 28 Exhibit 1 (Public Version), # 29 Exhibit 2 (Public Version), # 30 Exhibit 3 (Public Version), # 31 Exhibit 4 (Public Version), # 32 Exhibit 5 (Sealed), # 33 Exhibit 6 Sealed, # 34 Exhibit 7 Sealed, # 35 Exhibit 8 (Public Version), # 36 Exhibit 9 Sealed, # 37 Exhibit 10 Sealed, # 38 Exhibit 11 Sealed, # 39 Exhibit 12 (Public Version), # 40 Appendix A (Public Version), # 41 Appendix B (Public Version), # 42 Appendix C (Public Version), # 43 Exhibit 13 Sealed, # 44 Exhibit 14 Sealed, # 45 Exhibit 15 Sealed, # 46 Exhibit 16 Sealed, # 47 Exhibit 17 Sealed, # 48 Exhibit 18 (Public Version), # 49 Exhibit 19 (Public Version), # 50 Exhibit 20 Sealed, # 51 Exhibit 21 Sealed, # 52 Exhibit 22 Sealed, # 53 Exhibit 23 Sealed) (djb). (Entered: 08/24/2020) |
| 08/21/2020 | 1344 | Acknowledgment of Acceptance of Taking of Evidence Request by the French Ministry of Justice. (djb) (Entered: 08/24/2020) |
| 08/22/2020 | 1342 | MOTION to Appear Pro Hac Vice by Justin A. Collins.( Filing fee $ 201 receipt number AFLNDC-5604481.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (COLLINS, JUSTIN) (Entered: 08/22/2020) |
| 08/24/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1342 MOTION to Appear Pro Hac Vice by Justin A. Collins. (djb) (Entered: 08/24/2020) |
| 08/24/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1343 SEALED Defendants' MOTION to Compel. Referred to GARY R JONES. (djb) (Entered: 08/24/2020) |
| 08/24/2020 | 1345 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-72) (Certified) - 1 action (1 in CAC/2:20-cv-07125, 825 in MDL No. 2885) Inasmuch as no objection is pending at this time, the stay islifted.Signed by Clerk of the Panel John W. Nichols on 8/24/2020. (Attachments: # 1 CTO-72 Finalized) (djb) (Entered: 08/24/2020) |

| 08/24/2020 | 1346 | ORDER granting in part and denying in part 1332 Defendants' Motion for Protective Order Concerning Plaintiffs' Notice of Rule 30(b)(6) Deposition. Signed by MAGISTRATE JUDGE GARY R JONES on 08/24/20. (grj) (Entered: 08/24/2020) |
| --- | --- | --- |
| 08/24/2020 | 1347 | ORDER granting 1342 Motion to Appear Pro Hac Vice (Appointed JUSTIN A COLLINS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/24/2020. (djb) (Entered: 08/24/2020) |
| 08/24/2020 | 1348 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of TELECONFERENCE Proceedings held on August 21, 2020, before Judge Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, ***FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **8/31/2020**. Release of Transcript Restriction set for **11/30/2020**. (dlb) (Entered: 08/24/2020) |
| 08/24/2020 | 1349 | ORDER re 1343 SEALED MOTION. (Individual counsel for Bellwether Plaintiffs, not Plaintiffs' Leadership Counsel response due on or before: **9/4/2020**). Signed by MAGISTRATE JUDGE GARY R JONES on 8/24/2020. (kdm) (Entered: 08/25/2020) |
| 08/26/2020 | 1350 | PRETRIAL ORDER NO. 51. The Court hereby GRANTS Plaintiffs leave to depose Defendant 3M Company on the topics ordered by the Court during the August 21, 2020 hearing (ECF No. 1348 ) and in its accompanying August 24, 2020 Order (ECF No. 1346 ) on or before September 25, 2020. The corporate discovery deadline of September 1, 2020, as set forth in Pretrial Order No. 43 (ECF No. 1204 ), remains unchanged. Signed by JUDGE M CASEY RODGERS on 8/26/2020. (djb) (Entered: 08/26/2020) |
| 08/26/2020 | 1351 | NOTICE of Appearance by DAVID MICHAEL GLASS on behalf of Centers for Disease Control and Prevention (GLASS, DAVID) (Entered: 08/26/2020) |
| 08/26/2020 | 1352 | Response to Motion re 1317 MOTION to Compel *Against The Centers for Disease Control* filed by Centers for Disease Control and Prevention. (Attachments: # 1 Ex. A (Wasdin Letter)) (GLASS, DAVID) Modified on 8/26/2020 (djb). (Entered: 08/26/2020) |
| 08/26/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1352 Response to Motion, 1317 MOTION to Compel Against The Centers for Disease Control. Referred to GARY R JONES. (djb) (Entered: 08/26/2020) |
| 08/26/2020 | 1353 | MOTION to Appear Pro Hac Vice by MARY H. KIM.( Filing fee $ 201 receipt number AFLNDC-5614573.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (KIM, MARY) (Entered: 08/26/2020) |
| 08/26/2020 | 1354 | MOTION to Appear Pro Hac Vice by ALEX A. ZOLG.( Filing fee $ 201 receipt number AFLNDC-5614618.) by NOTICE ONLY. (ZOLG, ALEX) Modified on 8/27/2020 to correct filer (djb). Plaintiff removed from docket. (Entered: 08/26/2020) |
| 08/27/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1353 MOTION to Appear Pro Hac Vice by MARY H. KIM; 1354 MOTION to Appear Pro Hac Vice by ALEX A. ZOLG. (djb) (Entered: 08/27/2020) |
| 08/27/2020 | 1355 | ORDER granting 1353 Motion to Appear Pro Hac Vice (Appointed MARY H KIM for |

| | | 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC,AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 8/27/2020. (djb) (Entered: 08/27/2020) |
|---|---|---|
| 08/27/2020 | 1356 | ORDER granting 1354 Motion to Appear Pro Hac Vice (Appointed ALEX ANDREA ZOLG for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/27/2020. (djb) (Entered: 08/27/2020) |
| 08/27/2020 | 1357 | PRETRIAL ORDER NO. 52. Protocol for Case-Specific Depositions(Bellwether Trial Group A). Signed by JUDGE M CASEY RODGERS on 8/27/2020. (djb) (Entered: 08/27/2020) |
| 08/27/2020 | 1358 | ORDER denying as moot 1317 Defendants' Motion to Compel Against the Centers for Disease Control. Signed by MAGISTRATE JUDGE GARY R JONES on 08/27/20. (grj) (Entered: 08/27/2020) |
| 08/27/2020 | 1359 | MOTION to Appear Pro Hac Vice by CRAIG J. CASTIGLIA.( Filing fee $ 201 receipt number AFLNDC-5618779.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (CASTIGLIA, CRAIG) (Entered: 08/27/2020) |
| 08/28/2020 | 1360 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 08/28/2020) |
| 08/28/2020 | 1361 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 Cover_Under Seal, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 8/31/2020) (djb). (Entered: 08/28/2020) |
| 08/28/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1361 MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records*, 1360 MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records*, 1359 MOTION to Appear Pro Hac Vice by CRAIG J. CASTIGLIA. (sdw) (Entered: 08/28/2020) |
| 08/28/2020 | 1362 | MOTION to Appear Pro Hac Vice by JONATHAN TAM.( Filing fee $ 201 receipt number AFLNDC-5619442.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (TAM, JONATHAN) (Entered: 08/28/2020) |
| 08/28/2020 | 1363 | AMENDED NOTICE OF APPEARANCE by NOTICE ONLY. Amendment to 1318 Notice of Appearance *by MICHAEL H CHEN* (CHEN, MICHAEL) Modified on 8/31/2020 (djb). (Entered: 08/28/2020) |
| 08/28/2020 | 1364 | NOTICE of Appearance by DAVID BUTSCH on behalf of RYAN COP, JOSEPH LAURICELLA (BUTSCH, DAVID) (Entered: 08/28/2020) |
| 08/28/2020 | 1365 | ORDER granting 1360 MOTION to Seal Document Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 8/28/2020. (sdw) (Entered: 08/28/2020) |
| 08/28/2020 | 1366 | PRIVACY ACT ORDER NO. 23. Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records, ECF No. 1361 , is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 1361 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 08/28/2020. (sdw) (Entered: 08/28/2020) |

| 08/28/2020 | 1367 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: 15th Case Management Conference held on 8/28/2020. (Court Reporter Donna Boland.) (sps) (Entered: 08/31/2020) |
| 08/31/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1362 MOTION to Appear Pro Hac Vice by JONATHAN TAM. (djb) (Entered: 08/31/2020) |
| 08/31/2020 | 1368 | ORDER granting 1362 Motion to Appear Pro Hac Vice (Appointed JONATHAN S TAM for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 8/31/2020. (djb) (Entered: 09/01/2020) |
| 09/01/2020 | 1369 | MOTION to Appear Pro Hac Vice by Melissa Lynn Borja.( Filing fee $ 201 receipt number AFLNDC-5625809.) by NOTICE ONLY. (BORJA, MELISSA) (Entered: 09/01/2020) |
| 09/01/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1369 MOTION to Appear Pro Hac Vice by Melissa Lynn Borja. (djb) (Entered: 09/01/2020) |
| 09/01/2020 | 1370 | ORDER granting 1369 Motion to Appear Pro Hac Vice (Appointed MELISSA LYNN BORJA for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/1/2020. (djb) (Entered: 09/01/2020) |
| 09/01/2020 | 1371 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of 15TH CASE MANAGEMENT CONFERENCE Proceedings held on August 28, 2020, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, ****FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **9/8/2020**. Release of Transcript Restriction set for **12/7/2020**. (dlb) (Entered: 09/01/2020) |
| 09/01/2020 | 1372 | NOTICE of Appearance by DAVID BUTSCH on behalf of JOSEPH LAURICELLA, RYAN COP (BUTSCH, DAVID) (Entered: 09/01/2020) |
| 09/01/2020 | 1373 | CASE MANAGEMENT ORDER NO. 15. The Fifteenth Case Management Conference (CMC) in this matter was held on August 28, 2020. This Order serves as a non-exhaustive recitation of the key points of discussion during the conference. Upcoming Case Management Conferences scheduled through the end of the year: September 18, 2020, October 16, 2020, November 20, 2020, December 14, 2020. Signed by JUDGE M CASEY RODGERS on 9/1/2020. (djb) (Entered: 09/01/2020) |
| 09/02/2020 | 1374 | ORDER granting 1359 Motion to Appear Pro Hac Vice (Appointed CRAIG CASTIGLIA for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 9/2/2020. (djb) (Entered: 09/02/2020) |
| 09/02/2020 | 1375 | NOTICE re *Defendants' Motion to Compel* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC re 1343 SEALED MOTION (BROCK, ROBERT) (Entered: 09/02/2020) |

| 09/03/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1375 Notice of Statement Regarding Defendants' 1343 Motion to Compel (djb) (Entered: 09/03/2020) |
| 09/03/2020 | 1376 | MOTION to Appear Pro Hac Vice by Ashlee Edwards Winkler.( Filing fee $ 201 receipt number AFLNDC-5631224.) by MATTHEW PAUL ANDERSON. (Attachments: # 1 Exhibit Certificate of Good Standing) (WINKLER, ASHLEE) (Entered: 09/03/2020) |
| 09/03/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1376 MOTION to Appear Pro Hac Vice by Ashlee Edwards Winkler. (djb) (Entered: 09/03/2020) |
| 09/03/2020 | 1377 | NOTICE re Defendants' Motion to Compel by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC re 1343 SEALED MOTION (BROCK, ROBERT) (Entered: 09/03/2020) |
| 09/04/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1377 Statement Regarding Defendants' Motion to Compel (DKT. 1343 ). (djb) (Entered: 09/04/2020) |
| 09/08/2020 | 1378 | Sealed RESPONSE to 1343 MOTION to Compel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7) (sdw) (Entered: 09/08/2020) |
| 09/08/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1378 Sealed Response to Motion. (sdw) (Entered: 09/08/2020) |
| 09/08/2020 | 1379 | MOTION for Leave to File a Reply Memorandum. (Attachments: # 1 Exhibit 1) (sdw) Modified on 9/8/2020 to edit document as a motion (atm). (Entered: 09/08/2020) |
| 09/08/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1379 MOTION for Leave to File a Reply Memorandum. (sdw) (Entered: 09/08/2020) |
| 09/08/2020 | 1380 | ORDER granting 1379 Defendants' Motion for Leave to File a Reply Memorandum. Defendants must file their reply memorandum limited to five pages by September 10, 2020. Signed by MAGISTRATE JUDGE GARY R JONES on 09/08/20. (grj) (Entered: 09/08/2020) |
| 09/08/2020 | 1381 | ORDER Overruling 1297 Defendants' Objection to the July 17 Order. Signed by JUDGE M CASEY RODGERS on 9/8/2020. (hhd) (Entered: 09/08/2020) |
| 09/09/2020 | 1383 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Telephone Conference w/leadership counsel held on 9/9/2020. [From 12:26 pm am to 1:28 pm.] (Court Reporter Donna Boland.) (sps) (Entered: 09/11/2020) |
| 09/10/2020 | 1382 | ORDER. The Court will defer ruling on Ms. Winkler's Motion for 14 days. Within 14 days of this Order, Plaintiff Anderson is hereby ORDERED to either notify the court of any initial census submission or representation issue, or submit a Request for Transition per Pretrial Order No. 22. Otherwise, Ms. Winkler's Motion will be denied. The Clerk is directed to email a copy of this Order to Ms. Winkler at awinkler@parhamlaw.com. (Miscellaneous Deadline - by 9/24 /2020.) Signed by JUDGE M CASEY RODGERS on 09/10/2020. (sdw) (Entered: 09/10/2020) |
| 09/11/2020 | 1384 | REPLY in Support of Defendants' Motion to Compel. (Attachments: # 1 Exhibit 24, # 2 Exhibit 25, # 3 Exhibit 26, # 4 Exhibit 27, # 5 Exhibit 28, # 6 Exhibit 29, # 7 Exhibit 30, |

# 8 Exhibit 31, # 9 Exhibit 32, # 10 Exhibit 33, # 11 Exhibit 34, # 12 Exhibit 35, # 13 Exhibit 36, # 14 Exhibit 37) (sdw) (Entered: 09/11/2020)

| 09/11/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1384 REPLY in Support of Defendants' Motion to Compel. (sdw) (Entered: 09/11/2020) |
| --- | --- | --- |
| 09/11/2020 | 1385 | MOTION to Appear Pro Hac Vice by Simon Gottlieb.( Filing fee $ 201 receipt number AFLNDC-5644992.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (GOTTLIEB, SIMON) (Entered: 09/11/2020) |
| 09/11/2020 | 1386 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of LEADERSHIP CONFERENCE Proceedings held on September 9, 2020, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, ***FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due 9/18/2020. Release of Transcript Restriction set for 12/17/2020. (dlb) (Entered: 09/11/2020) |
| 09/11/2020 | 1387 | ORDER. Within fourteen (14) days of this Order, the 169 Plaintiffs listed on Attachment A must provide completed and signed VA health authorization forms (VA Form 10-5345) to Plaintiffs' Leadership. Signed by JUDGE M CASEY RODGERS on 09/11/2020. (Attachments: # 1 Exhibit) (hhd) (Entered: 09/11/2020) |
| 09/11/2020 | 1388 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of DEFENSE MOTION TO COMPEL Proceedings held on September 11, 2020, before Judge Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, ***FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due 9/18/2020. Release of Transcript Restriction set for 12/17/2020. (dlb) (Entered: 09/11/2020) |
| 09/14/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1385 MOTION to Appear Pro Hac Vice by Simon Gottlieb. (djb) (Entered: 09/14/2020) |
| 09/14/2020 | 1389 | MOTION to Appear Pro Hac Vice by Andrea M. McGinnis.( Filing fee $ 201 receipt number AFLNDC-5647881.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (MCGINNIS, ANDREA) (Entered: 09/14/2020) |
| 09/14/2020 | 1390 | ORDER granting in part and denying in part 1343 Defendants' Motion to Compel. Defendants' motion is granted as to Plaintiff Brandon Adkins and is otherwise denied as moot as to Plaintiffs Hensley and Sloan. Plaintiff Adkins must produce the unredacted documents by September 14, 2020. Signed by MAGISTRATE JUDGE GARY R JONES on 09/14/20. (grj) (Entered: 09/14/2020) |
| 09/14/2020 | 1391 | MOTION to Appear Pro Hac Vice by Charles G. Orr.( Filing fee $ 201 receipt number AFLNDC-5648187.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A - List of |

| | | |
|---|---|---|
| | | Cases, # 2 Exhibit Exhibit B - Certificate of Good Standing) (ORR, CHARLES) (Entered: 09/14/2020) |
| 09/14/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1391 MOTION to Appear Pro Hac Vice by Charles G. Orr; 1389 MOTION to Appear Pro Hac Vice by Andrea M. McGinnis. (djb) (Entered: 09/14/2020) |
| 09/15/2020 | 1392 | MOTION to Appear Pro Hac Vice by KATIE R CAMINATI.( Filing fee $ 201 receipt number AFLNDC-5649705.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (CAMINATI, KATIE) (Entered: 09/15/2020) |
| 09/15/2020 | 1393 | MOTION to Appear Pro Hac Vice by Emily B. Marlowe.( Filing fee $ 201 receipt number AFLNDC-5649740.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A) (MARLOWE, EMILY) (Entered: 09/15/2020) |
| 09/15/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1393 MOTION to Appear Pro Hac Vice by Emily B. Marlowe; 1392 MOTION to Appear Pro Hac Vice by KATIE R CAMINATI. (djb) (Entered: 09/15/2020) |
| 09/15/2020 | 1394 | MOTION to Appear Pro Hac Vice by Jeffrey E Marion.( Filing fee $ 201 receipt number AFLNDC-5650580.) by NOTICE ONLY. (Attachments: # 1 Exhibit A: Cert of Good Standing) (MARION, JEFFREY) Modified on 10/5/2020 (djb). (Entered: 09/15/2020) |
| 09/15/2020 | 1395 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-75) - 3 actions. Inasmuch as noobjection is pending at this time, the stay is lifted.Signed by Clerk of the Panel John W. Nichols on 9/9/2020. (Attachments: # 1 CTO-75 Finalized) (djb) (Entered: 09/15/2020) |
| 09/15/2020 | 1396 | MOTION to Appear Pro Hac Vice by Thomas Wayne Pirtle.( Filing fee $ 201 receipt number AFLNDC-5651147.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (PIRTLE, THOMAS) (Entered: 09/15/2020) |
| 09/16/2020 | 1397 | MOTION to Appear Pro Hac Vice by Douglas W. Bailey.( Filing fee $ 201 receipt number AFLNDC-5651676.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (BAILEY, DOUGLAS) (Entered: 09/16/2020) |
| 09/21/2020 | 1398 | ORDER granting 1389 Motion to Appear Pro Hac Vice (Appointed ANDREA M MCGINNIS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/21/2020. (djb) (Entered: 09/21/2020) |
| 09/21/2020 | 1399 | ORDER granting 1385 Motion to Appear Pro Hac Vice (Appointed SIMON GOTTLIEB for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 9/21/2020. (djb) (Entered: 09/21/2020) |
| 09/21/2020 | 1400 | ORDER granting 1392 Motion to Appear Pro Hac Vice (Appointed KATIE ROSE CAMINATI for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/21/2020. (djb) (Entered: 09/21/2020) |
| 09/21/2020 | 1401 | ORDER granting 1393 Motion to Appear Pro Hac Vice (Appointed EMILY B MARLOWE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/21/2020. (djb) (Entered: 09/21/2020) |
| 09/21/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1396 MOTION to Appear Pro Hac Vice |

by Thomas Wayne Pirtle; 1397 MOTION to Appear Pro Hac Vice by Douglas W. Bailey (see 3:20-cv-05822-MCR-GRJ) (djb) (Entered: 09/21/2020)

| 09/21/2020 | 1402 | AMENDED NOTICE OF HEARING - 16th Case Management Conference (postponed from 9/18/2020) is rescheduled for **9/22/2020 at 10:00 AM Central** in U.S. Courthouse Pensacola before JUDGE M CASEY RODGERS. [Pre-conference meeting with lead counsel will begin at 8:30 AM.] *Telephone conference info is the same as all previous CMC's. Video connection information will be emailed directly to those counsel appearing by video. (sps) (Entered: 09/21/2020)* |
|---|---|---|
| 09/21/2020 | 1403 | MOTION to Appear Pro Hac Vice by Blake W. Gibney.( Filing fee $ 201 receipt number AFLNDC-5659667.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (GIBNEY, BLAKE) (Entered: 09/21/2020) |
| 09/21/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1403 MOTION to Appear Pro Hac Vice by Blake W. Gibney. (djb) (Entered: 09/21/2020) |
| 09/21/2020 | 1404 | PRETRIAL ORDER NO. 53 Amendment to Pretrial Order No. 43. ECF No. 1204 . Signed by JUDGE M CASEY RODGERS on 9/21/2020. (djb) (Entered: 09/21/2020) |
| 09/21/2020 | 1405 | NOTICE of Appearance by MELISSA LYNN BORJA on behalf of NOTICE ONLY (BORJA, MELISSA) (Entered: 09/21/2020) |
| 09/22/2020 | 1406 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-76) Certified - 1 action. (KS/2:20-cv-02418. Re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 9/18/2020. (Attachments: # 1 CTO-76 Finalized) (djb) (Entered: 09/22/2020) |
| 09/22/2020 | 1407 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of SIXTEENTH CASE MANAGEMENT CONFERENCE held on September 22, 2020, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, ***FOR TRANSCRIPT COPIES Email: Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **9/29/2020**. Release of Transcript Restriction set for **12/28/2020**. (dlb) (Entered: 09/22/2020) |
| 09/22/2020 | 1422 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: 16th Case Management Conference held on 9/22/2020. (Court Reporter Donna Boland.) (sps) (Entered: 09/26/2020) |
| 09/23/2020 | 1408 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 09/23/2020) |
| 09/23/2020 | 1409 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-4 Under Seal Cover, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 9/25/2020) (djb). (Entered: 09/23/2020) |

| 09/23/2020 | 1410 | MOTION to Compel *Against The Centers For Disease Control* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I) (BROCK, ROBERT) (Entered: 09/23/2020) |
| 09/24/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1408 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, re 1409 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 09/24/2020) |
| 09/24/2020 | 1411 | NOTICE of Appearance by STEPHEN PETER SEMOS on behalf of NOTICE ONLY. (SEMOS, STEPHEN) Modified on 9/24/2020 to correct party name to NOTICE ONLY (djb). (Entered: 09/24/2020) |
| 09/24/2020 | 1412 | ORDER - Mr. Bailey's 1397 Motion to Appear Pro Hac Vice is DENIED without prejudice to refile once these deficiencies are corrected. Signed by JUDGE M CASEY RODGERS on 9/24/2020. (djb) (Entered: 09/24/2020) |
| 09/24/2020 | 1413 | ORDER granting 1403 Motion to Appear Pro Hac Vice (Appointed BLAKE GIBNEY for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 9/24/2020. (djb) (Entered: 09/24/2020) |
| 09/24/2020 | 1414 | ORDER granting 1396 Motion to Appear Pro Hac Vice (Appointed THOMAS W PIRTLE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/24/2020. (djb) (Entered: 09/24/2020) |
| 09/24/2020 | 1415 | ORDER re 1410 MOTION to Compel *Against The Centers For Disease Control*. (CDC's response due on or before: **10/7/2020)**. Signed by MAGISTRATE JUDGE GARY R JONES on 9/24/2020. (kdm) (Entered: 09/25/2020) |
| 09/24/2020 | 1420 | NOTICE of Acceptation of Evidence Request Pursuant to the Hague Convention by the French Ministry of Justice. (djb) (Entered: 09/25/2020) |
| 09/25/2020 | 1416 | ORDER. Re: 1410 Defendants' MOTION to Compel Against The Centers For Disease Control. The Court finds it appropriate to refer this matter to United States Magistrate Judge Gary Jones for further proceedings, including a hearing, if necessary, and the preparation of a report and recommendation, pursuant to Federal Rule of Civil Procedure 72(b). Signed by JUDGE M CASEY RODGERS on 9/25/2020. Motions referred to GARY R JONES. (djb) (Entered: 09/25/2020) |
| 09/25/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1410 MOTION to Compel Against The Centers For Disease Control, per 1416 Order Referring Motion. Referred to GARY R JONES. (djb) (Entered: 09/25/2020) |
| 09/25/2020 | 1417 | Amended MOTION to Appear Pro Hac Vice by Douglas W. Bailey.( Filing fee $ 201 receipt number AFLNDC-5670323.) by NOTICE ONLY. (BAILEY, DOUGLAS) (Entered: 09/25/2020) |
| 09/25/2020 | 1418 | ORDER granting 1408 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 9/25/2020. (djb) (Entered: 09/25/2020) |
| 09/25/2020 | 1419 | PRIVACY ACT ORDER NO. 24. Plaintiffs' 1409 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain |

| | | |
|---|---|---|
| | | Exhibits A1 through A4 to Plaintiffs motion, ECF No. 1409 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 9/25/2020. (djb) (Entered: 09/25/2020) |
| 09/25/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1417 Amended MOTION to Appear Pro Hac Vice by Douglas W. Bailey. (djb) (Entered: 09/25/2020) |
| 09/25/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1417 Amended MOTION to Appear Pro Hac Vice by Douglas W. Bailey. (please note that $201.00 fee has been refunded) (djb) (Entered: 09/25/2020) |
| 09/25/2020 | 1421 | MOTION FOR AN ORDER CONCERNING DISCLOSURE OF GOVERNMENT EMPLOYEE WORK ADDRESSES by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5) (BROCK, ROBERT) (Entered: 09/25/2020) |
| 09/25/2020 | 1423 | ORDER granting 1417 Motion to Appear Pro Hac Vice (Appointed DOUGLAS WADE BAILEY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/25/2020. (djb) (Entered: 09/28/2020) |
| 09/28/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1421 MOTION FOR AN ORDER CONCERNING DISCLOSURE OF GOVERNMENT EMPLOYEE WORK ADDRESSES (djb) (Entered: 09/28/2020) |
| 09/28/2020 | 1424 | ORDER - The Court will defer ruling on Mr. Orr's 1391 MOTION to Appear Pro Hac Vice for 14 days. Within 14 days of this Order, the plaintiffs on Exhibit A are hereby ORDERED to either notify the Court of any initial census submission or representation issue, or submit a Request for Transition per Pretrial Order No. 22. Otherwise, Mr. Orr's Motion will be denied. The Clerk is directed to email a copy of this Order to Mr.Orr at corr@baronbudd.com. Signed by JUDGE M CASEY RODGERS on 9/28/2020. (Miscellaneous Deadline - by 10/13/2020.) (order emailed as directed) (djb) (Entered: 09/28/2020) |
| 09/28/2020 | 1425 | NOTICE *TO WITHDRAW MOTION FOR ADMISSION TO APPEAR PRO HAC VICE* by NOTICE ONLY re 1391 MOTION to Appear Pro Hac Vice by Charles G. Orr.( Filing fee $ 201 receipt number AFLNDC-5648187.) (ORR, CHARLES) (Entered: 09/28/2020) |
| 09/28/2020 | 1426 | NOTICE of Appearance by LARRY D ASHLOCK on behalf of NOTICE ONLY (ASHLOCK, LARRY) (Entered: 09/28/2020) |
| 09/28/2020 | 1427 | MOTION to Appear Pro Hac Vice by Larry D. Ashlock.( Filing fee $ 201 receipt number AFLNDC-5675185.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (ASHLOCK, LARRY) (Entered: 09/28/2020) |
| 09/29/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1427 MOTION to Appear Pro Hac Vice by Larry D. Ashlock. (djb) (Entered: 09/29/2020) |
| 09/29/2020 | 1428 | ORDER - On September 11, 2020, nearly seven months into the records collection process from the Department of Veteran Affairs (VA), this Court entered an Order requiring 169 plaintiffs, including the 34 Plaintiffs identified on Exhibit A, to provide completed and signed VA health authorization forms (VA Form 10-5345) to Plaintiffs Leadership within fourteen (14) days of the Order. See Order, ECF No. 1387 at 2. The cases identified on Exhibit A are hereby DISMISSED WITH PREJUDICE for failure to |

| | | |
|---|---|---|
| | | comply with the Court's Order. The Clerk is directed to close the cases identified on Exhibit A in their entirety for all purposes. BrownGreer, PLC is directed to immediately provide electronic copies of this Order to counsel of record, as listed in MDL Centrality, for the 34 Plaintiffs identified on Exhibit A. Signed by JUDGE M CASEY RODGERS on 9/29/2020. (djb) (Entered: 09/29/2020) |
| 09/29/2020 | 1429 | ORDER granting 1427 Motion to Appear Pro Hac Vice (Appointed LARRY D ASHLOCK for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/29/2020. (djb) (Entered: 09/29/2020) |
| 09/29/2020 | 1430 | ORDER - Defendants' 1421 Motion for an Order Concerning Disclosure of Government Employee Work Addresses is GRANTED. The Government must disclose to Defendants the workplace addresses for Dr. John King and Dr. Kyle Lindholm by Friday, October 2, 2020. Signed by JUDGE M CASEY RODGERS on 9/29/2020. (djb) (Entered: 09/29/2020) |
| 09/29/2020 | 1431 | CASE MANAGEMENT ORDER NO. 16. Signed by JUDGE M CASEY RODGERS on 9/29/2020. (djb) (Entered: 09/29/2020) |
| 10/01/2020 | 1432 | ORDER denying Plaintiffs' motions to remand in the cases identified on Exhibit A. Signed by JUDGE M CASEY RODGERS on 10/01/2020. (hhd) (Entered: 10/01/2020) |
| 10/02/2020 | 1433 | MOTION to Compel *Against The Department of Defense* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N) (BROCK, ROBERT) (Entered: 10/02/2020) |
| 10/02/2020 | 1434 | Removed Document (per MCR chambers) Modified on 10/6/2020 complaint filed in lead case. (Entered: 10/02/2020) |
| 10/02/2020 | 1435 | STATUS REPORT -- *PLAINTIFFS' & DEFENDANTS' JOINT REPORT CONCERNING TECHNOLOGY-ASSISTED DOCUMENT REVIEW* by CO-LEAD COUNSEL FOR PLAINTIFFS. (BUCHANAN, DAVID) (Entered: 10/02/2020) |
| 10/02/2020 | 1436 | PRETRIAL ORDER NO. 54. Signed by JUDGE M CASEY RODGERS on 10/2/2020. (sdw) (Entered: 10/02/2020) |
| 10/02/2020 | 1437 | ORDER re 1433 MOTION to Compel *Against The Department of Defense*. The Court finds it appropriate to refer this matter to United States Magistrate Judge Gary Jones for further proceedings, including a hearing, if necessary, and the preparation of a report and recommendation. Signed by JUDGE M CASEY RODGERS on 10/2/2020. (sdw) (Entered: 10/02/2020) |
| 10/02/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1433 MOTION to Compel *Against The Department of Defense*. Referred to GARY R JONES. (sdw) (Entered: 10/02/2020) |
| 10/02/2020 | 1439 | ORDER re 1433 MOTION to Compel Against The Department of Defense. (Department must file a response on or before: **10/16/2020**). Signed by MAGISTRATE JUDGE GARY R JONES on 10/2/2020. Defendants must immediately serve a copy of this order by email on Jacqui Snead and Major Nicole Kim. (kdm) (Entered: 10/05/2020) |
| 10/02/2020 | 1453 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Telephone Conference w/leadership counsel |

| | | held on 10/02/2020. [From 12:30 pm am to 1:54 pm.] (Court Reporter Donna Boland.) (sps) (Entered: 10/08/2020) |
|---|---|---|
| 10/05/2020 | 1438 | MOTION to Appear Pro Hac Vice by Caleb Seeley.( Filing fee $ 201 receipt number AFLNDC-5687926.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (SEELEY, CALEB) (Entered: 10/05/2020) |
| 10/05/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1438 MOTION to Appear Pro Hac Vice by Caleb Seeley. (djb) (Entered: 10/05/2020) |
| 10/05/2020 | 1440 | NOTICE of Appearance by CHRISTOPHER MATTEI on behalf of NOTICE ONLY (MATTEI, CHRISTOPHER) (Entered: 10/05/2020) |
| 10/05/2020 | 1441 | NOTICE regarding Compliance with Court Order by DEPARTMENT OF DEFENSE re 1430 Order, (FELDON, GARY) (Entered: 10/05/2020) |
| 10/05/2020 | 1442 | ORDER granting 1438 Motion to Appear Pro Hac Vice (Appointed CALEB A SEELEY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 10/5/2020. (djb) (Entered: 10/05/2020) |
| 10/05/2020 | 1443 | Amended MOTION to Appear Pro Hac Vice by Jeffrey E. Marion.( Filing fee $ 201 receipt number AFLNDC-5688896.) by Jason T Morel. (Attachments: # 1 Exhibit A: Cert of Good Standing) (MARION, JEFFREY) (Entered: 10/05/2020) |
| 10/05/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1443 Amended MOTION to Appear Pro Hac Vice by Jeffrey E. Marion. re 1394 MOTION to Appear Pro Hac Vice by Jeffrey E Marion. (djb) (Entered: 10/05/2020) |
| 10/05/2020 | 1444 | PRETRIAL ORDER NO. 55 Choice of Law Briefing and Hearing Schedule. As discussed at the 16th Case Management Conference on September 22, 2020, the parties are to brief their positions on which substantive state law should apply to each of the six Trial Group A cases before dispositive motions are due. Each side will submit one comprehensive brief for all six Group A cases on or before Monday, **November 23, 2020**. The Court will hold oral argument on choice of law on Thursday, December 3, 2020. The parties should meet and confer and be prepared to discuss time and order of presentations at the October 16, 2020 Case Management Conference. Signed by JUDGE M CASEY RODGERS on 10/5/2020. (djb) (Entered: 10/05/2020) |
| 10/05/2020 | 1445 | NOTICE of Appearance by CALEB A SEELEY on behalf of NOTICE ONLY (SEELEY, CALEB) Modified on 10/6/2020 to note Caleb Seeley is co-counsel for 7:20-cv-00104, 7:20-cv-00143, 7:20-cv-00149 (djb). (Entered: 10/05/2020) |
| 10/05/2020 | 1446 | STIPULATION (JOINT) Mooting 1410 Defendants' Motion to Compel Against the Centers for Disease Control and Prevention by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (Entered: 10/05/2020) |
| 10/06/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1446 Joint Stipulation Mooting 1410 Defendants' Motion to Compel Against the Centers for Disease Control and Prevention, 1410 MOTION to Compel Against The Centers For Disease Control. Referred to GARY R JONES. (djb) (Entered: 10/06/2020) |
| 10/06/2020 | 1447 | ORDER denying as moot 1410 MOTION to Compel Against The Centers For Disease Control. Signed by MAGISTRATE JUDGE GARY R JONES on 10/6/2020. (kdm) (Entered: 10/06/2020) |

| 10/06/2020 | 1448 | NOTICE of Appearance by PAUL ELLIOTT BUEKER on behalf of NOTICE ONLY. (BUEKER, PAUL) Modified on 10/6/2020 to correct party name.(djb). (Entered: 10/06/2020) |
|---|---|---|
| 10/06/2020 | 1449 | MOTION re Deposition of Kevin Michael, PhD *(Public Version)* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Sealed Defendants' Motion re the Deposition of Kevin Michael) (BROCK, ROBERT) Modified on 10/7/2020 (djb). (Entered: 10/06/2020) |
| 10/06/2020 | 1450 | ORDER granting 1443 Motion to Appear Pro Hac Vice (Appointed JEFFREY E MARION for NOTICE ONLY). Mr. Marion's first Motion to Appear Pro Hac Vice, ECF No. 1394 , is hereby terminated as moot. Signed by JUDGE M CASEY RODGERS on 10/6/2020. (djb) Modified on 10/7/2020 to add document relationship (djb). (Entered: 10/07/2020) |
| 10/07/2020 | 1451 | ORDER - All of the United States' Motions to Quash Subpoenas that are currently or will be pending before this Court are hereby referred to Magistrate Judge Gary R. Jones for further proceedings, if necessary, and resolution of the pending motions. Signed by JUDGE M CASEY RODGERS on 10/7/2020. (djb) (Entered: 10/07/2020) |
| 10/07/2020 | 1452 | RESPONSE in Opposition re 1449 MOTION re Deposition of Kevin Michael, PhD *(Public Version)* filed by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Plaintiffs' Response to Defendants' Statement on the Deposition of Kevin Michael, PhD (Sealed)) (AYLSTOCK, BRYAN) Modified on 10/7/2020 (djb). (Entered: 10/07/2020) |
| 10/07/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1449 MOTION re Deposition of Kevin Michael, PhD, 1452 Response in Opposition to Motion (djb) (Entered: 10/07/2020) |
| 10/08/2020 | 1454 | ORDER Re: 1449 Motion Statement on the Deposition of Kevin Michael, PhD. For the foregoing reasons, and in light of the Court's responsibility to promote the just and efficient conduct of the cases in this MDL, Defendants will not be permitted to proceed with Dr. Michael's deposition on October 9, 2020, nor will the Court entertain any motion for leave to depose Dr. Michael after the close of discovery. Signed by JUDGE M CASEY RODGERS on 10/8/2020. (djb) (Entered: 10/08/2020) |
| 10/08/2020 | 1455 | MOTION to Appear Pro Hac Vice by DEAN NASH.( Filing fee $ 201 receipt number AFLNDC-5696208.) by NOTICE ONLY. (NASH, DEAN) Modified on 10/8/2020 to correct filer (djb). (Entered: 10/08/2020) |
| 10/08/2020 | 1456 | NOTICE *of No-Response Regarding Motion to Quash (Parker)* by LEAD COUNSEL FOR PLAINTIFFS (AYLSTOCK, BRYAN) (Entered: 10/08/2020) |
| 10/08/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1455 MOTION to Appear Pro Hac Vice by DEAN NASH. (djb) (Entered: 10/08/2020) |
| 10/08/2020 | 1457 | MOTION to Compel *The Deposition of LTC Martin Robinette [PUBLIC VERSION]* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) (BROCK, ROBERT) (Additional attachment(s) added on 10/9/2020: # 8 Sealed Motion to Compel Deposition of LTC Martin Robinette) (djb). (Entered: 10/08/2020) |

| 10/08/2020 | 1458 | ORDER granting 1455 Motion to Appear Pro Hac Vice (Appointed DEAN EDWARD NASH for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 10/8/2020. (djb) (Entered: 10/09/2020) |
|---|---|---|
| 10/09/2020 | 1459 | ORDER - the Court finds it appropriate to refer 1457 MOTION to Compel The Deposition of LTC Martin Robinette to United States Magistrate Judge Gary Jones for further proceedings, including a hearing, if necessary, and the preparation of a report and recommendation, pursuant to Federal Rule of Civil Procedure 72(b). Signed by JUDGE M CASEY RODGERS on 10/9/2020. Motions referred to GARY R JONES. (djb) (Entered: 10/09/2020) |
| 10/09/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1457 MOTION to Compel The Deposition of LTC Martin Robinette, per 1459 Order Referring Motion. Referred to GARY R JONES. (djb) (Entered: 10/09/2020) |
| 10/09/2020 | 1460 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-79) Certified re: MDL No. 2885. (1 in TXW/1:20-cv-00562) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 10/9/2020. (Attachments: # 1 CTO-79 Finalized) (djb) (Entered: 10/09/2020) |
| 10/09/2020 | 1461 | NOTICE of Appearance by DEAN EDWARD NASH on behalf of NOTICE ONLY (NASH, DEAN) (Entered: 10/09/2020) |
| 10/09/2020 | 1462 | ORDER re 1457 MOTION to Compel The Deposition of LTC Martin Robinette [PUBLIC VERSION]. (Department must file an expedited response on or before: **10/16/2020**). Signed by MAGISTRATE JUDGE GARY R JONES on 10/9/2020. Defendants must immediately serve a copy of this order by email on Jacqui Snead, Joshua Kolsky, and Major Nicole Kim. (kdm) (Entered: 10/09/2020) |
| 10/09/2020 | 1463 | MOTION TO PERMIT CERTAIN DEPOSITIONS OF GOVERNMENT EMPLOYEES AFTER OCTOBER 9th by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N) (BROCK, ROBERT) (Entered: 10/09/2020) |
| 10/12/2020 | 1464 | NOTICE of Appearance by CHARLES EDWARD EMANUEL, JR on behalf of NOTICE ONLY. (EMANUEL, CHARLES) Modified on 10/13/2020 (djb). (Entered: 10/12/2020) |
| 10/12/2020 | 1465 | NOTICE of Appearance by JOSHUA M KOLSKY on behalf of DEPARTMENT OF DEFENSE (KOLSKY, JOSHUA) (Entered: 10/12/2020) |
| 10/13/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1463 MOTION TO PERMIT CERTAIN DEPOSITIONS OF GOVERNMENT EMPLOYEES AFTER OCTOBER 9th (djb) (Entered: 10/13/2020) |
| 10/14/2020 | 1466 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to Their motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 10/14/2020) |
| 10/14/2020 | 1467 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Recors* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, |

| | | |
|---|---|---|
| | | # 2 Exhibit A1-A4 Under Seal, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 10/15/2020) (djb) (Entered: 10/14/2020) |
| 10/15/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1466 Plaintiffs' Motion for Leave to File Under Seal Exhibits to Their motion to Authorize Disclosure of Military Records, re: 1467 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 10/15/2020) |
| 10/15/2020 | 1468 | Consent MOTION for Extension of Time to File *Opposition to Motion to Compel* by DEPARTMENT OF DEFENSE. (KOLSKY, JOSHUA) (Entered: 10/15/2020) |
| 10/15/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1468 Consent MOTION for Extension of Time to File Opposition to 1433 MOTION to Compel Against The Department of Defense. Referred to GARY R JONES. (djb) (Entered: 10/15/2020) |
| 10/15/2020 | 1469 | ORDER granting 1468 Department of Defense's Motion for Extension of Time to Respond to Defendants' Motion to Compel. The United States Department of Defense must respond to Defendants' Motion to Compel 1433 by October 23, 2020. Signed by MAGISTRATE JUDGE GARY R JONES on 10/15/20. (grj) (Entered: 10/15/2020) |
| 10/15/2020 | 1470 | ORDER granting 1466 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 10/15/2020. (djb) (Entered: 10/15/2020) |
| 10/15/2020 | 1471 | PRIVACY ACT ORDER NO. 25. Plaintiffs' 1467 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 1467 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 10/15/2020. (djb) (Entered: 10/15/2020) |
| 10/15/2020 | 1472 | ORDER granting in part and denying in part 1463 Motion to Permit Certain Depositions of Government Employees After October 9. Signed by JUDGE M CASEY RODGERS on 10/15/2020. (hhd) (Entered: 10/15/2020) |
| 10/16/2020 | 1473 | Consent MOTION to Seal Document *Opposition to Defendants' Motion to Compel the Deposition of Martin Robinette* by DEPARTMENT OF DEFENSE. (KOLSKY, JOSHUA) (Entered: 10/16/2020) |
| 10/16/2020 | 1474 | MEMORANDUM in Opposition re 1457 MOTION to Compel *The Deposition of LTC Martin Robinette [PUBLIC VERSION]* filed by DEPARTMENT OF DEFENSE. (KOLSKY, JOSHUA) (Additional attachment(s) added on 10/19/2020: # 1 Department of Defense's Opposition (Sealed)) (djb). (Entered: 10/16/2020) |
| 10/16/2020 | 1475 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: 17th Case Management Conference held on 10/16/2020. (Court Reporter Donna Boland.) (sps) (Entered: 10/17/2020) |
| 10/19/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1473 Consent MOTION to Seal Document 1474 Opposition to Defendants' Motion to Compel the Deposition of Martin Robinette (djb) (Entered: 10/19/2020) |
| 10/19/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1473 Consent MOTION to Seal Document 1474 Opposition to Defendants' Motion to Compel the Deposition of Martin Robinette Referred to GARY R JONES. (djb) (Entered: 10/19/2020) |
| 10/19/2020 | 1476 | ORDER granting 1473 Consent MOTION to Seal Document Opposition to Defendants' |

| | | |
|---|---|---|
| | | Motion to Compel the Deposition of Martin Robinette. Signed by MAGISTRATE JUDGE GARY R JONES on 10/19/2020. (kdm) (Entered: 10/19/2020) |
| 10/19/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1457 MOTION to Compel The Deposition of LTC Martin Robinette, 1474 Memorandum in Opposition to Motion. Referred to GARY R JONES. (djb) (Entered: 10/19/2020) |
| 10/20/2020 | 1477 | PRETRIAL ORDER NO. 56 Medical Examinations of Plaintiffs in Group A Cases. Signed by JUDGE M CASEY RODGERS on 10/20/2020. (djb) (Entered: 10/20/2020) |
| 10/21/2020 | 1478 | MOTION to Appear Pro Hac Vice by Ashley Barriere.( Filing fee $ 201 receipt number AFLNDC-5721195.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (BARRIERE, ASHLEY) (Entered: 10/21/2020) |
| 10/21/2020 | 1479 | MOTION to Compel *Plaintiffs to Produce All Facts or Data Considered by Plaintiffs' Experts in Forming Their Opinions by October 23, 2020 (Public Version)* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 (Sealed)) # 3 Defendants' Motion to Compel (Sealed)) (BROCK, ROBERT) Modified on 10/22/2020 (djb). (Entered: 10/21/2020) |
| 10/22/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1478 MOTION to Appear Pro Hac Vice by Ashley Barriere. (djb) (Entered: 10/22/2020) |
| 10/22/2020 | 1480 | NOTICE of Appearance by CHRISTOPHER N SHAKIB on behalf of NOTICE ONLY (SHAKIB, CHRISTOPHER) (Entered: 10/22/2020) |
| 10/22/2020 | 1481 | NOTICE of Appearance by ALEJANDRO JOSE TIRADO-LUCIANO on behalf of NOTICE ONLY (TIRADO-LUCIANO, ALEJANDRO) (Entered: 10/22/2020) |
| 10/22/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1479 MOTION to Compel Plaintiffs to Produce All Facts or Data Considered by Plaintiffs' Experts in Forming Their Opinions by October 23, 2020. Referred to GARY R JONES. (djb) (Entered: 10/22/2020) |
| 10/22/2020 | 1482 | ORDER directing Plaintiffs to file a response by October 28, 2020 re 1479 Defendants' MOTION to Compel *Plaintiffs to Produce All Facts or Data Considered by Plaintiffs' Experts in Forming Their Opinions by October 23, 2020 (Public Version)* filed by 3M OCCUPATIONAL SAFETY LLC, 3M COMPANY, AEARO LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC. Signed by MAGISTRATE JUDGE GARY R JONES on 10/22/20. (grj) (Entered: 10/22/2020) |
| 10/23/2020 | 1483 | MEMORANDUM in Opposition re 1433 MOTION to Compel *Against The Department of Defense* filed by DEPARTMENT OF DEFENSE. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Affidavit (Major Nicole Kim)) (KOLSKY, JOSHUA) (Entered: 10/23/2020) |
| 10/26/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1479 MOTION to Compel Plaintiffs to Produce All Facts or Data Considered by Plaintiffs' Experts in Forming Their Opinions by October 23, 2020 (Public Version), 1483 Memorandum in Opposition to Motion. Referred to GARY R JONES. (djb) (Entered: 10/26/2020) |
| 10/26/2020 | 1484 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-81) Certified. (1 action, PAE/2:20-cv-04446) Inasmuch as no objection is pending at this time, the stay is lifted. |

|  |  | Signed by Clerk of the Panel John W. Nichols on 10/26/2020. (Attachments: # 1 CTO-81 Finalized) (djb) (Entered: 10/26/2020) |
|---|---|---|
| 10/26/2020 | 1485 | MOTION for Leave to File *A REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL AGAINST THE DEPARTMENT OF DEFENSE 1433* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (BROCK, ROBERT) (Entered: 10/26/2020) |
| 10/27/2020 |  | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1485 MOTION for Leave to File A REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' 1433 MOTION to Compel Against The Department of Defense Referred to GARY R JONES. (djb) (Entered: 10/27/2020) |
| 10/27/2020 | 1486 | ORDER granting 1485 Defendants' Motion for Leave to File Reply Memorandum in Support of Defendants' Motion to Compel Against the Department of Defense. Defendants must file their reply memorandum by October 30, 2020. Signed by MAGISTRATE JUDGE GARY R JONES on 10/27/20. (grj) (Entered: 10/27/2020) |
| 10/27/2020 | 1487 | ORDER granting 1478 Motion to Appear Pro Hac Vice (Appointed ASHLEY BARRIERE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 10/27/2020. (djb) (Entered: 10/27/2020) |
| 10/28/2020 | 1488 | MOTION to Appear Pro Hac Vice by Derriel C. McCorvey.( Filing fee $ 201 receipt number AFLNDC-5736865.) by NOTICE ONLY. (MCCORVEY, DERRIEL) (Entered: 10/28/2020) |
| 10/28/2020 | 1489 | CASE MANAGEMENT ORDER NO. 17. The Seventeenth Case Management Conference (CMC) in this matter was held on October 16, 2020. This Order serves as a non- exhaustive recitation of the key points of discussion during the conference. Case management conferences through the end of the year are scheduled on the following dates at 10 AM central: November 20, 2020, December 14, 2020. Signed by JUDGE M CASEY RODGERS on 10/28/2020. (djb) (Entered: 10/28/2020) |
| 10/28/2020 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1488 MOTION to Appear Pro Hac Vice by Derriel C. McCorvey. (related cases have not transitioned) (djb) Modified on 10/28/2020 to note that notice of appearance had not been filed. (djb). (Entered: 10/28/2020) |
| 10/28/2020 | 1490 | ORDER granting 1488 Motion to Appear Pro Hac Vice (Appointed DERRIEL C MCCORVEY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 10/28/2020. (djb) (Entered: 10/28/2020) |
| 10/28/2020 | 1491 | Sealed Plaintiffs' Opposition to 1479 Defendants' Motion to Compel Plaintiffs to Produce All Facts or Data Considered by Plaintiffs' Experts in Forming Their Opinions. (djb) (Entered: 10/28/2020) |
| 10/28/2020 |  | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1491 Sealed Opposition, 1479 MOTION to Compel Plaintiffs to Produce All Facts or Data Considered by Plaintiffs' Experts in Forming Their Opinions by October 23, 2020. Referred to GARY R JONES. (djb) (Entered: 10/28/2020) |
| 10/29/2020 | 1492 | SEALED MOTION for Leave to File Reply in Support of Defendants' Motion to Compel Plaintiffs to Produce All Facts or Data Considered by Plaintiffs' Experts in Forming Their Opinions by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, |

| | | AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (djb) (Entered: 10/29/2020) |
|---|---|---|
| 10/29/2020 | 1493 | ORDER - Plaintiffs must file a response to Defendants' 1492 Sealed motion for leave by no later than the close of business (5:00 p.m. Eastern Time) on Friday, **10/30/2020**. Signed by MAGISTRATE JUDGE GARY R JONES on 10/29/2020. (djb) (Entered: 10/29/2020) |
| 10/29/2020 | 1494 | REPORT AND RECOMMENDATION denying re 1457 Defendants' ' MOTION to Compel *The Deposition of LTC Martin Robinette [PUBLIC VERSION]* filed by 3M OCCUPATIONAL SAFETY LLC, 3M COMPANY, AEARO LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC - R&R flag set. Signed by MAGISTRATE JUDGE GARY R JONES on 10-29-20. Internal deadline for referral to district judge if objections are not filed earlier: **11/27/2020**. (grj) (Entered: 10/29/2020) |
| 10/30/2020 | 1495 | NOTICE of Appearance by DERRIEL C MCCORVEY on behalf of NOTICE ONLY (MCCORVEY, DERRIEL) (Entered: 10/30/2020) |
| 10/30/2020 | 1496 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 10/30/2020) |
| 10/30/2020 | 1497 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-4 SEALED, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 11/5/2020) (djb). (Entered: 10/30/2020) |
| 10/30/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1496 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their 1497 Motion to Authorize Disclosure of Military Records (djb) (Entered: 10/30/2020) |
| 10/30/2020 | 1498 | NOTICE of Appearance by DERRIEL C MCCORVEY on behalf of NOTICE ONLY (MCCORVEY, DERRIEL) (Entered: 10/30/2020) |
| 10/30/2020 | 1499 | NOTICE of Appearance by DERRIEL C MCCORVEY on behalf of NOTICE ONLY (MCCORVEY, DERRIEL) (Entered: 10/30/2020) |
| 10/30/2020 | 1500 | NOTICE of Appearance by DERRIEL C MCCORVEY on behalf of NOTICE ONLY (MCCORVEY, DERRIEL) (Entered: 10/30/2020) |
| 10/30/2020 | 1501 | NOTICE of Appearance by ASHLEY BARRIERE on behalf of NOTICE ONLY (BARRIERE, ASHLEY) (Entered: 10/30/2020) |
| 10/30/2020 | 1502 | ORDER granting 1492 Defendants Motion for Leave to File a Reply Memorandum. Reply memorandum, limited to four pages, by no later than the close of business (5:00 p.m. Eastern Time) on Tuesday, November 3, 2020. Signed by MAGISTRATE JUDGE GARY R JONES on 10/30/2020.(bkb) (Entered: 10/30/2020) |
| 10/30/2020 | 1503 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS: Telephone Conference w/leadership counsel held on 10/30/2020. [From 3:00 pm to 3:46 pm.] (Court Reporter Donna Boland.) (sps) (Entered: 10/30/2020) |
| 10/30/2020 | 1504 | RESPONSE in Support re 1433 MOTION to Compel *Against The Department of Defense* filed by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO |

| | | TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (BROCK, ROBERT) (Entered: 10/30/2020) |
|---|---|---|
| 10/30/2020 | 1505 | Sealed PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL EXPERT FACTS AND DATA. (djb) (Entered: 11/02/2020) |
| 11/02/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1433 MOTION to Compel *Against The Department of Defense*, 1483 Memorandum in Opposition to Motion, 1504 Reply Memorandum in Support of Motion to Compel. Referred to GARY R JONES. (djb) (Entered: 11/02/2020) |
| 11/02/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1505 Sealed PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL EXPERT FACTS AND DATA, 1492 SEALED MOTION for Leave to File Reply in Support of Defendants' Motion to Compel Plaintiffs to Produce All Facts or Data Considered by Plaintiffs' Experts in Forming Their Opinions Referred to GARY R JONES. (djb) (Entered: 11/02/2020) |
| 11/02/2020 | 1506 | PRETRIAL ORDER NO. 57 Amendment to Pretrial Order No. 22. This Order amends 898 Pretrial Order No. 22 for the purpose of defining the process by which cases filed on the administrative docket, In re 3M Administrative Docket, 3:19mc87, may be reinstated. Signed by JUDGE M CASEY RODGERS on 11/2/2020. (djb) (Entered: 11/02/2020) |
| 11/02/2020 | 1507 | PRETRIAL ORDER NO. 58 Amendment to Pretrial Order No. 50. This Order amends 1340 Pretrial Order No. 50, to provide further instruction regarding subpoenas issued for Government witness depositions. Signed by JUDGE M CASEY RODGERS on 11/2/2020. (djb) (Entered: 11/02/2020) |
| 11/02/2020 | 1508 | MOTION to Appear Pro Hac Vice by Scott M. Marsik.( Filing fee $ 201 receipt number AFLNDC-5758361.) by NOTICE ONLY. (Attachments: # 1 Exhibit Cert of Good Standing) (MARSIK, SCOTT) Modified on 11/3/2020 to correct filer to NOTICE ONLY party (djb). (Entered: 11/02/2020) |
| 11/03/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1508 MOTION to Appear Pro Hac Vice by Scott M. Marsik. (djb) (Entered: 11/03/2020) |
| 11/03/2020 | 1509 | ORDER granting 1508 Motion to Appear Pro Hac Vice (Appointed SCOTT MICHAEL MARSIK for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 11/3/2020. (djb) (Entered: 11/03/2020) |
| 11/03/2020 | 1510 | Sealed Reply in Support of Defendants' 1479 Motion to Compel Production of Facts or Data Considered Under Rule 26. (Attachments: # 1 Exhibit 4, # 2 Exhibit 5, # 3 Exhibit 6, # 4 Exhibit 7, # 5 Exhibit 8) (djb) (Entered: 11/03/2020) |
| 11/03/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1479 MOTION to Compel Plaintiffs to Produce All Facts or Data Considered by Plaintiffs' Experts in Forming Their Opinions by October 23, 2020, 1491 Sealed Plaintiffs' Opposition, 1510 Sealed Reply in Support of Motion to Compel. Referred to GARY R JONES. (djb) (Entered: 11/03/2020) |
| 11/04/2020 | 1511 | MOTION to Appear Pro Hac Vice by Orla Patricia OCallaghan.( Filing fee $ 201 receipt number AFLNDC-5761506.) by 3M COMPANY, 3M OCCUPATIONAL |

| | | SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (O'CALLAGHAN, ORLA) (Entered: 11/04/2020) |
|---|---|---|
| 11/04/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1511 MOTION to Appear Pro Hac Vice by Orla Patricia OCallaghan. (djb) (Entered: 11/04/2020) |
| 11/04/2020 | 1512 | ORDER granting 1511 Motion to Appear Pro Hac Vice (Appointed ORLA O'CALLAGHAN for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 11/4/2020. (djb) (Entered: 11/04/2020) |
| 11/05/2020 | 1513 | ORDER - Plaintiffs' 1496 Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records is GRANTED, as requested. Signed by JUDGE M CASEY RODGERS on 11/5/2020. (djb) (Entered: 11/05/2020) |
| 11/05/2020 | 1514 | PRIVACY ACT ORDER NO. 26. Plaintiffs' 1497 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 1497 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 11/5/2020. (djb) (Entered: 11/05/2020) |
| 11/05/2020 | 1515 | ORDER granting in part and denying in part 1479 Defendants' Motion to Compel Plaintiffs to Produce All Facts or Data Considered by Plaintiffs' Experts in Forming Their Opinions. Signed by MAGISTRATE JUDGE GARY R JONES on 11/5/20. (grj) (Entered: 11/05/2020) |
| 11/06/2020 | 1516 | MOTION to Appear Pro Hac Vice by Mark W. Long.( Filing fee $ 201 receipt number BFLNDC-5765991.) by NOTICE ONLY. (LONG, MARK) (Additional attachment(s) added on 11/6/2020: # 1 Certificate of Good Standing) (djb). (Entered: 11/06/2020) |
| 11/06/2020 | 1517 | SEALED 3M'S MOTION TO COMPEL THE RULE 35 EXAMINATION OF BELLWETHER TRIAL GROUP A PLAINTIFFS LLOYD BAKER, LUKE ESTES, LEWIS KEEFER, AND DUSTIN MCCOMBS BY VOCATIONAL EXPERT DR. MICHAEL SHAHNASARIAN by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6) (djb) (Entered: 11/06/2020) |
| 11/06/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1517 SEALED MOTION TO COMPEL THE RULE 35 EXAMINATION OF BELLWETHER TRIAL GROUP A PLAINTIFFS LLOYD BAKER, LUKE ESTES, LEWIS KEEFER, AND DUSTIN MCCOMBS BY VOCATIONAL EXPERT DR. MICHAEL SHAHNASARIAN. Referred to GARY R JONES. (djb) (Entered: 11/06/2020) |
| 11/06/2020 | | Motions No Longer Referred: 1517 SEALED MOTION (djb) (Entered: 11/06/2020) |
| 11/06/2020 | 1518 | PRETRIAL ORDER NO. 59. Protocol for Case-Specific Depositions (Bellwether Trial Groups B, C, and D). Signed by JUDGE M CASEY RODGERS on 11/6/2020. (djb) (Entered: 11/06/2020) |
| 11/06/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1516 MOTION to Appear Pro Hac Vice by Mark W. Long. (djb) (Entered: 11/06/2020) |
| 11/09/2020 | 1519 | ORDER granting 1516 Motion to Appear Pro Hac Vice (Appointed MARK W LONG for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 11/9/2020. (djb) |

| | | |
|---|---|---|
| | | (Entered: 11/09/2020) |
| 11/13/2020 | 1520 | NOTICE of Appearance by DINO PRIVITERA on behalf of NOTICE ONLY (PRIVITERA, DINO) (Entered: 11/13/2020) |
| 11/13/2020 | 1521 | Sealed Plaintiffs' Response in Opposition to 3M's 1517 Motion to Compel the Rule 35 Examination of Bellwether Trial Group A Plaintiffs Lloyd Baker, Luke Estes, Lewis Keefer, and Dustin McCombs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O) (djb) (Entered: 11/16/2020) |
| 11/16/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1517 SEALED 3MS MOTION TO COMPEL THE RULE 35 EXAMINATION OF BELLWETHER TRIAL GROUP A PLAINTIFFS LLOYD BAKER, LUKE ESTES, LEWIS KEEFER, AND DUSTIN MCCOMBS, 1521 Sealed Plaintiffs' Response in Opposition (djb) (Entered: 11/16/2020) |
| 11/17/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1494 REPORT AND RECOMMENDATION re 1457 MOTION to Compel The Deposition of LTC Martin Robinette (no objections filed) (djb) (Entered: 11/17/2020) |
| 11/17/2020 | 1522 | ORDER - Magistrate Judge Jones' 1494 Report and Recommendation is ADOPTED and incorporated by reference in this Order. Defendants' 1457 Motion to Compel the Deposition of LTC Martin Robinette is DENIED. Signed by JUDGE M CASEY RODGERS on 11/17/2020. (djb) (Entered: 11/17/2020) |
| 11/18/2020 | 1523 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of LEADERSHIP CONFERENCE Proceedings held on October 2, 2020, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland ***FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **11/25/2020**. Release of Transcript Restriction set for **2/23/2021**. (dlb) (Entered: 11/18/2020) |
| 11/18/2020 | 1524 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of TELECONFERENCE Proceedings held on October 9, 2020, before Judge Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, ***FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **11/25/2020**. Release of Transcript Restriction set for **2/23/2021**. (dlb) (Entered: 11/18/2020) |
| 11/18/2020 | 1525 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of SEVENTEENTH CASE MANAGEMENT CONFERENCE held on October 16, 2020, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, ***FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov. |

| | | *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **11/25/2020**. Release of Transcript Restriction set for **2/23/2021**. (dlb) (Entered: 11/18/2020) |
|---|---|---|
| 11/18/2020 | 1526 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of LEADERSHIP CONFERENCE held on October 30, 2020, before Judge M. Casey Rodgers. Court Reporter/Transcriber Donna L. Boland, ***FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **11/25/2020**. Release of Transcript Restriction set for **2/23/2021**. (dlb) (Entered: 11/18/2020) |
| 11/18/2020 | 1527 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of TELECONFERENCE held on November 9, 2020, before Judge Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, ***FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **11/25/2020**. Release of Transcript Restriction set for **2/23/2021**. (dlb) (Entered: 11/18/2020) |
| 11/18/2020 | 1528 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of TELECONFERENCE held on November 17, 2020, before Judge Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, ***FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **11/25/2020**. Release of Transcript Restriction set for **2/23/2021**. (dlb) (Entered: 11/18/2020) |
| 11/18/2020 | 1529 | MOTION to Appear Pro Hac Vice by Nicholas Gibson.( Filing fee $ 201 receipt number AFLNDC-5785759.) by NOTICE ONLY. (MCCARLEY, MATTHEW) Modified on 11/19/2020 to correct filer to NOTICE ONLY party (djb). (Entered: 11/18/2020) |
| 11/19/2020 | 1530 | NOTICE of Appearance by NICHOLAS GIBSON on behalf of All Plaintiffs (GIBSON, NICHOLAS) (Entered: 11/19/2020) |
| 11/19/2020 | 1531 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 11/19/2020) |
| 11/19/2020 | 1532 | MOTION for Disclosure *Plaintiff's Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-4 Filed Under Seal, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 12/4/2020) (djb) (Entered: 11/19/2020) |

| 11/19/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1531 Plaintiffs' Motion for Leave to File Under Seal Exhibits to 1532 Plaintiff's Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 11/19/2020) |
| --- | --- | --- |
| 11/19/2020 | 1533 | AMENDED MOTION for Admission Pro Hac Vice by Nicholas Gibson by NOTICE ONLY. (GIBSON, NICHOLAS) Modified on 11/19/2020 (djb). (Entered: 11/19/2020) |
| 11/19/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1533 AMENDED MOTION for Admission Pro Hac Vice. Amendment to 1529 MOTION to Appear Pro Hac Vice by Nicholas Gibson. (djb) (Entered: 11/19/2020) |
| 11/20/2020 | 1534 | ORDER denying 1517 Sealed Defendants' Motion to Compel the Rule 35 Examination of Bellwether Trial Group A Plaintiffs Lloyd Baker, Luke Estes, Lewis Keefer, and Dustin McCombs by Vocational Expert Dr. Michael Shahnasarian. Signed by JUDGE M CASEY RODGERS on 11/20/2020. (djb) (Entered: 11/20/2020) |
| 11/20/2020 | 1535 | ORDER granting 1533 Amended Motion to Appear Pro Hac Vice (Appointed NICHOLAS GIBSON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 11/20/2020. (djb) (Entered: 11/20/2020) |
| 11/20/2020 | 1536 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: 18th Case Management Conference held on 11/20/2020. (Court Reporter Donna Boland.) (sps) (Entered: 11/20/2020) |
| 11/23/2020 | 1537 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of EIGHTEENTH CASE MANAGEMENT CONFERENCE held on November 20, 2020, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, ***FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **11/30/2020**. Release of Transcript Restriction set for **3/1/2021**. (dlb) (Entered: 11/23/2020) |
| 11/23/2020 | 1538 | MOTION to Appear Pro Hac Vice by Maria Pellegrino Rivera.( Filing fee $ 201 receipt number AFLNDC-5794394.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A (Certificate of Admission and Good Standing)) (RIVERA, MARIA) (Entered: 11/23/2020) |
| 11/23/2020 | 1539 | Sealed Defendants' Brief Regarding Choice of Law for Group Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27) (djb) (Entered: 11/24/2020) |
| 11/23/2020 | 1540 | Sealed Plaintiffs' Memorandum on Choice of Law for Bellwether Group A. (Attachments: # 1 PX1, # 2 PX2, # 3 PX3, # 4 PX4, # 5 PX5, # 6 PX6, # 7 PX7, # 8 PX8, # 9 PX9, # 10 PX10, # 11 PX11, # 12 PX12, # 13 PX13, # 14 PX14, # 15 PX15, # 16 PX16, # 17 PX17, # 18 PX18, # 19 PX19, # 20 PX20, # 21 PX21, # 22 PX22, # 23 PX23, # 24 PX24, # 25 PX25, # 26 PX26, # 27 PX27, # 28 PX28, # 29 PX29, # 30 |

| | | PX30, # 31 PX31, # 32 PX32, # 33 PX33, # 34 PX34, # 35 PX35) (djb) (Entered: 11/24/2020) |
|---|---|---|
| 11/24/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1538 MOTION to Appear Pro Hac Vice by Maria Pellegrino Rivera. (djb) (Entered: 11/24/2020) |
| 11/24/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1444 PRETRIAL ORDER NO. 55 Choice of Law Briefing and Hearing Schedule, 1539 Sealed Defendants' Brief Regarding Choice of Law for Group A Plaintiffs, 1540 Sealed Plaintiffs Memorandum on Choice of Law for Bellwether Group A. (djb) (Entered: 11/24/2020) |
| 11/24/2020 | 1541 | ORDER granting 1538 Motion to Appear Pro Hac Vice (Appointed MARIA P RIVERA for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 11/24/2020. (djb) (Entered: 11/24/2020) |
| 11/24/2020 | 1542 | CASE MANAGEMENT ORDER NO. 18. The Eighteenth Case Management Conference (CMC) in this matter was held on November 20, 2020. This Order serves as a non-exhaustive recitation of the key points of discussion during the conference. Case management conferences are scheduled on the following upcoming dates at 10 AM central: December 17, 2020, January 22, 2021, February 19, 2021,March 19, 2021. Signed by JUDGE M CASEY RODGERS on 11/24/2020. (djb) Modified on 12/1/2020 to correct upcoming dates(djb). (Main Document 1542 replaced on 12/1/2020) (djb). (Entered: 11/24/2020) |
| 11/24/2020 | | Set Hearing per 1542 CASE MANAGEMENT ORDER NO. 18. Case Management Conference set for **1/22/2021 at 10:00 AM** in U.S. Courthouse Pensacola before JUDGE M CASEY RODGERS. (djb) (Entered: 01/06/2021) |
| 11/30/2020 | 1543 | NOTICE of Change of Address by SINDHU SUSAN DANIEL (DANIEL, SINDHU) (Entered: 11/30/2020) |
| 12/01/2020 | 1544 | MOTION to Withdraw as Attorney by ANDREW MICHAEL FUTERMAN, JOHN MCMAHON TYMCZYSZYN, Thomas G Jarrard, EMMANUEL VILLAS BALUYOT. (GRIFFIN, MARK) (Entered: 12/01/2020) |
| 12/01/2020 | 1545 | DOCKET ANNOTATION BY COURT: NOTICE to Attorney Mark Griffin to please file the motion to withdraw in each individual civil case. This motion will be terminated. Re 1544 MOTION to Withdraw as Attorney filed by JOHN MCMAHON TYMCZYSZYN, ANDREW MICHAEL FUTERMAN, Thomas G Jarrard, EMMANUEL VILLAS BALUYOT (djb) (Entered: 12/01/2020) |
| 12/01/2020 | 1546 | PRETRIAL ORDER NO. 60 Expert Deposition Protocol for Trial Group A. Signed by JUDGE M CASEY RODGERS on 12/1/2020. (Attachments: # 1 Appendix A) (hhd) (Entered: 12/01/2020) |
| 12/03/2020 | 1547 | ORDER - The 1376 Motion to Appear Pro Hac Vice filed by Ashlee E. Winkler, is DENIED without prejudice for failure to identify any individual case pending within the MDL in which counsel appears as attorney of record. Signed by JUDGE M CASEY RODGERS on 12/3/2020. (djb) Modified on 12/3/2020 (djb). (Entered: 12/03/2020) |
| 12/03/2020 | 1548 | ORDER granting, as requested 1531 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their 1532 Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 12/3/2020. (djb) (Entered: 12/04/2020) |
| 12/03/2020 | 1549 | PRIVACY ACT ORDER NO. 27. The 1532 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain |

| | | Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 1532 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 12/3/2020. (djb) (Entered: 12/04/2020) |
|---|---|---|
| 12/03/2020 | 1553 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: ORAL ARGUMENT MINUTES held on 12/3/2020 re: Choice of Law. (Court Reporter Donna Boland.) (sps) (Entered: 12/07/2020) |
| 12/04/2020 | 1550 | ORDER granting request for clarification regarding timing of Rule 35 medical examinations. The Rule 35 medical examinations must be completed before the close of fact discovery as to Bellwether trial groups C and D and no later than two weeks before the expert disclosure deadline. Signed by MAGISTRATE JUDGE GARY R JONES on 12/4/20. (grj) (Entered: 12/04/2020) |
| 12/07/2020 | 1551 | MOTION to Consolidate Cases -- *PLAINTIFFS' MOTION FOR CONSOLIDATION OF BELLWETHER GROUP A FOR TRIAL* -- by CO-LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit Declaration of Christopher A. Seeger, # 2 Exhibit 1, # 3 Exhibit 2) (SEEGER, CHRISTOPHER) (Entered: 12/07/2020) |
| 12/07/2020 | 1552 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of CHOICE OF LAW BRIEFING held on December 3, 2020, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, ***FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **12/14/2020**. Release of Transcript Restriction set for **3/15/2021**. (dlb) (Entered: 12/07/2020) |
| 12/08/2020 | 1554 | MOTION to Appear Pro Hac Vice by KEVIN NORRIS.( Filing fee $ 208 receipt number AFLNDC-5820859.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (NORRIS, KEVIN) (Entered: 12/08/2020) |
| 12/08/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1554 MOTION to Appear Pro Hac Vice by KEVIN NORRIS. (djb) (Entered: 12/08/2020) |
| 12/08/2020 | 1555 | MOTION to Appear Pro Hac Vice by PAULA BLISS ( Filing fee $ 208 receipt number AFLNDC-5821371.) by NOTICE ONLY. (Attachments: # 1 Certificate of Good Standing) (posted on behalf of Paula Bliss djb) (djb) (Entered: 12/08/2020) |
| 12/08/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1555 MOTION to Appear Pro Hac Vice by Paula Bliss (djb) (Entered: 12/08/2020) |
| 12/08/2020 | 1556 | ORDER granting 1554 Motion to Appear Pro Hac Vice (Appointed KEVIN ANDREW NORRIS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 12/8/2020. (djb) (Entered: 12/08/2020) |
| 12/08/2020 | 1557 | ORDER granting 1555 MOTION to Appear Pro Hac Vice (Appointed PAULA S BLISS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 12/8/2020. (djb) (Entered: 12/08/2020) |
| 12/09/2020 | 1558 | Emergency MOTION for Protective Order *re Depositions of Elliott Berger and Dr. Eric Fallon* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES |

| | | |
|---|---|---|
| | | LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9) (BROCK, ROBERT) (Entered: 12/09/2020) |
| 12/10/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1558 Emergency MOTION for Protective Order Regarding Depositions of Elliott Berger and Dr. Eric Fallon (djb) (Entered: 12/10/2020) |
| 12/10/2020 | | Motion No Longer Referred to District Judge M Casey Rodgers: 1558 Emergency MOTION for Protective Order *re Depositions of Elliott Berger and Dr. Eric Fallon* (djb) (Entered: 12/10/2020) |
| 12/10/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1558 Emergency MOTION for Protective Order Regarding Depositions of Elliott Berger and Dr. Eric Fallon Referred to GARY R JONES. (djb) (Entered: 12/10/2020) |
| 12/10/2020 | 1559 | ORDER directing Plaintiffs to file a response by December 11, 2020 re 1558 Emergency MOTION for Protective Order *re Depositions of Elliott Berger and Dr. Eric Fallon* filed by 3M OCCUPATIONAL SAFETY LLC, 3M COMPANY, AEARO LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC. Signed by MAGISTRATE JUDGE GARY R JONES on 12/10/20. (grj) (Entered: 12/10/2020) |
| 12/11/2020 | 1560 | RESPONSE in Opposition re 1558 Emergency MOTION for Protective Order *re Depositions of Elliott Berger and Dr. Eric Fallon* filed by CO-LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H) (SEEGER, CHRISTOPHER) (Entered: 12/11/2020) |
| 12/14/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1558 Emergency MOTION for Protective Order *re Depositions of Elliott Berger and Dr. Eric Fallon*, 1560 Response in Opposition to Motion,. Referred to GARY R JONES. (djb) (Entered: 12/14/2020) |
| 12/14/2020 | 1561 | ORDER denying 1558 Emergency Motion for Protective Order Regarding Depositions of Elliott Berger And Dr. Eric Fallon. Signed by MAGISTRATE JUDGE GARY R JONES on 12/14/20. (grj) (Entered: 12/14/2020) |
| 12/14/2020 | 1562 | MOTION to Appear Pro Hac Vice by Tom G. Antunovich.( Filing fee $ 208 receipt number AFLNDC-5832760.) by NOTICE ONLY. (Attachments: # 1 Certificate of Good Standing) (ANTUNOVICH, TOMISLAV) Modified on 12/15/2020 to change filer to NOTICE ONLY. (djb). (Entered: 12/14/2020) |
| 12/14/2020 | 1563 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-85) - 1 action (1 in AK/3:20-cv-00243, re: MDL No. 2885) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 12/14/2020. (Attachments: # 1 CTO 85 Finalized) (djb) (Entered: 12/15/2020) |
| 12/15/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1562 MOTION to Appear Pro Hac Vice by Tom G. Antunovich. (djb) (Entered: 12/15/2020) |
| 12/15/2020 | 1564 | ORDER granting 1562 Motion to Appear Pro Hac Vice (Appointed TOMISLAV GEORGE ANTUNOVICH for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 12/15/2020. (djb) (Entered: 12/15/2020) |

| 12/15/2020 | 1565 | TRANSFER ORDER. Re: Transferring 1 action - MDL No. 2885, AZ/2:20-mc-00031. Signed by Judge Karen K. Caldwell, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/15/2020. (Attachments: # 1 Transfer Order Finalized) (djb) (Entered: 12/15/2020) |
|---|---|---|
| 12/15/2020 | 1566 | Sealed Defendants' Memorandum of Law in Opposition to Plaintiffs' 1551 Motion for Consolidation of Bellwether Group A for Trial. (Attachments: # 1 Appendix A, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Appendix B) (djb) (Entered: 12/16/2020) |
| 12/16/2020 | 1567 | ORDER - The Case Management Conference currently scheduled for Thursday, December 17, 2020 is cancelled. The Court will hold a videoconference with leadership counsel for both sides only. Signed by JUDGE M CASEY RODGERS on 12/16/2020. (djb) (Entered: 12/16/2020) |
| 12/16/2020 | 1568 | STIPULATION *(JOINT) re Supplemental Production of VA Records for Bellwether Trial Group A Through D Plaintiffs* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (Entered: 12/16/2020) |
| 12/16/2020 | 1569 | STIPULATION *(JOINT) re: (1) VA and DOD Treating Physician Depositions; and (2) Hearing Conservation Program Manager/Audiology Technician Depositions for Trial Group A, B, C and D Plaintiffs* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (Entered: 12/16/2020) |
| 12/17/2020 | 1570 | AMENDED JOINT STIPULATION REGARDING SUPPLEMENTAL PRODUCTION OF VA RECORDS FOR BELLWETHER TRIAL GROUP A THROUGH D PLAINTIFFS by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. Amendment to 1568 Supplemental Production of VA Records for Bellwether Trial Group A Through D Plaintiffs. (BROCK, ROBERT) Modified on 12/22/2020 (djb). (Entered: 12/17/2020) |
| 12/17/2020 | 1571 | AMENDED JOINT STIPULATION REGARDING: (1) VA AND DOD TREATING PHYSICIAN DEPOSITIONS; AND (2) HEARING CONSERVATION PROGRAM MANAGER/AUDIOLOGY TECHNICIAN DEPOSITIONS FOR TRIAL GROUP A, B, C AND D PLAINTIFFS by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. Amendment to 1569 (1) VA and DOD Treating Physician Depositions; and (2) Hearing Conservation Program Manager/Audiology Technician Depositions for Trial Group A, B, C and D Plaintiffs. (BROCK, ROBERT) Modified on 12/22/2020 (djb). (Entered: 12/17/2020) |
| 12/21/2020 | 1572 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 12/21/2020) |
| 12/21/2020 | 1573 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit |

| | | A, # 2 Exhibit A1-4 Cover_Document Sealed, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 12/28/2020) (djb). (Entered: 12/21/2020) |
|---|---|---|
| 12/21/2020 | 1574 | PRETRIAL ORDER NO. 61 - Amendment to Pretrial Order No. 46 Trial Group B Deadlines. Signed by JUDGE M CASEY RODGERS on 12/21/2020. (hhd) (Entered: 12/21/2020) |
| 12/22/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1572 MOTION for Leave to File Under Seal Exhibits to Their 1573 MOTION for Disclosure Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 12/22/2020) |
| 12/22/2020 | 1575 | REPLY to Response to Motion re 1551 MOTION to Consolidate Cases -- *PLAINTIFFS' MOTION FOR CONSOLIDATION OF BELLWETHER GROUP A FOR TRIAL* -- filed by CO-LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit Declaration of Christopher A. Seeger, # 2 Exhibit PX3) (SEEGER, CHRISTOPHER) (Entered: 12/22/2020) |
| 12/22/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1551 PLAINTIFFS' MOTION FOR CONSOLIDATION OF BELLWETHER GROUP A FOR TRIAL, 1566 Sealed Response to Motion, 1575 Plaintiffs' Reply Memorandum in Support of Their Motion. (djb) (Entered: 12/22/2020) |
| 12/22/2020 | 1576 | STIPULATION *(JOINT) Mooting, In Part, 1433 Defendants' Motion to Compel Against the Department of Defense* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (BROCK, ROBERT) (Entered: 12/22/2020) |
| 12/23/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1576 Joint Stipulation Mooting, In Part, Defendants' 1433 Motion to Compel Against the Department of Defense. (djb) (Entered: 12/23/2020) |
| 12/23/2020 | 1577 | MOTION for Leave to File *A Sur-Reply Memorandum in Opposition to Motion for Consolidation 1551* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (Entered: 12/23/2020) |
| 12/23/2020 | 1578 | RESPONSE in Opposition re 1577 MOTION for Leave to File *A Sur-Reply Memorandum in Opposition to Motion for Consolidation 1551* filed by CO-LEAD COUNSEL FOR PLAINTIFFS. (SEEGER, CHRISTOPHER) (Entered: 12/23/2020) |
| 12/23/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1577 MOTION for Leave to File A Sur-Reply Memorandum in Opposition to Motion for Consolidation 1551 , 1578 Response in Opposition to Motion (djb) (Entered: 12/23/2020) |
| 12/28/2020 | 1579 | ORDER - The 1577 Defendants' MOTION for Leave to File A Sur-Reply Memorandum in Opposition is GRANTED. Defendants' Sur-Reply Memorandum is due by **Tuesday, 12/29/2020** and must not exceed the requested four pages. Signed by JUDGE M CASEY RODGERS on 12/28/2020. (djb) (Entered: 12/28/2020) |
| 12/28/2020 | 1580 | ORDER - 1572 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records is GRANTED, as requested. Signed by JUDGE M CASEY RODGERS on 12/28/2020. (djb) (Entered: 12/28/2020) |

| 12/28/2020 | [1581](#) | PRIVACY ACT ORDER NO. 28. [1573](#) Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. [1573](#) -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 12/28/2020. (djb) (Entered: 12/28/2020) |
|---|---|---|
| 12/29/2020 | [1582](#) | RESPONSE to Motion re [1551](#) MOTION to Consolidate Cases -- *PLAINTIFFS' MOTION FOR CONSOLIDATION OF BELLWETHER GROUP A FOR TRIAL -- SUR-REPLY* filed by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (Entered: 12/29/2020) |
| 12/30/2020 | [1583](#) | ORDER granting Plaintiffs' [1551](#) Motion to Consolidate Cases with respect to Plaintiffs Luke and Jennifer Estes, Lewis Keefer and Stephen Hacker. Plaintiffs Dustin McCombs and Lloyd Baker will be tried separately and individually. Signed by JUDGE M CASEY RODGERS on 12/30/2020. (tvj) (Entered: 12/30/2020) |
| 12/30/2020 | [1584](#) | NOTICE of Appearance by TROY ALAN RAFFERTY on behalf of NOTICE ONLY (RAFFERTY, TROY) (Entered: 12/30/2020) |
| 12/30/2020 | [1585](#) | MOTION to Extend Time *of Group D Deadlines* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (Entered: 12/30/2020) |
| 12/31/2020 | [1586](#) | ORDER granting [1585](#) Defendants' Unopposed Motion for Extension of Group D Deadlines. The amended deadlines for Trial Group D will be set forth in a separate pretrial Order. Signed by JUDGE M CASEY RODGERS on 12/31/2020. (sdw) (Entered: 12/31/2020) |
| 12/31/2020 | [1587](#) | PRETRIAL ORDER NO. 62 Amendment to Pretrial Order No. 46 Trial Group D Deadlines. Signed by JUDGE M CASEY RODGERS on 12/31/2020. (sdw) (Entered: 12/31/2020) |
| 12/31/2020 | [1588](#) | ORDER setting deadlines for Plaintiffs to supplement ESI production for cases in Bellwether Trial Groups B, C and D.. Signed by MAGISTRATE JUDGE GARY R JONES on 12/31/20. (grj) (Entered: 12/31/2020) |
| 01/04/2021 | [1589](#) | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) Certified. 15 actions. MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 1/4/2021. (Attachments: # [1](#) CTO 87 Finalized) (djb) (Entered: 01/04/2021) |
| 01/04/2021 | [1590](#) | REPORT AND RECOMMENDATION - It is recommended that Defendants' Motion to Compel Against the Department of Defense, ECF No. [1433](#) , should be DENIED. Signed by MAGISTRATE JUDGE GARY R JONES on 1/4/2021. Internal deadline for referral to district judge if objections are not filed earlier: **2/1/2021**. (kdm) (Entered: 01/04/2021) |
| 01/05/2021 | [1591](#) | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-88) Certified. 22 actions. re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 1/5/2021. (Attachments: # [1](#) CTO 88 Finalized) (djb) (Entered: 01/05/2021) |
| 01/07/2021 | [1592](#) | MOTION to Appear Pro Hac Vice by Robert S. Carey.( Filing fee $ 208 receipt number AFLNDC-5877329.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit) (CAREY, ROBERT) Modified on 1/7/2021 to Correct filer name to NOTICE ONLY. Plaintiff removed from docket. (djb). (Entered: 01/07/2021) |
| 01/07/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY |

| | | |
|---|---|---|
| | | RODGERS notified that action is needed Re: <u>1592</u> MOTION to Appear Pro Hac Vice by Robert S. Carey. (djb) (Entered: 01/07/2021) |
| 01/08/2021 | <u>1595</u> | SEALED OMNIBUS MOTION AND MEMORANDUM OF LAW TO EXCLUDE DEFENDANTS' EXPERT OPINIONS AND TESTIMONY by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # <u>1</u> Declaration of Bryan F. Aylstock in Support of Plaintiffs' Omnibus Motion and Memorandum of Law, # <u>2</u> Exhibit PX-1, # <u>3</u> Exhibit PX-2, # <u>4</u> Exhibit PX-3, # <u>5</u> Exhibit PX-4, # <u>6</u> Exhibit PX-5, # <u>7</u> Exhibit PX-6, # <u>8</u> Exhibit PX-7, # <u>9</u> Exhibit PX-8, # <u>10</u> Exhibit PX-9, # <u>11</u> Exhibit PX-10, # <u>12</u> Exhibit PX-11, # <u>13</u> Exhibit PX-12, # <u>14</u> Exhibit PX-13, # <u>15</u> Exhibit PX-14, # <u>16</u> Exhibit PX-15, # <u>17</u> Exhibit PX-16, # <u>18</u> Exhibit PX-17, # <u>19</u> Exhibit PX-18, # <u>20</u> Exhibit PX-19, # <u>21</u> Exhibit PX-20, # <u>22</u> Exhibit PX-21, # <u>23</u> Exhibit PX-22, # <u>24</u> Exhibit PX-23, # <u>25</u> Exhibit PX-24, # <u>26</u> Exhibit PX-25, # <u>27</u> Exhibit PX-26, # <u>28</u> Exhibit PX-27, # <u>29</u> Exhibit PX-28, # <u>30</u> Exhibit PX-29, # <u>31</u> Exhibit PX-30, # <u>32</u> Exhibit PX-31, # <u>33</u> Exhibit PX-32, # <u>34</u> Exhibit PX-33, # <u>35</u> Exhibit PX-34, # <u>36</u> Exhibit PX-35, # <u>37</u> Exhibit PX-36, # <u>38</u> Exhibit PX-37, # <u>39</u> Exhibit PX-38, # <u>40</u> Exhibit PX-39, # <u>41</u> Exhibit PX-40, # <u>42</u> Exhibit PX-41, # <u>43</u> Exhibit PX-42, # <u>44</u> Exhibit PX-43, # <u>45</u> Exhibit PX-44, # <u>46</u> Exhibit PX-45, # <u>47</u> Exhibit PX-46, # <u>48</u> Exhibit PX-47, # <u>49</u> Exhibit PX-48, # <u>50</u> Exhibit PX-49, # <u>51</u> Exhibit PX-50, # <u>52</u> Exhibit PX-51, # <u>53</u> Exhibit PX-52, # <u>54</u> Exhibit PX-53, # <u>55</u> Exhibit PX-54, # <u>56</u> Exhibit PX-55, # <u>57</u> Exhibit PX-56, # <u>58</u> Exhibit PX-57, # <u>59</u> Exhibit PX-58, # <u>60</u> Exhibit PX-59, # <u>61</u> Exhibit PX-60, # <u>62</u> Exhibit PX-61, # <u>63</u> Exhibit PX-62, # <u>64</u> Exhibit PX-63, # <u>65</u> Exhibit PX-64, # <u>66</u> Exhibit PX-65, # <u>67</u> Exhibit PX-66, # <u>68</u> Exhibit PX-67, # <u>69</u> Exhibit PX-68, # <u>70</u> Exhibit PX-69, # <u>71</u> Exhibit PX-70, # <u>72</u> Exhibit PX-71, # <u>73</u> Exhibit PX-72, # <u>74</u> Exhibit PX-73) (djb) (Main Document 1595 replaced on 1/21/2021 for file stamp date) (djb). Modified on 1/21/2021 (djb). (Entered: 01/11/2021) |
| 01/08/2021 | <u>1596</u> | SEALED PLAINTIFFS MOTION FOR SANCTIONS TO STRIKE DEFENDANTS' SECOND SUPPLEMENTAL EXPERT REPORT OF GREGORY A. FLAMME, Ph.D. & MARK STEPHENSON, Ph.D. by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D) (djb) (Main Document 1596 replaced on 1/21/2021 for file stamp date) (djb). Modified on 1/21/2021 (djb). (Entered: 01/11/2021) |
| 01/08/2021 | <u>1601</u> | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Evidentiary Hearing held on 1/8/2021 re: Choice of Law. Testimony and argument heard. Evidence entered. All witnesses appeared by video. Order to follow. Plaintiffs and Defendants Exhibits placed in clerk's secured storage (currently 12 binders in boxes).(Court Reporter Donna Boland.) (sps) (Entered: 01/13/2021) |
| 01/08/2021 | <u>1605</u> | SEALED DEFENDANTS' OMNIBUS MOTION TO EXCLUDE PLAINTIFFS' PUTATIVE EXPERT OPINIONS UNDER DAUBERT AND RULE 702 AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11, # <u>12</u> Exhibit 12, # <u>13</u> Exhibit 13, # <u>14</u> Exhibit 14, # <u>15</u> Exhibit 15, # <u>16</u> Exhibit 16, # <u>17</u> Exhibit 17, # <u>18</u> Exhibit 18, # <u>19</u> Exhibit 19, # <u>20</u> Exhibit 20, # <u>21</u> Exhibit 21, # <u>22</u> Exhibit 22, # <u>23</u> Exhibit 23, # <u>24</u> Exhibit 24, # <u>25</u> Exhibit 25, # <u>26</u> Exhibit 26, # <u>27</u> Exhibit 27, # <u>28</u> Exhibit 28, # <u>29</u> Exhibit 29, # <u>30</u> Exhibit 30, # <u>31</u> Exhibit 31, # <u>32</u> Exhibit 32, # <u>33</u> Exhibit 33, # <u>34</u> Exhibit 34, # <u>35</u> Exhibit 35) (Exhibits #36 through 99 will be docketed separately) (djb) (Entered: 01/14/2021) |
| 01/08/2021 | <u>1606</u> | Sealed Exhibits re: <u>1605</u> SEALED DEFENDANTS' OMNIBUS MOTION TO |

| | | EXCLUDE PLAINTIFFS' PUTATIVE EXPERT OPINIONS UNDER DAUBERT AND RULE 702 AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. Exhibit # 36 (Main Document), # 1 Exhibit 37, # 2 Exhibit 38, # 3 Exhibit 39, # 4 Exhibit 40, # 5 Exhibit 41, # 6 Exhibit 42, # 7 Exhibit 43, # 8 Exhibit 44, # 9 Exhibit 45, # 10 Exhibit 46, # 11 Exhibit 47, # 12 Exhibit 48, # 13 Exhibit 49, # 14 Exhibit 50, # 15 Exhibit 51, # 16 Exhibit 52, # 17 Exhibit 53, # 18 Exhibit 54, # 19 Exhibit 55, # 20 Exhibit 56, # 21 Exhibit 57, # 22 Exhibit 58, # 23 Exhibit 59, # 24 Exhibit 60, # 25 Exhibit 61, # 26 Exhibit 62, # 27 Exhibit 63, # 28 Exhibit 64, # 29 Exhibit 65, # 30 Exhibit 66, # 31 Exhibit 67, # 32 Exhibit 68, # 33 Exhibit 70, # 34 Exhibit 70, # 35 Exhibit 71, # 36 Exhibit 72, # 37 Exhibit 73, # 38 Exhibit 74, # 39 Exhibit 75, # 40 Exhibit 76, # 41 Exhibit 77, # 42 Exhibit 78, # 43 Exhibit 79, # 44 Exhibit 80, # 45 Exhibit 82, # 46 Exhibit 82, # 47 Exhibit 83, # 48 Exhibit 84, # 49 Exhibit 85, # 50 Exhibit 86, # 51 Exhibit 87, # 52 Exhibit 88, # 53 Exhibit 89, # 54 Exhibit 90, # 55 Exhibit 91, # 56 Exhibit 92, # 57 Exhibit 93, # 58 Exhibit 94, # 59 Exhibit 95, # 60 Exhibit 96, # 61 Exhibit 97, # 62 Exhibit 98, # 63 Exhibit 99) Modified on 1/14/2021 (djb). (Entered: 01/14/2021) |
| 01/11/2021 | 1593 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 01/11/2021) |
| 01/11/2021 | 1594 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 - SEALED, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 1/19/2021) (djb). (Entered: 01/11/2021) |
| 01/11/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1593 MOTION to Seal Document Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, 1594 MOTION for Disclosure Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 01/11/2021) |
| 01/11/2021 | 1597 | STIPULATION *(JOINT) Re Choice of Law Fact-Finding* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (Entered: 01/11/2021) |
| 01/12/2021 | 1598 | ORDER directing Defendants to file a response by January 14, 2021 re 1596 Plaintiffs' Motion for Sanctions to Strike Defendants' Second Supplemental Expert Report of Gregory A. Flamme, Ph.D & Mark Stephenson, Ph.D., filed by LEAD COUNSEL FOR PLAINTIFFS. Signed by MAGISTRATE JUDGE GARY R JONES on 01/12/21. (grj) (Entered: 01/12/2021) |
| 01/12/2021 | 1599 | ORDER. Re: 1539 Sealed Defendants' Brief Regarding Choice of Law for Group Plaintiffs, 1540 Sealed Plaintiffs' Memorandum on Choice of Law for Bellwether Group A. The Court must decide what substantive law applies to each of the Trial Group A cases. The parties have submitted briefing on the matter and the Court recently held an evidentiary hearing. The Court has no occasion to consider whether the law of Indiana should apply to either Keefer's or Hacker's case. Accordingly, the Court will apply the substantive law of Georgia in the Estes and Keefer cases and the substantive law of Kentucky in Hacker's case. Signed by JUDGE M CASEY RODGERS on 1/12/2021. (djb) (Entered: 01/12/2021) |
| 01/12/2021 | 1600 | SEALED Plaintiffs' Motion for Sanctions to Strike Defendants' Second Supplemental |

| | | Expert Report of Harri Kytomaa, Ph.D., P.E., CFEI by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (hhd) Modified on 1/13/2021 (djb). (Main Document 1600 replaced on 1/21/2021 for file stamp date) (djb). Modified on 1/21/2021 (djb). (Entered: 01/13/2021) |
|---|---|---|
| 01/13/2021 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1600 SEALED Plaintiffs' Motion for Sanctions to Strike Defendants' Second Supplemental Expert Report of Harri Kytomaa, Ph.D., P.E., CFEI. Referred to GARY R JONES. (djb) (Entered: 01/13/2021) |
| 01/13/2021 | 1602 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings EVIDENTIARY HEARING ON CHOICE OF LAW held on January 8, 2021, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland. ***FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov.  *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*  Redaction Request due **1/20/2021**. Release of Transcript Restriction set for **4/20/2021**. (dlb) (Entered: 01/13/2021) |
| 01/14/2021 | 1603 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-89) - 16 actions re: pldg. ( 1073 in MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 1/13/2021. (Attachments: # 1 CTO 89 Finalized) (djb) (Entered: 01/14/2021) |
| 01/14/2021 | 1604 | ORDER directing Defendants to file a response by January 19, 2021 re 1600 Plaintiffs' Motion for Sanctions to Strike Defendants' Second Supplemental Expert Report of Harri Kytomaa, Ph.D., P.E., CFEI, MOTION filed by LEAD COUNSEL FOR PLAINTIFFS. Signed by MAGISTRATE JUDGE GARY R JONES on 01/14/21. (grj) (Entered: 01/14/2021) |
| 01/14/2021 | 1607 | MOTION to Appear Pro Hac Vice by Nolan M. Leuthauser.( Filing fee $ 208 receipt number AFLNDC-5894050.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (LEUTHAUSER, NOLAN) (Entered: 01/14/2021) |
| 01/14/2021 | 1608 | Sealed Defendants' Opposition to Plaintiffs' 1596 Motion for Sanctions to Strike Defendants' Second Supplemental Expert Report of Gregory A. Falmme, Ph.D. & Mark Stephenson, Ph.D.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6) (djb) (Main Document 1608 replaced on 5/20/2021 to replace bad PDF.) (erl). (Entered: 01/15/2021) |
| 01/15/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1607 MOTION to Appear Pro Hac Vice by Nolan M. Leuthauser. (djb) (Entered: 01/15/2021) |
| 01/15/2021 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1608 Sealed Defendants' Opposition to Plaintiffs' 1596 Motion for Sanctions to Strike Defendants' Second Supplemental Expert Report of Gregory A. Falmme, Ph.D. & Mark Stephenson, Ph.D.. Referred to GARY R JONES. (djb) (Entered: 01/15/2021) |
| 01/15/2021 | 1609 | ORDER granting 1607 Motion to Appear Pro Hac Vice (Appointed NOLAN M LEUTHAUSER for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO |

| | | |
|---|---|---|
| | | HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 1/15/2021. (djb) (Entered: 01/15/2021) |
| 01/15/2021 | 1610 | CONDITIONAL TRANSFER ORDER FINALIZED Certified (CTO-90) - 14 actions. re: MDLNo. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 1/15/2021. (Attachments: # 1 CTO-90 Finalized) (djb) (Entered: 01/15/2021) |
| 01/15/2021 | 1611 | ORDER granting in part and denying in part 1596 Plaintiffs' Motion for Sanctions to Strike Defendants' Second Supplemental Expert Report of Gregory A. Flamme, Ph.D. & Mark Stephenson, Ph.D. Signed by MAGISTRATE JUDGE GARY R JONES on 01/15/21. (grj) (Entered: 01/15/2021) |
| 01/15/2021 | 1612 | PRETRIAL ORDER NO. 63. Over the past week, the Court has received, almost daily, motions in the Trial Group A cases seeking to strike or preclude expert testimony and to compel a second deposition of an expert, one month after his deposition. Accordingly, before filing any further motions-other than those for summary judgment-the party with the issue must email the motion to opposing counsel and Judge Herndon and make a good faith effort to resolve the issue with Judge Herndon's assistance. Signed by JUDGE M CASEY RODGERS on 1/15/2021. (djb) (Entered: 01/15/2021) |
| 01/17/2021 | 1613 | ORDER re 1539 Sealed Defendants' Brief Regarding Choice of Law for Group A Plaintiffs, 1540 Sealed Plaintiffs' Memorandum on Choice of Law for Bellwether Group A. This Order decides the choice of law question for Baker. Signed by JUDGE M CASEY RODGERS on 1/17/2021. (hhd) Modified on 1/19/2021 (djb). (Entered: 01/17/2021) |
| 01/18/2021 | 1614 | MOTION to Appear Pro Hac Vice by Amanda J. Hunt.( Filing fee $ 208 receipt number AFLNDC-5896217.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (HUNT, AMANDA) (Entered: 01/18/2021) |
| 01/18/2021 | 1615 | ORDER re 1539 (in 3:19-md-02885-MCR-GRJ), Sealed Defendants' Brief Regarding Choice of Law for Group A Plaintiffs, 1540 (in 3:19-md-02885-MCR-GRJ), Sealed Plaintiffs' Memorandum on Choice of Law for Bellwether Group A. This Order decides the choice of law question for McCombs. Signed by JUDGE M CASEY RODGERS on 1/18/2021. (hhd) (Entered: 01/18/2021) |
| 01/19/2021 | 1616 | ORDER. 1593 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, is GRANTED as requested. Signed by JUDGE M CASEY RODGERS on 1/19/2021. (djb) (Entered: 01/19/2021) |
| 01/19/2021 | 1617 | PRIVACY ACT ORDER NO. 29. Plaintiffs' 1594 Unopposed Motion to Authorize Disclosure of Military Records, is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 1594 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 1/19/2021. (djb) (Entered: 01/19/2021) |
| 01/19/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1614 MOTION to Appear Pro Hac Vice by Amanda J. Hunt. (djb) (Entered: 01/19/2021) |
| 01/19/2021 | 1618 | ORDER granting 1614 Motion to Appear Pro Hac Vice (Appointed AMANDA J HUNT for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 1/19/2021. (djb) (Entered: 01/19/2021) |
| 01/19/2021 | 1619 | NOTICE *of Withdrawal of Motion for Sanctions to Strike Defendants' Second Supplemental Expert Report of Harri Kytomaa* by LEAD COUNSEL FOR |

| | | PLAINTIFFS re <u>1600</u> SEALED MOTION (AYLSTOCK, BRYAN) (Entered: 01/19/2021) |
|---|---|---|
| 01/19/2021 | <u>1620</u> | **VACATED per <u>1622</u> Order.** ORDER - Magistrate Judge Jones' <u>1590</u> Report and Recommendation is ADOPTED and incorporated by reference in this Order. Defendants <u>1433</u> Motion to Compel Against the Department of Defense is DENIED. Signed by JUDGE M CASEY RODGERS on 1/19/2021. (djb) Modified on 1/20/2021 (djb). (Entered: 01/19/2021) |
| 01/19/2021 | <u>1621</u> | MOTION for Leave to File *Objections to the Magistrate Judge's January 4, 2021 Report & Recommendation <u>1590</u>* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # <u>1</u> Exhibit A) (BROCK, ROBERT) (Entered: 01/19/2021) |
| 01/20/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: <u>1621</u> MOTION for Leave to File *Objections to the Magistrate Judge's January 4, 2021 Report & Recommendation <u>1590</u>* (djb) (Entered: 01/20/2021) |
| 01/20/2021 | <u>1622</u> | ORDER - The Clerk is directed to VACATE the Courts Order, ECF No. <u>1620</u> , dated January 19, 2021. Defendants' <u>1621</u> Motion for Leave to File Objections to Magistrate Judge Jones' <u>1590</u> Report and Recommendation, is GRANTED. Signed by JUDGE M CASEY RODGERS on 1/20/2021. (djb) Modified on 1/20/2021 to correct link (djb). (Entered: 01/20/2021) |
| 01/20/2021 | <u>1623</u> | ORDER re <u>1600</u> SEALED MOTION. Signed by MAGISTRATE JUDGE GARY R JONES on 1/20/2021. Plaintiffs' Motion for Sanctions to Strike Defendants Second Supplemental Expert Report for Harri Kytomaa, ECF No. <u>1600</u> , is TERMINATED as moot. (kdm) (Entered: 01/20/2021) |
| 01/20/2021 | <u>1624</u> | OBJECTION to <u>1590</u> Report and Recommendations *Regarding Defendants' Motion to Compel Against the Department of Justice* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (Entered: 01/20/2021) |
| 01/20/2021 | | **Duplicate - ORDER terminating <u>1600</u> Sealed Motion. Signed by MAGISTRATE JUDGE GARY R JONES on 1/20/2021. (lsd) (Entered: 01/22/2021) |
| 01/21/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: <u>1624</u> Objection to <u>1590</u> Report and Recommendations (djb) (Entered: 01/21/2021) |
| 01/21/2021 | <u>1625</u> | CONDITIONAL TRANSFER ORDER FINALIZED - Certified (CTO-91) - 35 actions re: MDLNo. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 1/21/2021. (Attachments: # <u>1</u> CTO-91 Finalized) (djb) (Entered: 01/21/2021) |
| 01/22/2021 | <u>1626</u> | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: 19th Case Management Conference held on 1/22/2021. (Court Reporter Donna Boland.) (sps) (Entered: 01/25/2021) |
| 01/22/2021 | <u>1627</u> | Sealed DEFENDANTS' RESPONSE TO PLAINTIFFS' OMNIBUS MOTION TO EXCLUDE DEFENDANTS' EXPERT OPINIONS AND TESTIMONY. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11, # <u>12</u> Exhibit 12, # <u>13</u> Exhibit 13, # <u>14</u> Exhibit 14, # <u>15</u> Exhibit 15, # <u>16</u> Exhibit 16, # <u>17</u> Exhibit 17, # <u>18</u> Exhibit 18, # <u>19</u> Exhibit 19, # <u>20</u> Exhibit 20, # <u>21</u> Exhibit 21, # <u>22</u> Exhibit 22, # <u>23</u> |

Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28
Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33
Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38
Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43
Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48
Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53
Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58
Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63
Exhibit 63) (djb) (Entered: 01/25/2021)

| 01/22/2021 | 1630 | Sealed PLAINTIFFS OMNIBUS RESPONSE IN OPPOSITION TO DEFENDANTS OMNIBUS MOTION TO EXCLUDE PLAINTIFFS PUTATIVE EXPERT OPINIONS UNDER DAUBERT AND RULE 702 AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF. (Attachments: # 1 Declaration of Bryan F. Aylstock in Support of Plaintiffs' Omnibus Response in Opposition to Defendants' Omnibus Motion to Exlude Plaintiffs' Putative Expert Opinions Under Daubert and Rule 702 and Incorporatated Memorandum in Support Thereof, # 2 Exhibit PX-1, # 3 Exhibit PX-2, # 4 Exhibit PX-3, # 5 Exhibit PX-4, # 6 Exhibit PX-5, # 7 Exhibit PX-6, # 8 Exhibit PX-7, # 9 Exhibit PX-8, # 10 Exhibit PX-9, # 11 Exhibit PX-10, # 12 Exhibit PX-11, # 13 Exhibit PX-12, # 14 Exhibit PX-13, # 15 Exhibit PX-14, # 16 Exhibit PX-15, # 17 Exhibit PX-16, # 18 Exhibit PX-17, # 19 Exhibit PX-18, # 20 Exhibit PX-19, # 21 Exhibit PX-20, # 22 Exhibit PX-21, # 23 Exhibit PX-22, # 24 Exhibit PX-23, # 25 Exhibit PX-24, # 26 Exhibit PX-25, # 27 Exhibit PX-26, # 28 Exhibit PX-27, # 29 Exhibit PX-28, # 30 Exhibit PX-29, # 31 Exhibit PX-30, # 32 Exhibit PX-31, # 33 Exhibit PX-32, # 34 Exhibit PX-33, # 35 Exhibit PX-34, # 36 Exhibit PX-35, # 37 Exhibit PX-36, # 38 Exhibit PX-37, # 39 Exhibit PX-38, # 40 Exhibit PX-39, # 41 Exhibit PX-40, # 42 Exhibit PX-41, # 43 Exhibit PX-42, # 44 Exhibit PX-43, # 45 Exhibit PX-44, # 46 Exhibit PX-45, # 47 Exhibit PX-46, # 48 Exhibit PX-47, # 49 Exhibit PX-48, # 50 Exhibit PX-49, # 51 Exhibit PX-50, # 52 Exhibit PX-51, # 53 Exhibit PX-52, # 54 Exhibit PX-53, # 55 Exhibit PX-54, # 56 Exhibit PX-55, # 57 Exhibit PX-56, # 58 Exhibit PX-57, # 59 Exhibit PX-58, # 60 Exhibit PX-59, # 61 Exhibit PX-60, # 62 Exhibit PX-61, # 63 Exhibit PX-62, # 64 Exhibit PX-63, # 65 Exhibit PX-64, # 66 Exhibit PX-65) (djb) Exhibits PX66 through PX114 will be docketed separately (djb). (Main Document 1630 replaced on 1/26/2021) (djb). (Entered: 01/26/2021) |
| 01/22/2021 | 1631 | Sealed Exhibits re: 1630 PLAINTIFFS OMNIBUS RESPONSE IN OPPOSITION TO DEFENDANTS OMNIBUS MOTION TO EXCLUDE PLAINTIFFS PUTATIVE EXPERT OPINIONS UNDER DAUBERT AND RULE 702 AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF. (Attachments: Exhibit PX-66 Main Document, # 1 Exhibit PX-67 Part 1 of 3, # 2 Exhibit PX-67 Part 2 of 3, # 3 Exhibit PX-67 Part 3 of 3, # 4 Exhibit PX-68 Part 1 of 3, # 5 Exhibit PX-68 Part 2 of 3, # 6 Exhibit PX-68 Part 3 of 3, # 7 Exhibit PX-69 Part 1 of 3, # 8 Exhibit PX-69 Part 2 of 3, # 9 Exhibit PX-69 Part 3 of 3, # 10 Exhibit PX-70 Part 1 of 3, # 11 Exhibit PX-70 Part 2 of 3, # 12 Exhibit PX-70 Part 3 of 3, # 13 Exhibit PX-71, # 14 Exhibit PX-72 Part 1 of 3, # 15 Exhibit PX-72 Part 2 of 3, # 16 Exhibit PX-72 Part 3 of 3, # 17 Exhibit PX-73, # 18 Exhibit PX-74, # 19 Exhibit PX-75, # 20 Exhibit PX-76, # 21 Exhibit PX-77, # 22 Exhibit PX-78, # 23 Exhibit PX-79, # 24 Exhibit PX-80, # 25 Exhibit PX-81, # 26 Exhibit PX-82, # 27 Exhibit PX-83, # 28 Exhibit PX-84, # 29 Exhibit PX-85, # 30 Exhibit PX-86, # 31 Exhibit PX-87, # 32 Exhibit PX-88, # 33 Exhibit PX-89, # 34 Exhibit PX-90, # 35 Exhibit PX-91, # 36 Exhibit PX-92, # 37 Exhibit PX-93, # 38 Exhibit PX-94, # 39 Exhibit PX-95, # 40 Exhibit PX-96, # 41 Exhibit PX-97, # 42 Exhibit PX-98, # 43 Exhibit PX-99, # 44 Exhibit PX-100, # 45 Exhibit PX-101, # 46 Exhibit PX-102, # 47 Exhibit PX-103, # 48 Exhibit PX-104, # 49 Exhibit PX-105, # 50 Exhibit PX-106, # 51 Exhibit PX-107, # 52 Exhibit PX-108, # 53 Exhibit PX-109, # 54 |

| | | |
|---|---|---|
| | | Exhibit PX-110, # 55 Exhibit PX-111, # 56 Exhibit PX-112, # 57 Exhibit PX-113 Part 1 of 2, # 58 Exhibit PX-113 Part 2 of 2, # 59 Exhibit PX-114) (djb) (Entered: 01/26/2021) |
| 01/25/2021 | 1628 | CASE MANAGEMENT ORDER NO. 19. The Nineteenth Case Management Conference (CMC) in this matter was held on January 24, 2021. This Order serves as a non-exhaustive recitation of the key points of discussion during the conference. Upcoming Case management conferences are scheduled on the following upcoming dates at 10AM central: **February 19, 2021**, March 19, 2021. Signed by JUDGE M CASEY RODGERS on 1/25/2021. (djb) (Entered: 01/25/2021) |
| 01/25/2021 | 1629 | ORDER SETTING TRIAL AND PRETRIAL SCHEDULE. The above three cases have been consolidated for trial. The trial will begin Monday, March 29, 2021, and conclude by Tuesday April 27, 2021. A pretrial conference will be held March 16-18, 2021, beginning at 8:30 AM. The attorney's conference required by paragraph III must be held no later than February 19, 2021. The pretrial stipulation and other papers required by paragraphs IV and V shall be filed no later than **3/8/2021**. Signed by JUDGE M CASEY RODGERS on 1/25/2021. (Attachments: # 1 Exhibit A) (djb) (Entered: 01/25/2021) |
| 01/27/2021 | 1632 | MOTION to Appear Pro Hac Vice by Diana Clough Benton.( Filing fee $ 208 receipt number AFLNDC-5913245.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (BENTON, DIANA) (Entered: 01/27/2021) |
| 01/28/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1632 MOTION to Appear Pro Hac Vice by Diana Clough Benton. (djb) (Entered: 01/28/2021) |
| 01/28/2021 | 1633 | NOTICE of Appearance by DOUGLAS C MONSOUR on behalf of NOTICE ONLY (MONSOUR, DOUGLAS) (Entered: 01/28/2021) |
| 01/28/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1595 SEALED OMNIBUS MOTION AND MEMORANDUM OF LAW TO EXCLUDE DEFENDANTS' EXPERT OPINIONS AND TESTIMONY, 1627 Sealed RESPONSE (djb) (Entered: 01/28/2021) |
| 01/28/2021 | 1634 | NOTICE of Appearance by KATHARINE KROTTINGER on behalf of NOTICE ONLY (MONSOUR, DOUGLAS) Modified on 1/28/2021 (djb). (Entered: 01/28/2021) |
| 01/28/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1605 SEALED DEFENDANTS' OMNIBUS MOTION TO EXCLUDE PLAINTIFFS' PUTATIVE EXPERT OPINIONS UNDER DAUBERT AND RULE 702 AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF, 1606 Sealed Exhibits, 1630 Sealed RESPONSE, 1631 Sealed Exhibits. (djb) (Entered: 01/28/2021) |
| 01/28/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1595 SEALED OMNIBUS MOTION AND MEMORANDUM OF LAW TO EXCLUDE DEFENDANTS' EXPERT OPINIONS AND TESTIMONY, 1627 Sealed RESPONSE (djb) (Entered: 01/28/2021) |
| 01/28/2021 | 1635 | ORDER granting 1632 Motion to Appear Pro Hac Vice (Appointed DIANA CLOUGH BENTON for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 1/28/2021. (djb) (Entered: 01/28/2021) |
| 01/28/2021 | 1636 | ORDER granting 1592 Motion to Appear Pro Hac Vice (Appointed ROBERT SEAN |

| | | |
|---|---|---|
| | | CAREY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 1/28/2021. (djb) (Entered: 01/28/2021) |
| 01/28/2021 | 1637 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 01/28/2021) |
| 01/28/2021 | 1638 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-4 SEALED COVER, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 2/17/2021) (djb). (Entered: 01/28/2021) |
| 01/28/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1637 MOTION to Seal Document, re: 1638 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 01/28/2021) |
| 01/29/2021 | 1639 | ORDER Amending 1629 Order Setting Trial and Pretrial Schedule. Signed by JUDGE M CASEY RODGERS on 1/29/2021. (hhd) (Entered: 01/29/2021) |
| 01/29/2021 | 1640 | PRETRIAL ORDER NO. 64 Trial Time Allocation For The First Bellwether Trial. In this order, the Court sets time limits regarding the upcoming consolidated bellwether trial in the Estes, No. 7:20cv137; Hacker, No. 7:20cv131; and Keefer, No. 7:20cv104, cases, which is set for trial on March 29, 2021. Signed by JUDGE M CASEY RODGERS on 1/29/2021. (djb) (Entered: 01/29/2021) |
| 01/29/2021 | 1641 | NOTICE of Appearance by PANAGIOTIS V ALBANIS on behalf of NOTICE ONLY (ALBANIS, PANAGIOTIS) (Entered: 01/29/2021) |
| 02/03/2021 | 1642 | RESPONSE by DEPARTMENT OF DEFENSE re 1624 Objection to Report and Recommendations, by DEPARTMENT OF DEFENSE. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (KOLSKY, JOSHUA) (Entered: 02/03/2021) |
| 02/03/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1590 REPORT AND RECOMMENDATION re 1433 MOTION to Compel Against The Department of Defense, 1624 Objection to Report and Recommendations, 1642 Response to Defendants' Objection to Report and Recommendation (djb) (Entered: 02/03/2021) |
| 02/03/2021 | 1643 | PRETRIAL ORDER NO. 65. Amendment to 1640 Pretrial Order No. 64 only with respect to how time will count against each side for objections. All other provisions of 1640 Pretrial Order No. 64 remain unchanged. Signed by JUDGE M CASEY RODGERS on 2/3/2021. (hhd) (Entered: 02/03/2021) |
| 02/04/2021 | 1644 | TRANSFER ORDER (Certified). Transferring 5 actions - MDL No. 2885, MN/0:20-cv-02256, MN/0:20-cv-02297, MN/0:20-cv-02298, MN/0:20-cv-02313, MN/0:20-cv-02338. Signed by Judge Karen K. Caldwell, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 2/4/2021. (Attachments: # 1 Transfer Order Finalized) (djb) (Entered: 02/04/2021) |
| 02/04/2021 | 1645 | PRETRIAL ORDER NO. 66. Deadlines for witness lists and deposition designations for first Group A bellwether trial. Signed by JUDGE M CASEY RODGERS on 2/4/2021. (hhd) (Entered: 02/04/2021) |
| 02/04/2021 | 1646 | PRETRIAL ORDER NO. 67. Deadlines for exhibit lists for first Group A bellwether trial. Signed by JUDGE M CASEY RODGERS on 2/4/2021. (hhd) (Entered: 02/04/2021) |

| 02/04/2021 | 1647 | PRETRIAL ORDER NO. 68. Bifurcated pretrial conferences and amendment to 1629 Order Setting Trial and Pretrial Schedule re: pretrial conference dates. Pretrial Conference set for **2/11/2021 at 09:00 AM**. Pretrial Conference set for **3/15/2021 at 08:30 AM**. Signed by JUDGE M CASEY RODGERS on 2/4/2021. (hhd) (Entered: 02/04/2021) |
|---|---|---|
| 02/05/2021 | 1649 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS:Oral Argument held on 2/5/2021. Argument heard. Order to follow. (Court Reporter Donna Boland.) (sps) (Entered: 02/09/2021) |
| 02/09/2021 | 1648 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 2/9/2021. (Attachments: # 1 CTO-93 Finalized) (djb) (Entered: 02/09/2021) |
| 02/09/2021 | 1650 | Sealed Notice of Filing of Deposition Transcripts. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (djb) (Entered: 02/09/2021) |
| 02/11/2021 | 1651 | ORDER granting in part and denying in part 1595 Plaintiffs' Omnibus Motion and Memorandum of Law to Exclude Defendants' Expert Opinions and Testimony, and granting in part and denying in part 1605 Defendants' Omnibus Motion to Exclude Plaintiffs' Putative Expert Opinions Under Daubert and Rule 702 as follows: The motions are GRANTED to the extent they seek to exclude the portions of General Edens, Sergeant Major Hustons, Dr. Fallons, LTC Tutens, and Dr. Crawfords expert opinions identified as unreliable, unhelpful, or unduly prejudicial in this Order; The motions are DENIED to the extent they seek to exclude these experts opinions in their entirety. Signed by JUDGE M CASEY RODGERS on 2/11/2021. (hhd) (Entered: 02/11/2021) |
| 02/11/2021 | 1656 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS:Initial Pretrial Conference held on 2/11/2021. (Court Reporter Donna Boland.) (sps) (Entered: 02/16/2021) |
| 02/12/2021 | 1652 | ORDER. 1624 Defendants' Objections are OVERRULED. Magistrate Judge Jones' 1590 Report and Recommendation is ADOPTED and incorporated by reference in this Order. Signed by JUDGE M CASEY RODGERS on 2/12/2021. (hhd) (Entered: 02/12/2021) |
| 02/13/2021 | 1653 | PRETRIAL ORDER NO. 69. Motions in Limine. Signed by JUDGE M CASEY RODGERS on 2/13/2021. (hhd) (Entered: 02/13/2021) |
| 02/15/2021 | 1654 | ORDER. The Case Management Conference scheduled for Friday, February 19, 2021 is cancelled. The Court will hold a brief teleconference with leadership counsel only at 8:30AM, followed by an evidentiary hearing at 10:00AM, at which the Court will hear expert testimony from Dr. David Eddins, Roger Juneau, and Dr. Gregory Flamme. Signed by JUDGE M CASEY RODGERS on 2/15/2021. (hhd) (Entered: 02/15/2021) |
| 02/16/2021 | 1655 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) Certified - 38 actions re: MDLNo. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 2/16/2021. (Attachments: # 1 CTO-94 Finalized) (djb) (Entered: 02/16/2021) |
| 02/17/2021 | 1657 | ORDER granting as requested 1637 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 2/17/2021. (djb) (Entered: 02/17/2021) |
| 02/17/2021 | 1658 | ORDER. Plaintiffs' 1638 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to |

| | | |
|---|---|---|
| | | Plaintiffs' motion, ECF No. 1638 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 2/17/2021. (djb) (Entered: 02/17/2021) |
| 02/17/2021 | 1659 | COMMON BENEFIT ORDER NO. 3. This Order specifically incorporates by reference herein, and makes binding upon all the parties, the procedures and guidelines referenced in Common Benefit Order No. 1 (ECF No. 488 ) and as amended by Common Benefit Order No. 2 (ECF No. 900 ). The Clerk of Court is DIRECTED to file a copy of this Order in 3:19-md-2885, and the Order will apply to each member related case previously transferred to, removed to, or filed in this district, as well as to any case subsequently transferred to, removed, or filed in this district. This includes cases on both the administrative and MDL dockets. It is the responsibility of the parties to review and abide by all pretrial orders entered by the Court. The orders may be accessed through PACER, as well as on the 3M Combat Arms Earplug Products Liability Litigation website at http://www.flnd.uscourts.gov/mdl2885. Signed by JUDGE M CASEY RODGERS on 2/17/2021. (djb) (Entered: 02/17/2021) |
| 02/18/2021 | 1660 | NOTICE - On February 17, 2021, the Court entered Common Benefit Order No. 3, ECF No. 1659 , but inadvertently failed to attach the referenced Participation Agreement as an exhibit to the Order. The Court apologizes for any inconvenience. 1659 Common Benefit Order No. 3 is hereby amended to include, as Exhibit A, the attached Participation Agreement. Signed by JUDGE M CASEY RODGERS on 2/18/2021. (djb) (Entered: 02/18/2021) |
| 02/18/2021 | 1661 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) Certified - 19 actions re: MDLNo. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 2/17/2021. (Attachments: # 1 CTO-95 Finalized) (djb) (Entered: 02/18/2021) |
| 02/19/2021 | 1662 | NOTICE *of Withdrawal of Counsel (Eric M. Sefton) Pursuant to Local Rule 11.1(H)(1) (B) and Request for Removal from Service List* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BROCK, ROBERT) (Entered: 02/19/2021) |
| 02/19/2021 | 1663 | SEALED PLAINTIFFS' OMNIBUS MOTIONS IN LIMINE AND MEMORANDUM OF LAW by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Declaration of Bryan F. Aylstock in Support of Plaintiffs' Omnibus Motions in Limine and Memorandum of Law) (djb) (Additional attachment(s) added on 2/22/2021: # 2 Exhibit PX-1, # 3 Exhibit PX-2, # 4 Exhibit PX-3, # 5 Exhibit PX-4, # 6 Exhibit PX-5, # 7 Exhibit PX-6, # 8 Exhibit PX-7, # 9 Exhibit PX-8, # 10 Exhibit PX-9, # 11 Exhibit PX-10, # 12 Exhibit PX-11, # 13 Exhibit PX-12, # 14 Exhibit PX-13, # 15 Exhibit PX-14, # 16 Exhibit PX-15, # 17 Exhibit PX-16, # 18 Exhibit PX-17, # 19 Exhibit PX-18, # 20 Exhibit PX-19, # 21 Exhibit PX-20, # 22 Exhibit PX-21, # 23 Exhibit PX-22, # 24 Exhibit PX-23, # 25 Exhibit PX-24, # 26 Exhibit PX-25, # 27 Exhibit PX-26, # 28 Exhibit PX-27, # 29 Exhibit PX-28, # 30 Exhibit PX-29, # 31 Exhibit PX-30, # 32 Exhibit PX-31, # 33 Exhibit PX-32, # 34 Exhibit PX-33, # 35 Exhibit PX-34, # 36 Exhibit PX-35, # 37 Exhibit PX-36, # 38 Exhibit PX-37, # 39 Exhibit PX-38, # 40 Exhibit PX-39, # 41 Exhibit PX-40, # 42 Exhibit PX-41, # 43 Exhibit PX-42, # 44 Exhibit PX-43, # 45 Exhibit PX44, # 46 Exhibit PX-45, # 47 Exhibit PX-46, # 48 Exhibit PX-47, # 49 Exhibit PX-48, # 50 Exhibit PX-49, # 51 Exhibit PX-50, # 52 Exhibit PX-51, # 53 Exhibit PX-52, # 54 Exhibit PX-53, # 55 Exhibit PX-54, # 56 Exhibit PX-55, # 57 Exhibit PX-56, # 58 Exhibit PX-57, # 59 Exhibit PX-58, # 60 Exhibit PX-59, # 61 Exhibit PX-60, # 62 Exhibit PX-61, # 63 Exhibit PX-62, # 64 Exhibit PX-63, # 65 Exhibit PX-64, # 66 Exhibit PX-65, # 67 Exhibit PX-66, # 68 Exhibit PX-67, # 69 Exhibit PX-68, # 70 Exhibit PX-69, # 71 Exhibit PX-70, # 72 Exhibit PX71, # 73 Exhibit PX-72, # 74 Exhibit PX-73, # 75 Exhibit PX-74, # 76 |

| | | |
|---|---|---|
| | | Exhibit PX-75, # 77 Exhibit PX-76, # 78 Exhibit PX-77, # 79 Exhibit PX-78 - Part 1 of 2, # 80 Exhibit PX-78 - Part 2 of 2, # 81 Exhibit PX-79, # 82 Exhibit PX-80, # 83 Exhibit PX-81, # 84 Exhibit PX-82, # 85 Exhibit PX-83 - Part 1 of 3, # 86 Exhibit PX-83 - Part 2 of 3, # 87 Exhibit PX-83 - Part 3 of 3, # 88 Exhibit PX-84, # 89 Exhibit PX-85 - Part 1 of 13, # 90 Exhibit PX-85 - Part 2 of 13, # 91 Exhibit PX-85 - Part 3 of 13, # 92 Exhibit PX-85 - Part 4 of 13, # 93 Exhibit PX-85 - Part 5 of 13, # 94 Exhibit PX-85 - Part 6 of 13, # 95 Exhibit PX-85 - Part 7 of 13, # 96 Exhibit PX-85 - Part 8 of 13, # 97 Exhibit PX-85 - Part 9 of 13, # 98 Exhibit PX-85 - Part 10 of 13, # 99 Exhibit PX-85 - Part 11 of 13, # 100 Exhibit PX-85 - Part 12 of 13, # 101 Exhibit PX-85 - Part 13 of 13) (djb). (Entered: 02/22/2021) |
| 02/19/2021 | 1664 | SEALED DEFENDANTS' OMNIBUS MOTION IN LIMINE TO EXCLUDE THE INTRODUCTION OF CERTAIN EVIDENCE AT TRIAL by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (djb) (Additional attachment(s) added on 2/22/2021: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47) (djb). (Entered: 02/22/2021) |
| 02/19/2021 | 1669 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Evidentiary Hearing held on 2/19/2021 to hear expert testimony from Dr. David Eddins, Roger Juneau, and Dr. Gregory Flamme. Plaintiffs and Defendants Exhibits (2 accordion folders) placed in clerk's secured storage. (Court Reporter Donna Boland.) (sps) (Entered: 02/23/2021) |
| 02/22/2021 | 1665 | MOTION to Appear Pro Hac Vice by BRANDON S. FINZ.( Filing fee $ 208 receipt number AFLNDC-5956350.) by NOTICE ONLY. (Attachments: # 1 Exhibit Good Standing Certificate) (FINZ, BRANDON) Modified on 2/22/2021 to correct filer (djb). (Entered: 02/22/2021) |
| 02/22/2021 | 1666 | PRETRIAL ORDER NO. 70. The Court supplements and/or amends the discovery and pretrial schedule set forth in multiple prior Pretrial Orders, including but not limited to Pretrial Order Nos. 46 and 62, and adopts the following discovery and pre-trial schedule for the initial bellwether cases in Trial Groups B, C, and D. The deadlines set forth in this Order supersede all other conflicting deadlines set in prior Pretrial Orders. Signed by JUDGE M CASEY RODGERS on 2/22/2021. (djb) (Entered: 02/22/2021) |
| 02/22/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1665 MOTION to Appear Pro Hac Vice by BRANDON S. FINZ. (djb) (Entered: 02/22/2021) |
| 02/22/2021 | 1667 | ORDER granting 1665 Motion to Appear Pro Hac Vice (Appointed BRANDON S FINZ for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 2/22/2021. (djb) (Entered: 02/23/2021) |
| 02/23/2021 | 1668 | NOTICE of Appearance by BRANDON S FINZ on behalf of NOTICE ONLY (FINZ, BRANDON) (Entered: 02/23/2021) |
| 02/23/2021 | 1670 | First MOTION to Appear Pro Hac Vice by Brock Chwialkowski.( Filing fee $ 208 receipt number AFLNDC-5959090.) by NOTICE ONLY. (Attachments: # 1 Exhibit |

| | | |
|---|---|---|
| | | Cert. of Good Standing) (CHWIALKOWSKI, BROCK) (Entered: 02/23/2021) |
| 02/23/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1670 First MOTION to Appear Pro Hac Vice by Brock Chwialkowski. (djb) (Entered: 02/23/2021) |
| 02/23/2021 | 1671 | ORDER granting 1670 Motion to Appear Pro Hac Vice (Appointed BROCK A CHWIALKOWSKI for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 2/23/2021. (djb) (Entered: 02/23/2021) |
| 02/24/2021 | 1672 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-96) Certified - 15 actions 2/24/2021. Re: MDL 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 2/24/2021. (Attachments: # 1 CTO-96 Finalized) (djb) (Entered: 02/24/2021) |
| 02/24/2021 | 1673 | Sealed Defendants' Response to Plaintiffs' 1663 Omnibus Motions in Limine and Memorandum of Law. (djb) (Additional attachment(s) added on 2/24/2021: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34) (djb). (Entered: 02/24/2021) |
| 02/24/2021 | 1674 | Sealed Plaintiffs' Omnibus Response in Opposition to Defendants' 1664 Omnibus Motion in Limine to Exclude the Introduction of Certain Evidence at Trial. (Attachments: # 1 Declaration of Bryan F. Aylstock in Support of Plaintiffs' Omnibus Response in Opposition to Defendants' Omnibus Motion in Limine to Exclude the Introduction of Certain Evidence at Trial) (djb) (Additional attachment(s) added on 2/24/2021: # 2 Exhibit PX-1, # 3 Exhibit PX-2, # 4 Exhibit PX-3, # 5 Exhibit PX-4, # 6 Exhibit PX-5, # 7 Exhibit PX-6, # 8 Exhibit PX-7, # 9 Exhibit PX-8, # 10 Exhibit PX-9, # 11 Exhibit PX-10, # 12 Exhibit PX-11, # 13 Exhibit PX-12, # 14 Exhibit PX-13, # 15 Exhibit PX-14, # 16 Exhibit PX-15, # 17 Exhibit PX-16, # 18 Exhibit PX-17, # 19 Exhibit PX-18, # 20 Exhibit PX-19, # 21 Exhibit PX-20, # 22 Exhibit PX-21, # 23 Exhibit PX-22, # 24 Exhibit PX-23, # 25 Exhibit PX-24, # 26 Exhibit PX-25, # 27 Exhibit PX-26, # 28 Exhibit PX-27, # 29 Exhibit PX-28, # 30 Exhibit PX-29, # 31 Exhibit PX-30, # 32 Exhibit PX-31, # 33 Exhibit PX-32, # 34 Exhibit PX-33, # 35 Exhibit PX-34, # 36 Exhibit PX-35, # 37 Exhibit PX-36, # 38 Exhibit PX-37, # 39 Exhibit PX-38, # 40 Exhibit PX-39, # 41 Exhibit PX-40, # 42 Exhibit PX-41, # 43 Exhibit PX-42, # 44 Exhibit PX-43, # 45 Exhibit PX44, # 46 Exhibit PX-45, # 47 Exhibit PX-46, # 48 Exhibit PX-47, # 49 Exhibit PX-48, # 50 Exhibit PX-49, # 51 Exhibit PX-50, # 52 Exhibit PX-51, # 53 Exhibit PX-52, # 54 Exhibit PX-53, # 55 Exhibit PX-54, # 56 Exhibit PX-55, # 57 Exhibit PX-56, # 58 Exhibit PX-57, # 59 Exhibit PX-58, # 60 Exhibit PX-59) (djb). (Entered: 02/24/2021) |
| 02/24/2021 | 1675 | ORDER SETTING TRIAL AND PRETRIAL SCHEDULE: Plaintiff McCombs' trial will begin Monday, **May 17, 2021** and conclude by Friday, May 28, 2021. Plaintiff Baker's trial will begin Monday, **June 7, 2021**, and conclude by Friday, June 18, 2021. A pretrial conference for both trials will be held **April 30, 2021**, beginning at 8:30AM. The attorney's conference required by paragraph III must be held no later than **March 26, 2021**. The pretrial stipulation and other papers required by paragraphs IV and V must be filed no later than **April 16, 2021**. Motions in limine regarding evidentiary matters known to counsel or those that should be reasonably anticipated must be filed no later than **April 16, 2021**, with responsive memoranda due within 5 calendar days. |

| | | |
|---|---|---|
| | | Signed by JUDGE M CASEY RODGERS on 2/24/2021. (Attachments: # 1 Exhibit A) (djb) (Entered: 02/25/2021) |
| 02/24/2021 | 1676 | PRETRIAL ORDER NO. 71. This Order governs the parties' witness lists, deposition designations, and exhibit lists for the McCombs and Baker trials. Signed by JUDGE M CASEY RODGERS on 2/24/2021. (djb) (Entered: 02/25/2021) |
| 02/25/2021 | 1677 | SECOND ORDER AMENDING ORDER SETTING TRIAL AND PRETRIAL SCHEDULE. Signed by JUDGE M CASEY RODGERS on 2/25/2021. (djb) (Entered: 02/25/2021) |
| 02/25/2021 | 1678 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to Their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 02/25/2021) |
| 02/25/2021 | 1679 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 SEALED, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 3/1/2021) (djb). (Entered: 02/25/2021) |
| 02/25/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1663 SEALED PLAINTIFFS' OMNIBUS MOTIONS IN LIMINE AND MEMORANDUM OF LAW, 1673 Sealed Defendants' Response to Plaintiffs' Omnibus Motions in Limine; 1664 SEALED DEFENDANTS' OMNIBUS MOTION IN LIMINE TO EXCLUDE THE INTRODUCTION OF CERTAIN EVIDENCE AT TRIAL, 1674 Sealed Plaintiffs' Omnibus Response in Opposition to Defendants' Omnibus Motion in Limine to Exclude the Introduction of Certain Evidence at Trial (djb) (Entered: 02/25/2021) |
| 02/25/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1678 Plaintiffs' Motion for Leave to File Under Seal Exhibits to Their Motion to Authorize Disclosure of Military Records, re: 1679 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 02/25/2021) |
| 02/26/2021 | 1681 | ORDER GRANTED as requested, 1678 Plaintiffs' Motion for Leave to File Under Seal Exhibits to Their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 2/26/2021. (djb) (Entered: 03/01/2021) |
| 02/26/2021 | 1682 | PRIVACY ACT ORDER NO. 31. 1679 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records, is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs motion, ECF No. 1679 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 2/26/2021. (djb) (Entered: 03/01/2021) |
| 02/28/2021 | 1680 | ORDER GRANTING IN PART AND DENYING IN PART 1595 Plaintiffs' Omnibus Motion to Exclude Defendants' Expert Opinions and Testimony and GRANTING IN PART AND DENYING IN PART 1605 Defendants' Omnibus Motion to Exclude Plaintiffs' Putative Expert Opinions Under Daubert and Rule 702 as to the following experts: Elliott Berger, Drs. John House, Derek Jones, Jennifer LaBorde, Margaret Richards, Moises Arriaga, Eric Bielefeld, Elizabeth Davis, David Eddins, Marc Fagelson, and John Franks, Roger Juneau, Kristin Kucsma, Rear Adm. Althea Coetzee Leslie, Drs. Lawrence Lustig and David Madigan, Richard McKinley, Dr. Mark Packer, Eric Rose, and Dr. Christopher Spankovich. Signed by JUDGE M CASEY RODGERS on 2/28/2021. (hhd) (Entered: 02/28/2021) |
| 03/01/2021 | 1683 | NOTICE OF MEMORANDUM OF LAW IN SUPPORT OF LIMITED OBJECTION AND MOTION TO MODIFY COMMON BENEFIT ORDER by NOTICE ONLY re |

| | | |
|---|---|---|
| | | 1659 Order (Attachments: # 1 Exhibit A, # 2 Exhibit B) (PAUL, RICHARD) Modified on 3/1/2021 to correct civil event to motion (djb). (Entered: 03/01/2021) |
| 03/03/2021 | 1684 | ORDER re 1683 NOTICE OF MEMORANDUM OF LAW IN SUPPORT OF LIMITED OBJECTION AND MOTION TO MODIFY COMMON BENEFIT ORDER. Plaintiffs Leadership counsel in the MDL should notify the undersigned by close of business on Friday, March 5, 2021 whether they join in the request to defer. To the extent they do, a ruling will be deferred. To the extent they do not, their response to Paul's motion is due in accordance with the Local Rules. Signed by JUDGE M CASEY RODGERS on 3/3/2021. (djb) (Entered: 03/03/2021) |
| 03/03/2021 | 1685 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of NINETEENTH CASE MANAGEMENT CONFERENCE Proceedings held on January 22, 2021, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number Donna_Boland@flnd.uscourts.gov. <br><br> *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* <br><br> Redaction Request due **3/10/2021**. Release of Transcript Restriction set for **6/8/2021**. (dlb) (Entered: 03/03/2021) |
| 03/03/2021 | 1686 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of ORAL ARGUMENT Proceedings held on February 5, 2021, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland,***FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov. <br><br> *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* <br><br> Redaction Request due **3/10/2021**. Release of Transcript Restriction set for **6/8/2021**. (dlb) (Entered: 03/03/2021) |
| 03/03/2021 | 1687 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of PRETRIAL CONFERENCE Proceedings held on February 11, 2021, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, ***FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov. <br><br> *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* <br><br> Redaction Request due **3/10/2021**. Release of Transcript Restriction set for **6/8/2021**. (dlb) (Entered: 03/03/2021) |
| 03/03/2021 | 1688 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of DAUBERT Proceedings held on February 19, 2021, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, ***FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov. <br><br> *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* |

| | | Redaction Request due **3/10/2021**. Release of Transcript Restriction set for **6/8/2021**. (dlb) (Entered: 03/03/2021) |
|---|---|---|
| 03/04/2021 | [1689](#) | MOTION to Appear Pro Hac Vice by Mitchell John Baker.( Filing fee $ 208 receipt number AFLNDC-5973613.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit Certificate of Good Standing) (BAKER, MITCHELL) Modified on 3/4/2021 to correct filer as NOTICE ONLY party (djb). (Entered: 03/04/2021) |
| 03/04/2021 | [1690](#) | ORDER GRANTING IN PART AND DENYING IN PART [1595](#) Plaintiffs' Omnibus Motion to Exclude Defendants' Expert Opinions and Testimony and GRANTING IN PART AND DENYING IN PART [1605](#) Defendants' Omnibus Motion to Exclude Plaintiffs' Putative Expert Opinions Under Daubert and Rule 702 as to the following experts: Drs. Gregory A. Flamme and Mark R. Stephenson, John Casali, and Harri Kytomaa, and Robert Johnson. Signed by JUDGE M CASEY RODGERS on 3/4/2021. (hhd) (Entered: 03/04/2021) |
| 03/05/2021 | [1691](#) | NOTICE of Appearance by BRANDEE FARIA on behalf of NOTICE ONLY (Attachments: # [1](#) Supplement) (FARIA, BRANDEE) (Entered: 03/05/2021) |
| 03/05/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [1689](#) MOTION to Appear Pro Hac Vice by Mitchell John Baker. see Civil Action 3:21cv374-MCR/GRJ. (djb) (Entered: 03/05/2021) |
| 03/05/2021 | [1692](#) | ORDER - The [1689](#) MOTION to Appear Pro Hac Vice by Mitchell J. Baker is DENIED without prejudice for failure to identify any individual case pending within the MDL in which counsel appears asattorney of record. Signed by JUDGE M CASEY RODGERS on 3/5/2021. (djb) (Entered: 03/05/2021) |
| 03/05/2021 | [1694](#) | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) Certified - 23 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 3/5/2021. (Attachments: # [1](#) CTO-97 Finalized) (djb) (Entered: 03/09/2021) |
| 03/07/2021 | [1693](#) | ORDER addressing the following Motions in Limine: [1664](#) Defendants' Omnibus Motions in Limine, Defendants VI-Evidence of Previous Litigation and XVI-Evidence Related to 3Ms Discontinuation and Lack of Recall of CAEv2; and [1663](#) Plaintiffs' Omnibus Motions in Limine, Plaintiffs C-Generalized Evidence Unconnected to Plaintiffs and F1-Lovejoy Report. Rulings on the remaining motions will follow by separate order. Signed by JUDGE M CASEY RODGERS on 3/7/2021. (hhd) (Entered: 03/07/2021) |
| 03/10/2021 | [1695](#) | ORDER addressing the following motions in limine: [1664](#) Defendants' II, IV-V, VIII, X-XI, XIII, XV, XVII-XVIII, XIX, XX-XXIV, and XXVI-XXVII; and [1663](#) Plaintiffs' A(1)-(4), B(1)-(4), D(1)-(3), E(1)-(2), G(1)-(2), (5), and (8), H(2)-(3), and I(2). A list of motions that the parties must be prepared to discuss at the pretrial conference is also included. Signed by JUDGE M CASEY RODGERS on 3/10/2021. (hhd) (Entered: 03/10/2021) |
| 03/11/2021 | [1696](#) | NOTICE FOR PRETRIAL CONFERENCE. Pursuant to Pretrial Order No. 68 (ECF No. [1647](#) ) and the Order Setting Trial and Pretrial Schedule (ECF No. [1629](#) ), the pretrial conference for the consolidated trial in the above-captioned matters will begin on **Monday, March 15, 2021 at 8:30AM**. Signed by JUDGE M CASEY RODGERS on 3/11/2021. (djb) (Entered: 03/11/2021) |
| 03/11/2021 | [1697](#) | MOTION to Appear Pro Hac Vice by Jeffrey Robert Froude.(Filing fee $208. Receipt #FLN300014432) by NOTICE ONLY. (Attachments: # [1](#) Certificate of Good Standing) (djb) (Entered: 03/11/2021) |

| 03/11/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1697 MOTION to Appear Pro Hac Vice by Jeffrey Robert Froude. (djb) (Entered: 03/11/2021) |
|---|---|---|
| 03/11/2021 | 1698 | ORDER granting 1697 Motion to Appear Pro Hac Vice (Appointed JEFFREY ROBERT FROUDE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 3/11/2021. (djb) (Entered: 03/11/2021) |
| 03/12/2021 | 1699 | SECOND NOTICE FOR PRETRIAL CONFERENCE. Signed by JUDGE M CASEY RODGERS on 3/12/2021. (djb) (Entered: 03/12/2021) |
| 03/12/2021 | 1700 | RESPONSE in Opposition re 1683 NOTICE OF MEMORANDUM OF LAW IN SUPPORT OF LIMITED OBJECTION AND MOTION TO MODIFY COMMON BENEFIT ORDER filed by CO-LEAD COUNSEL FOR PLAINTIFFS, CO-LIAISON COUNSEL FOR PLAINTIFFS, LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A) (AYLSTOCK, BRYAN) (Entered: 03/12/2021) |
| 03/12/2021 | 1703 | SEALED DEFENDANTS MOTION FOR PARTIAL RECONSIDERATION OF THE COURTS MOTIONS IN LIMINE ORDERS, ECF 1693 & 1695 , by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1) (djb) (Main Document 1703 replaced on 3/15/2021) (djb). (Entered: 03/15/2021) |
| 03/13/2021 | 1701 | ORDER GRANTING 1595 Plaintiffs' Omnibus Motion to Exclude Defendants' Expert Opinions and Testimony under Rules 702 and Daubert as to Dr. Richard Neitzel and Jennifer Sahmel; their opinions are excluded in their entirety. Signed by JUDGE M CASEY RODGERS on 3/13/2021. (hhd) (Entered: 03/13/2021) |
| 03/14/2021 | 1702 | ORDER addressing the following motions in limine: 1664 Defendants' IX, XIV, XXVIII, and XXIX; and 1663 Plaintiffs' E(3), F(1), G(7), and I(1). Signed by JUDGE M CASEY RODGERS on 3/14/2021. (hhd) (Entered: 03/14/2021) |
| 03/15/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1703 DEFENDANTS MOTION FOR PARTIAL RECONSIDERATION OF THE COURTS MOTIONS IN LIMINE ORDERS, ECF 1693 & 1695 (djb) (Entered: 03/15/2021) |
| 03/15/2021 | 1704 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) (Certified) - 61 actions re: MDLNo. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 3/15/2021. (Attachments: # 1 CTO-98 Finalized) (djb) (Entered: 03/15/2021) |
| 03/15/2021 | 1705 | Sealed PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL RECONSIDERATION OF THE COURTS MOTIONS IN LIMINE ORDERS, ECF 1693 & 1695 . (Attachments: # 1 Exhibit A, # 2 Exhibit B) (djb) (Main Document 1705 replaced on 3/16/2021) (djb). (Entered: 03/16/2021) |
| 03/16/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1705 Sealed PLAINTIFFS OPPOSITION TO 1703 DEFENDANTS MOTION FOR PARTIAL RECONSIDERATION OF THE COURTS MOTIONS IN LIMINE ORDERS, ECF 1693 & 1695 . (djb) (Entered: 03/16/2021) |
| 03/16/2021 | 1706 | MOTION to Seal Document *Plaintiffs; Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 03/16/2021) |

| 03/16/2021 | 1707 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 Sealed Cover, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 4/5/2021) (djb). (Entered: 03/16/2021) |
|---|---|---|
| 03/16/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1706 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, re: 1707 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 03/16/2021) |
| 03/17/2021 | 1708 | ORDER - The Case Management Conference currently scheduled for Friday, March 19, 2021 is cancelled. Signed by JUDGE M CASEY RODGERS on 3/17/2021. (djb) (Entered: 03/17/2021) |
| 03/19/2021 | 1709 | MOTION for Hearing *Request for Hearing* by CO-LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit 1) (SEEGER, CHRISTOPHER) (Entered: 03/19/2021) |
| 03/19/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1709 Request for Hearing (djb) (Entered: 03/19/2021) |
| 03/19/2021 | 1710 | ORDER re 1709 Request for Hearing. Because resolution of this Request is time sensitive, especially in light of trial set to begin in ten days, Defendants must file a response no later than **12PM CT on March 20, 2021**. Signed by JUDGE M CASEY RODGERS on 3/19/2021. (djb) (Entered: 03/19/2021) |
| 03/20/2021 | 1711 | RESPONSE in Opposition re 1709 MOTION for Hearing *Request for Hearing* filed by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13) (BROCK, ROBERT) (Entered: 03/20/2021) |
| 03/20/2021 | 1712 | PRETRIAL ORDER NO. 72 - Juror Questionnaires. Signed by JUDGE M CASEY RODGERS on 3/20/2021. (Attachments: # 1 Exhibit A - Verification of Compliance with Pretrial Order No. 72 and Destruction of Juror Questionnaires) (hhd) (Entered: 03/20/2021) |
| 03/21/2021 | 1713 | REPLY to Response to Motion re 1709 MOTION for Hearing *Request for Hearing* filed by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (SEEGER, CHRISTOPHER) (Entered: 03/21/2021) |
| 03/21/2021 | 1714 | ORDER re 1709 MOTION for Hearing. Signed by JUDGE M CASEY RODGERS on 3/21/2021. (hhd) (Entered: 03/21/2021) |
| 03/22/2021 | 1715 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-99) Certified - 18 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 3/22/2021. (Attachments: # 1 CTO-99 Finalized) (djb) (Entered: 03/22/2021) |
| 03/22/2021 | 1716 | ORDER addressing the following motions in limine: 1664 Defendants' I, III, VII, X, XII, XXIV, and XXV; and 1663 Plaintiffs D2, G(6), H(1) and (4), I(3) and (4), and J(1)-(3). Signed by JUDGE M CASEY RODGERS on 3/22/2021. (hhd) Modified on 3/24/2021 (djb). (Entered: 03/22/2021) |

| 03/22/2021 | 1717 | MOTION for Leave to File re 1683 NOTICE OF MEMORANDUM OF LAW IN SUPPORT OF LIMITED OBJECTION AND MOTION TO MODIFY COMMON BENEFIT ORDER , *Reply in Support Thereof* by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Exhibit 1) (PAUL, RICHARD) (Entered: 03/22/2021) |
|---|---|---|
| 03/22/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1717 MOTION for Leave to File Reply of 1683 NOTICE OF MEMORANDUM OF LAW IN SUPPORT OF LIMITED OBJECTION AND MOTION TO MODIFY COMMON BENEFIT ORDER (djb) (Entered: 03/22/2021) |
| 03/23/2021 | 1718 | ORDER granting 1717 Motion for Leave to File Reply in Support of Limited Objection and Motion to Modify Common Benefit Order. The reply is due on **3/30/2021** and must comply with Local Rules. Signed by JUDGE M CASEY RODGERS on 3/23/2021. (djb) (Entered: 03/23/2021) |
| 03/23/2021 | 1719 | NOTICE OF ATTORNEY WITHDRAWAL *Ryan J. Loehr* by NOTICE ONLY. (LOEHR, RYAN) Modified on 3/23/2021 (djb). Modified on 5/25/2022 (djb). (Entered: 03/23/2021) |
| 03/23/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1719 MOTION to Withdraw as Attorney Ryan J. Loehr (djb) (Entered: 03/23/2021) |
| 03/23/2021 | 1720 | MOTION to Amend/Correct 1700 Response in Opposition to Motion, by LEAD COUNSEL FOR PLAINTIFFS. (AYLSTOCK, BRYAN) (Entered: 03/23/2021) |
| 03/23/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1720 MOTION to Correct the Record with Regard to 1700 Memorandum in Opposition to Richard M. Paul's Limited Objection & Motion to Modify Common Benefit Order (djb) (Entered: 03/23/2021) |
| 03/23/2021 | 1721 | AFFIDAVIT re 1714 Order *Declaration of Christopher A. Seeger* by LEAD COUNSEL FOR PLAINTIFFS. (SEEGER, CHRISTOPHER) (Entered: 03/23/2021) |
| 03/23/2021 | 1722 | **DISREGARD to be refiled in correct case.** AFFIDAVIT re 1714 Order *Declaration of David R. Buchanan* by LEAD COUNSEL FOR PLAINTIFFS. (BUCHANAN, DAVID) Modified on 3/23/2021 (djb). (Entered: 03/23/2021) |
| 03/23/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1721 Affidavit of Christopher A. Seeger (djb) (Entered: 03/23/2021) |
| 03/23/2021 | 1723 | ORDER granting 1720 Motion to Correct the Record with Regard to Memorandum in Opposition to Richard M. Paul's Limited Objection and Motion to Modify Common Benefit Order, as requested. Signed by JUDGE M CASEY RODGERS on 3/23/2021. (djb) (Entered: 03/23/2021) |
| 03/24/2021 | 1724 | ORDER addressing 1663 Plaintiffs' Motion in Limine D(1) and Related Trial Briefs. Signed by JUDGE M CASEY RODGERS on 3/24/2021. (hhd) Modified on 3/24/2021 (djb). (Entered: 03/24/2021) |
| 03/24/2021 | 1725 | ORDER granting in part and denying in part 1703 Defendants' Motion for Partial Reconsideration of the Courts' Motions in Limine Orders ECF Nos. 1693 and 1695 . Signed by JUDGE M CASEY RODGERS on 3/24/2021. (hhd) (Entered: 03/24/2021) |
| 03/26/2021 | 1726 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-100) Certified - 1 action re: MDL No. 2885, 1 in OKW/5:21-cv-00207). Inasmuch as no objection is pending at this |

| | | time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 3/26/2021. (Attachments: # 1 CTO-100 Finalized) (djb) (Entered: 03/26/2021) |
|---|---|---|
| 03/26/2021 | 1727 | ORDER - After fully considering the affidavits and declarations submitted, the Court is satisfied that neither side has made any effort to influence or attempt to influence the jury pool. Accordingly, Plaintiffs' 1709 MOTION for Hearing is DENIED. However, to mitigate any lingering concerns, the Court will address the issue of internet advertisements and research regarding the 3M litigation during voir dire. Signed by JUDGE M CASEY RODGERS on 3/26/2021. (djb) (Entered: 03/26/2021) |
| 03/26/2021 | 1728 | NOTICE OF WITHDRAWAL OF CO-COUNSEL, Gregory M. Travalio by NOTICE ONLY. (TRAVALIO, GREGORY) Modified on 3/26/2021 (djb). Modified on 5/25/2022 not a motion (djb). (Entered: 03/26/2021) |
| 03/26/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1728 MOTION to Withdraw as Attorney (djb) (Entered: 03/26/2021) |
| 03/26/2021 | 1729 | ORDER addressing Plaintiffs' motions in limine G3 and G4. Signed by JUDGE M CASEY RODGERS on 3/26/2021. (hhd) (Entered: 03/26/2021) |
| 03/29/2021 | 1730 | ACKNOWLEDGMENT *and Verification of Compliance with Pretrial Order No. 72 1712 and Destruction of Juror Questionnaires by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC.* (BROCK, ROBERT) (Entered: 03/29/2021) |
| 03/30/2021 | 1731 | ACKNOWLEDGMENT *and Verification of Compliance with PTO 72 and Destruction of Juror Questionnaires.* (AYLSTOCK, BRYAN) (Entered: 03/30/2021) |
| 03/30/2021 | 1732 | DOCKET ANNOTATION BY COURT: NOTICE to Counsel, Martin G Rubenstein The complaint, Gennaro Basso et al v. 3M Company, et al, filed today has been deleted off the Lead Case Docket. Please file the complaint by opening a civil case. Call 850-470-8188 for questions. (djb) (Entered: 03/30/2021) |
| 03/30/2021 | 1733 | MOTION to Appear Pro Hac Vice by Keith Lovelace.( Filing fee $ 208 receipt number AFLNDC-6014212.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (LOVELACE, KEITH) Modified on 3/30/2021 (djb). Modified on 3/30/2021 to correct filer to NOTICE ONLY (djb). (Entered: 03/30/2021) |
| 03/30/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1733 MOTION to Appear Pro Hac Vice by Keith Lovelace. (djb) (Entered: 03/30/2021) |
| 03/30/2021 | 1734 | REPLY to Response to Motion re 1683 NOTICE OF MEMORANDUM OF LAW IN SUPPORT OF LIMITED OBJECTION AND MOTION TO MODIFY COMMON BENEFIT ORDER filed by NOTICE ONLY. (Attachments: # 1 Exhibit A) (PAUL, RICHARD) (Entered: 03/30/2021) |
| 03/31/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1683 NOTICE OF MEMORANDUM OF LAW IN SUPPORT OF LIMITED OBJECTION AND MOTION TO MODIFY COMMON BENEFIT ORDER, 1700 Response in Opposition to Motion, 1734 Reply to Response to Motion (djb) (Entered: 03/31/2021) |
| 03/31/2021 | 1735 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-101) Certified - 1 action re: MDL No. 2885 in OHS/3:20-cv-00313) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 3/31/2021. (Attachments: # 1 CTO-101 Finalized) (djb) (Entered: 03/31/2021) |

| 03/31/2021 | 1736 | ORDER - The 1733 Motion to Appear Pro Hac Vice is DENIED without prejudice for failure to identify any individual case pending within the MDL in which counsel appears as attorney of record. See ECF No. 86, ¶ II. Signed by JUDGE M CASEY RODGERS on 3/31/2021. (djb) (Entered: 03/31/2021) |
|---|---|---|
| 03/31/2021 | 1737 | Amended Motion to Appear Pro Hac Vice by WILSON JAMES YOUNG, JR. (Attachments: # 1 Exhibit) (LOVELACE, KEITH) Modified on 3/31/2021 (djb). Modified on 3/31/2021 (djb). (Entered: 03/31/2021) |
| 03/31/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1737 First Amended Motion to Appear Pro Hac Vice by Keith Lovelace. (djb) (Entered: 03/31/2021) |
| 03/31/2021 | 1738 | MOTION to Appear Pro Hac Vice by David J. Diamond.( Filing fee $ 208 receipt number AFLNDC-6015969.) by NOTICE ONLY. (Attachments: # 1 Exhibit 1) (DIAMOND, DAVID) Modified on 4/1/2021 to correct filer to NOTICE ONLY (djb). (Entered: 03/31/2021) |
| 03/31/2021 | 1739 | NOTICE of Appearance by DAVID J DIAMOND on behalf of JERMAINE MCLAREN (DIAMOND, DAVID) (Entered: 03/31/2021) |
| 03/31/2021 | 1740 | ORDER granting 1737 Amended Motion to Appear Pro Hac Vice. (Appointed KEITH LOVELACE for NOTICE ONLY) Signed by JUDGE M CASEY RODGERS on 3/31/2021. (djb) Modified on 4/5/2021 to correct file date (djb). (Entered: 04/01/2021) |
| 04/01/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1738 MOTION to Appear Pro Hac Vice by David J. Diamond. (djb) (Entered: 04/01/2021) |
| 04/01/2021 | 1741 | ORDER granting 1738 Motion to Appear Pro Hac Vice (Appointed DAVID J DIAMOND for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/1/2021. (djb) (Entered: 04/01/2021) |
| 04/05/2021 | 1742 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) Certified - 29 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 4/5/2021. (Attachments: # 1 CTO-102 Finalized) (djb) (Entered: 04/05/2021) |
| 04/05/2021 | 1743 | MOTION to Appear Pro Hac Vice by Hylmar Alexander.( Filing fee $ 208 receipt number AFLNDC-6019183.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (ALEXANDER, HYLMAR) (Entered: 04/05/2021) |
| 04/05/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1743 MOTION to Appear Pro Hac Vice by Hylmar Alexander. (djb) (Entered: 04/05/2021) |
| 04/05/2021 | 1744 | ORDER granting 1706 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, as requested. Signed by JUDGE M CASEY RODGERS on 4/5/2021. (djb) (Entered: 04/05/2021) |
| 04/05/2021 | 1745 | PRIVACY ACT ORDER NO. 32. Plaintiffs' 1707 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 1707 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 4/5/2021. (djb) (Entered: 04/05/2021) |
| 04/06/2021 | 1746 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-103) Certified - 8 actions, re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 4/6/2021. (Attachments: # 1 CTO-103 Finalized) (djb) (Entered: 04/06/2021) |

| 04/06/2021 | 1747 | ORDER granting 1743 Motion to Appear Pro Hac Vice (Appointed HYLMAR SCOTT ALEXANDER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/6/2021. (djb) (Entered: 04/06/2021) |
| --- | --- | --- |
| 04/06/2021 | 1748 | NOTICE of Appearance by HYLMAR SCOTT ALEXANDER on behalf of NOTICE ONLY (ALEXANDER, HYLMAR) (Entered: 04/06/2021) |
| 04/06/2021 | 1749 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 04/06/2021) |
| 04/06/2021 | 1750 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 Sealed Cover, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 4/20/2021) (djb). (Entered: 04/06/2021) |
| 04/06/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1749 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, re: 1750 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 04/06/2021) |
| 04/06/2021 | 1751 | NOTICE of Appearance by RICHARD GERARD PERQUE on behalf of NOTICE ONLY (PERQUE, RICHARD) (Entered: 04/06/2021) |
| 04/07/2021 | 1752 | PRETRIAL ORDER NO. 73 Plaintiff Leadership Reappointments. This Order establishes the reappointment application process for the term beginning in May 2021. All plaintiffs' counsel who wish to apply for reappointment to their leadership positions must submit a request for reappointment to chambers at flnd_rodgers@flnd.uscourts.gov, by close of business on May 7, 2021. Signed by JUDGE M CASEY RODGERS on 4/7/2021. (djb) (Entered: 04/07/2021) |
| 04/09/2021 | 1753 | PRETRIAL ORDER NO. 74. Motions in Limine in McCombs and Baker. Signed by JUDGE M CASEY RODGERS on 4/9/2021. (hhd) (Entered: 04/09/2021) |
| 04/13/2021 | 1754 | CONDITIONAL TRANSFER ORDER FINALIZED CTO-104 Certified - 63 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 4/13/2021. (Attachments: # 1 CTO-104 Finalized) (djb) (Entered: 04/13/2021) |
| 04/14/2021 | 1755 | NOTICE of Appearance by MICHAEL EDWARD PEDERSON on behalf of NOTICE ONLY (PEDERSON, MICHAEL) (Entered: 04/14/2021) |
| 04/15/2021 | 1756 | MOTION to Extend Time *to Execute Participation Agreement* by NOTICE ONLY. (PAUL, RICHARD) (Entered: 04/15/2021) |
| 04/15/2021 | 1757 | MEMORANDUM in Support re 1756 MOTION to Extend Time *to Execute Participation Agreement* filed by NOTICE ONLY. (PAUL, RICHARD) (Entered: 04/15/2021) |
| 04/15/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1756 MOTION to Extend Time to Execute Participation Agreement, 1757 Memorandum in Support of Motion (djb) (Entered: 04/15/2021) |
| 04/15/2021 | 1758 | ORDER - The 1756 Motion to Extend Time to Execute Participation Agreement is GRANTED as follows. The deadline is tolled until further order of the Court as to Attorney Richard M. Paul only, who is the only attorney who filed an objection to |

| | | Common Benefit Order No. 3. Signed by JUDGE M CASEY RODGERS on 4/15/2021. (djb) (Entered: 04/15/2021) |
|---|---|---|
| 04/20/2021 | 1759 | ORDER - 1749 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records is GRANTED, as requested. Signed by JUDGE M CASEY RODGERS on 4/20/2021. (djb) (Entered: 04/20/2021) |
| 04/20/2021 | 1760 | PRIVACY ACT ORDER NO. 33. The 1750 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 1750 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 4/20/2021. (djb) (Entered: 04/20/2021) |
| 04/21/2021 | 1761 | NOTICE of Appearance by CHRISTOPHER N SHAKIB on behalf of NOTICE ONLY PARTY (SHAKIB, CHRISTOPHER) Modified on 4/21/2021 (djb). Plaintiffs removed from docket. (Entered: 04/21/2021) |
| 04/23/2021 | 1762 | ORDER AMENDING ORDER SETTING TRIAL AND PRETRIAL SCHEDULE. This Order amends 1675 Order Setting Trial and Pretrial Schedule, in the bellwether cases, McCombs and Baker. The pretrial conference for both trials will be held on **Monday, 5/3/2021 at 08:30 AM** and if necessary, **Tuesday, May 4, 2021 at 1PM**. All other aspects of ECF No. 1675 remain unchanged. Signed by JUDGE M CASEY RODGERS on 4/23/2021. (djb) (Entered: 04/23/2021) |
| 04/26/2021 | 1763 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 04/26/2021) |
| 04/26/2021 | 1764 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 SEALED COVER, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 5/12/2021) (djb). (Entered: 04/26/2021) |
| 04/26/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1763 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records re: 1764 MOTION for Disclosure Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 04/26/2021) |
| 04/26/2021 | 1765 | NOTICE of Appearance by KAREN W RENWICK on behalf of NOTICE ONLY (RENWICK, KAREN) (Entered: 04/26/2021) |
| 04/27/2021 | 1766 | MOTION to Appear Pro Hac Vice by Alexandra Walsh.( Filing fee $ 208 receipt number AFLNDC-6064357.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (WALSH, ALEXANDRA) (Entered: 04/27/2021) |
| 04/28/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1766 MOTION to Appear Pro Hac Vice by Alexandra Walsh. (djb) (Entered: 04/28/2021) |
| 04/28/2021 | 1767 | ORDER granting 1766 Motion to Appear Pro Hac Vice (Appointed ALEXANDRA M WALSH for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/28/2021. (djb) (Entered: 04/28/2021) |
| 04/29/2021 | 1768 | First MOTION to Appear Pro Hac Vice by Martin G. Rubenstein, Esquire.( Filing fee $ 208 receipt number AFLNDC-6068880.) by NOTICE ONLY. (RUBENSTEIN, MARTIN) Modified on 4/29/2021 to remove attorney from docket and added as NOTICE ONLY party (djb). (Entered: 04/29/2021) |

| 04/29/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1768 First MOTION to Appear Pro Hac Vice by Martin G. Rubenstein, Esquire. (djb) (Entered: 04/29/2021) |
| --- | --- | --- |
| 04/29/2021 | 1769 | ORDER granting 1768 Motion to Appear Pro Hac Vice (Appointed MARTIN GLENN RUBENSTEIN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/29/2021. (djb) (Entered: 04/29/2021) |
| 04/30/2021 | 1770 | MOTION to Appear Pro Hac Vice by Patrick Philip Sandman.( Filing fee $ 208 receipt number AFLNDC-6073376.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A (Certificate of Good Standing)) (SANDMAN, PATRICK) (Entered: 04/30/2021) |
| 04/30/2021 | 1771 | NOTICE of Appearance by ALEXANDRA M WALSH on behalf of NOTICE ONLY (WALSH, ALEXANDRA) (Entered: 04/30/2021) |
| 05/02/2021 | 1772 | PRETRIAL ORDER NO. 75. Trial Time Allocation in McCombs. Signed by JUDGE M CASEY RODGERS on 5/2/2021. (hhd) (Entered: 05/02/2021) |
| 05/02/2021 | 1773 | PRETRIAL ORDER NO. 76. Juror questionnaires in McCombs. Signed by JUDGE M CASEY RODGERS on 5/2/2021. (Attachments: # 1 Exhibit A - Verification of Compliance with Pretrial Order No. 76 and Destruction of Juror Questionnaires) (hhd) (Entered: 05/02/2021) |
| 05/03/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1770 MOTION to Appear Pro Hac Vice by Patrick Philip Sandman. (djb) (Entered: 05/03/2021) |
| 05/03/2021 | 1774 | ORDER granting 1770 Motion to Appear Pro Hac Vice (Appointed PATRICK PHILIP SANDMAN for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 5/3/2021. (djb) (Entered: 05/03/2021) |
| 05/07/2021 | 1775 | NOTICE of Appearance by LESLEY CATHERINE PANISZCZYN on behalf of NOTICE ONLY (Attachments: # 1 Exhibit Case List) (PANISZCZYN, LESLEY) (Entered: 05/07/2021) |
| 05/07/2021 | 1776 | NOTICE of Appearance by REBECCA LAINE FREDONA on behalf of NOTICE ONLY (FREDONA, REBECCA) (Entered: 05/07/2021) |
| 05/10/2021 | 1777 | MOTION to Appear Pro Hac Vice by John J. Van Dyken.( Filing fee $ 208 receipt number AFLNDC-6084834.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (VAN DYKEN, JOHN) (Entered: 05/10/2021) |
| 05/10/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1777 MOTION to Appear Pro Hac Vice by John J. Van Dyken. (djb) (Entered: 05/10/2021) |
| 05/10/2021 | 1778 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-105) - 10 action(s) re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 5/10/2021. (Attachments: # 1 CTO-105 Finalized) (djb) (Main Document 1778 replaced on 5/10/2021) (djb). (Entered: 05/10/2021) |
| 05/10/2021 | 1779 | ORDER granting 1777 Motion to Appear Pro Hac Vice (Appointed JOHN JACOB VAN DYKEN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/10/2021. (djb) (Entered: 05/10/2021) |

| 05/11/2021 | 1780 | ORDER. The parties' omnibus motions to exclude expert opinions under Rule 702 and Daubert, ECF Nos. 1595 and 1605 , are granted in part and denied in part, consistent with this Order, with respect to Dennis Driscoll, Dr. Mark Packer's PTSD opinion in Baker, and Dr. Marc Fagelson's PTSD and sleep disorder opinion in McCombs. Signed by JUDGE M CASEY RODGERS on 5/11/2021. (djb) (Entered: 05/11/2021) |
| --- | --- | --- |
| 05/11/2021 | 1781 | NOTICE of Appearance by THOMAS J HENRY on behalf of NOTICE ONLY (Attachments: # 1 Exhibit Case List) (HENRY, THOMAS) (Entered: 05/11/2021) |
| 05/11/2021 | 1782 | NOTICE of Change of Address by DAVID J DIAMOND (DIAMOND, DAVID) (Entered: 05/11/2021) |
| 05/12/2021 | 1783 | ORDER. Plaintiffs' 1763 Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records is GRANTED, as requested. Signed by JUDGE M CASEY RODGERS on 5/12/2021. (djb) (Entered: 05/12/2021) |
| 05/12/2021 | 1784 | PRIVACY ACT ORDER NO. 34. Plaintiffs' 1764 Unopposed Motion to Authorize Disclosure of Military Records, is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 1764 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 5/12/2021. (djb) (Entered: 05/12/2021) |
| 05/13/2021 | 1785 | MOTION to Appear Pro Hac Vice by Christopher B. Hood.( Filing fee $ 208 receipt number AFLNDC-6091654.) by NOTICE ONLY. (HOOD, CHRISTOPHER) (Entered: 05/13/2021) |
| 05/13/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1785 MOTION to Appear Pro Hac Vice by Christopher B. Hood. (djb) (Entered: 05/13/2021) |
| 05/13/2021 | 1786 | ORDER granting 1785 Motion to Appear Pro Hac Vice (Appointed CHRISTOPHER BOYCE HOOD for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/13/2021. (djb) (Entered: 05/13/2021) |
| 05/18/2021 | 1787 | MOTION to Appear Pro Hac Vice by Megan L. Odom.( Filing fee $ 208 receipt number AFLNDC-6096368.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (ODOM, MEGAN) (Entered: 05/18/2021) |
| 05/18/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1787 MOTION to Appear Pro Hac Vice by Megan L. Odom. (djb) (Entered: 05/18/2021) |
| 05/18/2021 | 1788 | ORDER granting 1787 Motion to Appear Pro Hac Vice (Appointed MEGAN L ODOM for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/18/2021. (djb) (Entered: 05/18/2021) |
| 05/18/2021 | 1789 | NOTICE of Appearance by MEGAN L ODOM on behalf of NOTICE ONLY (ODOM, MEGAN) (Entered: 05/18/2021) |
| 05/19/2021 | 1790 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-106) - 13 actions re: MDLNo. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 5/19/2021. (Attachments: # 1 CTO-106 Finalized) (djb) (Entered: 05/19/2021) |
| 05/20/2021 | 1791 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Reords* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 05/20/2021) |
| 05/20/2021 | 1792 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of* |

| | | |
|---|---|---|
| | | *Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 COVER - Filed Under Seal, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 6/2/2021) (djb). (Entered: 05/20/2021) |
| 05/20/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1791 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, re: 1792 Plaintiffs Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 05/20/2021) |
| 05/21/2021 | 1793 | ORDER - Pursuant to 442 Pretrial Order No. 9, ECF No. 442 , and the Court's October 24, 2019, Order amending the parties' sealing protocol, ECF No. 788 , the parties are advised that on Tuesday, **May 25, 2021**, the undersigned will direct the Clerk of Court to unseal the following sealed motions (see order), as well as any accompanying exhibits, responses, or related memoranda initially filed under seal. Signed by MAGISTRATE JUDGE GARY R JONES on 5/21/2021. (djb) (Entered: 05/21/2021) |
| 05/24/2021 | 1794 | NOTICE of Appearance by CHRISTINE MARIE BAKER on behalf of NOTICE ONLY (BAKER, CHRISTINE) (Entered: 05/24/2021) |
| 05/26/2021 | 1795 | PRETRIAL ORDER NO. 77 Plaintiff Leadership Reappointments. Signed by JUDGE M CASEY RODGERS on 5/26/2021. (djb) (Entered: 05/26/2021) |
| 05/28/2021 | 1796 | PRETRIAL ORDER NO. 78. Juror questionnaires in Baker. Signed by JUDGE M CASEY RODGERS on 5/28/2021. (Attachments: # 1 Exhibit A) (hhd) (Entered: 05/28/2021) |
| 05/28/2021 | 1797 | PRETRIAL ORDER NO. 79. Trial Time Allocation in Baker. Signed by JUDGE M CASEY RODGERS on 5/28/2021. (hhd) (Entered: 05/28/2021) |
| 06/01/2021 | 1798 | NOTICE of Appearance by LESLEY CATHERINE PANISZCZYN on behalf of NOTICE ONLY (Attachments: # 1 Exhibit Case List) (PANISZCZYN, LESLEY) (Entered: 06/01/2021) |
| 06/02/2021 | 1799 | ORDER Plaintiffs' 1791 Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records is GRANTED, as requested. Signed by JUDGE M CASEY RODGERS on 6/2/2021. (djb) (Entered: 06/02/2021) |
| 06/02/2021 | 1800 | PRIVACY ACT ORDER NO. 35. Plaintiffs' 1792 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs motion, ECF No. 1792 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 6/2/2021. (djb) (Entered: 06/02/2021) |
| 06/03/2021 | 1801 | ORDER SETTING TRIAL AND PRETRIAL SCHEDULE. Bellwether Plaintiff Joseph Taylor's trial will begin **September 20, 2021** and conclude by Friday, October 1, 2021. A pretrial conference will be held on **September 3, 2021**, beginning at 8:30AM. The attorney's conference required by paragraph III must be held no later than **July 30, 2021**. The pretrial stipulation and other papers required by paragraphs IV and V must be filed no later than **August 16, 2021**. Motions in limine regarding evidentiary matters known to counsel or those that should be reasonably anticipated must be filed no later than **August 16, 2021, with responsive memoranda due within five (5) calendar days**. Signed by JUDGE M CASEY RODGERS on 6/3/2021. (Attachments: # 1 Exhibit A) (hhd) (Main Document 1801 replaced on 6/4/2021) (djb). (Entered: 06/03/2021) |
| 06/03/2021 | 1802 | ORDER SETTING TRIAL AND PRETRIAL SCHEDULE. Bellwether Plaintiff Michelle Blum's trial will begin **October 18, 2021** and conclude by Friday, October 29, 2021. A pretrial conference will be held on **October 7, 2021**, beginning at 8:30AM. The |

| | | attorney's conference required by paragraph III must be held no later than **September 3, 2021**. The pretrial stipulation and other papers required by paragraphs IV and V must be filed no later than **September 13, 2021**. Motions in limine regarding evidentiary matters known to counsel or those that should be reasonably anticipated must be filed no later than **September 13, 2021, with responsive memoranda due within five (5) calendar days**. Signed by JUDGE M CASEY RODGERS on 6/3/2021. (Attachments: # 1 Exhibit A) (hhd) (Entered: 06/03/2021) |
|---|---|---|
| 06/04/2021 | 1803 | MOTION to Appear Pro Hac Vice by Micah Brown.( Filing fee $ 208 receipt number BFLNDC-6121914.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROWN, MICAH) (Entered: 06/04/2021) |
| 06/07/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1803 MOTION to Appear Pro Hac Vice by Micah Brown. (djb) (Entered: 06/07/2021) |
| 06/07/2021 | 1804 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-107) - 1 action re: MDL No. 2885. (1 in CO/1:21-cv-01304) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 6/7/2021. (Attachments: # 1 CTO-107 Finalized) (djb) (Entered: 06/07/2021) |
| 06/07/2021 | 1805 | ORDER granting 1803 Motion to Appear Pro Hac Vice (Appointed MICAH DAVID BROWN for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 6/7/2021. (djb) (Entered: 06/07/2021) |
| 06/07/2021 | 1806 | MOTION to Appear Pro Hac Vice by Daniel J Harrison.( Filing fee $ 208 receipt number AFLNDC-6122843.) by NOTICE ONLY. (Attachments: # 1 Exhibit Cert of Good Standing) (HARRISON, DANIEL) (Entered: 06/07/2021) |
| 06/07/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1806 Motion to Appear Pro Hac Vice (djb) (Entered: 06/07/2021) |
| 06/07/2021 | 1807 | ORDER - The 1806 Motion to Appear Pro Hac Vice is DENIED without prejudice for failure to identify any individual case pending within the MDL in which counsel appears as attorney of record. Signed by JUDGE M CASEY RODGERS on 6/7/2021. (djb) (Entered: 06/07/2021) |
| 06/07/2021 | 1808 | MOTION Amended Pro Hac Vice Application by THOMAS R SABOL, PHILLIP MCDONOUGH. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Confirmation of Passing Test) (BAKER, MITCHELL) (Entered: 06/07/2021) |
| 06/07/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1808 Amended MOTION Pro Hac Vice Application by Mitchell J. Baker (djb) (Entered: 06/07/2021) |
| 06/07/2021 | 1809 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 06/07/2021) |
| 06/07/2021 | 1810 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 Cover - SEALED, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 6/10/2021) (djb). (Entered: 06/07/2021) |

| 06/07/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1809 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, re: 1810 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records. (djb) (Entered: 06/07/2021) |
|---|---|---|
| 06/07/2021 | 1811 | ORDER - Mitchell J. Baker's 1808 Amended Motion to Appear Pro Hac Vice is DENIED without prejudice for failure to provide a Certificate of Good Standing dated within 30 days of the motion. Signed by JUDGE M CASEY RODGERS on 6/7/2021. (djb) (Entered: 06/07/2021) |
| 06/07/2021 | 1812 | MOTION to Appear Pro Hac Vice by Kyle DeCamp.( Filing fee $ 208 receipt number AFLNDC-6124046.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (DECAMP, KYLE) (Entered: 06/07/2021) |
| 06/08/2021 | 1813 | ACKNOWLEDGMENT *and Verification of Compliance with PTO Order No. 78 and Destruction of Juror Questionnaires.* (BRANSCOME, KIMBERLY) (Entered: 06/08/2021) |
| 06/08/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1812 MOTION to Appear Pro Hac Vice by Kyle DeCamp. (djb) (Entered: 06/08/2021) |
| 06/08/2021 | 1814 | NOTICE of Change of Address by ROBERT W COWAN (COWAN, ROBERT) (Entered: 06/08/2021) |
| 06/09/2021 | 1815 | Amended MOTION re 1806 Motion to Appear Pro Hac Vice, by NOTICE ONLY. (Attachments: # 1 Exhibit Cert of Good Standing) (HARRISON, DANIEL) Modified on 6/9/2021 (djb). (Entered: 06/09/2021) |
| 06/09/2021 | 1816 | Amended MOTION to Appear Pro Hac Vice by by Mitchell Baker. (Attachments: # 1 Exhibit Good Standing Certificate) by NOTICE ONLY. (BAKER, MITCHELL) Modified on 6/9/2021 (djb). (Entered: 06/09/2021) |
| 06/09/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1815 Amended MOTION to Appear Pro Hac Vice by Daniel Harrison; 1816 Amended MOTION to Appear Pro Hac Vice by Mitchell Baker. (djb) (Entered: 06/09/2021) |
| 06/09/2021 | 1817 | ORDER granting 1812 Motion to Appear Pro Hac Vice (Appointed KYLE RICHARD DECAMP for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 6/9/2021. (djb) (Entered: 06/09/2021) |
| 06/09/2021 | 1818 | ORDER granting 1815 Amended Motion to Appear Pro Hac Vice (Appointed for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/9/2021. (djb) (Entered: 06/09/2021) |
| 06/09/2021 | 1819 | ORDER granting 1816 Amended MOTION to Appear Pro Hac Vice. Attorney MITCHELL J BAKER for NOTICE ONLY added. Signed by JUDGE M CASEY RODGERS on 6/9/2021. (djb) (Entered: 06/09/2021) |
| 06/10/2021 | 1820 | ORDER granting 1809 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, as requested. Signed by JUDGE M CASEY RODGERS on 6/10/2021. (djb) (Entered: 06/10/2021) |
| 06/10/2021 | 1821 | PRIVACY ACT ORDER NO. 36. The 1810 Plaintiffs' Unopposed Motion to Authorize |

| | | |
|---|---|---|
| | | Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 1810 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 6/10/2021. (djb) (Entered: 06/10/2021) |
| 06/10/2021 | 1822 | PRETRIAL ORDER NO. 80. This Order relates to the issue of consolidation of the above-captioned Group B cases that have not yet been set for trial. The Court is inclined to consolidate three bellwether cases in Group B, Hensley, Sloan, and Wayman, for trial in January 2022. However, the Court will consider briefing from the parties before making a final decision on consolidation. Each side must file simultaneous briefs no longer than 15 pages, double-spaced, 14-point font, on or before **Friday, June 25, 2021**. No responses or replies will be permitted. Signed by JUDGE M CASEY RODGERS on 6/10/2021. (djb) (Entered: 06/10/2021) |
| 06/11/2021 | 1823 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-108) - 1 action re: (1 in LAE/2:21-cv-01041, in MDL No. 2885) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 6/11/2021. (Attachments: # 1 CTO-108 Finalized) (djb) (Entered: 06/11/2021) |
| 06/14/2021 | 1824 | ORDER - The 20th Case Management Conference will be held on **Friday, July 9, 2021 at 10AM central**. A pre-conference meeting with lead counsel will begin at 8:30AM. Signed by JUDGE M CASEY RODGERS on 6/14/2021. (djb) (Entered: 06/14/2021) |
| 06/17/2021 | 1825 | NOTICE of Appearance by MITCHELL J BAKER on behalf of NOTICE ONLY, THOMAS R SABOL (BAKER, MITCHELL) (Entered: 06/17/2021) |
| 06/17/2021 | 1826 | NOTICE of Appearance by MITCHELL J BAKER on behalf of PHILLIP MCDONOUGH (BAKER, MITCHELL) (Entered: 06/17/2021) |
| 06/25/2021 | 1827 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 06/25/2021) |
| 06/25/2021 | 1828 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 Cover - SEALED, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 7/6/2021) (djb). (Entered: 06/25/2021) |
| 06/25/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1827 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, re: 1828 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 06/25/2021) |
| 06/25/2021 | 1829 | Sealed Plaintiffs' Memorandum of Law in Support of Consolidation. (Attachments: # 1 Declaration of Bryan F. Aylstock in Support of Plaintiffs' Memorandum of Law In Support of Consolidation, # 2 Exhibit PX1, # 3 Exhibit PX2, # 4 Exhibit PX3, # 5 Exhibit PX4, # 6 Exhibit PX5, # 7 Exhibit PX6) (djb) (Entered: 06/28/2021) |
| 06/25/2021 | 1830 | Sealed Defendants' Response to Pretrial Order No. 80 Regarding Consolidation of Group B Cases for Trial. (Attachments: # 1 Exhibit 01, # 2 Exhibit 02, # 3 Exhibit 03, # 4 Exhibit 04, # 5 Exhibit 05, # 6 Exhibit 06, # 7 Exhibit 07, # 8 Exhibit 08, # 9 Exhibit 09, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15) (djb) (Entered: 06/28/2021) |
| 06/28/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1830 Sealed Defendants' Response to Pretrial Order No. 80 Regarding Consolidation of Group B Cases for Trial, 1829 Sealed |

| | | |
|---|---|---|
| | | Plaintiffs' Memorandum of Law in Support of Consolidation, re: 1822 Pretrial Order No. 80. (djb) (Entered: 06/28/2021) |
| 06/28/2021 | 1831 | ORDER - The 20th Case Management Conference that was previously scheduled for **Friday, July 9, 2021** at 10AM central, see ECF No. 1824 , is hereby rescheduled to begin at **8:30AM central**. Additionally, the parties' joint proposed conference agenda should be submitted no later than Friday, July 2, 2021. Signed by JUDGE M CASEY RODGERS on 6/28/2021. (djb) (Entered: 06/28/2021) |
| 06/29/2021 | 1832 | DOCKET ANNOTATION BY COURT: Please continue to use the same Conference Call Instructions found at 5 Notice from Clerk to Counsel (shown below) for 1831 Order setting the 20th Case Management Conference to begin at **8:30 AM Central on Friday, July 9, 2021** (and for all future CMCs).<br><br>-To connect to the conference call please dial: 1-888-684-8852<br><br>-You will be prompted for the access code which is: 8296522#<br><br>-Once the host has connected, you will be prompted for the security code which is: 3192885#<br><br>Please DO NOT place your phone on hold; otherwise, everyone will hear your office "music on hold." (sps) (Entered: 06/29/2021) |
| 07/02/2021 | 1833 | ORDER granting 1829 Plaintiffs' Memorandum of Law in Support of Consolidation. Case Nos. 7:20cv093 (Marcus Hensley), 7:20cv001 (Ronald Sloan), and 7:20cv149 (William Wayman) will be consolidated for trial in January 2022. An order setting trial will follow separately. Signed by JUDGE M CASEY RODGERS on 7/2/2021. (hhd) (Entered: 07/02/2021) |
| 07/02/2021 | 1834 | ORDER granting 1827 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 7/2/2021. (djb) (Entered: 07/06/2021) |
| 07/02/2021 | 1835 | PRIVACY ACT ORDER NO. 37. The 1828 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 1828 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 7/2/2021. (djb) (Entered: 07/06/2021) |
| 07/09/2021 | 1836 | MOTION to Appear Pro Hac Vice by James E. Cazalot, Jr.( Filing fee $ 208 receipt number AFLNDC-6176077.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (CAZALOT, JAMES) Modified on 7/12/2021 to correct Filer to NOTICE ONLY(djb). (Entered: 07/09/2021) |
| 07/09/2021 | 1837 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: 20th Case Management Conference held on 7/9/2021. (Court Reporter Donna Boland.) (sps) (Entered: 07/10/2021) |
| 07/12/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1836 MOTION to Appear Pro Hac Vice by James E. Cazalot, Jr.. (djb) (Entered: 07/12/2021) |
| 07/12/2021 | 1838 | ORDER granting 1836 Motion to Appear Pro Hac Vice (Appointed JAMES E CAZALOT, JR for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/12/2021. (djb) (Entered: 07/12/2021) |
| 07/12/2021 | 1839 | CASE MANAGEMENT ORDER NO. 20. The Twentieth Case Management Conference (CMC) in this matter was held on July 9, 2021. This Order serves as a non- |

| | | exhaustive recitation of the key points of discussion during the conference. Case management conferences are scheduled on the following upcoming dates at 10AM central: **August 20, 2021**. Signed by JUDGE M CASEY RODGERS on 7/12/2021. (djb) (Entered: 07/12/2021) |
|---|---|---|
| 07/13/2021 | 1840 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 07/13/2021) |
| 07/13/2021 | 1841 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A - UNDER SEAL, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 1 replaced on 7/14/2021) (djb). (Entered: 07/13/2021) |
| 07/13/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1840 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, re: 1841 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 07/13/2021) |
| 07/14/2021 | 1842 | ORDER - The 1840 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records is GRANTED, as requested. Signed by JUDGE M CASEY RODGERS on 7/14/2021. (djb) (Entered: 07/14/2021) |
| 07/14/2021 | 1843 | PRIVACY ACT ORDER NO. 38. The 1841 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibit A to Plaintiffs' motion, ECF No. 1841 -1, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 7/14/2021. (djb) (Entered: 07/14/2021) |
| 07/19/2021 | 1844 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 07/19/2021) |
| 07/19/2021 | 1845 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 Cover - SEALED, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 7/20/2021) (djb). (Entered: 07/19/2021) |
| 07/19/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1844 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, re 1845 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 07/19/2021) |
| 07/20/2021 | 1846 | ORDER. The 1844 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records is GRANTED, as requested. Signed by JUDGE M CASEY RODGERS on 7/20/2021. (djb) (Entered: 07/20/2021) |
| 07/20/2021 | 1847 | PRIVACY ACT ORDER NO. 39. The 1845 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 1845 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 7/20/2021. (djb) (Entered: 07/20/2021) |
| 07/28/2021 | 1848 | PRETRIAL ORDER NO. 81. Census form and Addendum A deadlines. Signed by JUDGE M CASEY RODGERS on 7/28/2021. (Attachments: # 1 Exhibit A - Addendum A) (hhd) (Entered: 07/28/2021) |

| 07/30/2021 | 1849 | MOTION to Appear Pro Hac Vice by Steven Craig Czak.( Filing fee $ 208 receipt number AFLNDC-6212702.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing (Steven Czak)) (CZAK, STEVEN) (Entered: 07/30/2021) |
| --- | --- | --- |
| 07/30/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1849 MOTION to Appear Pro Hac Vice by Steven Craig Czak. (djb) (Entered: 07/30/2021) |
| 07/30/2021 | 1850 | ORDER granting 1849 Motion to Appear Pro Hac Vice (Appointed STEVEN CRAIG CZAK for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 7/30/2021. (djb) (Entered: 08/02/2021) |
| 08/03/2021 | 1851 | ORDER - Plaintiffs have submitted a letter to the Court requesting guidance regarding the deposition of Col. (Ret.) Jay Vietas. Due to the time sensitivity of this issue, the Court will require expedited briefing. Defendants are required to submit their motion for leave to reopen discovery for the purpose of cross-noticing and taking Col. Vietas' deposition by **8/10/2021** at 5PM CT. Plaintiffs response will be due on **8/17/2021** at 5PM CT. Signed by JUDGE M CASEY RODGERS on 8/3/2021. (djb) (Entered: 08/03/2021) |
| 08/04/2021 | 1852 | PRETRIAL ORDER NO. 82. Trial Time Allocations in Adkins and Blum. Signed by JUDGE M CASEY RODGERS on 8/4/2021. (djb) (Entered: 08/04/2021) |
| 08/04/2021 | 1853 | PRETRIAL ORDER NO. 83. Juror Questionnaires. Signed by JUDGE M CASEY RODGERS on 8/4/2021. (Attachments: # 1 Exhibit A - Juror Questionnaire) (djb) (Entered: 08/04/2021) |
| 08/04/2021 | 1854 | PRETRIAL ORDER NO. 84. Signed by JUDGE M CASEY RODGERS on 8/4/2021. (Attachments: # 1 Exhibit A) (djb) (Entered: 08/04/2021) |
| 08/04/2021 | 1855 | PRETRIAL ORDER NO. 85. Juror Questionnaires. Signed by JUDGE M CASEY RODGERS on 8/4/2021. (Attachments: # 1 Exhibit A - Juror Questionnaire) (djb) (Entered: 08/04/2021) |
| 08/06/2021 | 1863 | SEALED PLAINTIFFS' OMNIBUS MOTION AND MEMORANDUM OF LAW TO EXCLUDE DEFENDANTS' EXPERT OPINIONS AND TESTIMONY by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 2 Declaration of Bryan F. Aylstock in Support, # 3 Exhibit PX-1, # 4 Exhibit PX-2, # 5 Exhibit PX-3, # 6 Exhibit PX-4, # 6 Exhibit PX-5, # 7 Exhibit PX-6, # 8 Exhibit PX-7, # 9 Exhibit PX-8, # 10 Exhibit PX-9, # 11 Exhibit PX-10, # 12 Exhibit PX-11, # 13 Exhibit PX-12, # 14 Exhibit PX-13, # 15 Exhibit PX-14, # 16 Exhibit PX-15, # 17 Exhibit PX-16, # 18 Exhibit PX-17, # 19 Exhibit PX-18, # 20 Exhibit PX-19, # 21 Exhibit PX-20, # 22 Exhibit PX-21, # 23 Exhibit PX-22, # 24 Exhibit PX-23, # 25 Exhibit PX-24, # 26 Exhibit PX-25, # 27 Exhibit PX-26, # 28 Exhibit PX-27, # 29 Exhibit PX-28, # 30 Exhibit PX-29, # 31 Exhibit PX-30, # 32 Exhibit PX-31, # 33 Exhibit PX-32, # 34 Exhibit PX-33, # 35 Exhibit PX-34, # 36 Exhibit PX-35, # 37 Exhibit PX-36, # 38 Exhibit PX-37) (djb) (Entered: 08/13/2021) |
| 08/06/2021 | 1864 | SEALED DEFENDANTS' OMNIBUS MOTION TO EXCLUDE PLAINTIFFS' GROUP B PUTATIVE EXPERT OPINIONS UNDER DAUBERT AND RULE 702 AND INCORPORATED MEMORANDUM by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 |

|  |  | Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 54, # 54 Exhibit 55, # 55 Exhibit 56, # 56 Exhibit 57, # 57 Exhibit 58) (djb) (Entered: 08/13/2021) |
|---|---|---|
| 08/06/2021 | 1865 | SEALED PLAINTIFFS' MOTION TO PRESERVE GENERAL DAUBERT MOTIONS PREVIOUSLY RULED UPON by LEAD COUNSEL FOR PLAINTIFFS. (djb) (Entered: 08/13/2021) |
| 08/06/2021 | 1866 | SEALED DEFENDANTS' MOTION TO PRESERVE DAUBERT AND RULE 702 MOTIONS AND ARGUMENTS PREVIOUSLY RULED UPON by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (djb) (Entered: 08/13/2021) |
| 08/09/2021 | 1856 | NOTICE of Withdrawal of Counsel and Request for Removal from Service List by NOTICE ONLY (LUKIC, MICHELLE) (Entered: 08/09/2021) |
| 08/09/2021 | 1857 | MOTION to Seal Document Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 08/09/2021) |
| 08/09/2021 | 1858 | MOTION for Disclosure Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 Cover - SEALED, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 8/10/2021) (djb). (Entered: 08/09/2021) |
| 08/09/2021 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1857 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, re: 1858 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 08/09/2021) |
| 08/10/2021 | 1859 | PRETRIAL ORDER NO. 86. This Order governs the parties witness lists, deposition designations, exhibit lists, and pretrial motions for the Blum trial. The Court adopts the deadlines and time limitations proposed by the parties in Exhibit A. Signed by JUDGE M CASEY RODGERS on 8/10/2021. (Attachments: # 1 Exhibit A) (djb) (Entered: 08/10/2021) |
| 08/10/2021 | 1860 | ORDER granting 1857 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 8/10/2021. (djb) (Entered: 08/10/2021) |
| 08/10/2021 | 1861 | PRIVACY ACT ORDER NO. 40. Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records, ECF No. 1858 , is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 1858 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 8/10/2021. (djb) (Entered: 08/10/2021) |
| 08/10/2021 | 1862 | MOTION for Leave to File /Cross Notice the Deposition of Jay A. Vietas by 3M |

| | | |
|---|---|---|
| | | COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 18) (BROCK, ROBERT) (Entered: 08/10/2021) |
| 08/16/2021 | 1867 | NOTICE of Appearance by REBECCA LAINE FREDONA on behalf of NOTICE ONLY (FREDONA, REBECCA) (Entered: 08/16/2021) |
| 08/17/2021 | 1868 | MOTION to Appear Pro Hac Vice by Kathryn Lee Couey.(Filing fee $208. Receipt FLN3-14801) by NOTICE ONLY. (Attachments: # 1 Certificate of Good Standing) (djb) (Entered: 08/17/2021) |
| 08/17/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1868 MOTION to Appear Pro Hac Vice by Kathryn Lee Couey. (djb) (Entered: 08/17/2021) |
| 08/17/2021 | 1869 | ORDER granting 1868 Motion to Appear Pro Hac Vice (Appointed KATHRYN LEE COUEY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/17/2021. (djb) (Entered: 08/17/2021) |
| 08/17/2021 | 1870 | RESPONSE in Opposition re 1862 MOTION for Leave to File *Cross Notice the Deposition of Jay A. Vietas Plaintiffs' Opposition to Defendants' Motion to Reopen Discovery* filed by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (AYLSTOCK, BRYAN) (Entered: 08/17/2021) |
| 08/17/2021 | 1871 | Sealed Plaintiffs' Memorandum on Choice of Law for Bellwether Group C. (Attachments: # 1 Declaration of Bryan F. Aylstock in Support of Plaintiffs' Memorandum on Choice of Law for Bellwether Group C, # 2 Exhibit PX 01, # 3 Exhibit PX 02, # 4 Exhibit PX 03, # 5 Exhibit PX 04, # 6 Exhibit PX 05, # 7 Exhibit PX 06, # 8 Exhibit PX 07, # 9 Exhibit PX 08, # 10 Exhibit PX 09, # 11 Exhibit PX 10, # 12 Exhibit PX 11, # 13 Exhibit PX 12, # 14 Exhibit PX 13, # 15 Exhibit PX 14, # 16 Exhibit PX 15) (djb) (Entered: 08/18/2021) |
| 08/17/2021 | 1872 | Sealed Defendants' Brief Regarding Choice of Law of Group C Plaintiffs'. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23) (djb) (Entered: 08/18/2021) |
| 08/18/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1862 MOTION for Leave to File/Cross Notice the Deposition of Jay A. Vietas, 1870 Response in Opposition to Motion, (djb) (Entered: 08/18/2021) |
| 08/18/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1872 Sealed Defendants' Brief Regarding Choice of Law of Group C Plaintiffs', 1871 Sealed Plaintiffs' Memorandum on Choice of Law for Bellwether Group C. (djb) (Entered: 08/18/2021) |
| 08/18/2021 | 1873 | RESPONSE in Opposition re 1862 MOTION for Leave to File *Cross Notice the Deposition of Jay A. Vietas Plaintiffs' Amended Opposition to Defendants' Motion to Reopen Discovery* filed by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (AYLSTOCK, BRYAN) (Entered: 08/18/2021) |

| 08/18/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1873 Plaintiffs' Amended Opposition to Motion, 1862 MOTION for Leave to File /Cross Notice the Deposition of Jay A. Vietas (djb) (Entered: 08/18/2021) |
|---|---|---|
| 08/19/2021 | 1874 | ORDER. Defendants' Motion for Leave to Cross Notice the Deposition of Jay A. Vietas, ECF No. 1862 , is DENIED. Signed by JUDGE M CASEY RODGERS on 8/19/2021. (jff) Modified on 8/20/2021 (djb). (Entered: 08/19/2021) |
| 08/20/2021 | 1875 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings 20TH CASE MANAGEMENT CONFERENCE held on July 9, 2021, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland. ***FOR TRANSCRIPT COPIES Email: Donna_Boland@flnd.uscourts.gov.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **8/27/2021**. Release of Transcript Restriction set for **11/26/2021**. (dlb) (Entered: 08/20/2021) |
| 08/20/2021 | 1876 | CASE MANAGEMENT ORDER NO. 22 (9/3/2021). (Previously titled PRETRIAL ORDER NO. 87). This Order is hereby retitled as Case Management Order No. 22. Order requiring Plaintiffs transition 1,358 cases from Administrative Docket to Active Docket. Signed by JUDGE M CASEY RODGERS on 8/20/2021. (Transition Deadline - by **9/20/2021**.) (Attachments: # 1 Exhibit A) (djb) Modified on 9/3/2021 (djb). Modified on 9/23/2021 (djb). (Entered: 08/20/2021) |
| 08/20/2021 | 1877 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings 21ST CASE MANAGEMENT CONFERENCE held on August 20, 2021, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, ***FOR TRANSCRIPT COPIES Email: Donna_Boland@flnd.uscourts.gov.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **8/27/2021**. Release of Transcript Restriction set for **11/26/2021**. (dlb) (Entered: 08/20/2021) |
| 08/20/2021 | 1879 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS:21st Case Management Conference held on 8/20/2021. (Court Reporter Donna Boland.) (blr) (Entered: 08/24/2021) |
| 08/24/2021 | 1878 | MOTION to Appear Pro Hac Vice by Eric J. Haag.( Filing fee $ 208 receipt number AFLNDC-6264547.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (HAAG, ERIC) Modified on 8/24/2021 to correct filer name to NOTICE ONLY (plaintiff removed from docket) (djb). (Entered: 08/24/2021) |
| 08/24/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1878 MOTION to Appear Pro Hac Vice by Eric J. Haag. (djb) (Entered: 08/24/2021) |
| 08/24/2021 | 1880 | ORDER granting 1878 Motion to Appear Pro Hac Vice (Appointed ERIC J HAAG for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/24/2021. (djb) (Entered: 08/24/2021) |
| 08/24/2021 | 1881 | CASE MANAGEMENT ORDER NO. 21. The Twenty-First Case Management |

| | | |
|---|---|---|
| | | Conference (CMC) was held on August 20, 2021. This Order serves as a non-exhaustive recitation of the key points of discussion during the conference. Signed by JUDGE M CASEY RODGERS on 8/24/2021. (djb) (Entered: 08/24/2021) |
| 08/25/2021 | 1882 | ORDER The Court will hold an evidentiary hearing at **8:00 AM CT on Tuesday, August 31, 2021**, to hear expert testimony regarding the general scientific reliability of a hidden hearing loss and/or cochlear synaptopathy diagnosis. Additionally, the Court will hold the Bellwether Group C choice of law evidentiary hearing immediately following the Daubert hearing. Witnesses may appear by Zoom; however, counsel participating in the hearing must attend in person. The parties should meet and confer on the order of presentations and provide the Court with a proposed schedule by August 28th at 5PM CT. Signed by JUDGE M CASEY RODGERS on 8/25/2021. (djb) (Entered: 08/25/2021) |
| 08/26/2021 | 1883 | MOTION to Appear Pro Hac Vice by Thomas J. Lech.( Filing fee $ 208 receipt number AFLNDC-6269322.) by NOTICE ONLY. (Attachments: # 1 Exhibit A- Certificate of Good Standing) (LECH, THOMAS) (Entered: 08/26/2021) |
| 08/26/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1883 MOTION to Appear Pro Hac Vice by Thomas J. Lech. (djb) (Entered: 08/26/2021) |
| 08/26/2021 | 1884 | NOTICE *Joint Stipulation Regarding Choice of Law Fact-Finding* by LEAD COUNSEL FOR PLAINTIFFS (AYLSTOCK, BRYAN) (Entered: 08/26/2021) |
| 08/26/2021 | 1885 | MOTION to Appear Pro Hac Vice by Matthew S. Hosen.( Filing fee $ 208 receipt number AFLNDC-6269497.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A - Certificate of Standing (California), # 2 Exhibit Exhibit B - Certificate of Standing (Washington)) (HOSEN, MATTHEW) (Entered: 08/26/2021) |
| 08/26/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1884 Notice Joint Stipulation Regarding Choice of Law Fact-Finding (djb) (Entered: 08/26/2021) |
| 08/26/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1885 MOTION to Appear Pro Hac Vice by Matthew S. Hosen. (djb) (Entered: 08/26/2021) |
| 08/27/2021 | 1886 | ORDER granting 1883 Motion to Appear Pro Hac Vice (Appointed THOMAS J LECH for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/27/2021. (mb) (Entered: 08/27/2021) |
| 08/27/2021 | 1887 | ORDER granting 1885 Motion to Appear Pro Hac Vice (Appointed MATTHEW STEVEN HOSEN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/27/2021. (mb) (Entered: 08/27/2021) |
| 08/27/2021 | 1888 | NOTICE of Appearance by THOMAS J LECH on behalf of NOTICE ONLY (LECH, THOMAS) (Entered: 08/27/2021) |
| 08/27/2021 | 1889 | NOTICE of Appearance by MATTHEW STEVEN HOSEN on behalf of NOTICE ONLY (HOSEN, MATTHEW) (Entered: 08/27/2021) |
| 08/27/2021 | 1890 | MOTION to Appear Pro Hac Vice by Brandon C. Francis.( Filing fee $ 208 receipt number AFLNDC-6272392.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (FRANCIS, BRANDON) (Entered: 08/27/2021) |
| 08/27/2021 | 1891 | Sealed DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO PRESERVER GENERAL DAUBERT MOTIONS PREVIOUSLY RULED UPON. (djb) (Entered: 08/30/2021) |

| 08/27/2021 | 1892 | Sealed Defendants' Response to Plaintiffs' Omnibus Motion and Memorandum of Law to Exclude Defendants' Group B Expert Opinions and Testimony. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51) (djb) (Entered: 08/30/2021) |
| 08/27/2021 | 1893 | Sealed Plaintiffs' Response to Defendants' Motion to Preserve Daubert and Rule 702 Motions and Arguments Previously Ruled Upon. (djb) (Entered: 08/30/2021) |
| 08/27/2021 | 1896 | ORDER SETTING TRIAL AND PRETRIAL SCHEDULE Re: Camarillorazo, 7:20cv98. The trial of this case will begin Monday, November 1, 2021. A pretrial conference will be held before Judge Walker in Tallahassee on Monday, October 25, 2021, beginning at 9:00 AM (Eastern Time). The attorney's conference required by paragraph III must be held no later than September 20, 2021. The pretrial stipulation and other papers required by paragraphs III and IV must be filed no later than October 18, 2021. These dates and all other dates provided in this Order supersede allpreviously-set dates or deadlines. Signed by JUDGE M CASEY RODGERS on 8/27/2021. (Attachments: # 1 Exhibit A) (djb) (Entered: 08/30/2021) |
| 08/27/2021 | 1897 | ORDER SETTING TRIAL AND PRETRIAL SCHEDULE. Re: Finley, 7:20cv170. The trial of this case will begin Tuesday, November 30, 2021, and conclude by Friday, December 10, 2021. A pretrial conference will be held before Judge Hinkle in Tallahassee on Tuesday, November 16, 2021, beginning at 12:30 PM (Eastern Time). The attorney's conference required by paragraph III must be held no later than October 8, 2021. The pretrial stipulation and other papers required by paragraphs III and IV must be filed no later than November 9, 2021. These dates and all other dates provided in this Order supersede all previously-set dates or deadlines. Signed by JUDGE M CASEY RODGERS on 8/27/2021. (Attachments: # 1 Exhibit A) (djb) (Entered: 08/30/2021) |
| 08/27/2021 | 1898 | ORDER SETTING TRIAL AND PRETRIAL SCHEDULE. Re: Montero, 7:20cv67. The trial of this case will begin Monday, December 6, 2021, and conclude by Friday, December 17, 2021. A pretrial conference will be held before Judge Moore by Zoom on Tuesday, November 30, 2021, beginning at 11:00 AM (Eastern Time). The attorney's conference required by paragraph III must be held no later than October 18, 2021. The pretrial stipulation and other papers required by paragraphs III andIV must be filed no later than November 19, 2021. These dates and all other dates provided in this Order supersede allpreviously-set dates or deadlines. Signed by JUDGE M CASEY RODGERS on 8/27/2021. (Attachments: # 1 Exhibit A) (djb) (Entered: 08/30/2021) |
| 08/27/2021 | 1899 | ORDER SETTING TRIAL AND PRETRIAL SCHEDULE. Re: Hensley, 7:20cv93; Sloan, 7:20cv1; Wayman, 7:20cv149. The above three cases have been consolidated for trial. The trial will begin Monday, January 10, 2022, and conclude by Friday, February 4, 2022. A pretrial conference will be held before Judge Rodgers on Wednesday,January 5, 2022, beginning at 8:30 AM (Central Time). The attorney's conference required by paragraph III must be held no later than November 29, 2021. The pretrial stipulation and other papers required by paragraphs IIIandIV must be filed no later than December 27, 2021. These dates and all other dates provided in this Order supersede allpreviously-set |

| | | dates or deadlines. Signed by JUDGE M CASEY RODGERS on 8/27/2021. (Attachments: # 1 Exhibit A) (djb) (Entered: 08/30/2021) |
|---|---|---|
| 08/27/2021 | 1900 | ORDER SETTING TRIAL AND PRETRIAL SCHEDULE. Re: Palanki, 3:19cv2324. The trial of this case will begin Monday, November 1, 2021, and conclude by Friday, November 12, 2021. A pretrial conference will be held before Judge Rodgers in Pensacola, the date and time to be determined. The attorney's conference required by paragraph III must be held no later than September 20, 2021. The pretrial stipulation and other papers required by paragraphs III and IV must be filed no later than October 18, 2021. These dates and all other dates provided in this Order supersede allpreviously-set dates or deadlines. Signed by JUDGE M CASEY RODGERS on 8/27/2021. (Attachments: # 1 Exhibit A) (djb) (Entered: 08/30/2021) |
| 08/27/2021 | 1901 | ORDER SETTING TRIAL AND PRETRIAL SCHEDULE. Re: Stelling, 7:20cv143. The trial of this case will begin Monday, December 6, 2021, and conclude by Friday, December 17, 2021. A pretrial conference will be held before Judge Winsor on Monday, November 29, 2021, beginning at 10:00 AM (Eastern Time). To the extent the presiding trial judge prefers to conduct the pretrial conference by Zoom, the parties will be notified. The attorney's conference required by paragraph III must be held no later than October 18, 2021. The pretrial stipulation and other papers required by paragraphs III and IV must be filed no later than November 19, 2021. These dates and all other dates provided in this Order supersede allpreviously-set dates or deadlines. Signed by JUDGE M CASEY RODGERS on 8/27/2021. (Attachments: # 1 Exhibit A) (djb) (Entered: 08/30/2021) |
| 08/27/2021 | 1902 | Sealed Plaintiffs' Response in Opposition to Defendants' Omnibus Motion to Exclude Plaintiffs' Group B Putative Expert Opinions Under Daubert and Rule 702 and Incorporated Memorandum. (Attachments: # 1 Declaration of Bryan F. Aylstock in Support) (djb) (Additional attachment(s) added on 8/31/2021: # 2 Exhibit PX-1, # 3 Exhibit PX-2, # 4 Exhibit PX-3, # 5 Exhibit PX-4, # 6 Exhibit PX-5, # 7 Exhibit PX-6, # 8 Exhibit PX-7, # 9 Exhibit PX-8, # 10 Exhibit PX-9, # 11 Exhibit PX-10, # 12 Exhibit PX-11, # 13 Exhibit PX-12, # 14 Exhibit PX-13, # 15 Exhibit PX-14, # 16 Exhibit PX-15, # 17 Exhibit PX-16, # 18 Exhibit PX-17, # 19 Exhibit PX-18, # 20 Exhibit PX-19, # 21 Exhibit PX-20, # 22 Exhibit PX-21, # 23 Exhibit PX-22, # 24 Exhibit PX-23, # 25 Exhibit PX-24, # 26 Exhibit PX-25, # 27 Exhibit PX-26, # 28 Exhibit PX-27, # 29 Exhibit PX-28, # 30 Exhibit PX-29, # 31 Exhibit PX-30, # 32 Exhibit PX-31, # 33 Exhibit PX-32, # 34 Exhibit PX-33, # 35 Exhibit PX-34, # 36 Exhibit PX-35, # 37 Exhibit PX-36, # 38 Exhibit PX-37, # 39 Exhibit PX-38, # 40 Exhibit PX-39, # 41 Exhibit PX-40, # 42 Exhibit PX-41, # 43 Exhibit PX-42, # 44 Exhibit PX-43, # 45 Exhibit PX-44, # 46 Exhibit PX-45, # 47 Exhibit PX-46, # 48 Exhibit PX-47, # 49 Exhibit PX-48, # 50 Exhibit PX-49, # 51 Exhibit PX-50, # 52 Exhibit PX-51, # 53 Exhibit PX-52, # 54 Exhibit PX-53, # 55 Exhibit PX-54, # 56 Exhibit PX-55, # 57 Exhibit PX-56, # 58 Exhibit PX-57, # 59 Exhibit PX-58, # 60 Exhibit PX-59, # 61 Exhibit PX-60) (djb). (Entered: 08/31/2021) |
| 08/30/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1890 MOTION to Appear Pro Hac Vice by Brandon C. Francis. (djb) (Entered: 08/30/2021) |
| 08/30/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1864 DEFENDANTS' OMNIBUS MOTION TO EXCLUDE PLAINTIFFS' GROUP B PUTATIVE EXPERT OPINIONS UNDER DAUBERT AND RULE 702 AND INCORPORATED MEMORANDUM, 1865 PLAINTIFFS' MOTION TO PRESERVE GENERAL DAUBERT MOTIONS PREVIOUSLY RULED UPON, 1866 DEFENDANTS' MOTION TO PRESERVE DAUBERT AND RULE 702 MOTIONS AND ARGUMENTS PREVIOUSLY RULED |

| | | |
|---|---|---|
| | | UPON, 1863 PLAINTIFFS' OMNIBUS MOTION AND MEMORANDUM OF LAW TO EXCLUDE DEFENDANTS' EXPERT OPINIONS AND TESTIMONY by LEAD COUNSEL FOR PLAINTIFFS, 1891 Sealed DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO PRESERVER GENERAL DAUBERT MOTIONS PREVIOUSLY RULED UPON, 1892 Sealed Defendants' Response to Plaintiffs' Omnibus Motion and Memorandum of Law to Exclude Defendants' Group B Expert Opinions and Testimony, 1893 Sealed Plaintiffs' Response to Defendants' Motion to Preserve Daubert and Rule 702 Motions and Arguments Previously Ruled Upon, (djb) (Entered: 08/30/2021) |
| 08/30/2021 | 1894 | ORDER granting 1890 Motion to Appear Pro Hac Vice (Appointed BRANDON C FRANCIS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/30/2021. (djb) (Entered: 08/30/2021) |
| 08/30/2021 | 1895 | ORDER. Notice of Orders Setting Trials in Bellwether Group C and Group B cases. Signed by JUDGE M CASEY RODGERS on 8/30/2021. (djb) (Entered: 08/30/2021) |
| 08/31/2021 | 1903 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 08/31/2021) |
| 08/31/2021 | 1904 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 Cover - SEALED, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 08/31/2021) |
| 08/31/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1903 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, re; 1904 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 08/31/2021) |
| 08/31/2021 | 1905 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-114) Certified - re: MDL No. 2885. (1 in CAC/2:21-cv-06445, 1 in IAS/4:21-cv-00241) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 8/31/2021. (Attachments: # 1 CTO-114 Finalized) (djb) (Entered: 08/31/2021) |
| 08/31/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1902 Sealed Plaintiffs' Response in Opposition, 1864 Defendants' Omnibus Motion to Exclude Plaintiffs' Group B Putative Expert Opinions Under Daubert and Rule 702 and Incorporated Memorandum (djb) (Entered: 08/31/2021) |
| 08/31/2021 | 1908 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Motion Hearing held on 8/31/2021. Expert testimony from Dr. Christopher Spankovich and Dr. Lawrence Lustig. Argument heard. Order to follow. Per Order 1933 , Plaintiff is to electronically file P-GEN scientific references cited in the order on the MDL docket and dockets for the individual trial Group B cases. (Court Reporter Donna Boland.) (blr) Modified on 9/15/2021 (blr). (Entered: 09/01/2021) |
| 09/01/2021 | 1906 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of DAUBERT Proceedings held on August 31, 2021, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, ***FOR TRANSCRIPT COPIES Email: Donna_Boland@flnd.uscourts.gov. |

| | | |
|---|---|---|
| | | *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **9/8/2021**. Release of Transcript Restriction set for **12/7/2021**. (dlb) (Entered: 09/01/2021) |
| 09/01/2021 | 1907 | ORDER - On consideration, the preservation motions ( 1865 , 1866 ) are granted, the parties' respective arguments on the issues and experts identified in the preservation motions are preserved for purposes of the Trial Group B cases, and the Court's previous rulings on those matters are adopted and incorporated in the Trial Group B cases. Signed by JUDGE M CASEY RODGERS on 9/1/2021. (djb) (Entered: 09/01/2021) |
| 09/02/2021 | 1909 | MOTION to Appear Pro Hac Vice by Leanna B. Pittard.( Filing fee $ 208 receipt number AFLNDC-6283525.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit List of Cases) (PITTARD, LEANNA) (Entered: 09/02/2021) |
| 09/02/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1909 MOTION to Appear Pro Hac Vice by Leanna B. Pittard. (djb) (Entered: 09/02/2021) |
| 09/02/2021 | 1910 | ORDER - The parties' omnibus motions to exclude expert opinions under Rule 702 and Daubert in the Trial Group B cases, ECF Nos. 1863 and 1864 , are granted in part and denied in part, consistent with this Order. The remaining challenges regarding hidden hearing loss, Cloie Johnson, and Neil Bennett will be resolved by separate order. Signed by JUDGE M CASEY RODGERS on 9/2/2021. (djb) (Entered: 09/02/2021) |
| 09/02/2021 | 1911 | ORDER granting 1909 Motion to Appear Pro Hac Vice (Appointed LEANNA B PITTARD for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/2/2021. (djb) (Entered: 09/02/2021) |
| 09/02/2021 | 1912 | This Order is hereby retitled as CASE MANAGEMENT ORDER NO. 23 (9/3/2021). (Previously titled PRETRIAL ORDER NO. 88). Order permitting plaintiffs to file an Amended Short Form Complaint, if necessary, at the time a case transitions from Administrative Docket to Active Docket. Signed by JUDGE M CASEY RODGERS on 9/2/2021. (djb) Modified on 9/3/2021 (djb). (Entered: 09/02/2021) |
| 09/02/2021 | 1913 | First MOTION to Appear Pro Hac Vice by kimball Jones.( Filing fee $ 208 receipt number AFLNDC-6285073.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (JONES, KIMBALL) (Entered: 09/02/2021) |
| 09/03/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1913 First MOTION to Appear Pro Hac Vice by Kimball Jones. (djb) (Entered: 09/03/2021) |
| 09/03/2021 | 1914 | MOTION to Appear Pro Hac Vice by Kelley L. Stonebraker.( Filing fee $ 208 receipt number AFLNDC-6286681.) by NOTICE ONLY. (Attachments: # 1 Exhibit Letter of Good Standing - Kelley L. Stonebraker) (STONEBRAKER, KELLEY) (Entered: 09/03/2021) |
| 09/03/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1914 MOTION to Appear Pro Hac Vice by Kelley L. Stonebraker. (djb) (Entered: 09/03/2021) |
| 09/03/2021 | 1915 | CASE MANAGEMENT ORDER NO. 24. (Transition Order #2). Signed by JUDGE M CASEY RODGERS on 9/3/2021. (Attachments: # 1 Exhibit A) (djb) (Entered: 09/03/2021) |

| 09/03/2021 | 1916 | CASE MANAGEMENT ORDER NO. 25. Signed by JUDGE M CASEY RODGERS on 9/3/2021. (Attachments: # 1 Exhibit A) (djb) (Entered: 09/03/2021) |
| 09/03/2021 | 1917 | MOTION to Appear Pro Hac Vice by Jason M. Milne.( Filing fee $ 208 receipt number BFLNDC-6287625.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (MILNE, JASON) (Entered: 09/03/2021) |
| 09/07/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1917 MOTION to Appear Pro Hac Vice by Jason M. Milne. (djb) (Entered: 09/07/2021) |
| 09/07/2021 | 1918 | ORDER granting 1913 Motion to Appear Pro Hac Vice (Appointed KIMBALL J JONES for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/7/2021. (djb) (Entered: 09/07/2021) |
| 09/07/2021 | 1919 | ORDER granting 1914 Motion to Appear Pro Hac Vice (Appointed KELLEY L STONEBRAKER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/7/2021. (djb) (Entered: 09/07/2021) |
| 09/07/2021 | 1920 | ORDER granting 1917 Motion to Appear Pro Hac Vice (Appointed JASON MARK MILNE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/7/2021. (djb) (Entered: 09/07/2021) |
| 09/08/2021 | 1921 | MOTION to Appear Pro Hac Vice by Marcela J. Arevalo.( Filing fee $ 208 receipt number AFLNDC-6297512.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (AREVALO, MARCELA) (Entered: 09/08/2021) |
| 09/09/2021 | 1922 | MOTION to Appear Pro Hac Vice by William Louis Smith.( Filing fee $ 208 receipt number AFLNDC-6299938.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (SMITH, WILLIAM) (Entered: 09/09/2021) |
| 09/09/2021 | 1923 | MOTION to Appear Pro Hac Vice by Ashley M. Spencer.( Filing fee $ 208 receipt number AFLNDC-6299890.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A) (SPENCER, ASHLEY) Modified on 9/13/2021 to correct filer to NOTICE ONLY (djb). (Entered: 09/09/2021) |
| 09/09/2021 | 1924 | MOTION to Appear Pro Hac Vice by Loren M. King.( Filing fee $ 208 receipt number AFLNDC-6300768.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A) (KING, LOREN) (Entered: 09/09/2021) |
| 09/09/2021 | 1925 | MOTION to Appear Pro Hac Vice by Britany A. Kabakov.( Filing fee $ 208 receipt number AFLNDC-6301578.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (KABAKOV, BRITANY) (Entered: 09/09/2021) |
| 09/10/2021 | 1926 | MOTION to Appear Pro Hac Vice by Nicholas S. Clevenger.( Filing fee $ 208 receipt number AFLNDC-6303873.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (CLEVENGER, NICHOLAS) (Entered: 09/10/2021) |
| 09/10/2021 | 1927 | ORDER granting as requested 1903 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 9/10/2021. (alb) (Entered: 09/10/2021) |
| 09/10/2021 | 1928 | PRIVACY ACT ORDER NO. 41. Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records, ECF No. 1904 , is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs motion, ECF No. 1904 -2, UNDER SEAL. (Please |

| | | see order.) Signed by JUDGE M CASEY RODGERS on 9/10/2021. (alb) (Entered: 09/10/2021) |
|---|---|---|
| 09/10/2021 | 1929 | MOTION to Appear Pro Hac Vice by Richard Zgoda, Jr..( Filing fee $ 208 receipt number AFLNDC-6304260.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (ZGODA, RICHARD) (Entered: 09/10/2021) |
| 09/10/2021 | 1930 | MOTION to Appear Pro Hac Vice by Craig W. Carlson.( Filing fee $ 208 receipt number AFLNDC-6304653.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (CARLSON, CRAIG) (Entered: 09/10/2021) |
| 09/10/2021 | 1931 | MOTION to Appear Pro Hac Vice by Lindsay R. Stevens.( Filing fee $ 208 receipt number AFLNDC-6304693.) by NOTICE ONLY. (Attachments: # 1 Exhibit CA Certificate of Good Standing) (STEVENS, LINDSAY) (Entered: 09/10/2021) |
| 09/12/2021 | 1932 | NOTICE of Filing by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9) (BROCK, ROBERT) (Entered: 09/12/2021) |
| 09/12/2021 | 1933 | ORDER granting Defendants' motion to exclude the HHL opinions of Drs. Marc Bennett and Marc Fagelson in Adkins' case 1864 , denying Defendants' motion to exclude the HHL opinions of Drs. Lawrence Lustig and Christopher Spankovich in Wayman's case 1864 , and denying as moot Plaintiffs' motion to exclude the rebuttal opinion on HHL in Adkins' case from Dr. James Crawford 1863 . Signed by JUDGE M CASEY RODGERS on 9/12/2021. (tvj) (Entered: 09/12/2021) |
| 09/13/2021 | 1934 | MOTION to Appear Pro Hac Vice by Peyton P. Murphy.( Filing fee $ 208 receipt number AFLNDC-6305082.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Case List) (MURPHY, PEYTON) (Entered: 09/13/2021) |
| 09/13/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1923 MOTION to Appear Pro Hac Vice by Ashley M. Spencer; 1924 MOTION to Appear Pro Hac Vice by Loren M. King; 1925 MOTION to Appear Pro Hac Vice by Britany A. Kabakov; 1922 MOTION to Appear Pro Hac Vice by William Louis Smith; 1921 MOTION to Appear Pro Hac Vice by Marcela J. Arevalo. (djb) (Entered: 09/13/2021) |
| 09/13/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1929 MOTION to Appear Pro Hac Vice by Richard Zgoda, Jr.; 1926 MOTION to Appear Pro Hac Vice by Nicholas S. Clevenger; 1934 MOTION to Appear Pro Hac Vice by Peyton P. Murphy; 1931 MOTION to Appear Pro Hac Vice by Lindsay R. Stevens; 1930 MOTION to Appear Pro Hac Vice by Craig W. Carlson. (djb) (Entered: 09/13/2021) |
| 09/13/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1932 DEFENDANTS' NOTICE OF FILING (djb) (Entered: 09/13/2021) |
| 09/13/2021 | 1935 | ORDER granting 1921 Motion to Appear Pro Hac Vice (Appointed MARCELA J AREVALO for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/13/2021. (djb) (Entered: 09/13/2021) |
| 09/13/2021 | 1936 | ORDER granting 1922 Motion to Appear Pro Hac Vice (Appointed WILLIAM LOUIS SMITH for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO |

| | | |
|---|---|---|
| | | TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 9/13/2021. (djb) (Entered: 09/13/2021) |
| 09/13/2021 | 1937 | ORDER granting 1923 Motion to Appear Pro Hac Vice (Appointed ASHLEY MARIE SPENCER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/13/2021. (djb) (Entered: 09/13/2021) |
| 09/13/2021 | 1938 | ORDER granting 1924 Motion to Appear Pro Hac Vice (Appointed LOREN M KING, IV for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/13/2021. (djb) (Entered: 09/13/2021) |
| 09/13/2021 | 1939 | ORDER granting 1925 Motion to Appear Pro Hac Vice (Appointed BRITANY A KABAKOV for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 9/13/2021. (djb) (Entered: 09/13/2021) |
| 09/13/2021 | 1940 | ORDER granting 1926 Motion to Appear Pro Hac Vice (Appointed NICHOLAS SCOTT CLEVENGER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/13/2021. (djb) (Entered: 09/13/2021) |
| 09/13/2021 | 1941 | MOTION to Appear Pro Hac Vice by Scott E. Brady.( Filing fee $ 208 receipt number AFLNDC-6306814.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (BRADY, SCOTT) (Entered: 09/13/2021) |
| 09/13/2021 | 1942 | MOTION to Appear Pro Hac Vice by Philip Bohrer.( Filing fee $ 208 receipt number AFLNDC-6306875.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (BOHRER, PHILIP) (Entered: 09/13/2021) |
| 09/13/2021 | 1943 | ORDER granting 1929 Motion to Appear Pro Hac Vice (Appointed RICHARD ZGODA, JR for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/13/2021. (djb) (Entered: 09/13/2021) |
| 09/13/2021 | 1944 | ORDER granting 1930 Motion to Appear Pro Hac Vice (Appointed CRAIG WILLIAM CARLSON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/13/2021. (djb) (Entered: 09/13/2021) |
| 09/13/2021 | 1945 | ORDER granting 1931 Motion to Appear Pro Hac Vice (Appointed LINDSAY R STEVENS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/13/2021. (djb) (Entered: 09/13/2021) |
| 09/13/2021 | 1946 | ORDER granting 1934 Motion to Appear Pro Hac Vice (Appointed PEYTON PATRICK MURPHY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/13/2021. (djb) (Entered: 09/13/2021) |
| 09/13/2021 | 1947 | MOTION to Appear Pro Hac Vice by Joseph F. Sullivan.( Filing fee $ 208 receipt number AFLNDC-6307206.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (SULLIVAN, JOSEPH) (Entered: 09/13/2021) |
| 09/13/2021 | 1948 | First MOTION to Appear Pro Hac Vice by Lisa M. Esser.( Filing fee $ 208 receipt number AFLNDC-6307637.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (ESSER, LISA) (Entered: 09/13/2021) |
| 09/13/2021 | 1949 | NOTICE of Appearance by SARAH SHOEMAKE DOLES on behalf of NOTICE ONLY (DOLES, SARAH) (Entered: 09/13/2021) |
| 09/13/2021 | 1950 | NOTICE of Filing Documents Displayed and Introduced During the August 31, 2021, Hidden Hearing Loss Hearing by LEAD COUNSEL FOR PLAINTIFFS (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 |

| | | Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15) (AYLSTOCK, BRYAN) (Entered: 09/13/2021) |
|---|---|---|
| 09/13/2021 | 1951 | MOTION to Appear Pro Hac Vice by Erin Wood.( Filing fee $ 208 receipt number AFLNDC-6307902.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (WOOD, ERIN) (Entered: 09/13/2021) |
| 09/13/2021 | 1952 | MOTION to Appear Pro Hac Vice by Evan Pantazis.( Filing fee $ 208 receipt number AFLNDC-6307818.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (PANTAZIS, EVAN) (Entered: 09/13/2021) |
| 09/13/2021 | 1953 | NOTICE of Appearance by DANIEL JOHN HARRISON on behalf of NOTICE ONLY (HARRISON, DANIEL) (Entered: 09/13/2021) |
| 09/13/2021 | 1954 | MOTION to Appear Pro Hac Vice by Emily Irvin.( Filing fee $ 208 receipt number AFLNDC-6308115.) by NOTICE ONLY. (Attachments: # 1 Motion to Appear Pro Hac Vice by Emily Irvin) (IRVIN, EMILY) (Entered: 09/13/2021) |
| 09/13/2021 | 1955 | MOTION to Appear Pro Hac Vice by Christina E. Sharkey.( Filing fee $ 208 receipt number BFLNDC-6308201.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Christina Sharkey IL Certificate of Good Standing) (SHARKEY, CHRISTINA) (Entered: 09/13/2021) |
| 09/14/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1955 MOTION to Appear Pro Hac Vice by Christina E. Sharkey; 1954 MOTION to Appear Pro Hac Vice by Emily Irvin; 1948 First MOTION to Appear Pro Hac Vice by Lisa M. Esser; 1952 MOTION to Appear Pro Hac Vice by Evan Pantazis; 1947 MOTION to Appear Pro Hac Vice by Joseph F. Sullivan; 1951 MOTION to Appear Pro Hac Vice by Erin Wood; 1942 MOTION to Appear Pro Hac Vice by Philip Bohrer; 1941 MOTION to Appear Pro Hac Vice by Scott E. Brady. (djb) (Entered: 09/14/2021) |
| 09/14/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1950 Notice of Filing Documents Displayed and Introduced During the August 31, 2021, Hidden Hearing Loss Hearing (djb) (Entered: 09/14/2021) |
| 09/14/2021 | 1956 | NOTICE of Appearance by DANIEL JOHN HARRISON on behalf of NOTICE ONLY (HARRISON, DANIEL) (Entered: 09/14/2021) |
| 09/14/2021 | 1957 | MOTION to Appear Pro Hac Vice by Peter C. Papayanakos.( Filing fee $ 208 receipt number AFLNDC-6308880.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Affidavit Certificate of Service) (PAPAYANAKOS, PETER) (Entered: 09/14/2021) |
| 09/14/2021 | 1958 | NOTICE of Appearance by MARK B HUTTON on behalf of NOTICE ONLY (HUTTON, MARK) (Entered: 09/14/2021) |
| 09/14/2021 | 1959 | **DISREGARD** NOTICE OF TRANSITION by SETH HERMAN BRIN (HUTTON, MARK) Modified on 9/14/2021 to note attorney has been notified not file transitions in the Lead 3M case. (djb). (Entered: 09/14/2021) |
| 09/14/2021 | 1960 | ORDER. The 1941 Motion to Appear Pro Hac Vice is DENIED without prejudice for failure to identify any individual case pending within the MDL in which counsel appears as attorney of record. See ECF No. 86, ¶ II. Signed by JUDGE M CASEY RODGERS on 9/14/2021. (djb) (Entered: 09/14/2021) |

| 09/14/2021 | 1961 | ORDER - The 1942 Motion to Appear Pro Hac Vice is DENIED without prejudice for failure to identify any individual case pending within the MDL in which counsel appears as attorney of record. See ECF No. 86, ¶ II. Signed by JUDGE M CASEY RODGERS on 9/14/2021. (djb) (Entered: 09/14/2021) |
|---|---|---|
| 09/14/2021 | 1962 | ORDER granting 1947 Motion to Appear Pro Hac Vice (Appointed JOSEPH F SULLIVAN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/14/2021. (djb) (Entered: 09/14/2021) |
| 09/14/2021 | 1963 | ORDER granting 1948 Motion to Appear Pro Hac Vice (Appointed LISA MICHELLE ESSER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/14/2021. (djb) (Entered: 09/14/2021) |
| 09/14/2021 | 1964 | ORDER granting 1951 Motion to Appear Pro Hac Vice (Appointed ERIN MICHELE WOOD for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/14/2021. (djb) (Entered: 09/14/2021) |
| 09/14/2021 | 1965 | ORDER - The 1952 Motion to Appear Pro Hac Vice by Evan Pantazis, is DENIED without prejudice for failure to identify any individual case pending within the MDL in which counsel appears as attorney of record. See ECF No. 86, ¶ II. Signed by JUDGE M CASEY RODGERS on 9/14/2021. (djb) (Entered: 09/14/2021) |
| 09/14/2021 | 1966 | ORDER granting 1954 Motion to Appear Pro Hac Vice (Appointed EMILY CATHERINE IRVIN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/14/2021. (djb) (Entered: 09/14/2021) |
| 09/14/2021 | 1967 | ORDER granting 1955 Motion to Appear Pro Hac Vice (Appointed CHRISTINA E SHARKEY for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 9/14/2021. (djb) (Entered: 09/14/2021) |
| 09/14/2021 | 1968 | ORDER granting 1957 Motion to Appear Pro Hac Vice (Appointed PETER C PAPAYANAKOS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/14/2021. (djb) (Entered: 09/14/2021) |
| 09/14/2021 | 1969 | MOTION to Amend/Correct *Pro Hac Vice* by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing, # 2 Exhibit B - List of Cases) (BRADY, SCOTT) (Entered: 09/14/2021) |
| 09/14/2021 | 1970 | MOTION to Amend/Correct *Pro Hac Vice* by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing, # 2 Exhibit B - List of Cases) (BOHRER, PHILIP) (Entered: 09/14/2021) |
| 09/14/2021 | 1971 | MOTION to Appear Pro Hac Vice by David Blayne Honeycutt.( Filing fee $ 208 receipt number AFLNDC-6311513.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (HONEYCUTT, D) (Entered: 09/14/2021) |
| 09/14/2021 | 1972 | Amended MOTION to Appear Pro Hac Vice by Evan D. Pantazis.( Filing fee $ 208 receipt number AFLNDC-6311577.) by NOTICE ONLY. (Attachments: # 1 Exhibit A Certificate of Good Standing) (PANTAZIS, EVAN) (Entered: 09/14/2021) |
| 09/14/2021 | 1973 | MOTION to Appear Pro Hac Vice by Tim J. Riemann.( Filing fee $ 208 receipt number AFLNDC-6311690.) by NOTICE ONLY. (Attachments: # 1 Ex. A - Certificate of Good Standing) (RIEMANN, TIMOTHY) (Entered: 09/14/2021) |
| 09/14/2021 | 1974 | NOTICE of Appearance by DOUGLAS C MONSOUR on behalf of NOTICE ONLY (MONSOUR, DOUGLAS) Modified on 9/15/2021 to correct filer (djb). (Entered: 09/14/2021) |

| 09/14/2021 | [1975](#) | MOTION to Appear Pro Hac Vice by Gregory D. Brown.( Filing fee $ 208 receipt number AFLNDC-6311959.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit A - Certificate of Good Standing) (BROWN, GREGORY) (Entered: 09/14/2021) |
|---|---|---|
| 09/14/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [1971](#) MOTION to Appear Pro Hac Vice by David Blayne Honeycutt; [1975](#) MOTION to Appear Pro Hac Vice by Gregory D. Brown; [1970](#) AMENDED MOTION to Appear Pro Hac Vice; [1972](#) Amended MOTION to Appear Pro Hac Vice by Evan D. Pantazis; [1969](#) Amended MOTION to Appear Pro Hac Vice; [1973](#) MOTION to Appear Pro Hac Vice by Tim J. Riemann. (djb) (Entered: 09/14/2021) |
| 09/15/2021 | [1976](#) | MOTION to Appear Pro Hac Vice by D. Adam Harper.( Filing fee $ 208 receipt number AFLNDC-6313568.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit A - Certificate of Good Standing) (HARPER, DAVID) (Entered: 09/15/2021) |
| 09/15/2021 | [1977](#) | MOTION to Appear Pro Hac Vice by Buffy Kay Martines.( Filing fee $ 208 receipt number AFLNDC-6313793.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit) (MARTINES, BUFFY) (Entered: 09/15/2021) |
| 09/15/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [1976](#) MOTION to Appear Pro Hac Vice by D. Adam Harper; [1977](#) MOTION to Appear Pro Hac Vice by Buffy Kay Martines. (djb) (Entered: 09/15/2021) |
| 09/15/2021 | [1978](#) | ORDER granting [1969](#) MOTION TO APPEAR PRO HAC VICE. Attorney SCOTT EARL BRADY for NOTICE ONLY added. Signed by JUDGE M CASEY RODGERS on 9/15/2021. (djb) (Entered: 09/15/2021) |
| 09/15/2021 | [1979](#) | ORDER granting [1970](#) Amended Motion to Appear Pro Hac Vice. Attorney PHILIP BOHRER for NOTICE ONLY added. Signed by JUDGE M CASEY RODGERS on 9/15/2021. (djb) (Entered: 09/15/2021) |
| 09/15/2021 | [1980](#) | ORDER granting [1971](#) Motion to Appear Pro Hac Vice (Appointed D BLAYNE HONEYCUTT for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/15/2021. (djb) (Entered: 09/15/2021) |
| 09/15/2021 | [1981](#) | ORDER granting [1972](#) Amended MOTION to Appear Pro Hac Vice by Evan D. Pantazis. Attorney EVAN D PANTAZIS for NOTICE ONLY added. Signed by JUDGE M CASEY RODGERS on 9/15/2021. (djb) (Entered: 09/15/2021) |
| 09/15/2021 | [1982](#) | ORDER granting [1975](#) Motion to Appear Pro Hac Vice (Appointed GREGORY DONALD BROWN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/15/2021. (djb) (Entered: 09/15/2021) |
| 09/15/2021 | [1983](#) | MOTION to Appear Pro Hac Vice by N. Nickolas Jackson.( Filing fee $ 208 receipt number AFLNDC-6316139.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit A) (JACKSON, NATHAN) (Entered: 09/15/2021) |
| 09/15/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [1983](#) MOTION to Appear Pro Hac Vice by N. Nickolas Jackson. (djb) (Entered: 09/15/2021) |
| 09/15/2021 | [1984](#) | ORDER granting [1976](#) Motion to Appear Pro Hac Vice (Appointed DAVID ADAM HARPER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/15/2021. (djb) (Entered: 09/15/2021) |
| 09/15/2021 | [1985](#) | ORDER granting [1977](#) Motion to Appear Pro Hac Vice (Appointed BUFFY K MARTINES for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on |

| | | 9/15/2021. (djb) (Entered: 09/15/2021) |
|---|---|---|
| 09/15/2021 | 1986 | MOTION to Appear Pro Hac Vice by Amy C. Daugherty.( Filing fee $ 208 receipt number AFLNDC-6316382.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (DAUGHERTY, AMY) (Entered: 09/15/2021) |
| 09/15/2021 | 1987 | ORDER granting 1983 Motion to Appear Pro Hac Vice (Appointed NATHAN NICKOLAS JACKSON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/15/2021. (djb) (Entered: 09/16/2021) |
| 09/15/2021 | 1988 | ORDER granting 1986 Motion to Appear Pro Hac Vice (Appointed AMY C DAUGHERTY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/15/2021. (djb) (Entered: 09/16/2021) |
| 09/16/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1986 MOTION to Appear Pro Hac Vice by Amy C. Daugherty. (djb) (Entered: 09/16/2021) |
| 09/16/2021 | 1989 | CASE MANAGEMENT ORDER NO. 26. This Order addresses the specific request in Pretrial Order No. 81, ECF No. 1848 . Signed by JUDGE M CASEY RODGERS on 9/16/2021. (djb) (Entered: 09/16/2021) |
| 09/16/2021 | 1990 | MOTION to Appear Pro Hac Vice by Aaron C. Johnson.( Filing fee $ 208 receipt number AFLNDC-6318893.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing - Missouri, # 2 Exhibit Certificate of Good Standing - Kansas, # 3 Exhibit List of Cases Representing) (JOHNSON, AARON) (Entered: 09/16/2021) |
| 09/16/2021 | 1991 | **FILED IN ERROR** NOTICE OF TRANSITION by JOSHUA MOSS (PARAFINCZUK, JUSTIN) Modified on 9/16/2021 (djb). (Entered: 09/16/2021) |
| 09/16/2021 | 1992 | ORDER granting 1973 Motion to Appear Pro Hac Vice (Appointed TIMOTHY JAMES RIEMANN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/16/2021. (djb) (Entered: 09/16/2021) |
| 09/16/2021 | 1993 | MOTION to Appear Pro Hac Vice by Calle Mendenhall.( Filing fee $ 208 receipt number AFLNDC-6318172.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (MENDENHALL, CALLE) (Entered: 09/16/2021) |
| 09/16/2021 | 1994 | **FILED IN ERROR**NOTICE *Notice of Designated Forum - FLND* by JOSHUA MOSS (PARAFINCZUK, JUSTIN) Modified on 9/16/2021 (djb). (Entered: 09/16/2021) |
| 09/16/2021 | 1995 | **FILED IN ERROR** NOTICE OF TRANSITION *Request for Transition to 3M MDL Docket* by SHAWN BOBBE (ZIMMERMAN, ROBERT) Modified on 9/16/2021 (djb). (Entered: 09/16/2021) |
| 09/16/2021 | 1996 | **FILED IN ERROR** REFILED SHORT FORM COMPLAINT against 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC, filed by JOSHUA MOSS. (PARAFINCZUK, JUSTIN) Modified on 9/16/2021 (djb). (Entered: 09/16/2021) |
| 09/16/2021 | 1997 | **FILED IN ERROR** NOTICE *Notice of Designed Forum* by SHAWN BOBBE (ZIMMERMAN, ROBERT) Modified on 9/16/2021 (djb). (Entered: 09/16/2021) |
| 09/16/2021 | 1998 | NOTICE of Appearance by LISA MICHELLE ESSER on behalf of NOTICE ONLY (ESSER, LISA) (Entered: 09/16/2021) |
| 09/16/2021 | 1999 | **FILED IN ERROR** First Amended Short Form Complaint AMENDED COMPLAINT against 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO |

| | | |
|---|---|---|
| | | TECHNOLOGIES LLC, filed by SHAWN BOBBE. (ZIMMERMAN, ROBERT) Modified on 9/16/2021 (djb). (Entered: 09/16/2021) |
| 09/16/2021 | 2000 | **FILED IN ERROR** NOTICE *Notice of Designated Forum - FLND* by JOSHUA MOSS (Attachments: # 1 Supplement) (PARAFINCZUK, JUSTIN) Modified on 9/16/2021 (djb). (Entered: 09/16/2021) |
| 09/16/2021 | | **Filed in Error** Payment of Filing Fee ( Filing fee $ 402 receipt number AFLNDC-6319888), filed by SHAWN BOBBE. (ZIMMERMAN, ROBERT) Modified on 9/16/2021 (djb). Finance Department Notified. (Entered: 09/16/2021) |
| 09/16/2021 | 2001 | MOTION to Appear Pro Hac Vice by J. Scott Nabers.( Filing fee $ 208 receipt number AFLNDC-6319528.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A) (NABERS, JOSEPH) Modified on 9/16/2021 to correct filer (djb). (Entered: 09/16/2021) |
| 09/16/2021 | | **FILED IN ERROR** Payment of Filing Fee ( Filing fee $ 402 receipt number AFLNDC-6320016), filed by JOSHUA MOSS. (PARAFINCZUK, JUSTIN) Modified on 9/16/2021 (djb). Finance Department Notified. (Entered: 09/16/2021) |
| 09/16/2021 | 2002 | MOTION to Appear Pro Hac Vice by William H. Barfield.( Filing fee $ 208 receipt number AFLNDC-6320253.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (BARFIELD, WILLIAM) (Entered: 09/16/2021) |
| 09/16/2021 | 2003 | MOTION to Appear Pro Hac Vice by Katerina Dimitrakakos.( Filing fee $ 208 receipt number AFLNDC-6320409.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A) (DIMITRAKAKOS, KATERINA) Modified on 9/16/2021 to correct filer to NOTICE ONLY (djb). (Entered: 09/16/2021) |
| 09/16/2021 | 2004 | MOTION to Appear Pro Hac Vice by Scott Fraser.( Filing fee $ 208 receipt number AFLNDC-6320580.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (FRASER, SCOTT) (Entered: 09/16/2021) |
| 09/16/2021 | 2005 | MOTION to Appear Pro Hac Vice by Jacob Tubbs.( Filing fee $ 208 receipt number AFLNDC-6321237.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing, Tubbs) (TUBBS, JACOB) (Entered: 09/16/2021) |
| 09/16/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2004 MOTION to Appear Pro Hac Vice by Scott Fraser; 1993 MOTION to Appear Pro Hac Vice by Calle Mendenhall; 2002 MOTION to Appear Pro Hac Vice by William H. Barfield; 1990 MOTION to Appear Pro Hac Vice by Aaron C. Johnson; 2005 MOTION to Appear Pro Hac Vice by Jacob Tubbs; 2001 MOTION to Appear Pro Hac Vice by J. Scott Nabers; 2003 MOTION to Appear Pro Hac Vice by Katerina Dimitrakakos. (djb) (Entered: 09/16/2021) |
| 09/16/2021 | 2006 | MOTION to Appear Pro Hac Vice by Gregory D. Brown.( Filing fee $ 208 receipt number AFLNDC-6321465.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (BROWN, GREGORY) (Entered: 09/16/2021) |
| 09/16/2021 | 2007 | MOTION to Appear Pro Hac Vice by Leah M. McMorris.( Filing fee $ 208 receipt number AFLNDC-6320105.) by NOTICE ONLY. (Attachments: # 1 Exhibit A-Certificate of Good Standing, # 2 Exhibit B - List of Cases) (MCMORRIS, LEAH) (Entered: 09/16/2021) |
| 09/16/2021 | 2008 | **FILED IN ERROR in wrong case** NOTICE *of Designated Forum FLND* by NOTICE ONLY (MCMORRIS, LEAH) Modified on 9/17/2021 (djb). (Entered: 09/16/2021) |
| 09/16/2021 | 2009 | **FILED IN ERROR in wrong case** NOTICE *of Designated Forum Middle District of Georgia* by NOTICE ONLY (MCMORRIS, LEAH) Modified on 9/17/2021 (djb). |

| | | (Entered: 09/16/2021) |
|---|---|---|
| 09/16/2021 | 2010 | MOTION to Appear Pro Hac Vice by Timothy W. Porter.( Filing fee $ 208 receipt number AFLNDC-6322349.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (PORTER, TIMOTHY) (Entered: 09/16/2021) |
| 09/16/2021 | 2013 | ORDER granting 1990 Motion to Appear Pro Hac Vice (Appointed AARON CLARK JOHNSON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/16/2021. (djb) (Entered: 09/17/2021) |
| 09/16/2021 | 2014 | ORDER granting 1993 Motion to Appear Pro Hac Vice (Appointed CALLE MARIE MENDENHALL for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/16/2021. (djb) (Entered: 09/17/2021) |
| 09/16/2021 | 2016 | ORDER granting 2001 Motion to Appear Pro Hac Vice (Appointed JOSEPH SCOTT NABERS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/16/2021. (djb) (Entered: 09/17/2021) |
| 09/16/2021 | 2017 | ORDER granting 2002 Motion to Appear Pro Hac Vice (Appointed WILLIAM H BARFIELD for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/16/2021. (djb) (Entered: 09/17/2021) |
| 09/16/2021 | 2018 | ORDER granting 2003 Motion to Appear Pro Hac Vice (Appointed KATERINA DIMITRAKAKOS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/16/2021. (djb) (Entered: 09/17/2021) |
| 09/16/2021 | 2019 | ORDER granting 2004 Motion to Appear Pro Hac Vice (Appointed SCOTT C FRASER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/16/2021. (djb) (Entered: 09/17/2021) |
| 09/16/2021 | 2020 | ORDER granting 2005 Motion to Appear Pro Hac Vice (Appointed JACOB M TUBBS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/16/2021. (djb) (Entered: 09/17/2021) |
| 09/16/2021 | 2021 | ORDER granting 2006 Motion to Appear Pro Hac Vice (Appointed GREGORY DONALD BROWN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/16/2021. (djb) (Entered: 09/17/2021) |
| 09/17/2021 | 2011 | MOTION to Appear Pro Hac Vice by William L. Walsh.( Filing fee $ 208 receipt number AFLNDC-6322687.) by NOTICE ONLY. (WALSH, WILLIAM) Modified on 9/17/2021 to correct FILER to NOTICE ONLY(djb). (Entered: 09/17/2021) |
| 09/17/2021 | 2012 | MOTION to Appear Pro Hac Vice by David P. McCormack.( Filing fee $ 208 receipt number AFLNDC-6322717.) by NOTICE ONLY. (MCCORMACK, DAVID) Modified on 9/17/2021 to correct filer to NOTICE ONLY(djb). (Entered: 09/17/2021) |
| 09/17/2021 | 2015 | MOTION to Appear Pro Hac Vice by Stacy K. Hauer.( Filing fee $ 208 receipt number AFLNDC-6322954.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (HAUER, STACY) (Entered: 09/17/2021) |
| 09/17/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2010 MOTION to Appear Pro Hac Vice by Timothy W. Porter; 2015 MOTION to Appear Pro Hac Vice by Stacy K. Hauer; 2011 MOTION to Appear Pro Hac Vice by William L. Walsh; 2012 MOTION to Appear Pro Hac Vice by David P. McCormack; 2007 MOTION to Appear Pro Hac Vice by Leah M. McMorris. (djb) (Entered: 09/17/2021) |
| 09/17/2021 | 2022 | MOTION to Appear Pro Hac Vice by Daniel C. Burke.( Filing fee $ 208 receipt number BFLNDC-6324207.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (BURKE, |

| | | DANIEL) (Entered: 09/17/2021) |
|---|---|---|
| 09/17/2021 | 2023 | MOTION to Appear Pro Hac Vice by Michael C. Schafle.( Filing fee $ 208 receipt number AFLNDC-6324328.) by NOTICE ONLY. (Attachments: # 1 Exhibit Cert of Good Standing (A), # 2 Exhibit Case List (B)) (SCHAFLE, MICHAEL) (Entered: 09/17/2021) |
| 09/17/2021 | 2024 | **FILED IN ERROR wrong case** NOTICE OF TRANSITION *of David Waack* by LEAD COUNSEL FOR PLAINTIFFS (COON, BRENT) Modified on 9/28/2021 (djb). (Entered: 09/17/2021) |
| 09/17/2021 | 2025 | MOTION to Appear Pro Hac Vice by Basil E. Adham.( Filing fee $ 208 receipt number AFLNDC-6324736.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (ADHAM, BASIL) (Entered: 09/17/2021) |
| 09/17/2021 | 2026 | MOTION to Appear Pro Hac Vice by Margaret M. Branch.( Filing fee $ 208 receipt number AFLNDC-6325208.) by NOTICE ONLY. (Attachments: # 1 Exhibit Letter of Good Standing, # 2 Exhibit Plaintiffs List) (BRANCH, MARGARET) Modified on 9/17/2021 to correct filer to NOTICE ONLY(djb). (Entered: 09/17/2021) |
| 09/17/2021 | 2027 | MOTION to Appear Pro Hac Vice by Murray B. Wells.( Filing fee $ 208 receipt number AFLNDC-6325484.) by NOTICE ONLY. (WELLS, MURRAY) (Entered: 09/17/2021) |
| 09/17/2021 | 2028 | MOTION to Appear Pro Hac Vice by Terry L. Cochran.( Filing fee $ 208 receipt number AFLNDC-6325507.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (COCHRAN, TERRY) Modified on 9/17/2021 to correct filer to NOTICE ONLY (djb). (Entered: 09/17/2021) |
| 09/17/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2027 MOTION to Appear Pro Hac Vice by Murray B. Wells; 2025 MOTION to Appear Pro Hac Vice by Basil E. Adham; 2026 MOTION to Appear Pro Hac Vice by Margaret M. Branch; 2022 MOTION to Appear Pro Hac Vice by Daniel C. Burke; 2023 MOTION to Appear Pro Hac Vice by Michael C. Schafle. (djb) (Entered: 09/17/2021) |
| 09/17/2021 | 2029 | MOTION to Appear Pro Hac Vice by Steven Lee Lauer.( Filing fee $ 208 receipt number AFLNDC-6325743.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (LAUER, STEVEN) (Entered: 09/17/2021) |
| 09/17/2021 | 2030 | MOTION to Appear Pro Hac Vice by LAURA VECCHIO MCCASKILL.( Filing fee $ 208 receipt number AFLNDC-6325737.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (MCCASKILL, LAURA) (Entered: 09/17/2021) |
| 09/17/2021 | 2031 | MOTION to Appear Pro Hac Vice by L. Paul Mankin.( Filing fee $ 208 receipt number AFLNDC-6326343.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (MANKIN, LEE) (Entered: 09/17/2021) |
| 09/17/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2029 MOTION to Appear Pro Hac Vice by Steven Lee Lauer; 2028 MOTION to Appear Pro Hac Vice by Terry L. Cochran; 2031 MOTION to Appear Pro Hac Vice by L. Paul Mankin; 2030 MOTION to Appear Pro Hac Vice by LAURA VECCHIO MCCASKILL. (djb) (Entered: 09/17/2021) |
| 09/17/2021 | 2032 | MOTION to Appear Pro Hac Vice by Carmelo D. Morabito.( Filing fee $ 208 receipt number AFLNDC-6327375.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Standing, # 2 Exhibit Exhibit B - Related Cases, # 3 Text of Proposed Order Proposed Order) (MORABITO, CARMELO) (Entered: 09/17/2021) |
| 09/17/2021 | 2041 | SEALED DEFENDANTS' MOTION TO PRESERVE DAUBERT AND RULE 702 |

| | | |
|---|---|---|
| | | MOTIONS AND ARGUMENTS PREVIOUSLY RULED UPON by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (djb) (Entered: 09/20/2021) |
| 09/17/2021 | 2042 | SEALED DEFENDANTS' OMNIBUS MOTION TO EXCLUDE PLAINTIFFS' GROUP C PUTATIVE EXPERT OPINIONS UNDER DAUBERT AND RULE 702 AND INCORPORATED MEMORANDUM by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17 (Part 1), # 18 Exhibit 17 (Part 2), # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Exhibit 44, # 46 Exhibit 45, # 47 Exhibit 46, # 48 Exhibit 47, # 49 Exhibit 48, # 50 Exhibit 49, # 51 Exhibit 50, # 52 Exhibit 51, # 53 Exhibit 52, # 54 Exhibit 53, # 55 Exhibit 54, # 56 Exhibit 55, # 57 Exhibit 56, # 58 Exhibit 57, # 59 Exhibit 58, # 60 Exhibit 59, # 61 Exhibit 60, # 62 Exhibit 61, # 63 Exhibit 62, # 64 Exhibit 63, # 65 Exhibit 64) (djb) (Entered: 09/20/2021) |
| 09/17/2021 | 2045 | SEALED PLAINTIFFS' MOTION TO PRESERVE DAUBERT AND RULE 702 MOTIONS AND ARGUMENTS PREVIOUSLY RULED UPON by LEAD COUNSEL FOR PLAINTIFFS. (djb) (Entered: 09/20/2021) |
| 09/17/2021 | 2051 | SEALED PLAINTIFFS' OMNIBUS MOTION AND MEMORANDUM OF LAW TO EXCLUDE DEFENDANTS' EXPERT OPINIONS AND TESTIMONY by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Declaration of Bryan F. Aylstock in Support, # 2 Exhibit PX-1, # 3 Exhibit PX-2, # 4 Exhibit PX-3, # 5 Exhibit PX-4, # 6 Exhibit PX-5, # 7 Exhibit PX-6, # 8 Exhibit PX-7, # 9 Exhibit PX-8, # 10 Exhibit PX-9, # 11 Exhibit PX-10, # 12 Exhibit PX-11, # 13 Exhibit PX-12, # 14 Exhibit PX-13, # 15 Exhibit PX-14, # 16 Exhibit PX-15, # 17 Exhibit PX-16, # 18 Exhibit PX-17, # 19 Exhibit PX-18, # 20 Exhibit PX-19, # 21 Exhibit PX-20, # 22 Exhibit PX-21, # 23 Exhibit PX-22, # 24 Exhibit PX-23, # 25 Exhibit PX-24, # 26 Exhibit PX-25, # 27 Exhibit PX-26, # 28 Exhibit PX-27, # 29 Exhibit PX-28, # 30 Exhibit PX-29, # 31 Exhibit PX-30, # 32 Exhibit PX-31, # 33 Exhibit PX-32, # 34 Exhibit PX-33, # 35 Exhibit PX-34, # 36 Exhibit PX-35, # 37 Exhibit PX-36, # 38 Exhibit PX-37, # 39 Exhibit PX-38, # 40 Exhibit PX-39, # 41 Exhibit PX-40, # 42 Exhibit PX-41, # 43 Exhibit PX-42, # 44 Exhibit PX-43, # 45 Exhibit PX-44, # 46 Exhibit PX-45, # 47 Exhibit PX-46, # 48 Exhibit PX-47, # 49 Exhibit PX-48, # 50 Exhibit PX-49, # 51 Exhibit PX-50, # 52 Exhibit PX-51, # 53 Exhibit PX-52, # 54 Exhibit PX-53, # 55 Exhibit PX-54, # 56 Exhibit PX-55) (djb) Modified on 9/21/2021 (djb). (Entered: 09/21/2021) |
| 09/20/2021 | 2033 | MOTION to Appear Pro Hac Vice by Eric W. Newell.( Filing fee $ 208 receipt number AFLNDC-6330094.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Plaintiff Exhibit) (NEWELL, ERIC) (Entered: 09/20/2021) |
| 09/20/2021 | 2034 | **Filed in error - filed in wrong case**REFILED SHORT FORM COMPLAINT against CO-LEAD COUNSEL FOR PLAINTIFFS, filed by CO-LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Civil Cover Sheet) (POGGE, R) Modified on 9/20/2021 (djb). (Entered: 09/20/2021) |

| | | |
|---|---|---|
| 09/20/2021 | [2035](#) | MOTION to Appear Pro Hac Vice by R. Ronald Pogge.( Filing fee $ 208 receipt number AFLNDC-6330608.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit) (POGGE, R) Modified on 9/20/2021 to correct filer to NOTICE ONLY (djb). (Entered: 09/20/2021) |
| 09/20/2021 | [2036](#) | NOTICE of Appearance by JONATHAN R MENCEL on behalf of NOTICE ONLY (MENCEL, JONATHAN) (Entered: 09/20/2021) |
| 09/20/2021 | [2037](#) | MOTION to Appear Pro Hac Vice by Courtney T. Wilson.( Filing fee $ 208 receipt number AFLNDC-6330952.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit) (WILSON, COURTNEY) Modified on 9/21/2021 to correct filer to NOTICE ONLY (djb). (Entered: 09/20/2021) |
| 09/20/2021 | [2038](#) | MOTION to Appear Pro Hac Vice by Kimberly Wilson White.( Filing fee $ 208 receipt number AFLNDC-6331155.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit Certificate of Good Standing) (WHITE, KIMBERLY) (Entered: 09/20/2021) |
| 09/20/2021 | [2039](#) | MOTION to Appear Pro Hac Vice by Amy Collignon Gunn.( Filing fee $ 208 receipt number AFLNDC-6331162.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit Certificate of Good Standing) (GUNN, AMY) (Entered: 09/20/2021) |
| 09/20/2021 | [2040](#) | MOTION to Appear Pro Hac Vice by Leslie Smith.( Filing fee $ 208 receipt number AFLNDC-6332342.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # [1](#) Exhibit A) (SMITH, LESLIE) (Entered: 09/20/2021) |
| 09/20/2021 | [2043](#) | MOTION to Appear Pro Hac Vice by Josh Autry.( Filing fee $ 208 receipt number AFLNDC-6333409.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit A - Certificate of Good Standing from Kentucky Bar Association) (AUTRY, JOSHUA) (Entered: 09/20/2021) |
| 09/20/2021 | [2044](#) | MOTION to Appear Pro Hac Vice by Lindsey N. Scarcello.( Filing fee $ 208 receipt number AFLNDC-6333412.) by NOTICE ONLY. (SCARECELLO, LINSEY) Modified on 9/21/2021 to correct filer to NOTICE ONLY (djb). (Entered: 09/20/2021) |
| 09/20/2021 | [2046](#) | AMENDED MOTION to appear pro hac vice by R. Ronald Pogge, on behalf of NOTICE ONLY. (POGGE, R) Modified on 9/21/2021 (djb). (Entered: 09/20/2021) |
| 09/20/2021 | [2047](#) | AMENDED MOTION to appear pro hac vice re: [2037](#) Motion to Appear Pro Hac Vice by NOTICE ONLY. (WILSON, COURTNEY) Modified on 9/21/2021 (djb). (Entered: 09/20/2021) |
| 09/20/2021 | [2048](#) | MOTION to Appear Pro Hac Vice by Shannon M. Pennock.( Filing fee $ 208 receipt number AFLNDC-6334900.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit Certificates of Good Standing, # [2](#) Exhibit Case List) (PENNOCK, SHANNON) (Entered: 09/20/2021) |
| 09/20/2021 | [2049](#) | NOTICE *of Filing of Verification of Compliance with Pretrial Order No. 83 and Destruction of Juror Questionnaires* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (KARIS, HARIKLIA) (Entered: 09/20/2021) |
| 09/20/2021 | [2050](#) | MOTION to Extend Time *to Complete the Depositions of Mr. Hamery and Mr. Dancer and Request for Expedited Consideration* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4) (BROCK, ROBERT) (Entered: 09/20/2021) |

| 09/21/2021 | 2052 | MOTION to Appear Pro Hac Vice by Ashley G. Beener.( Filing fee $ 208 receipt number AFLNDC-6335099.) by NOTICE ONLY. (Attachments: # 1 Exhibit A-B) (BEENER, ASHLEY) (Entered: 09/21/2021) |
| 09/21/2021 | 2053 | MOTION to Appear Pro Hac Vice by Douglas D. Small.( Filing fee $ 208 receipt number AFLNDC-6335179.) by NOTICE ONLY. (Attachments: # 1 Exhibit Ex. A Certificate of Good Standing re Douglas D. Small) (SMALL, DOUGLAS) (Entered: 09/21/2021) |
| 09/21/2021 | 2054 | MOTION to Appear Pro Hac Vice by Judith Susskind.( Filing fee $ 208 receipt number AFLNDC-6335800.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (SUSSKIND, JUDITH) (Entered: 09/21/2021) |
| 09/21/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2032 MOTION to Appear Pro Hac Vice by Carmelo D. Morabito; 2052 MOTION to Appear Pro Hac Vice by Ashley G. Beener; 2053 MOTION to Appear Pro Hac Vice by Douglas D. Small; 2043 MOTION to Appear Pro Hac Vice by Josh Autry; 2037 MOTION to Appear Pro Hac Vice by Courtney T. Wilson; 2047 Amended MOTION to appear pro hac vice by Courtney T. Wilson; 2044 MOTION to Appear Pro Hac Vice by Lindsey N. Scarcello; 2033 MOTION to Appear Pro Hac Vice by Eric W. Newell; 2038 MOTION to Appear Pro Hac Vice by Kimberly Wilson White; 2035 MOTION to Appear Pro Hac Vice by R. Ronald Pogge, 2046 Amended MOTION to appear pro hac vice by R. Ronald Pogge; 2048 MOTION to Appear Pro Hac Vice by Shannon M. Pennock; 2040 MOTION to Appear Pro Hac Vice by Leslie Smith; 2039 MOTION to Appear Pro Hac Vice by Amy Collignon Gunn. (djb) (Entered: 09/21/2021) |
| 09/21/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2049 Notice of Filing of Verification of Compliance with Pretrial Order No. 83 and Destruction of Juror Questionnaires; 2050 MOTION to Extend Time to Complete the Depositions of Mr. Hamery and Mr. Dancer and Request for Expedited Consideration. (djb) (Entered: 09/21/2021) |
| 09/21/2021 | 2055 | MOTION to Appear Pro Hac Vice by James L. Ward, Jr..( Filing fee $ 208 receipt number AFLNDC-6336077.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (WARD, JAMES) (Entered: 09/21/2021) |
| 09/21/2021 | 2056 | ORDER re 2050 MOTION to Extend Time to Complete the Depositions of Mr. Hamery and Mr. Dancer and Request for Expedited Consideration. The Court will require an expedited response from Plaintiffs. The response is due by **September 27, 2021 at 12PM CT**. Signed by JUDGE M CASEY RODGERS on 9/21/2021. (djb) (Entered: 09/21/2021) |
| 09/21/2021 | 2057 | MOTION to Appear Pro Hac Vice by Samuel M. Wendt.( Filing fee $ 208 receipt number AFLNDC-6338392.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (WENDT, SAMUEL) (Entered: 09/21/2021) |
| 09/21/2021 | 2058 | NOTICE of Appearance by LINDSAY R STEVENS on behalf of NOTICE ONLY (STEVENS, LINDSAY) (Entered: 09/21/2021) |
| 09/21/2021 | 2059 | NOTICE of Appearance by LINDSAY R STEVENS on behalf of NOTICE ONLY (STEVENS, LINDSAY) (Entered: 09/21/2021) |
| 09/22/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2055 MOTION to Appear Pro Hac Vice by James L. Ward, Jr; 2057 MOTION to Appear Pro Hac Vice by Samuel M. Wendt. (djb) (Entered: 09/22/2021) |

| 09/22/2021 | 2060 | MOTION to Appear Pro Hac Vice by Richard N. Laminack.( Filing fee $ 208 receipt number AFLNDC-6340866.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (LAMINACK, RICHARD) (Entered: 09/22/2021) |
|---|---|---|
| 09/22/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2060 MOTION to Appear Pro Hac Vice by Richard N. Laminack. (djb) (Entered: 09/22/2021) |
| 09/23/2021 | 2061 | NOTICE of Appearance by JONATHAN R MENCEL on behalf of NOTICE ONLY (MENCEL, JONATHAN) (Entered: 09/23/2021) |
| 09/23/2021 | 2062 | MOTION to Appear Pro Hac Vice by Gregory D. Brown.( Filing fee $ 208 receipt number AFLNDC-6346796.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - List of Actions, # 2 Exhibit B - Certificate of Good Standing) (BROWN, GREGORY) (Entered: 09/23/2021) |
| 09/23/2021 | 2063 | First MOTION to Appear Pro Hac Vice by Caragh Fay Owens.( Filing fee $ 208 receipt number AFLNDC-6347069.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A) (OWENS, CARAGH) Modified on 9/23/2021 (djb). (Entered: 09/23/2021) |
| 09/23/2021 | 2064 | **Filed in Error - wrong case** FIRST AMENDED COMPLAINT *Short Form Complaint* against All Defendants All Defendants., filed by Jack Dixon. (PANTAZIS, EVAN) Modified on 9/23/2021 Attorney Notified (djb). (Entered: 09/23/2021) |
| 09/23/2021 | | **Filed in wrong case** Payment of Filing Fee ( Filing fee $ 402 receipt number AFLNDC-6348012), filed by Jack Dixon. (PANTAZIS, EVAN) Modified on 9/23/2021 (Finance Department and Attorney Notified) (Entered: 09/23/2021) |
| 09/23/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2063 First MOTION to Appear Pro Hac Vice by Caragh Fay Owens; 2062 MOTION to Appear Pro Hac Vice by Gregory D. Brown. (djb) (Entered: 09/23/2021) |
| 09/23/2021 | 2065 | MOTION to Appear Pro Hac Vice by Gavin R. Tisdale.( Filing fee $ 208 receipt number AFLNDC-6348143.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A- Certificate of Good Standing) (TISDALE, GAVIN) (Entered: 09/23/2021) |
| 09/23/2021 | 2066 | **Filed in error - wrong case** COMPLAINT against All Defendants ( Filing fee $ 402 receipt number AFLNDC-6348185.), filed by NOTICE ONLY. (Attachments: # 1 Civil Cover Sheet, # 2 Designated Forum Form) (STEVENS, LINDSAY) Modified on 9/24/2021 PDF's removed Attorney notified (djb). Modified on 9/24/2021 (djb). (Entered: 09/23/2021) |
| 09/24/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2065 MOTION to Appear Pro Hac Vice by Gavin R. Tisdale. (djb) (Entered: 09/24/2021) |
| 09/24/2021 | 2067 | NOTICE of Appearance by JONATHAN R MENCEL on behalf of NOTICE ONLY (MENCEL, JONATHAN) (Entered: 09/24/2021) |
| 09/24/2021 | 2068 | MOTION to Appear Pro Hac Vice by Kelly E. Reardon.( Filing fee $ 208 receipt number BFLNDC-6350405.) by NOTICE ONLY. (REARDON, KELLY) (Entered: 09/24/2021) |
| 09/24/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2068 MOTION to Appear Pro Hac Vice by Kelly E. Reardon. (djb) (Entered: 09/24/2021) |

| 09/24/2021 | [2069](#) | MOTION to Appear Pro Hac Vice by Renee D. Smith.( Filing fee $ 208 receipt number AFLNDC-6351667.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # [1](#) Exhibit A: Certificate of Good Standing) (SMITH, RENEE) (Entered: 09/24/2021) |
|---|---|---|
| 09/24/2021 | [2070](#) | MOTION to Appear Pro Hac Vice by Judson Brown.( Filing fee $ 208 receipt number AFLNDC-6352021.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # [1](#) Exhibit A: Certificate of Good Standing) (BROWN, JUDSON) (Entered: 09/24/2021) |
| 09/24/2021 | [2071](#) | MOTION to Appear Pro Hac Vice by Randy A. Canche.( Filing fee $ 208 receipt number AFLNDC-6352098.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit A) (CANCHE, RAUDEL) (Entered: 09/24/2021) |
| 09/24/2021 | [2072](#) | MOTION to Appear Pro Hac Vice by David I. Horowitz.( Filing fee $ 208 receipt number AFLNDC-6352337.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # [1](#) Exhibit A: Certificate of Good Standing) (HOROWITZ, DAVID) (Entered: 09/24/2021) |
| 09/24/2021 | [2073](#) | MOTION to Appear Pro Hac Vice by Gerardo L. Guerra.( Filing fee $ 208 receipt number BFLNDC-6352743.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B) (GUERRA, GERARDO) (Entered: 09/24/2021) |
| 09/24/2021 | [2074](#) | MOTION to Appear Pro Hac Vice by Mark W. Premo-Hopkins.( Filing fee $ 208 receipt number BFLNDC-6352544.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # [1](#) Exhibit A: Certificate of Good Standing) (PREMO-HOPKINS, MARK) (Entered: 09/24/2021) |
| 09/24/2021 | [2075](#) | MOTION to Appear Pro Hac Vice by Brian D. Sieve.( Filing fee $ 208 receipt number AFLNDC-6353110.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # [1](#) Exhibit A: Certificate of Good Standing) (SIEVE, BRIAN) (Entered: 09/24/2021) |
| 09/24/2021 | [2076](#) | MOTION to Appear Pro Hac Vice by Brenton A. Rogers.( Filing fee $ 208 receipt number AFLNDC-6353313.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # [1](#) Exhibit A: Certificate of Good Standing) (ROGERS, BRENTON) (Entered: 09/24/2021) |
| 09/24/2021 | [2077](#) | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # [1](#) Exhibit A, # [2](#) Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 09/24/2021) |
| 09/24/2021 | [2078](#) | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit A1-A4 Cover - SEALED, # [3](#) Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 10/5/2021) (djb). (Entered: 09/24/2021) |
| 09/24/2021 | [2079](#) | MOTION to Appear Pro Hac Vice by Vanessa A. Barsanti.( Filing fee $ 208 receipt number AFLNDC-6353600.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, |

| | | |
|---|---|---|
| | | AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (BARSANTI, VANESSA) (Entered: 09/24/2021) |
| 09/24/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2077 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, re: 2078 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 09/24/2021) |
| 09/24/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2075 MOTION to Appear Pro Hac Vice by Brian D. Sieve; 2071 MOTION to Appear Pro Hac Vice by Randy A. Canche; 2079 MOTION to Appear Pro Hac Vice by Vanessa A. Barsanti; 2069 MOTION to Appear Pro Hac Vice by Renee D. Smith; 2073 MOTION to Appear Pro Hac Vice by Gerardo L. Guerra; 2070 MOTION to Appear Pro Hac Vice by Judson Brown; 2072 MOTION to Appear Pro Hac Vice by David I. Horowitz; 2076 MOTION to Appear Pro Hac Vice by Brenton A. Rogers; 2074 MOTION to Appear Pro Hac Vice by Mark W. Premo-Hopkins. (djb) (Entered: 09/24/2021) |
| 09/27/2021 | 2080 | MOTION to Appear Pro Hac Vice by John E. Suthers.( Filing fee $ 208 receipt number AFLNDC-6355143.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (SUTHERS, JOHN) (Entered: 09/27/2021) |
| 09/27/2021 | 2081 | RESPONSE to Motion re 2050 MOTION to Extend Time *to Complete the Depositions of Mr. Hamery and Mr. Dancer and Request for Expedited Consideration* filed by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (AYLSTOCK, BRYAN) (Entered: 09/27/2021) |
| 09/27/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2080 MOTION to Appear Pro Hac Vice by John E. Suthers. (djb) (Entered: 09/27/2021) |
| 09/27/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2081 Response to Motion, 2050 MOTION to Extend Time to Complete the Depositions of Mr. Hamery and Mr. Dancer and Request for Expedited Consideration (djb) (Entered: 09/27/2021) |
| 09/27/2021 | 2082 | **FILED IN ERROR** NOTICE OF TRANSITION *TO 3M MDL DOCKET* by DONN B COLTRIN (DIAMOND, DAVID) Modified on 9/27/2021 (djb). (Entered: 09/27/2021) |
| 09/27/2021 | 2083 | **FILED IN ERROR** NOTICE *OF DESIGNATED FORUM* by DONN B COLTRIN (DIAMOND, DAVID) Modified on 9/27/2021 (djb). (Entered: 09/27/2021) |
| 09/27/2021 | 2084 | **FILED IN ERROR** REFILED SHORT FORM COMPLAINT against 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC, filed by DONN B COLTRIN. (DIAMOND, DAVID) Modified on 9/27/2021 (djb). (Entered: 09/27/2021) |
| 09/27/2021 | | **FILED IN ERROR - Finance Department Notified** Payment of Filing Fee ( Filing fee $ 402 receipt number AFLNDC-6358238), filed by DONN B COLTRIN. (DIAMOND, DAVID) Modified on 9/27/2021 (djb). (Entered: 09/27/2021) |
| 09/27/2021 | 2085 | **FILED IN ERROR** NOTICE OF TRANSITION *TO 3M MDL DOCKET* by JERRY L GILLIAM (DIAMOND, DAVID) Modified on 9/27/2021 (djb). (Entered: 09/27/2021) |
| 09/27/2021 | 2086 | **FILED IN ERROR** NOTICE *OF DESIGNATED FORUM* by JERRY L GILLIAM (DIAMOND, DAVID) Modified on 9/27/2021 filer notified (djb). (Entered: 09/27/2021) |

| 09/27/2021 | 2087 | **FILED IN ERROR** REFILED SHORT FORM COMPLAINT against 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC, filed by JERRY L GILLIAM. (DIAMOND, DAVID) Modified on 9/27/2021 filer notified (djb). (Entered: 09/27/2021) |
|---|---|---|
| 09/27/2021 | | **FILED IN ERROR - Finance Department Notified** Payment of Filing Fee ( Filing fee $ 402 receipt number AFLNDC-6358521), filed by JERRY L GILLIAM. (DIAMOND, DAVID) Modified on 9/27/2021 (djb). (Entered: 09/27/2021) |
| 09/27/2021 | 2088 | **FILED IN ERROR** NOTICE OF TRANSITION *TO 3M MDL DOCKET* by TRAVIS L JOHNSTON (DIAMOND, DAVID) Modified on 9/27/2021 filer notified (djb). (Entered: 09/27/2021) |
| 09/27/2021 | 2089 | **FILED IN ERROR** NOTICE *OF DESIGNATED FORUM* by TRAVIS L JOHNSTON (DIAMOND, DAVID) Modified on 9/27/2021 filer notified (djb). (Entered: 09/27/2021) |
| 09/27/2021 | 2090 | **FILED IN ERROR** REFILED SHORT FORM COMPLAINT against 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC, filed by TRAVIS L JOHNSTON. (DIAMOND, DAVID) Modified on 9/27/2021 filer notified (djb). (Entered: 09/27/2021) |
| 09/27/2021 | | **FILED IN ERROR - Finance Department Notified** Payment of Filing Fee ( Filing fee $ 402 receipt number AFLNDC-6358722), filed by TRAVIS L JOHNSTON. (DIAMOND, DAVID) Modified on 9/27/2021 (djb). (Entered: 09/27/2021) |
| 09/27/2021 | 2091 | **FILED IN ERROR** NOTICE OF TRANSITION *TO 3M MDL DOCKET* by MARIO M ROANHORSE (DIAMOND, DAVID) Modified on 9/27/2021 filer notified (djb). (Entered: 09/27/2021) |
| 09/27/2021 | 2092 | **FILED IN ERROR** NOTICE *OF DESIGNATED FORUM* by MARIO M ROANHORSE (DIAMOND, DAVID) Modified on 9/27/2021 filer notified (djb). (Entered: 09/27/2021) |
| 09/27/2021 | 2093 | **FILED IN ERROR** REFILED SHORT FORM COMPLAINT against 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC, filed by MARIO M ROANHORSE. (DIAMOND, DAVID) Modified on 9/27/2021 filer notified (djb). (Entered: 09/27/2021) |
| 09/27/2021 | 2094 | MOTION to Appear Pro Hac Vice by Sheila M. Bossier.( Filing fee $ 208 receipt number AFLNDC-6359468.) by NOTICE ONLY. (Attachments: # 1 Exhibit "A" - Certificate of Good Standing, # 2 Exhibit "B" - Case List) (BOSSIER, SHEILA) (Entered: 09/27/2021) |
| 09/27/2021 | 2095 | NOTICE of Appearance by SHEILA M BOSSIER on behalf of NOTICE ONLY (Attachments: # 1 Exhibit "A" - List of Cases) (BOSSIER, SHEILA) (Entered: 09/27/2021) |
| 09/27/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2094 MOTION to Appear Pro Hac Vice by Sheila M. Bossier. (djb) (Entered: 09/27/2021) |
| 09/27/2021 | 2096 | MOTION to Appear Pro Hac Vice by Karen Lawrence Puccio.( Filing fee $ 208 receipt number AFLNDC-6360932.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (PUCCIO, KAREN) (Entered: 09/27/2021) |
| 09/27/2021 | 2097 | MOTION to Appear Pro Hac Vice by Patrick M. Dennis.( Filing fee $ 208 receipt |

| | | |
|---|---|---|
| | | number AFLNDC-6361198.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (DENNIS, PATRICK) Modified on 9/28/2021 to correct filer (djb). (Entered: 09/27/2021) |
| 09/27/2021 | 2098 | MOTION to Appear Pro Hac Vice by Michael Patrick Doyle.( Filing fee $ 208 receipt number AFLNDC-6361243.) by SPENCER SCOTT GALVAN. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (DENNIS, PATRICK) (Entered: 09/27/2021) |
| 09/28/2021 | 2099 | MOTION to Appear Pro Hac Vice by Brian Beckcom.( Filing fee $ 208 receipt number AFLNDC-6362489.) by NOTICE ONLY. (Attachments: # 1 Exhibit Cert of Good Standing, # 2 Exhibit Spreadsheet) (BECKCOM, BRIAN) Modified on 9/28/2021 to correct filer(djb). (Entered: 09/28/2021) |
| 09/28/2021 | 2100 | MOTION to Appear Pro Hac Vice by Joseph Tennant.( Filing fee $ 208 receipt number AFLNDC-6363570.) by NOTICE ONLY (Attachments: # 1 Exhibit Cert of Good Standing, # 2 Exhibit Spreadsheet) (BECKCOM, BRIAN) Modified on 9/28/2021 to correct filer (djb). (Entered: 09/28/2021) |
| 09/28/2021 | 2101 | **FILED IN ERROR Attorney Notified** COMPLAINT against 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC ( Filing fee $ 402 receipt number AFLNDC-6363645.), filed by JASON FLAMMOND. (PARAFINCZUK, JUSTIN) Modified on 9/28/2021 (djb). Finance Department notified. (Entered: 09/28/2021) |
| 09/28/2021 | 2102 | MOTION to Appear Pro Hac Vice by Jonathan M. Ashton.( Filing fee $ 208 receipt number AFLNDC-6363648.) by NOTICE ONLY. (Attachments: # 1 Exhibit certificate of good standing, # 2 Exhibit related cases) (ASHTON, JONATHAN) Modified on 9/28/2021 to correct filer (djb). (Entered: 09/28/2021) |
| 09/28/2021 | 2103 | MOTION to Appear Pro Hac Vice by Martin A. Ramey.( Filing fee $ 208 receipt number AFLNDC-6363954.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (RAMEY, MARTIN) Modified on 9/28/2021 to correct filer (djb). (Entered: 09/28/2021) |
| 09/28/2021 | 2104 | DOCKET ANNOTATION BY COURT: NOTICE TO ALL COUNSEL OF RECORD FOR PLAINTIFFS: when filing Motions to Appear Pro Hac Vice do not add parties or the attorney to the docket. When prompted for the filer pick NOTICE ONLY party from the drop down. (djb) Modified on 9/30/2021 to direct this to counsel for plaintiffs only (djb). (Entered: 09/28/2021) |
| 09/28/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2099 MOTION to Appear Pro Hac Vice by Brian Beckcom; 2102 MOTION to Appear Pro Hac Vice by Jonathan M. Ashton; 2098 MOTION to Appear Pro Hac Vice by Michael Patrick Doyle; 2097 MOTION to Appear Pro Hac Vice by Patrick M. Dennis; 2103 MOTION to Appear Pro Hac Vice by Martin A. Ramey; 2100 MOTION to Appear Pro Hac Vice by Joseph Tennant; 2096 MOTION to Appear Pro Hac Vice by Karen Lawrence Puccio. (djb) (Entered: 09/28/2021) |
| 09/28/2021 | 2105 | MOTION to Appear Pro Hac Vice by Paul Scott.( Filing fee $ 208 receipt number AFLNDC-6364720.) by NOTICE ONLY. (Attachments: # 1 Exhibit Ex. "A" - Certificate of Good Standing) (SCOTT, PAUL) (Entered: 09/28/2021) |
| 09/28/2021 | 2106 | **FILED IN ERROR wrong case** NOTICE OF TRANSITION by NATHAN ARTERBERRY (RIEDER, WILLIAM) Modified on 9/29/2021 (djb). (Entered: 09/28/2021) |

| 09/28/2021 | 2107 | **FILED IN ERROR wrong case** NOTICE *OF DESIGNATED FORUM - USDC, SOUTHERN DIST OF CALIFORNIA, SAN DIEGO DIVISION* by NATHAN ARTERBERRY (RIEDER, WILLIAM) Modified on 9/29/2021 (djb). (Entered: 09/28/2021) |
| 09/28/2021 | 2108 | **FILED IN ERROR wrong case** AMENDED COMPLAINT against All Defendants All Defendants., filed by NATHAN ARTERBERRY. (RIEDER, WILLIAM) Modified on 9/29/2021 (djb). (Entered: 09/28/2021) |
| 09/28/2021 | | **FILED IN ERROR wrong case** Payment of Filing Fee ( Filing fee $ 402 receipt number AFLNDC-6365599), filed by NATHAN ARTERBERRY. (RIEDER, WILLIAM) Modified on 9/29/2021 (djb). Finance Department notified. (Entered: 09/28/2021) |
| 09/28/2021 | 2109 | ORDER - The 2027 Motion to Appear Pro Hac Vice by Murray B. Wells is DENIED without prejudice, for failure to provide the required Certificate of Good Standing. Signed by JUDGE M CASEY RODGERS on 9/28/2021. (djb) (Entered: 09/28/2021) |
| 09/28/2021 | 2110 | MOTION to Appear Pro Hac Vice by Kevin M. Fitzgerald.( Filing fee $ 208 receipt number AFLNDC-6366710.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (FITZGERALD, KEVIN) Modified on 9/29/2021 to correct filer to NOTICE ONLY(djb). (Entered: 09/28/2021) |
| 09/28/2021 | 2111 | **FILED IN ERROR wrong case** NOTICE *of Designated Forum* by NOTICE ONLY (COOK, JAMES) Modified on 9/28/2021 (djb). (Entered: 09/28/2021) |
| 09/28/2021 | 2112 | MOTION to Appear Pro Hac Vice by Anne Sidrys.( Filing fee $ 208 receipt number AFLNDC-6367238.) by 3M COMPANY, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC. (Attachments: # 1 Exhibit) (SIDRYS, ANNE) Modified on 9/29/2021 (djb). (Entered: 09/28/2021) |
| 09/28/2021 | 2113 | ORDER granting 2007 Motion to Appear Pro Hac Vice; granting 2010 Motion to Appear Pro Hac Vice; granting 2011 Motion to Appear Pro Hac Vice; granting 2012 Motion to Appear Pro Hac Vice; granting 2015 Motion to Appear Pro Hac Vice ; granting 2022 Motion to Appear Pro Hac Vice; granting 2023 Motion to Appear Pro Hac Vice; granting 2025 Motion to Appear Pro Hac Vice; granting 2026 Motion to Appear Pro Hac Vice; granting 2028 Motion to Appear Pro Hac Vice; granting 2029 Motion to Appear Pro Hac Vice; granting 2030 Motion to Appear Pro Hac Vice; granting 2031 Motion to Appear Pro Hac Vice; granting 2033 Motion to Appear Pro Hac Vice; granting 2035 Motion to Appear Pro Hac Vice; granting 2037 Motion to Appear Pro Hac Vice; granting 2037 Motion to Appear Pro Hac Vice; granting 2038 Motion to Appear Pro Hac Vice; granting 2039 Motion to Appear Pro Hac Vice; granting 2040 Motion to Appear Pro Hac Vice; granting 2043 Motion to Appear Pro Hac Vice; granting 2044 Motion to Appear Pro Hac Vice; granting 2046 Motion to appear pro hac viceto appear pro hac vice; granting 2047 Motion to appear pro hac viceto appear pro hac vice; granting 2048 Motion to Appear Pro Hac Vice; granting 2052 Motion to Appear Pro Hac Vice; granting 2053 Motion to Appear Pro Hac Vice; granting 2054 Motion to Appear Pro Hac Vice; granting 2055 Motion to Appear Pro Hac Vice; granting 2057 Motion to Appear Pro Hac Vice; granting 2060 Motion to Appear Pro Hac Vice; granting 2062 Motion to Appear Pro Hac Vice; granting 2063 Motion to Appear Pro Hac Vice; granting 2065 Motion to Appear Pro Hac Vice; granting 2068 Motion to Appear Pro Hac Vice; granting 2069 Motion to Appear Pro Hac Vice; granting 2070 Motion to Appear Pro Hac Vice; granting 2071 Motion to Appear Pro Hac Vice; granting 2072 Motion to Appear Pro Hac Vice; granting 2073 Motion to Appear Pro Hac Vice; granting 2074 Motion to Appear Pro Hac Vice; granting 2075 Motion to Appear Pro Hac Vice; granting 2076 Motion to Appear Pro |

Hac Vice; granting 2079 Motion to Appear Pro Hac Vice; granting 2080 Motion to Appear Pro Hac Vice (Appointed LEAH M MCMORRIS,TIMOTHY W PORTER,WILLIAM L WALSH,DAVID P MCCORMACK,STACY KATHRYN HAUER,DANIEL CHRISTOPHER BURKE,MICHAEL C SCHAFLE,BASIL E ADHAM,MARGARET M BRANCH,TERRY COCHRAN,STEVEN LEE LAUER,LAURA VECCHIO MCCASKILL,LEE PAUL MANKIN, IV,CARMELO DOMENICO MORABITO,ERIC W NEWELL,R RON POGGE,COURTNEY T WILSON,KIMBERLY WILSON WHITE,AMY C GUNN,JOSHUA MICHAEL AUTRY,SHANNON M PENNOCK,ASHLEY G BEENER,DOUGLAS D SMALL,JUDITH A SUSSKIND,JAMES L WARD, JR,SAMUEL M WENDT,RICHARD N LAMINACK,GREGORY DONALD BROWN,CARAGH FAY OWENS,KELLY E REARDON,RAUDEL ARMANDO CANCHE,GERARDO L GUERRA,JOHN E SUTHERS, LINDSEY N SCARCELLO for NOTICE ONLY) (Appointed Leslie Smith, Gavin R. Tisdale, Renee D. Smith, Judson Brown, David I. Horowitz, Mark W. Premo-Hopkins, Brian D. Sieve, Brenton A. Rogers, and Vanessa A. Barsanti for 3M DEFENDANTS). Signed by JUDGE M CASEY RODGERS on 9/28/2021. (djb) (Entered: 09/28/2021)

| | | |
|---|---|---|
| 09/28/2021 | 2114 | MOTION to Appear Pro Hac Vice by Theresa Lynn.( Filing fee $ 208 receipt number AFLNDC-6366324.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (LYNN, THERESA) Modified on 9/29/2021 to correct filer to NOTICE ONLY (djb). (Entered: 09/28/2021) |
| 09/28/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2110 MOTION to Appear Pro Hac Vice by Kevin M. Fitzgerald; 2105 MOTION to Appear Pro Hac Vice by Paul Scott; 2112 MOTION to Appear Pro Hac Vice by Anne Sidrys. (djb) (Entered: 09/28/2021) |
| 09/28/2021 | 2115 | MOTION to Appear Pro Hac Vice by Hunter Norton.( Filing fee $ 208 receipt number AFLNDC-6367768.) by 3M COMPANY. (Attachments: # 1 Exhibit) (NORTON, HUNTER) (Entered: 09/28/2021) |
| 09/28/2021 | 2116 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-118) Certified. re: MDLNo. 2885. Inasmuch as no objection is pendingat this time, the stay is lifted.Signed by Clerk of the Panel John W. Nichols on 9/28/2021. (Attachments: # 1 CTO-118 Finalized) (djb) (Entered: 09/28/2021) |
| 09/28/2021 | 2117 | ORDER LIFTING STAY OF CTO (CTO-117) Certified. IT IS THEREFORE ORDERED that the stay of CTO-117 is LIFTED insofar as it relates to thisaction.Signed by Clerk of the Panel John W. Nichols on 9/28/2021. (Attachments: # 1 CTO-117 Stay Lifted) (djb) (Entered: 09/28/2021) |
| 09/28/2021 | 2118 | NOTICE of Appearance by BASIL E ADHAM on behalf of NOTICE ONLY (ADHAM, BASIL) (Entered: 09/28/2021) |
| 09/28/2021 | 2119 | MOTION to Appear Pro Hac Vice by D. Michael Noonan.( Filing fee $ 208 receipt number AFLNDC-6369892.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (NOONAN, D) (Entered: 09/28/2021) |
| 09/29/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2119 MOTION to Appear Pro Hac Vice by D. Michael Noonan; 2115 MOTION to Appear Pro Hac Vice by Hunter Norton; 2114 MOTION to Appear Pro Hac Vice by Theresa Lynn. (djb) (Entered: 09/29/2021) |
| 09/29/2021 | 2120 | MOTION to Appear Pro Hac Vice by Joseph John Fantini.( Filing fee $ 208 receipt number AFLNDC-6372162.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate |

| | | |
|---|---|---|
| | | of Good Standing - PA, # 2 Exhibit Certificate of Good Standing - NJ) (FANTINI, JOSEPH) (Entered: 09/29/2021) |
| 09/29/2021 | 2121 | MOTION to Appear Pro Hac Vice by Claire E. Berg.( Filing fee $ 208 receipt number AFLNDC-6373071.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (BERG, CLAIRE) (Entered: 09/29/2021) |
| 09/29/2021 | 2122 | MOTION to Appear Pro Hac Vice by Robert T. Naumes, Jr..( Filing fee $ 208 receipt number AFLNDC-6372961.) by NOTICE ONLY. (NAUMES, ROBERT) (Entered: 09/29/2021) |
| 09/29/2021 | 2123 | MOTION to Appear Pro Hac Vice by Julie Lamkin.( Filing fee $ 208 receipt number AFLNDC-6373278.) by NOTICE ONLY. (LAMKIN, JULIE) (Entered: 09/29/2021) |
| 09/29/2021 | 2124 | MOTION to Appear Pro Hac Vice by Emily B. Ashe, Esq..( Filing fee $ 208 receipt number AFLNDC-6375102.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (ASHE, EMILY) (Entered: 09/29/2021) |
| 09/29/2021 | 2125 | MOTION to Appear Pro Hac Vice by Matthew Palmer Lambert.( Filing fee $ 208 receipt number AFLNDC-6375617.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (LAMBERT, MATTHEW) (Entered: 09/29/2021) |
| 09/29/2021 | 2126 | NOTICE of Appearance by BRADLEY MATTHEW LAKIN on behalf of NOTICE ONLY (LAKIN, BRADLEY) (Entered: 09/29/2021) |
| 09/29/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2122 MOTION to Appear Pro Hac Vice by Robert T. Naumes, Jr; 2125 MOTION to Appear Pro Hac Vice by Matthew Palmer Lambert; 2123 MOTION to Appear Pro Hac Vice by Julie Lamkin; 2121 MOTION to Appear Pro Hac Vice by Claire E. Berg; 2124 MOTION to Appear Pro Hac Vice by Emily B. Ashe, Esq; 2120 MOTION to Appear Pro Hac Vice by Joseph John Fantini. (djb) (Entered: 09/29/2021) |
| 09/29/2021 | 2127 | MOTION to Appear Pro Hac Vice by Colleen Cavanagh.( Filing fee $ 208 receipt number AFLNDC-6375754.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Certificate of Good Standing) (CAVANAGH, COLLEEN) (Entered: 09/29/2021) |
| 09/29/2021 | 2128 | MOTION to Appear Pro Hac Vice by Kyle C. Usner.( Filing fee $ 208 receipt number AFLNDC-6378854.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (USNER, KYLE) (Entered: 09/29/2021) |
| 09/29/2021 | 2129 | MOTION to Appear Pro Hac Vice by Jason L. Nabors.( Filing fee $ 208 receipt number AFLNDC-6379251.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (NABORS, JASON) (Entered: 09/29/2021) |
| 09/29/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2129 MOTION to Appear Pro Hac Vice by Jason L. Nabors; 2128 MOTION to Appear Pro Hac Vice by Kyle C. Usner; 2127 MOTION to Appear Pro Hac Vice by Colleen Cavanagh. (djb) (Entered: 09/29/2021) |
| 09/30/2021 | 2130 | MOTION to Appear Pro Hac Vice by Stephen J. Randall.( Filing fee $ 208 receipt number AFLNDC-6381546.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (RANDALL, STEPHEN) (Entered: 09/30/2021) |
| 09/30/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2130 MOTION to Appear Pro Hac Vice |

| | | by Stephen J. Randall. (djb) (Entered: 09/30/2021) |
|---|---|---|
| 09/30/2021 | 2131 | MOTION to Appear Pro Hac Vice by Randi Kassan.( Filing fee $ 208 receipt number AFLNDC-6381700.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (KASSAN, RANDI) (Entered: 09/30/2021) |
| 09/30/2021 | 2132 | MOTION to Appear Pro Hac Vice by Laura B. Danielson.( Filing fee $ 208 receipt number AFLNDC-6381958.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (DANIELSON, LAURA) (Entered: 09/30/2021) |
| 09/30/2021 | 2133 | MOTION to Appear Pro Hac Vice by Brian D. Schall.( Filing fee $ 208 receipt number AFLNDC-6383619.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (SCHALL, BRIAN) (Entered: 09/30/2021) |
| 09/30/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2132 MOTION to Appear Pro Hac Vice by Laura B. Danielson; 2131 MOTION to Appear Pro Hac Vice by Randi Kassan; 2133 MOTION to Appear Pro Hac Vice by Brian D. Schall. (djb) (Entered: 09/30/2021) |
| 09/30/2021 | 2134 | First MOTION to Appear Pro Hac Vice by Ashlee Edwards Winkler.( Filing fee $ 208 receipt number AFLNDC-6387404.) by NOTICE ONLY. (WINKLER, ASHLEE) (Entered: 09/30/2021) |
| 09/30/2021 | 2135 | MOTION to Appear Pro Hac Vice by Sara Roitman.( Filing fee $ 208 receipt number AFLNDC-6388225.) by 3M COMPANY. (ROITMAN, SARA) (Entered: 09/30/2021) |
| 09/30/2021 | 2136 | MOTION to Appear Pro Hac Vice by Mark Murphy.( Filing fee $ 208 receipt number AFLNDC-6388756.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (MURPHY, MARK) (Entered: 09/30/2021) |
| 09/30/2021 | 2137 | MOTION to Appear Pro Hac Vice by Kasdin M. Mitchell.( Filing fee $ 208 receipt number AFLNDC-6388577.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (MITCHELL, KASDIN) (Entered: 09/30/2021) |
| 09/30/2021 | 2138 | MOTION to Appear Pro Hac Vice by Erin C. Johnston.( Filing fee $ 208 receipt number AFLNDC-6389001.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (JOHNSTON, ERIN) (Entered: 09/30/2021) |
| 09/30/2021 | 2139 | MOTION to Appear Pro Hac Vice by Matthew Steinberg.( Filing fee $ 208 receipt number AFLNDC-6388898.) by 3M COMPANY. (STEINBERG, MATTHEW) (Entered: 09/30/2021) |
| 09/30/2021 | 2140 | MOTION to Appear Pro Hac Vice by Stacey G. Pagonis.( Filing fee $ 208 receipt number AFLNDC-6389312.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (PAGONIS, STACEY) (Entered: 09/30/2021) |
| 09/30/2021 | 2141 | MOTION to Appear Pro Hac Vice by Aleschia D. Hyde.( Filing fee $ 208 receipt number AFLNDC-6389756.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (HYDE, ALESCHIA) (Entered: 09/30/2021) |
| 09/30/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY |

| | | RODGERS notified that action is needed Re: [2139](#) MOTION to Appear Pro Hac Vice by Matthew Steinberg; [2137](#) MOTION to Appear Pro Hac Vice by Kasdin M. Mitchell; [2134](#) First MOTION to Appear Pro Hac Vice by Ashlee Edwards Winkler; [2138](#) MOTION to Appear Pro Hac Vice by Erin C. Johnston; [2136](#) MOTION to Appear Pro Hac Vice by Mark Murphy; [2140](#) MOTION to Appear Pro Hac Vice by Stacey G. Pagonis; [2135](#) MOTION to Appear Pro Hac Vice by Sara Roitman. (djb) (Entered: 09/30/2021) |
|---|---|---|
| 09/30/2021 | [2142](#) | MOTION to Appear Pro Hac Vice by Levi Plesset.( Filing fee $ 208 receipt number AFLNDC-6391554.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit) (PLESSET, LEVI) (Entered: 09/30/2021) |
| 10/01/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [2142](#) MOTION to Appear Pro Hac Vice by Levi Plesset; [2141](#) MOTION to Appear Pro Hac Vice by Aleschia D. Hyde. (djb) (Entered: 10/01/2021) |
| 10/01/2021 | [2143](#) | NOTICE of Appearance by DANAE N BENTON on behalf of NOTICE ONLY (BENTON, DANAE) (Entered: 10/01/2021) |
| 10/01/2021 | [2144](#) | NOTICE of Appearance by HOLLY RACHELLE WERKEMA on behalf of NOTICE ONLY (WERKEMA, HOLLY) (Entered: 10/01/2021) |
| 10/01/2021 | [2145](#) | MOTION to Appear Pro Hac Vice by David L. Friend.( Filing fee $ 208 receipt number AFLNDC-6395275.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit Exhibit A-Certificate of Good Standing, # [2](#) Exhibit Exhibit B-Plaintiffs List) (FRIEND, DAVID) (Entered: 10/01/2021) |
| 10/01/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [2145](#) MOTION to Appear Pro Hac Vice by David L. Friend. (djb) (Entered: 10/01/2021) |
| 10/01/2021 | [2146](#) | MOTION to Appear Pro Hac Vice by Gregory D. Brown.( Filing fee $ 208 receipt number AFLNDC-6396539.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit A - Certificate of Good Standing) (BROWN, GREGORY) (Entered: 10/01/2021) |
| 10/01/2021 | [2147](#) | MOTION to Appear Pro Hac Vice by Christopher Moore.( Filing fee $ 208 receipt number AFLNDC-6397886.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit A) (MOORE, CHRISTOPHER) (Entered: 10/01/2021) |
| 10/01/2021 | [2148](#) | First MOTION to Appear Pro Hac Vice by Lewis James Wood.( Filing fee $ 208 receipt number AFLNDC-6398083.) by NOTICE ONLY. (WOOD, LEWIS) Modified on 10/1/2021 to correct filer as NOTICE ONLY party (djb). (Entered: 10/01/2021) |
| 10/01/2021 | [2149](#) | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-119) Certified - 1 action (re: MDL No. 2885. MN/0:21-cv-02056) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 10/1/2021. (Attachments: # [1](#) CTO-119 Finalized) (djb) (Entered: 10/01/2021) |
| 10/01/2021 | [2150](#) | NOTICE of Appearance by LEANNA B PITTARD on behalf of NOTICE ONLY (PITTARD, LEANNA) (Entered: 10/01/2021) |
| 10/01/2021 | [2151](#) | MOTION to Appear Pro Hac Vice by Joel A. Nash.( Filing fee $ 208 receipt number AFLNDC-6398409.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit) (NASH, JOEL) (Entered: 10/01/2021) |
| 10/01/2021 | [2152](#) | First MOTION to Appear Pro Hac Vice by Gary A. Anderson.( Filing fee $ 208 receipt number AFLNDC-6398508.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit A |

| | | Certificate of Good Standing, # 2 Exhibit B Registered Cases, # 3 Exhibit C Registered Cases) (ANDERSON, GARY) (Entered: 10/01/2021) |
|---|---|---|
| 10/01/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2148 First MOTION to Appear Pro Hac Vice by Lewis James Wood; 2152 First MOTION to Appear Pro Hac Vice by Gary A. Anderson; 2146 MOTION to Appear Pro Hac Vice by Gregory D. Brown; 2147 MOTION to Appear Pro Hac Vice by Christopher Moore; 2151 MOTION to Appear Pro Hac Vice by Joel A. Nash. (djb) (Entered: 10/01/2021) |
| 10/01/2021 | 2153 | MOTION to Appear Pro Hac Vice by Terence Sweeney.( Filing fee $ 208 receipt number AFLNDC-6401204.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (SWEENEY, TERENCE) Modified on 10/1/2021 to correct filer as NOTICE ONLY party (djb). (Entered: 10/01/2021) |
| 10/01/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2153 MOTION to Appear Pro Hac Vice by Terence Sweeney. (djb) (Entered: 10/01/2021) |
| 10/01/2021 | 2154 | MOTION to Appear Pro Hac Vice by Bradley Landon Leger.( Filing fee $ 208 receipt number AFLNDC-6401560.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Standing) (CASTILLE, RODNEY) (Entered: 10/01/2021) |
| 10/01/2021 | 2155 | MOTION to Appear Pro Hac Vice by Rodney Kent Castille.( Filing fee $ 208 receipt number AFLNDC-6402218.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Standing) (CASTILLE, RODNEY) (Entered: 10/01/2021) |
| 10/01/2021 | 2156 | MOTION to Appear Pro Hac Vice by John R. Mayer.( Filing fee $ 208 receipt number AFLNDC-6403166.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (MAYER, JOHN) (Entered: 10/01/2021) |
| 10/04/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2156 MOTION to Appear Pro Hac Vice by John R. Mayer; 2155 MOTION to Appear Pro Hac Vice by Rodney Kent Castille; 2154 MOTION to Appear Pro Hac Vice by Bradley Landon Leger. (djb) (Entered: 10/04/2021) |
| 10/04/2021 | 2157 | First MOTION to Appear Pro Hac Vice by Steven D. Cohn.( Filing fee $ 208 receipt number AFLNDC-6407786.) by NOTICE ONLY. (COHN, STEVEN) (Entered: 10/04/2021) |
| 10/04/2021 | 2158 | MOTION to Appear Pro Hac Vice by Fatima Abuzerr.( Filing fee $ 208 receipt number AFLNDC-6408399.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (ABUZERR, FATIMA) (Entered: 10/04/2021) |
| 10/04/2021 | 2159 | MOTION to Appear Pro Hac Vice by Michael T. Gallagher.( Filing fee $ 208 receipt number AFLNDC-6408477.) by NOTICE ONLY. (Attachments: # 1 Exhibit, # 2 Exhibit) (GALLAGHER, MICHAEL) (Entered: 10/04/2021) |
| 10/04/2021 | 2160 | MOTION to Appear Pro Hac Vice by Jennifer A. Moore.( Filing fee $ 208 receipt number AFLNDC-6413017.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (MOORE, JENNIFER) (Entered: 10/04/2021) |
| 10/04/2021 | 2161 | MOTION to Appear Pro Hac Vice by Heath P. Straka.( Filing fee $ 208 receipt number AFLNDC-6413106.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (STRAKA, HEATH) (Entered: 10/04/2021) |
| 10/04/2021 | 2162 | NOTICE of Appearance by RANDALL SETH CROMPTON on behalf of R. Seth Crompton (CROMPTON, RANDALL) (Entered: 10/04/2021) |

| 10/04/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2158 MOTION to Appear Pro Hac Vice by Fatima Abuzerr; 2159 MOTION to Appear Pro Hac Vice by Michael T. Gallagher; 2160 MOTION to Appear Pro Hac Vice by Jennifer A. Moore; 2161 MOTION to Appear Pro Hac Vice by Heath P. Straka; 2157 First MOTION to Appear Pro Hac Vice by Steven D. Cohn. (djb) (Entered: 10/04/2021) |
|---|---|---|
| 10/04/2021 | 2163 | MOTION to Appear Pro Hac Vice by Carasusana Wall.( Filing fee $ 208 receipt number AFLNDC-6414604.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing - OH) (WALL, CARASUSANA) (Entered: 10/04/2021) |
| 10/04/2021 | 2164 | CASE MANAGEMENT ORDER NO. 27. Pursuant to the Order amending parties' sealing protocol, ECF No. 788 , the parties are advised that in 90 days the undersigned will direct the Clerk of Court to unseal all sealed motions, as well as any accompanying exhibits, responses, or related memorandum initially filed under seal where no motion has been filed requesting that the documents remain under seal. This Order includes documents filed on the main 3M MDL docket, 3:19md2885, as well as any document filed in any individual bellwether plaintiff's case. Signed by JUDGE M CASEY RODGERS on 10/4/2021. (djb) (Entered: 10/04/2021) |
| 10/04/2021 | 2165 | MOTION to Appear Pro Hac Vice by Yates M. French.( Filing fee $ 208 receipt number AFLNDC-6416212.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (FRENCH, YATES) (Entered: 10/04/2021) |
| 10/04/2021 | 2166 | MOTION to Appear Pro Hac Vice by Mark D. Samson.( Filing fee $ 208 receipt number AFLNDC-6416629.) by NOTICE ONLY. (SAMSON, MARK) (Entered: 10/04/2021) |
| 10/04/2021 | 2167 | First MOTION to Appear Pro Hac Vice by Martin J. Phipps.( Filing fee $ 208 receipt number AFLNDC-6416506.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Standing) (PHIPPS, MARTIN) (Entered: 10/04/2021) |
| 10/04/2021 | 2168 | MOTION to Appear Pro Hac Vice by Maxwell Goins.( Filing fee $ 208 receipt number BFLNDC-6416798.) by NOTICE ONLY. (GOINS, MAXWELL) (Entered: 10/04/2021) |
| 10/04/2021 | 2169 | NOTICE of Appearance by JOSEPH DANIEL TALMADGE, JR on behalf of NOTICE ONLY (TALMADGE, JOSEPH) (Entered: 10/04/2021) |
| 10/04/2021 | 2170 | MOTION to Appear Pro Hac Vice by Shawn G. Foster.( Filing fee $ 208 receipt number AFLNDC-6418742.) by NOTICE ONLY. (Attachments: # 1 Cert. of Good Standing, # 2 List of clients) (FOSTER, SHAWN) (Entered: 10/04/2021) |
| 10/04/2021 | 2171 | ORDER - The 2077 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records is GRANTED, as requested. Signed by JUDGE M CASEY RODGERS on 10/4/2021. (djb) (Entered: 10/05/2021) |
| 10/04/2021 | 2172 | PRIVACY ACT ORDER NO. 42. The 2078 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 2078 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 10/4/2021. (djb) (Entered: 10/05/2021) |
| 10/05/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2170 MOTION to Appear Pro Hac Vice by Shawn G. Foster; 2167 First MOTION to Appear Pro Hac Vice by Martin J. Phipps; 2163 MOTION to Appear Pro Hac Vice by Carasusana Wall; 2166 MOTION to Appear Pro Hac Vice by Mark D. Samson; 2165 MOTION to Appear Pro Hac Vice by Yates M. |

| | | French; 2168 MOTION to Appear Pro Hac Vice by Maxwell Goins. (djb) (Entered: 10/05/2021) |
|---|---|---|
| 10/05/2021 | 2173 | MOTION to Appear Pro Hac Vice by Jamie Alan Aycock.( Filing fee $ 208 receipt number AFLNDC-6421886.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (AYCOCK, JAMIE) (Entered: 10/05/2021) |
| 10/05/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2173 MOTION to Appear Pro Hac Vice by Jamie Alan Aycock. (djb) (Entered: 10/05/2021) |
| 10/05/2021 | 2174 | **Filed in Error** COMPLAINT against All Defendants ( Filing fee $ 402 receipt number AFLNDC-6422975.), filed by Bobby Ray Gunnoe, II. (Attachments: # 1 Civil Cover Sheet) (FRANCIS, BRANDON) Modified on 10/5/2021 Finance Department will be notified (djb). (Entered: 10/05/2021) |
| 10/05/2021 | 2175 | MOTION to Appear Pro Hac Vice by Rex W. Manning.( Filing fee $ 208 receipt number AFLNDC-6424619.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (MANNING, REX) (Entered: 10/05/2021) |
| 10/05/2021 | 2178 | ORDER SETTING TRIAL AND PRETRIAL SCHEDULE. Re: Kelley, 7:20cv153. The trial of this case will begin Monday, March 28, 2022 and conclude by Friday, April 8, 2022, unless extended by the presiding judge. The trial will be conducted before Judge Thomas Barber, at the United States District Court, 100 North Palafox Street, Courtroom 2, Pensacola, Florida. A pretrial conference will be held before Judge Rodgers in Pensacola on March 16, 2022, beginning at 8:30AM. The attorney's conference required by paragraph III must be held no later than February 16, 2022. The pretrial stipulation and other papers required by paragraphs IV and V must be filed no later than March 9, 2022. Motions in limine regarding evidentiary matters known to counsel, must be filed no later than March 2, 2022, with responsive memoranda due within 5 calendar days. Signed by JUDGE M CASEY RODGERS on 10/5/2021. (Attachments: # 1 Exhibit A) (djb) (Entered: 10/06/2021) |
| 10/05/2021 | 2179 | ORDER SETTING TRIAL AND PRETRIAL SCHEDULE. Re: McNeal, 7:20cv066. The trial of this case will begin Monday, March 14, 2022 and conclude by Friday, March 25, 2022, unless extended by the presiding judge. The trial and all pretrial proceedings will be conducted before Judge Roy B. Dalton, Jr., at the United States District Court, 100 North Palafox Street, Courtroom 2, Pensacola, Florida. A pretrial conference will be held before Judge Dalton in Pensacola on March 3, 2022, beginning at 9:00AM. Pretrial Stipulation due by 2/22/2022. Attorney Conference to take place by 2/4/2022. Motions in limine regarding evidentiary matters known to counsel, must be filed no later than February 7, 2022, with responsive memoranda due within 5 calendar days. Signed by JUDGE M CASEY RODGERS on 10/5/2021. (Attachments: # 1 Exhibit A) (djb) (Entered: 10/06/2021) |
| 10/05/2021 | 2180 | ORDER SETTING TRIAL AND PRETRIAL SCHEDULE. Re: Vaughn, 7:20cv134. The trial of this case will begin Monday, April 18, 2022 and conclude by Friday, April 29, 2022, unless extended by the presiding judge. The trial will be conducted before Judge Steven D. Grimberg, at the United States District Court, 401 SE First Ave., Gainesville, Florida. A pretrial conference will be held before Judge Grimberg on April 12, 2022, beginning at 2:00PM. The attorney's conference required by paragraph III must be held no later than March 4, 2022. The pretrial stipulation and other papers required by paragraphs IV and V must be filed no later than March 25, 2022. Motions in |

| | | |
|---|---|---|
| | | limine regarding evidentiary matters known to counsel, must be filed no later than March 11, 2022, with responsive memoranda due within 5 calendar days. Signed by JUDGE M CASEY RODGERS on 10/5/2021. (Attachments: # 1 Exhibit A) (djb) (Entered: 10/06/2021) |
| 10/05/2021 | 2181 | ORDER SETTING TRIAL AND PRETRIAL SCHEDULE. Re: Vilsmeyer, 7:20cv113. The trial of this case will begin Monday, May 9, 2022 and conclude by Friday, May 20, 2022, unless extended by the presiding judge. The trial will be conducted before Judge Robin L. Rosenberg, at the United States District Court, 100 North Palafox Street, Courtroom 2, Pensacola, Florida. A pretrial conference will be held before Judge Rosenberg on April 27, 2022, beginning at 9:00AM. The attorney's conference required by paragraph III must be held no later than March 11, 2022. The pretrial stipulation and other papers required by paragraphs IV and V must be filed no later than April 11, 2022. Motions in limine regarding evidentiary matters known to counsel, must be filed no later than April 4, 2022, with responsive memoranda due within 5 calendar days. Signed by JUDGE M CASEY RODGERS on 10/5/2021. (Attachments: # 1 Exhibit A) (djb) (Entered: 10/06/2021) |
| 10/06/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2175 MOTION to Appear Pro Hac Vice by Rex W. Manning. (djb) (Entered: 10/06/2021) |
| 10/06/2021 | 2176 | MOTION to Appear Pro Hac Vice by Leila E. Mustafa.( Filing fee $ 208 receipt number AFLNDC-6426105.) by NOTICE ONLY. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order) (MUSTAFA, LEILA) (Entered: 10/06/2021) |
| 10/06/2021 | 2177 | CASE MANAGEMENT ORDER NO. 28. Signed by JUDGE M CASEY RODGERS on 10/6/2021. (djb) (Entered: 10/06/2021) |
| 10/06/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2176 MOTION to Appear Pro Hac Vice by Leila E. Mustafa. (djb) (Entered: 10/06/2021) |
| 10/06/2021 | 2182 | MOTION to Appear Pro Hac Vice by Kate T. Walling.( Filing fee $ 208 receipt number AFLNDC-6430395.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (WALLING, KATHERINE) (Entered: 10/06/2021) |
| 10/07/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2182 MOTION to Appear Pro Hac Vice by Kate T. Walling. (djb) (Entered: 10/07/2021) |
| 10/07/2021 | 2183 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 10/07/2021) |
| 10/07/2021 | 2184 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 Cover - SEALED, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 11/3/2021) (djb). (Entered: 10/07/2021) |
| 10/07/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2183 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, re: 2184 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records. (djb) (Entered: 10/07/2021) |

| 10/07/2021 | 2185 | MOTION to Appear Pro Hac Vice by Jonathan E. Schulman.( Filing fee $ 208 receipt number AFLNDC-6434001.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (SCHULMAN, JONATHAN) Modified on 10/7/2021 to correct filer to NOTICE PARTY (djb). (Entered: 10/07/2021) |
|---|---|---|
| 10/07/2021 | 2186 | MOTION to Appear Pro Hac Vice by Anna D. Kamins.( Filing fee $ 208 receipt number AFLNDC-6434317.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (KAMINS, ANNA) (Entered: 10/07/2021) |
| 10/07/2021 | 2187 | ORDER SETTING TRIAL AND PRETRIAL SCHEDULE. Re: Wilkerson, 7:20cv35. The trial of this case will begin Monday, March 14, 2022 and conclude by Friday, March 25, 2022, unless extended by the presiding judge. The trial will be conducted before Judge Lisa Wood, at the United States District Court, 111 North Adams Street, Tallahassee, Florida. A pretrial conference will be held before Judge Rodgers in Pensacola on March 4, 2022, beginning at 8:30AM. The attorney's conference required by paragraph III must be held no later than February 4, 2022. The pretrial stipulation and other papers required by paragraphs IV and V must be filed no later than February 22, 2022. Motions in limine regarding evidentiary matters known to counsel, must be filed no later than February 7, 2022, with responsive memoranda due within 5 calendar days. Signed by JUDGE M CASEY RODGERS on 10/7/2021. (Attachments: # 1 Exhibit A) (djb) (Entered: 10/07/2021) |
| 10/07/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2186 MOTION to Appear Pro Hac Vice by Anna D. Kamins; 2185 MOTION to Appear Pro Hac Vice by Jonathan E. Schulman. (djb) (Entered: 10/07/2021) |
| 10/08/2021 | 2188 | NOTICE of Appearance by JUDITH A SUSSKIND on behalf of NOTICE ONLY (Attachments: # 1 Exhibit) (SUSSKIND, JUDITH) (Entered: 10/08/2021) |
| 10/08/2021 | 2189 | **FILED IN ERROR** COMPLAINT *Short Form Complaint* against 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC ( Filing fee $ 402 receipt number AFLNDC-6439981.), filed by NOTICE ONLY. (CAMINATI, KATIE) Modified on 10/8/2021 (djb). (Entered: 10/08/2021) |
| 10/08/2021 | 2190 | MOTION PLAINTIFFS EXPEDITED MOTION TO AUTHORIZE REMOTE TESTIMONY PURSUANT TO RULE 43(a) FROM 3M FACT WITNESSES ELLIOTT BERGER AND BRIAN MYERS by CO-LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K) (SEEGER, CHRISTOPHER) (Entered: 10/08/2021) |
| 10/08/2021 | 2191 | MOTION to Appear Pro Hac Vice by Graham L. Newman.( Filing fee $ 208 receipt number AFLNDC-6440839.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (NEWMAN, GRAHAM) (Entered: 10/08/2021) |
| 10/08/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2190 MOTION PLAINTIFFS EXPEDITED MOTION TO AUTHORIZE REMOTE TESTIMONY PURSUANT TO RULE 43(a) FROM 3M FACT WITNESSES ELLIOTT BERGER AND BRIAN MYERS (djb) (Entered: 10/08/2021) |
| 10/08/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2191 MOTION to Appear Pro Hac Vice by Graham L. Newman. (djb) (Entered: 10/08/2021) |
| 10/08/2021 | 2195 | Sealed Defendants' Response to Plaintiffs' Motion to Preserve Daubert and Rule 702 |

Motions and Arguments Previously Ruled Upon. (djb) (Entered: 10/12/2021)

| 10/08/2021 | 2196 | Sealed Defendants' Response to Plaintiffs' Omnibus Motion and Memorandum of Law to Exclude Defendants' Group C Expert Opinions and Testimony. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66) (djb) (Entered: 10/12/2021) |
| 10/08/2021 | 2197 | Sealed PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO PRESERVE DAUBERT AND RULE 702 MOTIONS AND ARGUMENTS PREVIOUSLY RULED UPON. (djb) (Entered: 10/12/2021) |
| 10/08/2021 | 2199 | Sealed PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' OMNIBUS MOTION TO EXCLUDE PLAINTIFFS' GROUP C PUTATIVE EXPERT OPINIONS UNDER DAUBERT AND RULE 702 AND INCORPORATED MEMORANDUM. (Attachments: # 1 Declaration of Bryan F. Aylstock in Support, # 2 Exhibit PX-1, # 3 Exhibit PX-2, # 4 Exhibit PX-3, # 5 Exhibit PX-4, # 6 Exhibit PX-5, # 7 Exhibit PX-6, # 8 Exhibit PX-7, # 9 Exhibit PX-8, # 10 Exhibit PX-9, # 11 Exhibit PX-10, # 12 Exhibit PX-11, # 13 Exhibit PX-12, # 14 Exhibit PX-13, # 15 Exhibit PX-14, # 16 Exhibit PX-15, # 17 Exhibit PX-16, # 18 Exhibit PX-17, # 19 Exhibit PX-18, # 20 Exhibit PX-19, # 21 Exhibit PX-20, # 22 Exhibit PX-21, # 23 Exhibit PX-22, # 24 Exhibit PX-23, # 25 Exhibit PX-24, # 26 Exhibit PX-25, # 27 Exhibit PX-26, # 28 Exhibit PX-27, # 29 Exhibit PX-28, # 30 Exhibit PX-29, # 31 Exhibit PX-30, # 32 Exhibit PX-31, # 33 Exhibit PX-32, # 34 Exhibit PX-33, # 35 Exhibit PX-34, # 36 Exhibit PX-35, # 37 Exhibit PX-36, # 38 Exhibit PX-37, # 39 Exhibit PX-38, # 40 Exhibit PX-39, # 41 Exhibit PX-40, # 42 Exhibit PX-41, # 43 Exhibit PX-42, # 44 Exhibit PX-43, # 45 Exhibit PX-44, # 46 Exhibit PX-45, # 47 Exhibit PX-46, # 48 Exhibit PX-47, # 49 Exhibit PX-48) (djb) (Entered: 10/12/2021) |
| 10/10/2021 | 2192 | ORDER referring Plaintiffs' 2190 Expedited Motion to Authorize Remote Testimony Pursuant to Rule 43(a) From 3M Fact Witnesses Elliot Berger and Brian Myers for further proceedings, if necessary, and resolution to the pending motion. Signed by JUDGE M CASEY RODGERS on 10/10/2021. Motion referred to GARY R JONES. (jff) (Entered: 10/10/2021) |
| 10/11/2021 | 2193 | MOTION to Appear Pro Hac Vice by Todd C. Comeaux.( Filing fee $ 208 receipt number AFLNDC-6444324.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Case List) (COMEAUX, TODD) (Entered: 10/11/2021) |
| 10/11/2021 | 2194 | MOTION to Appear Pro Hac Vice by Dina Zalewski.( Filing fee $ 208 receipt number AFLNDC-6444685.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (ZALEWSKI, DINA) (Entered: 10/11/2021) |
| 10/12/2021 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 2190 MOTION PLAINTIFFS EXPEDITED MOTION TO AUTHORIZE REMOTE TESTIMONY |

| | | |
|---|---|---|
| | | PURSUANT TO RULE 43(a) FROM 3M FACT WITNESSES ELLIOTT BERGER AND BRIAN MYERS . RE: 2192 Order referring motion Referred to GARY R JONES. (djb) (Entered: 10/12/2021) |
| 10/12/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2194 MOTION to Appear Pro Hac Vice by Dina Zalewski; 2193 MOTION to Appear Pro Hac Vice by Todd C. Comeaux. (djb) (Entered: 10/12/2021) |
| 10/12/2021 | 2198 | MOTION to Appear Pro Hac Vice by Jon Ryan Kral.( Filing fee $ 208 receipt number AFLNDC-6453143.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (KRAL, JON) (Entered: 10/12/2021) |
| 10/12/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2195 Sealed Defendants' Response to Plaintiffs' Motion to Preserve Daubert and Rule 702 Motions and Arguments Previously Ruled Upon, 2196 Sealed Defendants' Response to Plaintiffs' Omnibus Motion and Memorandum of Law to Exclude Defendants' Group C Expert Opinions and Testimony. (djb) (Entered: 10/12/2021) |
| 10/12/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2197 Sealed PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO PRESERVE DAUBERT AND RULE 702 MOTIONS AND ARGUMENTS PREVIOUSLY RULED UPON, 2199 Sealed PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' OMNIBUS MOTION TO EXCLUDE PLAINTIFFS' GROUP C PUTATIVE EXPERT OPINIONS UNDER DAUBERT AND RULE 702 AND INCORPORATED MEMORANDUM. (djb) (Entered: 10/12/2021) |
| 10/12/2021 | 2200 | MOTION to Appear Pro Hac Vice by Trisha M. Green.( Filing fee $ 208 receipt number AFLNDC-6453597.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (KRAL, JON) (Entered: 10/12/2021) |
| 10/12/2021 | 2201 | ORDER. Defendants' Motion to Extend Time to Complete the Depositions of Mr. Hamery and Mr. Dancer 2050 is denied in part and granted in part, consistent with this Order. Signed by JUDGE M CASEY RODGERS on 10/12/2021. (jff) (Entered: 10/12/2021) |
| 10/13/2021 | 2202 | ORDER - The motion to exclude Johnson's expert opinions are GRANTED in part and DENIED in part. The motion to exclude Bennett's expert opinions in their entirety are DENIED. re 1864 DEFENDANTS' OMNIBUS MOTION TO EXCLUDE PLAINTIFFS' GROUP B PUTATIVE EXPERT OPINIONS UNDER DAUBERT AND RULE 702 AND INCORPORATED MEMORANDUM. Signed by JUDGE M CASEY RODGERS on 10/13/2021. (djb) (Entered: 10/13/2021) |
| 10/13/2021 | 2203 | NOTICE of Appearance by BRANDON LEE BOGLE on behalf of NOTICE ONLY (BOGLE, BRANDON) (Entered: 10/13/2021) |
| 10/13/2021 | 2204 | MOTION to Appear Pro Hac Vice by Shayne H. Henry.( Filing fee $ 208 receipt number AFLNDC-6456170.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (HENRY, SHAYNE) (Entered: 10/13/2021) |
| 10/13/2021 | 2205 | MOTION to Appear Pro Hac Vice by Austin J. Del Priore.( Filing fee $ 208 receipt number AFLNDC-6456347.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, |

| | | |
|---|---|---|
| | | AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (DEL PRIORE, AUSTIN) (Entered: 10/13/2021) |
| 10/13/2021 | 2206 | NOTICE of Change of Address by KIMBALL J JONES (JONES, KIMBALL) (Entered: 10/13/2021) |
| 10/13/2021 | 2207 | MOTION to Appear Pro Hac Vice by Nickolas Barber.( Filing fee $ 208 receipt number AFLNDC-6456975.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (BARBER, NICKOLAS) (Entered: 10/13/2021) |
| 10/13/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2207 MOTION to Appear Pro Hac Vice by Nickolas Barber, 2198 MOTION to Appear Pro Hac Vice by Jon Ryan Kral, 2204 MOTION to Appear Pro Hac Vice by Shayne H. Henry, 2200 MOTION to Appear Pro Hac Vice by Trisha M. Green, 2205 MOTION to Appear Pro Hac Vice by Austin J. Del Priore. (djb) (Entered: 10/13/2021) |
| 10/13/2021 | 2208 | MOTION to Appear Pro Hac Vice by Eric R Nowak.( Filing fee $ 208 receipt number AFLNDC-6459638.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (NOWAK, ERIC) (Entered: 10/13/2021) |
| 10/14/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2208 MOTION to Appear Pro Hac Vice by Eric R Nowak. (djb) (Entered: 10/14/2021) |
| 10/14/2021 | 2209 | MOTION to Appear Pro Hac Vice by Austin L. Klar.( Filing fee $ 208 receipt number AFLNDC-6462291.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (KLAR, AUSTIN) (Entered: 10/14/2021) |
| 10/14/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2209 MOTION to Appear Pro Hac Vice by Austin L. Klar. (djb) (Entered: 10/14/2021) |
| 10/15/2021 | 2210 | ORDER. The 2124 Motion to Appear Pro Hac Vice by Emily B. Ashe, is DENIED without prejudice for failure to identify any individual case in which counsel appears as attorney of record. See ECF No. 86 , II. Signed by JUDGE M CASEY RODGERS on 10/15/2021. (djb) Modified on 10/15/2021 (djb). (Entered: 10/15/2021) |
| 10/15/2021 | 2211 | ORDER. The 2151 Motion to Appear Pro Hac Vice by Joel A. Nash, is DENIED without prejudice for failure to provide the required Certificate of Good Standing. Signed by JUDGE M CASEY RODGERS on 10/15/2021. (djb) Modified on 10/15/2021 (djb). (Entered: 10/15/2021) |
| 10/15/2021 | 2212 | ORDER. The 2134 Motion to Appear Pro Hac Vice by Ashlee Edwards Winkler, is DENIED without prejudice for failure to provide the required Certificate of Good Standing dated within 30 days of filing the motion. Signed by JUDGE M CASEY RODGERS on 10/15/2021. (djb) Modified on 10/15/2021 (djb). (Entered: 10/15/2021) |
| 10/15/2021 | 2213 | ORDER. 2148 Motion to Appear Pro Hac Vice by Lewis James Wood, is DENIED without prejudice for failure to identify any individual case in which counsel appears as attorney of record. See ECF No. 86 , ¶ II. Signed by JUDGE M CASEY RODGERS on 10/15/2021. (djb) (Entered: 10/15/2021) |
| 10/15/2021 | 2214 | ORDER. The Motions for Pro Hac Vice, ECF Nos. 2094 , 2096 , 2097 , 2098 , 2099 , 2100 , 2102 , 2103 , 2105 , 2110 , 2112 , 2114 , 2115 , 2119 , 2120 , 2121 , 2122 , 2123 , |

2125 , 2127 , 2128 , 2129 , 2130 , 2131 , 2132 , 2133 , 2135 , 2136 , 2137 , 2138 , 2139 , 2140 , 2141 , 2142 , 2145 , 2146 , 2147 , 2152 , 2153 , 2154 , 2155 , 2156 , 2157 , 2158 , and 2159 are GRANTED. (Appointed ANNE MCCLAIN SIDRYS,HUNTER JACKSON NORTON,COLLEEN N CAVANAGH,SARA B ROITMAN,KASDIN MILLER MITCHELL,ERIN C JOHNSTON,MATTHEW PERRY STEINBERG,STACEY G PAGONIS,ALESCHIA D HYDE for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC); (Appointed SHEILA M BOSSIER,KAREN LAWRENCE PUCCIO,PATRICK MASON DENNIS,BRIAN AUGUSTUS BECKCOM,JONATHAN MICHAEL ASHTON,MARTIN A RAMEY,PAUL MICHAEL SCOTT,KEVIN M FITZGERALD,THERESA ANNE LYNN,JOSEPH JOHN FANTINI,CLAIRE E BERG,ROBERT T NAUMES, JR,JULIE E LAMKIN,MATTHEW PALMER LAMBERT,KYLE CHRISTOPHER USNER,D MICHAEL NOONAN,JASON LEE NABORS,STEPHEN J RANDALL,RANDI A KASSAN,LAURA B DANIELSON,BRIAN DAVID SCHALL,MARK RYAN MURPHY,LEVI M PLESSET,DAVID L FRIEND,GREGORY DONALD BROWN,CHRISTOPHER AARON MOORE, II,GARY ANTHONY ANDERSON,TERENCE J SWEENEY,BRADLEY L LEGER,RODNEY K CASTILLE,JOHN ROBERT MAYER,STEVEN DANIEL COHN,FATIMA ABUZERR,MICHAEL T GALLAGHER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 10/15/2021. (Joseph Tennant not added at this time, not registered for PHV admission.) (djb) (Entered: 10/15/2021)

| 10/15/2021 | 2215 | MOTION to Appear Pro Hac Vice by Kenneth J. Wink, Jr..( Filing fee $ 208 receipt number AFLNDC-6476060.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (WINK, KENNETH) (Entered: 10/15/2021) |
| 10/15/2021 | 2216 | MOTION to Appear Pro Hac Vice by Triel D. Culver.( Filing fee $ 208 receipt number AFLNDC-6476797.) by NOTICE ONLY. (Attachments: # 1 Ex: A - Certificate of Good Standing) (CULVER, TRIEL) (Entered: 10/15/2021) |
| 10/18/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2216 MOTION to Appear Pro Hac Vice by Triel D. Culver; 2215 MOTION to Appear Pro Hac Vice by Kenneth J. Wink, Jr. (djb) (Entered: 10/18/2021) |
| 10/18/2021 | 2217 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-122) CERTIFIED - 8 actions re: MDLNo. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 10/18/2021. (Attachments: # 1 CTO-122 Finalized) (djb) (Entered: 10/18/2021) |
| 10/18/2021 | 2218 | ORDER - This Order resolves certain of the parties' respective omnibus motions to exclude expert testimony and opinions, in whole or in part for the Trial Group C cases. Signed by JUDGE M CASEY RODGERS on 10/18/2021. (djb) (Entered: 10/18/2021) |
| 10/18/2021 | 2219 | NOTICE of Appearance by DOMINIQUE J CARROLL on behalf of NOTICE ONLY (CARROLL, DOMINIQUE) (Entered: 10/18/2021) |
| 10/19/2021 | 2220 | MOTION Refiled Motion to Appear Pro Hac Vice by Emily B. Ashe. by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (ASHE, EMILY) (Entered: 10/19/2021) |
| 10/19/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2220 MOTION Refiled Motion to Appear Pro Hac Vice by Emily B. Ashe. re: 2210 Order (djb) (Entered: 10/19/2021) |

| 10/19/2021 | 2221 | MOTION to Appear Pro Hac Vice by Anna Terteryan.( Filing fee $ 208 receipt number AFLNDC-6499259.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (TERTERYAN, ANNA) (Entered: 10/19/2021) |
|---|---|---|
| 10/19/2021 | 2222 | Sealed DEFENDANTS' RESPONSE TO PLAINTIFFS' EXPEDITED MOTION TO AUTHORIZE REMOTE TESTIMONY PURSUANT TO RULE 43(a) FROM 3M FACT WITNESSES ELLIOTT BERGER AND BRIAN MYERS. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10) (djb) (Entered: 10/20/2021) |
| 10/20/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2221 MOTION to Appear Pro Hac Vice by Anna Terteryan. (djb) (Entered: 10/20/2021) |
| 10/20/2021 | 2223 | NOTICE of Telephonic Hearing on Motion 2190 MOTION PLAINTIFFS EXPEDITED MOTION TO AUTHORIZE REMOTE TESTIMONY PURSUANT TO RULE 43(a) FROM 3M FACT WITNESSES ELLIOTT BERGER AND BRIAN MYERS: Telephonic Motion Hearing set for **10/22/2021 10:30 AM ET** before MAGISTRATE JUDGE GARY R JONES. ALL PARTIES are directed to call the AT&T Conference Line (see below). <br><br> Conference Call Information <br><br> You may dial into the conference call up to five minutes before start time. Call in number: 888-684-8852 When prompted for an access code, enter: 4251733# If you are asked to join as the host, just ignore and wait until you are asked for a security code. When asked for a security code, enter: 3696# Say your name, when prompted. You are now in the conference call. Remember to mute your phone when you are not speaking. <br><br> Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made. <br><br> *s/ Adelita Tinaya-Miller* <br> Courtroom Deputy Clerk (atm) (Entered: 10/20/2021) |
| 10/20/2021 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 2222 Sealed Defendants' Response, re: 2190 MOTION PLAINTIFFS EXPEDITED MOTION TO AUTHORIZE REMOTE TESTIMONY PURSUANT TO RULE 43(a) FROM 3M FACT WITNESSES ELLIOTT BERGER AND BRIAN MYERS . Referred to GARY R JONES. (djb) (Entered: 10/20/2021) |
| 10/20/2021 | 2224 | NOTICE of Appearance by WILLIAM HAMPTON JOHNSON, IV on behalf of NOTICE ONLY (JOHNSON, WILLIAM) (Entered: 10/20/2021) |
| 10/20/2021 | 2225 | NOTICE of Appearance by SELENA A GIBSON on behalf of NOTICE ONLY (GIBSON, SELENA) (Entered: 10/20/2021) |
| 10/21/2021 | 2226 | NOTICE of Appearance by CHRISTOPHER GUS PAULOS on behalf of NOTICE ONLY (PAULOS, CHRISTOPHER) (Entered: 10/21/2021) |

| 10/21/2021 | 2227 | MOTION to Appear Pro Hac Vice by Rodrigo de Llano.( Filing fee $ 208 receipt number AFLNDC-6505247.) by NOTICE ONLY. (DE LLANO, RODRIGO) # 1 Certificate of Good Standing, # 3 Case List) (djb). Modified on 10/25/2021 (djb). (Entered: 10/21/2021) |
|---|---|---|
| 10/21/2021 | 2228 | MOTION to Appear Pro Hac Vice by Thomas W. Shlosman.( Filing fee $ 208 receipt number AFLNDC-6505597.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (SHLOSMAN, THOMAS) (Entered: 10/21/2021) |
| 10/22/2021 | 2229 | MOTION to Appear Pro Hac Vice by Neal G. Galloway.( Filing fee $ 208 receipt number AFLNDC-6507760.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (GALLOWAY, NEAL) (Entered: 10/22/2021) |
| 10/22/2021 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2229 MOTION to Appear Pro Hac Vice by Neal G. Galloway. 2228 MOTION to Appear Pro Hac Vice by Thomas W. Shlosman. (djb) (Entered: 10/22/2021) |
| 10/25/2021 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2227 MOTION to Appear Pro Hac Vice by Rodrigo de Llano. (djb) (Entered: 10/25/2021) |
| 10/25/2021 | 2230 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-123) Certified. 2 actions MN/0:21-cv-02231, MN/0:21-cv-02232. re: MDLNo. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 10/25/2021. (Attachments: # 1 CTO-123 Finalized) (djb) (Entered: 10/25/2021) |
| 10/25/2021 | 2231 | First MOTION to Appear Pro Hac Vice by Brandee J.K. Faria.( Filing fee $ 208 receipt number BFLNDC-6509717.) by NOTICE ONLY. (FARIA, BRANDEE) (Entered: 10/25/2021) |
| 10/25/2021 | 2232 | ORDER. This Order addresses Defendants' motion to exclude the hMIRE (human-microphone in real ear) opinions of Dr. David A. Eddins, as supplemented in his report dated July 6, 2021, under Federal Rule of Evidence 702 and Daubert v. Merrell Dow Pharm., Inc., 509 U.S. 579 (1993). See ECF No. 2042 at 47-52. Signed by JUDGE M CASEY RODGERS on 10/25/2021. (djb) (Entered: 10/25/2021) |
| 10/25/2021 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2231 First MOTION to Appear Pro Hac Vice by Brandee J.K. Faria. (djb) (Entered: 10/25/2021) |
| 10/25/2021 | 2233 | MOTION to Appear Pro Hac Vice by Jeffrey J. Zeiger.( Filing fee $ 208 receipt number AFLNDC-6510153.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (ZEIGER, JEFFREY) (Entered: 10/25/2021) |
| 10/25/2021 | 2234 | MOTION to Appear Pro Hac Vice by Leslie MacLean.( Filing fee $ 208 receipt number AFLNDC-6510371.) by NOTICE ONLY. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order) (MACLEAN, LESLIE) (Entered: 10/25/2021) |
| 10/25/2021 | 2236 | CASE MANAGEMENT ORDER NO. 29. The Court hereby amends the parties' sealing protocols in ECF No. 788 to require that they first seek leave of Court prior to filing a motion, an exhibit, or any other filing under seal that does not specifically contain Privacy Act information. In the event any filing contains limited Privacy Act information, a redacted version of the document must be filed on the Court's public docket. This Order applies to documents filed on the main 3M MDL docket, |

| | | |
|---|---|---|
| | | 3:19md2885, as well as any document filed in any individual case. Signed by JUDGE M CASEY RODGERS on 10/25/2021. (djb) (Entered: 10/26/2021) |
| 10/26/2021 | 2235 | MOTION to Appear Pro Hac Vice by Joseph H. Mattingly III.( Filing fee $ 208 receipt number AFLNDC-6510516.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (MATTINGLY, JOSEPH) (Entered: 10/26/2021) |
| 10/26/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2235 MOTION to Appear Pro Hac Vice by Joseph H. Mattingly III; 2233 MOTION to Appear Pro Hac Vice by Jeffrey J. Zeiger; 2234 MOTION to Appear Pro Hac Vice by Leslie MacLean. (djb) (Entered: 10/26/2021) |
| 10/26/2021 | 2237 | MOTION to Appear Pro Hac Vice by Elizabeth C. DeGori.( Filing fee $ 208 receipt number AFLNDC-6511577.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (DEGORI, ELIZABETH) (Entered: 10/26/2021) |
| 10/26/2021 | 2238 | ORDER granting 2041 Defendants' Motion to Preserve Daubert and Rule 702 Motions and Arguments Previously Ruled Upon, 2045 Plaintiffs' Motion to Preserve Daubert and Rule 702 Motions and Arguments Previously Ruled Upon. Signed by JUDGE M CASEY RODGERS on 10/26/2021. (djb) (Entered: 10/26/2021) |
| 10/26/2021 | 2239 | MOTION to Appear Pro Hac Vice by Steven D. Davis.( Filing fee $ 208 receipt number AFLNDC-6511819.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (DAVIS, STEVEN) (Entered: 10/26/2021) |
| 10/26/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2237 MOTION to Appear Pro Hac Vice by Elizabeth C. DeGori; 2239 MOTION to Appear Pro Hac Vice by Steven D. Davis. (djb) (Entered: 10/26/2021) |
| 10/26/2021 | 2240 | MOTION to Appear Pro Hac Vice by Ginger A. Gibbs.( Filing fee $ 208 receipt number AFLNDC-6511612.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing (MA)) (GIBBS, GINGER) (Entered: 10/26/2021) |
| 10/27/2021 | 2241 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Telephonic Motion Hearing held on 10/22/2021, before Judge Magistrate Gary Jones. Court Reporter/Transcriber Lisa Snyder, Telephone number 850-567-1374.  *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **11/3/2021**. Release of Transcript Restriction set for **2/1/2022**. (ls) (Entered: 10/27/2021) |
| 10/27/2021 | 2242 | MOTION to Appear Pro Hac Vice by EricaRae Garcia.( Filing fee $ 208 receipt number AFLNDC-6513265.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (GARCIA, ERICARAE) Modified on 10/27/2021 to correct filer(djb). (Entered: 10/27/2021) |
| 10/27/2021 | 2243 | **FILED IN ERROR** COMPLAINT *on behalf of, Lev Pobirsky,* against All Defendants ( Filing fee $ 402 receipt number AFLNDC-6513119.), filed by NOTICE ONLY. (DILIBERTO, ASHLEY) Modified on 10/27/2021 (djb). **Open an individual civil case. parties will be taken off the docket, finance department notified for a refund** (Entered: 10/27/2021) |

| 10/27/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2242 MOTION to Appear Pro Hac Vice by EricaRae Garcia. (djb) (Entered: 10/27/2021) |
|---|---|---|
| 10/27/2021 | 2244 | ORDER sua sponte reconsidering the Court's previous rulings regarding use of the Kevin Michael report in this litigation. The report is inadmissible and may not be used for any purpose with any witness in any future bellwether trials in this MDL. Signed by JUDGE M CASEY RODGERS on 10/27/2021. (djb) (Entered: 10/27/2021) |
| 10/27/2021 | 2245 | MOTION Amended Motion to Appear Pro Hac Vice by NOTICE ONLY. (Attachments: # 1 Exhibit) (NASH, JOEL) (Entered: 10/27/2021) |
| 10/27/2021 | 2246 | MOTION to Appear Pro Hac Vice by Dale Christopher Russell.( Filing fee $ 208 receipt number AFLNDC-6514998.) by NOTICE ONLY. (Attachments: # 1 Certificate of Good Standing Arizona) (RUSSELL, DALE) Modified on 10/28/2021 to correct filer to NOTICE ONLY (djb). (Entered: 10/27/2021) |
| 10/28/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2246 MOTION to Appear Pro Hac Vice by Dale Christopher Russell; 2245 Amended Motion to Appear Pro Hac Vice by Joel A. Nash (djb) (Entered: 10/28/2021) |
| 10/28/2021 | 2247 | ORDER granting 2190 MOTION PLAINTIFFS EXPEDITED MOTION TO AUTHORIZE REMOTE TESTIMONY PURSUANT TO RULE 43(a) FROM 3M FACT WITNESSES ELLIOTT BERGER AND BRIAN MYERS. Signed by MAGISTRATE JUDGE GARY R JONES on 10/28/2021. (kdm) (Entered: 10/28/2021) |
| 10/29/2021 | 2248 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-124) CERTIFIED - 12 actions re: MDLNo. 2885. (MN/0:21-cv-02274, MN/0:21-cv-02288, MN/0:21-cv-02290, MN/0:21-cv-02304, MN/0:21-cv-02306, MN/0:21-cv-02309, MN/0:21-cv-02310, MN/0:21-cv-02311, MN/0:21-cv-02318, MN/0:21-cv-02320, MN/0:21-cv-02335, MN/0:21-cv-02337) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 10/29/2021. (Attachments: # 1 CTO-124 Finalized) (djb) (Entered: 10/29/2021) |
| 10/29/2021 | 2249 | MOTION to Appear Pro Hac Vice by Kimberly Channick.( Filing fee $ 208 receipt number AFLNDC-6519605.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (CHANNICK, KIMBERLY) (Entered: 10/29/2021) |
| 10/29/2021 | 2250 | CASE MANAGEMENT ORDER NO. 30. Case Management Order No. 29 amended the parties sealing protocols. However, due to the impending deadlines in the upcoming bellwether Group C cases only, parties will be permitted to continue to file exhibits under seal pursuant to the process outlined in ECF No. 788 . Case Management Order 29 ECF No. 2236 , is hereby amended for Group C cases. Signed by JUDGE M CASEY RODGERS on 10/29/2021. (djb) (Entered: 10/29/2021) |
| 11/01/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2249 MOTION to Appear Pro Hac Vice by Kimberly Channick. (djb) (Entered: 11/01/2021) |
| 11/01/2021 | 2251 | MOTION to Appear Pro Hac Vice by John James Snidow.( Filing fee $ 208 receipt number AFLNDC-6521169.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (SNIDOW, JOHN) (Entered: 11/01/2021) |
| 11/01/2021 | 2252 | NOTICE of Appearance by TROY ALAN RAFFERTY on behalf of NOTICE ONLY (RAFFERTY, TROY) (Entered: 11/01/2021) |
| 11/01/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2251 MOTION to Appear Pro Hac Vice |

by John James Snidow. (djb) (Entered: 11/01/2021)

| 11/01/2021 | 2253 | **FILED IN ERROR** REFILED SHORT FORM COMPLAINT against 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC, filed by Lloyd James Richardson. (SCHROM, GERARD) (Entered: 11/01/2021) |
|---|---|---|
| 11/01/2021 | 2254 | **FILED IN ERROR** REFILED SHORT FORM COMPLAINT against 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC, filed by ADRIAN M RAMOS. (SCHROM, GERARD) Modified on 11/1/2021 (djb). (Entered: 11/01/2021) |
| 11/01/2021 | 2255 | NOTICE of Appearance by JENNIFER LEIGH NOLTE on behalf of NOTICE ONLY (NOLTE, JENNIFER) (Entered: 11/01/2021) |
| 11/02/2021 | 2256 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-125) (Certified) - 3 actions re: MDL No. 2885. (MN/0:21-cv-02344, MN/0:21-cv-02345, MN/0:21-cv-02347) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 11/2/2021. (Attachments: # 1 CTO-125 Finalized) (djb) (Entered: 11/02/2021) |
| 11/02/2021 | 2257 | MOTION to Appear Pro Hac Vice by Paul J. Sampson.( Filing fee $ 208 receipt number AFLNDC-6523754.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Standing) (SAMPSON, PAUL) (Entered: 11/02/2021) |
| 11/02/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2257 MOTION to Appear Pro Hac Vice by Paul J. Sampson. (djb) (Entered: 11/02/2021) |
| 11/02/2021 | 2258 | **FILED IN ERROR** COMPLAINT against 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC ( Filing fee $ 402 receipt number AFLNDC-6524131.), filed by Robert Pinson. (Attachments: # 1 Civil Cover Sheet) (MURPHY, PEYTON) Modified on 11/2/2021 to note Finance Department will be notified for a refund (djb). (Entered: 11/02/2021) |
| 11/03/2021 | 2259 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-126) Certified - 3 actions re: MDL No. 2885. (MN/0:21-cv-02366, MN/0:21-cv-02368, MN/0:21-cv-02369) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 11/3/2021. (Attachments: # 1 CTO-126 Finalized) (djb) (Entered: 11/03/2021) |
| 11/03/2021 | 2260 | ORDER - The 2242 MOTION to Appear Pro Hac Vice by EricaRae Garcia is DENIED without prejudice for failure to identify any individual case pending within the MDL in which counsel appears as attorney of record. Signed by JUDGE M CASEY RODGERS on 11/3/2021. (djb) (Entered: 11/03/2021) |
| 11/03/2021 | 2261 | ORDER granting 2160 Motion to Appear Pro Hac Vice; granting 2161 Motion to Appear Pro Hac Vice; granting 2163 Motion to Appear Pro Hac Vice; granting 2165 Motion to Appear Pro Hac Vice; granting 2166 Motion to Appear Pro Hac Vice; granting 2167 Motion to Appear Pro Hac Vice; granting 2168 Motion to Appear Pro Hac Vice; granting 2170 Motion to Appear Pro Hac Vice; granting 2173 Motion to Appear Pro Hac Vice; granting 2175 Motion to Appear Pro Hac Vice; granting 2176 Motion to Appear Pro Hac Vice; granting 2185 Motion to Appear Pro Hac Vice; granting 2186 Motion to Appear Pro Hac Vice; granting 2191 Motion to Appear Pro |

Hac Vice; granting 2193 Motion to Appear Pro Hac Vice; granting 2194 Motion to Appear Pro Hac Vice; granting 2198 Motion to Appear Pro Hac Vice; granting 2200 Motion to Appear Pro Hac Vice; granting 2204 Motion to Appear Pro Hac Vice; granting 2205 Motion to Appear Pro Hac Vice; granting 2207 Motion to Appear Pro Hac Vice; granting 2208 Motion to Appear Pro Hac Vice; granting 2209 Motion to Appear Pro Hac Vice; granting 2215 Motion to Appear Pro Hac Vice; granting 2216 Motion to Appear Pro Hac Vice; granting 2220 Motion to appear pro hac viceto appear pro hac vice; granting 2221 Motion to Appear Pro Hac Vice; granting 2227 Motion to Appear Pro Hac Vice; granting 2228 Motion to Appear Pro Hac Vice; granting 2229 Motion to Appear Pro Hac Vice; granting 2231 Motion to Appear Pro Hac Vice; granting 2234 Motion to Appear Pro Hac Vice; granting 2235 Motion to Appear Pro Hac Vice; granting 2237 Motion to Appear Pro Hac Vice; granting 2239 Motion to Appear Pro Hac Vice; granting 2240 Motion to Appear Pro Hac Vice; granting 2245 Motion to appear pro hac viceto appear pro hac vice; granting 2246 Motion to Appear Pro Hac Vice; granting 2249 Motion to Appear Pro Hac Vice. Signed by JUDGE M CASEY RODGERS on 11/3/2021. (Appointed YATES M FRENCH,JAMIE A AYCOCK, REX WILLIAM MANNING,SHAYNE HUNTER HENRY,AUSTIN DEL PRIORE,NICKOLAS H BARBER,AUSTIN L KLAR,ANNA TERTERYAN,ELIZABETH CAROLYN DEGORI for 3M DEFENDANTS) (JENNIFER ANN MOORE,HEATH P STRAKA,CARASUSANA B WALL,MARK D SAMSON,MAXWELL HOLT GOINS,MARTIN J PHIPPS,MARTIN J PHIPPS,SHAWN G FOSTER,LEILA E MUSTAFA,LESLIE C MACLEAN,JONATHAN ERIC SCHULMAN,ANNA DEAN KAMINS,NEAL GRAHAM GALLOWAY,GRAHAM L NEWMAN,TODD C COMEAUX,DINA MARIE ZALEWSKI,JON RYAN KRAL,TRISHA MARIE GREEN,ERIC REED NOWAK,KENNETH JOSEPH WINK, JR,TRIEL D CULVER,EMILY BETH ASHE,RODRIGO DE LLANO,THOMAS W SHLOSMAN,BRANDEE FARIA,JOSEPH H MATTINGLY, III,STEVEN DEAN DAVIS,GINGER A GIBBS,JOEL ALAN NASH,DALE CHRISTOPHER RUSSELL,KIMBERLY CHANNICK for NOTICE ONLY) (djb) (Entered: 11/03/2021)

| 11/03/2021 | 2262 | ORDER - The 2182 MOTION to Appear Pro Hac Vice by Kate T. Walling is DENIED without prejudice for failure to provide a Certificate of Good Standing dated within 30 days of the motion. Signed by JUDGE M CASEY RODGERS on 11/3/2021. (djb) (Entered: 11/03/2021) |
| --- | --- | --- |
| 11/03/2021 | 2263 | ORDER - The 2233 MOTION to Appear Pro Hac Vice by Jeffrey J. Zeiger is DENIED without prejudice for failure to provide a Certificate of Good Standing dated within 30 days of the motion. Signed by JUDGE M CASEY RODGERS on 11/3/2021. (djb) (Entered: 11/03/2021) |
| 11/03/2021 | 2264 | NOTICE of Appearance by TRIEL D CULVER on behalf of NOTICE ONLY (CULVER, TRIEL) (Entered: 11/03/2021) |
| 11/03/2021 | 2265 | Amended MOTION TO APPEAR PRO HAC VICE by EricaRae Garcia, by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (GARCIA, ERICARAE) Modified on 11/3/2021 to correct filer to NOTICE ONLY (djb). (Entered: 11/03/2021) |
| 11/03/2021 | 2266 | Amended MOTION *to Appear Pro Hac Vice by Kate T. Walling.( Filing fee $ 208 receipt number AFLNDC-6430395.)* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (WALLING, KATHERINE) (Entered: 11/03/2021) |
| 11/03/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY |

| | | RODGERS notified that action is needed Re: 2265 Amended MOTION *TO APPEAR PRO HAC VICE*, 2266 Amended MOTION *to Appear Pro Hac Vice by Kate T. Walling*. (djb) (Entered: 11/03/2021) |
|---|---|---|
| 11/03/2021 | 2267 | ORDER granting 2183 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 11/3/2021. (djb) (Entered: 11/03/2021) |
| 11/03/2021 | 2268 | PRIVACY ACT ORDER NO. 43. Plaintiffs' 2184 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 2184 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 11/3/2021. (djb) (Entered: 11/03/2021) |
| 11/03/2021 | 2269 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 11/03/2021) |
| 11/03/2021 | 2270 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 Cover - SEALED, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 11/22/2021) (djb). (Entered: 11/03/2021) |
| 11/03/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2269 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, re: 2270 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 11/03/2021) |
| 11/04/2021 | 2271 | NOTICE of Appearance by DINA MARIE ZALEWSKI on behalf of NOTICE ONLY (Attachments: # 1 Exhibit A) (ZALEWSKI, DINA) (Entered: 11/04/2021) |
| 11/05/2021 | 2272 | **Filed in Error - Counsel to open individual case** Finance Department notified for a refund. COMPLAINT against All Defendants ( Filing fee $ 402 receipt number AFLNDC-6531925.), filed by Andrew Grim. (Attachments: # 1 Civil Cover Sheet) (SAUNDERS, JOSEPH) Modified on 11/5/2021 (djb). (Entered: 11/05/2021) |
| 11/05/2021 | 2273 | NOTICE *of Withdrawal of Counsel (Blake W. Gibney) Pursuant to Local Rule 11.1(H) (1)(B) and Request for Removal from Service List* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BROCK, ROBERT) (Entered: 11/05/2021) |
| 11/08/2021 | 2274 | MOTION to Appear Pro Hac Vice by Gerard K. Schrom.( Filing fee $ 208 receipt number AFLNDC-6534331.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (SCHROM, GERARD) (Entered: 11/08/2021) |
| 11/08/2021 | 2275 | **FILED IN ERROR** COMPLAINT against All Defendants ( Filing fee $ 402 receipt number AFLNDC-6534770.), filed by John P. Cannon, Harry Underwood. (CANNON, JOHN) Modified on 11/8/2021 to note Finance Department will be notified re refund (djb). (Entered: 11/08/2021) |
| 11/08/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2274 MOTION to Appear Pro Hac Vice by Gerard K. Schrom. (djb) (Entered: 11/08/2021) |
| 11/08/2021 | 2276 | NOTICE of Appearance by AMANDA J HUNT on behalf of NOTICE ONLY (HUNT, AMANDA) (Entered: 11/08/2021) |

| 11/09/2021 | 2277 | MOTION to Appear Pro Hac Vice by Bradley D. Masters.( Filing fee $ 208 receipt number AFLNDC-6537352.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (MASTERS, BRADLEY) (Entered: 11/09/2021) |
|---|---|---|
| 11/09/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2277 MOTION to Appear Pro Hac Vice by Bradley D. Masters. (djb) (Entered: 11/09/2021) |
| 11/09/2021 | 2278 | MOTION to Appear Pro Hac Vice by J. Zachary Zatezalo.( Filing fee $ 208 receipt number AFLNDC-6537724.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (ZATEZALO, J) Modified on 11/9/2021 to correct filer as NOTICE ONLY (djb). (Entered: 11/09/2021) |
| 11/09/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2278 MOTION to Appear Pro Hac Vice by J. Zachary Zatezalo. (djb) (Entered: 11/09/2021) |
| 11/09/2021 | 2279 | NOTICE of Appearance by DALE CHRISTOPHER RUSSELL on behalf of NOTICE ONLY (RUSSELL, DALE) (Entered: 11/09/2021) |
| 11/10/2021 | 2280 | NOTICE of Appearance by KIMBERLY CHANNICK on behalf of NOTICE ONLY (CHANNICK, KIMBERLY) (Entered: 11/10/2021) |
| 11/11/2021 | 2281 | MOTION to Withdraw as Attorney *Nathaniel B. Morse as Counsel for Plaintiff Steven R. DeGiso* by NOTICE ONLY. (CAREY, ROBERT) (Entered: 11/11/2021) |
| 11/11/2021 | 2282 | MOTION to Withdraw as Attorney *Kelley L. Stonebraker as Counsel for Plaintiff Steven R. DeGiso* by NOTICE ONLY. (CAREY, ROBERT) (Entered: 11/11/2021) |
| 11/11/2021 | 2283 | **FILED IN ERROR** COMPLAINT against All Defendants ( Filing fee $ 402 receipt number AFLNDC-6540951.), filed by Antonio Lavell Acuff. (ANDERSON, GARY) Modified on 11/12/2021 to note finance department will be notified for a refund of filing fee (djb). (Entered: 11/11/2021) |
| 11/11/2021 | 2284 | MOTION to Appear Pro Hac Vice by Daniel Blouin.( Filing fee $ 208 receipt number BFLNDC-6541027.) by Daniel Blouin. (Attachments: # 1 Exhibit Ex. A-Certificate of Good Standing) (BLOUIN, DANIEL) (Entered: 11/11/2021) |
| 11/11/2021 | 2285 | **FILED IN ERROR** COMPLAINT against All Defendants ( Filing fee $ 402 receipt number AFLNDC-6541096.), filed by Joseph Edna-Perry Alston. (ANDERSON, GARY) Modified on 11/12/2021 to note finance department will be notified for a refund of filing fee (djb). (Entered: 11/11/2021) |
| 11/12/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2281 MOTION to Withdraw as Attorney Nathaniel B. Morse as Counsel for Plaintiff Steven R. DeGiso, 2282 MOTION to Withdraw as Attorney Kelley L. Stonebraker as Counsel for Plaintiff Steven R. DeGiso (djb) (Entered: 11/12/2021) |
| 11/12/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2284 MOTION to Appear Pro Hac Vice by Daniel Blouin. (djb) (Entered: 11/12/2021) |
| 11/15/2021 | 2286 | MOTION to Withdraw as Attorney *for Plaintiffs* by NOTICE ONLY. (Attachments: # 1 Text of Proposed Order) (HAFEMANN, JOHN) (Entered: 11/15/2021) |
| 11/15/2021 | 2287 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-128) (Certified) - 4 actions |

| | | |
|---|---|---|
| | | re: MDL No. 2885. (MN/0:21-cv-02426, MN/0:21-cv-02427, MN/0:21-cv-02428, MN/0:21-cv-02429) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 11/15/2021. (Attachments: # 1 CTO-128 Finalized) (djb) (Entered: 11/15/2021) |
| 11/15/2021 | 2288 | DOCKET ANNOTATION BY COURT: Notice to Counsel, John Hafemann and C. Dorian Britt. Please file the motion to withdraw in the individual civil case, 3:19cv4929. The 2286 MOTION to Withdraw as Attorney for Plaintiffs will be terminated by the clerk. (djb) (Entered: 11/15/2021) |
| 11/15/2021 | 2289 | DOCKET ANNOTATION BY COURT: Notice to Counsel, Robert S. Carey re: Kelley L. Stonebraker and Nathaniel B. Morse. Please file the motion to withdraw in the individual civil case, 3:20-cv-05360. The Motions to Withdraw as Attorney for Plaintiff will be terminated by the clerk. Re 2281 MOTION to Withdraw as Attorney Nathaniel B. Morse as Counsel for Plaintiff Steven R. DeGiso, 2282 MOTION to Withdraw as Attorney Kelley L. Stonebraker as Counsel for Plaintiff Steven R. DeGiso. (djb) (Entered: 11/15/2021) |
| 11/16/2021 | 2290 | ORDER granting in part and denying in part the parties' remaining motions to exclude expert testimony and opinions, in whole or in part, under Federal Rule of Evidence 702 and Daubert in the Group C cases. See ECF Nos. 2042 , 2051 . All Daubert challenges for the Group C cases have now been resolved. Signed by JUDGE M CASEY RODGERS on 11/16/2021. (tvj) (Entered: 11/16/2021) |
| 11/17/2021 | 2291 | MOTION to Appear Pro Hac Vice by Caroline Harvilee Stephens.( Filing fee $ 208 receipt number AFLNDC-6549030.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (STEPHENS, CAROLINE) (Entered: 11/17/2021) |
| 11/17/2021 | 2292 | ORDER LIFTING STAY OF CTO (CTO-124) (Certified) in MDL No. 2885. (MN/0:21-cv-02286) IT IS THEREFORE ORDERED that the stay of CTO-124 is LIFTED insofar as it relates to this action.Signed by Clerk of the Panel John W. Nichols on 11/17/2021. (djb) (Entered: 11/17/2021) |
| 11/17/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2291 MOTION to Appear Pro Hac Vice by Caroline Harvilee Stephens. (djb) (Entered: 11/17/2021) |
| 11/17/2021 | 2293 | MOTION to Appear Pro Hac Vice by LINDSAY N ZANELLO.( Filing fee $ 208 receipt number AFLNDC-6550132.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (ZANELLO, LINDSAY) (Entered: 11/17/2021) |
| 11/18/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2293 MOTION to Appear Pro Hac Vice by LINDSAY N ZANELLO. (djb) (Entered: 11/18/2021) |
| 11/18/2021 | 2294 | MOTION to Appear Pro Hac Vice by James D. Yates.( Filing fee $ 208 receipt number AFLNDC-6551678.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (YATES, JAMES) (Entered: 11/18/2021) |
| 11/18/2021 | 2295 | MOTION to Appear Pro Hac Vice by Olivia Poss.( Filing fee $ 208 receipt number AFLNDC-6551752.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO |

| | | |
|---|---|---|
| | | TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (POSS, OLIVIA) (Entered: 11/18/2021) |
| 11/18/2021 | 2296 | MOTION to Appear Pro Hac Vice by Daniel Murdock.( Filing fee $ 208 receipt number AFLNDC-6551790.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (MURDOCK, DANIEL) (Entered: 11/18/2021) |
| 11/18/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2295 MOTION to Appear Pro Hac Vice by Olivia Poss; 2296 MOTION to Appear Pro Hac Vice by Daniel Murdock; 2294 MOTION to Appear Pro Hac Vice by James D. Yates. (djb) (Entered: 11/18/2021) |
| 11/18/2021 | 2297 | MOTION to Appear Pro Hac Vice by Paul Quincy.( Filing fee $ 208 receipt number AFLNDC-6552480.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (QUINCY, PAUL) (Entered: 11/18/2021) |
| 11/19/2021 | 2298 | MOTION to Appear Pro Hac Vice by William Bradford Barber.( Filing fee $ 208 receipt number AFLNDC-6553366.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (BARBER, WILLIAM) (Entered: 11/19/2021) |
| 11/19/2021 | 2299 | MOTION to Appear Pro Hac Vice by Jeffrey M. Kuntz.( Filing fee $ 208 receipt number AFLNDC-6553664.) by NOTICE ONLY. (Attachments: # 1 Exhibit A Certificate of Good Standing MO Supreme Court, # 2 Exhibit B Related Cases) (KUNTZ, JEFFREY) Modified on 11/22/2021 to Correct Filer to NOTICE ONLY. (djb). (Entered: 11/19/2021) |
| 11/21/2021 | 2300 | ORDER regarding affirmative designations of Elliott Berger's prior trial testimony in the Group C and Sloan/Wayman trials. Signed by JUDGE M CASEY RODGERS on 11/21/2021. (tvj) (Entered: 11/21/2021) |
| 11/22/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2297 MOTION to Appear Pro Hac Vice by Paul Quincy; 2298 MOTION to Appear Pro Hac Vice by William Bradford Barber; 2299 MOTION to Appear Pro Hac Vice by Jeffrey M. Kuntz. (djb) (Entered: 11/22/2021) |
| 11/22/2021 | 2301 | ORDER granting 2269 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 11/22/2021. (djb) (Entered: 11/22/2021) |
| 11/22/2021 | 2302 | PRIVACY ACT ORDER NO. 44. Plaintiffs' 2270 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs motion, ECF No. 2270 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 11/22/2021. (djb) (Entered: 11/22/2021) |
| 11/22/2021 | 2303 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-129) Certified - 7 actions. re: MDLNo. 2885. ( MN/0:21-cv-02435, MN/0:21-cv-02442, MN/0:21-cv-02444, MN/0:21- cv-02445, MN/0:21-cv-02446, MN/0:21-cv-02447, MN/0:21-cv-02448) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 11/22/2021. (Attachments: # 1 CTO-129 Finalized) (djb) (Entered: 11/22/2021) |

| 11/22/2021 | 2304 | CASE MANAGEMENT ORDER NO. 31. (Wave Order #1). Signed by JUDGE M CASEY RODGERS on 11/22/2021. (Attachments: # 1 Exhibit A) (jff) (Entered: 11/22/2021) |
| 11/23/2021 | 2305 | ORDER - The 2284 MOTION to Appear Pro Hac Vice by Daniel Blouin is DENIED without prejudice for failure to identify any individual case pending within the MDL in which counsel appears as attorney of record. See ECF No. 86, ¶ II. Signed by JUDGE M CASEY RODGERS on 11/23/2021. (djb) (Entered: 11/23/2021) |
| 11/23/2021 | 2306 | ORDER - The 2278 MOTION to Appear Pro Hac Vice by J. Zachary Zatezalo is DENIED without prejudice for failure to provide a Certificate of Good Standing dated within 30 days of the motion. Signed by JUDGE M CASEY RODGERS on 11/23/2021. (djb) (Entered: 11/23/2021) |
| 11/23/2021 | 2307 | ORDER granting 2251 Motion to Appear Pro Hac Vice; granting 2257 Motion to Appear Pro Hac Vice; granting 2265 Motion to appear pro hac viceto appear pro hac vice; granting 2266 Motion to appear pro hac viceto appear pro hac vice; granting 2274 Motion to Appear Pro Hac Vice ; granting 2277 Motion to Appear Pro Hac Vice; granting 2291 Motion to Appear Pro Hac Vice; granting 2293 Motion to Appear Pro Hac Vice; granting 2294 Motion to Appear Pro Hac Vice; granting 2295 Motion to Appear Pro Hac Vice; granting 2296 Motion to Appear Pro Hac Vice; granting 2297 Motion to Appear Pro Hac Vice; granting 2298 Motion to Appear Pro Hac Vice; granting 2299 Motion to Appear Pro Hac Vice. Signed by JUDGE M CASEY RODGERS on 11/23/2021. (Appointed PAUL SAMPSON,KATE WALLING AGUIAR,BRADLEY DAVID MASTERS,CAROLINE H STEPHENS,JAMES DAVID YATES, JR,OLIVIA JORDAN POSS,DANIEL R MURDOCK,PAUL QUINCY,WILLIAM BRADFORD BARBER for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. Appointed JOHN JAMES SNIDOW, ERICARAE GARCIA, GERARD K SCHROM, LINDSAY ZANELLO, JEFFREY MICHAEL KUNTZ for NOTICE ONLY) (djb) (Entered: 11/23/2021) |
| 11/23/2021 | 2308 | NOTICE of Appearance by ROBERT C ROGERS, JR on behalf of NOTICE ONLY (ROGERS, ROBERT) (Entered: 11/23/2021) |
| 11/24/2021 | 2309 | Amended MOTION Amended Motion for Pro Hac Vice *Daniel Blouin* by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (BLOUIN, DANIEL) (Entered: 11/24/2021) |
| 11/24/2021 | 2310 | MOTION to Appear Pro Hac Vice by J. Zachary Zatezalo.( Filing fee $ 208 receipt number AFLNDC-6559931.) by NOTICE ONLY. (ZATEZALO, J) Modified on 11/29/2021 to correct filer to NOTICE ONLY(djb). (Entered: 11/24/2021) |
| 11/26/2021 | 2311 | NOTICE of Appearance by JOHN JAMES SNIDOW on behalf of NOTICE ONLY (SNIDOW, JOHN) (Entered: 11/26/2021) |
| 11/29/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2309 Amended MOTION Amended Motion for Pro Hac Vice by Daniel Blouin, 2310 MOTION to Appear Pro Hac Vice by J. Zachary Zatezalo. (djb) (Entered: 11/29/2021) |
| 11/29/2021 | 2312 | NOTICE of Appearance by ALEJANDRO ALVAREZ on behalf of NOTICE ONLY (ALVAREZ, ALEJANDRO) (Entered: 11/29/2021) |
| 11/29/2021 | 2313 | ORDER LIFTING STAY OF CTO (CTO-127) re: MDL No. 2885 MN/0:21-cv-02361) IT IS THEREFORE ORDERED that the stay of CTO-127 is LIFTED insofar as it |

| | | relates to this action.Signed by Clerk of the Panel John W. Nichols on 11/29/2021. (Attachments: # 1 CTO-127 Stay Lifted) (djb) (Entered: 11/29/2021) |
|---|---|---|
| 11/29/2021 | 2314 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-130) Certified - 6 actions re: MDL No. 2885, MN/0:21-cv-02488, MN/0:21-cv-02490, MN/0:21-cv-02491, MN/0:21-cv-02492, MN/0:21-cv-02493, MN/0:21-cv-02495) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 11/29/2021. (Attachments: # 1 CTO-130 Finalized) (djb) (Entered: 11/29/2021) |
| 11/30/2021 | 2315 | NOTICE of Appearance by GERARD K SCHROM on behalf of NOTICE ONLY (SCHROM, GERARD) (Entered: 11/30/2021) |
| 11/30/2021 | 2316 | NOTICE of Appearance by BOBBY J BRADFORD on behalf of NOTICE ONLY (BRADFORD, BOBBY) (Entered: 11/30/2021) |
| 11/30/2021 | 2317 | NOTICE of Appearance by DANIEL JAMES THORNBURGH on behalf of NOTICE ONLY (THORNBURGH, DANIEL) (Entered: 11/30/2021) |
| 11/30/2021 | 2318 | NOTICE of Appearance by EPHRAIM SAMUEL GEISLER on behalf of NOTICE ONLY (GEISLER, EPHRAIM) (Entered: 11/30/2021) |
| 12/01/2021 | 2319 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-131) Certified - 7 actions re: MDL 2885 (GAN/1:21-cv-04765, MN/0:21-cv-02494, MN/0:21-cv-02498, MN/0:21-cv-02499, MN/0:21-cv-02500, MN/0:21-cv-02501, MN/0:21-cv-02502) Inasmuch asno objection is pending at this time, the stay is lifted.Signed by Clerk of the Panel John W. Nichols on 12/1/2021. (Attachments: # 1 CTO-131 Finalized) (djb) (Entered: 12/01/2021) |
| 12/01/2021 | 2320 | NOTICE of Filing Plaintiffs' Memorandum in Support of Motion for Clarification of Court's Order Regarding Elliott Berger's October 8, 2015 30(B)(6) Deposition Testimony by LEAD COUNSEL FOR PLAINTIFFS re 2300 Order (Attachments: # 1 Affidavit Declaration of Bryan Aylsock, # 2 Exhibit 1, # 3 Exhibit 2) (AYLSTOCK, BRYAN) (Entered: 12/01/2021) |
| 12/01/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2320 Notice of Filing Plaintiffs' Memorandum in Support of Motion for Clarification of Court's Order Regarding Elliott Berger's October 8, 2015 30(B)(6) Deposition Testimony, re: 2300 Order (djb) (Entered: 12/01/2021) |
| 12/01/2021 | 2321 | First MOTION to Appear Pro Hac Vice by Clint Casperson.( Filing fee $ 208 receipt number AFLNDC-6568997.) by NOTICE ONLY. (Attachments: # 1 Exhibit A. Certificate of Good Standing) (CASPERSON, CLINT) (Entered: 12/01/2021) |
| 12/02/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2321 First MOTION to Appear Pro Hac Vice by Clint Casperson. (djb) (Entered: 12/02/2021) |
| 12/03/2021 | 2322 | MOTION to Appear Pro Hac Vice by Kyle M. Sanford.( Filing fee $ 208 receipt number AFLNDC-6572091.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (SANFORD, KYLE) (Entered: 12/03/2021) |
| 12/03/2021 | 2323 | First MOTION to Appear Pro Hac Vice by Julia Cline.( Filing fee $ 208 receipt number AFLNDC-6572119.) by NOTICE ONLY. (Attachments: # 1 Exhibit A. Certificate of Good Standing) (CLINE, JULIA) (Entered: 12/03/2021) |
| 12/03/2021 | 2324 | MOTION to Appear Pro Hac Vice by Barry M. Landy.( Filing fee $ 208 receipt number AFLNDC-6572215.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (LANDY, BARRY) (Entered: 12/03/2021) |

| 12/03/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2323 First MOTION to Appear Pro Hac Vice by Julia Cline; 2324 MOTION to Appear Pro Hac Vice by Barry M. Landy; 2322 MOTION to Appear Pro Hac Vice by Kyle M. Sanford. (djb) (Entered: 12/03/2021) |
| --- | --- | --- |
| 12/05/2021 | 2325 | NOTICE *of Filing Plaintiffs' Reply in Support of Motion for Clarification of Court's Order Regarding Elliott Berger's October 8, 2015, Deposition Testimony* re 2320 Notice (Other), (Attachments: # 1 Affidavit Declaration of Bryan Aylstock, # 2 Exhibit 3 Sealed Cover, # 3 Exhibit 4 Sealed Cover, # 4 Exhibit 5 Sealed Cover) (AYLSTOCK, BRYAN) (Entered: 12/05/2021) |
| 12/05/2021 | 2326 | MOTION to Seal Document 2325 Notice (Other), *Plaintiffs' Reply in Support of Motion for Clarification of Court's Order Regarding Elliott Berger's October 8, 2015, Deposition Testimony* by LEAD COUNSEL FOR PLAINTIFFS. (AYLSTOCK, BRYAN) (Entered: 12/05/2021) |
| 12/06/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2326 MOTION to Seal Document re 2325 Notice Plaintiffs' Reply in Support of Motion for Clarification of Court's Order Regarding Elliott Berger's October 8, 2015, Deposition Testimony (djb) (Entered: 12/06/2021) |
| 12/06/2021 | 2327 | NOTICE *of Filing Plaintiff Montero's Verification of Compliance with PTO 4 and Destruction of Juror Questionnaires* by LEAD COUNSEL FOR PLAINTIFFS (AYLSTOCK, BRYAN) (Entered: 12/06/2021) |
| 12/07/2021 | 2328 | NOTICE *of Verification of Compliance With Pretrial Order No. 85 and Destruction of Juror Questionnaires* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (ROGERS, BRENTON) (Entered: 12/07/2021) |
| 12/07/2021 | 2329 | MOTION to Appear Pro Hac Vice by Robert K. Jenner.( Filing fee $ 208 receipt number AFLNDC-6576231.) by NOTICE ONLY, Robert Jenner. (Attachments: # 1 Exhibit Certificate of Good Standing) (JENNER, ROBERT) (Entered: 12/07/2021) |
| 12/07/2021 | 2330 | MOTION for Reconsideration re 2300 Order *and Rule 72 Objection to the Magistrate Judge's November 22, 2021 Order* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (Entered: 12/07/2021) |
| 12/08/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2330 MOTION for Reconsideration re 2300 Order and Rule 72 Objection to the Magistrate Judge's November 22, 2021 Order (djb) (Entered: 12/08/2021) |
| 12/08/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2329 MOTION to Appear Pro Hac Vice by Robert K. Jenner. (djb) (Entered: 12/08/2021) |
| 12/08/2021 | 2331 | TRANSFER ORDER (Certified) re: MDL No. 2885, MN/0:21-cv-01758, MN/0:21-cv-01767, MN/0:21-cv-01909. Signed by Judge Karen K. Caldwell, Chair, PANEL ON MULTIDISTRICT LITIGATION, on12/8/2021. (Attachments: # 1 Transfer Order Finalized) (djb) (Entered: 12/08/2021) |
| 12/09/2021 | 2332 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-132) Certified. re: MDL No. 2885. (CAC/2:21-cv-09230) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 12/9/2021. (Attachments: # 1 CTO-132 Finalized) (djb) (Entered: 12/09/2021) |

| 12/10/2021 | 2333 | MOTION to Appear Pro Hac Vice by John H. Allen, III.( Filing fee $ 208 receipt number AFLNDC-6581919.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (ALLEN, JOHN) (Entered: 12/10/2021) |
|---|---|---|
| 12/10/2021 | 2334 | First MOTION to Appear Pro Hac Vice by Michael James Ganley.( Filing fee $ 208 receipt number AFLNDC-6582593.) by NOTICE ONLY. (Attachments: # 1 Exhibit Ex A. Certificate of Good Standing NY) (GANLEY, MICHAEL) (Entered: 12/10/2021) |
| 12/11/2021 | 2335 | NOTICE of Appearance by SARA T PAPANTONIO on behalf of NOTICE ONLY (PAPANTONIO, SARA) (Entered: 12/11/2021) |
| 12/13/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2333 MOTION to Appear Pro Hac Vice by John H. Allen, III; 2334 First MOTION to Appear Pro Hac Vice by Michael James Ganley. (djb) (Entered: 12/13/2021) |
| 12/14/2021 | 2336 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-133) Certified - re: MDL No. 2885. (3 actions, MN/0:21-cv-02592, MN/0:21-cv-02593, MN/0:21-cv-02595) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 12/14/2021. (Attachments: # 1 CTO-133 Finalized) (djb) (Entered: 12/14/2021) |
| 12/15/2021 | 2337 | **Filed in Error in Lead Case - open individual civil case.** COMPLAINT against All Defendants ( Filing fee $ 402 receipt number AFLNDC-6588691.), filed by Brian Rose. (Attachments: # 1 Exhibit) (JAGOLINZER, DAVID) Modified on 12/16/2021 (djb). (Entered: 12/15/2021) |
| 12/15/2021 | 2338 | **Filed in Error in Lead Case - open individual civil case.** COMPLAINT against All Defendants ( Filing fee $ 402 receipt number AFLNDC-6588734.), filed by Jason Mayer. (Attachments: # 1 Exhibit) (JAGOLINZER, DAVID) Modified on 12/16/2021 (djb). (Entered: 12/15/2021) |
| 12/15/2021 | 2339 | **Filed in Error in Lead Case - open individual civil case.** COMPLAINT against All Defendants ( Filing fee $ 402 receipt number AFLNDC-6589250.), filed by George Green. (MENDENHALL, CALLE) Modified on 12/16/2021 (djb). (Entered: 12/15/2021) |
| 12/17/2021 | 2340 | MOTION to Appear Pro Hac Vice by Paul M. Dominguez.( Filing fee $ 208 receipt number AFLNDC-6592013.) by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit Letter of Good Standing, # 2 Exhibit New Plaintiff Filing) (DOMINGUEZ, PAUL) (Entered: 12/17/2021) |
| 12/17/2021 | 2341 | **Filed in Error in Lead Case - open individual civil case.** COMPLAINT *James E. Chambers* against All Defendants ( Filing fee $ 402 receipt number AFLNDC-6592051.), filed by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Civil Cover Sheet) (DOMINGUEZ, PAUL) Modified on 12/20/2021 to note Finance department will be notified (djb). (Entered: 12/17/2021) |
| 12/17/2021 | 2342 | **Filed in Error. Must be filed in the individual civil case.** STIPULATION of Dismissal *(Voluntary)* by NOTICE ONLY. (MCCLELLAN, ABBY) Modified on 12/20/2021 (djb). (Entered: 12/17/2021) |
| 12/20/2021 | 2343 | MOTION to Appear Pro Hac Vice by Laurel Li Harris.( Filing fee $ 208 receipt number AFLNDC-6593781.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing, # 2 Exhibit B - List of Cases) (HARRIS, LAUREL) (Entered: 12/20/2021) |
| 12/20/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2343 MOTION to Appear Pro Hac Vice |

| | | by Laurel Li Harris, 2340 MOTION to Appear Pro Hac Vice by Paul M. Dominguez. (djb) (Entered: 12/20/2021) |
|---|---|---|
| 12/20/2021 | 2344 | ORDER - Given the recent dismissal of the McNeal case, No. 7:20cv66, the trial schedule for the above-captioned Group D cases will be modified accordingly: The trial in the Vilsmeyer case, No. 7:20cv113, will now begin Monday, March 14, 2022 and conclude by Friday, March 25, 2022, unless extended by the presiding judge. The trial in the Beal case, No. 7:20cv6, will begin Monday, May 9, 2022 and conclude by Friday, May 20, 2022, unless extended by the presiding judge. Signed by JUDGE M CASEY RODGERS on 12/20/2021. (djb) (Entered: 12/20/2021) |
| 12/20/2021 | 2345 | ORDER SETTING TRIAL AND PRETRIAL SCHEDULE. This Document Relates to: Beal, 7:20cv6. The trial of this case will begin Monday, May 9, 2022 and conclude by Friday, May 20, 2022, unless extended by the presiding judge. Signed by JUDGE M CASEY RODGERS on 12/20/2021. (Attachments: # 1 Exhibit A) (djb) (Entered: 12/20/2021) |
| 12/20/2021 | 2346 | MOTION to Appear Pro Hac Vice by Anthony Mastroianni.( Filing fee $ 208 receipt number AFLNDC-6594890.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing, # 2 Exhibit B - Schedule of Actions) (MASTROIANNI, ANTHONY) (Entered: 12/20/2021) |
| 12/20/2021 | 2347 | MOTION to Appear Pro Hac Vice by Alex Tovstolug.( Filing fee $ 208 receipt number AFLNDC-6594937.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing, # 2 Exhibit B - Schedule of Actions) (MASTROIANNI, ANTHONY) (Entered: 12/20/2021) |
| 12/20/2021 | 2348 | MOTION to Appear Pro Hac Vice by Denny Tang.( Filing fee $ 208 receipt number AFLNDC-6595048.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing, # 2 Exhibit B - Schedule of Actions) (TANG, DENNY) (Entered: 12/20/2021) |
| 12/20/2021 | 2349 | MOTION to Appear Pro Hac Vice by Vivian R. Harris.( Filing fee $ 208 receipt number AFLNDC-6595184.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing, # 2 Exhibit B - Schedule of Actions) (HARRIS, VIVIAN) (Entered: 12/20/2021) |
| 12/20/2021 | 2350 | MOTION to Appear Pro Hac Vice by Steve Fils-Aime.( Filing fee $ 208 receipt number AFLNDC-6595208.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing, # 2 Exhibit B - Schedule of Actions) (FILS-AIME, STEVE) (Entered: 12/20/2021) |
| 12/20/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2350 MOTION to Appear Pro Hac Vice by Steve Fils-Aime, 2347 MOTION to Appear Pro Hac Vice by Alex Tovstolug, 2349 MOTION to Appear Pro Hac Vice by Vivian R. Harris, 2346 MOTION to Appear Pro Hac Vice by Anthony Mastroianni, 2348 MOTION to Appear Pro Hac Vice by Denny Tang. (djb) (Entered: 12/20/2021) |
| 12/20/2021 | 2351 | MOTION to Appear Pro Hac Vice by Paul Ulitsky.( Filing fee $ 208 receipt number AFLNDC-6595247.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing, # 2 Exhibit B - Schedule of Actions) (ULITSKY, PAUL) (Entered: 12/20/2021) |
| 12/20/2021 | 2352 | RESPONSE in Opposition re 2330 MOTION for Reconsideration re 2300 Order *and Rule 72 Objection to the Magistrate Judge's November 22, 2021 Order* filed by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Affidavit Declaration of Bryan Aylstock, # 2 Exhibit A, # 3 Exhibit B) (AYLSTOCK, BRYAN) (Entered: 12/20/2021) |

| 12/21/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2352 Response in Opposition to Motion, 2330 MOTION for Reconsideration re 2300 Order *and Rule 72 Objection to the Magistrate Judge's November 22, 2021 Order* (djb) (Entered: 12/21/2021) |
|---|---|---|
| 12/21/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2351 MOTION to Appear Pro Hac Vice by Paul Ulitsky. (djb) (Entered: 12/21/2021) |
| 12/21/2021 | 2353 | MOTION to Appear Pro Hac Vice by Kimberly D. Hill.( Filing fee $ 208 receipt number AFLNDC-6596931.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (HILL, KIMBERLY) (Entered: 12/21/2021) |
| 12/21/2021 | 2354 | MOTION to Appear Pro Hac Vice by Sara J. Castronuova.( Filing fee $ 208 receipt number AFLNDC-6597015.) by NOTICE ONLY. (Attachments: # 1 Exhibit Ex. A, # 2 Exhibit Ex. B) (CASTRONUOVA, SARA) (Entered: 12/21/2021) |
| 12/21/2021 | 2355 | ORDER- Given the pretrial filings currently before the undersigned ahead of the Sloan and Wayman consolidated bellwether trial beginning January 10, 2022, the Court finds it appropriate to refer this matter to United States Magistrate Judge Gary Jones to conduct an evidentiary hearing and the preparation of a report and recommendation pursuant to Fed. R. Civ. P. 72(b). re 2330 MOTION for Reconsideration. Signed by JUDGE M CASEY RODGERS on 12/21/2021. Motions referred to GARY R JONES. (djb) (Entered: 12/21/2021) |
| 12/21/2021 | 2356 | MOTION to Appear Pro Hac Vice by Gerard Ryan, III.( Filing fee $ 208 receipt number AFLNDC-6597831.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing, # 2 Exhibit B - Schedule of Actions) (RYAN, GERARD) (Entered: 12/21/2021) |
| 12/22/2021 | 2357 | ORDER scheduling evidentiary hearing before Magistrate Judge Gary R. Jones on Wednesday, December 29, 2021 at 10:00 AM EST re 2355 Order Referring Motion,,. Signed by MAGISTRATE JUDGE GARY R JONES on 12/22/21. (grj) (Entered: 12/22/2021) |
| 12/27/2021 | 2358 | MOTION to Quash *and Objection* by Elliott Berger. (Attachments: # 1 Exhibit A) (BATES, PHILIP) (Entered: 12/27/2021) |
| 12/27/2021 | 2359 | MOTION to Appear Pro Hac Vice by Megan Delurey.( Filing fee $ 208 receipt number AFLNDC-6600595.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (DELUREY, MEGAN) (Entered: 12/27/2021) |
| 12/27/2021 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 2358 MOTION to Quash *and Objection*. Referred to GARY R JONES. (alb) (Entered: 12/27/2021) |
| 12/27/2021 | 2360 | MOTION to Appear Pro Hac Vice by Susan M. Robinson.( Filing fee $ 208 receipt number AFLNDC-6600981.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (ROBINSON, SUSAN) (Main Document 2360 replaced with correct document on 12/27/2021) (alb) (Entered: 12/27/2021) |
| 12/27/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY |

| | | |
|---|---|---|
| | | RODGERS notified that action is needed Re: 2353 MOTION to Appear Pro Hac Vice by Kimberly D. Hill.( Filing fee $ 208 receipt number AFLNDC-6596931), 2354 MOTION to Appear Pro Hac Vice by Sara J. Castronuova.( Filing fee $ 208 receipt number AFLNDC-6597015), 2356 MOTION to Appear Pro Hac Vice by Gerard Ryan, III.( Filing fee $ 208 receipt number AFLNDC-6597831), 2359 MOTION to Appear Pro Hac Vice by Megan Delurey.( Filing fee $ 208 receipt number AFLNDC-6600595.), (alb) (Entered: 12/27/2021) |
| 12/27/2021 | 2361 | Emergency MOTION to Compel *Plaintiffs' Memorandum of Law in Support of Plaintiffs' Emergency Motion to Compel Third-Party Discovery* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A) (AYLSTOCK, BRYAN) (Entered: 12/27/2021) |
| 12/27/2021 | 2362 | NOTICE *of Compliance with Court Order* by Elliott Berger re 2357 Order (BATES, PHILIP) (Entered: 12/27/2021) |
| 12/28/2021 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 2362 Notice of Compliance with Court Order. 2361 Emergency MOTION to Compel *Plaintiffs' Memorandum of Law in Support of Plaintiffs' Emergency Motion to Compel Third-Party Discovery*. Referred to GARY R JONES. (alb) (Entered: 12/28/2021) |
| 12/28/2021 | 2363 | NOTICE of Appearance by LAUREL LI HARRIS on behalf of NOTICE ONLY (Attachments: # 1 Exhibit A - Case List) (HARRIS, LAUREL) (Entered: 12/28/2021) |
| 12/28/2021 | 2364 | ORDER denying 2358 Berger's Motion to Quash; granting 2361 Plaintiffs' Emergency Motion to Compel Third-Party Discovery. Signed by MAGISTRATE JUDGE GARY R JONES on 12/28/21. (grj) (Entered: 12/28/2021) |
| 12/28/2021 | 2365 | RESPONSE by Elliott Berger re 2364 Order on Motion to Quash, Order on Motion to Compel *Response to Subpoena and Privilege Log*. (BATES, PHILIP) (Entered: 12/28/2021) |
| 12/29/2021 | 2366 | MOTION to Appear Pro Hac Vice by Anne Accettella.( Filing fee $ 208 receipt number AFLNDC-6603234.) by NOTICE ONLY. (Attachments: # 1 Exhibit A-Certificate of Good Standing, # 2 Exhibit B-List of Related Cases) (ACCETTELLA, ANNE) (Entered: 12/29/2021) |
| 12/29/2021 | 2367 | MOTION to Appear Pro Hac Vice by Kari L. Sutherland.( Filing fee $ 208 receipt number AFLNDC-6603415.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (SUTHERLAND, KARI) (Entered: 12/29/2021) |
| 12/29/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2367 MOTION to Appear Pro Hac Vice by Kari L. Sutherland, 2366 MOTION to Appear Pro Hac Vice by Anne Accettella. (djb) (Entered: 12/29/2021) |
| 12/29/2021 | 2368 | First MOTION to Appear Pro Hac Vice by Lawrence F. Tracey.( Filing fee $ 208 receipt number AFLNDC-6603710.) by NOTICE ONLY. (Attachments: # 1 Exhibit A. Certificate of Good Standing TX) (TRACEY, LAWRENCE) (Entered: 12/29/2021) |
| 12/29/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2360 MOTION to Appear Pro Hac Vice by Susan M. Robinson, 2368 First MOTION to Appear Pro Hac Vice by Lawrence F. Tracey. (djb) (Entered: 12/29/2021) |
| 12/29/2021 | 2369 | Minute Entry for proceedings held before MAGISTRATE JUDGE GARY R |

| | | |
|---|---|---|
| | | JONES:Evidentiary Hearing held on 12/29/2021 - written recommendation to follow (Court Reporter Lynn Durscher (Phipps)) (Attachments: # 1 Exhibit 1-Highlight, # 2 Exhibit 1-1, # 3 Exhibit 1-2, # 4 Exhibit 1-3, # 5 Exhibit 1-4, # 6 Exhibit 1-5) (tss) (Entered: 12/30/2021) |
| 12/30/2021 | 2370 | **FILED IN ERROR - Open an individual civil case** COMPLAINT *and Jury Trial Demand* against 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC ( Filing fee $ 402 receipt number AFLNDC-6605605.), filed by Joshua Vanbeek. (LAMKIN, JULIE) Modified on 12/30/2021 to note finance department will be notified to refund filing fee (djb). (Entered: 12/30/2021) |
| 12/30/2021 | 2371 | NOTICE of Appearance by JULIE E LAMKIN on behalf of Joshua Vanbeek (LAMKIN, JULIE) (Entered: 12/30/2021) |
| 12/30/2021 | 2372 | NOTICE of Appearance by JULIE E LAMKIN on behalf of NOTICE ONLY (LAMKIN, JULIE) (Entered: 12/30/2021) |
| 12/30/2021 | 2373 | MOTION to Appear Pro Hac Vice by Anne E. DeVaughn.( Filing fee $ 208 receipt number AFLNDC-6606678.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A-Certificate of Good Standing, # 2 Exhibit Exhibit B- Case List) (DEVAUGHN, ANNE) (Entered: 12/30/2021) |
| 12/30/2021 | 2374 | NOTICE of Appearance by CAROL GREEN VON KAUL on behalf of NOTICE ONLY (Attachments: # 1 Exhibit A, # 2 Exhibit B) (VON KAUL, CAROL) Modified on 1/3/2022 to correct filer from RICARDO DOLCINE to NOTICE ONLY party (djb). (Entered: 12/30/2021) |
| 12/31/2021 | 2375 | NOTICE of Appearance by STEPHEN L DRUMMOND on behalf of NOTICE ONLY (Attachments: # 1 Exhibit A) (DRUMMOND, STEPHEN) Modified on 1/3/2022 to correct filer from RICARDO DOLCINE to NOTICE ONLY party (djb). (Entered: 12/31/2021) |
| 12/31/2021 | 2376 | NOTICE of Appearance by STEPHEN L DRUMMOND on behalf of NOTICE ONLY. (Attachments: # 1 Exhibit A) (DRUMMOND, STEPHEN) Modified on 1/3/2022 to correct filer from VINCENT PINTO to NOTICE ONLY party (djb). (Entered: 12/31/2021) |
| 12/31/2021 | 2377 | CERTIFICATE OF SERVICE by RICARDO DOLCINE, VINCENT PINTO re 2376 Notice of Appearance, 2375 Notice of Appearance (DRUMMOND, STEPHEN) (Entered: 12/31/2021) |
| 12/31/2021 | 2378 | CASE MANAGEMENT ORDER NO. 32. The Court hereby extends the deadline found in CMO 27 2164 by an additional sixty (60) days. Signed by JUDGE M CASEY RODGERS on 12/31/2021. (jff) (Entered: 12/31/2021) |
| 01/03/2022 | 2379 | DOCKET ANNOTATION BY COURT: NOTICE TO FILERS to not add parties to the lead case. Plaintiffs have been deleted off the docket and notice of appearances edited to change parties to NOTICE ONLY. Re 2376 Notice of Appearance filed by VINCENT PINTO, 2375 Notice of Appearance filed by RICARDO DOLCINE, 2374 Notice of Appearance filed by RICARDO DOLCINE (djb) (Entered: 01/03/2022) |
| 01/03/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2373 MOTION to Appear Pro Hac Vice by Anne E. DeVaughn. (djb) (Entered: 01/03/2022) |
| 01/03/2022 | 2380 | MOTION to Appear Pro Hac Vice by Rhett A. McSweeney.( Filing fee $ 208 receipt number AFLNDC-6608532.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate |

| | | of Good Standing, # 2 Exhibit Case List) (MCSWEENEY, RHETT) (Entered: 01/03/2022) |
|---|---|---|
| 01/03/2022 | 2381 | NOTICE of Filing Defendants' Post-Hearing Brief Addressing Non-Party Elliott Berger's Unavailability as a Witness at Trial by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BROCK, ROBERT) (Entered: 01/03/2022) |
| 01/03/2022 | 2382 | NOTICE of Filing Post-December 29, 2021, Hearing Supplemental Brief by LEAD COUNSEL FOR PLAINTIFFS (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O) (AYLSTOCK, BRYAN) (Entered: 01/03/2022) |
| 01/04/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2380 MOTION to Appear Pro Hac Vice by Rhett A. McSweeney. (djb) (Entered: 01/04/2022) |
| 01/04/2022 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 2381 DEFENDANTS' POST-HEARING BRIEF ADDRESSING NON-PARTYELLIOTT BERGER'S "UNAVAILABILITY" AS A WITNESS AT TRIAL, 2382 PLAINTIFFS POST-DECEMBER 29, 2021 HEARING SUPPLEMENTAL BRIEF, re 2330 MOTION for Reconsideration Referred to GARY R JONES. (djb) (Entered: 01/04/2022) |
| 01/04/2022 | 2383 | MOTION to Appear Pro Hac Vice by Richard Howell.( Filing fee $ 208 receipt number AFLNDC-6609402.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (HOWELL, RICHARD) (Entered: 01/04/2022) |
| 01/04/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2383 MOTION to Appear Pro Hac Vice by Richard Howell. (djb) (Entered: 01/04/2022) |
| 01/04/2022 | 2384 | ORDER granting 2309 Motion to appear pro hac vice; granting 2310 Motion to Appear Pro Hac Vice; granting 2321 Motion to Appear Pro Hac Vice ; granting 2322 Motion to Appear Pro Hac Vice; granting 2323 Motion to Appear Pro Hac Vice; granting 2324 Motion to Appear Pro Hac Vice ; granting 2329 Motion to Appear Pro Hac Vice; granting 2333 Motion to Appear Pro Hac Vice; granting 2334 Motion to Appear Pro Hac Vice; granting 2340 Motion to Appear Pro Hac Vice; granting 2343 Motion to Appear Pro Hac Vice; granting 2346 Motion to Appear Pro Hac Vice; granting 2347 Motion to Appear Pro Hac Vice; granting 2348 Motion to Appear Pro Hac Vice; granting 2349 Motion to Appear Pro Hac Vice); granting 2350 Motion to Appear Pro Hac Vice ; granting 2351 Motion to Appear Pro Hac Vice; granting 2353 Motion to Appear Pro Hac Vice; granting 2354 Motion to Appear Pro Hac Vice; granting 2356 Motion to Appear Pro Hac Vice ; granting 2359 Motion to Appear Pro Hac Vice ; granting 2360 Motion to Appear Pro Hac Vice; granting 2366 Motion to Appear Pro Hac Vice ; granting 2367 Motion to Appear Pro Hac Vice; granting 2368 Motion to Appear Pro Hac Vice (Appointed KIMBERLY D HILL,MEGAN DELUREY,SUSAN M ROBINSON,KARI L SUTHERLAND for 3M COMPANY,KIMBERLY D HILL,MEGAN DELUREY,SUSAN M ROBINSON,KARI L SUTHERLAND for 3M OCCUPATIONAL SAFETY LLC,KIMBERLY D HILL,MEGAN DELUREY,SUSAN M ROBINSON,KARI L SUTHERLAND for AEARO HOLDING LLC,KIMBERLY D HILL,MEGAN DELUREY,SUSAN M ROBINSON,KARI L SUTHERLAND for AEARO INTERMEDIATE LLC,KIMBERLY D HILL,MEGAN DELUREY,SUSAN M ROBINSON,KARI L SUTHERLAND for AEARO LLC,KIMBERLY D HILL,MEGAN DELUREY,SUSAN M ROBINSON,KARI L SUTHERLAND for AEARO LLC,KIMBERLY D |

| | | HILL,MEGAN DELUREY,SUSAN M ROBINSON,KARI L SUTHERLAND for AEARO TECHNOLOGIES LLC,DANIEL PATRICK BLOUIN,J ZACHARY ZATEZALO,CLINT JAMES CASPERSON,JULIA CLINE,MICHAEL JAMES GANLEY,LAWRENCE FLEMING TRACEY,KYLE MATTHEW SANFORD,BARRY M LANDY,ROBERT KEITH JENNER,JOHN H ALLEN, III,PAUL MICHAEL DOMINGUEZ,LAUREL LI HARRIS,ANTHONY PASQUALE MASTROIANNI,ALEX TOVSTOLUG,DENNY TANG,VIVIAN R HARRIS,STEVE FILS-AIME,PAUL ULITSKY,GERARD RYAN, III,ANNE E ACCETTELLA,SARA J CASTRONUOVA for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 1/4/2022. (djb) (Entered: 01/04/2022) |
|---|---|---|
| 01/04/2022 | 2385 | MOTION to Appear Pro Hac Vice by Garrett Messerly.( Filing fee $ 208 receipt number AFLNDC-6610281.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (MESSERLY, GARRETT) (Entered: 01/04/2022) |
| 01/04/2022 | 2386 | NOTICE of Appearance by NADIA S ABRAMSON on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (ABRAMSON, NADIA) (Entered: 01/04/2022) |
| 01/04/2022 | 2387 | STIPULATION *Joint Stipulation Regarding Choice of Law Fact-Finding* by LEAD COUNSEL FOR PLAINTIFFS. (AYLSTOCK, BRYAN) (Entered: 01/04/2022) |
| 01/04/2022 | 2388 | NOTICE *of Filing Plaintiffs' Memorandum on Choice of Law for Bellwether Group D* by LEAD COUNSEL FOR PLAINTIFFS (Attachments: # 1 Affidavit Declaration of Bryan Aylstock, # 2 Exhibit PX1 Sealed Cover, # 3 Exhibit PX2 Sealed Cover, # 4 Exhibit PX3 Sealed Cover, # 5 Exhibit PX4 Sealed Cover, # 6 Exhibit PX5, # 7 Exhibit PX6 Sealed Cover, # 8 Exhibit PX7 Sealed Cover, # 9 Exhibit PX8 Sealed Cover, # 10 Exhibit PX9 Sealed Cover, # 11 Exhibit PX10 Sealed Cover, # 12 Exhibit PX11 Sealed Cover, # 13 Exhibit PX12 Sealed Cover, # 14 Exhibit PX13 Sealed Cover, # 15 Exhibit PX14 Sealed Cover, # 16 Exhibit PX15 Sealed Cover, # 17 Exhibit PX16 Sealed Cover) (AYLSTOCK, BRYAN) (Entered: 01/04/2022) |
| 01/04/2022 | 2389 | MOTION to Seal Document 2388 Notice (Other),, *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Memorandum on Choice of Law for Bellwether Group D* by LEAD COUNSEL FOR PLAINTIFFS. (AYLSTOCK, BRYAN) (Entered: 01/04/2022) |
| 01/05/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2387 JOINT STIPULATION REGARDING CHOICE OF LAW FACT-FINDING; 2389 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Memorandum on Choice of Law for Bellwether Group D re: 2388 Notice of Filing Plaintiffs' Memorandum on Choice of Law for Bellwether Group D (djb) (Entered: 01/05/2022) |
| 01/05/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2385 MOTION to Appear Pro Hac Vice by Garrett Messerly. (djb) (Entered: 01/05/2022) |
| 01/05/2022 | 2390 | NOTICE of Appearance by KARI L SUTHERLAND on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (SUTHERLAND, KARI) (Entered: 01/05/2022) |
| 01/05/2022 | 2391 | NOTICE of Appearance by SUSAN M ROBINSON on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO |

| | | INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (ROBINSON, SUSAN) (Entered: 01/05/2022) |
|---|---|---|
| 01/05/2022 | 2392 | NOTICE of Appearance by CHELSIE RAE WARNER on behalf of NOTICE ONLY (WARNER, CHELSIE) (Entered: 01/05/2022) |
| 01/05/2022 | 2393 | MOTION to Appear Pro Hac Vice by Chelsie R. Warner.( Filing fee $ 208 receipt number AFLNDC-6611804.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Standing, # 2 Exhibit Exhibit B - List of Cases) (WARNER, CHELSIE) (Entered: 01/05/2022) |
| 01/05/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2393 MOTION to Appear Pro Hac Vice by Chelsie R. Warner. (djb) (Entered: 01/05/2022) |
| 01/06/2022 | 2394 | Emergency MOTION Requesting Elliott Berger's Trial Testimony be Recorded for Use or Possible Use at Future Trials by ELLIOTT BERGER. (BATES, PHILIP) (Entered: 01/06/2022) |
| 01/06/2022 | 2395 | NOTICE of Appearance by JULIE E LAMKIN on behalf of NOTICE ONLY (LAMKIN, JULIE) (Entered: 01/06/2022) |
| 01/06/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2394 Emergency MOTION Requesting Elliott Berger's Trial Testimony be Recorded for Use or Possible Use at Future Trials (djb) (Entered: 01/06/2022) |
| 01/06/2022 | 2396 | ORDER denying 2330 Defendants' Motion for Reconsideration of the Court's Order dated November 21, 2021 2300 . Signed by JUDGE M CASEY RODGERS on 1/06/2022. (tvj) (Entered: 01/06/2022) |
| 01/06/2022 | 2397 | ORDER denying 2394 Elliott Berger's Expedited Motion Requesting Trial Testimony be Recorded. Signed by JUDGE M CASEY RODGERS on 1/06/2022. (tvj) (Entered: 01/06/2022) |
| 01/06/2022 | 2398 | NOTICE of Appearance by SARA J CASTRONUOVA on behalf of NOTICE ONLY (CASTRONUOVA, SARA) (Entered: 01/06/2022) |
| 01/06/2022 | 2399 | NOTICE of Appearance by ANNE E ACCETTELLA on behalf of NOTICE ONLY (Attachments: # 1 Exhibit A-Related Cases) (ACCETTELLA, ANNE) (Entered: 01/06/2022) |
| 01/07/2022 | 2400 | MOTION to Appear Pro Hac Vice by Richard M. Dye.( Filing fee $ 208 receipt number AFLNDC-6616247.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (DYE, RICHARD) (Entered: 01/07/2022) |
| 01/10/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2400 MOTION to Appear Pro Hac Vice by Richard M. Dye. (djb) (Entered: 01/10/2022) |
| 01/10/2022 | 2401 | NOTICE of Appearance by R JASON RICHARDS on behalf of NOTICE ONLY (RICHARDS, R) (Entered: 01/10/2022) |
| 01/10/2022 | 2402 | NOTICE of Filing Verification of Compliance with PTO 6 and Destruction of Juror Questionnaires by LEAD COUNSEL FOR PLAINTIFFS (AYLSTOCK, BRYAN) (Entered: 01/10/2022) |
| 01/10/2022 | 2403 | MOTION to Appear Pro Hac Vice by Daniel R. Higginbotham.( Filing fee $ 208 receipt |

| | | |
|---|---|---|
| | | number AFLNDC-6618549.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (HIGGINBOTHAM, DANIEL) (Entered: 01/10/2022) |
| 01/10/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2403 MOTION to Appear Pro Hac Vice by Daniel R. Higginbotham. (djb) (Entered: 01/10/2022) |
| 01/10/2022 | 2404 | MOTION to Appear Pro Hac Vice by Michael B. Hewes.( Filing fee $ 208 receipt number AFLNDC-6619470.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (HEWES, MICHAEL) (Entered: 01/10/2022) |
| 01/10/2022 | 2405 | MOTION to Appear Pro Hac Vice by Nikita S. McMillian.( Filing fee $ 208 receipt number AFLNDC-6619511.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (MCMILLIAN, NIKITA) (Entered: 01/10/2022) |
| 01/10/2022 | 2406 | MOTION to Appear Pro Hac Vice by James Stephen Fritz, Jr..( Filing fee $ 208 receipt number AFLNDC-6619560.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (FRITZ, JAMES) (Entered: 01/10/2022) |
| 01/11/2022 | 2407 | MOTION to Appear Pro Hac Vice by Andrew B. Cooke.( Filing fee $ 208 receipt number AFLNDC-6619938.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (COOKE, ANDREW) (Entered: 01/11/2022) |
| 01/11/2022 | 2408 | MOTION to Appear Pro Hac Vice by M. David Griffith, Jr..( Filing fee $ 208 receipt number AFLNDC-6619945.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (GRIFFITH, M) (Entered: 01/11/2022) |
| 01/11/2022 | 2409 | MOTION to Appear Pro Hac Vice by Mitchell B. Tuggle.( Filing fee $ 208 receipt number AFLNDC-6619950.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (TUGGLE, MITCHELL) (Entered: 01/11/2022) |
| 01/11/2022 | 2410 | MOTION to Appear Pro Hac Vice by Sarah A. Meadows.( Filing fee $ 208 receipt number AFLNDC-6619953.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (MEADOWS, SARAH) (Entered: 01/11/2022) |
| 01/11/2022 | 2411 | MOTION to Appear Pro Hac Vice by Philip J. Combs.( Filing fee $ 208 receipt number AFLNDC-6619960.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (COMBS, PHILIP) (Entered: 01/11/2022) |

| 01/11/2022 | 2412 | MOTION to Appear Pro Hac Vice by Natalie B. Atkinson.( Filing fee $ 208 receipt number AFLNDC-6619965.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (ATKINSON, NATALIE) (Entered: 01/11/2022) |
|---|---|---|
| 01/11/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2408 MOTION to Appear Pro Hac Vice by M. David Griffith, Jr.; 2405 MOTION to Appear Pro Hac Vice by Nikita S. McMillian; 2407 MOTION to Appear Pro Hac Vice by Andrew B. Cooke; 2406 MOTION to Appear Pro Hac Vice by James Stephen Fritz, Jr.; 2409 MOTION to Appear Pro Hac Vice by Mitchell B. Tuggle; 2412 MOTION to Appear Pro Hac Vice by Natalie B. Atkinson; 2410 MOTION to Appear Pro Hac Vice by Sarah A. Meadows; 2404 MOTION to Appear Pro Hac Vice by Michael B. Hewes; 2411 MOTION to Appear Pro Hac Vice by Philip J. Combs. (djb) (Entered: 01/11/2022) |
| 01/11/2022 | 2413 | MOTION to Appear Pro Hac Vice by Elizabeth Z. Brabb.( Filing fee $ 208 receipt number AFLNDC-6620409.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Certificate of Good Standing) (BRABB, ELIZABETH) (Entered: 01/11/2022) |
| 01/11/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2413 MOTION to Appear Pro Hac Vice by Elizabeth Z. Brabb. (djb) (Entered: 01/11/2022) |
| 01/11/2022 | 2414 | MOTION to Appear Pro Hac Vice by Jonathan Michael Barnes.( Filing fee $ 208 receipt number AFLNDC-6620659.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (BARNES, JONATHAN) (Entered: 01/11/2022) |
| 01/11/2022 | 2415 | NOTICE of Appearance by DEBRA NICOLE GUNTNER on behalf of NOTICE ONLY (GUNTNER, DEBRA) (Entered: 01/11/2022) |
| 01/11/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2414 MOTION to Appear Pro Hac Vice by Jonathan Michael Barnes. (djb) (Entered: 01/11/2022) |
| 01/11/2022 | 2416 | MOTION to Appear Pro Hac Vice by Jeffrey R. Blackwood.( Filing fee $ 208 receipt number AFLNDC-6621548.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (BLACKWOOD, JEFFREY) (Entered: 01/11/2022) |
| 01/11/2022 | 2417 | MOTION to Appear Pro Hac Vice by Zandra E. Foley.( Filing fee $ 208 receipt number BFLNDC-6621577.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (FOLEY, ZANDRA) (Entered: 01/11/2022) |
| 01/11/2022 | 2418 | First MOTION to Appear Pro Hac Vice by Scott C. Greenlee.( Filing fee $ 208 receipt number AFLNDC-6621947.) by NOTICE ONLY. (Attachments: # 1 Exhibit A. Texas Certificate of Good Standing) (GREENLEE, SCOTT) (Entered: 01/11/2022) |
| 01/11/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2417 MOTION to Appear Pro Hac Vice by Zandra E. Foley; 2416 MOTION to Appear Pro Hac Vice by Jeffrey R. Blackwood; |

| | | |
|---|---|---|
| | | 2418 First MOTION to Appear Pro Hac Vice by Scott C. Greenlee. (djb) (Entered: 01/11/2022) |
| 01/12/2022 | 2419 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-134) Certified - 4 actions. re: MDL No. 2885. (MN/0:20-cv-01753, MN/0:20-cv-01757, MN/0:20-cv-01758, MN/0:20-cv-01763) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 1/12/2022. (Attachments: # 1 CTO-134 Finalized) (djb) (Entered: 01/12/2022) |
| 01/12/2022 | 2420 | MOTION to Appear Pro Hac Vice by Christopher David Morris.( Filing fee $ 208 receipt number BFLNDC-6623126.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (MORRIS, CHRISTOPHER) (Entered: 01/12/2022) |
| 01/12/2022 | 2421 | MOTION to Appear Pro Hac Vice by Benjamin McRae Watson.( Filing fee $ 208 receipt number AFLNDC-6623186.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (WATSON, BENJAMIN) (Entered: 01/12/2022) |
| 01/12/2022 | 2422 | MOTION to Appear Pro Hac Vice by Kathleen Elizabeth Carrington.( Filing fee $ 208 receipt number AFLNDC-6623226.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (CARRINGTON, KATHLEEN) (Entered: 01/12/2022) |
| 01/12/2022 | 2423 | First MOTION to Appear Pro Hac Vice by Thomas M Wilmoth.( Filing fee $ 208 receipt number AFLNDC-6623244.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A: Certificate of Good Standing) (WILMOTH, THOMAS) (Entered: 01/12/2022) |
| 01/12/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2420 MOTION to Appear Pro Hac Vice by Christopher David Morris; 2422 MOTION to Appear Pro Hac Vice by Kathleen Elizabeth Carrington; 2423 First MOTION to Appear Pro Hac Vice by Thomas M Wilmoth; 2421 MOTION to Appear Pro Hac Vice by Benjamin McRae Watson. (djb) (Entered: 01/12/2022) |
| 01/12/2022 | 2424 | MOTION to Appear Pro Hac Vice by Barton J. Freeman.( Filing fee $ 208 receipt number AFLNDC-6623526.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (FREEMAN, BARTON) (Entered: 01/12/2022) |
| 01/12/2022 | 2425 | MOTION to Appear Pro Hac Vice by Edderek Linnel Cole.( Filing fee $ 208 receipt number AFLNDC-6623529.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (COLE, EDDEREK) (Entered: 01/12/2022) |
| 01/12/2022 | 2426 | MOTION to Appear Pro Hac Vice by Leslie L. Sun.( Filing fee $ 208 receipt number AFLNDC-6623627.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (SUN, LESLIE) (Entered: 01/12/2022) |
| 01/12/2022 | 2427 | NOTICE of Appearance by STEPHEN HERRE ECHSNER on behalf of NOTICE ONLY (ECHSNER, STEPHEN) (Entered: 01/12/2022) |

| 01/12/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2425 MOTION to Appear Pro Hac Vice by Edderek Linnel Cole; 2426 MOTION to Appear Pro Hac Vice by Leslie L. Sun; 2424 MOTION to Appear Pro Hac Vice by Barton J. Freeman. (djb) (Entered: 01/12/2022) |
|---|---|---|
| 01/12/2022 | 2428 | NOTICE of Appearance by CATHERINE ANN MITCHELL on behalf of NOTICE ONLY (MITCHELL, CATHERINE) (Entered: 01/12/2022) |
| 01/12/2022 | 2429 | MOTION to Appear Pro Hac Vice by Edward Bertram.( Filing fee $ 208 receipt number AFLNDC-6624912.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing Supreme Court of Texas, # 2 List of Cases) (BERTRAM, EDWARD) (Entered: 01/12/2022) |
| 01/12/2022 | 2430 | MOTION to Appear Pro Hac Vice by Jose Manuel Luzarraga.( Filing fee $ 208 receipt number AFLNDC-6624972.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (LUZARRAGA, JOSE) (Entered: 01/12/2022) |
| 01/12/2022 | 2431 | MOTION to Appear Pro Hac Vice by Catherine A. Mitchell.( Filing fee $ 208 receipt number AFLNDC-6625174.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Standing, # 2 Exhibit Exhibit B - List of Cases) (MITCHELL, CATHERINE) (Entered: 01/12/2022) |
| 01/12/2022 | 2432 | MOTION to Appear Pro Hac Vice by Charles F. Morrow.( Filing fee $ 208 receipt number AFLNDC-6625232.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Certificate of Good Standing) (MORROW, CHARLES) (Entered: 01/12/2022) |
| 01/13/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2431 MOTION to Appear Pro Hac Vice by Catherine A. Mitchell; 2430 MOTION to Appear Pro Hac Vice by Jose Manuel Luzarraga; 2432 MOTION to Appear Pro Hac Vice by Charles F. Morrow; 2429 MOTION to Appear Pro Hac Vice by Edward Bertram. (djb) (Entered: 01/13/2022) |
| 01/13/2022 | 2433 | NOTICE of Appearance by SAMANTHA MARGARET KATEN on behalf of NOTICE ONLY (KATEN, SAMANTHA) (Entered: 01/13/2022) |
| 01/13/2022 | 2434 | MOTION to Appear Pro Hac Vice by Jessica Murray.( Filing fee $ 208 receipt number AFLNDC-6626601.) by NOTICE ONLY. (Attachments: # 1 Exhibit Letter of Standing, # 2 Exhibit List of Cases) (MURRAY, JESSICA) (Entered: 01/13/2022) |
| 01/13/2022 | 2435 | MOTION to Appear Pro Hac Vice by DAVID G. MAYHAN.( Filing fee $ 208 receipt number AFLNDC-6626629.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (MAYHAN, DAVID) (Entered: 01/13/2022) |
| 01/13/2022 | 2436 | MOTION to Appear Pro Hac Vice by William B. Larson, Jr..( Filing fee $ 208 receipt number AFLNDC-6626701.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (LARSON, WILLIAM) (Entered: 01/13/2022) |
| 01/13/2022 | 2437 | MOTION to Appear Pro Hac Vice by Heather Levinsky.( Filing fee $ 208 receipt |

| | | number AFLNDC-6626783.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Heather Levinsky - Certificate of Good Standing Illinois) (LEVINSKY, HEATHER) (Entered: 01/13/2022) |
|---|---|---|
| 01/13/2022 | 2438 | NOTICE of Appearance by MICHAEL JAMES GANLEY on behalf of NOTICE ONLY (GANLEY, MICHAEL) (Entered: 01/13/2022) |
| 01/13/2022 | 2439 | MOTION to Appear Pro Hac Vice by Daniel O'Neil.( Filing fee $ 208 receipt number AFLNDC-6626887.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (O'NEIL, DANIEL) (Entered: 01/13/2022) |
| 01/13/2022 | 2440 | MOTION to Appear Pro Hac Vice by Conner Turner.( Filing fee $ 208 receipt number AFLNDC-6626937.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (TURNER, CONNER) (Entered: 01/13/2022) |
| 01/13/2022 | 2441 | MOTION to Appear Pro Hac Vice by Laura Henneman.( Filing fee $ 208 receipt number AFLNDC-6627059.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Standing Laura Henneman) (HENNEMAN, LAURA) (Entered: 01/13/2022) |
| 01/13/2022 | 2442 | NOTICE of Appearance by CAMERON DAVID TURNER on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (TURNER, CAMERON) (Entered: 01/13/2022) |
| 01/13/2022 | 2443 | MOTION to Appear Pro Hac Vice by Tye C. Bell.( Filing fee $ 208 receipt number AFLNDC-6627096.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (BELL, TYE) (Entered: 01/13/2022) |
| 01/13/2022 | 2444 | MOTION to Appear Pro Hac Vice by Anita Modak-Truran.( Filing fee $ 208 receipt number CFLNDC-6627049.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (MODAK-TRURAN, ANITA) (Entered: 01/13/2022) |
| 01/13/2022 | 2445 | NOTICE of Appearance by TYE CURTIS BELL on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BELL, TYE) (Entered: 01/13/2022) |
| 01/13/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2440 MOTION to Appear Pro Hac Vice by Conner Turner, 2434 MOTION to Appear Pro Hac Vice by Jessica Murray, 2436 MOTION to Appear Pro Hac Vice by William B. Larson, Jr, 2435 MOTION to Appear Pro Hac Vice by DAVID G. MAYHAN, 2441 MOTION to Appear Pro Hac Vice by Laura Henneman, 2444 MOTION to Appear Pro Hac Vice by Anita Modak-Truran, 2439 MOTION to Appear Pro Hac Vice by Daniel O'Neil, 2443 MOTION to Appear Pro Hac Vice by Tye C. Bell, 2437 MOTION to Appear Pro Hac Vice by Heather Levinsky. (djb) (Entered: 01/13/2022) |

| 01/13/2022 | 2446 | NOTICE of Appearance by CLINT JAMES CASPERSON on behalf of NOTICE ONLY (CASPERSON, CLINT) (Entered: 01/13/2022) |
|---|---|---|
| 01/13/2022 | 2447 | MOTION to Appear Pro Hac Vice by Candice C. Kusmer.( Filing fee $ 208 receipt number AFLNDC-6627490.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Ex. A Letters of Good Standing) (KUSMER, CANDICE) (Entered: 01/13/2022) |
| 01/13/2022 | 2448 | NOTICE of Appearance by SCOTT CLAYTON GREENLEE on behalf of NOTICE ONLY (GREENLEE, SCOTT) (Entered: 01/13/2022) |
| 01/13/2022 | 2449 | NOTICE *of Withdrawal of Counsel (Hunter J. Norton) Pursuant to Local Rule 11.1(H) (1)(b) and Request for Removal from Service List* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BROCK, ROBERT) (Entered: 01/13/2022) |
| 01/14/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2447 MOTION to Appear Pro Hac Vice by Candice C. Kusmer. (djb) (Entered: 01/14/2022) |
| 01/14/2022 | 2450 | MOTION to Appear Pro Hac Vice by Karina E. Murski.( Filing fee $ 208 receipt number AFLNDC-6628209.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (MURSKI, KARINA) (Entered: 01/14/2022) |
| 01/14/2022 | 2451 | MOTION to Appear Pro Hac Vice by Keith S. Anderson.( Filing fee $ 208 receipt number AFLNDC-6628414.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (ANDERSON, KEITH) (Entered: 01/14/2022) |
| 01/14/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2451 MOTION to Appear Pro Hac Vice by Keith S. Anderson; 2450 MOTION to Appear Pro Hac Vice by Karina E. Murski. (djb) (Entered: 01/14/2022) |
| 01/14/2022 | 2452 | MOTION to Appear Pro Hac Vice by Lindsey Cohan.( Filing fee $ 208 receipt number AFLNDC-6628597.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (COHAN, LINDSEY) (Entered: 01/14/2022) |
| 01/14/2022 | 2453 | MOTION to Appear Pro Hac Vice by Elizabeth G. Kurowski.( Filing fee $ 208 receipt number AFLNDC-6628504.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A- Certificate of Good Standing) (KUROWSKI, ELIZABETH) (Entered: 01/14/2022) |
| 01/14/2022 | 2454 | MOTION to Appear Pro Hac Vice by Michael R. Klatt.( Filing fee $ 208 receipt number AFLNDC-6628767.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit) (KLATT, MICHAEL) (Entered: 01/14/2022) |
| 01/14/2022 | 2455 | MOTION to Appear Pro Hac Vice by E. Righton J. Lewis.( Filing fee $ 208 receipt |

| | | |
|---|---|---|
| | | number AFLNDC-6628841.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A-Letter of Good Standing) (JOHNSON LEWIS, ELIZABETH) (Entered: 01/14/2022) |
| 01/14/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2453 MOTION to Appear Pro Hac Vice by Elizabeth G. Kurowski; 2455 MOTION to Appear Pro Hac Vice by E. Righton J. Lewis; 2452 MOTION to Appear Pro Hac Vice by Lindsey Cohan; 2454 MOTION to Appear Pro Hac Vice by Michael R. Klatt. (djb) (Entered: 01/14/2022) |
| 01/14/2022 | 2456 | NOTICE of Appearance by REBECCA KING on behalf of NOTICE ONLY (KING, REBECCA) (Entered: 01/14/2022) |
| 01/14/2022 | 2457 | MOTION to Appear Pro Hac Vice by Lela M. Hollabaugh.( Filing fee $ 208 receipt number AFLNDC-6629248.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Certificate of Good Standing) (HOLLABAUGH, LELA) (Entered: 01/14/2022) |
| 01/14/2022 | 2458 | MOTION to Appear Pro Hac Vice by Matthew D. Kelly.( Filing fee $ 208 receipt number AFLNDC-6629278.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing Illinois (M. Kelly)) (KELLY, MATTHEW) (Entered: 01/14/2022) |
| 01/14/2022 | 2459 | NOTICE of Appearance by REBECCA KING on behalf of NOTICE ONLY (KING, REBECCA) (Entered: 01/14/2022) |
| 01/14/2022 | 2460 | NOTICE of Appearance by REBECCA KING on behalf of NOTICE ONLY (KING, REBECCA) (Entered: 01/14/2022) |
| 01/14/2022 | 2461 | NOTICE of Appearance by REBECCA KING on behalf of NOTICE ONLY (KING, REBECCA) (Entered: 01/14/2022) |
| 01/14/2022 | 2462 | NOTICE of Appearance by REBECCA KING on behalf of NOTICE ONLY (KING, REBECCA) (Entered: 01/14/2022) |
| 01/14/2022 | 2463 | NOTICE of Appearance by REBECCA KING on behalf of NOTICE ONLY (KING, REBECCA) (Entered: 01/14/2022) |
| 01/14/2022 | 2464 | NOTICE of Appearance by REBECCA KING on behalf of NOTICE ONLY (KING, REBECCA) (Entered: 01/14/2022) |
| 01/14/2022 | 2465 | NOTICE of Appearance by LAWRENCE FLEMING TRACEY on behalf of NOTICE ONLY (TRACEY, LAWRENCE) (Entered: 01/14/2022) |
| 01/14/2022 | 2466 | NOTICE of Appearance by LAWRENCE FLEMING TRACEY on behalf of NOTICE ONLY (TRACEY, LAWRENCE) (Entered: 01/14/2022) |
| 01/14/2022 | 2467 | NOTICE of Appearance by LAWRENCE FLEMING TRACEY on behalf of NOTICE ONLY (TRACEY, LAWRENCE) (Entered: 01/14/2022) |
| 01/14/2022 | 2468 | STIPULATION *Joint Stipulation Regarding Service and Authorizations for Wave Cases* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BRANSCOME, KIMBERLY) (Entered: 01/14/2022) |
| 01/14/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY |

| | | |
|---|---|---|
| | | RODGERS notified that action is needed Re: 2468 JOINT STIPULATION REGARDING SERVICE AND AUTHORIZATIONS FOR WAVE CASES (djb) (Entered: 01/14/2022) |
| 01/14/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2458 MOTION to Appear Pro Hac Vice by Matthew D. Kelly. (djb) (Entered: 01/14/2022) |
| 01/14/2022 | 2469 | MOTION to Appear Pro Hac Vice by Kristina A. Reliford.( Filing fee $ 208 receipt number AFLNDC-6630070.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Certificate of Good Standing) (RELIFORD, KRISTINA) (Entered: 01/14/2022) |
| 01/14/2022 | 2470 | MOTION to Appear Pro Hac Vice by Kevin Brown.( Filing fee $ 208 receipt number AFLNDC-6630152.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROWN, KEVIN) (Entered: 01/14/2022) |
| 01/14/2022 | 2471 | Second MOTION to Appear Pro Hac Vice by Lewis James Wood.( Filing fee $ 208 receipt number AFLNDC-6630135.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A Cert Good Standing) (WOOD, LEWIS) (Entered: 01/14/2022) |
| 01/15/2022 | 2472 | MOTION to Appear Pro Hac Vice by Jason P. Eckerly.( Filing fee $ 208 receipt number AFLNDC-6630282.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificates of Good Standing (JPE)) (ECKERLY, JASON) (Entered: 01/15/2022) |
| 01/18/2022 | 2473 | DOCKET ANNOTATION BY COURT: NOTICE TO FILERS One Notice of Appearance is sufficient. Please do not post another appearance in the Lead Case. Re 2460 Notice of Appearance filed by NOTICE ONLY, 2463 Notice of Appearance filed by NOTICE ONLY, 2461 Notice of Appearance filed by NOTICE ONLY, 2456 Notice of Appearance filed by NOTICE ONLY, 2465 Notice of Appearance filed by NOTICE ONLY, 2464 Notice of Appearance filed by NOTICE ONLY, 2467 Notice of Appearance filed by NOTICE ONLY, 2462 Notice of Appearance filed by NOTICE ONLY, 2459 Notice of Appearance filed by NOTICE ONLY, 2466 Notice of Appearance filed by NOTICE ONLY. (djb) (Entered: 01/18/2022) |
| 01/18/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2469 MOTION to Appear Pro Hac Vice by Kristina A. Reliford; 2470 MOTION to Appear Pro Hac Vice by Kevin Brown; 2471 Second MOTION to Appear Pro Hac Vice by Lewis James Wood; 2472 MOTION to Appear Pro Hac Vice by Jason P. Eckerly. (djb) (Entered: 01/18/2022) |
| 01/18/2022 | 2474 | MOTION to Appear Pro Hac Vice by Emily Van Tuyl.( Filing fee $ 208 receipt number AFLNDC-6630826.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Certificate of Good Standing) (VAN TUYL, EMILY) (Entered: 01/18/2022) |
| 01/18/2022 | 2475 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-135) - 12 actions re: MDLNo. 2885. (MN/0:20-cv-01984, MN/0:20-cv-02010, MN/0:20-cv-02042, MN/0:20-cv-02125, MN/0:20-cv-02408, MN/0:21-cv-01310, MN/0:21-cv-01311, MN/0:21-cv-01313, MN/0:21-cv-01317, MN/0:21-cv-01319, MN/0:21-cv-01546, MN/0:21-cv-01665) Inasmuch as no objection is pending at this time, the stay is |

| | | lifted.Signed by Clerk of the Panel John W. Nichols on 1/18/2022. (Attachments: # 1 CTO-135 Finalized) (djb) (Entered: 01/18/2022) |
|---|---|---|
| 01/18/2022 | 2476 | NOTICE of Appearance by GARY LANE HOWARD on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (HOWARD, GARY) (Entered: 01/18/2022) |
| 01/18/2022 | 2477 | MOTION to Appear Pro Hac Vice by Ryan M. Murphy.( Filing fee $ 208 receipt number AFLNDC-6631534.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Exhibit A-Certificate of Good Standing) (MURPHY, RYAN) (Entered: 01/18/2022) |
| 01/18/2022 | 2478 | MOTION to Appear Pro Hac Vice by J. Mark Adams.( Filing fee $ 208 receipt number AFLNDC-6631627.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (ADAMS, JAMES) (Entered: 01/18/2022) |
| 01/18/2022 | 2479 | MOTION to Appear Pro Hac Vice by Mary Kathleen Glaspy.( Filing fee $ 208 receipt number AFLNDC-6631621.) by 3M COMPANY. (GLASPY, MARY) (Entered: 01/18/2022) |
| 01/18/2022 | 2480 | MOTION to Appear Pro Hac Vice by Erika J. Doherty.( Filing fee $ 208 receipt number AFLNDC-6631618.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (DOHERTY, ERIKA) (Entered: 01/18/2022) |
| 01/18/2022 | 2481 | MOTION to Appear Pro Hac Vice by Sara Anderson Frey.( Filing fee $ 208 receipt number AFLNDC-6631792.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (FREY, SARA) (Entered: 01/18/2022) |
| 01/18/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2474 MOTION to Appear Pro Hac Vice by Emily Van Tuyl; 2479 MOTION to Appear Pro Hac Vice by Mary Kathleen Glaspy; 2481 MOTION to Appear Pro Hac Vice by Sara Anderson Frey; 2477 MOTION to Appear Pro Hac Vice by Ryan M. Murphy; 2480 MOTION to Appear Pro Hac Vice by Erika J. Doherty; 2478 MOTION to Appear Pro Hac Vice by J. Mark Adams. (djb) (Entered: 01/18/2022) |
| 01/18/2022 | 2482 | MOTION to Appear Pro Hac Vice by Patrick Sullivan.( Filing fee $ 208 receipt number AFLNDC-6631954.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing Illinois (P. Sullivan))) (SULLIVAN, PATRICK) (Entered: 01/18/2022) |
| 01/18/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2482 MOTION to Appear Pro Hac Vice by Patrick Sullivan. (djb) (Entered: 01/18/2022) |
| 01/18/2022 | 2483 | MOTION to Appear Pro Hac Vice by Anthony L. Osterlund.( Filing fee $ 208 receipt number AFLNDC-6632201.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, |

| | | AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (OSTERLUND, ANTHONY) (Entered: 01/18/2022) |
|---|---|---|
| 01/18/2022 | 2484 | MOTION to Appear Pro Hac Vice by Elizabeth T. Smith.( Filing fee $ 208 receipt number AFLNDC-6632337.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (SMITH, ELIZABETH) (Entered: 01/18/2022) |
| 01/18/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2484 MOTION to Appear Pro Hac Vice by Elizabeth T. Smith; 2483 MOTION to Appear Pro Hac Vice by Anthony L. Osterlund. (djb) (Entered: 01/18/2022) |
| 01/18/2022 | 2485 | MOTION to Appear Pro Hac Vice by Cedric E. Evans.( Filing fee $ 208 receipt number AFLNDC-6632526.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Standing) (EVANS, CEDRIC) (Entered: 01/18/2022) |
| 01/18/2022 | 2486 | MOTION to Appear Pro Hac Vice by Paul Motz.( Filing fee $ 208 receipt number AFLNDC-6632666.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing Illinois (P.Motz))) (MOTZ, PAUL) (Entered: 01/18/2022) |
| 01/18/2022 | 2487 | MOTION to Appear Pro Hac Vice by Edward McCambridge.( Filing fee $ 208 receipt number AFLNDC-6632670.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing Illinois (E. McCambridge), # 2 Exhibit B - Certificate of Good Standing Michigan (E. McCambridge)) (MCCAMBRIDGE, EDWARD) (Entered: 01/18/2022) |
| 01/19/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2485 MOTION to Appear Pro Hac Vice by Cedric E. Evans; 2487 MOTION to Appear Pro Hac Vice by Edward McCambridge; 2486 MOTION to Appear Pro Hac Vice by Paul Motz. (djb) (Entered: 01/19/2022) |
| 01/19/2022 | 2488 | MOTION to Appear Pro Hac Vice by C. Bailey King, Jr..( Filing fee $ 208 receipt number AFLNDC-6633083.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Ex. A - CGS) (KING, CHARLES) (Entered: 01/19/2022) |
| 01/19/2022 | 2489 | MOTION to Appear Pro Hac Vice by Kenneth J. Ferguson.( Filing fee $ 208 receipt number AFLNDC-6633088.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit) (FERGUSON, KENNETH) (Entered: 01/19/2022) |
| 01/19/2022 | 2490 | MOTION to Appear Pro Hac Vice by Kevin M. Stockmann.( Filing fee $ 208 receipt number AFLNDC-6633157.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Standing) (STOCKMANN, KEVIN) (Entered: 01/19/2022) |
| 01/19/2022 | 2491 | MOTION to Appear Pro Hac Vice by John Andrew Hutton.( Filing fee $ 208 receipt |

| | | |
|---|---|---|
| | | number AFLNDC-6633163.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit) (HUTTON, JOHN) (Entered: 01/19/2022) |
| 01/19/2022 | 2492 | MOTION to Appear Pro Hac Vice by Andrea La'Verne Edney.( Filing fee $ 208 receipt number AFLNDC-6633190.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (EDNEY, LA'VERNE) (Entered: 01/19/2022) |
| 01/19/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2490 MOTION to Appear Pro Hac Vice by Kevin M. Stockmann; 2491 MOTION to Appear Pro Hac Vice by John Andrew Hutton; 2488 MOTION to Appear Pro Hac Vice by C. Bailey King, Jr; 2492 MOTION to Appear Pro Hac Vice by Andrea La'Verne Edney; 2489 MOTION to Appear Pro Hac Vice by Kenneth J. Ferguson. (djb) (Entered: 01/19/2022) |
| 01/19/2022 | 2493 | MOTION to Appear Pro Hac Vice by Dane W. Schrader.( Filing fee $ 208 receipt number AFLNDC-6633496.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (SCHRADER, DANE) (Entered: 01/19/2022) |
| 01/19/2022 | 2494 | MOTION to Appear Pro Hac Vice by Christina M. Seanor.( Filing fee $ 208 receipt number AFLNDC-6633647.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing from State of Mississippi, # 2 Exhibit B: Certificate of Good Standing from the State of Louisiana) (SEANOR, CHRISTINA) (Entered: 01/19/2022) |
| 01/19/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2493 MOTION to Appear Pro Hac Vice by Dane W. Schrader; 2494 MOTION to Appear Pro Hac Vice by Christina M. Seanor. (djb) (Entered: 01/19/2022) |
| 01/19/2022 | 2495 | MOTION to Appear Pro Hac Vice by Cory S. Reed.( Filing fee $ 208 receipt number AFLNDC-6633836.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (REED, CORY) (Entered: 01/19/2022) |
| 01/19/2022 | 2496 | MOTION to Appear Pro Hac Vice by Andrew Cross.( Filing fee $ 208 receipt number AFLNDC-6633874.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Standing Missouri (A.Cross)) (CROSS, ANDREW) (Entered: 01/19/2022) |
| 01/19/2022 | 2497 | MOTION to Appear Pro Hac Vice by John Carey.( Filing fee $ 208 receipt number AFLNDC-6633883.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Standing Missouri (J.Carey)) (CAREY, JOHN) (Entered: 01/19/2022) |
| 01/19/2022 | 2498 | MOTION to Appear Pro Hac Vice by Erika Medina.( Filing fee $ 208 receipt number AFLNDC-6633887.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (MEDINA, ERIKA) (Entered: 01/19/2022) |
| 01/19/2022 | 2499 | MOTION to Appear Pro Hac Vice by Julie A. Carpenter.( Filing fee $ 208 receipt number AFLNDC-6633914.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY |

| | | LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (CARPENTER, JULIE) (Entered: 01/19/2022) |
|---|---|---|
| 01/19/2022 | 2500 | MOTION to Appear Pro Hac Vice by Jason A. Cincilla.( Filing fee $ 208 receipt number AFLNDC-6634089.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (CINCILLA, JASON) (Entered: 01/19/2022) |
| 01/19/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2495 MOTION to Appear Pro Hac Vice by Cory S. Reed; 2500 MOTION to Appear Pro Hac Vice by Jason A. Cincilla; 2497 MOTION to Appear Pro Hac Vice by John Carey; 2496 MOTION to Appear Pro Hac Vice by Andrew Cross; 2499 MOTION to Appear Pro Hac Vice by Julie A. Carpenter; 2498 MOTION to Appear Pro Hac Vice by Erika Medina. (djb) (Entered: 01/19/2022) |
| 01/19/2022 | 2501 | NOTICE of Appearance by DIANA NICOLE EVANS on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (EVANS, DIANA) (Entered: 01/19/2022) |
| 01/19/2022 | 2502 | MOTION for Order to Show Cause by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (BRANSCOME, KIMBERLY) (Entered: 01/19/2022) |
| 01/20/2022 | 2503 | MOTION to Appear Pro Hac Vice by Stephanie M. Chesney.( Filing fee $ 208 receipt number AFLNDC-6634548.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Exhibit A) (CHESNEY, STEPHANIE) (Entered: 01/20/2022) |
| 01/20/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2502 MOTION for Order to Show Cause (djb) (Entered: 01/20/2022) |
| 01/20/2022 | 2504 | MOTION to Appear Pro Hac Vice by Samuel Keenan Carter.( Filing fee $ 208 receipt number AFLNDC-6634824.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (CARTER, SAMUEL) (Entered: 01/20/2022) |
| 01/20/2022 | 2505 | MOTION to Appear Pro Hac Vice by Mara Cusker Gonzalez.( Filing fee $ 208 receipt number AFLNDC-6634904.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (CUSKER GONZALEZ, MARA) (Entered: 01/20/2022) |
| 01/20/2022 | 2506 | MOTION to Appear Pro Hac Vice by Crystal Kuruvilla.( Filing fee $ 208 receipt number AFLNDC-6634943.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing Illinois (C. Kuruvilla))) (KURUVILLA, CRYSTAL) (Entered: 01/20/2022) |
| 01/20/2022 | 2507 | MOTION to Appear Pro Hac Vice by Alison Cooney.( Filing fee $ 208 receipt number AFLNDC-6634918.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO |

| | | |
|---|---|---|
| | | TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (COONEY, ALISON) (Entered: 01/20/2022) |
| 01/20/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2506 MOTION to Appear Pro Hac Vice by Crystal Kuruvilla; 2507 MOTION to Appear Pro Hac Vice by Alison Cooney; 2505 MOTION to Appear Pro Hac Vice by Mara Cusker Gonzalez; 2504 MOTION to Appear Pro Hac Vice by Samuel Keenan Carter. (djb) (Entered: 01/20/2022) |
| 01/20/2022 | 2508 | MOTION to Appear Pro Hac Vice by Harold D. Mooty, III.( Filing fee $ 208 receipt number AFLNDC-6635539.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (MOOTY, HAROLD) (Entered: 01/20/2022) |
| 01/20/2022 | 2509 | MOTION to Appear Pro Hac Vice by Shundra Crumpton Manning.( Filing fee $ 208 receipt number AFLNDC-6635596.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Certificate of Good Standing) (MANNING, SHUNDRA) (Entered: 01/20/2022) |
| 01/20/2022 | 2510 | MOTION to Appear Pro Hac Vice by Jenna C. Newmark.( Filing fee $ 208 receipt number AFLNDC-6635559.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (NEWMARK, JENNA) (Entered: 01/20/2022) |
| 01/20/2022 | 2511 | NOTICE of Appearance by W MARK LANIER on behalf of NOTICE ONLY (LANIER, W) (Entered: 01/20/2022) |
| 01/20/2022 | 2512 | NOTICE of Appearance by KATHRYN RACHEL LANIER on behalf of NOTICE ONLY (LANIER, KATHRYN) (Entered: 01/20/2022) |
| 01/20/2022 | 2513 | NOTICE of Appearance by CRISTINA DELISE on behalf of NOTICE ONLY (DELISE, CRISTINA) (Entered: 01/20/2022) |
| 01/20/2022 | 2514 | MOTION to Appear Pro Hac Vice by Jenna M. Miller.( Filing fee $ 208 receipt number AFLNDC-6635799.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing Illinois (J. Miller))) (MILLER, JENNA) (Entered: 01/20/2022) |
| 01/20/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2510 MOTION to Appear Pro Hac Vice by Jenna C. Newmark; 2503 MOTION to Appear Pro Hac Vice by Stephanie M. Chesney; 2514 MOTION to Appear Pro Hac Vice by Jenna M. Miller; 2508 MOTION to Appear Pro Hac Vice by Harold D. Mooty, III; 2509 MOTION to Appear Pro Hac Vice by Shundra Crumpton Manning. (djb) (Entered: 01/20/2022) |
| 01/20/2022 | 2515 | MOTION to Appear Pro Hac Vice by Christopher Sean Berdy.( Filing fee $ 208 receipt number AFLNDC-6635971.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (BERDY, CHRISTOPHER) (Entered: 01/20/2022) |
| 01/20/2022 | 2516 | MOTION to Appear Pro Hac Vice by Christopher Burrichter.( Filing fee $ 208 receipt number AFLNDC-6635950.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, |

| | | AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (BURRICHTER, CHRISTOPHER) (Entered: 01/20/2022) |
|---|---|---|
| 01/20/2022 | 2517 | MOTION to Appear Pro Hac Vice by Kime H. Smith.( Filing fee $ 208 receipt number CFLNDC-6636052.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit) (SMITH, KIME) (Entered: 01/20/2022) |
| 01/20/2022 | 2518 | MOTION to Appear Pro Hac Vice by Ruston J. Pritchard.( Filing fee $ 208 receipt number AFLNDC-6636106.) by NOTICE ONLY. (Attachments: # 1 Certificate of Good Standing) (PRITCHARD, RUSTON) Modified on 8/17/2022 to correct filer to NOTICE ONLY. (djb). (Entered: 01/20/2022) |
| 01/20/2022 | 2519 | ORDER granting the following Motions for Pro Hac Vice admission, ECF Nos. 2373 , 2380 , 2383 , 2385 , 2389 , 2393 , 2400 , 2403 , 2404 , 2405 , 2406 , 2407 , 2408 , 2409 , 2410 , 2411 , 2412 , 2413 , 2414 , 2416 , 2417 , 2418 , 2420 , 2421 , 2422 , 2423 , 2424 , 2425 , 2426 , 2429 , 2430 , 2431 , 2432 , 2434 , 2435 , 2436 , 2437 , 2439 , 2440 , 2441 , 2443 , 2444 , 2447 , 2450 , 2451 , 2452 , 2453 , 2454 , 2455 , 2457 , 2458 , 2469 , 2470 , 2471 , 2472 , 2474 , 2477 , 2478 , 2479 , 2480 , 2481 , 2482 , 2483 , 2484 , 2485 , 2486 , 2487 , 2488 , 2489 , 2490 , 2491 , 2492 , 2493 , 2494 , 2495 , 2496 , 2497 , 2498 , 2499 , 2500 , 2503 , 2504 , 2505 , 2506 , 2507 , 2508 , 2509 , 2510 , 2514 , 2515 , 2516 , 2517 , 2518 . Signed by JUDGE M CASEY RODGERS on 1/20/2022. (tvj) . (Main Document 2519 replaced with corrected order on 1/26/2022 re: Kime Smith) (djb). Modified on 1/26/2022 (djb). (Entered: 01/20/2022) |
| 01/20/2022 | 2520 | MOTION to Appear Pro Hac Vice by Randolph Janis.( Filing fee $ 208 receipt number AFLNDC-6636210.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (JANIS, RANDOLPH) (Entered: 01/20/2022) |
| 01/20/2022 | 2521 | NOTICE of Appearance by ANNE ELIZABETH DEVAUGHN on behalf of NOTICE ONLY (Attachments: # 1 Exhibit) (DEVAUGHN, ANNE) (Entered: 01/20/2022) |
| 01/20/2022 | 2522 | NOTICE of Appearance by JASON PATRICK ECKERLY on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (ECKERLY, JASON) (Entered: 01/20/2022) |
| 01/20/2022 | 2523 | NOTICE of Appearance by LAURA J HENNEMAN on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (HENNEMAN, LAURA) (Entered: 01/20/2022) |
| 01/20/2022 | 2524 | NOTICE of Appearance by MATTHEW DOUGLAS KELLY on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (KELLY, MATTHEW) (Entered: 01/20/2022) |
| 01/20/2022 | 2525 | NOTICE of Appearance by CRYSTAL LIZ KURUVILLA on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (KURUVILLA, CRYSTAL) (Entered: 01/20/2022) |
| 01/20/2022 | 2526 | NOTICE of Appearance by EDWARD J MCCAMBRIDGE on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (MCCAMBRIDGE, EDWARD) (Entered: 01/20/2022) |

| 01/20/2022 | 2527 | NOTICE of Appearance by JENNA MARIE MILLER on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (MILLER, JENNA) (Entered: 01/20/2022) |
|---|---|---|
| 01/20/2022 | 2528 | NOTICE of Appearance by PAUL DONALD MOTZ on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (MOTZ, PAUL) (Entered: 01/20/2022) |
| 01/20/2022 | 2529 | NOTICE of Appearance by HEATHER ANN LEVINSKY on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (LEVINSKY, HEATHER) (Entered: 01/20/2022) |
| 01/20/2022 | 2530 | NOTICE of Appearance by PATRICK FRANCIS SULLIVAN, III on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (SULLIVAN, PATRICK) (Entered: 01/20/2022) |
| 01/21/2022 | 2531 | NOTICE of Appearance by CHARLES BAILEY KING, JR on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (KING, CHARLES) (Entered: 01/21/2022) |
| 01/21/2022 | 2532 | NOTICE of Appearance by RHETT MCSWEENEY on behalf of NOTICE ONLY (MCSWEENEY, RHETT) (Entered: 01/21/2022) |
| 01/21/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2520 MOTION to Appear Pro Hac Vice by Randolph Janis. (djb) (Entered: 01/21/2022) |
| 01/21/2022 | 2533 | NOTICE of Appearance by RHETT MCSWEENEY on behalf of NOTICE ONLY (Attachments: # 1 Exhibit Case List) (MCSWEENEY, RHETT) (Entered: 01/21/2022) |
| 01/21/2022 | 2534 | NOTICE of Appearance by EDWARD PERRY BERTRAM on behalf of NOTICE ONLY (Attachments: # 1 Exhibit List of Cases) (BERTRAM, EDWARD) (Entered: 01/21/2022) |
| 01/21/2022 | 2535 | NOTICE of Appearance by KRISTINA ALLEN RELIFORD on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (RELIFORD, KRISTINA) (Entered: 01/21/2022) |
| 01/21/2022 | 2536 | NOTICE of Appearance by JESSICA ELIZABETH MURRAY on behalf of NOTICE ONLY (Attachments: # 1 Exhibit List of Cases) (MURRAY, JESSICA) (Entered: 01/21/2022) |
| 01/21/2022 | 2537 | MOTION to Appear Pro Hac Vice by Taylor B. Mayes.( Filing fee $ 208 receipt number AFLNDC-6637044.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (MAYES, TAYLOR) (Entered: 01/21/2022) |
| 01/21/2022 | 2538 | NOTICE of Appearance by MICHAEL A AKSELRUD on behalf of NOTICE ONLY (AKSELRUD, MICHAEL) (Entered: 01/21/2022) |
| 01/21/2022 | 2539 | NOTICE of Appearance by ANDREW JOSEPH CROSS on behalf of NOTICE ONLY (CROSS, ANDREW) (Entered: 01/21/2022) |

| 01/21/2022 | 2540 | NOTICE of Appearance by JOHN JOSEPH CAREY on behalf of NOTICE ONLY (CAREY, JOHN) (Entered: 01/21/2022) |
|---|---|---|
| 01/21/2022 | 2541 | MOTION to Appear Pro Hac Vice by Nina Webb-Lawton.( Filing fee $ 208 receipt number AFLNDC-6637350.) by 3M COMPANY. (WEBB-LAWTON, NINA) (Entered: 01/21/2022) |
| 01/21/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2541 MOTION to Appear Pro Hac Vice by Nina Webb-Lawton; 2537 MOTION to Appear Pro Hac Vice by Taylor B. Mayes. (djb) (Entered: 01/21/2022) |
| 01/21/2022 | 2542 | NOTICE of Appearance by LELA HOLLABAUGH on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (HOLLABAUGH, LELA) (Entered: 01/21/2022) |
| 01/21/2022 | 2543 | MOTION to Appear Pro Hac Vice by Stephen A. Tensmeyer.( Filing fee $ 208 receipt number AFLNDC-6637374.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (TENSMEYER, STEPHEN) (Entered: 01/21/2022) |
| 01/21/2022 | 2544 | MOTION to Appear Pro Hac Vice by Kenneth R. Costa.( Filing fee $ 208 receipt number AFLNDC-6637426.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (COSTA, KENNETH) (Entered: 01/21/2022) |
| 01/21/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2543 MOTION to Appear Pro Hac Vice by Stephen A. Tensmeyer; 2544 MOTION to Appear Pro Hac Vice by Kenneth R. Costa. (djb) (Entered: 01/21/2022) |
| 01/21/2022 | 2545 | MOTION to Appear Pro Hac Vice by Tiffany deGruy.( Filing fee $ 208 receipt number AFLNDC-6637556.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (DEGRUY, TIFFANY) (Entered: 01/21/2022) |
| 01/21/2022 | 2546 | MOTION to Appear Pro Hac Vice by Hannah R. Roberts.( Filing fee $ 208 receipt number AFLNDC-6637571.) by NOTICE ONLY. (ROBERTS, HANNAH) Modified on 1/21/2022 to add case number for plaintiff, Eugene Hernandez, 7:20-cv-61601-MCR-GRJ (djb). (Entered: 01/21/2022) |
| 01/21/2022 | 2547 | MOTION to Appear Pro Hac Vice by Robert E. Zulandt.( Filing fee $ 208 receipt number AFLNDC-6637584.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (ZULANDT, ROBERT) Modified on 1/21/2022 (djb). (Entered: 01/21/2022) |
| 01/21/2022 | 2548 | MOTION to Appear Pro Hac Vice by Mitali R. Vyas.( Filing fee $ 208 receipt number AFLNDC-6637583.) by NOTICE ONLY. (VYAS, MITALI) Modified on 1/21/2022 to add case number of plaintiff, Russell Hall, Jr., 7:20-cv-61734-MCR-GRJ (djb). (Entered: 01/21/2022) |
| 01/21/2022 | 2549 | ORDER. It is ORDERED that: (1.) Defendants' 2502 Motion for Order to Show Cause Based on Failure to Comply With Discovery, is GRANTED. (2.) All individual |

| | | |
|---|---|---|
| | | plaintiffs identified on Exhibits A and B are hereby ORDERED: (a.) To comply with the Court's Order, ECF No. 2304 , and the parties' stipulation, ECF No. 2468 , by submitting the required records authorizations and responding to Defendants' discovery requests. The submissions are due by January 28, 2022. (b.) To SHOW CAUSE why his or her case should not be dismissed with prejudice for failure to prosecute and failure to comply with an order of the Court, by January 28, 2022. Each plaintiff's response to the show cause order must be filed on the docket for his or her individual case only and must include a certification from counsel that the requisite materials have been submitted to Defendants. (c.) Failure to comply with this Order will result in dismissal of a case with prejudice. (d.) The Clerk is directed to enter a copy of this Order on the MDL docket and on the individual docket for each of the cases identified on Exhibits A and B. Signed by JUDGE M CASEY RODGERS on 1/21/2022. (djb) (Entered: 01/21/2022) |
| 01/21/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2548 MOTION to Appear Pro Hac Vice by Mitali R. Vyas; 2545 MOTION to Appear Pro Hac Vice by Tiffany deGruy; 2547 MOTION to Appear Pro Hac Vice by Robert E. Zulandt; 2546 MOTION to Appear Pro Hac Vice by Hannah R. Roberts. (djb) (Entered: 01/21/2022) |
| 01/21/2022 | 2550 | MOTION to Appear Pro Hac Vice by Rosemary D. Welsh.( Filing fee $ 208 receipt number AFLNDC-6637728.) by 3M COMPANY. (WELSH, ROSEMARY) (Entered: 01/21/2022) |
| 01/21/2022 | 2551 | MOTION to Appear Pro Hac Vice by Brandon C. Rees.( Filing fee $ 208 receipt number AFLNDC-6637792.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (REES, BRANDON) (Entered: 01/21/2022) |
| 01/21/2022 | 2552 | MOTION to Appear Pro Hac Vice by Alexandria N. Gonzalez.( Filing fee $ 208 receipt number AFLNDC-6637925.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (GONZALEZ, ALEXANDRIA) (Entered: 01/21/2022) |
| 01/21/2022 | 2553 | NOTICE of Appearance by RICHARD M DYE on behalf of All Defendants (DYE, RICHARD) (Entered: 01/21/2022) |
| 01/21/2022 | 2554 | NOTICE of Appearance by BENJAMIN M WATSON on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (WATSON, BENJAMIN) (Entered: 01/21/2022) |
| 01/21/2022 | 2555 | NOTICE of Appearance by MICHAEL B HEWES on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (HEWES, MICHAEL) (Entered: 01/21/2022) |
| 01/21/2022 | 2556 | NOTICE of Appearance by JESSICA RACHEL GARRITY on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (GARRITY, JESSICA) (Entered: 01/21/2022) |
| 01/22/2022 | 2557 | MOTION to Appear Pro Hac Vice by Michael C Williams.( Filing fee $ 208 receipt number AFLNDC-6638532.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, |

| | | AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A- Certificate of Good Standing for Michael C Williams) (WILLIAMS, MICHAEL) (Entered: 01/22/2022) |
|---|---|---|
| 01/23/2022 | 2558 | MOTION to Appear Pro Hac Vice by Jennifer Joslin.( Filing fee $ 208 receipt number AFLNDC-6638568.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (JOSLIN, JENNIFER) (Entered: 01/23/2022) |
| 01/24/2022 | 2559 | NOTICE of Appearance by ANTHONY L OSTERLUND on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (OSTERLUND, ANTHONY) (Entered: 01/24/2022) |
| 01/24/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2558 MOTION to Appear Pro Hac Vice by Jennifer Joslin; 2557 MOTION to Appear Pro Hac Vice by Michael C Williams; 2552 MOTION to Appear Pro Hac Vice by Alexandria N. Gonzalez; 2551 MOTION to Appear Pro Hac Vice by Brandon C. Rees; 2550 MOTION to Appear Pro Hac Vice by Rosemary D. Welsh. (djb) (Entered: 01/24/2022) |
| 01/24/2022 | 2560 | MOTION to Appear Pro Hac Vice by Julia M. Rafferty.( Filing fee $ 208 receipt number AFLNDC-6638674.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (RAFFERTY, JULIA) (Entered: 01/24/2022) |
| 01/24/2022 | 2561 | MOTION to Appear Pro Hac Vice by Caitlyn A. Cheleden.( Filing fee $ 208 receipt number AFLNDC-6638693.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (CHELEDEN, CAITLYN) (Entered: 01/24/2022) |
| 01/24/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2560 MOTION to Appear Pro Hac Vice by Julia M. Rafferty; 2561 MOTION to Appear Pro Hac Vice by Caitlyn A. Cheleden. (djb) (Entered: 01/24/2022) |
| 01/24/2022 | 2562 | NOTICE of Appearance by ALEIDA M MIELKE on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (MIELKE, ALEIDA) (Entered: 01/24/2022) |
| 01/24/2022 | 2563 | NOTICE of Appearance by JAY DANTE MILLER on behalf of NOTICE ONLY (Attachments: # 1 Exhibit "EXHIBIT A") (MILLER, JAY) (Entered: 01/24/2022) |
| 01/24/2022 | 2564 | NOTICE of Appearance by CEDRIC EARL EVANS on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (EVANS, CEDRIC) (Entered: 01/24/2022) |
| 01/24/2022 | 2565 | NOTICE of Appearance by SARAH ANN MEADOWS on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (MEADOWS, SARAH) (Entered: 01/24/2022) |
| 01/24/2022 | 2566 | NOTICE of Appearance by M DAVID GRIFFITH, JR on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO |

| | | INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (GRIFFITH, M) (Entered: 01/24/2022) |
|---|---|---|
| 01/24/2022 | 2567 | NOTICE of Appearance by PHILIP BOHRER on behalf of NOTICE ONLY (BOHRER, PHILIP) (Entered: 01/24/2022) |
| 01/24/2022 | 2568 | MOTION to Appear Pro Hac Vice by Sharon Turret.( Filing fee $ 208 receipt number AFLNDC-6640527.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (TURRET, SHARON) (Entered: 01/24/2022) |
| 01/24/2022 | 2569 | NOTICE of Appearance by NATALIE ROSE ATKINSON on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (ATKINSON, NATALIE) (Entered: 01/24/2022) |
| 01/24/2022 | 2570 | MOTION to Appear Pro Hac Vice by Ingrid Golemi.( Filing fee $ 208 receipt number AFLNDC-6640475.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (GOLEMI, INGRID) (Entered: 01/24/2022) |
| 01/24/2022 | 2571 | MOTION to Appear Pro Hac Vice by Ann Thornton Field.( Filing fee $ 208 receipt number AFLNDC-6640510.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (FIELD, ANN) (Entered: 01/24/2022) |
| 01/24/2022 | 2572 | NOTICE of Appearance by NATALIE ROSE ATKINSON on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (ATKINSON, NATALIE) (Entered: 01/24/2022) |
| 01/24/2022 | 2573 | MOTION to Appear Pro Hac Vice by Anthony S. Miller.( Filing fee $ 208 receipt number AFLNDC-6640737.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Exhibit A) (MILLER, ANTHONY) (Entered: 01/24/2022) |
| 01/24/2022 | 2574 | First MOTION to Substitute Attorney *and withdrawal of counsel* by NOTICE ONLY. (SHUART, BLAKE) (Entered: 01/24/2022) |
| 01/24/2022 | 2575 | First MOTION to Substitute Attorney *and withdrawal of counsel* by NOTICE ONLY. (SHUART, BLAKE) (Entered: 01/24/2022) |
| 01/25/2022 | 2576 | MOTION to Appear Pro Hac Vice by Sherrie Armstrong Davis.( Filing fee $ 208 receipt number AFLNDC-6641164.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (DAVIS, SHERRIE) (Entered: 01/25/2022) |
| 01/25/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2568 MOTION to Appear Pro Hac Vice by Sharon Turret; 2570 MOTION to Appear Pro Hac Vice by Ingrid Golemi; 2576 MOTION to Appear Pro Hac Vice by Sherrie Armstrong Davis; 2573 MOTION to Appear Pro Hac Vice by Anthony S. Miller; 2571 MOTION to Appear Pro Hac Vice by Ann Thornton Field. (djb) (Entered: 01/25/2022) |

| 01/25/2022 | 2577 | MOTION to Appear Pro Hac Vice by Colin B. Rathe.( Filing fee $ 208 receipt number AFLNDC-6641390.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (RATHE, COLIN) (Entered: 01/25/2022) |
|---|---|---|
| 01/25/2022 | 2578 | NOTICE of Appearance by MITCHELL BENJAMIN TUGGLE on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (TUGGLE, MITCHELL) (Entered: 01/25/2022) |
| 01/25/2022 | 2579 | NOTICE of Appearance by DANIEL R HIGGINBOTHAM on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (HIGGINBOTHAM, DANIEL) (Entered: 01/25/2022) |
| 01/25/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2577 MOTION to Appear Pro Hac Vice by Colin B. Rathe. (djb) (Entered: 01/25/2022) |
| 01/25/2022 | 2580 | First MOTION to Appear Pro Hac Vice by Joshua H. Bauer.( Filing fee $ 208 receipt number AFLNDC-6641915.) by NOTICE ONLY. (Attachments: # 1 Exhibit List of Active Cases, # 2 Exhibit Certificate in Good Standing-Texas) (BAUER, JOSHUA) (Entered: 01/25/2022) |
| 01/25/2022 | 2581 | NOTICE of Appearance by DANE W SCHRADER on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (SCHRADER, DANE) (Entered: 01/25/2022) |
| 01/25/2022 | 2582 | NOTICE of Appearance by KATHLEEN INGRAM CARRINGTON on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (CARRINGTON, KATHLEEN) (Entered: 01/25/2022) |
| 01/25/2022 | 2583 | ORDER granting 2520 Motion to Appear Pro Hac Vice; granting 2537 Motion to Appear Pro Hac Vice; granting 2541 Motion to Appear Pro Hac Vice; granting 2543 Motion to Appear Pro Hac Vice; granting 2544 Motion to Appear Pro Hac Vice; granting 2545 Motion to Appear Pro Hac Vice; granting 2546 Motion to Appear Pro Hac Vice; granting 2547 Motion to Appear Pro Hac Vice; granting 2548 Motion to Appear Pro Hac Vice; granting 2550 Motion to Appear Pro Hac Vice; granting 2551 Motion to Appear Pro Hac Vice; granting 2552 Motion to Appear Pro Hac Vice; granting 2557 Motion to Appear Pro Hac Vice; granting 2558 Motion to Appear Pro Hac Vice; granting 2560 Motion to Appear Pro Hac Vice; granting 2561 Motion to Appear Pro Hac Vice; granting 2568 Motion to Appear Pro Hac Vice; granting 2570 Motion to Appear Pro Hac Vice; granting 2571 Motion to Appear Pro Hac Vice; granting 2573 Motion to Appear Pro Hac Vice; granting 2576 Motion to Appear Pro Hac Vice; granting 2577 Motion to Appear Pro Hac Vice; granting 2580 Motion to Appear Pro Hac Vice. (Appointed TAYLOR BRADFORD MAYES, NINA I WEBB-LAWTON, STEPHEN ALAN TENSMEYER, KENNETH R COSTA, TIFFANY JOHNSON DEGRUY, ROBERT EDWARD ZULANDT, III, BRANDON COREY REES, ROSEMARY D WELSH, ALEXANDRIA NICOLE GONZALEZ,MICHAEL C WILLIAMS, JENNIFER JOSLIN, JULIA MARY RAFFERTY, CAITLYN ALEXIS CHELEDEN, SHARON TAMAR TURRET,INGRID GOLEMI, ANN THORNTON FIELD, ANTHONY SINCLAIR MILLER, SHERRIE ARMSTRONG DAVIS, COLIN B RATHE for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC,AEARO LLC, AEARO |

TECHNOLOGIES LLC,RANDOLPH DANIEL JANIS,HANNAH RUTH ROBERTS, JOSHUA HENRY BAUER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 1/25/2022. (djb) (Entered: 01/25/2022)

| | | |
|---|---|---|
| 01/25/2022 | 2584 | NOTICE of Appearance by DANE W SCHRADER on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (SCHRADER, DANE) (Entered: 01/25/2022) |
| 01/25/2022 | 2585 | NOTICE of Appearance by DANE W SCHRADER on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (SCHRADER, DANE) (Entered: 01/25/2022) |
| 01/25/2022 | 2586 | DOCKET ANNOTATION BY COURT: NOTICE TO FILER - One Notice of Appearance is sufficient. Please do not post for every case in the Lead Case. Re 2585 Notice of Appearance filed by 3M OCCUPATIONAL SAFETY LLC, 3M COMPANY, AEARO LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC, 2584 Notice of Appearance filed by 3M OCCUPATIONAL SAFETY LLC, 3M COMPANY, AEARO LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC (djb) (Entered: 01/25/2022) |
| 01/25/2022 | 2587 | NOTICE of Appearance by MARY KATHLEEN GLASPY on behalf of 3M COMPANY (GLASPY, MARY) (Entered: 01/25/2022) |
| 01/25/2022 | 2588 | NOTICE of Appearance by MARY KATHLEEN GLASPY on behalf of 3M COMPANY (GLASPY, MARY) (Entered: 01/25/2022) |
| 01/25/2022 | 2589 | NOTICE of Appearance by PERRY WALKER DORAN, II on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (DORAN, PERRY) (Entered: 01/25/2022) |
| 01/25/2022 | 2590 | MOTION to Appear Pro Hac Vice by Jordan L. Schwindt.( Filing fee $ 208 receipt number AFLNDC-6642888.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (SCHWINDT, JORDAN) (Entered: 01/25/2022) |
| 01/25/2022 | 2591 | MOTION to Appear Pro Hac Vice by Steven R. Rech.( Filing fee $ 208 receipt number AFLNDC-6643016.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (RECH, STEVEN) (Entered: 01/25/2022) |
| 01/25/2022 | 2592 | NOTICE of Appearance by ROBERT EDWARD ZULANDT, III on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (ZULANDT, ROBERT) (Entered: 01/25/2022) |
| 01/25/2022 | 2593 | NOTICE of Appearance by ELIZABETH T SMITH on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (SMITH, ELIZABETH) (Entered: 01/25/2022) |
| 01/25/2022 | 2594 | NOTICE of Appearance by ROSEMARY D WELSH on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO |

| | | INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (WELSH, ROSEMARY) (Entered: 01/25/2022) |
| --- | --- | --- |
| 01/25/2022 | 2595 | NOTICE of Appearance by NINA I WEBB-LAWTON on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (WEBB-LAWTON, NINA) (Entered: 01/25/2022) |
| 01/25/2022 | 2596 | MOTION to Appear Pro Hac Vice by David M. Taylor.( Filing fee $ 208 receipt number AFLNDC-6643491.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (TAYLOR, DAVID) (Entered: 01/25/2022) |
| 01/25/2022 | 2597 | MOTION to Appear Pro Hac Vice by Hayden N. Wyatt.( Filing fee $ 208 receipt number AFLNDC-6643526.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (WYATT, HAYDEN) (Entered: 01/25/2022) |
| 01/25/2022 | 2598 | NOTICE of Appearance by PAUL ULITSKY on behalf of NOTICE ONLY (ULITSKY, PAUL) (Entered: 01/25/2022) |
| 01/25/2022 | 2599 | NOTICE of Appearance by GERARD RYAN, III on behalf of NOTICE ONLY (RYAN, GERARD) (Entered: 01/25/2022) |
| 01/26/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2596 MOTION to Appear Pro Hac Vice by David M. Taylor; 2591 MOTION to Appear Pro Hac Vice by Steven R. Rech; 2597 MOTION to Appear Pro Hac Vice by Hayden N. Wyatt; 2590 MOTION to Appear Pro Hac Vice by Jordan L. Schwindt. (djb) (Entered: 01/26/2022) |
| 01/26/2022 | 2600 | MOTION to Appear Pro Hac Vice by Samira Khazaeli.( Filing fee $ 208 receipt number AFLNDC-6643891.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (KHAZAELI, SAMIRA) Modified on 1/26/2022 to correct filer (djb). (Entered: 01/26/2022) |
| 01/26/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2600 MOTION to Appear Pro Hac Vice by Samira Khazaeli. (djb) (Entered: 01/26/2022) |
| 01/26/2022 | 2601 | MOTION to Appear Pro Hac Vice by Andrew D. Tharp.( Filing fee $ 208 receipt number AFLNDC-6644141.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Certificate of Good Standing) (THARP, ANDREW) (Entered: 01/26/2022) |
| 01/26/2022 | 2602 | MOTION to Appear Pro Hac Vice by Katharine S. Perry.( Filing fee $ 208 receipt number AFLNDC-6644149.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Exhibit A) (PERRY, KATHARINE) (Entered: 01/26/2022) |
| 01/26/2022 | 2603 | NOTICE of Appearance by SARA T PAPANTONIO on behalf of NOTICE ONLY (PAPANTONIO, SARA) (Entered: 01/26/2022) |
| 01/26/2022 | 2604 | NOTICE of Appearance by CHRISTOPHER GUS PAULOS on behalf of NOTICE ONLY (PAULOS, CHRISTOPHER) (Entered: 01/26/2022) |
| 01/26/2022 | 2605 | MOTION to Appear Pro Hac Vice by BRET STANLEY.( Filing fee $ 208 receipt number AFLNDC-6644310.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - |

| | | Certificate of Good Standing) (STANLEY, BRET) Modified on 1/26/2022 to correct filer (djb). (Entered: 01/26/2022) |
|---|---|---|
| 01/26/2022 | 2606 | MOTION to Appear Pro Hac Vice by Brittany Rygiel.( Filing fee $ 208 receipt number AFLNDC-6644347.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A) (RYGIEL, BRITTANY) (Entered: 01/26/2022) |
| 01/26/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2602 MOTION to Appear Pro Hac Vice by Katharine S. Perry; 2601 MOTION to Appear Pro Hac Vice by Andrew D. Tharp; 2605 MOTION to Appear Pro Hac Vice by BRET STANLEY; 2606 MOTION to Appear Pro Hac Vice by Brittany Rygiel. (djb) (Entered: 01/26/2022) |
| 01/26/2022 | 2607 | NOTICE of Appearance by PHILIP JUDSON COMBS on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (COMBS, PHILIP) (Entered: 01/26/2022) |
| 01/26/2022 | 2608 | NOTICE of Appearance by SHERRIE ARMSTRONG DAVIS on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (DAVIS, SHERRIE) (Entered: 01/26/2022) |
| 01/26/2022 | 2609 | NOTICE of Appearance by STEVE FILS-AIME on behalf of NOTICE ONLY (FILS-AIME, STEVE) (Entered: 01/26/2022) |
| 01/26/2022 | 2610 | REPORT AND RECOMMENDATION - It is recommended that: (1) in future bellwether trials the Court find that Elliott Berger is not unavailable as contemplated under Rule 32(a)(4)(B) of the Federal Rules of Civil Procedure, and (2) the Court conclude that the November 22, 2021 Order does not bar Defendants from requesting permission to present Berger's testimony by remote transmission under Rule 43(a) and, therefore, Defendants are not unable to introduce any of Berger's testimony unless Berger voluntarily appears or unless Plaintiffs call Berger remotely. Signed by MAGISTRATE JUDGE GARY R JONES on 1/26/2022. Internal deadline for referral to district judge if objections are not filed earlier: **2/23/2022**. The Clerk is directed to file this report and recommendation in the master case, 3:19-md-2885-MCR-GRJ and also file it in the individual cases, Sloan v. 3M, case no.7:20cv-1-MCR-GRJ and Wayman v. 3M, case no. 7:20-cv-149-MCR-GRJ. (kdm) (Entered: 01/27/2022) |
| 01/27/2022 | 2611 | MOTION to Appear Pro Hac Vice by Susan W. Romaine.( Filing fee $ 208 receipt number AFLNDC-6645664.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (ROMAINE, SUSAN) (Entered: 01/27/2022) |
| 01/27/2022 | 2612 | MOTION to Appear Pro Hac Vice by Amy L. Stone.( Filing fee $ 208 receipt number AFLNDC-6645695.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit List of Claimants) (MOODY, WILLARD) (Main Document 2612 replaced on 1/27/2022) (djb). (Entered: 01/27/2022) |
| 01/27/2022 | 2613 | NOTICE of Appearance by ROSHAN RAJKUMAR on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (RAJKUMAR, ROSHAN) (Entered: 01/27/2022) |
| 01/27/2022 | 2614 | MOTION to Appear Pro Hac Vice by Shannon L. H. Phillips.( Filing fee $ 208 receipt number AFLNDC-6645738.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, |

| | | AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (PHILLIPS, SHANNON) Modified on 1/27/2022 (djb). (Entered: 01/27/2022) |
|---|---|---|
| 01/27/2022 | 2615 | NOTICE of Appearance by SHANNON L H PHILLIPS on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (PHILLIPS, SHANNON) (Entered: 01/27/2022) |
| 01/27/2022 | 2616 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-136) Certified - 2 actions re: MDL No. 2885, (PAE/2:21-cv-04444, PAE/2:21-cv-04445). Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 1/27/2022. (Attachments: # 1 CTO-136 Finalized) (djb) (Entered: 01/27/2022) |
| 01/27/2022 | 2617 | NOTICE of Appearance by SHANNON L H PHILLIPS on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (PHILLIPS, SHANNON) (Entered: 01/27/2022) |
| 01/27/2022 | 2618 | MOTION to Appear Pro Hac Vice by Roshan N. Rajkumar.( Filing fee $ 208 receipt number AFLNDC-6645814.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (RAJKUMAR, ROSHAN) (Entered: 01/27/2022) |
| 01/27/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2611 MOTION to Appear Pro Hac Vice by Susan W. Romaine; 2614 MOTION to Appear Pro Hac Vice by Shannon L. H. Phillips; 2612 MOTION to Appear Pro Hac Vice by Amy L. Stone. (djb) Modified on 1/27/2022 (djb). (Entered: 01/27/2022) |
| 01/27/2022 | 2619 | MOTION to Appear Pro Hac Vice by Lezzlie E. Hornsby.( Filing fee $ 208 receipt number AFLNDC-6645891.) by NOTICE ONLY. (Attachments: # 1 Exhibit Cert. Of Good Standing) (HORNSBY, LEZZLIE) (Entered: 01/27/2022) |
| 01/27/2022 | 2620 | NOTICE of Appearance by CLAYTON MORRIS CONNORS on behalf of NOTICE ONLY (CONNORS, CLAYTON) (Entered: 01/27/2022) |
| 01/27/2022 | 2621 | MOTION to Appear Pro Hac Vice by Alina M. Gregory.( Filing fee $ 208 receipt number AFLNDC-6646182.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (GREGORY, ALINA) (Entered: 01/27/2022) |
| 01/27/2022 | 2622 | NOTICE of Appearance by ROSHAN RAJKUMAR on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (RAJKUMAR, ROSHAN) (Entered: 01/27/2022) |
| 01/27/2022 | 2623 | MOTION to Appear Pro Hac Vice by W. Gregory Lockwood.( Filing fee $ 208 receipt number AFLNDC-6646405.) by 3M COMPANY. (LOCKWOOD, WILLIAM) (Entered: 01/27/2022) |
| 01/27/2022 | 2624 | MOTION to Appear Pro Hac Vice by Erika M. Stassi.( Filing fee $ 208 receipt number AFLNDC-6646461.) by NOTICE ONLY. (Attachments: # 1 Supplement Cert of Good Standing) (STASSI, ERIKA) Modified on 1/27/2022 to enter NOTICE ONLY as filer (djb). (Entered: 01/27/2022) |
| 01/27/2022 | 2625 | MOTION to Appear Pro Hac Vice by Marielle Brisbois.( Filing fee $ 208 receipt number AFLNDC-6646480.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (BRISBOIS, MARIELLE) (Entered: 01/27/2022) |

| 01/27/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: <u>2625</u> MOTION to Appear Pro Hac Vice by Marielle Brisbois; <u>2619</u> MOTION to Appear Pro Hac Vice by Lezzlie E. Hornsby; <u>2624</u> MOTION to Appear Pro Hac Vice by Erika M. Stassi; <u>2623</u> MOTION to Appear Pro Hac Vice by W. Gregory Lockwood; <u>2621</u> MOTION to Appear Pro Hac Vice by Alina M. Gregory; <u>2618</u> MOTION to Appear Pro Hac Vice by Roshan N. Rajkumar. (djb) (Entered: 01/27/2022) |
|---|---|---|
| 01/27/2022 | <u>2626</u> | NOTICE of Appearance by RENEE M FINCH on behalf of NOTICE ONLY (FINCH, RENEE) (Entered: 01/27/2022) |
| 01/27/2022 | <u>2627</u> | NOTICE of Appearance by ERIKA MARIE STASSI on behalf of NOTICE ONLY (STASSI, ERIKA) (Entered: 01/27/2022) |
| 01/27/2022 | <u>2628</u> | MOTION to Appear Pro Hac Vice by Renee M. Finch.( Filing fee $ 208 receipt number AFLNDC-6646635.) by NOTICE ONLY. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B) (FINCH, RENEE) (Entered: 01/27/2022) |
| 01/27/2022 | <u>2629</u> | MOTION to Appear Pro Hac Vice by David W. Corneil.( Filing fee $ 208 receipt number AFLNDC-6646612.) by 3M COMPANY. (CORNEIL, DAVID) (Entered: 01/27/2022) |
| 01/27/2022 | <u>2630</u> | MOTION to Appear Pro Hac Vice by Laurence G. Tien.( Filing fee $ 208 receipt number AFLNDC-6646983.) by NOTICE ONLY. (Attachments: # <u>1</u> Exhibit A - Certificate of Good Standing) (TIEN, LAURENCE) (Entered: 01/27/2022) |
| 01/27/2022 | <u>2631</u> | ORDER granting <u>2590</u> Motion to Appear Pro Hac Vice; granting <u>2591</u> Motion to Appear Pro Hac Vice; granting <u>2596</u> Motion to Appear Pro Hac Vice; granting <u>2597</u> Motion to Appear Pro Hac Vice; granting <u>2600</u> Motion to Appear Pro Hac Vice; granting <u>2602</u> Motion to Appear Pro Hac Vice ; granting <u>2605</u> Motion to Appear Pro Hac Vice; granting <u>2606</u> Motion to Appear Pro Hac Vice; granting <u>2611</u> Motion to Appear Pro Hac Vice; granting <u>2612</u> Motion to Appear Pro Hac Vice; granting <u>2614</u> Motion to Appear Pro Hac Vice; granting <u>2618</u> Motion to Appear Pro Hac Vice; granting <u>2619</u> Motion to Appear Pro Hac Vice; granting <u>2621</u> Motion to Appear Pro Hac Vice; granting <u>2623</u> Motion to Appear Pro Hac Vice; granting <u>2624</u> Motion to Appear Pro Hac Vice; granting <u>2625</u> Motion to Appear Pro Hac Vice; granting <u>2628</u> Motion to Appear Pro Hac Vice; granting <u>2629</u> Motion to Appear Pro Hac Vice. (Appointed JORDAN LEIGH SCHWINDT, STEVEN RECH, DAVID M TAYLOR, ANDREW DAVID THARP, KATHARINE S PERRY, SUSAN WONG ROMAINE, SHANNON L H PHILLIPS, ROSHAN RAJKUMAR, WILLIAM GREG LOCKWOOD, DAVID WAYNE CORNEIL for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. HAYDEN NICHOLAS WYATT, SAMIRA KHAZAELI, BRET D STANLEY, BRITTANY A RYGIEL, LEZZLIE HORNSBY,ALINA MARIE GREGORY, ERIKA MARIE STASSI, MARIELLE BRISBOIS, RENEE M FINCH, AMY L STONE for NOTICE ONLY) Signed by JUDGE M CASEY RODGERS on 1/27/2022. (djb) (Entered: 01/27/2022) |
| 01/27/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: <u>2630</u> MOTION to Appear Pro Hac Vice by Laurence G. Tien. (djb) (Entered: 01/27/2022) |
| 01/27/2022 | <u>2632</u> | MOTION to Appear Pro Hac Vice by Duffy Randall ("Randy") Reagan.( Filing fee $ 208 receipt number AFLNDC-6647210.) by NOTICE ONLY. (Attachments: # <u>1</u> Exhibit A - Certificate of Good Standing) (REAGAN, DUFFY) (Entered: 01/27/2022) |

| 01/27/2022 | 2633 | MOTION to Appear Pro Hac Vice by Megan Roper.( Filing fee $ 208 receipt number AFLNDC-6647263.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (ROPER, MEGAN) (Entered: 01/27/2022) |
|---|---|---|
| 01/27/2022 | 2634 | MOTION to Appear Pro Hac Vice by John T. Hugo.( Filing fee $ 208 receipt number AFLNDC-6647215.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Certificate of Good Standing) (HUGO, JOHN) (Entered: 01/27/2022) |
| 01/27/2022 | 2635 | NOTICE of Appearance by TIFFANY JOHNSON DEGRUY on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (DEGRUY, TIFFANY) (Entered: 01/27/2022) |
| 01/27/2022 | 2636 | MOTION to Appear Pro Hac Vice by Thomas Horan.( Filing fee $ 208 receipt number AFLNDC-6647374.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (HORAN, THOMAS) (Entered: 01/27/2022) |
| 01/27/2022 | 2637 | Amended MOTION to Appear Pro Hac Vice by Duffy Randolph ("Randy") Reagan.( Filing fee $ 208 receipt number AFLNDC-6647477.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (REAGAN, DUFFY) (Entered: 01/27/2022) |
| 01/27/2022 | 2638 | NOTICE of Appearance by ANTHONY PASQUALE MASTROIANNI on behalf of NOTICE ONLY (MASTROIANNI, ANTHONY) (Entered: 01/27/2022) |
| 01/27/2022 | 2639 | NOTICE of Appearance by ALEX TOVSTOLUG on behalf of NOTICE ONLY (TOVSTOLUG, ALEX) (Entered: 01/27/2022) |
| 01/27/2022 | 2640 | NOTICE of Appearance by DENNY TANG on behalf of NOTICE ONLY (TANG, DENNY) (Entered: 01/27/2022) |
| 01/27/2022 | 2641 | NOTICE of Appearance by VIVIAN R HARRIS on behalf of NOTICE ONLY (HARRIS, VIVIAN) (Entered: 01/27/2022) |
| 01/28/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2633 MOTION to Appear Pro Hac Vice by Megan Roper; 2637 Amended MOTION to Appear Pro Hac Vice by Duffy Randolph ("Randy") Reagan; 2632 MOTION to Appear Pro Hac Vice by Duffy Randall ("Randy") Reagan; 2636 MOTION to Appear Pro Hac Vice by Thomas Horan; 2634 MOTION to Appear Pro Hac Vice by John T. Hugo. (djb) (Entered: 01/28/2022) |
| 01/28/2022 | 2642 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-137) Certified - 15 actions. re: MDL No. 2885, MN/0:22-cv-00099, MN/0:22-cv-00104, MN/0:22-cv-00110, MN/0:22-cv-00111, MN/0:22-cv-00113, MN/0:22-cv-00115, MN/0:22-cv-00116, MN/0:22-cv-00118, MN/0:22-cv-00119, MN/0:22-cv-00120, MN/0:22-cv-00122, MN/0:22-cv-00123, MN/0:22-cv-00125, MN/0:22-cv-00127. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 1/28/2022. (Attachments: # 1 CTO-137 Finalized) (djb) (Entered: 01/28/2022) |
| 01/28/2022 | 2643 | MOTION to Appear Pro Hac Vice by Allen L. Rutz.( Filing fee $ 208 receipt number AFLNDC-6647966.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (RUTZ, ALLEN) (Entered: 01/28/2022) |

| 01/28/2022 | 2644 | MOTION to Appear Pro Hac Vice by Rajeev K. Adlakha.( Filing fee $ 208 receipt number AFLNDC-6647995.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (ADLAKHA, RAJEEV) (Entered: 01/28/2022) |
| --- | --- | --- |
| 01/28/2022 | 2645 | MOTION to Appear Pro Hac Vice by Henrique A. Geigel.( Filing fee $ 208 receipt number AFLNDC-6648082.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (GEIGEL, HENRIQUE) (Entered: 01/28/2022) |
| 01/28/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2644 MOTION to Appear Pro Hac Vice by Rajeev K. Adlakha; 2643 MOTION to Appear Pro Hac Vice by Allen L. Rutz; 2645 MOTION to Appear Pro Hac Vice by Henrique A. Geigel. (djb) (Entered: 01/28/2022) |
| 01/28/2022 | 2646 | MOTION to Appear Pro Hac Vice by Stevie F. Rushing.( Filing fee $ 208 receipt number AFLNDC-6648193.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A. Certificate of Good Standing) (RUSHING, STEVIE) (Entered: 01/28/2022) |
| 01/28/2022 | 2647 | MOTION to Appear Pro Hac Vice by Amy M. Gabriel.( Filing fee $ 208 receipt number AFLNDC-6648262.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (GABRIEL, AMY) Modified on 1/28/2022 to correct filer (djb). (Entered: 01/28/2022) |
| 01/28/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2647 MOTION to Appear Pro Hac Vice by Amy M. Gabriel; 2646 MOTION to Appear Pro Hac Vice by Stevie F. Rushing. (djb) (Entered: 01/28/2022) |
| 01/28/2022 | 2648 | NOTICE of Appearance by AMY L STONE on behalf of NOTICE ONLY (Attachments: # 1 Exhibit List of Claimants) (STONE, AMY) (Entered: 01/28/2022) |
| 01/28/2022 | 2649 | MOTION to Substitute Attorney *MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL* by NOTICE ONLY. (STEVENS, LINDSAY) (Entered: 01/28/2022) |
| 01/28/2022 | 2650 | NOTICE of Appearance by ROSHAN RAJKUMAR on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (RAJKUMAR, ROSHAN) (Entered: 01/28/2022) |
| 01/31/2022 | 2651 | NOTICE of Appearance by SUSAN WONG ROMAINE on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (ROMAINE, SUSAN) (Entered: 01/31/2022) |
| 01/31/2022 | 2652 | CASE MANAGEMENT ORDER NO. 33. (Transition Order #3). Signed by JUDGE M CASEY RODGERS on 1/31/2022. (Attachments: # 1 Exhibit A) (djb) (Entered: 01/31/2022) |
| 02/01/2022 | 2653 | NOTICE of Appearance by ANTHONY L OSTERLUND on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (OSTERLUND, ANTHONY) (Entered: 02/01/2022) |
| 02/01/2022 | 2654 | NOTICE of Appearance by ELIZABETH T SMITH on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO |

| | | |
|---|---|---|
| | | INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (SMITH, ELIZABETH) (Entered: 02/01/2022) |
| 02/01/2022 | 2655 | NOTICE of Appearance by STEVEN RECH on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (RECH, STEVEN) (Entered: 02/01/2022) |
| 02/01/2022 | 2656 | TRANSFER ORDER Certified. Transferring 7 actions - MDL No. 2885, MN/0:21-cv-02132, MN/0:21-cv-02134, MN/0:21-cv-02136, MN/0:21-cv-02138, MN/0:21-cv-02140, MN/0:21-cv-02143, MN/0:21-cv-02259. Signed by Judge Karen K. Caldwell, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 2/1/2022. (Attachments: # 1 Transfer Order Finalized) (djb) (Entered: 02/01/2022) |
| 02/01/2022 | 2657 | MOTION to Appear Pro Hac Vice by Gregory Jones.( Filing fee $ 208 receipt number AFLNDC-6652779.) by NOTICE ONLY. (STASSI, ERIKA) (Entered: 02/01/2022) |
| 02/01/2022 | 2658 | MOTION to Appear Pro Hac Vice by Steven Augustine.( Filing fee $ 208 receipt number AFLNDC-6652789.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (AUGUSTINE, STEVEN) (Entered: 02/01/2022) |
| 02/01/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2657 MOTION to Appear Pro Hac Vice by Gregory Jones; 2658 MOTION to Appear Pro Hac Vice by Steven Augustine. (djb) (Entered: 02/01/2022) |
| 02/01/2022 | 2659 | MOTION to Appear Pro Hac Vice by Jacqueline Bolden.( Filing fee $ 208 receipt number AFLNDC-6652902.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BOLDEN, JACQUELINE) (Entered: 02/01/2022) |
| 02/01/2022 | 2660 | MOTION to Appear Pro Hac Vice by Kate Unger Davis.( Filing fee $ 208 receipt number AFLNDC-6653045.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (UNGER, KATHERINE) (Entered: 02/01/2022) |
| 02/01/2022 | 2661 | MOTION to Appear Pro Hac Vice by Kelly R. Kimbrough.( Filing fee $ 208 receipt number BFLNDC-6653272.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Exhibit A) (KIMBROUGH, KELLY) (Entered: 02/01/2022) |
| 02/01/2022 | 2662 | NOTICE *Notice of Withdrawal of Counsel Pursuant to Local Rule 11.1(H)(1)(B) and Request for Removal From Service List* by NOTICE ONLY (MILLER, JAY) (Entered: 02/01/2022) |
| 02/01/2022 | 2663 | NOTICE of Appearance by KELLY R KIMBROUGH on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (KIMBROUGH, KELLY) (Entered: 02/01/2022) |
| 02/01/2022 | 2664 | MOTION to Appear Pro Hac Vice by Alicia Ellsayed.( Filing fee $ 208 receipt number AFLNDC-6653682.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A- Certificate of Good Standing, # 2 Exhibit Exhibit B- List of Cases) (ELLSAYED, ALICIA) (Entered: 02/01/2022) |
| 02/01/2022 | 2665 | MOTION to Appear Pro Hac Vice by Catherine Slavin.( Filing fee $ 208 receipt number |

| | | |
|---|---|---|
| | | AFLNDC-6653778.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A (Certificate of Good Standing)) (SLAVIN, CATHERINE) (Entered: 02/01/2022) |
| 02/01/2022 | 2666 | ORDER granting the following Motions to Appear Pro Hac Vice 2630 , 2633 , 2634 , 2636 , 2637 , 2643 , 2644 , 2645 , 2646 , 2657 , 2658 , 2659 , 2660 ; and terminating 2632 . Signed by JUDGE M CASEY RODGERS on 2/01/2022. (tvj) (Entered: 02/01/2022) |
| 02/01/2022 | 2667 | MOTION to Appear Pro Hac Vice by Julie B. Haddon.( Filing fee $ 208 receipt number AFLNDC-6653967.) by 3M COMPANY. (HADDON, JULIE) (Entered: 02/01/2022) |
| 02/01/2022 | 2668 | NOTICE of Appearance by GREGORY RAY JONES on behalf of NOTICE ONLY (JONES, GREGORY) (Entered: 02/01/2022) |
| 02/01/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2664 MOTION to Appear Pro Hac Vice by Alicia Ellsayed; 2665 MOTION to Appear Pro Hac Vice by Catherine Slavin; 2667 MOTION to Appear Pro Hac Vice by Julie B. Haddon; 2661 MOTION to Appear Pro Hac Vice by Kelly R. Kimbrough. (djb) (Entered: 02/01/2022) |
| 02/01/2022 | 2669 | MOTION to Appear Pro Hac Vice by Angela G. Strickland.( Filing fee $ 208 receipt number AFLNDC-6653971.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Certificate of Good Standing) (STRICKLAND, ANGELA) (Entered: 02/01/2022) |
| 02/01/2022 | 2670 | NOTICE of Appearance by ANGELA G STRICKLAND on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (STRICKLAND, ANGELA) (Entered: 02/01/2022) |
| 02/01/2022 | 2671 | MOTION to Appear Pro Hac Vice by Joan D. Toomey.( Filing fee $ 208 receipt number AFLNDC-6654214.) by NOTICE ONLY. (TOOMEY, JOAN) (Entered: 02/01/2022) |
| 02/01/2022 | 2672 | NOTICE of Appearance by ANGELA G STRICKLAND on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (STRICKLAND, ANGELA) (Entered: 02/01/2022) |
| 02/01/2022 | 2673 | MOTION to Appear Pro Hac Vice by Andrew W. Cary.( Filing fee $ 208 receipt number AFLNDC-6654187.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (CARY, ANDREW) (Entered: 02/01/2022) |
| 02/01/2022 | 2674 | MOTION to Appear Pro Hac Vice by Jessica Wieczorkiewicz.( Filing fee $ 208 receipt number AFLNDC-6654231.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (KAMINSKI, JESSICA) (Entered: 02/01/2022) |
| 02/01/2022 | 2675 | MOTION to Appear Pro Hac Vice by Thomas Lurie.( Filing fee $ 208 receipt number AFLNDC-6654508.) by 3M COMPANY. (LURIE, THOMAS) (Entered: 02/01/2022) |
| 02/01/2022 | 2676 | NOTICE of Appearance by LUCIA VERONICA PAZOS on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (PAZOS, LUCIA) (Entered: 02/01/2022) |
| 02/01/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY |

| | | RODGERS notified that action is needed Re: <u>2671</u> MOTION to Appear Pro Hac Vice by Joan D. Toomey. (certificate not attached) (djb) (Entered: 02/01/2022) |
|---|---|---|
| 02/01/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: <u>2675</u> MOTION to Appear Pro Hac Vice by Thomas Lurie; <u>2669</u> MOTION to Appear Pro Hac Vice by Angela G. Strickland; <u>2673</u> MOTION to Appear Pro Hac Vice by Andrew W. Cary. (requirements met) (djb) (Entered: 02/01/2022) |
| 02/01/2022 | <u>2677</u> | MOTION to Appear Pro Hac Vice by Neil M. Kliebenstein.( Filing fee $ 208 receipt number AFLNDC-6655074.) by 3M COMPANY. (KLIEBENSTEIN, NEIL) (Entered: 02/01/2022) |
| 02/01/2022 | <u>2678</u> | MOTION to Appear Pro Hac Vice by J. Dominic Campodonico.( Filing fee $ 208 receipt number AFLNDC-6655117.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC. (CAMPODONICO, JAMES) (Entered: 02/01/2022) |
| 02/02/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: <u>2678</u> MOTION to Appear Pro Hac Vice by J. Dominic Campodonico; <u>2677</u> MOTION to Appear Pro Hac Vice by Neil M. Kliebenstein. (requirements met) (djb) (Entered: 02/02/2022) |
| 02/02/2022 | <u>2679</u> | MOTION to Authorize Remote Testimony Pursuant to Rule 43(a) from Elliott Berger by LEAD COUNSEL FOR PLAINTIFFS. (AYLSTOCK, BRYAN) (Entered: 02/02/2022) |
| 02/02/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: <u>2679</u> MOTION to Authorize Remote Testimony Pursuant to Rule 43(a) from Elliott Berger (djb) (Entered: 02/02/2022) |
| 02/02/2022 | <u>2680</u> | MOTION to Appear Pro Hac Vice by Alexandra W. Robertson.( Filing fee $ 208 receipt number AFLNDC-6656844.) by NOTICE ONLY. (ROBERTSON, ALEXANDRA) (Entered: 02/02/2022) |
| 02/02/2022 | | Motions No Longer Referred: to JUDGE M CASEY RODGERS <u>2679</u> MOTION to Authorize Remote Testimony Pursuant to Rule 43(a) from Elliott Berger (djb) (Entered: 02/02/2022) |
| 02/02/2022 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: <u>2679</u> MOTION to Authorize Remote Testimony Pursuant to Rule 43(a) from Elliott Berger . Referred to GARY R JONES. (djb) (Entered: 02/02/2022) |
| 02/02/2022 | <u>2681</u> | NOTICE of Appearance by NEIL MATTHEW KLIEBENSTEIN on behalf of 3M COMPANY (KLIEBENSTEIN, NEIL) (Entered: 02/02/2022) |
| 02/02/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: <u>2680</u> MOTION to Appear Pro Hac Vice by Alexandra W. Robertson.(requirements met) (djb) (Entered: 02/02/2022) |
| 02/02/2022 | <u>2682</u> | MOTION to Appear Pro Hac Vice by Nathan A. Huey.( Filing fee $ 208 receipt number AFLNDC-6657386.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (HUEY, NATHAN) Modified on 2/3/2022 (djb). (Entered: 02/02/2022) |
| 02/02/2022 | <u>2683</u> | MOTION to Appear Pro Hac Vice by Shelley Coleman.( Filing fee $ 208 receipt |

| | | |
|---|---|---|
| | | number AFLNDC-6657741.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (COLEMAN, SHELLEY) (Entered: 02/02/2022) |
| 02/03/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2682 MOTION to Appear Pro Hac Vice by Nathan A. Huey; 2683 MOTION to Appear Pro Hac Vice by Shelley Coleman. (requirements met) (djb) (Entered: 02/03/2022) |
| 02/03/2022 | 2684 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) Certified - 39 actions re: MDLNo. 2885. Inasmuch as no objection is pending at this time, the stay is lifted.Signed by Clerk of the Panel John W. Nichols on 2/3/2022. (Attachments: # 1 CTO-138 Finalized) (djb) (Entered: 02/03/2022) |
| 02/03/2022 | 2685 | First MOTION to Appear Pro Hac Vice by Shamon Moss.( Filing fee $ 208 receipt number AFLNDC-6659811.) by NOTICE ONLY. (MOSS, SHAMON) (Entered: 02/03/2022) |
| 02/03/2022 | 2686 | MOTION to Appear Pro Hac Vice by Daniel Ceisler.( Filing fee $ 208 receipt number AFLNDC-6659920.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Certificate of Good Standing) (ZIMMERMAN, ROBERT) (Entered: 02/03/2022) |
| 02/03/2022 | 2687 | NOTICE of Appearance by PAUL J PENNOCK on behalf of NOTICE ONLY (PENNOCK, PAUL) (Entered: 02/03/2022) |
| 02/03/2022 | 2688 | NOTICE of Appearance by JONATHAN M SEDGH on behalf of NOTICE ONLY (SEDGH, JONATHAN) (Entered: 02/03/2022) |
| 02/03/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2685 First MOTION to Appear Pro Hac Vice by Shamon Moss. (requirements met) (djb) (Entered: 02/03/2022) |
| 02/03/2022 | 2689 | First MOTION to Appear Pro Hac Vice by Blair Matyszczyk.( Filing fee $ 208 receipt number AFLNDC-6661579.) by NOTICE ONLY. (MATYSZCZYK, BLAIR) (Entered: 02/03/2022) |
| 02/03/2022 | 2690 | Amended MOTION AMENDED MOTION to Appear Pro Hac Vice by Blair Matyszczyk.( Filing fee $ 208 receipt number AFLNDC-6661579) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (MATYSZCZYK, BLAIR) (Entered: 02/03/2022) |
| 02/03/2022 | 2691 | MOTION to Appear Pro Hac Vice by Richard D. Schuster.( Filing fee $ 208 receipt number AFLNDC-6661756.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (SCHUSTER, RICHARD) (Entered: 02/03/2022) |
| 02/03/2022 | 2692 | ORDER - The 2647 MOTION to Appear Pro Hac Vice by Amy M. Gabriel is DENIED without prejudice for failure to identify any individual case pending within the MDL in which counsel appears as attorney of record. Signed by JUDGE M CASEY RODGERS on 2/3/2022. (djb) (Entered: 02/04/2022) |
| 02/03/2022 | 2693 | ORDER - The 2674 MOTION to Appear Pro Hac Vice by Jessica Wieczorkiewicz is DENIED without prejudice for failure to identify any individual case pending within the MDL in which counsel appears as attorney of record. Signed by JUDGE M CASEY RODGERS on 2/3/2022. (djb) (Entered: 02/04/2022) |

| 02/03/2022 | 2694 | ORDER. The 2671 MOTION to Appear Pro Hac Vice by Joan D. Toomey is DENIED without prejudice, for failure to provide the required Certificate of Good Standing. Signed by JUDGE M CASEY RODGERS on 2/3/2022. (djb) (Entered: 02/04/2022) |
| --- | --- | --- |
| 02/04/2022 | 2695 | ORDER granting 2661 Motion to Appear Pro Hac Vice; granting 2664 Motion to Appear Pro Hac Vice; granting 2665 Motion to Appear Pro Hac Vice; granting 2667 Motion to Appear Pro Hac Vice; granting 2669 Motion to Appear Pro Hac Vice; granting 2673 Motion to Appear Pro Hac Vice; granting 2675 Motion to Appear Pro Hac Vice; granting 2677 Motion to Appear Pro Hac Vice; granting 2678 Motion to Appear Pro Hac Vice; granting 2680 Motion to Appear Pro Hac Vice; granting 2682 Motion to Appear Pro Hac Vice; granting 2683 Motion to Appear Pro Hac Vice; granting 2685 Motion to Appear Pro Hac Vice. (Appointed KELLY R KIMBROUGH,CATHERINE B SLAVIN,JULIE BARDACKE HADDON,ANGELA G STRICKLAND,ANDREW WILLIAM CARY,THOMAS NATHAN LURIE, JR,NEIL MATTHEW KLIEBENSTEIN,JAMES DOMINIC CAMPODONICO,NATHAN HUEY,SHELLEY W COLEMAN for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC; ALICIA P ELLSSAYED,ALEXANDRA WHITNEY ROBERTSON,SHAMON STEPHANIE MOSS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 2/3/2022. (djb) (Entered: 02/04/2022) |
| 02/04/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2689 First MOTION to Appear Pro Hac Vice by Blair Matyszczyk, 2690 Amended MOTION AMENDED MOTION to Appear Pro Hac Vice by Blair Matyszczyk; 2691 MOTION to Appear Pro Hac Vice by Richard D. Schuster. (requirements met) (djb) (Entered: 02/04/2022) |
| 02/04/2022 | 2696 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-139) (Certified) - 5 actions re: MDLNo. 2885. MN/0:22-cv-00195, MN/0:22-cv-00196, MN/0:22-cv-00197,MN/0:22-cv-00198, MN/0:22-cv-00201. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 2/4/2022. (Attachments: # 1 CTO-139 Finalized) (djb) (Entered: 02/04/2022) |
| 02/04/2022 | 2697 | NOTICE of Appearance by NATHAN HUEY on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (HUEY, NATHAN) (Entered: 02/04/2022) |
| 02/04/2022 | 2698 | Amended MOTION to Appear Pro Hac Vice by Daniel Ceisler *MOTION to Appear Pro Hac Vice by Daniel Ceisler.( Filing fee $ 208 receipt number AFLNDC-6659920.)* by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (CEISLER, DANIEL) (Entered: 02/04/2022) |
| 02/04/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2698 Amended MOTION to Appear Pro Hac Vice by Daniel Ceisler. (civil case not indicated) (djb) (Entered: 02/04/2022) |
| 02/04/2022 | 2699 | NOTICE of Appearance by SHAMON STEPHANIE MOSS on behalf of NOTICE ONLY (MOSS, SHAMON) (Entered: 02/04/2022) |
| 02/04/2022 | 2700 | MOTION 2nd AMENDED MOTION to Appear Pro Hac Vice by Daniel Ceisler.( Filing fee $ 208 receipt number AFLNDC-6659920.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (CEISLER, DANIEL) (Entered: 02/04/2022) |
| 02/04/2022 | 2701 | NOTICE of Appearance by NATHAN HUEY on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO |

| | | INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (HUEY, NATHAN) (Entered: 02/04/2022) |
|---|---|---|
| 02/04/2022 | 2702 | NOTICE of Appearance by NATHAN HUEY on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (HUEY, NATHAN) (Entered: 02/04/2022) |
| 02/04/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2700 SECOND AMENDED MOTION to Appear Pro Hac Vice by Daniel Ceisler.( Filing fee $ 208 receipt number AFLNDC-6659920.) (requirements met) (djb) (Entered: 02/04/2022) |
| 02/04/2022 | 2703 | MOTION to Appear Pro Hac Vice by Daryl J. Douglas.( Filing fee $ 208 receipt number AFLNDC-6663101.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (DOUGLAS, DARYL) (Entered: 02/04/2022) |
| 02/04/2022 | 2704 | NOTICE of Appearance by JAMES DOMINIC CAMPODONICO on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (CAMPODONICO, JAMES) (Entered: 02/04/2022) |
| 02/04/2022 | 2705 | NOTICE of Appearance by JAMES DOMINIC CAMPODONICO on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (CAMPODONICO, JAMES) (Entered: 02/04/2022) |
| 02/04/2022 | 2706 | NOTICE of Appearance by JAMES DOMINIC CAMPODONICO on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (CAMPODONICO, JAMES) (Entered: 02/04/2022) |
| 02/04/2022 | 2707 | NOTICE of Appearance by ROSHAN RAJKUMAR on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (RAJKUMAR, ROSHAN) (Entered: 02/04/2022) |
| 02/04/2022 | 2708 | NOTICE of Appearance by JAMES DOMINIC CAMPODONICO on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC (CAMPODONICO, JAMES) (Entered: 02/04/2022) |
| 02/04/2022 | 2709 | NOTICE of Appearance by JAMES DOMINIC CAMPODONICO on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (CAMPODONICO, JAMES) (Entered: 02/04/2022) |
| 02/04/2022 | 2710 | NOTICE of Appearance by ANDREW WILLIAM CARY on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC (CARY, ANDREW) (Entered: 02/04/2022) |
| 02/04/2022 | 2711 | NOTICE of Appearance by ANDREW WILLIAM CARY on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (CARY, ANDREW) (Entered: 02/04/2022) |
| 02/04/2022 | 2712 | MOTION (AMENDED) TO APPEAR PRO HAC VICE FOR JOAN D. TOOMEY by NOTICE ONLY. (TOOMEY, JOAN) (Entered: 02/04/2022) |

| 02/04/2022 | 2713 | NOTICE of Appearance by ANDREW WILLIAM CARY on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC (CARY, ANDREW) (Entered: 02/04/2022) |
|---|---|---|
| 02/04/2022 | 2714 | NOTICE of Appearance by ANDREW WILLIAM CARY on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC (CARY, ANDREW) (Entered: 02/04/2022) |
| 02/04/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2703 MOTION to Appear Pro Hac Vice by Daryl J. Douglas. 2712 MOTION (AMENDED) TO APPEAR PRO HAC VICE FOR JOAN D. TOOMEY (requirements met) (djb) (Entered: 02/04/2022) |
| 02/04/2022 | 2715 | Plaintiffs' Motion to Preserve Daubert and Rule 702 Motions and Arguments Previously Ruled Upon by LEAD COUNSEL FOR PLAINTIFFS (AYLSTOCK, BRYAN) Modified on 2/28/2022 (djb). (Entered: 02/04/2022) |
| 02/04/2022 | 2716 | Plaintiffs' Omnibus Motion and Memorandum of Law to Exclude Defendants' Expert Opinions and Testimony by LEAD COUNSEL FOR PLAINTIFFS (Attachments: # 1 Declaration of Bryan Aylstock (Redacted), # 2 Exhibit PX 1-44 SEALED COVER) (AYLSTOCK, BRYAN) Modified on 2/28/2022 (djb). (Additional attachment(s) added on 2/28/2022: # 3 Exhibit PX-1, # 4 Exhibit PX-2, # 5 Exhibit PX-3, # 6 Exhibit PX-4, # 7 Exhibit PX-5, # 8 Exhibit PX-6, # 9 Exhibit PX-7, # 10 Exhibit PX-8, # 11 Exhibit PX-9, # 12 Exhibit PX-10, # 13 Exhibit PX-11, # 14 Exhibit PX-12, # 15 Exhibit PX-13, # 16 Exhibit PX-14, # 17 Exhibit PX-15, # 18 Exhibit PX-16, # 19 Exhibit PX-17, # 20 Exhibit PX-18, # 21 Exhibit PX-19, # 22 Exhibit PX-20, # 23 Exhibit PX-21, # 24 Exhibit PX-22, # 25 Exhibit PX-23, # 26 Exhibit PX-24, # 27 Exhibit PX-25, # 28 Exhibit PX-26, # 29 Exhibit PX-27, # 30 Exhibit PX-28, # 31 Exhibit PX-29, # 32 Exhibit PX-30, # 33 Exhibit PX-31, # 34 Exhibit PX-32, # 35 Exhibit PX-33, # 36 Exhibit PX-34, # 37 Exhibit PX-35, # 38 Exhibit PX-36, # 39 Exhibit PX-37, # 40 Exhibit PX-38, # 41 Exhibit PX-39, # 42 Exhibit PX-40, # 43 Exhibit PX-41, # 44 Exhibit PX-42, # 45 Exhibit PX-43, # 46 Exhibit PX-44, # 47 Plaintiffs' Omnibus Motion and Memorandum of Law to Exclude Defendants' Expert Opinions and Testimony (Sealed), # 48 Declaration of Bryan F. Aylstock in Support of Motion (Sealed)) (djb). (Entered: 02/04/2022) |
| 02/04/2022 | 2717 | MOTION to Seal Document 2716 Notice (Other), *Plaintiffs Omnibus Motion and Memorandum of Law to Exclude Defendants Expert Opinions and Testimony, the Declaration of Bryan F. Aylstock in Support of Plaintiffs Omnibus Motion and Memorandum of Law to Exclude Defendants Expert Opinions and Testimony, and related exhibits* by LEAD COUNSEL FOR PLAINTIFFS. (AYLSTOCK, BRYAN) (Entered: 02/04/2022) |
| 02/04/2022 | 2718 | MOTION to Exclude Plaintiffs' Group D Putative Expert Opinions Under Daubert and Rule 702 and Incorporated Memorandum *(Public Version)* by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (Additional attachment(s) added on 2/28/2022: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 |

| | | Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67, # 68 Exhibit 68, # 69 Exhibit 69, # 70 Defendants' Ominibus Motion to Exclude Plaintiffs' Group D Putative Expert Opinions Under Daubert and Rule 702 and Incorporated Memorandum (Sealed)) (djb). (Entered: 02/04/2022) |
|---|---|---|
| 02/04/2022 | 2719 | MOTION to Seal *Defendants' Motion to Exclude Plaintiffs' Group D Putative Expert Opinions Under Daubert and Rule 702* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (Entered: 02/04/2022) |
| 02/04/2022 | 2720 | MOTION to Preserve Daubert and Rule 702 Motions and Arguments Previously Ruled Upon by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (Entered: 02/04/2022) |
| 02/05/2022 | 2721 | MOTION to Exclude Plaintiffs' Expert Antony Joseph Opinions Under Daubert and Rule 702 and Incorporated Memorandum by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (Entered: 02/05/2022) |
| 02/05/2022 | 2722 | MOTION to Appear Pro Hac Vice by Fred H. Shepherd.( Filing fee $ 208 receipt number AFLNDC-6664428.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (SHEPHERD, FRED) (Entered: 02/05/2022) |
| 02/07/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2719 MOTION to Seal *Defendants' Motion to Exclude Plaintiffs' Group D Putative Expert Opinions Under Daubert and Rule 702*; 2717 MOTION to Seal Document 2716 Notice (Other), *Plaintiffs Omnibus Motion and Memorandum of Law to Exclude Defendants Expert Opinions and Testimony, the Declaration of Bryan F. Aylstock in Support of Plaintiffs Omnibus Motion and Memorandum of* (djb) (Entered: 02/07/2022) |
| 02/07/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2722 MOTION to Appear Pro Hac Vice by Fred H. Shepherd. (requirements met) (djb) (Entered: 02/07/2022) |
| 02/07/2022 | 2723 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-140) Certified - 11 actions. re: MDL No. 2885. (MN/0:22-cv-00213, MN/0:22-cv-00214, MN/0:22-cv-00216,MN/0:22-cv-00217, MN/0:22-cv-00218, MN/0:22-cv-00219, MN/0:22-cv-00220, MN/0:22-cv00222,MN/0:22-cv-00223, MN/0:22-cv-00227, MN/0:22-cv-00231) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 2/7/2022. (Attachments: # 1 CTO-140 Finalized) (djb) (Entered: 02/07/2022) |
| 02/07/2022 | 2724 | Amended MOTION to Appear Pro Hac Vice *by Jessica Kaminski* by NOTICE ONLY. (Attachments: # 1 Exhibit A) (KAMINSKI, JESSICA) (Entered: 02/07/2022) |
| 02/07/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2724 Amended MOTION to Appear Pro Hac Vice *by Jessica Kaminski*, re: 2764 MOTION to Appear Pro Hac Vice (requirements met) (djb) (Entered: 02/07/2022) |
| 02/08/2022 | 2725 | MOTION to Appear Pro Hac Vice by Brandon Mace Pellegrino.( Filing fee $ 208 |

| | | receipt number AFLNDC-6669051.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Brandon M. Pellegrino Certificate of Good Standing) (PELLEGRINO, BRANDON) (Entered: 02/08/2022) |
|---|---|---|
| 02/08/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2725 MOTION to Appear Pro Hac Vice by Brandon Mace Pellegrino. (requirements met) (djb) (Entered: 02/08/2022) |
| 02/08/2022 | 2726 | NOTICE of Appearance by JOSE MANUEL LUZARRAGA on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (LUZARRAGA, JOSE) (Entered: 02/08/2022) |
| 02/08/2022 | 2727 | MOTION to Appear Pro Hac Vice by George Michael Stewart.( Filing fee $ 208 receipt number AFLNDC-6670355.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (STEWART, GEORGE) (Entered: 02/08/2022) |
| 02/08/2022 | 2728 | MOTION to Appear Pro Hac Vice by Grace P. Chandler.( Filing fee $ 208 receipt number AFLNDC-6670619.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A) (CHANDLER, GRACE) Modified on 2/8/2022 to correct filer as NOTICE ONLY (djb). (Entered: 02/08/2022) |
| 02/08/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2727 MOTION to Appear Pro Hac Vice by George Michael Stewart; 2728 MOTION to Appear Pro Hac Vice by Grace P. Chandler. (requirements met) (djb) (Entered: 02/08/2022) |
| 02/08/2022 | 2729 | **FILED IN ERROR Counsel and Finance Department will be notified** COMPLAINT *Mark Givens and Jennifer Givens* against 3M COMPANY ( Filing fee $ 402 receipt number AFLNDC-6672338.), filed by 3M COMPANY, Mark Givens, Jennifer Givens. (RUBENSTEIN, MARTIN) Modified on 2/9/2022 (djb). (Entered: 02/08/2022) |
| 02/08/2022 | 2730 | NOTICE of Appearance by ALICIA P ELLSAYED on behalf of NOTICE ONLY (Attachments: # 1 Exhibit A, # 2 Exhibit B) (ELLSAYED, ALICIA) (Entered: 02/08/2022) |
| 02/09/2022 | 2731 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-141) Certified- 28 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted.Signed by Clerk of the Panel John W. Nichols on 2/9/2022. (see order for case list) (Attachments: # 1 CTO-141 Finalized) (djb) (Entered: 02/09/2022) |
| 02/09/2022 | 2732 | AMENDED MOTION to Appear Pro Hac Vice by Amy M. Gabriel.( Filing fee $ 208 receipt number AFLNDC-6675831.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (GABRIEL, AMY) Modified on 2/9/2022 to correct filer to NOTICE ONLY also to note finance dept notified of second filing fee paid (djb). (Entered: 02/09/2022) |
| 02/09/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2732 Amended MOTION to Appear Pro Hac Vice by Amy M. Gabriel. (requirements met) (djb) (Entered: 02/09/2022) |
| 02/09/2022 | 2733 | MOTION to Appear Pro Hac Vice by Austin D. O'Malley.( Filing fee $ 208 receipt number AFLNDC-6676321.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. |

| | | (Attachments: # 1 Exhibit Ex. A - Certificate of Good Standing for New York) (O'MALLEY, AUSTIN) (Entered: 02/09/2022) |
|---|---|---|
| 02/09/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2733 MOTION to Appear Pro Hac Vice by Austin D. O'Malley. (requirements met) (djb) (Entered: 02/09/2022) |
| 02/09/2022 | 2734 | ORDER granting 2691 Motion to Appear Pro Hac Vice; granting 2703 Motion to Appear Pro Hac Vice. (Appointed RICHARD D SCHUSTER for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC, and DARYL J DOUGLAS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 2/9/2022. (djb) (Entered: 02/09/2022) |
| 02/09/2022 | 2735 | MOTION to Appear Pro Hac Vice by Mark A.Dreher.( Filing fee $ 208 receipt number AFLNDC-6677552.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (DREHER, MARK) (Entered: 02/09/2022) |
| 02/09/2022 | 2736 | MOTION for Leave to File re 2610 REPORT AND RECOMMENDATION It is recommended that: (1) in future bellwether trials the Court find that Elliott Berger is not unavailable as contemplated under Rule 32(a)(4)(B) of the Federal Rules of Civil Procedure, and (2) the Court conclude that the by ELLIOTT BERGER. (BATES, PHILIP) (Entered: 02/09/2022) |
| 02/09/2022 | 2737 | OBJECTION to 2610 Report and Recommendations dated January 26, 2022 by ELLIOTT BERGER. (Attachments: # 1 Exhibit A) (BATES, PHILIP) (Entered: 02/09/2022) |
| 02/09/2022 | 2738 | OBJECTION to 2610 Report and Recommendations of Magistrate Judge, dated January 26, 2022 by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (Entered: 02/09/2022) |
| 02/10/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2736 MOTION for Leave to File Objection re 2610 REPORT AND RECOMMENDATION (djb) (Entered: 02/10/2022) |
| 02/10/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2735 MOTION to Appear Pro Hac Vice by Mark A.Dreher. (requirements met) (djb) (Entered: 02/10/2022) |
| 02/10/2022 | 2739 | MOTION to Appear Pro Hac Vice by Robert Allen Green.( Filing fee $ 208 receipt number AFLNDC-6679222.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (GREEN, ROBERT) Modified on 2/10/2022 to correct filer as NOTICE ONLY (djb). (Entered: 02/10/2022) |
| 02/10/2022 | 2740 | MOTION to Appear Pro Hac Vice by Nicholas Ryan Mayfield.( Filing fee $ 208 receipt number AFLNDC-6679617.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (MAYFIELD, NICHOLAS) Modified on 2/10/2022 to correct filer to NOTICE ONLY (djb). (Entered: 02/10/2022) |
| 02/10/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2740 MOTION to Appear Pro Hac Vice by Nicholas Ryan Mayfield; 2739 MOTION to Appear Pro Hac Vice by Robert Allen Green. (requirements met for both) (djb) (Entered: 02/10/2022) |
| 02/10/2022 | 2741 | ORDER - The Court will hold a Case Management Conference on Wednesday, |

| | | February 16, 2022 at 3PM CT to discuss the wave process and the upcoming Wave Order #2.Counsel may appear in person, via Zoom or via telephone; however, due to thelimited number of persons Zoom can accommodate, only one counsel per plaintifflaw firm may appear via Zoom. All others wishing to appear must do so in person or via telephone. Signed by JUDGE M CASEY RODGERS on 2/10/2022. (FS) (Entered: 02/10/2022) |
|---|---|---|
| 02/11/2022 | 2742 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-142) Certified - 17 actions re: MDL 2885, MN/0:22-cv-00272, MN/0:22-cv-00275, MN/0:22-cv-00279, MN/0:22-cv-00285, MN/0:22-cv-00286, MN/0:22-cv-00289, MN/0:22-cv-00290, MN/0:22-cv-00292, MN/0:22-cv-00293, MN/0:22-cv-00296, MN/0:22-cv-00297, MN/0:22-cv-00298, MN/0:22-cv-00299, MN/0:22-cv-00300, MN/0:22-cv-00301, MN/0:22-cv-00302, MN/0:22-cv-00303. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 2/11/2022. (Attachments: # 1 CTO-142 Finalized) (djb) (Entered: 02/11/2022) |
| 02/11/2022 | 2743 | MOTION to Appear Pro Hac Vice by Alyssa Clark.( Filing fee $ 208 receipt number BFLNDC-6683626.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (CLARK, ALYSSA) (Entered: 02/11/2022) |
| 02/11/2022 | 2744 | MOTION to Appear Pro Hac Vice by Stefanie Tubbs.( Filing fee $ 208 receipt number AFLNDC-6683930.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (TUBBS, STEFANIE) (Entered: 02/11/2022) |
| 02/11/2022 | 2745 | ORDER granting 2690 Motion to appear pro hac vice; granting 2700 Motion to appear pro hac vice; granting 2712 Motion to appear pro hac vice; granting 2722 Motion to Appear Pro Hac Vice; granting 2724 Motion to appear pro hac vice; granting 2725 Motion to Appear Pro Hac Vice; granting 2727 Motion to Appear Pro Hac Vice; granting 2728 Motion to Appear Pro Hac Vice; granting 2732 Motion to Appear Pro Hac Vice; granting 2733 Motion to Appear Pro Hac Vice; granting 2735 Motion to Appear Pro Hac Vice; granting 2739 Motion to Appear Pro Hac Vice; granting 2740 Motion to Appear Pro Hac Vice. (Appointed BRANDON M PELLEGRINO,AUSTIN DAVID O'MALLEY,MARK A DREHER for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO LLC, AEARO TECHNOLOGIES LLC; BLAIR BERTRAM MATYSZCZYK, DANIEL L CEISLER, JOAN D TOOMEY, FRED HOWARD SHEPHERD, III,JESSICA KAMINSKI,GEORGE MICHAEL STEWART, GRACE PHILLIPS CHANDLER, AMY MARIE GABRIEL, ROBERT ALLEN GREEN, NICHOLAS RYAN MAYFIELD for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 2/11/2022. (djb) (Entered: 02/11/2022) |
| 02/11/2022 | 2746 | ORDER. On January 21, 2022, the Court directed these 23 plaintiffs to submit the required authorizations, respond to Defendants discovery requests, and show cause why his or her case should not be dismissed for failure to prosecute and comply with an 2549 ORDER of the Court. The time for compliance expired on January 28, 2022, and the plaintiffs identified in Exhibit A failed to file a response to the Court's show cause Order. These plaintiffs are directed to file a response confirming that they complied with the Court's show cause Order and provided Defendants with therequisite materials by **Wednesday, February 16, 2022 at 12 PM (Central Time)**, otherwise their case will be dismissed without prejudice. Signed by JUDGE M CASEY RODGERS on 2/11/2022. (Attachments: # 1 Exhibit A) (djb) (Entered: 02/11/2022) |
| 02/11/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY |

| | | RODGERS notified that action is needed Re: 2744 MOTION to Appear Pro Hac Vice by Stefanie Tubbs, 2743 MOTION to Appear Pro Hac Vice by Alyssa Clark. (requirements met) (djb) (Entered: 02/11/2022) |
|---|---|---|
| 02/14/2022 | 2747 | NOTICE of Appearance by ROSHAN RAJKUMAR on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (RAJKUMAR, ROSHAN) (Entered: 02/14/2022) |
| 02/14/2022 | 2748 | NOTICE of Appearance by KELLY R KIMBROUGH on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (KIMBROUGH, KELLY) (Entered: 02/14/2022) |
| 02/14/2022 | 2749 | MOTION to Appear Pro Hac Vice by Meghan Agostinelli.( Filing fee $ 208 receipt number AFLNDC-6688709.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (AGOSTINELLI, MEGHAN) (Entered: 02/14/2022) |
| 02/14/2022 | 2750 | NOTICE of Appearance by JESSICA KAMINSKI on behalf of NOTICE ONLY (KAMINSKI, JESSICA) (Entered: 02/14/2022) |
| 02/14/2022 | 2751 | NOTICE of Appearance by ELIZABETH BRABB on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BRABB, ELIZABETH) (Entered: 02/14/2022) |
| 02/14/2022 | 2752 | NOTICE of Appearance by ELIZABETH BRABB on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BRABB, ELIZABETH) (Entered: 02/14/2022) |
| 02/14/2022 | 2753 | NOTICE of Appearance by ELIZABETH BRABB on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BRABB, ELIZABETH) (Entered: 02/14/2022) |
| 02/14/2022 | 2754 | NOTICE of Appearance by ELIZABETH BRABB on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BRABB, ELIZABETH) (Entered: 02/14/2022) |
| 02/14/2022 | 2755 | ORDER. This Order addresses issues related to duplicate cases filed on the active docket. The plaintiffs' law firms are hereby on notice that from the date of this Order forward, filing fees will not be refunded for any case filed on the active docket that is later dismissed as a duplicate case. Signed by JUDGE M CASEY RODGERS on 2/14/2022. (djb) (Entered: 02/14/2022) |
| 02/14/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2749 MOTION to Appear Pro Hac Vice by Meghan Agostinelli. (requirements met) (djb) (Entered: 02/14/2022) |
| 02/14/2022 | 2756 | MOTION to Appear Pro Hac Vice by Diane K. Watkins.( Filing fee $ 208 receipt number AFLNDC-6690679.) by NOTICE ONLY. (Attachments: # 1 Exhibit A Certificate of Good Standing MO Supreme Court, # 2 Exhibit B Related Cases) (WATKINS, DIANE) Modified on 2/15/2022 to correct filer to NOTICE ONLY (djb). (Entered: 02/14/2022) |

| 02/14/2022 | 2757 | MEMORANDUM in Opposition re 2679 MOTION to Authorize Remote Testimony Pursuant to Rule 43(a) from Elliott Berger filed by ELLIOTT BERGER. (Attachments: # 1 Exhibit A - Declaration of Berger) (BATES, PHILIP) (Entered: 02/14/2022) |
|---|---|---|
| 02/14/2022 | 2758 | ORDER. This Order addresses representation issues with regard to duplicate cases filed on the active docket. Despite the Courts warning, the 39 plaintiffs identified in Exhibit A have two cases filed on the active docket. The law firms representing these plaintiffs are directed to confer with each other and move to dismiss the case that is deemed to be the duplicate case within 14 days of the date of this Order. To the extent the law firms fail to dismiss the duplicate case by the deadline, the Court will dismiss the later filed case. Signed by JUDGE M CASEY RODGERS on 2/14/2022. (Attachments: # 1 Exhibit A) (Dismissals to be filed on or before **2/28/2022**.) (djb) (Entered: 02/14/2022) |
| 02/14/2022 | 2759 | MOTION to Appear Pro Hac Vice by G. Sean Jez.( Filing fee $ 208 receipt number CFLNDC-6692310.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (JEZ, GREGORY) Modified on 2/15/2022 to correct filer as NOTICE ONLY (djb). (Entered: 02/14/2022) |
| 02/14/2022 | 2760 | DOCKET ANNOTATION BY COURT: Please continue to use the same Conference Call Instructions found at 5 Notice from Clerk to Counsel for 2741 Order setting the Case Management Conference to begin at **3:00 PM Central on Wednesday, February 16, 2022** (and for all future CMC's). <br><br> - To connect to the conference call, please dial: 1-888-684-8852 <br><br> - You will be prompted for the access code: 8296522# <br><br> - Once the host has connected, you will be prompted for the security code: 3192885# <br><br> Please mute your incoming volume and DO NOT place your phone on hold; otherwise, everyone will hear your office "music on hold." (blr) (Entered: 02/14/2022) |
| 02/14/2022 | 2761 | First MOTION to Appear Pro Hac Vice by Jon Olsson.( Filing fee $ 208 receipt number AFLNDC-6692935.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Declaration of Jon E. Olsson for pro hac vice admission) (OLSSON, JON) (Entered: 02/14/2022) |
| 02/14/2022 | 2762 | ORDER - The 2761 Motion to Appear Pro Hac Vice by Jon Olsson is GRANTED temporarily for the limited purpose of the deposition scheduled on February 15, 2022. Counsel must file an amended Motion to Appear Pro Hac Vice providing the required Certificate of Good Standing before making any further appearances. Signed by JUDGE M CASEY RODGERS on 2/14/2022. (FS) (Entered: 02/14/2022) |
| 02/15/2022 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 2679 MOTION to Authorize Remote Testimony Pursuant to Rule 43(a) from Elliott Berger , 2757 Memorandum in Opposition to Motion. Referred to GARY R JONES. (djb) (Entered: 02/15/2022) |
| 02/15/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2756 MOTION to Appear Pro Hac Vice by Diane K. Watkins; 2759 MOTION to Appear Pro Hac Vice by G. Sean Jez. (requirements met) (djb) (Entered: 02/15/2022) |
| 02/15/2022 | 2763 | ORDER. Signed by MAGISTRATE JUDGE GARY R JONES on 2/15/2022. The following are the docket numbers for each of the motions: Beal, case no. 7:20-cv-00006, |

| | | |
|---|---|---|
| | | ECF No. 57; Kelley, case no. 7:20-cv-00153, ECF No. 47; Vaughn, case no. 7:20-cv-00134, ECF No. 49; Vilsmeyer, case no. 7:20-cv-00113, ECF No. 60; Wilkerson, case no. 7:20-cv-00035, ECF No. 80. The Clerk is directed to file this order in each of the above referenced cases and must terminate the motion to seal in each of the cases. (kdm) (Entered: 02/15/2022) |
| 02/16/2022 | 2764 | MOTION to Appear Pro Hac Vice by William M. Gage.( Filing fee $ 208 receipt number AFLNDC-6699087.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (GAGE, WILLIAM) (Entered: 02/16/2022) |
| 02/16/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2764 MOTION to Appear Pro Hac Vice by William M. Gage. (requirements met) (djb) (Entered: 02/16/2022) |
| 02/16/2022 | 2765 | MOTION to Appear Pro Hac Vice by Marc Erickson.( Filing fee $ 208 receipt number AFLNDC-6700420.) by NOTICE ONLY. (ERICKSON, MARC) (Entered: 02/16/2022) |
| 02/16/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2765 MOTION to Appear Pro Hac Vice by Marc Erickson.(requirements met) (djb) (Entered: 02/16/2022) |
| 02/16/2022 | 2766 | ORDER granting 2743 Motion to Appear Pro Hac Vice; granting 2744 Motion to Appear Pro Hac Vice; granting 2749 Motion to Appear Pro Hac Vice; granting 2756 Motion to Appear Pro Hac Vice; granting 2759 Motion to Appear Pro Hac Vice; granting 2764 Motion to Appear Pro Hac Vice. (Appointed ALYSSA CHRISTINE CLARK,STEFANIE ANN TUBBS,MEGHAN ANN AGOSTINELLI,WILLIAM M GAGE for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC; DIANE K WATKINS,GREGORY SEAN JEZ for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 2/16/2022. (djb) (Entered: 02/16/2022) |
| 02/16/2022 | 2767 | MOTION for Order to Show Cause by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (BRANSCOME, KIMBERLY) (Entered: 02/16/2022) |
| 02/16/2022 | 2768 | NOTICE *of Withdrawal of Counsel (Micah Brown) Pursuant to Local Rule 11.1(H)(1) (B) and Request for Removal from Service List* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BRANSCOME, KIMBERLY) (Entered: 02/16/2022) |
| 02/16/2022 | 2769 | NOTICE *of Withdrawal of Counsel (Kyle DeCamp) Pursuant to Local Rule 11.1(H)(1) (B) and Request for Removal from Service List* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BRANSCOME, KIMBERLY) (Entered: 02/16/2022) |
| 02/16/2022 | 2772 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS: 22nd Case Management Conference held on 2/16/2022. Attendance of counsel in person, by telephone, and by Zoom. U.S. Magistrate Judge Gary Jones and Special Master Judge David Herndon present by Zoom. Order to follow memorializing the Case Management Conference. (Court Reporter Donna Boland.) (blr) (Entered: 02/17/2022) |
| 02/17/2022 | 2770 | MOTION to Appear Pro Hac Vice by Casey L. Miller.( Filing fee $ 208 receipt number AFLNDC-6703373.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, |

| | | |
|---|---|---|
| | | AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (MILLER, CASEY) (Entered: 02/17/2022) |
| 02/17/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2767 Defendants' MOTION for Order to Show Cause Based on Failure to Comply with Discovery (djb) (Entered: 02/17/2022) |
| 02/17/2022 | 2771 | NOTICE of Appearance by THOMAS NATHAN LURIE, JR on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (LURIE, THOMAS) (Entered: 02/17/2022) |
| 02/17/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2770 MOTION to Appear Pro Hac Vice by Casey L. Miller. (requirements met) (djb) (Entered: 02/17/2022) |
| 02/18/2022 | 2773 | MOTION to Appear Pro Hac Vice by Adam R. Zurbriggen.( Filing fee $ 208 receipt number AFLNDC-6707349.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (ZURBRIGGEN, ADAM) (Entered: 02/18/2022) |
| 02/18/2022 | 2774 | MOTION to Appear Pro Hac Vice by Christa C. Cottrell.( Filing fee $ 208 receipt number AFLNDC-6707346.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (COTTRELL, CHRISTA) (Entered: 02/18/2022) |
| 02/18/2022 | 2775 | MOTION to Appear Pro Hac Vice by Yasmine G. Meyer.( Filing fee $ 208 receipt number AFLNDC-6707363.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (MEYER, YASMINE) (Entered: 02/18/2022) |
| 02/18/2022 | 2776 | NOTICE of Appearance by ROSHAN RAJKUMAR on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (RAJKUMAR, ROSHAN) (Entered: 02/18/2022) |
| 02/18/2022 | 2777 | MOTION to Appear Pro Hac Vice by Rick Barreca.( Filing fee $ 208 receipt number AFLNDC-6707453.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (BARRECA, RICK) (Entered: 02/18/2022) |
| 02/18/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2773 MOTION to Appear Pro Hac Vice by Adam R. Zurbriggen; 2774 MOTION to Appear Pro Hac Vice by Christa C. Cottrell; 2777 MOTION to Appear Pro Hac Vice by Rick Barreca; 2775 MOTION to Appear Pro Hac Vice by Yasmine G. Meyer. (requirements met) (djb) (Entered: 02/18/2022) |
| 02/18/2022 | 2778 | MOTION to Appear Pro Hac Vice by Julie M.K. Siegal.( Filing fee $ 208 receipt number AFLNDC-6708115.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (SIEGAL, JULIE) (Entered: 02/18/2022) |
| 02/18/2022 | 2779 | ORDER OF APPOINTMENT. The Court hereby appoints Adriane Theis of Reisman Karron Greene LLP as a Special Master in this litigation for the purpose of assisting with the management of the Wave process. Signed by JUDGE M CASEY RODGERS on 2/18/2022. (djb) (Entered: 02/18/2022) |
| 02/18/2022 | 2780 | MOTION to Appear Pro Hac Vice by Denis Carey.( Filing fee $ 208 receipt number AFLNDC-6708566.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of |

| | | Good Standing) (CAREY, DENIS) (Entered: 02/18/2022) |
|---|---|---|
| 02/18/2022 | 2781 | MOTION to Appear Pro Hac Vice by Steven L. Reitenour.( Filing fee $ 208 receipt number AFLNDC-6710277.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (REITENOUR, STEVEN) (Entered: 02/18/2022) |
| 02/18/2022 | 2782 | MOTION to Appear Pro Hac Vice by David Tawil.( Filing fee $ 208 receipt number AFLNDC-6710650.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (TAWIL, DAVID) (Entered: 02/18/2022) |
| 02/18/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2781 MOTION to Appear Pro Hac Vice by Steven L. Reitenour; 2778 MOTION to Appear Pro Hac Vice by Julie M.K. Siegal; 2782 MOTION to Appear Pro Hac Vice by David Tawil; 2780 MOTION to Appear Pro Hac Vice by Denis Carey. (requirements met) (djb) (Entered: 02/18/2022) |
| 02/18/2022 | 2783 | ORDER granting 2679 Plaintiffs' Motion to Authorize Remote Testimony Pursuant to Rule 43(a) from Elliott Berger. Signed by MAGISTRATE JUDGE GARY R JONES on 02/18/22. (grj) (Entered: 02/18/2022) |
| 02/18/2022 | 2784 | MOTION to Appear Pro Hac Vice by Rachel Rosenberg.( Filing fee $ 208 receipt number AFLNDC-6711376.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (ROSENBERG, RACHEL) (Entered: 02/18/2022) |
| 02/18/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2784 MOTION to Appear Pro Hac Vice by Rachel Rosenberg. (requirements met) (djb) (Entered: 02/18/2022) |
| 02/18/2022 | 2785 | FILED IN ERROR COMPLAINT Original against All Defendants ( Filing fee $ 402 receipt number AFLNDC-6711817.), filed by Bobby Lynn Cook. (WEBSTER, JASON) Modified on 2/22/2022 to note that counsel and finance department notified of the error. (djb). (Entered: 02/18/2022) |
| 02/18/2022 | 2786 | MOTION to Appear Pro Hac Vice by John B. Quinn.( Filing fee $ 208 receipt number AFLNDC-6711980.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B) (QUINN, JOHN) (Entered: 02/18/2022) |
| 02/22/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2786 MOTION to Appear Pro Hac Vice by John B. Quinn. (requirements met) (djb) (Entered: 02/22/2022) |
| 02/22/2022 | 2787 | CASE MANAGEMENT ORDER NO. 34 (Wave Order #2). Signed by JUDGE M CASEY RODGERS on 2/22/2022. (Attachments: # 1 Exhibit A) (djb) (Entered: 02/22/2022) |
| 02/22/2022 | 2788 | ORDER. Signed by JUDGE M CASEY RODGERS on 2/22/2022. (Attachments: # 1 Exhibit A) (djb) (Entered: 02/22/2022) |
| 02/23/2022 | 2789 | CASE MANAGEMENT ORDER NO. 35. Signed by JUDGE M CASEY RODGERS on 2/23/2022. (djb) (Entered: 02/23/2022) |
| 02/23/2022 | 2790 | NOTICE of Filing Plaintiffs' Omnibus Opposition to Defendants' and Berger's Objections to Magistrate Judge's January 26, 2022 Report and Recommendation by LEAD COUNSEL FOR PLAINTIFFS (Attachments: # 1 Exhibit A) (AYLSTOCK, BRYAN) (Entered: 02/23/2022) |

| 02/23/2022 | 2791 | MOTION to Appear Pro Hac Vice by James P. Lamey.( Filing fee $ 208 receipt number AFLNDC-6727859.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A) (LAMEY, JAMES) Modified on 2/24/2022 removed as plaintiff, added as NOTICE ONLY (djb). (Entered: 02/23/2022) |
|---|---|---|
| 02/23/2022 | 2792 | MOTION to Appear Pro Hac Vice by T.A.C. Hargrove, II.( Filing fee $ 208 receipt number AFLNDC-6728174.) by NOTICE ONLY. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (HARGROVE, THEODORE) (Entered: 02/23/2022) |
| 02/23/2022 | 2793 | NOTICE *of Non Party Elliott Berger's Objection to Magistrate Judge's February 18, 2022 Order* by ELLIOTT BERGER re 2783 Order on Motion for Miscellaneous Relief (Attachments: # 1 Exhibit A - Declaration of Berger) (BATES, PHILIP) (Entered: 02/23/2022) |
| 02/24/2022 | 2794 | MOTION to Appear Pro Hac Vice by Kelley Owens.( Filing fee $ 208 receipt number AFLNDC-6729336.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (OWENS, KELLEY) (Entered: 02/24/2022) |
| 02/24/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2791 MOTION to Appear Pro Hac Vice by James P. Lamey; 2792 MOTION to Appear Pro Hac Vice by T.A.C. Hargrove, II; 2794 MOTION to Appear Pro Hac Vice by Kelley Owens. (requirements met) (djb) (Entered: 02/24/2022) |
| 02/24/2022 | 2795 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-143) Certified - 4 actions re: MDLNo. 2885, MN/0:22-cv-00404, MN/0:22-cv-00408, MN/0:22-cv-00411,MN/0:22-cv-00412. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 2/24/2022. (Attachments: # 1 CTO-143 Finalized) (djb) (Entered: 02/24/2022) |
| 02/24/2022 | 2796 | First MOTION to Appear Pro Hac Vice by Jason C. Webster.( Filing fee $ 208 receipt number AFLNDC-6730588.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate Good Standing) (WEBSTER, JASON) (Entered: 02/24/2022) |
| 02/24/2022 | 2797 | MOTION to Appear Pro Hac Vice by Jonathan Hoyt Still.( Filing fee $ 208 receipt number AFLNDC-6730732.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (STILL, JONATHAN) (Entered: 02/24/2022) |
| 02/24/2022 | 2798 | MOTION to Appear Pro Hac Vice by James Haggard Bolin.( Filing fee $ 208 receipt number AFLNDC-6730791.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (BOLIN, JAMES) (Entered: 02/24/2022) |
| 02/24/2022 | 2799 | ORDER Re: Non-Party Elliott Bergers Objection to Magistrate Judge's February 18, 2022 Order. Due to the impending bellwether trial dates, Plaintiffs' response to Berger's objections is due by Monday, **February 28th, 2022 at 12 PM CT**. Signed by JUDGE M CASEY RODGERS on 2/24/2022. (djb) (Entered: 02/24/2022) |
| 02/24/2022 | 2800 | MOTION to Appear Pro Hac Vice by Aaron N. Arthur.( Filing fee $ 208 receipt number AFLNDC-6730945.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (ARTHUR, AARON) (Entered: 02/24/2022) |
| 02/24/2022 | 2801 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of 22nd CASE MANAGEMENT |

| | | CONFERENCE Proceedings held on February 16, 2022, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Email: Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **3/3/2022**. Release of Transcript Restriction set for **6/1/2022**. (dlb) (Entered: 02/24/2022) |
|---|---|---|
| 02/24/2022 | 2802 | RESPONSE by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC re 2783 Order on Motion for Miscellaneous Relief - *Defendants' Rule 72(a) Objection to the Magistrate Judge's February 18, 2022 Order Regarding the Remote Testimony of Elliott Berger*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (BROCK, ROBERT) (Entered: 02/24/2022) |
| 02/24/2022 | 2803 | ORDER granting 2765 Motion to Appear Pro Hac Vice; granting 2770 Motion to Appear Pro Hac Vice; granting 2773 Motion to Appear Pro Hac Vice; granting 2774 Motion to Appear Pro Hac Vice; granting 2775 Motion to Appear Pro Hac Vice; granting 2777 Motion to Appear Pro Hac Vice; granting 2778 Motion to Appear Pro Hac Vice; granting 2780 Motion to Appear Pro Hac Vice; granting 2781 Motion to Appear Pro Hac Vice; granting 2784 Motion to Appear Pro Hac Vice; granting 2786 Motion to Appear Pro Hac Vice; granting 2791 Motion to Appear Pro Hac Vice; granting 2792 Motion to Appear Pro Hac Vice; granting 2794 Motion to Appear Pro Hac Vice. (Appointed CASEY LEIGH MILLER, CHRISTA C COTTRELL, JULIE M K SIEGAL, STEVEN L REITENOUR, RACHEL MAURA ROSENBERG for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC; MARC KIMBLE ERICKSON, ADAM ROSS ZURBRIGGEN, YASMINE G MEYER, RICK BARRECA, DENIS MICHAEL CAREY, JOHN B QUINN, JAMES PATRICK LAMEY, THEODORE HARGROVE, II, KELLEY U OWENS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 2/24/2022. (djb) (Entered: 02/24/2022) |
| 02/24/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2800 MOTION to Appear Pro Hac Vice by Aaron N. Arthur; 2797 MOTION to Appear Pro Hac Vice by Jonathan Hoyt Still; 2796 First MOTION to Appear Pro Hac Vice by Jason C. Webster; 2798 MOTION to Appear Pro Hac Vice by James Haggard Bolin. (requirements met) (djb) (Entered: 02/24/2022) |
| 02/24/2022 | 2804 | MOTION to Appear Pro Hac Vice by Patrick A. Luff.( Filing fee $ 208 receipt number AFLNDC-6736302.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A) (LUFF, PATRICK) (Entered: 02/24/2022) |
| 02/24/2022 | 2807 | ORDER re: Defendants' Rule 72(a) Objection to the Magistrate Judge's February 18, 2022 Order Regarding the Remote Testimony of Elliott Berger. Due to the impending bellwether trial dates, Plaintiffs' response to Defendants' objections is due by Monday, **February 28th, 2022 at 12 PM CT**. Signed by JUDGE M CASEY RODGERS on 2/24/2022. (djb) (Entered: 02/25/2022) |
| 02/25/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2804 MOTION to Appear Pro Hac Vice by Patrick A. Luff. (requirements met) (djb) (Entered: 02/25/2022) |
| 02/25/2022 | 2805 | NOTICE of Appearance by YASMINE G MEYER on behalf of NOTICE ONLY |

|  | | (MEYER, YASMINE) (Entered: 02/25/2022) |
|---|---|---|
| 02/25/2022 | 2806 | NOTICE of Appearance by ADAM ROSS ZURBRIGGEN on behalf of NOTICE ONLY (ZURBRIGGEN, ADAM) (Entered: 02/25/2022) |
| 02/25/2022 | 2808 | NOTICE of Appearance by RICK BARRECA on behalf of NOTICE ONLY (BARRECA, RICK) (Entered: 02/25/2022) |
| 02/25/2022 | 2809 | NOTICE of Appearance by DENIS MICHAEL CAREY on behalf of NOTICE ONLY (CAREY, DENIS) (Entered: 02/25/2022) |
| 02/25/2022 | 2810 | NOTICE of Appearance by CASEY LEIGH MILLER on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (MILLER, CASEY) (Entered: 02/25/2022) |
| 02/25/2022 | 2811 | RESPONSE to Motion re 2720 MOTION to Preserve Daubert and Rule 702 Motions and Arguments Previously Ruled Upon filed by LEAD COUNSEL FOR PLAINTIFFS. (AYLSTOCK, BRYAN) (Entered: 02/25/2022) |
| 02/25/2022 | 2812 | RESPONSE to Motion re 2718 MOTION to Exclude Plaintiffs' Group D Putative Expert Opinions Under Daubert and Rule 702 and Incorporated Memorandum *(Public Version)* filed by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Affidavit Declaration of Bryan Aylstock, # 2 Exhibit PX1-35 SEALED COVER) (AYLSTOCK, BRYAN) (Additional attachment(s) added on 2/28/2022: # 3 Exhibit PX-1, # 4 Exhibit PX-2, # 5 Exhibit PX-3, # 6 Exhibit PX-4, # 7 Exhibit PX-5, # 8 Exhibit PX-6, # 9 Exhibit PX-7, # 10 Exhibit PX-8, # 11 Exhibit PX-9, # 12 Exhibit PX-10, # 13 Exhibit PX-11, # 14 Exhibit PX-12, # 15 Exhibit PX-13, # 16 Exhibit PX-14, # 17 Exhibit PX-15, # 18 Exhibit PX-16, # 19 Exhibit PX-17, # 20 Exhibit PX-18, # 21 Exhibit PX-19, # 22 Exhibit PX-20, # 23 Exhibit PX-21, # 24 Exhibit PX-22, # 25 Exhibit PX-23, # 26 Exhibit PX-24, # 27 Exhibit PX-25, # 28 Exhibit PX-26, # 29 Exhibit PX-27, # 30 Exhibit PX-28, # 31 Exhibit PX-29, # 32 Exhibit PX-30, # 33 Exhibit PX-31, # 34 Exhibit PX-32, # 35 Exhibit PX-33, # 36 Exhibit PX-34, # 37 Exhibit PX-35, # 38 Plaintiffs' Response in Opposition to Defendants' Ominibus Motion to Exclude Plaintiffs' Group D Putative Expert Opinions Under Daubert and Rule 702 and Incorporated Memorandum (Sealed), # 39 Declaration of Bryan F Aylstock in Support of Plaintiffs' Response in Opposition (Sealed)) (djb). (Entered: 02/25/2022) |
| 02/25/2022 | 2813 | MOTION to Seal Document 2812 Response to Motion, by LEAD COUNSEL FOR PLAINTIFFS. (AYLSTOCK, BRYAN) (Entered: 02/25/2022) |
| 02/25/2022 | 2814 | NOTICE of Appearance by JAMES PATRICK LAMEY on behalf of NOTICE ONLY (LAMEY, JAMES) (Entered: 02/25/2022) |
| 02/25/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2813 MOTION to Seal Document 2812 Response to Motion, (djb) (Entered: 02/25/2022) |
| 02/25/2022 | 2815 | RESPONSE by AEARO HOLDING LLC, AEARO LLC, 3M OCCUPATIONAL SAFETY LLC, 3M COMPANY, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC re 2715 Notice (Other) *re Plaintiffs' Motion to Preserve Daubert and Rule 702 Motions and Arguments Previously Ruled Upon* by AEARO HOLDING LLC, AEARO LLC, 3M OCCUPATIONAL SAFETY LLC, 3M COMPANY, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (Entered: 02/25/2022) |
| 02/25/2022 | 2816 | RESPONSE by AEARO HOLDING LLC, AEARO LLC, 3M OCCUPATIONAL SAFETY LLC, 3M COMPANY, AEARO INTERMEDIATE LLC, AEARO |

| | | |
|---|---|---|
| | | TECHNOLOGIES LLC re 2716 Notice (Other), *re Plaintiffs' Omnibus Motion to Exclude Defendants' Group D Expert Opinions and Testimony [PUBLIC VERSION]* by AEARO HOLDING LLC, AEARO LLC, 3M OCCUPATIONAL SAFETY LLC, 3M COMPANY, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibits 1-76 [PUBLIC VERSION]) (BROCK, ROBERT) (Additional attachment(s) added on 3/2/2022: # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Exhibit 44 (Part 1 of 3), # 46 Exhibit 44 (Part 2 of 3), # 47 Exhibit 44 (Part 3 of 3), # 48 Exhibit 45, # 49 Exhibit 46, # 50 Exhibit 47, # 51 Exhibit 48, # 52 Exhibit 49, # 53 Exhibit 50, # 54 Exhibit 51, # 55 Exhibit 52, # 56 Exhibit 53, # 57 Exhibit 54, # 58 Exhibit 55, # 59 Exhibit 56, # 60 Exhibit 57, # 61 Exhibit 58, # 62 Exhibit 59, # 63 Exhibit 60, # 64 Exhibit 61, # 65 Exhibit 62, # 66 Exhibit 63, # 67 Exhibit 64, # 68 Exhibit 65, # 69 Exhibit 66, # 70 Exhibit 67, # 71 Exhibit 68, # 72 Exhibit 69, # 73 Exhibit 70, # 74 Exhibit 71, # 75 Exhibit 72, # 76 Exhibit 73, # 77 Exhibit 74, # 78 Exhibit 75, # 79 Exhibit 76, # 80 Defendants' Response to Plaintiffs' Omnibus Motion to Exclude Defendants' Group D Expert Opinions and Testimony (Sealed)) (djb). (Entered: 02/25/2022) |
| 02/25/2022 | 2817 | MOTION to Seal Document 2816 Response/Reply, *to Plaintiffs' Omnibus Motion to Exclude Defendants' Group D Expert Opinions and Testimony* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (Entered: 02/25/2022) |
| 02/28/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2817 MOTION to Seal Document 2816 Response to Plaintiffs' Omnibus Motion to Exclude Defendants' Group D Expert Opinions and Testimony (djb) (Entered: 02/28/2022) |
| 02/28/2022 | 2818 | ORDER granting 2717 Plaintiffs' MOTION to Seal Document 2716 Plaintiffs' Omnibus Motion and Memorandum of Law to Exclude Defendants Expert Opinions and Testimony; granting 2719 Defendants' MOTION to Seal 2718 Defendants' Motion to Exclude Plaintiffs' Group D Putative Expert Opinions Under Daubert and Rule 702; granting 2813 Plaintiffs' MOTION to Seal 2812 Response to Motion; granting 2817 Defendants' MOTION to Seal Document 2816 Response to Plaintiffs' Omnibus Motion to Exclude Defendants' Group D Expert Opinions and Testimony. Signed by JUDGE M CASEY RODGERS on 2/28/2022. (Attachments: # 1 Exhibit A) (djb) (Entered: 02/28/2022) |
| 02/28/2022 | 2819 | NOTICE *of Filing Plaintiffs' Omnibus Opposition to Defendants' and Berger's Objections to Magistrate Judge's February 18, 2022 Report and Recommendation* by LEAD COUNSEL FOR PLAINTIFFS re 2802 Response/Reply, 2793 Notice (Other), (Attachments: # 1 Exhibit A) (AYLSTOCK, BRYAN) (Entered: 02/28/2022) |
| 02/28/2022 | 2820 | CASE MANAGEMENT ORDER NO. 36 (Amended Wave Order #1). The Court hereby amends Wave Order #1, ECF No. 2304 , to include specific dates for the deadlines therein. These amendments are indicated below in bold. All other aspects of Wave Order #1 remain in effect. Signed by JUDGE M CASEY RODGERS on 2/28/2022. (djb) (Entered: 02/28/2022) |

| 02/28/2022 | 2821 | NOTICE of Appearance by JON COLLINS CONLIN on behalf of NOTICE ONLY (Attachments: # 1 Exhibit List of Cases) (CONLIN, JON) (Entered: 02/28/2022) |
| 02/28/2022 | 2822 | NOTICE of Appearance by STEPHEN R HUNT, JR on behalf of NOTICE ONLY (Attachments: # 1 Exhibit List of Cases) (HUNT, STEPHEN) (Entered: 02/28/2022) |
| 03/01/2022 | 2823 | NOTICE of Appearance by DAVID R TAWIL on behalf of NOTICE ONLY (TAWIL, DAVID) (Entered: 03/01/2022) |
| 03/01/2022 | 2824 | MOTION to Appear Pro Hac Vice by Catherine M. Drislane.( Filing fee $ 208 receipt number AFLNDC-6750831.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (DRISLANE, CATHERINE) (Entered: 03/01/2022) |
| 03/01/2022 | 2825 | CASE MANAGEMENT ORDER NO. 37 (Transition Order #4). (Attachments: # 1 Exhibit A) (djb) (Entered: 03/01/2022) |
| 03/01/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2824 MOTION to Appear Pro Hac Vice by Catherine M. Drislane. (requirements met) (djb) (Entered: 03/01/2022) |
| 03/01/2022 | 2826 | ORDER - Defendants' 2767 Motion for Order to Show Cause Based on Failure to Comply with Discovery is DENIED as moot. Signed by JUDGE M CASEY RODGERS on 3/1/2022. (Attachments: # 1 Exhibit A) (djb) (Entered: 03/01/2022) |
| 03/02/2022 | 2827 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-144) Certified - 6 actions. re: MDL No. 2885, MN/0:22-cv-00439, MN/0:22-cv-00440, MN/0:22-cv-00449, MN/0:22-cv-00450, MN/0:22-cv-00451, MN/0:22-cv-00452. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 3/2/2022. (Attachments: # 1 CTO-144 Finalized) (djb) (Entered: 03/02/2022) |
| 03/02/2022 | 2828 | MOTION to Appear Pro Hac Vice by Eric Birge.( Filing fee $ 208 receipt number AFLNDC-6760553.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (BIRGE, ERIC) (Entered: 03/02/2022) |
| 03/02/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2828 MOTION to Appear Pro Hac Vice by Eric Birge. (requirements met) (djb) (Entered: 03/02/2022) |
| 03/02/2022 | 2829 | MOTION to Appear Pro Hac Vice by Luke Callahan.( Filing fee $ 208 receipt number AFLNDC-6763569.) by NOTICE ONLY. (CALLAHAN, LUKE) (Entered: 03/02/2022) |
| 03/03/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2829 MOTION to Appear Pro Hac Vice by Luke Callahan. (requirements met) (djb) (Entered: 03/03/2022) |
| 03/03/2022 | 2830 | ORDER granting 2782 Motion to Appear Pro Hac Vice; granting 2796 Motion to Appear Pro Hac Vice; granting 2797 Motion to Appear Pro Hac Vice; granting 2798 Motion to Appear Pro Hac Vice; granting 2800 Motion to Appear Pro Hac Vice; granting 2804 Motion to Appear Pro Hac Vice; granting 2824 Motion to Appear Pro Hac Vice; granting 2828 Motion to Appear Pro Hac Vice; granting 2829 Motion to Appear Pro Hac Vice. (Appointed JONATHAN HOYT STILL, JAMES H BOLIN, AARON NATHAN ARTHUR for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC; DAVID R TAWIL, JASON CHARLES WEBSTER, PATRICK ALLEN LUFF, CATHERINE DRISLANE, ERIC ROBERT BIRGE, LUKE F CALLAHAN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 3/3/2022. (djb) (Entered: 03/03/2022) |
| 03/04/2022 | 2831 | NOTICE of Appearance by FRANK S POLLOCK on behalf of NOTICE ONLY |

| | | |
|---|---|---|
| | | (POLLOCK, FRANK) (Entered: 03/04/2022) |
| 03/04/2022 | 2832 | NOTICE of Appearance by FRANK S POLLOCK on behalf of NOTICE ONLY (POLLOCK, FRANK) (Entered: 03/04/2022) |
| 03/04/2022 | 2833 | NOTICE of Appearance by DEBRA RENEE SHERRER BAGGETT on behalf of NOTICE ONLY (BAGGETT, DEBRA) (Entered: 03/04/2022) |
| 03/04/2022 | 2834 | ORDER. BrownGreer PLC is hereby directed to close the MDL Centrality portal for the plaintiffs that are identified in Exhibit A. These plaintiffs may reregister with MDL Centrality, and if they do, they will be required to file a Short Form Complaint on the active docket within 30 days of the date of registration. Signed by JUDGE M CASEY RODGERS on 3/4/2022. (Attachments: # 1 Exhibit A) (djb) (Entered: 03/04/2022) |
| 03/04/2022 | 2835 | MOTION to Appear Pro Hac Vice by R. Scott Connally.( Filing fee $ 208 receipt number AFLNDC-6776206.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Service) (CONNALLY, ROBERT) (Entered: 03/04/2022) |
| 03/04/2022 | 2836 | NOTICE of Correction to 2812 Response in Opposition to Motion to Exclude Plaintiffs' Group D Putative Expert Opinions under Daubert and Rule 702 by NOTICE ONLY (MIRACLE, TRENT) Modified on 3/7/2022 (djb). (Entered: 03/04/2022) |
| 03/06/2022 | 2837 | MOTION to Appear Pro Hac Vice by William G. Porter, II.( Filing fee $ 208 receipt number AFLNDC-6779392.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (PORTER, WILLIAM) (Entered: 03/06/2022) |
| 03/06/2022 | 2838 | MOTION to Appear Pro Hac Vice by Gary J. Saalman.( Filing fee $ 208 receipt number AFLNDC-6779405.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (SAALMAN, GARY) (Entered: 03/06/2022) |
| 03/07/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2836 Notice of Correction re: 2812 Response to Motion to Exclude Plaintiffs' Group D Putative Expert Opinions under Daubert and Rule 702 (djb) (Entered: 03/07/2022) |
| 03/07/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2835 MOTION to Appear Pro Hac Vice by R. Scott Connally. (requirements not met) (djb) (Entered: 03/07/2022) |
| 03/07/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2837 MOTION to Appear Pro Hac Vice by William G. Porter, II; 2838 MOTION to Appear Pro Hac Vice by Gary J. Saalman. (requirements met) (djb) (Entered: 03/07/2022) |
| 03/07/2022 | 2839 | MOTION to Appear Pro Hac Vice by Eric E. Hudson.( Filing fee $ 208 receipt number AFLNDC-6783712.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (HUDSON, ERIC) (Entered: 03/07/2022) |
| 03/07/2022 | 2840 | MOTION to Appear Pro Hac Vice by Hillary A. Anderson.( Filing fee $ 208 receipt number AFLNDC-6784796.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (ANDERSON, HILLARY) (Entered: 03/07/2022) |

| 03/07/2022 | 2841 | MOTION to Appear Pro Hac Vice by Erin D. French.( Filing fee $ 208 receipt number AFLNDC-6784822.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (FRENCH, ERIN) (Entered: 03/07/2022) |
| --- | --- | --- |
| 03/07/2022 | 2842 | MOTION to Appear Pro Hac Vice by Sara A. Ingram.( Filing fee $ 208 receipt number AFLNDC-6784843.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (INGRAM, SARA) (Entered: 03/07/2022) |
| 03/07/2022 | 2843 | MOTION to Appear Pro Hac Vice by Andrew J. Tureaud.( Filing fee $ 208 receipt number AFLNDC-6784850.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (TUREAUD, ANDREW) (Entered: 03/07/2022) |
| 03/08/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2839 MOTION to Appear Pro Hac Vice by Eric E. Hudson; 2840 MOTION to Appear Pro Hac Vice by Hillary A. Anderson; 2841 MOTION to Appear Pro Hac Vice by Erin D. French; 2842 MOTION to Appear Pro Hac Vice by Sara A. Ingram; 2843 MOTION to Appear Pro Hac Vice by Andrew J. Tureaud. (requirements met) (djb) (Entered: 03/08/2022) |
| 03/08/2022 | 2844 | MOTION to Appear Pro Hac Vice by Tom W. Thornhill.( Filing fee $ 208 receipt number AFLNDC-6788136.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (THORNHILL, TOMMY) Modified on 3/8/2022 to correct filer to NOTICE ONLY party(djb). (Entered: 03/08/2022) |
| 03/08/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2844 MOTION to Appear Pro Hac Vice by Tom W. Thornhill. (requirements met) (djb) (Entered: 03/08/2022) |
| 03/08/2022 | 2845 | ORDER. The parties' 2716 Omnibus Motion and Memorandum of Law to Exclude Defendants' Expert Opinions and Testimony and 2718 MOTION to Exclude Plaintiffs' Group D Putative Expert Opinions Under Daubert and Rule 702 and Incorporated Memorandum, are GRANTED IN PART and DENIED IN PART, consistent with this Order. The remaining expert challenges will be resolved by separate order. Signed by JUDGE M CASEY RODGERS on 3/8/2022. (djb) (Entered: 03/08/2022) |
| 03/08/2022 | 2846 | ORDER - On September 3, 2021, the Court entered Transition Order #2, requiring 24,393 cases to transition from the administrative docket to the active docket. *See ECF No. 1915.* Plaintiffs are hereby directed to rectify the deficiencies and comply with Transition Order #2 in all respects within 10 days of the date of this Order, otherwise their cases will be dismissed and any paid filings fees will not be refunded. The Clerk is directed to enter a copy of this Order on the MDL docket and on the individual docket for each of the cases identified in Exhibit A. Signed by JUDGE M CASEY RODGERS on 3/8/2022. (Attachments: # 1 Exhibit A) (djb) (Entered: 03/08/2022) |
| 03/08/2022 | 2847 | ORDER granting 2715 Plaintiffs' Motion to Preserve Daubert and Rule 702 Motions and Arguments Previously Ruled Upon and 2720 MOTION to Preserve Daubert and Rule 702 Motions and Arguments Previously Ruled Upon. The parties' respective arguments on the issues and experts identified in the preservation motions are preserved for purposes of the Group D cases, and the Court's previous rulings on those matters are adopted and incorporated in the Group D cases. Signed by JUDGE M CASEY RODGERS on 3/8/2022. (djb) (Entered: 03/08/2022) |

| 03/08/2022 | 2848 | CASE MANAGEMENT ORDER NO. 38. This Order addresses the census form deadline for cases filed on the administrative docket after Pretrial Order No. 81 but before the administrative docket closed. Signed by JUDGE M CASEY RODGERS on 3/8/2022. (Attachments: # 1 Exhibit A) (djb) (Entered: 03/08/2022) |
|---|---|---|
| 03/09/2022 | 2849 | MOTION to Appear Pro Hac Vice by Ryan A. Nelson.( Filing fee $ 208 receipt number AFLNDC-6791482.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A- Cert of good standing, # 2 Exhibit Exhibit B- Client list) (NELSON, RYAN) (Entered: 03/09/2022) |
| 03/09/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2849 MOTION to Appear Pro Hac Vice by Ryan A. Nelson. (requirements met) (djb) (Entered: 03/09/2022) |
| 03/09/2022 | 2850 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-145)Certified. 3 actions re: MDL No. 2885, MN/0:22-cv-00496, MN/0:22-cv-00496, MN/0:22-cv-00498, MN/0:22-cv-00499. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 3/9/2022. (Attachments: # 1 CTO-145 Finalized) (djb) (Entered: 03/09/2022) |
| 03/09/2022 | 2851 | ORDER. This Order addresses plaintiffs who failed to submit answers to the Initial Census Questions as required by Pretrial Order No. 81. If plaintiffs fail to submit census forms to MDL Centrality in accordance with this Order, they will have violated at least two of the Court's Orders (Pretrial Order No. 81 and this Order) and their cases will be dismissed with prejudice. Signed by JUDGE M CASEY RODGERS on 3/9/2022. (Attachments: # 1 Exhibit A) (djb) (Entered: 03/09/2022) |
| 03/09/2022 | 2852 | MOTION to Appear Pro Hac Vice by Margaret D. Everett.( Filing fee $ 208 receipt number AFLNDC-6796632.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (EVERETT, MARGARET) (Entered: 03/09/2022) |
| 03/09/2022 | 2853 | MOTION to Appear Pro Hac Vice( Filing fee $ 208 receipt number AFLNDC-6796633.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (MAZZARELLA, LIA) (Entered: 03/09/2022) |
| 03/09/2022 | 2854 | MOTION to Appear Pro Hac Vice by Michael P. Oliverio.( Filing fee $ 208 receipt number AFLNDC-6796634.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (OLIVERIO, MICHAEL) (Entered: 03/09/2022) |
| 03/09/2022 | 2855 | MOTION to Appear Pro Hac Vice by Jordan C. Patterson.( Filing fee $ 208 receipt number AFLNDC-6796638.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (PATTERSON, JORDAN) (Entered: 03/09/2022) |
| 03/09/2022 | 2856 | MOTION to Appear Pro Hac Vice by Alison Yardley.( Filing fee $ 208 receipt number CFLNDC-6796639.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (YARDLEY, ALISON) (Entered: 03/09/2022) |
| 03/10/2022 | 2857 | DOCKET ANNOTATION BY COURT: Main document is not attached. Please file an |

| | | |
|---|---|---|
| | | Amended Motion and link to 2856 MOTION to Appear Pro Hac Vice by Alison Yardley.( Filing fee $ 208 receipt number CFLNDC-6796639.) filed by 3M OCCUPATIONAL SAFETY LLC, 3M COMPANY, AEARO LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC (djb) (Entered: 03/10/2022) |
| 03/10/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2852 MOTION to Appear Pro Hac Vice by Margaret D. Everett; 2855 MOTION to Appear Pro Hac Vice by Jordan C. Patterson; 2854 MOTION to Appear Pro Hac Vice by Michael P. Oliverio; 2853 MOTION to Appear Pro Hac Vice (requirements met) (djb) (Entered: 03/10/2022) |
| 03/10/2022 | 2858 | First MOTION to Appear Pro Hac Vice by Alexa D. Gomez.( Filing fee $ 208 receipt number AFLNDC-6798302.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A- Certifications of Good Standings) (GOMEZ, ALEXA) (Entered: 03/10/2022) |
| 03/10/2022 | 2859 | Amended MOTION to Amend/Correct 2856 MOTION to Appear Pro Hac Vice by Alison Yardley.( Filing fee $ 208 receipt number CFLNDC-6796639.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (YARDLEY, ALISON) (Entered: 03/10/2022) |
| 03/10/2022 | 2860 | ORDER - The parties' motions to exclude the expert opinions of Drs. Antony Joseph and Douglas Jacobs (Wilkerson) under Rule 702 and Daubert, ECF Nos. 2716 and 2721, are GRANTED IN PART and DENIED IN PART, consistent with this Order. The remaining expert challenges will be resolved by separate order. Signed by JUDGE M CASEY RODGERS on 3/10/2022. (djb) (Entered: 03/10/2022) |
| 03/10/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2859 Amended MOTION to Appear Pro Hac Vice by Alison Yardley, re: 2856 MOTION to Appear Pro Hac Vice (Certificate of Good Standing); 2858 First MOTION to Appear Pro Hac Vice by Alexa D. Gomez. (requirements met) (djb) (Entered: 03/10/2022) |
| 03/11/2022 | 2861 | ORDER. Re: 2783 Order, 2793 Objection to Magistrate Judge's February 18, 2022 Order, 2802 Response. The Magistrate Judge's Order is neither clearly erroneous nor contrary to law, and the objections are OVERRULED. Berger also filed a miscellaneous action in which he moved for a protective order to prevent the issuance of further trial subpoenas and for leave to reply to Plaintiffs' response in opposition. See Berger v. Wilkerson, et. al, Case No. 3:22-mc-008, ECF Nos. 1 & 7. Consistent with the Court's ruling herein, these motions are hereby DENIED as moot. Signed by JUDGE M CASEY RODGERS on 3/11/2022. (alb) Modified on 3/11/2022 to add links (alb). (Entered: 03/11/2022) |
| 03/11/2022 | 2862 | NOTICE of Appearance by SHUNDRA CRUMPTON MANNING on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (MANNING, SHUNDRA) (Entered: 03/11/2022) |
| 03/11/2022 | 2863 | MOTION to Appear Pro Hac Vice by Christina Natale.( Filing fee $ 208 receipt number AFLNDC-6805134.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (NATALE, CHRISTINA) (Entered: 03/11/2022) |
| 03/11/2022 | 2864 | MOTION to Appear Pro Hac Vice by Connor M. Blair.( Filing fee $ 208 receipt number AFLNDC-6805245.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, |

| | | |
|---|---|---|
| | | AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (BLAIR, CONNOR) (Entered: 03/11/2022) |
| 03/11/2022 | 2865 | ORDER denying without prejudice 2835 Motion to Appear Pro Hac Vice, for failure to identify any individual case pending within the MDL in which counsel appears as attorney of record. See ECF 86 II. Signed by JUDGE M CASEY RODGERS on 3/11/2022. (alb) (Entered: 03/11/2022) |
| 03/11/2022 | 2866 | ORDER re 2837 , 2838 , 2839 , 2840 , 2841 , 2842 , 2843 , 2844 , 2849 , 2852 , 2853 , 2854 , 2855 , 2858 Motions to Appear Pro Hac Vice ; and 2859 Amended Motion to Appear Pro Hac Vice. The motions identified on Exhibit A are GRANTED. Signed by JUDGE M CASEY RODGERS on 3/11/2022. (alb) (Entered: 03/11/2022) |
| 03/11/2022 | 2867 | ORDER. The Defendants and Elliott Bergers Objections, ECF Nos. 2737 , 2738 , are OVERRULED and the Report and Recommendation of MagistrateJudge Jones, ECF No. 2610 , is ADOPTED and incorporated by reference in thisOrder. Signed by JUDGE M CASEY RODGERS on 3/11/2022. (alb) (Entered: 03/11/2022) |
| 03/11/2022 | 2868 | ORDER BrownGreer PLC is hereby directed to close the MDL Centrality portal for the plaintiffs that are identified in Exhibit A. These plaintiffs may reregister with MDL Centrality, and if they do, they will be required to file a Short Form Complaint on the active docket within 30 days of the date of registration. Going forward, BrownGreer PLC is directed to close the MDL Centrality portal for plaintiffs who fail to file a Short Form Complaint within 30 days of the date registration. Signed by JUDGE M CASEY RODGERS on 03/11/2022. (Attachments: # 1 Exhibit A) (alb) (Entered: 03/11/2022) |
| 03/11/2022 | 2869 | MOTION to Appear Pro Hac Vice by Natasha Alexander.( Filing fee $ 208 receipt number AFLNDC-6807933.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (ALEXANDER, NATASHA) (Entered: 03/11/2022) |
| 03/11/2022 | 2870 | MOTION to Appear Pro Hac Vice by Alycia N. Broz.( Filing fee $ 208 receipt number AFLNDC-6807955.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (BROZ, ALYCIA) (Entered: 03/11/2022) |
| 03/11/2022 | 2871 | MOTION to Appear Pro Hac Vice by Thomas H. Fusonie.( Filing fee $ 208 receipt number AFLNDC-6807984.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (FUSONIE, THOMAS) (Entered: 03/11/2022) |
| 03/11/2022 | 2872 | MOTION to Appear Pro Hac Vice by Maxwell H. King.( Filing fee $ 208 receipt number AFLNDC-6808005.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (KING, MAXWELL) (Entered: 03/11/2022) |
| 03/11/2022 | 2873 | MOTION to Appear Pro Hac Vice by Peter A. Lusenhop.( Filing fee $ 208 receipt number AFLNDC-6808023.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (LUSENHOP, PETER) (Entered: 03/11/2022) |
| 03/11/2022 | 2874 | MOTION to Appear Pro Hac Vice by Daniel E. Shuey.( Filing fee $ 208 receipt number |

| | | |
|---|---|---|
| | | AFLNDC-6808033.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (SHUEY, DANIEL) (Entered: 03/11/2022) |
| 03/14/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2874 MOTION to Appear Pro Hac Vice by Daniel E. Shuey; 2872 MOTION to Appear Pro Hac Vice by Maxwell H. King; 2863 MOTION to Appear Pro Hac Vice by Christina Natale; 2871 MOTION to Appear Pro Hac Vice by Thomas H. Fusonie; 2873 MOTION to Appear Pro Hac Vice by Peter A. Lusenhop; 2870 MOTION to Appear Pro Hac Vice by Alycia N. Broz; 2869 MOTION to Appear Pro Hac Vice by Natasha Alexander; 2864 MOTION to Appear Pro Hac Vice by Connor M. Blair. (requirements met) (djb) (Entered: 03/14/2022) |
| 03/14/2022 | 2875 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-146) Certified - 12 actions re: MDL No. 2885, (MN/0:21-cv-00388, MN/0:21-cv-01104, MN/0:22-cv-00523, MN/0:22-cv-00524, MN/0:22-cv-00529, MN/0:22-cv-00530, MN/0:22-cv-00531, MN/0:22-cv-00532, MN/0:22-cv-00535, MN/0:22-cv-00536, MN/0:22-cv-00538, MN/0:22-cv-00539) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 3/14/2022. (Attachments: # 1 CTO-146 Finalized) (djb) (Entered: 03/14/2022) |
| 03/14/2022 | 2876 | **FILED IN ERROR** COMPLAINT against All Defendants ( Filing fee $ 402 receipt number AFLNDC-6812977.), filed by Jonathan Medina. (BECKCOM, BRIAN) Modified on 3/14/2022. Attorney notified via email. Finance Department will be notified regarding a refund of the filing fee (djb). (Entered: 03/14/2022) |
| 03/14/2022 | 2877 | CASE MANAGEMENT ORDER NO. 39. This Order addresses the limitations on the number of depositions permitted per Wave case. Signed by JUDGE M CASEY RODGERS on 3/14/2022. (djb) (Entered: 03/14/2022) |
| 03/15/2022 | 2878 | NOTICE of Appearance by MICHAEL A AKSELRUD on behalf of NOTICE ONLY (AKSELRUD, MICHAEL) (Entered: 03/15/2022) |
| 03/15/2022 | 2879 | NOTICE of Appearance by CRISTINA DELISE on behalf of NOTICE ONLY (DELISE, CRISTINA) (Entered: 03/15/2022) |
| 03/15/2022 | 2880 | NOTICE of Appearance by KATHRYN RACHEL LANIER on behalf of NOTICE ONLY (LANIER, KATHRYN) (Entered: 03/15/2022) |
| 03/15/2022 | 2881 | NOTICE of Appearance by W MARK LANIER on behalf of NOTICE ONLY (LANIER, W) (Entered: 03/15/2022) |
| 03/15/2022 | 2882 | NOTICE of Appearance by BRETT JOSEPH SCHWARTZ on behalf of NOTICE ONLY (SCHWARTZ, BRETT) (Entered: 03/15/2022) |
| 03/15/2022 | 2883 | MOTION to Appear Pro Hac Vice by Brett J. Schwartz.( Filing fee $ 208 receipt number AFLNDC-6817853.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (SCHWARTZ, BRETT) (Entered: 03/15/2022) |
| 03/15/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2883 MOTION to Appear Pro Hac Vice by Brett J. Schwartz. (requirements met) (djb) (Entered: 03/15/2022) |
| 03/15/2022 | 2884 | MOTION to Appear Pro Hac Vice by Dennis Kisyk, Jr..( Filing fee $ 208 receipt number AFLNDC-6820461.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (KISYK, DENNIS) (Entered: 03/15/2022) |

| 03/15/2022 | 2885 | NOTICE of Appearance by RYAN ANTHONY NELSON on behalf of NOTICE ONLY (NELSON, RYAN) (Entered: 03/15/2022) |
|---|---|---|
| 03/16/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2884 MOTION to Appear Pro Hac Vice by Dennis Kisyk, Jr. (requirements met) (djb) (Entered: 03/16/2022) |
| 03/16/2022 | 2886 | MOTION to Appear Pro Hac Vice by Jon E. Olsson.( Filing fee $ 208 receipt number AFLNDC-6821702.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Certificate of Good Standing) (OLSSON, JON) (Entered: 03/16/2022) |
| 03/16/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2886 MOTION to Appear Pro Hac Vice by Jon E. Olsson. (requirements met) (djb) (Entered: 03/16/2022) |
| 03/16/2022 | 2887 | NOTICE *of Withdrawal of Jamie Alan Aycock as Counsel and Request for Removal from Service List* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (AYCOCK, JAMIE) (Entered: 03/16/2022) |
| 03/16/2022 | 2888 | **Filed in Error** CIVIL COVER SHEET. (BARTLETT, TAYLOR) Modified on 3/17/2022 (djb). (Entered: 03/16/2022) |
| 03/16/2022 | 2889 | MOTION to Appear Pro Hac Vice by Angela Hampton.( Filing fee $ 208 receipt number AFLNDC-6826466.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (HAMPTON, ANGELA) (Entered: 03/16/2022) |
| 03/16/2022 | 2890 | MOTION to Appear Pro Hac Vice by Sebastian Nunez.( Filing fee $ 208 receipt number AFLNDC-6826594.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Certificate of Good Standing) (NUNEZ, SEBASTIAN) (Entered: 03/16/2022) |
| 03/17/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2890 MOTION to Appear Pro Hac Vice by Sebastian Nunez; 2889 MOTION to Appear Pro Hac Vice by Angela Hampton. (requirements met) (djb) (Entered: 03/17/2022) |
| 03/17/2022 | 2891 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) Certified - 25 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 3/17/2022. (Attachments: # 1 CTO-147 Finalized) (djb) (Entered: 03/17/2022) |
| 03/17/2022 | 2892 | NOTICE of Appearance by SEBASTIAN NUNEZ on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (NUNEZ, SEBASTIAN) (Entered: 03/17/2022) |
| 03/17/2022 | 2893 | MOTION to Appear Pro Hac Vice by Katie R. Lencioni.( Filing fee $ 208 receipt number AFLNDC-6829977.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (LENCIONI, KATIE) (Entered: 03/17/2022) |
| 03/17/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2893 MOTION to Appear Pro Hac Vice |

| | | by Katie R. Lencioni. (requirements met) (djb) (Entered: 03/17/2022) |
|---|---|---|
| 03/17/2022 | 2894 | MOTION to Appear Pro Hac Vice by Erica M. Rodriguez.( Filing fee $ 208 receipt number AFLNDC-6833147.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Errata A - Certificate of Good Standing) (RODRIGUEZ, ERICA) (Entered: 03/17/2022) |
| 03/17/2022 | 2895 | MOTION to Appear Pro Hac Vice by Matthew R. Carpenter.( Filing fee $ 208 receipt number AFLNDC-6833218.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (CARPENTER, MATTHEW) (Entered: 03/17/2022) |
| 03/18/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2894 MOTION to Appear Pro Hac Vice by Erica M. Rodriguez; 2895 MOTION to Appear Pro Hac Vice by Matthew R. Carpenter. (requirements met) (djb) (Entered: 03/18/2022) |
| 03/18/2022 | 2896 | ORDER granting 2863 Motion to Appear Pro Hac Vice ; granting 2864 Motion to Appear Pro Hac Vice ; granting 2869 Motion to Appear Pro Hac Vice ; granting 2870 Motion to Appear Pro Hac Vice ; granting 2871 Motion to Appear Pro Hac Vice ; granting 2872 Motion to Appear Pro Hac Vice ; granting 2873 Motion to Appear Pro Hac Vice ; granting 2874 Motion to Appear Pro Hac Vice ; granting 2883 Motion to Appear Pro Hac Vice ; granting 2884 Motion to Appear Pro Hac Vice ; granting 2886 Motion to Appear Pro Hac Vice ; granting 2889 Motion to Appear Pro Hac Vice ; granting 2890 Motion to Appear Pro Hac Vice ; granting 2893 Motion to Appear Pro Hac Vice ; granting 2894 Motion to Appear Pro Hac Vice ; granting 2895 Motion to Appear Pro Hac Vice. Signed by JUDGE M CASEY RODGERS on 3/18/2022. (djb) (Entered: 03/18/2022) |
| 03/18/2022 | 2897 | Amended MOTION to Appear Pro Hac Vice by R. Scott Connally.( Filing fee $ 208 receipt number AFLNDC-6776206.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Service) (CONNALLY, ROBERT) (Entered: 03/18/2022) |
| 03/19/2022 | 2898 | ORDER resolving the parties' respective motions to exclude expert opinions under Rule 702 and Daubert in the Group D case of Denise Kelley. See 2716 , 2718 . Signed by JUDGE M CASEY RODGERS on 3/19/22. (tvj) (Entered: 03/19/2022) |
| 03/21/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2897 Amended MOTION to Appear Pro Hac Vice by R. Scott Connally. (djb) (Entered: 03/21/2022) |
| 03/21/2022 | 2899 | NOTICE of Appearance by CONNOR MCCARTHY BLAIR on behalf of All Defendants (BLAIR, CONNOR) (Entered: 03/21/2022) |
| 03/21/2022 | 2900 | MOTION to Appear Pro Hac Vice by Charles L. McCloud.( Filing fee $ 208 receipt number AFLNDC-6840369.) by ELLIOTT BERGER. (Attachments: # 1 Exhibit McCloud Certificate of Good Standing) (MCCLOUD, CHARLES) (Entered: 03/21/2022) |
| 03/21/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2900 MOTION to Appear Pro Hac Vice by Charles L. McCloud. (requirements met) (djb) (Entered: 03/21/2022) |
| 03/21/2022 | 2901 | MOTION to Appear Pro Hac Vice by David Kuttles.( Filing fee $ 208 receipt number AFLNDC-6842962.) by NOTICE ONLY. (Attachments: # 1 Exhibit, # 2 Exhibit) |

| | | (KUTTLES, DAVID) (Entered: 03/21/2022) |
|---|---|---|
| 03/21/2022 | 2902 | MOTION for Reconsideration re 2861 Order,, *or Clarification of the Court's March 11, 2022 Order and Incorporated Memorandum of Law* by ELLIOTT BERGER. (BATES, PHILIP) (Entered: 03/21/2022) |
| 03/21/2022 | 2903 | MOTION to Appear Pro Hac Vice by Lina Garcia.( Filing fee $ 208 receipt number AFLNDC-6844389.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (GARCIA, LINA) (Entered: 03/21/2022) |
| 03/21/2022 | 2904 | NOTICE *DEFENDANTS' NOTICE OF REMOTE ORAL AND VIDEOTAPED DEPOSITION OF ROBERT MCMANNES* by 3M COMPANY (SMITH, KIME) (Entered: 03/21/2022) |
| 03/21/2022 | 2905 | NOTICE of Appearance by JENNIFER R LIAKOS on behalf of NOTICE ONLY (Attachments: # 1 Exhibit A) (LIAKOS, JENNIFER) (Entered: 03/21/2022) |
| 03/22/2022 | 2906 | MOTION to Appear Pro Hac Vice by Michelle Molinaro Burke.( Filing fee $ 208 receipt number AFLNDC-6844837.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BURKE, MICHELLE) (Entered: 03/22/2022) |
| 03/22/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2902 MOTION for Reconsideration or Clarification of the Court's March 11, 2022 Order and Incorporated Memorandum of Law, re 2861 Order (djb) (Entered: 03/22/2022) |
| 03/22/2022 | 2907 | DISCOVERY ADVISORY: Re 2904 Notice (Other) filed by 3M COMPANY. Counsels attention is directed to Federal Rule of Civil Procedure 5(d), which prohibits the filing of discovery materials (including notices of deposition, deposition transcripts, interrogatories and interrogatory responses and notices thereof, production requests and responses and notices thereof, and admissions requests and responses and notices thereof) and disclosures under Rules 26(a)(1) and 26(a)(2), unless and until needed for consideration of pending motions by the court. This advisory serves as notice that no further discovery materials should be filed and all discovery posting options have been removed from CMECF. (djb) (Entered: 03/22/2022) |
| 03/22/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2903 MOTION to Appear Pro Hac Vice by Lina Garcia; 2906 MOTION to Appear Pro Hac Vice by Michelle Molinaro Burke; 2901 MOTION to Appear Pro Hac Vice by David Kuttles. (requirements met) (djb) (Entered: 03/22/2022) |
| 03/22/2022 | 2908 | NOTICE of Appearance by PATRICK LEE PANTAZIS on behalf of NOTICE ONLY (PANTAZIS, PATRICK) (Entered: 03/22/2022) |
| 03/22/2022 | 2909 | **FILED IN ERROR - Finance Department will be notified regarding a refund** COMPLAINT against All Defendants ( Filing fee $ 402 receipt number AFLNDC-6846794.), filed by Eric James Colvin. (BUSTAMANTE, BRETT) Modified on 3/22/2022 (djb). (Entered: 03/22/2022) |
| 03/22/2022 | 2910 | NOTICE *Notice of Designated Forum - District of Nebraska* by Eric James Colvin (BUSTAMANTE, BRETT) (Entered: 03/22/2022) |
| 03/23/2022 | 2911 | CASE MANAGEMENT ORDER NO. 40. This Order addresses plaintiffs who have not submitted a DD214 form to establish their military service. Form DD214 was among the Initial Census Documents required by Pretrial Order No. 18. ECF No. 775 . Signed by |

| | | JUDGE M CASEY RODGERS on 3/23/2022. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (djb) (Entered: 03/23/2022) |
|---|---|---|
| 03/23/2022 | 2912 | NOTICE of Appearance by SEBASTIAN NUNEZ on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (NUNEZ, SEBASTIAN) (Entered: 03/23/2022) |
| 03/24/2022 | 2913 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-148) Certified - 43 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 3/24/2022. (Attachments: # 1 CTO-148 Finalized) (djb) (Entered: 03/24/2022) |
| 03/24/2022 | 2914 | ORDER granting 2897 Amended MOTION to Appear Pro Hac Vice by R. Scott Connally, 2900 MOTION to Appear Pro Hac Vice by Charles L. McCloud, 2901 MOTION to Appear Pro Hac Vice by David Kuttles, 2903 MOTION to Appear Pro Hac Vice by Lina Garcia, 2906 MOTION to Appear Pro Hac Vice by Michelle Molinaro Burke. Signed by JUDGE M CASEY RODGERS on 3/24/2022. (djb) (Entered: 03/24/2022) |
| 03/25/2022 | 2915 | DISREGARD FILED IN ERROR COMPLAINT *AND JURY TRIAL DEMAND* against All Defendants ( Filing fee $ 402 receipt number AFLNDC-6862938.), filed by NOTICE ONLY. (CROMPTON, RANDALL) Modified on 3/25/2022 to note complaint filed in lead case in error. Finance Department will be notified for refund. (djb). (Entered: 03/25/2022) |
| 03/25/2022 | 2916 | NOTICE *OF WITHDRAWAL OF COUNSEL PURSUANT TO LOCAL RULE 11.1(H)(1) (b) AND REQUEST FOR REMOVAL FROM SERVICE LIST* by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (CARY, ANDREW) (Entered: 03/25/2022) |
| 03/25/2022 | 2917 | First MOTION to Appear Pro Hac Vice by J. Ryan Ziminskas.( Filing fee $ 208 receipt number AFLNDC-6866771.) by NOTICE ONLY. (Attachments: # 1 Exhibit Cert. Of Good Standing) (ZIMINSKAS, JAMES) (Entered: 03/25/2022) |
| 03/25/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2917 First MOTION to Appear Pro Hac Vice by J. Ryan Ziminskas. (requirements met) (djb) (Entered: 03/25/2022) |
| 03/25/2022 | 2918 | NOTICE of Appearance by TIFFANY JOHNSON DEGRUY on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (DEGRUY, TIFFANY) (Entered: 03/25/2022) |
| 03/28/2022 | 2919 | First MOTION to Appear Pro Hac Vice by John J. Robinson.( Filing fee $ 208 receipt number AFLNDC-6869937.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (ROBINSON, JOHN) (Entered: 03/28/2022) |
| 03/28/2022 | 2920 | First MOTION to Appear Pro Hac Vice by Cullen W. Guilmartin.( Filing fee $ 208 receipt number AFLNDC-6870245.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (GUILMARTIN, CULLEN) (Entered: 03/28/2022) |
| 03/28/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2919 First MOTION to Appear Pro Hac |

| | | Vice by John J. Robinson; 2920 First MOTION to Appear Pro Hac Vice by Cullen W. Guilmartin. (requirements met) (djb) (Entered: 03/28/2022) |
|---|---|---|
| 03/28/2022 | 2921 | NOTICE of Appearance by DAVID KUTTLES on behalf of NOTICE ONLY (KUTTLES, DAVID) (Entered: 03/28/2022) |
| 03/28/2022 | 2922 | NOTICE *of Verification of Compliance with Pretrial Order No. 4 and Destruction of Juror Questionnaires* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BROCK, ROBERT) (Entered: 03/28/2022) |
| 03/29/2022 | 2923 | MOTION to Appear Pro Hac Vice by Rebecca Newman.( Filing fee $ 208 receipt number AFLNDC-6876128.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Chart of Related Cases) (NEWMAN, REBECCA) (Entered: 03/29/2022) |
| 03/29/2022 | 2924 | MOTION to Appear Pro Hac Vice by Leslie W. O'Leary.( Filing fee $ 208 receipt number AFLNDC-6876290.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (O'LEARY, LESLIE) (Entered: 03/29/2022) |
| 03/29/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2924 MOTION to Appear Pro Hac Vice by Leslie W. O'Leary; 2923 MOTION to Appear Pro Hac Vice by Rebecca Newman. (requirements met) (djb) (Entered: 03/29/2022) |
| 03/29/2022 | 2925 | MOTION to Appear Pro Hac Vice by Marcel C. Duhamel.( Filing fee $ 208 receipt number AFLNDC-6877611.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (DUHAMEL, MARCEL) (Entered: 03/29/2022) |
| 03/29/2022 | 2926 | MOTION to Appear Pro Hac Vice by R. Andrew Taggart, Jr..( Filing fee $ 208 receipt number BFLNDC-6877469.) by Home of Grace Corporation. (Attachments: # 1 Exhibit A-Letter of Good Standing) (TAGGART, R) (Entered: 03/29/2022) |
| 03/29/2022 | 2927 | MOTION to Appear Pro Hac Vice by Tate J. Kunkle.( Filing fee $ 208 receipt number AFLNDC-6879037.) by NOTICE ONLY. (Attachments: # 1 Exhibit Cert of Good Standing, # 2 Exhibit Chart of Affiliated Cases) (KUNKLE, TATE) (Entered: 03/29/2022) |
| 03/30/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2927 MOTION to Appear Pro Hac Vice by Tate J. Kunkle; 2925 MOTION to Appear Pro Hac Vice by Marcel C. Duhamel; 2926 MOTION to Appear Pro Hac Vice by R. Andrew Taggart, Jr. (requirements met) (djb) (Entered: 03/30/2022) |
| 03/30/2022 | 2928 | MOTION to Appear Pro Hac Vice by Brian A. Glasser.( Filing fee $ 208 receipt number AFLNDC-6884139.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (GLASSER, BRIAN) (Entered: 03/30/2022) |
| 03/30/2022 | 2929 | NOTICE of Appearance by LUKE F CALLAHAN on behalf of NOTICE ONLY (CALLAHAN, LUKE) (Entered: 03/30/2022) |
| 03/30/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2928 MOTION to Appear Pro Hac Vice by Brian A. Glasser. (requirements met) (djb) (Entered: 03/30/2022) |
| 03/31/2022 | 2930 | MOTION to Withdraw as Attorney by NOTICE ONLY. (GOINS, MAXWELL) (Entered: 03/31/2022) |

| 03/31/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2930 MOTION TO WITHDRAW PRO HAC VICE OF MAXWELL H. GOINS AS COUNSEL OF RECORD (djb) (Entered: 03/31/2022) |
|---|---|---|
| 04/01/2022 | 2931 | ORDER granting 2917 Motion to Appear Pro Hac Vice; granting 2919 Motion to Appear Pro Hac Vice; granting 2920 Motion to Appear Pro Hac Vice; granting 2923 Motion to Appear Pro Hac Vice; granting 2924 Motion to Appear Pro Hac Vice; granting 2925 Motion to Appear Pro Hac Vice; granting 2926 Motion to Appear Pro Hac Vice; granting 2927 Motion to Appear Pro Hac Vice; granting 2928 Motion to Appear Pro Hac Vice. Signed by JUDGE M CASEY RODGERS on 4/1/2022. (djb) (Entered: 04/01/2022) |
| 04/01/2022 | 2932 | ORDER - The plaintiffs identified in Exhibit A are directed to file a case on the 3M MDL docket within 30 days of the date of this Order. If the plaintiffs fail to file a case on the 3M MDL docket within the deadline, BrownGreer PLC is directed to close the plaintiffs' MDL Centrality portal. Signed by JUDGE M CASEY RODGERS on 4/1/2022. (Attachments: # 1 Exhibit A) (open individual civil cases **5/2/2022**) (djb) (Entered: 04/01/2022) |
| 04/01/2022 | 2933 | MOTION to Appear Pro Hac Vice by Aubrey E. Blatchley.( Filing fee $ 208 receipt number AFLNDC-6895445.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (BLATCHLEY, AUBREY) (Entered: 04/01/2022) |
| 04/01/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2933 MOTION to Appear Pro Hac Vice by Aubrey E. Blatchley. (requirements met) (djb) (Entered: 04/01/2022) |
| 04/01/2022 | 2934 | ORDER resolving the parties' respective motions to exclude expert opinions under Rule 702 and Daubert in the Group D case of Jonathan Vaughn. See [2716, 2718]. Signed by JUDGE M CASEY RODGERS on 4/01/2022. (tvj) (Entered: 04/01/2022) |
| 04/01/2022 | 2935 | MOTION to Compel *Against the Department of Defense and the Department of Veterans Affairs* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1 (Sealed), # 2 Exhibit 2 (Sealed), # 3 Exhibit 3 (Sealed), # 4 Exhibit 4 (Sealed), # 5 Exhibit 5 (Sealed), # 6 Exhibit 6 (Sealed), # 7 Exhibit 7 (Sealed), # 8 Exhibit 8 (Sealed), # 9 Exhibit 9 (Sealed), # 10 Exhibit 10 (Sealed), # 11 Exhibit 11 (Sealed), # 12 Exhibit 12 (Sealed), # 13 Exhibit 13 (Sealed), # 14 Exhibit 14 (Sealed), # 15 Exhibit 15 (Sealed), # 16 Exhibit 16 (Sealed)) (BROCK, ROBERT) Modified on 4/22/2022 (djb). (Entered: 04/01/2022) |
| 04/01/2022 | 2936 | MOTION to Seal *Exhibits 1-16 to Defendants Motion to Compel Against the Department of Defense and the Department of Veterans Affairs* 2935 by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (Entered: 04/01/2022) |
| 04/04/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2936 MOTION to Seal Exhibits 1-16 to 2935 Defendants Motion to Compel Against the Department of Defense and the Department of Veterans Affairs (djb) (Entered: 04/04/2022) |
| 04/04/2022 | 2937 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 1 action re: MDL No. 2885, DE/1:22-cv-00350. Inasmuch as no objection is pending at this time, the stay |

| | | is lifted. Signed by Clerk of the Panel John W. Nichols on 4/4/2022. (Attachments: # 1 CTO-149 Finalized) (djb) (Entered: 04/04/2022) |
|---|---|---|
| 04/04/2022 | 2938 | DOCKET ANNOTATION BY COURT: Notice to Counsel, Maxwell H. Goins. Motion should be filed in the individual case only. Re 2930 MOTION to Withdraw as Attorney filed by NOTICE ONLY. (motion will be terminated) (djb) (Entered: 04/04/2022) |
| 04/04/2022 | 2939 | ORDER Re: 2935 MOTION to Compel Against the Department of Defense and the Department of Veterans Affairs. To the extent Government wishes to respond, it must do so by April 15, 2022. Defendants are directed to immediately furnish a copy of this Order via email to both agencies. Signed by JUDGE M CASEY RODGERS on 4/4/2022. (djb) (Entered: 04/04/2022) |
| 04/05/2022 | 2940 | MOTION to Appear Pro Hac Vice by Adam M. Masin.( Filing fee $ 208 receipt number AFLNDC-6902960.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (BLATCHLEY, AUBREY) (Entered: 04/05/2022) |
| 04/05/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2940 MOTION to Appear Pro Hac Vice by Adam M. Masin. (requirements met) (djb) (Entered: 04/05/2022) |
| 04/05/2022 | 2941 | MOTION to Require Payment of Filing Fees by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7) (BROCK, ROBERT) (Entered: 04/05/2022) |
| 04/05/2022 | 2942 | MOTION to Appear Pro Hac Vice by Brett Zekowski.( Filing fee $ 208 receipt number AFLNDC-6905236.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (ZEKOWSKI, BRETT) (Entered: 04/05/2022) |
| 04/05/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2941 MOTION to Require Payment of Filing Fees (djb) (Entered: 04/05/2022) |
| 04/05/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2942 MOTION to Appear Pro Hac Vice by Brett Zekowski. (requirements met) (djb) (Entered: 04/05/2022) |
| 04/05/2022 | 2943 | NOTICE of Appearance by NIKITA SHERRELL MCMILLIAN on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (MCMILLIAN, NIKITA) (Entered: 04/05/2022) |
| 04/05/2022 | 2944 | MOTION to Appear Pro Hac Vice by Nathan J. Law.( Filing fee $ 208 receipt number AFLNDC-6906688.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (LAW, NATHAN) (Additional attachment(s) added on 4/6/2022: # 1 Exhibit A) (djb). (Entered: 04/05/2022) |
| 04/06/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2944 MOTION to Appear Pro Hac Vice by Nathan J. Law. (requirements met) (djb) (Entered: 04/06/2022) |
| 04/06/2022 | 2945 | NOTICE of Appearance by THOMAS NATHAN LURIE, JR on behalf of 3M COMPANY (LURIE, THOMAS) (Entered: 04/06/2022) |

| 04/06/2022 | [2946](#) | NOTICE of Appearance by STEVEN L REITENOUR on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (REITENOUR, STEVEN) (Entered: 04/06/2022) |
| 04/06/2022 | [2947](#) | NOTICE of Appearance by STEVEN L REITENOUR on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (REITENOUR, STEVEN) (Entered: 04/06/2022) |
| 04/06/2022 | [2948](#) | NOTICE of Appearance by STEVEN L REITENOUR on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (REITENOUR, STEVEN) (Entered: 04/06/2022) |
| 04/06/2022 | [2949](#) | NOTICE of Appearance by STEVEN L REITENOUR on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (REITENOUR, STEVEN) (Entered: 04/06/2022) |
| 04/06/2022 | [2950](#) | NOTICE of Appearance by STEVEN L REITENOUR on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (REITENOUR, STEVEN) (Entered: 04/06/2022) |
| 04/06/2022 | [2951](#) | NOTICE of Appearance by STEVEN L REITENOUR on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (REITENOUR, STEVEN) (Entered: 04/06/2022) |
| 04/06/2022 | [2952](#) | NOTICE of Appearance by STEVEN L REITENOUR on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (REITENOUR, STEVEN) (Entered: 04/06/2022) |
| 04/06/2022 | [2953](#) | ORDER denying as moot [2941](#) Defendants' Motion to Require Payment of Filing Fees. Signed by JUDGE M CASEY RODGERS on 4/06/2022. (tvj) (Entered: 04/06/2022) |
| 04/06/2022 | 2954 | DOCKET ANNOTATION BY COURT: NOTICE TO COUNSEL, Steven L. Reitenour. One Notice of Appearance is sufficient in the Lead Case. Docket appearances in individual civil cases. Re [2948](#) Notice of Appearance, [2951](#) Notice of Appearance, [2947](#) Notice of Appearance, [2949](#) Notice of Appearance, [2950](#) Notice of Appearance, [2946](#) Notice of Appearance, [2952](#) Notice of Appearance filed by 3M OCCUPATIONAL SAFETY LLC, 3M COMPANY, AEARO LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC. (djb) (Entered: 04/06/2022) |
| 04/07/2022 | [2955](#) | MOTION to Appear Pro Hac Vice by Steven Johnston.( Filing fee $ 208 receipt number AFLNDC-6913290.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit A) (JOHNSTON, STEVEN) (Additional attachment(s) added on 4/7/2022: # [2](#) Exhibit B) (djb). (Entered: 04/07/2022) |
| 04/07/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [2955](#) MOTION to Appear Pro Hac Vice by Steven Johnston. (requirements met) (djb) (Entered: 04/07/2022) |
| 04/07/2022 | [2956](#) | NOTICE of Appearance by ROSHAN RAJKUMAR on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO |

| | | INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (RAJKUMAR, ROSHAN) (Entered: 04/07/2022) |
|---|---|---|
| 04/07/2022 | 2957 | MOTION to Appear Pro Hac Vice by James L. Healy.( Filing fee $ 208 receipt number AFLNDC-6915003.) by NOTICE ONLY. (Attachments: # 1 Exhibit certificate of good standing) (HEALY, JAMES) (Entered: 04/07/2022) |
| 04/07/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2957 MOTION to Appear Pro Hac Vice by James L. Healy. (requirements met) (djb) (Entered: 04/07/2022) |
| 04/08/2022 | 2958 | MOTION to Appear Pro Hac Vice by James E. Robinson.( Filing fee $ 208 receipt number AFLNDC-6917729.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit, # 2 Exhibit) (ROBINSON, JAMES) (Entered: 04/08/2022) |
| 04/08/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2958 MOTION to Appear Pro Hac Vice by James E. Robinson. (requirements met) (djb) (Entered: 04/08/2022) |
| 04/08/2022 | 2959 | MOTION to Appear Pro Hac Vice( Filing fee $ 208 receipt number AFLNDC-6919052.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (HONG, SHUNYI) (Entered: 04/08/2022) |
| 04/08/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2959 MOTION to Appear Pro Hac Vice by Shunyi Joonho Hong. (requirements met) (djb) (Entered: 04/08/2022) |
| 04/09/2022 | 2960 | **FILED IN LEAD CASE IN ERROR** COMPLAINT *Short Form* against All Defendants ( Filing fee $ 402 receipt number AFLNDC-6919799.), filed by Christopher Morris. (MARION, JEFFREY) Modified on 4/11/2022 to note Finance Department will be notified for refund of the civil filing fee. (djb) (Entered: 04/09/2022) |
| 04/11/2022 | 2961 | RESPONSE in Opposition re 2935 MOTION to Compel *Against the Department of Defense and the Department of Veterans Affairs* filed by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A) (AYLSTOCK, BRYAN) (Entered: 04/11/2022) |
| 04/11/2022 | 2962 | NOTICE of Appearance by TIFFANY JOHNSON DEGRUY on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (DEGRUY, TIFFANY) (Entered: 04/11/2022) |
| 04/11/2022 | 2963 | ORDER granting 2933 MOTION to Appear Pro Hac Vice by Aubrey E. Blatchley, 2940 MOTION to Appear Pro Hac Vice by Adam M. Masin, 2942 MOTION to Appear Pro Hac Vice by Brett Zekowski, 2944 MOTION to Appear Pro Hac Vice by Nathan J. Law, 2955 MOTION to Appear Pro Hac Vice by Steven Johnston, 2957 MOTION to Appear Pro Hac Vice by James L. Healy, 2958 MOTION to Appear Pro Hac Vice by James E. Robinson, 2959 MOTION to Appear Pro Hac Vice by Shunyi Joonho Hong. Signed by JUDGE M CASEY RODGERS on 4/11/2022. (djb) (Entered: 04/11/2022) |
| 04/11/2022 | 2964 | NOTICE of Appearance by SEBASTIAN NUNEZ on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (NUNEZ, SEBASTIAN) (Entered: 04/11/2022) |
| 04/11/2022 | 2965 | NOTICE of Appearance by SHANNON L H PHILLIPS on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO |

| | | INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (PHILLIPS, SHANNON) (Entered: 04/11/2022) |
|---|---|---|
| 04/11/2022 | 2966 | NOTICE of Appearance by ROSHAN RAJKUMAR on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (RAJKUMAR, ROSHAN) (Entered: 04/11/2022) |
| 04/11/2022 | 2967 | MOTION to Appear Pro Hac Vice by Mark P. Robinson, Jr..( Filing fee $ 208 receipt number AFLNDC-6925139.) by NOTICE ONLY. (Attachments: # 1 Exhibit A-Certificate of Good Standing) (ROBINSON, MARK) (Entered: 04/11/2022) |
| 04/12/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2967 MOTION to Appear Pro Hac Vice by Mark P. Robinson, Jr. (requirements met) (djb) (Entered: 04/12/2022) |
| 04/12/2022 | 2968 | MOTION to Appear Pro Hac Vice by Lauren Russ.( Filing fee $ 208 receipt number AFLNDC-6926574.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (RUSS, LAUREN) (Entered: 04/12/2022) |
| 04/12/2022 | 2969 | MOTION to Appear Pro Hac Vice by Matthew P. Smith.( Filing fee $ 208 receipt number AFLNDC-6926625.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (SMITH, MATTHEW) (Entered: 04/12/2022) |
| 04/12/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2968 MOTION to Appear Pro Hac Vice by Lauren Russ (requirements not met); 2969 MOTION to Appear Pro Hac Vice by Matthew P. Smith. (requirements met) (djb) (Entered: 04/12/2022) |
| 04/12/2022 | 2970 | MOTION to Appear Pro Hac Vice by Randall L. Christian.( Filing fee $ 208 receipt number AFLNDC-6926972.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (CHRISTIAN, RANDALL) (Entered: 04/12/2022) |
| 04/12/2022 | 2971 | NOTICE of Appearance by BRETT A ZEKOWSKI on behalf of NOTICE ONLY (ZEKOWSKI, BRETT) (Entered: 04/12/2022) |
| 04/12/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2970 MOTION to Appear Pro Hac Vice by Randall L. Christian. (requirements met) (djb) (Entered: 04/12/2022) |
| 04/12/2022 | 2972 | ORDER. The Court will hold a conference on **Tuesday, April 19th, 2022 at 10AM CST** to discuss a Wave-related matter. Counsel may appear in person or via telephone. Signed by JUDGE M CASEY RODGERS on 4/12/2022. (djb) (Entered: 04/12/2022) |
| 04/12/2022 | 2973 | DOCKET ANNOTATION BY COURT: Please use these Conference Call Instructions for 2972 Order setting the Conference to begin at **10:00 am Central on Tuesday, April 19, 2022.** - To connect to the conference call, dial: 1-888-684-8852 - You will be prompted for the access code: 8296522 - Once the host has connected, you will be prompted for the security code: 3192885 |

| | | Please **mute** your incoming volume and DO NOT place your phone on hold if your office has on hold music. (blr) (blr). (Main Document 2973 replaced on 4/12/2022) (blr). (Entered: 04/12/2022) |
|---|---|---|
| 04/13/2022 | 2974 | MOTION to Withdraw as Attorney *Neil D. Overholtz* by LEAD COUNSEL FOR PLAINTIFFS. (AYLSTOCK, BRYAN) (Entered: 04/13/2022) |
| 04/13/2022 | 2975 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) Certified - 10 actions re: MDLNo. 2885. Inasmuch as no objection is pending at this time, the stay is lifted.Signed by Clerk of the Panel John W. Nichols on 4/13/2022. (Attachments: # 1 CTO-150 Finalized) (djb) (Entered: 04/13/2022) |
| 04/13/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2974 MOTION to Withdraw as Attorney Neil D. Overholtz (djb) (Entered: 04/13/2022) |
| 04/13/2022 | 2976 | MOTION to Appear Pro Hac Vice by Ashley Flynn.( Filing fee $ 208 receipt number AFLNDC-6930668.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (FLYNN, ASHLEY) (Entered: 04/13/2022) |
| 04/13/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2976 MOTION to Appear Pro Hac Vice by Ashley Flynn. (requirements met) (djb) (Entered: 04/13/2022) |
| 04/13/2022 | 2977 | Amended MOTION to Appear Pro Hac Vice( Filing fee $ 208 receipt number AFLNDC-6931487.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A to Amended Motion to Appear Pro Hac Vice) (RUSS, LAUREN) Modified on 4/13/2022 to note that the finance department notified of the second filing fee (djb). (Entered: 04/13/2022) |
| 04/13/2022 | 2978 | MOTION to Appear Pro Hac Vice by David J. Koob.( Filing fee $ 208 receipt number AFLNDC-6931565.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (KOOB, DAVID) (Entered: 04/13/2022) |
| 04/13/2022 | 2979 | MOTION to Appear Pro Hac Vice by William P. Thomas.( Filing fee $ 208 receipt number AFLNDC-6931612.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (THOMAS, WILLIAM) (Entered: 04/13/2022) |
| 04/13/2022 | 2980 | MOTION to Appear Pro Hac Vice by Michael E. McWilliams.( Filing fee $ 208 receipt number AFLNDC-6931669.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Errata A - Certificate of Good Standing) (MCWILLIAMS, MICHAEL) (Entered: 04/13/2022) |
| 04/13/2022 | 2981 | MOTION to Appear Pro Hac Vice by Ben Johnson Scott.( Filing fee $ 208 receipt number AFLNDC-6931740.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (SCOTT, BEN) (Entered: 04/13/2022) |
| 04/13/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY |

| | | |
|---|---|---|
| | | RODGERS notified that action is needed Re: 2977 Amended MOTION to Appear Pro Hac Vice by Lauren Russ (requirements met) (djb) (Entered: 04/13/2022) |
| 04/13/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2979 MOTION to Appear Pro Hac Vice by William P. Thomas; 2980 MOTION to Appear Pro Hac Vice by Michael E. McWilliams; 2978 MOTION to Appear Pro Hac Vice by David J. Koob; 2981 MOTION to Appear Pro Hac Vice by Ben Johnson Scott. (requirements met) (djb) (Entered: 04/13/2022) |
| 04/13/2022 | 2982 | MOTION to Appear Pro Hac Vice by Patrick L. DeLaune.( Filing fee $ 208 receipt number AFLNDC-6932454.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (DELAUNE, PATRICK) (Entered: 04/13/2022) |
| 04/13/2022 | 2983 | MOTION to Appear Pro Hac Vice by Mary R. Pawelek.( Filing fee $ 208 receipt number AFLNDC-6932530.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (PAWELEK, MARY) (Entered: 04/13/2022) |
| 04/13/2022 | 2984 | MOTION to Appear Pro Hac Vice by Nancy M. Erfle.( Filing fee $ 208 receipt number AFLNDC-6932913.) by 3M COMPANY. (ERFLE, NANCY) (Entered: 04/13/2022) |
| 04/14/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2982 MOTION to Appear Pro Hac Vice by Patrick L. DeLaune; 2984 MOTION to Appear Pro Hac Vice by Nancy M. Erfle; 2983 MOTION to Appear Pro Hac Vice by Mary R. Pawelek. (requirements met) (djb) (Entered: 04/14/2022) |
| 04/14/2022 | 2985 | MOTION to Appear Pro Hac Vice by Paul Stokely Rosenblatt.( Filing fee $ 208 receipt number AFLNDC-6933919.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (ROSENBLATT, PAUL) (Entered: 04/14/2022) |
| 04/14/2022 | 2986 | MOTION to Appear Pro Hac Vice by Melody McAnally.( Filing fee $ 208 receipt number AFLNDC-6934087.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Certificate of Good Standing) (MCANALLY, MELODY) (Entered: 04/14/2022) |
| 04/14/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2986 MOTION to Appear Pro Hac Vice by Melody McAnally; 2985 MOTION to Appear Pro Hac Vice by Paul Stokely Rosenblatt. (requirements met) (djb) (Entered: 04/14/2022) |
| 04/14/2022 | 2987 | MOTION to Appear Pro Hac Vice by LeaAnn Smith.( Filing fee $ 208 receipt number AFLNDC-6934332.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (SMITH, LEA ANN) (Entered: 04/14/2022) |
| 04/14/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2987 MOTION to Appear Pro Hac Vice by LeaAnn Smith. (requirements met) (djb) (Entered: 04/14/2022) |

| 04/14/2022 | [2988](#) | ORDER granting [2974](#) Motion to Withdraw as Attorney. Attorney NEIL DUANE OVERHOLTZ terminated. Signed by JUDGE M CASEY RODGERS on 4/14/2022. (djb) (Entered: 04/14/2022) |
|---|---|---|
| 04/14/2022 | [2989](#) | CASE MANAGEMENT ORDER NO. 41 (Transition Order #5). Signed by JUDGE M CASEY RODGERS on 4/14/2022. (Attachments: # [1](#) Exhibit A) (djb) (Entered: 04/14/2022) |
| 04/14/2022 | [2990](#) | ORDER. This Order addresses those plaintiffs who failed to cure census form deficiencies as required by Pretrial Order No. 81. ECF No. [1848](#) . BrownGreer PLC has notified the Court that the 7,686 plaintiffs identified on Exhibit A failed to cure census form deficiencies within the applicable deadlines set forth in Pretrial Order No. 81. These plaintiffs will be given a final opportunity to cure the deficiencies, or their cases will be dismissed. For any plaintiff failing to cure the noted deficiencies within 10 days of the date of this Order, his/her case will be dismissed with prejudice, in light of the repeated violations of this Courts orders (Pretrial OrderNo. 81 and this Order). Signed by JUDGE M CASEY RODGERS on 4/14/2022. (Attachments: # [1](#) Exhibit A) (alb) (Entered: 04/14/2022) |
| 04/14/2022 | [2991](#) | MOTION for Order to Show Cause *Based on Failure to Comply With Discovery* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B) (BRANSCOME, KIMBERLY) (Entered: 04/14/2022) |
| 04/15/2022 | [2992](#) | CASE MANAGEMENT ORDER NO. 42 Census Deficiency Process. Signed by JUDGE M CASEY RODGERS on 4/15/2022. (djb) (Entered: 04/15/2022) |
| 04/15/2022 | [2993](#) | MOTION to Appear Pro Hac Vice by Kent Britt.( Filing fee $ 208 receipt number AFLNDC-6937056.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # [1](#) Exhibit A - Certificate of Good Standing) (BRITT, KENT) (Entered: 04/15/2022) |
| 04/15/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [2993](#) MOTION to Appear Pro Hac Vice by Kent Britt. (requirements met) (djb) (Entered: 04/15/2022) |
| 04/15/2022 | [2994](#) | ORDER granting [2970](#) MOTION to Appear Pro Hac Vice by Randall L. Christian, [2979](#) MOTION to Appear Pro Hac Vice by William P. Thomas, [2969](#) MOTION to Appear Pro Hac Vice by Matthew P. Smith, [2980](#) MOTION to Appear Pro Hac Vice by Michael E. McWilliams, [2967](#) MOTION to Appear Pro Hac Vice by Mark P. Robinson, Jr., [2982](#) MOTION to Appear Pro Hac Vice by Patrick L. DeLaune, [2984](#) MOTION to Appear Pro Hac Vice by Nancy M. Erfle, [2977](#) Amended MOTION to Appear Pro Hac Vice by Lauren Russ, [2983](#) MOTION to Appear Pro Hac Vice by Mary R. Pawelek, [2978](#) MOTION to Appear Pro Hac Vice by David J. Koob, [2981](#) MOTION to Appear Pro Hac Vice by Ben Johnson Scott, [2976](#) MOTION to Appear Pro Hac Vice by Ashley Flynn. Signed by JUDGE M CASEY RODGERS on 4/15/2022. (Attachments: # [1](#) Exhibit A) (djb) (Entered: 04/15/2022) |
| 04/15/2022 | [2995](#) | MOTION to Appear Pro Hac Vice by Mary Caroline Farris.( Filing fee $ 208 receipt number AFLNDC-6937895.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit Certificate of Good Standing in Alabama) (FARRIS, MARY) (Entered: 04/15/2022) |
| 04/15/2022 | [2996](#) | MOTION to Appear Pro Hac Vice by Clayton Patrick Boylen.( Filing fee $ 208 receipt number AFLNDC-6937923.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit Certificate |

| | | of Good Standing - Alabama Bar Association) (BOYLEN, CLAYTON) (Entered: 04/15/2022) |
|---|---|---|
| 04/15/2022 | 2997 | NOTICE of Appearance by DAVID JAMES KOOB on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (KOOB, DAVID) (Entered: 04/15/2022) |
| 04/15/2022 | 2998 | NOTICE of Appearance by DAVID JAMES KOOB on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (KOOB, DAVID) (Entered: 04/15/2022) |
| 04/15/2022 | 2999 | NOTICE of Appearance by DAVID JAMES KOOB on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (KOOB, DAVID) (Entered: 04/15/2022) |
| 04/15/2022 | 3000 | NOTICE of Appearance by DAVID JAMES KOOB on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (KOOB, DAVID) (Entered: 04/15/2022) |
| 04/15/2022 | 3001 | NOTICE of Appearance by DAVID JAMES KOOB on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (KOOB, DAVID) (Entered: 04/15/2022) |
| 04/15/2022 | 3002 | NOTICE of Appearance by DAVID JAMES KOOB on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (KOOB, DAVID) (Entered: 04/15/2022) |
| 04/15/2022 | 3003 | ORDER. BrownGreer is directed to close access to MDL Centrality for the claimants identified on Exhibit A and any claimant who does not timely comply with Pretrial Order No. 22 or Case Management Order No. 24 and to notify each claimant of the closure. Signed by JUDGE M CASEY RODGERS on 4/15/2022. (Attachments: # 1 Exhibit A) (djb) (Entered: 04/15/2022) |
| 04/15/2022 | 3004 | CASE MANAGEMENT ORDER NO. 43 Plaintiff Leadership Reappointments. On May 22, 2019, the plaintiff leadership team for this litigation was appointed to a one-year term, expiring on May 22, 2020, with the option to apply for reappoint annually. See PTO 7, ECF No. 376 . This Order establishes the reappointment application process for the term beginning in May 2022. Signed by JUDGE M CASEY RODGERS on 4/15/2022. (djb) (Entered: 04/15/2022) |
| 04/15/2022 | 3005 | DOCKET ANNOTATION BY COURT: NOTICE TO COUNSEL, David Koob. One Notice of Appearance is sufficient in the Lead Case. Docket appearances in individual civil cases. Re 3000 Notice of Appearance, 3002 Notice of Appearance, 2998 Notice of Appearance, 2999 Notice of Appearance, 2997 Notice of Appearance, 3001 Notice of Appearance. (djb) (Entered: 04/15/2022) |
| 04/15/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 2995 MOTION to Appear Pro Hac Vice by Mary Caroline Farris; 2996 MOTION to Appear Pro Hac Vice by Clayton Patrick Boylen. (requirements met) (djb) (Entered: 04/15/2022) |
| 04/15/2022 | 3006 | MOTION to Appear Pro Hac Vice by Leah Ledford.( Filing fee $ 208 receipt number |

| | | |
|---|---|---|
| | | AFLNDC-6939251.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (LEDFORD, LEAH) (Entered: 04/15/2022) |
| 04/15/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3006 MOTION to Appear Pro Hac Vice by Leah Ledford. (requirements met) (djb) (Entered: 04/15/2022) |
| 04/15/2022 | 3007 | NOTICE of Appearance by RANDALL L CHRISTIAN on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (CHRISTIAN, RANDALL) (Entered: 04/15/2022) |
| 04/15/2022 | 3008 | NOTICE of Appearance by MARY R PAWELEK on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (PAWELEK, MARY) (Entered: 04/15/2022) |
| 04/15/2022 | 3009 | NOTICE of Appearance by PATRICK L DELAUNE on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (DELAUNE, PATRICK) (Entered: 04/15/2022) |
| 04/17/2022 | 3010 | MOTION to Appear Pro Hac Vice by Ronald D. Baker.( Filing fee $ 208 receipt number AFLNDC-6940662.) by NOTICE ONLY. (BAKER, RONALD) Modified on 4/18/2022 to correct filer (djb). (Entered: 04/17/2022) |
| 04/18/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3010 MOTION to Appear Pro Hac Vice by Ronald D. Baker. (requirements not met) (djb) (Entered: 04/18/2022) |
| 04/18/2022 | 3011 | MOTION to Appear Pro Hac Vice by Andrew B. Johnson.( Filing fee $ 208 receipt number AFLNDC-6941032.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Cert of Good Standing) (JOHNSON, ANDREW) (Entered: 04/18/2022) |
| 04/18/2022 | 3012 | MOTION for Leave to Appear , MOTION to Appear Pro Hac Vice by Matthew Kolodoski.( Filing fee $ 208 receipt number AFLNDC-6941035.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (KOLODOSKI, MATTHEW) (Entered: 04/18/2022) |
| 04/18/2022 | 3013 | RESPONSE to Motion re 2991 MOTION for Order to Show Cause *Based on Failure to Comply With Discovery (Plaintiff Brett Johnson)* filed by NOTICE ONLY. (ERICKSON, MARC) (Entered: 04/18/2022) |
| 04/18/2022 | 3014 | NOTICE *of Filing Verification of Compliance with PTO 4 and Destruction of Juror Questionnaires on behalf of Bellwether Plaintiff Jonathon Vaughn* by LEAD COUNSEL FOR PLAINTIFFS (AYLSTOCK, BRYAN) (Entered: 04/18/2022) |
| 04/18/2022 | 3015 | NOTICE of Appearance by LAUREN A RUSS on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (RUSS, LAUREN) (Entered: 04/18/2022) |
| 04/18/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3011 MOTION to Appear Pro Hac Vice |

| | | |
|---|---|---|
| | | by Andrew B. Johnson; 3012 MOTION for Leave to Appear MOTION to Appear Pro Hac Vice by Matthew Kolodoski. (requirements met) (djb) (Entered: 04/18/2022) |
| 04/18/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3013 Response to Motion re 2991 MOTION for Order to Show Cause Based on Failure to Comply With Discovery (djb) (Entered: 04/18/2022) |
| 04/18/2022 | 3016 | MOTION to Appear Pro Hac Vice by Eugene A. Arbaugh, Jr..( Filing fee $ 208 receipt number AFLNDC-6942431.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Standing, # 2 Exhibit Exhibit B - Related Cases, # 3 Text of Proposed Order Proposed Order Granting Motion to Appear Pro Hac Vice) (ARBAUGH, EUGENE) (Entered: 04/18/2022) |
| 04/18/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3016 MOTION to Appear Pro Hac Vice by Eugene A. Arbaugh, Jr. (requirements met) (djb) (Entered: 04/18/2022) |
| 04/18/2022 | 3017 | MEMORANDUM in Opposition re 2935 MOTION to Compel *Against the Department of Defense and the Department of Veterans Affairs* filed by DEPARTMENT OF DEFENSE, Department of Veterans Affairs. (Attachments: # 1 Affidavit (Wald Declaration), # 2 Affidavit (Cooper Declaration)) (KOLSKY, JOSHUA) (Entered: 04/18/2022) |
| 04/18/2022 | 3018 | NOTICE *of Verification of Compliance with Pretrial Order No. 4 and Destruction of Juror Questionnaires* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BROCK, ROBERT) (Entered: 04/18/2022) |
| 04/19/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3017 Memorandum in Opposition to Motion, 2935 MOTION to Compel Against the Department of Defense and the Department of Veterans Affairs (djb) (Entered: 04/19/2022) |
| 04/19/2022 | 3019 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-151) Certified - 22 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 4/19/2022. (Attachments: # 1 CTO-151 Finalized) (djb) (Entered: 04/19/2022) |
| 04/19/2022 | 3020 | MOTION to Withdraw as Attorney *Motion for Withdrawal of Counsel for Plaintiff Nicholas Guillen* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit) (ZATEZALO, J) (Entered: 04/19/2022) |
| 04/19/2022 | 3021 | DOCKET ANNOTATION BY COURT: Note to Counsel Please file the motion to withdraw in the individual civil case. This motion will be terminated without referral. Re 3020 MOTION to Withdraw as Attorney *Motion for Withdrawal of Counsel for Plaintiff Nicholas Guillen* filed by LEAD COUNSEL FOR PLAINTIFFS (djb) (Entered: 04/19/2022) |
| 04/19/2022 | 3022 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS: CONFERENCE held on 4/19/2022. Court and counsel discuss Wave-related matters. Attendance of counsel in person, via telephone, Judge Herndon, Judge Jones and Adriane Theis via Zoom. (Court Reporter Donna Boland.) (blr) (Entered: 04/19/2022) |
| 04/19/2022 | 3023 | First MOTION to Appear Pro Hac Vice by Christina L. Hutchins.( Filing fee $ 208 receipt number AFLNDC-6944451.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (HUTCHINS, CHRISTINA) (Entered: 04/19/2022) |
| 04/19/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY |

| | | RODGERS notified that action is needed Re: 3023 First MOTION to Appear Pro Hac Vice by Christina L. Hutchins. (requirements met) (djb) (Entered: 04/19/2022) |
|---|---|---|
| 04/19/2022 | 3024 | MOTION to Appear Pro Hac Vice by Keith C. Mier.( Filing fee $ 208 receipt number AFLNDC-6945082.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (MIER, KEITH) (Entered: 04/19/2022) |
| 04/19/2022 | 3025 | MOTION to Appear Pro Hac Vice by Catherine Heacox.( Filing fee $ 208 receipt number AFLNDC-6945110.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (HEACOX, CATHERINE) (Entered: 04/19/2022) |
| 04/19/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3024 MOTION to Appear Pro Hac Vice by Keith C. Mier; 3025 MOTION to Appear Pro Hac Vice by Catherine Heacox. (requirements met) (djb) (Entered: 04/19/2022) |
| 04/20/2022 | 3026 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of CONFERENCE Proceedings held on April 19, 2022, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Email: Donna_Boland@flnd.uscourts.gov. _Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER._ Redaction Request due **4/27/2022**. Release of Transcript Restriction set for **7/26/2022**. (dlb) (Entered: 04/20/2022) |
| 04/20/2022 | 3027 | ORDER. Defendants' 2991 MOTION for Order to Show Cause Based on Failure to Comply With Discovery is GRANTED, in part. All individual plaintiffs identified on Exhibits A and B are required to: (a.) Comply with the Court's Order, ECF No. 2787 , and the parties' stipulation, ECF No. 2468 , by submitting the required records authorizations and responding to Defendants' discovery requests by **April 25, 2022**. This is a new deadline for compliance and will be the last deadline set. (b.) File a response on his or her individual docket by **April 26, 2022**, that either: (i.) Confirms that the requisite materials were submitted to Defendants on April 25, 2022; or (ii.) If the requisite materials were not submitted, SHOWS CAUSE why his or her case should not be dismissed with prejudice for failure to prosecute and failure to comply with two of the Court's Orders. (c.) Failure to comply with this Order will result in dismissal of a case with prejudice. (d.) The Clerk is directed to enter a copy of this Order on the MDL docket and on the individual docket for each of the cases identified on Exhibits A and B. Signed by JUDGE M CASEY RODGERS on 4/20/2022. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (djb) (Entered: 04/20/2022) |
| 04/20/2022 | 3028 | MOTION to Appear Pro Hac Vice by James B. Lind.( Filing fee $ 208 receipt number AFLNDC-6948160.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (LIND, JAMES) (Entered: 04/20/2022) |
| 04/21/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3028 MOTION to Appear Pro Hac Vice by James B. Lind. (requirements met) (djb) (Entered: 04/21/2022) |
| 04/21/2022 | 3029 | MOTION to Appear Pro Hac Vice by Jerry W. Blackwell.( Filing fee $ 208 receipt number AFLNDC-6948832.) by 3M COMPANY. (BLACKWELL, JERRY) (Entered: |

| | | 04/21/2022) |
|---|---|---|
| 04/21/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3029 MOTION to Appear Pro Hac Vice by Jerry W. Blackwell. (requirements met) (djb) (Entered: 04/21/2022) |
| 04/21/2022 | 3030 | MOTION for Leave to File *Reply Memorandum in Support of Motion to Compel* 2935 by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (Entered: 04/21/2022) |
| 04/21/2022 | 3031 | MOTION to Appear Pro Hac Vice by Martin Schneider.( Filing fee $ 208 receipt number AFLNDC-6949366.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (SCHNEIDER, MARTIN) (Entered: 04/21/2022) |
| 04/21/2022 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 2935 MOTION to Compel Against the Department of Defense and the Department of Veterans Affairs, 2936 MOTION to Seal Exhibits 1-16 to Defendants 2935 Motion to Compel Against the Department of Defense and the Department of Veterans Affairs, 3017 Memorandum in Opposition to Motion, 3030 MOTION for Leave to File Reply Memorandum in Support of Motion to Compel Referred to GARY R JONES. (djb) (Entered: 04/21/2022) |
| 04/21/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3031 MOTION to Appear Pro Hac Vice by Martin Schneider. (requirements met) (djb) (Entered: 04/21/2022) |
| 04/21/2022 | 3032 | RESPONSE in Opposition re 3030 MOTION for Leave to File *Reply Memorandum in Support of Motion to Compel* 2935 filed by LEAD COUNSEL FOR PLAINTIFFS. (AYLSTOCK, BRYAN) (Entered: 04/21/2022) |
| 04/21/2022 | 3033 | MOTION to Appear Pro Hac Vice by Rachael Weatherly.( Filing fee $ 208 receipt number AFLNDC-6950762.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (WEATHERLY, RACHAEL) (Entered: 04/21/2022) |
| 04/22/2022 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 3032 Response in Opposition to Motion, 3030 MOTION for Leave to File *Reply Memorandum in Support of* 2935 *Motion to Compel. (djb) (Entered: 04/22/2022)* |
| 04/22/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3033 MOTION to Appear Pro Hac Vice by Rachael Weatherly. (requirements met) (djb) (Entered: 04/22/2022) |
| 04/22/2022 | 3034 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-152) Certified - 31 actions re: MDLNo. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 4/22/2022. (Attachments: # 1 CTO-152 Finalized) (djb) (Entered: 04/22/2022) |
| 04/22/2022 | 3035 | ORDER granting 3011 MOTION to Appear Pro Hac Vice by Andrew B. Johnson, 2995 MOTION to Appear Pro Hac Vice by Mary Caroline Farris, 2996 MOTION to Appear Pro Hac Vice by Clayton Patrick Boylen, 3024 MOTION to Appear Pro Hac Vice by Keith C. Mier, 3028 MOTION to Appear Pro Hac Vice by James B. Lind, 2986 MOTION to Appear Pro Hac Vice by Melody McAnally, 3025 MOTION to Appear Pro Hac Vice by Catherine Heacox, 3033 MOTION to Appear Pro Hac Vice by Rachael Weatherly, 3023 First MOTION to Appear Pro Hac Vice by Christina L. Hutchins, 3016 |

| | | MOTION to Appear Pro Hac Vice by Eugene A. Arbaugh, Jr., 2987 MOTION to Appear Pro Hac Vice by LeaAnn Smith, 3010 MOTION to Appear Pro Hac Vice by Ronald D. Baker, 2993 MOTION to Appear Pro Hac Vice by Kent Britt, 3006 MOTION to Appear Pro Hac Vice by Leah Ledford, 3012 MOTION to Appear Pro Hac Vice by Matthew Kolodoski, 3029 MOTION to Appear Pro Hac Vice by Jerry W. Blackwell, 2985 MOTION to Appear Pro Hac Vice by Paul Stokely Rosenblatt, 3031 MOTION to Appear Pro Hac Vice by Martin Schneider. Signed by JUDGE M CASEY RODGERS on 4/22/2022. (djb) (Entered: 04/22/2022) |
|---|---|---|
| 04/22/2022 | 3036 | MOTION to Appear Pro Hac Vice by Kimberly W. Herlihy.( Filing fee $ 208 receipt number AFLNDC-6951578.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (HERLIHY, KIMBERLY) (Entered: 04/22/2022) |
| 04/22/2022 | 3037 | MOTION to Appear Pro Hac Vice by Kerry Lynn Rhoads.( Filing fee $ 208 receipt number AFLNDC-6952102.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Cert of Good Standing) (RHOADS, KERRY) (Entered: 04/22/2022) |
| 04/22/2022 | 3038 | NOTICE of Appearance by KERRY LYNN RHOADS on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (RHOADS, KERRY) (Entered: 04/22/2022) |
| 04/22/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3036 MOTION to Appear Pro Hac Vice by Kimberly W. Herlihy; 3037 MOTION to Appear Pro Hac Vice by Kerry Lynn Rhoads. (requirements met) (djb) (Entered: 04/22/2022) |
| 04/22/2022 | 3039 | ORDER granting 2936 Motion to Seal, on a temporary basis. The Clerk is directed to file Exhibits 1-16 to Defendants Motion to Compel, ECF No. 2935 , under seal until such time as a hearing can be scheduled for the Court to hear argument on the matter. Signed by MAGISTRATE JUDGE GARY R JONES on 4/22/2022. (djb) (Entered: 04/22/2022) |
| 04/22/2022 | 3040 | NOTICE of Appearance by KEITH C MIER on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (MIER, KEITH) (Entered: 04/22/2022) |
| 04/22/2022 | 3041 | NOTICE *OF DECLARATION OF COUNSEL GERALD SINGLETON RE COMPLIANCE WITH CMO 40* by NOTICE ONLY (Attachments: # 1 Exhibit) (SINGLETON, GERALD) (Entered: 04/22/2022) |
| 04/25/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3041 NOTICE OF DECLARATION OF COUNSEL GERALD SINGLETON RE COMPLIANCE WITH CMO 40 (djb) (Entered: 04/25/2022) |
| 04/25/2022 | 3042 | NOTICE of Appearance by JAMES LEE HEALY on behalf of NOTICE ONLY (HEALY, JAMES) (Entered: 04/25/2022) |
| 04/25/2022 | 3043 | MOTION to Appear Pro Hac Vice by Jordan N. Walker.( Filing fee $ 208 receipt number AFLNDC-6955388.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, |

| | | |
|---|---|---|
| | | AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (WALKER, JORDAN) (Entered: 04/25/2022) |
| 04/25/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3043 MOTION to Appear Pro Hac Vice by Jordan N. Walker. (requirements met) (djb) (Entered: 04/25/2022) |
| 04/25/2022 | 3044 | MOTION to Appear Pro Hac Vice by Kimberly Bessiere Martin.( Filing fee $ 208 receipt number AFLNDC-6957874.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (MARTIN, KIMBERLY) (Entered: 04/25/2022) |
| 04/26/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3044 MOTION to Appear Pro Hac Vice by Kimberly Bessiere Martin. (requirements met) (djb) (Entered: 04/26/2022) |
| 04/26/2022 | 3045 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-153) - 28 actions. re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 4/26/2022. (Attachments: # 1 CTO-153 Finalized) (djb) (Entered: 04/26/2022) |
| 04/26/2022 | 3046 | MOTION to Appear Pro Hac Vice by Mark G. Montiel, Jr.( Filing fee $ 208 receipt number AFLNDC-6961615.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (MONTIEL, MARK) (Entered: 04/26/2022) |
| 04/26/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3046 MOTION to Appear Pro Hac Vice by Mark G. Montiel, Jr..(requirements not met) (djb) (Entered: 04/26/2022) |
| 04/26/2022 | 3047 | MOTION to Appear Pro Hac Vice by Aderius Ross.( Filing fee $ 208 receipt number AFLNDC-6962106.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (ROSS, ADERIUS) (Entered: 04/26/2022) |
| 04/26/2022 | 3048 | NOTICE OF NAME CHANGE by NOTICE ONLY (BERG, NICOLE) (Entered: 04/26/2022) |
| 04/26/2022 | 3049 | ORDER denying 2935 MOTION to Compel; denying 3030 MOTION for Leave to File Reply. Signed by MAGISTRATE JUDGE GARY R JONES on 4/26/2022. (kdm) (Entered: 04/27/2022) |
| 04/27/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3047 MOTION to Appear Pro Hac Vice by Aderius Ross. (requirements met) (djb) (Entered: 04/27/2022) |
| 04/27/2022 | 3050 | MOTION to Appear Pro Hac Vice by Kevin J. Malloy.( Filing fee $ 208 receipt number AFLNDC-6962789.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (MALLOY, KEVIN) (Entered: 04/27/2022) |
| 04/27/2022 | 3051 | **Filed in Error** COMPLAINT SHORT FORM against 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC ( Filing fee $ 402 receipt number AFLNDC-6964615.), filed by MARC SHOFF. (FRIEND, DAVID) Modified on 4/27/2022 (djb). **Finance Department notified**. (Entered: 04/27/2022) |
| 04/27/2022 | 3052 | **Filed in Error** COMPLAINT SHORT FORM against 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO |

| | | INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC ( Filing fee $ 402 receipt number AFLNDC-6964680.), filed by AARON BAILEY. (FRIEND, DAVID) Modified on 4/27/2022 (djb). **Finance Department Notifed** (Entered: 04/27/2022) |
|---|---|---|
| 04/27/2022 | 3053 | DOCKET ANNOTATION BY COURT: NOTICE to Counsel, David L. Friend - Complaints filed in Error in the Lead case. Please open an individual civil case for these complaints. Finance department will be notified to request a refund for the filing fees. Re 3052 Complaint filed by AARON BAILEY, 3051 Complaint filed by MARC SHOFF (djb) (Entered: 04/27/2022) |
| 04/27/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3050 MOTION to Appear Pro Hac Vice by Kevin J. Malloy. (requirements met) (djb) (Entered: 04/27/2022) |
| 04/27/2022 | 3054 | MOTION to Appear Pro Hac Vice by Jared Grisham.( Filing fee $ 208 receipt number AFLNDC-6965312.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (GRISHAM, JARED) (Entered: 04/27/2022) |
| 04/27/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3054 MOTION to Appear Pro Hac Vice by Jared Grisham. (requirements met) (djb) (Entered: 04/27/2022) |
| 04/28/2022 | 3055 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-154) Certified - 5 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 4/28/2022. (Attachments: # 1 CTO-154 Finalized) (djb) (Entered: 04/28/2022) |
| 04/28/2022 | 3056 | NOTICE *OF DECLARATION OF COUNSEL GREGORY D. BROWN RE COMPLIANCE WITH CMO 40* by NOTICE ONLY re 2911 Order, (Attachments: # 1 Exhibit 1) (BROWN, GREGORY) (Entered: 04/28/2022) |
| 04/29/2022 | 3057 | NOTICE of Appearance by CATHERINE T HEACOX on behalf of NOTICE ONLY (HEACOX, CATHERINE) (Entered: 04/29/2022) |
| 04/29/2022 | 3058 | NOTICE *of Withdrawal of Counsel (Orla O'Callaghan) Pursuant to Local Rule 11.1(H) (1)(B) and Request for Removal from Service List* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (O'CALLAGHAN, ORLA) (Entered: 04/29/2022) |
| 04/29/2022 | 3059 | NOTICE *of Withdrawal of Counsel (Travis Lenkner)* by NOTICE ONLY (LENKNER, TRAVIS) (Entered: 04/29/2022) |
| 04/29/2022 | 3060 | MOTION to Appear Pro Hac Vice by Jason E Fortenberry.( Filing fee $ 208 receipt number AFLNDC-6972474.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (FORTENBERRY, JASON) (Entered: 04/29/2022) |
| 04/29/2022 | 3061 | MOTION to Appear Pro Hac Vice by Rachal G. Rojas.( Filing fee $ 208 receipt number AFLNDC-6973584.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Standing, # 2 Text of Proposed Order Proposed Order) (ROJAS, RACHAL) (Entered: 04/29/2022) |
| 04/29/2022 | 3062 | MOTION to Appear Pro Hac Vice by Morris Dweck.( Filing fee $ 208 receipt number AFLNDC-6973374.) by NOTICE ONLY. (DWECK, MORRIS) (Entered: 04/29/2022) |

| 05/02/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3060 MOTION to Appear Pro Hac Vice by Jason E Fortenberry; 3061 MOTION to Appear Pro Hac Vice by Rachal G. Rojas; 3062 MOTION to Appear Pro Hac Vice by Morris Dweck. (requirements met) (djb) (Entered: 05/02/2022) |
|---|---|---|
| 05/02/2022 | 3063 | DOCKET ANNOTATION BY COURT: Notice to Counsel, Gregory Donald Brown Re 3056 Declaration of Counsel Gregory D. Brown Re Compliance With CMO 40 is to be filed in each individual civil case. (djb) (Entered: 05/02/2022) |
| 05/02/2022 | 3064 | ORDER granting 3046 MOTION to Appear Pro Hac Vice by Mark G. Montiel, Jr., 3060 MOTION to Appear Pro Hac Vice by Jason E Fortenberry, 3036 MOTION to Appear Pro Hac Vice by Kimberly W. Herlihy, 3061 MOTION to Appear Pro Hac Vice by Rachal G. Rojas, 3043 MOTION to Appear Pro Hac Vice by Jordan N. Walker, 3044 MOTION to Appear Pro Hac Vice by Kimberly Bessiere Martin, 3062 MOTION to Appear Pro Hac Vice by Morris Dweck, 3047 MOTION to Appear Pro Hac Vice by Aderius Ross, 3037 MOTION to Appear Pro Hac Vice by Kerry Lynn Rhoads, 3050 MOTION to Appear Pro Hac Vice by Kevin J. Malloy, 3054 MOTION to Appear Pro Hac Vice by Jared Grisham. Signed by JUDGE M CASEY RODGERS on 5/2/2022. (djb) (Entered: 05/02/2022) |
| 05/02/2022 | 3065 | MOTION to Appear Pro Hac Vice by Shelby S. Talley.( Filing fee $ 208 receipt number AFLNDC-6977256.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (TALLEY, SHELBY) (Entered: 05/02/2022) |
| 05/02/2022 | 3066 | NOTICE of Appearance by KEVIN JOSEPH MALLOY on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (MALLOY, KEVIN) (Entered: 05/02/2022) |
| 05/02/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3065 MOTION to Appear Pro Hac Vice by Shelby S. Talley. (requirements not met) (djb) (Entered: 05/02/2022) |
| 05/02/2022 | 3067 | MOTION to Appear Pro Hac Vice by Andrea N. Smithson.( Filing fee $ 208 receipt number AFLNDC-6979436.) by NOTICE ONLY. (Attachments: # 1 Exhibit 1 (Certificate of Good Standing)) (BURKE, DANIEL) (Entered: 05/02/2022) |
| 05/03/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3067 MOTION to Appear Pro Hac Vice by Andrea N. Smithson. (requirements met) (djb) (Entered: 05/03/2022) |
| 05/03/2022 | 3068 | NOTICE of Appearance by MICHELLE MOLINARO BURKE on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BURKE, MICHELLE) (Entered: 05/03/2022) |
| 05/03/2022 | 3069 | CASE MANAGEMENT ORDER NO. 44 (Transition Order #6). Signed by JUDGE M CASEY RODGERS on 5/03/2022. (Attachment: # 1 Exhibit A) (tvj) (Entered: 05/03/2022) |
| 05/04/2022 | 3070 | MOTION to Appear Pro Hac Vice by Kim Faden McClendon.( Filing fee $ 208 receipt number AFLNDC-6986849.) by 3M COMPANY. (MCCLENDON, KIM) (Entered: 05/04/2022) |
| 05/04/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3070 MOTION to Appear Pro Hac Vice by Kim Faden McClendon. (requirements met) (djb) (Entered: 05/04/2022) |

| 05/05/2022 | 3071 | NOTICE of Change of Address by JULIE KATHLEEN KURTZ (KURTZ, JULIE) (Entered: 05/05/2022) |
|---|---|---|
| 05/05/2022 | 3072 | STIPULATION *(JOINT) Regarding Expert Discovery for Wave Cases* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (Entered: 05/05/2022) |
| 05/05/2022 | 3073 | NOTICE of Appearance by LESLIE KROEGER on behalf of NOTICE ONLY (KROEGER, LESLIE) (Entered: 05/05/2022) |
| 05/06/2022 | 3074 | **Filed in Error** NOTICE OF TRANSITION by NOTICE ONLY (KROTTINGER, KATHARINE) Modified on 5/9/2022 (djb). (Entered: 05/06/2022) |
| 05/06/2022 | 3075 | **Filed in Error** NOTICE *of Designation of Forum FLMD, Jacksonville* by NOTICE ONLY (KROTTINGER, KATHARINE) Modified on 5/9/2022 (djb). (Entered: 05/06/2022) |
| 05/06/2022 | 3076 | ORDER - The plaintiffs' cases identified on Exhibit A are hereby DISMISSED WITHOUT PREJUDICE for failure to comply with a court order. The Clerk is directed to enter a copy of this Order on the main MDL docket and on the individual dockets, and close the cases in their entirety for all purposes. Signed by JUDGE M CASEY RODGERS on 5/6/2022. (Attachments: # 1 Exhibit A) (erl) (Entered: 05/06/2022) |
| 05/06/2022 | 3077 | ORDER - The plaintiffs' cases identified on Exhibits A and B are hereby DISMISSED WITHOUT PREJUDICE for failure to comply with a court order. Active duty plaintiffs and non-veterans are hereby granted leave to file a motion to reopen their case, which must be accompanied by a statement clarifying their status with respect to military service. Any motion to reopen on this basis must be filed on the individual docket for a plaintiff's case only by June 6, 2022. The Clerk is directed to enter a copy of this Order on the main MDL docket and on the individual dockets, and close the cases in their entirety for all purposes. Signed by JUDGE M CASEY RODGERS on 5/6/2022. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (erl) (Entered: 05/06/2022) |
| 05/06/2022 | 3078 | ORDER - The plaintiffs identified on Exhibit A failed to submit a census form within the applicable deadlines set forth in Pretrial Order No. 18 and Pretrial Order No. 81. ECF Nos. 775 , 1848 . These plaintiffs will be given one final opportunity to submit their census form. For any plaintiff failing to submit a census form within 10 days of the date of this Order, his/her case will be dismissed with prejudice, in light of the repeated violations of this Court's orders (Pretrial Orders No. 18 and 81 and this Order). Signed by JUDGE M CASEY RODGERS on 5/6/2022. (Attachments: # 1 Exhibit A) (erl) (Entered: 05/06/2022) |
| 05/06/2022 | 3079 | CASE MANAGEMENT ORDER NO. 45 (Amended Wave Order #1 and #2). The Court sua sponte amends the Wave Order #1 and #2 deadlines in the following respects. All other aspects of Wave Order #1 and #2 remain in effect. Signed by JUDGE M CASEY RODGERS on 5/6/2022. (fs) (Entered: 05/06/2022) |
| 05/06/2022 | 3080 | CASE MANAGEMENT ORDER NO. 46 (Plaintiff Leadership Reappointments). Signed by JUDGE M CASEY RODGERS on 5/06/2022. (tvj) (Entered: 05/06/2022) |
| 05/06/2022 | 3081 | MOTION Reinstatement of Individual Action by CARL ANTOINE D SYLVAIN. (MURRAY, WILLIAM) (Entered: 05/06/2022) |
| 05/06/2022 | 3082 | MEMORANDUM in Support re 3081 MOTION Reinstatement of Individual Action filed by CARL ANTOINE D SYLVAIN. (MURRAY, WILLIAM) (Entered: 05/06/2022) |
| 05/06/2022 | 3084 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-155) Certified - 25 actions. re: MDL No. 2885. ) Inasmuch as no objection is pending at this time, the stay is lifted. |

| | | Signed by Clerk of the Panel John W. Nichols on 5/6/2022. (Attachments: # 1 CTO-155 Finalized) (djb) (Entered: 05/09/2022) |
|---|---|---|
| 05/09/2022 | 3083 | MOTION to Appear Pro Hac Vice by Kaylee A. Kohlmaier.( Filing fee $ 208 receipt number AFLNDC-7006910.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (KOHLMAIER, KAYLEE) (Entered: 05/09/2022) |
| 05/09/2022 | 3085 | DOCKET ANNOTATION BY COURT: Notice to Counsel, William P. Murray - The referenced documents have been incorrectly posted in the Lead 3M case. All pleadings should be filed in the individual civil case. Clerk will terminate the 3081 MOTION Reinstatement of Individual Action, and 3082 Memorandum in Support of Motion, without referral. (djb) (Entered: 05/09/2022) |
| 05/09/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3083 MOTION to Appear Pro Hac Vice by Kaylee A. Kohlmaier. (requirements not met) (djb) (Entered: 05/09/2022) |
| 05/09/2022 | 3086 | NOTICE *of Filing Verification of Compliance with PTO 4 and Destruction of Juror Questionnaires by Plaintiff James Beal* by LEAD COUNSEL FOR PLAINTIFFS (AYLSTOCK, BRYAN) (Entered: 05/09/2022) |
| 05/09/2022 | 3087 | MOTION to Appear Pro Hac Vice by Daniel Blucher.( Filing fee $ 208 receipt number AFLNDC-7013022.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BLUCHER, DANIEL) (Entered: 05/09/2022) |
| 05/09/2022 | 3088 | MOTION to Appear Pro Hac Vice by Mohammad Husan.( Filing fee $ 208 receipt number AFLNDC-7013178.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (HUSAN, MOHAMMAD) (Entered: 05/09/2022) |
| 05/09/2022 | 3089 | NOTICE *of Verification of Compliance with PTO No. 4 and Destruction of Juror Questionnaires* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BRANSCOME, KIMBERLY) (Entered: 05/09/2022) |
| 05/09/2022 | 3090 | NOTICE of Appearance by ANNE E ACCETTELLA on behalf of NOTICE ONLY (ACCETTELLA, ANNE) (Entered: 05/09/2022) |
| 05/10/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3088 MOTION to Appear Pro Hac Vice by Mohammad Husan; 3087 MOTION to Appear Pro Hac Vice by Daniel Blucher. (requirements met) (djb) (Entered: 05/10/2022) |
| 05/10/2022 | 3091 | MOTION to Appear Pro Hac Vice by Eric D. Olson.( Filing fee $ 208 receipt number AFLNDC-7019489.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (OLSON, ERIC) (Entered: 05/10/2022) |
| 05/10/2022 | 3092 | Notice of Withdrawal as Attorney *Adam J. Langino* by NOTICE ONLY. (KROEGER, LESLIE) Modified on 5/16/2022 (djb). (Entered: 05/10/2022) |
| 05/10/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3091 MOTION to Appear Pro Hac Vice by Eric D. Olson. (requirements met) (djb) (Entered: 05/10/2022) |
| 05/10/2022 | 3093 | NOTICE of Appearance by LEIGH ANNE HODGE on behalf of 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO |

| | | INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (HODGE, LEIGH ANNE) (Entered: 05/10/2022) |
|---|---|---|
| 05/11/2022 | 3094 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-156) Certified - 37 action(s) re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 5/11/2022. (Attachments: # 1 CTO-156 Finalized) (djb) (Entered: 05/11/2022) |
| 05/12/2022 | 3095 | ORDER - The 3065 Motion to Appear Pro Hac Vice by Shelby S. Talley is DENIED without prejudice for failure to identify any individual case pending within the MDL in which counsel appears as attorney of record. Signed by JUDGE M CASEY RODGERS on 5/12/2022. (djb) (Entered: 05/12/2022) |
| 05/12/2022 | 3096 | ORDER - The 3083 Motion to Appear Pro Hac Vice by Kaylee A. Kohlmaier is DENIED without prejudice for failure to identify any individual case pending within the MDL in which counsel appears as attorney of record. Signed by JUDGE M CASEY RODGERS on 5/12/2022. (djb) (Entered: 05/12/2022) |
| 05/12/2022 | 3097 | MOTION to Appear Pro Hac Vice by LAURENCE S BERMAN.( Filing fee $ 208 receipt number AFLNDC-7041199.) by NOTICE ONLY. (BERMAN, LAURENCE) (Entered: 05/12/2022) |
| 05/12/2022 | 3098 | ORDER granting 3088 MOTION to Appear Pro Hac Vice by Mohammad Husan, 3087 MOTION to Appear Pro Hac Vice by Daniel Blucher, 3070 MOTION to Appear Pro Hac Vice by Kim Faden McClendon, 3067 MOTION to Appear Pro Hac Vice by Andrea N. Smithson, 3091 MOTION to Appear Pro Hac Vice by Eric D. Olson. Signed by JUDGE M CASEY RODGERS on 5/12/2022. (djb) (Entered: 05/12/2022) |
| 05/12/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3097 MOTION to Appear Pro Hac Vice by LAURENCE S BERMAN. (requirements met) (djb) (Entered: 05/12/2022) |
| 05/12/2022 | 3099 | NOTICE of Appearance by ERIC D OLSON on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (OLSON, ERIC) (Entered: 05/12/2022) |
| 05/12/2022 | 3100 | MOTION to Appear Pro Hac Vice by Robert V. Greenlee.( Filing fee $ 208 receipt number BFLNDC-7042849.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (GREENLEE, ROBERT) (Entered: 05/12/2022) |
| 05/12/2022 | 3101 | Amended MOTION to Appear Pro Hac Vice by SHELBY S TALLEY. (Attachments: # 1 Certificate of Good Standing) (TALLEY, SHELBY) (Entered: 05/12/2022) |
| 05/12/2022 | 3102 | NOTICE of Defendants' Objection to Order Denying Motion to Compel Against the Government 3049 by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC re 3049 Order on Motion to Compel, Order on Motion for Leave to File (Attachments: # 1 Exhibit 17, # 2 Exhibit 18) (BROCK, ROBERT) (Entered: 05/12/2022) |
| 05/13/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3100 MOTION to Appear Pro Hac Vice by Robert V. Greenlee, 3101 Amended MOTION to Appear Pro Hac Vice by Shelby S. Talley (requirements met) (djb) (Entered: 05/13/2022) |
| 05/13/2022 | 3103 | MOTION to Appear Pro Hac Vice by Mark Hill.( Filing fee $ 208 receipt number |

| | | |
|---|---|---|
| | | AFLNDC-7046810.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (HILL, MARK) (Entered: 05/13/2022) |
| 05/13/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3103 MOTION to Appear Pro Hac Vice by Mark Hill. (djb) Modified on 5/13/2022 to note (requirements met) (djb). (Entered: 05/13/2022) |
| 05/13/2022 | 3104 | NOTICE of Appearance by DANIEL CHRISTOPHER BURKE on behalf of NOTICE ONLY (BURKE, DANIEL) (Entered: 05/13/2022) |
| 05/13/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3102 Notice of Defendants' Objection to Order Denying Motion to Compel Against the Government, 3049 Order on Motion to Compel, Order on Motion for Leave to File (djb) (Entered: 05/13/2022) |
| 05/13/2022 | 3105 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-157) Certified - 31 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 5/13/2022. (Attachments: # 1 CTO-157 Finalized) (djb) (Entered: 05/13/2022) |
| 05/13/2022 | 3106 | MOTION to Appear Pro Hac Vice by Susanna Moore Moldoveanu.( Filing fee $ 208 receipt number AFLNDC-7051821.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (MOLDOVEANU, SUSANNA) (Entered: 05/13/2022) |
| 05/13/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3106 MOTION to Appear Pro Hac Vice by Susanna Moore Moldoveanu. (requirements met) (djb) (Entered: 05/13/2022) |
| 05/13/2022 | 3107 | ORDER - Defendants' 3102 Objection to the Magistrate Judge's Order Denying Motion to Compel Against the Government is untimely and will not be considered. Signed by JUDGE M CASEY RODGERS on 5/13/2022. (djb) (Entered: 05/13/2022) |
| 05/16/2022 | 3108 | Amended MOTION to appear pro hac vice by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (KOHLMAIER, KAYLEE) (Entered: 05/16/2022) |
| 05/16/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3108 Amended MOTION to appear pro hac vice by Kaylee A Kohlmaier. (requirements met) (djb) (Entered: 05/16/2022) |
| 05/17/2022 | 3109 | MOTION to Appear Pro Hac Vice by Whitt Steineker.( Filing fee $ 208 receipt number AFLNDC-7070150.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Exhibit A) (STEINEKER, CLYDE) (Entered: 05/17/2022) |
| 05/17/2022 | 3110 | MOTION to Appear Pro Hac Vice by Elizabeth Raines.( Filing fee $ 208 receipt number AFLNDC-7071436.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (RAINES, ELIZABETH) (Entered: 05/17/2022) |
| 05/18/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3109 MOTION to Appear Pro Hac Vice by Whitt Steineker; 3110 MOTION to Appear Pro Hac Vice by Elizabeth Raines. (requirements met) (djb) (Entered: 05/18/2022) |

| | | |
|---|---|---|
| 05/18/2022 | 3111 | ORDER granting 3109 MOTION to Appear Pro Hac Vice by Whitt Steineker, 3100 MOTION to Appear Pro Hac Vice by Robert V. Greenlee, 3106 MOTION to Appear Pro Hac Vice by Susanna Moore Moldoveanu, 3108 Amended MOTION to appear pro hac vice by Kaylee Kohlmaier, 3101 Amended MOTION to Appear Pro Hac Vice by Shelby V Talley, 3110 MOTION to Appear Pro Hac Vice by Elizabeth Raines, 3103 MOTION to Appear Pro Hac Vice by Mark Hill. Signed by JUDGE M CASEY RODGERS on 5/18/2022. (djb) (Entered: 05/18/2022) |
| 05/18/2022 | 3112 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-158) Certified - 29 actions. re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 5/18/2022. (Attachments: # 1 CTO-158 Finalized) (djb) (Entered: 05/18/2022) |
| 05/18/2022 | 3113 | NOTICE *NOTICE of Withdrawal of Counsel (Kathryn Couey) and Request for Removal from Service List* by NOTICE ONLY (COUEY, KATHRYN) (Entered: 05/18/2022) |
| 05/18/2022 | 3114 | ORDER - The cases on Exhibit A were properly subject to the original law firms' submission deadline of April 22, 2022, and the plaintiffs' failure to timely submit the requisite forms constituted grounds for dismissal without prejudice. Signed by JUDGE M CASEY RODGERS on 5/18/2022. (Attachments: # 1 Exhibit A) (djb) (Entered: 05/18/2022) |
| 05/19/2022 | 3115 | MOTION to Appear Pro Hac Vice by Joseph P. Celotto.( Filing fee $ 208 receipt number AFLNDC-7080828.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A-Certificate of Good Standing) (CELOTTO, JOSEPH) (Entered: 05/19/2022) |
| 05/19/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3115 MOTION to Appear Pro Hac Vice by Joseph P. Celotto. (requirements met) (djb) (Entered: 05/19/2022) |
| 05/19/2022 | 3116 | MOTION to Appear Pro Hac Vice by Katelyn Ashton.( Filing fee $ 208 receipt number AFLNDC-7082553.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (ASHTON, KATELYN) (Entered: 05/19/2022) |
| 05/20/2022 | 3117 | Amended MOTION to Appear Pro Hac Vice by Katelyn Ashton.( Filing fee $ 208 receipt number AFLNDC-7084269.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (ASHTON, KATELYN) (Entered: 05/20/2022) |
| 05/20/2022 | 3118 | MOTION to Appear Pro Hac Vice by Jessica Naegely.( Filing fee $ 208 receipt number AFLNDC-7086092.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (NAEGELY, JESSICA) (Entered: 05/20/2022) |
| 05/20/2022 | 3119 | MOTION for Order to Show Cause *Based on Wave 2 Plaintiffs' Failure to Comply with Discovery* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N) (SUTHERLAND, KARI) (Entered: 05/20/2022) |

| 05/23/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3119 MOTION for Order to Show Cause Based on Wave 2 Plaintiffs' Failure to Comply with Discovery (djb) (Entered: 05/23/2022) |
|---|---|---|
| 05/23/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3118 MOTION to Appear Pro Hac Vice by Jessica Naegely; 3117 Amended MOTION to Appear Pro Hac Vice by Katelyn Ashton. (requirements met) (djb) (Entered: 05/23/2022) |
| 05/23/2022 | 3120 | ORDER - The cases identified on Exhibit A were dismissed without prejudice for failing to submit a DD214 Form or DoD Military Service Information Report by April 22, 2022, as required by Case Management Order No. 40, ECF No. 2911. See ECF Nos. 3076 & 3077. The Court has recently been advised that these cases were mistakenly placed on the list of delinquent plaintiffs due to a miscommunication between plaintiffs' counsel and BrownGreer. The Clerk is hereby directed to REOPEN these cases and return them to the Court's docket. Signed by JUDGE M CASEY RODGERS on 5/23/2022. (Attachments: # 1 Exhibit A) (djb) (Entered: 05/23/2022) |
| 05/23/2022 | 3121 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-159) Certified - 8 actions re: MDL No. 2885, ME/1:22-cv-00137, ME/1:22-cv-00138, ME/1:22-cv-00139, ME/1:22-cv-00140, ME/1:22-cv-00141, ME/1:22-cv-00142, MN/0:22-cv-01275, MN/0:22-cv-01279. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 5/23/2022. (Attachments: # 1 CTO-159 Finalized) (djb) (Entered: 05/23/2022) |
| 05/23/2022 | 3122 | MOTION to Appear Pro Hac Vice by John D. Hafemann.( Filing fee $ 208 receipt number AFLNDC-7092215.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (HAFEMANN, JOHN) (Entered: 05/23/2022) |
| 05/23/2022 | 3123 | MOTION to Appear Pro Hac Vice by Jeremy S. McKenzie.( Filing fee $ 208 receipt number AFLNDC-7092273.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (HAFEMANN, JOHN) (Entered: 05/23/2022) |
| 05/23/2022 | 3124 | MOTION to Appear Pro Hac Vice by David L. Rosenband.( Filing fee $ 208 receipt number AFLNDC-7092423.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (ROSENBAND, DAVID) (Entered: 05/23/2022) |
| 05/23/2022 | 3125 | MOTION to Appear Pro Hac Vice by Michelle Greene.( Filing fee $ 208 receipt number AFLNDC-7092655.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (GREENE, MICHELLE) Modified on 5/23/2022 (djb). (Entered: 05/23/2022) |
| 05/23/2022 | 3126 | CASE MANAGEMENT ORDER NO. 47 (Wave Order #3). Signed by JUDGE M CASEY RODGERS on 5/23/2022. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (djb) (Entered: 05/23/2022) |
| 05/23/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3124 MOTION to Appear Pro Hac Vice by David L. Rosenband; 3125 MOTION to Appear Pro Hac Vice by Michelle Greene; 3122 MOTION to Appear Pro Hac Vice by John D. Hafemann; 3123 MOTION to Appear Pro Hac Vice by Jeremy S. McKenzie. (all requirements met) (djb) (Entered: 05/23/2022) |
| 05/24/2022 | 3127 | NOTICE of Change of Address by AMY MARIE ZEMAN (ZEMAN, AMY) (Entered: 05/24/2022) |
| 05/24/2022 | 3128 | NOTICE of Withdrawal of Plaintiffs Brett Johnson, Christopher East, and Jeremy Lyon from Defendants' May 20,2022 Motion for Order to Show Cause by 3M COMPANY, |

| | | |
|---|---|---|
| | | 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (SUTHERLAND, KARI) (Entered: 05/24/2022) |
| 05/24/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3128 Notice of Withdrawal of Plaintiffs Brett Johnson, Christopher East, and Jeremy Lyon from Defendants' May 20,2022 Motion for Order to Show Cause (djb) (Entered: 05/24/2022) |
| 05/24/2022 | 3129 | ORDER granting 3115 MOTION to Appear Pro Hac Vice by Joseph P. Celotto, 3117 Amended MOTION to Appear Pro Hac Vice by Katelyn Ashton, 3118 MOTION to Appear Pro Hac Vice by Jessica Naegely, 3122 MOTION to Appear Pro Hac Vice by John D. Hafemann, 3123 MOTION to Appear Pro Hac Vice by Jeremy S. McKenzie, 3124 MOTION to Appear Pro Hac Vice by David L. Rosenband, and 3125 MOTION to Appear Pro Hac Vice. Signed by JUDGE M CASEY RODGERS on 5/24/2022. (djb) (Entered: 05/24/2022) |
| 05/24/2022 | 3130 | MOTION to Appear Pro Hac Vice by Alan R. Vickery.( Filing fee $ 208 receipt number AFLNDC-7099821.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A, Certificate of Good Standing) (VICKERY, ALAN) (Entered: 05/24/2022) |
| 05/24/2022 | 3131 | MOTION to Appear Pro Hac Vice by Jonathan L. Smith.( Filing fee $ 208 receipt number AFLNDC-7100175.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (SMITH, JONATHAN) (Entered: 05/24/2022) |
| 05/25/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3130 MOTION to Appear Pro Hac Vice by Alan R. Vickery; 3131 MOTION to Appear Pro Hac Vice by Jonathan L. Smith. (requirements met) (djb) (Entered: 05/25/2022) |
| 05/25/2022 | 3132 | MOTION to Appear Pro Hac Vice by Kay Barnes Baxter.( Filing fee $ 208 receipt number AFLNDC-7101706.) by 3M COMPANY. (BAXTER, KAY) (Entered: 05/25/2022) |
| 05/25/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3132 MOTION to Appear Pro Hac Vice by Kay Barnes Baxter. (requirements met) (djb) (Entered: 05/25/2022) |
| 05/25/2022 | 3133 | MOTION to Appear Pro Hac Vice by Alan J. DePeters.( Filing fee $ 208 receipt number AFLNDC-7103068.) by NOTICE ONLY. (DEPETERS, ALAN) (Entered: 05/25/2022) |
| 05/25/2022 | 3134 | MOTION for Order to Show Cause *Based on Wave 2 Plaintiffs' Failure to Appear for Depositions* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I) (SUTHERLAND, KARI) (Entered: 05/25/2022) |
| 05/25/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3133 MOTION to Appear Pro Hac Vice by Alan J. DePeters. (requirements met) (djb) (Entered: 05/25/2022) |
| 05/25/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3134 MOTION for Order to Show Cause |

| | | Based on Wave 2 Plaintiffs' Failure to Appear for Depositions (djb) (Entered: 05/25/2022) |
|---|---|---|
| 05/25/2022 | 3135 | NOTICE *of Withdrawal of Plaintiff Joseph Byers from Defendants' May 20, 2022 Motion for Order to Show Cause* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (SUTHERLAND, KARI) (Entered: 05/25/2022) |
| 05/26/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3135 Notice of Withdrawal of Plaintiff Joseph Byers from Defendants' May 20, 2022 Motion for Order to Show Cause, re: 3119 MOTION for Order to Show Cause Based on Wave 2 Plaintiffs' Failure to Comply with Discovery (djb) (Entered: 05/26/2022) |
| 05/26/2022 | 3136 | ORDER Defendants' 3119 MOTION for Order to Show Cause Based on Wave 2 Plaintiffs' Failure to Comply with Discovery and 3134 MOTION for Order to Show Cause Based on Wave 2 Plaintiffs' Failure to Appear for Depositions are GRANTED. The plaintiffs identified on Exhibits A, B, and C are hereby ORDERED TO SHOW GOOD CAUSE why their cases should not be dismissed with prejudice for failure to comply with an order of the Court by June 1, 2022.3 Each plaintiffs response to the show cause Order must be filed on the docket of his or her individual case only. Failure to comply with this Order will result in dismissal of a case withprejudice. The Clerk is directed to enter a copy of this Order on the MDL docketand on the individual docket for each of the cases identified on ExhibitsA, B, and C. Signed by JUDGE M CASEY RODGERS on 5/26/2022. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (djb) (Entered: 05/26/2022) |
| 05/27/2022 | 3137 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-160) Certified - 5 actions re: MDL No. 2885, MN/0:22-cv-01312, MN/0:22-cv-01315, MN/0:22-cv-01317, MN/0:22-cv-01318, MN/0:22-cv-01321. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 5/27/2022. (Attachments: # 1 CTO-160 Finalized) (djb) (Entered: 05/27/2022) |
| 05/27/2022 | 3138 | First MOTION to Appear Pro Hac Vice by Elliott Wright.( Filing fee $ 208 receipt number BFLNDC-7116800.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (WRIGHT, REMUS) (Entered: 05/27/2022) |
| 05/27/2022 | 3139 | **Disregard Filed in Error. Finance Department notified** COMPLAINT against All Defendants ( Filing fee $ 402 receipt number AFLNDC-7118614.), filed by Jon L. Vance. (Attachments: # 1 Civil Cover Sheet Civil Case Sheet) (BURKE, DANIEL) Modified on 5/27/2022 (djb). (Entered: 05/27/2022) |
| 05/27/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3138 First MOTION to Appear Pro Hac Vice by Elliott Wright. (requirements met) (djb) (Entered: 05/27/2022) |
| 05/27/2022 | 3140 | MOTION to Appear Pro Hac Vice by Andrew K. Gardner.( Filing fee $ 208 receipt number AFLNDC-7123080.) by NOTICE ONLY. (Attachments: # 1 Exhibit Ex. A - Certificate of Good Standing for Andrew K. Gardner (TX), # 2 Exhibit List of Cases) (GARDNER, ANDREW) (Entered: 05/27/2022) |
| 05/27/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3140 MOTION to Appear Pro Hac Vice by Andrew K. Gardner. (requirements met) (djb) Modified on 5/27/2022 (djb). (Entered: 05/27/2022) |
| 05/30/2022 | 3141 | MOTION for Reconsideration by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibits |

| | | A-G) (HAMMERMAN, MARVIN) (Entered: 05/30/2022) |
|---|---|---|
| 05/31/2022 | 3142 | DOCKET ANNOTATION BY COURT: NOTICE to Counsel, Marvin J. Hammerman. File the motion in the individual case 3:20-cv-5540-MCR/GRJ. This motion will be terminated by the Clerk. Re 3141 MOTION for Reconsideration filed by NOTICE ONLY. (djb) (Entered: 05/31/2022) |
| 05/31/2022 | 3143 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-161) Certified - 10 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 5/31/2022. (Attachments: # 1 CTO-161 Finalized) (djb) (Entered: 05/31/2022) |
| 05/31/2022 | 3144 | NOTICE *OF WITHDRAWAL OF ATTORNEY AND CO-COUNSEL* by NOTICE ONLY (Attachments: # 1 Exhibit Master Case List) (JOHNSTON, STEVEN) (Entered: 05/31/2022) |
| 05/31/2022 | 3145 | MOTION to Appear Pro Hac Vice by Sarah Smyth O'Brien.( Filing fee $ 208 receipt number AFLNDC-7131916.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (O'BRIEN, SARAH) (Entered: 05/31/2022) |
| 05/31/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3145 MOTION to Appear Pro Hac Vice by Sarah Smyth O'Brien. (requirements met) (djb) (Entered: 05/31/2022) |
| 05/31/2022 | 3146 | MOTION to Appear Pro Hac Vice by Jay Boltin.( Filing fee $ 208 receipt number AFLNDC-7133716.) by 3M COMPANY. (BOLTIN, JAY) (Entered: 05/31/2022) |
| 06/01/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3146 MOTION to Appear Pro Hac Vice by Jay Boltin. (requirements met) (djb) (Entered: 06/01/2022) |
| 06/01/2022 | 3147 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-162) Certified - 4 actions re: MDL No. 2885, MN/0:22-cv-01344, MN/0:22-cv-01346, MN/0:22-cv-01351, MN/0:22-cv-01354. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 6/1/2022. (Attachments: # 1 CTO-162 Finalized) (djb) (Entered: 06/01/2022) |
| 06/01/2022 | 3148 | NOTICE of Appearance by CHRISTOPHER DAVID MORRIS on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (MORRIS, CHRISTOPHER) (Entered: 06/01/2022) |
| 06/01/2022 | 3149 | MOTION to Appear Pro Hac Vice by Leslie A. Benitez.( Filing fee $ 208 receipt number AFLNDC-7136333.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BENITEZ, LESLIE) (Entered: 06/01/2022) |
| 06/01/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3149 MOTION to Appear Pro Hac Vice by Leslie A. Benitez. (requirements met) (djb) (Entered: 06/01/2022) |
| 06/01/2022 | 3150 | Emergency MOTION *(Unopposed) re Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence in Civil or Commercial Matters Relating to Testimony of Pascal Hamery and Armand Dancer* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO |

| | | TECHNOLOGIES LLC. (Attachments: # 1 Text of Proposed Order) (BROCK, ROBERT) (Entered: 06/01/2022) |
|---|---|---|
| 06/01/2022 | 3151 | NOTICE of Appearance by ERIC E HUDSON on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (HUDSON, ERIC) (Entered: 06/01/2022) |
| 06/01/2022 | 3152 | ORDER granting 3150 Emergency Motion regarding Letter of Request Relating to Testimony of Pascal Hamery and Armand Dancer. Signed by JUDGE M CASEY RODGERS on 6/01/2022. (tvj) (Entered: 06/01/2022) |
| 06/01/2022 | 3153 | ORDER regarding Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence in Civil or Commercial Matters Relating to Testimony of Pascal Hamery and Armand Dancer. Signed by JUDGE M CASEY RODGERS on 6/01/2022. (tvj) (Entered: 06/01/2022) |
| 06/01/2022 | 3154 | NOTICE of Appearance by MAURY SAMUEL GOLDSTEIN on behalf of NOTICE ONLY (GOLDSTEIN, MAURY) (Entered: 06/01/2022) |
| 06/01/2022 | 3160 | ORDER granting 3138 First MOTION to Appear Pro Hac Vice by Elliott Wright, 3146 MOTION to Appear Pro Hac Vice by Jay Boltin, 3097 MOTION to Appear Pro Hac Vice by LAURENCE S BERMAN, 3149 MOTION to Appear Pro Hac Vice by Leslie A. Benitez, 3145 MOTION to Appear Pro Hac Vice by Sarah Smyth O'Brien, 3130 MOTION to Appear Pro Hac Vice by Alan R. Vickery, 3131 MOTION to Appear Pro Hac Vice by Jonathan L. Smith, 3132 MOTION to Appear Pro Hac Vice by Kay Barnes Baxter, 3140 MOTION to Appear Pro Hac Vice by Andrew K. Gardner, 3133 MOTION to Appear Pro Hac Vice by Alan J. DePeters. Signed by JUDGE M CASEY RODGERS on 6/1/2022. (djb) Modified on 6/6/2022 (djb). (Entered: 06/02/2022) |
| 06/02/2022 | 3155 | NOTICE of Withdrawal by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC re 3150 Emergency MOTION (Unopposed) re Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence in Civil or Commercial Matters Relating to Testimony of Pascal Hamery and Armand (BROCK, ROBERT) (Entered: 06/02/2022) |
| 06/02/2022 | 3156 | MOTION Unopposed Motion Regarding Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence in Civil or Commercial Matters Relating to Testimony of Pascal Hamery and Armand Dancer by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (Entered: 06/02/2022) |
| 06/02/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3156 Unopposed Motion Regarding Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence in Civil or Commercial Matters Relating to Testimony of Pascal Hamery and Armand Danc, 3155 Notice of Withdrawal of 3150 Emergency Motion (djb) (Entered: 06/02/2022) |
| 06/02/2022 | 3157 | **DISREGARD FILED IN LEAD CASE IN ERROR. Finance Department will be notified for a refund of the civil filing fee.** COMPLAINT against All Defendants ( Filing fee $ 402 receipt number AFLNDC-7143716.), filed by Timothy Joseph Rose, TIMOTHY ROSE. (Attachments: # 1 Civil Cover Sheet) (MOLL, KENNETH) Modified on 6/2/2022 (djb). (Entered: 06/02/2022) |
| 06/02/2022 | 3158 | MOTION to Appear Pro Hac Vice by Gregory Lawrence.( Filing fee $ 208 receipt |

| | | number AFLNDC-7144705.) by NOTICE ONLY. (Attachments: # 1 Certificate of Good Standing) (LAWRENCE, GREGORY) (Entered: 06/02/2022) |
|---|---|---|
| 06/02/2022 | 3159 | MOTION to Appear Pro Hac Vice by Analisa Guasch.( Filing fee $ 208 receipt number AFLNDC-7145225.) by NOTICE ONLY. (Attachments: # 1 Exhibit Cert. Of Good Standing) (GUASCH, ANALISA) (Entered: 06/02/2022) |
| 06/02/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3159 MOTION to Appear Pro Hac Vice by Analisa Guasch; 3158 MOTION to Appear Pro Hac Vice by Gregory Lawrence. (requirements met) (djb) (Entered: 06/02/2022) |
| 06/02/2022 | 3161 | MOTION to Appear Pro Hac Vice by Kelsey J. Shaw.( Filing fee $ 208 receipt number AFLNDC-7145377.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (SHAW, KELSEY) (Entered: 06/02/2022) |
| 06/02/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3161 MOTION to Appear Pro Hac Vice by Kelsey J. Shaw. (requirements met) (djb) (Entered: 06/02/2022) |
| 06/02/2022 | 3162 | NOTICE of Appearance by ANDREW KEVIN GARDNER on behalf of NOTICE ONLY (Attachments: # 1 Exhibit List of Cases) (GARDNER, ANDREW) (Entered: 06/02/2022) |
| 06/02/2022 | 3163 | NOTICE of Appearance by JONATHAN LANE SMITH on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (SMITH, JONATHAN) (Entered: 06/02/2022) |
| 06/02/2022 | 3164 | NOTICE of Appearance by ALAN R VICKERY on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (VICKERY, ALAN) (Entered: 06/02/2022) |
| 06/02/2022 | 3165 | ORDER vacating the Order Regarding Letter of Request, ECF No. 3153, and the Order granting Defendants emergency motion, ECF No. 3152, both dated June 1, 2022; and granting Defendants' Unopposed Motion Regarding Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence in Civil or Commercial Matters Relating to Testimony of Pascal Hamery and Armand Dancer, ECF No. 3156. The requested order will be entered separately. Signed by JUDGE M CASEY RODGERS on 6/2/2022. (tvj) (Entered: 06/02/2022) |
| 06/02/2022 | 3166 | ORDER regarding Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence in Civil or Commercial Matters Relating to Testimony of Pascal Hamery and Armand Dancer. Signed by JUDGE M CASEY RODGERS on 6/02/2022. (tvj) (Entered: 06/02/2022) |
| 06/03/2022 | 3167 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-163) Certified - 20 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted.Signed by Clerk of the Panel John W. Nichols on 6/3/2022. (Attachments: # 1 CTO-163 Finalized) (djb) (Entered: 06/03/2022) |
| 06/03/2022 | 3168 | NOTICE OF APPEAL as to 3076 Order, 3077 Order, by NOTICE ONLY. ( Filing fee $505 Receipt Number AFLNDC-7152141.) (Attachments: # 1 Exhibit) (NEWELL, ERIC) Modified on 6/6/2022 (djb). (Entered: 06/03/2022) |
| 06/06/2022 | 3169 | MOTION to Appear Pro Hac Vice by Russell Jackson.( Filing fee $ 208 receipt number |

| | | |
|---|---|---|
| | | AFLNDC-7155121.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (JACKSON, RUSSELL) (Entered: 06/06/2022) |
| 06/06/2022 | 3170 | NOTICE of Appearance by KATELYN RUSH ASHTON on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (ASHTON, KATELYN) (Entered: 06/06/2022) |
| 06/06/2022 | 3171 | NOTICE of Appearance by SUSANNA MOLDOVEANU on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (MOLDOVEANU, SUSANNA) (Entered: 06/06/2022) |
| 06/06/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3169 MOTION to Appear Pro Hac Vice by Russell Jackson. (requirements met) (djb) (Entered: 06/06/2022) |
| 06/06/2022 | 3172 | MOTION to Appear Pro Hac Vice by Theodore P. Mattis.( Filing fee $ 208 receipt number AFLNDC-7157973.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (MATTIS, THEODORE) (Entered: 06/06/2022) |
| 06/06/2022 | 3173 | NOTICE of Appearance by KENNETH BRIAN MOLL on behalf of NOTICE ONLY (MOLL, KENNETH) Modified on 6/7/2022 (djb). (Entered: 06/06/2022) |
| 06/06/2022 | 3174 | Appeal Instructions re: 3168 Notice of Appeal : The Transcript Request Form is available on the Internet at http://www.flnd.uscourts.gov/forms/Attorney/ECCA_transcript_form_fillable.pdf **PLEASE NOTE** Separate forms must be filed for each court reporter in both the district court and the appeals court. Transcript Order Form due by 6/20/2022. (djb) (Entered: 06/06/2022) |
| 06/06/2022 | 3175 | Transmission of Interlocutory Notice of Appeal and Docket Sheet to US Court of Appeals re 3168 Notice of Appeal (djb) (Entered: 06/06/2022) |
| 06/07/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3172 MOTION to Appear Pro Hac Vice by Theodore P. Mattis. (requirements met) (djb) (Entered: 06/07/2022) |
| 06/07/2022 | 3176 | MOTION to Appear Pro Hac Vice by Michael A. Downey.( Filing fee $ 208 receipt number AFLNDC-7164334.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (MAIDA, CAROLINE) (Entered: 06/07/2022) |
| 06/08/2022 | 3177 | MOTION to Appear Pro Hac Vice by Dana C. Lumsden.( Filing fee $ 208 receipt number AFLNDC-7166790.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Standing) (LUMSDEN, DANA) (Entered: 06/08/2022) |
| 06/08/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3177 MOTION to Appear Pro Hac Vice by Dana C. Lumsden. (requirements met) (djb) (Entered: 06/08/2022) |
| 06/08/2022 | 3178 | MOTION to Appear Pro Hac Vice by Gregory F. Cox.( Filing fee $ 208 receipt number AFLNDC-7169387.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (COX, GREGORY) (Entered: 06/08/2022) |

| 06/09/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3178 MOTION to Appear Pro Hac Vice by Gregory F. Cox. (requirements met) (djb) (Entered: 06/09/2022) |
| --- | --- | --- |
| 06/09/2022 | 3179 | ORDER granting 3161 MOTION to Appear Pro Hac Vice by Kelsey J. Shaw, 3172 MOTION to Appear Pro Hac Vice by Theodore P. Mattis, 3159 MOTION to Appear Pro Hac Vice by Analisa Guasch, 3169 MOTION to Appear Pro Hac Vice by Russell Jackson, 3177 MOTION to Appear Pro Hac Vice by Dana C. Lumsden, 3158 MOTION to Appear Pro Hac Vice by Gregory Lawrence. Signed by JUDGE M CASEY RODGERS on 6/9/2022. (djb) (Entered: 06/09/2022) |
| 06/09/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3176 MOTION to Appear Pro Hac Vice by Michael A. Downey. (requirements met) (djb) (Entered: 06/09/2022) |
| 06/09/2022 | 3180 | NOTICE *OF WITHDRAWAL OF LINDSAY STEVENS, ESQ.* by TIMOTHY BAKER (STEVENS, LINDSAY) (Entered: 06/09/2022) |
| 06/09/2022 | 3181 | NOTICE *of COL Agreement RYAN SEVILLA* by NOTICE ONLY (AKSELRUD, MICHAEL) (Entered: 06/09/2022) |
| 06/09/2022 | 3182 | NOTICE *of COL Agreement - JOHN WILCOX* by NOTICE ONLY (AKSELRUD, MICHAEL) (Entered: 06/09/2022) |
| 06/09/2022 | 3183 | NOTICE *of COL Agreement LEONEL HERNANDEZ* by NOTICE ONLY (AKSELRUD, MICHAEL) (Entered: 06/09/2022) |
| 06/09/2022 | 3184 | First MOTION to Appear Pro Hac Vice by Samuel Zatz.( Filing fee $ 208 receipt number AFLNDC-7173653.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit) (ZATZ, SAMUEL) (Entered: 06/09/2022) |
| 06/09/2022 | 3185 | MOTION to Appear Pro Hac Vice by Katarzyna Januszkiewicz.( Filing fee $ 208 receipt number AFLNDC-7174039.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A--Certificate of Good Standing) (JANUSZKIEWICZ, KATARZYNA) (Entered: 06/09/2022) |
| 06/10/2022 | 3186 | MOTION to Reopen Case by NOTICE ONLY. (Attachments: # 1 Exhibit Redacted DD214) (MIMS, ZEFFERY) (Entered: 06/10/2022) |
| 06/10/2022 | 3187 | MOTION to Appear Pro Hac Vice by Drew Bencie.( Filing fee $ 208 receipt number AFLNDC-7175032.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (BENCIE, DREW) (Entered: 06/10/2022) |
| 06/10/2022 | 3188 | MEDIATION ORDER. Signed by JUDGE M CASEY RODGERS on 6/10/2022. (tvj) (Entered: 06/10/2022) |
| 06/13/2022 | 3189 | DOCKET ANNOTATION BY COURT: Notice to Counsel MICHAEL AKSELRUD, to file Notices in the individual civil actions. Re 3183 Notice of COL Agreement filed by NOTICE ONLY, 3181 Notice of COL Agreement filed by NOTICE ONLY, 3182 Notice of COL Agreement filed by NOTICE ONLY (djb) (Entered: 06/13/2022) |
| 06/13/2022 | 3190 | DOCKET ANNOTATION BY COURT: Notice to Counsel, ZEFFERY MIMS, to file the motion in the individual civil case. This motion will be terminated. Re 3186 MOTION to Reopen Case filed by NOTICE ONLY (djb) (Entered: 06/13/2022) |

| 06/13/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3187 MOTION to Appear Pro Hac Vice by Drew Bencie; 3185 MOTION to Appear Pro Hac Vice by Katarzyna Januszkiewicz; 3184 First MOTION to Appear Pro Hac Vice by Samuel Zatz. (requirements met) (djb) (Entered: 06/13/2022) |
|---|---|---|
| 06/13/2022 | 3191 | NOTICE *OF WITHDRAWAL OF LINDSAY STEVENS, ESQ.* by CODY DLOUHY (STEVENS, LINDSAY) (Entered: 06/13/2022) |
| 06/13/2022 | 3192 | NOTICE *OF WITHDRAWAL OF LINDSAY STEVENS, ESQ.* by RAUDIEL CAMPOS (STEVENS, LINDSAY) (Entered: 06/13/2022) |
| 06/13/2022 | 3193 | NOTICE *OF WITHDRAWAL OF LINDSAY STEVENS, ESQ.* by RYAN JAMES BURGAN (STEVENS, LINDSAY) (Entered: 06/13/2022) |
| 06/13/2022 | 3194 | NOTICE *OF WITHDRAWAL OF LINDSAY STEVENS, ESQ.* by KYLE HARRIS (STEVENS, LINDSAY) (Entered: 06/13/2022) |
| 06/13/2022 | 3195 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-164) Certified - 10 actions, re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 6/13/2022. (Attachments: # 1 CTO-164 Finalized) (djb) (Entered: 06/13/2022) |
| 06/13/2022 | 3196 | MOTION to Appear Pro Hac Vice by Rachel E. Moynihan.( Filing fee $ 208 receipt number AFLNDC-7184820.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (MOYNIHAN, RACHEL) (Entered: 06/13/2022) |
| 06/13/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3196 MOTION to Appear Pro Hac Vice by Rachel E. Moynihan. (requirements met) (djb) (Entered: 06/13/2022) |
| 06/13/2022 | 3197 | MOTION to Appear Pro Hac Vice by Robin Bond.( Filing fee $ 208 receipt number AFLNDC-7184936.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (BOND, ROBIN) (Entered: 06/13/2022) |
| 06/14/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3197 MOTION to Appear Pro Hac Vice by Robin Bond. (requirements met) (djb) (Entered: 06/14/2022) |
| 06/14/2022 | 3198 | MOTION to Appear Pro Hac Vice by James B. Letten.( Filing fee $ 208 receipt number AFLNDC-7187181.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (LETTEN, JAMES) (Entered: 06/14/2022) |
| 06/14/2022 | 3199 | First MOTION to Appear Pro Hac Vice by Travis Edward Venable.( Filing fee $ 208 receipt number AFLNDC-7187264.) by NOTICE ONLY. (Attachments: # 1 Exhibit Mr. Venable's Certificates of Good Standing) (VENABLE, TRAVIS) Modified on 6/14/2022 to correct filer to NOTICE ONLY party (djb). (Entered: 06/14/2022) |
| 06/14/2022 | 3200 | MOTION for Order to Show Cause Based on Plaintiff William Phillips's and Plaintiff Robert Bryant's Failure to Comply with Discovery by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1 - 5.9.22 DME Notice, # 2 Exhibit 2 - Phillips Syracruse hearing emails, # 3 Exhibit 3 - Phillips May 16-June 7 emails, # 4 Exhibit 4 - Phillips |

| | | |
|---|---|---|
| | | 5.23.22 DME Notice, # 5 Exhibit 5 - Phillips 5.23.22 DME cancellation, # 6 Exhibit 6 - Phllips 6.2.22 DME Notice, # 7 Exhibit 7 - Bryant 5.17.22 NOD, # 8 Exhibit 8 - Bryant Am. NOD, # 9 Exhibit 9 - Bryant Dep Transcript) (SUTHERLAND, KARI) (Entered: 06/14/2022) |
| 06/14/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3198 MOTION to Appear Pro Hac Vice by James B. Letten; 3199 First MOTION to Appear Pro Hac Vice by Travis Edward Venable. (requirements met) (djb) (Entered: 06/14/2022) |
| 06/14/2022 | 3201 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-165) Certified - 4 actions re: MDLNo. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 6/14/2022. (Attachments: # 1 CTO-165 Finalized) (djb) (Entered: 06/14/2022) |
| 06/14/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3200 MOTION for Order to Show Cause Based on Plaintiff William Phillips's and Plaintiff Robert Bryant's Failure to Comply with Discovery (djb) (Entered: 06/14/2022) |
| 06/14/2022 | 3202 | MOTION to Appear Pro Hac Vice by Kenya Bodden.( Filing fee $ 208 receipt number AFLNDC-7191377.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BODDEN, KENYA) (Entered: 06/14/2022) |
| 06/15/2022 | 3203 | MOTION to Appear Pro Hac Vice by Teresa A. Curtin.( Filing fee $ 208 receipt number AFLNDC-7192488.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (CURTIN, TERESA) Modified on 6/15/2022 to correct filer to NOTICE ONLY party (djb). (Entered: 06/15/2022) |
| 06/15/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3202 MOTION to Appear Pro Hac Vice by Kenya Bodden. (requirements met) (djb) (Entered: 06/15/2022) |
| 06/15/2022 | 3204 | CASE MANAGEMENT ORDER NO. 48. (Transition Order #7). Signed by JUDGE M CASEY RODGERS on 6/15/2022. (Attachments: # 1 Exhibit A) (djb) (Entered: 06/15/2022) |
| 06/15/2022 | 3205 | MOTION for a Case Management Order Requiring Non-Wave Plaintiffs to Produce Certain Medical Records by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1) (BROCK, ROBERT) (Entered: 06/15/2022) |
| 06/15/2022 | | Set Deadlines as to 3205 MOTION for a Case Management Order Requiring Non-Wave Plaintiffs to Produce Certain Medical Records . (Internal deadline for referral to judge if response not filed earlier: 6/29/2022). (djb) (Entered: 06/15/2022) |
| 06/15/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3203 MOTION to Appear Pro Hac Vice by Teresa A. Curtin. (requirements met) (djb) (Entered: 06/15/2022) |
| 06/15/2022 | 3206 | NOTICE of Appearance by GREGORY BRUCE LAWRENCE on behalf of NOTICE ONLY (LAWRENCE, GREGORY) (Entered: 06/15/2022) |
| 06/15/2022 | 3207 | MOTION to Appear Pro Hac Vice by Emerson Barney Robinson, III.( Filing fee $ 208 receipt number AFLNDC-7196984.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO |

| | | |
|---|---|---|
| | | LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (ROBINSON, E) (Entered: 06/15/2022) |
| 06/15/2022 | 3208 | NOTICE of Appearance by MATTHEW PARKER SMITH on behalf of All Defendants (SMITH, MATTHEW) (Entered: 06/15/2022) |
| 06/16/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3207 MOTION to Appear Pro Hac Vice by Emerson Barney Robinson, III. (requirements met) (djb) (Entered: 06/16/2022) |
| 06/16/2022 | 3209 | MOTION to Appear Pro Hac Vice by Douglas Robertson.( Filing fee $ 208 receipt number AFLNDC-7199110.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Exh A - Certificate of Good Standing) (ROBERTSON, DOUGLAS) (Entered: 06/16/2022) |
| 06/16/2022 | 3210 | MOTION to Appear Pro Hac Vice by Caroline Lapish.( Filing fee $ 208 receipt number AFLNDC-7199706.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Certificate Good Standing) (LAPISH, CAROLINE) (Entered: 06/16/2022) |
| 06/16/2022 | 3211 | MOTION to Appear Pro Hac Vice by Amanda B. Barbour.( Filing fee $ 208 receipt number AFLNDC-7200612.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (BARBOUR, AMANDA) (Entered: 06/16/2022) |
| 06/16/2022 | 3212 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-166) Certified - 4 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 6/16/2022. (Attachments: # 1 CTO-166 Finalized) (djb) (Entered: 06/16/2022) |
| 06/16/2022 | 3213 | MOTION to Appear Pro Hac Vice by Richard W. Sliman.( Filing fee $ 208 receipt number BFLNDC-7200778.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Errata A - Certificate of Good Standing) (SLIMAN, RICHARD) (Entered: 06/16/2022) |
| 06/16/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3213 MOTION to Appear Pro Hac Vice by Richard W. Sliman; 3209 MOTION to Appear Pro Hac Vice by Douglas Robertson; 3210 MOTION to Appear Pro Hac Vice by Caroline Lapish; 3211 MOTION to Appear Pro Hac Vice by Amanda B. Barbour. (requirements met) (djb) (Entered: 06/16/2022) |
| 06/16/2022 | 3214 | NOTICE of Withdrawal of Counsel - Triel D. Culver by NOTICE ONLY (CULVER, TRIEL) (Entered: 06/16/2022) |
| 06/16/2022 | 3215 | ORDER REGARDING SEALING CHOICE OF LAW, DAUBERT, AND DISPOSITIVE MOTIONS, BRIEFS, AND EXHIBITS. Signed by JUDGE M CASEY RODGERS on 6/16/2022. (djb) (Entered: 06/16/2022) |
| 06/16/2022 | 3216 | ORDER - Defendants' 3200 MOTION for Order to Show Cause Based on Plaintiffs' Failure to Comply with Discovery is GRANTED. Plaintiffs Phillips and Bryant are hereby ORDERED TO SHOW GOOD CAUSE why their cases should not be dismissed with prejudice for failure to comply with an order of the Court by June 22, 2022. Each plaintiff's response to the show cause Order must be filed on the docket of his or her |

individual case only. Signed by JUDGE M CASEY RODGERS on 6/16/2022. (djb) (Entered: 06/16/2022)

| 06/16/2022 | 3217 | ORDER granting 3187 MOTION to Appear Pro Hac Vice by Drew Bencie, 3185 MOTION to Appear Pro Hac Vice by Katarzyna Januszkiewicz, 3178 MOTION to Appear Pro Hac Vice by Gregory F. Cox, 3213 MOTION to Appear Pro Hac Vice by Richard W. Sliman, 3197 MOTION to Appear Pro Hac Vice by Robin Bond, 3203 MOTION to Appear Pro Hac Vice by Teresa A. Curtin, 3209 MOTION to Appear Pro Hac Vice by Douglas Robertson, 3207 MOTION to Appear Pro Hac Vice by Emerson Barney Robinson, III, 3176 MOTION to Appear Pro Hac Vice by Michael A. Downey, 3198 MOTION to Appear Pro Hac Vice by James B. Letten, 3196 MOTION to Appear Pro Hac Vice by Rachel E. Moynihan, 3199 First MOTION to Appear Pro Hac Vice by Travis Edward Venable, 3202 MOTION to Appear Pro Hac Vice by Kenya Bodden, 3184 First MOTION to Appear Pro Hac Vice by Samuel Zatz, 3210 MOTION to Appear Pro Hac Vice by Caroline Lapish, 3211 MOTION to Appear Pro Hac Vice by Amanda B. Barbour. Signed by JUDGE M CASEY RODGERS on 6/16/2022. (djb) (Entered: 06/16/2022) |
|---|---|---|
| 06/16/2022 | 3218 | NOTICE of Appearance by DOUGLAS NATHAN ROBERTSON on behalf of 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (ROBERTSON, DOUGLAS) (Entered: 06/16/2022) |
| 06/16/2022 | 3219 | MOTION to Appear Pro Hac Vice by Simon Bailey.( Filing fee $ 208 receipt number AFLNDC-7202508.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (BAILEY, SIMON) (Entered: 06/16/2022) |
| 06/17/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3219 MOTION to Appear Pro Hac Vice by Simon Bailey. (requirements met) (djb) (Entered: 06/17/2022) |
| 06/17/2022 | 3220 | TRANSCRIPT REQUEST by Eric W Newell for proceedings held on 02/16/2022 before Judge M. Casey Rodgers, Court Reporter:Donna Boland (NEWELL, ERIC) (Entered: 06/17/2022) |
| 06/17/2022 | 3221 | MOTION to Appear Pro Hac Vice by Paul S. Murphy.( Filing fee $ 208 receipt number AFLNDC-7204759.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (MURPHY, PAUL) (Entered: 06/17/2022) |
| 06/17/2022 | 3222 | **Disregard Filed in Lead Case in Error. Parties will be deleted off the docket and Finance Department will be notified regarding filing fee.** COMPLAINT against All Defendants ( Filing fee $ 402 receipt number AFLNDC-7205438.), filed by CO-LEAD COUNSEL FOR PLAINTIFFS. (ROUSSO, DARREN) Modified on 6/17/2022 (djb). (Entered: 06/17/2022) |
| 06/17/2022 | 3223 | DOCKET ANNOTATION BY COURT: Note to Counsel, Eric Newell. Any future filings regarding Appeal please file by NOTICE ONLY party. Re 3220 Transcript Request Appeal Part I. (djb) (Entered: 06/17/2022) |
| 06/17/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3221 MOTION to Appear Pro Hac Vice by Paul S. Murphy. (requirements met) (djb) (Entered: 06/17/2022) |
| 06/21/2022 | 3224 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) Certified - 10 actions |

| | | re: MDLNo. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 6/21/2022. (Attachments: # 1 CTO-167 Finalized) (djb) (Entered: 06/21/2022) |
|---|---|---|
| 06/21/2022 | 3225 | MOTION to Appear Pro Hac Vice by James William Manuel.( Filing fee $ 208 receipt number AFLNDC-7210766.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (MANUEL, JAMES) (Entered: 06/21/2022) |
| 06/21/2022 | 3226 | MOTION to Appear Pro Hac Vice by EDWARD T. AUTRY.( Filing fee $ 208 receipt number AFLNDC-7210805.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (AUTRY, EDWARD) Modified on 6/21/2022 to correct filer to NOTICE ONLY party (djb). (Entered: 06/21/2022) |
| 06/21/2022 | 3227 | MOTION to Appear Pro Hac Vice by Misty Black O'Neal.( Filing fee $ 208 receipt number AFLNDC-7211370.) by NOTICE ONLY. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (O'NEAL, MISTY) (Entered: 06/21/2022) |
| 06/21/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3227 MOTION to Appear Pro Hac Vice by Misty Black O'Neal, 3226 MOTION to Appear Pro Hac Vice by EDWARD T. AUTRY, 3225 MOTION to Appear Pro Hac Vice by James William Manuel. (requirements met) (djb) (Entered: 06/21/2022) |
| 06/21/2022 | 3228 | MOTION to Appear Pro Hac Vice by Zoey M. Surdis.( Filing fee $ 208 receipt number AFLNDC-7211323.) by NOTICE ONLY. (SURDIS, ZOEY) (Entered: 06/21/2022) |
| 06/21/2022 | 3229 | MOTION to Appear Pro Hac Vice by Patrick Kelly.( Filing fee $ 208 receipt number AFLNDC-7212027.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (KELLY, PATRICK) (Entered: 06/21/2022) |
| 06/21/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3229 MOTION to Appear Pro Hac Vice by Patrick Kelly. (requirements met) (djb) (Entered: 06/21/2022) |
| 06/21/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3228 MOTION to Appear Pro Hac Vice by Zoey M. Surdis. (requirements not met) (djb) (Entered: 06/21/2022) |
| 06/21/2022 | 3230 | MOTION to Appear Pro Hac Vice by Noah Becker.( Filing fee $ 208 receipt number AFLNDC-7212322.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (BECKER, NOAH) (Entered: 06/21/2022) |
| 06/21/2022 | 3231 | MOTION to Appear Pro Hac Vice by Matthew J. Young.( Filing fee $ 208 receipt number AFLNDC-7212524.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (YOUNG, MATTHEW) (Entered: 06/21/2022) |
| 06/22/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3230 MOTION to Appear Pro Hac Vice by Noah Becker, 3231 MOTION to Appear Pro Hac Vice by Matthew J. Young. (requirements met) (djb) (Entered: 06/22/2022) |
| 06/22/2022 | 3232 | NOTICE of Appearance by LELA HOLLABAUGH on behalf of 3M COMPANY, 3M |

| | | OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (HOLLABAUGH, LELA) (Entered: 06/22/2022) |
|---|---|---|
| 06/22/2022 | 3233 | MOTION to Appear Pro Hac Vice by Paul N. Schlemmer.( Filing fee $ 208 receipt number AFLNDC-7215383.) by NOTICE ONLY. (Attachments: # 1 Exhibit Ltr of Good Standing) (SCHLEMMER, PAUL) Modified to correct filer as NOTICE ONLY party on 6/23/2022 (djb). (Entered: 06/22/2022) |
| 06/22/2022 | 3234 | MOTION to Appear Pro Hac Vice by Pamela L. Ferrell.( Filing fee $ 208 receipt number AFLNDC-7216258.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A-Letter of Good Standing) (FERRELL, PAMELA) (Entered: 06/22/2022) |
| 06/23/2022 | | ACTION REQUIRED BY DISTRICT JUDGE Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3233 MOTION to Appear Pro Hac Vice by Paul N. Schlemmer, (requirements not met); 3234 MOTION to Appear Pro Hac Vice by Pamela L. Ferrell. (requirements met) (djb) (Entered: 06/23/2022) |
| 06/23/2022 | 3235 | ORDER granting 3230 MOTION to Appear Pro Hac Vice by Noah Becker, 3226] MOTION to Appear Pro Hac Vice by EDWARD T. AUTRY, 3225 MOTION to Appear Pro Hac Vice by James William Manuel, 3219 MOTION to Appear Pro Hac Vice by Simon Bailey, 3227 MOTION to Appear Pro Hac Vice by Misty Black O'Neal, 3221 MOTION to Appear Pro Hac Vice by Paul S. Murphy, 3234 MOTION to Appear Pro Hac Vice by Pamela L. Ferrell, 3229 MOTION to Appear Pro Hac Vice by Patrick Kelly, 3231 MOTION to Appear Pro Hac Vice by Matthew J. Young. Signed by JUDGE M CASEY RODGERS on 6/23/2022. (djb) (Entered: 06/23/2022) |
| 06/23/2022 | 3236 | ORDER - The 3228 MOTION to Appear Pro Hac Vice by Zoey M. Surdis is DENIED without prejudice for failure to identify any individual case pending within the MDL in which counsel appears as attorney of record. See ECF No. 86 , ¶ II. Signed by JUDGE M CASEY RODGERS on 6/23/2022. (djb) (Entered: 06/23/2022) |
| 06/23/2022 | 3237 | ORDER - The 3233 MOTION to Appear Pro Hac Vice by Paul N. Schlemmer is DENIED without prejudice for failure to identify any individual case pending within the MDL in which counsel appears as attorney of record. See ECF No. 86 , ¶ II. Signed by JUDGE M CASEY RODGERS on 6/23/2022. (djb) (Entered: 06/23/2022) |
| 06/23/2022 | 3238 | Amended MOTION Admission Pro Hac Vice by Paul Schlemmer. (Attachments: # 1 Exhibit Ltr of Good Standing) (SCHLEMMER, PAUL) (Entered: 06/23/2022) |
| 06/23/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3238 Amended MOTION Admission Pro Hac Vice by Paul N. Schlemmer. (djb) (Entered: 06/23/2022) |
| 06/24/2022 | 3239 | MOTION to Appear Pro Hac Vice by Stephen Daniel Kaufmann.( Filing fee $ 208 receipt number AFLNDC-7222693.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (KAUFMANN, STEPHEN) (Entered: 06/24/2022) |
| 06/24/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3239 MOTION to Appear Pro Hac Vice by Stephen Daniel Kaufmann. (requirements met) (djb) (Entered: 06/24/2022) |
| 06/24/2022 | 3240 | MOTION to Compel *Compliance with Subpoenas for Wave 2 Fact Witness Depositions* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, |

| | | AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13) (BRANSCOME, KIMBERLY) (Entered: 06/24/2022) |
|---|---|---|
| 06/24/2022 | 3241 | STIPULATION *(JOINT) Regarding Word Limitations for Motions in Wave Cases* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BRANSCOME, KIMBERLY) (Entered: 06/24/2022) |
| 06/24/2022 | 3295 | USCA Case Number/USCA PROCEDURAL LETTER for 3168 NOTICE OF APPEAL USCA Appeal # 22-11897-G. (djb) (Entered: 07/13/2022) |
| 06/27/2022 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 3240 MOTION to Compel Compliance with Subpoenas for Wave 2 Fact Witness Depositions. (see exhibit 11 no exhibit attached) Referred to GARY R JONES. (djb) (Entered: 06/27/2022) |
| 06/27/2022 | 3242 | First MOTION to Appear Pro Hac Vice by Salvatore J. Siciliano.( Filing fee $ 208 receipt number AFLNDC-7228143.) by NOTICE ONLY. (SICILIANO, SALVATORE) Modified on 6/28/2022 to correct filer to NOTICE ONLY party (djb) (Entered: 06/27/2022) |
| 06/27/2022 | 3243 | ORDER directing Plaintiffs to file a response by Tuesday, June 28, 2022 5:00 PM (EST) re 3240 MOTION to Compel *Compliance with Subpoenas for Wave 2 Fact Witness Depositions* filed by 3M OCCUPATIONAL SAFETY LLC, 3M COMPANY, AEARO LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC. Signed by MAGISTRATE JUDGE GARY R JONES on 06/27/22. (grj) (Entered: 06/27/2022) |
| 06/27/2022 | 3244 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-168) - 2 action(s) re: MDLNo. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 6/27/2022. (Attachments: # 1 CTO-168 Finalized) (djb) (Entered: 06/27/2022) |
| 06/27/2022 | 3296 | ORDER of USCA as to 3168 Notice of Appeal. USCA #No. 22-11897-G. (djb) (Entered: 07/13/2022) |
| 06/28/2022 | 3245 | RESPONSE to Motion re 3240 MOTION to Compel *Compliance with Subpoenas for Wave 2 Fact Witness Depositions (re Plaintiffs Williams, Allen and Wray)* filed by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit 1) (AYLSTOCK, BRYAN) (Entered: 06/28/2022) |
| 06/28/2022 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 3240 MOTION to Compel Compliance with Subpoenas for Wave 2 Fact Witness Depositions, 3245 Response to Motion. Referred to GARY R JONES. (djb) (Entered: 06/28/2022) |
| 06/28/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3242 First MOTION to Appear Pro Hac Vice by Salvatore J. Siciliano. (requirements met) (djb) (Entered: 06/28/2022) |
| 06/28/2022 | 3246 | MOTION to Appear Pro Hac Vice by Cassandra Love-Olivo.( Filing fee $ 208 receipt number AFLNDC-7230490.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (LOVE-OLIVO, CASSANDRA) (Entered: 06/28/2022) |
| 06/28/2022 | 3247 | MOTION to Appear Pro Hac Vice by BHARATI SHARMA.( Filing fee $ 208 receipt |

| | | number AFLNDC-7231109.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (SHARMA, BHARATI) (Entered: 06/28/2022) |
|---|---|---|
| 06/28/2022 | 3248 | MOTION to Appear Pro Hac Vice by Kenneth Cochran.( Filing fee $ 208 receipt number AFLNDC-7232121.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (COCHRAN, KENNETH) (Entered: 06/28/2022) |
| 06/28/2022 | 3249 | RESPONSE to Motion re 3240 MOTION to Compel *Compliance with Subpoenas for Wave 2 Fact Witness Depositions re Plaintiff Marcus Wright* filed by LEAD COUNSEL FOR PLAINTIFFS. (HUTSON, SHELLEY) (Entered: 06/28/2022) |
| 06/28/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3247 MOTION to Appear Pro Hac Vice by BHARATI SHARMA; 3248 MOTION to Appear Pro Hac Vice by Kenneth Cochran; 3246 MOTION to Appear Pro Hac Vice by Cassandra Love-Olivo. (requirements met) (djb) (Entered: 06/28/2022) |
| 06/28/2022 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 3240 MOTION to Compel Compliance with Subpoenas for Wave 2 Fact Witness Depositions, 3249 Response to Motion. Referred to GARY R JONES. (djb) (Entered: 06/28/2022) |
| 06/29/2022 | 3250 | MOTION to Appear Pro Hac Vice by Syreeta DeFrance-Poindexter.( Filing fee $ 208 receipt number AFLNDC-7235506.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (DEFRANCE-POINDEXTER, SYREETA) (Entered: 06/29/2022) |
| 06/29/2022 | 3251 | NOTICE of Appearance by TIFFANY JOHNSON DEGRUY on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (DEGRUY, TIFFANY) (Entered: 06/29/2022) |
| 06/29/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3250 MOTION to Appear Pro Hac Vice by Syreeta DeFrance-Poindexter. (requirements not met) (djb) (Entered: 06/29/2022) |
| 06/29/2022 | 3252 | ORDER - Venue is disputed in the thirty-nine Wave 1 cases identified in Exhibit A. The parties are directed to submit simultaneous briefs regarding their position on the proper venue for these cases. The parties' briefs should be no more than 10 pages and are due by August 9, 2022. The briefs should be filed in the individual cases only. The Clerk is directed to enter a copy of this Order on the main MDL docket and in the individual cases identified in Exhibit A. Signed by JUDGE M CASEY RODGERS on 6/29/2022. (djb) (Entered: 06/29/2022) |
| 06/29/2022 | 3253 | ORDER granting 3240 Defendants' Motion to Compel Compliance with Subpoenas for Wave 2 Fact Witness Depositions. Defendants must complete the depositions by July 12, 2022. Signed by MAGISTRATE JUDGE GARY R JONES on 06/29/22. (grj) (Entered: 06/29/2022) |
| 06/29/2022 | 3254 | ORDER - Pursuant to Wave Order #1, the parties submitted joint filings regardingchoice of law agreements and disputes for the remaining Wave 1 cases. The choiceof law is disputed in the fifty-five Wave 1 cases identified in Exhibit A. The parties in each case are directed to submit simultaneous briefs regarding the legal standard to be applied by the Court and whether that standard permits the Court to resolve questions of fact when making the choice-of-law determinations. The parties briefs are due by July 14, 2022 and must be filed in the individual cases only. Signed by JUDGE M CASEY RODGERS on 6/29/2022. (db) (Entered: 06/29/2022) |

| 06/29/2022 | 3255 | RESPONSE in Opposition re 3205 MOTION for a Case Management Order Requiring Non-Wave Plaintiffs to Produce Certain Medical Records filed by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (AYLSTOCK, BRYAN) (Entered: 06/29/2022) |
|---|---|---|
| 06/30/2022 | 3256 | MOTION for Order to Show Cause *Based on Wave 2 Plaintiffs' Failure to Comply with Discovery* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1 - Duncan 2022.05.12 DME Notice, # 2 Exhibit 2 - Duncan DME Cancellation, # 3 Exhibit 3 - Duncan 2022.06.10 DME Notice, # 4 Exhibit 4 - Duncan Emails, # 5 Exhibit 5 - Duncan 2022.06.22 DME Notice, # 6 Exhibit 6 - Duncan 2022.06.28 DME Notice, # 7 Exhibit 7 - OFarrell 2022.05.02 DME Notice, # 8 Exhibit 8 - OFarrell Provider Emails, # 9 Exhibit 9 - OFarrell 2022.06.29 DME Notice, # 10 Exhibit 10 - June 29 OFarrell Emails, # 11 Exhibit 11 - Perrine Emails, # 12 Exhibit 12 - Perrine 2022.06.23 DME Notice, # 13 Exhibit 13 - Sheppard 2022.06.02 DME Notice, # 14 Exhibit 14 - Sheppard Emails, # 15 Exhibit 15 - Sheppard 2022.06.21 DME Notice, # 16 Exhibit 16 - Sheppard 2022.06.27 DME Notice) (SUTHERLAND, KARI) (Entered: 06/30/2022) |
| 06/30/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3205 MOTION for a Case Management Order Requiring Non-Wave Plaintiffs to Produce Certain Medical Records, 3255 Response in Opposition to Motion. (alb) (Entered: 06/30/2022) |
| 06/30/2022 | | Set Deadlines/Hearings re 3256 Motion for Order to Show Cause Based on Wave 2 Plaintiffs' Failure to Comply with Discovery. (Internal deadline for referral to judge if response not filed earlier: **7/14/2022**). (alb) (Entered: 06/30/2022) |
| 07/01/2022 | 3257 | ORDER re 3256 MOTION for Order to Show Cause Based on Wave 2 Plaintiffs' Failure to Comply with Discovery. Defendants' Motion for Order to Show Cause Based on Wave 2 Plaintiffs' Failure to Comply with Discovery, ECF No. 3256 , is GRANTED. Plaintiffs are hereby ORDERED TO SHOW GOOD CAUSE why their cases should not be dismissed with prejudice for failure to comply with an order of the Court by July 8, 2022. Each plaintiffs response to the show cause Order must be filed on the docket of his or her individual case only. Failure to comply with this Order will result in dismissal of a case with prejudice.The Clerk is directed to enter a copy of this Order on the MDL docket and on the individual docket for each case.(Deadline to comply with Order is **7/8/2022**.) Signed by JUDGE M CASEY RODGERS on 7/1/2022. (alb) (Entered: 07/01/2022) |
| 07/01/2022 | 3258 | MOTION to Appear Pro Hac Vice by Diane Lenkowsky.( Filing fee $ 208 receipt number AFLNDC-7247872.) by 3M COMPANY. (LENKOWSKY, DIANE) (Entered: 07/01/2022) |
| 07/01/2022 | 3259 | MOTION to Compel *Compliance with Subpoenas for Additional Wave 2 Fact Witness Depositions* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6) (BRANSCOME, KIMBERLY) (Entered: 07/01/2022) |
| 07/01/2022 | 3260 | CIVIL COVER SHEET. (ANELLO, VIRGINIA) (Entered: 07/01/2022) |
| 07/01/2022 | 3261 | **Disregard Filed in Lead Case in Error. Parties will be deleted off the docket and Finance Department will be notified regarding filing fee.** COMPLAINT *JAMES WILKUS* against 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, |

| | | |
|---|---|---|
| | | AEARO TECHNOLOGIES LLC ( Filing fee $ 402 receipt number AFLNDC-7248266.), filed by JAMES WILKUS. (ANELLO, VIRGINIA) Modified on 7/1/2022 (alb). (Entered: 07/01/2022) |
| 07/01/2022 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 3259 MOTION to Compel *Compliance with Subpoenas for Additional Wave 2 Fact Witness Depositions.* Referred to GARY R JONES. (alb) (Entered: 07/01/2022) |
| 07/01/2022 | 3262 | MOTION for Order to Show Cause *Based on Wave 3 Plaintiffs' Failure to Comply with Discovery* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (SUTHERLAND, KARI) (Entered: 07/01/2022) |
| 07/01/2022 | 3263 | First MOTION to Appear Pro Hac Vice by TANJA ENGELHARDT.( Filing fee $ 208 receipt number AFLNDC-7248452.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (ENGELHARDT, TANJA) Modified on 7/6/2022 to correct filer to NOTICE ONLY party (djb). (Entered: 07/01/2022) |
| 07/01/2022 | 3264 | Amended MOTION to Appear Pro Hac Vice by Zoey M. Surdis.( Filing fee $ 208 receipt number AFLNDC-7249043.) by NOTICE ONLY. (SURDIS, ZOEY) (Main Document 3264 replaced on 7/8/2022) (alb). (Entered: 07/01/2022) |
| 07/01/2022 | 3265 | MOTION to Compel *Wave Plaintiffs' Data and Electronically Stored Information Responsive to Defendants' Request for Production Number 10* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26) (NOMELLINI, MARK) (Entered: 07/01/2022) |
| 07/05/2022 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 3265 MOTION to Compel *Wave Plaintiffs' Data and Electronically Stored Information Responsive to Defendants' Request for Production Number 10.* Referred to GARY R JONES. (alb) (Entered: 07/05/2022) |
| 07/05/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3262 MOTION for Order to Show Cause *Based on Wave 3 Plaintiffs' Failure to Comply with Discovery.* (alb) (Entered: 07/05/2022) |
| 07/05/2022 | 3266 | ORDER granting 3259 MOTION to Compel Compliance with Subpoenas for Additional Wave 2 Fact Witness Depositions. Signed by MAGISTRATE JUDGE GARY R JONES on 7/5/2022. In light of the July 5, 2022 deadline for fact discovery, the Court extends the deadline for taking these depositions to July 14, 2022. (kdm) (Entered: 07/05/2022) |
| 07/05/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3258 MOTION to Appear Pro Hac Vice by Diane Lenkowsky.( Filing fee $ 208 receipt number AFLNDC-7247872.), 3263 First MOTION to Appear Pro Hac Vice by TANJA ENGELHARDT.( Filing fee $ 208 receipt number AFLNDC-7248452.) (Req's met by both attys.) (alb) (Entered: 07/05/2022) |

| 07/05/2022 | 3267 | MOTION to Appear Pro Hac Vice by Dera C. Barlow.( Filing fee $ 208 receipt number AFLNDC-7255021.) by NOTICE ONLY. (BARLOW, DERA) (Entered: 07/05/2022) |
|---|---|---|
| 07/06/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3267 MOTION to Appear Pro Hac Vice by Dera C. Barlow. (requirements met) (djb) (Entered: 07/06/2022) |
| 07/06/2022 | 3268 | MOTION to Appear Pro Hac Vice by French Hampton.( Filing fee $ 208 receipt number AFLNDC-7257605.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificates of Good Standing) (FRENCH, HAMPTON) (Entered: 07/06/2022) |
| 07/06/2022 | 3269 | NOTICE of Appearance by HAMPTON S FRENCH on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (FRENCH, HAMPTON) (Entered: 07/06/2022) |
| 07/06/2022 | 3270 | MOTION to Appear Pro Hac Vice by DeShawn H. Mitchell.( Filing fee $ 208 receipt number AFLNDC-7257935.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Certificate of Good Standing) (MITCHELL, DESHAWN) (Entered: 07/06/2022) |
| 07/06/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3264 Amended MOTION to Appear Pro Hac Vice by Zoey M. Surdis. (requirements not met) (djb) (Entered: 07/06/2022) |
| 07/06/2022 | 3271 | NOTICE of Appearance by AMANDA BOLZ BARBOUR on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BARBOUR, AMANDA) (Entered: 07/06/2022) |
| 07/06/2022 | 3272 | NOTICE of Appearance by AMANDA BOLZ BARBOUR on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BARBOUR, AMANDA) (Entered: 07/06/2022) |
| 07/06/2022 | 3273 | TRANSCRIPT Acknowledgment - Part II re 3168 Notice of Appeal Court Reporter:Donna L. Boland Transcript due by **7/6/2022**. (dlb) (Entered: 07/06/2022) |
| 07/06/2022 | 3274 | NOTICE of Filing Transcript (Part III) by Court Reporter in District Court - re: 3168 Notice of Appeal Court Reporter: Donna L. Boland (dlb) (Entered: 07/06/2022) |
| 07/06/2022 | 3275 | RESPONSE to Motion re 3262 MOTION for Order to Show Cause *Based on Wave 3 Plaintiffs' Failure to Comply with Discovery by Plaintiffs Cassandra Jackson and Christopher Glavach* filed by NOTICE ONLY. (PUCCIO, KAREN) (Entered: 07/06/2022) |
| 07/06/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3270 MOTION to Appear Pro Hac Vice by DeShawn H. Mitchell; 3268 MOTION to Appear Pro Hac Vice by French Hampton. (requirements met) (djb) (Entered: 07/06/2022) |
| 07/06/2022 | 3276 | RESPONSE in Opposition re 3262 MOTION for Order to Show Cause *Based on Wave 3 Plaintiffs' Failure to Comply with Discovery as to Adam Bazar* filed by NOTICE ONLY. (BEYEA-SCHROEDER, KAREN) (Entered: 07/06/2022) |

| 07/07/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3262 MOTION for Order to Show Cause Based on Wave 3 Plaintiffs' Failure to Comply with Discovery, 3275 Response to Motion, 3276 Response in Opposition to Motion (djb) (Entered: 07/07/2022) |
|---|---|---|
| 07/07/2022 | 3277 | RESPONSE to Motion re 3262 MOTION for Order to Show Cause *Based on Wave 3 Plaintiffs' Failure to Comply with Discovery as to James Farkas* filed by NOTICE ONLY. (AYLSTOCK, BRYAN) (Entered: 07/07/2022) |
| 07/07/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3277 Response to Motion, 3262 MOTION for Order to Show Cause Based on Wave 3 Plaintiffs' Failure to Comply with Discovery (djb) (Entered: 07/07/2022) |
| 07/07/2022 | 3278 | NOTICE *of Withdrawal of Plaintiff James Farkas from Defendants' July 1, 2022 Motion for Order to Show Cause* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC re 3262 MOTION for Order to Show Cause *Based on Wave 3 Plaintiffs' Failure to Comply with Discovery* (SUTHERLAND, KARI) (Entered: 07/07/2022) |
| 07/07/2022 | 3279 | NOTICE of Appearance by E BARNEY ROBINSON, III on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (ROBINSON, E) (Entered: 07/07/2022) |
| 07/07/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3278 Notice of Withdrawal of Plaintiff James Farkas from Defendants' July 1, 2022 Motion for Order to Show Cause, re: 3262 MOTION for Order to Show Cause Based on Wave 3 Plaintiffs' Failure to Comply with Discovery. (djb) (Entered: 07/07/2022) |
| 07/07/2022 | 3280 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BAKER, RONALD) (Entered: 07/07/2022) |
| 07/07/2022 | 3281 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 2 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 7/7/2022. (Attachments: # 1 CTO-169 Finalized) (djb) (Entered: 07/07/2022) |
| 07/07/2022 | 3282 | DOCKET ANNOTATION BY COURT: Notice to Counsel, RONALD BAKER. The 3280 Notice of Voluntary Dismissal is to be filed in the individual case only. (djb) (Entered: 07/07/2022) |
| 07/07/2022 | 3283 | MOTION for Order to Show Cause *to Show Cause Based on Wave 3 Plaintiffs' Failure to Comply with Discovery* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Missing Authorizations and Discovery Responses, # 2 Exhibit B - Missing Authorizations and discovery responses) (SUTHERLAND, KARI) (Entered: 07/07/2022) |
| 07/08/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3283 MOTION for Order to Show Cause Based on Wave 3 Plaintiffs' Failure to Comply with Discovery (djb) (Entered: 07/08/2022) |
| 07/08/2022 | 3284 | NOTICE *of Withdrawal of Plaintiff Jason Stockley from Defendants' July 7, 2022 Motion for Order to Show Cause* by 3M COMPANY, 3M OCCUPATIONAL SAFETY |

| | | LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC re 3283 MOTION for Order to Show Cause *to Show Cause Based on Wave 3 Plaintiffs' Failure to Comply with Discovery* (SUTHERLAND, KARI) (Entered: 07/08/2022) |
|---|---|---|
| 07/08/2022 | 3285 | ORDER - Defendants' Motions for Order to Show Cause Based on Wave 3 Plaintiffs Failure to Comply With Discovery, ECF Nos. 3262 & 3283 , are GRANTED, in part. All plaintiffs identified on Exhibits A and B are required to: (a.) Comply with the Court's Order, ECF No. 3126 , and the parties' stipulation, ECF No. 2468, by submitting the required records authorizations and responding to Defendants discovery requests by July 14, 2022. This is a new deadline for compliance and will be the last deadline set. (b.) File a response on his or her individual docket by July 15, 2022, that either: (i.) Confirms that the requisite materials were submitted to Defendants on July 14, 2022; or (ii.) If the requisite materials were not submitted, SHOWS GOOD CAUSE why his or her case should not be dismissed with prejudice for failure to prosecute and failure to comply with two of the Court's Orders. (3.) Failure to comply with this Order will result in dismissal of a case with prejudice. (4.) The Clerk is directed to enter a copy of this Order on the MDL docket and on the individual docket for each of the cases identified on Exhibits A and B. Signed by JUDGE M CASEY RODGERS on 7/8/2022. (djb) (Entered: 07/08/2022) |
| 07/08/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3284 NOTICE OF WITHDRAWAL OF PLAINTIFF JASON STOCKLEY FROM DEFENDANTS JULY 7, 2022 MOTION FOR ORDER TO SHOW CAUSE (djb) (Entered: 07/08/2022) |
| 07/08/2022 | 3286 | ORDER granting 3258 MOTION to Appear Pro Hac Vice by Diane Lenkowsky, 3270 MOTION to Appear Pro Hac Vice by DeShawn H. Mitchell, 3239 MOTION to Appear Pro Hac Vice by Stephen Daniel Kaufmann, 3268 MOTION to Appear Pro Hac Vice by French Hampton, 3238 Amended MOTION Admission Pro Hac Vice by Paul N. Schlemmer, 3247 MOTION to Appear Pro Hac Vice by BHARATI SHARMA, 3267 MOTION to Appear Pro Hac Vice by Dera C. Barlow, 3242 MOTION to Appear Pro Hac Vice by Salvatore J. Siciliano, 3263 MOTION to Appear Pro Hac Vice by TANJA ENGELHARDT, 3248 MOTION to Appear Pro Hac Vice by Kenneth Cochran, 3246 MOTION to Appear Pro Hac Vice by Cassandra Love-Olivo. Signed by JUDGE M CASEY RODGERS on 7/8/2022. (djb) (Entered: 07/08/2022) |
| 07/08/2022 | 3287 | ORDER - The 3250 Motion to Appear Pro Hac Vice by Syreeta Defrance- Poindexter is DENIED without prejudice for failure to identify any individual case pending within the MDL in which counsel appears as attorney of record. Signed by JUDGE M CASEY RODGERS on 7/8/2022. (djb) (Entered: 07/08/2022) |
| 07/11/2022 | 3288 | First MOTION to Substitute Attorney *Salvatore J. Siciliano* by STEPHEN PECORELLI. (SICILIANO, SALVATORE) (Entered: 07/11/2022) |
| 07/11/2022 | 3289 | DOCKET ANNOTATION BY COURT: NOTICE to Counsel, S. SICILIANO - Please file the motion in the individual civil case only, not the lead case. This motion will be terminated. re: 3288 First MOTION to Substitute Attorney *Salvatore J. Siciliano* filed by STEPHEN PECORELLI (djb) (Entered: 07/11/2022) |
| 07/11/2022 | 3290 | MOTION to Appear Pro Hac Vice by Anne Marie Seibel.( Filing fee $ 208 receipt number CFLNDC-7277753.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (SEIBEL, ANNE MARIE) (Entered: 07/11/2022) |
| 07/11/2022 | 3291 | First MOTION to Vacate by NOTICE ONLY. (Attachments: # 1 Text of Proposed |

| | | Order) (PERQUE, RICHARD) (Entered: 07/11/2022) |
|---|---|---|
| 07/11/2022 | 3292 | MOTION to Appear Pro Hac Vice by Kelcie Reid.( Filing fee $ 208 receipt number AFLNDC-7278759.) by 3M COMPANY. (REID, KELCIE) (Entered: 07/11/2022) |
| 07/12/2022 | 3293 | DOCKET ANNOTATION BY COURT: Notice to Counsel, Richard G Perque. Please file pleadings in the individual civil cases only. This motion will be terminated from the Master Docket without referral. Re 3291 MOTION to Vacate filed by NOTICE ONLY (djb) (Entered: 07/12/2022) |
| 07/12/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3290 MOTION to Appear Pro Hac Vice by Anne Marie Seibel; 3292 MOTION to Appear Pro Hac Vice by Kelcie Reid. (requirements met) (djb) (Entered: 07/12/2022) |
| 07/12/2022 | 3294 | NOTICE of Appearance by DESHAWN H MITCHELL on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (MITCHELL, DESHAWN) (Entered: 07/12/2022) |
| 07/13/2022 | 3297 | MOTION to Appear Pro Hac Vice by JOSHUA KRISTAL.( Filing fee $ 208 receipt number AFLNDC-7289556.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (KRISTAL, JOSHUA) (Entered: 07/13/2022) |
| 07/13/2022 | 3298 | **DUPLICATE ENTRY See 3220 and 3273** TRANSCRIPT REQUEST by BRENT WAYNE COON for proceedings held on 02/16/2022 before Judge M. Casey Rodgers, Court Reporter:Donna Boland (COON, BRENT) Modified on 7/13/2022 (djb). (Entered: 07/13/2022) |
| 07/13/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3297 MOTION to Appear Pro Hac Vice by JOSHUA KRISTAL. (requirements met) (djb) (Entered: 07/13/2022) |
| 07/14/2022 | 3299 | MOTION to Appear Pro Hac Vice by Valeria Benitez.( Filing fee $ 208 receipt number AFLNDC-7294965.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (BENITEZ, VALERIA) (Entered: 07/14/2022) |
| 07/14/2022 | 3300 | STIPULATION *Joint Stipulation Regarding Choice of Law* by LEAD COUNSEL FOR PLAINTIFFS. (AYLSTOCK, BRYAN) (Entered: 07/14/2022) |
| 07/14/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3299 MOTION to Appear Pro Hac Vice by Valeria Benitez. (requirements met) (djb) (Entered: 07/14/2022) |
| 07/14/2022 | 3301 | MOTION to Appear Pro Hac Vice by Breann Plasters.( Filing fee $ 208 receipt number AFLNDC-7297197.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Service, # 2 Exhibit Case List) (PLASTERS, BREANN) (Entered: 07/14/2022) |
| 07/15/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3301 MOTION to Appear Pro Hac Vice by Breann Plasters. (requirements met) (djb) (Entered: 07/15/2022) |
| 07/15/2022 | 3302 | NOTICE of Appearance by TIFFANY JOHNSON DEGRUY on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (DEGRUY, TIFFANY) (Entered: 07/15/2022) |
| 07/15/2022 | 3303 | MOTION to Appear Pro Hac Vice by Roy F. Viola Jr..( Filing fee $ 208 receipt number AFLNDC-7304246.) by 3M COMPANY. (VIOLA, ROY) (Entered: 07/15/2022) |

| 07/15/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3303 MOTION to Appear Pro Hac Vice by Roy F. Viola Jr.. (requirements met) (djb) (Entered: 07/15/2022) |
| 07/15/2022 | 3304 | RESPONSE in Opposition re 3265 MOTION to Compel *Wave Plaintiffs' Data and Electronically Stored Information Responsive to Defendants' Request for Production Number 10* filed by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (AYLSTOCK, BRYAN) (Entered: 07/15/2022) |
| 07/18/2022 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 3265 MOTION to Compel Wave Plaintiffs' Data and Electronically Stored Information Responsive to Defendants' Request for Production Number 10, 3304 Response in Opposition to Motion. Referred to GARY R JONES. (djb) (Entered: 07/18/2022) |
| 07/18/2022 | 3305 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-170) Certified - 1 action re: MDL No. 2885, MN/0:20-cv-01161. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 7/18/2022. (Attachments: # 1 CTO-170 Finalized) (djb) (Entered: 07/18/2022) |
| 07/18/2022 | 3306 | NOTICE of Appearance by KIMBERLY B MARTIN on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (MARTIN, KIMBERLY) (Entered: 07/18/2022) |
| 07/18/2022 | 3307 | **Disregard filed in Error** MOTION for Summary Judgment by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Internal deadline for referral to judge if response to summary judgment not filed earlier: 8/8/2022). (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (MANUEL, JAMES) Modified on 7/18/2022 (djb). (Entered: 07/18/2022) |
| 07/18/2022 | 3308 | **Disregard filed in Error** MOTION *to Exclude Testimony From Plaintiff's Expert Dr. Veena Vats* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (MANUEL, JAMES) Modified on 7/18/2022 (djb). (Entered: 07/18/2022) |
| 07/18/2022 | 3309 | DOCKET ANNOTATION BY COURT: NOTICE to Counsel, J. William Manuel. File the motion in the individual civil case. This motion will be terminated. Re 3307 MOTION for Summary Judgment filed by 3M OCCUPATIONAL SAFETY LLC, 3M COMPANY, AEARO LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC (djb) (Entered: 07/18/2022) |
| 07/19/2022 | 3310 | MOTION for Leave to File *a Reply in Support of Defendants' Motion to Compel Wave Plaintiffs' Data and Electronically Stored Information Responsive to Defendants' Request for Production Number 10 3265 (Unopposed)* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (NOMELLINI, MARK) (Entered: 07/19/2022) |
| 07/19/2022 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 3310 MOTION for Leave to File a Reply in Support of Defendants' 3265 Motion to Compel Wave Plaintiffs' Data and Electronically Stored Information Responsive to Defendants' Request for Production Number 10 (Unopposed), re 3304 Response in Opposition to Motion. Referred to GARY R JONES. (djb) (Entered: 07/19/2022) |

| 07/19/2022 | 3311 | MOTION to Appear Pro Hac Vice by Cody Miller Pyke.( Filing fee $ 208 receipt number AFLNDC-7314852.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Case List) (PYKE, CODY) Modified on 7/19/2022 to correct filer to NOTICE ONLY (djb). (Entered: 07/19/2022) |
|---|---|---|
| 07/19/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3311 MOTION to Appear Pro Hac Vice by Cody Miller Pyke. (requirements met) (djb) (Entered: 07/19/2022) |
| 07/19/2022 | 3312 | **DISREGARD filed in wrong case.** MOTION for Summary Judgment by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Internal deadline for referral to judge if response to summary judgment not filed earlier: **8/9/2022**). (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 5) (MANUEL, JAMES) Modified on 7/20/2022 (djb). (Entered: 07/19/2022) |
| 07/20/2022 | 3313 | DOCKET ANNOTATION BY COURT: NOTICE TO COUNSEL, J. William Manuel. Post the MSJ in the individual civil cases not the Lead Case. This motion will be terminated. Re 3312 MOTION for Summary Judgment filed by 3M OCCUPATIONAL SAFETY LLC, 3M COMPANY, AEARO LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC (djb) (Entered: 07/20/2022) |
| 07/20/2022 | 3314 | ORDER granting 3310 MOTION for Leave to File a Reply. Signed by MAGISTRATE JUDGE GARY R JONES on 7/20/2022. Defendants must file their reply no later than July 27, 2022. (kdm) (Entered: 07/20/2022) |
| 07/20/2022 | | Set Deadline per 3314 ORDER: Defendants must file their reply no later than **7/27/2022**. (kdm) (Entered: 07/20/2022) |
| 07/20/2022 | 3315 | AFFIDAVIT in Opposition re 3262 MOTION for Order to Show Cause *Based on Wave 3 Plaintiffs' Failure to Comply with Discovery*, 3283 MOTION for Order to Show Cause *to Show Cause Based on Wave 3 Plaintiffs' Failure to Comply with Discovery* filed by TIMOTHY TOUCHETTE. (GATTUSO, FRANK) (Entered: 07/20/2022) |
| 07/20/2022 | 3316 | DOCKET ANNOTATION BY COURT: Notice to Counsel, Frank S. Gattuso. File the Affidavit in the individual civil case not the Lead Case. Re 3315 Affidavit in Opposition to Motion, filed by TIMOTHY TOUCHETTE (djb) (Entered: 07/20/2022) |
| 07/21/2022 | 3317 | ORDER granting 3290 MOTION to Appear Pro Hac Vice by Anne Marie Seibel, 3292 MOTION to Appear Pro Hac Vice by Kelcie Reid, 3311 MOTION to Appear Pro Hac Vice by Cody Miller Pyke, 3303 MOTION to Appear Pro Hac Vice by Roy F. Viola Jr., 3299 MOTION to Appear Pro Hac Vice by Valeria Benitez, 3301 MOTION to Appear Pro Hac Vice by Breann Plasters, 3297 MOTION to Appear Pro Hac Vice by JOSHUA KRISTAL. Signed by JUDGE M CASEY RODGERS on 7/21/2022. (djb) (Entered: 07/21/2022) |
| 07/21/2022 | 3318 | MOTION to Appear Pro Hac Vice by JOHN BRUEGGER.( Filing fee $ 208 receipt number AFLNDC-7325735.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (BRUEGGER, JOHN) (Main Document 3318 replaced on 7/21/2022) (djb). (Entered: 07/21/2022) |
| 07/21/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3318 MOTION to Appear Pro Hac Vice by JOHN BRUEGGER. (requirements met) (djb) (Entered: 07/21/2022) |
| 07/21/2022 | 3319 | MOTION Plaintiffs' Omnibus Motion & Memo of Law to Exclude Defendants' Expert Opinions and Testimony by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Affidavit Aylstock Declaration, # [2] Exhibit PX1, # [3] Exhibit PX2, # [4] Exhibit PX3, # [5] Exhibit PX4, # [6] Exhibit PX5, # [7] Exhibit PX6, # [8] Exhibit PX7, # [9] Exhibit PX8, # [10] Exhibit PX9, # [11] Exhibit PX10, # [12] Exhibit PX11, # [13] Exhibit PX12, # [14] Exhibit PX13, # [15] Exhibit PX14, # [16] Exhibit PX15, # [17] Exhibit PX16, # [18] Exhibit PX17, # [19] Exhibit PX18, # [20] Exhibit PX19, # [21] Exhibit PX20, # [22] Exhibit PX21, # [23] Exhibit PX22, # [24] Exhibit PX23, # [25] Exhibit PX24, # [26] Exhibit PX25, # [27] Exhibit PX26, # [28] Exhibit PX27, # [29] Exhibit PX28, # [30] Exhibit PX29, # [31] Exhibit PX30, # [32] Exhibit PX31, # [33] Exhibit PX32, # [34] Exhibit PX33, # [35] Exhibit PX34, # [36] Exhibit PX35, # [37] Exhibit PX36, # [38] Exhibit PX37, # [39] Exhibit PX38, # [40] Exhibit PX39, # [41] Exhibit PX40, # [42] Exhibit PX41, # [43] Exhibit PX42, # [44] Exhibit PX43, # [45] Exhibit PX44, # [46] Exhibit PX45, # [47] Exhibit PX46, # [48] Exhibit PX47, # [49] Exhibit PX48, # [50] Exhibit PX49, # [51] Exhibit PX50, # [52] Exhibit PX51, # [53] Exhibit PX52, # [54] Exhibit PX53, # [55] Exhibit PX54, # [56] Exhibit PX55, # [57] Exhibit PX56, # [58] Exhibit PX57, # [59] Exhibit PX58, # [60] Exhibit PX59, # [61] Exhibit PX60, # [62] Exhibit PX61, # [63] Exhibit PX62, # [64] Exhibit PX63, # [65] Exhibit PX64, # [66] Exhibit PX65, # [67] Exhibit PX66, # [68] Exhibit PX67, # [69] Exhibit PX68, # [70] Exhibit PX69, # [71] Exhibit PX70, # [72] Exhibit PX71, # [73] Exhibit PX72, # [74] Exhibit PX73) (AYLSTOCK, BRYAN) (Entered: 07/21/2022) |
| 07/21/2022 | [3320] | MOTION Plaintiffs' Motion to Preserve Daubert and Rule 702 Motions and Arguments Previously Ruled Upon by LEAD COUNSEL FOR PLAINTIFFS. (AYLSTOCK, BRYAN) (Entered: 07/21/2022) |
| 07/21/2022 | [3321] | MOTION to Preserve Daubert and Rule 702 Motions and Arguments Previously Ruled Upon by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (Entered: 07/21/2022) |
| 07/21/2022 | | Set Deadlines/Hearings re [3319] Plaintiffs' Omnibus Motion & Memo of Law to Exclude Defendants' Expert Opinions and Testimony, [3320] Plaintiffs' Motion to Preserve Daubert and Rule 702 Motions and Arguments Previously Ruled Upon by LEAD COUNSEL FOR PLAINTIFFS, [3321] MOTION to Preserve Daubert and Rule 702 Motions and Arguments Previously Ruled Upon by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Internal deadline for referral to judge if response not filed earlier: **8/9/2022**). (alb) (Entered: 07/22/2022) |
| 07/22/2022 | [3322] | NOTICE of Appearance by JUNE GILSON on behalf of All Defendants (Attachments: # [1] Exhibit Certificate of Good Standing) (GILSON, JUNE) (Entered: 07/22/2022) |
| 07/22/2022 | [3326] | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-171) Certified - 2 actions re: in MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 7/22/2022. (Attachments: # [1] CTO-171 Finalized) (djb) (Entered: 07/25/2022) |
| 07/25/2022 | 3323 | DOCKET ANNOTATION BY COURT: Notice to Counsel June E. Gilson. The referenced document has been filed incorrectly. To insure the accuracy of the docket and proper reporting the document should be reposted using the correct event "Motion" then select "Appear Pro Hac Vice" located under Motions which will also prompt for the PHV filing fee. Re [3322] Notice of Appearance filed by 3M OCCUPATIONAL SAFETY LLC, 3M COMPANY, CO-LIAISON COUNSEL FOR DEFENDANTS, AEARO LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC (djb) (Entered: 07/25/2022) |
| 07/25/2022 | [3324] | NOTICE *of Withdrawal of Counsel Pursuant to Local Rule 11.1(H) and Request for Removal from Service List* by NOTICE ONLY (GANLEY, MICHAEL) (Entered: |

| | | 07/25/2022) |
|---|---|---|
| 07/25/2022 | 3325 | MOTION to Appear Pro Hac Vice by June E. Gilson.( Filing fee $ 208 receipt number AFLNDC-7335454.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit Certificate of Good Standing) (GILSON, JUNE) (Entered: 07/25/2022) |
| 07/25/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3325 MOTION to Appear Pro Hac Vice by June E. Gilson. (requirements met) (djb) (Entered: 07/25/2022) |
| 07/25/2022 | 3327 | NOTICE of Appearance by MATTHEW JOHN KOLODOSKI on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (KOLODOSKI, MATTHEW) (Entered: 07/25/2022) |
| 07/26/2022 | 3328 | SUGGESTION OF BANKRUPTCY Upon the Record as to Aearo Technologies LLC and Certain of Its Affiliates *and Notice of Automatic Stay of Proceedings* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (BROCK, ROBERT) (Entered: 07/26/2022) |
| 07/26/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3328 Suggestion of Bankruptcy (djb) (Entered: 07/26/2022) |
| 07/26/2022 | 3329 | ORDER setting a show cause hearing and status conference for Wednesday, July 27, 2022 at 8:30 a.m. Central. Counsel may appear in person, by Zoom, or by telephone; however, due to the limited number of persons that Zoom can accommodate, only one attorney per plaintiff law firm may sign onto the Zoom link. Counsel representing 3M at the hearing/status conference must include at least one attorney who will speak to 3Ms unilateral suspension of Wave depositions, and at least one attorney who is in a position to discuss the recent bankruptcy filings. Each side must advise Judge David Herndon (ret.), Special Master, of who will appear on its behalf at the status conference by July 26, 2022 at 4 p.m. Central. The Zoom link will be circulated thereafter.. Signed by JUDGE M CASEY RODGERS on 7/26/2022. (tvj) (Entered: 07/26/2022) |
| 07/26/2022 | 3330 | ORDER rescheduling show cause hearing and status conference for Wednesday, July 27, 2022, at 7:30 a.m. Central, and clarifying which plaintiffs' counsel may attend the proceeding via Zoom. Signed by JUDGE M CASEY RODGERS on 7/26/2022. (tvj) (Entered: 07/26/2022) |
| 07/26/2022 | 3331 | DOCKET ANNOTATION BY COURT: Please use these Conference Call Instructions for 3330 Order setting the Show Cause Hearing and Status Conference to begin at **7:30 am Central on Wednesday, July 27, 2022.** <br><br> - To connect to the conference call, dial: 1-888-684-8852 <br><br> - You will be prompted for the access code: 8296522 <br><br> - Once the host has connected, you will be prompted for the security code: 3192885 <br><br> Please **mute** your incoming volume and DO NOT place your phone on hold if your office has on hold music. (blr) (Entered: 07/26/2022) |
| 07/27/2022 | 3332 | Ex Parte MOTION for Temporary Restraining Order *to Enjoin 3M from Taking Action outside the MDL to Enjoin Parties from Pursuing CAEV2 Litigation* by RICHARD |

| | | VALLE. (KELLER, ASHLEY) (Entered: 07/27/2022) |
|---|---|---|
| 07/27/2022 | 3333 | ORDER requiring expedited response from Defendant 3M Company to Plaintiffs' 3332 Ex Parte Motion and Incorporated Memorandum to Issue a Temporary Restraining Order to Enjoin 3M from Taking Any Action Outside the MDL to Enjoin the Parties from Pursuing CAEv2 Litigation Against 3M. Defendant 3M Company is directed to file its response, if any, by this afternoon, July 27, 2022, at 1 p.m. Central. The response must be limited to 10 pages. Signed by JUDGE M CASEY RODGERS on 7/27/2022. (tvj) (Entered: 07/27/2022) |
| 07/27/2022 | 3334 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of SHOW CAUSE HEARING and STATUS CONFERENCE Proceedings held on July 27, 2022, before Judge M. Casey Rodgers. Court Reporter/Transcriber Donna L. Boland, Email: Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **8/3/2022**. Release of Transcript Restriction set for **11/1/2022**. (dlb) (Entered: 07/27/2022) |
| 07/27/2022 | 3335 | RESPONSE to Motion re 3332 Ex Parte MOTION for Temporary Restraining Order *to Enjoin 3M from Taking Action outside the MDL to Enjoin Parties from Pursuing CAEV2 Litigation* filed by 3M COMPANY. (GREEN, JESSE) (Entered: 07/27/2022) |
| 07/27/2022 | 3336 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS:Show Cause Hearing and Status Conference held on 7/27/2022. Court and counsel discuss Wave-related matters, and Aearo Technologies LLC bankruptcy filings. Attendance of counsel in person, via Zoom and telephone; Judge Herndon, Judge Jones, and Adriane Theis via Zoom. Order to follow. (Court Reporter Donna Boland.) (blr) (Main Document 3336 replaced on 8/5/2022) (blr). (Entered: 07/27/2022) |
| 07/27/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3335 Response to Motion, 3332 Ex Parte MOTION for Temporary Restraining Order to Enjoin 3M from Taking Action outside the MDL to Enjoin Parties from Pursuing CAEV2 Litigation (djb) (Entered: 07/27/2022) |
| 07/27/2022 | 3337 | NOTICE of Appearance by JESSE LUKE GREEN on behalf of 3M COMPANY (GREEN, JESSE) (Entered: 07/27/2022) |
| 07/28/2022 | 3338 | ORDER suspending the transition process until further notice. Any plaintiff currently subject to a Transition Order whose deadline for compliance has not already expired is relieved of the obligation to transition to the MDL docket at this time. Signed by JUDGE M CASEY RODGERS on 7/28/2022. (tvj) (Entered: 07/28/2022) |
| 07/28/2022 | 3339 | MOTION to Appear Pro Hac Vice by Jessica C. Lauria.( Filing fee $ 208 receipt number AFLNDC-7344422.) by 3M COMPANY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (BOELTER, JESSICA) (Entered: 07/28/2022) |
| 07/28/2022 | 3340 | ORDER. The plaintiffs' cases identified on Exhibit A are hereby DISMISSED WITH PREJUDICE for failure to comply with Court orders. The Clerk is directed to enter a copy of this Order on the main MDL docket and on the individual dockets, and then to close the cases in their entirety for all purposes. Signed by JUDGE M CASEY RODGERS on 7/28/2022. (Attachments: # 1 Exhibit A) (djb) (Entered: 07/28/2022) |
| 07/28/2022 | 3341 | ORDER directing Defendant 3M Company to pay plaintiffs' attorneys fees and expenses |

| | | |
|---|---|---|
| | | associated with its unilateral, eleventh hour cancellation of the Wave depositions set for July 26-28, 2022, consistent with the Court's oral ruling at the status conference on July 27, 2022. Plaintiffs counsel who incurred any such fees and/or expenses must file a request for those fees and/or expenses on their client(s)' individual docket by August 15, 2022, along with an affidavit in support and bill of costs. 3M Company must pay the fees and expenses within 21 days days thereafter. Signed by JUDGE M CASEY RODGERS on 7/28/2022. (tvj) (Entered: 07/28/2022) |
| 07/28/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3339 MOTION to Appear Pro Hac Vice by Jessica C. Lauria. (requirements met) (djb) (Entered: 07/28/2022) |
| 07/28/2022 | 3342 | ORDER suspending the DD214 and census requirements until further notice. Any plaintiff currently subject to a DD214 or census form deadline whose time for compliance has not already expired is relieved of the obligation to submit the applicable materials at this time. Signed by JUDGE M CASEY RODGERS on 7/28/2022. (tvj) (Entered: 07/28/2022) |
| 07/28/2022 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 3265 MOTION to Compel Wave Plaintiffs' Data and Electronically Stored Information Responsive to Defendants' Request for Production Number 10, 3304 Response in Opposition to Motion. (no reply filed) Referred to GARY R JONES. (djb) (Entered: 07/28/2022) |
| 07/28/2022 | 3343 | ORDER - Plaintiff's 3332 Ex Parte MOTION for Temporary Restraining Order to Enjoin 3M from Taking Action outside the MDL to Enjoin Parties from Pursuing CAEV2 Litigation is DENIED. Signed by JUDGE M CASEY RODGERS on 7/28/2022. (djb) (Entered: 07/28/2022) |
| 07/28/2022 | 3344 | ORDER. The Motion for a Case Management Order Requiring Non-Wave Plaintiffs to Produce Certain Medical Records 3205 is DENIED as to Defendant 3M Company. Signed by JUDGE M CASEY RODGERS on 7/28/2022. (tvj) (Entered: 07/28/2022) |
| 07/28/2022 | 3345 | ORDER - The cases identified on Exhibit A are hereby DISMISSED WITHOUT PREJUDICE for the plaintiff's failure to transition or dismiss his or her case as ordered. The Clerk is directed to enter a copy of this Order on the main MDL docket and on the individual dockets, and close the individual cases in their entirety for all purposes. Signed by JUDGE M CASEY RODGERS on 7/28/2022. (Attachments: # 1 Exhibit A) (djb) (Entered: 07/28/2022) |
| 07/28/2022 | 3346 | ORDER - The cases identified on Exhibit A are hereby DISMISSED WITHOUT PREJUDICE for the plaintiffs failure to transition or dismiss his or her case as ordered. The Clerk is directed to enter a copy of this Order on the main MDL docket and on the individual dockets, and close the individual cases in their entirety for all purposes. Signed by JUDGE M CASEY RODGERS on 7/28/2022. (Attachments: # 1 Exhibit A) (djb) (Entered: 07/28/2022) |
| 07/28/2022 | 3347 | MOTION to Appear Pro Hac Vice by Christopher R. Drury.( Filing fee $ 208 receipt number AFLNDC-7345465.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (DRURY, CHRISTOPHER) (Entered: 07/28/2022) |
| 07/28/2022 | 3348 | ORDER - The plaintiffs' cases identified on Exhibit A are hereby DISMISSED WITHOUT PREJUDICE for failure to comply with a court order.5 The Clerk is directed to enter a copy of this Order on the main MDL docket and on the individual dockets, |

| | | |
|---|---|---|
| | | and close the cases in their entirety for all purposes. Signed by JUDGE M CASEY RODGERS on 7/28/2022. (Attachments: # 1 Exhibit A) (djb) (Entered: 07/28/2022) |
| 07/28/2022 | 3349 | ORDER - The plaintiffs' cases identified on Exhibits A and B are hereby DISMISSED WITHOUT PREJUDICE for failure to comply with a court order. Active duty plaintiffs and non-veterans are hereby granted leave to file a motion to reopen their case, which must be accompanied by a statement clarifying their status with respect to military service. Any motion to reopen on this basis must be filed on the individual docket for a plaintiff's case only by August 25, 2022. The Clerk is directed to enter a copy of this Order on the main MDL docket and on the individual dockets, and close the cases in their entirety for all purposes. Signed by JUDGE M CASEY RODGERS on 7/28/2022. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (djb) (Entered: 07/28/2022) |
| 07/29/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3347 MOTION to Appear Pro Hac Vice by Christopher R. Drury. (requirements met) (djb) (Entered: 07/29/2022) |
| 07/29/2022 | 3350 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) Certified - 8 actions re: MDLNo. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 7/29/2022. (Attachments: # 1 CTO-172 Finalized) (djb) (Entered: 07/29/2022) |
| 07/29/2022 | 3351 | NOTICE *REMOVE FROM ELECTRONIC SERVICE* by NOTICE ONLY (PERQUE, RICHARD) (Entered: 07/29/2022) |
| 07/29/2022 | 3352 | CASE MANAGEMENT ORDER NO. 49 (Amended Discovery & Wave Schedule). Signed by JUDGE M CASEY RODGERS on 7/29/2022. (djb) (Entered: 07/29/2022) |
| 07/29/2022 | | Set Deadlines Reply due by **8/18/2022**. Re: 3304 RESPONSE in Opposition re 3265 MOTION to Compel Wave Plaintiffs' Data and Electronically Stored Information Responsive to Defendants' Request for Production Number 10. (djb) (Entered: 07/29/2022) |
| 07/29/2022 | 3353 | MOTION to Appear Pro Hac Vice by Christopher Rodriguez.( Filing fee $ 208 receipt number AFLNDC-7348729.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (RODRIGUEZ, CHRISTOPHER) Modified on 8/1/2022 to correct filer to NOTICE ONLY party (djb). (Entered: 07/29/2022) |
| 08/01/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3353 MOTION to Appear Pro Hac Vice by Christopher Rodriguez. (requirements met) (djb) (Entered: 08/01/2022) |
| 08/01/2022 | 3354 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-173) Certified - 3 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 8/1/2022. Signed by JUDGE M CASEY RODGERS on 8/1/2022. (Attachments: # 1 CTO-173 Finalized) (djb) (Entered: 08/01/2022) |
| 08/01/2022 | 3355 | EX PARTE AND SEALED ORDER. (erl) (Main Document 3355 replaced on 8/1/2022) (erl). (Entered: 08/01/2022) |
| 08/02/2022 | 3356 | ORDER re 3328 Suggestion of Bankruptcy. As a consequence of the bankruptcy petition, all proceedings in this litigation are automatically STAYED as against the debtors, Defendants Aearo Technologies LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and 3M Occupational Safety LLC. The stay will remain in effect until the bankruptcy case has been disposed of by the bankruptcy court or the stay is otherwise lifted. The Defendants are directed to file a report with this Court every 180 days regarding the status of the bankruptcy case and to promptly notify the Court when |

| | | the bankruptcy proceedings have concluded or the stay is otherwise lifted. Signed by JUDGE M CASEY RODGERS on 8/2/2022. (djb) (Entered: 08/02/2022) |
|---|---|---|
| 08/02/2022 | | Set Deadline re: 3356 Order. Defendants Status Report due by **1/30/2023**. (djb) (Entered: 08/03/2022) |
| 08/03/2022 | 3357 | ORDER granting 3318 MOTION to Appear Pro Hac Vice by JOHN BRUEGGER, 3353 MOTION to Appear Pro Hac Vice by Christopher Rodriguez, 3325 MOTION to Appear Pro Hac Vice by June E. Gilson, 3339 MOTION to Appear Pro Hac Vice by Jessica C. Lauria (Boelter), 3347 MOTION to Appear Pro Hac Vice by Christopher R. Drury. Signed by JUDGE M CASEY RODGERS on 8/3/2022. (djb) (Entered: 08/03/2022) |
| 08/03/2022 | 3358 | Emergency MOTION for Preliminary Injunction *Against Defendant 3M Company* by RICHARD VALLE. (Attachments: # 1 Memo In Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F) (KELLER, ASHLEY) (Entered: 08/03/2022) |
| 08/03/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3358 Emergency MOTION for Preliminary Injunction *Against Defendant 3M Company* (djb) (Entered: 08/03/2022) |
| 08/03/2022 | 3359 | ORDER. Plaintiff Richard Valle has filed an Emergency Motion for Preliminary Injunction Against 3M Company. See ECF No. 3358. Given the urgency of the above motion, Defendant 3M Company is directed to file its response, if any, by August 9, 2022 at 5 p.m. Central. Plaintiff's reply, if any, is due by August 10, 2022 at 5 p.m. Central. Oral argument on the matter will be held on August 11, 2022 at 10 a.m. Central at the United States District Court, One North Palafox Street, Courtroom 5, Pensacola, Florida. Each side must advise the Court of who will argue on its behalf by August 10, 2022 at 5 p.m. Central. Counsel who will present argument must appear in person. Signed by JUDGE M CASEY RODGERS on 8/03/2022. (tvj) (Entered: 08/03/2022) |
| 08/04/2022 | 3360 | TRANSFER ORDER Certified - Transferring 1 action - MDL No. 2885, MN/0:22-cv-00783. Signed by Judge Karen K. Caldwell, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 8/4/2022. (Attachments: # 1 Transfer Order) (djb) (Entered: 08/04/2022) |
| 08/04/2022 | 3361 | MOTION for Joinder *MOTION FOR RULING ON 3M COMPANYS WAIVER AND/OR JUDICIAL ESTOPPEL OF ANY DEFENSE REGARDING ITS FULL LIABILITY, AND REQUEST FOR EXPEDITED BRIEFING AND TO JOIN AUGUST 11, 2022 HEARING* by GUY MUREL CUPIT. (Attachments: # 1 Affidavit Declaration of Jennifer M. Hoekstra, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V) (WOLFSON, ADAM) (Entered: 08/04/2022) |
| 08/05/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3361 MOTION FOR RULING ON 3M COMPANY'S WAIVER AND/OR JUDICIAL ESTOPPEL OF ANY DEFENSE REGARDING ITS FULL LIABILITY, AND REQUEST FOR EXPEDITED BRIEFING AND TO JOIN AUGUST 11, 2022 HEARING (djb) (Entered: 08/05/2022) |
| 08/05/2022 | 3362 | NOTICE *of Withdrawal of Counsel Pursuant to Local Rule 11.1(H) and Request for Removal from Service List* by NOTICE ONLY (ROBERTSON, ALEXANDRA) (Entered: 08/05/2022) |
| 08/05/2022 | 3363 | MOTION to Appear Pro Hac Vice by STEVEN RESNICK.( Filing fee $ 208 receipt number AFLNDC-7368881.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 |

| | | |
|---|---|---|
| | | Exhibit B) (RESNICK, STEVEN) (Entered: 08/05/2022) |
| 08/05/2022 | 3364 | ORDER granting Plaintiff Guy Cupit's request for expedited briefing and to join August 11, 2022 hearing, and deferring ruling on Cupit's motion regarding waiver and/or judicial estoppel. 3361 Defendant 3M Company must file a response by August 9, 2022 at 5 p.m. Central. No reply will be permitted. Both sides should be prepared to discuss these issues at the August 11th hearing. Each side must advise the Court of who will argue on its behalf by August 10, 2022 at 5 p.m. Central. Counsel who will present argument must appear in person. Signed by JUDGE M CASEY RODGERS on 8/05/2022. (tvj) (Entered: 08/05/2022) |
| 08/05/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3363 MOTION to Appear Pro Hac Vice by STEVEN RESNICK. (requirements met) (djb) (Entered: 08/05/2022) |
| 08/05/2022 | 3365 | DOCKET ANNOTATION BY COURT: Please use these Conference Call Instructions for 3359 Order, and 3364 Order. Oral argument to begin at **10 a.m. Central on August 11, 2022**. <br><br> - To connect to the conference call, dial: 1-888-684-8852 <br><br> - You will be prompted for the access code: 8296522 <br><br> - Once the host has connected, you will be prompted for the security code: 3192885 <br><br> Please **mute** your incoming volume and DO NOT place your phone on hold if your office has on hold music. <br><br> **Counsel who will present argument must appear in person.** (blr) (Entered: 08/05/2022) |
| 08/09/2022 | 3366 | NOTICE of Appearance by FRANK G DYLEWSKI on behalf of NOTICE ONLY (DYLEWSKI, FRANK) (Entered: 08/09/2022) |
| 08/09/2022 | 3367 | MOTION to Seal by 3M COMPANY. (BEALL, CHARLES) (Entered: 08/09/2022) |
| 08/09/2022 | 3368 | SEALED ORDER. Signed by JUDGE M CASEY RODGERS on 8/09/2022. (tvj) (Entered: 08/09/2022) |
| 08/09/2022 | 3369 | Sealed Document. (djb) (Entered: 08/09/2022) |
| 08/09/2022 | 3370 | MEMORANDUM in Opposition re 3358 Emergency MOTION for Preliminary Injunction *Against Defendant 3M Company* filed by 3M COMPANY. (BOELTER, JESSICA) (Entered: 08/09/2022) |
| 08/09/2022 | 3371 | AFFIDAVIT in Support re 3370 Memorandum in Opposition to Motion */ Declaration of Laura E. Baccash in Support of Defendant 3M's Memorandum in Opposition to Plaintiff Valle's Emergency Motion for Preliminary Injunction* by 3M COMPANY. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12) (BOELTER, JESSICA) (Entered: 08/09/2022) |
| 08/09/2022 | 3372 | RESPONSE in Opposition re 3361 MOTION for Joinder *MOTION FOR RULING ON 3M COMPANYS WAIVER AND/OR JUDICIAL ESTOPPEL OF ANY DEFENSE REGARDING ITS FULL LIABILITY, AND REQUEST FOR EXPEDITED BRIEFING AND TO JOIN AUGUST 11, 2022 HEARING* filed by 3M COMPANY. (Attachments: # 1 Exhibit 1) (BEALL, CHARLES) (Entered: 08/09/2022) |
| 08/09/2022 | 3373 | NOTICE of Filing by 3M COMPANY re 3370 Memorandum in Opposition to Motion |

| | | (Attachments: # 1 Exhibit 1 - Debtors Supplemental Brief in Support of their Motion for Entry of an Order Enforcing the Automatic Stay and Granting Related Relief [Bankr. Docket No. 299]) (BOELTER, JESSICA) (Entered: 08/09/2022) |
| --- | --- | --- |
| 08/09/2022 | 3374 | RESPONSE to Motion re 3320 MOTION Plaintiffs' Motion to Preserve Daubert and Rule 702 Motions and Arguments Previously Ruled Upon filed by 3M COMPANY. (BRANSCOME, KIMBERLY) (Entered: 08/09/2022) |
| 08/09/2022 | 3375 | MEMORANDUM in Opposition re 3319 MOTION Plaintiffs' Omnibus Motion & Memo of Law to Exclude Defendants' Expert Opinions and Testimony filed by 3M COMPANY. (Attachments: # 1 Declaration) (BRANSCOME, KIMBERLY) (Entered: 08/09/2022) |
| 08/10/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3358 Emergency MOTION for Preliminary Injunction *Against Defendant 3M Company*, 3370 Memorandum in Opposition to Motion, 3371 Affidavit in Support, 3373 Notice of Filing. (djb) Modified on 8/10/2022 to add docket relationship (djb). (Entered: 08/10/2022) |
| 08/10/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3361 MOTION FOR RULING ON 3M COMPANYS WAIVER AND/OR JUDICIAL ESTOPPEL OF ANY DEFENSE REGARDING ITS FULL LIABILITY, AND REQUEST FOR EXPEDITED BRIEFING AND TO JOIN AUGUST 11, 2022 HEARING, 3372 Response in Opposition to Motion (djb) (Entered: 08/10/2022) |
| 08/10/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3319 MOTION Plaintiffs' Omnibus Motion & Memo of Law to Exclude Defendants' Expert Opinions and Testimony , 3375 Memorandum in Opposition to Motion; 3320 MOTION Plaintiffs' Motion to Preserve Daubert and Rule 702 Motions and Arguments Previously Ruled Upon , 3374 Response to Motion. 3321 MOTION to Preserve Daubert and Rule 702 Motions and Arguments Previously Ruled Upon. (djb) (Entered: 08/10/2022) |
| 08/10/2022 | 3376 | NOTICE by 3M COMPANY re 3375 Memorandum in Opposition to Motion (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67, # 68 Exhibit 68, # 69 Exhibit 69, # 70 Exhibit 70, # 71 Exhibit 71) (BRANSCOME, KIMBERLY) (Entered: 08/10/2022) |
| 08/10/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3376 Notice of Declaration in Support 3375 Memorandum in Opposition to Motion re: 3319 MOTION Plaintiffs' Omnibus Motion & Memo of Law to Exclude Defendants' Expert Opinions and Testimony (djb) (Entered: 08/10/2022) |

| 08/10/2022 | [3377](#) | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) Certified - 1 action re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 8/10/2022. (Attachments: # [1](#) CTO-174 Finalized) (djb) (Entered: 08/10/2022) |
|---|---|---|
| 08/10/2022 | [3378](#) | RESPONSE in Support re [3358](#) Emergency MOTION for Preliminary Injunction *Against Defendant 3M Company* filed by RICHARD VALLE. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4, # [5](#) Exhibit 5) (KELLER, ASHLEY) (Entered: 08/10/2022) |
| 08/10/2022 | [3379](#) | Sealed Document. (Attachments: # [1](#) 1, # [2](#) 2, # [3](#) 3, # [4](#) 4) (blr) (Entered: 08/10/2022) |
| 08/11/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [3358](#) Emergency MOTION for Preliminary Injunction Against Defendant 3M Company, [3370](#) Memorandum in Opposition to Motion, [3371](#) Affidavit in Support, [3378](#) Reply in Support of Motion. (djb) (Entered: 08/11/2022) |
| 08/11/2022 | [3381](#) | Minute Entry for proceedings held before JUDGE M CASEY RODGERS: Oral Argument held on 8/11/2022 re [3358](#) Emergency MOTION for Preliminary Injunction *Against Defendant 3M Company* filed by RICHARD VALLE. [3361](#) MOTION for Joinder *MOTION FOR RULING ON 3M COMPANYS WAIVER AND/OR JUDICIAL ESTOPPEL OF ANY DEFENSE REGARDING ITS FULL LIABILITY, AND REQUEST FOR EXPEDITED BRIEFING AND TO JOIN AUGUST 11, 2022 HEARING* filed by GUY MUREL CUPIT. (Court Reporter Donna Boland.) (blr) (Entered: 08/11/2022) |
| 08/12/2022 | [3382](#) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of ORAL ARGUMENT Proceedings held on August 11, 2022, before Judge M. Casey Rodgers. Court Reporter/Transcriber Donna L. Boland, Email: Donna_Boland@flnd.uscourts.gov. <br><br> *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* <br><br> Redaction Request due **8/19/2022**. Release of Transcript Restriction set for **11/17/2022**. (dlb) (Entered: 08/12/2022) |
| 08/12/2022 | [3383](#) | MOTION to Seal by 3M COMPANY. (BEALL, CHARLES) (Entered: 08/12/2022) |
| 08/12/2022 | [3384](#) | SEALED MOTION (blr) (Entered: 08/12/2022) |
| 08/12/2022 | [3385](#) | SEALED ORDER. Signed by JUDGE M CASEY RODGERS on 8/12/2022. (blr) (Entered: 08/12/2022) |
| 08/14/2022 | [3386](#) | ORDER. Plaintiff Guy Cupit's [3361](#) Motion for Judgment on Waiver and Collateral Estoppel is DENIED WITHOUT PREJUDICE to refile if, and when, 3M Company asserts a successor liability defense in this matter. Signed by JUDGE M CASEY RODGERS on 8/14/2022. (jb) (Entered: 08/14/2022) |
| 08/16/2022 | [3387](#) | MOTION to Appear Pro Hac Vice by Rip Andrews.( Filing fee $ 208 receipt number AFLNDC-7399567.) by NOTICE ONLY party. (ANDREWS, WILLIAM) Modified on 8/16/2022 to correct filer to NOTICE ONLY (djb). (Entered: 08/16/2022) |
| 08/16/2022 | [3388](#) | MOTION to Appear Pro Hac Vice by Forrest Gamble.( Filing fee $ 208 receipt number AFLNDC-7400028.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit Certificate of Good Standing) (GAMBLE, FORREST) (Entered: 08/16/2022) |
| 08/16/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [3387](#) MOTION to Appear Pro Hac Vice |

by Rip Andrews.(requirements not met); 3388 MOTION to Appear Pro Hac Vice by Forrest Gamble. (requirements met) (djb) (Entered: 08/16/2022)

| 08/16/2022 | 3389 | ORDER granting in part and denying in part 3358 Plaintiff Richard Valle's Motion for Preliminary Injunction. Signed by JUDGE M CASEY RODGERS on 8/16/2022. (djb) (Entered: 08/16/2022) |
| 08/17/2022 | 3390 | SEALED ORDER (erl) (Entered: 08/17/2022) |
| 08/17/2022 | 3391 | CASE MANAGEMENT ORDER NO. 50 (Amended Discovery & Wave Schedule). Signed by JUDGE M CASEY RODGERS on 8/17/2022. (fs) (Entered: 08/17/2022) |
| 08/19/2022 | 3392 | First MOTION to Appear Pro Hac Vice by Matthew S. Dunn.( Filing fee $ 208 receipt number AFLNDC-7405659.) by NOTICE ONLY. (Attachments: # 1 Certificate of Good Standing) (DUNN, MATTHEW) (Entered: 08/19/2022) |
| 08/19/2022 | 3393 | NOTICE of Change of Address by GERALD B SINGLETON (Attachments: # 1 Exhibit) (SINGLETON, GERALD) (Entered: 08/19/2022) |
| 08/19/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 3392 First MOTION to Appear Pro Hac Vice by Matthew S. Dunn. (requirements met) (djb) (Entered: 08/19/2022) |
| 08/19/2022 | 3394 | NOTICE OF APPEAL as to 3389 Order on Motion for Preliminary Injunction by 3M COMPANY. ( Filing fee $505 Receipt Number AFLNDC-7407274.) (BOELTER, JESSICA) (Entered: 08/19/2022) |
| 08/19/2022 | 3395 | Emergency MOTION to Stay re 3389 Order on Motion for Preliminary Injunction, 3394 Notice of Appeal / *Defendant 3M's Emergency Motion for a Stay Pending Appeal* by 3M COMPANY. (BOELTER, JESSICA) (Entered: 08/19/2022) |
| 08/20/2022 | 3396 | ORDER Defendant 3M Company has filed an Emergency Motion for a Stay Pending Appeal of the Courts August 16, 2022 Injunction Order. See ECF No. 3395 . Given the urgency, Plaintiff Valle is directed to respond to the motion by August 22, 2022 at 5 p.m. Central. No reply will be permitted. Signed by JUDGE M CASEY RODGERS on 8/20/2022. (fs) (Entered: 08/20/2022) |
| 08/22/2022 | 3397 | NOTICE of Appearance by RAOUL G CANTERO on behalf of 3M COMPANY (CANTERO, RAOUL) (Entered: 08/22/2022) |
| 08/22/2022 | 3398 | Appeal Instructions re: 3394 Notice of Appeal: The Transcript Request Form is available on the Internet at http://www.flnd.uscourts.gov/forms/Attorney/ECCA_transcript_form_fillable.pdf **PLEASE NOTE** Separate forms must be filed for each court reporter in both the district court and the appeals court. Transcript Order Form due by **9/6/2022**. (djb) (Entered: 08/22/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/22/2022 09:39:04 | | | |
| **PACER Login:** | fn1422 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:19-md-02885-MCR-GRJ |
| **Billable** | 30 | **Cost:** | 3.00 |

| Pages: | | | |
|---|---|---|---|
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |