UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>  *All Cases* | Case No. 3:19-md-02885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## **MOTION TO APPEAR *PRO HAC VICE***

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Michael Andolina, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support of thereof states as follows:

1. Movant resides in Oak Park, Illinois and regularly practices law in and around Chicago, Illinois.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice and is a member in good standing of the bar for the State of Illinois.

4. A copy of a Certificate of Good Standing from the bar of Illinois, dated within 30 days of this motion, is attached as Exhibit A.

5. Movant certifies that he has successfully completed both the online Local Rules tutorial exam (confirmation number FLND16609204946598) and the CM/ECF online tutorial, as required by Local Rule 11.1.

6. Movant has remitted simultaneously with the filing of the motion the Court's $208.00 *pro hac vice* admission fee.

AMERICAS 116788312

7. Movant has updated his PACER account to "NextGen."

8. Upon admission, Michael Andolina respectfully requests that he be provided notice of Electronic Case Filings to the following email address: mandolina@whitecase.com.

WHEREFORE, Michael Andolina respectfully requests that this Court enter an order granting his motion to appear *pro hac vice* on behalf of Defendant 3M and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:  August 22, 2022

By: /s/ *Michael Andolina*
Michael Andolina
WHITE & CASE LLP
111 South Wacker Drive, Suite 5100
Chicago, IL 60606-4302
Tel: (312) 881-5400
Email:  mandolina@whitecase.com

*Attorney for Defendant 3M*

## CERTIFICATE OF SERVICE

      In compliance with Rule 5.1(F) of the Local Rule of the United State District Court of the Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice via e-mail to all registered counsel of record, and was served on counsel or parties in the manner indicated below:

**Via U.S. Mail:**

| | |
|---|---|
| Bryan F. Aylstock<br>AYLSTOCK WITKIN KREIS &<br>OVERHOLTZ PLLC<br>17 East Main Street, Suite 200<br>Pensacola, Florida 32502<br>baylstock@awkolaw.com | *Liasion Counsel for Plaintiffs* |

Dated:  August 22, 2022          */s/ Michael Andolina*
                                            Michael Andolina