# Exhibit B

| | |
|---|---|
| **From:** | Ashley Keller |
| **To:** | Husnick, Chad J. |
| **Cc:** | Wallice, Anne G.; Michael L. Tuchin; Thomas E. Patterson; Robert J. Pfister; Sasha M. Gurvitz; Nir Maoz; dcaruso@rubin-levin.net; mtheisen@rubin-levin.net; mcyganowski@otterbourg.com; asilverstein@otterbourg.com; jfeeney@otterbourg.com; bbarriere@fishmanhaygood.com; tmanthey@fishmanhaygood.com; cnobles@fishmanhaygood.com; jburge@fishmanhaygood.com; Nicole Berg; Ashley Barriere; Frank Dylewski; Amanda Hunt; Patty Tomasco; Adam Wolfson; *ericwinston@quinnemanuel.com; patrickking@quinnemanuel.com; joannacaytas@quinnemanuel.com; matthosen@quinnemanuel.com; KBarrett@baileyglasser.com; mburrus@baileyglasser.com; kcharonko@baileyglasser.com; BGlasser@baileyglasser.com; tmatthews@baileyglasser.com; dselby@baileyglasser.com; ali@sllawfirm.com; Rick@paulllp.com; Geier, Emily; Winters, Spencer A.; Hunter, Derek I. |
| **Subject:** | Re: Aearo - Proposed Agreed Entry |
| **Date:** | Friday, August 19, 2022 1:06:35 PM |

I can't say one way or another how a filing that doesn't exist yet does or does not violate Judge Rodger's order.  I too am disappointed that you have attempted, after an agreement in principle was reached, to extract substantive concessions in what was always billed as a standstill.

**Ashley Keller**
Partner

# Keller | Postman

150 N. Riverside Plaza, Suite 4100 | Chicago, IL, 60606
312.741.5222 | Email | Bio | Website

**From:** "Husnick, Chad J." <chusnick@kirkland.com>
**Date:** Friday, August 19, 2022 at 1:17 PM
**To:** Ashley Keller <ack@kellerpostman.com>
**Cc:** "Wallice, Anne G." <anne.wallice@kirkland.com>, "Michael L. Tuchin" <mtuchin@ktbslaw.com>, "Thomas E. Patterson" <tpatterson@ktbslaw.com>, "Robert J. Pfister" <RPfister@ktbslaw.com>, "Sasha M. Gurvitz" <SGurvitz@ktbslaw.com>, Nir Maoz <NMaoz@ktbslaw.com>, "dcaruso@rubin-levin.net" <dcaruso@rubin-levin.net>, "mtheisen@rubin-levin.net" <mtheisen@rubin-levin.net>, "mcyganowski@otterbourg.com" <mcyganowski@otterbourg.com>, "asilverstein@otterbourg.com" <asilverstein@otterbourg.com>, "jfeeney@otterbourg.com" <jfeeney@otterbourg.com>, "bbarriere@fishmanhaygood.com" <bbarriere@fishmanhaygood.com>, "tmanthey@fishmanhaygood.com" <tmanthey@fishmanhaygood.com>, "cnobles@fishmanhaygood.com" <cnobles@fishmanhaygood.com>, "jburge@fishmanhaygood.com" <jburge@fishmanhaygood.com>, Nicole Berg <ncb@kellerpostman.com>, Ashley Barriere <ashley.barriere@kellerpostman.com>, Frank Dylewski <frank.dylewski@kellerpostman.com>, Amanda Hunt <amanda.hunt@kellerpostman.com>, Patty Tomasco <pattytomasco@quinnemanuel.com>, Adam Wolfson <adamwolfson@quinnemanuel.com>, "*ericwinston@quinnemanuel.com" <ericwinston@quinnemanuel.com>, "patrickking@quinnemanuel.com" <patrickking@quinnemanuel.com>, "joannacaytas@quinnemanuel.com" <joannacaytas@quinnemanuel.com>, "matthosen@quinnemanuel.com" <matthosen@quinnemanuel.com>, "KBarrett@baileyglasser.com"

