IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-12517-GG

_____

LLOYD EUGENE BAKER,

                              Plaintiff - Appellee,

versus

3M COMPANY,
AEARO TECHNOLOGIES, LLC,

                              Defendants - Appellants,

3M OCCUPATIONAL SAFETY LLC,
AEARO HOLDING, LLC,
AEARO INTERMEDIATE, LLC,
AEARO, LLC,

                              Interested Parties - Appellants.

_____

No. 21-13131-GG

_____

LEWIS KEEFER,

                              Plaintiff - Appellee,

versus

3M COMPANY,
3M OCCUPATIONAL SAFETY, LLC,
AEARO HOLDING, LLC,
AEARO INTERMEDIATE, LLC,
AEARO, LLC,
AEARO TECHNOLOGIES, LLC,

                              Defendants - Appellants.

_____

No. 21-13133-GG

_____

STEPHEN HACKER,

                                        Plaintiff - Appellee,

versus

3M COMPANY,
3M OCCUPATIONAL SAFETY LLC,
AEARO HOLDING LLC,
AEARO INTERMEDIATE LLC,
AEARO LLC,
AEARO TECHNOLOGIES LLC,

                                        Defendants - Appellants.

_____

No. 21-13135-GG

_____

LUKE ESTES,

                                        Plaintiff - Appellee,

versus

3M COMPANY,
3M OCCUPATIONAL SAFETY LLC,
AEARO HOLDING, LLC,
AEARO INTERMEDIATE, LLC,
AEARO, LLC,
AEARO TECHNOLOGIES LLC,

                                        Defendants - Appellants.

_____

No. 22-11607-GG

_____

DENISE KELLEY,

                                        Plaintiff - Appellant,

versus

3M COMPANY,
3M OCCUPATIONAL SAFETY, LLC,
AEARO HOLDING, LLC,
AEARO INTERMEDIATE, LLC,
AEARO, LLC, et al.,

                                                    Defendants - Appellees.
                        _____

                           No. 22-11897-GG
                        _____

AARON BONENFANT,
AARON PRATHER,
ADAM SCHNEIDER,
AIDA CRUZ,
AIESHAH LOWE, et al.,

                                                    Plaintiffs - Appellants,

                               versus

3M COMPANY,
AEARO TECHNOLOGIES LLC,
AEARO HOLDING, LLC,
AEARO INTERMEDIATE, LLC,
AEARO, LLC,
3M OCCUPATIONAL SAFETY LLC,

                                                    Defendants - Appellees.
                        _____

                           No. 22-12273-GG
                        _____

CARL ANTOINE D. SYLVAIN,

                                                    Plaintiff - Appellant,

                               versus

3M COMPANY,
3M OCCUPATIONAL SAFETY LLC,
AEARO HOLDING, LLC,
AEARO INTERMEDIATE, LLC,
AEARO TECHNOLOGIES LLC, et al.

Defendants - Appellees.

_____

No. 22-12403-GG

_____

DANIEL L. TORRES,

Plaintiff - Appellant,

versus

3M COMPANY,
3M OCCUPATIONAL SAFETY LLC,
AEARO HOLDING, LLC,
AEARO INTERMEDIATE, LLC,
AEARO, LLC, et al.,

Defendants - Appellees.

_____

On Appeal from the United States
District Court for the Northern District of Florida

_____

ORDER:

On July 26, 2022, Aearo Technologies, LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, Aearo, LLC, and 3M Occupational Safety LLC filed a Chapter 11 bankruptcy petition in Case No. 22-02890, *In re: Aearo Technologies LLC*, in the U.S. Bankruptcy Court for the Southern District of Indiana.

These appeals are hereby STAYED pending further order of the bankruptcy court and this Court. *See* 11 U.S.C. § 362(a).

The debtors' counsel is DIRECTED to file, by the 15th of each month, monthly status reports with this Court regarding the bankruptcy petition.

/s/ Andrew L. Brasher
UNITED STATES CIRCUIT JUDGE