# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Cases* | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance in this action. Counsel respectfully requests that all notices, correspondence, filings, and other papers in the Master Docket of MDL 2885 be served upon him at the address listed below.

Dated: August 23, 2022

                                                Respectfully submitted,
                                                */s/ Warren D. Postman*
                                                Warren D. Postman
                                                KELLER POSTMAN LLC
                                                1100 Vermont Avenue, N.W.,
                                                12th Floor
                                                Washington, D.C., 20005
                                                (202) 918-7870
                                                wdp@kellerpostman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2022, I caused the foregoing Notice of Appearance to be filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Warren D. Postman*
Warren D. Postman