UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | ) Case No. 3:19-md-02885-MCR-GRJ<br>)<br>)<br>) Judge M. Casey Rodgers<br>) Magistrate Judge Gary R. Jones<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

NOTICE IS HEREBY GIVEN that CATHERINE DRISLANE formerly of SWARTZ & SWARTZ, PC withdraws as counsel for Plaintiff Ryan Stryker 7:21-cv-47871. MATTHEW S. DUNN of SWARTZ & SWARTZ, PC is admitted in this action and will continue to serve as counsel for the Plaintiff. Plaintiff will not be prejudiced by this withdrawal, nor will it unduly delay the proceeding.

Respectfully submitted,

The Plaintiff,

By his Attorney,

_/s/ Matthew S. Dunn_

Matthew S. Dunn, Esq.

BBO#: 686047

Swartz & Swartz, P.C.

10 Marshall Street

Boston, MA 02108

(617) 742-1900

Dated: August 25, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2022, we electronically filed a true and correct copy of the foregoing via the ECF system which sent notice of same to all counsel of record.

    /s/Matthew S. Dunn
Matthew S. Dunn, Esq.

BBO#: 686047

Swartz & Swartz, P.C.

10 Marshall Street

Boston, MA 02108

 (617) 742-1900