UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DEVISION

IN RE: 3M COMBAT ARMS         )
EARPLUG PRODUCTS              )     CASE NO. 3:19-MD-2885
LIABILITY LITIGATION          )

## AMENDED MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Comes now William Reeves (Rip) Andrews, and amends his previous Motion for Admission Pro Hac Vice (D.3387) and moves this Honorable Court pursuant to Local Rule 11.1(C) and to Pretrial Order No. 3, for leave to appear pro hac vice to represent the plaintiff, Tema Woods in Case No.: 8:20-cv-14885-MCR-GRJ. In support of this amended motion, movant states as follows:

1. The movant resides in Mountain Brook, Alabama and is a member in good standing of the Alabama State Bar since 2007. A certificate of good standing from the Supreme Court of Alabama dated within 30 days of the filing of this motion is attached hereto as Exhibit A.

2. The movant regularly practices law in the State of Alabama, and his law office is in the State of Alabama.

3. The movant is also admitted to practice in the State of Georgia and is in good standing in the following additional courts: the Eleventh Circuit Court of Appeals, the U.S. District Courts for the Northern, Middle, and Southern Districts of Alabama.

4. The movant certifies that he is familiar with the CM/ECF e-filing system, and that he has reviewed the online CM/ECF Attorney User Guide and the local rules of court. The movant has successfully completed the Attorney Admission Tutorial (confirmation number FLND16215367624439).

5. The movant agrees to comply with the provisions of the Rules of Professional Conduct that are part of the rules regulating the Florida Bar. The movant consents to the jurisdiction of the courts and the disciplinary boards of the State of Florida.

6. The movant has paid the pro hac vice fee.

7. The movant will maintain an upgraded PACER "NextGen" account.

WHEREFORE, William Rip Andrews respectfully requests that this Court enter an Order granting his Motion to Appear *pro hac vice* on behalf of Plaintiff, Tema Woods (8:20-CV-14885).

/s/ William "Rip" Andrews
Wm. Rip Andrews
Ala. State Bar No. 8868L52A
MARSH, RICKARD & BRYAN P.C.
800 Shades Creek Parkway; Suite 600-D
Birmingham, Alabama 35209
(205)879-1981 phone
(205)879-1986 fax
ripandrews@mrblaw.com

Certificate of Filing and Service

On August 25, 2022, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ William "Rip" Andrews*
Wm. Rip Andrews