UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | § § § § § § § § § | No. 3:19-md-02885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br><br>Magistrate Gary R. Jones |
| This Document Relates To:<br><br>*All Cases* | | |

_____

**MOTION TO APPEAR *PRO HAC VICE***

_____

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, David J. Schexnaydre, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support of thereof states as follows:

1. Movant resides in Mandeville, Louisiana, and regularly practices law in and around the New Orleans area.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice law and is a member in good standing of the bar for the State of Louisiana.

4. A copy of a Certificate of Good Standing from the bar of Louisiana, dated within 30 days of this motion, is attached as Exhibit A.

5. Movant certifies that he has successfully completed both the online Local Rule tutorial exam (confirmation number FLND16614472436645) and the CM/ECF online tutorial, as required by Local Rule 11.1.

6. Movant has remitted simultaneously with the filing of this motion the Court's $208 *pro hac vice* admission fee.

7. Movant has updated his PACER account to "NextGen."

8. Movant will be representing Plaintiff, Tyler Palmer, in case 3:22-cv-17040.

9. Upon admission, David J. Schexnaydre respectfully requests that he be provided notice of Electronic Case Filings to the following email address: david@schexnaydre.com.

WHEREFORE, David J. Schexnaydre respectfully requests that this Court enter an order granting his motion to appear *pro hac vice* on behalf of Plaintiff, Tyler Palmer, and directly the clerk to provide notice of Electronic Case Filings to the undersigned.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August, 2022, I presented the foregoing pleading to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

  */s/ David J. Schexnaydre*
   DAVID J. SCHEXNAYDRE

**SCHEXNAYDRE LAW FIRM**

BY:   */s/ David J. Schexnaydre*
DAVID J. SCHEXNAYDRE, T.A.
Louisiana Bar Number 21073
2895 Highway 190 • Suite 212
Mandeville, Louisiana 70471
Telephone: (985) 292-2020
Fax: (985) 235-1089
Email: david@schexnaydre.com
Counsel for Plaintiff, Tyler Palmer