# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that

Mr. David J Schexnaydre

whose address is  2895 Highway 190 Ste 212

Mandeville, LA 70471

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the ____11th____ day of ____October____, ____1991____.

Given over my hand and the Seal of the Louisiana State Bar Association, this ____23rd____ day of ____August____, ____2022____.

*Executive Director*
*Louisiana State Bar Association*

Exhibit A