# EXHIBIT 1

| | |
|---|---|
| **From:** | Chris Morris |
| **To:** | Adriane Theis; "Judge David R. Herndon"; Bryan Aylstock; Jennifer Hoekstra; Max Kelly; Sara Roitman; Karl Gunderson |
| **Subject:** | 3M - RFP 10 |
| **Date:** | Friday, May 27, 2022 9:19:15 AM |
| **Attachments:** | image001.png |

Adriane,

Per your request, here is a list of the Wave 2 Plaintiffs' firms with whom we had telephonic meet and confers regarding RFP 10:

| Plaintiff's Firm |
|---|
| Aylstock, Witkin, Kreis & Overholtz, PLLC |
| Douglas & London |
| Keller Lenkner |
| Morgan & Morgan |
| The Carlson Law Firm |
| Mostyn |
| Shunnarah Vail Trial Attorneys, P.C. |
| Smith Gildea & Schmidt |

Jennifer, I believe that you were going to send us an order or a transcript that you thought was relevant to RFP 10. I know you are busy with expert work, but we would appreciate it if you could forward that to us before our call this morning so that we may consider it.

Best,

**Christopher D. Morris**
**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Chris.Morris@butlersnow.com | vCard | Bio

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | Linkedin | Facebook | YouTube