UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No: 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Brendan A. McDonough, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and, in support thereof, state as follows:

1. Movant resides in New Jersey and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of New York. A copy of a Certificate of Good Standing from the Eastern District of New York dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16592880556529, and the CM/ECF online tutorials.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen."

6.  Movant represents the Plaintiffs in the following actions that were filed independent of the JPML transfer process:

1. Liella Akira v. 3M Company, et al., Case No.: 7:20-cv-27535-MCR-GRJ

2. John Faulkner v. 3M Company, et al., Case No.: 7:21-cv-43470-MCR-GRJ

3. Joseph McBride v. 3M Company, et al., Case No.: 7:20-cv-26522-MCR-GRJ

WHEREFORE, Brendan A. McDonough, respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*.

Dated: September 1, 2022

By: /s/ Brendan A. McDonough
Brendan A. McDonough

Weitz & Luxenberg, P.C.
220 Lake Drive East, Suite 210
Cherry Hill, New Jersey 08002
(212) 558-5676
(646) 293-4942 - Fax
bmcdonough @weitzlux.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on September 1, 2022 and served electronically on all counsel of record.

/s/ Brendan A. McDonough
Brendan A. McDonough
