# EXHIBIT A

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, __Brenna B. Mahoney__, Clerk of this Court, certify that __Brendan Andrew McDonough__, Bar # __BM4172__, was duly admitted to practice in this Court on __07/23/2018__, and is in good standing as a member of the Bar of this Court.

Dated at __Brooklyn__ on __08/31/2022__
  (Location)           (Date)


__Brenna B. Mahoney__
CLERK OF COURT

*Brittney Gillis*
Brittney Gillis, DEPUTY CLERK

