UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document Relates to All Cases | Case No. 3:19-md-02885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Molly M. Walker, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Mississippi and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Mississippi. A copy of a Certificate of Good Standing from the State of Mississippi dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, and completed the online

Attorney Admission Tutorial, FLND16619651996672 and completed the CM/ECF Online Tutorials.

4. Molly M. Walker has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Molly M. Walker has upgraded her PACER account to "NextGen."

6. Movant represents Defendant 3M Company.

WHEREFORE, Molly M. Walker respectfully requests that this Court enter an Order granting Molly M. Walker of Bradley Arant Boult Cummings LLP, *pro hac vice* in this case.

Respectfully submitted on this 1st day of September, 2022.

/s/ Molly M. Walker
Molly M. Walker, MS Bar No. 100689
Bradley Arant Boult Cummings LLP
188 East Capitol Street, Suite 1000
Post Office Box 1789
Jackson, MS 39215-1780
Telephone:  (601) 948-8000
Facsimile:   (601) 592-1416
Email:  mmwalker@bradley.com

*Counsel for Defendant 3M Company*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 1st day of September, 2022.

                                              */s/ Molly M. Walker*
                                              Molly M. Walker, MS Bar No. 100689