UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUGPRODUCTS LIABILITY LITIGATION | Master File No. 3:19-MD-02885 MDL No. 2885 |
| This Document Relates to: DAVID E. GEORGE, Plaintiff, V. 3M COMPANY, 3M OCCUPATIONAL SAFTEY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AND AEARO TECHNOLOGIES LLC, Defendants. | Civil Action No.: 7:20-cv-71963-MCR-GRJ Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that K. Rachel Lanier of The Lanier Law Firm, has been admitted to practice in this Court and hereby enters her appearance as counsel for Plaintiff, David E. George.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

Dated this 1st day of September 2022.                  Respectfully submitted,

/s/ *K. Rachel Lanier*
THE LANIER LAW FIRM
Rachel Lanier, NY 5438106
126 E. 56th Street
New York NY10022
202-421-2800Telephone
713/659-2204 Fax
rachel.lanier@lanierlawfirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of September, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

    /s/ *K. Rachel Lanier*
THE LANIER LAW FIRM
Rachel Lanier, NY 5438106
126 E. 56th Street
New York NY10022
202-421-2800Telephone
713/659-2204 Fax
rachel.lanier@lanierlawfirm.com

*Attorneys for Plaintiff*