UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUGPRODUCTS LIABILITY LITIGATION | Master File No. 3:19-MD-02885<br>MDL No. 2885 |
| This Document Relates to:<br>DAVID E. GEORGE,<br>           Plaintiff,<br>V.<br>3M COMPANY, 3M OCCUPATIONAL SAFTEY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AND AEARO TECHNOLOGIES LLC,<br>           Defendants. | Civil Action No.: 7:20-cv-71963-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that W. Mark Lanier of The Lanier Law Firm, has been admitted to practice in this Court and hereby enters his appearance as counsel for Plaintiff, David E. George.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

Dated this 1st day of September 2022.

                                                    Respectfully submitted,

                                                    /s/ *W. Mark Lanier*
                                                   W. Mark Lanier
                                                   TX Bar No. 11934600
                                                   THE LANIER LAW FIRM
                                                   10940 W. Sam Houston, Pkwy.
                                                   Suite 100
                                                   Houston, TX 77064
                                                   T:  713/659-5200  F:  713-659-2204
                                                   mark.lanier@lanierlawfirm.com

                                                   *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of September, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: /s/ *W. Mark Lanier*
W. Mark Lanier
TX Bar No. 11934600
THE LANIER LAW FIRM
10940 W. Sam Houston, Pkwy.
Suite 100
Houston, TX 77064
T: 713/659-5200  F: 713-659-2204
mark.lanier@lanierlawfirm.com

*Attorneys for Plaintiff*