**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG LITIGATION LIABILITY LITIGATION<br><br>This Document Relates to:<br>  *All Cases* | CASE NO.: 3:19-MD-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Matthew E. Linder of White & Case LLP, respectfully move for admission to practice *pro hac vice* for purposes of appearing as counsel to Defendant 3M Company in the above-styled case only, and in support of thereof states as follows:

1. Movant resides in Highland Park, Illinois where he regularly practices law.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice and is a member in good standing of the bar for the state of Illinois.

4. A copy of a Certificate of Good Standing from the bar of Illinois, dated within 30 days of this motion, is attached as Exhibit A.

5. Movant certifies that he has successfully completed both the online Local Rules tutorial exam (confirmation number FLND16620790656682) and the CM/ECF online tutorial, as required by Local Rule 11.1.

6. Movant has remitted, simultaneously with the filing of the motion, the Court's $208.00 *pro hac vice* admission fee.

7. Movant has updated his PACER account to "NextGen."

8. Upon admission, Matthew E. Linder respectfully requests that he be provided notice of Electronic Case Filings to the following email address: mlinder@whitecase.com.

WHEREFORE, Matthew E. Linder respectfully requests that this Court enter an order granting his motion to appear *pro hac vice* on behalf of Defendant 3M Company and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: September 2, 2022

By: */s/ Matthew Linder*
Matthew E. Linder
WHITE & CASE LLP
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606-4302
Tel: (312) 881-5400
Email: mlinder@whitecase.com

*Attorney for Defendant 3M*

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rule of the United State District Court of the Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice via e-mail to all registered counsel of record, and was served on counsel or parties in the manner indicated below:

**Via U.S. Mail:**

| | |
|---|---|
| Bryan F. Aylstock<br>AYLSTOCK WITKIN KREIS &<br>OVERHOLTZ PLLC<br>17 East Main Street, Suite 200<br>Pensacola, Florida 32502<br>baylstock@awkolaw.com | *Liasion Counsel for Plaintiffs* |

Dated:  September 2, 2022            */s/ Matthew E. Linder*
                                     Matthew Linder