UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION ) ) ) ) This Document Relates to All Cases ) | Case No: 3:19-md-02885 Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Benjamin VanSlyke, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and, in support thereof, state as follows:

1. Movant resides in Michigan and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Michigan. A copy of a Certificate of Good Standing from the State of Michigan dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16620543366676, and the CM/ECF online tutorials.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents the Plaintiffs in the following actions that were filed independent of the JPML transfer process:

1. Liella Akira v. 3M Company, et al., Case No.: 7:20-cv-27535-MCR-GRJ

2. John Faulkner v. 3M Company, et al., Case No.: 7:21-cv-43470-MCR-GRJ

3. Joseph McBride v. 3M Company, et al., Case No.: 7:20-cv-26522-MCR-GRJ

WHEREFORE, Benjamin VanSlyke, respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*.

Dated: September 2, 2022

By: /s/ Benjamin VanSlyke
Benjamin VanSlyke

Weitz & Luxenberg, P.C.
The Fisher Building
3011 W. Grand Blvd, 24th Floor
Detroit, MI 48202
(313) 800-4165
(646) 293-7992 (Fax)
bvanslyke@weitzlux.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on September 2, 2022 and served electronically on all counsel of record.

/s/ Benjamin VanSlyke
Benjamin VanSlyke
