# EXHIBIT A

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Benjamin Barton VanSlyke, P85506 of Detroit, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on November 18, 2021 in Wayne County and became a member of the State Bar of Michigan on December 01, 2021.



*Peter W. Cunningham*

Peter W. Cunningham, Executive Director
September 01, 2022