UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER

Consistent with the Order entered on August 30, 2022, ECF No. 3416, the Court sets the following parameters for the upcoming mediation.

1. The multi-day mediation will take place at the United States District Court, One North Palafox Street, Pensacola, Florida, on dates to be set by Special Master Randi Ellis.[1]

2. The following attorneys must personally attend on behalf of the common plaintiffs: Bryan Aylstock, Chris Seeger, Justin Witkin, and Shelley Hutson.

3. The following attorneys and corporate representatives must personally attend on behalf of 3M Company: Jessica C. Lauria and Michael C. Andolina. Kevin Rhodes, Executive Vice President and Chief Legal Affairs Officer of 3M Company, must attend the mediation as the corporate representative with full

---

[1] Special Master Ellis was previously appointed to schedule and conduct the mediation by September 29, 2022. *See* ECF No. 3416 at 2-3.

Case 3:19-md-02885-MCR-GRJ   Document 3424   Filed 09/06/22   Page 2 of 2

Page 2 of 2

settlement authority, subject to Board approval.  Courtney Enloe, Senior Vice President and Deputy General Counsel of 3M Company, will also attend.

    4.    The Aearo defendants remain invited both to participate in the mediation and to include a mediator of their choosing to collaborate with Special Master Ellis, so long as the bankruptcy court approves.  The Court has not yet been advised of whether they will do so.

    5.    All written and oral communications made during the mediation are strictly confidential.  With one exception, no participants in the mediation may disclose confidential information acquired or discussed at the mediation to any person outside the mediation proceeding.  The sole exception to this rule is that 3M's counsel and corporate representatives are authorized to communicate with 3M Company's Board of Directors and/or upper management as appropriate to facilitate resolution discussions.  The parties and the mediator(s) will abide by a confidentiality agreement entered into at the start of the mediation.  This agreement will govern the confidential nature of the mediation discussions both during the mediation and following the mediation.  The unauthorized disclosure of confidential information by any mediation participant will result in sanctions.

    **SO ORDERED**, on this 6th day of September, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**