UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# **ORDER**

Consistent with the Court's prior Orders on the matter, *see* ECF Nos. 3416 & 3424, the MDL mediation is scheduled for **September 15-16, 2022** at the United States District Court, One North Palafox Street, Pensacola, Florida. All designated parties, *see* ECF No. 3424, must personally attend and negotiate in good faith.

**SO ORDERED**, on this 6th day of September, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**