# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>ALEXANDER MURNO,<br><br>PLAINTIFF,<br><br>v.<br><br>3M COMPANY,<br><br>DEFENDANT. | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>Civil Action No. 7:20-cv-78404 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Candice C. Kusmer of the law firm Manning Gross + Massenburg LLP, has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendant 3M Company.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

DATED: September 8, 2022		Respectfully submitted,


		/s/ Candice C. Kusmer

1

>Candice C. Kusmer, IL Bar No. 6284948
>Manning Gross + Massenburg LLP
>1405 N. Green Mount Road, Suite 400
>O'Fallon, Illinois 62269
>Telephone: (618) 277-5500
>Facsimile: (618) 277-6334
>Email: ckusmer@mgmlaw.com
>
>*Counsel for Defendant 3M Company*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 8th day of September, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

>*/s/ Candice C. Kusmer*
>Candice C. Kusmer, IL Bar No. 6284948