UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# **ORDER**

In furtherance of the common goal of a global resolution for all of the CAEv2 claims against 3M Company, Special Master Randi Ellis has requested that the Minnesota state court litigation be included in the upcoming MDL mediation. The Court has confirmed that the Minnesota plaintiff leadership wishes to participate and that Judge Laurie J. Miller, who oversees the Minnesota litigation, approves. Accordingly, a representative of the Minnesota litigation will attend the MDL mediation and be included thereafter as requested by Mediator Ellis.

**SO ORDERED**, on this 8th day of September, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**