# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>Clarence Abe Sampson<br><br>PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY,<br><br>DEFENDANT. | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>Civil Action No. 8:20-cv-00741-MCR-GRJ |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Thomas M. Horan II of the law firm Thompson, Coe, Cousins & Irons, LLP has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant 3M Company.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

DATED:    09/08/2022

1

Respectfully submitted,

*/s/ Thomas M. Horan II*
Thomas M. Horan II
TX Bar No. 24063938
THOMPSON, COE, COUSINS & IRONS, LLP
700 N. Pearl Street, 25th Floor
Dallas, TX 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: thoran@thompsoncoe.com

*Counsel for Defendant 3M Company*

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 8th day of September, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Thomas M. Horan II*
Thomas M. Horan II, TX Bar No. 24063938