# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 3:19-md-02885-MCR-GRJ |
| | ) | |
| This Document Relates to All Cases | ) ) ) ) ) | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## NOTICE OF WITHDRAWAL OF COUNSEL
## PURSUANT TO LOCAL RULE 11.1(H)(1)(B) AND REQUEST FOR
## REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that Gavin R. Tisdale from the law firm Kirkland & Ellis LLP, hereby withdraws as attorney of record for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies, LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo LLC ("Defendants") in the above-referenced multi-district litigation, and should be removed from the docket and electronic service list accordingly. As required by Local Rule 11.1(H)(1)(b), Defendants consent to this withdrawal, and the withdrawal will leave Defendants with counsel of record who will continue in the case.

Dated: September 8, 2022                    Respectfully submitted,

                                            _/s/ Gavin R. Tisdale_____
                                            Gavin R. Tisdale
                                            **KIRKLAND & ELLIS LLP**
                                            1301 Pennsylvania Avenue, N.W.
                                            Washington, D.C. 20004
                                            Telephone: (202) 389-3038
                                            Email: Gavin.Tisdale@kirkland.com

                                            ***Counsel for Defendants 3M Company,
                                            3M Occupational Safety, LLC, Aearo
                                            Technologies LLC, Aearo LLC, Aearo
                                            Holding LLC, and Aearo Intermediate,
                                            LLC***

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 8, 2022, a true copy of the foregoing was filed on the CM/ECF system, which will send notification of such filing to all parties and counsel in this case.

*/s/ Gavin R. Tisdale*⎯⎯⎯⎯⎯⎯
Gavin R. Tisdale
