UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>ALL CASES | )  Case No. 3:19-md-2885-MCR-GRJ<br>)<br>)  Judge M. Casey Rodgers<br>)  Magistrate Judge Gary R. Jones<br>)<br>)<br>)<br>) |

### NOTICE OF CHANGE OF LAW FIRM

To the Clerk of the court, all parties and their attorney of record: I, Katherine L Cornell, hereby file this Notice to advise of my change in law firm and address, effective as of the date of this Notice as follows:

>Katherine Cornell
>Cornell Law, PLLC
>5020 Montrose, 9th Floor
>Houston, TX 77006
>Phone: 713-332-2785
>Email: katherine@cornell-triallaw.com

All notice and documents pertaining to this action should be sent to above address.

Dated: September 8, 2022,

>/s/ Katherine L. Cornell
>Katherine L. Cornell
>(Admitted Pro Hac Vice)
>Texas State Bar No. 24082858
>Cornell Law, PLLC

>5020 Montrose, 9th Floor
>Houston, TX 77006
>Phone: 713-332-2785
>Email:*katherine_@cornell-triallaw.com*

**CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I do hereby certify that on September 8, 2022, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.