UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| Document Relates to: NICHOLAS SUHLING, PLAINTIFF, v. 3M COMPANY, DEFENDANT. | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>Civil Action No. 7:20-cv-04461-MCR-GRJ |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Barton J. Freeman of the law firm THOMPSON, COE, COUSINS & IRONS, L.L.P., has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant 3M Company.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

1

11244578v1
05413.069

DATED: September 9, 2022

                          Respectfully submitted,

                          */s/ Barton J. Freeman*
                          Barton J. Freeman (*Pro Hac Vice*)
                          Texas State Bar No. 00790717
                          THOMPSON, COE, COUSINS & IRONS, L.L.P.
                          700 N. Pearl Street, 25th Floor
                          Dallas, Texas 75201
                          Phone: (214) 871-8200
                          Fax: (214) 871-8209
                          E-mail: bfreeman@thompsoncoe.com

                          *Counsel for Defendant 3M Company*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 9th day of September 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

                          */s/ Barton J. Freeman*
                          Barton J. Freeman, Texas State Bar No. 00790717
                          (*Pro Hac Vice*)

11244578v1
05413.069