UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>CHAD CONNOLLY<br><br>PLAINTIFF,<br><br>v.<br><br>3M COMPANY,<br><br>DEFENDANT. | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>Civil Action No. 7:20-CV-65922 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Elizabeth Raines of the law firm Thompson, Coe, Cousins & Irons, LLP, has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendant 3M Company.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

1

DATED:  September 9, 2022    Respectfully submitted,

    */s/ Elizabeth Raines*
Elizabeth Raines
Texas Bar No. 24027642
THOMPSON, COE, COUSINS & IRONS, LLP
700 North Pearl Street
25th Floor
Dallas, Texas 75201
Telephone: (214)880-2854
Facsimile: (214)871-8209
Email: eraines@thompsoncoe.com

*Counsel for Defendant 3M Company*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 9th day of September 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

    */s/ Elizabeth Raines*
Elizabeth Raines, Texas Bar No. 24027642