# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | Case No. 3:19-md-2885-MCR-GRJ |
| EARPLUG PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | Judge M. Casey Rodgers |
| | ) | Magistrate Judge Gary R. Jones |
| This Document Relates to: | ) | |
| **Eric Downey** | ) | |
| | ) | |
| Case No: 7:20cv77383-MCR-GRJ | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Cameron D. Turner of the law firm Segal McCambridge Singer Mahoney, Ltd., has been admitted to practice in this Court and hereby enters his Appearance as counsel for Defendant 3M Company.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

Date: September 12, 2022          Respectfully submitted,

*/s/ Cameron D. Turner*
Cameron D. Turner
SEGAL McCAMBRIDGE SINGER
MAHONEY, LTD.
200 East Las Olas Suite 1820
Fort Lauderdale, FL 33301
Telephone: (954) 765-1001
cturner@smsm.com

*Counsel for Defendant 3M Company*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 12, 2022, a true and correct copy of **DEFENDANT'S NOTICE OF APPEARANCE** was served as follows:

☒ **[MDL Centrality]** By electronically serving the above document via the MDL Centrality website pursuant to Pretrial Order No. 15 (ECF No. 630) and Case Management Order NO. 31 (ECF No. 2304).

Dated: September 12, 2022   */s/ Jennifer A. Woyan*
　　　　　　　　　　　　　　　　　Jennifer A. Woyan