UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br><br>Magistrate Judge Gary R. Jones |

## MOTION OF NATHAN JAMIESON FOR ADMISSION *PRO HAC VICE* AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Nathan Jamieson ("Movant") of the law firm Dechert LLP, 633 West 5th Street, Suite 4900, Los Angeles, California 90071-2032, respectfully moves for admission *pro hac vice* to appear as counsel for Defendant 3M Company, and to receive Notice of Electronic filings in this action. In support of this motion Movant states:

1. Movant resides in Los Angeles, California, and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice and is a member in good standing of the bar for the State of California. Movant resides and regularly practices law in the State of California.

4. Movant is additionally admitted to practice and remains in good standing of the United States District Courts for the Districts of Northern California, Central California, and Southern California.

5. A copy of a Certificate of Good Standing from the State Bar of the State of California, dated within 30 days of this motion, is attached as **Exhibit A**.

6. Movant certifies that he has successfully completed both the online Local Rules tutorial exam (confirmation number FLND16624105526687) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

7. Movant has remitted simultaneously with the filing of the motion the Court's $208.00 *pro hac vice* admission fee.

8. Movant has updated his PACER account to "NextGen."

9. Upon admission, Nathan Jamieson respectfully requests that he be provided Notice of Electronic filings to the following email address: nathan.jamieson@dechert.com.

WHEREFORE, Nathan Jamieson respectfully requests that this Court enter an order granting his motion to appear *pro hac vice* on behalf of Defendant

3M Company, and directing the clerk to provide Notice of Electronic Filings to the undersigned.

Dated: September 12, 2022

/s/ *Nathan Jamieson*
Nathan Jamieson
California Bar No. 333304

DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, California 90071-2032
Tel: (213) 808-5724
Nathan.jamieson@dechert.com

*Attorney for Defendant 3M Company*

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of Court via the CM/ECF system on September 12, 2022, and served electronically on all counsel of record.

*/s/ Nathan Jamieson*
Nathan Jamieson