UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCT LIABILITY LITIGATION | ) ) Case No. 3:19-md-02885-MCR-GRJ ) ) |
| This Document Relates to the Master Docket | ) Judge M. Casey Rodgers ) Magistrate Judge Gary R. Jones ) |

## MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Attorney Scott Fraser, of McDonald Worley, PC, notifies the Court that William Barfield is no longer employed with McDonald Worley, PC.

Attorney Scott Fraser moves under Local Rule 11.1 (H)(1)(b) for the withdrawal of William Barfield and substitution of Scott Fraser of McDonald Worley, PC in place thereof. Plaintiffs will continue to be represented by the same law firm – McDonald Worley, PC. Mr. Fraser is pro hac vice in the Northern District of Florida and has complied with all requirements for appearing and filing in this District. Counsel has fulfilled the administrative requirements outlined in Pretrial Order No. 3. Counsel accordingly requests that all further papers and pleadings in these actions and the Master Docket of the MDL 2885 be served upon him.

A list of all clients affected by this substitution and withdrawal is attached to this motion (Exhibit A) for the benefit of the Court.

1

Date: September 12, 2022

        Respectfully Submitted,

        /s/ Scott Fraser
        Scott C. Fraser (TX Bar No. 24093452)
        MCDONALD WORLEY, PC
        1770 Saint James Place #100
        Houston, Texas 77056
        Tel: (713)523-5500
        Email: scott@mcdonaldworley.com
        *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served by e-filing through the Northern District of Florida Electronic Filing System, this 12th day of September 2022.

        /s/ Scott Fraser
        Scott C. Fraser (TX Bar No. 24093452)
        MCDONALD WORLEY, PC
        1770 Saint James Place #100
        Houston, Texas 77056
        Tel: (713)523-5500
        Email: scott@mcdonaldworley.com
        *Attorney for Plaintiffs*