# EXHIBIT A

| | |
|---|---|
| 3:22-cv-05875-MCR-GRJ | DUNCAN v. 3M COMPANY et al |
| 3:22-cv-05923-MCR-GRJ | HARVEY v. 3M COMPANY et al |
| 3:22-cv-06923-MCR-GRJ | RICHARDSON v. 3M COMPANY et al |
| 7:20-cv-00107-MCR-GRJ | BENSON v. 3M COMPANY et al |
| 7:20-cv-00109-MCR-GRJ | AUSTIN v. 3M COMPANY et al |
| 7:20-cv-00110-MCR-GRJ | WILLIAMS v. 3M COMPANY et al |
| 7:20-cv-01276-MCR-GRJ | ORTIZ v. 3M COMPANY et al |
| 7:20-cv-01279-MCR-GRJ | FIGUEROA-MORFIN v. 3M COMPANY et al |
| 7:20-cv-01280-MCR-GRJ | CLARKSON v. 3M COMPANY et al |
| 7:20-cv-01283-MCR-GRJ | YEE v. 3M COMPANY et al |
| 7:20-cv-01299-MCR-GRJ | LOFFI v. 3M COMPANY et al |
| 7:20-cv-01307-MCR-GRJ | LEDESMA v. 3M COMPANY et al |
| 7:20-cv-01308-MCR-GRJ | MORLEY v. 3M COMPANY et al |
| 7:20-cv-01309-MCR-GRJ | BLAKE v. 3M COMPANY et al |
| 7:20-cv-01310-MCR-GRJ | CARPER v. 3M COMPANY et al |
| 7:20-cv-01311-MCR-GRJ | THORP v. 3M COMPANY et al |
| 7:20-cv-01313-MCR-GRJ | VILLEGAS v. 3M COMPANY et al |
| 7:20-cv-01314-MCR-GRJ | WALBERT v. 3M COMPANY et al |
| 7:20-cv-01316-MCR-GRJ | BARNETTE v. 3M COMPANY et al |
| 7:20-cv-01322-MCR-GRJ | HUFFMAN v. 3M COMPANY et al |
| 7:20-cv-01323-MCR-GRJ | TILTON v. 3M COMPANY et al |
| 7:20-cv-01324-MCR-GRJ | KELLEY v. 3M COMPANY et al |
| 7:20-cv-01325-MCR-GRJ | ROKSANDICH v. 3M COMPANY et al |
| 7:20-cv-01326-MCR-GRJ | PATTON v. 3M COMPANY et al |
| 7:20-cv-01328-MCR-GRJ | DENTON v. 3M COMPANY et al |
| 7:20-cv-01330-MCR-GRJ | STATHAM v. 3M COMPANY et al |
| 7:20-cv-01334-MCR-GRJ | JOHNSON v. 3M COMPANY et al |
| 7:20-cv-01335-MCR-GRJ | WRIGHT v. 3M COMPANY et al |
| 7:20-cv-01338-MCR-GRJ | SIMMONS v. 3M COMPANY et al |
| 7:20-cv-01344-MCR-GRJ | SAMPLES v. 3M COMPANY et al |
| 7:20-cv-01354-MCR-GRJ | HERRIN v. 3M COMPANY et al |
| 7:20-cv-01355-MCR-GRJ | GOOLD v. 3M COMPANY et al |
| 7:20-cv-01358-MCR-GRJ | HANSBRO v. 3M COMPANY et al |
| 7:20-cv-01359-MCR-GRJ | ENGEL v. 3M COMPANY et al |
| 7:20-cv-01366-MCR-GRJ | MCNAMARA v. 3M COMPANY et al |
| 7:20-cv-01371-MCR-GRJ | CRAMER v. 3M COMPANY et al |
| 7:20-cv-01375-MCR-GRJ | OLIVO v. 3M COMPANY et al |
| 7:20-cv-01376-MCR-GRJ | MLADEK v. 3M COMPANY et al |
| 7:20-cv-01379-MCR-GRJ | MCGINN v. 3M COMPANY et al |
