UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS ) | Case No. 3:19-md-2885 MCR-GRJ |
| EARPLUG PRODUCTS LIABILITY ) | |
| LITIGATION ) | Judge M. Casey Rodgers |
| ) | Magistrate Judge Gary R. Jones |
| This Document Relates to: ) | |
| Plaintiff, Jeremy S. Presley ) | |
| Docket No. 7:20-cv-90588 ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Cameron D. Turner of the law firm Segal McCambridge Singer Mahoney, Ltd., has been admitted to practice in this Court and hereby enters his Appearance as counsel for Defendant 3M Company.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

Date: September 13, 2022         Respectfully submitted,

/s/ Cameron D. Turner
Cameron D. Turner
SEGAL McCAMBRIDGE SINGER MAHONEY, LTD.
200 East Las Olas Suite 1820
Fort Lauderdale, FL 33301
Telephone: (954) 765-1001
cturner@smsm.com
***Counsel for Defendant 3M Company***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 13, 2022, a true and correct copy of DEFENDANT'S NOTICE OF APPEARANCE was served as follows:

☒ **[MDL Centrality]** By electronically serving the above document via the MDL Centrality website pursuant to Pretrial Order No. 15 (ECF No. 630) and Case Management Order NO. 31 (ECF No. 2304).

Dated: September 13, 2022         /s/ Margaret Dore
                                  Margaret Dore