UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>ADRIAN S. MILES<br><br>PLAINTIFF,<br><br>v.<br><br>3M COMPANY,<br><br>DEFENDANT. | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br><br>Civil Action No. 7:20-cv-64545-MCR-GRJ |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that J. Dominic Campodonico of the law firm Gordon Rees Scully Mansukhani has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant, 3M Company.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

DATED:   September 9, 2022

Respectfully submitted,

*/s/ J. Dominic Campodonico*
J. Dominic Campodonico

1

California State Bar No. 188035
GORDON REES SCULLY MANSUKHANI
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:   (415) 986-8054
Email:  dcampodonico@grsm.com

*Counsel for Defendant 3M Company*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 9th day of September, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

 /s/ J. Dominic Campodonico
J. Dominic Campodonico
California State Bar No. 188035

2