UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | Case No: 3:19-md-02885 |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Elizabeth Klein Hiller, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and, in support thereof, state as follows:

1. Movant resides in New York and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bars of the States of New York and California. Movant's law office is in New York and this is the state where she regularly practices law. Pursuant to Local Rule 11.1, a copy of a Certificate of Good Standing from the State of New York (the state where she regularly practices law) dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16629980526737**, and the CM/ECF online tutorials.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has an "Upgraded PACER Account."

6. Movant represents the Plaintiffs identified in the attached Exhibit "B" and made a part hereof, whose actions were filed independent of the JPML transfer process.

WHEREFORE, Elizabeth Klein Hiller, respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*.

Dated: September 13, 2022

By: */s/ Elizabeth Klein Hiller*
Elizabeth Klein Hiller
**DOUGLAS & LONDON, P.C.**
59 Maiden Lane, 6th Floor
New York, NY 10038
Tel: (212) 566-7500
Fax: (212) 566-7501
Email: conyenekwu@douglasandlondon.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on September 13, 2022, and served electronically on all counsel of record.

*/s/ Elizabeth Klein Hiller*
Elizabeth Klein Hiller