| | |
|---|---|
| *Gwaltney v. 3M Company* | 7:20-cv-74086 |
| *Earnhart v. 3M Company* | 7:20-cv-77476 |
| *Finch v. 3M Company* | 7:20-cv-79579 |
| *Flora v. 3M Company* | 7:20-cv-79621 |
| *Fout v. 3M Company* | 7:20-cv-79670 |
| *Gibson v. 3M Company* | 7:20-cv-79882 |
| *Giroux v. 3M Company* | 7:20-cv-79919 |
| *Goodnough v. 3M Company* | 7:20-cv-73848 |
| *Gray v. 3M Company* | 7:20-cv-73967 |
| *Greer v. 3M Company* | 7:20-cv-73999 |
| *Hall v. 3M Company* | 7:20-cv-74126 |
| *Cortez v. 3M Company* | 7:20-cv-73289 |
| *Cullifer v. 3M Company* | 7:20-cv-73554 |
| *Davies v. 3M Company* | 7:20-cv-76745 |
| *Davis v. 3M Company* | 7:20-cv-76824 |
| *Delgado v. 3M Company* | 7:20-cv-77005 |
| *Dudley v. 3M Company* | 7:20-cv-77412 |
| *Esposito v. 3M Company* | 7:20-cv-77587 |
| *Fleming v. 3M Company* | 7:20-cv-79613 |
| *McCulloch v. 3M Company* | 7:20-cv-76921 |
| *Bernal v. 3M Company* | 7:20-cv-76441 |