# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>Adnan Qasim<br>PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY,<br><br>DEFENDANT. | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>Civil Action No. 7:20cv47360-MCR-GRJ |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Matthew D. Kelly of the law firm of Segal McCambridge Singer & Mahoney, LTD. has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant 3M Company.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

DATED: September 14, 2022

Respectfully submitted,

*/s/ Matthew D. Kelly*
Matthew D. Kelly
Segal McCambridge Singer & Mahoney, Ltd.
233 S. Wacker Drive, Suite 5500
Chicago, IL  60606
Telephone: (312) 645-7800
Facsimile: (312) 645-7711
Email: mkelly@smsm.com

*Counsel for Defendant 3M Company*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 14th day of September, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Matthew D. Kelly*
Matthew D. Kelly – Illinois Bar #6300175