## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
|---|---|
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Melissa B. Hostick, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1.     Movant resides in Texas and is not a resident of the State of Florida.

2.     Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Texas.  A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this Motion is attached hereto as Exhibit "A."

3.     Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16625681866708, and completed the CM/ECF Online Tutorials.

4.      Melissa B. Hostick has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.      Melissa B. Hostick has upgraded her PACER account to "NextGen."

6.      Movant represents Defendant 3M Company.

WHEREFORE, Melissa B. Hostick respectfully request that this Court enter an Order granting Melissa B. Hostick of BOWMAN AND BROOKE LLP, *pro hac vice* in this case.

Respectfully submitted on this 15th day of September 2022.

*/s/ Melissa B. Hostick*
Melissa B. Hostick
TX Bar No. 24128832
**BOWMAN AND BROOKE LLP**
5850 Granite Parkway
Suite 900
Plano, Texas 75024-6754
Tel: (972) 616-1700
Fax: (972) 616-1701
Melissa.hostick@bowmanandbrooke.com

Counsel for Defendant *3M Company*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 15th day of September 2022.

/s/ Melissa B. Hostick
Melissa B. Hostick
TX Bar No. 24128832