| | |
|---|---|
| **From:** | Sean Cooper <sean@paulllp.com> |
| **Sent:** | Wednesday, September 14, 2022 11:42 AM |
| **To:** | Ben Scott; Steven Rowe; Will Thomas |
| **Cc:** | Ashlea Schwarz; Rick Paul; Susanna Moldoveanu; Katelyn Ashton |
| **Subject:** | RE: Robert Swindle/Mason v. 3M |

Good morning Ben –

We do not agree to dismiss Mr. Mason's claim and dispute that there is any basis for a show-cause order or to stay any deadlines. We do not believe Mr. Mason needs a specific causation expert to present a submissible case. While 3M may disagree with that position, that is not a basis for a stay or show cause order.  Thank you.

**Sean Cooper**
Partner



601 Walnut Street, Suite 300
Kansas City, Missouri 64106
(816) 984-8100 (P)
Sean@PaulLLP.com

---

**From:** Ben Scott <Ben.Scott@butlersnow.com>
**Sent:** Wednesday, September 14, 2022 11:13 AM
**To:** Steven Rowe <Steven@paulllp.com>; Will Thomas <Will.Thomas@butlersnow.com>
**Cc:** Ashlea Schwarz <ashlea@paulllp.com>; Rick Paul <rick@paulllp.com>; Sean Cooper <sean@paulllp.com>; Susanna Moldoveanu <Susanna.Moldoveanu@butlersnow.com>; Katelyn Ashton <Katelyn.Ashton@butlersnow.com>
**Subject:** RE: Robert Swindle/Mason v. 3M

Hello, counsel –
As addressed below, our records indicate that Plaintiff Swindle/Mason did not provide a case-specific expert by the wave 2 deadline. Accordingly, we plan to file a motion for order to show cause on this issue and will ask the Court to stay all remaining discovery deadlines in this case.  Please advise if you prefer to enter a stipulation of dismissal with prejudice and/or if you agree that 3M's deadline to serve expert reports – currently September 19 – is stayed pending further order of the court or agreement of the parties as to a deadline.
Thank you,
Ben Scott

**Ben J. Scott**
**Butler Snow LLP**

D: (901) 680-7301 | F: (901) 680-7201

6075 Poplar Avenue, Suite 500, Memphis, TN 38119
P.O. Box 171443, Memphis, TN 38187-1443
Ben.Scott@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Steven Rowe <Steven@paulllp.com>
**Sent:** Wednesday, July 20, 2022 4:48 PM
**To:** Ben Scott <Ben.Scott@butlersnow.com>; Will Thomas <Will.Thomas@butlersnow.com>
**Cc:** Ashlea Schwarz <ashlea@paulllp.com>; Rick Paul <rick@paulllp.com>; Sean Cooper <sean@paulllp.com>
**Subject:** Robert Swindle/Mason v. 3M

Counsel:

Thank you for your email regarding the Rule 26 Expert Disclosures for Robert Swindle/Mason. I refer you to the Expert Report of John Morse included in Mr. Mason's disclosures. We have not designated an ENT or audiologist if that was where your question was directed.

Thank you,
Steven

**Steven Rowe**

Attorney

PAUL LLP
TRIAL ATTORNEYS

601 Walnut Street, Suite 300
Kansas City, Missouri 64106
(816) 984-8100 (P)
Steven@PaulLLP.com

DISCLAIMER:  The information contained in this message, any attachments thereto, and any information contained in messages replying to this message are privileged and confidential.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email, and any attachments thereto, is strictly prohibited.  If you have received this email in error, please immediately notify me by telephone and permanently delete the original and any copy of this email and any printout thereof.  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of email that (1) email communication is not a secure method of communication, (2) any email that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you, or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the email passed through.  I am communicating to you via email because you have consented to receive communications via this medium.  If you change your mind and want future communications sent in a different fashion, please let me know AT ONCE.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.