**From:** Cohan, Lindsey
**Sent:** Wednesday, July 20, 2022 11:05 AM
**To:** 'Scott Greenlee' <sgreenlee@traceylawfirm.com>
**Subject:** RE: Fiala (3M)

Thanks for the quick response, Scott.  Always a pleasure to work with y'all.

**Lindsey Cohan**

**Dechert LLP**
+1 512 394 3027 Direct
+1 202 607 9260 Mobile

lindsey.cohan@dechert.com
dechert.com

**From:** Scott Greenlee <sgreenlee@traceylawfirm.com>
**Sent:** Wednesday, July 20, 2022 11:04 AM
**To:** Cohan, Lindsey <Lindsey.Cohan@dechert.com>
**Subject:** RE: Fiala (3M)

We plan to dismiss the case. The experts believe she has conductive hearing loss.

**From:** Cohan, Lindsey <Lindsey.Cohan@dechert.com>
**Sent:** Wednesday, July 20, 2022 11:00 AM
**To:** Scott Greenlee <sgreenlee@traceylawfirm.com>
**Subject:** Fiala (3M)

Hi Scott -

I left you a voicemail yesterday but just wanted to follow-up. I don't believe we received an expert report for the Fiala case. Can you advise whether that was intentional and if you plan to dismiss that case?  Happy to discuss by phone if that's easier — I'm at (202) 607-9260 today.

Thanks,

**Lindsey Cohan**

**Dechert LLP**
+1 512 394 3027 Direct
+1 202 607 9260 Mobile

lindsey.cohan@dechert.com
dechert.com

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.