UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Sherwin Balon<br>Civil Action No. 7:20cv68614 | Case No. 3:19-md-02885-MCR-GRL<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Arif Abrar of the law firm BOWMAN AND BROOKE LLP has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant, 3M Company.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

        Respectfully submitted,

        */s/ Arif Abrar*
        Arif Abrar (*Pro Hac Vice*)
        TX Bar No. 24104289
        **BOWMAN AND BROOKE LLP**
        5850 Granite Parkway, Suite 900
        Plano, TX 75024-6754
        Tel:  (972) 616-1700
        Fax: (972) 616-1701
        Arif.abrar@bowmanandbrooke.com

        *Counsel for Defendant 3M Company*

Dated:  September 19, 2022

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 19th day of September 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ Arif Abrar
Arif Abrar (*Pro Hac Vice*)
TX Bar No. 24104289