# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>Michael Lee Arias<br>Civil Action No. 7:20cv68468-MCR-GRJ | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Melissa B. Hostick of the law firm BOWMAN AND BROOKE LLP has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendant, 3M Company.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

Respectfully submitted,

*/s/ Melissa B. Hostick*
Melissa B. Hostick (*Pro Hac Vice*)
TX Bar No. 24128832
**BOWMAN AND BROOKE LLP**
5850 Granite Parkway, Suite 900
Plano, TX 75024-6754
Tel:  (972) 616-1700
Fax: (972) 616-1701
melissa.hostick@bowmanandbrooke.com

*Counsel for Defendant 3M Company*

Dated:  September 19, 2022

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 19th day of September 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Melissa B. Hostick*
Melissa B. Hostick (*Pro Hac Vice*)
TX Bar No. 24128832
