# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## **ORDER**

The mediation conducted on September 15-16, 2022, was worthwhile and productive and, as a result, further settlement discussions in the MDL will continue. To that end, Mediator Ellis is directed to schedule another mediation session to be conducted within the next 14 days. The parties remain bound by the confidentiality agreement in connection with those discussions.

**SO ORDERED**, on this 19th day of September, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**