UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Cases Identified on Exhibit A | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

# ORDER

On February 22, 2022, the Court entered the second in a series of "Wave Orders" setting an eight-month discovery schedule for 500 cases. *See* Wave Order #2, ECF No. 2787. Pursuant to the Court's Order, the plaintiffs in the second Wave were required to, among other things, serve their expert disclosures by July 15, 2022. *See* ECF No. 3079. The Court has been advised that the plaintiffs identified on Exhibit A failed to submit their expert report by the deadline.

Accordingly, it is **ORDERED** that:

1. 3M Company's Motion for Stay of Discovery and for an Order to Show Cause Based on Plaintiffs' Failure to Serve Expert Reports, ECF No. 3462, is **GRANTED**.

2. The plaintiffs identified on Exhibit A are hereby **ORDERED TO SHOW GOOD CAUSE** why their cases should not be dismissed with prejudice for failure to comply with an order of the Court by **September 26, 2022.** Each plaintiff's response to the show cause Order must be filed on the docket of his or her individual case only.

3. Failure to comply with this Order will result in dismissal of a case with prejudice. *See In re Phenylpropanolamine (PPA) Prod. Liab. Litig.*,

460 F.3d 1217 (9th Cir. 2006) (affirming dismissals of individual cases with prejudice for failure to comply with case management orders).

4. The Clerk is directed to enter a copy of this Order on the MDL docket and on the individual docket for each of these cases identified on Exhibit A.

**SO ORDERED**, on this 19th day of September, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**