## Exhibit A

| Plaintiff | Case No. |
|---|---|
| Justin Bartholomew | 8:20cv16376 |
| Robert Swindle | 3:19cv4572 |
| Jeffrey Miller | 7:20cv96263 |
| Anthony Rodriguez | 7:20cv96277 |
| Alejandor Mejia | 7:20cv96310 |
| Amanda Fiala | 7:20cv93061 |