UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Wave Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## CASE MANAGEMENT ORDER NO. 52

Defendant 3M Company must file an Answer to the Short Form Complaints in all individual Wave cases within 14 days of the date of this Order.[1]  Going forward, when a Wave order is entered identifying cases selected for Wave discovery, Defendant 3M Company will have 14 days from that date to file an Answer in the individual case.

**DONE and ORDERED** on this 19th day of September, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] Exempt from this Order are the Wave cases in which Defendant 3M Company already has a deadline to file an Answer. *See, e.g.*, *Casiano*, Case No. 7:20cv54227, ECF No. 23; *Slocum*, Case No. 7:20cv06999, ECF No. 14.