UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER

Since October 2019, six months after the MDL was assigned to this Court, BrownGreer PLC has served as the centralized litigation support apparatus for the gathering, organizing, accessing, and analysis of the voluminous data connected with the litigation.  In that capacity, BrownGreer has enabled the parties to complete, store, exchange, access, and serve pleadings, census and plaintiff profile forms, DD-214s, and other discovery materials (including military and medical records) for more than 223,000 plaintiffs.  More than 537,000 documents—totaling 34,854,268 pages—have been produced to BrownGreer by individual plaintiffs, the federal government (*e.g.*, Department of Defense, Department of Veterans Affairs), and other third parties.  BrownGreer has conducted extensive analyses of this data for the parties and the Court, including: (1) prevalence analyses of the characteristics of the plaintiff population, which informed the selection of bellwether cases and assist in settlement discussions; and (2) submission analyses for cases to be transitioned

from the administrative docket to the MDL docket, as well as identifying cases to proceed with Wave discovery.  BrownGreer also developed a process for identifying and evaluating potential deficiencies in individual plaintiffs' submissions (*e.g.*, census forms), and it routinely performs keyword and pattern queries against all documents housed in MDL Centrality, its litigation management system, to fulfill requests for information about plaintiff demographic data or injuries.  In short, BrownGreer's cutting edge technology, and its in-depth knowledge and experience with the complexities of this litigation, are unparalleled and have been invaluable in the efficient, equitable, and effective management of the MDL.

In light of the foregoing, the Court finds it appropriate to now expand BrownGreer's role.  The Department of Defense has recently produced Defense Occupational and Environmental Health Readiness System ("DOEHRS") records to BrownGreer for nearly the entire MDL plaintiff population.  The Court thanks the DoD for its unprecedented cooperation and continuing efforts to assist with the records needs of litigation.  The parties have access to the DOEHRS records in MDL Centrality and, no doubt, are analyzing the information for their own uses.  In order to continue efficiently and effectively moving this MDL forward, whether by adjudication or settlement, the Court needs an objective, independent analysis of the newly produced records.  BrownGreer is uniquely qualified and positioned to

analyze those records both as a standalone production and in the context of all the other data produced in this litigation.

Accordingly, BrownGreer is authorized to conduct any analyses of the new DOEHRS records that it deems necessary to develop a complete and accurate picture of the MDL inventory—including in particular, identifying groupings of injuries and measuring changes in hearing levels as reflected in the DOEHRS data and performing data queries to identify documented reports of tinnitus, including tinnitus inventories where they exist and where they do not exist—and to report its findings to the Court.

**SO ORDERED**, on this 19th day of September, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**