# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the United States District Court for the Northern District of Florida Local Rule 11.1, Patrick B. McAndrew respectfully moves for admission to practice *pro hac vice* for purposes of appearing in the above- styled case only, and in support thereof, states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND 16631833316766, and completed the CM/ECF Online Tutorials.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents Plaintiffs in certain cases filed by Pulaski Kherkher PLLC in this multi-district litigation.

WHEREFORE, Patrick B. McAndrew, of Pulaski Kherkher, PLLC, respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice* in this case and direct the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted on this 20th day of September 2022.

                                              */s/ Patrick B. McAndrew*
                                              PATRICK B. MCANDREW
                                              Texas Bar No. 24042596
                                              Pulaski Kherkher, PLLC
                                              2925 Richmond Ave #1725
                                              Houston, TX 77098
                                              Telephone: (713) 664-4555
                                              Email:  pmcandrew@pulaskilawfirm.com

                                              *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 20th day of September 2022.

                                   */s/ Patrick McAndrew*
                                   Patrick McAndrew,
                                   Texas Bar No. 24042596

# EXHIBIT A

## Certificate of Good Standing for Patrick B. McAndrew

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

September 14, 2022

Re: Mr. Patrick Boone McAndrew, State Bar Number 24042596

To Whom It May Concern:

This is to certify that Mr. Patrick Boone McAndrew was licensed to practice law in Texas on December 04, 2003, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web