UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## ORDER

In the Wave 1 cases, Defendant 3M Company disclosed 10 new general experts, and 6 general experts from the bellwether process who now offer new opinions, presumably pursuant to a stipulation filed by the parties in May 2022, *see* ECF No. 3072.  The stipulation was never formally adopted by the Court and it was not until the Court began its review and consideration of the extensive omnibus *Daubert* challenges in Wave 1 that it discovered the parties had agreed to the designation of new general experts and the disclosure of new general opinions from previously disclosed experts for the Waves.  This will not be permitted to continue. The parties have engaged in five separate periods of discovery (four bellwether groups and Wave 1) to identify, disclose, and test the opinions of general experts on common issues in this MDL.  No limits were placed on the number of general experts allowed.  Until now.  Perpetual disclosures of new general experts and new general opinions at this stage frustrate the primary purposes of multidistrict litigation—the

just, efficient, and economical resolution of common questions of fact and law—and impede the expeditious remand of individual Wave cases to transferor courts. Because expert discovery was complete in Waves 1 and 2 before the Court became aware of this issue, and in light of the parties' stipulation, the Court will not strike any new general experts and new general opinions in those two Waves.[1]  However, beginning in Wave 3, and in all future Waves that follow, no new general experts, and no new general opinions by previously disclosed experts, will be permitted.

 **SO ORDERED**, on this 20th day of September, 2022.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] For Wave 2, expert disclosures were made yesterday and it does not appear from the Special Master's review that any new general experts or new general opinions were disclosed.