UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

IN RE:   **3M COMBAT ARMS**                    Case No. 4:95mc40111
         **EARPLUG PRODUCTS**
         **LIABILITY LITIGATION**
         **CASE ASSIGNMENT**

         This Document Relates to All Cases
_____/

## ADMINISTRATIVE ORDER

With the consent of the judges involved, magistrate judge duties in all pending cases which relate to, or seek damages from, the use of 3M Combat Arms Earplugs Version 2 are hereby reassigned from the Honorable Gary Jones to the Honorable Hope T. Cannon.  Although the master docket in *In re: 3M Combat Arms Earplug Products Liability Litigation*, 3:19md2885/MCR/GRJ and all related individual cases are reassigned to Magistrate Judge Cannon only the master docket will immediately reflect the reassignment.  Individual case dockets will not be updated to reflect Magistrate Judge Cannon's assignment until action is required in each individual case.

In addition to reassigning the magistrate judge duties in all pending cases, the Clerk of Court is directed to assign all future actions filed in, removed to, or transferred to this district which relate to, or seek damages from, the use of 3M

Combat Arms Earplugs to the Honorable M. Casey Rodgers, District Judge, and the Honorable Hope T. Cannon, Magistrate Judge.

**DONE AND ORDERED** this 20th day of September, 2022.

                                          <u>s/Mark E. Walker</u>
                                        **Chief United States District Judge**