UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Maurice A. Wells, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Ohio and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Ohio. A copy of a Certificate of Good Standing from the State of Ohio dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16637074946789 and completed the CM/ECF Online Tutorials.

4. Maurice A. Wells has submitted to the Clerk the required $208.00 *pro*

1

*hac vice* admission fee.

    5.    Maurice A. Wells has upgraded his PACER account to "NextGen."

    6.    Movant represents Defendant 3M Company.

WHEREFORE, Maurice A. Wells respectfully request that this Court enter an Order granting Maurice A. Wells of Vorys Sater Seymour and Pease LLP, *pro hac vice* in this case.

Respectfully submitted on this 22nd day of September, 2022.

        */s/ Maurice A. Wells*
        Maurice A. Wells, Ohio Bar No. 0096804

        VORYS SATER SEYMOUR AND PEASE LLP
        52 East Gay Street
        Columbus, OH  43215
        Telephone:  614.464.6215
        Facsimile:   614.719.5099
        Email: mawells@vorys.com

        *Counsel for Defendant 3M Company*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 22nd day of September, 2022.

*/s/ Maurice A. Wells*
Maurice A. Wells, Ohio Bar No. 0096804