UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Stephanie Gardner, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Virginia and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of District of Columbia. A copy of a Certificate of Good Standing from the District of Columbia dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16629994106738 and completed the CM/ECF Online Tutorials.

4. Stephanie Gardner has submitted to the Clerk the required $208.00 *pro*

1

*hac vice* admission fee.

5.      Stephanie Gardner has upgraded her PACER account to "NextGen."

6.      Movant represents Defendant 3M Company.

WHEREFORE, Stephanie Gardner respectfully request that this Court enter an Order granting Stephanie Gardner of Vorys Sater Seymour and Pease LLP, *pro hac vice* in this case.

Respectfully submitted on this 22nd day of September, 2022.

*/s/ Stephanie Gardner*
Stephanie Gardner, D.C. Bar No. 1034134

VORYS SATER SEYMOUR AND PEASE LLP
1909 K Street NW, Suite 900
Washington, DC  20006-1152
Telephone:  202.467.8879
Facsimile:   202.533.9010
Email:  slgardner@vorys.com

*Counsel for Defendant 3M Company*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 22nd day of September, 2022.

*/s/ Stephanie Gardner*
Stephanie Gardner, D.C. Bar No. 1034134