**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to*:<br>the Master Docket and<br>*Jones v. 3M Co., et al.*, No. 8:20-cv-96522<br>*Duffy v. 3M Co., et al.*, No. 7:20-cv-18822 | Case No. 3:19-md-2885-MCR-GRC<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Frazar Wright Thomas, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1. I reside in Pennsylvania and am not a resident of the State of Florida. I am admitted to practice, and am a member in good standing, of the state bars of Pennsylvania and New York.

2. A copy of the Certificate of Good Standing from the Bar of the State of New York, dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3, and Local Rule 11.1, I have successfully completed both the online Local Rules tutorial exam, confirmation number FLND16638050776792, and the CM/ECF online tutorial.

4. I am submitting to the Clerk, along with this application, the required *pro hac vice* admission fee.

5.      I have an upgraded, individual "NextGen" Pacer account, which is not a firm account, and I am familiar with the CM/ECF e-filing system.

6.      I will file a Notice of Appearance in the master case, *In re: 3M Combat Arms Earplug Products Liability litigation*, No. 3:19-md-2885 (MCR)(GRJ).

7.      I will also file a Notice of Appearance in the related cases *Jones v. 3M Co., et al.*, No. 8:20-cv-96522, and *Duffy v. 3M Co., et al.*, No. 7:20-cv-18822.

Wherefore, Frazar Wright Thomas respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case filings to the undersigned.

Dated: September 22, 2022

                                          Respectfully submitted,

                                          By: *Frazar Wright Thomas*
                                          Frazar Wright Thomas
                                          Seeger Weiss LLP
                                          1515 Market St., Ste. 1380
                                          Philadelphia, PA 19102
                                          Telephone: (215) 564-2300
                                          Facsimile: (21) 851-8029
                                          Email: fthomas@seegerweiss.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2022, I caused the foregoing Motion to Appear *Pro Hac Vice* to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*Frazar Wright Thomas*
Frazar Wright Thomas