# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

On July 28, 2022, the Court suspended all then-pending DD214, census form, and transition deadlines. *See* ECF Nos. 3338 & 3342. In light of the bankruptcy court's denial of Aearo's motion for a preliminary injunction, the Court finds it appropriate to reinstate these filing requirements and add 56 days to the initial deadline as reflected in the applicable order. Accordingly, any plaintiff that had a filing deadline suspended must now transition and/or submit the requisite materials within 56 days of the initial deadline.

**DONE and ORDERED** on this 22nd day of September, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**