UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Wave 3 Cases Identified on Exhibit A | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## ORDER

On May 23, 2022, the Court entered the third in a series of "Wave Orders" setting an eight-month discovery schedule for 500 cases. *See* Wave Order #3, ECF No. 3126. Pursuant to the Court's Order, certain plaintiffs in the third Wave are required to, among other things, submit relevant records accessible from the TRICARE Online Patient Portal, the MyHealtheVet portal, and MilConnect by July 7, 2022. The Court has been advised that the plaintiffs identified on Exhibit A failed to comply with these requirements by failing to produce the required records. ECF No. 3472.

Accordingly, it is **ORDERED** that:

1. Defendant 3M Co.'s Motion for Order to Show Cause Based on Wave 3 Plaintiffs' Failure to Comply With Discovery, ECF No. 3472, is **GRANTED, in part**.

2. All plaintiffs identified on Exhibit A are **required to**:

    a.    Comply with the Court's Order, ECF No. 3126, by submitting the required records to Defendant by **September 29, 2022**. This is a new deadline for compliance and will be the last deadline set.

    b.    File a response on his or her individual docket by **September 30, 2022**, that *either*:

        i.    Confirms that the requisite records were submitted to Defendant on September 29, 2022; *or*

        ii.    If the requisite records were not submitted, **SHOWS GOOD CAUSE** why his or her case should not be dismissed with prejudice for failure to prosecute and failure to comply with two of the Court's Orders.

3.    Failure to comply with this Order will result in dismissal of a case with prejudice. *See In re Phenylpropanolamine (PPA) Prod. Liab. Litig.*, 460 F.3d 1217 (9th Cir. 2006) (affirming dismissals of individual cases with prejudice for failure to comply with case management orders by failing to timely file Plaintiff Fact Sheets and/or records authorizations, despite repeated instructions to do so).

4.    The Clerk is directed to enter a copy of this Order on the MDL docket and on the individual docket for each of the cases identified on Exhibit A.

**SO ORDERED**, on this 23rd day of September, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**