## **Exhibit A**

| Plaintiff |
|---|
| Conner, 8:20cv16467 |
| Gillespie, 3:22cv02739 |
| Rhodes, 8:20cv15381 |
| Harshman, 7:20cv74447 |
| Joy, 7:20cv76373 |
| Gregory, 9:20cv08597 |