UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and Northern District of Florida Local Rule 11.1, Clark A. Binkley hereby moves this Court for an Order for admission to practice *pro hac vice* in the above styled case, and in support thereof states as follows:

1. Movant resides in New York and is not a resident of the State of Florida.

2. Movant is admitted to practice before, and is a member of good standing of, the bar(s) of the State of New York. A copy of a Certificate of Good Standing from the Appellate Division of the Supreme Court of the State of New York, dated within thirty (30) days of this Motion, is attached hereto as Exhibit "A," and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has reviewed (a) the Local Rules of the Northern District of Florida, (b) the Attorney Admission Memo, and (c) the CM/ECF Attorney User's Guide. Movant successfully completed the online Local Rules tutorial exam (confirmation number FLND166639526326801).

4. Movant has submitted simultaneously with the filing of this motion the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6.        Movant is an additional attorney of record in the following cases: *Brian Wesley v. 3M Company, et al.*, 8:20-cv-14083-MCR-GRJ; *Christopher Southern v. 3M Company, et al.*, 8:20-cv-13305-MCR-GRJ; *Jesse Goodman v. 3M Company, et al.*, 8:20-cv-13262-MCR-GRJ; *Lap Chu v. 3M Company, et al.*, 8:20-cv-12973-MCR-GRJ; *Larry Hovanis v. 3M Company, et al.*, 8:20-cv-13263-MCR-GRJ; *Levi Walz v. 3M Company, et al.*, 8:20-cv-13833-MCR-GRJ; *Mitchell Brooks v. 3M Company, et al.*, 8:20-cv-13376-MCR-GRJ; *Reynaldo Crespo v. 3M Company, et al.*, 9:20-cv-12704-MCR-GRJ; *Richard Kringer II v. 3M Company, et al.*, 8:20-cv- 12887-MCR-GRJ; *Robert Weston v. 3M Company, et al.*, 8:20-cv-15345-MCR-GRJ; *Troy Rhodes v. 3M Company, et al.*, 8:20-cv-15381-MCR-GRJ; and *Tyson Gray v. 3M Company, et al.*, 8:20-cv-13252-MCR-GRJ.

7.        Upon admission, movant respectfully requests that he be provided Notice of Electronic Filings to the following email addresses: cbinkley@bernlieb.com

**WHEREFORE**, Clark A. Binkley requests that this Honorable Court enter an Order granting this Motion to Appear *Pro Hac Vice* and direct the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: September 26, 2022                              Respectfully submitted,

                                                                      /s/ Clark A. Binkley

                                                       Bernstein Liebhard LLP
                                                       10 East 40th Street
                                                       New York, New York 10016
                                                       Phone: (212) 779-1414
                                                       Fax: (212) 779-3218
                                                       cbinkley@bernlieb.com
                                                       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 26th day of September, 2022, a true and correct copy of the foregoing **Motion to Appear *Pro Hac Vice*** was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Clark A. Binkley*