# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, September 23, 2022 7:58 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Friday, September 23, 2022 12:56:31 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 9/23/2022 at 8:56 AM EDT and filed on 9/23/2022
**Case Name:**     IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   MDL No. 2885
**Filer:**
**Document Number:** 1798

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 3 action(s)** *re: pldg. (1 in LAE/2:22-cv-03132, [1796] in MDL No. 2885, 1 in MN/0:22-cv-02142, 1 in MN/0:22-cv-02143)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/23/2022.**

**Associated Cases: MDL No. 2885, LAE/2:22-cv-03132, MN/0:22-cv-02142, MN/0:22-cv-02143 (dld)**

| | |
|---|---|
| **Case Name:** | Whipple v. 3M Company |
| **Case Number:** | LAE/2:22-cv-03132 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 3 action(s)** *re: pldg. (1 in LAE/2:22-cv-03132, [1796] in MDL No. 2885, 1 in MN/0:22-cv-02142, 1 in MN/0:22-cv-02143)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/23/2022.**

**Associated Cases: MDL No. 2885, LAE/2:22-cv-03132, MN/0:22-cv-02142, MN/0:22-cv-02143 (dld)**

| | |
|---|---|
| **Case Name:** | Radke v. 3M Company |
| **Case Number:** | MN/0:22-cv-02143 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 3 action(s)** *re: pldg. (1 in LAE/2:22-cv-03132, [1796] in MDL No. 2885, 1 in MN/0:22-cv-02142, 1 in MN/0:22-cv-02143)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/23/2022.**

**Associated Cases: MDL No. 2885, LAE/2:22-cv-03132, MN/0:22-cv-02142, MN/0:22-cv-02143 (dld)**

| | |
|---|---|
| **Case Name:** | Berbeza v. 3M Company et al |
| **Case Number:** | MN/0:22-cv-02142 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 3 action(s)** *re: pldg. (1 in LAE/2:22-cv-03132, [1796] in MDL No. 2885, 1 in MN/0:22-cv-02142, 1 in MN/0:22-cv-02143)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/23/2022.**

**Associated Cases: MDL No. 2885, LAE/2:22-cv-03132, MN/0:22-cv-02142, MN/0:22-cv-02143 (dld)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**LAE/2:22-cv-03132 Notice has been electronically mailed to:**

Jeffrey P. Berniard     Jeff@GetJeff.com, jeff@getjeff.com

Lawrence J Centola     lcentola@mbfirm.com

**LAE/2:22-cv-03132 Notice will not be electronically mailed to:**

3M Company
c/o Corporation Service Company d/b/a CSC-Lawyers Incorporat
211 E. 7th Street Suite 620
Austin, TX 78701

**MN/0:22-cv-02143 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-02143 Notice will not be electronically mailed to:**

**MN/0:22-cv-02142 Notice has been electronically mailed to:**

Timothy J. Becker     tbecker@johnsonbecker.com, shauer@johnsonbecker.com, ythao@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, edusbabek@johnsonbecker.com, tobrien@johnsonbecker.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-02142 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=9/23/2022] [FileNumber=1136587-0]
[88ece1a58038e6db4794b02a4dca3a384399395698cede2707dcd8434ff5c1261d5b
357d09a4d61b9a470d39b4135f2b7ed1c57504c1c5c8b40069c01ada2357]]