IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
IN THE PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Cases | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 3:19-md-2885<br>)<br>) Judge M. Casey Rogers<br>) Magistrate Judge Gary R. Jones<br>) |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I **R. SCOTT VINCENT** hereby moves this Honorable Court for Admission to Practice *Pro Hac Vice* in the above styled case, and in support states the following:

1. I reside in Memphis, Shelby County, Tennessee. I am not a resident citizen of Florida.

2. I am admitted to practice and am a member in good standing of the Bar of the State of Tennessee (TN Bar No. 021055). A copy of a certificate of Good Standing from the state Bar of Tennessee dated within 30 days of this Motion is attached hereto as **EXHIBIT A**.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, I have reviewed the local rules for the Northern District of Florida, successfully completed the online attorney admission tutorial (Confirmation **FLND16638616906795**), and reviewed the PACER CM/ECF tutorials.

1

4. I have submitted to the Clerk the required $208.00 *Pro Hac Vice* admission fee.

5. My Pacer account is an individual account and upgraded to NextGen.

6. I am an attorney of record in the related cases identified here:

Erwin Rendon v. 3M Company et al. - Docket No. 8:20-cv-09824-MCR-GRJ

Clinton Hulslander v. 3M Company et al. – Docket No. 8:20-cv-14909-MCR-GRJ

Jude Floyd v. 3M Company et al. – Docket No. 8:20-cv-14917-MCR-GRJ

Jamie Taschetti v. 3M Company et al. – Docket No. 8:20-cv-09815-MCR-GRJ

Wherefore, the movant respectfully requests this Honorable Court enter an Order Granting this Motion to Appear *Pro Hac Vice* and directs the clerk to provide notice of electronic case filings to the undersigned.

Respectfully submitted,

WILLIAMS MCDANIEL, PLLC,

By: /s/ R. Scott Vincent
R. SCOTT VINCENT (#021055)
717 S. White Station Road, Suite 1
Memphis, Tennessee 38117
(901) 766-0887 (Phone)
(901) 766-0915 (Facsimile)
svincent@williamsmcdaniel.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing Motion for Admission *pro hac vice* was filed electronically with the Clerk of the Court using the CM/ECF system on **September 26, 2022**, which will send notification to all counsel of record.

/s/ R. Scott Vincent
R. SCOTT VINCENT (#021055)

# Supreme Court of Tennessee
# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## R. Scott Vincent

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on December 12, 2000, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 23rd day of September, 2022.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: _____
Donna Gilmore, D.C.

**EXHIBIT A**