**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:  3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

Case No. 3:19-md-02885-MCR-HTC

Judge M. Casey Rodgers

This Document Relates to All Cases          Magistrate Judge Hope T. Cannon

**MOTION TO APPEAR *PRO HAC VICE***

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and

the Northern District of Florida Local Rule 11.1, I, Peter Nanov, respectfully moves

for admission to practice *pro hac vice* for purposes of appearance in the above-styled

case only, and in support thereof states as follows:

1.      Movant resides in Virginia and is not a resident of the State of Florida.

2.      Movant is not admitted to practice in the Northern District of Florida

and is a member in good standing of the bar of the District of Columbia.  A copy

of a Certificate of Good Standing from the District of Columbia dated within 30

days of this motion are attached hereto as Exhibit "A."

3.      Movant has reviewed the Attorney Admission Memo, reviewed the

Local Rules of the Northern District of Florida, completed the online Attorney

Admission Tutorial, confirmation number FLND16636992896788 and completed

the CM/ECF Online Tutorials.

4.      Peter Nanov has submitted to the Clerk the required $208.00 *prohac*

1

*vice* admission fee.

5.    Peter Nanov has upgraded his PACER account to "NextGen."

6.    Movant represents Defendant 3M Company.

WHEREFORE, Peter Nanov respectfully request that this Court enter an Order granting Peter Nanov of Vorys Sater Seymour and Pease LLP, *pro hac vice* in this case.

Respectfully submitted on this 27th day of September, 2022.


/s/ Peter Nanov
Peter Nanov, D.C. Bar No. 230021

VORYS SATER SEYMOUR AND PEASE LLP
1909 K Street NW, Suite 900
Washington, DC  20006-1152
Telephone:  202.467.8831
Facsimile:   202.533.9041
Email:  pcnanov@vorys.com

*Counsel for Defendant 3M Company*

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 27th day of September, 2022.

*/s/ Peter Nanov*
Peter Nanov, D.C. Bar No. 230021