UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge Hope T. Cannon<br>Magistrate Judge Gary R. Jones |

# MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, William McDonald Plosser, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Tennessee and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Tennessee. A copy of a Certificate of Good Standing from the State of Tennessee dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

1

Admission Tutorial, confirmation number **FLND16642945896817** and completed the CM/ECF Online Tutorials.

4. William McDonald Plosser has submitted to the Clerk the required $208.00 *prohac vice* admission fee.

5. William McDonald Plosser has upgraded his PACER account to "NextGen."

6. Movant represents Defendants 3M Company.

7. WHEREFORE, William McDonald Plosser respectfully requests that this Court enter an Order granting William McDonald Plosser of Butler Snow PLLC, *pro hac vice* in this case.

Respectfully submitted on this 27th day of September, 2022.

*/s/ William McDonald Plosser*
William McDonald Plosser,
TN Bar No. 33489

BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Email:
mac.plosser@butlersnow.com

*Counsel for Defendant 3M Company*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 27th day of September, 2022.

                                    */s/ William McDonald Plosser*
                                 William McDonald Plosser, TN Bar No. 33489