**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885-MCR-GRC |
| *This Document Relates to*: All Cases | Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Frazar W. Thomas of the law firm of Seeger Weiss LLP hereby enters his appearance as an attorney for Plaintiffs in the Master Docket pursuant to Pretrial Order No. 3 (ECF No. 4). Counsel respectfully requests that all notices, correspondence, filings and other papers in the Master Docket of MDL 2885 be served upon him at the address listed below.

Dated: September 28, 2022

                                                    Respectfully submitted,

                                                    */s/ Frazar Wright Thomas*
                                                    Frazar Wright Thomas (*pro hac vice*)
                                                      Seeger Weiss LLP
                                                      1515 Market St., Ste. 1380
                                                      Philadelphia, PA 19102
                                                      Telephone: (215) 564-2300
                                                      Facsimile: (215) 851-8029
                                                      Email: fthomas@seegerweiss.co

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2022, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Frazar Wright Thomas*
Frazar Wright Thomas
