UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br>Allen, Christopher<br><br>PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY,<br><br>DEFENDANT. | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon<br><br><br>Civil Action No. 7:20cv52558 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kari L. Sutherland of the law firm Butler Snow LLP, has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendant 3M Company.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

DATED: September 28, 2022          Respectfully submitted,


*/s/ Kari L. Sutherland*
Kari L. Sutherland, MS Bar No. 10177
TN Bar No. 021985

1

> BUTLER SNOW LLP
> 1200 Jefferson Avenue
> Suite 205
> Oxford, Mississippi 38655
> (662) 513-8002 Telephone
> (662) 513-8001 Facsimile
> kari.sutherland@butlersnow.com
>
> *Counsel for Defendant 3M Company*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 28th day of September, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

> */s/ Kari L. Sutherland*
> Kari L. Sutherland, MS Bar No. 10177
> TN Bar No. 021985