### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### IN THE PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>This Document Relates to: )<br>)    Case No.: 3:19-md-2885<br>All Cases )<br>)    Judge M. Casey Rogers<br>)    Magistrate Judge Gary R. Jones<br>) | |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance in this action. Counsel respectfully requests that all notices, correspondence, filings and other papers in the Master Docket of MDL 2885 be served upon him at the address listed below.

Dated: September 28, 2022

                                                     Respectfully submitted,

                                                     WILLIAMS MCDANIEL, PLLC,

                                       By:    /s/ R. Scott Vincent
                                                  R. SCOTT VINCENT (#021055)
                                                  717 S. White Station Road, Suite 1
                                                  Memphis, Tennessee 38117
                                                  (901) 766-0887 (Phone)
                                                  (901) 766-0915 (Facsimile)
                                                  svincent@williamsmcdaniel.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ R. Scott Vincent
R. SCOTT VINCENT (#021055)
