IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
IN THE PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Cases | Case No.: 3:19-md-2885<br><br>Judge M. Casey Rogers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance in this action. Counsel respectfully requests that all notices, correspondence, filings and other papers in the Master Docket of MDL 2885 be served upon him at the address listed below.

Dated: September 28, 2022

                                                  Respectfully submitted,

                                                  WILLIAMS MCDANIEL, PLLC,

                                      By:    /s/ Steve N. Snyder
                                                      STEVE N. SNYDER (#25703)
                                                        717 S. White Station Road, Suite 1
                                                        Memphis, Tennessee 38117
                                                        (901) 766-0887 (Phone)
                                                        (901) 766-0915 (Facsimile)
                                                        ssnyder@williamsmcdaniel.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 28th day of September, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

                                          /s/ Steve N. Snyder
                                          STEVE N. SNYDER (#25703)