UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>The Master Docket and<br>*Kafka*, No. 7:21-cv-00832<br>*Washington*, No. 7:20-cv-96841 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## **MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Steven Daroci, hereby move before this Court for an Order for admission to practice *pro hac vice* in the above-styled cases, and in support thereof state as follows:

1. Movant resides in New Jersey and is not a resident of the State of Florida. Movant is admitted to practice and is a member in good standing of the State Bar of New Jersey.

2. A copy of the Certificate of Good Standing from the Bar of the State of New Jersey, dated within 30 days of this motion is attached hereto as Exhibit A and made a part hereof.

3. Pursuant to Pretrial Order No. 3, and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation

number **FLND16633361156772** and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen" and verified it is not a firm account but an individual account.

6. Movant will file a Notice of Appearance in the master case, *In re: 3M Combat Arms Earplug Products Liability Litigation*, No. 3:19-md-2885(MCR)(GRJ).

7. Movant will also file a Notice of Appearance in the related cases *Kafka*, No. 7:21-cv-00832 and *Washington*, No. 7:20-cv-96841.

Wherefore, Steven Daroci, respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice* and directing the Clerk to provide notice of Electronic Case filings to the undersigned.

Dated: September 28, 2022                    Respectfully submitted,

                                             */s/ Steven Daroci*
                                             Steven Daroci
                                             SEEGER WEISS LLP
                                             55 Challenger Road, 6th Floor
                                             Ridgefield Park, NJ 07660
                                             Tel: 973-639-9100
                                             Fax: 973-679-8656
                                             Email: sdaroci@seegerweiss.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that on September 28, 2022, a true and correct copy of the foregoing Motion to Appear *Pro Hac* Vice to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                              */s/ Steven Daroci*
                                              Steven Daroci