UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Angela L. Angotti, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16642418646816, and completed the CM/ECF Online Tutorials.

4.   Angela L. Angotti has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.   Angela L. Angotti has upgraded her PACER account to "NextGen."

6.   Movant represents Defendant 3M Company.

WHEREFORE, Angela L. Angotti respectfully requests that this Court enter an Order granting Angela L. Angotti of Bowman and Brooke LLP *pro hac vice* in this case.

Respectfully submitted on this 28th day of September, 2022.

*/s/ Angela L. Angotti*
Angela L. Angotti
TX Bar No. 24112893
BOWMAN AND BROOKE LLP
2901 Via Fortuna Drive, Suite 500
Austin, TX 78746
Telephone:  (512) 874-3836
Facsimile:   (512) 874-3801
Angela.Angotti@bowmanandbrooke.com

*Counsel for Defendant 3M Company*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 28th day of September, 2022.

                                             */s/ Angela L. Angotti*
                                             Angela L. Angotti
                                             TX Bar No. 24112893