UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Tatiana Zambrano<br>_____<br><br>PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC,<br><br>DEFENDANTS. | MDL Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>Civil Action No.: 3:22-cv-18955 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Derrick C. Morales, Esq., hereby enters his appearance as counsel for Plaintiff Tatiana Zambrano in the above-styled cause of action, pursuant to Pretrial Order No. 17. The undersigned is admitted to practice law in the United States District Court for Northern District of Florida. Tatiana Zambrano filed an action in the Northern District of Florida case no. 3:22-cv-18955.

Dated:  September 28, 2022

By: /s/Derrick C. Morales  
Derrick C. Morales, Esq.  
Florida Bar No. 117161  
New York Bar No. 5457734  
13499 Biscayne Blvd. Suite 107  
Miami, Florida, 33181  
Tel: (786) 440-9383  
E-Mail: dcm@dcmoraleslaw.com  
edaliz@dcmoraleslaw.com  

## CERTIFICATE OF SERVICE

In compliance with Local Rule 5.1(F), I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

By: /s/ Derrick C. Morales  
Derrick C. Morales, Esq.