UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Sara Anne Quinn, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Tennessee and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Tennessee. A copy of a Certificate of Good Standing from the State of Tennessee dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

1

Admission Tutorial, confirmation number : **FLND16643826906823** and completed the CM/ECF Online Tutorials.

4. Sara Anne Quinn has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Sara Anne Quinn has upgraded her PACER account to "NextGen."

6. Movant represents Defendants 3M Company.

WHEREFORE, Sara Anne Quinn respectfully requests that this Court enter an Order granting Sara Anne Quinn of Butler Snow PLLC, *pro hac vice* in this case.

Respectfully submitted on this 29th day of September, 2022.

*/s/ Sara Anne Quinn*
Sara Anne Quinn

TN Bar No. 29424

BUTLER SNOW PLLC
150 3rd Avenue South
Suite 1600
Nashville, TN 37201
Telephone: (615) 651-6740
Facsimile: (615) 651-6701
Email: saraAnne.quinn@butlersnow.com

*Counsel for Defendants 3M Company*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 29th day of September, 2022.

*/s/ Sara Anne Quinn*
Sara Anne Quinn
TN Bar No. 29424

2