**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Wave 2 Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## CASE MANAGEMENT ORDER NO. 54
## (AMENDED WAVE ORDER #2)

The Court hereby amends the Wave Order #2 deadlines in the following respect:

| Wave Order #2 | | |
|---|---|---|
| **Description** | **Current Deadline** | **Amended Deadline** |
| Responses to *Daubert* and dispositive motions must be filed within 19 days of the deadline for such motion being filed. | November 29, 2022 | December 2, 2022 |

All other aspects of Wave Order #2 remain in effect.

**SO ORDERED**, on this 30th day of September, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**