UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

The Department of Defense recently produced DOEHRS records to BrownGreer for nearly the entire MDL plaintiff population. The records are currently housed in MDL Centrality, its litigation management system. At this time, BrownGreer is directed to limit access to MDL Centrality for the 3M MDL to plaintiffs firms who have signed an MDL participation agreement and defense firms currently representing Defendant 3M Company. An authorized representative of a law firm with persons currently having access credentials to MDL Centrality but not permitted access under this Order must so notify BrownGreer within five days of the date of this Order.

**SO ORDERED**, on this 2nd day of October, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**