UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge Hope T. Cannon<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Derek Rajavuori, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Georgia and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Georgia. A copy of a Certificate of Good Standing from the State of Georgia dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

1

Admission Tutorial, confirmation number **FLND16645685246837** and completed the CM/ECF Online Tutorials.

4. Derek Rajavuori has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Derek Rajavuori has upgraded his PACER account to "NextGen."

6. Movant represents Defendants 3M Company.

7. WHEREFORE, Derek Rajavuori respectfully requests that this Court enter an Order granting Derek Rajavuori of Butler Snow PLLC, *pro hac vice* in this case.

Respectfully submitted on this 3rd day of October, 2022.

/s/*Derek Rajavuori*
Derek Rajavuori,
GA Bar No. 577647

BUTLER SNOW LLP
1170 Peachtree Street NE
Suite 1900
Atlanta, GA 30309
Email:
derek.rajavuori@butlersnow.com

*Counsel for Defendant 3M Company*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 3rd day of October, 2022.

                                             */s/ Derek Rajavuori*
                                             Derek Rajavuori, GA Bar No. 577647