UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885-MCR-GRJ  Judge M. Casey Rodgers  Magistrate Judge Gary R. Jones |
| This Document Relates to: Clarence Abe Sampson | |
| Civil Action No.: 8:20-cv-00741 | |

**DEFENDANT 3M COMPANY'S AMENDED NOTICE OF REMOTE ORAL AND VIDEOTAPED DEPOSITION OF CLARENCE ABE SAMPSON**

**TO:** ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Counsel for Defendant 3M Company pursuant to Fed. R. Civ. P. 30 and MDL 2885 Pretrial Order No. 35 will take the deposition upon oral examination of the following person on the date and at the time set forth below:

| **Deponent** | **Date** | **Time (Time Zone)** |
|---|---|---|
| Clarence Abe Sampson | 9/12/2022 | 10:00 a.m. CST |

The deposition will be conducted remotely via secure web-based video or internet video conference technology. The court reporter may provide real-time transcription during the deposition. The deposition shall continue from day to day or at such other times as noticed by Defendant, until completed.

Pursuant to Section 2 of MDL 2885 Pretrial Order No. 35, the location(s) (city and state) from which the witness, court reporter, and videographer will attend the remote deposition are as follows: (i) Witness will be located in Sidney, NE (ii) the court reporter will be located in Birmingham, AL and, (iii) the videographer will be located in Livingston, NJ.  The deposition will be taken for discovery and all other purposes permitted by the Federal Rules of Civil Procedure before a person authorized to administer oaths who will attend remotely via video conference and will be recorded using the stenographic method, through the instant visual display of testimony, and will also be recorded using audio and videotape technology.

Veritext (Vendor) will provide remote access for all parties via a ZOOM-based platform.  Please contact the Vendor (3Mearplug@veritext.com) at least three business days prior to the deposition to advise of your participation so that the necessary credentials, call-in numbers, testing, and any other necessary information may be provided to you prior to the deposition.

PLEASE TAKE FURTHER NOTICE that if the deponent requires the use of an interpreter, written notice of the language required must be provided to this office no later than three (3) business days before the deposition date.

Dated:  September 2, 2022        Respectfully submitted,

*s/ Susan M. Robinson*
Susan M. Robinson
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Suite 1380
Charleston, WV 25301
Telephone: (304) 414-1808
srobinson@tcspllc.com

*s/ Kari L. Sutherland*
Kari L. Sutherland
BUTLER SNOW LLP
1200 Jefferson Ave., Suite 205
Oxford, MS 38655
Telephone: (662) 513-8000
Kari.sutherland@butlersnow.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mark.nomellini@kirkland.com

*Counsel for Defendant 3M Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 2, 2022, a true and correct copy of the foregoing:

**DEFENDANT 3M COMPANY'S AMENDED NOTICE OF REMOTE ORAL AND VIDEOTAPED DEPOSITION OF CLARENCE ABE SAMPSON**

was served as follows:

☒ **[MDL Centrality]** By electronically serving the above document via the MDL Centrality website pursuant to Pretrial Order No. 15 (ECF No. 630) and Case Management Order NO. 31 (ECF No. 2304).

Dated: September 2, 2022         /s/ Susan M. Robinson
                                 Susan M. Robinson