1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF FLORIDA

3              PENSACOLA DIVISION

4

5   IN RE:  3M COMBAT      CASE NUMBER:

6   ARMS EARPLUG PRODUCTS  3:19-MD-2885-MCR-GRJ

7   LIABILITY LITIGATION

8

9   This Document Relates

10  to:  Clarence Abe Sampson

11

12  Civil Action Number: 8:20-cv-00741

13

14  Judge M. Casey Rodgers

15  Magistrate Judge Gary R. Jones

16  _____/

17

18          AFFIDAVIT OF NONAPPEARANCE

19

20

21

22  REPORTED BY:

23  PATRICIA TAYLOR, CCR

1              INDEX OF EXHIBIT

2

3   Defendant's Exhibit 1.............page 3

4        Amended Notice of Deposition

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

```
1          CERTIFICATE OF NONAPPEARANCE

2

3          I, PATRICIA TAYLOR, CCR-363, do

4     hereby declare as follows:

5          That pursuant to the request of

6     Kenny Cochran, Esq., I did appear remotely

7     via zoom on the 12th day of September

8     2022, at 10:00 a.m., for the purpose of

9     placing under oath and reporting the

10    deposition of Clarence Abe Sampson, for

11    the scheduled time of 10:00 a.m., and that

12    there was present Kenny Cochran, Esq., and

13    Drew Bencie, Esq.; Jessica Murray, Esq;

14    and Tommy Horan, Esq.; Ted Yost,

15    Videographer, that the above persons and

16    the reporter remained remotely via zoom

17    until approximately 10:30 a.m., by which

18    time the aforementioned Clarence Abe

19    Sampson had not appeared for the purpose

20    of having his deposition taken; following

21    which, the following proceedings occurred,

22    to-wit:

23
```

Veritext Legal Solutions

877-373-3660                                    800.808.4958

Page 4

1    BY MR. COCHRAN:

2        This is Kenny Cochran.  I represent

3    3M in this case.  Jessica Murray is here

4    with Baron & Budd representing the

5    plaintiff; and Mr. Tommy Horan is also

6    here on behalf of 3M.  The court reporter

7    and the videographer are present. Today is

8    September 12, 2022; the time is currently

9    10:34 a.m. central time.  The plaintiff in

10   this case is Clarence Abe Sampson.  If I

11   can ask Drew to please introduce the

12   Amended Notice of Deposition as Exhibit 1.

13                  (Defendant's Exhibit 1 was

14                   marked for identification.)

15   BY MR. COCHRAN:

16        Just for the record, 3M served the

17   Amended Notice of Deposition on counsel

18   for Mr. Sampson.  That deposition was to

19   occur today starting at 10:00 a.m. central

20   time.  Ms. Murray has indicated that she

21   called and emailed Mr. Sampson several

22   times and he has not responded.  We are

23   not aware of why he has not appeared for

Page 5

1    this deposition.  It is now 10:34 a.m.,

2    and the parties have agreed to terminate

3    the deposition at this time.  3M reserves

4    the right to file any motions with the

5    court relating to Mr. Sampson's failure to

6    appear for his deposition.  And that's

7    all I have.

8

9

10

11

12            - END OF PROCEEDINGS -

13

14

15

16

17

18

19

20

21

22

23

Page 6

1          C E R T I F I C A T E

2     STATE OF ALABAMA    )

3     COUNTY OF CONECUH   )

4          I hereby certify that the above and

5     foregoing transcript of proceedings was

6     taken down by me in machine shorthand, and

7     the questions and answers thereto were

8     transcribed by means of computer-aided

9     transcription, and that the foregoing

10    represents a true and correct transcript

11    of the proceedings given by said witness

12    upon said hearing.

13         I further certify that I am neither

14    of counsel nor of kin to the parties to

15    the action, nor am I in anywise interested

16    in the result of said cause.

17         I further certify that I am duly

18    licensed by the Alabama Board of Court

19    Reporting as a Certified Court Reporter as

20    evidenced by the ACCR number following my

21    name below.

22

23

1

2   PATRICIA L. TAYLOR, CCR

3   Alabama License:  CCR# 363

4   Expires 9/30/23 Commissioner for the

5   State of Alabama at Large

6   My Commission Expires:  12/31/25

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

[& - kin]

**&**

**&**   4:4

**0**

**00741**   1:12

**1**

**1**   2:3 4:12,13
**10:00**   3:8,11 4:19
**10:30**   3:17
**10:34**   4:9 5:1
**12**   4:8
**12/31/25**   7:6
**12th**   3:7
**18365**   7:1

**2**

**2022**   3:8 4:8
**2885**   1:6

**3**

**3**   2:3
**363**   3:3 7:3
**3:19**   1:6
**3m**   1:5 4:3,6,16
   5:3

**8**

**8:20**   1:12

**9**

**9/30/23**   7:4

**a**

**a.m.**   3:8,11,17 4:9
   4:19 5:1
**abe**   1:10 3:10,18
   4:10
**accr**   6:20
**action**   1:12 6:15
**affidavit**   1:18

