| | |
|---|---|
| **From:** | Susan Robinson <SRobinson@tcspllc.com> |
| **Sent:** | Wednesday, September 28, 2022 2:42 PM |
| **To:** | Jessica Murray |
| **Cc:** | Andrew Gardner; Holly Werkema; JStarich@thompsoncoe.com; Kari Sutherland; 3MLitigation; Vicki Wolfe; Sara Oaks; Katelyn Ashton; Chris Morris |
| **Subject:** | RE: 3M - Deposition of Clarence Abe Sampson |

Thank you, Jessica.
Under these circumstances and given the deadlines, 3M needs to move forward on the MTSC.
I also plan to cancel the scheduled depositions.
Certainly, if something changes and let us know asap.
Susan

**From:** Jessica Murray <jmurray@baronbudd.com>
**Sent:** Wednesday, September 28, 2022 2:13 PM
**To:** Susan Robinson <SRobinson@tcspllc.com>
**Cc:** Andrew Gardner <agardner@baronbudd.com>; Holly Werkema <hwerkema@baronbudd.com>; JStarich@thompsoncoe.com; Kari Sutherland <kari.sutherland@butlersnow.com>; 3M Litigation <3Mlitigation@butlersnow.com>; Vicki Wolfe <VWolfe@tcspllc.com>; Sara N. Oaks <SOaks@tcspllc.com>; Katelyn Ashton <Katelyn.Ashton@butlersnow.com>
**Subject:** RE: 3M - Deposition of Clarence Abe Sampson

Hi Susan,

Thank you for your e-mail. Unfortunately, despite numerous attempts, I have not been able to connect with Mr. Sampson. At this point, I cannot confirm that he will appear for his re-scheduled deposition on October 5, 2022.

Though, of course, I cannot agree to Mr. Sampson's inclusion on a MTSC, I do understand 3M's position. I also appreciate the need for both sides to limit unnecessary expenses and conserve resources.

Please just let me know how 3M would like to proceed.

Thank you,

**Jessica E. Murray**
Pharmaceutical Litigation Group | Attorney

214.521.3605 Main
214.523.6507 Direct
214.236.0401 Mobile

www.baronandbudd.com

Dallas | Baton Rouge | New Orleans | Los Angeles
San Diego | Chico | New York | Washington, D.C.

**From:** Susan Robinson <SRobinson@tcspllc.com>
**Sent:** Wednesday, September 28, 2022 10:55 AM
**To:** Jessica Murray <jmurray@baronbudd.com>

**Cc:** Andrew Gardner <agardner@baronbudd.com>; Holly Werkema <hwerkema@baronbudd.com>; JStarich@thompsoncoe.com; Kari Sutherland <kari.sutherland@butlersnow.com>; 3M Litigation <3Mlitigation@butlersnow.com>; Vicki Wolfe <VWolfe@tcspllc.com>; Sara N. Oaks <SOaks@tcspllc.com>; Katelyn Ashton <Katelyn.Ashton@butlersnow.com>
**Subject:** RE: 3M - Deposition of Clarence Abe Sampson

Hi Jessica-
I'm following up to see if over the last two weeks you've been able to contact Mr. Sampson and confirm he will appear a week from today (10.5) for his deposition.
If not, given the time crunch, I'd like to consider getting him on a MTSC at the end of this week and cancelling the depositions.
We need to do what we can on both sides to avoid the exercise of preparing for and utilizing the resources of a court reporter for another unsuccessful deposition.
But of course, if there is an explanation for his non-appearance earlier and we can move forward with his deposition we certainly want to give an opportunity for that as well.
Please let me have your thoughts on this.  Also, if you would rather discuss I am available after 3pm EST today.
Thanks, Susan


