```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF FLORIDA
 3                   PENSACOLA DIVISION
 4    ------------------------------------------x
 5    IN RE: 3M COMBAT ARMS   )   Case No.
 6    EARPLUG PRODUCTS        )   3:19-md-2885-
 7    LIABILITY LITIGATION    )   MCR-GJR
 8    This Document Relates to:
 9    Shane Guzman
10    ------------------------------------------x
11
12                Video conference deposition
13                September 21, 2022
14                9:12 a.m.
15
16
17                STATEMENT ON THE RECORD
18
19        Reported by:  JONATHAN KIRSCH
20
21
22
23
24
25
```

```
 1   A P P E A R A N C E S:

 2      AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
            Attorneys for Plaintiff
 3          17 East Main Street, Suite 200
            Pensacola, Florida 32502
 4
        BY: CHELSIE WARNER, ESQ. and
 5          SAMANTHA KATEN, Esq.
            CWARNER@AWKOLAW.COM
 6


 7


 8      BUTLER SNOW LLP
            Attorneys for Defendant
 9          1020 Highland Colony Parkway,
            Suite 1400
10          Ridgeland, Mississippi 39157

11      BY: NIKITA MCMILLIAN, ESQ.
            NIKITA.MCMILLIAN@BUTLERSNOW.COM
12          MATTER #: 022693-231270

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                     I N D E X
 2                     EXHIBITS
 3   EXHIBIT           DESCRIPTION                 PAGE
 4   1                 Notice                      5
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              THE VIDEOGRAPHER:  We are now
 2     on the record.  My name is Michael
 3     Bartorillo.  I am a videographer for
 4     Golkow Litigation Services.
 5              Today is September 21st, and
 6     the time is 9:12 a.m.  This remote
 7     video deposition is being held in the
 8     matter of 3M Combat Arms Earplug
 9     Litigation.  The deponent is Shane
10     Guzman.
11              All parties in this deposition
12     are appearing remotely, and have
13     agreed to the witness being sworn in
14     remotely.  Due to the nature of
15     remote recording, please pause
16     briefly before speaking to ensure all
17     parties are heard completely.
18              Will the Counsel identify
19     themselves and whom they represent.
20              MS. WARNER:  Chelsie Warner
21     with Aylstock, Witkin, Kreis &
22     Overholtz, on behalf of Shane Guzman.
23              MS. MCMILLIAN:  This is Nikita
24     McMillian, attorney for the Defendant
25     in this matter, 3M.
```

1          (Whereupon, Notice was marked
2     as Exhibit 1 for identification, as
3     of this date.)
4          MS. WARNER:  This is Chelsea
5     Warner here, and Mr. Guzman was aware
6     of today's date and time.  He agreed
7     to today's date and time for his
8     deposition, received the notice of
9     deposition, and then indicated this
10    morning that he was not going to make
11    it.  And so we've gone on the record
12    to make that -- make those facts
13    known.
14         MS. MCMILLIAN:  Okay.  And I
15    just want to add something to that on
16    the record.  Again, this is Nikita
17    McMillian, the attorney for the
18    Defendant 3M in this case.
19         As Plaintiff's Counsel has
20    indicated, we have the court reporter
21    and the videographer here.  We have
22    Plaintiff's Counsel, Chelsea Warner,
23    here on behalf of Plaintiff.  Today's
24    date is September 27, 2022, and the
25    time is currently 8:14 a.m. Central,

Shane Guzman - Statement on the Record

| | |
|---|---|
| 1 | 9:14 a.m. Eastern Time.  The |
| 2 | Plaintiff in this case is Shane |
| 3 | Guzman. |
| 4 | Defendants served an amended |
| 5 | notice of deposition on Plaintiff's |
| 6 | Counsel, Plaintiff's law firm, on -- |
| 7 | I believe it was served on August 30, |
| 8 | 2022.  I've asked the court reporter |
| 9 | to mark this amended notice, |
| 10 | deposition notice, as Exhibit 1 to |
| 11 | the deposition.  The deposition |
| 12 | notice states that Mr. Shane Guzman |
| 13 | was to appear remotely today for this |
| 14 | deposition on September 27, 2022, at |
| 15 | 9:00 a.m. Eastern. |
| 16 | As Plaintiff's Counsel has |
| 17 | indicated, she has had a conversation |
| 18 | with the Plaintiff and he has stated |
| 19 | that he will not be able to make it |
| 20 | morning.  I have offered to hold the |
| 21 | deposition for an hour to allow him |
| 22 | to complete whatever task he has to |
| 23 | complete to make the deposition, but |
| 24 | I have received confirmation that he |
| 25 | will not show. |

Shane Guzman - Statement on the Record

1          Again, the time is currently
2     8:15 a.m. Central, and the date is
3     September 27, 2022.  Given that it is
4     now 15 minutes past the time that I
5     received confirmation that the
6     Plaintiff will not show, Defendants
7     are terminating this deposition.  And
8     that's all.
9          THE VIDEOGRAPHER:  Okay.  That
10    concludes today's deposition.  The
11    time is 9:15 a.m., going off the
12    record.
13         (Time noted:  9:15 a.m.)
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                C E R T I F I C A T E
 2         I, JONATHAN KIRSCH, a shorthand
 3  reporter and Notary Public within and for
 4  the State of New York, do hereby certify:
 5         That the within statement is a true
 6  and accurate record of the stenographic
 7  notes taken by me.
 8         I further certify that I am not
 9  related to any of the parties to this
10  action by blood or marriage, and that I am
11  in no way interested in the outcome of this
12  matter.
13
14
15
16
17
18
19
20
21                JONATHAN KIRSCH
22
23
24
25
```