| | |
|---|---|
| **From:** | Sara N. Oaks <SOaks@tcspllc.com> |
| **Sent:** | Thursday, September 1, 2022 11:57 AM |
| **To:** | Christy Hurt; Natalie Atkinson; Susan Robinson; Robyn Davis; Sherrie Armstrong Davis; Phil Combs |
| **Cc:** | Jennifer Hoekstra; Samantha Katen; Chelsie Warner; Jessica Hampton |
| **Subject:** | RE: 3M - Wave 3 - Plaintiff Deposition Rescheduling - Damon Biddle |

Confirmed.   I will get an amended notice on Centrality.
Thanks.

**From:** Christy Hurt <CHurt@awkolaw.com>
**Sent:** Thursday, September 1, 2022 12:29 PM
**To:** Sara N. Oaks <SOaks@tcspllc.com>; Natalie B. Atkinson <NAtkinson@tcspllc.com>; Susan Robinson <SRobinson@tcspllc.com>; Robyn Davis <RDavis@tcspllc.com>; Sherrie Armstrong Davis <sarmstrongdavis@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>
**Cc:** Jennifer Hoekstra <JHoekstra@awkolaw.com>; Samantha Katen <SKaten@awkolaw.com>; Chelsie Warner <CWarner@awkolaw.com>; Jessica Hampton <JHampton@awkolaw.com>; Christy Hurt <CHurt@awkolaw.com>
**Subject:** RE: 3M - Wave 3 - Plaintiff Deposition Rescheduling - Damon Biddle
**Importance:** High

Good Morning,
Our client is available on 9/27/22 beginning at 3PM ET for his rescheduled deposition. Please confirm this works for you all, thank you.

**From:** Christy Hurt <CHurt@awkolaw.com>
**Sent:** Tuesday, August 30, 2022 6:49 AM
**To:** 'Sara N. Oaks' <SOaks@tcspllc.com>; Natalie B. Atkinson <NAtkinson@tcspllc.com>; Susan Robinson <SRobinson@tcspllc.com>; Robyn Davis <RDavis@tcspllc.com>; Sherrie Armstrong Davis <sarmstrongdavis@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>
**Cc:** Jennifer Hoekstra <JHoekstra@awkolaw.com>; Samantha Katen <SKaten@awkolaw.com>; Chelsie Warner <CWarner@awkolaw.com>; Jessica Hampton <JHampton@awkolaw.com>; Christy Hurt <CHurt@awkolaw.com>
**Subject:** RE: 3M - Wave 3 - Plaintiff Deposition Rescheduling - Damon Biddle

Good morning Sara,
Unfortunately, this date is no longer available for this client. I will circle back once we have a newly confirmed date, thank you.

**From:** Sara N. Oaks <SOaks@tcspllc.com>
**Sent:** Monday, August 29, 2022 3:34 PM
**To:** Christy Hurt <CHurt@awkolaw.com>; Natalie B. Atkinson <NAtkinson@tcspllc.com>; Susan Robinson <SRobinson@tcspllc.com>; Robyn Davis <RDavis@tcspllc.com>; Sherrie Armstrong Davis <sarmstrongdavis@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>
**Cc:** Jennifer Hoekstra <JHoekstra@awkolaw.com>; Samantha Katen <SKaten@awkolaw.com>; Chelsie Warner <CWarner@awkolaw.com>; Jessica Hampton <JHampton@awkolaw.com>
**Subject:** RE: 3M - Wave 3 - Plaintiff Deposition Rescheduling - Damon Biddle

We can confirm this deposition.   I will get an ANOD on file.
Thanks.

Sara

---

**From:** Christy Hurt <CHurt@awkolaw.com>
**Sent:** Monday, August 22, 2022 12:05 PM
**To:** Natalie B. Atkinson <NAtkinson@tcspllc.com>; Susan Robinson <SRobinson@tcspllc.com>; Sara N. Oaks <SOaks@tcspllc.com>; Robyn Davis <RDavis@tcspllc.com>; Sherrie Armstrong Davis <sarmstrongdavis@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>
**Cc:** Jennifer Hoekstra <JHoekstra@awkolaw.com>; Samantha Katen <SKaten@awkolaw.com>; Chelsie Warner <CWarner@awkolaw.com>; Jessica Hampton <JHampton@awkolaw.com>; Christy Hurt <CHurt@awkolaw.com>
**Subject:** 3M - Wave 3 - Plaintiff Deposition Rescheduling - Damon Biddle

Good Morning,
Our client is available on 9/9/22 beginning at 3PM ET for his rescheduled deposition. Please confirm this works for you all, thank you.

| | |
|---|---|
| *Christy Hurt* <br> Florida Registered Paralegal #276416 <br> Aylstock, Witkin, Kreis & Overholtz, PLLC | 17 E. Main Street, Suite 200 <br> Pensacola, FL 32502 <br> Phone: (850) 202-1010 <br> Toll Free: (888) 255-AWKO (2956) <br> Facsimile: (850) 916-7449 <br> Email: churt@awkolaw.com |

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.