UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS ) <br> EARPLUG PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> This Document Relates to: ) <br> Damon Biddle ) <br> ) <br> Civil Action No.: 9:20-cv-11451 ) | Case No. 3:19-md-2885-MCR-GRJ <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

**DEFENDANT 3M COMPANY'S 2ND AMENDED NOTICE OF REMOTE ORAL AND VIDEOTAPED DEPOSITION OF DAMON BIDDLE**

**TO:** ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Counsel for Defendant 3M Company pursuant to Fed. R. Civ. P. 30 and MDL 2885 Pretrial Order No. 35 will take the deposition upon oral examination of the following person on the date and at the time set forth below:

| **Deponent** | **Date** | **Time (Time Zone)** |
|---|---|---|
| Damon Biddle | 09/27/2022 | 3:00 p.m. EST |

The deposition will be conducted remotely via secure web-based video or internet video conference technology. The court reporter may provide real-time transcription during the deposition. The deposition shall continue from day to day or at such other times as noticed by Defendant, until completed.

Pursuant to Section 2 of MDL 2885 Pretrial Order No. 35, the location(s) (city and state) from which the witness, court reporter, and videographer will attend the remote deposition are as follows: (i) Witness will be located in Marion, NC (ii) the court reporter will be located in Philadelphia, PA and, (iii) the videographer will be located in Philadelphia, PA.  The deposition will be taken for discovery and all other purposes permitted by the Federal Rules of Civil Procedure before a person authorized to administer oaths who will attend remotely via video conference and will be recorded using the stenographic method, through the instant visual display of testimony, and will also be recorded using audio and videotape technology.

Golkow (Vendor) will provide remote access for all parties via a ZOOM-based platform.  Please contact the Vendor (scheduling@golkow.com) at least three business days prior to the deposition to advise of your participation so that the necessary credentials, call-in numbers, testing, and any other necessary information may be provided to you prior to the deposition.

PLEASE TAKE FURTHER NOTICE that if the deponent requires the use of an interpreter, written notice of the language required must be provided to this office no later than three (3) business days before the deposition date.

Dated: September 1, 2022                    Respectfully submitted,

*s/ Sherrie Armstrong Davis*
Sherrie Armstrong Davis
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Suite 1380
Charleston, WV 25301
Telephone: (304) 414-1804
sarmstrongdavis@tcspllc.com

*s/ Susan M. Robinson*
Susan M. Robinson
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Suite 1380
Charleston, WV 25301
Telephone: (304) 414-1808
srobinson@tcspllc.com

*Counsel for Defendant 3M Company*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 1, 2022, a true and correct copy of the foregoing:

**DEFENDANT 3M COMPANY'S 2ND AMENDED NOTICE OF REMOTE ORAL AND VIDEOTAPED DEPOSITION OF DAMON BIDDLE**

was served as follows:

☒ **[MDL Centrality]** By electronically serving the above document via the MDL Centrality website pursuant to Pretrial Order No. 15 (ECF No. 630) and Case Management Order NO. 31 (ECF No. 2304).

Dated:  September 1, 2022         */s/ Sherrie Armstrong Davis*
                                  Sherrie Armstrong Davis