| | |
|---|---|
| **From:** | Christy Hurt <CHurt@awkolaw.com> |
| **Sent:** | Friday, September 23, 2022 6:02 PM |
| **To:** | Natalie Atkinson; Susan Robinson; Sara Oaks; Robyn Davis; Sherrie Armstrong Davis; Phil Combs; 'Scheduling' |
| **Cc:** | Jennifer Hoekstra; Chelsie Warner; Samantha Katen |
| **Subject:** | 3M W3: Deposition of Damon Biddle, 9/27 |
| **Importance:** | High |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good Afternoon,

A conflict has come up and this deposition cannot go forward on 9/27. Please remove from the calendar and we'll circulate a new date when available, thank you.

| | |
|---|---|
| *Christy Hurt*<br>Florida Registered Paralegal #276416<br>Aylstock, Witkin, Kreis & Overholtz, PLLC | 17 E. Main Street, Suite 200<br>Pensacola, FL 32502<br>Phone: (850) 202-1010<br>Toll Free: (888) 255-AWKO (2956)<br>Facsimile: (850) 916-7449<br>Email: churt@awkolaw.com |

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.