| | |
|---|---|
| **From:** | Susan Robinson <SRobinson@tcspllc.com> |
| **Sent:** | Tuesday, September 27, 2022 10:02 AM |
| **To:** | Christy Hurt; Natalie Atkinson; Sara Oaks; Robyn Davis; Sherrie Armstrong Davis; Phil Combs; 'Scheduling' |
| **Cc:** | Jennifer Hoekstra; Chelsie Warner; Samantha Katen; Katelyn Ashton; 3MLitigation |
| **Subject:** | RE: 3M W3: Deposition of Damon Biddle, 9/27 |

Hi all-
I see you filed a MTW in Mr. Biddle's case on 9.23.

Under the circumstances it appears you are not able to provide us with new dates for his deposition by 10.11 with the assurance that he will appear.

Please let me know if this is incorrect.
Otherwise, we intend to place Mr. Biddle on a Motion to Show Cause.

If you would like to discuss I can make myself available after 3pm EST today or most anytime tomorrow.

Thank you, Susan

---

**From:** Susan Robinson
**Sent:** Saturday, September 24, 2022 6:05 PM
**To:** Christy Hurt <CHurt@awkolaw.com>; Natalie B. Atkinson <NAtkinson@tcspllc.com>; Sara N. Oaks <SOaks@tcspllc.com>; Robyn Davis <RDavis@tcspllc.com>; Sherrie Armstrong Davis <sarmstrongdavis@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; 'Scheduling' <Scheduling@golkow.com>
**Cc:** Jennifer Hoekstra <JHoekstra@awkolaw.com>; Chelsie Warner <CWarner@awkolaw.com>; Samantha Katen <SKaten@awkolaw.com>
**Subject:** RE: 3M W3: Deposition of Damon Biddle, 9/27


Receipt confirmed.

I will notify the court reporter.

Please get us a new date asap.

Thanks Susan

**From:** Christy Hurt <CHurt@awkolaw.com>
**Sent:** Friday, September 23, 2022 6:02 PM
**To:** Natalie B. Atkinson <NAtkinson@tcspllc.com>; Susan Robinson <SRobinson@tcspllc.com>; Sara N. Oaks <SOaks@tcspllc.com>; Robyn Davis <RDavis@tcspllc.com>; Sherrie Armstrong Davis <sarmstrongdavis@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; 'Scheduling' <Scheduling@golkow.com>
**Cc:** Jennifer Hoekstra <JHoekstra@awkolaw.com>; Chelsie Warner <CWarner@awkolaw.com>; Samantha Katen <SKaten@awkolaw.com>
**Subject:** 3M W3: Deposition of Damon Biddle, 9/27
**Importance:** High


Good Afternoon,

A conflict has come up and this deposition cannot go forward on 9/27. Please remove from the calendar and we'll circulate a new date when available, thank you.


| | |
|---|---|
| *Christy Hurt* <br><br> Florida Registered Paralegal #276416 <br><br> Aylstock, Witkin, Kreis & Overholtz, PLLC | 17 E. Main Street, Suite 200 <br> Pensacola, FL 32502 <br><br> Phone: (850) 202-1010 <br><br> Toll Free: (888) 255-AWKO (2956) <br> Facsimile: (850) 916-7449 <br> Email: churt@awkolaw.com |


This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.