# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885-MCR-GRJ |
| | Judge M. Casey Rodgers |
| | Magistrate Judge Gary R. Jones |
| This Document Relates to: Brian Powell, Plaintiff | Civil Action No. 8:20-CV-00561 |

## DEFENDANT 3M COMPANY'S NOTICE OF REMOTE ORAL AND VIDEOTAPED DEPOSITION OF PLAINTIFF BRIAN POWELL

**TO:** ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Counsel for Defendant 3M Company, pursuant to Fed. R. Civ. P. 30 and MDL 2885 Pretrial Order No. 35, will take the deposition upon oral examination of the following person on the date and at the time set forth below:

| **Deponent** | **Date** | **Time (Time Zone)** |
|---|---|---|
| Brian Powell | 09/27/2022 | 9:00 AM (PDT) |

The deposition will be conducted remotely via secure web-based video or internet video conference technology. The court reporter may provide real-time transcription during the deposition. The deposition shall continue from day to day or at such other times as noticed by Defendant, until completed.

62551224.v1

Pursuant to Section 2 of MDL 2885 Pretrial Order No. 35, the location(s) (city and state) from which the witness, court reporter, and videographer will attend the remote deposition are as follows: (i) Witness will be located in Westminster, California (ii) the court reporter will be located in Birmingham, AL and, (iii) the videographer will be located in Livingston, NJ.  The deposition will be taken for discovery and all other purposes permitted by the Federal Rules of Civil Procedure before a person authorized to administer oaths who will attend remotely via video conference and will be recorded using the stenographic method, through the instant visual display of testimony, and will also be recorded using audio and videotape technology.

Veritext (Vendor) will provide remote access for all parties via a ZOOM-based platform.  Please contact the Vendor (3Mearplug@veritext.com) at least three business days prior to the deposition to advise of your participation so that the necessary credentials, call-in numbers, testing, and any other necessary information may be provided to you prior to the deposition.

PLEASE TAKE FURTHER NOTICE that if the deponent requires the use of an interpreter, written notice of the language required must be provided to this office no later than three (3) business days before the deposition date.

Plaintiff shall bring and make available for inspection and copying any and all documents or other tangible things within Plaintiff's possession, custody, or control as requested on Exhibit A.

Dated:  September 14, 2022

                                          Respectfully submitted,

                                          THOMPSON, COE, COUSINS & IRONS, L.L.P.

                                          By:  /s/ *Zandra E. Foley*
                                                  Zandra E. Foley
                                                  Southern District I.D. NO.: 632778
                                                  State Bar No. 24032085
                                                  One Riverway, Suite 1400
                                                  Houston, TX  77056
                                                  Telephone:  (713) 403-8210
                                                  Telecopy: (713) 403-8299
                                                  Email:  zfoley@thompsoncoe.com

                                        *Counsel for Defendant 3M Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 14, 2022, a true and correct copy of the foregoing:

**DEFENDANT 3M COMPANY'S NOTICE OF REMOTE ORAL AND VIDEOTAPED DEPOSITION OF PLAINTIFF**

was served as follows:

☒ **[MDL Centrality]** By electronically serving the above document via the MDL Centrality website pursuant to Pretrial Order No. 15 (ECF No. 630) and Case Management Order NO. 31 (ECF No. 2304).

| Dated: September 14, 2022 | */s/ Zandra E. Foley* <br> Zandra E. Foley |
|---|---|

# EXHIBIT A

The deponent shall produce at the deposition the following documents and tangible things, to the extent not previously produced in this matter:

1. All Combat Arms Version 2 Earplugs in Plaintiff's possession, custody or control.

2. All carrying cases that Plaintiff received with or use(d) for carrying Plaintiff's Combat Arms Version 2 Earplugs that are in his/her possession, custody, or control.

3. All instruction sheets, wallet cards, posters, videos, training materials, or documents concerning fitting tips and user instructions that provide users with instructions on how to properly use and operate Combat Arms Earplugs Version 2 in Plaintiff's possession, custody, or control.

4. All hearing protection devices in Plaintiff's possession, custody, or control, including any that s/he used during his/her time in the military, as a civilian.

5. All documents requested in Defendants' Requests for Production.

6. All documents reflecting the actual, out-of-pocket medical costs and expenses Plaintiff incurred in connection with seeking and obtaining medical treatment for Plaintiff's alleged hearing loss and tinnitus.

7. All hunting and/or gun licenses issued to Plaintiff.

If you fail to attend or to produce the documents or things required by this Notice, you may be subject to the sanctions authorized by Rule 37(d) of the Federal Rules of Civil Procedure.