| | |
|---|---|
| **From:** | Jessica Murray <jmurray@baronbudd.com> |
| **Sent:** | Friday, September 30, 2022 1:04 PM |
| **To:** | Susan Robinson |
| **Cc:** | Zandra Foley; Holly Werkema; Andrew Gardner; Bodden, Kenya; Katelyn Ashton; 3MLitigation |
| **Subject:** | RE: Brian Powell Deposition [IWOV-TCLAW.05313.001] |

 **This message needs your attention**
• You've never replied to this person.

Susan and Zandra,

Good afternoon. Hope you are both doing well.

Following-up on our e-mails from earlier this week I, unfortunately, have not been able to speak with Mr. Powell regarding the re-scheduling of his deposition and cannot provide any assurance that he would appear for the deposition if re-scheduled.

While I cannot, of course, agree to Mr. Powell's case being included on in a Motion to Show Cause, I do understand 3M's position given the circumstances and the quickly approaching deadlines for both parties.

Thank you,

**Jessica E. Murray**
Pharmaceutical Litigation Group | Attorney

214.521.3605 Main
214.523.6507 Direct
214.236.0401 Mobile

www.baronandbudd.com

Dallas | Baton Rouge | New Orleans | Los Angeles
San Diego | Chico | New York | Washington, D.C.

---

**From:** Susan Robinson <SRobinson@tcspllc.com>
**Sent:** Tuesday, September 27, 2022 1:33 PM
**To:** Jessica Murray <jmurray@baronbudd.com>
**Cc:** Z Foley <zfoley@thompsoncoe.com>; Holly Werkema <hwerkema@baronbudd.com>; Andrew Gardner <agardner@baronbudd.com>; Bodden, Kenya <KBodden@thompsoncoe.com>; Katelyn Ashton <Katelyn.Ashton@butlersnow.com>; 3M Litigation <3Mlitigation@butlersnow.com>
**Subject:** RE: Brian Powell Deposition [IWOV-TCLAW.05313.001]

Thanks Jessica.
I appreciate your cooperation.
Have a good afternoon, Susan

**From:** Jessica Murray <jmurray@baronbudd.com>
**Sent:** Tuesday, September 27, 2022 10:16 AM
**To:** Susan Robinson <SRobinson@tcspllc.com>
**Cc:** Z Foley <zfoley@thompsoncoe.com>; Holly Werkema <hwerkema@baronbudd.com>; Andrew Gardner

<agardner@baronbudd.com>; Bodden, Kenya <KBodden@thompsoncoe.com>; Katelyn Ashton <Katelyn.Ashton@butlersnow.com>; 3M Litigation <3Mlitigation@butlersnow.com>
**Subject:** Re: Brian Powell Deposition [IWOV-TCLAW.05313.001]

Susan and Zandra,

Thank you for confirming this deposition is cancelled. And thank you for allowing us some more time to attempt to make contact with Mr. Powell.

I will continue my efforts to reach Mr. Powell and be back in touch by Friday at 1:00 p.m. CST.

If we are unable to reach him, I understand 3M's position regarding putting him on a Motion to Show Cause rather than re-scheduling without assurance he will appear.  Hopefully, it won't come to that.

Thank you both, again, for your understanding and professional courtesy. I will be back in touch no later than Friday at 1:00 p.m. CST.

Thank you,

Jessica

> On Sep 27, 2022, at 8:56 AM, Susan Robinson <SRobinson@tcspllc.com> wrote:
>
> Hi folks-
> Apologies for glomming on to the conversation.
> Jessica,  typically we would put Mr. Powell on a Motion to Show Cause for his failure to appear for a scheduled deposition, particularly given the late notice.
> As Zandra has confirmed we are fine with giving you time to contact him and try to reschedule.
> However, we do not want to reschedule a deposition where you cannot assure us that you have been in contact with your client and further that he has agreed to appear on a date prior to 10.11.
> That just causes an unnecessary drain of resources for all of us.
> How about you see if you can get ahold of him and get us a date no later than this Friday 1pm CT?
> If not, I propose we move forward to put him on a MTSC.
> Let me know if you wish to discuss further.
> I can be available after 3pm EST today and mostly open tomorrow.
> Thanks Susan
>
>
> **From:** Foley, Zandra <zfoley@thompsoncoe.com>
> **Sent:** Tuesday, September 27, 2022 9:43 AM
> **To:** Jessica Murray <jmurray@baronbudd.com>; Susan Robinson <SRobinson@tcspllc.com>
> **Cc:** Holly Werkema <hwerkema@baronbudd.com>; Andrew Gardner <agardner@baronbudd.com>; Bodden, Kenya <KBodden@thompsoncoe.com>
> **Subject:** RE: Brian Powell Deposition [IWOV-TCLAW.05313.001]
>
> As confirmed yesterday, this deposition is cancelled.
>
> Let us know when you want to reschedule.  If the second deposition also must be cancelled, will you agree to pay the cancellation fee?  I

Sincerely,

z



Zandra Foley • Partner
One Riverway, Suite 1400, Houston, TX 77056
o: 713-403-8200
bio • vCard • web

**From:** Jessica Murray <jmurray@baronbudd.com>
**Sent:** Monday, September 26, 2022 4:28 PM
**To:** Susan Robinson <SRobinson@tcspllc.com>
**Cc:** Holly Werkema <hwerkema@baronbudd.com>; Andrew Gardner <agardner@baronbudd.com>; Foley, Zandra <zfoley@thompsoncoe.com>
**Subject:** RE: Brian Powell Deposition

Susan,

I should have copied you on this e-mail earlier—my apologies. Please see below regarding our need to cancel Mr. Powell's deposition.

Thanks,

**Jessica E. Murray**
Pharmaceutical Litigation Group | Attorney

214.521.3605 Main
214.523.6507 Direct
214.236.0401 Mobile

www.baronandbudd.com

Dallas | Baton Rouge | New Orleans | Los Angeles
San Diego | Chico | New York | Washington, D.C.

**From:** Jessica Murray
**Sent:** Monday, September 26, 2022 3:01 PM
**To:** Zandra Foley <zfoley@thompsoncoe.com>
**Cc:** Holly Werkema <hwerkema@baronbudd.com>; Andrew Gardner <agardner@baronbudd.com>
**Subject:** Brian Powell Deposition

Zandra,

Thanks for speaking with me a moment ago. As we discussed, we need to cancel tomorrow's deposition of Brian Powell due to a lack of communication from our client.

You stated that you would review the calendar and provide alternate dates for consideration by e-mail. Will you please confirm this is cancelled for tomorrow?

Thanks,

**Jessica E. Murray**
Pharmaceutical Litigation Group | Attorney

214.521.3605 Main
214.523.6507 Direct
214.236.0401 Mobile

[www.baronandbudd.com](www.baronandbudd.com)

Dallas | Baton Rouge | New Orleans | Los Angeles
San Diego | Chico | New York | Washington, D.C.

---

**Confidentiality Notice:** This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information exempt from disclosure under applicable law. Unauthorized review, use, disclosure, or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy the original and all copies of the message. Thank you.

Tax Advice Disclosure: Any U.S. federal tax advice contained in this communication, including any attachment(s), unless expressly stated otherwise, was and is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.