**From:** Daniel Olivo <dolivo@traceylawfirm.com>
**Sent:** Wednesday, September 14, 2022 10:17 AM
**To:** Peterson, Laura; Lindsey Pittman
**Cc:** 3M; Sean P. Tracey; Rebecca King
**Subject:** RE: Mark Mozzoni / 3M - Plaintiff's Deposition

Good morning,

This client has gone silent on us. We are continuing to make our efforts to reach him. We'll keep you posted on the status. Thank you.

**DANIEL OLIVO** | PARALEGAL

**Offices in Houston | Dallas | San Antonio**
Main 713.495.2333 Ext . 2337 | Fax 866.709.2333
www.traceylawfirm.com

**TRACEY FOX KING & WALTERS**
———— TRIAL LAWYERS ————

Confidentiality Notice: This email and any files transmitted with it are confidential and may be protected by legal privilege. It is intended solely for the use of the individual or entity to whom it is addressed. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this message in error and delete all copies. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the firm.

**From:** Peterson, Laura <LPeterson@thompsoncoe.com>
**Sent:** Wednesday, September 14, 2022 10:09 AM
**To:** Lindsey Pittman <lpittman@traceylawfirm.com>
**Cc:** Daniel Olivo <dolivo@traceylawfirm.com>; 3M <3M@traceylawfirm.com>; Sean P. Tracey <stracey@traceylawfirm.com>; Rebecca King <rking@traceylawfirm.com>; Peterson, Laura <LPeterson@thompsoncoe.com>
**Subject:** RE: Mark Mozzoni / 3M - Plaintiff's Deposition

Good morning!

I wanted to follow-up on getting Mr. Mozzoni rescheduled. Please let me know.

Thank you!

Laura



Laura Peterson • Senior Paralegal
601 Poydras Street, Suite 1850, New Orleans, LA 70130
o: 504-526-4327

1

**From:** Peterson, Laura
**Sent:** Friday, September 9, 2022 9:50 AM
**To:** Lindsey Pittman <lpittman@traceylawfirm.com>
**Cc:** Daniel Olivo <dolivo@traceylawfirm.com>
**Subject:** RE: Mark Mozzoni / 3M - Plaintiff's Deposition

Thank you!  Daniel, would you be able to help get Mr. Mozzoni scheduled?  Thank you!

 Laura Peterson • Senior Paralegal
601 Poydras Street, Suite 1850, New Orleans, LA 70130
o: 504-526-4327

**From:** Lindsey Pittman <lpittman@traceylawfirm.com>
**Sent:** Friday, September 9, 2022 9:45 AM
**To:** Peterson, Laura <LPeterson@thompsoncoe.com>
**Cc:** Daniel Olivo <dolivo@traceylawfirm.com>
**Subject:** RE: Mark Mozzoni / 3M - Plaintiff's Deposition

Oh it's no worries! I am not coordinating this one though – that is Daniel Olivo in our office. 😊

LINDSEY H. PITTMAN | PARALEGAL
Main 713.495.2333 Ext . 2327 | Direct 713.255.0809 | Fax 866.709.2333

**From:** Peterson, Laura <LPeterson@thompsoncoe.com>
**Sent:** Friday, September 9, 2022 9:38 AM
**To:** Lindsey Pittman <lpittman@traceylawfirm.com>
**Subject:** FW: Mark Mozzoni / 3M - Plaintiff's Deposition
**Importance:** High

Hi Lindsey!
I'm sorry to bother you on something else – but I was wondering if you knew anything about this Plaintiff?
Thank you!
Laura

 Laura Peterson • Senior Paralegal
601 Poydras Street, Suite 1850, New Orleans, LA 70130
o: 504-526-4327

2

**From:** Peterson, Laura <LPeterson@thompsoncoe.com>
**Sent:** Thursday, September 8, 2022 10:37 AM
**To:** 3M@traceylawfirm.com; dolivo@traceylawfirm.com; stracey@traceylawfirm.com; rking@traceylawfirm.com
**Cc:** Peterson, Laura <LPeterson@thompsoncoe.com>
**Subject:** RE: Mark Mozzoni / 3M - Plaintiff's Deposition
**Importance:** High

Good morning!

I wanted to follow-up on the below.  Please let me know.

Thank you!

