**From:** Bess DeVaughn <bdevaughn@douglasandlondon.com>
**Date:** August 31, 2022 at 3:02:39 PM EDT
**Subject: RE: Wave 3 Plaintiff's' Depositions**

Roy- feel free to go to the court. I won't stand for these threatening emails. You've sent me two emails in two days. In contrast- I've asked you repeatedly for weeks for dates for depositions, and you refused to respond during the stay even though it didn't apply to 3M. I won't have you set arbitrary deadlines or send demanding emails. We have until October to get these depositions taken. I am busy this week and will get back to you next week. You should've responded to my emails weeks ago.

**From:** Roy Viola Jr. <rviola@grsm.com>
**Sent:** Wednesday, August 31, 2022 1:57 PM
**To:** Bess DeVaughn <BDeVaughn@douglasandlondon.com>
**Cc:** Michelle Burke <michelleburke@grsm.com>
**Subject:** Wave 3 Plaintiff's' Depositions

Bess,

Second request for dates as per my last email. Please provide by tomorrow to avoid having to address the issue with the Court. Thanks.

    **Roy F. Viola, Jr.**
    201-230-6015

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**

**YOUR 50 STATE PARTNER®**

http://www.grsm.com

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.