**From:** "Roy Viola Jr." <rviola@grsm.com>
**Date:** September 20, 2022 at 12:29:24 PM EDT
**To:** vanello@douglasandlondon.com
**Cc:** Michelle Burke <michelleburke@grsm.com>
**Subject: Re: 3M - Wave 3 - Plaintiff's Depositions**

 Folks,

We're getting kind of towards the end of the earth. Set forth in the CMO. Can we please have dates for the other plaintiffs in your group?

> **Roy F. Viola, Jr.**
> 201-230-6015
>
>
> On Sep 12, 2022, at 11:16 AM, Roy Viola Jr. <rviola@grsm.com> wrote:
>
>
> Virginia,
>
> Good morning.  Michelle and I are handling plaintiffs Gray, Giroux, Goodnough, Greer, Gwaltney, Hall and Fout. Bess had promised us deposition dates last week, but circumstances obviously negated that.  Would you please give us some dates to complete these before the October deadline?  Thanks in advance for your anticipated cooperation.
>
> ---
>
> **ROY F. VIOLA JR.** (He/Him/His)  |  Partner
>
> **GORDON REES SCULLY MANSUKHANI**
> **YOUR 50 STATE PARTNER®**
>
> 18 Columbia Turnpike, Suite 220
> Florham Park, NJ 07932
> D: 973-549-2552  |  rviola@grsm.com

1

www.grsm.com
vCard