**From:** Roy Viola Jr. <rviola@grsm.com>
**Sent:** Thursday, September 15, 2022 6:09 PM
**To:** Elizabeth Hiller <ehiller@douglasandlondon.com>
**Cc:** Virginia Anello <vanello@douglasandlondon.com>; Robert Klap <rklap@douglasandlondon.com>; Michelle Burke <michelleburke@grsm.com>; Savannah Markham <smarkham@douglasandlondon.com>
**Subject:** Re: 3M - Wave 3 - Plaintiff Depositions

Folks,

Any further word on dates for Goodnough, Hall, Giroux and Fout?

>    **Roy F. Viola, Jr.**
>    201-230-6015

On Sep 14, 2022, at 12:33 PM, Elizabeth Hiller <ehiller@douglasandlondon.com> wrote:

We will consider these two dates confirmed and await Notice and Zoom instructions.

Mr. Gray is available for a deposition on September 21, 2022 starting at 4:30 pm ET. Please let us know if you would like to confirm Mr. Gray's deposition at that date and time.

**From:** Roy Viola Jr. <rviola@grsm.com>
**Sent:** Wednesday, September 14, 2022 12:19 PM
**To:** Elizabeth Hiller <ehiller@douglasandlondon.com>
**Cc:** Virginia Anello <vanello@douglasandlondon.com>; Robert Klap <rklap@douglasandlondon.com>; Michelle Burke <michelleburke@grsm.com>; Savannah Markham <smarkham@douglasandlondon.com>
**Subject:** Re: 3M - Wave 3 - Plaintiff Depositions

We will accept those two. Thanks very much for working on the others.

**Roy F. Viola, Jr.**
201-230-6015

On Sep 14, 2022, at 12:14 PM, Elizabeth Hiller <ehiller@douglasandlondon.com> wrote:

Roy,

Mr. Gwaltney is available for a deposition on September 23, 2022 starting at 11:00 am ET.

Mr. Greer is available for a deposition on September 28, 2022 starting at 10:30 am ET.

Please let us know if you will be confirming these depositions on these dates.

We are actively working on getting dates for the other cases (Gray, Giroux, Goodnough, and Fout), and will get back to you on a rolling basis as soon as we have information about these plaintiffs' schedules.

All the best,
Elizabeth

**From:** Roy Viola Jr. <rviola@grsm.com>
**Sent:** Wednesday, September 14, 2022 12:02 PM

**To:** Elizabeth Hiller <ehiller@douglasandlondon.com>
**Cc:** Virginia Anello <vanello@douglasandlondon.com>; Robert Klap <rklap@douglasandlondon.com>; Michelle Burke <michelleburke@grsm.com>; Savannah Markham <smarkham@douglasandlondon.com>
**Subject:** Re: 3M - Wave 3 - Plaintiff Depositions

Good afternoon everyone,

Do you have dates for the group of plaintiffs Michelle and I are handling? Thanks for your anticipated response.

    **Roy F. Viola, Jr.**
    201-230-6015

On Sep 12, 2022, at 12:34 PM, Elizabeth Hiller <ehiller@douglasandlondon.com> wrote:

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly proh bited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE PARTNER®**
http://www.grsm.com

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.