| From: | Susan Robinson <SRobinson@tcspllc.com> |
|---|---|
| Sent: | Thursday, September 22, 2022 1:00 PM |
| To: | Virginia Anello |
| Cc: | Randy Janis; Sara Castronuova; Katelyn Ashton; aellsayed@douglasandlondon.com; rklap@douglasandlondon.com; olevy@douglasandlondon.com; rjanis@douglasandlondon.com; mlondon@douglasandlondon.com; aaccettella@douglasandlondon.com; 3MLitigation; Chris Morris |
| Subject: | Wave 3 Douglas and London unresponsive plaintiffs |

Hi Virginia and all-

I hope everyone is hanging in there and doing well.

I understand from communications I was copied on yesterday that your firm has lost contact with the below plaintiffs and, as a result, despite multiple attempts on the part of the defense teams to schedule depositions for these folks, we have been unable to do so. As the October 11 deadline for plaintiff depositions is right around the corner, we plan to file show cause motions for these plaintiffs as we have in prior waves for plaintiffs who have not cooperated in scheduling their depositions. Please let me know if the circumstances below have changed for any of these individuals or if you would like to discuss further.

Thanks, Susan

| Plaintiff ID | _Wave | _Deponent Name | D&L notes | |
|---|---|---|---|---|
| 109631 | Wave 3 | Fout, Luke | Unresponsive; we will move to be relieved | |
| 110218 | Wave 3 | Hall, Craig | Unresponsive; we will move to be relieved | |
| 110339 | Wave 3 | Harshman, Bryan | Unresponsive; we will move to be relieved | On MTSC filed 9.21.22 |
| 111082 | Wave 3 | Joy, Benjamin | Unresponsive; we will move to be relieved | On MTSC filed 9.21.22 |
| 115125 | Wave 3 | Vick, Rocky | Unresponsive; we will move to be relieved | |

**Susan M. Robinson**

Managing Partner

Thomas Combs & Spann, PLLC

300 Summers Street, Suite 1380|P.O. Box 3824|Charleston WV 25338-3824

304-414-1808 (Direct)|304-414-1800 (Office)

srobinson@tcspllc.com | www.tcspllc.com

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.