**From:** Bernadette Catalana <BCatalana@mgmlaw.com>
**Sent:** Thursday, September 1, 2022 10:59 AM
**To:** Sara Castronuova <scastronuova@douglasandlondon.com>; Randy Janis <rjanis@douglasandlondon.com>; Virginia Anello <vanello@douglasandlondon.com>; Alicia Ellsayed <aellsayed@douglasandlondon.com>; Robert Klap <rklap@douglasandlondon.com>; Anne Accettella <aaccettella@douglasandlondon.com>; Bess DeVaughn <bdevaughn@douglasandlondon.com>
**Cc:** Lauren Walker <LWalker@mgmlaw.com>; Kari Sutherland <Kari.Sutherland@butlersnow.com>; Susan Robinson <srobinson@tcspllc.com>; Sheena Edwards <Sheena.Edwards@butlersnow.com>
**Subject:** 3M CBA Wave 3 Douglas and London Plaintiff Depositions that need to be scheduled
**Importance:** High

Good morning.

I hope all of you are well and getting ready for a fun weekend! In the meantime, we provide the list below of Wave 3 Douglas and London Plaintiffs that we need to schedule for deposition. As we indicated when we were working on scheduling before the pause, we intend to depose current spouses/live-in partners and would like to do so on the same day as, or on a consecutive day with, the plaintiff. Please let us know availability at your earliest convenience. We will strive to accept any date you provide before the deadline.   Thank you.

- Burton, Noah
- Cunningham, Logan
- Dachoute, Pierre
- Moore, Melvin (& spouse Jeeyophorn Moore)
- Parker, Jeramie
- Parker, Robert (Deceased)
- Pizana, Robert
- Pratt, Christopher (& spouse Jennifer Pratt)
- Putman, Phillip (& spouse Lydia Putman)
- Rogers, Tyler
- Rowley, Steven
- Ruggero, Samuel
- Shapardon, Chris
- Skaggs, Daniel
- Torrez, Daniel
- Vick, Rocky
- Waters, Derek

**Bernadette Catalana** | Partner
she/her/hers *What's this?*
MG+M The Law Firm
14 Wall Street, 28th Floor, New York, NY 10005
Phone: 585 734 7087 | Fax: 618-607-5299
BCatalana@mgmlaw.com | www.mgmlaw.com

Boston | Chicago | Hattiesburg | Irvine | Los Angeles | Madison County/St. Louis |
Miami | New Orleans | New York | Providence | San Francisco | Walnut Creek | Wilmington





Infectious Disease Counseling + Litigation
READ MORE

This e-mail message (including attachments) is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or confidential information. If you have received this message in error, or are not the named recipient(s), please delete it without distributing or copying and immediately notify the sender at 617 670 8800, or by return e-mail. Access by any other party is unauthorized without the express prior written permission of the sender. Any tax advice contained in this communication, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties, or promoting, marketing or recommending to another party any tax-related transaction or matter addressed herein. We take steps to protect against viruses but advise you to carry out your own checks and precautions as we accept no liability for any which remain here!