| | |
|---|---|
| **From:** | Phil Terrazzino <phil@tkklaw.com> |
| **Sent:** | Wednesday, September 28, 2022 11:42 AM |
| **To:** | Chris Morris; Drey Russell; Charlie Cascino |
| **Subject:** | RE: 3M Combat Arms Earplug Products Liability Litigation - Missing Initial Disclosures |

Hi Chris-

I will have the discovery responses by Friday morning.

Thank you

**From:** Chris Morris <Chris.Morris@butlersnow.com>
**Sent:** Wednesday, September 28, 2022 11:37 AM
**To:** Phil Terrazzino <phil@tkklaw.com>; Drey Russell <Drey.Russell@butlersnow.com>; Charlie Cascino <charlie@tkklaw.com>
**Subject:** RE: 3M Combat Arms Earplug Products Liability Litigation - Missing Initial Disclosures

Hi Phil,

Did you have any luck with these discovery responses? I wanted to give you a heads up that our motions team will likely include this case on a MTSC that is going to be filed sometime next week if we don't have the responses by then.

Thanks,

**Christopher D. Morris**
**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Chris.Morris@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** Chris Morris
**Sent:** Monday, September 26, 2022 2:46 PM
**To:** 'Phil Terrazzino' <phil@tkklaw.com>; Drey Russell <Drey.Russell@butlersnow.com>; Charlie Cascino <charlie@tkklaw.com>
**Subject:** RE: 3M Combat Arms Earplug Products Liability Litigation - Missing Initial Disclosures

Hi Phil,

I believe Drey is inquiring about the Initial Disclosures that are due under the wave PTO. I just checked Mr. Lee's MDL-C file, and I do not see them in there. Also, I emailed you and Charlie about some ROG responses that I believe are missing (see attached). Can you please let us know the status of the initial disclosures and ROG responses? I'm happy to hop on a call to discuss if that would help.

Thanks,

**Christopher D. Morris**
**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Chris.Morris@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Phil Terrazzino <phil@tkklaw.com>
**Sent:** Friday, September 23, 2022 2:57 PM
**To:** Drey Russell <Drey.Russell@butlersnow.com>; Charlie Cascino <charlie@tkklaw.com>
**Cc:** Chris Morris <Chris.Morris@butlersnow.com>
**Subject:** RE: 3M Combat Arms Earplug Products Liability Litigation - Missing Initial Disclosures

We have answered all discovery in this case.  Can you let me know what specifically you are looking for?

Thank you,

Phil


Philip Terrazzino
Tomasik Kotin Kasserman
161 North Clark Street, Suite 3050
Chicago, Illinois 60601
T: (312) 605-8800
F: (312) 605-8808
phil@tkklaw.com
www.tkklaw.com



---

**From:** Drey Russell <Drey.Russell@butlersnow.com>
**Sent:** Friday, September 23, 2022 2:08 PM
**To:** Phil Terrazzino <phil@tkklaw.com>; Charlie Cascino <charlie@tkklaw.com>
**Cc:** Chris Morris <Chris.Morris@butlersnow.com>
**Subject:** 3M Combat Arms Earplug Products Liability Litigation - Missing Initial Disclosures

Billy Joel Lee - 116355

To whom it may concern:

As you know, Case Management Order No. 47 (Wave Order #3) (the "Order") requires Plaintiffs to submit Initial Disclosures through MDL Centrality "at least 10 days prior [to] the respective Plaintiff's deposition."  Wave Order #3 § I.7.  According to our records, the above-referenced Plaintiff's depositions are confirmed for September 29, 2022 but the Plaintiff failed to timely provide Initial Disclosures.

Given the tight timeframe under which we are operating, we request that this non-compliance be remedied immediately.  By no later than COB tomorrow, we request that your client remedy their non-compliance with the Order by providing Initial Disclosures.

Please feel free to contact me if you believe that you received this message in error or if you have any questions.  Thank you for your attention to this matter.

Thanks,

Drey

**Deondrey Rashad Russell**
**Butler Snow LLP**

D: (601) 985-4572 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Drey.Russell@butlersnow.com | vCard | Bio

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.