UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to:*<br>the Master Docket and<br>*Hamilton v. 3M Co., et al.,* No. 3:22-cv-19081<br>*Paucke v. 3M Co., et al.,* No. 3:22-cv-19076 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Edward Marcowitz, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1. I reside in New Jersey and am not a resident of the State of Florida. I am admitted to practice, and am a member in good standing, of the state bar of New York.

2. A copy of the Certificate of Good Standing from the Bar of the State of New York, dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Pursuant to Pretrial Order No. 3, and Local Rule 11.1, I have successfully completed both the online Local Rules tutorial exam, confirmation number FLND16644158236829, and the CM/ECF online tutorial.

4. I am submitting to the Clerk, along with this application, the required

1

$208.00 *pro hac vice* admission fee.

5. I have an upgraded my PACER account to "NextGen," and I am familiar with the CM/ECF e-filing system.

6. I will file a Notice of Appearance in the master case, *In re: 3M Combat Arms Earplug Products Liability litigation*, No. 3:19-md-2885 (MCR)(GRJ).

7. I am the attorney of record, and will file a Notice of Appearance, in each of the following cases: *Hamilton v. 3M Co., et al.*, No. 3:22-cv-19081, and *Paucke v. 3M Co., et al.*, No. 3:22-cv-19076.

8. Upon admission, I respectfully request that I be provided Notice of Electronic Filings to the following email addresses: ed@marcowitzlaw.com.

**WHEREFORE**, Edward Marcowitz respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case filings to the undersigned.

Dated: October 3, 2022

                                       Respectfully submitted,

                                       */s/ Edward Marcowitz*
                                       Edward Marcowitz (NY-2451326)
                                       THE MARCOWITZ LAW FIRM, PLLC
                                       225 Broadway, 3rd Floor
                                       New York, NY 10007
                                       Ph: (718) 529-4040
                                       Fax: (212) 214-0598
                                       Email: ed@marcowitzlaw.com
                                       *Attorney for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2022, I caused the foregoing Motion to Appear *Pro Hac Vice* to be electronically filed with the Clerk of Court using the CM/ECF system and served electronically on all counsel of record.

>  */s/ Edward Marcowitz*
>  Edward Marcowitz