# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>*Malcolm Ernisse v. 3M Company, et al.*<br>(Wave 2) | MDL No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>Civil Case No. 8:20-cv-14294 |

## BARRETT BECK'S MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Barrett W. Beck, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing with the State Bar of Texas. Movant is also admitted to practice before the U.S. District Court for the Southern District of Texas and the U.S. District Court for the Eastern Districts of Texas. Movant is currently a member in good standing in all such courts. A copy of a Certificate of Good Standing from the State Bar of Texas dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16648170866844 and completed the CM/ECF Online Tutorials.

4. Movant has submitted to the Clerk the required $208.00 pro hac vice admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents Plaintiff Malcolm Ernisse.

WHEREFORE, Barrett Beck respectfully requests that this Court enter an Order granting Barrett Beck's Motion to Appear *Pro Hac Vice* in this case.

Dated: October 3, 2022

> Respectfully submitted,
>
> */s/ Barrett W. Beck*
> **Barrett W. Beck**
> Texas Bar No. 24103837
> FLEMING NOLEN & JEZ, LLP
> 2800 Post Oak Blvd., Suite 4000
> Houston, Texas 77056
> Telephone: (713) 621-7944
> Facsimile: (713) 621-9638
> bbeck@fleming-law.com
>
> ***Counsel for Plaintiff Malcolm Ernisse***

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 3, 2022, this Motion was served on all counsel of record via the Court's CM/ECF filing system, which provides electronic notice of filings to all registered users.

                                        */s/ Barrett W. Beck*
                                        **Barrett W. Beck**

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

October 03, 2022

Re: Barrett Beck, State Bar Number 24103837

To Whom It May Concern:

This is to certify that Barrett Beck was licensed to practice law in Texas on May 01, 2017, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,



Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167

EXHIBIT A