**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL No. 3:19-md-2885 |
| | Judge M. Casey Rodgers |
| | Magistrate Judge Gary R. Jones |
| *This document relates to:* *Malcolm Ernisse v. 3M Company, et al.* (Wave 2) | Civil Case No. 8:20-cv-14294 |

**ORDER GRANTING BARRETT BECK'S MOTION TO APPEAR**
***PRO HAC VICE***

Barrett Beck's for Motion to Appear *Pro Hac Vice* in the above-captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing with the State Bar of Texas and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Barrett William Beck |
| Firm Name: | Fleming, Nolen & Jez, LLP |
| Address: | 2800 Post Oak Boulevard, Suite 4000 |
| City/State/Zip: | Houston, Texas 77056 |
| Telephone: | (713) 621-7944 |
| Fax: | (713) 621-9638 |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the Plaintiff in the above-captioned action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Northern District of Florida. All attorneys appearing before this Court are subject to the Local Rules of this

Court, including the rules governing discipline of attorneys.

Dated: _____     _____
                                **United States District Judge**