# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*All Wave 1 Cases Listed on Attached Exhibit B* | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## PLAINTIFFS' LEADERSHIP'S MOTION FOR OMNIBUS FILING ON BEHALF OF WAVE 1 REMAND PLAINTIFFS FOR SUMMARY JUDGMENT ON 3M COMPANY'S FULL AND INDEPENDENT LIABILITY FOR CAEv2-RELATED INJURIES

Plaintiffs' Court-Appointed Lead and Co-Lead Counsel hereby move this Court for entry of an Omnibus Motion for Summary Judgment on 3M Company's Successor Liability for CAEV2 Injuries ("MSJ") to be filed in all Wave 1 Remand cases. The MSJ is attached hereto as Exhibit A. The list of active Wave 1 Remand cases is attached hereto as Exhibit B.

DATED:  October 4, 2022  By  /s/ Bryan F. Aylstock
Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

Shelley V. Hutson, Co-Lead Counsel
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
CLARK, LOVE & HUTSON, GP
440 Louisiana Street, Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com

Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
SEEGER WEISS LLP
77 Water Street, 8th Floor
New York, NY 10005
Tel.: (212) 587-0700
cseeger@seegerweiss.com

Adam B. Wolfson, Executive Committee
(Admitted Pro Hac Vice)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel.: (213) 443-3000
adamwolfson@quinnemanuel.com

*Counsel for Plaintiffs*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)**

I hereby certify that pursuant to Local Rule 7.1(B), Plaintiffs reached out to Defendants during scheduled meet-and-confer calls on September 21, 2022, with Special Master Herndon and on September 27, 2022, with Special Master Theis. They are opposed to this Motion for Omnibus Filing on Behalf of All Wave 1 Plaintiffs for Summary Judgment on 3M Company's Full and Independent Liability for CAEv2-Related Injuries.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2022, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

*/s/ Bryan F. Aylstock*