# EXHIBIT B

| Plaintiff ID | Plaintiff Name | Law Firm Name | Wave | Active Docket Case Number |
|---|---|---|---|---|
| 3187 | Larry Hains | Justinian & Associates PLLC | CMO 31 | 8:20-cv-33202-MCR-GRJ |
| 3302 | George Wood | Justinian & Associates PLLC | CMO 31 | 8:20-cv-33407-MCR-GRJ |
| 4730 | Carl Barker | Motley Rice, LLC | CMO 31 | 7:20-cv-42913-MCR-GRJ |
| 4967 | James Rollins | Thornton Law Firm | CMO 31 | 7:20-cv-00328-MCR-GRJ |
| 5218 | Kristopher Gromacki | Morgan & Morgan | CMO 31 | 8:20-cv-21119-MCR-GRJ |
| 5784 | Matthew Grey | Reich and Binstock, LLP | CMO 31 | 7:20-cv-01610-MCR-GRJ |
| 5862 | Halimah Jumanah | Reich and Binstock, LLP | CMO 31 | 7:20-cv-01913-MCR-GRJ |
| 5893 | Jeremy Lacey | Reich and Binstock, LLP | CMO 31 | 7:20-cv-02027-MCR-GRJ |
| 5936 | Sophia Marinakes | Reich and Binstock, LLP | CMO 31 | 7:20-cv-02359-MCR-GRJ |
| 5960 | Robert Medders | Reich and Binstock, LLP | CMO 31 | 7:20-cv-02389-MCR-GRJ |
| 6087 | Shanika Roper | Reich and Binstock, LLP | CMO 31 | 7:20-cv-02945-MCR-GRJ |
| 6223 | Joshua Weisman | Reich and Binstock, LLP | CMO 31 | 7:20-cv-03569-MCR-GRJ |
| 6330 | Kennedy Scott | Preuss | Foster | CMO 31 | 8:20-cv-05045-MCR-GRJ |
| 6514 | Rob Brachear | Stueve Siegel Hanson | CMO 31 | 7:20-cv-43827-MCR-GRJ |
| 6727 | Justin Davis | Stueve Siegel Hanson | CMO 31 | 7:20-cv-44232-MCR-GRJ |
| 6955 | Ryan Goyings | Stueve Siegel Hanson | CMO 31 | 7:20-cv-45600-MCR-GRJ |
| 7225 | Jeremy King | Stueve Siegel Hanson | CMO 31 | 7:20-cv-46701-MCR-GRJ |
| 7460 | Hector Medina | Stueve Siegel Hanson | CMO 31 | 7:20-cv-47037-MCR-GRJ |
| 7510 | Christopher Morgan | Stueve Siegel Hanson | CMO 31 | 7:20-cv-47097-MCR-GRJ |
| 7589 | Joshua Ozment | Stueve Siegel Hanson | CMO 31 | 7:20-cv-47155-MCR-GRJ |
| 7668 | Thadd Pooler | Stueve Siegel Hanson | CMO 31 | 7:20-cv-47213-MCR-GRJ |
| 7964 | Ahmed Tamam | Stueve Siegel Hanson | CMO 31 | 7:20-cv-48133-MCR-GRJ |
| 8557 | David Ortiz | Law Offices of Peter G. Angelos, P.C. | CMO 31 | 7:20-cv-47809-MCR-GRJ |
| 8616 | Lovie Robinson | Law Offices of Peter G. Angelos, P.C. | CMO 31 | 7:20-cv-48014-MCR-GRJ |
| 8850 | Jobe Hannan | Law Offices of Peter G. Angelos, P.C. | CMO 31 | 7:20-cv-47804-MCR-GRJ |
| 8853 | Matthew Hardman | Law Offices of Peter G. Angelos, P.C. | CMO 31 | 7:20-cv-47817-MCR-GRJ |
| 9260 | Michael Cline | Law Offices of Peter G. Angelos, P.C. | CMO 31 | 7:20-cv-48703-MCR-GRJ |
| 9867 | George Smith | Berniard Law LLC | CMO 31 | 8:20-cv-33772-MCR-GRJ |
| 11267 | Michael Moretz | Levin Papantonio Rafferty | CMO 31 | 7:20-cv-00605-MCR-GRJ |
| 11269 | David Masters | Levin Papantonio Rafferty | CMO 31 | 7:20-cv-00607-MCR-GRJ |
| 11320 | Raymond Stanfield | Levin Papantonio Rafferty | CMO 31 | 7:20-cv-00668-MCR-GRJ |
| 11470 | Brett Davis | Levin Papantonio Rafferty | CMO 31 | 7:20-cv-00842-MCR-GRJ |
| 12240 | Joshua Rader | McDonald Worley | CMO 31 | 7:20-cv-01734-MCR-GRJ |
| 12634 | Justin Rice | McSweeney/Langevin LLC | CMO 31 | 7:20-cv-58665-MCR-GRJ |
| 14232 | Fabion Medhanie | Sommers Schwartz | CMO 31 | 8:20-cv-05659-MCR-GRJ |
| 14265 | Stuart Tate | The Cochran Firm - Dothan | CMO 31 | 8:20-cv-16907-MCR-GRJ |
| 16095 | Marquette Bowie | Simmons Hanly Conroy | CMO 31 | 7:20-cv-66592-MCR-GRJ |
| 16742 | George Maness | Johnson Becker | CMO 31 | 7:20-cv-43781-MCR-GRJ |
| 17403 | Jeremy Chapman | Murphy Law Firm | CMO 31 | 7:20-cv-82261-MCR-GRJ |
| 18184 | Daniel Ortiz | Murphy Law Firm | CMO 31 | 7:20-cv-99631-MCR-GRJ |
| 18274 | Shawn Bobbe | Saltz, Mongeluzzi, Barrett & Bendesky, P.C. | CMO 31 | 7:20-cv-42194-MCR-GRJ |
| 19034 | Charles Mclean | Pulaski Law Firm, PLLC | CMO 31 | 7:20-cv-08445-MCR-GRJ |
| 19526 | Stephen Barnes | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-84303-MCR-GRJ |
| 19847 | Bobbi Braden | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-85660-MCR-GRJ |
| 20048 | Benjamin Burns | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-86068-MCR-GRJ |
| 20254 | Charles Chafin | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-88003-MCR-GRJ |
| 20283 | Rick Chavez | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-88312-MCR-GRJ |
| 20450 | Sherri Coons | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-88665-MCR-GRJ |
