# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Wave Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**CASE MANAGEMENT ORDER NO. 52**

Defendant 3M Company must file an Answer to the Short Form Complaints in all individual Wave cases within 14 days of the date of this Order.[1] Going forward, when a Wave order is entered identifying cases selected for Wave discovery, Defendant 3M Company will have 14 days from that date to file an Answer in the individual case.

**DONE and ORDERED** on this 19th day of September, 2022.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] Exempt from this Order are the Wave cases in which Defendant 3M Company already has a deadline to file an Answer. *See, e.g.*, *Casiano*, Case No. 7:20cv54227, ECF No. 23; *Slocum*, Case No. 7:20cv06999, ECF No. 14.