# EXHIBIT 8

Confidential - Pursuant to Protective Order

```
 1          UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF FLORIDA
 2             PENSACOLA DIVISION
 3

    IN RE: 3M COMBAT ARMS   )  Case No.
 4  EARPLUG PRODUCTS         )  3:19md2885
    LIABILITY LITIGATION     )
 5  _____   )  Judge M. Casey
                             )  Rodgers
 6  THIS DOCUMENT RELATES    )  Magistrate Judge
    TO ALL CASES             )  Gary R. Jones
 7
 8        WEDNESDAY, NOVEMBER 13, 2019
 9  CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
10                  - - -
11        Videotaped 30(b)(6) deposition of
12  Elliott H. Berger, M.S., held at the offices
13  of KIRKLAND & ELLIS LLP, 300 North LaSalle,
14  Chicago, Illinois, commencing at 9:04 a.m.,
15  on the above date, before Carrie A. Campbell,
16  Registered Diplomate Reporter, Certified
17  Realtime Reporter, Illinois, California &
18  Texas Certified Shorthand Reporter, Missouri
19  & Kansas Certified Court Reporter.
20                  - - -
21
         GOLKOW LITIGATION SERVICES
22    877.370.3377 ph | 917.591.5672 fax
             deps@golkow.com
23
24
25
```

Confidential - Pursuant to Protective Order

```
 1              A P P E A R A N C E S :
 2
        AYLSTOCK, WITKIN, KREIS & OVERHOLTZ,
 3      PLLC
        BY:  NEIL D. OVERHOLTZ
 4           noverholtz@awkolaw.com
             JENNIFER HOEKSTRA
 5           jhoekstra@awkolaw.com
             BRYAN F. AYLSTOCK
 6           baylstock@awkolaw.com
        17 East Main Street
 7      Pensacola, Florida  32502
        (850) 202-1010
 8
        and
 9
        SEEGER WEISS, LLP
10      BY:  DAVID R. BUCHANAN
             dbuchanan@seegerweiss.com
11           MAX KELLY
             mkelly@seegerweiss.com
12      77 Water Street
        New York, New York  10005
13      (212) 584-0700
14      and
15      CLARK, LOVE & HUTSON, PLLC
        BY:  SHELLEY HUTSON
16           shutson@triallawfirm.com
             EMILY MARLOWE
17           emarlowe@triallawfirm.com
        440 Louisiana Street, Suite 1600
18      Houston, Texas  77002
        (713) 757-1400
19
        and
20
        TRACEY & FOX
21      BY:  SEAN P. TRACEY
             stracey@traceylawfirm.com
22      440 Louisiana Street, Suite 1901,
        Houston, Texas  77002
23      (713) 495-2333
24      and
25
```

```
 1       MONSOUR LAW FIRM
         BY:  DOUGLAS C. MONSOUR
 2            doug@monsourlawfirm.com
         404 North Green Street
 3       Longview, Texas  75601
         (903) 999-9999
 4
         and
 5
         COLSON HICKS EIDSON
 6       BY:  ROBERTO MARTÍNEZ
              bob@colson.com
 7       255 Alhambra Circle Penthouse
         Coral Gables, Florida  33134
 8       (305) 476-7400
         Counsel for Plaintiffs
 9
10
         KIRKLAND & ELLIS LLP
11       BY:  SIERRA ELIZABETH
              sierra.elizabeth@kirkland.com
12       333 South Hope Street
         Los Angeles, California  90071
13       (213) 680-8122
14       and
15       KIRKLAND & ELLIS LLP
         BY:  MIKE BROCK, P.C.
16            mike.brock@kirkland.com
         1301 Pennsylvania Avenue, NW
17       Washington, DC  20004
         (202) 389-5996
18
         and
19
         KIRKLAND & ELLIS LLP
20       BY:  NICHOLAS WASDIN
              nick.wasdin@kirkland.com
21            SIMON GOTTLIEB
              simon.gottlieb@kirkland.com
22       300 North LaSalle
         Chicago, Illinois  60654
23       (312) 862-2000
         Counsel for Defendants
24
25
```

