# EXHIBIT 9

Case 3:19-md-02885-MCR-HTC   Document 3506-12   Filed 10/04/22   Page 2 of 7

Highly Confidential 30(b)(6) Deposition of Brian S. McGinley - 4/3/2013
3M Company, et al. v. Moldex-Metric, Inc.

Page 1

1           UNITED STATES DISTRICT COURT
                DISTRICT OF MINNESOTA
2
3

    3M COMPANY AND 3M INNOVATIVE
4   PROPERTIES COMPANY,
5       Plaintiffs,
6         -v-              CAUSE NO.
                           12-cv-611-JNE-FLN
7
    MOLDEX-METRIC, INC.,
8
        Defendant.
9
10
              HIGHLY CONFIDENTIAL
11
12     The videotaped 30(b)(6) deposition upon oral
13  examination of BRIAN S. McGINLEY, a witness produced
14  and sworn before me, Michele K. Dew, CRR-RPR, Notary
15  Public in and for the County of Marion, State of
16  Indiana, taken on behalf of the Defendant at the
17  offices of Barnes & Thornburg, 11 South Meridian
18  Street, Fifth Floor, Indianapolis, Indiana, on
19  April 3, 2013, at 9:04 a.m., pursuant to the Federal
20  Rules of Civil Procedure.
21
22
23
24
25

Benchmark Reporting Agency
612.338.3376

Highly Confidential 30(b)(6) Deposition of Brian S. McGinley - 4/3/2013
3M Company, et al. v. Moldex-Metric, Inc.

Page 4

1      general counsel for Moldex-Metric.
2           THE REPORTER:  Sir, if you can raise your
3      right hand, please.
4              BRIAN S. McGINLEY
5      having been first duly sworn to tell the truth, the
6      whole truth, and nothing but the truth took the stand
7      and testified as follows:
8      DIRECT EXAMINATION
9      BY MR. HILL:
10   Q  Good morning.  For the purpose of the record,
11      please state and spell your full name.
12   A  Brian Scott McGinley, B-r-i-a-n, S-c-o-t-t,
13      M-c-G-i-n-l-e-y.
14   Q  Since we just had a deposition yesterday, I won't
15      walk through all the procedural things we talked
16      about yesterday, but I do want to ask you this:  Do
17      you understand that this is a 30(b)(6) deposition?
18   A  I do.
19   Q  And what do you understand that to mean?
20   A  I represent 3M Company.
21   Q  And are you speaking for 3M Company today?
22   A  I am.
23   Q  And is there any reason that today you can't offer
24      your full and accurate testimony?
25   A  There's no reason.

Benchmark Reporting Agency
612.338.3376

Case 3:19-md-02885-MCR-HTC   Document 3506-12   Filed 10/04/22   Page 4 of 7

Highly Confidential 30(b)(6) Deposition of Brian S. McGinley - 4/3/2013
3M Company, et al. v. Moldex-Metric, Inc.

Page 17

```
 1      companies, including the current structure of those
 2      companies within 3M, the dates of acquisition of
 3      those companies by 3M, and the dates of
 4      consolidation or reorganization of those companies
 5      after acquisition by 3M.
 6   A  Okay.
 7   Q  When did 3M acquire Aearo?
 8   A  April 1, 2008.
 9   Q  Prior -- immediately prior to that acquisition,
10      what -- was Aearo a free-standing company or was it
11      owned by someone else?
12         MR. MYERS:  Object to the form.
13   A  I'm not sure what you mean --
14   Q  Did --
15   A  -- by owned by somebody else.
16   Q  Did 3M acquire Aearo as an entire company or was it
17      a division of someone else that it purchased?
18   A  My understanding is we acquired the entire company.
19   Q  And do you know how it was acquired?  Was it -- do
20      you know how it was acquired?  Like, was it a
21      merger?  An asset acquisition?  Do you have that --
22      of that -- any idea of how that worked?
23         MR. MYERS:  Objection.  Vague.
24   A  I am not for sure, so I prefer not to say.
25   Q  What is the current status of the Aearo company
```

Case 3:19-md-02885-MCR-HTC   Document 3506-12   Filed 10/04/22   Page 5 of 7

Highly Confidential 30(b)(6) Deposition of Brian S. McGinley - 4/3/2013
3M Company, et al. v. Moldex-Metric, Inc.

