# EXHIBIT 16
# FILED UNDER SEAL

DocuSign Envelope ID: 5DB6B112-CDB3-4B67-8917-EEBB6231D833

**3M Occupational Safety LLC**
**Aearo Holding LLC**
**Aearo Intermediate LLC**
**Aearo LLC**
**Aearo Technologies LLC**
**Cabot Safety Intermediate LLC**
**Aearo Mexico Holding Corp.**
**Boards of Directors**

**Omnibus Meeting Minutes for July 19, 2022**

These minutes reflect the discussions and resolutions of the omnibus meeting of the boards of directors (collectively, the "Boards") of 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, Aearo Technologies LLC, Cabot Safety Intermediate LLC, and Aearo Mexico Holding Corp. (together, "Aearo") via videoconference.

1. **Attendees (Special Session).**

   The following Directors of Aearo were present at the meeting:
   Daniel Renninger, Chairman
   Eric Forbes, Director
   Jeffrey Stein, Director
   Roger Meltzer, Director

   Also in attendance were:
   Leigh Gillett, Secretary
   Emily Geier, Kirkland & Ellis LLP
   Chad Husnick, Kirkland & Ellis LLP
   David Agay, McDonald Hopkins LLC
   Micah Marcus, McDonald Hopkins LLC
   John Castellano, AlixPartners
   James Mesterharm, AlixPartners
   Jesse DelConte, AlixPartners
   Loren Lehnen, Willis Towers Watson PLC
   Zach Georgeson, Willis Towers Watson PLC

2. **Introduction.** Quorum being present, the meeting began at 1:05 pm Eastern Time. The discussion materials circulated in advance of or presented at the meeting are attached hereto as Exhibit A.

3. **Retention of Key Employees and Compensation Plan.** Ms. Geier provided [ Privileged ] **Privileged** **Privileged** Mr. Lehnen of Willis Towers Watson provided a

DocuSign Envelope ID: 5DB6B112-CDB3-4B67-8917-EEBB6231D833

Privileged

he noted       Privileged

Privileged                    Mr. Lehnen explained that

Privileged

Privileged   Mr. Lehnen                    Privileged

Privileged

4. **Discussion**. The directors asked, and had answered, questions regarding the foregoing topics.

5. **Approval of Compensation Program**. The Boards voted unanimously to approve the compensation program.

6. **Adjournment of Special Session**. There being no further business, the special session was adjourned at 1:28 pm Eastern Time.

7. **Attendees (Regular Session)**.

   The following Directors of Aearo were present at the meeting:
   Matthew Blaisdell, Director/President
   Daniel Renninger, Chairman
   Eric Forbes, Director
   Jeffrey Stein, Director
   Roger Meltzer, Director

   Also in attendance were:
   Leigh Gillett, Secretary
   Emily Geier, Kirkland & Ellis LLP
   Chad Husnick, Kirkland & Ellis LLP
   David Agay, McDonald Hopkins LLC
   Micah Marcus, McDonald Hopkins LLC
   Jim Horgan, AlixPartners
   John Castellano, AlixPartners
   James Mesterharm, AlixPartners
   Jesse DelConte, AlixPartners
   Charles Mullin, Bates White

8. **Introduction**. Quorum being present, the meeting began at 1:32 pm Eastern Time.

9. **Bates White Analysis Discussion.** Ms. Geier introduced Mr. Mullin of Bates White to discuss his preliminary analysis of Combat Arms claims. Referring to the attached presentation, Mr. Mullin presented to the Boards on his background and the methodologies and results of his preliminary analysis. Mr. Mullin explained that this preliminary analysis concluded that less than 5,000 of the approximately 280,000 Combat

DocuSign Envelope ID: 5DB6B112-CDB3-4B67-8917-EEBB6231D833

Arms MDL plaintiffs are expected to have functional hearing loss and that there is less than $1 billion of total value associated with these claims. He further explained that this analysis does not take into account confounding factors or legal defenses, including whether the Combat Arms Earplugs caused the hearing loss.

10. **Approval of Meeting Minutes**. The Boards voted unanimously to approve the meeting minutes from the omnibus meetings of the Boards on July 12, 2022 and July 14, 2022.

