# EXHIBIT 18

P0899.1

| | |
|---|---|
| From: | Brian Myers |
| Sent: | Tuesday, November 3, 2015 4:39 PM |
| To: | Divinder Bains; Luis Almeida Maio |
| Cc: | Kay Mckenzie Chaussee; Liz Chandler; Dagmar Wogatzke |
| Subject: | RE: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug |

██████████████████████████████████████ We cannot ship any further products with current labeling.

Brian



**Brian C. Myers** | Business Director - Hearing Protection
3M Personal Safety Division
3M Center, Bldg 235-2E-85 | St. Paul, MN 55144-1000 USA
Office: US 651 733 9770 | Mobile: US 317 796 1344
brian.myers@mmm.com | www.3M.com

---

From: Divinder Bains
Sent: Monday, November 02, 2015 12:20 PM
To: Luis Almeida Maio
Cc: Kay Mckenzie Chaussee ; Liz Chandler ; Brian Myers ; Dagmar Wogatzke
Subject: RE: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug

██████████████████████████████████████████████████████████████


Science. Applied to Life.™

**Divinder Bains** West Europe Business Manager Hearing, Head, Eye & Face Protection Solutions
Personal Safety Division
3M United Kingdom PLC, 3M Centre, Cain Road, Bracknell | RG12 8HT
Office: +44 1344 857 964 Mobile: +44 7880 786869
dbains1@mmm.com  www.3M.eu/ppeSafety
Registered address: 3M Centre, Cain Road, Bracknell, Berkshire, RG12 8HT. Registered in England and Wales No. 1123045. This communication may contain confidential information. If you are not the intended recipient please return this email to the sender and delete it from your records.

From: Brian Myers
Sent: 02 November 2015 09:29
To: Dagmar Wogatzke <dwogatzke@mmm.com>; Divinder Bains <dbains1@mmm.com>
Cc: Kay Mckenzie Chaussee <klmckenzie-chaussee@mmm.com>; Liz Chandler <liz.chandler@mmm.com>; Luis Almeida Maio <lalmeidamaio@mmm.com>
Subject: RE: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug

██████████████████████



**Brian C. Myers** | Business Director - Hearing Protection
3M Personal Safety Division
3M Center, Bldg 235-2E-85 | St. Paul, MN 55144-1000 USA

Confidential - Subject to Protective Order       3M_MDL000332061


PLAINTIFFS' TRIAL EXHIBIT
P-GEN-00128

Office: US 651 733 9770 | Mobile: US 317 796 1344
brian.myers@mmm.com | www.3M.com

**From:** Dagmar Wogatzke
**Sent:** Monday, November 02, 2015 2:38 AM
**To:** Divinder Bains <dbains1@mmm.com>; Brian Myers <brian.myers@mmm.com>
**Cc:** Kay Mckenzie Chaussee <klmckenzie-chaussee@mmm.com>; Liz Chandler <liz.chandler@mmm.com>; Luis Almeida Maio <lalmeidamaio@mmm.com>
**Subject:** AW: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug

Mit freundlichen Grüßen / Best regards
Dagmar

**3M Science. Applied to Life.**

**Dagmar Wogatzke** | Quotation & Order Prep. Specialist
**Business Service Group - Government Markets**
U.S. Government Services, Europe NATO / Bundeswehr-Behörden
3M Deutschland GmbH, Carl-Schurz Str.1 | 41453 Neuss -Germany
Office: 49 2131 142142 | Fax: 49 2131 14122142
dwogatzke@mmm.com | www.3M.com
www.3M-Behoerden.de

 3M.de

**Von:** Divinder Bains
**Gesendet:** Sonntag, 1. November 2015 17:38
**An:** Brian Myers <brian.myers@mmm.com>; Liz Chandler <liz.chandler@mmm.com>; Dagmar Wogatzke <dwogatzke@mmm.com>; Luis Almeida Maio <lalmeidamaio@mmm.com>
**Cc:** Kay Mckenzie Chaussee <klmckenzie-chaussee@mmm.com>
**Betreff:** Re: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug

