UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*All Wave 1 Cases* | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## **PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff, pursuant to Federal Rule of Civil Procedure 5.2, Local Rule 5.5, and in accordance with Case Management Order No. 29 (MDL Dkt. 2236), moves the Court for leave to file under seal the following exhibits to the Declaration of Jennifer M. Hoesktra in Support of Plaintiffs' Remand Wave 1 Motion for Summary Judgment on Successor Liability filed as Exhibit C to Remand Wave 1 Plaintiffs' Motion for Summary Judgment on 3M Company's Full and Independent Liability for CAEv2-Related Injuries:

Exhibit 15 – a true and correct copy of the Support Services Agreement between 3M and Aearo Technologies effective April 1, 2008 also known as the "Shared Services Agreement", admitted during the August 15, 2022 Bankruptcy Hearing on Debtor's Motion to Declaratory and Injunctive Relief as Exhibit 43.

Exhibit 16 – a true and correct copy of the 3M and Aearo Omnibus Meeting Minutes for July 19, 2022, , admitted during the August 15, 2022 Bankruptcy Hearing on Debtor's Motion to Declaratory and Injunctive Relief as Exhibit 144.

Date: October 4, 2022

By: */s/ Bryan F. Aylstock*
Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

Shelley V. Hutson, Co-Lead Counsel
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
CLARK, LOVE & HUTSON, GP
440 Louisiana Street, Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com

Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
SEEGER WEISS LLP
77 Water Street, 8th Floor
New York, NY 10005
Tel.: (212) 587-0700
cseeger@seegerweiss.com

Adam B. Wolfson
(Admitted Pro Hac Vice)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel.: (213) 443-3000

***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2022, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

/s/ Bryan F. Aylstock