IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-12517-GG

_____

LLOYD EUGENE BAKER,

                                                           Plaintiff - Appellee,

versus

3M COMPANY,
AEARO TECHNOLOGIES, LLC,

                                                           Defendants - Appellants,

3M OCCUPATIONAL SAFETY LLC,
AEARO HOLDING, LLC,
AEARO INTERMEDIATE, LLC,
AEARO, LLC,

                                                           Interested Parties - Appellants.

_____

No. 21-13131-GG

_____

LEWIS KEEFER,

                                                           Plaintiff - Appellee,

versus

3M COMPANY,
3M OCCUPATIONAL SAFETY, LLC,
AEARO HOLDING, LLC,
AEARO INTERMEDIATE, LLC,
AEARO, LLC,
AEARO TECHNOLOGIES, LLC,

                                                           Defendants - Appellants.

_____

No. 21-13133-GG
_____

STEPHEN HACKER,

           Plaintiff - Appellee,

versus

3M COMPANY,
3M OCCUPATIONAL SAFETY LLC,
AEARO HOLDING LLC,
AEARO INTERMEDIATE LLC,
AEARO LLC,
AEARO TECHNOLOGIES LLC,

           Defendants - Appellants.

_____

No. 21-13135-GG
_____

LUKE ESTES,

           Plaintiff - Appellee,

versus

3M COMPANY,
3M OCCUPATIONAL SAFETY LLC,
AEARO HOLDING, LLC,
AEARO INTERMEDIATE, LLC,
AEARO, LLC,
AEARO TECHNOLOGIES LLC,

           Defendants - Appellants.

_____

No. 22-11607-GG
_____

DENISE KELLEY,

           Plaintiff - Appellant,

versus

3M COMPANY,
3M OCCUPATIONAL SAFETY, LLC,
AEARO HOLDING, LLC,
AEARO INTERMEDIATE, LLC,
AEARO, LLC, et al.,

                                                        Defendants - Appellees.

_____

No. 22-11897-GG

_____

AARON BONENFANT,
AARON PRATHER,
ADAM SCHNEIDER,
AIDA CRUZ,
AIESHAH LOWE, et al.,

                                                        Plaintiffs - Appellants,

versus

3M COMPANY,
AEARO TECHNOLOGIES LLC,
AEARO HOLDING, LLC,
AEARO INTERMEDIATE, LLC,
AEARO, LLC,
3M OCCUPATIONAL SAFETY LLC,

                                                        Defendants - Appellees.

_____

No. 22-12273-GG

_____

CARL ANTOINE D. SYLVAIN,

                                                        Plaintiff - Appellant,

versus

3M COMPANY,
3M OCCUPATIONAL SAFETY LLC,
AEARO HOLDING, LLC,
AEARO INTERMEDIATE, LLC,
AEARO TECHNOLOGIES LLC, et al.

Defendants - Appellees.

_____

No. 22-12403-GG

_____

DANIEL L. TORRES,

Plaintiff - Appellant,

versus

3M COMPANY,
3M OCCUPATIONAL SAFETY LLC,
AEARO HOLDING, LLC,
AEARO INTERMEDIATE, LLC,
AEARO, LLC, et al.,

Defendants - Appellees.

_____

No. 22-12719-BB

_____

STEVEN WILKERSON,

Plaintiff - Appellee,

versus

3M COMPANY,
3M OCCUPATIONAL SAFETY LLC,
AEARO HOLDING, LLC,
AEARO INTERMEDIATE, LLC,
AEARO, LLC, et al.,

Defendants - Appellants.

_____

No. 22-12812-A

_____

BRANDON ADKINS,

Plaintiff - Appellee,

versus

3M COMPANY,
3M OCCUPATIONAL SAFETY LLC,
AEARO HOLDING, LLC,
AEARO INTERMEDIATE, LLC,
AEARO, LLC, et al.,

                                            Defendants - Appellants.

_____

On Appeal from the United States
District Court for the Northern District of Florida

_____

ORDER:

On September 15, 2022, the U.S. Bankruptcy Court for the Southern District of Indiana, in Case No. 22-02890, *In re: Aearo Technologies LLC*, issued an order modifying the automatic stay imposed by 11 U.S.C. § 362(a) to allow certain appeals pending in this Court to be fully and finally resolved. In light of this order, the motions to lift any stay of those appeals—specifically, *Baker v. 3M Company, et al.*, no. 21-12517, *Keefer v. 3M Company, et al.*, no. 21-13131, *Hacker v. 3M Company, et al.*, no. 21-13133, *Estes v. 3M Company, et al.*, no. 21-13135, *Kelley v. 3M Company, et al.*, no. 22-11607, *Wilkerson v. 3M Company, et al.*, no. 22-12719, and *Adkins v. 3M Company, et al.*, no. 22-12812—is GRANTED. The stay of those appeals is LIFTED.

The reply briefs in *Baker v. 3M Company, et al.*, no. 21-12517, *Keefer v. 3M Company, et al.*, no. 21-13131, *Hacker v. 3M Company, et al.*, no. 21-13133, and *Estes v. 3M Company, et al.*, no. 21-13135, are due within 21 days after the date of this order.

The initial brief in *Kelley v. 3M Company, et al.*, no. 22-11607, is due within 40 days after the date of this order.

The initial brief in *Wilkerson v. 3M Company, et al.*, no. 22-12719, is due within 40 days after the date of this order.

The transcript order form in *Adkins v. 3M Company, et al.*, no. 22-12812, is due within 7 days after the date of this order.

This order does not lift the stay as it applies to *Bonenfant, et al. v. 3M Company, et al.*, no. 22-11897, *Sylvain v. 3M Company, et al.*, no. 22-12273, or *Torres v. 3M Company, et al.*, no. 22-12403. The debtors' counsel should continue to file monthly status reports with respect to these appeals only.

/s/ Andrew L. Brasher
UNITED STATES CIRCUIT JUDGE