**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| Document Relates to: | Judge M. Casey Rodgers |
| THOMAS LEWIS | Magistrate Judge Gary R. Jones |
| PLAINTIFF, | |
| v. | Civil Action No. 7:20-cv-10872 |
| 3M COMPANY, | |
| DEFENDANT. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Douglas N. Robertson of the law firm Bradley Arant Boult Cummings LLP, has been admitted to practice in this Court and hereby enters his appearance as counsel for Defendant 3M Company.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

DATED: October 5, 2022

Respectfully submitted,

*/s/ Douglas N. Robertson*
Douglas N. Robertson
AL Bar No. 1128O76R
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place

1819 Fifth Avenue North
Birmingham, AL 35203
Telephone:  (205) 521-8000
Facsimile:   (205) 521-8800
Email: drobertson@bradley.com

*Counsel for Defendant 3M Company*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 5th day of October, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Douglas N. Robertson*
Douglas N. Robertson

2