UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Wave 3 Cases Identified on Exhibits A and B | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

# ORDER

On May 23, 2022, the Court entered the third in a series of "Wave Orders" setting an eight-month discovery schedule for 500 cases. *See* Wave Order #3, ECF No. 3126. Additionally, the parties reached a stipulation modifying the process for records authorizations and service of certain discovery in the Wave cases. *See* Joint Stipulation, ECF No. 2468. Pursuant to the Court's Order and the parties' stipulation, the plaintiffs in the third Wave are required to, among other things, submit signed authorizations for the release of records, respond to Defendant's written discovery requests, and appear for a deposition by specified deadlines. The Court has been advised that the plaintiffs identified on Exhibits A and B have failed to comply with these requirements by either failing to respond to Defendant's written discovery requests or failing to appear for a deposition.[1] ECF No. 3503.

---

[1] The plaintiffs identified on Exhibit A have failed to appear for a deposition, and the plaintiffs identified on Exhibit B have failed to respond to Defendant's written discovery requests. Although the October 11, 2022 deadline for plaintiffs' depositions has not yet expired, it is

Accordingly, it is **ORDERED** that:

1. Defendant's Motion for Order to Show Cause Based on Wave 3 Plaintiffs' Failure to Comply With Discovery, ECF No. 3503, is **GRANTED, in part**.[2]

2. The plaintiffs identified on Exhibit A are hereby **ORDERED TO SHOW GOOD CAUSE** why his or her case should not be dismissed with prejudice for failure to comply with an order of the Court by **October 12, 2022.** Each plaintiff's response to the show cause Order must be filed on the docket of his or her individual case only.

3. The plaintiffs identified on Exhibit B are **required to**:

   a. Comply with the Court's Order, ECF No. 3126, and the parties' stipulation, ECF No. 2468, by responding to Defendant's discovery requests by **October 11, 2022**. This is a new deadline for compliance and will be the last deadline set.

   b. File a response on his or her individual docket by **October 12, 2022**, that *either*:

      i. Confirms that the requisite materials were submitted to Defendant on October 11, 2022; *or*

      ii. If the requisite materials were not submitted, **SHOWS GOOD CAUSE** why his or her case should not be dismissed with prejudice for failure to prosecute and failure to comply with two of the Court's Orders.

4. Failure to comply with this Order will result in dismissal of a case with prejudice. *See In re Phenylpropanolamine (PPA) Prod. Liab. Litig.*, 460 F.3d 1217 (9th Cir. 2006) (affirming dismissals of individual cases

---

inconceivable that plaintiffs will be able to schedule and appear for their deposition by the deadline given their lack of participation in the Wave process to date. *See* ECF No. 3402 at 2.

[2] The Court notes that counsel for Plaintiffs Biddle and Guzman filed a motion to withdraw as counsel. Before being permitted to withdraw, counsel must respond to the Court's show cause Order or file a motion to dismiss the plaintiff's case.

with prejudice for failure to comply with case management orders by failing to timely file Plaintiff Fact Sheets and/or records authorizations, despite repeated instructions to do so).

5. The Clerk is directed to enter a copy of this Order on the MDL docket and on the individual docket for each of the cases identified on Exhibits A and B.

**SO ORDERED**, on this 5th day of October, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**