## Exhibit A

| Plaintiff |
| --- |
| Sampson, 8:20cv741 |
| Guzman, 9:20cv14500 |
| Biddle, 9:20cv11451 |
| Powell, 8:20cv561 |
| Mozzoni, 7:20cv90982 |
| Fout, 7:20cv79670 |
| Hall, 7:20cv74126 |
| Vick, 7:20cv81234 |