## Exhibit B

| Plaintiff | Missing Discovery Responses |
|---|---|
| Hendricks, 8:20cv98926 | Responses to Second Set of Interrogatories<br>Responses to Second Set of Requests for Admissions |
| Lee, 8:20cv11318 | Responses to Second Set of Interrogatories |