UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Wave 1 Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on ___October 4, 2022___

Motion/Pleadings: PLAINTIFFS' LEADERSHIP'S MOTION FOR OMNIBUS FILING ON BEHALF OF WAVE 1 REMAND PLAINTIFFS FOR SUMMARY JUDGMENT ON 3M COMPANY'S FULL AND INDEPENDENT LIABILITY FOR CAEv2-RELATED INJURIES

Filed by __Plaintiffs__ on __October 4, 2022__ Doc. #'s __3506__

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ *Donna Bajzik*
Deputy Clerk:   Donna Bajzik

---

On consideration, the motion is **GRANTED.** Plaintiffs' Motion for Summary Judgment on 3M Company's Full and Independent Liability for CAEv2-Related Injuries is deemed to have been filed in, and will apply to, all Wave 1 cases. Defendant's omnibus response should be filed on the MDL docket by October 18, 2022, and it likewise will be deemed to have been filed in, and apply to, all Wave 1 cases.

**DONE** and **ORDERED** this 11th day of October, 2022.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**