# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Wave 1 Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on:  October 4, 2022

Motion/Pleadings: Plaintiffs' Motion for Leave to File Under Seal

Filed by: Plaintiffs     on  October 4, 2022     ECF. #  3507

> JESSICA J. LYUBLANOVITS
> CLERK OF COURT
> /s/ *Donna Bajzik*
> Deputy Clerk:    Donna Bajzik

Plaintiffs have failed to show any cause, much less good cause, for why the exhibits should be filed under seal. Accordingly, the motion is **DENIED**.

**DONE** and **ORDERED** this 11th day of October, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**