# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
|---|---|
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### ORDER ADMITTING TO PRACTICE PRO HAC VICE

The cause is before the Court on the motion of Richard Harrist for admission to practice before this Court pro hac vice. The Court Finds that the order should be granted.

IT IS THEREFORE ORDERED that Richard Harrist, Thomas J. Henry Law, 6031 Connection Dr. # 900, Irving, Texas 75039, is admitted to practice to this Court for the limited propose of appearing in the above styled case.

IT IS FURTHER ORDERED that the admission of Richard Harrist is conditioned on the continued appearance in the case of an active member of the Florida Bar Association, upon whom service as to all matters connected with this action may be made with the same effect as if made upon Richard Harrist within the State of Texas.

Dated this _____, 2022.

_____
JUDGE PRESIDING