## Exhibit A

| Plaintiff | Missing Records |
|---|---|
| Raimondi, 7:20cv27297 | MyHealtheVet, TRICARE, MilConnect |
| Bishop, 7:20cv18127 | TRICARE, MilConnect |
| Kafka, 7:21cv00832 | TRICARE, MilConnect |