## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL No. 2885 3:19-md-2885 |
|---|---|
| **This Document Relates to:** *MDL Service List* | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

## <u>NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST</u>

PLEASE TAKE NOTICE that Christine M. Durant hereby withdraws as attorney of records for all Plaintiffs represented by Parker Waichman LLP in the above-captioned multi-district litigation, and requests to be removed from the docket and electronic service list astoundingly.

In support, the undersigned states: Christine M. Durant is leaving Parker Waichman LLP and will no longer be involved in the handling of these matters. Pursuant to Local Rule 11.1(H)(1)(b), Plaintiffs consent to this withdrawal and will continue to be represented by Counsel of Record from Parker Waichman LLP who intend to continue in the case.

Dated: October 14, 2022

Respectfully Submitted,

*/s/ Christine M. Durant*
Christine M. Durant
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, NY 11050
P: (516) 466-6500
F: (516) 466-6665
cdurant@yourlawyer.com

## <u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 14th day of October, 2022, I electronically filed and served the foregoing Notice of Withdrawal of Counsel and Request to be Removed from Service List with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Christine M. Durant*
Christine M. Durant
