# EXHIBIT 1

| | |
|---|---|
| From: | 3Mearplugs |
| To: | 3Mearplugs |
| Subject: | In Re 3M combat Arms Earplugs Litigation – Participation Agreements |
| Date: | Tuesday, October 11, 2022 3:51:49 PM |

Counsel:

We are reaching out because our records show your firm has not signed a Participation Agreement for the 3M Combat Arms Earplug Litigation. If your firm believes you submitted this form, please reach out to Plaintiff Leadership as soon as possible. Per the Court's 10/2/2022 Order regarding MDL Centrality access, we will begin to remove MDL Centrality access 10/15/2022 for firms that have not submitted this form. You can review this order and other Court orders in MDL Centrality by clicking the Orders link in the Case Information Section of the 3M portal.

Thank you.

MDL Centrality Administrator
**BrownGreer PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (888) 361-0741
Facsimile: (804) 521-7299
www.browngreer.com



*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*