UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION**

This Document Relates To:

*Steven Sherman, 8:20-cv-18328-MCR-GRJ*
*Charles Allen, 7:20-cv-40926-MCR-GRJ*
*Rodmisha Collins, 7:20-cv-41051-MCR-GRJ*
*Marissa Cornwell, 7:20-cv-41070-MCR-GRJ*
*Patrick Nelson, 7:20-cv-41532-MCR-GRJ*
*Rachel Ostroske, 8:20-cv-60513-MCR-GRJ*
*Francisco Salinas, 7:20-cv-41472-MCR-GRJ*
*Justin Stradford, 7:20-cv-41553-MCR-GRJ*
*Athena Su, 8:20-cv-36877-MCR-GRJ*
*Kameen Thornton, 8:20-cv-60040-MCR-GRJ*
*Raymond Andrews, 7:20-cv-40929-MCR-GRJ*
*Christina Bedilion, 7:20-cv-40962-MCR-GRJ*
*Christopher Bryant, 7:20-cv-40996-MCR-GRJ*
*Nicolas Caruso, 7:20-cv-41027-MCR-GRJ*
*Chauncey Clay, 7:20-cv-41080-MCR-GRJ*
*Joel Crenshaw, 7:20-cv-41099-MCR-GRJ*
*Andrew Easterbrook, 7:20-cv-41169-MCR-GRJ*
*Gary Ellis, 7:20-cv-41181-MCR-GRJ*
*Patrick Espinar, 7:20-cv-41187-MCR-GRJ*
*Marquis Bines, 8:20-cv-58536-MCR-GRJ*
*Troy Downen, 8:20-cv-59191-MCR-GRJ*
*Jarell Ellis, 8:20-cv-60489-MCR-GRJ*

Case No. 3:19md2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

# MOTION FOR RECONSIDERATION AND REINSTATEMENT OF PLAINTIFFS' CASES[1]

Plaintiffs, by through their undersigned counsel, Grant & Eisenhofer, P.A. file the following Motion for Reconsideration and for Reinstatement of Plaintiffs' Cases pursuant to Fed. R. Civ. P. 60(b).

1. Plaintiff Stevie Sherman was among the plaintiffs subject to this Court's June 15, 2022 Transition Order #7, requiring certain Plaintiffs to transition from the administrative docket to the active docket. See ECF No. 3204.

2. Plaintiff Sherman timely transitioned his case to the active docket on July 15, 2022.

3. Despite Mr. Sherman's timely transition to the active docket, on September 8, 2022, this Court entered an order dismissing Mr. Sherman's case without prejudice for failure to transition to the active docket.

4. On March 9, 2022, the Court gave certain Plaintiffs until March 23, 2022 to comply with Pretrial Order No. 81. Plaintiffs Charles Allen, Rodmisha Collins, Marissa Cornwell, Patrick Nelson, Rachel Ostroske, Francisco Salinas, Justin Stradford, Athena Su, and Kameen Thornton were among those subject to

---

[1] At the time of this Motion, Aero Technologies LLC, Aero Holding LLC, Aero Intermediate LLC, and Aero LLC are Debtors under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §101, et seq. This Motion is filed solely with respect to other non-debtor named Defendants. Notwithstanding anything else stated herein, this Motion is not and should not be deemed an attempt to commence or continue an action against the Debtors, to collect a debt against the Debtors, or to take any action in violation of the automatic stay.

the order and each submitted their census forms between April 20, 2022 and April 27, 2022.

5. Despite having submitted their census forms, Plaintiffs' cases were dismissed with prejudice on May 5, 2022 for failure to submit a census form.

6. Plaintiffs Raymond Andrews, Christina Bedilion, Christopher Bryant, Nicolas Caruso, Chauncey Clay, Joel Crenshaw, Andrew Easterbrook, Gary Ellis, Patrick Espinar, Marquis Bines, Troy Downden, and Jarell Ellis were subject to this Court's Transition Order No. 6 requiring certain cases to transition from the administrative docket to the active docket. within either 30 or 60 days. See ECF No. 3069..

7. Due to an administrative error and miscommunication between staff, these Plaintiffs did not transition their cases to the active docket and were dismissed without prejudice on July 28, 2022.

8. A party may move for relief from a dismissal order under Rule 60(b), which requires a showing of "mistake, inadvertence, surprise, or excusable neglect." See Fed. R. Civ. P. 60; see also *Conn. State. Dental Ass'n v. Anthem Health Plans, Inc.*, 591 F.3d 1337, 1355 (11th Cir. 2009).

9. As explained more fully in Plaintiffs' accompanying memorandum, each of the above captioned Plaintiffs were dismissed as a result of either mistake, inadvertence, or excusable neglect. None of the Plaintiffs were part of a bellwether

3

proceeding or subject to a remand wave order. Having complied with their obligations under the orders of this Court, if reinstated these plaintiffs would be in the exact same position today as they were at the time of their dismissal. As such, reinstatement of Plaintiffs' cases would cause no prejudice to Defendants and would not have a significant impact on these judicial proceedings. These factors weigh in favor of a finding of excusable neglect sufficient to satisfy reconsideration and reinstatement of Plaintiffs' claims under Rule 60(b). See *Cheney v. Anchor Glass Container Corp.*, 71 F.3d 848, 849-50 (11th Cir. 1996).

WHEREFORE, Plaintiff respectfully requests that this Honorable Court GRANT Plaintiffs' Motion for Reconsideration and enter an Order Reinstating Plaintiffs' cases.

Respectfully submitted,

_____
Sindhu S. Daniel
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801
Phone: 302-622-7000
sdaniel@gelaw.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

I hereby certify that I have conferred with counsel for Defendants via email and via telephone prior to the filing of this motion. Despite counsels' good faith attempts, the matter was unable to be resolved without the filing of this motion.

Respectfully submitted,

_____
Sindhu S. Daniel
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801
Phone: 302-622-7000
sdaniel@gelaw.com

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)**

I hereby certify that this Motion is less than 500 words and is compliant with Local Rule 7.1 (f). The accompanying supporting Memorandum is less than 8000 words and is compliant with Local Rule 7.1 (f).

Respectfully submitted,

_____
Sindhu S. Daniel
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801
Phone: 302-622-7000
sdaniel@gelaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this 17th day of October, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

          Respectfully submitted,

          _____
          Sindhu S. Daniel
          Grant & Eisenhofer P.A.
          123 Justison Street
          Wilmington, DE 19801
          Phone: 302-622-7000
          sdaniel@gelaw.com