UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates To:<br><br>*Steven Sherman, 8:20-cv-18328-MCR-GRJ*<br>*Charles Allen, 7:20-cv-40926-MCR-GRJ*<br>*Rodmisha Collins, 7:20-cv-41051-MCR-GRJ*<br>*Marissa Cornwell, 7:20-cv-41070-MCR-GRJ*<br>*Patrick Nelson, 7:20-cv-41532-MCR-GRJ*<br>*Rachel Ostroske, 8:20-cv-60513-MCR-GRJ*<br>*Francisco Salinas, 7:20-cv-41472-MCR-GRJ*<br>*Justin Stradford, 7:20-cv-41553-MCR-GRJ*<br>*Athena Su, 8:20-cv-36877-MCR-GRJ*<br>*Kameen Thornton, 8:20-cv-60040-MCR-GRJ*<br>*Raymond Andrews, 7:20-cv-40929-MCR-GRJ*<br>*Christina Bedilion, 7:20-cv-40962-MCR-GRJ*<br>*Christopher Bryant, 7:20-cv-40996-MCR-GRJ*<br>*Nicolas Caruso, 7:20-cv-41027-MCR-GRJ*<br>*Chauncey Clay, 7:20-cv-41080-MCR-GRJ*<br>*Joel Crenshaw, 7:20-cv-41099-MCR-GRJ*<br>*Andrew Easterbrook, 7:20-cv-41169-MCR-GRJ*<br>*Gary Ellis, 7:20-cv-41181-MCR-GRJ*<br>*Patrick Espinar, 7:20-cv-41187-MCR-GRJ*<br>*Marquis Bines, 8:20-cv-58536-MCR-GRJ*<br>*Troy Downen, 8:20-cv-59191-MCR-GRJ*<br>*Jarell Ellis, 8:20-cv-60489-MCR-GRJ* | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## **[PROPOSED ORDER]**

Pending before the Court is Plaintiffs' Motion For Reconsideration and Reinstatement of Plaintiffs' Cases. Having considered the Motion, Memorandum, and any response thereto, the Court hereby GRANTS Plaintiffs' Motion For Reconsideration and Reinstatement. The above captioned Plaintiffs cases are ORDERED reinstated to the administrative docket.

Dated: _____                    _____

                                                                           Honorable M. Casey Rodgers