UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to all Cases: | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on ___October 17, 2022___

Motion/Pleadings: <u>MOTION TO APPEAR *PRO HAC VICE*.</u>
Filed by __Myles Shaw__ on __October 14, 2022__ Doc. #'s <u>3526</u>
RESPONSE:_____ on _____ Doc. #'s

_____ Stipulated     _____ Joint Pleading
_____ Unopposed      _____ Consented

JESSICA J. LYUBLANOVITS<br>
CLERK OF COURT<br>
<i>/s/ Patricia G. Romero</i><br>
Deputy Clerk:     Patricia G. Romero

---

On consideration, the motion is DENIED without prejudice for failure to identify any individual case **pending within the MDL** in which counsel appears as attorney of record. *See* ECF No. 86, ¶ II.

**DONE** and **ORDERED** this 17th day of October 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**