UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### AMENDED MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, Myles Shaw, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof, states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16657683946902, and completed the CM/ECF Online Tutorials.

2

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has an upgraded PACER account.

6. Movant represents Plaintiff James Tennessen (7:20-cv-04050) and other plaintiffs in cases filed by Pulaski Kherkher, PLLC in this multi-district litigation.

WHEREFORE, Myles Shaw, of Pulaski Kherkher, PLLC, respectfully requests that this Court enter an Order granting him this motion to appear pro *hac vice* in this case and direct the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted on this 17th day of October 2022.

/s/ Myles Shaw
Myles Shaw
TX Bar No. 24108431
Pulaski Law Firm, PLLC
2925 Richmond Ave, #1725
Houston, TX 77098
Telephone: (713) 664-4555
Email: mshaw@pulaskilawfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 17th day of October 2022.

*/s/ Myles Shaw*
*Myles Shaw*
