## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

### MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Dr. Charbel El Kareh, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Texas, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. Copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16651543826863 and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents the Plaintiff in the following action that was directly filed into the MDL:

> *Case No. 3:19-cv-01823*
> *Ronny Gann v. 3M Company*

WHEREFORE, Dr. Charbel El Kareh respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: 10/18/2022

                                        Respectfully submitted,

                                        **THE LAW OFFICE OF THOMAS J. HENRY, PLLC**
                                        6031 Connection Drive, 9th Floor
                                        Irving, Texas 75039
                                        Tel. (361) 985-0600
                                        Fax. (361) 985-0601

By: *[signature]*
       Dr. Charbel El Kareh
       State Bar No. 24121413
*Service Email: ckareh-svc@thomasjhenrylaw.com
   ATTORNEYS FOR PLAINTIFF
    *This e-mail address is for service only.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on October 18, 2022 served electronically on all counsel of record.

Dr. Charbel El Kareh