# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) ) | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br><br>Magistrate Judge Hope T. Cannon |
| This Document Relates to:<br>*All Wave 1 Cases Listed In*<br>*MDL Dkt. 3506-2* | |

## NOTICE OF FILING OF EXHIBITS TO
## 3M COMPANY'S MEMORANDUM IN OPPOSITION
## FILED UNDER MDL DKT. 3541

Attached to this notice are exhibits 1 through 12 to 3M Company's Memorandum in Opposition to Wave 1 Remand Plaintiffs' Motion for Summary Judgment on 3M Company's Full and Independent Liability for CAEv2-Related Injuries (MDL Dkt. 3541).  Due to a technical issue, these exhibits could not be uploaded to the PACER system along with MDL Dkt. 3541, but were provided to the Court and Plaintiffs' lead counsel on October 18, 2022 via e-mail.

Dated: October 19, 2022                             Respectfully submitted,

                                                        */s/ Kimberly Branscome*

Kimberly Branscome
Jay Bhimani
Allison K. Ozurovich
Dechert LLP
US Bank Tower
633 West 5th Street
Suite 4900
Los Angeles, CA, 90071
Telephone: (213) 808-5700
kimberly.branscome@dechert.com
jay.bhimani@dechert.com
allie.ozurovich@dechert.com

Jonathan Tam
Dechert LLP
One Bush Street
San Francisco, CA 94104
Telephone: (415) 262-4518
jonathan.tam@dechert.com

Matthew P. Steinberg
Dechert LLP
1095 Ave. of the Americas
New York, NY 10036
Telephone: (212) 698-3500
matthew.steinberg@dechert.com

Craig J. Castiglia
Dechert LLP
2929 Arch St.
Philadelphia, PA 19104
Telephone: (215) 994-2000
craig.castiglia@dechert.com

*Admitted Pro Hac Vice*

**Counsel for Defendant 3M Company**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 19th day of October 2022, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

Dated: October 19, 2022                    Respectfully submitted,

                                           */s/ Kimberly Branscome*
                                           Kimberly Branscome