# EXHIBIT 5

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: | . | Case No.  22-02890-JJG |
| | . | (Jointly Administered) |
| AEARO TECHNOLOGIES LLC, | . | |
| ET AL., | . | 116 U.S.  Courthouse |
| | . | 46 E.  Ohio Street, Room 116 |
| Debtors. | . | Indianapolis, IN  46204 |
| . . . . . . . . . . . . . | . | |
| AEARO TECHNOLOGIES LLC, | . | |
| ET AL., | . | |
| Plaintiffs, | . | |
| V. | . | Adversary No. 22-50059 |
| | . | |
| THOSE PARTIES LISTED ON | . | |
| APPENDIX A, | . | |
| Defendants. | . | |
| | . | Tuesday, August 16, 2022 |
| . . . . . . . . . . . . . | . | 8:00 a.m. |

TRANSCRIPT OF HEARING ON DEBTORS' MOTION FOR
DECLARATORY AND INJUNCTIVE RELIEF (DAY 2)
BEFORE THE HONORABLE JEFFREY J. GRAHAM
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtors:        Kirkland & Ellis LLP
                        BY:  CHAD HUSNICK, ESQ.
                             NICHOLAS WASDIN, ESQ.
                             BRENTON ROGERS, P.C.
                        300 North LaSalle Street
                        Chicago, IL  60654

                        Kirkland & Ellis LLP
                        BY:  MARK McKANE, ESQ.
                        555 California Street, 27th Floor
                        San Francisco, CA  94104

Audio Operator:         Heather Heiser-Davis

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjCourt@jjCourt.com**

**(609) 586-2311    Fax No.  (609) 587-3599**

```
APPEARANCES CONTINUED:

For the Debtors:           Kirkland & Ellis LLP
                           BY:  DAVID I. HOROWITZ, P.C.
                           555 South Flower Street, 37th Floor
                           Los Angeles, CA  900714

For 3M Company:            Faegre Drinker Biddle & Reath LLP
                           BY:  JAY JAFFE, ESQ.
                           600 East 96th Street, Suite 600
                           Indianapolis, IN  46240

                           White & Case LLP
                           BY:  MICHAEL ANDOLINA, ESQ.
                           111 S. Wacker Drive, Suite 5100
                           Chicago, IL  60606

                           White & Case LLP
                           BY:  JESSICA LAURIA, ESQ.
                                GREGORY STARNER, ESQ.
                           1221 Avenue of the Americas
                           New York, NY  10020-1095

For Aylstock, Witkin,      Klee, Tuchin, Bogdanoff & Stern, LLP
Kreis & Overholtz, PLLC:   BY:  ROBERT J. PFISTER, ESQ.
                           1801 Century Park East, 26th Floor
                           Los Angeles, CA  90067

                           Aylstock, Witkin, Kreis &
                             Overholtz, PLLC
                           BY:  JENNIFER HOEKSTRA, ESQ.
                           17 E. Main Street, Suite 200
                           Pensacola, FL  32502

For Seeger Weiss LLP:      Otterbourg P.C.
                           BY:  MELANIE CYGANOWSKI, ESQ.
                                ADAM SILVERSTEIN, ESQ.
                           230 Park Avenue
                           New York, NY  10169-0075

                           Seeger Weiss LLP
                           BY:  DAVID BUCHANAN, ESQ.
                           55 Challenger Road
                           Ridgefield Park, NJ  07660
```

3

APPEARANCES CONTINUED:

```
For the U.S. Trustee:      U.S. Department of Justice
                           BY:  HARRISON E. STRAUSS, ESQ.
                                LAURA A. DUVALL, ESQ.
                           46 E. Ohio St., Road 520
                           Indianapolis, IN  46204


For Clark Love & Hutson:   Fishman Haygood LLP
                           BY:  TRISTAN MANTHEY, ESQ.
                                BRENT BARRIERE, ESQ.
                           201 St. Charles Avenue, Suite 4600
                           New Orleans, LA  70170-4600


For Belwether Claimants:   Quinn Emanuel Urquhart & Sullivan, LLP
                           BY:  ERIC WINSTON, ESQ.
                           865 S. Figueroa Street, 10th Floor
                           Los Angeles, CA  90017


For Bailey Glasser         Bailey Glasser LLP
Plaintiffs:                BY:  BRIAN GLASSER, ESQ.
                                KEVIN W. BARRETT, ESQ.
                           209 Capitol Street
                           Charleston, WV  25301


For Richard Valle:         Keller Postman
                           BY:  ASHLEY KELLER, ESQ.
                                ASHLEY BARRIERE, ESQ.
                           150 N. Riverside Plaza, Suite 4100
                           Chicago, IL 60606
```

- - - - -

1          THE COURT:  All right.  Response?

2          MR. WASDIN:  Your Honor, he can certainly speak to

3   his understanding and if Mr. Buchanan has cross-examination he

4   wants to do about when he got it, he can certainly do that and

5   it would go to weight.