<KBarrett@baileyglasser.com>, "mburrus@baileyglasser.com" <mburrus@baileyglasser.com>, "kcharonko@baileyglasser.com" <kcharonko@baileyglasser.com>, "BGlasser@baileyglasser.com" <BGlasser@baileyglasser.com>, "tmatthews@baileyglasser.com" <tmatthews@baileyglasser.com>, "dselby@baileyglasser.com" <dselby@baileyglasser.com>, "ali@sllawfirm.com" <ali@sllawfirm.com>, "Rick@paulllp.com" <Rick@paulllp.com>, "Geier, Emily" <emily.geier@kirkland.com>, "Winters, Spencer A." <spencer.winters@kirkland.com>, "Hunter, Derek I." <derek.hunter@kirkland.com>
**Subject:** Re: Aearo - Proposed Agreed Entry

> Some people who received this message don't often get email from chusnick@kirkland.com. Learn why this is important

Ashley--

I am disappointed in your response: it is hard to see how your clients could argue that 3M violated the MDL court's order when the Aearo debtors are simply carrying out the bankruptcy court's command to submit findings/conclusions based on the bankruptcy court record at the PI hearing.

Nevertheless, the parties appear to have reached an impasse and the Aearo debtors will act accordingly.

Chad J. Husnick, P.C.
-------------------------------------------
KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 2009  M +1 630 291 1947
F +1 312 862 2200
-------------------------------------------
chad.husnick@kirkland.com

> On Aug 19, 2022, at 11:27 AM, Ashley Keller <ack@kellerpostman.com> wrote:
>
> I'd like to be done, but I'm not agreeing to that.  I may not understand $5 words like détente, but I thought the word meant a period of mutual stand down, not a waiver of any rights.  I'm not going to pre commit myself to the position that your client 3M will not be in contempt of a binding court order for the content of a filing you make putatively on behalf of your other clients the debtors that I haven't seen yet.  3M is duty bound during this detente to obey court orders.  If I think it has flouted that duty, I will bite my tongue until the stand down period ends.  And not one second longer.
>
> **Ashley Keller**
> Partner

## Keller | Postman

150 N. Riverside Plaza, Suite 4100 | Chicago, IL, 60606
312.741.5222 | Email | Bio | Website

---

**From:** "Husnick, Chad J." <chusnick@kirkland.com>
**Date:** Friday, August 19, 2022 at 11:58 AM
**To:** Ashley Keller <ack@kellerpostman.com>, "Wallice, Anne G." <anne.wallice@kirkland.com>, "Michael L. Tuchin" <mtuchin@ktbslaw.com>, "Thomas E. Patterson" <tpatterson@ktbslaw.com>, "Robert J. Pfister" <RPfister@KTBSLAW.com>, "Sasha M. Gurvitz" <SGurvitz@KTBSLAW.com>, Nir Maoz <NMaoz@KTBSLAW.com>, "dcaruso@rubin-levin.net" <dcaruso@rubin-levin.net>, "mtheisen@rubin-levin.net" <mtheisen@rubin-levin.net>, "mcyganowski@otterbourg.com" <mcyganowski@otterbourg.com>, "asilverstein@otterbourg.com" <asilverstein@otterbourg.com>, "jfeeney@otterbourg.com" <jfeeney@otterbourg.com>, "bbarriere@fishmanhaygood.com" <bbarriere@fishmanhaygood.com>, "tmanthey@fishmanhaygood.com" <tmanthey@fishmanhaygood.com>, "cnobles@fishmanhaygood.com" <cnobles@fishmanhaygood.com>, "jburge@fishmanhaygood.com" <jburge@fishmanhaygood.com>, Nicole Berg <ncb@kellerpostman.com>, Ashley Barriere <ashley.barriere@kellerpostman.com>, Frank Dylewski <frank.dylewski@kellerpostman.com>, Amanda Hunt <amanda.hunt@kellerpostman.com>, Patty Tomasco <pattytomasco@quinnemanuel.com>, Adam Wolfson <adamwolfson@quinnemanuel.com>, "*ericwinston@quinnemanuel.com" <ericwinston@quinnemanuel.com>, "patrickking@quinnemanuel.com" <patrickking@quinnemanuel.com>, "joannacaytas@quinnemanuel.com" <joannacaytas@quinnemanuel.com>, "matthosen@quinnemanuel.com" <matthosen@quinnemanuel.com>, "kbarrett@baileyglasser.com" <kbarrett@baileyglasser.com>, "mburrus@baileyglasser.com" <mburrus@baileyglasser.com>, "kcharonko@baileyglasser.com" <kcharonko@baileyglasser.com>, "bglasser@baileyglasser.com" <bglasser@baileyglasser.com>, "tmatthews@baileyglasser.com" <tmatthews@baileyglasser.com>, "dselby@baileyglasser.com" <dselby@baileyglasser.com>, "ali@sllawfirm.com" <ali@sllawfirm.com>, "Rick@PaulLLP.com" <Rick@PaulLLP.com>
**Cc:** "Geier, Emily" <emily.geier@kirkland.com>, "Winters, Spencer A." <spencer.winters@kirkland.com>, "Hunter, Derek I." <derek.hunter@kirkland.com>
**Subject:** RE: Aearo - Proposed Agreed Entry