| 7:20-cv-01381-MCR-GRJ | CREECH v. 3M COMPANY et al |
| 7:20-cv-01382-MCR-GRJ | PRENGEL v. 3M COMPANY et al |

| | |
|---|---|
| 7:20-cv-01383-MCR-GRJ | DOLIANA v. 3M COMPANY et al |
| 7:20-cv-01387-MCR-GRJ | HAMILTON v. 3M COMPANY et al |
| 7:20-cv-01390-MCR-GRJ | PHILLIPS v. 3M COMPANY et al |
| 7:20-cv-01393-MCR-GRJ | HART v. 3M COMPANY et al |
| 7:20-cv-01398-MCR-GRJ | BOOMERSHINE v. 3M COMPANY et al |
| 7:20-cv-01400-MCR-GRJ | MCGRUDER v. 3M COMPANY et al |
| 7:20-cv-01401-MCR-GRJ | GRENKAVICH v. 3M COMPANY et al |
| 7:20-cv-01403-MCR-GRJ | DOBBINS v. 3M COMPANY et al |
| 7:20-cv-01404-MCR-GRJ | JOHNSON v. 3M COMPANY et al |
| 7:20-cv-01406-MCR-GRJ | ROHRIG v. 3M COMPANY et al |
| 7:20-cv-01414-MCR-GRJ | SUMMERHAYS v. 3M COMPANY et al |
| 7:20-cv-01416-MCR-GRJ | LOVATO v. 3M COMPANY et al |
| 7:20-cv-01420-MCR-GRJ | NICHOLS v. 3M COMPANY et al |
| 7:20-cv-01421-MCR-GRJ | DIAZ v. 3M COMPANY et al |
| 7:20-cv-01424-MCR-GRJ | LONES v. 3M COMPANY et al |
| 7:20-cv-01426-MCR-GRJ | DUNCAN v. 3M COMPANY et al |
| 7:20-cv-01430-MCR-GRJ | CASE v. 3M COMPANY et al |
| 7:20-cv-01432-MCR-GRJ | JOST v. 3M COMPANY et al |
| 7:20-cv-01433-MCR-GRJ | HENDERSON v. 3M COMPANY et al |
| 7:20-cv-01436-MCR-GRJ | TRAN v. 3M COMPANY et al |
| 7:20-cv-01439-MCR-GRJ | MORTON v. 3M COMPANY et al |
| 7:20-cv-01443-MCR-GRJ | FONTENOT v. 3M COMPANY et al |
| 7:20-cv-01446-MCR-GRJ | BALL v. 3M COMPANY et al |
| 7:20-cv-01448-MCR-GRJ | EICHEN v. 3M COMPANY et al |
| 7:20-cv-01451-MCR-GRJ | ZIMMER v. 3M COMPANY et al |
| 7:20-cv-01452-MCR-GRJ | MCMILLAN v. 3M COMPANY et al |
| 7:20-cv-01454-MCR-GRJ | DONOHUE v. 3M COMPANY et al |
| 7:20-cv-01455-MCR-GRJ | SMITH v. 3M COMPANY et al |
| 7:20-cv-01457-MCR-GRJ | SAMPSON v. 3M COMPANY et al |
| 7:20-cv-01458-MCR-GRJ | WORTHINGTON v. 3M COMPANY et al |
| 7:20-cv-01459-MCR-GRJ | HILL v. 3M COMPANY et al |
| 7:20-cv-01461-MCR-GRJ | SAYLOR v. 3M COMPANY et al |
| 7:20-cv-01462-MCR-GRJ | KRIVENKO v. 3M COMPANY et al |
| 7:20-cv-01464-MCR-GRJ | MURPHY v. 3M COMPANY et al |
| 7:20-cv-01467-MCR-GRJ | BROKENBROUGH v. 3M COMPANY et al |
| 7:20-cv-01471-MCR-GRJ | EICHLER v. 3M COMPANY et al |
| 7:20-cv-01472-MCR-GRJ | BAER v. 3M COMPANY et al |