**aforementioned**
   3:18
**agreed**   5:2
**aided**   6:8
**alabama**   6:2,18
   7:3,5
**amended**   2:4
   4:12,17
**answers**   6:7
**anywise**   6:15
**appear**   3:6 5:6
**appeared**   3:19
   4:23
**approximately**
   3:17
**arms**   1:6
**aware**   4:23

**b**

**baron**   4:4
**behalf**   4:6
**bencie**   3:13
**board**   6:18
**budd**   4:4

**c**

**c**   6:1,1
**called**   4:21
**case**   1:5 4:3,10
**casey**   1:14
**cause**   6:16
**ccr**   1:23 3:3 7:2,3
**central**   4:9,19
**certificate**   3:1
**certified**   6:19
**certify**   6:4,13,17
**civil**   1:12
**clarence**   1:10
   3:10,18 4:10

**cochran**   3:6,12
   4:1,2,15
**combat**   1:5
**commission**   7:6
**commissioner**   7:4
**computer**   6:8
**conecuh**   6:3
**correct**   6:10
**counsel**   4:17 6:14
**county**   6:3
**court**   1:1 4:6 5:5
   6:18,19
**currently**   4:8
**cv**   1:12

**d**

**day**   3:7
**declare**   3:4
**defendant's**   2:3
   4:13
**deposition**   2:4
   3:10,20 4:12,17
   4:18 5:1,3,6
**district**   1:1,2
**division**   1:3
**document**   1:9
**drew**   3:13 4:11
**duly**   6:17

**e**

**e**   6:1,1
**earplug**   1:6
**emailed**   4:21
**esq**   3:6,12,13,13
   3:14
**evidenced**   6:20
**exhibit**   2:1,3 4:12
   4:13

**expires**   7:4,6

**f**

**f**   6:1
**failure**   5:5
**file**   5:4
**florida**   1:2
**following**   3:20,21
   6:20
**follows**   3:4
**foregoing**   6:5,9
**further**   6:13,17

**g**

**gary**   1:15
**given**   6:11
**grj**   1:6

**h**

**hearing**   6:12
**horan**   3:14 4:5

**i**

**identification**
   4:14
**index**   2:1
**indicated**   4:20
**interested**   6:15
**introduce**   4:11

**j**

**jessica**   3:13 4:3
**jones**   1:15
**judge**   1:14,15

**k**

**kenny**   3:6,12 4:2
**kin**   6:14

**[l - zoom]**                                                                                     Page 9

| l | | |
|---|---|---|
| **l**  7:2 | | |
| **large**  7:5 | | |
| **liability**  1:7 | | |
| **license**  7:3 | | |
| **licensed**  6:18 | | |
| **litigation**  1:7 | | |

**m**

**m**  1:14
**machine**  6:6
**magistrate**  1:15
**marked**  4:14
**mcr**  1:6
**md**  1:6
**means**  6:8
**motions**  5:4
**murray**  3:13 4:3
  4:20

**n**

**name**  6:21
**neither**  6:13
**nonappearance**
  1:18 3:1
**northern**  1:2
**notice**  2:4 4:12,17
**number**  1:5,12
  6:20

**o**

**oath**  3:9
**occur**  4:19
**occurred**  3:21

**p**

**page**  2:3
**parties**  5:2 6:14
**patricia**  1:23 3:3
  7:2

**pensacola**  1:3
**persons**  3:15
**placing**  3:9
**plaintiff**  4:5,9
**please**  4:11
**present**  3:12 4:7
**proceedings**  3:21
  5:12 6:5,11
**products**  1:6
**purpose**  3:8,19
**pursuant**  3:5

**q**

**questions**  6:7

**r**

**r**  1:15 6:1
**record**  4:16
**relates**  1:9
**relating**  5:5
**remained**  3:16
**remotely**  3:6,16
**reported**  1:22
**reporter**  3:16 4:6
  6:19
**reporting**  3:9
  6:19
**represent**  4:2
**representing**  4:4
**represents**  6:10
**request**  3:5
**reserves**  5:3
**responded**  4:22
**result**  6:16
**right**  5:4
**rodgers**  1:14

**s**

**sampson**  1:10
  3:10,19 4:10,18
  4:21
**sampson's**  5:5
**scheduled**  3:11
**september**  3:7
  4:8
**served**  4:16
**shorthand**  6:6
**signature**  7:1
**starting**  4:19
**state**  6:2 7:5
**states**  1:1

**t**

**t**  6:1,1
**taken**  3:20 6:6
**taylor**  1:23 3:3
  7:2
**ted**  3:14
**terminate**  5:2
**thereto**  6:7
**time**  3:11,18 4:8
  4:9,20 5:3
**times**  4:22
**today**  4:7,19
**tommy**  3:14 4:5
**transcribed**  6:8
**transcript**  6:5,10
**transcription**  6:9
**true**  6:10

**u**

**united**  1:1

**v**

**videographer**
  3:15 4:7

**w**

**wit**  3:22
**witness**  6:11

**y**

**yost**  3:14

**z**

**zoom**  3:7,16

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.