**From:** Susan Robinson
**Sent:** Wednesday, September 14, 2022 10:36 AM
**To:** Jessica Murray <jmurray@baronbudd.com>
**Cc:** Andrew Gardner <agardner@baronbudd.com>; Holly Werkema <hwerkema@baronbudd.com>; JStarich@thompsoncoe.com; Kari Sutherland <kari.sutherland@butlersnow.com>; 3M Litigation <3Mlitigation@butlersnow.com>; Vicki Wolfe <VWolfe@tcspllc.com>; Sara N. Oaks <SOaks@tcspllc.com>
**Subject:** RE: 3M - Deposition of Clarence Abe Sampson

Those dates are fine.
I appreciate heads up if you have contact and can confirm the dates and/or dismissal.
I'll put a note on my calendar to reach out 9/7 regardless to determine status.
Have a good day, Susan

Sara, please issue ANODs and put a reminder on my calendar.   Thanks


**From:** Jessica Murray <jmurray@baronbudd.com>
**Sent:** Tuesday, September 13, 2022 4:50 PM
**To:** Susan Robinson <SRobinson@tcspllc.com>
**Cc:** Andrew Gardner <agardner@baronbudd.com>; Holly Werkema <hwerkema@baronbudd.com>; JStarich@thompsoncoe.com; Kari Sutherland <kari.sutherland@butlersnow.com>; 3M Litigation <3Mlitigation@butlersnow.com>; Vicki Wolfe <VWolfe@tcspllc.com>; Sara N. Oaks <SOaks@tcspllc.com>
**Subject:** RE: 3M - Deposition of Clarence Abe Sampson

Susan,

Thank you for being willing to work with us.  We will, of course, let you know once we are able to connect with Mr. Sampson.

How about Wednesday, October 5th? We can plan for the same time—9:00 a.m. MST/10:00 a.m. CST?

For Mrs. Sampson, how about October 26th? Same time for her –1:00 p.m. MST/2:00 p.m. CST?

Thank you again for your understanding and professionalism.

**Jessica E. Murray**
Pharmaceutical Litigation Group | Attorney

214.521.3605 Main
214.523.6507 Direct
214.236.0401 Mobile

[www.baronandbudd.com](www.baronandbudd.com)

Dallas | Baton Rouge | New Orleans | Los Angeles
San Diego | Chico | New York | Washington, D.C.

---

**From:** Susan Robinson <SRobinson@tcspllc.com>
**Sent:** Tuesday, September 13, 2022 2:39 PM
**To:** Jessica Murray <jmurray@baronbudd.com>
**Cc:** Andrew Gardner <agardner@baronbudd.com>; Holly Werkema <hwerkema@baronbudd.com>; JStarich@thompsoncoe.com; Kari Sutherland <kari.sutherland@butlersnow.com>; 3M Litigation <3Mlitigation@butlersnow.com>; Vicki Wolfe <VWolfe@tcspllc.com>; Sara N. Oaks <SOaks@tcspllc.com>
**Subject:** RE: 3M - Deposition of Clarence Abe Sampson

Thanks Jessica-
I'm willing to work with you to reschedule but I think 10.11 is too late.
If we choose a date the first week in October and Mr. Sampson wants to continue in the litigation but is unavailable the date we select, then we will have more options for rescheduling.
Can you provide us with your available dates the first week in October?
If you do reconnect with Mr. Sampson, I would ask that you let us know as soon as possible whether he plans to appear or whether he elects to dismiss his case.
For Mrs. Sampson we will need a new date as well.  We can schedule it 2-3 weeks after we schedule Mr. Sampson.
For now, I will let the court reporter know Mrs. Sampson's deposition is cancelled and that we are looking for a new date.
Does this make sense?
Thanks, Susan

---

**From:** Jessica Murray <jmurray@baronbudd.com>
**Sent:** Tuesday, September 13, 2022 12:05 PM
**To:** Susan Robinson <SRobinson@tcspllc.com>
**Cc:** Andrew Gardner <agardner@baronbudd.com>; Holly Werkema <hwerkema@baronbudd.com>; JStarich@thompsoncoe.com; Kari Sutherland <kari.sutherland@butlersnow.com>; 3M Litigation <3Mlitigation@butlersnow.com>; Vicki Wolfe <VWolfe@tcspllc.com>; Sara N. Oaks <SOaks@tcspllc.com>
**Subject:** RE: 3M - Deposition of Clarence Abe Sampson

Hi Susan,

Thank you for your e-mail. You are correct—Mr. Sampson, unfortunately, did not appear at his scheduled deposition yesterday. Despite multiple attempts to contact him, I have still not been able to reach him to ascertain why he did not appear. We are continuing our efforts to connect with him.