Laura



Laura Peterson • Senior Paralegal
601 Poydras Street, Suite 1850, New Orleans, LA 70130
o: 504-526-4327

**From:** Peterson, Laura
**Sent:** Wednesday, September 7, 2022 12:07 PM
**To:** 3M@traceylawfirm.com; dolivo@traceylawfirm.com; stracey@traceylawfirm.com; rking@traceylawfirm.com
**Subject:** RE: Mark Mozzoni / 3M - Plaintiff's Deposition
**Importance:** High

Good afternoon!  Please let me know what date(s) might work for Mr. Mozzoni as soon as possible.
Thank you!



Laura Peterson • Senior Paralegal
601 Poydras Street, Suite 1850, New Orleans, LA 70130
o: 504-526-4327

**From:** Peterson, Laura
**Sent:** Tuesday, September 6, 2022 3:37 PM
**To:** 3M@traceylawfirm.com; dolivo@traceylawfirm.com; stracey@traceylawfirm.com; rking@traceylawfirm.com
**Cc:** Peterson, Laura <LPeterson@thompsoncoe.com>

**Subject:** RE: Mark Mozzoni / 3M - Plaintiff's Deposition
**Importance:** High

Good afternoon!

I wanted to follow-up on the below.

Thank you!

Laura

 Laura Peterson • Senior Paralegal
601 Poydras Street, Suite 1850, New Orleans, LA 70130
o: 504-526-4327

---

**From:** Peterson, Laura
**Sent:** Friday, September 2, 2022 12:39 PM
**To:** 3M@traceylawfirm.com; dolivo@traceylawfirm.com; stracey@traceylawfirm.com; rking@traceylawfirm.com;
Peterson, Laura <LPeterson@thompsoncoe.com>
**Subject:** RE: Mark Mozzoni / 3M - Plaintiff's Deposition

Good afternoon!

I'm writing to request new dates for Mr. Mozzoni's deposition which was originally scheduled on August 24.  Please let me know as soon as possible.

Thank you!

Laura

 Laura Peterson • Senior Paralegal
601 Poydras Street, Suite 1850, New Orleans, LA 70130
o: 504-526-4327

---

**From:** Peterson, Laura <LPeterson@thompsoncoe.com>
**Sent:** Thursday, July 14, 2022 12:51 PM
**To:** 3M@traceylawfirm.com; dolivo@traceylawfirm.com; stracey@traceylawfirm.com; rking@traceylawfirm.com
**Subject:** RE: Mark Mozzoni / 3M - Plaintiff's Deposition

Please find attached an Amended Notice for Mr. Mozzoni.  The only change is the addition of Exhibit A, which I neglected to add to the original notice.

Thank you!

Laura

 Laura Peterson • Senior Paralegal
601 Poydras Street, Suite 1850, New Orleans, LA 70130
o: 504-526-4327

---

**From:** Peterson, Laura <LPeterson@thompsoncoe.com>
**Sent:** Tuesday, July 5, 2022 1:18 PM
**To:** 3M@traceylawfirm.com; dolivo@traceylawfirm.com; stracey@traceylawfirm.com; rking@traceylawfirm.com
**Subject:** RE: Mark Mozzoni / 3M - Plaintiff's Deposition

Good afternoon!

It's my understanding that your firm has confirmed Mr. Mozzoni's deposition for August 24 at 9 a.m.  Please let me know if that is not correct.

I am attaching the notice of deposition for Mr. Mozzoni for August 24 at 9 a.m.

Thank you!

Laura

 Laura Peterson • Senior Paralegal
601 Poydras Street, Suite 1850, New Orleans, LA 70130
o: 504-526-4327

---

**From:** Peterson, Laura
**Sent:** Wednesday, June 29, 2022 4:43 PM
**To:** 3M@traceylawfirm.com; dolivo@traceylawfirm.com; stracey@traceylawfirm.com; rking@traceylawfirm.com
**Subject:** Mark Mozzoni / 3M - Plaintiff's Deposition

Good afternoon!

I'm writing to set Mr. Mozzoni's deposition.  I believe the tentative date was set at August 24 at 9 am.  I didn't know if that would work for everyone, or if you would like to propose additional dates?

Thank you!

Laura



Laura Peterson • Senior Paralegal
601 Poydras Street, Suite 1850, New Orleans, LA 70130
o: 504-526-4327

**Confidentiality Notice:** This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information exempt from disclosure under applicable law. Unauthorized review, use, disclosure, or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy the original and all copies of the message. Thank you.

Tax Advice Disclosure: Any U.S. federal tax advice contained in this communication, including any attachment(s), unless expressly stated otherwise, was and is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.