| 20521 | Jack Craig | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-89249-MCR-GRJ |
| 21258 | Randal Forrester | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-93326-MCR-GRJ |
| 21386 | Carlos Garcia Martinez | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-93848-MCR-GRJ |
| 21724 | Damien Hage | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-94286-MCR-GRJ |
| 21965 | Leeanna Henson | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-94097-MCR-GRJ |
| 22194 | Ricard Hulett | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-86391-MCR-GRJ |
| 22226 | Luke Hurst | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-86448-MCR-GRJ |
| 22308 | Melvin James | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-86874-MCR-GRJ |
| 22345 | Jerry Jessie | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-87333-MCR-GRJ |
| 22598 | Andrew Kinder | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-87861-MCR-GRJ |
| 23202 | Michael Maxwell | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-90012-MCR-GRJ |
| 23356 | Cameron Meadows | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-90359-MCR-GRJ |
| 23707 | Kendrick Nance | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-91107-MCR-GRJ |
| 24094 | Dusty Perry | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-92209-MCR-GRJ |
| 24605 | Charles Rodgers | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-92133-MCR-GRJ |
| 24630 | Octavio Rodriguez | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-92188-MCR-GRJ |
| 24763 | Scott Sabey | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-92523-MCR-GRJ |
| 25638 | Duwayne Tucker | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-94496-MCR-GRJ |
| 25789 | Joshuah Vogel | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-95553-MCR-GRJ |
| 25878 | Gregory Washington | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-96442-MCR-GRJ |
| 26042 | Cletis Wilbanks | Tracey & Fox Law Firm | CMO 31 | 7:20-cv-97387-MCR-GRJ |
| 26305 | Gary Wetherington | Pulaski Law Firm, PLLC | CMO 31 | 7:20-cv-14947-MCR-GRJ |
| 26428 | Colt Doyle | Pulaski Law Firm, PLLC | CMO 31 | 7:20-cv-15097-MCR-GRJ |
| 26670 | Shante Benfatto | Pulaski Law Firm, PLLC | CMO 31 | 7:21-cv-44503-MCR-GRJ |
| 26738 | Jerry Keener | Pulaski Law Firm, PLLC | CMO 31 | 7:20-cv-19110-MCR-GRJ |
| 26811 | Syed Raza | Pulaski Law Firm, PLLC | CMO 31 | 7:20-cv-19333-MCR-GRJ |
| 27460 | Robert Peeden | Pulaski Law Firm, PLLC | CMO 31 | 7:20-cv-03181-MCR-GRJ |
| 28545 | Corey Green | Pulaski Law Firm, PLLC | CMO 31 | 7:20-cv-04234-MCR-GRJ |
| 28744 | Tim Freeland | Pulaski Law Firm, PLLC | CMO 31 | 7:20-cv-05657-MCR-GRJ |

| Plaintiff ID | Plaintiff Name | Law Firm Name | Wave | Active Docket Case Number |
|---|---|---|---|---|
| 28864 | Mourad Kohail | Pulaski Law Firm, PLLC | CMO 31 | 7:20-cv-05811-MCR-GRJ |
| 29050 | Lee Herold | Pulaski Law Firm, PLLC | CMO 31 | 7:20-cv-06712-MCR-GRJ |
| 42947 | Robert Hellin | Clark, Love & Hutson PLLC | CMO 31 | 3:19-cv-02395-MCR-GRJ |
| 42949 | Christopher Blimka | Clark, Love & Hutson PLLC | CMO 31 | 7:20-cv-06868-MCR-GRJ |
| 43022 | Dominic Seman | Clark, Love & Hutson PLLC | CMO 31 | 3:19-cv-00819-MCR-GRJ |
| 43042 | Patrick Swartout | Clark, Love & Hutson PLLC | CMO 31 | 7:20-cv-07037-MCR-GRJ |
| 43103 | Dustin Alcorn | Keller Postman | CMO 31 | 7:20-cv-57916-MCR-GRJ |
| 43182 | Francis Ash | Keller Postman | CMO 31 | 7:20-cv-58164-MCR-GRJ |
| 43309 | Antonio Belmar | Keller Postman | CMO 31 | 7:20-cv-58932-MCR-GRJ |
| 43312 | Billy Belvin | Keller Postman | CMO 31 | 7:20-cv-58940-MCR-GRJ |
| 43668 | Marcos Castro | Keller Postman | CMO 31 | 7:20-cv-59326-MCR-GRJ |
| 44530 | Russell Hall | Keller Postman | CMO 31 | 7:20-cv-61734-MCR-GRJ |
| 44679 | Eugene Hernandez | Keller Postman | CMO 31 | 7:20-cv-61601-MCR-GRJ |
| 44821 | Nicholas Inclan | Keller Postman | CMO 31 | 7:20-cv-62099-MCR-GRJ |
| 45173 | Dwayne Lewis | Keller Postman | CMO 31 | 7:20-cv-63717-MCR-GRJ |
| 45695 | Justin Northern | Keller Postman | CMO 31 | 7:20-cv-64557-MCR-GRJ |
| 45998 | Charles Rataj | Keller Postman | CMO 31 | 7:20-cv-64733-MCR-GRJ |
| 46304 | Joshua Seymour | Keller Postman | CMO 31 | 7:20-cv-70529-MCR-GRJ |