Confidential - Pursuant to Protective Order

```
1    ALSO PRESENT:

2        ERIC RUCKER, in-house counsel, 3M

3        JAMES BATTLE, Aylstock, Witkin,

         Kreis & Overholtz

4

         ZACH HONE, trial technician, Golkow

5        Litigation Services

6

     V I D E O G R A P H E R :

7        DAN LAWLOR,

         Golkow Litigation Services

8

                     - - -

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Pursuant to Protective Order

```
 1                    VIDEOGRAPHER:  We are now on
 2          the record.
 3                    My name is Dan Lawlor.  I'm a
 4          videographer with Golkow Litigation
 5          Services.
 6                    Today's date is November 13,
 7          2019, and the time is 9:04 a.m.
 8                    This video deposition is being
 9          held in Chicago, Illinois, in the
10          matter of 3M Combat Arms Earplugs
11          Products litigation.
12                    The deponent is Elliott H.
13          Berger, M.S.
14                    Counsel will be noted on the
15          stenographic record.
16                    The court reporter is Carrie
17          Campbell and will now swear in the
18          witness.
19
20            ELLIOTT H. BERGER, M.S.,
21     of lawful age, having been first duly sworn
22     to tell the truth, the whole truth and
23     nothing but the truth, deposes and says on
24     behalf of the Plaintiffs, as follows:
25
```

Confidential - Pursuant to Protective Order