Page 18

1    that was acquired by 3M?
2    A  That's a -- it's not that complicated, I guess.
3       For the most part the company is rolled up under 3M
4       parent.  So all of the safety products, if you want
5       to say it that way, is rolled up under 3M parent.
6       There is one legal entity held outside of 3M
7       parent, but it's not related to the safety
8       business.
9    Q  What is that entity?
10   A  It's E-A-R Specialty Composites.
11   Q  But it's not related to hearing protection
12      products?
13   A  Not directly, no.
14   Q  Is it indirectly related to hearing protection
15      products?
16         MR. MYERS:  Objection.  Vague.
17   A  Indirectly?  How would you define indirectly?
18   Q  How would you define indirectly?
19         MR. MYERS:  Object to the form.
20   Q  Your answer suggests that E-A-R Special
21      Composites --
22   A  Okay.  Specialty Composites.
23   Q  -- Specialty Composites has some relationship to
24      hearing protection.  What is that relationship?
25         MR. MYERS:  Objection.  Misstates the

Highly Confidential 30(b)(6) Deposition of Brian S. McGinley - 4/3/2013
3M Company, et al. v. Moldex-Metric, Inc.

Page 19

1    testimony.
2         You can answer.
3  A  Okay.  The relationship is only that they try to
4     suppress noise with different materials as opposed
5     to -- and so it's more product that goes inside
6     product.  So they're trying to delete the noise as
7     opposed to, from our standpoint, we're using it --
8     we -- the products that we sell are for safety and
9     user or consumer protection.
10 Q  Does E-A-R Specialty Composites make any of the
11    materials that go in the H505B product?
12 A  Not that I'm aware of.
13 Q  The X Series products?
14 A  Not that I'm aware of.
15 Q  The Optime products?
16 A  Again, not that I'm aware of.
17 Q  Have you done any investigation on the question I
18    just asked?
19        MR. MYERS:  Objection.  It's vague.
20 A  Haven't done any investigation and don't think it's
21    relevant.
22 Q  So the primary Aearo, you said, has been rolled up
23    into 3M?
24 A  Yes, that's correct.
25 Q  And what do you mean by rolled up?

Highly Confidential 30(b)(6) Deposition of Brian S. McGinley - 4/3/2013
3M Company, et al. v. Moldex-Metric, Inc.

Page 20

1  A  It operates inside of 3M Company, it's part of
2     3M Company.
3  Q  Does it have -- is it its own subsidiary or is it
4     actually part of a different 3M subsidiary?
5        MR. MYERS:  Objection.  Vague.  Might call for
6     a legal conclusion.
7        You can answer.
8  A  My understanding is it's 3M Company, period.
9  Q  At the time of acquisition -- at the time that 3M
10    acquired Aearo on April 1, 2008 --
11 A  Yes.
12 Q  -- was Peltor a part of Aearo?
13 A  Yes, it was.
14 Q  Was Peltor AB a part of Aearo?
15 A  I believe it was.  Again, that's...
16 Q  Do you know if Peltor was a subsidiary of Aearo or
17    what its structure was within Aearo prior to the
18    acquisition?
19       MR. MYERS:  Objection.  Vague.
20 A  I'm not sure what you mean by a subsidiary of.
21 Q  Like, was Aearo the parent company of Peltor?
22       MR. MYERS:  Objection.  Calls for a legal
23    conclusion.
24 A  My understanding is they operated Peltor as part of
25    Aearo company, yes.

Confidential - Subject To Protective Order

3M_MDL000190194