11. **Intercompany Overview**. Mr. Castellano of AlixPartners provided [Privileged]

## Privileged

[Privileged] Mr. Horgan of AlixPartners presented [Privileged] [Privileged] Mr. Horgan further discussed [Privileged]

## Privileged

12. **Discussion**. The directors asked, and had answered, questions regarding the foregoing topics.

13. **Adjournment**. There being no further business, the meeting was adjourned at 2:15 pm Eastern Time.

DocuSigned by:

*Daniel Renninger*

CE934B069C2448E...

Daniel Renninger, Chairman

Prepared by:

DocuSigned by:

*Leigh Gillett*

436E9C79B376488...

Leigh Gillett, Secretary

HIGHLY CONFIDENTIAL

DocuSign Envelope ID: 5DB6B112-CDB3-4B67-8917-EEBB6231D833

**Exhibit A**
**Discussion Materials**

**3M Occupational Safety LLC**
**Aearo Holding LLC**
**Aearo Intermediate LLC**
**Aearo LLC**
**Aearo Technologies LLC**
**Cabot Safety Intermediate LLC**
**Aearo Mexico Holding Corp.**
**Boards of Directors**

**Omnibus Meeting Agenda for July 19, 2022**

*Compensation Session (Renninger, Forbes, Meltzer, Stein):*

1. Willis Towers Watson Compensation Overview

    a. Update on compensation programs

*Full Board:*

2. Approval of Prior Meetings' Minutes

    a. July 12, 2022

    b. July 14, 2022

3. Bates White Discussion

4. AlixPartners Intercompany Accounting Overview

5. AlixPartners Liquidity Update

6. Kirkland & Ellis Litigation    **Privileged**

EXHIBIT 0144

# Privileged

AEARO_CH11_00003413

EXHIBIT 0144
Page 7 of 74

# Privileged

HIGHLY CONFIDENTIAL
AEARO_CH11_00003414

**Exhibit A**
**Discussion Materials**

HIGHLY CONFIDENTIAL

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

AEARO_CH11_00003417

**Exhibit A**
**Discussion Materials**

HIGHLY CONFIDENTIAL

AEARO_CH11_00003418

CONFIDENTIAL DRAFT – SUBJECT TO MATERIAL CHANGE – PREPARED AT THE REQUEST OF COUNSEL
The information contained herein remains subject to continuing review and discussion in all respects, including by this Board