Sent from OWA on Android

**From:** Brian Myers
**Sent:** 31 October 2015 20:49:52
**To:** Divinder Bains; Liz Chandler; Dagmar Wogatzke; Luis Almeida Maio
**Cc:** Kay Mckenzie Chaussee
**Subject:** RE: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug

Confidential - Subject to Protective Order

3M_MDL000332062

P0899.3

Divinder – either way as I explained to you, we cannot distribute this with the current NRR on the package.
Brian



**Brian C. Myers** | Business Director - Hearing Protection
3M Personal Safety Division
3M Center, Bldg 235-2E-85 | St. Paul, MN 55144-1000 USA
Office: US 651 733 9770 | Mobile: US 317 796 1344
brian.myers@mmm.com | www.3M.com

---

**From:** Divinder Bains
**Sent:** Saturday, October 31, 2015 7:50 AM
**To:** Brian Myers <brian.myers@mmm.com>; Liz Chandler <liz.chandler@mmm.com>; Dagmar Wogatzke <dwogatzke@mmm.com>; Luis Almeida Maio <lalmeidamaio@mmm.com>
**Cc:** Kay Mckenzie Chaussee <klmckenzie-chaussee@mmm.com>
**Subject:** Re: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug

I am only aware of UK previously ordering but military have switched to CA 4.1 version. This is likely to be for a hunting / shooting distributor but looking at the packing the certification are valid for European sale to such channels.

By copy Luis can you confirm ordering country please. Thanks.

Sent from OWA on Android

---

**From:** Brian Myers
**Sent:** 31 October 2015 09:51:38
**To:** Liz Chandler; Dagmar Wogatzke; Luis Almeida Maio
**Cc:** Kay Mckenzie Chaussee; Divinder Bains
**Subject:** RE: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug



**Brian C. Myers** | Business Director - Hearing Protection
3M Personal Safety Division
3M Center, Bldg 235-2E-85 | St. Paul, MN 55144-1000 USA
Office: US 651 733 9770 | Mobile: US 317 796 1344
brian.myers@mmm.com | www.3M.com

---

**From:** Liz Chandler
**Sent:** Friday, October 30, 2015 2:02 PM
**To:** Dagmar Wogatzke <dwogatzke@mmm.com>; Luis Almeida Maio <lalmeidamaio@mmm.com>
**Cc:** Kay Mckenzie Chaussee <klmckenzie-chaussee@mmm.com>; Brian Myers <brian.myers@mmm.com>; Divinder Bains <dbains1@mmm.com>
**Subject:** RE: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug
Confidential - Subject to Protective Order

3M_MDL000332063

**Liz Chandler** | Supply Chain Analyst
*3M Personal Safety Division, Hearing Protection Solutions*
3M Indianapolis, 5457 W 79th St | Indianapolis, IN 46268
Office: 317 692 6750 | Fax: 866 800 7036
liz.chandler@mmm.com

   

3M.com



3M Science. Applied to Life.™

**From:** Dagmar Wogatzke
**Sent:** Friday, October 30, 2015 4:27 AM
**To:** Luis Almeida Maio <lalmeidamaio@mmm.com>
**Cc:** Kay Mckenzie Chaussee <klmckenzie-chaussee@mmm.com>; Liz Chandler <liz.chandler@mmm.com>
**Subject:** WG: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug

Hello Luis,

Order is now in the system and quantity has been split into two single order lines.
Please be so kind and release line item 1 as material on stock and please let me know the estimate delivery time for line item 2.