6          THE COURT:  I'll allow it because I think ultimately

7   it does go to weight and you do have cross-examination

8   available should something catch your ear, so you may proceed.

9   BY MR. WASDIN:

10  Q    Mr. Myers, what's your understanding Aearo's current

11  business?

12  A    So my understanding is that they make specialty foams

13  where we actually wore some -- one of their specialty foams to

14  make hearing protection.

15  Q    Counsel for the claimants made the statement during --

16  during the opening statement that when you came you would

17  testify that you didn't know there was an Aearo anymore.  Are

18  you aware that you said something like that in a 2019

19  deposition?

20  A    Yes.

21  Q    Can you tell the Court what you meant by that testimony?

22  A    I think I was -- my -- the perspective I was of it was

23  from we're talking about Combat Arms Earplugs.  We're talking

24  about hearing protection and that was a business that I was

25  running.  And I went from that date in 2008 to short of a year

1  from that reporting to Legacy Aearo people, like Gary Warren

2  and Jim Floyd and Mike McClain who left after the acquisition,

3  and my organization started reporting into Legacy 3M

4  organizations, like to Brian McGinley and Julie Bushman and

5  Mike Fayel (phonetic), those kinds of folks.

6  Q    So you were talking about your experience in the hearing

7  protection business?

8  A    Exactly.

9          MR. WASDIN:  Your Honor, I don't have anything else

10  from Mr. Myers at this time.

11         THE COURT:  Okay.  All right.  Mr. Buchanan, I think

12  I know you're coming, so come on up.

13         MR. BUCHANAN:  Thank you, Your Honor.  May I use this

14  shelf for my box?

15         THE COURT:  Be careful.  Yeah.

16         MR. BUCHANAN:  Thank you.

17         THE COURT:  One of them is a shelf and one of them is

18  part of the evidence, so --

19         MR. BUCHANAN:  Okay.  Great.

20         THE COURT:  I don't want you to use the evidence one

21  because I can break the shelf, but not the evidence.

22                    CROSS-EXAMINATION

23  BY MR. BUCHANAN:

24  Q    Good morning, Mr. Myers.

25  A    Good morning.

1          THE WITNESS:  After research we could not find any

2    documents showing 3M assuming any liabilities relating to the

3    Combat Arms.

4    BY MR. STEIN:

5    Q    All right.  And 3M has looked for and found no

6    communications concerning 3M's assumption or non-assumption of

7    any liabilities.  Correct?

8    A    That is correct.

9    Q    Okay.  One more switches, two more switches of subject,

10   but they're each very, very brief.  You read the debtors'

11   operating agreements, I think, you testified to prepare for

12   your testimony.  You testified at your deposition on behalf of

13   3M that you were aware of no contracts, assignments or

14   assumptions between 3M and any of the debtors in effect at any

15   time since 2018 regarding Combat Arms earplug liabilities.

16   Correct?

17   A    I did respond to that question.

18   Q    In the way I just said, correct?

19   A    Yes.

20   Q    Okay.  Last switch of subjects.  Just very quickly, 3M's

21   power to remove the directors.  Are you aware that 3M is the

22   sole member of one of the debtors here at 3M Occupational

23   Safety LLC?

24   A    That's correct.

25   Q    And the other debtors are wholly-owned LLC subsidiaries of

1

* * * * *

# C E R T I F I C A T I O N

We, KAREN K. WATSON, DIPTI PATEL, RUTH ANN HAGER, ALYCE H. STINE, TAMMY DeRISI and KELLI R. PHILBURN, court approved transcribers, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter, and to the best of our ability.


/s/ Karen K. Watson                    /s/ Dipti Patel
KAREN K. WATSON                        DIPTI PATEL


/s/ Ruth Ann Hager                     /s/ Alyce H. Stine
RUTH ANN HAGER                         ALYCE H. STINE


/s/ TAMMY DeRISI                       /s/ Kelli R. Philburn
TAMMY DeRISI                           KELLI R. PHILBURN
J&J COURT TRANSCRIBERS, INC.           DATE:  August 18, 2022