Ashley--

3M informed me that it agrees with this, provided that plaintiffs will not take the position, whether during the 7-day period or after, that the findings of fact and conclusions of law the Aearo debtors will be filing in bankruptcy court on August 22, 2022 violate the All Writs Act order.

Hopefully we are done here.

Thanks,

**Chad J. Husnick, P.C.**

―――――――――――――――――――――――――――――――

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 2009  **M** +1 630 291 1947

―――――――――――――――――――――――――――――――

chad.husnick@kirkland.com

**From:** Ashley Keller <ack@kellerpostman.com>
**Sent:** Friday, August 19, 2022 5:37 AM
**To:** Wallice, Anne G. <anne.wallice@kirkland.com>; Michael L. Tuchin <mtuchin@ktbslaw.com>; Thomas E. Patterson <tpatterson@ktbslaw.com>; Robert J. Pfister <RPfister@KTBSLAW.com>; Sasha M. Gurvitz <SGurvitz@KTBSLAW.com>; Nir Maoz <NMaoz@KTBSLAW.com>; dcaruso@rubin-levin.net; mtheisen@rubin-levin.net; mcyganowski@otterbourg.com; asilverstein@otterbourg.com; jfeeney@otterbourg.com; bbarriere@fishmanhaygood.com; tmanthey@fishmanhaygood.com; cnobles@fishmanhaygood.com; jburge@fishmanhaygood.com; Nicole Berg <ncb@kellerpostman.com>; Ashley Barriere <ashley.barriere@kellerpostman.com>; Frank Dylewski <frank.dylewski@kellerpostman.com>; Amanda Hunt <amanda.hunt@kellerpostman.com>; Patty Tomasco <pattytomasco@quinnemanuel.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; *ericwinston@quinnemanuel.com <ericwinston@quinnemanuel.com>; patrickking@quinnemanuel.com; joannacaytas@quinnemanuel.com; matthosen@quinnemanuel.com; kbarrett@baileyglasser.com; mburrus@baileyglasser.com; kcharonko@baileyglasser.com; bglasser@baileyglasser.com; tmatthews@baileyglasser.com; dselby@baileyglasser.com; ali@sllawfirm.com; Rick@PaulLLP.com
**Cc:** Husnick, Chad J. <chusnick@kirkland.com>; Geier, Emily <emily.geier@kirkland.com>; Winters, Spencer A. <spencer.winters@kirkland.com>; Hunter, Derek I. <derek.hunter@kirkland.com>
**Subject:** Re: Aearo - Proposed Agreed Entry

Sorry to be technical about the "during that period" part of your first sentence, but to be clear: during our detente, KP agrees it won't argue anything about the All Writs Act order, and 3M agrees it won't appeal that order. Once our détente ends, 3M is free to

appeal the order if it wishes, and KP is free if it wishes to inform Judge Rodgers that it believes 3M violated the order, even if the violation is based on conduct that occurred during the détente. In other words, if KP believes 3M violated the order "during that period," KP can eventually point out the violation. It just can't point out the violation "during that period."

With that, KP agrees to this.