| 7:20-cv-01478-MCR-GRJ | LARABEE v. 3M COMPANY et al |
| 7:20-cv-01480-MCR-GRJ | RUTH v. 3M COMPANY et al |
| 7:20-cv-01481-MCR-GRJ | METCALF v. 3M COMPANY et al |
| 7:20-cv-01482-MCR-GRJ | DAVENPORT v. 3M COMPANY et al |
| 7:20-cv-01485-MCR-GRJ | HORN v. 3M COMPANY et al |
| 7:20-cv-01486-MCR-GRJ | JOHNSON v. 3M COMPANY et al |

| | |
|---|---|
| 7:20-cv-01490-MCR-GRJ | GOSS v. 3M COMPANY et al |
| 7:20-cv-01494-MCR-GRJ | VAN VOORHIS v. 3M COMPANY et al |
| 7:20-cv-01495-MCR-GRJ | WEBSTER v. 3M COMPANY et al |
| 7:20-cv-01498-MCR-GRJ | HEIDINGER v. 3M COMPANY et al |
| 7:20-cv-01500-MCR-GRJ | JOHANSON v. 3M COMPANY et al |
| 7:20-cv-01502-MCR-GRJ | BARKER v. 3M COMPANY et al |
| 7:20-cv-01503-MCR-GRJ | RYAN v. 3M COMPANY et al |
| 7:20-cv-01505-MCR-GRJ | CARTER v. 3M COMPANY et al |
| 7:20-cv-01506-MCR-GRJ | VAN v. 3M COMPANY et al |
| 7:20-cv-01507-MCR-GRJ | SMITH v. 3M COMPANY et al |
| 7:20-cv-01508-MCR-GRJ | FORTNER v. 3M COMPANY et al |
| 7:20-cv-01510-MCR-GRJ | BUFFONE v. 3M COMPANY et al |
| 7:20-cv-01514-MCR-GRJ | WILLIAMSON v. 3M COMPANY et al |
| 7:20-cv-01520-MCR-GRJ | WATT v. 3M COMPANY et al |
| 7:20-cv-01524-MCR-GRJ | BUSTAMANTE v. 3M COMPANY et al |
| 7:20-cv-01526-MCR-GRJ | ALVARADO v. 3M COMPANY et al |
| 7:20-cv-01528-MCR-GRJ | WEGNER v. 3M COMPANY et al |
| 7:20-cv-01529-MCR-GRJ | FARMER v. 3M COMPANY et al |
| 7:20-cv-01530-MCR-GRJ | GEARHEART v. 3M COMPANY et al |
| 7:20-cv-01532-MCR-GRJ | STRICKLAND v. 3M COMPANY et al |
| 7:20-cv-01534-MCR-GRJ | ELLIOTT v. 3M COMPANY et al |
| 7:20-cv-01536-MCR-GRJ | TALBOT v. 3M COMPANY et al |
| 7:20-cv-01538-MCR-GRJ | FRITZ v. 3M COMPANY et al |
| 7:20-cv-01542-MCR-GRJ | TOKARZ v. 3M COMPANY et al |
| 7:20-cv-01550-MCR-GRJ | MILLER v. 3M COMPANY et al |
| 7:20-cv-01553-MCR-GRJ | JONES v. 3M COMPANY et al |
| 7:20-cv-01560-MCR-GRJ | SMITH v. 3M COMPANY et al |
| 7:20-cv-01562-MCR-GRJ | HANSON v. 3M COMPANY et al |
| 7:20-cv-01563-MCR-GRJ | HUVAL v. 3M COMPANY et al |
| 7:20-cv-01564-MCR-GRJ | TRIVEDI v. 3M COMPANY et al |
| 7:20-cv-01569-MCR-GRJ | DIVINE v. 3M COMPANY et al |
| 7:20-cv-01572-MCR-GRJ | STONE v. 3M COMPANY et al |
| 7:20-cv-01579-MCR-GRJ | ALLEN v. 3M COMPANY et al |