Since I have not yet been able to contact him and, as such, do not know the reason for his absence yesterday, I am not in a position to dismiss his case at this time.

My proposal would be that we re-schedule his deposition for October 11 if Defendant can be available. And that we re-schedule his wife's for some time after that with the understanding that if I am still not able to make contact with Mr. Sampson by Friday, October 7, our firm will move to withdraw from his case.

Looking forward to hearing from you soon.

Thank you,

**Jessica E. Murray**
Pharmaceutical Litigation Group | Attorney

214.521.3605 Main
214.523.6507 Direct
214.236.0401 Mobile

www.baronandbudd.com

Dallas | Baton Rouge | New Orleans | Los Angeles
San Diego | Chico | New York | Washington, D.C.

---

**From:** Susan Robinson <SRobinson@tcspllc.com>
**Sent:** Tuesday, September 13, 2022 9:18 AM
**To:** Jessica Murray <jmurray@baronbudd.com>
**Cc:** Andrew Gardner <agardner@baronbudd.com>; Holly Werkema <hwerkema@baronbudd.com>; JStarich@thompsoncoe.com; Kari Sutherland <kari.sutherland@butlersnow.com>; 3M Litigation <3Mlitigation@butlersnow.com>; Vicki Wolfe <VWolfe@tcspllc.com>; Sara N. Oaks <SOaks@tcspllc.com>
**Subject:** RE: 3M - Deposition of Clarence Abe Sampson
**Importance:** High

Jessica-
I understand that Mr. Sampson failed to appear for his scheduled deposition yesterday.
Will your firm be dismissing his case?

---

**From:** Susan Robinson
**Sent:** Tuesday, August 30, 2022 2:51 PM
**To:** Jessica Murray <jmurray@baronbudd.com>
**Cc:** Andrew Gardner <agardner@baronbudd.com>; Holly Werkema <hwerkema@baronbudd.com>; JStarich@thompsoncoe.com; Kari Sutherland <kari.sutherland@butlersnow.com>; 3M Litigation <3Mlitigation@butlersnow.com>; Vicki Wolfe <VWolfe@tcspllc.com>; Sara N. Oaks <SOaks@tcspllc.com>
**Subject:** RE: 3M - Deposition of Clarence Abe Sampson

Hi Jessica,
We need a new date for Mr. Sampson's deposition to take place on a date before his wife's deposition which is still scheduled for 9.15.
Can you get us some dates?
I've included Jessica with Thompson Coe.
Thanks, Susan

**From:** Jessica Murray <jmurray@baronbudd.com>
**Sent:** Saturday, July 2, 2022 8:14 AM
**To:** Susan Robinson <SRobinson@tcspllc.com>
**Cc:** Andrew Gardner <agardner@baronbudd.com>; Holly Werkema <hwerkema@baronbudd.com>
**Subject:** FW: 3M - Deposition of Clarence Abe Sampson

Hi Susan,

Thanks for your e-mail. You may have already heard from one of my colleagues, but please see the below e-mail with a representative of Thompson Coe confirming Mr. Sampson and his spouse's depositions.

Thanks!

**Jessica E. Murray**
Pharmaceutical Litigation Group | Attorney

214.521.3605 Main
214.523.6507 Direct
214.236.0401 Mobile

www.baronandbudd.com

Dallas | Baton Rouge | New Orleans | Los Angeles
San Diego | Chico | New York | Washington, D.C.