| 46406 | Dorrell Smith | Keller Postman | CMO 31 | 7:20-cv-70656-MCR-GRJ |
| 46423 | Thaddeus Smith | Keller Postman | CMO 31 | 7:20-cv-70673-MCR-GRJ |
| 46676 | Aaron Tonderum | Keller Postman | CMO 31 | 7:20-cv-75490-MCR-GRJ |
| 46736 | Christopher Umberger | Keller Postman | CMO 31 | 7:20-cv-44106-MCR-GRJ |
| 46754 | Richard Valle | Keller Postman | CMO 31 | 7:20-cv-75821-MCR-GRJ |
| 46906 | Thomas White | Keller Postman | CMO 31 | 7:20-cv-76039-MCR-GRJ |
| 47563 | Angelica Rickert-Smith | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-08018-MCR-GRJ |
| 47783 | Joseph Dunham | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-08172-MCR-GRJ |
| 47899 | Zachary Henderson | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-08339-MCR-GRJ |
| 48591 | Moses Hunter | The Moody Law Firm | CMO 31 | 7:20-cv-44365-MCR-GRJ |
| 48727 | Leonel Hernandez | The Lanier Law Firm | CMO 31 | 7:20-cv-04391-MCR-GRJ |
| 48832 | Ryan Sevilla | The Lanier Law Firm | CMO 31 | 7:20-cv-04513-MCR-GRJ |
| 48938 | John Wilcox | The Lanier Law Firm | CMO 31 | 7:20-cv-04677-MCR-GRJ |
| 49323 | James Ingles | McCune Wright Arevalo | CMO 31 | 7:20-cv-52539-MCR-GRJ |
| 49422 | Mark Mingee | Sullivan Papain Block McGrath Coffinas & Cannavo P.C. | CMO 31 | 3:19-cv-02331-MCR-GRJ |
| 49510 | Gary Sanders | The Spencer Law Firm | CMO 31 | 7:20-cv-96392-MCR-GRJ |
| 50181 | Donald Autry | Bohrer Brady LLC | CMO 31 | 8:20-cv-09779-MCR-GRJ |
| 50999 | Brett Simonelli | Kirkendall Dwyer LLP | CMO 31 | 7:20-cv-66393-MCR-GRJ |
| 51875 | Maurizio Surdo | Mostyn Law | CMO 31 | 7:20-cv-86584-MCR-GRJ |
| 52717 | Daniel Weiermann | Peterson & Associates, P.C. | CMO 31 | 7:20-cv-67513-MCR-GRJ |
| 52964 | James Stevenson | Peterson & Associates, P.C. | CMO 31 | 7:20-cv-68632-MCR-GRJ |
| 52978 | Garrett Hooker | Peterson & Associates, P.C. | CMO 31 | 7:20-cv-69094-MCR-GRJ |
| 53328 | William Snowball | Peterson & Associates, P.C. | CMO 31 | 7:20-cv-69797-MCR-GRJ |
| 55379 | Sean Gillespie | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-05996-MCR-GRJ |
| 55539 | Marvin Eide | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-06381-MCR-GRJ |
| 55715 | Gary Tondre | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-06371-MCR-GRJ |
| 55738 | Remi Eagle | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-06507-MCR-GRJ |
| 55776 | Matthew Staples | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-06595-MCR-GRJ |
| 55935 | Brook Cummings | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-06887-MCR-GRJ |
| 55949 | Stacey Baggett | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-06896-MCR-GRJ |
| 55953 | Wayne Mitchell | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-71173-MCR-GRJ |
| 55978 | Carl Lewis | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-06899-MCR-GRJ |
| 55981 | Ronnie Lachappelle | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-06901-MCR-GRJ |
| 56088 | Patrick Racko | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-06973-MCR-GRJ |
| 56263 | Ronnie Jeffrey | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-07492-MCR-GRJ |
| 56354 | David Gutierrez | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-07379-MCR-GRJ |
| 56382 | Robert Smith | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-07486-MCR-GRJ |
| 57372 | Laveta Carney | The Gori Law Firm, P.C. | CMO 31 | 8:20-cv-27165-MCR-GRJ |
| 57467 | Rama Toulon | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-10791-MCR-GRJ |
| 57629 | Reeti Bhalla | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-10833-MCR-GRJ |
| 57709 | Christopher Berns | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-10965-MCR-GRJ |
| 57873 | Jorge Nunez | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-11126-MCR-GRJ |
| 58090 | Zachary Bishop | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-09899-MCR-GRJ |
| 58354 | Kenneth Deldeo | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-10030-MCR-GRJ |
| 58486 | Kieran Mcfadden | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-11443-MCR-GRJ |
| 58696 | Jeremy Files | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-10869-MCR-GRJ |
| 58855 | Andrew Mcdonald | The Gori Law Firm, P.C. | CMO 31 | 7:20-cv-11300-MCR-GRJ |