```
 1                    DIRECT EXAMINATION
 2   QUESTIONS BY MR. OVERHOLTZ:
 3        Q.    Mr. Berger, my name is Neil
 4   Overholtz, and I represent the plaintiff in
 5   this case involving the 3M Combat Arms
 6   Earplug.
 7              Can you please state your full
 8   name for the record?
 9        A.    Elliott Harris Berger.
10        Q.    And, Mr. Berger, what is your
11   current employment status?
12        A.    I retired from 3M in 2018.  I
13   have been doing some contract work for them
14   since that time.
15        Q.    All right.  What's the -- go
16   ahead.
17        A.    Some independent, minor
18   independent consulting.
19        Q.    Okay.  So we'll take those a
20   couple at a time.
21              The independent consulting that
22   you're doing outside of 3M, who have you been
23   doing that for?
24        A.    I taught a class for Livermore
25   National Laboratory.
```

Confidential - Pursuant to Protective Order

1    Q.    Okay.  The consulting agreement

2  that you entered into in 2018 when you

3  left -- when you retired from 3M, can you

4  describe that for me?

5    A.    I would say it's in the realm

6  of knowledge retention.  I've been there many

7  years; they have not yet replaced me.  I'm

8  available to help out and train other people,

9  ask questions, do miscellaneous projects one

10  or two days a week.

11    Q.    I think I read in the e-mail

12  that you're working a couple days a week?

13    A.    In that order.  It varies.

14    Q.    Okay.  You go into the office?

15    A.    Some from home, some from in

16  the office.

17    Q.    Okay.  Now, we've talked about

18  3M, and I think obviously you've been -- had

19  prior depositions involving the Combat Arms

20  Earplug, but you graduated from college when?

21    A.    My BS in physics is 1974.

22  Graduated with a master's degree in 1976.

23    Q.    And at that time did you go to

24  work for Cabot?

25    A.    I went to work for E-A-R

Confidential - Pursuant to Protective Order

1   division of Cabot at that time.

2        Q.     Okay.  And at some point Cabot

3   became known as Aearo; is that right?

4        A.     Yes.

5        Q.     Okay.  And then 3M and Aearo

6   merged together in 2008; is that correct?

7        A.     3M acquired Aearo.

8        Q.     There was a series of different

9   companies created, and 3M acquired Aearo and

10  their assets and liabilities, right?

11       A.     Yes.

12       Q.     Okay.  And so when I talk about

13  3M today with respect to the Combat Arms

14  Earplugs, I'm talking about 3M, Aearo and

15  E-A-R.

16               Can we have that agreement?

17       A.     Yes.

18       Q.     Okay.  Your role at 3M when you

19  retired was what?

20       A.     Division scientist.

21       Q.     Okay.  And as division

22  scientist, did you run the E-A-R lab at

23  Aearo?  3M?

24       A.      I was the manager of the

25  acoustics research group in Indianapolis,

Confidential - Pursuant to Protective Order

 1          Form.  Misstates the testimony.  Asked

 2          and answered.

 3                  THE WITNESS:  I'm not a patent

 4          expert.  I didn't review patents for

 5          my 30(b)(6).  I do not recall ISL

 6          having a patent on a dual-ended

 7          earplug.

 8                  (Berger 30(b)(6) Exhibit 16

 9          marked for identification.)

10   QUESTIONS BY MR. OVERHOLTZ:

11          Q.    All right.  Let me show you

12   what we'll mark as Exhibit Number 16.  This

13   is a document that's got a 3M_MDL00019102.

14   It's exhibit Plaintiff's 1193.1, and it's an

15   e-mail chain back in -- starts back in

16   December of 2011 that we got out of your

17   file.  Okay?

18                  I want to direct your attention

19   to the e-mail at the bottom of the first

20   page.

21                  And it looks like you sent an

22   e-mail on January 23rd of 2012, to Karl Buck

23   and Pascal Hamery, correct?

24          A.    Yes.

25          Q.    And Karl Buck and Pascal Hamery

Confidential - Pursuant to Protective Order

 1    are both at ISL in France, right?

 2         A.    Yes.

 3         Q.    And then you copied Eric

 4    Levinson at 3M; is that right?

 5         A.    Yes.

 6         Q.    And you said, "Karl and Pascal,

 7    I am hoping you can provide some assistance

 8    in the following legal matter.  A 3M

 9    attorney, Eric Levinson, has been attempting

10    to comment -- to contact Ms. Willink for her

11    assistance in obtaining records pertaining to

12    the filing of patents on the Combat Arms

13    Earplug."

14               Correct?

15         A.    Yes.

16         Q.    Okay.  And you're forwarding an

17    e-mail that you had been sent -- that Eric

18    Levinson had sent to Karl Buck and Julia

19    Willink at ISL; is that right?  Middle of the

20    second page.

21               MS. ELIZABETH:  Objection.

22          Foundation.

23    QUESTIONS BY MR. OVERHOLTZ:

24         Q.    So this e-mail chain from your

25    file, what you send to Pascal Hamery and Karl

Confidential - Pursuant to Protective Order

1    Buck includes the e-mail that had previously

2    been sent by Eric Levinson on December 14,

3    2011, to Julia Willink and Karl Buck at ISL,

4    right?

5         A.    Yes.

6         Q.    And the subject of this e-mail

7    is "ISL patent licensee to 3M."

8               Do you see that?  "Patent

9    license to 3M."

10        A.    The subject of --

11        Q.    Eric's e-mail to --

12        A.    Yes.

13        Q.    -- Karl Buck and Julia Willink.

14              And Eric Levinson states in

15    this e-mail to Julia Willink at ISL and Karl

16    Buck, "Dear Ms. Willink, Dr. Buck gave me

17    your contact information.  I am a patent

18    attorney at 3M.  We are the exclusive

19    licensee of two ISL patents relating to the

20    Combat Arms Earplugs, US Patent Numbers

21    6,068,079 and 6,070,693."

22              Do you see that?

23        A.    Yes.

24        Q.    Are you familiar with those two

25    patents?

Confidential - Pursuant to Protective Order

```
1         A.    No.

2               MS. ELIZABETH:  Objection.

3         Foundation.

4   QUESTIONS BY MR. OVERHOLTZ:

5         Q.    And so he's letting ISL know

6   that "we are considering enforcement of these

7   patents and need to review any patent

8   prosecution files that any firm which

9   assisted with the prosecution of these

10  patents has for these two patents."

11              Do you see that?

12        A.    Yes.

13        Q.    And "We would like ISL's

14  approval and assistance to obtain copies of

15  these files from these firms."

16              Do you see that?

17        A.    Yes.

18        Q.    So these patents related to the

19  Combat Arms Earplugs, the '079 patent and the

20  '693 patent, 3M is talking about enforcement

21  of those patents related to the Combat Arms

22  Earplugs, right?

23              MS. ELIZABETH:  Objection.  The

24        document speaks for itself.

25        Foundation.
```

Confidential - Pursuant to Protective Order

```
 1                    THE WITNESS:  The sentence you

 2          highlighted says that "we are

 3          considering enforcement of these

 4          patents."