**Alix**Partners

# Project Crane

Liquidity Updated Discussion Materials

**July 19, 2022**

CONFIDENTIAL DRAFT – SUBJECT TO MATERIAL CHANGE – PREPARED AT THE REQUEST OF COUNSEL

# Initial funding amount represents the amount needed to establish the minimum cash balance of $5M



1. Ending Liquidity includes the $5M in minimum cash required by the Funding Agreement

**AlixPartners**   2

**CONFIDENTIAL DRAFT – SUBJECT TO MATERIAL CHANGE – PREPARED AT THE REQUEST OF COUNSEL**

# Based on the current assumptions, we anticipate an initial funding request of $5M to fund the first 90-day period

$ in 000s

| | | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | 13 Week |
| Week Ending: | 07/24/22 | 07/31/22 | 08/07/22 | 08/14/22 | 08/21/22 | 08/28/22 | 09/04/22 | 09/11/22 | 09/18/22 | 09/25/22 | 10/02/22 | 10/09/22 | 10/16/22 | 10/23/22 | 10/23/22 |
| | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Cash Flow** | | | | | | | | | | | | | | | |
| **RECEIPTS** | | | | | | | | | | | | | | | |
| Operating Collections | 1,680 | 1,791 | 2,328 | 2,279 | 2,447 | 2,591 | 2,489 | 2,362 | 2,881 | 2,407 | 2,023 | 1,861 | 2,229 | 1,887 | 29,575 |
| Related Party Collections[1] | 2,256 | - | - | - | 2,482 | - | - | - | 2,244 | - | - | - | 2,209 | - | 6,935 |
| Other Collections[1] | - | - | 55 | - | - | - | 55 | - | - | - | - | 55 | - | - | 166 |
| **Total Receipts** | 3,936 | 1,791 | 2,383 | 2,279 | 4,928 | 2,591 | 2,544 | 2,362 | 5,125 | 2,407 | 2,079 | 1,861 | 4,438 | 1,887 | 36,675 |
| **DISBURSEMENTS** | | | | | | | | | | | | | | | |
| Raw Materials & Plant | (1,885) | - | - | - | - | (1,228) | (1,238) | (1,206) | (1,190) | (1,057) | (1,000) | (977) | (1,003) | (1,013) | (9,913) |
| Payroll & Benefits[1] | (5,613) | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Related Party Supplier[1] | (1,409) | - | - | - | - | - | - | - | (1,402) | - | - | - | (1,380) | - | (2,782) |
| Outsource Services & Facilities | (225) | - | - | - | - | (178) | (335) | (239) | (205) | (229) | (195) | (211) | (177) | (171) | (1,941) |
| Freight | (97) | - | - | - | - | (127) | (128) | (124) | (113) | (99) | (96) | (96) | (96) | (103) | (982) |
| Prefunding Disbursement | (9,282) | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Other Operating | (86) | - | - | - | - | (95) | (69) | (69) | (69) | (69) | (69) | (85) | (85) | (85) | (692) |
| **Total Disbursements** | (18,599) | - | - | - | - | (1,628) | (1,770) | (1,638) | (2,978) | (1,453) | (1,360) | (1,369) | (2,740) | (1,372) | (16,310) |
| **NET OPERATING CASH FLOW** | (14,663) | 1,791 | 2,383 | 2,279 | 4,928 | 962 | 774 | 724 | 2,147 | 954 | 718 | 492 | 1,698 | 516 | 20,366 |
| **NON-OPERATING DISBURSEMENTS** | | | | | | | | | | | | | | | |
| Professional Fees | (5,675) | (1,000) | - | - | - | - | - | - | - | (200) | - | - | - | (10,320) | (11,520) |
| Capex[2] | (1,816) | - | - | - | - | (26) | (26) | (26) | (26) | (26) | (26) | (26) | (26) | (26) | (234) |
| Other Non-Operating Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| **Total Non-Operating Disbursements** | (7,491) | (1,000) | - | - | - | (26) | (26) | (26) | (26) | (226) | (26) | (26) | (26) | (10,346) | (11,754) |
| **TOTAL NET CASH FLOW** | (22,154) | 791 | 2,383 | 2,279 | 4,928 | 936 | 748 | 698 | 2,121 | 728 | 692 | 466 | 1,672 | (9,830) | 8,612 |
| **Liquidity** | | | | | | | | | | | | | | | |
| Beginning Cash Balance | - | - | 5,791 | 8,174 | 10,453 | 15,381 | 16,317 | 17,066 | 17,764 | 19,884 | 20,612 | 21,305 | 21,771 | 23,442 | |
| Net Cash Flow (See Above) | (22,154) | 791 | 2,383 | 2,279 | 4,928 | 936 | 748 | 698 | 2,121 | 728 | 692 | 466 | 1,672 | (9,830) | 8,612 |
| Funding (To)/From FMC[3] | 22,154 | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Funding Agreement | - | 5,000 | - | - | - | - | - | - | - | - | - | - | - | - | 5,000 |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| **ENDING BOOK LIQUIDITY** | - | 5,791 | 8,174 | 10,453 | 15,381 | 16,317 | 17,066 | 17,764 | 19,884 | 20,612 | 21,305 | 21,771 | 23,442 | 13,612 | 13,612 |

1. Represents amounts due from/to various related-parties within 3M
2. Pre-filing represents amounts due to 3M, post-filing 3rd Party Disbursements
3. Represents approximately $12.1M in cash and $10.1M intercompany settlement

**AlixPartners**   3

CONFIDENTIAL DRAFT – SUBJECT TO MATERIAL CHANGE – PREPARED AT THE REQUEST OF COUNSEL

# The reduction in the funding need is primarily driven by the shift of Payroll, IP Royalty, Shared Services, and Capex to Non-Cash Reimbursement