Thank you in advance.
Have a nice weekend.
Mit freundlichen Grüßen / Best regards
Dagmar



3M Science. Applied to Life.™

**Dagmar Wogatzke** | Quotation & Order Prep. Specialist
**Business Service Group - Government Markets**
U.S. Government Services, Europe NATO / Bundeswehr-Behörden
3M Deutschland GmbH, Carl-Schurz Str.1 | 41453 Neuss -Germany

Office: 49 2131 142142 | Fax: 49 2131 14122142
dwogatzke@mmm.com | www.3M.com
www.3M-Behoerden.de

  3M.de

**Von:** Liz Chandler
**Gesendet:** Dienstag, 27. Oktober 2015 12:47
**An:** Dagmar Wogatzke <dwogatzke@mmm.com>; Kay Mckenzie Chaussee <klmckenzie-chaussee@mmm.com>
**Cc:** Luis Almeida Maio <lalmeidamaio@mmm.com>
**Betreff:** RE: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug

Kay – Can you provide assistance?

**Liz Chandler** | Supply Chain Analyst
*3M Personal Safety Division, Hearing Protection Solutions*
3M Indianapolis, 5457 W 79th St | Indianapolis, IN 46268
Office: 317 692 6750 | Fax: 866 800 7036
liz.chandler@mmm.com

      3M.com

 Science. Applied to Life.™

**From:** Dagmar Wogatzke
**Sent:** Tuesday, October 27, 2015 4:13 AM
**To:** Liz Chandler <liz.chandler@mmm.com>
**Cc:** Luis Almeida Maio <lalmeidamaio@mmm.com>
**Subject:** AW: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug

Hello Liz,

Many thanks for your prompt reply.

Please let me know who is responsible for the product as we need an estimate
Delivery schedule for the customer.

Thank you.

Have a nice day.

Mit freundlichen Grüßen / Best regards
Dagmar

 Science. Applied to Life.™

**Dagmar Wogatzke** | Quotation & Order Prep. Specialist
**Business Service Group - Government Markets**
U.S. Government Services, Europe NATO / Bundeswehr-Behörden
3M Deutschland GmbH, Carl-Schurz Str.1 | 41453 Neuss -Germany
Office: 49 2131 142142 | Fax: 49 2131 14122142
dwogatzke@mmm.com | www.3M.com
www.3M-Behoerden.de

    3M.de

**Von:** Liz Chandler
**Gesendet:** Montag, 26. Oktober 2015 20:03
**An:** Dagmar Wogatzke <dwogatzke@mmm.com>
**Cc:** Luis Almeida Maio <lalmeidamaio@mmm.com>
**Betreff:** RE: 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug

Confidential - Subject to Protective Order

3M_MDL000332065

**Liz Chandler** | Supply Chain Analyst
*3M Personal Safety Division, Hearing Protection Solutions*
3M Indianapolis, 5457 W 79th St | Indianapolis, IN 46268
Office: 317 692 6750 | Fax: 866 800 7036
liz.chandler@mmm.com

    3M.com

 Science. Applied to Life.™

**From:** Dagmar Wogatzke
**Sent:** Monday, October 26, 2015 11:24 AM
**To:** Liz Chandler <liz.chandler@mmm.com>
**Cc:** Luis Almeida Maio <lalmeidamaio@mmm.com>
**Subject:** 70 00052748 **500 PK ** 370-1011 Combat Arms Earplug

Hello Liz,

We have a customer emergency for 500 PK :



70-0715-2122-6 Desc : 370-1011 COMBAT ARMS EARPLUG BLISTER PACK 10 PR/CASE (1PR=1EA)

Could you please let me know the estimate lead time for the item.

Thank you!

Mit freundlichen Grüßen / Best regards
Dagmar

3M Science. Applied to Life.™

**Dagmar Wogatzke** | Quotation & Order Prep. Specialist
**Business Service Group - Government Markets**
U.S. Government Services, Europe NATO / Bundeswehr-Behörden
3M Deutschland GmbH, Carl-Schurz Str.1 | 41453 Neuss -Germany
Office: 49 2131 142142 | Fax: 49 2131 14122142
dwogatzke@mmm.com | www.3M.com
www.3M-Behoerden.de

   3M.de

Confidential - Subject to Protective Order                                              3M_MDL000332066