**Ashley Keller**
Partner

# Keller | Postman

150 N. Riverside Plaza, Suite 4100 | Chicago, IL, 60606
312.741.5222 | Email | Bio | Website

---

**From:** "Wallice, Anne G." <anne.wallice@kirkland.com>
**Date:** Thursday, August 18, 2022 at 9:44 PM
**To:** Ashley Keller <ack@kellerpostman.com>, "Michael L. Tuchin" <mtuchin@ktbslaw.com>, "Thomas E. Patterson" <tpatterson@ktbslaw.com>, "Robert J. Pfister" <RPfister@KTBSLAW.com>, "Sasha M. Gurvitz" <SGurvitz@KTBSLAW.com>, Nir Maoz <NMaoz@KTBSLAW.com>, "dcaruso@rubin-levin.net" <dcaruso@rubin-levin.net>, "mtheisen@rubin-levin.net" <mtheisen@rubin-levin.net>, "mcyganowski@otterbourg.com" <mcyganowski@otterbourg.com>, "asilverstein@otterbourg.com" <asilverstein@otterbourg.com>, "jfeeney@otterbourg.com" <jfeeney@otterbourg.com>, "bbarriere@fishmanhaygood.com" <bbarriere@fishmanhaygood.com>, "tmanthey@fishmanhaygood.com" <tmanthey@fishmanhaygood.com>, "cnobles@fishmanhaygood.com" <cnobles@fishmanhaygood.com>, "jburge@fishmanhaygood.com" <jburge@fishmanhaygood.com>, Nicole Berg <ncb@kellerpostman.com>, Ashley Barriere <ashley.barriere@kellerpostman.com>, Frank Dylewski <frank.dylewski@kellerpostman.com>, Amanda Hunt <amanda.hunt@kellerpostman.com>, Patty Tomasco <pattytomasco@quinnemanuel.com>, Adam Wolfson <adamwolfson@quinnemanuel.com>, "*ericwinston@quinnemanuel.com" <ericwinston@quinnemanuel.com>, "patrickking@quinnemanuel.com" <patrickking@quinnemanuel.com>, "joannacaytas@quinnemanuel.com" <joannacaytas@quinnemanuel.com>, "matthosen@quinnemanuel.com" <matthosen@quinnemanuel.com>, "kbarrett@baileyglasser.com" <kbarrett@baileyglasser.com>, "mburrus@baileyglasser.com" <mburrus@baileyglasser.com>, "kcharonko@baileyglasser.com" <kcharonko@baileyglasser.com>, "bglasser@baileyglasser.com"

<bglasser@baileyglasser.com>, "tmatthews@baileyglasser.com" <tmatthews@baileyglasser.com>, "dselby@baileyglasser.com" <dselby@baileyglasser.com>, "ali@sllawfirm.com" <ali@sllawfirm.com>, "Rick@PaulLLP.com" <Rick@PaulLLP.com>
**Cc:** "Husnick, Chad J." <chusnick@kirkland.com>, "Geier, Emily" <emily.geier@kirkland.com>, "Winters, Spencer A." <spencer.winters@kirkland.com>, "Hunter, Derek I." <derek.hunter@kirkland.com>
**Subject:** RE: Aearo - Proposed Agreed Entry

> Some people who received this message don't often get email from anne.wallice@kirkland.com. Learn why this is important

Ashley,

3M has confirmed that it is also in agreement with respect to filing an appeal of the All Writs Act order during the continuance, subject to plaintiffs' agreement not to seek to enforce it or otherwise argue that 3M violated it during that period. The debtors have already adjourned the stay motion to the September omnibus hearing.

Thanks,

**Anne G. Wallice**

---

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T**  +1 212 390 4511
**M**  +1 347 751 3579
**F**  +1 212 446 4900

---

anne.wallice@kirkland.com

**From:** Ashley Keller <ack@kellerpostman.com>
**Sent:** Thursday, August 18, 2022 6:00 PM
**To:** Wallice, Anne G. <anne.wallice@kirkland.com>; Michael L. Tuchin <mtuchin@ktbslaw.com>; Thomas E. Patterson <tpatterson@ktbslaw.com>; Robert J. Pfister <RPfister@KTBSLAW.com>; Sasha M. Gurvitz <SGurvitz@KTBSLAW.com>; Nir Maoz <NMaoz@KTBSLAW.com>; dcaruso@rubin-levin.net; mtheisen@rubin-levin.net; mcyganowski@otterbourg.com; asilverstein@otterbourg.com; jfeeney@otterbourg.com; bbarriere@fishmanhaygood.com; tmanthey@fishmanhaygood.com; cnobles@fishmanhaygood.com; jburge@fishmanhaygood.com; Nicole Berg <ncb@kellerpostman.com>; Ashley Barriere <ashley.barriere@kellerpostman.com>; Frank Dylewski <frank.dylewski@kellerpostman.com>; Amanda Hunt <amanda.hunt@kellerpostman.com>; Patty Tomasco <pattytomasco@quinnemanuel.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; *ericwinston@quinnemanuel.com

<ericwinston@quinnemanuel.com>; patrickking@quinnemanuel.com; joannacaytas@quinnemanuel.com; matthosen@quinnemanuel.com; kbarrett@baileyglasser.com; mburrus@baileyglasser.com; kcharonko@baileyglasser.com; bglasser@baileyglasser.com; tmatthews@baileyglasser.com; dselby@baileyglasser.com; ali@sllawfirm.com; Rick@PaulLLP.com
**Cc:** Husnick, Chad J. <chusnick@kirkland.com>; Geier, Emily <emily.geier@kirkland.com>; Winters, Spencer A. <spencer.winters@kirkland.com>; Hunter, Derek I. <derek.hunter@kirkland.com>
**Subject:** Re: Aearo - Proposed Agreed Entry

And 3M/Debtors are of course agreeing not to appeal the All Writs Act order during this continuance, correct?