| 7:20-cv-01582-MCR-GRJ | ORR v. 3M COMPANY et al |
| 7:20-cv-01587-MCR-GRJ | ZUANICH v. 3M COMPANY et al |
| 7:20-cv-01599-MCR-GRJ | DAY v. 3M COMPANY et al |
| 7:20-cv-01603-MCR-GRJ | ORAM v. 3M COMPANY et al |
| 7:20-cv-01618-MCR-GRJ | WITHAM v. 3M COMPANY et al |
| 7:20-cv-01620-MCR-GRJ | JANSEN v. 3M COMPANY et al |
| 7:20-cv-01624-MCR-GRJ | GONZALEZ v. 3M COMPANY et al |
| 7:20-cv-01630-MCR-GRJ | FITE v. 3M COMPANY et al |
| 7:20-cv-01637-MCR-GRJ | BROWN v. 3M COMPANY et al |
| 7:20-cv-01639-MCR-GRJ | JENKINS v. 3M COMPANY et al |

| | |
|---|---|
| 7:20-cv-01642-MCR-GRJ | OATES v. 3M COMPANY et al |
| 7:20-cv-01645-MCR-GRJ | MILES v. 3M COMPANY et al |
| 7:20-cv-01647-MCR-GRJ | BROWN v. 3M COMPANY et al |
| 7:20-cv-01649-MCR-GRJ | CUNNINGHAM v. 3M COMPANY et al |
| 7:20-cv-01650-MCR-GRJ | CHRISTIAN v. 3M COMPANY et al |
| 7:20-cv-01651-MCR-GRJ | LEE v. 3M COMPANY et al |
| 7:20-cv-01652-MCR-GRJ | COSTELLO v. 3M COMPANY et al |
| 7:20-cv-01657-MCR-GRJ | GOPAL v. 3M COMPANY et al |
| 7:20-cv-01658-MCR-GRJ | COLLINS v. 3M COMPANY et al |
| 7:20-cv-01659-MCR-GRJ | WHALEY v. 3M COMPANY et al |
| 7:20-cv-01661-MCR-GRJ | WASHINGTON v. 3M COMPANY et al |
| 7:20-cv-01664-MCR-GRJ | LITTLE v. 3M COMPANY et al |
| 7:20-cv-01669-MCR-GRJ | AUSTIN v. 3M COMPANY et al |
| 7:20-cv-01670-MCR-GRJ | WOODARD v. 3M COMPANY et al |
| 7:20-cv-01675-MCR-GRJ | HEFFERNAN v. 3M COMPANY et al |
| 7:20-cv-01678-MCR-GRJ | OLIVA v. 3M COMPANY et al |
| 7:20-cv-01680-MCR-GRJ | CRUMLEY v. 3M COMPANY et al |
| 7:20-cv-01684-MCR-GRJ | LAMBERT v. 3M COMPANY et al |
| 7:20-cv-01687-MCR-GRJ | MCCLENDON v. 3M COMPANY et al |
| 7:20-cv-01690-MCR-GRJ | SCHULDT v. 3M COMPANY et al |
| 7:20-cv-01698-MCR-GRJ | GARCIA v. 3M COMPANY et al |
| 7:20-cv-01703-MCR-GRJ | PHILLIPS v. 3M COMPANY et al |
| 7:20-cv-01705-MCR-GRJ | HACKETT v. 3M COMPANY et al |
| 7:20-cv-01711-MCR-GRJ | MEDINA v. 3M COMPANY et al |
| 7:20-cv-01714-MCR-GRJ | SHRUM v. 3M COMPANY et al |
| 7:20-cv-01719-MCR-GRJ | MITCHELL v. 3M COMPANY et al |
| 7:20-cv-01724-MCR-GRJ | CEDENO v. 3M COMPANY et al |
| 7:20-cv-01726-MCR-GRJ | BROWN v. 3M COMPANY et al |
| 7:20-cv-01729-MCR-GRJ | CALLAWAY v. 3M COMPANY et al |