**From:** Starich, Jessica <JStarich@thompsoncoe.com>
**Sent:** Thursday, June 30, 2022 5:06 PM
**To:** Jessica Murray <jmurray@baronbudd.com>
**Cc:** Andrew Gardner <agardner@baronbudd.com>; Christina Guerra <chguerra@baronbudd.com>; Holly Werkema <hwerkema@baronbudd.com>
**Subject:** RE: 3M - Deposition of Clarence Abe Sampson

Hi Jessica,

Thank you for confirming. We'd like to depose Mrs. Sampson on September 15 at 1:00 pm MST. I'll get notices sent out for both depositions tomorrow.

Thanks!



Jessica Starich • Senior Paralegal
701 Brazos Street, Suite 1500, Austin, TX 78701
o: 512-827-2320


**From:** Jessica Murray <jmurray@baronbudd.com>
**Sent:** Thursday, June 30, 2022 4:49 PM

**To:** Starich, Jessica <JStarich@thompsoncoe.com>
**Cc:** Andrew Gardner <agardner@baronbudd.com>; Christina Guerra <chguerra@baronbudd.com>; Holly Werkema <hwerkema@baronbudd.com>
**Subject:** RE: 3M - Deposition of Clarence Abe Sampson

Hi Jessica,

Hope you are doing well. The below information was sent to Defendants on June 21, 2022 and, I believe, answers all of your questions.

I can confirm that Mr. Sampson is available to be deposed on August 12, 2022 at 10:00 CST/9:00 a.m. MST. His location is Sidney, Nebraska. His wife's name is Chasidy Nichole Sampson and she is available to be deposed on September 15, 22, or 29 at 2:00 p.m. CST/1:00 p.m. MST.

Please let me know what date Defendants would like to depose Mrs. Sampson and we will make a note in our calendar. While I will be defending Mr. Sampson's deposition, please do include all Plaintiff Counsel listed below in future e-mails regarding scheduling. The paralegal working with us on this case is Christina Guerra. All are copied above.

| | | Deponent | Role | Plaintiff Current Location | Time Zone | Current Spouse | Defense Proposed Date | Plaintiff Available? | Plaintiff Proposed Dates |
|---|---|---|---|---|---|---|---|---|---|
| 118096 | Sampson, Clarence Abe _ 228184 _ 8:20cv00741 _ [PID: 118096] _ Wave 3 | Sampson, Clarence Abe | Plaintiff | Sidney, Nebraska | Mountain Daylight Time (CST - 1) | Chasidy Nichole Sampson | 07/19/2022 at 2:00(PM) | NO | August 12/August 18/August 25 @ 10:00 CST/9:00 a.m. MST |

Thank you,

**Jessica E. Murray**
Pharmaceutical Litigation Group | Attorney

214.521.3605 Main
214.523.6507 Direct
214.236.0401 Mobile

www.baronandbudd.com

Dallas | Baton Rouge | New Orleans | Los Angeles
San Diego | Chico | New York | Washington, D.C.

---

**From:** Starich, Jessica <JStarich@thompsoncoe.com>
**Sent:** Thursday, June 30, 2022 4:36 PM
**To:** Chip Orr <corr@baronbudd.com>; Holly Werkema <hwerkema@baronbudd.com>; Jessica Murray <jmurray@baronbudd.com>
**Subject:** 3M - Deposition of Clarence Abe Sampson

Good afternoon,

I show that 8/12 at 9:00 am MST was proposed for the deposition of Mr. Sampson. Does that date and time still work for you? If so, please also advise of the following:

- Mr. Sampson's local time zone and the city/state from which he will attend the deposition
- The lawyer and paralegal who will be handling the deposition/case
- Whether Mr. Frazier's spouse is available to be deposed (if so, please advise of their availability)

Thanks,



Jessica Starich • Senior Paralegal
701 Brazos Street, Suite 1500, Austin, TX 78701
o: 512-827-2320

**Confidentiality Notice:** This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information exempt from disclosure under applicable law. Unauthorized review, use, disclosure, or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy the original and all copies of the message. Thank you.

Tax Advice Disclosure: Any U.S. federal tax advice contained in this communication, including any attachment(s), unless expressly stated otherwise, was and is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.