| 59858 | Richard Turner | Justinian & Associates PLLC | CMO 31 | 8:20-cv-33319-MCR-GRJ |
| 59909 | Dennis Latowski | The Law Office of L. Paul Mankin | CMO 31 | 8:20-cv-33526-MCR-GRJ |
| 60126 | Jon Acteson | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-09401-MCR-GRJ |
| 60151 | Sean Aikman | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-09425-MCR-GRJ |
| 60762 | David Brugger | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-10622-MCR-GRJ |
| 61045 | Jacob Washington | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-13428-MCR-GRJ |
| 61110 | Robert Coleman | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-13551-MCR-GRJ |
| 61311 | Billy Daniels | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-14285-MCR-GRJ |
| 61313 | Jason Daniels | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-14286-MCR-GRJ |
| 61540 | Daniel Dunker | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-15315-MCR-GRJ |
| 61797 | Marteze Ford | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-11278-MCR-GRJ |
| 61844 | Nathan Frei | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-11506-MCR-GRJ |

| Plaintiff ID | Plaintiff Name | Law Firm Name | Wave | Active Docket Case Number |
|---|---|---|---|---|
| 61949 | John Gentner | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-11424-MCR-GRJ |
| 62277 | Jeremy Harris | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-11833-MCR-GRJ |
| 62307 | Dennis Haskamp | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-11900-MCR-GRJ |
| 62332 | Adam Hazen | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-11879-MCR-GRJ |
| 62509 | Lakobi Hopson | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-12063-MCR-GRJ |
| 62629 | Ututoa Ino | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-12207-MCR-GRJ |
| 62686 | Joseph James | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-12243-MCR-GRJ |
| 62851 | Eric Jurich | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-13643-MCR-GRJ |
| 62923 | Keith Keough | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-14576-MCR-GRJ |
| 62995 | Chad Klotz | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-15014-MCR-GRJ |
| 63310 | Anthony Luzadder | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-18312-MCR-GRJ |
| 63363 | Sebastian Malikai | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-18386-MCR-GRJ |
| 63394 | Kyle Markel | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-18488-MCR-GRJ |
| 63957 | Joshua Noble | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-12555-MCR-GRJ |
| 64011 | Ronald Oldani | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-12731-MCR-GRJ |
| 64022 | Sean Olson | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-12655-MCR-GRJ |
| 64078 | Gloria Panaitov | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-12722-MCR-GRJ |
| 64102 | Robert Parshall | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-12817-MCR-GRJ |
| 64106 | James Parsons | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-12830-MCR-GRJ |
| 64501 | Josue Rios Cortes | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-13339-MCR-GRJ |
| 64605 | Jason Roller | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-13671-MCR-GRJ |
| 65225 | Paul Tacker | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-14629-MCR-GRJ |
| 65288 | Robert Theriot | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-14832-MCR-GRJ |
| 65489 | David Vejarano | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-15495-MCR-GRJ |
| 65778 | Tyrone Williams | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-15864-MCR-GRJ |
| 65843 | Eric Wolowicz | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-15985-MCR-GRJ |
| 65925 | Joseph Yruegas | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-16000-MCR-GRJ |
| 66365 | Charles Johnson | Bailey Cowan Heckaman PLLC | CMO 31 | 7:20-cv-54706-MCR-GRJ |
| 66561 | Charles Revelle | Bailey Cowan Heckaman PLLC | CMO 31 | 7:20-cv-56244-MCR-GRJ |
| 66600 | Jacob Sayre | Bailey Cowan Heckaman PLLC | CMO 31 | 7:20-cv-48946-MCR-GRJ |
| 66671 | Ryne Thomas | Bailey Cowan Heckaman PLLC | CMO 31 | 7:20-cv-49130-MCR-GRJ |
| 66703 | Dax Wallace | Bailey Cowan Heckaman PLLC | CMO 31 | 7:20-cv-49224-MCR-GRJ |