 5   QUESTIONS BY MR. OVERHOLTZ:

 6          Q.      And then you forward that

 7   information over to Pascal Hamery asking for

 8   help in getting a reply from ISL, right?

 9          A.      Yes.

10          Q.      And Pascal Hamery replies to

11   you and tells you that the person that should

12   be reached out to is Ms. Pascale Esch, and

13   you thank him for providing that information

14   and say, "Thank you, Pascal, that will be a

15   big help," right?

16          A.      Yes.

17          Q.      So back in 2011, early 2012,

18   this e-mail made it pretty clear to you that

19   3M was the exclusive patentee holder for two

20   of the patents on the Combat Arms Earplug,

21   right?

22                  MS. ELIZABETH:  Objection.

23          Form.  Foundation.  Misstates the

24          document.

25                  MR. AYLSTOCK:  Counsel, if I
```

Confidential - Pursuant to Protective Order

```
 1          could, I would refer to the deposition

 2          protocol, PTO number 13, and please

 3          keep your objections to form limited

 4          pursuant to paragraph 23 of that

 5          strictly.  I think you're coaching the

 6          witness.

 7     QUESTIONS BY MR. OVERHOLTZ:

 8          Q.     So if we can go to the ELMO.

 9          A.     Could you repeat the question?

10          Q.     Sure.

11                 Back in late 2011, early 2012,

12     it was pretty clear to you from this e-mail

13     exchange that you were involved with with ISL

14     that 3M was the exclusive licensee of the ISL

15     patent -- of the two ISL patents on the

16     Combat Arms Earplug, right?

17                 MS. ELIZABETH:  Same

18          objections.

19                 THE WITNESS:  The letter I

20          forwarded does have a sentence that

21          says, "We are the exclusive licensee

22          of two ISL patents relating to the

23          Combat Arms."

24     QUESTIONS BY MR. OVERHOLTZ:

25          Q.     So when it comes to this
```

Confidential - Pursuant to Protective Order

1   device, we know that there are three patents
2   related to the Combat Arms, right?
3           MS. ELIZABETH:  Is that a
4       question?
5   QUESTIONS BY MR. OVERHOLTZ:
6       Q.      There are three patents related
7   to the Combat Arms Earplugs, correct?
8           MS. ELIZABETH:  Objection.
9       Foundation.
10          THE WITNESS:  I don't know.
11  QUESTIONS BY MR. OVERHOLTZ:
12      Q.      Okay.  Let's see if we can
13  figure that out.
14          MS. ELIZABETH:  Counsel, what
15      30(b)(6) topic is this related to?
16          MR. OVERHOLTZ:  This has to do
17      with the design choices and who made
18      those design choices in Topic
19      Number 12 and topic number -- and
20      Topic Number 11.
21          (Berger 30(b)(6) Exhibit 17
22      marked for identification.)
23  QUESTIONS BY MR. OVERHOLTZ:
24      Q.      Let me show you what we'll mark
25  as Exhibit Number 17.  It's Plaintiff's 0364.

Confidential - Pursuant to Protective Order

1          I'm showing you -- it's

2   3M_MDL000189050.  It's an e-mail chain from

3   2006 between someone at Defense Logistics

4   Agency and Brian Myers at Aearo.

5               MS. ELIZABETH:  I think we have

6          a different copy.  What's the Bates

7          number that you read off?

8               MR. OVERHOLTZ:

9   3M_MDL_000189050.

10              MS. ELIZABETH:  Yeah, it's

11         different.

12              MR. OVERHOLTZ:  Which Bates

13         number do you have?

14              MS. ELIZABETH:  18 --

15              MR. BROCK:  It's Deposition

16         Exhibit 5013?

17              MR. OVERHOLTZ:  Yeah.  I guess

18         you produced it twice to us.

19              MS. ELIZABETH:  Okay.  I just

20         wanted to make sure we have the same

21         one.

22              MR. OVERHOLTZ:  Okay.  It has a

23         3M Bates number on it of 3M00126131,

24         correct?

25              MS. ELIZABETH:  Yes.

Confidential - Pursuant to Protective Order

```
 1                      MR. OVERHOLTZ:  Okay.