13-Week Net Cash Flow Bridge To Board Deck ($M)

Shift to Non-Cash Reimbursement

Normal Course Model Updates

| 13WK Net Cash Flow (Board Deck) | 3rd-party Collections | 3rd-party Disbursements | Related Party Collections | Related Party Supplier | Payroll & Benefits | IP Royalty | Shared Services | Capex | 13WK Net Cash Flow (Updated) |
|---|---|---|---|---|---|---|---|---|---|
| (3.6) | 1.4 | (0.7) | 1.7 | (0.2) | 5.3 | 1.5 | 2.0 | 1.2 | 8.6 |

**AlixPartners**    4

HIGHLY CONFIDENTIAL

**CONFIDENTIAL DRAFT – SUBJECT TO MATERIAL CHANGE – PREPARED AT THE REQUEST OF COUNSEL**

# AlixPartners

## WHEN IT REALLY MATTERS.

©2022 AlixPartners, LLP.

*Privileged & Confidential; Attorney Work Product*

# KIRKLAND & ELLIS

JULY 19 2022

# Aearo Compensation Overview

Highly Confidential / Attorney-Client Communication / Attorney Work Product

HIGHLY CONFIDENTIAL

# Privileged

AEARO_CH11_00003425

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

AEARO_CH11_00003428

# Privileged

HIGHLY CONFIDENTIAL

AEARO_CH11_00003429

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

# Privileged

AEARO_CH11_00003433



- DRAFT -
Privileged & Confidential – Prepared at the Request of Counsel

# Management Retention Bonuses
Aearo Technologies LLC

July 2022

wtwco.com
© 2022 WTW. All rights reserved.

wtw

HIGHLY CONFIDENTIAL

AEARO_CH11_00003434

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

HIGHLY CONFIDENTIAL

AEARO_CH11_00003441

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

HIGHLY CONFIDENTIAL

AEARO_CH11_00003444

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

HIGHLY CONFIDENTIAL



# KIRKLAND & ELLIS

## DRAFT ATTORNEY WORK PRODUCT

JULY 19, 2022

# Privileged

Highly Confidential / Attorney-Client Communication / Attorney Work Product

# Privileged

HIGHLY CONFIDENTIAL

AEARO_CH11_00003453

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

AEARO_CH11_00003458

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

HIGHLY CONFIDENTIAL

# Privileged

AEARO_CH11_00003463

# Privileged

HIGHLY CONFIDENTIAL

**Alix**Partners

# Project Crane
Intercompany Balances and Proposed Lease Discussion Materials

July 19, 2022

Attorney/Client Work Product and Prepared at the Direction of Counsel
Preliminary and Subject to Material Change
CONFIDENTIAL

HIGHLY CONFIDENTIAL

# Table of Contents

| Section | Sheet |
|---|---|
| 1) Executive Summary | 3 |
| 2) Intercompany Balances Overview & History | 6 |
| 3) Proposed Lease for 79th Street Facility | 9 |
| 4) Next Steps | 12 |
| 5) Appendix | 14 |

Attorney/Client Work Product and Prepared at the Direction of Counsel
Preliminary and Subject to Material Change
DRAFT / CONFIDENTIAL

**AlixPartners**   2

# Executive Summary

Attorney/Client Work Product and Prepared at the Direction of Counsel
Preliminary and Subject to Material Change
DRAFT / CONFIDENTIAL

**Alix**Partners    3

HIGHLY CONFIDENTIAL                                          AEARO_CH11_00003467

# Executive Summary

## Intercompany Receivable/Payable with 3M Entities

➢ Aearo intercompany receivables due from 3M entities, as of June 2022, are approximately $1.05 billion.