**Ashley Keller**
Partner

Keller | Postman

150 N. Riverside Plaza, Suite 4100 | Chicago, IL, 60606
312.741.5222 | Email | Bio | Website

**From:** "Wallice, Anne G." <anne.wallice@kirkland.com>
**Date:** Thursday, August 18, 2022 at 5:53 PM
**To:** "Michael L. Tuchin" <mtuchin@ktbslaw.com>, "Thomas E. Patterson" <tpatterson@ktbslaw.com>, "Robert J. Pfister" <RPfister@KTBSLAW.com>, "Sasha M. Gurvitz" <SGurvitz@KTBSLAW.com>, Nir Maoz <NMaoz@KTBSLAW.com>, "dcaruso@rubin-levin.net" <dcaruso@rubin-levin.net>, "mtheisen@rubin-levin.net" <mtheisen@rubin-levin.net>, "mcyganowski@otterbourg.com" <mcyganowski@otterbourg.com>, "asilverstein@otterbourg.com" <asilverstein@otterbourg.com>, "jfeeney@otterbourg.com" <jfeeney@otterbourg.com>, "bbarriere@fishmanhaygood.com" <bbarriere@fishmanhaygood.com>, "tmanthey@fishmanhaygood.com" <tmanthey@fishmanhaygood.com>, "cnobles@fishmanhaygood.com" <cnobles@fishmanhaygood.com>, "jburge@fishmanhaygood.com" <jburge@fishmanhaygood.com>, Ashley Keller <ack@kellerpostman.com>, Nicole Berg <ncb@kellerpostman.com>, Ashley Barriere <ashley.barriere@kellerpostman.com>, Frank Dylewski <frank.dylewski@kellerpostman.com>, Amanda Hunt <amanda.hunt@kellerpostman.com>, Patty Tomasco <pattytomasco@quinnemanuel.com>, Adam Wolfson <adamwolfson@quinnemanuel.com>, "*ericwinston@quinnemanuel.com" <ericwinston@quinnemanuel.com>, "patrickking@quinnemanuel.com" <patrickking@quinnemanuel.com>, "joannacaytas@quinnemanuel.com" <joannacaytas@quinnemanuel.com>, "matthosen@quinnemanuel.com"

<matthosen@quinnemanuel.com>, "kbarrett@baileyglasser.com" <kbarrett@baileyglasser.com>, "mburrus@baileyglasser.com" <mburrus@baileyglasser.com>, "kcharonko@baileyglasser.com" <kcharonko@baileyglasser.com>, "bglasser@baileyglasser.com" <bglasser@baileyglasser.com>, "tmatthews@baileyglasser.com" <tmatthews@baileyglasser.com>, "dselby@baileyglasser.com" <dselby@baileyglasser.com>, "ali@sllawfirm.com" <ali@sllawfirm.com>, "Rick@PaulLLP.com" <Rick@PaulLLP.com>
**Cc:** "Husnick, Chad J." <chusnick@kirkland.com>, "Geier, Emily" <emily.geier@kirkland.com>, "Winters, Spencer A." <spencer.winters@kirkland.com>, "Hunter, Derek I." <derek.hunter@kirkland.com>
**Subject:** Aearo - Proposed Agreed Entry

All,

Attached, please find the proposed agreed entry documenting the 7-day continuance. Please let us know of any comments regarding the attached.

We also want to confirm that the agreed entry covers the MDL court's order under the All Writs Act and that plaintiffs agree not to seek to enforce that order or otherwise argue that 3M was in violation of that order during the course of the 7-day period.

Best,

**Anne G. Wallice**
--------------------------------------------------
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
T  +1 212 390 4511
M  +1 347 751 3579
F  +1 212 446 4900
--------------------------------------------------

anne.wallice@kirkland.com


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to

postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.