| 7:20-cv-01730-MCR-GRJ | HAMLIN v. 3M COMPANY et al |
| 7:20-cv-01732-MCR-GRJ | MORAVY v. 3M COMPANY et al |
| 7:20-cv-01733-MCR-GRJ | WOOD v. 3M COMPANY et al |
| 7:20-cv-01734-MCR-GRJ | RADER v. 3M COMPANY et al |
| 7:20-cv-01737-MCR-GRJ | HEDGEPETH v. 3M COMPANY et al |
| 7:20-cv-01739-MCR-GRJ | STANFIELD v. 3M COMPANY et al |
| 7:20-cv-01740-MCR-GRJ | KIDD v. 3M COMPANY et al |
| 7:20-cv-01742-MCR-GRJ | AYALA v. 3M COMPANY et al |
| 7:20-cv-01744-MCR-GRJ | FOURNIER v. 3M COMPANY et al |
| 7:20-cv-01754-MCR-GRJ | EMERY v. 3M COMPANY et al |
| 7:20-cv-01755-MCR-GRJ | MORTON v. 3M COMPANY et al |
| 7:20-cv-01759-MCR-GRJ | JOHNSON v. 3M COMPANY et al |
| 7:20-cv-01760-MCR-GRJ | ALONSO v. 3M COMPANY et al |
| 7:20-cv-01763-MCR-GRJ | BENSON v. 3M COMPANY et al |

| | |
|---|---|
| 7:20-cv-01764-MCR-GRJ | BERUBE v. 3M COMPANY et al |
| 7:20-cv-01765-MCR-GRJ | BRANDT v. 3M COMPANY et al |
| 7:20-cv-01766-MCR-GRJ | GRUE v. 3M COMPANY et al |
| 7:20-cv-01768-MCR-GRJ | WILLIAMS v. 3M COMPANY et al |
| 7:20-cv-01771-MCR-GRJ | TURPIN v. 3M COMPANY et al |
| 7:20-cv-01774-MCR-GRJ | PHILLIPS v. 3M COMPANY et al |
| 7:20-cv-01775-MCR-GRJ | WEBB v. 3M COMPANY et al |
| 7:20-cv-01783-MCR-GRJ | ALVAREZ v. 3M COMPANY et al |
| 7:20-cv-01787-MCR-GRJ | JACKSON v. 3M COMPANY et al |
| 7:20-cv-01789-MCR-GRJ | JAMES v. 3M COMPANY et al |
| 7:20-cv-01794-MCR-GRJ | HENRY v. 3M COMPANY et al |
| 7:20-cv-01799-MCR-GRJ | DAIGLE v. 3M COMPANY et al |
| 7:20-cv-01800-MCR-GRJ | TAYLER v. 3M COMPANY et al |
| 7:20-cv-01801-MCR-GRJ | CARMICHAEL v. 3M COMPANY et al |
| 7:20-cv-01802-MCR-GRJ | RANSDELL v. 3M COMPANY et al |
| 7:20-cv-01804-MCR-GRJ | DRY v. 3M COMPANY et al |
| 7:20-cv-01808-MCR-GRJ | COFFMAN v. 3M COMPANY et al |
| 7:20-cv-01811-MCR-GRJ | RODRIGUEZ v. 3M COMPANY et al |
| 7:20-cv-01814-MCR-GRJ | DECORDOVA v. 3M COMPANY et al |
| 7:20-cv-01816-MCR-GRJ | MCCRAY v. 3M COMPANY et al |
| 7:20-cv-01817-MCR-GRJ | WILCKEN v. 3M COMPANY et al |
| 7:20-cv-01818-MCR-GRJ | WILLIAMS v. 3M COMPANY et al |
| 7:20-cv-01819-MCR-GRJ | HOWE v. 3M COMPANY et al |
| 7:20-cv-01820-MCR-GRJ | ANGLEHART v. 3M COMPANY et al |
| 7:20-cv-01822-MCR-GRJ | VICKERS v. 3M COMPANY et al |