| 66727 | William Kaiser | Bailey Cowan Heckaman PLLC | CMO 31 | 7:20-cv-49295-MCR-GRJ |
| 68678 | Michael Douglas | Brent Coon & Associates | CMO 31 | 7:20-cv-71875-MCR-GRJ |
| 71486 | Christopher Gibbs | Watts Guerra, LLP | CMO 31 | 8:20-cv-25425-MCR-GRJ |
| 71697 | Ricardo Gutierrez De Pineres | Watts Guerra, LLP | CMO 31 | 8:20-cv-27196-MCR-GRJ |
| 72240 | Alvin Irizarry | Watts Guerra, LLP | CMO 31 | 8:20-cv-22444-MCR-GRJ |
| 72467 | Jason Kaeding | Watts Guerra, LLP | CMO 31 | 8:20-cv-23021-MCR-GRJ |
| 73143 | Brian Martin | Watts Guerra, LLP | CMO 31 | 8:20-cv-23838-MCR-GRJ |
| 73906 | Steve Pacheco | Watts Guerra, LLP | CMO 31 | 8:20-cv-25647-MCR-GRJ |
| 74710 | Daniel Schaaf | Watts Guerra, LLP | CMO 31 | 8:20-cv-24835-MCR-GRJ |
| 75383 | Nathan Taylor | Watts Guerra, LLP | CMO 31 | 8:20-cv-27891-MCR-GRJ |
| 76051 | Michael Woodruff | Watts Guerra, LLP | CMO 31 | 8:20-cv-33012-MCR-GRJ |
| 76441 | Matthew Eakes | FLEMING, NOLEN & JEZ, L.L.P | CMO 31 | 8:20-cv-14273-MCR-GRJ |
| 76525 | Andre Hill | FLEMING, NOLEN & JEZ, L.L.P | CMO 31 | 8:20-cv-14642-MCR-GRJ |
| 76612 | Rafael Medina | FLEMING, NOLEN & JEZ, L.L.P | CMO 31 | 8:20-cv-10065-MCR-GRJ |
| 77383 | Alton Holliday | Lieff Cabraser Heimann & Bernstein, LLP | CMO 31 | 7:20-cv-50319-MCR-GRJ |
| 77457 | William Darnell | Lieff Cabraser Heimann & Bernstein, LLP | CMO 31 | 7:20-cv-50731-MCR-GRJ |
| 78958 | Joseph Washington | Carey Danis & Lowe | CMO 31 | 7:20-cv-50199-MCR-GRJ |
| 79167 | Keith Bodiford | Heninger Garrison Davis, LLC | CMO 31 | 7:20-cv-50657-MCR-GRJ |
| 79277 | Dillon Cihak | Heninger Garrison Davis, LLC | CMO 31 | 7:20-cv-52440-MCR-GRJ |
| 79342 | Thomas Dawkins | Heninger Garrison Davis, LLC | CMO 31 | 7:20-cv-52704-MCR-GRJ |
| 79458 | Jamie Fresen | Heninger Garrison Davis, LLC | CMO 31 | 7:20-cv-53109-MCR-GRJ |
| 79577 | Kevin Hart | Heninger Garrison Davis, LLC | CMO 31 | 7:20-cv-53112-MCR-GRJ |
| 79771 | Ray Layne | Heninger Garrison Davis, LLC | CMO 31 | 7:20-cv-53873-MCR-GRJ |
| 80791 | Johnny Mcallister | Holland Law Firm | CMO 31 | 7:20-cv-84873-MCR-GRJ |
| 80798 | Michael Mcroberts | Holland Law Firm | CMO 31 | 7:20-cv-84454-MCR-GRJ |
| 80858 | Joseph Powell | Holland Law Firm | CMO 31 | 7:20-cv-84674-MCR-GRJ |
| 81316 | Brian Fay | Shunnarah Vail Trial Attorneys, P.C. | CMO 31 | 8:20-cv-16535-MCR-GRJ |
| 81483 | Colin Whitebird | Shunnarah Vail Trial Attorneys, P.C. | CMO 31 | 8:20-cv-17939-MCR-GRJ |
| 81707 | Angela Greening | Seeger Weiss LLP | CMO 31 | 7:20-cv-16227-MCR-GRJ |
| 82113 | Daniel Engel | Seeger Weiss LLP | CMO 31 | 7:20-cv-17043-MCR-GRJ |
| 82379 | Frederick Killian | Seeger Weiss LLP | CMO 31 | 7:20-cv-16899-MCR-GRJ |
| 82444 | Ilon Crittenden | Seeger Weiss LLP | CMO 31 | 7:20-cv-17260-MCR-GRJ |
| 82560 | Jason Detten | Seeger Weiss LLP | CMO 31 | 7:20-cv-18046-MCR-GRJ |
| 82626 | Jeremiah Walton | Seeger Weiss LLP | CMO 31 | 7:20-cv-18143-MCR-GRJ |
| 82997 | Luke Hammond | Seeger Weiss LLP | CMO 31 | 7:20-cv-17824-MCR-GRJ |
| 83199 | Neil Rosales | Seeger Weiss LLP | CMO 31 | 7:20-cv-18790-MCR-GRJ |
| 83229 | Patrick Allen | Seeger Weiss LLP | CMO 31 | 7:20-cv-18848-MCR-GRJ |
| 83579 | Ted Bradley | Seeger Weiss LLP | CMO 31 | 7:20-cv-17104-MCR-GRJ |
| 83614 | Thomas Radford | Seeger Weiss LLP | CMO 31 | 7:20-cv-17222-MCR-GRJ |
| 83732 | William Elger | Seeger Weiss LLP | CMO 31 | 7:20-cv-17588-MCR-GRJ |
| 83969 | Dustin Bagwell | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 8:20-cv-34036-MCR-GRJ |
| 85800 | Robert Marks | Monsour Law Firm | CMO 31 | 7:20-cv-44747-MCR-GRJ |
| 85810 | Michael Mckinney | Monsour Law Firm | CMO 31 | 7:20-cv-44760-MCR-GRJ |
| 87683 | Seth Griffin | Keller Postman | CMO 31 | 8:20-cv-35391-MCR-GRJ |
| 88026 | Douglas Blackall | Weitz & Luxenberg | CMO 31 | 7:20-cv-19116-MCR-GRJ |


| Plaintiff ID | Plaintiff Name | Law Firm Name | Wave | Active Docket Case Number |
|---|---|---|---|---|
| 88737 | Herman Tharpe | Clark, Love & Hutson PLLC | CMO 31 | 7:20-cv-19501-MCR-GRJ |
| 88749 | John Aparicio | Clark, Love & Hutson PLLC | CMO 31 | 7:20-cv-19528-MCR-GRJ |
| 89056 | Ryan Domke | Clark, Love & Hutson PLLC | CMO 31 | 7:20-cv-19984-MCR-GRJ |
| 89111 | Stefan Generally | Clark, Love & Hutson PLLC | CMO 31 | 7:20-cv-20077-MCR-GRJ |