 2     QUESTIONS BY MR. OVERHOLTZ:

 3          Q.    So if you can look with me down

 4     the middle of the page of this Exhibit 17,

 5     Brian Myers sends an e-mail to Tom Sidor.

 6                      Do you know who Tom Sidor is?

 7          A.    No.

 8          Q.    Okay.  It says, "Tom, it was

 9     good to speak with you today.  We have three

10     US patent numbers which apply to the Combat

11     Arms Earplugs."

12                      Do you see that?

13          A.    Yes.

14          Q.    487149 {sic} expires in

15     September of '06 and covers functionally the

16     noise-excluding sealing tips of the hearing

17     protector."

18                      Do you see that?

19          A.    Yes.

20          Q.    That's the UltraFit patent,

21     right?

22                      MS. ELIZABETH:  Objection.

23          Foundation.

24                      THE WITNESS:  I don't know.

25
```

Confidential - Pursuant to Protective Order

```
 1    QUESTIONS BY MR. OVERHOLTZ:
 2         Q.    Okay.  "6,068,079 expires in
 3    2017 and covers the sound filtering mechanism
 4    which allows low-level noises to pass through
 5    the earplug but increases attenuation when
 6    very loud sounds are present."
 7              That's the level-dependent
 8    filter, right?
 9              MS. ELIZABETH:  Objection.
10         Foundation.
11              THE WITNESS:  I haven't
12         reviewed those patents for appearance
13         here today, so I haven't looked at
14         them, don't know the details of them.
15    QUESTIONS BY MR. OVERHOLTZ:
16         Q.    The description of this patent
17    is describing a level-dependent filter
18    mechanism, correct?
19              MS. ELIZABETH:  Objection.
20         Foundation.
21              THE WITNESS:  That description
22         would appear to correspond to a
23         level-dependent filter.
24    QUESTIONS BY MR. OVERHOLTZ:
25         Q.    Okay.  And then the third
```

Confidential - Pursuant to Protective Order

```
 1   patent listed is the 6,070,693, expires in

 2   2017 and covers the concept of a dual-ended,

 3   dual-purpose earplug.

 4           Do you see that?

 5       A.    I see that.

 6       Q.    And what Brian Myers from

 7   Aearo, now 3M, is telling Tom Sidor at the

 8   military is that there are three patents that

 9   apply to the Combat Arms Earplug, correct?

10           MS. ELIZABETH:  Objection.

11       Foundation.

12           THE WITNESS:  The document

13       says, "We have three US patent numbers

14       which apply to the Combat Arms

15       Earplug."

16   QUESTIONS BY MR. OVERHOLTZ:

17       Q.    Okay.  And if we look back at

18   the last exhibit, the e-mail that you sent to

19   ISL about getting help with enforcing a

20   patent, you were specifically trying to

21   enforce patents number -- the '079 and the

22   '693 patent in that e-mail, right?

23           MS. ELIZABETH:  Exhibit 16

24       you're talking about?