# Privileged

➢ Cash pooling (FMC) balance as of June 2022 of $76.7 million due from 3M FMC, reflects cumulative activity including intercompany sales, purchases, cash management, etc. These balances constantly fluctuate month-to-month based on the underlying activity.

| As of 6/30/22 | | |
|---|---|---|
| Item | Amount ($000s) | |
| *Receivables* | | |
| 2010 Transaction | $ | 963,350 |
| Cash Pooling (FMC) | | 76,699 |
| Other IC Receivables | | 5,070 |
| **Total** | $ | **1,045,119** |
| | | |
| *Payables* | | |
| 2010 Transaction | $ | 316,569 |
| Cash Pooling (Global Cap) | | 1,990 |
| Other IC Payables | | 10,192 |
| **Total** | $ | **328,750** |

*Source: Aearo trial balance as of 6/30/22*

Attorney/Client Work Product and Prepared at the Direction of Counsel
Preliminary and Subject to Material Change
DRAFT / CONFIDENTIAL

**Alix**Partners    4

HIGHLY CONFIDENTIAL

AEARO_CH11_00003468

# Executive Summary

## Proposed Lease for 5457 W 79th St, Indianapolis, IN to 3M

➢ Aearo's Safety Products 92K sf manufacturing facility – "acct" transfer in 2010 to Parent, 3M, books and records

➢ Deed was not transferred to 3M, remains with Aearo · **Privileged**

➢ Property was transferred back to Aearo books in June 2022

➢ **Privileged**

➢ Key 3M DoD contract manufactured at facility



| Description | Detail |
|---|---|
| Facility Square Feet | 92,000 |
| Space (Manufact/Office) | 70%/30% Manufact/Office |
| Lease Comps (Cresa) | $6.25 psf triple net $8.25 psf gross ($6~$7 psf triple net) |
| **Privileged** | |
| Key 3M Contract | 3M DoD Contract |
| **Privileged** | |
| Extends beyond DoD contract | |
| 2008 Appraisal (Duff & Phelps) | $3.3M |

Sources: Duff & Phelps Aearo Valuation (4/1/2008); Cresa commercial real estate analysis; proposed lease

Attorney/Client Work Product and Prepared at the Direction of Counsel
Preliminary and Subject to Material Change
DRAFT / CONFIDENTIAL

HIGHLY CONFIDENTIAL

**AlixPartners**   5

# Intercompany Balances Overview & History

Attorney/Client Work Product and Prepared at the Direction of Counsel
Preliminary and Subject to Material Change
DRAFT / CONFIDENTIAL

HIGHLY CONFIDENTIAL

# Privileged

# 2010 Aearo Safety Products Business Transferred to 3M

Ⓐ

Ⓑ

| 2010 Transaction - IC Rec/Pay ($000s) | |
|---|---|
| IC Receivable | $965,396 |
| IC Payable | (316,569) |
| **Net Transaction Entry** Ⓒ | **$648,827** |

Ⓓ

*Source: Aearo historical trial balances*

| Safety Products Assets and Liabilities Transferred ($000s) | |
|---|---|
| *Assets* | |
| Cash | $ 0 |
| A/R (net) | 16,432 |
| IC A/R | 60,136 |
| Inventory | 2,138 |
| Prepaids | 600 |
| PP&E | 21,123 Ⓔ |
| Other Assets | 2,295 |
| Intangibles (net) | 106,053 |
| Goodwill | 498,655 |
| **Total** | **$707,431** Ⓓ |
| | |
| *Liabilities* | |
| A/P | $ (18,574) |
| IC A/P | (32,863) |
| Accrued Expenses | (7,192) |
| Other Liabilities | (180) |
| **Total** | **$ (58,810)** |
| | |
| **Net Assets Transferred** | **$648,622** |
| | |
| Variance | $ (205) |

*Source: Aearo historical trial balances*

*Prior to 2022 transfer of 79th St property back to Aearo (NBV of $2.0M)*

## Comments

Ⓐ Aearo's 2010 Safety Products business provided occupational health and safety related products including hearing protection devices, communication headsets and safety eyewear.

Ⓑ In 2010, certain Aearo Safety Products division businesses were transferred for "accounting" purposes to 3M entities which resulted in a $965M receivable and $317M payable on the books of Aearo Technologies LLC. Privileged

# Privileged

Ⓒ No agreement to setoff the receivable and payable balances to a net balance due has been located.  No sale agreement has been located. Privileged

# Privileged

Ⓓ Accounting entries used by 3M to record these 2010 transfers ($965M receivable, $316M payable) exceeded the asset values of $707M and liabilities of $58M.