| 7:20-cv-01823-MCR-GRJ | TESTA v. 3M COMPANY et al |
| 7:20-cv-01824-MCR-GRJ | SCHMIDT v. 3M COMPANY et al |
| 7:20-cv-01825-MCR-GRJ | SIMS v. 3M COMPANY et al |
| 7:20-cv-01826-MCR-GRJ | PEREYRA v. 3M COMPANY et al |
| 7:20-cv-01828-MCR-GRJ | HURDEL v. 3M COMPANY et al |
| 7:20-cv-01829-MCR-GRJ | HOLLAND v. 3M COMPANY et al |
| 7:20-cv-01831-MCR-GRJ | GARCIA v. 3M COMPANY et al |
| 7:20-cv-01833-MCR-GRJ | MUNOZ v. 3M COMPANY et al |
| 7:20-cv-01835-MCR-GRJ | SEAGRAVES v. 3M COMPANY et al |
| 7:20-cv-01836-MCR-GRJ | REDDIN v. 3M COMPANY et al |
| 7:20-cv-01837-MCR-GRJ | NICHOLS v. 3M COMPANY et al |
| 7:20-cv-01841-MCR-GRJ | SHEPPARD v. 3M COMPANY et al |
| 7:20-cv-01845-MCR-GRJ | BABICH v. 3M COMPANY et al |
| 7:20-cv-01850-MCR-GRJ | SHOLLE v. 3M COMPANY et al |
| 7:20-cv-01855-MCR-GRJ | PENFIELD v. 3M COMPANY et al |
| 7:20-cv-01859-MCR-GRJ | GILLISPIE v. 3M COMPANY et al |
| 7:20-cv-01867-MCR-GRJ | BOYD v. 3M COMPANY et al |
| 7:20-cv-01870-MCR-GRJ | WALKER v. 3M COMPANY et al |

| Case Number | Caption |
|---|---|
| 7:20-cv-01871-MCR-GRJ | ENNEN v. 3M COMPANY et al |
| 7:20-cv-01872-MCR-GRJ | POND v. 3M COMPANY et al |
| 7:20-cv-01873-MCR-GRJ | JORDAN v. 3M COMPANY et al |
| 7:20-cv-01876-MCR-GRJ | SCHENK v. 3M COMPANY et al |
| 7:20-cv-01878-MCR-GRJ | STEPHENSON v. 3M COMPANY et al |
| 7:20-cv-01879-MCR-GRJ | HECKMAN v. 3M COMPANY et al |
| 7:20-cv-01880-MCR-GRJ | SCHMIDT v. 3M COMPANY et al |
| 7:20-cv-01882-MCR-GRJ | RUNYAN v. 3M COMPANY et al |
| 7:20-cv-01884-MCR-GRJ | MARCHI v. 3M COMPANY et al |
| 7:20-cv-01885-MCR-GRJ | TACHIAS v. 3M COMPANY et al |
| 7:20-cv-01886-MCR-GRJ | HUNTER v. 3M COMPANY et al |
| 7:20-cv-01892-MCR-GRJ | MCGINTY v. 3M COMPANY et al |
| 7:20-cv-01914-MCR-GRJ | ROGERS v. 3M COMPANY et al |
| 7:20-cv-01917-MCR-GRJ | FRYE v. 3M COMPANY et al |
| 7:20-cv-01919-MCR-GRJ | BURNS v. 3M COMPANY et al |
| 7:20-cv-01921-MCR-GRJ | LAMPKIN v. 3M COMPANY et al |
| 7:20-cv-01922-MCR-GRJ | KAMARA v. 3M COMPANY et al |
| 7:20-cv-01923-MCR-GRJ | KING v. 3M COMPANY et al |
| 7:20-cv-01924-MCR-GRJ | SPERTINA v. 3M COMPANY et al |
| 7:20-cv-01928-MCR-GRJ | OCONNOR v. 3M COMPANY et al |
| 7:20-cv-01929-MCR-GRJ | ACKLEN v. 3M COMPANY et al |