| 89357 | Michael Fridgen | Clark, Love & Hutson PLLC | CMO 31 | 7:20-cv-20498-MCR-GRJ |
| 89937 | Riston Pressley | Clark, Love & Hutson PLLC | CMO 31 | 7:20-cv-21946-MCR-GRJ |
| 90019 | James Bailey | Clark, Love & Hutson PLLC | CMO 31 | 7:20-cv-22111-MCR-GRJ |
| 90122 | Neil Duchesneau | Clark, Love & Hutson PLLC | CMO 31 | 7:20-cv-22299-MCR-GRJ |
| 90357 | Joshua Shiraef | Clark, Love & Hutson PLLC | CMO 31 | 7:20-cv-23237-MCR-GRJ |
| 90600 | Brian Medley | Clark, Love & Hutson PLLC | CMO 31 | 7:20-cv-20730-MCR-GRJ |
| 90672 | Mushawn Smith | Clark, Love & Hutson PLLC | CMO 31 | 7:20-cv-20902-MCR-GRJ |
| 90686 | Jonathan Shenian | Clark, Love & Hutson PLLC | CMO 31 | 7:20-cv-20925-MCR-GRJ |
| 90728 | Joel Bovee | Clark, Love & Hutson PLLC | CMO 31 | 7:20-cv-20999-MCR-GRJ |
| 90890 | Chris Hogan | Clark, Love & Hutson PLLC | CMO 31 | 7:20-cv-21169-MCR-GRJ |
| 91198 | Matthew Belfi | Messa & Associates | CMO 31 | 7:20-cv-00112-MCR-GRJ |
| 91207 | Tyler Buckland | Messa & Associates | CMO 31 | 7:20-cv-71515-MCR-GRJ |
| 91277 | Christopher Hudson | Messa & Associates | CMO 31 | 7:20-cv-71711-MCR-GRJ |
| 91350 | Isaac Rodolph | Messa & Associates | CMO 31 | 7:20-cv-72113-MCR-GRJ |
| 91910 | James Shockley | Pennock Law Firm LLC | CMO 31 | 8:20-cv-34326-MCR-GRJ |
| 91986 | Ryan Chavez | Pennock Law Firm LLC | CMO 31 | 8:20-cv-34479-MCR-GRJ |
| 92068 | Nicholas Avery | Robinson Calcagnie, Inc. | CMO 31 | 7:20-cv-55570-MCR-GRJ |
| 92280 | Danny Carter | Robinson Calcagnie, Inc. | CMO 31 | 7:20-cv-56246-MCR-GRJ |
| 93305 | Jared Sollars | Robinson Calcagnie, Inc. | CMO 31 | 7:20-cv-50966-MCR-GRJ |
| 93775 | Marvin Chee | Rogers, Patrick, Westbrook & Brickman, LLC | CMO 31 | 7:20-cv-72717-MCR-GRJ |
| 95438 | Steven Galimore | Wagstaff & Cartmell, LLP | CMO 31 | 7:20-cv-21684-MCR-GRJ |
| 95488 | Jerome Wright | Wagstaff & Cartmell, LLP | CMO 31 | 7:20-cv-22408-MCR-GRJ |
| 95561 | Gregory Murphy | Wagstaff & Cartmell, LLP | CMO 31 | 7:20-cv-22497-MCR-GRJ |
| 95639 | Christopher Kruse | Wagstaff & Cartmell, LLP | CMO 31 | 7:20-cv-22780-MCR-GRJ |
| 95674 | Barry Musselman | Wagstaff & Cartmell, LLP | CMO 31 | 7:20-cv-22842-MCR-GRJ |
| 95895 | Christopher Trombley | Wagstaff & Cartmell, LLP | CMO 31 | 7:20-cv-33113-MCR-GRJ |
| 96376 | Angel Soto | Wagstaff & Cartmell, LLP | CMO 31 | 7:20-cv-36424-MCR-GRJ |
| 96441 | Harold Wathey Colon | Wagstaff & Cartmell, LLP | CMO 31 | 7:20-cv-28637-MCR-GRJ |
| 96595 | Troy Barthelemy | The Murray Law Firm | CMO 31 | 8:20-cv-35873-MCR-GRJ |
| 97035 | Christopher Schofield | Taylor Martino, P.C. | CMO 31 | 7:20-cv-68034-MCR-GRJ |
| 98050 | Crusito Baca | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-23413-MCR-GRJ |
| 98769 | Charles Barringer | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-25462-MCR-GRJ |
| 99355 | Andrea Moore | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-25622-MCR-GRJ |
| 99658 | Taylor Simpson | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-24656-MCR-GRJ |
| 102104 | Abram Moreno | Bertram & Graf, L.L.C. | CMO 31 | 7:20-cv-46304-MCR-GRJ |
| 102107 | David Morton | Bertram & Graf, L.L.C. | CMO 31 | 7:20-cv-46311-MCR-GRJ |
| 102253 | Steven Warner | Bertram & Graf, L.L.C. | CMO 31 | 7:20-cv-46676-MCR-GRJ |
| 102778 | Daryll Emerson | Matthews & Associates | CMO 31 | 8:20-cv-14643-MCR-GRJ |
| 103075 | Andrew Macgregor | Matthews & Associates | CMO 31 | 8:20-cv-14407-MCR-GRJ |
| 103537 | Manuel Acevedo | Parker Waichman LLP | CMO 31 | 7:20-cv-68140-MCR-GRJ |
| 103827 | Cory Boyles | Parker Waichman LLP | CMO 31 | 7:20-cv-68931-MCR-GRJ |
| 103922 | Nathaniel Button | Parker Waichman LLP | CMO 31 | 7:20-cv-69255-MCR-GRJ |
| 103964 | Joseph Carrasco | Parker Waichman LLP | CMO 31 | 7:20-cv-69356-MCR-GRJ |
| 103984 | Daniel Castillo | Parker Waichman LLP | CMO 31 | 7:20-cv-69394-MCR-GRJ |
| 104312 | Tyrone Edwards | Parker Waichman LLP | CMO 31 | 7:20-cv-69693-MCR-GRJ |
| 104328 | Andrew Elmore | Parker Waichman LLP | CMO 31 | 7:20-cv-69741-MCR-GRJ |
| 104528 | David George | Parker Waichman LLP | CMO 31 | 7:20-cv-71963-MCR-GRJ |
| 104848 | Jason Hurley | Parker Waichman LLP | CMO 31 | 7:20-cv-75433-MCR-GRJ |
| 104870 | Edwardo Jacquez | Parker Waichman LLP | CMO 31 | 7:20-cv-76629-MCR-GRJ |