25           MR. OVERHOLTZ:  Yes.
```

Confidential - Pursuant to Protective Order

1          MS. ELIZABETH:  Objection.

2     Form.

3 QUESTIONS BY MR. OVERHOLTZ:

4     Q.     So the e-mail that you sent

5 asking for help with the ISL patent license

6 to 3M specifically referenced the 6,068,079

7 patent and the 6,070,693 patent, right?

8     A.     Yes.

9     Q.     And that e-mail described that

10 3M was the exclusive licensee of those two

11 patents related to the Combat Arms plug,

12 right?

13     A.     That is what the letter says.

14     Q.     Okay.  And so this e-mail from

15 Brian Myers to Tom Sidor is talking about two

16 of those same patents, right, the filter

17 patent and the dual-ended patent, right?

18          MS. ELIZABETH:  Objection.

19     Form.

20          THE WITNESS:  That's the way

21     they're described in that letter.

22 QUESTIONS BY MR. OVERHOLTZ:

23     Q.     Okay.  So --

24     A.     I'd also point out the

25 following sentence which Brian added that

Confidential - Pursuant to Protective Order

1    says, "I have simplified my understanding of

2    what the patent covers.  I'm not an attorney

3    and don't take my coverage statement as

4    definitive."

5         Q.     Okay.  And so 3M, based on

6    Exhibit 16 about enforcing of the patent,

7    they believe that they held the patents and

8    the right to enforce the patents on both the

9    filter and the two-sided design of that plug,

10   right?

11             MR. BROCK:  I'm going to object

12        to that.  He's not being offered today

13        with regard to enforcement --

14             MR. AYLSTOCK:  Mr. Brock, let

15        me stop because you're violating the

16        deposition protocol.  Only one person

17        may object pursuant to the deposition

18        protocol.

19             MR. BROCK:  Okay.  Well, what

20        are you doing talking down there?

21        You've got somebody down here taking

22        the deposition.  So if we're going to

23        have two people talking, I think --

24             MR. AYLSTOCK:  I wasn't

25        talking.  I'm pointing out that she

Confidential - Pursuant to Protective Order

 1         was also violating the deposition

 2         protocol.

 3               Please do not violate the

 4         deposition protocol, Mr. Brock.

 5               MR. BROCK:  I instruct you not

 6         to answer that question.

 7               And I'm happy for him to answer

 8         questions about design, about the

 9         design of the product.  I want to make

10         that clear.

11   QUESTIONS BY MR. OVERHOLTZ:

12         Q.     Based on the e-mail that you

13   sent to Tom Sidor -- that you sent to the

14   people at ISL back in 2011, 2012, it was 3M's

15   belief that they had designed the -- and they

16   had the rights to the design of the filter

17   and the two-sided design so that they could

18   prosecute those in a patent litigation,

19   right?

20               MS. ELIZABETH:  Objection.

21         Asked and answered.  Outside the scope

22         of the 30(b)(6) topics.

23               I instruct you not to answer.

24               MR. OVERHOLTZ:  You're

25         instructing him not to answer about

Confidential - Pursuant to Protective Order

1        whether or not they believed that

2        their design entitled them to enforce

3        the patent?

4                MS. ELIZABETH:  Yes.

5    QUESTIONS BY MR. OVERHOLTZ:

6        Q.      3M believed that they had the

7    right to those designs of both the ISL French

8    filter and the two-sided design, right?

9        A.      I can only repeat what is

10    stated in the letter.  I was involved in this

11    time simply because I had worked with Pascal

12    and had a dialog with him and was trying to

13    facilitate communication between two people.

14    So I really wasn't looking at details and

15    wasn't involved in any way except to try and

16    get them in contact.

17                And so I can read you the

18    sentence, which says, "We're the exclusive

19    licensee of two ISL patents relating to

20    Combat Arms Earplugs."

21                (Berger 30(b)(6) Exhibit 18

22        marked for identification.)

23    QUESTIONS BY MR. OVERHOLTZ:

24        Q.      Okay.  I'll show you what we'll

25    mark as Exhibit Number 18, which is P1116.1.

Confidential - Pursuant to Protective Order

```
 1                    CERTIFICATE

 2

 3          I, CARRIE A. CAMPBELL, Registered
     Diplomate Reporter, Certified Realtime
 4   Reporter and Certified Shorthand Reporter, do
     hereby certify that prior to the commencement
 5   of the examination, Elliott H. Berger, M.S.
     30(b)(6), was duly sworn by me to testify to
 6   the truth, the whole truth and nothing but
     the truth.

 7

 8          I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
     testimony as taken stenographically by and
 9   before me at the time, place and on the date
     hereinbefore set forth, to the best of my
10   ability.

11          I DO FURTHER CERTIFY that I am
     neither a relative nor employee nor attorney
12   nor counsel of any of the parties to this
     action, and that I am neither a relative nor
13   employee of such attorney or counsel, and
     that I am not financially interested in the
14   action.

15

16

17   _____
     CARRIE A. CAMPBELL,
18   NCRA Registered Diplomate Reporter
     Certified Realtime Reporter
19   California Certified Shorthand
     Reporter #13921
20   Missouri Certified Court Reporter #859
     Illinois Certified Shorthand Reporter
21   #084-004229
     Texas Certified Shorthand Reporter #9328
22   Kansas Certified Court Reporter #1715
     Notary Public
23
     Dated:  November 15, 2019
24

25
```