Ⓔ PP&E entry included the 79th St property, which was subsequently transferred back to Aearo in June 2022 (NBV $2.0M) which reduced the initial IC receivable balance by $2.0M.

Attorney/Client Work Product and Prepared at the Direction of Counsel
Preliminary and Subject to Material Change
DRAFT / CONFIDENTIAL

HIGHLY CONFIDENTIAL

AlixPartners

AEARO_CH11_00003472

# Proposed Lease for 79th Street Facility

Attorney/Client Work Product and Prepared at the Direction of Counsel
Preliminary and Subject to Material Change
DRAFT / CONFIDENTIAL

HIGHLY CONFIDENTIAL

**AlixPartners**

AEARO_CH11_00003473

# Proposed Lease for 5457 W 79th St, Indianapolis, IN facility to 3M

➢ Aearo's 92K sqr. ft facility was part of 2010 Aearo transfers to 3M

➢ 3M has a key DoD contract manufactured at 79th St; **Privileged**

**Privileged**

➢ 79th st facility personnel also manufacture ultrafit and polyurethane moldings, communications headsets, in addition to performing punching/cording/packaging activities

➢ Deed was not transferred to 3M; **Privileged**

➢ **Privileged**

➢ Lease comparables, per Cresa (3M real estate consulting advisor)

  ➢ $6.25 psf, triple net – warehouse/office space (6139 W 79th St, Indianapolis, IN)

  ➢ $8.25 psf, gross (approx. $6~$7 psf, triple net) – manufacturing (6101-6119 Guion Rd – Guion Road Center, Indianapolis, IN)

➢ Proposed lease to be signed by Aearo and 3M before filing



- Net book value of 5457 W 79th street facility ($2.0M) was transferred back from 3M entity to Aearo books in June 2022

Other Locations
- Aearo owns two other properties: 7911 Zionsville Road, Indianapolis, IN and 650 Dawson Dr, Newark, DE
- 3M uses space in the Zionsville Rd property and pays rent to Aearo

Attorney/Client Work Product and Prepared at the Direction of Counsel
Preliminary and Subject to Material Change
DRAFT / CONFIDENTIAL

**AlixPartners**   10



Attorney/Client Work Product and Prepared at the Direction of Counsel
Preliminary and Subject to Material Change
DRAFT / CONFIDENTIAL
HIGHLY CONFIDENTIAL

# Next Steps

Attorney/Client Work Product and Prepared at the Direction of Counsel
Preliminary and Subject to Material Change
DRAFT / CONFIDENTIAL

AlixPartners

HIGHLY CONFIDENTIAL

# Open Issues/Next Steps

➤ Disinterested directors to evaluate proposed 5457 W. 79ᵗʰ Street Lease; 3M and Aearo to execute lease before Court filing

➤ Complete intercompany historical transaction diligence

➤ Intercompany balances to be reported in court papers/filings

Attorney/Client Work Product and Prepared at the Direction of Counsel
Preliminary and Subject to Material Change
DRAFT / CONFIDENTIAL

**AlixPartners**   13

HIGHLY CONFIDENTIAL

# Appendix

Attorney/Client Work Product and Prepared at the Direction of Counsel
Preliminary and Subject to Material Change
DRAFT / CONFIDENTIAL