| 7:20-cv-01930-MCR-GRJ | HECK v. 3M COMPANY et al |
| 7:20-cv-01933-MCR-GRJ | TRACY v. 3M COMPANY et al |
| 7:20-cv-01936-MCR-GRJ | SCHIANO v. 3M COMPANY et al |
| 7:20-cv-01940-MCR-GRJ | COOK v. 3M COMPANY et al |
| 7:20-cv-01942-MCR-GRJ | PATNODE v. 3M COMPANY et al |
| 7:20-cv-01946-MCR-GRJ | BENNETT v. 3M COMPANY et al |
| 7:20-cv-01949-MCR-GRJ | BROWN v. 3M COMPANY et al |
| 7:20-cv-36869-MCR-GRJ | LOPEZ v. 3M COMPANY et al |
| 7:20-cv-36872-MCR-GRJ | GIDEON v. 3M COMPANY et al |
| 7:20-cv-36875-MCR-GRJ | EWING v. 3M COMPANY et al |
| 7:20-cv-36880-MCR-GRJ | BURGOS v. 3M COMPANY et al |
| 7:20-cv-36883-MCR-GRJ | RIZZO v. 3M COMPANY et al |
| 7:20-cv-36992-MCR-GRJ | PATEL v. 3M COMPANY et al |
| 7:20-cv-36997-MCR-GRJ | JONES v. 3M COMPANY et al |
| 7:20-cv-37011-MCR-GRJ | DIXON v. 3M COMPANY et al |
| 7:20-cv-37014-MCR-GRJ | CHRISTIANS v. 3M COMPANY et al |
| 7:20-cv-37016-MCR-GRJ | MASSEY v. 3M COMPANY et al |
| 7:20-cv-37019-MCR-GRJ | SIMMERS v. 3M COMPANY et al |
| 7:20-cv-37022-MCR-GRJ | ISACHSEN v. 3M COMPANY et al |
| 7:20-cv-37027-MCR-GRJ | MILLER v. 3M COMPANY et al |
| 7:20-cv-37030-MCR-GRJ | HALL v. 3M COMPANY et al |
| 7:20-cv-37033-MCR-GRJ | HALL v. 3M COMPANY et al |

| | |
|---|---|
| 7:20-cv-37036-MCR-GRJ | PIERCE v. 3M COMPANY et al |
| 7:20-cv-37038-MCR-GRJ | CANSLER v. 3M COMPANY et al |
| 7:20-cv-37041-MCR-GRJ | MOORE v. 3M COMPANY et al |
| 7:20-cv-37044-MCR-GRJ | BLACK v. 3M COMPANY et al |
| 7:20-cv-37052-MCR-GRJ | SAUER v. 3M COMPANY et al |
| 7:20-cv-37058-MCR-GRJ | EVENSON v. 3M COMPANY et al |
| 7:20-cv-37060-MCR-GRJ | EDWARDS v. 3M COMPANY et al |
| 7:21-cv-12565-MCR-GRJ | HAWKIN v. 3M COMPANY et al |
| 7:21-cv-12566-MCR-GRJ | HUTCHINS v. 3M COMPANY et al |
| 7:21-cv-12569-MCR-GRJ | KUJAWSKI v. 3M COMPANY et al |
| 7:21-cv-12570-MCR-GRJ | OLIVERO v. 3M COMPANY et al |
| 7:21-cv-12571-MCR-GRJ | ROSS v. 3M COMPANY et al |
| 7:21-cv-12572-MCR-GRJ | SCINTA v. 3M COMPANY et al |
| 7:21-cv-12575-MCR-GRJ | WAGNER v. 3M COMPANY et al |
| 7:21-cv-12576-MCR-GRJ | WOLVERTON v. 3M COMPANY et al |
| 7:21-cv-24438-MCR-GRJ | BRAGG v. 3M COMPANY et al |
| 7:21-cv-24441-MCR-GRJ | LEE v. 3M COMPANY et al |
| 7:21-cv-24447-MCR-GRJ | SEWELL v. 3M COMPANY et al |