| 105108 | Christopher Leshkevich | Parker Waichman LLP | CMO 31 | 7:20-cv-70091-MCR-GRJ |
| 105135 | Christopher Logsdon | Parker Waichman LLP | CMO 31 | 7:20-cv-70143-MCR-GRJ |
| 105484 | Andrew Niewiek | Parker Waichman LLP | CMO 31 | 7:20-cv-70904-MCR-GRJ |
| 105495 | Bobby Oakley | Parker Waichman LLP | CMO 31 | 7:20-cv-70916-MCR-GRJ |
| 105642 | Jerry Potts | Parker Waichman LLP | CMO 31 | 7:20-cv-71217-MCR-GRJ |
| 105656 | Justin Prosser | Parker Waichman LLP | CMO 31 | 7:20-cv-71268-MCR-GRJ |
| 105827 | Mark Ross | Parker Waichman LLP | CMO 31 | 7:20-cv-71323-MCR-GRJ |
| 105835 | Jason Rowles | Parker Waichman LLP | CMO 31 | 7:20-cv-71346-MCR-GRJ |
| 106088 | Addarrel Stokes | Parker Waichman LLP | CMO 31 | 7:20-cv-72122-MCR-GRJ |
| 107259 | William Allen | Douglas & London | CMO 31 | 7:20-cv-74412-MCR-GRJ |
| 107398 | Sawyer Aubrey | Douglas & London | CMO 31 | 7:20-cv-75257-MCR-GRJ |
| 107816 | Andrew Bobo | Douglas & London | CMO 31 | 7:20-cv-76576-MCR-GRJ |
| 107890 | Paul Bowen | Douglas & London | CMO 31 | 7:20-cv-72233-MCR-GRJ |
| 107908 | Darrol Boxton | Douglas & London | CMO 31 | 7:20-cv-72317-MCR-GRJ |
| 108280 | Mathew Carlon | Douglas & London | CMO 31 | 7:20-cv-72828-MCR-GRJ |
| 108301 | Gregory Carrasco | Douglas & London | CMO 31 | 7:20-cv-72853-MCR-GRJ |
| 108510 | Cody Clayton | Douglas & London | CMO 31 | 7:20-cv-73625-MCR-GRJ |
| 108691 | Raymond Cortez | Douglas & London | CMO 31 | 7:20-cv-73289-MCR-GRJ |
| 108813 | Kevin Cullifer | Douglas & London | CMO 31 | 7:20-cv-73554-MCR-GRJ |
| 108918 | Jason Davies | Douglas & London | CMO 31 | 7:20-cv-76745-MCR-GRJ |
| 108951 | Demetrius Davis | Douglas & London | CMO 31 | 7:20-cv-76824-MCR-GRJ |
| 109024 | Isabelino Delgado | Douglas & London | CMO 31 | 7:20-cv-77005-MCR-GRJ |
| 109232 | Chad Dudley | Douglas & London | CMO 31 | 7:20-cv-77412-MCR-GRJ |
| 109419 | Allen Esposito | Douglas & London | CMO 31 | 7:20-cv-77587-MCR-GRJ |

| Plaintiff ID | Plaintiff Name | Law Firm Name | Wave | Active Docket Case Number |
|---|---|---|---|---|
| 109572 | Thomas Fleming | Douglas & London | CMO 31 | 7:20-cv-79613-MCR-GRJ |
| 109599 | Juan Fontanezmedina | Douglas & London | CMO 31 | 7:20-cv-79639-MCR-GRJ |
| 109734 | Albert Gallardo | Douglas & London | CMO 31 | 7:20-cv-79770-MCR-GRJ |
| 109930 | Thomas Golden | Douglas & London | CMO 31 | 7:20-cv-79953-MCR-GRJ |
| 110104 | Gregory Grimberg-Phillips | Douglas & London | CMO 31 | 7:20-cv-74021-MCR-GRJ |
| 110406 | Cedric Hayes | Douglas & London | CMO 31 | 7:20-cv-74623-MCR-GRJ |
| 110801 | Raymond Hutcherson | Douglas & London | CMO 31 | 7:20-cv-74949-MCR-GRJ |
| 111009 | Christopher Jolly | Douglas & London | CMO 31 | 7:20-cv-75859-MCR-GRJ |
| 111137 | Perry Keller | Douglas & London | CMO 31 | 7:20-cv-76486-MCR-GRJ |
| 111221 | Daniel King | Douglas & London | CMO 31 | 7:20-cv-76763-MCR-GRJ |
| 111284 | Tyson Knotts | Douglas & London | CMO 31 | 7:20-cv-77919-MCR-GRJ |
| 111420 | Brent Lancaster | Douglas & London | CMO 31 | 7:20-cv-78599-MCR-GRJ |
| 111532 | Matthew Lee | Douglas & London | CMO 31 | 7:20-cv-79151-MCR-GRJ |
| 111546 | Derek Leins | Douglas & London | CMO 31 | 7:20-cv-79231-MCR-GRJ |
| 111605 | Jeffery Lewis | Douglas & London | CMO 31 | 7:20-cv-80556-MCR-GRJ |
| 111738 | John Lucero | Douglas & London | CMO 31 | 7:20-cv-81373-MCR-GRJ |
| 111855 | Scott Manning | Douglas & London | CMO 31 | 7:20-cv-81970-MCR-GRJ |
| 111878 | Jose Marin | Douglas & London | CMO 31 | 7:20-cv-82050-MCR-GRJ |
| 112118 | Oakland Mcculloch | Douglas & London | CMO 31 | 7:20-cv-76921-MCR-GRJ |
| 112305 | Matthew Messinger | Douglas & London | CMO 31 | 7:20-cv-77294-MCR-GRJ |
| 112338 | Raymond Milam | Douglas & London | CMO 31 | 7:20-cv-77355-MCR-GRJ |
| 112423 | James Moats | Douglas & London | CMO 31 | 7:20-cv-77802-MCR-GRJ |
| 113068 | Bradford Peacock | Douglas & London | CMO 31 | 7:20-cv-79194-MCR-GRJ |
| 114278 | Jaason Skillings | Douglas & London | CMO 31 | 7:20-cv-79088-MCR-GRJ |
| 115086 | Charles Vasquez | Douglas & London | CMO 31 | 7:20-cv-81062-MCR-GRJ |
| 115144 | Michael Volpe | Douglas & London | CMO 31 | 7:20-cv-81313-MCR-GRJ |
| 115186 | Jarvis Walker | Douglas & London | CMO 31 | 7:20-cv-81490-MCR-GRJ |