**Alix**Partners

14

HIGHLY CONFIDENTIAL

# Intercompany Balances By Legal Entity, per Aearo, as of 6/30/22

| Aearo Entity | Aearo Account | 3M Parent Counterparty | Amount | |
|---|---|---|---|---|
| **Receivables** | | | | |
| Aearo Technologies LLC | IC Receivables | 3M Company | $964,655 | Ⓐ |
| Aearo Technologies LLC | IC Receivables | MTI Polyfab | 2,766 | |
| Cabot Safety Intermediate LLC | IC Receivables | 3M Company | 458 | |
| Aearo Technologies LLC | IC Receivables | 3M Deutschland GmbH | 407 | |
| Aearo Technologies LLC | IC Receivables | 3M Wroclaw Sp. z.o.o. | 127 | |
| Aearo Technologies LLC | IC Receivables | 3M Sanayi VE Ticaret A.S. | 6 | |
| Aearo Technologies LLC | IC Receivables | 3M Panama Pacifico S. | 3 | |
| Aearo Canada Limited | IC Receivables | 3M Canada Company | - | |
| Aearo Technologies de Mexico, S.A.de C.V. | IC Receivables | 3M Company | (2) | |
| Aearo Technologies LLC | IC Advance Receivables | 3M Financial Mgmt. Co. | 73,147 | Ⓑ |
| Cabot Safety Intermediate LLC | IC Advance Receivables | 3M Financial Mgmt. Co. | 3,552 | |
| **Subtotal** | **IC Receivables/Advance Receivables** | | **$1,045,119** | |
| **Payables** | | | | |
| Aearo Technologies LLC | IC Payables | 3M Company | 325,653 | Ⓒ |
| Aearo Technologies LLC | IC Payables | 3M Panama Pacifico S. | 1,006 | |
| Aearo Technologies LLC | IC Payables | 3M Mexico | 58 | |
| Cabot Safety Intermediate LLC | IC Payables | 3M Company | 8 | |
| Aearo Mexico Holding Corp | IC Payables | 3M Company | 35 | |
| Aearo Canada Limited | IC Advance Payables | 3M Global Cap. | 1,045 | |
| Aearo Technologies De Baja, S.A.de C.V. | IC Advance Payables | 3M Global Cap. | 944 | |
| **Subtotal** | **IC Payables/Advance Payables** | | **$328,750** | |

*Source: Aearo trial balance as of 6/30/22*



### United States Structure Chart

### Comments



Ⓐ $963M of $965M Balance relates to unsettled 2010 transaction



Ⓑ $73M Balance relates to FMC cash pooling



Ⓒ $326M payable includes unsettled 2010 transaction ($317M)

*Attorney/Client Work Product and Prepared at the Direction of Counsel*
*Preliminary and Subject to Material Change*
*DRAFT / CONFIDENTIAL*

**HIGHLY CONFIDENTIAL**

# 5457 W. 79th St Property – Aearo Operating History Since 1989



**1989**

➤ Cabot expanded Indianapolis presence by opening safety packaging operations on 79th st

➤ Punched, corded, packaged, and shipped ear plugs in beginning

➤ Auditory Systems was small business using earplugs housed in facility



**Early 90's**

➤ Manufacture of polyurethane based foam earplugs began

➤ With the merger of E-A-R Division and AO Safety, warehouse and shipping was moved to a larger warehouse in the area

➤ 79th Street became solely devoted to manufacturing and some offices for operations and business management



**Late 90's-2010's**

➤ With Cabot Safety's acquisition of Peltor, some assembly of (electronic) ComTac products for the US military began in the facility

➤ ComTac production grew requiring more space, so the Auditory Systems business was relocated elsewhere in the area

➤ Production of other electronic hearing protectors started in the facility

➤ Some vertical integration took place in the form of injection molding machines and tools for production of reusable (non-foam) earplug line, UltraFit



**Today**

➤ Today the facility contains offices mostly occupied by the manufacturing staff for the plant and a few devoted to other business personnel

➤ Production in the facility now includes ComTac for the US military, punching of foam rolls and packaging of Classic foam earplugs, fabrication and packaging of E-A-R branded polyurethane (shaped) foam earplugs, fabrication of other foam pieces which are shipped to be assembled elsewhere, injection molding manufacture and packaging of UltraFit earplugs, and fabrication of a small number of foam earplugs which are shipped for assembly and use in Auditory Systems products.

Attorney/Client Work Product and Prepared at the Direction of Counsel
Preliminary and Subject to Material Change
DRAFT / CONFIDENTIAL

**HIGHLY CONFIDENTIAL**

**AlixPartners**     16

**AlixPartners**

**WHEN IT REALLY MATTERS.**

©2022 AlixPartners, LLP.

HIGHLY CONFIDENTIAL