| 7:21-cv-24448-MCR-GRJ | KAMUELA v. 3M COMPANY et al |
| 7:21-cv-24449-MCR-GRJ | GOODMAN v. 3M COMPANY et al |
| 7:21-cv-24450-MCR-GRJ | HUTCHINSON v. 3M COMPANY et al |
| 7:21-cv-24451-MCR-GRJ | WADE v. 3M COMPANY et al |
| 7:21-cv-24452-MCR-GRJ | ZUGELDER v. 3M COMPANY et al |
| 7:21-cv-24453-MCR-GRJ | SALAZAR v. 3M COMPANY et al |
| 7:21-cv-24455-MCR-GRJ | JONES v. 3M COMPANY et al |
| 7:21-cv-24458-MCR-GRJ | ALBERT v. 3M COMPANY et al |
| 7:21-cv-24461-MCR-GRJ | REYNOLDS v. 3M COMPANY et al |
| 7:21-cv-24462-MCR-GRJ | MCNEIL v. 3M COMPANY et al |
| 7:21-cv-24464-MCR-GRJ | LA VELLE v. 3M COMPANY et al |
| 7:21-cv-24466-MCR-GRJ | THOMPSON v. 3M COMPANY et al |
| 7:21-cv-29856-MCR-GRJ | ROSE II v. 3M COMPANY et al |
| 7:21-cv-29858-MCR-GRJ | MEADOWS v. 3M COMPANY et al |
| 8:20-cv-31408-MCR-GRJ | RIPLEY v. 3M COMPANY et al |
| 8:20-cv-31415-MCR-GRJ | RAINES v. 3M COMPANY et al |
| 8:20-cv-31427-MCR-GRJ | TAPIA v. 3M COMPANY et al |
| 8:20-cv-31429-MCR-GRJ | HETU v. 3M COMPANY et al |
| 8:20-cv-31433-MCR-GRJ | BENOIT v. 3M COMPANY et al |
| 8:20-cv-31439-MCR-GRJ | MCGIBBON v. 3M COMPANY et al |
| 8:20-cv-31441-MCR-GRJ | MILLER v. 3M COMPANY et al |
| 8:20-cv-31445-MCR-GRJ | RIVERA v. 3M COMPANY et al |
| 8:20-cv-31447-MCR-GRJ | TAYLOR v. 3M COMPANY et al |
| 8:20-cv-31448-MCR-GRJ | BIRD v. 3M COMPANY et al |
| 8:20-cv-31456-MCR-GRJ | AGUILAR v. 3M COMPANY et al |

| | |
|---|---|
| 8:20-cv-31458-MCR-GRJ | FISHER v. 3M COMPANY et al |
| 8:20-cv-31463-MCR-GRJ | EAGLEBARGER v. 3M COMPANY et al |
| 8:20-cv-31469-MCR-GRJ | PIPER v. 3M COMPANY et al |
| 8:20-cv-31477-MCR-GRJ | ANDREWS v. 3M COMPANY et al |
| 8:20-cv-31480-MCR-GRJ | BROWN v. 3M COMPANY et al |
| 8:20-cv-31484-MCR-GRJ | HASTINGS v. 3M COMPANY et al |
| 8:20-cv-31499-MCR-GRJ | SERRANO v. 3M COMPANY et al |
| 9:20-cv-10689-MCR-GRJ | WERNE v. 3M COMPANY et al |
| 9:20-cv-10691-MCR-GRJ | CREAGER v. 3M COMPANY et al |
| 9:20-cv-10692-MCR-GRJ | GAINEY v. 3M COMPANY et al |
| 9:20-cv-10694-MCR-GRJ | HUGHES v. 3M COMPANY et al |
| 9:20-cv-10695-MCR-GRJ | MINECCI v. 3M COMPANY et al |
| 9:20-cv-10696-MCR-GRJ | PRICE v. 3M COMPANY et al |
| 9:20-cv-10698-MCR-GRJ | KNIGHT v. 3M COMPANY et al |