| 115212 | Brione Walton | Douglas & London | CMO 31 | 7:20-cv-81599-MCR-GRJ |
| 115546 | Timothy Wilson | Douglas & London | CMO 31 | 7:20-cv-82700-MCR-GRJ |
| 115604 | Rodrick Woodard | Douglas & London | CMO 31 | 7:20-cv-82803-MCR-GRJ |
| 115650 | Jason Wright | Douglas & London | CMO 31 | 7:20-cv-82888-MCR-GRJ |
| 116942 | Gabriel Haugland | Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz | CMO 31 | 8:20-cv-31043-MCR-GRJ |
| 116958 | Misael Torres Mantilla | Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz | CMO 31 | 8:20-cv-31071-MCR-GRJ |
| 117383 | Bradley Frame | Baron & Budd | CMO 31 | 7:20-cv-87802-MCR-GRJ |
| 117794 | Stanford Mckenzie | Baron & Budd | CMO 31 | 8:20-cv-00231-MCR-GRJ |
| 117922 | Jacob Owings | Baron & Budd | CMO 31 | 8:20-cv-00446-MCR-GRJ |
| 118045 | Thomas Rivera | Baron & Budd | CMO 31 | 8:20-cv-00691-MCR-GRJ |
| 118118 | Matthew Scheiner | Baron & Budd | CMO 31 | 8:20-cv-00560-MCR-GRJ |
| 118685 | Jarrod Harrison | Weitz & Luxenberg | CMO 31 | 7:20-cv-27060-MCR-GRJ |
| 122156 | John Pettit | Weitz & Luxenberg | CMO 31 | 7:20-cv-29480-MCR-GRJ |
| 126326 | Ronald Livingston | Morgan & Morgan | CMO 31 | 8:20-cv-32524-MCR-GRJ |
| 126387 | Wesley Norton | Morgan & Morgan | CMO 31 | 8:20-cv-32809-MCR-GRJ |
| 126522 | Jonathan Moore | Morgan & Morgan | CMO 31 | 8:20-cv-34730-MCR-GRJ |
| 126619 | Ryan Struck | Morgan & Morgan | CMO 31 | 8:20-cv-35155-MCR-GRJ |
| 126934 | Omar Rios | Mostyn Law | CMO 31 | 7:20-cv-98097-MCR-GRJ |
| 127989 | Craig Breter | Shunnarah Injury Lawyers, PC | CMO 31 | 8:20-cv-20305-MCR-GRJ |
| 128402 | Maynard Campbell | Shunnarah Injury Lawyers, PC | CMO 31 | 8:20-cv-17889-MCR-GRJ |
| 129588 | Jonathan Abshier | Junell & Associates, PLLC | CMO 31 | 7:20-cv-52193-MCR-GRJ |
| 129728 | Carlos Applewhite | Junell & Associates, PLLC | CMO 31 | 7:20-cv-52828-MCR-GRJ |
| 130173 | Alonzo Bradley | Junell & Associates, PLLC | CMO 31 | 7:20-cv-52735-MCR-GRJ |
| 130175 | Josh Brady | Junell & Associates, PLLC | CMO 31 | 7:20-cv-52742-MCR-GRJ |
| 130481 | Jonathan Casiano | Junell & Associates, PLLC | CMO 31 | 7:20-cv-54227-MCR-GRJ |
| 130792 | Kenneth Crittenden | Junell & Associates, PLLC | CMO 31 | 7:20-cv-53685-MCR-GRJ |
| 130962 | Rupert Delgado | Junell & Associates, PLLC | CMO 31 | 7:20-cv-54596-MCR-GRJ |
| 131198 | Robert Ellis | Junell & Associates, PLLC | CMO 31 | 7:20-cv-55287-MCR-GRJ |
| 131255 | Michael Eubank | Junell & Associates, PLLC | CMO 31 | 7:20-cv-55436-MCR-GRJ |
| 131305 | Bryan Fennell | Junell & Associates, PLLC | CMO 31 | 7:20-cv-51214-MCR-GRJ |
| 131864 | Robert Hallisey | Junell & Associates, PLLC | CMO 31 | 7:20-cv-56711-MCR-GRJ |
| 135953 | Robert Wempe | Junell & Associates, PLLC | CMO 31 | 7:20-cv-42022-MCR-GRJ |
| 136967 | Byron Yoshida | Keller Postman | CMO 31 | 8:20-cv-38455-MCR-GRJ |
| 137274 | Dusty Gordon | Keller Postman | CMO 31 | 8:20-cv-36066-MCR-GRJ |
| 137711 | Johnny Holley | Keller Postman | CMO 31 | 8:20-cv-39591-MCR-GRJ |
| 138219 | Nicholas Maciel | Keller Postman | CMO 31 | 8:20-cv-47592-MCR-GRJ |
| 138586 | Steven Sefchik | Keller Postman | CMO 31 | 8:20-cv-37477-MCR-GRJ |
| 138785 | Daniel Hunt | Messa & Associates | CMO 31 | 7:20-cv-88299-MCR-GRJ |
| 139301 | Brian Sapp | Beasley Allen | CMO 31 | 3:19-cv-02521-MCR-GRJ |
| 139533 | Steve Cottrill | Matthews & Associates | CMO 31 | 8:20-cv-16163-MCR-GRJ |
| 139689 | Timothy Cooper | Goza & Honnold, LLC | CMO 31 | 7:20-cv-63901-MCR-GRJ |
| 145292 | James Milledge | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 8:20-cv-05465-MCR-GRJ |
| 145673 | Evan Kikta | Paul LLP | CMO 31 | 7:20-cv-98481-MCR-GRJ |
| 148421 | Christopher Cabiness | Aylstock, Witkin, Kreis & Overholtz, PLLC | CMO 31 | 7:20-cv-30523-MCR-GRJ |
| 157124 | Joshua Moss | Parafinczuk Wolf, P.A. | CMO 31 | 7:20-cv-34822-MCR-GRJ |
| 158287 | Candace Burgess | Pulaski Law Firm, PLLC | CMO 31 | 7:20-cv-65956-MCR-GRJ |
| 158330 | Victor Smyrnow | Pulaski Law Firm, PLLC | CMO 31 | 7:20-cv-65982-MCR-GRJ |
| 164383 | Michael Kelley | Keller Postman | CMO 31 | 8:20-cv-50768-MCR-GRJ |
| 164622 | Kevin Austin | The Carlson Law Firm | CMO 31 | 7:20-cv-88546-MCR-GRJ |
| 169748 | John Hall | Pulaski Law Firm, PLLC | CMO 31 | 7:20-cv-63303-MCR-GRJ |